# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: February 27, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006</u>

Name of Applicant:                                          The Scott Law Group, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                    July 22, 2002

Period for which compensation and
Reimbursement is sought:                              October 1, 2006 through
                                                                    October 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                    $      2,302.50

Amount of Expenses Reimbursement:          $             0

This is a: <u>X</u> monthly   _ interim   _ final application

Prior Application filed: Yes

Docket No. 14507
Date 2/7/2007

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |

This is the forty-sixth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 16 | Litigation | $425 | .3 | $127.50 |
| TOTALS | | | | | .3 | $127.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | .3 | $51.00 |
| Rachel Scott | Research Asst. | 1 | Litigation | $60 | 35.4 | $2,124.00 |
| TOTALS | | | | | 35.7 | $2,175.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 36.0 Hours | $2,302.50 |
| TOTALS | 36.0 Hours | $2,302.50 |

Dated: February 7, 2007
        Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

| Re: | 1.5 | Grace - Special Counsel | | FOR TIME PERIOD ENDED 10/31/2006 |

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 10/2/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits WRG 03_250-272. | 2.0 | $60.00 | $120.00 |
| 10/3/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits WRG 03_273-299. | 2.5 | $60.00 | $150.00 |
| 10/3/2006<br>Rachel Scott<br>Research Assistant | RS | Analyze exhibit database and create key re same. | 4.0 | $60.00 | $240.00 |
| 10/4/2006<br>Darrell W. Scott<br>Principal | DWS | Meeting with RES re analysis of Grace exhibit database. | .3 | $425.00 | $127.50 |
| 10/4/2006<br>Rachel Scott<br>Research Assistant | RS | Analyze exhibit database and create key re same. | 7.0 | $60.00 | $420.00 |

2/6/2007

PAGE 1

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:   1.5   Grace - Special Counsel

**FOR TIME PERIOD ENDED 10/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/5/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze exhibit database and create key re same. | 4.5 | $60.00 | $270.00 |
| 10/5/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_300-330. | 2.0 | $60.00 | $120.00 |
| 10/6/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze exhibit database and prepare queries re same. | 4.8 | $60.00 | $288.00 |
| 10/6/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_331-350. | 2.0 | $60.00 | $120.00 |
| 10/16/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_350-419. | 4.6 | $60.00 | $276.00 |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel

**FOR TIME PERIOD ENDED 10/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 10/17/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_420-439. | 2.0 | $60.00 | $120.00 |
| 10/20/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import and review 200 additional exhibit summaries into ZAI Exhibit Database. | .3 | $170.00 | $51.00 |

**TOTAL THIS STATEMENT:**     $2,302.50

VERIFICATION

STATE OF WASHINGTON        )
                           )
COUNTY OF SPOKANE          )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)    I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this _6th_ day of _Feb._ , 2007.

Notary Public for Washington
Residing at Spokane
My Commission Expires: _9-10-2010_



## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of the Scott Law Group, P.S. for*

*Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel*

*for the Interim Period from October 1, 2006 through October 31, 2006* to be made this February

7, 2007 upon the parties identified on the attached service list, in the manner indicated:


*February 7, 2007*                                   */s/ William D. Sullivan*
Date                                                         William D. Sullivan

**SERVICE LIST**

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                        Chapter: 11 v                    Office: 1 (Delaware)

Judge: JKF                      Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 2/7/2007 at 12:08 PM
EST and filed on 2/7/2007

**Case Name:**         W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**       01-01139-JKF
**Document Number:** 14507

**Docket Text:**
Application for Compensation *Summary of the Verified Application for Compensation for Services and
Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from October 1,
2006 through October 31, 2006* Filed by The Scott Law Group. Objections due by 2/27/2007. (Sullivan,
William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\Scott Law Oct2006 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/7/2007] [FileNumber=5460225-0]
[78a3f77d247b7630c3bf9137da8aa74ac1416e6601f84cef01ce6f984051ff69bd01e
7daf4a58d1450971fd7c1ebfda17b3b4186999293c4ebdbd6216db76fbc]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

Julie A. Ardoin    dlawless@murray-lawfirm.com

Jonathan David Berger    jdberger@bm.net

Neil Matthew Berger    neilberger@teamtogut.com,
dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. Grace & Co., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline:  February 27, 2007 |
| | ) Hearing Date:  TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

Name of Applicant:                                              The Scott Law Group, P.S.

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                                           July 22, 2002

Period for which compensation and
Reimbursement is sought:                                     November 1, 2006 through
                                                                             November 30, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                       $          507.00

Amount of Expenses Reimbursement:           $             0

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

Docket No. 14508
Date 2/7/2007

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 10/1/06-10/31/06 | $2,302.50 | 0 | Pending | Pending |

This is the forty-seventh Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Samantha Simatos | Legal Asst. | 13 | Litigation | $105 | 3.0 | $315.00 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | .7 | $42.00 |
| Rachel Scott | Research Asst. | 1 | Litigation | $60 | 2.5 | $150.00 |
| TOTALS | | | | | 6.2 | $507.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 6.2 Hours | $507.00 |
| TOTALS | 6.2 Hours | $507.00 |

Dated: February 7, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE: 509-455-3966**

**Re:**   **1.5**   **Grace - Special Counsel**

**FOR TIME PERIOD ENDED 11/30/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 11/2/2006 | SS Samantha Simatos Legal Assistant | Prepare June-September monthly fee applications. | 3.0 | $105.00 | $315.00 |
| 11/6/2006 | RS Rachel Scott Research Assistant | Lexis research re proof of claim form issue related to pending ZAI Science Trial matters. | 2.5 | $60.00 | $150.00 |
| 11/20/2006 | GS Gabriel Scott Research Assistant | Prepare and analyze ZAI exhibits WRG 04_16. | .7 | $60.00 | $42.00 |

**TOTAL THIS STATEMENT:**          $507.00

## VERIFICATION

STATE OF WASHINGTON )
)
COUNTY OF SPOKANE )

     Darrell W. Scott, after being duly sworn according to law, deposes and says:

     a)     I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

     b)     I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

     c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 6th day of Feb. , 2007.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9-10-2010

KRISTY L BERGLAND
COMMISSION EXPIRES
NOTARY
PUBLIC
SEPT. 10, 2010
STATE OF WASHINGTON

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of the Scott Law Group, P.S. for*

*Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel*

*for the Interim Period from November 1, 2006 through November 30, 2006* to be made this

February 7, 2007 upon the parties identified on the attached service list, in the manner indicated:


*February 7, 2007*                            */s/ William D. Sullivan*
Date                                                 William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE  19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                        Chapter: 11 v                      Office: 1 (Delaware)

Judge: JKF                      Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 2/7/2007 at 12:12 PM
EST and filed on 2/7/2007

**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**      01-01139-JKF

**Document Number:** 14508

**Docket Text:**
Application for Compensation *Summary of the Verified Application for Compensation for Services and
Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from November 1,
2006 through November 30, 2006* Filed by The Scott Law Group. Objections due by 2/27/2007.
(Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\Scott Law Nov2006 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/7/2007] [FileNumber=5460242-0]
[3260da66a29a6a58dd102fdc438968678c153f096fa18b349c57830209957bd337b31
74ad053bf5d0947266a7343a924c8906e75b27f296207918982acc4975d]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

Julie A. Ardoin    dlawless@murray-lawfirm.com

Jonathan David Berger    jdberger@bm.net

Neil Matthew Berger    neilberger@teamtogut.com,
dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| Debtors. | ) | Objection Deadline: February 27, 2007 |
| | ) | Hearing Date:  TBD only if necessary |

### SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

Name of Applicant:                                    The Scott Law Group, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002

Period for which compensation and
Reimbursement is sought:                              December 1, 2006 through
                                                      December 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                   $     8,766.50

Amount of Expenses Reimbursement:            $        20.00

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

Docket No. 14509
Date 2/7/2007

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---------|-------------------|---------|---|-------------------------------|-------------------------------|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 10/1/06-10/31/06 | $2,302.50 | 0 | Pending | Pending |
| 2/7/07 | 11/1/06-11/30/06 | $507.00 | 0 | Pending | Pending |

This is the forty-eighth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 16 | Litigation | $425 | 16.3 | $6,927.50 |
| TOTALS | | | | | 16.3 | $6,927.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | 10.2 | $1,734.00 |
| Samantha Simatos | Legal Asst. | 13 | Litigation | $105 | 1.0 | $105.00 |
| TOTALS | | | | | 11.2 | $1,839.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 27.5 Hours | $8,766.50 |
| TOTALS | 27.5 Hours | $8,766.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $      20.00 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 20.00 |

Dated: February 7, 2007
      Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE: 509-455-3966**

Re:     1.5     Grace - Special Counsel

**FOR TIME PERIOD ENDED 12/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 12/8/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import and review additional ZAI Exhibit summaries into database; | .3 | $170.00 | $51.00 |
| 12/14/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Begin review of ZAI Opinion (.3); office conference regarding same (.1). | .4 | $170.00 | $68.00 |
| 12/14/2006 | DWS<br>Darrell W. Scott<br>Principal | Review court order re summary judgment on ZAI science trial issues (.9); communications with ZAI science trial counsel re same (.2); Conference with counsel re ZAI memorandum opinion, form of order, and appeal (1.1). | 2.2 | $425.00 | $935.00 |
| 12/14/2006 | SS<br>Samantha Simatos<br>Legal Assistant | Revise and finalize 22nd quarterly fee application. | 1.0 | $105.00 | $105.00 |
| 12/15/2006 | DWS<br>Darrell W. Scott<br>Principal | Continued legal followup research re ZAI opinion (1.6); phone conference with co-counsel re appeal (.3); phone conference with additional counsel re appeal (.4). | 2.3 | $425.00 | $977.50 |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel                                    **FOR TIME PERIOD ENDED 12/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 12/18/2006 | DWS<br>Darrell W. Scott<br>Principal | Continued work on analysis of Court memorandum re science trial (1.1); review prior pleadings and exhibit materials re same (.3); multiple communications with special counsel re review of memorandum opinion and appeal (.3);  prepare analysis re same (.5); work on consumer protection analysis and compensible harm (.7). | 2.9 | $425.00 | $1,232.50 |
| 12/18/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Review hearing transcriptions regarding ZAI Proofs of claims relating to issue not being "unreasonably dangerous" (.7); Prepare summary regarding same (.3). | 1.0 | $170.00 | $170.00 |
| 12/18/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Review of science trial consumer protection briefing and pull key excerpts relating to consumer protections laws (1.3); legal research in key states (CA and MA) relating to consumer protection laws and harm (1.5). | 2.8 | $170.00 | $476.00 |
| 12/20/2006 | DWS<br>Darrell W. Scott<br>Principal | Review and respond to communications from ZAI claimants and prepare communication to co-counsel re appeal issues (.3); work re designation of record (.5); continued review of legal research re harm in CPA context and relevant hearing transcripts (1.1); review and revise issues for appeal (1.2); review and respond to  inquiries from ZAI claimant re Science Trial status and SJ opinion (.2). | 3.3 | $425.00 | $1,402.50 |
| 12/21/2006 | DWS<br>Darrell W. Scott<br>Principal | Phone conference with co-counsel re discretionary review and statement of issues (.9); review and revise pleadings re same (.9); phone call from counsel re 3rd cir standards for appeal (.2); phone conference with co-counsel re appeal (.3); review and revise motion for appeal (.4); review proof of claim filing history (.2); phone call to counsel re same (.2); work re identification of materials for record on appeal (1.3). | 4.4 | $425.00 | $1,870.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel

FOR TIME PERIOD ENDED 12/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 12/21/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Review of 2019 and Zonolite Proofs of Claims for information needed for appellate brief facts (.3); telephone call to and from counsel regarding Price/Prebil Proofs of Claim (.2); review of Zonolite adversary complaint (.1); office conference regarding designation of record on appeal (.2). | .8 | $170.00 | $136.00 |
| 12/22/2006 | DWS<br>Darrell W. Scott<br>Principal | Analyze docket materials re CPA claims in preparation for appeal. | 1.2 | $425.00 | $510.00 |
| 12/27/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Telephone call from co-counsel regarding ZAI Class Proofs of Claim filed with the Bankruptcy Court. | .2 | $170.00 | $34.00 |
| 12/29/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Begin review of documents to designate on appeal relating to consumer protection issue (.5); email to counsel regarding docket entries (.1); email to co-counsel regarding designations (.1). | .7 | $170.00 | $119.00 |
| 12/30/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Review of documents and draft designation of record on appeal for ZAI consumer protection claims. | 4.0 | $170.00 | $680.00 |

TOTAL THIS STATEMENT:     $8,766.50

2/6/2007

## VERIFICATION

STATE OF WASHINGTON        )
                           )
COUNTY OF SPOKANE          )

     Darrell W. Scott, after being duly sworn according to law, deposes and says:

     a)     I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

     b)     I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

     c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                           Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 6th day of Feb., 2007.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9-10-2010

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of the Scott Law Group, P.S. for*

*Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel*

*for the Interim Period from December 1, 2006 through December 31, 2006* to be made this

February 7, 2007 upon the parties identified on the attached service list, in the manner indicated:


*February 7, 2007*                              ___*/s/ William D. Sullivan*___
Date                                                   William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE  19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                    Chapter: 11 v                Office: 1 (Delaware)
Judge: JKF                  Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)


### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 2/7/2007 at 12:14 PM
EST and filed on 2/7/2007
**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**      01-01139-JKF
**Document Number:** 14509

**Docket Text:**
Application for Compensation *Summary of the Verified Application for Compensation for Services and
Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from December 1,
2006 through December 31, 2006* Filed by The Scott Law Group. Objections due by 2/27/2007.
(Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\Scott Law Dec2006 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/7/2007] [FileNumber=5460275-0]
[17aaf2b192e39fca4ca85619aeb4726f952df7998f71e1300ba383f52549e83f3a007
fa53addac6698e8d608294dff48691ea2917219bae24ee34ed90b65bcd1]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

Julie A. Ardoin    dlawless@murray-lawfirm.com

Jonathan David Berger    jdberger@bm.net

Neil Matthew Berger    neilberger@teamtogut.com,
dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com