# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
|  | ) | **(Jointly Administered)** |
|  | ) |  |
| **Debtors.** | ) | **Objection Deadline: June 12, 2007** |
|  | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

Name of Applicant:                                         The Scott Law Group, P.S.

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                     July 22, 2002

Period for which compensation and
Reimbursement is sought:                              January 1, 2007 through
                                                                   January 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                       $       27,935.00

Amount of Expenses Reimbursement:            $          23.77

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1,365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 10/1/06-10/31/06 | $2,302.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 11/1/06-11/30/06 | $507.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 12/1/06-12/31/06 | $8,766.50 | $20.00 | No Objections served on counsel | No Objections served on counsel |

This is the forty-ninth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 17 | Litigation | $440 | 42.2 | $18,568.00 |
| TOTALS | | | | | 42.2 | $18,568.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 27 | Litigation | $170 | 44.7 | $7,599.00 |
| Rachel Rodriguez | Research Asst. | 2 | Litigation | $85 | 20.8 | $1,768.00 |
| TOTALS | | | | | 65.5 | $9,367.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 107.7 Hours | $27,935.00 |
| TOTALS | 107.7 Hours | $27,935.00 |

23-ZAI Science Trial Expenses

| Description | Amount | |
|---|---|---|
| Computer Assisted Legal Research | $ | 3.77 |
| Telephone Expense | $ | 20.00 |
| Telephone Expense – Outside | | |
| Facsimile ($1.00 per page) | | |
| Postage Expense | | |
| Courier & Express Carriers | | |
| In-House Duplicating / Printing (\$.15 per page) | | |
| Outside Duplicating / Printing (color photocopies) | | |
| Lodging | | |
| Transportation | | |
| Air Travel Expense | | |
| Taxi Expense | | |
| Mileage Expense | | |
| Travel Meals | | |
| Parking | | |
| General Expense | | |
| Expert Services | | |
| Books/Videos | | |
| Other (Explain): | | |
| Total: | | $ 23.77 |

Dated: May **23**, 2007
Wilmington, DE

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

**Re:**  1.5  **Grace - Special Counsel**

**FOR TIME PERIOD ENDED 1/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 1/2/2007<br>Darrell W. Scott<br>Principal | DWS | Final work re designations of record (1.0); phone call to co-special counsel re same (.3); review memorandum from KB re appeallate designations (.2); phone call to co-counsel re extension of time to respond (.2); meeting with KB re additional designation to transcript (.2); review hearing transcripts for additional designations (1.0). | 2.9 | $440.00 | $1,276.00 |
| 1/2/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Telephone call from co-counsel regarding ZAI designation on appeal (.2); comparison of draft designation on appeal to CPA list compiled (.6); office conference with Darrell Scott regarding same (.1); email and telephone call to co-counsel regarding additional documents to designate on appeal (.1); review of hearing transcripts for additional transcripts to designate on appeal and email regarding same (.4). | 1.4 | $170.00 | $238.00 |
| 1/3/2007<br>Darrell W. Scott<br>Principal | DWS | Review additional materials for designation (.9); review and respond to communications from co-counsel re same (.3); final work re designation of material; phone call to co-counsel re appeals issues (.4); continued analysis of opinion and order re consumer protection and injury under CPA claims (1.2). | 2.8 | $440.00 | $1,232.00 |
| 1/3/2007<br>Darrell W. Scott<br>Principal | DWS | Review and respond to inquiry from claimant re status of ZAI claims in view of Science trial order. | .2 | $440.00 | $88.00 |
| 1/3/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Review final Designation of Record on Appeal. | .3 | $170.00 | $51.00 |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel

**FOR TIME PERIOD ENDED 1/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 1/4/2007<br>Darrell W. Scott<br>Principal | DWS | Work on analysis of state laws in respect of individual science trial claimants in preparation for appeal brief (2.3); review relevant record materials concerning individual state substantive laws (1.1); analyze illustrative and exhibit materials for appeal (2.1). | 5.5 | $440.00 | $2,420.00 |
| 1/5/2007<br>Darrell W. Scott<br>Principal | DWS | Continued work on analysis of consumer protection issues in relation to appeal (1.5); phone conference with co-counsel re appeal issues (.2); additional phone call from co-counsel re appeal issues (.1); analyze research summary re economic loss/bodily injury appeal issues (1.0); continued review of record in preparation for appeal brief (.4); review communication from BS re appeal briefing schedule (.1). | 3.3 | $440.00 | $1,452.00 |
| 1/5/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Prepare compilation of ZAI Complaint and POCs for ZAI counsel. | .3 | $170.00 | $51.00 |
| 1/8/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Continue legal Research regarding Consumer Protection laws in key states (California). | 1.1 | $170.00 | $187.00 |
| 1/9/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Provide Consumer Protection Briefing to Ed Westbrook's office. | .1 | $170.00 | $17.00 |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE: 509-455-3966**

**Re:**   **1.5**   **Grace - Special Counsel**                              **FOR TIME PERIOD ENDED 1/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/9/2007<br>Darrell W. Scott<br>Principal | DWS | Review and respond to communications with co-counsel re preparations of appeal brief (.6); continued legal work re Minnesota CPA and California CPA re ZAI appeal (2.7). | 3.3 | $440.00 | $1,452.00 |
| 1/10/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Legal research regarding stigma as a property damage. | .8 | $170.00 | $136.00 |
| 1/10/2007<br>Rachel Scott<br>Research Assistant | RS | Research consumer protection act caselaw. | 6.6 | $85.00 | $561.00 |
| 1/11/2007<br>Darrell W. Scott<br>Principal | DWS | Review compilation of state laws re remediation burdens, property injury, and loss under individual state CPA laws (2.0); begin outline of portions of appeal brief (2.1). | 4.1 | $440.00 | $1,804.00 |
| 1/11/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Email excerpt from stigma research to Darrell Scott (.1); research regarding Washington asbestos levels (.3); continue legal research relating to consumer protection laws of key 5 states (focus on Minnesota, Montana) (1.1). | 1.5 | $170.00 | $255.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    **Grace - Special Counsel**                              **FOR TIME PERIOD ENDED 1/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 1/11/2007 | RS | Research consumer protection act caselaw. | 3.0 | $85.00 | $255.00 |
| Rachel Scott | | | | | |
| Research Assistant | | | | | |
| 1/11/2007 | RS | Research Mass. Consumer Protection Ch. 93A. | 3.3 | $85.00 | $280.50 |
| Rachel Scott | | | | | |
| Research Assistant | | | | | |
| 1/12/2007 | DWS | Continued research re consumer protection issues in relation to appeal. | 2.1 | $440.00 | $924.00 |
| Darrell W. Scott | | | | | |
| Principal | | | | | |
| 1/12/2007 | RS | Research - Consumer Protection Act caselaw. | .4 | $85.00 | $34.00 |
| Rachel Scott | | | | | |
| Research Assistant | | | | | |
| 1/12/2007 | RS | Research Mass. Consumer Protection Ch. 93A. | 4.5 | $85.00 | $382.50 |
| Rachel Scott | | | | | |
| Research Assistant | | | | | |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel                    FOR TIME PERIOD ENDED 1/31/07

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 1/15/2007  KLB<br>Kristy L. Bergland<br>Paralegal | | Continue legal research relating to what constitutes harm or injury in consumer protection action for the ZAI key states. | 4 | $170.00 | $680.00 |
| 1/15/2007  DWS<br>Darrell W. Scott<br>Principal | | Review compilation of comparative state CPA laws re appellate issues in preparation for ZAI appeal (1.2); legal work re Mass. CPA states and recognized damages re same (2.6). | 3.8 | $440.00 | $1,672.00 |
| 1/15/2007  RS<br>Rachel Scott<br>Research Assistant | | Research Mass. Consumer Protection Ch 93A. | .5 | $85.00 | $42.50 |
| 1/16/2007  KLB<br>Kristy L. Bergland<br>Paralegal | | Office conference with Darrell Scott regarding additional legal research (.1); shepardize Leardi (.1); additional Legal research regarding California Consumer Legal Remedies Act (.3). | .5 | $170.00 | $85.00 |
| 1/16/2007  DWS<br>Darrell W. Scott<br>Principal | | Analyze prior pleadings and summaries of state and federal law in respect of damages for purposes of ZAI appeal (.7); legal research re exceptional circumstances tests (1.1); review and revise draft of reply brief supporting motion for discretionary review (1.8). | 3.6 | $440.00 | $1,584.00 |

# THE SCOTT LAW GROUP, P.S.

926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel

FOR TIME PERIOD ENDED 1/31/07

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/16/2007 KLB<br>Kristy L. Bergland<br>Paralegal | | Review Debtor's Response to Leave to Appeal and Legal research regarding same. | 2.5 | $170.00 | $425.00 |
| 1/16/2007 RS<br>Rachel Scott<br>Research Assistant | | Research "injury". | 2.5 | $85.00 | $212.50 |
| 1/17/2007 DWS<br>Darrell W. Scott<br>Principal | | Review and revise reply brief re motion for discretionary review (2.2); continued review of record on appeal and applicable substantive state law (2.7); phone call from co-counsel re revisions to reply brief re discretionary appeal (.6). | 5.5 | $440.00 | $2,420.00 |
| 1/17/2007 KLB<br>Kristy L. Bergland<br>Paralegal | | Legal research relating to consumer protection briefing issues and preparation of summaries regarding same. | 8.5 | $170.00 | $1,445.00 |
| 1/18/2007 KLB<br>Kristy L. Bergland<br>Paralegal | | Legal research regarding class proofs of claim in bankruptcy. | 7.2 | $170.00 | $1,224.00 |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:     1.5     **Grace - Special Counsel**                    **FOR TIME PERIOD ENDED 1/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 1/19/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Additional legal research regarding bankruptcy class proofs of claim. | 7 | $170.00 | $1,190.00 |
| 1/19/2007<br>Darrell W. Scott<br>Principal | DWS | Analyze additional comparative law summaries in preparation for appeal brief. | 1.1 | $440.00 | $484.00 |
| 1/23/2007<br>Darrell W. Scott<br>Principal | DWS | Followup legal research re additional authority on discretionary review (.4); review counter designations re record on appeal (.3). | .7 | $440.00 | $308.00 |
| 1/26/2007<br>Darrell W. Scott<br>Principal | DWS | Review order re oral argument (.1); phone conference with co-counsel re oral argument on motion for discretionary review (.2). | .3 | $440.00 | $132.00 |
| 1/29/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Legal Research regarding Massachusetts and California secondary materials on consumer protection act. | 3.0 | $170.00 | $510.00 |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    **Grace - Special Counsel**                                    **FOR TIME PERIOD ENDED 1/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 1/29/2007 | DWS | Review and respond to communications with co-counsel re appeal issues | 2.8 | $440.00 | $1,232.00 |
| Darrell W. Scott | | (.4); continued review of legal research re ZAI claimant's appeal brief and | | | |
| Principal | | motion for discretionary review (2.4). | | | |
| 1/31/2007 | DWS | Review and respond to multiple communications re argument on | .2 | $440.00 | $88.00 |
| Darrell W. Scott | | discretionary review. | | | |
| Principal | | | | | |
| 01/31/2007 | KLB | Legal research regarding asbestos property damage cases in five key | 6.5 | $170.00 | $1,105.00 |
| Kristy L. Bergland | | states and secondary sources. | | | |
| Paralegal | | | | | |

**TOTAL THIS STATEMENT:**    $27,935.00

## VERIFICATION

STATE OF WASHINGTON     )
                                )
COUNTY OF SPOKANE        )

       Darrell W. Scott, after being duly sworn according to law, deposes and says:

       a)     I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

       b)     I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

       c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this _16_ day of _May_, 2007.

Notary Public for Washington
Residing at Spokane
My Commission Expires: _9-10-2010_

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of The Scott Law Group, P.S. for*

*Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel*

*for the Interim Period from January 1, 2007 through January 31, 2007* to be made this May 23,

2007 upon the parties identified on the attached service list, in the manner indicated:


<u>May 23, 2007</u>                          <u>/s/ William D. Sullivan</u>
Date                                        William D. Sullivan

**SERVICE LIST**

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

# File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                         Chapter: 11 v                 Office: 1 (Delaware)

Judge: JKF                     Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

## U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 5/23/2007 at 2:40 PM EDT and filed on 5/23/2007

**Case Name:**      W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**   01-01139-JKF

**Document Number:** 15791

**Docket Text:**
Application for Compensation *Summary of the Verified Application of the Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from January 1, 2007 through January 31, 2007* Filed by Zonolite Attic Insulation Class Plaintiffs. Objections due by 6/12/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\Scott Law\Jan 2007 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/23/2007] [FileNumber=5650797-0]
[8863ce9d7b22af04d4b35244ffa8603fc5a0fbc334aad173be68e6817003d5c7e1c7
68ba65ae6e22407001b082bc4bafad55d9bb0f6c222a2d08061283ee6909]]
**Document description:** Certificate of Service
**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\Scott Law\Jan 2007 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/23/2007] [FileNumber=5650797-1]
[508d778c29db9981086d8016b3d9f944ab6f8edcd2abca9e99603d84648bea1fb027
556268fe567208f075b942c141d1f3aade9c8d8e9bacf011765b0fec80d1]]

## 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: June 12, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

Name of Applicant:                                          The Scott Law Group, P.S.

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                                       July 22, 2002

Period for which compensation and
Reimbursement is sought:                                 February 1, 2007 through
                                                                      February 28, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                          $      2,590.00

Amount of Expenses Reimbursement:             $       167.63

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

Docket No. 15792

Date 5/23/2007

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1,365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 10/1/06-10/31/06 | $2,302.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 11/1/06-11/30/06 | $507.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 12/1/06-12/31/06 | $8,766.50 | $20.00 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 01/1/07-01/31/07 | $27,935.00 | $23.77 | Pending | Pending |

This is the fiftieth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 17 | Litigation | $440 | 2.4 | $1,056.00 |
| TOTALS | | | | | 2.4 | $1,056.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 27 | Litigation | $170 | 6.2 | $1,054.00 |
| Samantha Simatos | Legal Asst. | 14 | Litigation | $120 | 4.0 | $480.00 |
| TOTALS | | | | | 10.2 | $1,534.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 12.6 Hours | $2,590.00 |
| TOTALS | 12.6 Hours | $2,590.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | $    147.63 |
| Telephone Expense | $      20.00 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 167.63 |

Dated: May **23**, 2007
      Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE: 509-455-3966**

Re:    1.5    **Grace - Special Counsel**                                    **FOR TIME PERIOD ENDED 2/28/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 2/2/2007<br>Darrell W. Scott<br>Principal | DWS | Phone call from Special Counsel re ZAI science trial status conference and appeal issues (.2); review memorandum and respond to same re omnibus hearing (.1); followup phone conference with counsel re same (.2). | .5 | $440.00 | $220.00 |
| 2/2/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Additional legal research regarding asbestos property damage issues. | .2 | $170.00 | $34.00 |
| 2/6/2007<br>Samantha Simatos<br>Legal Assistant | SS | Prepare monthly fee applications for Oct-Dec 2006. | 4.0 | $120.00 | $480.00 |
| 2/12/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Review and summary of secondary materials relating to research on property damage and asbestos property litigation (1.0); additional legal research regarding property damages - Massachusetts (.5). | 1.5 | $170.00 | $255.00 |
| 2/13/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Additional legal research regarding property damage contamination cases in key states (3.0); preparation of summary of research (1.5). | 4.5 | $170.00 | $765.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    **Grace - Special Counsel**                    **FOR TIME PERIOD ENDED 2/28/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 2/13/2007<br>Darrell W. Scott<br>Principal | DWS | Review legal memorandum and case updates re ZAI appellate issues. | 1.4 | $440.00 | $616.00 |
| 2/14/2007<br>Darrell W. Scott<br>Principal | DWS | Phone call from co-counsel re ZAI appeal and case status issues. | .2 | $440.00 | $88.00 |
| 2/22/2007<br>Darrell W. Scott<br>Principal | DWS | Phone conference with co-counsel re appeal issues. | .3 | $440.00 | $132.00 |

**TOTAL THIS STATEMENT:**        $2,590.00

## VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )

      Darrell W. Scott, after being duly sworn according to law, deposes and says:

      a)     I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

      b)     I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

      c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this _16_ day of _May_, 2007.

Notary Public for Washington
Residing at Spokane
My Commission Expires: _9/10/2010_

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of The Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from February 1, 2007 through February 28, 2007* to be made this May **23**, 2007 upon the parties identified on the attached service list, in the manner indicated:


*May* **23** *, 2007*                                  */s/ William D. Sullivan*
Date                                                      William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

<u>01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.</u>

Type: bk                    Chapter: 11 v              Office: 1 (Delaware)

Judge: JKF                  Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)


### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 5/23/2007 at 2:44 PM EDT and filed on 5/23/2007

**Case Name:**     W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**   <u>01-01139-JKF</u>

**Document Number:** <u>15792</u>


**Docket Text:**
Application for Compensation *Summary of the Verified Application of the Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from February 1, 2007 through February 28, 2007* Filed by Zonolite Attic Insulation Class Plaintiffs. Objections due by 6/12/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\Scott Law\Feb 2007 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/23/2007] [FileNumber=5650809-0]
[9c70d0d993f8eb18014d6820a7f522959267293cde487b52053670ca4f21edb72e1f
4f6d48033673574c8c35e9c189a892e2966f7415ae4217877e0d16df6a9b]]
**Document description:**Certificate of Service
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\Scott Law\Feb 2007 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/23/2007] [FileNumber=5650809-1]
[655a17eff03c3f16b5e73f9e9705425d8e4874d2d1d7eb7cceb2265820006af32359
fe35e03a6646abe9c14841af79a5d557ecb0b154851f826922f74f137c11]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| . | ) | |
| **Debtors.** | ) | **Objection Deadline: June 12, 2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

### SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

Name of Applicant:  The Scott Law Group, P.S.

Authorized to Provide Professional Services to:  Zonolite Attic Insulation Claimants

Date of Appointment:  July 22, 2002

Period for which compensation and
Reimbursement is sought:  March 1, 2007 through
March 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:  $    11,162.00

Amount of Expenses Reimbursement:  $    1,787.27

This is a:  X monthly   _ interim   _ final application

Prior Application filed:  Yes

Docket No. 15793
Date 5/23/2007

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1,365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 10/1/06-10/31/06 | $2,302.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 11/1/06-11/30/06 | $507.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 12/1/06-12/31/06 | $8,766.50 | $20.00 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 01/1/07-01/31/07 | $27,935.00 | $23.77 | Pending | Pending |
| 5/16/07 | 02/1/07-02/28/07 | $2,590.00 | $167.63 | Pending | Pending |

This is the fifty-first Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 17 | Litigation | $440 | 27.8 | $8,712.00 |
| TOTALS | | | | | 27.8 | $8,712.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 27 | Litigation | $170 | 13.0 | $2,210.00 |
| Samantha Simatos | Legal Asst. | 14 | Litigation | $120 | 2.0 | $240.00 |
| TOTALS | | | | | 15.0 | $2,450.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 16.0 Hours | $3,520.00 |
| 22-ZAI Science Trial | 26.8 Hours | $7,642.00 |
| TOTALS | 42.8 Hours | $11,162.00 |

23-ZAI Science Trial Expenses

| Description | Amount | |
|---|---:|---:|
| Computer Assisted Legal Research | $ | 8.21 |
| Telephone Expense | $ | 20.00 |
| Telephone Expense – Outside | | |
| Facsimile ($1.00 per page) | | |
| Postage Expense | | |
| Courier & Express Carriers | | |
| In-House Duplicating / Printing ($.15 per page) | | |
| Outside Duplicating / Printing (color photocopies) | | |
| Lodging | $ | 567.72 |
| Transportation | | |
| Air Travel Expense | $ | 1,024.60 |
| Taxi Expense | $ | 90.00 |
| Mileage Expense | | |
| Travel Meals | $ | 51.24 |
| Parking | $ | 25.50 |
| General Expense | | |
| Expert Services | | |
| Books/Videos | | |
| Other (Explain): | | |
| Total: | $ | 1,787.27 |

Dated: May  23 , 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.

926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel                                        FOR TIME PERIOD ENDED 3/31/07

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 3/4/2007<br>Darrell W. Scott<br>Principal | DWS | Review case law materials submitted by Grace re same (1.1); review motion and surreply briefing re motion for discretionary review (1.1). | 2.2 | $440.00 | $968.00 |
| 3/5/2007<br>Darrell W. Scott<br>Principal | DWS | Review appellate briefing in preparation for appeal hearing (2.0); meeting with co-counsel re appellate argument (2.0); attend oral argument on ZAI motion for discretionary review (2.0); Followup meeting with co-counsel re ZAI case management issues (2.0). | 8.0 | $440.00 | $3,520.00 |
| 3/6/2007<br>Samantha Simatos<br>Legal Assistant | SS | Prepare 23rd quarterly application. | 2.0 | $120.00 | $240.00 |
| 3/7/2007<br>Darrell W. Scott<br>Principal | DWS | Phone call from co-counsel re ZAI status conference issues. | .2 | $440.00 | $88.00 |
| 3/8/2007<br>Darrell W. Scott<br>Principal | DWS | Review and respond to communications from co-counsel re motion to permit discovery. | .4 | $440.00 | $176.00 |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

**Re:**    **1.5**    **Grace - Special Counsel**                          **FOR TIME PERIOD ENDED 3/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 3/8/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Office conference with Darrell Scott regarding Zonolite status (.2); begin preparation of timeline of key events (.3). | 0.5 | $170.00 | $85.00 |
| 3/9/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Review of key pleadings and work on preparation of timeline re: chronological summary of ZAI class proceedings. | 6.5 | $170.00 | $1,105.00 |
| 3/12/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Complete preparation of illustrative timeline of key events (1.5); prepare listing of detailed timeline of key events (2.5). | 4.0 | $170.00 | $680.00 |
| 3/13/2007<br>Darrell W. Scott<br>Principal | DWS | Review transcript re ZAI appellate hearing (.2); review and respond to local counsel re appeal issues (.1). | .3 | $440.00 | $132.00 |
| 03/13/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Review of designation of record on appeal and final revisions to timeline. | 2.0 | $170.00 | $340.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE: 509-455-3966**

**Re:**  **1.5**  **Grace - Special Counsel**                                   **FOR TIME PERIOD ENDED 3/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 3/27/2007 | DWS | Phone conference with special counsel re order on appeal and case management issues (.2); review order denying discretionary review (.1); review and revise motion re discovery re ATSDR study (.2); phone call from Special counsel re motion re ATSDR study (.2). | .7 | $440.00 | $308.00 |
| Darrell W. Scott Principal | | | | | |

**TOTAL THIS STATEMENT:**            $7,642.00

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

**Re:**   **1.5.001   Grace - Special Counsel Travel**                    **FOR TIME PERIOD ENDED 3/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 3/4/2007<br>Darrell W. Scott<br>Principal | DWS | Travel to Philadelphia for oral argument on ZAI motion for discretionary review (billed at half rate). | 8.0 | $220.00 | $1,760.00 |
| 3/6/2007<br>Darrell W. Scott<br>Principal | DWS | Return from hearing on motion for discretionary review of ZAI opinion (billed at half rate). | 8.0 | $220.00 | $1,760.00 |

**TOTAL THIS STATEMENT:**          $3,520.00

## VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)      I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this _16_ day of _May_, 2007.

Notary Public for Washington
Residing at Spokane
My Commission Expires: _9-10-2010_

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of The Scott Law Group, P.S. for*

*Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel*

*for the Interim Period from March 1, 2007 through March 31, 2007* to be made this May **23**,

2007 upon the parties identified on the attached service list, in the manner indicated:


*May*   **23**  , *2007*                                  */s/ William D. Sullivan*
Date                                                       William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

<u>01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.</u>

Type: bk                     Chapter: 11 v              Office: 1 (Delaware)

Judge: JKF                   Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 5/23/2007 at 2:47 PM EDT and filed on 5/23/2007

**Case Name:**          W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**        <u>01-01139-JKF</u>

**Document Number:** <u>15793</u>

**Docket Text:**
Application for Compensation *Summary of the Verified Application of the Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from March 1, 2007 through March 31, 2007* Filed by Zonolite Attic Insulation Class Plaintiffs. Objections due by 6/12/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\Scott Law\Mar 2007 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/23/2007] [FileNumber=5650829-0]
[4a18672cf7d838b659d23f0d77490df409ee4ec3313bf28ec1550759e2a3cfb577f0
489d99c1d89952ec23fca42ef8eb39c4b28139f32427cc71d250b065942f]]
**Document description:** Certificate of Service
**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\Scott Law\Mar 2007 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/23/2007] [FileNumber=5650829-1]
[4bce6c87f2acc3f33a778e99aa1194ce6ed3a75030604f75f66f9f615caaf4846987
aa376a2989e57ce8258a2d88f0642214e395c343b388936acda989a7da8e]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson     eabramson@serlinglaw.com

Peter M. Acton     pacton@nutter.com

David G. Aelvoet     davida@publicans.com