IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.,* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No. 15057 |
| | | 5/2/07 Agenda Item 15 |

## CERTIFICATION OF COUNSEL RE SUPPLEMENTAL ORDER RE PRODUCTION OF X-RAYS BY NON-MESOTHELIOMA CANCER CLAIMANTS

The undersigned counsel for W.R. Grace & Co., et al (the "Debtors") hereby certifies that:

1. On May 2, 2007, the Court held a hearing (the "Hearing") in these cases wherein the Court considered, among other things, the *Debtors' Motion Regarding Noncompliance With X-ray Order [Docket No. 15057]*, and the objections and responses thereto.

2. Attached hereto as Exhibit 1 is a proposed *Supplemental Order Regarding Production of X-Rays by Non-Mesothelioma Cancer Claimants* (the "Order") that reflects the disposition of this matter as provided at the Hearing and agreed to by counsel.

3. The Debtors respectfully request that the Court enter the Order at its earliest convenience.

4.   Counsel for the Debtors is available, should the Court have any questions or concerns with the foregoing or the Order.

Dated: May 25, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Scott McMillin
Ellen Ahern
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile:  (312) 861-2200

and

KIRKLAND & ELLIS LLP
Barbara Harding
David Mendelson
Brian Stansbury
Amanda Basta
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile:  (202) 879-5200

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession