# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. No. _____ |
| W.R. GRACE & CO., *et al.*, | |
| Plaintiffs, | Adversary No. A-01-771 |
| v. | Ref. No. _____ |
| MARGARET CHAKARIAN, *et al.*, and JOHN DOES 1-1000, | |
| Defendants. | |

## ORDER CONCERNING REQUEST TO STAY STATE COURT LITIGATION AGAINST THE STATE OF MONTANA AND BNSF

And now, this ___ day of May, 2007, it is ORDERED that there is no stay in effect enjoining the Montana Plaintiffs[1] from prosecuting their tort claims in the Montana District Courts against the State of Montana (the "State Litigation") or BNSF Railway Company and its predecessors, the Great Northern Railway Company, the Burlington Northern Railroad Company, and The Burlington Northern & Santa Fe Railway Company (the "BNSF Litigation").

It is FURTHER ORDERED that a hearing on the requests for temporary stays of the State Litigation and BNSF Litigation will be held on June 25, 2007 at 2:00 p.m.

Dated: _____, 2007

_____
The Honorable Judith K. Fitzgerald

---

[1] As defined in the Montana Plaintiffs' Objection to Proposed Orders Staying the State of Montana and BNSF Litigation.