IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |
| W.R. GRACE & CO., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>MARGARET CHAKARIAN, *et al.*, and JOHN DOES 1-1000,<br><br>        Defendants. | Adversary No. A-01-771 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                               ) SS
NEW CASTLE COUNTY   )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 25th day of May, 2007, she caused a copy of the following

**MONTANA PLAINTIFFS' OBJECTION TO PROPOSED ORDERS
STAYING THE STATE OF MONTANA AND BNSF LITIGATION**

to be served upon the parties on the attached list via first class mail or in the manner as otherwise indicated.

                                             /s/ Cathy A. Adams
                                             Cathy A. Adams

      SWORN TO AND SUBSCRIBED before me this 25th day of May, 2007.

                                   /s/ Kerri K. Mumford
                                 Notary Public
                                              Kerri K. Mumford
                                              Attorney at Law
                                      Notary Public, State of Delaware
                                      My Commission Has No Expiration Date
                                         29 Del C §4323(a)(3)

393.001-16797

**HAND DELIVERY**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
(Counsel to Debtors and Debtors in Possession)

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
(Debtors and Debtors in Possession)

David M. Bernick, P.C.
Janet S. Baer, Esq.
Andrea L. Johnson, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(Counsel to W.R. Grace & Co., et al.)

**HAND DELIVERY**
Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(Counsel to Official Committee of Unsecured Creditors)

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(Counsel to Official Committee of Unsecured Creditors)

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
(Counsel to Official Committee of Unsecured Creditors)

**HAND DELIVERY**
Michael B. Joseph, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Counsel to Official Committee of Asbestos Property Damage Claimants)

Scott L. Baena, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
(Counsel to Official Committee of Asbestos Property Damage Claimants)

**HAND DELIVERY**
Marla Rosoff Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

**HAND DELIVERY**
Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801
(United States Trustee)

**HAND DELIVERY**
Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel to Equity Committee)

Philip Bentley, Esq.
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Counsel to Equity Committee)

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel to David T. Austern, Future Claimants' Representative)

Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe, LLP
3050 K Street, NW
Suite 300
Washington, DC 20007
(Counsel to David T. Austern, Future Claimants' Representative)

**HAND DELIVERY**
Edward B. Rosenthal, Esq.
Rosenthal, Monhait, & Goddess, P.A.
919 Market Street
Mellon Bank Center, Suite 1401
Wilmington, DE 19801
(Counsel to Continental Casualty Company)

Brian H. Mukherjee, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(Counsel to CNA Financial Corporation)

Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875
(Counsel to Continental Casualty Company)

**HAND DELIVERY**
Ian Connor Bifferato, Esq.
Garvan F. McDaniel, Esq.
Chad J. Toms, Esq.
Bifferato Gentilotti LLC
800 North King Street, First Floor
Wilmington, DE 19801
(Counsel to Royal Indemnity Company)

Carl J. Pernicone, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
(Counsel to Royal Indemnity Company)

Daniel C. Cohn, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
(Counsel to Libby Plaintiffs)

**HAND DELIVERY**
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
(Counsel to BNSF Railway Company)

Edward C. Toole, Jr., Esq.
Anne Marie Aaronson, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(Counsel to BNSF Railway Company)

**HAND DELIVERY**
Mark J. Phillips, Esq.
Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(Counsel to Maryland Casualty Company)

Edward J. Longosz, II, Esq.
Laura G. Stover, Esq.
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC 20006
(Counsel to Maryland Casualty Company)

**HAND DELIVERY**
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(Counsel to DIP Lender)

J. Douglas Bacon, Esq.
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(Counsel to DIP Lender)

David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
(Counsel to National Medical Care, Inc.)

**HAND DELIVERY**
David E. Wilks, Esq.
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
(Counsel to Gamma Holding, NV)

**HAND DELIVERY**
Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue
Wilmington, DE 19801
(Counsel to the Allen Plaintiffs)

Gary Smolker
Alice Smolker
4720 Lincoln Blvd., Suite 280
Marina del Rey, CA 90292-6977

**HAND DELIVERY**
Steven K. Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St., Suite 1000
Wilmington, DE 19801
(Counsel to Carol Gerard)

Brian Parker, Esq.
36 South Charles Street
Charles Center South
Suite 2200
Baltimore, MD 21201
(Counsel to Carol Gerard)

**HAND DELIVERY**
Thomas D. Walsh, Esq.
McCarter & English, LLP
919 Market St., Suite 1800
Wilmington, DE 19801
(Counsel to James and Julie Holland)

Michael S. Etkin, Esq.
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068
(Counsel to Keri Evans)

David K. Foust, Esq.
3030 W. Grand Boulevard
10th Floor – Suite 200
Detroit, MI 48202
(Counsel to the State of Michigan, Department of Corrections)

**HAND DELIVERY**
Kevin J. Mangan, Esq.
Monzack and Monaco P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(Counsel to the State of Montana)

**HAND DELIVERY**
Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(Counsel to The Chase Manhattan Bank)

**HAND DELIVERY**
Bernard G. Conaway, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE 19801
(Counsel to the Lanier Law Firm Asbestos Claimants)

**HAND DELIVERY**
Daniel B. Butz, Esq.
Gregory T. Donilon, Esq.
William H. Sudell, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(Counsel to The Scotts Co.)

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216
(Counsel to The Scotts Co.)

**HAND DELIVERY**
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite1200
Wilmington, DE 19801
(Counsel to ExxonMobile)