# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 15670 |
| | | Related to 15669 |

*Modified* ORDER ON DEBTORS' MOTION FOR EXPEDITED CONSIDERATION OF
JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Upon consideration of Debtors' Motion for Expedited Consideration of Agreed Motion for Entry of Protective Order and all oppositions and responses thereto;

IT IS HEREBY ORDERED THAT:

1. The Motion for Expedited Consideration is GRANTED; and it is further ordered that

2. Any party objecting to entry of the Protective Order shall file such objection with the Court within 5 days of entry of this Order; and it is further ordered that

3. The Court will consider the Agreed Motion for Entry of Protective Order and any oppositions thereto and rule without conducting a hearing as soon as practicable after the expiration of the 5 day objection period.

4. *Debtor shall notify the court and parties by filing a CNO or COC if no objections are filed or if filed (x)*

SO ORDERED AND ADJUDGED this the _____ day of _____, 2007.

*(x) Objections are resolved. If objections are filed and not resolved, Debtor shall so notify the court so that the court can consider same.*

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

*Judith K. Fitzgerald*
*5/24/07*

DOCS_DE:127460.1

Date 5-24-07
Docket #15805