## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al., | ) Chapter 11<br>) Case No. 01-01139 (JKF)<br>) Hearing Date: TBD |
| Debtors. | )<br>) Re: Docket Nos. 13406, 15527, and 15686 |

### NOTICE OF EMERGENCY MOTION

**PLEASE TAKE NOTICE** that on May 29, 2007, the Emergency Motion by Motley Rice Claimants,[1] Emergency Motion to Reschedule (the "Emergency Motion") was electronically filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Emergency Motion, if any, must be made in writing, state with particularity the reasons therefor, and be filed with the Bankruptcy Court and served upon the undersigned so as to actually be received on or before **June 18, 2007 at 4:00 p.m. (EST)**.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Emergency Motion will be held at a date time convenient to the Court.

---

[1] CHP Associates Inc. (Claim No. 2977); American Legion (Claim No. 3406); Capital Campus-General Administration Building (Claim No. 6937); Edmunds Community College (Claim No. 6938); Washington State University (Claim No. 6939, 6940, 6941, 6942, 6943, 6944); Port of Seattle (Claim No. 9645, 9646, 9647).

18366.1

Dated: May 29, 2007 Respectfully submitted,

          **JASPAN SCHLESINGER HOFFMAN LLP**

*By:* */s/ Laurie Schenker-Polleck*
   Laurie Schenker-Polleck, Esq. (No. 4300)
   913 N. Market Street, 12th Floor
   Wilmington, DE  19801
   Telephone:  (302) 351-8000
   Facsimile:  (302) 351-8000
   E-mail:  lpolleck@jshllp-de.com

18366.1         2.