# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **May 25, 2007**

To:   Peter Dalleo, Clerk
        U. S. District Court
        District of Delaware
        U. S. Courthouse - 844 King Street
        Wilmington  DE  19801

Re:   WR Grace 01-1139
        Appeal BAP #07-18

       Enclosed please find the bankruptcy Record on Appeal docket #15314, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15537, Appellee Designation docket#15689.

 Please acknowledge receipt on the copy provided.

           Sincerely,

           **David Bird, Clerk**

By: Betsy Magnuson
     Deputy Clerk, U.S. Bankruptcy Court

  X   Filing fee paid on April 26, 2007

_____ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
     Deputy Clerk, U.S. District Court

**<u>TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT</u>**

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-18**

**<u>Appellant's</u>**
**<u>Counsel</u>**          **Christopher D. Loizides**
              Loizieds PA
              Legal Arts Bldg.
              1225 King Street Suite 800
              Wilmington DE 19801
              302-654-0248
              Fax**:** 302-0654-0728
              Email: [loizidea@loizides.com](mailto:loizidea@loizides.com)

              Daniel A Speights
              Speights & Runyan
              200 Jackson Avenue East
              Hampton SC 29924
              803-943-4444

**<u>Appellee's</u>**
**<u>Counsel:</u>**          **James E. O'Neill**
              Pachulski Stang Ziehl Young Jones & Wein
              919 North Market Street
              16th Floor
              PO Box 8705
              Wilmington, DE 19899-8705
              302-652-4100
              Fax : 302-652-4400
              Email: jo'neill@pszyj.com

              **David M Bernick PC**
              Kirkland & Ellis LLP
              200 East Randolph DR
              Chicago IL 60601
              312- 861-2000