# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **May 25, 2007**

To:    Peter Dalleo, Clerk
       U. S. District Court
       District of Delaware
       U. S. Courthouse - 844 King Street
       Wilmington  DE  19801

Re:    WR Grace 01-1139
       Appeal BAP #07-22

   Enclosed please find the bankruptcy Record on Appeal docket #15322, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15551, Appellee Designation docket#15689.

 Please acknowledge receipt on the copy provided.

                 Sincerely,

                 **David Bird, Clerk**

By: Betsy Magnuson
    Deputy Clerk, U.S. Bankruptcy Court

  X   Filing fee paid on <u>April 26, 2007</u>

_____  Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
     Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-22**

**Appellant's**
**Counsel**       **Christopher D. Loizides**
                  Loizieds PA
                  Legal Arts Bldg.
                  1225 King Street Suite 800
                  Wilmington DE 19801
                  302-654-0248
                  Fax**:** 302-0654-0728
                  Email: loizidea@loizides.com

                  Daniel A Speights
                  Speights & Runyan
                  200 Jackson Avenue East
                  Hampton SC 29924
                  803-943-4444

**Appellee's**
**Counsel:**      **James E. O'Neill**
                  Pachulski Stang Ziehl Young Jones & Wein
                  919 North Market Street
                  16th Floor
                  PO Box 8705
                  Wilmington, DE 19899-8705
                  302-652-4100
                  Fax : 302-652-4400
                  Email: jo'neill@pszyj.com

                  **David M Bernick PC**
                  Kirkland & Ellis LLP
                  200 East Randolph DR
                  Chicago IL 60601
                  312- 861-2000