# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **May 25, 2007**

To:  Peter Dalleo, Clerk
      U. S. District Court
      District of Delaware
      U. S. Courthouse - 844 King Street
      Wilmington  DE  19801

Re:  WR Grace 01-1139
      Appeal BAP #07-23

Enclosed please find the bankruptcy Record on Appeal docket #15324, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15554, Appellee Designation docket#15689.

Please acknowledge receipt on the copy provided.

Sincerely,

**David Bird, Clerk**

By: Betsy Magnuson
    Deputy Clerk, U.S. Bankruptcy Court

__X__ Filing fee paid on <u>April 26, 2007</u>

_____ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
    Deputy Clerk, U.S. District Court

## **TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-23**

**Appellant's**
**Counsel**         **Christopher D. Loizides**
                    Loizieds PA
                    Legal Arts Bldg.
                    1225 King Street Suite 800
                    Wilmington DE 19801
                    302-654-0248
                    Fax**:** 302-0654-0728
                    Email: loizidea@loizides.com

                    Daniel A Speights
                    Speights & Runyan
                    200 Jackson Avenue East
                    Hampton SC 29924
                    803-943-4444

**Appellee's**
**Counsel:**        **James E. O'Neill**
                    Pachulski Stang Ziehl Young Jones & Wein
                    919 North Market Street
                    16th Floor
                    PO Box 8705
                    Wilmington, DE 19899-8705
                    302-652-4100
                    Fax : 302-652-4400
                    Email: jo'neill@pszyj.com

                    **David M Bernick PC**
                    Kirkland & Ellis LLP
                    200 East Randolph DR
                    Chicago IL 60601
                    312- 861-2000