# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

### Clerk of the Court
### 824 Market Street
### Wilmington  DE  19801
### (302) 252-2900

Date:  **May 25, 2007**

To:    Peter Dalleo, Clerk
       U. S. District Court
       District of Delaware
       U. S. Courthouse - 844 King Street
       Wilmington  DE  19801

Re:    WR Grace 01-1139
       Appeal BAP #07-24

       Enclosed please find the bankruptcy Record on Appeal docket #15326, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15558, Appellee Designation docket#15689.

 Please acknowledge receipt on the copy provided.

                    Sincerely,

                    **David Bird, Clerk**

By: Betsy Magnuson
    Deputy Clerk, U.S. Bankruptcy Court

  X   Filing fee paid on <u>April 26, 2007</u>

_____ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
    Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-24**


**Appellant's
Counsel**                    **Christopher D. Loizides**
                             Loizieds PA
                             Legal Arts Bldg.
                             1225 King Street Suite 800
                             Wilmington DE 19801
                             302-654-0248
                             Fax**:** 302-0654-0728
                             Email: loizidea@loizides.com

                             Daniel A Speights
                             Speights & Runyan
                             200 Jackson Avenue East
                             Hampton SC 29924
                             803-943-4444

**Appellee's
Counsel:**                   **James E. O'Neill**
                             Pachulski Stang Ziehl Young Jones & Wein
                             919 North Market Street
                             16th Floor
                             PO Box 8705
                             Wilmington, DE 19899-8705
                             302-652-4100
                             Fax : 302-652-4400
                             Email: jo'neill@pszyj.com

                             **David M Bernick PC**
                             Kirkland & Ellis LLP
                             200 East Randolph DR
                             Chicago IL 60601
                             312- 861-2000