# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **May 25, 2007**

To:    Peter Dalleo, Clerk
       U. S. District Court
       District of Delaware
       U. S. Courthouse - 844 King Street
       Wilmington  DE  19801

Re:    WR Grace 01-1139
       Appeal BAP #07-31


          Enclosed please find the bankruptcy Record on Appeal docket #15340, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15583, Appellee Designation docket#15689.


 Please acknowledge receipt on the copy provided.


                                        Sincerely,

                                        **David Bird, Clerk**

By: Betsy Magnuson
     Deputy Clerk, U.S. Bankruptcy Court


   X    Filing fee paid on April 26, 2007


_____ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day
of_____, 2003.

By:_____
     Deputy Clerk, U.S. District Court

## <u>TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT</u>

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-31**


**<u>Appellant's</u>**
**<u>Counsel</u>**          **Christopher D. Loizides**
                       Loizieds PA
                       Legal Arts Bldg.
                      1225 King Street Suite 800
                      Wilmington DE 19801
                       302-654-0248
                       Fax**:** 302-0654-0728
                       Email: [loizidea@loizides.com](loizidea@loizides.com)

                       Daniel A Speights
                       Speights & Runyan
                       200 Jackson Avenue East
                       Hampton SC 29924
                       803-943-4444


**<u>Appellee's</u>**
**<u>Counsel:</u>**        **James E. O'Neill**
                      Pachulski Stang Ziehl Young Jones & Wein
                      919 North Market Street
                      16th Floor
                      PO Box 8705
                      Wilmington, DE 19899-8705
                      302-652-4100
                      Fax : 302-652-4400
                      Email: jo'neill@pszyj.com


                      **David M Bernick PC**

                      Kirkland & Ellis LLP

                      200 East Randolph DR

                      Chicago IL 60601

                      312- 861-2000