# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:   **May 25, 2007**

To:   Peter Dalleo, Clerk
     U. S. District Court
     District of Delaware
     U. S. Courthouse - 844 King Street
     Wilmington  DE  19801

Re:   WR Grace 01-1139
     Appeal BAP #07-34

     Enclosed please find the bankruptcy Record on Appeal docket #15346, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15596, Appellee Designation docket#15689.

 Please acknowledge receipt on the copy provided.

                                                             Sincerely,

                                                            **David Bird, Clerk**

By: Betsy Magnuson
    Deputy Clerk, U.S. Bankruptcy Court

__X__ Filing fee paid on <u>April 26, 2007</u>

_____ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
    Deputy Clerk, U.S. District Court

## **TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-34**

**Appellant's**
**Counsel**      **Christopher D. Loizides**
　　　　　　　　Loizieds PA
　　　　　　　　Legal Arts Bldg.
　　　　　　　1225 King Street Suite 800
　　　　　　　Wilmington DE 19801
　　　　　　　302-654-0248
　　　　　　　Fax**:** 302-0654-0728
　　　　　　　Email: loizidea@loizides.com

　　　　　　　Daniel A Speights
　　　　　　　Speights & Runyan
　　　　　　　200 Jackson Avenue East
　　　　　　　Hampton SC 29924
　　　　　　　803-943-4444

**Appellee's**
**Counsel:**     **James E. O'Neill**
　　　　　　　Pachulski Stang Ziehl Young Jones & Wein
　　　　　　　919 North Market Street
　　　　　　　16th Floor
　　　　　　　PO Box 8705
　　　　　　　Wilmington, DE 19899-8705
　　　　　　　302-652-4100
　　　　　　　Fax : 302-652-4400
　　　　　　　Email: jo'neill@pszyj.com

　　　　　　　**David M Bernick PC**
　　　　　　　Kirkland & Ellis LLP
　　　　　　　200 East Randolph DR
　　　　　　　Chicago IL 60601
　　　　　　　312- 861-2000