# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **May 25, 2007**

To:    Peter Dalleo, Clerk
       U. S. District Court
       District of Delaware
       U. S. Courthouse - 844 King Street
       Wilmington  DE  19801

Re:    WR Grace 01-1139
       Appeal BAP #07-36

      Enclosed please find the bankruptcy Record on Appeal docket #15350, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15604, Appellee Designation docket#15689.

 Please acknowledge receipt on the copy provided.

                                                    Sincerely,

                                                   **David Bird, Clerk**

By: Betsy Magnuson
    Deputy Clerk, U.S. Bankruptcy Court

__X__ Filing fee paid on <u>April 26, 2007</u>

_____ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
    Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-36**

**Appellant's**
**Counsel**          **Christopher D. Loizides**
                     Loizieds PA
                     Legal Arts Bldg.
                     1225 King Street Suite 800
                     Wilmington DE 19801
                     302-654-0248
                     Fax**:** 302-0654-0728
                     Email: loizidea@loizides.com

                     Daniel A Speights
                     Speights & Runyan
                     200 Jackson Avenue East
                     Hampton SC 29924
                     803-943-4444

**Appellee's**
**Counsel:**         **James E. O'Neill**
                     Pachulski Stang Ziehl Young Jones & Wein
                     919 North Market Street
                     16th Floor
                     PO Box 8705
                     Wilmington, DE 19899-8705
                     302-652-4100
                     Fax : 302-652-4400
                     Email: jo'neill@pszyj.com

                     **David M Bernick PC**
                     Kirkland & Ellis LLP
                     200 East Randolph DR
                     Chicago IL 60601
                     312- 861-2000