# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **May 25, 2007**

To:   Peter Dalleo, Clerk
　　　U. S. District Court
　　　District of Delaware
　　　U. S. Courthouse - 844 King Street
　　　Wilmington  DE  19801

Re:   WR Grace 01-1139
　　　Appeal BAP #07-37

　　　Enclosed please find the bankruptcy Record on Appeal docket #15352, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15608, Appellee Designation docket#15689.

Please acknowledge receipt on the copy provided.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　　　**David Bird, Clerk**

By: Betsy Magnuson
　　　Deputy Clerk, U.S. Bankruptcy Court

__X__ Filing fee paid on <u>April 26, 2007</u>

_____ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
　　Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-37**

**Appellant's**
**Counsel**        **Christopher D. Loizides**
          Loizieds PA
          Legal Arts Bldg.
         1225 King Street Suite 800
         Wilmington DE 19801
          302-654-0248
         Fax**:** 302-0654-0728
         Email: loizidea@loizides.com

         Daniel A Speights
         Speights & Runyan
         200 Jackson Avenue East
         Hampton SC 29924
         803-943-4444

**Appellee's**
**Counsel:**        **James E. O'Neill**
         Pachulski Stang Ziehl Young Jones & Wein
         919 North Market Street
         16th Floor
         PO Box 8705
         Wilmington, DE 19899-8705
         302-652-4100
         Fax : 302-652-4400
         Email: jo'neill@pszyj.com

         **David M Bernick PC**
         Kirkland & Ellis LLP
         200 East Randolph DR
         Chicago IL 60601
         312- 861-2000