# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **May 25, 2007**

To:   Peter Dalleo, Clerk
       U. S. District Court
       District of Delaware
       U. S. Courthouse - 844 King Street
       Wilmington  DE  19801

Re:   WR Grace 01-1139
       Appeal BAP #07-39

       Enclosed please find the bankruptcy Record on Appeal docket #15356, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15612, Appellee Designation docket#15689.

Please acknowledge receipt on the copy provided.

                                          Sincerely,

                                          **David Bird, Clerk**

By: Betsy Magnuson
     Deputy Clerk, U.S. Bankruptcy Court

___X___ Filing fee paid on <u>April 26, 2007</u>

_____ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
    Deputy Clerk, U.S. District Court

## **TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-39**

**Appellant's**
**Counsel**          **Christopher D. Loizides**
                      Loizieds PA
                      Legal Arts Bldg.
                      1225 King Street Suite 800
                      Wilmington DE 19801
                      302-654-0248
                      Fax**:** 302-0654-0728
                      Email: loizidea@loizides.com

                      Daniel A Speights
                      Speights & Runyan
                      200 Jackson Avenue East
                      Hampton SC 29924
                      803-943-4444

**Appellee's**
**Counsel:**         **James E. O'Neill**
                      Pachulski Stang Ziehl Young Jones & Wein
                      919 North Market Street
                      16th Floor
                      PO Box 8705
                      Wilmington, DE 19899-8705
                      302-652-4100
                      Fax : 302-652-4400
                      Email: jo'neill@pszyj.com

                      **David M Bernick PC**

                      Kirkland & Ellis LLP

                      200 East Randolph DR

                      Chicago IL 60601

                      312- 861-2000