# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

### Clerk of the Court
### 824 Market Street
### Wilmington  DE  19801
### (302) 252-2900

Date:  **May 25, 2007**

To:     Peter Dalleo, Clerk
        U. S. District Court
        District of Delaware
        U. S. Courthouse - 844 King Street
        Wilmington  DE  19801

Re:     WR Grace 01-1139
        Appeal BAP #07-42

   Enclosed please find the bankruptcy Record on Appeal docket #15362, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15595, Appellee Designation docket#15689.

 Please acknowledge receipt on the copy provided.

       Sincerely,

       **David Bird, Clerk**

By: Betsy Magnuson
 Deputy Clerk, U.S. Bankruptcy Court

  X   Filing fee paid on <u>April 26, 2007</u>

\_\_\_\_\_ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
 Deputy Clerk, U.S. District Court

## **TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-42**

**Appellant's
Counsel**

> **Christopher D. Loizides**
> Loizieds PA
> Legal Arts Bldg.
> 1225 King Street Suite 800
> Wilmington DE 19801
> 302-654-0248
> Fax**:** 302-0654-0728
> Email: loizidea@loizides.com

> Daniel A Speights
> Speights & Runyan
> 200 Jackson Avenue East
> Hampton SC 29924
> 803-943-4444

**Appellee's
Counsel:**

> **James E. O'Neill**
> Pachulski Stang Ziehl Young Jones & Wein
> 919 North Market Street
> 16th Floor
> PO Box 8705
> Wilmington, DE 19899-8705
> 302-652-4100
> Fax : 302-652-4400
> Email: jo'neill@pszyj.com

> **David M Bernick PC**
> Kirkland & Ellis LLP
> 200 East Randolph DR
> Chicago IL 60601
> 312- 861-2000