# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **May 25, 2007**

To:    Peter Dalleo, Clerk
       U. S. District Court
       District of Delaware
       U. S. Courthouse - 844 King Street
       Wilmington  DE  19801

Re:    WR Grace 01-1139
       Appeal BAP #07-43


Enclosed please find the bankruptcy Record on Appeal docket #15364, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15601, Appellee Designation docket#15689.

 Please acknowledge receipt on the copy provided.


Sincerely,

**David Bird, Clerk**

By: Betsy Magnuson
    Deputy Clerk, U.S. Bankruptcy Court


  X    Filing fee paid on April 26, 2007


_____ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
    Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-43**

**Appellant's
Counsel**
                **Christopher D. Loizides**
                Loizieds PA
                Legal Arts Bldg.
                1225 King Street Suite 800
                Wilmington DE 19801
                302-654-0248
                Fax**:** 302-0654-0728
                Email: loizidea@loizides.com

                Daniel A Speights
                Speights & Runyan
                200 Jackson Avenue East
                Hampton SC 29924
                803-943-4444

**Appellee's
Counsel:**
                **James E. O'Neill**
                Pachulski Stang Ziehl Young Jones & Wein
                919 North Market Street
                16th Floor
                PO Box 8705
                Wilmington, DE 19899-8705
                302-652-4100
                Fax : 302-652-4400
                Email: jo'neill@pszyj.com

                **David M Bernick PC**

                Kirkland & Ellis LLP

                200 East Randolph DR

                Chicago IL 60601

                312- 861-2000