# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **May 25, 2007**

To:  Peter Dalleo, Clerk
U. S. District Court
District of Delaware
U. S. Courthouse - 844 King Street
Wilmington  DE  19801

Re:  WR Grace 01-1139
Appeal BAP #07-45

      Enclosed please find the bankruptcy Record on Appeal docket #15370, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15607, Appellee Designation docket#15689.

Please acknowledge receipt on the copy provided.

                                 Sincerely,

                                 **David Bird, Clerk**

By: Betsy Magnuson
    Deputy Clerk, U.S. Bankruptcy Court

__X__  Filing fee paid on <u>April 26, 2007</u>

_____  Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
    Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-45**

**Appellant's**
**Counsel**     **Christopher D. Loizides**
 Loizieds PA
 Legal Arts Bldg.
 1225 King Street Suite 800
 Wilmington DE 19801
 302-654-0248
 Fax**:** 302-0654-0728
 Email: loizidea@loizides.com

 Daniel A Speights
 Speights & Runyan
 200 Jackson Avenue East
 Hampton SC 29924
 803-943-4444

**Appellee's**
**Counsel:**    **James E. O'Neill**
 Pachulski Stang Ziehl Young Jones & Wein
 919 North Market Street
 16th Floor
 PO Box 8705
 Wilmington, DE 19899-8705
 302-652-4100
 Fax : 302-652-4400
 Email: jo'neill@pszyj.com

 **David M Bernick PC**
 Kirkland & Ellis LLP
 200 East Randolph DR
 Chicago IL 60601
 312- 861-2000