# Buchanan Ingersoll ⚭ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 16, 2007
MATTER : 0066609-000004
INVOICE : 10009391

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/02/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 04/03/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 04/05/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 04/06/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 04/09/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000004
INVOICE : 10009391

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07   6548

RE:   CASE ADMINISTRATION

| | | |
|---|---|---|
| 04/10/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 04/11/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 04/12/07 TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald, in Pittsburgh, Pennsylvania Filed by W.R. Grace & Co., et al. | .40 |
| 04/12/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 04/17/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | .90 |
| 04/19/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 04/20/07 MNF | T/c to Peggy Farber @ Kramer Levin re: Pro Hac's; Draft Pro Hac of Peggy Farber; Draft Pro Hac of Jessica Glass; emails to Peggy re: same | 1.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000004
INVOICE : 10009391

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 04/23/07 MNF | E-file and serve Pro Hac of Peggy Farber; E-file and serve Pro Hac of Jessica Glass; Coordinate payment of Pro Hac's | | 1.00 |
| 04/23/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | | 1.00 |
| 04/24/07 TC | Overseeing pro hacs for additional kramer levin attorneys | | .60 |
| 04/24/07 MNF | Download signed orders re: Pro Hac of J. Glass & Peggy Farber; scan and email same | | .50 |
| 04/24/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | | 1.00 |
| 04/25/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | | 1.00 |
| 04/26/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | | 1.00 |
| 04/26/07 MNF | Pull pleadings and prepare hearing folder for 5/2/07 hearing | | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚓ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   MAY 16, 2007
MATTER :  0066609-000004
INVOICE : 10009391

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

   RE:  CASE ADMINISTRATION

04/27/07 MNF   Maintained and organized case files by     1.00
            reviewing each incoming pleading, matching the
            pleading to the docket, and arranging the
            pleadings and correspondence in chronological
            order

## T I M E   S U M M A R Y
-----------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | 1.00 | 500.00 |
| M. Flores | 165.00 | 17.90 | 2953.50 |
| TOTALS | | 18.90 | 3453.50 |

TOTAL FEES :                3,453.50

TOTAL DUE   :               3,453.50

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000005
INVOICE : 10009392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/09/07 | TC | Reviewed Order Granting Relief Sought In The Debtors' Objection To The Royalty Claim of Circle Bar Ranch, Inc. | .30 |
| 04/09/07 | TC | Reviewed Order (Agreed) Regarding The Motion of The Law Offices of Peter G. Angelos For Extension Of Time To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire | .30 |
| 04/09/07 | TC | Reviewed Order Granting Relief Sought In Debtors' Twenty First Omnibus Objection To Claims (Substantive). | .20 |
| 04/10/07 | TC | Reviewed Order Regarding Amended Case Management Order For The Estimation of Asbestos Personal Injury Liabilities | .30 |
| 04/10/07 | TC | Reviewed Order Disallowing and Expunging Duplicate Medical Monitoring Claim Filed By Rapheal Jamie Palazzo | .20 |
| 04/11/07 | TC | Reviewed Objection to and Combined Motion to Strike Debtor's Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire | .80 |

---

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll &amp; Rooney PC

### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 16, 2007
MATTER :  0066609-000005
INVOICE : 10009392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07   6548

RE:  CLAIM ANALYSIS OBJ. &amp; RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---|
| 04/11/07 | TC | Reviewed Response to Grace's Motion to Compel Compliance With Supplemental Order Regarding Motions to Compel Claimants to Respond to the WRGrace &amp; Co. Asbestos Personal Injury Questionnaire Filed by Stutzman Bromberg Esserman &amp; Plifka, A Professional Corporation, For Certain Law Firms Representing Personal Injury Claimants | 1.10 |
| 04/11/07 | TC | Reviewed Objection to Debtors' Motion to Compel Compliance with Supplemental Order Regarding Consulting Experts Filed by Official Committee of Asbestos Personal Injury Claimants | .70 |
| 04/16/07 | TC | Reviewed Order Amending Docket No. 15078, "Order Regarding Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities" | .20 |
| 04/16/07 | TC | Reviewed Objection to Debtors' Motion Regarding Noncompliance with X-Ray Order Filed by Asbestos PI Claimants Represented by Thornton &amp; Naumes, LLP | .40 |
| 04/16/07 | TC | Reviewed MODIFIED Amended Scheduling Order for Adjudication of Asbestos PD Claims | .30 |
| 04/16/07 | TC | Reviewed FINAL DESIGNATION OF EXHIBITS FOR CLAIMS SCHEDULED FOR PRODUCT IDENTIFICATION OBJECTIONS TO BE HEARD ON APRIL 23-35, 2007 ON BEHALF OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMANTS OF SPEIGHTS &amp; RUNYAN | .90 |
| 04/16/07 | TC | Reviewed Notice of Service Regarding Debtors' Submission of Asbestos PD Claims in the Order to Be Adjudicated at the April 23-25, 2007 Product Identification Hearing Filed by W.R. Grace &amp; Co., et al.. | .40 |

California ∷ Delaware ∷ Florida ∷ New Jersey ∷ New York ∷ Ohio ∷ Pennsylvania ∷ Virginia ∷ Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :   0066609-000005
INVOICE : 10009392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---|
| 04/17/07 TC | Reviewed Objection to of the Official Committee of Asbestos Personal Injury Claimants to the Official Committee of Equity Security Holders Motion to Modify Order Allowing Retention of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders Filed by Official Committee of Asbestos Personal Injury Claimants | | .90 |
| 04/17/07 TC | Reviewed Objection to Motion to Compel Testimony and Document Production Concerning Grace's Pre-Petition Asbestos Liability Estimates Filed by W.R. Grace & Co., et al. | | 1.40 |
| 04/18/07 TC | Reviewed Debtors' Trial Brief for the April 23 - 25, 2007 Product Identification Hearing on Certain Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al.. | | .80 |
| 04/18/07 TC | Reviewed Debtors' Final List of Pre-Marked Exhibits for April 23 - 25, 2007 Product Identification Hearing on Certain Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al.. | | .50 |
| 04/20/07 TC | Reviewed Memorandum Opinion Disallowing and Expunging of 71 Claims Filed By Speights & Runyan | | .70 |
| 04/20/07 TC | Reviewed Order Disallowing and Expunging of 71 Claims Filed By Speights & Runyan | | .30 |
| 04/23/07 TC | Reviewed Objection to Exhibits Identified on Behalf of Certain Asbestos Property Damage Claimants of Speights & Runyan Scheduled for Product Identification Objections to be Heard on April 23 - 25, 2007 Filed by W.R. Grace & Co., et al | | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :   0066609-000005
INVOICE : 10009392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| Date | | Description | Hours |
|---|---|---|---|
| 04/23/07 | TC | Reviewed Notice of Rescheduled Deposition of Thomas Egan Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants | .30 |
| 04/23/07 | TC | Reviewed Notice of Rescheduled Deposition of James Cintani Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants | .20 |
| 04/24/07 | TC | Reviewed Notice of Rescheduled Deposition of Fred Zaremby Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants | .40 |
| 04/25/07 | TC | Reviewed twenty three notices of appeal for various claims that were appealed | 1.30 |
| 04/25/07 | TC | Reviewed Motion to File Claim After Claims Bar Date Filed by State of New Jersey Department of Environmental Protection | 1.10 |
| 04/25/07 | TC | Reviewed Order Disallowing and Expunging Property Damage Claims, Nos. 1724, 5987, and 12780, Fifteenth Omnibus Objection to Claims | .20 |
| 04/25/07 | TC | Reviewed Notice of Status Conference Regarding Scheduling of Adjudication for Certain Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al. | .30 |
| 04/25/07 | TC | Reviewed Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Four Exhibits to the Reply of Official | .60 |

California ∷ Delaware ∷ Florida ∷ New Jersey ∷ New York ∷ Ohio ∷ Pennsylvania ∷ Virginia ∷ Washington, DC

# Buchanan Ingersoll ∧ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   : MAY 16, 2007
MATTER : 0066609-000005
INVOICE : 10009392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

> Committee of Asbestos Personal Injury Claimants
> ("ACC") and David T. Austern, Legal
> Representative for Future Asbestos Personal
> Injury Claimants ("FCR"), in Support of Motion
> to Compel Testimony and Document Production
> Concerning Grace's Pre-Petition Estimates of
> its Personal Injury Asbestos Liability Filed by
> Official Committee of Asbestos Personal Injury
> Claimants

| | | | |
|---|---|---|---|
| 04/25/07 TC | Reviewed Motion to Shorten Notice with Respect to the Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Four Exhibits to the Reply of Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants, in Support of Motion to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of its Personal Injury Asbestos Liability Filed by Official Committee of Asbestos Personal Injury Claimants | | .50 |
| 04/25/07 TC | Reviewed Motion for Leave to File a Reply to W.R. Grace's Objection to Motion to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of its Personal Injury Asbestos Liability Filed by Official Committee of Asbestos Personal Injury Claimants | | .90 |

---

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 16, 2007
MATTER : 0066609-000005
INVOICE : 10009392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---|
| 04/27/07 TC | Reviewed Response And Opposition Of The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, Legal Representative For Future Asbestos Personal Injury Claimants To The Debtors Motion For Leave To File Status Report In Further Support Of Motion Regarding Noncompliance With X-Ray Order And Response To The Status Report Of Compliance With X-Ray Order Filed By W.R. Grace & Company Filed by Official Committee of Asbestos Personal Injury Claimants | | .90 |
| 04/27/07 TC | Reviewed Motion For An Order Pursuant To Section 107(B) Of The Bankruptcy Code, Rule 9018 Of The Federal Rules Of Bankruptcy Procedure, And Local Rule 9018-1(B) Authorizing The Official Committee Of Asbestos Personal Injury Claimants, And Directing The Clerk Of The Court, To File Under Seal One Exhibit To The Response And Opposition Of The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, Legal Representative For Future Asbestos Personal Injury Claimants To The Debtors Motion For Leave To File Status Report In Further Support Of Motion Regarding Noncompliance With X-Ray Order And Response To The Status Report Of Compliance With X-Ray Order Filed By W.R. Grace & Company Filed by Official Committee of Asbestos Personal Injury Claimants | | .70 |
| 04/30/07 TC | Reviewed Motion to Reconsider / Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 Filed by Bayshore Community Hospital, NJ, Children's Hospital of Pittsburgh of UPMC Health System (DeSoto Wing Only), Jameson Memorial Hospital, PA | | .70 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚹ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000005
INVOICE : 10009392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

### T I M E   S U M M A R Y
-----------------------

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| T. Currier   |        | 500.00 | 19.30 | 9650.00 |
|              | TOTALS |        | 19.30 | 9650.00 |

TOTAL FEES :                        9,650.00

TOTAL DUE  :                        9,650.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000006
INVOICE : 10009393

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/09/07 | TC | Reviewed Order Disallowing and Expunging Certain of the Claims of ICI Americas, Inc | .30 |
| 04/09/07 | TC | Reviewed Order Disallowing And Expunging Property Damage Claim | .30 |
| 04/09/07 | TC | Reviewed Order (Third) Granting Relief Sought In Debtors' Twentieth Omnibus Objection To Claims (Substantive) | .30 |
| 04/09/07 | TC | Reviewed Response to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made by the Debtors Filed by John M Belferman | .60 |
| 04/10/07 | TC | Reviewed Order Disallowing And Expunging Certain of the Claims of G-I Holdings, Inc. And Its Affiliates | .20 |
| 04/10/07 | TC | Reviewed Order Approving Stipulation Resolving Certain of the Claims of Century Indemnity Company, Et Al | .30 |
| 04/10/07 | TC | Reviewed Order Disallowing And Expunging Certain Claim of Travelers Casualty and Surety Company | .30 |
| 04/10/07 | TC | Reviewed Response to Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) Filed by Georgia Department of Revenue | .40 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC

Attorneys ∧ Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000006
INVOICE : 10009393

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | |
|---|---|---|
| 04/11/07 TC | Reviewed Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims Filed by W.R. Grace & Co., et al | .60 |
| 04/11/07 TC | Reviewed Response to Claims Objection Filed by New York State Department of Taxation and Finance | .30 |
| 04/13/07 TC | Reviewed Order Disallowing and Expunging Property Damage Claim No. 9778 | .20 |
| 04/13/07 TC | Reviewed Order Disallowing and Expunging Fifth Two (52) Libby Asbestos PD Claims | .30 |
| 04/16/07 TC | Reviewed Claimant State of California, Department of General Services' Trial Memorandum For The Hearings On Adjudication Of Debtors' Product Identification-Based Objections To Claimant's Sixteen Proofs of Claim Filed by State of California, Department of General Services | .90 |
| 04/17/07 TC | Reviewed Response to Debtors' Objection to the Claim filed by Massachusetts Department of Revenue Filed by Massachusetts Department of Revenue | .60 |
| 04/17/07 TC | Reviewed Objection to Debtors' Motion For Leave To Shorten Notice Period Of Debtors' Emergency Motion For An Order Concerning The Amendment Or Supplementation Of Asbestos Property Damage Claims Filed by Official Committee of Asbestos Property Damage Claimants ( | .70 |
| 04/23/07 TC | Reviewed Order Disallowing and Expunging County of Sonoma's Property Damage Claim | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚭ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000006
INVOICE : 10009393

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | |
|---|---|---:|
| 04/23/07 TC | Reviewed Order Disallowing and Expunging Nine (9) Asbestos Property Damage Claims Relating To Products Not Made By Debtors. | .20 |
| 04/23/07 TC | Reviewed Order Disallowing and Expunging Nine (9) Property Damage Claims Barred By Statute of Limitations | .20 |
| 04/23/07 TC | Reviewed Order Disallowing and Expunging Certain of the Claims of the State of Montana Department of Environmental Quality. | .20 |
| 04/24/07 TC | Reviewed Objection to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims Filed by Official Committee of Asbestos Property Damage Claimants | .80 |
| 04/24/07 TC | Reviewed Joinder of the Prudential Insurance Company of America of Objection of The Official Committee of Asbestos Property Damage Claimants to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims Filed by Prudential Insurance Company of America | .40 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| | ---- | ----- | ------ |
| T. Currier | 500.00 | 8.30 | 4150.00 |
| TOTALS | | 8.30 | 4150.00 |

TOTAL FEES :                                    4,150.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 16, 2007
MATTER :  0066609-000006
INVOICE :  10009393

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

                    TOTAL DUE  :                    4,150.00

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 16, 2007
                                            MATTER :  0066609-000010
                                            INVOICE : 10009394


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

     RE:  EMPLOYMENT APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/09/07 | TC | Reviewed Debtors' Reply in Support of Their Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP | .50 |
| 04/09/07 | MNF | Draft/make edits to COC re: revised order for Motion to Modify Lexecon Retention (.8); Discuss same with TKDC (.2) | 1.00 |
| 04/10/07 | TC | Revised lexecon order; communication with gary becker re same | .40 |
| 04/12/07 | TC | Worked on revised lexecon order; prepared certification of counsel re order | .50 |
| 04/16/07 | TC | Prepared to file amended order on lexecon motion, reviewed updated docket; communications with gary becker about pi committee filing objection to lexecon motion | .70 |
| 04/17/07 | MNF | Review docket re: objections to Motion to Modify Order to Retain Lexeecon (.2); Emails to and from TKDC re: COC and Revised order re: same (.3) | .50 |

---

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 16, 2007
                                              MATTER :  0066609-000010
                                              INVOICE : 10009394


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07   6548

     RE:  EMPLOYMENT APPLICATIONS, OTHERS




                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS        TOTALS
                         ----     -----        ------

T. Currier               500.00   2.10         1050.00
M. Flores                165.00   1.50          247.50
                TOTALS            3.60         1297.50

                    TOTAL FEES :                        1,297.50

                    TOTAL DUE  :                        1,297.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 16, 2007
                                             MATTER :  0066609-000011
                                             INVOICE : 10009395


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

     RE:  FEE APPLICATIONS, APPLICANT


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/09/07 | TC | Reviewed Order Approving Quarterly Fee Applications For The Twenty Second Period. | .30 |
| 04/11/07 | MNF | Review pre-bills for March 2007 time | .50 |
| 04/17/07 | MNF | Make edits to pre-bills for March 2007 time; Emails to and from accting re: Final bills and summaries | .60 |
| 04/18/07 | MNF | Draft/Prepare 65th monthly fee app of BIR | 2.00 |
| 04/19/07 | MNF | Review docket re: objections to 64th monthly fee app of BIR (.1); Draft CNO re: 64th monthly fee app of BIR(.4) | .50 |
| 04/20/07 | TC | Reviewed certification of no objection for buchanan, checked docket, executed for filing | .40 |
| 04/20/07 | MNF | E-file and serve CNO re: 64th monthly fee app of BIR | 1.00 |
| 04/30/07 | MNF | E-file and serve 65th monthly fee app of BIR (1.0); Calendar dates(.1); convert and send same to fee auditor(.4) | 1.50 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 16, 2007
                                            MATTER :  0066609-000011
                                            INVOICE : 10009395


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07   6548

    RE:  FEE APPLICATIONS, APPLICANT




            T I M E   S U M M A R Y
            -----------------------

                       RATE    HOURS         TOTALS
                       ----    -----         ------

T. Currier             500.00    .70         350.00
M. Flores              165.00   6.10        1006.50
              TOTALS            6.80        1356.50


            TOTAL FEES :                           1,356.50

            TOTAL DUE   :                          1,356.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MAY 16, 2007
                                            MATTER : 0066609-000012
                                            INVOICE : 10009396


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07   6548

     RE:  FEE APPLICATIONS, OTHERS


  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                 HOURS
  ----   ----   -------------------------------                 -----

04/19/07 MNF    Review docket re: objections to 67th monthly      .50
                fee app of Kramer Levin(.1); Draft CNO re: 67th
                monthly fee app of Kramer Levin(.4)

04/20/07 TC     Reviewed certification of no objection for        .40
                kramer levin, checked docket, executed for
                filing

04/20/07 MNF    E-file and serve CNO re: 67th monthly fee app    1.00
                of BIR

04/27/07 MNF    Edits to 68th monthly fee appof Kramer Levin      .20

04/30/07 MNF    E-file and serve 68th monthlly fee app of        1.50
                Kramer Levin(1.0); calendar dates(.1); convert
                and send same to fee auditor(.4)



              T I M E   S U M M A R Y
              -----------------------

                     RATE    HOURS         TOTALS
                     ----    -----         ------

  T. Currier        500.00    .40          200.00
  M. Flores         165.00   3.20          528.00
            TOTALS          3.60          728.00


              TOTAL FEES :                      728.00


              TOTAL DUE  :                      728.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 16, 2007
                                             MATTER :  0066609-000015
                                             INVOICE : 10009397


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

      RE:  LITIGATION AND LITIGATION CONSULTING


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/09/07 | TC | Reviewed Order Granting Motion for Leave to File Reply | .20 |
| 04/09/07 | TC | Reviewed Amended Motion to Compel Filed by Anderson Memorial Hospital | .80 |
| 04/09/07 | TC | Reviewed Notice of Service of Discovery Regarding Debtors' Responses and Objections to Claimant McMaster University's Second Set of Interrogatories and Second Request for Production of Documents Directed to Debtor Filed by W.R. Grace & Co., et al.. | .30 |
| 04/10/07 | TC | Reviewed Debtors' Emergency Motion for Entry of Agreed Order Permitting Additional Two Days for Responses to be Filed Regarding Certain Motions Related to Consulting Expert Order | .60 |
| 04/10/07 | TC | Reviewed Debtors' Emergency Motion to Quash Speights & Runyan Subpoena of Deposition of Dr. Arthur Langer and Request for Expedited Hearing Thereon (Telephonic Hearing Date Requested: April 5, 2007 or as soon thereafter as the Court's schedule permits.) Filed by W.R. GRACE & CO.. | .50 |
| 04/10/07 | TC | Reviewed Order (MODIFIED) Approving Agreed Order on Debtors' Emergency Motion for Entry of Order Permitting Additional Two Days for Responses to be Filed Regarding Certain Motions Related to Consulting Expert Order | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 16, 2007
                                            MATTER :  0066609-000015
                                            INVOICE : 10009397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 04/10/07 TC | Reviewed Notice of Service of OBJECTIONS OF EARLY, LUDWICK AND SWEENEY, LLC A/K/A EARLY, LUDWICK, SWEENEY AND STRAUSS, LLC'S TO DEBTOR'S SUBPOENA Filed by EARLY LUDWICK & SWEENEY LLC. | .20 |
| 04/10/07 TC | Reviewed Notice of Deposition Pursuant to Rule 30(B)(6) and Subpoena of Rust Consulting, Inc. Filed by David Austern. | .70 |
| 04/10/07 TC | Reviewed Notice of Deposition Pursuant to Rule 30(B)(6) and Subpoena of BMC Group, Inc. Filed by David Austern | .60 |
| 04/10/07 TC | Reviewed Notice of Deposition Pursuant to Rule 30(B)(6) and Subpoena of BMC Group, Inc. Filed by David Austern | .30 |
| 04/10/07 TC | Reviewed Memorandum Of The MMWR Firms In Opposition To Debtors' Motion To Compel Compliance With The Court's Supplemental Order Of December 22, 2006 Filed by MMWR Firms | .60 |
| 04/10/07 TC | Reviewed Memorandum of Law of Claimants Represented by Cooney & Conway Law Firm In Opposition to Debtor's Motion To Compel Filed by Cooney & Conway. | .40 |
| 04/10/07 TC | Reviewed Order (MODIFIED) Granting Request for Emergency Hearing on Debtors' Request to Quash Speights and Runyan Subpoena of Deposition of Dr. Arthur Langer | .20 |
| 04/11/07 TC | Reviewed ANDERSON MEMORIAL HOSPITAL AND THE SPEIGHTS & RUNYAN CANADIAN CLAIMANTS MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF GRAEME MEW OR IN THE ALTERNATIVE, TO REQUIRE FURTHER EXAMINATION AND FURTHER RELIEF Filed by Speights & Runyan Claimants | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000015
INVOICE : 10009397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 04/11/07 TC | Reviewed Response to Motion of Certain Law Firms to Extend the Time for Filing Their Notice of Appeal With Respect to the Consulting Expert Order Filed by W.R. Grace & Co., et al. | .60 |
| 04/11/07 TC | Reviewed Notice of Service Regarding Notice of Subpoena Filed by W.R. Grace & Co., et al.. | .40 |
| 04/11/07 TC | Reviewed Objection to Anderson Memorial and the Speights & Runyan Canadian Claimants' Motion to Strike the Supplemental Declaration of Graeme Mew or in the Alternative to Require Further Examination and Further Relief Filed by W.R. Grace & Co., et al. | .50 |
| 04/11/07 TC | Reviewed Notice of Service Regarding Notice of Subpoena Filed by W.R. Grace & Co., et al.. | .60 |
| 04/12/07 TC | Reviewed Response to In Objection to Purported Appellants' Designation of Items to Be Included in Record on Appeal and Statement of Issues Regarding Appeal of the Consulting Expert Order Filed by W.R. Grace & Co., et al. | .40 |
| 04/12/07 TC | Reviewed Notice of Further Rescheduled Deposition Duces Tecum of David B. Siegel Filed by Official Committee of Asbestos Personal Injury Claimants | .40 |
| 04/12/07 TC | Reviewed Response to Motion of Certain Law Firms to Stay Compliance With the Consulting Expert Orders Filed by W.R. Grace & Co., et al. | .70 |
| 04/13/07 TC | Reviewed Amended Notice of Intention to Take Deposition of Mr. William M. Ewing, CIH commencing on April 12, 2007 at 9:30 am Filed by W.R. Grace & Co., et al | .30 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000015
INVOICE : 10009397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 04/16/07 | TC | Reviewed Order Scheduling Trial on Motion of Anderson Memorial Hospital for Class Certification for June 8, 2007 | .20 |
| 04/16/07 | TC | Reviewed Notice of Service of Discovery Regarding Debtor's Supplemental Responses and Objections to Claimant Anderson Memorial Hospital's Interrogatories Directed Toward Debtors Filed by W.R. Grace & Co., et al | .20 |
| 04/16/07 | TC | Reviewed Objection to Motley Rice Claimants' Motion in Limine to Exclude Testimony of Debtor W.R. Grace's Expert Richard J. Lee, Ph.D. Filed by W.R. Grace & Co., et al. | .70 |
| 04/16/07 | TC | Reviewed Response to Debtors' Motion Regarding Noncompliance with X-Ray Order Filed by The Law Firms of Wilentz, Goldman & Spitzer, P.A.; David Lipman, P.A.; Hissey Keintz & Herron PLLC; Williams Bailey, LLP; The Law Offices of Peter G. Angelos, P.C.; Foster & Sear LLP; Provost & Umphrey LLP; and Weitz & Luxenberg, PC.  Filed by Certain Law Firms Represented By Stutzman, Bromberg, Esserman & Plifka | .50 |
| 04/16/07 | TC | Reviewed Response to Debtors' Emergency Motion to Quash Speights & Runyan Subpoena of Deposition of Dr. Arthur Langer and Request for Expedited Hearing Thereon Filed by Speights & Runyan | .60 |
| 04/16/07 | TC | Reviewed Response to Debtors' Motion Regarding Noncompliance With X-Ray Order (filed by Claimants Represented by Goldberg Persky & White) Filed by Goldberg, Persky, & White, P.C. | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000015
INVOICE : 10009397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 04/16/07 TC | Reviewed Motion to Extend Deadline to File Schedules or Provide Required Information Anderson Memorial Hospital's Motion to Extend Deadlines Filed by Anderson Memorial Hospital on behalf of All Buildings encompassed in its Putative Class Action. | .40 |
| 04/17/07 TC | Reviewed Brief [Trial Brief of Daggy Hall and American Legion for Product Identification Hearing Filed by Motley Rice LLC. | 1.10 |
| 04/17/07 TC | Reviewed Exhibit List for Daggy Hall and American Legion for Product Identification Hearing Filed by Motley Rice LLC. | .30 |
| 04/17/07 TC | Reviewed Reply to Debtors' Opposition to Motion in Limine to Exclude Testimony of Expert Richard J. Lee, Ph.D. of Motley Rice Claimaints Filed by Motley Rice LLC | .30 |
| 04/17/07 TC | Reviewed Notice of Service of Exhibits, Final Witness and Exhibit List and Trial Memorandum For The Product Identification Hearings On April 23-25, 2007 Filed by State of California, Department of General Services. | .30 |
| 04/17/07 TC | Reviewed Notice of Service Debtors' Final Witness List for Adjudication of Product Identification Objections at April 23 - 25, 2007 Hearing in Pittsburgh, Pennsylvania Filed by W.R. Grace & Co., et al. | .30 |
| 04/17/07 TC | Reviewed ANDERSON MEMORIAL AND ANDERSON CLAIMANTS' PRE-TRIAL BRIEF WITH RESPECT TO THE APRIL 23-25, 2007 TRIAL ON PRODUCT IDENTIFICATION OBJECTIONS Filed by Anderson Memorial Hospital on behalf of All Buildings encompassed in its Putative Class Action. | .70 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000015
INVOICE : 10009397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 04/17/07 TC | Reviewed Claimant State of California, Department of General Services' Final Designation Of Fact And Expert Witnesses, Exhibits And Depositions For The Trial On Debtors' Objections To Property Damage Claims Based On Product Identification Filed by State of California, Department of General Services. | .70 |
| 04/17/07 TC | Reviewed Response to ZAI Claimants' Motion for Discovery Concerning W.R. Grace's Conduct in the ZAI Summary Judgment Proceedings. [Hearing on May 2, 2007 at 2:00 PM. Filed by W.R. Grace & Co., et al | .80 |
| 04/18/07 TC | Reviewed debtors' objection to zai claimants' motion for reconsideration of march 26 2007 order | .60 |
| 04/18/07 TC | Reviewed Notice of Motion to Extend Deadlines Filed by Anderson Memorial Hospital. | .60 |
| 04/18/07 TC | Reviewed Exhibits A through D to Response [DI 15195 Filed by MMWR Firms. | .80 |
| 04/18/07 TC | Reviewed Response (Memorandum) to WR Grace MotionTo Compel Response To X-Ray Order Filed by MMWR Firms | .70 |
| 04/18/07 TC | Reviewed Response (Memorandum) to WR Grace MotionTo Compel Response To X-Ray Order Filed by MMWR Firms | .70 |
| 04/18/07 TC | Reviewed Order Denying Motion of the State of Montana For Relief From The Automatic Stay | .10 |
| 04/18/07 TC | Reviewed Notice of Subpoena Filed by W.R. GRACE & CO | .50 |

# Buchanan Ingersoll ⚮ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000015
INVOICE : 10009397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 04/18/07 TC | Reviewed Motion to Allow Claimant State of California, Department of General Services' Motion For Order To Permit Fact Witnesses Dan Hood and Glenn Connor To Testify By Telephone At The April 23-25, 2007 Hearings On Product Identification Filed by State of California, Department of General Services | .60 |
| 04/18/07 TC | Reviewed Motion to Shorten Time On Claimant State of California, Department of General Services' Motion For Order To Permit Fact Witnesses Dan Hood and Glenn Connor To Testify By Telephone At The April 23-25, 2007 Hearings On Product Identification Filed by State of California | .40 |
| 04/18/07 TC | Reviewed Debtors' Witness Disclosure for Live Testimony by James Cintani and Thomas Egan for Hearing On April 23 - 25, 2007 in Pittsburgh, Pennsylvania at 9:00 am Filed by W.R. Grace & Co., et al. | .50 |
| 04/18/07 TC | Reviewed Notice of Service Debtors' Expert Witness Disclosure for Live Testimony by Richard J. Lee, Ph.D. for Hearing On April 23 - 25, 2007 in Pittsburgh, Pennsylvania at 9:00 am Filed by W.R. Grace & Co., et al. | .40 |
| 04/19/07 TC | Reviewed Declaration of Dan Hood In Support of Claimant State of California, Department of General Services' Direct Case at the April 23-25, 2007 Product Identification Hearings Filed by State of California, Department of General Services | .60 |

---

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 16, 2007
MATTER :   0066609-000015
INVOICE : 10009397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---:|
| 04/19/07 TC | Reviewed Declaration of Dr. Tim Vander Wood In Support Of Claimant State of California, Department of General Services' Direct Case at the April 23-25, 2007 Product Identification Hearings Filed by State of California, Department of General Services | .60 |
| 04/19/07 TC | Reviewed Declaration of Glenn Connor In Support Of Claimant State of California, Department of General Services' Direct Case at the April 23-25, 2007 Product Identification Hearings Filed by State of California, Department of General Services | .70 |
| 04/19/07 TC | Reviewed Stipulation Concerning Motion Regarding Noncompliance with X-Ray Order Between W.R. Grace & Co., et al. and Libby Claimants | .40 |
| 04/20/07 TC | Reviewed Notice of Service Regarding (a) Objections of Claimant State of California, Department of General Services, to Debtors' Exhibits and Witnesses Designated for the Product Identification Trial, (b) Declaration of Dr. Tim Vaned Wood, (c) Declaration of Glenn Connor, and (d) Declaration of Dan Hood Filed by State of California, Department of General Services | .30 |
| 04/20/07 TC | Reviewed Order (MODIFIED) Granting Expedited Consideration of Motion of Claimant State of California Dept. of General Services for Order to Permit Fact Witnesses Dan Hood and Glenn Connor to Testify by Telephone at the April 23-25, 2007, Hearings. | .30 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 16, 2007
MATTER :  0066609-000015
INVOICE : 10009397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 04/20/07 | TC | Reviewed Order (MODIFIED) Granting Expedited Consideration of Motion of Claimant State of California Dept. of General Services for Order to Permit Fact Witnesses Dan Hood and Glenn Connor to Testify by Telephone at the April 23-25, 2007, Hearings. | .70 |
| 04/20/07 | TC | Reviewed Objection to Debtors' Exhibit Numbers 44 and 45 of Motley Rice Claimants 3406 and 6941 and Proposed Testimony of Richard J. Lee, Ph.D., James Cintani and Thomas F. Egan and Witness Declarations Filed by Motley Rice LLC | .90 |
| 04/20/07 | TC | Reviewed Reply of Motley Rice Claimaints to Debtors' Opposition to the Motion in Limine to Exclude Testimony of Expert Richard J. Lee, Ph.D. Filed by Motley Rice LLC | .40 |
| 04/20/07 | TC | Reviewed Response to Debtors' Motion Regarding Alleged NonCompliance with X-Ray Order Filed by Libby Claimants | .50 |
| 04/20/07 | TC | Reviewed Order Vacating April 17, 2007, Order at Doc # [15216 Disallowing and Expunging Nine (9) Property Damage Claims Barred by Statutes of Limitations. | .20 |
| 04/20/07 | TC | Reviewed Notice of Service of Order Striking Motion filed at Docket No. 15017 | .40 |
| 04/23/07 | TC | Reviewed Objection to Exhibits Identified by Claimant State of California, Department of General Services for the Trial on Debtors' Objections to Property Damage Claims Based on Product Identification Filed by W.R. Grace & Co., et al. | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MAY 16, 2007
MATTER :  0066609-000015
INVOICE : 10009397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 04/23/07 TC | Reviewed Response to Motion Regarding Noncompliance with X-Ray Order Filed by Humpherys Firm | .60 |
| 04/23/07 TC | Reviewed Order Striking Motion Filed at Docket No. 15017. | .20 |
| 04/24/07 TC | Reviewed Amended Notice of Deposition of Dr. Philip Lucas Filed by W.R. Grace & Co., et al.. | .30 |
| 04/24/07 TC | Reviewed Notice of Service of Discovery Filed by W.R. Grace & Co., et al. | .30 |
| 04/25/07 TC | Reviewed Motion for Leave to File Status Report In Further Support of Motion Regarding Noncompliance With X-Ray Order Filed by W.R. Grace & Co., et al.. | .70 |
| 04/25/07 TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al | .60 |
| 04/25/07 TC | Reviewed Notice of Subpoena Requiring Congoleum Corporation to Make Available Requested Documents on May 14, 2007 at 9:00 A.M. at the Offices of Congoleum Corporation, 3500 Quakerbridge Road, Trenton, NJ 08619 Filed by W.R. Grace & Co., et al.. | .60 |
| 04/26/07 TC | Reviewed Motion to Reconsider of Court's Opinion and Order Denying Motion of the State of Montana for Relief From the Automatic Stay Entered April 16, 2007 Filed by State of Montana | .80 |
| 04/26/07 TC | Reviewed Order (A) Expunging Or (B) Reducing And Allowing Claims Paid Post-Petition | .20 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 16, 2007
                                             MATTER : 0066609-000015
                                             INVOICE : 10009397

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

    RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 04/26/07 TC | Reviewed Order Modifying The Automatic Stay So That Debtors May Commence Tax Court Litigation To Resolve Certain Tax Claims | .40 |
| 04/27/07 TC | Reviewed Notice of Service of Discovery Regarding Objections and Responses to Libby Claimants' First Interrogatories Propounded Upon Debtors Filed by W.R. Grace & Co., et al | .50 |
| 04/27/07 TC | Reviewed twenty additional notice of appeal filed on claims matters | .80 |
| 04/27/07 TC | Reviewed Order Striking Libby Claimants' Response to Debtors' Motion Regarding Alleged Noncompliance With X-Ray Order | .20 |
| 04/27/07 TC | Reviewed Order Striking Reply Filed by Maryland Casualty Company | .20 |
| 04/28/07 TC | Reviewed Notice of Service of First Set of Interrogatories Regarding Class Action Issues Filed by Zonolite Attic Insulation Class Plaintiffs | .20 |
| 04/28/07 TC | Reviewed Notice of Service of Requests for Production Regarding Class Action Issues Filed by Zonolite Attic Insulation Class Plaintiffs | .20 |
| 04/30/07 TC | Reviewed Notice of Service of Requests to Admit Concerning Class Action Issues Filed by Zonolite Attic Insulation Class Plaintiffs | .20 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys ∧ Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-000015
INVOICE : 10009397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---:|
| 04/30/07 TC | Reviewed Motion for Leave to File a Reply (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF Filed by Continental Casualty Company. | .60 |
| 04/30/07 TC | Reviewed Notice of Service of Notice of Rule 30(b)(6) Deposition and Rule 45 Subpoena Filed by Zonolite Attic Insulation Class Plaintiffs. | .20 |
| 04/30/07 TC | Reviewed Response to Motion Of Early, Ludwick and Sweeney, LLC For A Protective Order With Respect To Subpoena Issued By W.R. Grace Filed by W.R. Grace & Co., et al. | .90 |
| 04/30/07 TC | Reviewed Order Dismissing Without Prejudice Motion for Expedited Consideration of Motion of Early, Ludwick and Sweeney, LLC, for Protective Order With Respect to Subpoena Issued by W.R. Grace | .20 |
| 04/30/07 TC | Reviewed Debtors' Motion For Expedited Consideration Of Motion Of Early, Ludwick And Sweeney, LLC For A Protective Order With Respect To Subpoena Issued By W.R. Grace | .20 |
| 04/30/07 TC | Reviewed Order Dismissing Without Prejudice Motion for Expedited Consideration of Motion of Early, Ludwick and Sweeney, LLC, for Protective Order With Respect to Subpoena Issued by W.R. Grace | .20 |

---

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   MAY 16, 2007
MATTER :   0066609-000015
INVOICE :  10009397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

TIME  SUMMARY
----------------------

|  | | RATE | HOURS | TOTALS |
|---|---|------|-------|--------|
| T. Currier | | 500.00 | 39.00 | 19500.00 |
| | TOTALS | | 39.00 | 19500.00 |

TOTAL FEES :            19,500.00

TOTAL DUE  :            19,500.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2007
MATTER :  0066609-001000
INVOICE : 10009398

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/07   6548

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 03/26/07 Messenger/Delivery Service - Parcels 43750 | 155.00 |
| 04/12/07 Photocopies M. Flores | 2.10 |
| 04/18/07 Photocopies M. Flores | 24.15 |
| 04/20/07 Klett Rooney Lieber & - Clerk of US District Court - Pro Hac of Jessica Glass - Filing Fee | 25.00 |
| 04/20/07 Klett Rooney Lieber & - Clerk of US District Court - Pro Hac of Peggy Ferber - Filing Fee | 25.00 |
| 04/24/07 Photocopies M. Flores | 3.15 |
| 04/25/07 Photocopies M. Flores | 7.95 |

                        TOTAL EXPENSE ADVANCES :      242.35

                        TOTAL DUE  :                  242.35

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA