# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **May 25, 2007**

To: Peter Dalleo, Clerk
U. S. District Court
District of Delaware
U. S. Courthouse - 844 King Street
Wilmington DE 19801

Re: WR Grace 01-1139
Appeal BAP #07-46

      Enclosed please find the bankruptcy Record on Appeal docket #15373, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15530, Appellee Designation docket#15689.

Please acknowledge receipt on the copy provided.

                                            Sincerely,

                                            **David Bird, Clerk**

By: Betsy Magnuson
    Deputy Clerk, U.S. Bankruptcy Court

\_\_X\_\_ Filing fee paid on <u>April 26, 2007</u>

\_\_\_\_\_ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
    Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-46**

**Appellant's Counsel**

    **Christopher D. Loizides**
    Loizieds PA
    Legal Arts Bldg.
    1225 King Street Suite 800
    Wilmington DE 19801
    302-654-0248
    Fax**:** 302-0654-0728
    Email: loizidea@loizides.com

    Daniel A Speights
    Speights & Runyan
    200 Jackson Avenue East
    Hampton SC 29924
    803-943-4444

**Appellee's Counsel:**

    **James E. O'Neill**
    Pachulski Stang Ziehl Young Jones & Wein
    919 North Market Street
    16th Floor
    PO Box 8705
    Wilmington, DE 19899-8705
    302-652-4100
    Fax : 302-652-4400
    Email: jo'neill@pszyj.com

    **David M Bernick PC**
    Kirkland & Ellis LLP
    200 East Randolph DR
    Chicago IL 60601
    312- 861-2000