# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **May 25, 2007**

To:  Peter Dalleo, Clerk
U. S. District Court
District of Delaware
U. S. Courthouse - 844 King Street
Wilmington  DE  19801

Re:  WR Grace 01-1139
Appeal BAP #07-49

Enclosed please find the bankruptcy Record on Appeal docket #15384, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15545, Appellee Designation docket#15689.

Please acknowledge receipt on the copy provided.

Sincerely,

**David Bird, Clerk**

By: Betsy Magnuson
Deputy Clerk, U.S. Bankruptcy Court

___X___  Filing fee paid on <u>April 26, 2007</u>

_____  Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
Deputy Clerk, U.S. District Court

## **TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-49**

**Appellant's
Counsel**

      **Christopher D. Loizides**
       Loizieds PA
       Legal Arts Bldg.
      1225 King Street Suite 800
      Wilmington DE 19801
       302-654-0248
       Fax**:** 302-0654-0728
       Email: [loizidea@loizides.com](mailto:loizidea@loizides.com)

      Daniel A Speights
      Speights & Runyan
      200 Jackson Avenue East
      Hampton SC 29924
      803-943-4444

**Appellee's
Counsel:**

      **James E. O'Neill**
      Pachulski Stang Ziehl Young Jones & Wein
      919 North Market Street
      16th Floor
      PO Box 8705
      Wilmington, DE 19899-8705
      302-652-4100
      Fax : 302-652-4400
      Email: jo'neill@pszyj.com

      **David M Bernick PC**

      Kirkland & Ellis LLP

      200 East Randolph DR

      Chicago IL 60601

      312- 861-2000