# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **May 25, 2007**

To: Peter Dalleo, Clerk
U. S. District Court
District of Delaware
U. S. Courthouse - 844 King Street
Wilmington DE 19801

Re: WR Grace 01-1139
Appeal BAP #07-52

      Enclosed please find the bankruptcy Record on Appeal docket #15391, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15557, Appellee Designation docket#15689.

Please acknowledge receipt on the copy provided.

Sincerely,

**David Bird, Clerk**

By: Betsy Magnuson
    Deputy Clerk, U.S. Bankruptcy Court

__X__ Filing fee paid on <u>April 26, 2007</u>

_____ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
    Deputy Clerk, U.S. District Court

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-52**

**Appellant's**
**Counsel**             **Christopher D. Loizides**
                         Loizieds PA
                         Legal Arts Bldg.
                        1225 King Street Suite 800
                        Wilmington DE 19801
                         302-654-0248
                        Fax**:** 302-0654-0728
                        Email: loizidea@loizides.com

                        Daniel A Speights
                        Speights & Runyan
                        200 Jackson Avenue East
                        Hampton SC 29924
                        803-943-4444

**Appellee's**
**Counsel:**             **James E. O'Neill**
                        Pachulski Stang Ziehl Young Jones & Wein
                        919 North Market Street
                        16th Floor
                        PO Box 8705
                        Wilmington, DE 19899-8705
                        302-652-4100
                        Fax : 302-652-4400
                        Email: jo'neill@pszyj.com

                        **David M Bernick PC**
                        Kirkland & Ellis LLP
                        200 East Randolph DR
                        Chicago IL 60601
                        312- 861-2000