# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date: **May 25, 2007**

To:    Peter Dalleo, Clerk
       U. S. District Court
       District of Delaware
       U. S. Courthouse - 844 King Street
       Wilmington  DE  19801

Re:    WR Grace 01-1139
       Appeal BAP #07-56

       Enclosed please find the bankruptcy Record on Appeal docket #15400, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15575, Appellee Designation docket#15689.

 Please acknowledge receipt on the copy provided.

Sincerely,

**David Bird, Clerk**

By: Betsy Magnuson
    Deputy Clerk, U.S. Bankruptcy Court

  X   Filing fee paid on <u>April 26, 2007</u>

\_\_\_\_\_ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
    Deputy Clerk, U.S. District Court

**<u>TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT</u>**

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-56**

**<u>Appellant's</u>**
**<u>Counsel</u>**                    **Christopher D. Loizides**
                          Loizieds PA
                          Legal Arts Bldg.
                          1225 King Street Suite 800
                          Wilmington DE 19801
                          302-654-0248
                          Fax**:** 302-0654-0728
                          Email: <u>loizidea@loizides.com</u>

                          Daniel A Speights
                          Speights & Runyan
                          200 Jackson Avenue East
                          Hampton SC 29924
                          803-943-4444

**<u>Appellee's</u>**
**<u>Counsel:</u>**                   **James E. O'Neill**
                          Pachulski Stang Ziehl Young Jones & Wein
                          919 North Market Street
                          16th Floor
                          PO Box 8705
                          Wilmington, DE 19899-8705
                          302-652-4100
                          Fax : 302-652-4400
                          Email: jo'neill@pszyj.com

                          **David M Bernick PC**
                          Kirkland & Ellis LLP
                          200 East Randolph DR
                          Chicago IL 60601
                          312- 861-2000