# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **May 25, 2007**

To:   Peter Dalleo, Clerk
      U. S. District Court
      District of Delaware
      U. S. Courthouse - 844 King Street
      Wilmington  DE  19801

Re:   WR Grace 01-1139
      Appeal BAP #07-57

       Enclosed please find the bankruptcy Record on Appeal docket #15403, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15579, Appellee Designation docket#15689.

 Please acknowledge receipt on the copy provided.

                                        Sincerely,


                                        **David Bird, Clerk**

By: Betsy Magnuson
    Deputy Clerk, U.S. Bankruptcy Court

   X   Filing fee paid on <u>April 26, 2007</u>

_____ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2003.

By:_____
    Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-57**

**Appellant's
Counsel**            **Christopher D. Loizides**
                      Loizieds PA
                      Legal Arts Bldg.
                     1225 King Street Suite 800
                      Wilmington DE 19801
                      302-654-0248
                      Fax**:** 302-0654-0728
                      Email: loizidea@loizides.com

                     Daniel A Speights
                     Speights & Runyan
                     200 Jackson Avenue East
                     Hampton SC 29924
                     803-943-4444

**Appellee's
Counsel:**

                     **James E. O'Neill**
                     Pachulski Stang Ziehl Young Jones & Wein
                     919 North Market Street
                     16th Floor
                     PO Box 8705
                     Wilmington, DE 19899-8705
                     302-652-4100
                     Fax : 302-652-4400
                     Email: jo'neill@pszyj.com

                     **David M Bernick PC**
                     Kirkland & Ellis LLP
                     200 East Randolph DR
                     Chicago IL 60601
                     312- 861-2000