# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE
Clerk of the Court
824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **May 25, 2007**

To: Peter Dalleo, Clerk
U. S. District Court
District of Delaware
U. S. Courthouse - 844 King Street
Wilmington DE 19801

Re: WR Grace 01-1139
Appeal BAP #07-16

      Enclosed please find the bankruptcy Record on Appeal docket #15308, Order docket #15210, Memorandum Opinion docket #15209, Appellant Designation of Items docket #15529, Appellee Designation docket#15689.

Please acknowledge receipt on the copy provided.

                                        Sincerely,

                                    **David Bird, Clerk**

By: Betsy Magnuson
    Deputy Clerk, U.S. Bankruptcy Court

  _X_ Filing fee paid on <u>April 26, 2007</u>

  ____ Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of _____, 2003.

By:_____
    Deputy Clerk, U.S. District Court

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

WR Grace 01-1139
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-16**