## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Objection deadline: June 18, 2007 at 4:00 p.m.**<br>**Hearing date: September 24, 2007 at 2:00 p.m.** |

## SUMMARY OF TWENTY-FOURTH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH MARCH 31, 2007</u>

| | |
|---|---|
| Applicant: | Duane Morris LLP |
| Professional Services To: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective April 17, 2001<br>(Order entered June 21, 2001) |
| Period For Which Compensation And Reimbursement Is Sought: | January 1, 2007 through March 31, 2007 |
| Amount of Compensation Sought As Actual, Reasonable And Necessary: | $83,795.00 |
| Amount of Expense Reimbursement Sought As Actual, Reasonable And Necessary: | $962.79 |

This is an interim fee application.

## PRIOR MONTHLY APPLICATIONS

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 8/30/01 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| 2/5/02 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| 2/11/02 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| 3/28/02 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| 5/16/02 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| 5/16/02 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| 8/28/02 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| 10/24/02 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| 3/28/03 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| 3/31/03 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| 3/31/03 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| 6/18/03 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| 6/19/03 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| 7/21/03 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| 9/18/03 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| 9/18/03 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| 9/18/03 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| 10/20/03 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |

2

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| 1/29/04 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| 1/29/04 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| 1/29/04 | 12/1/03 – 12/31/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| 6/22/04 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| 6/22/04 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| 6/22/04 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| 6/28/04 | 4/1/04- 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| 6/30/04 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| 8/25/04 | 7/1/04 – 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| 9/23/04 | 8/1/04 – 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| 10/20/04 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| 11/19/04 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $226.76 |
| 12/17/04 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| 1/18/05 | 12/1/04 – 12/31/04 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| 3/3/05 | 1/1/05- 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| 3/21/05 | 2/1/05-2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| 4/22/05 | 3/1/05-3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| 5/24/05 | 4/1/05- 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| 6/20/05 | 5/1/05 – 5/31/05 | $17,670.50 | $421.11 | 14,136.40 | $421.11 |
| 7/21/05 | 6/1/05 – 6/30/05 | $15,429.00 | $685.78 | $12,343.20 | $685.78 |
| 8/30/05 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| 9/30/05 | 8/1/05 – 8/30/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| 10/20/05 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| 11/18/05 | 10/1/05-10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| 12/19/05 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| 2/6/06 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| 3/2/06 | 1/1/06 – 1/28/06 | $21,162.50 | $517.90 | $16,930.00 | $517.90 |
| 3/13/06 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| 4/28/06 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| 5/30/06 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| 6/16/06 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $15,350.50 | $38.60 |
| 8/10/06 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $25,877.00 | $1,968.78 |
| 8/30/06 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| 10/6/06 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| 10/30/06 | 9/1/06 – 9/30/06 | $26,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| 11/30/06 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | Pending | Pending |
| 1/8/07 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | Pending | Pending |
| 2/1/07 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | Pending | Pending |
| 2/28/07 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | Pending | Pending |
| 4/13/07 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | Pending | Pending |
| 5/1/07 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | Pending | Pending |

4

### PRIOR QUARTERLY APPLICATIONS

| | Date Filed | Requested | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| 1. | 8/30/01 (829) | 4/17/01 – 6/30/01 | $41,314.50 | $4,026.77 | | |
| 2. | 2/5/02 (1623) | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | |
| 3. | 2/11/02 (1660) | 10/01/01– 12/31/01 | $17,349.50 | $3,436.30 | $68,886.50 | $16,576.41 |
| 4. | 5/16/02 (2070) | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| 5. | 11/7/02 (2950) | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| 6. | 10/24/02 (2879) | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| 7. | 3/28/03 (3566) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| 8. | 6/23/03 (3939) | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| 9. | 9/18/03 (4450) | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| 10. | 1/29/04 (5028) | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| 11. | 4/16/04 (5453) | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| 12. | 7/2/04 (5920) | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1,378.35 |
| 13. | 8/2/04 (6103) | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| 14. | 11/15/04 (6925) | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |
| 15. | 2/14/05 (7760) | 10/1/04-12/31/04 | $100,271.00 | $10,120.25 | $100,271.00 | $10,120.25 |
| 16. | 5/18/05 (8456) | 1/1/05 – 3/31/05 | $77,387.00 | $3,686.77 | $74,968.00 | $3,686.77 |
| 17. | 8/15/05 (9191) | 4/1/05 – 6/30/05 | $45,254.50 | $1,148.39 | $43,824.50 | $1,148.39 |
| 18. | 11/16/05 (11098) | 7/1/05 – 9/30/05 | $54,274.00 | $2,934.36 | $54,044.00 | $2,934.36 |
| 19. | 2/17/06 (11835) | 10/1/05 – 12/31/05 | $51,287.00 | $2,277.70 | $51,287.00 | $2,277.70 |
| 20. | 5/30/06 (12545) | 1/1/06 – 3/31/06 | $47,740.50 | $942.69 | $47,740.50 | $942.69 |
| 21. | 8/15/06 (12984) | 4/1/06 – 6/30/06 | $55,469.00 | $3,022.31 | $55,469.00 | $3,022.31 |
| 22. | 11/30/06 (13853) | 7/1/06 – 9/30/06 | $89,965.00 | $2,032.77 | $89,965 | $2,032.77 |
| 23. | 3/1/07 (14718) | 10/1/06 – 12/31/06 | $111,677.00 | $1,450.75 | Pending | Pending |

5

**SUMMARY OF TIME AND THE HOURLY RATES CHARGED BY THE
APPLICANT FOR ITS ATTORNEY AND PARALEGAL TIME FOR THE PERIOD
FROM JANUARY 1, 2007 THROUGH AND INCLUDING MARCH 31, 2007**

|  | Year Admitted | Rate Per Hour | No. of Hours | Total Value |
|---|---|---|---|---|
| William S. Katchen ("WS KATCHEN"), Of Counsel | 1965 | $650.00 | 25.90 | $16,835.00 |
| Michael R. Lastowski ("MR LASTOWSKI"), Partner | 1980 | $595.00 | 85.40 | $50,813.00 |
| Rudolph J. Di Massa ("RJ DIMASSA"), Partner | 1981 | $540.00 | 0.30 | $162.00 |
| David H. Stein ("DH STEIN"), Partner | 1987 | $430.00 | 0.80 | $344.00 |
| Richard W. Riley ("RW RILEY"), Partner | 1988 | $480.00 | 9.60 | $4,608.00 |
| Michael F. Hahn ("MF HAHN"), Associate | 1999 | $360.00 | 15.20 | $5,472.00 |
| Sommer L. Ross ("SL ROSS"), Associate | 2004 | $280.00 | 2.60 | $728.00 |
| Matthew E. Hoffman ("ME HOFFMAN"), Associate | 2005 | $265.00 | 0.30 | $79.50 |
| Beth A. Gruppo ("BA GRUPPO"), Paralegal | N/A | $235.00 | 4.60 | $1,081.00 |
| David M. Speers ("DM SPEERS"), Paralegal | N/A | $240.00 | 6.70 | $1,608.00 |
| Elizabeth M. O'Byrne ("EM O'BYRNE"), Paralegal | N/A | $180.00 | 0.40 | $72.00 |
| Christopher Clark ("C CLARK"), Paralegal | N/A | $185.00 | 1.50 | $277.50 |
| Alison T. Ash ("AT ASH"), Legal Assistant | N/A | $175.00 | 9.80 | $1,713.00 |
| **GRAND TOTAL** |  |  | **163.10** | **$83,795.00** |

6

## COMPENSATION BY PROJECT CATEGORY

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| Business Operations ("003") | 1.50 | $892.50 |
| Case Administration ("004") | 23.50 | $8,043.00 |
| Claim Analysis, Objection, Resolution and Estimation (Asbestos) ("005") | 55.90 | $30,664.50 |
| Claim Analysis, Objection, Resolution and Estimation (Non-Asbestos) ("006") | 6.10 | $3,480.00 |
| Employment Applications, Applicant ("009") | 2.20 | $931.00 |
| Employment Applications, Others ("010") | 0.30 | $178.50 |
| Fee Applications (Applicant) ("012") | 5.20 | $1,230.50 |
| Fee Applications (Others) ("013") | 6.10 | $1,640.00 |
| Hearings ("015") | 22.40 | $13,328.00 |
| Litigation and Litigation Consulting ("016") | 3.80 | $1,308.50 |
| Plan and Disclosure Statement ("017") | 8.40 | $4,998.00 |
| Other ("025") | 27.10 | $16,884.50 |
| Business Analysis ("027") | 0.60 | $216.00 |
| **TOTAL:** | **163.10** | **$83,795.00** |

DM3\515855.1

## EXPENSE SUMMARY

| CATEGORIES | PROVIDER | EXPENSES |
|---|---|---|
| Dinner (Local) | N/A | $21.81 |
| Messenger Service | Parcels, Inc. | $764.89 |
| Overnight Mail | Federal Express | $79.84 |
| Printing and Duplicating (External) | Parcels, Inc. | $11.25 |
| Printing & Duplicating (Internal) | Duane Morris LLP | $76.95 |
| Research | Lexis Nexis | $8.05 |
| **TOTAL** | | **$962.79** |

DM3\515855.1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al.</u>, | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | **Objection deadline: June 18, 2007 at 4:00 p.m.**<br>**Hearing date: September 24, 2007 at 2:00 p.m.** |

### TWENTY-FOURTH QUARTERLY FEE APPLICATION
### OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES
### RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL
### TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### <u>FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH MARCH 31, 2007</u>

Duane Morris LLP (the "Applicant"), co-counsel to the Official Committee of Unsecured Creditors (the "Committee"), for its Twenty-Fourth Quarterly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From January 1, 2007 through March 31, 2007 (the "Application"), respectfully represents and alleges:

### I. <u>INTRODUCTION</u>

1.    Applicant makes this Application for payment of professional services rendered and expenses incurred in its representation of the Committee as provided under §§ 330 and 331 of title 11 of the United States Code ("Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), the applicable local rules of this Court and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered by this Court on April 17, 2002 (Docket No. 1949) (the "Administrative Order").

9

2.     Applicant, in its Application, seeks an award of compensation in the amount of $83,795.00 for 163.10 hours of professional services rendered from January 1, 2007 through and including March 31, 2007 (the "Compensation Period"); and reimbursement of disbursements actually and necessarily incurred in the amount of $962.79 during the Compensation Period.

## II. BACKGROUND

3.     On April 2, 2001 (the "Petition Date"), the Debtors commenced their reorganization cases by filing voluntary petitions for relief under chapter 11 title 11 of the United States Code, 11 U.S.C. §§101 et seq. (the "Bankruptcy Code").

4.     The Debtors have continued in possession of their properties and have continued to operate and manage their businesses as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.  Pursuant to an order of the Court, the Debtors chapter 11 cases have been procedurally consolidated and are being jointly administered.

5.     On April 22, 2001, the United States Trustee formed the Committee consisting of the following members: J.P. Morgan Chase & Co., ABN AMRO Bank N.V., Bank of America, N.A., The Bank of New York, as indenture Trustee, Bankers Trust Company, as indenture Trustee, First Union National Bank, Sealed Air Corporation, Wachovia Bank N.A., and Zhagrus Environmental, Inc.  During the first meeting of the Committee on April 22, 2001, the Committee duly selected Stroock, Stroock & Lavan, LLP as its counsel to represent the Committee in all matters during the pendency of the Debtors' chapter 11 cases.

6.     The Committee, thereafter, requested the assistance of Duane Morris LLP, with an office located at 1100 North Market Street, Suite 1200, Wilmington, DE 19801, to act as local counsel to the Committee during the pendency of the Debtors' chapter 11 cases.

DM3\515855.1

## III. **PROFESSIONAL SERVICES RENDERED**

7.      Through this Twenty-Second Interim Application, Duane Morris LLP seeks allowance and payment of fees in the amount of $83,795.00, and reimbursement for actual and necessary expenses in the amount of $962.79. Applicant is seeking compensation for services performed on behalf of or for the Committee, and not on behalf of any debtor, creditor or other person.

8.      Applicant has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case. There is no agreement or understanding between Applicant and any other person for the sharing of compensation to be received for services rendered in this case.

9.      All services for which compensation is requested by Duane Morris LLP pursuant to this Application were performed on behalf of the Official Committee of Unsecured Creditors in this case.

10.     This is Duane Morris LLP's Twenty-Fourth Interim Application.

## IV. **SUMMARY OF SERVICES RENDERED**

11.     During the Compensation Period, Applicant provided significant professional services to the Committee in connection with this chapter 11 case. These services included, among other things, assisting, advising and representing the Committee with respect to the following matters: (i) the administration of this case and the exercise of oversight with respect to the Committee; (ii) preparation and review on behalf of the Committee of applications, motions, memoranda, orders, reports and other legal papers; (iii) appearances in court and at meetings to represent the interests of the Committee; (iv) research and investigation; (v) communication with the Committee's constituents and others; and (vi) the performance of all of the Committee's

11

duties and powers under the Bankruptcy Code and the Bankruptcy Rules and the performance of
such other services as were in the interests of those represented by the Committee.

12.    In accordance with the Local Rules and the Administrative Order, a summary of
the principal services performed by the Applicant on behalf of the Committee by work/litigation
task code for the period January 1, 2007 through March 31, 2007 is annexed hereto as Exhibit A.

13.    In accordance with the Local Rules and the Administrative Order, computerized
printouts of the Applicant's itemized time records and disbursements ("Time Records")
necessarily incurred in the performance of Applicant's duties as co-counsel to the Committee,
are annexed hereto as Exhibits B through D.  The Applicant has ordered the entries in its Time
Records into various categories in accordance with the guidelines issued by the Office of the
United States Trustee.

14.    As set forth in Exhibit B, Duane Morris LLP rendered 73.60 hours of professional
services during the Period January 1, 2007 through January 31, 2007 resulting in legal fees in the
amount of $39,970.50 and associated reasonable and necessary expenses in the amount of
$770.49.

15.    As set forth in Exhibit C, Duane Morris LLP rendered 48.00 hours of professional
services during the Period February 1, 2007 through February 28, 2007 resulting in legal fees in
the amount of $23,416.00 and associated reasonable and necessary expenses in the amount of
$81.51.

16.    As set forth in Exhibit D, Duane Morris LLP rendered 41.50 hours of professional
services during the Period March 1, 2007 through March 31, 2007 resulting in legal fees in the
amount of $20,408.50 and associated reasonable and necessary expenses in the amount of
$110.79.

17.     It is Applicant's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. Applicant has photocopying performed by an outside service whose rates range from $0.11 to $0.15 per page. Applicant charges $0.15 per page for internal printing and duplicating and $.95 per page for outgoing telecopy services.

18.     Applicant has worked closely with the Debtor, the Committee, the Debtor's advisors, and other professionals in the case to avoid unnecessary duplication of the services charged to the Committee.

## V. <u>CONCLUSION</u>

19.     Applicant has necessarily and properly expended 163.10 hours of service in performance of its duties as counsel to the Committee during the Compensation Period. Accordingly, Applicant respectfully requests a fee allowance for professional services rendered in the amount of $83,795.00.

20.     Applicant also respectfully requests reimbursement of disbursements actually and necessarily incurred in the amount of $962.79 during the Compensation Period.

21.     Although every effort has been made to include all fees and expenses incurred during the Compensation Period in this Application, some fees and expenses from the Compensation Period might not be included in the Application due to the delays caused by accounting and processing procedures. Applicant reserves the right to make further application to the Court for allowance of fees and expenses not included herein. As to fees and expenses incurred after March 31, 2007, Applicant will file subsequent fee applications in accordance with

the Bankruptcy Code, the Bankruptcy Rules, the applicable local rules, the Administrative Order
and any other procedures established by this Court.

WHEREFORE, Applicant respectfully requests an interim award of compensation for
professional services rendered as counsel to the Committee during the Compensation Period in
the sum of $83,795.00, and reimbursement of disbursements actually and necessarily incurred in
the amount of $962.79 during the Compensation Period, and for such other and further relief as
this Court deems just and proper.

Dated: May 29, 2007
     Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   mlastowski@duanemorris.com
    rwriley@duanemorris.com

- and -

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:   wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.*

14

DM3\515855.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF MICHAEL R. LASTOWSKI

STATE OF DELAWARE        )
                         )        SS
NEW CASTLE COUNTY        )

Michael R. Lastowski, being duly sworn, deposes and says:

1.      I am a partner at the law firm of Duane Morris LLP, counsel for the Official Committee of Unsecured Creditors (collectively, the "Committee").

2.      I have read the Twenty-Fourth Quarterly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2007 through and including March 31, 2007 (the "Application"), and know the contents thereof.  The same are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I am familiar with all work performed on behalf of the Committee by the attorneys and para-professionals in the firm of Duane Morris LLP.

Dated: May 29, 2007

Michael R. Lastowski (DE 3892)

SWORN TO AND SUBSCRIBED before me this 29th day of May, 2007.

Notary Public

ALISON T. ASH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 15, 2008

DM3\515855.1