# Exhibit B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: March 20, 2007 at 4:00 p.m. Hearing Date: To be determined. |

### SIXTY-FIRST MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **January 1, 2007 through January 31, 2007** |
| Amount of Compensation sought as actual, reasonable and necessary: | $39,970.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $770.49 |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the sixty-first monthly fee application of Duane Morris LLP.

14703
2/28/07

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| | | Fees | Expenses | Fees | Expenses |
| --- | --- | --- | --- | --- | --- |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 - 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | 27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | Pending | Pending |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | Pending | Pending |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | Pending | Pending |

5

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Partner/41 years | $650.00 | 14.70 | $9,555.00 |
| Michael R. Lastowski | Partner/26 years | $595.00 | 41.70 | $24,811.50 |
| Richard W. Riley | Partner/15 years | $480.00 | 4.90 | $2,352.00 |
| Michael F. Hahn | Associate/8 years | $360.00 | 5.30 | $1,908.00 |
| Beth A. Gruppo | Paralegal | $235.00 | 1.70 | $399.50 |
| Christopher Clark | Paralegal | $185.00 | 1.50 | $277.50 |
| Elizabeth M. O'Byrne | Paralegal | $180.00 | 0.40 | $72.00 |
| Alison T. Ash | Legal Assistant | $175.00 | 3.40 | $595.00 |
| | | | 73.60 | $39,970.50 |

Total Fees:     $39,970.50
Total Hours:    73.60

6

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.70 | $416.50 |
| Case Administration (04) | 5.50 | $1,971.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 26.20 | $14,708.50 |
| Claim Analysis Objections & Resolution (Non-Asbestos) (06) | 1.70 | $862.00 |
| Employment Applications, Applicant (09) | 1.40 | $455.00 |
| Fee Applications, Applicant (12) | 1.20 | $362.50 |
| Fee Applications, Others (13) | 2.50 | $674.00 |
| Hearings (15) | 13.70 | $8,151.50 |
| Plan and Disclosure Statement (17) | 3.90 | $2,320.50 |
| Other (25) | 16.20 | $9,832.50 |
| Business Analysis (27) | 0.60 | $216.00 |
| **TOTAL** | **73.60** | **$39,970.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Dinner – Local | N/A | $8.04 |
| Overnight Mail | Federal Express | $16.31 |
| Messenger Service | Parcels, Inc. | $734.89 |
| Printing & Duplicating-External | Parcels, Inc. | $11.25 |
| **TOTAL** | | **$770.49** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period January 1, 2007 through January 31, 2007, an interim allowance be made to Duane Morris LLP for compensation in the amount of $31,976.40 (80% of allowed fees) and $770.49 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: February 28, 2007
Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
    rwriley@duanemorris.com

*Co-Counsel to the Official Committee
of Unsecured Creditors*

8

# EXHIBIT A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

February 6, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1235132                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 41.70 | hrs. at | $595.00 | /hr. = | $24,811.50 |
| RW RILEY | PARTNER | 4.90 | hrs. at | $480.00 | /hr. = | $2,352.00 |
| WS KATCHEN | PARTNER | 14.70 | hrs. at | $650.00 | /hr. = | $9,555.00 |
| MF HAHN | ASSOCIATE | 5.30 | hrs. at | $360.00 | /hr. = | $1,908.00 |
| BA GRUPPO | PARALEGAL | 1.70 | hrs. at | $235.00 | /hr. = | $399.50 |
| C CLARK | PARALEGAL | 1.50 | hrs. at | $185.00 | /hr. = | $277.50 |
| EM O'BYRNE | PARALEGAL | 0.40 | hrs. at | $180.00 | /hr. = | $72.00 |
| AT ASH | LEGAL ASSISTANT | 3.40 | hrs. at | $175.00 | /hr. = | $595.00 |

$39,970.50

DISBURSEMENTS
DINNER - LOCAL                                8.04
MESSENGER SERVICE                          734.89
OVERNIGHT MAIL                              16.31
PRINTING & DUPLICATING                      11.25
TOTAL DISBURSEMENTS                                         $770.49

BALANCE DUE THIS INVOICE                                  $40,740.99

PREVIOUS BALANCE                                         $122,422.89

TOTAL BALANCE DUE                                        $163,163.88

File # K0248-00001
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/8/2007 | 003 | MR LASTOWSKI | REVIEW NOVEMBER 2006 MONTHLY OPERATING REPORT | 0.10 | $59.50 |
| 1/23/2007 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO MAKE PENSION PLAN PAYMENTS | 0.60 | $357.00 |
| | | | Code Total | 0.70 | $416.50 |

File # K0248-00001                                        INVOICE # 1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/2/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/3/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/4/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/4/2007 | 004 | MF HAHN | REVIEW DOCKET AND PULL NEW PLEADINGS FOR WSK | 0.40 | $144.00 |
| 1/5/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/5/2007 | 004 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS FOR WSK | 0.20 | $72.00 |
| 1/8/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/8/2007 | 004 | EM O'BYRNE | SCAN AND E-FILE FIFTY-NINTH FEE APPLICATION OF DUANE MORRIS (.2); COPY AND EFFECTUATE SERVICE OF SAME (.2) | 0.40 | $72.00 |

Duane Morris
February 6, 2007
Page 4

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1235132

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/9/2007 | 004 | RW RILEY | REVIEWING RECENT FILING IN CASE | 2.30 | $1,104.00 |
| 1/10/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/11/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/12/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/16/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/17/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

Duane Morris
February 6, 2007
Page 5

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1235132

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 1/22/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/22/2007 | 004 | MF HAHN | REVIEW DOCKET AND NEW FILINGS | 0.20 | $72.00 |
| 1/23/2007 | 004 | MF HAHN | CORRESPONDENCE WITH A. ASH REGARDING NEW FILINGS; REVIEW DOCKET AND PROVIDE DOCUMENTS TO WSK | 0.20 | $72.00 |
| 1/25/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/26/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/29/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/29/2007 | 004 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS FILED | 0.10 | $36.00 |
| 1/30/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

Duane Morris
February 6, 2007
Page 6

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1235132

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/31/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| | | | Code Total | 5.50 | $1,971.50 |

File # K0248-00001                                          INVOICE #  1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/3/2007 | 005 | MR LASTOWSKI | REVIEW MOTION TO RECONSIDER SUPPLEMENTAL ORDER REGARDING MOTION TO COMPEL CLAIMANTS TO RESPOND TO ASBESTOS PI QUESTIONNAIRE | 0.50 | $297.50 |
| 1/8/2007 | 005 | MF HAHN | REVIEW DOCKET AND OBJECTION TO COMPEL ACTUARIAL STUDIES | 0.80 | $288.00 |
| 1/8/2007 | 005 | MR LASTOWSKI | REVIEW ZAI PLAINTIFFS' APPELLATE DESIGNATION | 0.20 | $119.00 |
| 1/8/2007 | 005 | MR LASTOWSKI | REVIEW RESPONSES TO 20TH OBJECTION TO CLAIMS | 0.50 | $297.50 |
| 1/8/2007 | 005 | MR LASTOWSKI | REVIEW EXPERT REPORTS SERVED BY DIES & HILE CLAIMANTS | 3.40 | $2,023.00 |
| 1/8/2007 | 005 | MR LASTOWSKI | REVIEW MOTLEY RICE JOINDER IN MOTION TO RECONSIDER ORDER RE: ASBESTOS PERSONAL INJURY QUESTIONNAIRE | 0.20 | $119.00 |
| 1/8/2007 | 005 | MR LASTOWSKI | REVIEW ORDER GRANTING PROPERTY DAMAGE CLAIMANTS LEAVE TO DESIGNATE CONSTRUCTIVE NOTICE EXPERT | 0.10 | $59.50 |
| 1/9/2007 | 005 | MF HAHN | REVIEW DOCKET AND DESIGNATION REGARDING CONSTRUCTIVE NOTICE FOR PROPERTY DAMAGE CLAIMS | 0.30 | $108.00 |
| 1/9/2007 | 005 | MR LASTOWSKI | REVIEW RESPONSE TO ANDERSONE MEMORIAL HOSPITAL'S MOTION TO COMPEL | 0.40 | $238.00 |
| 1/9/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO MOTIONS TO RECONSIDER ORDER RE: ASBESTOS PI QUESTIONNAIRE | 1.10 | $654.50 |
| 1/9/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' OPPOSITION TO MOTION TO COMPEL DISCLOSURE OF ACTUARIAL STUDIES RELATING TO SECURITIES FILINGS | 1.10 | $654.50 |
| 1/10/2007 | 005 | MF HAHN | REVIEW DOCKET AND DEBTOR'S RESPONSE TO ZONOLITE CLAIMANT'S MOTION FOR LEAVE TO APPEAL | 0.40 | $144.00 |
| 1/10/2007 | 005 | MR LASTOWSKI | REVIEW EPEC REALTY, INC. 'S EXPERT REPORT (ERC) | 1.20 | $714.00 |
| 1/10/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: DEBTORS' OPPOSITION TO RULE 30(B)(6) DEPOSITION | 0.90 | $535.50 |
| 1/12/2007 | 005 | MF HAHN | REVIEW DOCKET AND SETTLEMENT REGARDING ZAI OPINION AND PROPERTY DAMAGE CLAIMANTS | 0.30 | $108.00 |
| 1/12/2007 | 005 | MR LASTOWSKI | REVIEW SUPPLEMENTAL REPORT OF JAMES R. MILLETTE, EXPERT RETAINED BY DIES & HILE CLAIMANTS | 0.60 | $357.00 |

File # K0248-00001                                    INVOICE # 1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/16/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW OPINION REGARDING VERMICULATE ATTIC INSULATION | 0.80 | $288.00 |
| 1/16/2007 | 005 | RW RILEY | REVIEWING COMMUNICATION RELATED TO NOTICES OF DEPOSITION DUCES TECUM FOR ROBERT BEBER, JAY W. HUGHES AND DAVID B. SIEGEL AND REVIEWING NOTICES OF DEPOSITION | 0.30 | $144.00 |
| 1/17/2007 | 005 | MF HAHN | REVIEW DOCKET AND DESIGNATIONS OF EXPERT REPORTS; PROVIDE COPIES OF SAME TO W. KATCHEN | 0.30 | $108.00 |
| 1/19/2007 | 005 | MF HAHN | REVIEW DOCKET AND EXPERT REPORTS FILED | 0.40 | $144.00 |
| 1/20/2007 | 005 | MR LASTOWSKI | REVIEW MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF ACTUARIAL REPORTS | 1.20 | $714.00 |
| 1/21/2007 | 005 | MR LASTOWSKI | REVIEW EXPERT REPORTS SUBMITTED BY DEBTORS' ON 1/16/07 | 2.80 | $1,666.00 |
| 1/22/2007 | 005 | MR LASTOWSKI | REVIEW COUNTER DESIGNATION ON ZAI APPEAL | 2.80 | $1,666.00 |
| 1/22/2007 | 005 | MR LASTOWSKI | REVIEW REPORT OF DEBTORS' EXPERT CHARLES BLAKE | 0.80 | $476.00 |
| 1/22/2007 | 005 | MR LASTOWSKI | REVIEW REBUTTAL REPORTS OF ERC | 1.20 | $714.00 |
| 1/22/2007 | 005 | MR LASTOWSKI | REVIEW HALLIWELL EXPERT REPORT SUBMITTED BY SPEIGHTS & RUNYAN | 0.70 | $416.50 |
| 1/22/2007 | 005 | MR LASTOWSKI | REVIEW RICHARD LEE EXPERT REPORT SUBMITTED BY DEBTORS' AND RELATED INFORMATION PROVIDED BY THE DEBTORS | 1.20 | $714.00 |
| 1/23/2007 | 005 | MR LASTOWSKI | REVIEW REAUD, MORGAN & QUINN' S MOTION TO AMEND INFORMAL PROOFS OF CLAIM | 0.20 | $119.00 |
| 1/31/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS; REVIEW MOTION TO ALLOW LATE PROOFS OF CLAIM BY CERTAIN ASBESTOS CLAIMANTS | 0.30 | $108.00 |
| 1/31/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S EMERGENCY MOTION TO MODIFY ORDER RE: X-RAY EXAMINATION | 0.60 | $357.00 |
| 1/31/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S EMERGENCY MOTION TO MODIFY ORDER RE: X-RAY EXAMINATION | 0.60 | $357.00 |
| | | | Code Total | 26.20 | $14,708.50 |

Duane Morris
February 6, 2007
Page 9

File # K0248-00001

W.R. GRACE & CO.

INVOICE # 1235132

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/9/2007 | 006 | RW RILEY | REVIEWING 20TH OMNIBUS CLAIMS OBJECTION | 1.30 | $624.00 |
| 1/24/2007 | 006 | MR LASTOWSKI | REVIEW PRUDENTIAL APPELLATE BRIEF | 0.40 | $238.00 |
| | | | Code Total | 1.70 | $862.00 |

Duane Morris
February 6, 2007
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1235132

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/8/2007 | 009 | AT ASH | DRAFT 59TH MONTHLY FEE APPLICATION OF DUANE MORRIS. CONVERT TO PDF FORMAT AND E-FILE SAME. PREPARE FOR SERVICE. | 0.90 | $157.50 |
| 1/31/2007 | 009 | MR LASTOWSKI | REVIEW DUANE MORRIS 60 MONTHLY FEE APPLICATION | 0.50 | $297.50 |
| | | | Code Total | 1.40 | $455.00 |

File # K0248-00001                                    INVOICE # 1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 1/8/2007 | 012 | RW RILEY | REVIEWING 59TH MONTHLY FEE APPLICATION FOR DUANE MORRIS AND TIME ENTRIES RELATED THERETO | 0.50 | $240.00 |
| 1/31/2007 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 59TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.10 | $17.50 |
| 1/31/2007 | 012 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION TO DUANE MORRIS 59TH MONTHLY APPLICATION. | 0.10 | $17.50 |
| 1/31/2007 | 012 | AT ASH | DRAFT 60TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.50 | $87.50 |
| | | | Code Total | 1.20 | $362.50 |

Duane Morris
February 6, 2007
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1235132

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/9/2007 | 013 | AT ASH | REVIEW 33RD MONTHLY APPLICATION OF CASPTONE. CONVERT TO PDF FORMAT AND E-FILE SAME. | 0.40 | $70.00 |
| 1/9/2007 | 013 | MR LASTOWSKI | SIGN NOTICE OF CAPSTONE 33RD INTERIM APPLICATION | 0.10 | $59.50 |
| 1/9/2007 | 013 | MR LASTOWSKI | REVIEW EXTRANET ISSUES AND E-MAIL TO P. CAVENAUGH | 0.10 | $59.50 |
| 1/12/2007 | 013 | AT ASH | REVIEW 68TH MONTHLY APPLICATION OF STROOCK, CONVERT TO PDF FORMAT AND E-FILE SAME. | 0.50 | $87.50 |
| 1/29/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 69TH MONTHLY APPLICATION OF STROOCK. | 0.40 | $70.00 |
| 1/29/2007 | 013 | RW RILEY | REVIEWING MONTHLY FEE APPLICATION OF STROOCK AND COORDINATING FILING AND SERVICE OF SAME | 0.50 | $240.00 |
| 1/31/2007 | 013 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION FOR 32ND AND 33RD FEE APPLICATIONS OF CAPSTONE. | 0.30 | $52.50 |
| 1/31/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATIONS OF NO OBJECTION RE 32ND AND 33RD MONTHLY APPLICATIONS OF CAPSTONE. | 0.20 | $35.00 |
| | | | Code Total | 2.50 | $674.00 |

Duane Morris
February 6, 2007
Page 13

File # K0248-00001                                    INVOICE #  1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/4/2007 | 015 | MR LASTOWSKI | REVIEW TRANSCRIPTS OF HEARINGS OF 12/18 AND 12/29 | 0.50 | $297.50 |
| 1/19/2007 | 015 | MR LASTOWSKI | REVIEW REPLY IN SUPPORT OF DEBTOR'S MOTION TO QUASH RULE 30(B)(6) SUBPOENA | 0.30 | $178.50 |
| 1/20/2007 | 015 | MR LASTOWSKI | REVIEW NOTICE OF 1/23/07 AGENDA AND ITEMS IDENTIFIED THEREON | 2.70 | $1,606.50 |
| 1/20/2007 | 015 | MR LASTOWSKI | REVIEW DIES AND HILE REPORTS AND SUPPLEMENTAL REPORTS (SERVED ON 1/15/07) | 4.10 | $2,439.50 |
| 1/23/2007 | 015 | MR LASTOWSKI | E-MAILS TO AND FROM A. KRIEGER RE: PROGRESS OF HEARING | 0.20 | $119.00 |
| 1/23/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 5.30 | $3,153.50 |
| 1/25/2007 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 1/24/07 | 0.60 | $357.00 |
| | | | Code Total | 13.70 | $8,151.50 |

Duane Morris
February 6, 2007
Page 14

File # K0248-00001                                    INVOICE # 1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/22/2007 | 017 | MR LASTOWSKI | REVIEW EXCLUSIVITY BRIEFING | 3.50 | $2,082.50 |
| 1/26/2007 | 017 | MR LASTOWSKI | REVIEW JUDGE BUCKWALTER OPINION | 0.40 | $238.00 |
| | | | Code Total | 3.90 | $2,320.50 |

File # K0248-00001                                    INVOICE # 1235132
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/2/2007 | 025 | WS KATCHEN | ADDITIONAL WORK ON PLAN ISSUES. | 1.80 | $1,170.00 |
| 1/5/2007 | 025 | WS KATCHEN | REVIEW FUTURE CLAIMANT'S OPPOSITION TO DEBTOR'S MOTION. | 0.30 | $195.00 |
| 1/5/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S REQUEST FOR EXPEDITED CONSIDERATION AND SUMMARY DENIAL OF MOTION TO AMEND ORDER ON QUESTIONNAIRE. | 0.10 | $65.00 |
| 1/5/2007 | 025 | WS KATCHEN | REVIEW NOTICE BY DEBTOR OF DEPOSITION AND SUBPOENA. | 0.10 | $65.00 |
| 1/5/2007 | 025 | WS KATCHEN | REVIEW SKADDEN MEMO TO COMMITTEE - REGARDING STRATEGY; EMAILS TO M. CECHI; REVIEW ZAI DESIGNATION OF RECORD AND ISSUES ON APPEAL; REVIEW STROOCK EMAIL; TELEPHONE CONVERSATION WITH T. MAHER REGARDING EMAIL; REVIEW ASBESTOS CLAIMANTS MOTION TO AMEND ORDER. | 1.20 | $780.00 |
| 1/8/2007 | 025 | WS KATCHEN | REVIEW FCR OPPOSITION TO DEBTOR'S MOTION; REVIEW MOTION BY FCR TO FILE UNDER SEAL; EMAIL TO STROOCK REGARDING SAME; PREP COMMITTEE CONFERENCE CALL JAN. 11. | 1.70 | $1,105.00 |
| 1/8/2007 | 025 | WS KATCHEN | REVIEW DEL TACO'S RESPONSE ON CLAIMS OBJECTION. | 0.40 | $260.00 |
| 1/10/2007 | 025 | C CLARK | RESEARCH NEW NJ APP. DIV OPINION | 0.60 | $111.00 |
| 1/10/2007 | 025 | WS KATCHEN | ADDITIONAL RESEARCH FOR COMMITTEE MEETING 1/11/07. | 1.90 | $1,235.00 |
| 1/10/2007 | 025 | WS KATCHEN | REVIEW ORRICK LETTER TO DISTRICT COURT. | 0.10 | $65.00 |
| 1/11/2007 | 025 | C CLARK | REVIEW DOCKET AND RETRIEVE FOR W. KATCHEN SECOND AMEND PLAN AND ORDER CONFIRMING PLAN | 0.60 | $111.00 |
| 1/11/2007 | 025 | WS KATCHEN | CONFERENCE CALL WITH COMMITTEE. | 0.50 | $325.00 |
| 1/12/2007 | 025 | WS KATCHEN | REVIEW LATEST COURT DOCKET ITEMS. | 0.40 | $260.00 |
| 1/15/2007 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA OF JAN. 23, 2007. | 0.10 | $65.00 |
| 1/16/2007 | 025 | WS KATCHEN | REVIEW ANGELO'S AFFIDAVIT; REVIEW STIPULATION FOR PD CLAIMS METHODOLOGY. | 0.20 | $130.00 |
| 1/22/2007 | 025 | WS KATCHEN | REVIEW R.J. LEE EXPERT REPORT (ASBESTOS PROPERTY DAMAGE CLAIMS); REVIEW W.R. GRACE REPLY ON MOTION TO QUASH SUBPOENA; REVIEW M. SHELRITZ DECLARATION. | 0.50 | $325.00 |

File # K0248-00001                                    INVOICE # 1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 1/22/2007 | 025 | WS KATCHEN | REVIEW NOTICE OF DEPOSITION - BEBER, HUGHES, SIEGEL AND STIPULATION AND ORDER FOR PRODUCTION OF DOCUMENTS; REVIEW COUNTER - DESIGNATION RECORD ON APPEAL (ZAI). | 0.30 | $195.00 |
| 1/22/2007 | 025 | WS KATCHEN | ESTIMATION ISSUES; PREP 1/24/07 COMMITTEE CALL. | 1.50 | $975.00 |
| 1/23/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S BRIEF ON ZAI; REVIEW DEBTOR'S STIPULATION ON METHODOLOGY ISSUE; EMAIL STROOCK REGARDING SAME. | 0.70 | $455.00 |
| 1/23/2007 | 025 | WS KATCHEN | EMAILS. | 0.20 | $130.00 |
| 1/24/2007 | 025 | C CLARK | RESEARCH RELEVANT CASES CITE IN NJ LAW JOURNAL | 0.30 | $55.50 |
| 1/24/2007 | 025 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.40 | $260.00 |
| 1/25/2007 | 025 | WS KATCHEN | REVIEW USDC OPINION/ORDER §1121(D); TELEPHONE CONVERSATION WITH M. LASTOWSKI REGARDING CASE ADMINISTRATION. | 0.20 | $130.00 |
| 1/25/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO AUTHORIZE PENSION PLAN CONTRIBUTIONS. | 0.10 | $65.00 |
| 1/26/2007 | 025 | WS KATCHEN | EMAIL L. KRUGER REGARDING PLAN ISSUE. | 0.20 | $130.00 |
| 1/31/2007 | 025 | WS KATCHEN | UPDATE STATUS. | 0.20 | $130.00 |
| 1/31/2007 | 025 | WS KATCHEN | REVIEW MOTION TO AMEND MOTION; REAUD MORGAN TO AMEND PROOF OF CLAIM. | 0.20 | $130.00 |
| 1/31/2007 | 025 | WS KATCHEN | WORK ON ESTIMATION ISSUE. | 1.40 | $910.00 |
| | | | Code Total | 16.20 | $9,832.50 |

Duane Morris
February 6, 2007
Page 17

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1235132

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 1/3/2007 | 027 | MF HAHN | REVIEW NEW NJ DISTRICT COURT OPINION REGARDING CLASS ACTIONS AND COMMONALITY | 0.60 | $216.00 |
| | | | Code Total | 0.60 | $216.00 |

Duane Morris
February 6, 2007
Page 18

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1235132

|  | | |
|---|---|---|
| TOTAL SERVICES | 73.60 | $39,970.50 |

Duane Morris
February 6, 2007
Page 19

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1235132

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|------|--------|
| 1/31/2007 | DINNER - LOCAL | | 8.04 |
| | | Total: | $8.04 |
| | | | |
| 1/8/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790153813348) | | 9.56 |
| 1/8/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT SENIOR VICE PRESIDENT - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790153806092) | | 6.75 |
| | | Total: | $16.31 |
| | | | |
| 1/31/2007 | MESSENGER SERVICE | | 734.89 |
| | | Total: | $734.89 |
| | | | |
| 1/31/2007 | PRINTING & DUPLICATING | | 11.25 |
| | | Total: | $11.25 |
| | TOTAL DISBURSEMENTS | | $770.49 |

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                    Chapter: 11 v                    Office: 1 (Delaware)
Judge: JKF                  Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Lastowski, Michael R. entered on 2/28/2007 at 2:56 PM
EST and filed on 2/28/2007
**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**      01-01139-JKF
**Document Number:** 14703

**Docket Text:**
Monthly Application for Compensation *(Sixty-First) for Services Rendered and Reimbursement of*
*Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From January 1,*
*2007 Through January 31, 2007* Filed by Duane Morris LLP. Objections due by 3/20/2007.
(Attachments: # (1) Exhibit A# (2) Certificate of Service) (Lastowski, Michael)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**I:\WRGrace\Duane Morris\61st Monthly\Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/28/2007] [FileNumber=5501672-0]
[88ea847930105b573dcbcf0cb7cd53d774e02cd8451118df9e210bb50b27654c12f1
e00ad797bce31865af73e6f772be163b714724ae675f94cc047aa7157c5c]]
**Document description:**Exhibit A
**Original filename:**I:\WRGrace\Duane Morris\61st Monthly\Ex A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/28/2007] [FileNumber=5501672-1]
[20873877833b798bf072e16c3c24ed699f6c2237fdeb204a7b4624540108dc451855
dd1e225d890aeed13eda8b7dc5693fbf24d4e20b7d43ebdc4be42fdc7e87]]
**Document description:**Certificate of Service
**Original filename:**I:\WRGrace\Duane Morris\61st Monthly\COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/28/2007] [FileNumber=5501672-2]
[933334270d00c805cfadeaa9cfe99ca194565006abf97bf12cc390c9362c3898ca41
48a02cc634dcce8ea03bf2f8c50f852929e31647c1f3a201bd6711b2797a]]

**01-01139-JKF Notice will be electronically mailed to:**