# Exhibit C

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: May 2, 2007 at 4:00 p.m. |
| | Hearing Date: To be determined. |

### SIXTY-SECOND MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2007 through February 28, 2007** |
| Amount of Compensation sought as actual, reasonable and necessary: | $23,416.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $81.51 |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the sixty-second monthly fee application of Duane Morris LLP.

15167

4/13/07

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02-1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02-2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

DM3\504024.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

DM3\504024.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | 27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | Pending | Pending |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | Pending | Pending |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | Pending | Pending |

5

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | Pending | Pending |

.

6

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Partner/41 years | $650.00 | 7.60 | $4,940.00 |
| David H. Stein | Partner/20 years | $430.00 | 0.80 | $344.00 |
| Michael R. Lastowski | Partner/26 years | $595.00 | 22.00 | $13,090.00 |
| Richard W. Riley | Partner/19 years | $480.00 | 1.90 | $912.00 |
| Michael F. Hahn | Associate/8 years | $360.00 | 4.50 | $1,620.00 |
| Sommer L. Ross | Associate/3 years | $280.00 | 1.00 | $280.00 |
| Matthew E. Hoffman | Associate/2 years | $265.00 | 0.30 | $79.50 |
| Beth A. Gruppo | Paralegal | $235.00 | 2.20 | $517.00 |
| David M. Speers | Paralegal | $240.00 | 4.40 | $1,056.00 |
| Alison T. Ash | Legal Assistant | $175.00 | 3.30 | $577.50 |
|  |  |  | 48.00 | $23,416.00 |

Total Fees:     $23,416.00
Total Hours:    48.00

7

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 11.50 | $3,795.00 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 9.80 | $5,149.50 |
| Claim Analysis Objections & Resolution (Non-Asbestos) (06) | 3.40 | $2,023.00 |
| Employment Applications, Applicant (09) | 0.80 | $476.00 |
| Fee Applications, Applicant (12) | 2.80 | $574.00 |
| Fee Applications, Others (13) | 0.80 | $182.00 |
| Hearings (15) | 6.50 | $3,867.50 |
| Litigation and Litigation Consulting (16) | 1.30 | $359.50 |
| Plan and Disclosure Statement (17) | 4.10 | $2,439.50 |
| Other (25) | 7.00 | $4,550.00 |
| **TOTAL** | 48.00 | $23,416.00 |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $44.26 |
| Messenger Service | Parcels, Inc. | $20.00 |
| Printing & Duplicating-Internal | Duane Morris LLP | $17.25 |
| **TOTAL** | | $81.51 |

8

DM3\504024.1

WHEREFORE, Duane Morris LLP respectfully requests that, for the period January 1, 2007 through January 31, 2007, an interim allowance be made to Duane Morris LLP for compensation in the amount of $18,732.80 (80% of allowed fees) and $81.51 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: April 13, 2007
       Wilmington, Delaware

*Michael R Riley*

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   mlastowski@duanemorris.com
           rwriley@duanemorris.com

*Co-Counsel to the Official Committee
of Unsecured Creditors*

9

# EXHIBIT A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

April 11, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1251080

IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/28/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| DH STEIN | PARTNER | 0.80 | hrs. at | $430.00 /hr. = | $344.00 |
| MR LASTOWSKI | PARTNER | 22.00 | hrs. at | $595.00 /hr. = | $13,090.00 |
| RW RILEY | PARTNER | 1.90 | hrs. at | $480.00 /hr. = | $912.00 |
| WS KATCHEN | OF COUNSEL | 7.60 | hrs. at | $650.00 /hr. = | $4,940.00 |
| SL ROSS | ASSOCIATE | 1.00 | hrs. at | $280.00 /hr. = | $280.00 |
| ME HOFFMAN | ASSOCIATE | 0.30 | hrs. at | $265.00 /hr. = | $79.50 |
| MF HAHN | ASSOCIATE | 4.50 | hrs. at | $360.00 /hr. = | $1,620.00 |
| DM SPEERS | PARALEGAL | 4.40 | hrs. at | $240.00 /hr. = | $1,056.00 |
| BA GRUPPO | PARALEGAL | 2.20 | hrs. at | $235.00 /hr. = | $517.00 |
| AT ASH | LEGAL ASSISTANT | 3.30 | hrs. at | $175.00 /hr. = | $577.50 |

$23,416.00

DISBURSEMENTS
MESSENGER SERVICE                    20.00
OVERNIGHT MAIL                       44.26
PRINTING & DUPLICATING               17.25
TOTAL DISBURSEMENTS

$81.51

BALANCE DUE THIS INVOICE                          $23,497.51


PREVIOUS BALANCE                                  $97,258.30

TOTAL BALANCE DUE                                 $120,755.81

File # K0248-00001                                          INVOICE # 1251080
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/1/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/1/2007 | 004 | DH STEIN | REVIEW AND ANALYZE RMQ MOTION | 0.60 | $258.00 |
| 2/1/2007 | 004 | DH STEIN | CONFERENCE WITH MICHAEL HAHN, ESQ. REGARDING RMQ MOTION | 0.20 | $86.00 |
| 2/1/2007 | 004 | MF HAHN | REVIEW COMMITTEE BY-LAWS; REVIEW MOTION BY CERTAIN ASBESTOS CLAIMANTS TO ALLOW LATE FILED PROOFS OF CLAIM; FORWARD ESTIMATION SCHEDULING ORDER TO STROOCK | 0.70 | $252.00 |
| 2/5/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/6/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/7/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/8/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

File # K0248-00001                                    INVOICE # 1251080
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/8/2007 | 004 | MF HAHN | REVIEW DOCKET AND PROPERTY DAMAGE CLAIM SCHEDULING ORDER | 0.20 | $72.00 |
| 2/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/12/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/12/2007 | 004 | MF HAHN | REVIEW NEW FILINGS AND TRANSCRIPT OF HEARING HELD 2/7/07 | 0.50 | $180.00 |
| 2/13/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/13/2007 | 004 | RW RILEY | REVIEWING MATTERS FOR SCHEDULED FOR FEBRUARY OMNIBUS HEARING | 1.20 | $576.00 |
| 2/15/2007 | 004 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS FILED; FORWARD DOCUMENTS TO W. KATCHEN | 0.20 | $72.00 |
| 2/15/2007 | 004 | RW RILEY | REVIEWING RECENT FILINGS IN CASE AND MATTERS FOR FEBRUARY OMNIBUS HEARING | 0.70 | $336.00 |
| 2/16/2007 | 004 | DM SPEERS | REVIEWING 3RD CIRCUIT RULES AND TELEPHONE CLERK'S OFFICE RE FORM AND REQUIREMENTS FOR FILING EOA AND COS | 0.40 | $96.00 |

Duane Morris
April 11, 2007
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1251080

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/16/2007 | 004 | DM SPEERS | DRAFTING AND REVISING COS FOR EOA, REVIEW 3RD CRICUIT AND DISTRICT COURT DOCKETS AND COS FOR NOTICES OF APPEAL FILED TO CONFIRM ALL PARTIES TO BE INCLUDED ON SERVICE LIST, DRAFTING SERVICE LIST FOR COS, DRAFTING CORRESPONDENCE TO 3RD CIRCUIT CLERK FILING EOA AND COS, TELEPHONE MAILROOM TO ARRANGE FOR COURIER TO HAND DELIVER FOR FILING, PREPARING FILING AND TIME-STAMP COPIES, DELIVER TO MAILROOM FOR PICK UP BY COURIER | 2.30 | $552.00 |
| 2/16/2007 | 004 | DM SPEERS | PREPARING SERVICE COPIES OF EOA AND COS, PREPARING LABELS AND ENVELOPES FOR SERVICE, FORWARDING SAME VIA REGULAR MAIL | 0.50 | $120.00 |
| 2/20/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 1.00 | $235.00 |
| 2/20/2007 | 004 | DM SPEERS | PREPARING SERVICE COPIES OF CORPORATE DISCLOSURE STATEMENT AND COS, PREPARING LABELS AND ENVELOPES FOR SERVICE, FORWARDING SAME VIA REGULAR MAIL | 0.40 | $96.00 |
| 2/20/2007 | 004 | DM SPEERS | SCAN FILED AND DATE-STAMPED COPIES OF CORPORATE DISCLOSURE STATEMENTS AND COS, EMAIL SAME TO SLROSS | 0.10 | $24.00 |
| 2/20/2007 | 004 | DM SPEERS | DRAFTING AND REVISING COS FOR CORPORATE DISCLOSURE STATEMENT, REVIEWING 3RD LOCAL RULES RE ANY FILING REQUIREMENTS, DRAFTING CORRESPONDENCE TO 3RD CIRCUIT CLERK FILING CORPORATE DISCLOSURE STATEMENT AND COS, TELEPHONE MAILROOM TO ARRANGE FOR COURIER TO HAND DELIVER FOR FILING, PREPARING FILING AND TIME-STAMP COPIES, DELIVER TO MAILROOM FOR PICK UP BY COURIER | 0.70 | $168.00 |

Duane Morris
April 11, 2007
Page 5

File # K0248-00001                                          INVOICE # 1251080
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/21/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/23/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/27/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/28/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/28/2007 | 004 | WS KATCHEN | REVIEW STROOCK MEMORANDUM; REVIEW FUTURE'S REP. STATUS REPORT | 0.60 | $390.00 |
| | | | Code Total | 11.50 | $3,795.00 |

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1251080

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2007 | 005 | MR LASTOWSKI | REVIEW APPEAL STATUS | 0.30 | $178.50 |
| 2/5/2007 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE DISCOVERY | 0.80 | $476.00 |
| 2/6/2007 | 005 | MR LASTOWSKI | REVIEW MEMORANDA RE: X-RAY ORDER | 0.80 | $476.00 |
| 2/16/2007 | 005 | MR LASTOWSKI | REVIEW PRODUCT IDENTIFICATION EXPERT REPORTS | 3.70 | $2,201.50 |
| 2/21/2007 | 005 | MF HAHN | REVIEW DOCKET; REVIEW SUPPLEMENTAL X-RAY ORDER AND CERTIFICATIONS OF COUNSEL REGARDING REPRODUCTIONS OF X-RAY ORDERS | 0.60 | $216.00 |
| 2/22/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS; PROVIDE SAME TO W. KATHCEN | 0.20 | $72.00 |
| 2/22/2007 | 005 | MR LASTOWSKI | REVIEW PRODUCT IDENTIFICATION EXPERT REPORTS | 1.30 | $773.50 |
| 2/23/2007 | 005 | MF HAHN | REVIEW DOCKET AND TRANSCRIPT REGARDING X-RAY ORDER AND HIPPA ISSUES | 0.70 | $252.00 |
| 2/28/2007 | 005 | MF HAHN | REVIEW DEBTOR'S, COMMITTEE'S AND FCR'S STATUS REPORTS ON ESTIMATION; REVIEW DOCKET AND NEW PLEADINGS | 1.40 | $504.00 |
| | | | Code Total | 9.80 | $5,149.50 |

DUANE MORRIS LLP

Duane Morris
April 11, 2007
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1251080

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|------|-------|-------|
| 2/1/2007 | 006 | MR LASTOWSKI | ANALYSIS OF JP MORGAN CHASE SETTLEMENT | 0.50 | $297.50 |
| 2/12/2007 | 006 | MR LASTOWSKI | REVIEW WILLIAM M. EWING EXPERT REPORT | 0.50 | $297.50 |
| 2/12/2007 | 006 | MR LASTOWSKI | REVIEW KORN EXPERT REPORT | 0.20 | $119.00 |
| 2/12/2007 | 006 | MR LASTOWSKI | REVIEW HUGHSON EXPERT REPORT | 0.20 | $119.00 |
| 2/12/2007 | 006 | MR LASTOWSKI | REVIEW RICHARD J. LEE EXPERT REPORT | 0.70 | $416.50 |
| 2/16/2007 | 006 | MR LASTOWSKI | REVIEW BRIEFS RE PRUDENTIAL APPEAL | 1.30 | $773.50 |
| | | | Code Total | 3.40 | $2,023.00 |

Duane Morris
April 11, 2007
Page 8

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1251080

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/27/2007 | 009 | MR LASTOWSKI | REVIEW AND REVISE DUANE MORRIS 21ST QUARTERLY FEE APPLICATION | 0.80 | $476.00 |
| | | | Code Total | 0.80 | $476.00 |

File # K0248-00001                                    INVOICE #  1251080
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/1/2007 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 60TH MONTHLY APPLICATION OF DUANE MORRIS. COORDINATE SERVICE OF SAME. | 0.30 | $52.50 |
| 2/23/2007 | 012 | AT ASH | PREPARATION OF 23RD QUARTERLY APPLICATION OF DUANE MORRIS. | 1.20 | $210.00 |
| 2/23/2007 | 012 | AT ASH | DRAFT 61ST MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.30 | $52.50 |
| 2/23/2007 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 60TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $35.00 |
| 2/23/2007 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 60TH MONTHLY FEE APPLICATION | 0.20 | $119.00 |
| 2/26/2007 | 012 | AT ASH | CONTINUE PREPARATION OF 23RD QUARTERLY FEE APPLICATION. | 0.60 | $105.00 |
| | | | Code Total | 2.80 | $574.00 |

File # K0248-00001                                    INVOICE #  1251080
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/5/2007 | 013 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION RE 68TH MONTHLY APPLICATION OF STROOCK. | 0.20 | $35.00 |
| 2/7/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 34TH MONTHLY APPLICATION OF CAPSTONE. | 0.30 | $52.50 |
| 2/7/2007 | 013 | MR LASTOWSKI | SIGN NOTICE OF FILING OF CAPSTONE MONTHLY FEE APPLICATION | 0.10 | $59.50 |
| 2/22/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 69TH MONTHLY APPLICATION OF STROOCK. | 0.20 | $35.00 |
| | | | Code Total | 0.80 | $182.00 |

Duane Morris
April 11, 2007
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1251080

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/1/2007 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT JANUARY OMNIBUS HEARING | 0.50 | $297.50 |
| 2/2/2007 | 015 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S OBJECTION TO DEBTORS' EXPEDITE MOTION TO MODIFY X-RAY ORDER | 0.50 | $297.50 |
| 2/24/2007 | 015 | MR LASTOWSKI | REVIEW ITEMS IN AGENDA FOR MARCH OMNIBUS HEARING | 2.90 | $1,725.50 |
| 2/26/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 2.60 | $1,547.00 |
| | | | Code Total | 6.50 | $3,867.50 |

File # K0248-00001                                      INVOICE # 1251080
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/16/2007 | 016 | SL ROSS | E-MAIL EXCHANGE WITH M. LASTOWSKI AND A. KRIEGER REGARDING K. PASQUALE'S ENTRY OF APPEARANCE; RECEIVED AND REVIEWED THE MOTION TO EXPEDITE THE APPEAL AND RELATED CERTIFICATE OF SERVICE; CONFIRMED WHAT PARTIES WERE TO RECEIVE SERVICE OF THE ENTRY OF APPEARANCE; CAUSED A CERTIFICATE OF SERVICE TO BE DRAFTED; REVIEWED THE CERTIFICATE OF SERVICE TO CONFIRM ALL SERVICE PARTIES AND ADDRESSES WERE CORRECT; CAUSED THE ENTRY OF APPEARANCE AND RELATED CERTIFICATE OF SERVICE TO BE FILED AND SERVED. | 0.50 | $140.00 |
| 2/23/2007 | 016 | ME HOFFMAN | LEGAL RESEARCH RE ABSOLUTE RIGHT OF COMMITTEE TO INTERVENE IN THIRD CIRCUIT. | 0.30 | $79.50 |
| 2/23/2007 | 016 | SL ROSS | E-MAIL EXCHANGE WITH K. PASQUALE REGARDING THE CALL HE RECEIVED FROM THE COURT CLERK WITH RESPECT TO THE ENTRY OF APPEARANCE THAT WAS FILED WITH THE THIRD CIRCUIT; TELEPHONE CALL WITH M. LASTOWSKI REGARDING SAME; TELEPHONE CALL WITH THE THIRD CIRCUIT CT. CLERK REGARDING SAME; CAUSED M. HOFFMAN TO PULL CERTAIN CASE LAW HOLDING A COMMITTEE HAS AN ABSOLUTE RIGHT TO INTERVENE; RECEIVED CASE LAW FROM M. HOFFMAN AND FORWARDED TO M. LASTOWSKI. | 0.20 | $56.00 |
| 2/27/2007 | 016 | SL ROSS | SEARCHED SYSTEM FOR A THIRD CIRCUIT CERTIFICATION OF UNCONTESTED MOTION FORM; DRAFTED A CERTIFICATION AND FORWARDED TO K. PASQUALE; E-MAIL EXCHANGE WITH K. PASQUALE REGARDING SAME. | 0.30 | $84.00 |
| | | | Code Total | 1.30 | $359.50 |

Duane Morris
April 11, 2007
Page 13

File # K0248-00001                                      INVOICE # 1251080
  W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/5/2007 | 017 | MR LASTOWSKI | REVIEW ISSUES RE: EXCLUSIVITY APPEAL | 0.80 | $476.00 |
| 2/15/2007 | 017 | MR LASTOWSKI | REVIEW BRIEFS RE EXPEDITING EXCLUSIVITY APPEAL | 1.30 | $773.50 |
| 2/16/2007 | 017 | MR LASTOWSKI | REVIEW APPELLATE ISSUES RELATING TO COMMITTEE'S PARTICIPATION IN THIRD CIRCUIT APPEAL RE: EXCLUSIVITY | 0.30 | $178.50 |
| 2/23/2007 | 017 | MR LASTOWSKI | REVIEW APPELLATE ISSUES RELATING TO COMMITTEE'S PARTICIPATION IN THIRD CIRCUIT APPEAL RE: EXCLUSIVITY | 1.30 | $773.50 |
| 2/28/2007 | 017 | MR LASTOWSKI | REVIEW APPEAL STATUS | 0.40 | $238.00 |
| | | | Code Total | 4.10 | $2,439.50 |

File # K0248-00001                                    INVOICE # 1251080
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2007 | 025 | WS KATCHEN | RESEARCH LATEST §524(G) OPINION AT 1/2. | 0.90 | $585.00 |
| 2/2/2007 | 025 | WS KATCHEN | REVIEW STROOCK MEMO; REVIEW DEBTOR'S OPPOSITION - FOSTER SEARS. | 0.40 | $260.00 |
| 2/5/2007 | 025 | WS KATCHEN | REVIEW STIPULATION RESOLVING CLAIMS JPM CHASE BANK; REVIEW DEBTOR'S CERTIFICATION AND STIPULATION REGARDING BNSF PROPERTY DAMAGE CLAIM; REVIEW CERTIFICATION OF COUNSEL REGARDING FEB. 21, 2007 CONFERENCE; REVIEW DEBTOR'S REPLY AND DECLARATION OF MARK SHELNITZ. | 0.50 | $325.00 |
| 2/5/2007 | 025 | WS KATCHEN | REVIEW FUTURE CLAIMANTS' MEMO AND JOINDER ON X-RAYS. | 0.10 | $65.00 |
| 2/5/2007 | 025 | WS KATCHEN | REVIEW LIBBY STATUS REPORT. | 0.20 | $130.00 |
| 2/6/2007 | 025 | WS KATCHEN | REVIEW NOTICE OF APPEAL TO 3D CIR. ON §1121(D). | 0.10 | $65.00 |
| 2/7/2007 | 025 | WS KATCHEN | REVIEW ZAI REPLY TO APPEAL MOTION UPDATE COMMITTEE MEMBER. | 0.70 | $455.00 |
| 2/8/2007 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT - CONFIDENTIAL TRANSACTIONS 2/6/07. | 0.20 | $130.00 |
| 2/9/2007 | 025 | WS KATCHEN | REVIEW STROOCK MEMO; REVIEW COMMITTEE EMAIL RESPONSES. | 0.30 | $195.00 |
| 2/9/2007 | 025 | WS KATCHEN | UPDATE ON PRODUCTION X-RAYS AND MOTION TO MODIFY ORDER DEC. 22, 2006; FORWARD MATERIAL TO STROOCK. | 0.50 | $325.00 |
| 2/12/2007 | 025 | WS KATCHEN | REVIEW SUBPOENA TO CLAIMS RESOLUTION MANAGEMENT CORP.; REVIEW CERTIFICATION OF COUNSEL REGARDING REAUD MORGAN & QUINN INC.; REVIEW DEBTOR'S MOTION FOR ENTRY ORDER REGARDING DEPOSITION OF LUCAS; REVIEW EXHIBIT A TO ABOVE MOTION. | 0.40 | $260.00 |
| 2/14/2007 | 025 | WS KATCHEN | STATUS UPDATE. | 0.20 | $130.00 |
| 2/15/2007 | 025 | WS KATCHEN | REVIEW MOTION FOR EXPEDITED APPEAL 3D CIR. | 1.30 | $845.00 |
| 2/26/2007 | 025 | WS KATCHEN | REVIEW APPEAL BRIEF 3D CIR. / MEMO OPINION ORDER. | 0.30 | $195.00 |
| 2/27/2007 | 025 | WS KATCHEN | REVIEW AND EXCHANGE EMAILS WITH K. PASQUALE REGARDING 3D CIR. APPEAL. | 0.30 | $195.00 |

Duane Morris
April 11, 2007
Page 15

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1251080

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/27/2007 | 025 | WS KATCHEN | REVIEW STIPULATIONS EXTENDING TIME TO RESPOND TO QUESTIONNAIRES; REVIEW ORDER ON MINIMUM FUNDING TO PENSION PLANS; REVIEW ORDER ON CLAIMS OBJECTIONS; REVIEW STATUS REPORT CLAIMS ESTIMATION. | 0.60 | $390.00 |
| | | | Code Total | 7.00 | $4,550.00 |

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1251080

| | TOTAL SERVICES | 48.00 | $23,416.00 |
|---|---|---|---|

File # K0248-00001                                    INVOICE # 1251080
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 2/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B.SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798598368201) | 5.80 |
| 2/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM WILLIAM S KATCHEN AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #857511286220) | 8.02 |
| 2/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO THE ODORE GEWERTZ ESQ AT WACHTELL LIPTON ROSEN & KATZ - NEW YORK CITY, NY FROM WILLIAM S KATCHEN AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #857511286231) | 7.62 |
| 2/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791222961033) | 8.44 |
| 2/28/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791242571528) | 8.52 |
| 2/28/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798617981844) | 5.86 |
| | Total: | $44.26 |
| 2/28/2007 | MESSENGER SERVICE | 20.00 |
| | Total: | $20.00 |
| 2/28/2007 | PRINTING & DUPLICATING | 17.25 |
| | Total: | $17.25 |
| | TOTAL DISBURSEMENTS | $81.51 |

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                    Chapter: 11 v                Office: 1 (Delaware)
Judge: JKF                  Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Lastowski, Michael R. entered on 4/13/2007 at 12:44 PM
EDT and filed on 4/13/2007

**Case Name:**       W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**     01-01139-JKF
**Document Number:** 15167

**Docket Text:**
Monthly Application for Compensation *for Services Rendered and Reimbursement of Expenses as
Counsel to The Official Committee of Unsecured Creditors for the Period from February 1, 2007
through February 28, 2007 (SIXTY-SECOND)* Filed by Duane Morris LLP. Objections due by 5/2/2007.
(Attachments: # (1) Exhibit A# (2) Certificate of Service) (Lastowski, Michael)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**I:\WRGrace\62nd Month Fee Application\Fee Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/13/2007] [FileNumber=5575337-0]
[92ad943e15f8ed99d91b7eab577fc9cf41bf637a6f006068375a67a0b72b8e04f240
ccd21010fb9f20806b73b08553d31bbf92c0dc8ba476ae8ad8022901946d]]
**Document description:**Exhibit A
**Original filename:**I:\WRGrace\62nd Month Fee Application\Exhibit A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/13/2007] [FileNumber=5575337-1]
[044a4e23bdd9de44866ccb5fd00c6c47645b65328bf8aed78bd3b02f3c466bec7c04
3b3b576a9091e84e1ca6f39653d955d58233bd0157bb1058b29c2c609035]]
**Document description:**Certificate of Service
**Original filename:**I:\WRGrace\62nd Month Fee Application\COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/13/2007] [FileNumber=5575337-2]
[456ac9ff906468b24955cf853da79a4bbd58dbbeb276386a9e8a4ed2129fcd1a3fc8
15e1b94ee31192513e58150e0fdca8a3f318a45a96bc98b6955c09740a4d]]

**01-01139-JKF Notice will be electronically mailed to:**