# Exhibit D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: May 21, 2007 at 4:00 p.m.<br>Hearing Date: To be determined. |

### SIXTY-THIRD MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2007 through March 31, 2007** |
| Amount of Compensation sought as actual, reasonable and necessary: | $20,408.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $110.79 |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the sixty-third monthly fee application of Duane Morris LLP.

15458
5/1/07

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | 27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | Pending | Pending |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | Pending | Pending |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | Pending | Pending |

5

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | Pending | Pending |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | Pending | Pending |

6

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $650.00 | 3.60 | $2,340.00 |
| Michael R. Lastowski | Partner/27 years | $595.00 | 21.70 | $12,911.50 |
| Rudolph J. Di Massa, Jr. | Partner/26 years | $540.00 | 0.30 | $162.00 |
| Richard W. Riley | Partner/19 years | $480.00 | 2.80 | $1,344.00 |
| Michael F. Hahn | Associate/8 years | $360.00 | 5.40 | $1,944.00 |
| Sommer L. Ross | Associate/3 years | $280.00 | 1.60 | $448.00 |
| Beth A. Gruppo | Paralegal | $235.00 | 0.70 | $164.50 |
| David M. Speers | Paralegal | $240.00 | 2.30 | $552.00 |
| Alison T. Ash | Legal Assistant | $175.00 | 3.10 | $542.50 |
| | | | 41.50 | $20,408.50 |

Total Fees:     $20,408.50
Total Hours:    41.50

7

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.80 | $476.00 |
| Case Administration (04) | 6.50 | $2,276.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 19.90 | $10,806.50 |
| Claim Analysis Objections & Resolution (Non-Asbestos) (06) | 1.00 | $595.00 |
| Employment Applications, Others (10) | 0.30 | $178.50 |
| Fee Applications, Applicant (12) | 1.20 | $294.00 |
| Fee Applications, Others (13) | 2.80 | $784.00 |
| Hearings (15) | 2.20 | $1,309.00 |
| Litigation and Litigation Consulting (16) | 2.50 | $949.00 |
| Plan and Disclosure Statement (17) | 0.40 | $238.00 |
| Other (25) | 3.90 | $2,502.00 |
| **TOTAL** | **41.50** | **$20,408.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Dinner – Local | N/A | $13.77 |
| Overnight Mail | Federal Express | $19.27 |
| Messenger Service | Parcels, Inc. | $10.00 |
| Research | Lexis Nexis | $8.05 |
| Printing & Duplicating-Internal | Duane Morris LLP | $59.70 |
| **TOTAL** | | **$110.79** |

8

WHEREFORE, Duane Morris LLP respectfully requests that, for the period March 1,

2007 through March 31, 2007, an interim allowance be made to Duane Morris LLP for

compensation in the amount of $16,326.80 (80% of allowed fees) and $110.79 for

reimbursement of expenses be authorized, and for such other and further relief as this Court may

deem just and proper.

Dated: May 1, 2007
       Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:      (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:         mlastowski@duanemorris.com
                rwriley@duanemorris.com

*Co-Counsel to the Official Committee
of Unsecured Creditors*

9

DM3\507178.1

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

April 23, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1252998

IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| RJ DIMASSA | PARTNER | 0.30 | hrs. at | $540.00 | /hr. = | $162.00 |
| MR LASTOWSKI | PARTNER | 21.70 | hrs. at | $595.00 | /hr. = | $12,911.50 |
| RW RILEY | PARTNER | 2.80 | hrs. at | $480.00 | /hr. = | $1,344.00 |
| WS KATCHEN | OF COUNSEL | 3.60 | hrs. at | $650.00 | /hr. = | $2,340.00 |
| SL ROSS | ASSOCIATE | 1.60 | hrs. at | $280.00 | /hr. = | $448.00 |
| MF HAHN | ASSOCIATE | 5.40 | hrs. at | $360.00 | /hr. = | $1,944.00 |
| DM SPEERS | PARALEGAL | 2.30 | hrs. at | $240.00 | /hr. = | $552.00 |
| BA GRUPPO | PARALEGAL | 0.70 | hrs. at | $235.00 | /hr. = | $164.50 |
| AT ASH | LEGAL ASSISTANT | 3.10 | hrs. at | $175.00 | /hr. = | $542.50 |
| | | | | | | $20,408.50 |

DISBURSEMENTS

| | |
|---|---|
| DINNER - LOCAL | 13.77 |
| MESSENGER SERVICE | 10.00 |
| OVERNIGHT MAIL | 19.27 |
| PRINTING & DUPLICATING | 59.70 |
| RESEARCH | 8.05 |
| TOTAL DISBURSEMENTS | $110.79 |

BALANCE DUE THIS INVOICE          $20,519.29

PREVIOUS BALANCE          $114,269.61

TOTAL BALANCE DUE          $134,788.90

April 23, 2007
Page 2

File # K0248-00001                                    INVOICE #  1252998
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/29/2007 | 003 | MR LASTOWSKI | ERVIEW DEBTOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO COMMENCE TAX COURT LITIGATION | 0.80 | $476.00 |
| | | | Code Total | 0.80 | $476.00 |

Duane Morris
April 23, 2007
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1252998

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/2/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 3/2/2007 | 004 | DM SPEERS | SAVING AND REVISING 3RD CIRCUIT MOTION TO INTERVENE TO ADD CAPTION AND SIGNATURE BLOCK, DRAFTING COS FOR SAME | 0.50 | $120.00 |
| 3/5/2007 | 004 | DM SPEERS | REVISING 3RD CIRCUIT MOTION TO INTERVENE AND COS, PREPARING MAILING LABELS FOR SERVICE | 0.40 | $96.00 |
| 3/5/2007 | 004 | DM SPEERS | PREPARING MULTIPLE COPIES OF 3RD CIRCUIT MOTIONS TO INTERVENE FOR FILING WITH COURT, DRAFTING CORRESPONDENCE TO 3RD CIRCUIT ENCLOSING MOTIONS AND COS' FOR FILING, PREPARING MESSENGER REQUEST FORM, DELIVERING MOTIONS AND LETTER TO MAIL ROOM FOR HAND DELIVERY TO 3RD CIRCUIT | 0 50 | $120.00 |
| 3/5/2007 | 004 | DM SPEERS | PREPARING COPIES OF 3RD CIRCUIT MOTIONS TO INTERVENE FOR SERVICE ON ALL COUNSEL, FORWARDING COPIES TO ALL COUNSEL VIA REGULAR MAIL | 0 60 | $144.00 |
| 3/5/2007 | 004 | DM SPEERS | DRAFTING CORRESPONDENCE TO KEN PASQUALE FORWARDING DATE-STAMPED COPIES OF MOTIONS TO INTERVENE, FORWARDING FILE COPIES TO MLASTOWSKI | 0.30 | $72.00 |
| 3/6/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 3/8/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W KATCHEN, AND M.HAHN | 0.10 | $23.50 |

File # K0248-00001                                          INVOICE # 1252998
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 3/9/2007 | 004 | MF HAHN | REVIEW DOCKET ENTRIES FOR 3-5 THROUGH 3-7, OBTAIN AND REVIEW TRANSCRIPTS AND SUPPLEMENTAL ESTIMATION ORDERS ENTERED | 0.70 | $252.00 |
| 3/9/2007 | 004 | RW RILEY | REVIEWING RECENT FILINGS IN CASE | 1.60 | $768.00 |
| 3/13/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 3/16/2007 | 004 | MF HAHN | REVIEW DOCKET ENTRIES AND NEW PLEADINGS AND ORDERS ENTERED | 0.30 | $108.00 |
| 3/16/2007 | 004 | RW RILEY | REVIEWING RECENT PLEADINGS IN CASE | 0.90 | $432.00 |
| 3/21/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 3/27/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| | | | Code Total | 6.50 | $2,276.50 |

File # K0248-00001                                           INVOICE #  1252998
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/1/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO FILE OBJECTIONS TO BERGER AND MONTAGUE CLAIMS | 0.20 | $119.00 |
| 3/1/2007 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO BERGER AND MONTAGUE CLAIMS | 1.10 | $654.50 |
| 3/1/2007 | 005 | MR LASTOWSKI | REVIEW BNSF INJUNCTION FILINGS | 0.60 | $357.00 |
| 3/5/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: ZONOLITE CLAIMANT'S MOTION FOR LEAVE TO APPEAL | 0.30 | $178.50 |
| 3/6/2007 | 005 | MR LASTOWSKI | REVIEW JANUARY 2007 MONTHLY OPERATING REPORTS | 0.20 | $119.00 |
| 3/13/2007 | 005 | MF HAHN | REVIEW MEMO REGARDING TRIAL PROCEDURES FOR PROPERTY DAMAGE CLAIMS AND STATUS REPORT REGARDING SAME | 0.30 | $108.00 |
| 3/14/2007 | 005 | MR LASTOWSKI | REIVEW SPEIGHTS & RUNYAN FINAL EXPERT DESIGNATIONS | 1.20 | $714.00 |
| 3/14/2007 | 005 | MR LASTOWSKI | REVIEW ANDERSON HOSPITAL'S FINAL WITNESS DESIGNATION | 0.60 | $357.00 |
| 3/19/2007 | 005 | MR LASTOWSKI | REVIEW CLAIMANTS' OBJECTION TO DEBTOR'S OBJECTION TO CLAIMS BARRED BY MINNESOTA STATUTE OF REPOSE | 0.60 | $357.00 |
| 3/19/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: SCOPE OF CHAKARIAN INJUNCTION | 0.60 | $357.00 |
| 3/19/2007 | 005 | MR LASTOWSKI | REVIEW MOTION FOR LEAVE TO AMEND CHAKARIAN COMPLAINT | 0.60 | $357.00 |
| 3/20/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' OBJECTION TO PAULETTE'S CLAIM | 0.50 | $297.50 |
| 3/20/2007 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS AND RESPONSE TO MOTION TO DISALLOW MACERICH CLAIM | 0.40 | $238.00 |
| 3/23/2007 | 005 | MF HAHN | REVIEW ASBESTOS CLAIMANT'S MOTION TO COMPEL PRODUCTION OF NAVIGABLE DATABASE | 0.30 | $108.00 |
| 3/23/2007 | 005 | MF HAHN | REVIEW TRANSCRIPT OF HEARING HELD 2/26/07 AND NEW ESTIMATION TRIAL DATES | 1.30 | $468.00 |
| 3/23/2007 | 005 | MR LASTOWSKI | REVIEW RENEWED MOTION TO COMPEL COMPLIANCE WITH PERSONAL INJURY QUESTIONNAIRE | 1.10 | $654.50 |
| 3/23/2007 | 005 | MR LASTOWSKI | REVIEW BARON AND BUDD'S MOTION TO STAY COMPLIANCE WITH COURT ORDER RE ASBESTOS QUESTIONNAIRES | 1.10 | $654.50 |
| 3/23/2007 | 005 | MR LASTOWSKI | REVIEW OBJECTION TO MOTION TO CLARIFY BNSF INJUNCTION | 0.60 | $357.00 |

File # K0248-00001                                          INVOICE # 1252998
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/27/2007 | 005 | MF HAHN | REVIEW ZONOLITE ATTIC INSULATION P.D. OPINION; REVIEW DEBTOR'S REPLY IN SUPPORT OF ORDER AMENDING CASE MANAGEMENT ORDER; REVIEW DEBTOR'S RESPONSE TO ASBESTOS COMMITTEE'S EMERGENCY MOTION FOR PRODUCTION OF NAVIGABLE DATABASE; PROVIDE COPIES OF SAME FOR WSK | 2.20 | $792.00 |
| 3/27/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO EXPAND PRELIMINARY INJUCTION TO INCLUDE CLAIMS AGAINT BNSF | 1.30 | $773.50 |
| 3/28/2007 | 005 | MR LASTOWSKI | REVIEW AMENDED FINAL DESIGNATION OF ANDERSON MEMORIAL HOSPITAL EXHIBITS | 0.80 | $476.00 |
| 3/28/2007 | 005 | MR LASTOWSKI | REVIEW AMENDED FINAL DESIGNATION OF SPEIGHTS AND RUNYAN'S MEMORIAL HOSPITAL EXHIBITS | 0.80 | $476.00 |
| 3/28/2007 | 005 | MR LASTOWSKI | REVIEW ROYAL INDEMNITY'S RESPONSE TO MOTION EXPAND BNSF INJUNCTION | 0.60 | $357.00 |
| 3/29/2007 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S MOTION TO COMPEL PRODUCTION OF GRACE'S PREPETITION ESTIMATES | 1.20 | $714.00 |
| 3/29/2007 | 005 | MR LASTOWSKI | REVIEW ZAI CLAIMANTS' MOTION FOR DISCOVERY INTO DEBTOR'S CONDUCT DURING ZAI SUMMARY JUDGMENT PROCEEDINGS | 1.10 | $654.50 |
| 3/30/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS REGARDING ESTIMATION ISSUES; PULL MATERIALS FOR WSK | 0.30 | $108.00 |
| | | | Code Total | 19.90 | $10,806.50 |

Duane Morris
April 23, 2007
Page 7

File # K0248-00001                                        INVOICE # 1252998
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/29/2007 | 006 | MR LASTOWSKI | REVIEW OBJECTION TO CLAIM OF MASSACHUSETTS DEPARTMENT OF REVENUE | 0.50 | $297.50 |
| 3/29/2007 | 006 | MR LASTOWSKI | REVIEW MOTION TO DISALLOW CLAIMS PAID POST PETITION | 0.50 | $297.50 |
| | | | Code Total | 1.00 | $595.00 |

File # K0248-00001                                    INVOICE # 1252998
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/2/2007 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO EMPLOY FORMAN PERRY | 0.30 | $178.50 |
| | | | Code Total | 0.30 | $178.50 |

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1252998

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/1/2007 | 012 | AT ASH | FINALIZE 23RD QUARTERLY APPLICATION OF DUANE MORRIS. CONVERT TO PDF FORMAT AND E-FILE SAME. | 0.70 | $122.50 |
| 3/9/2007 | 012 | MR LASTOWSKI | REVIEW STATUS OF FEE APPLICATIONS | 0.20 | $119.00 |
| 3/19/2007 | 012 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE DUANE MORRIS 22ND QUARTERLY APPLICATION | 0.30 | $52.50 |
| | | | Code Total | 1.20 | $294.00 |

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1252998

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/1/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 23RD QUARTERLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN. | 0.40 | $70.00 |
| 3/6/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 34TH MONTHLY APPLICATION OF CAPSTONE. | 0.30 | $52.50 |
| 3/8/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE STROOCK & STROOCK & LAVAN 70TH MONTHLY APPLICATION. | 0.30 | $52.50 |
| 3/19/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE STROOCK & STROOCK & LAVAN 22ND QUARTERLY APPLICATION. | 0.30 | $52.50 |
| 3/19/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE CAPSTONE 11TH QUARTERLY APPLICATION. | 0.30 | $52.50 |
| 3/19/2007 | 013 | MR LASTOWSKI | REVIEW OBJECTIONS AND RESPONSE TO PAYMENTS TO ORDINARY COURSE PROFESSIONALS | 0.60 | $357.00 |
| 3/22/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CAPSTONE'S DECEMBER 2006 FEE APPLICATION. | 0.30 | $52.50 |
| 3/30/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 70TH MONTHLY APPLICATION FOR STROOCK. | 0.20 | $35.00 |
| 3/30/2007 | 013 | MR LASTOWSKI | EXECUTE CNO FOR STROOCK 70TH MONTHLY FEE APPLICATION | 0.10 | $59.50 |
| | | | Code Total | 2.80 | $784.00 |

File # K0248-00001                                          INVOICE # 1252998
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/28/2007 | 015 | MR LASTOWSKI | REVIEW 4/2/07 AGENDA AND ITEMS IDENTIFIED THEREON | 2.20 | $1,309.00 |
| | | | Code Total | 2.20 | $1,309.00 |

File # K0248-00001                                            INVOICE # 1252998
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/5/2007 | 016 | RW RILEY | DISCUSSIONS WITH SOMMER ROSS REGARDING MOTION TO INTERVENE TO BE FILED IN THIRD CIRCUIT | 0.30 | $144.00 |
| 3/5/2007 | 016 | SL ROSS | REVIEWED THIRD CIRCUIT RULES REGARDING MOTION PRACTICE; REVIEWED AND EDITED THE MOTION TO INTERVENE AND RELATED CERTIFICATE OF SERVICE TO COMPLY WITH THIRD CIRCUIT RULES; CAUSED DOCUMENTS TO BE FILED AND SERVED. | 1.60 | $448.00 |
| 3/6/2007 | 016 | MR LASTOWSKI | REVIEW PRUDENTIAL REPLY BRIEF | 0.60 | $357.00 |
| | | | Code Total | 2.50 | $949.00 |

File # K0248-00001                                    INVOICE # 1252998
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/1/2007 | 017 | MR LASTOWSKI | REVIEW COMMITTEE'S MOTION TO INTERVENE IN THE 3RD CIRCUIT APPEAL | 0.40 | $238.00 |
| | | | Code Total | 0.40 | $238.00 |

File # K0248-00001                                    INVOICE # 1252998
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/2/2007 | 025 | WS KATCHEN | REVIEW DESIGNATION OF RECORD ON APPEAL ZAI ISSUE AND STATEMENT OF ISSUES ON APPEAL SUBMITTED BY ZAI CLAIMANTS. | 0.20 | $130.00 |
| 3/5/2007 | 025 | RJ DIMASSA | REVIEWING AND REVISING MOTION TO INTERVENE AND CERTIFICATE OF SERVICE; FILING SAME. | 0.30 | $162.00 |
| 3/5/2007 | 025 | WS KATCHEN | REVIEW CERTIFICATION THAT DEP TESTIMONY IS NOT WITHIN HIPA; NOTICES REGARDING DEPOSITION SCHEDULING; REVIEW LIBBY CLAIMANTS STATEMENT REGARDING BNSF; APPLICATION TO RETAIN FORMAN PERRY AS SPECIAL COUNSEL FOR DEBTORS. | 0.50 | $325.00 |
| 3/5/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO FILE SUR-REPLY - ZAI APPEAL | 0.20 | $130.00 |
| 3/13/2007 | 025 | WS KATCHEN | REVIEW COMMITTEE EMAILS; TELEPHONE CONVERSATION WITH COMMITTEE MEMBER. | 0.40 | $260.00 |
| 3/26/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE RE §108 ISSUES; REVIEW DEBTOR'S CERT    : (I) CENTURY INDEMNITY; AND (II) G-I HOLDINGS; REVIEW ASBESTOS COMMITTEE OBJECTIONS TO DEBTOR'S RETENTION OF FORMAN PERRY. | 0.60 | $390.00 |
| 3/26/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S NOTICE OF PROCEEDINGS, ET. AL. | 0.20 | $130.00 |
| 3/26/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S EXHIBIT LIST FOR PRODUCT IDENTIFICATION LIMITATIONS AND LIABILITY CLAIMS ISSUES; REVIEW ZAI CLAIMANTS SUPPLEMENTAL AUTHORITY - SUP. CT. TRAVELERS CASUALTY & SURETY (2007). | 0.70 | $455.00 |
| 3/26/2007 | 025 | WS KATCHEN | REVIEW FUTURE CLAIMANTS' REQUEST FOR PRODUCTION OF DOCUMENTS. | 0 20 | $130.00 |
| 3/27/2007 | 025 | WS KATCHEN | REVIEW 3/26/07 MEMO OPINION AND ORDER FROM DISTRICT COURT ON ZAI CLAIMS; REVIEW P. ANGELO'S ORDER; REVIEW DEBTOR'S REPLY ON CMO; REVIEW DEBTOR'S RESPONSE ON EMERGENCY MOTION FOR PRODUCTION DATABASE. | 0.50 | $325.00 |
| 3/28/2007 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $65.00 |
| | | | Code Total | 3.90 | $2,502.00 |

File # K0248-00001                                        INVOICE # 1252998
    W.R. GRACE & CO.

                              TOTAL SERVICES          _____
                                                       41 50    $20,408 50

File # K0248-00001                                                INVOICE # 1252998
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 2/28/2007 | DINNER - LOCAL | | 13.77 |
| | | Total: | $13.77 |
| | | | |
| 3/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790192395694) | | 6.36 |
| 3/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798619322050) | | 12.91 |
| | | Total: | $19.27 |
| | | | |
| 3/31/2007 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $10 00 |
| | | | |
| 3/31/2007 | RESEARCH | | 8.05 |
| | | Total: | $8.05 |
| | | | |
| 3/31/2007 | PRINTING & DUPLICATING | | 59.70 |
| | | Total: | $59.70 |
| | | | |
| | TOTAL DISBURSEMENTS | | $110.79 |

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                        Chapter: 11 v                    Office: 1 (Delaware)
Judge: JKF                      Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Lastowski, Michael R. entered on 5/1/2007 at 4:01 PM
EDT and filed on 5/1/2007
**Case Name:**          W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**        01-01139-JKF
**Document Number:** 15458

**Docket Text:**
Monthly Application for Compensation *(Sixty-Third) for Services Rendered and Reimbursement of
Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From March 1,
2007 Through March 31, 2007* Filed by Duane Morris LLP. Objections due by 5/21/2007.
(Attachments: # (1) Exhibit A# (2) Certificate of Service) (Lastowski, Michael)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**I:\WRGrace\Duane Morris\63rd Monthly\Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/1/2007] [FileNumber=5607970-0]
[780b24adb44c6459a859eeef1dec726aa7718a860cd7b9dd56da9a9fd82cb7223dfe9
daa67af88c7c7fb0ded0122682f7a8b5ab411fd2d79b035724083ce513a]]
**Document description:**Exhibit A
**Original filename:**I:\WRGrace\Duane Morris\63rd Monthly\Ex A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/1/2007] [FileNumber=5607970-1]
[280e7db390cb0ddcc4b2cfb85258245a9a5e5e238803cf606c87cd42370d53943e525
03f8041d6fa47fc12413d906ec567d1f4578a243dee2e1b843c9d92ae8e]]
**Document description:**Certificate of Service
**Original filename:**I:\WRGrace\Duane Morris\63rd Monthly\COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/1/2007] [FileNumber=5607970-2]
[1b570072aac893080072bfdfd8d830df896b9d4a7cc09737144e7d5392da8f91c2dfd
da66b42d3c3e34aff0b7d2c5d63f11a84d842ffe8ef53be731c24107b81]]

**01-01139-JKF Notice will be electronically mailed to:**