IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors-in-possession. | : | **Related Doc. No.: 15821** |
| | | |
| W.R. GRACE & CO., *et al.*, | : | |
| Plaintiffs, | : | |
| vs. | : | Adversary Proceeding |
| | : | No. 01-771 (JKF) |
| MARGARET CHAKARIAN, *et al.*; and JOHN DOES 1 – 1000, | : | |
| | : | **May 21, 2007 Agenda No. 4** |
| Defendants. | : | **Related Doc. Nos.: 398, 446** |

**OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO CERTIFICATION OF DEBTORS' COUNSEL ON ORDER REGARDING THE DEBTORS' MOTION TO EXPAND THE PRELIMINARY INJUNCTION TO INCLUDE ACTIONS AGAINST BNSF**

The Official Committee of Asbestos Personal Injury Claimants ("Committee"), by and through its undersigned counsel, hereby submits this Objection to the Certification of Debtors' Counsel On Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF (the "Objection").

At the hearing on May 21, 2007, the Court heard almost three hours of arguments on the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, as well as certain motions related to the State of Montana. During this time, counsel to the Committee addressed the Court and advised why the Debtors are not legally entitled to "expand" the preliminary injunction to include actions against BNSF. Ultimately, the Court took the matters

{D0086885.1 }

under advisement, without any discussion, let alone any Order, that a temporary stay would be entered to preclude the Montana Plaintiffs from prosecuting their independent claims against BNSF.

Following the hearing, Debtors' counsel circulated a proposed Order seeking to stay "the Montana Actions and all similar actions that have been or may be brought against BNSF that arise from alleged exposure to asbestos indirectly or directly caused by the Debtors . . . so as to preserve the status quo pending resolution" of their Motion. The Committee advised Debtors' counsel that it opposed the entry of this proposed Order.

The State of Montana has filed a similar proposed Order, which, *inter alia*, seeks a stay of the litigation that has been or may be brought against the State of Montana. The Committee filed an Objection to the State of Montana's proposed Order [DI 15821] and incorporates the arguments contained therein. A copy of the Committee's Objection to the State of Montana's proposed Order is attached hereto as Exhibit 1.

The Debtors' proposed Order regarding BNSF is particularly more egregious considering the fact that no one even discussed a stay of the BNSF litigation at the hearing on May 21, 2007. In addition, the Debtors' assertion that the stay of the BNSF litigation is appropriate so as to maintain the "status quo" is factually incorrect. The "status quo", as to BNSF, is that the litigation is not currently stayed. As a result, the relief sought by the Debtors would not maintain the status quo and would otherwise provide the Debtors with relief that it is not legally entitled to.

## CONCLUSION

For these reasons, the Committee respectfully requests that this Court not enter the Debtors' proposed Order. The Committee will participate in a telephonic hearing, as requested

by the Debtors, to address more fully address the reasons why the Court should not enter the Debtors' proposed Order.

Dated: May 29, 2007                    Respectfully submitted,

**CAMPBELL & LEVINE, LLC**

*/s/Mark T. Hurford*
Marla R. Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Telefax: (302) 426-9947

 -- and --

**CAPLIN & DRYSDALE, CHARTERED**

Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Telefax: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Telefax: (202) 429-3301

*Counsel for the Official Committee
of Asbestos Personal Injury Claimants*