# HR&A                                                               INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

May 10, 2007
Invoice No. HRA20071005

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of April, 2007.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz | |
| 5.5 hours @ $ 600 per hour | $ 3,300.00 |
| **TOTAL DUE:** | **$ 3,300.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA           LOS ANGELES                      NEW YORK

APRIL, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 04/09/07 | 0.5 | Review scheduling on PID and SOL objections. |
| 04/13/07 | 0.5 | Read M. Kramer memo on hearing. Ask for status of data from Claims Agent. Review correspondence from Bilzin on balance billing from Sealed Air phase. |
| 04/16/07 | 0.5 | Talk with M. Kramer re availability of data. |
| 04/17/07 | 0.5 | Talk with M. Kramer about "final" Rust data base just received by Bilzin. |
| 04/18/07 | 2.0 | Read transcript of Property Damage Summary Judgement hearing. |
| 04/30/07 | 1.5 | Read transcripts of Property Damage hearings on April 23-24, 2007. |
| TOTAL: | 5.5 | |