## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: June 18, 2007** |
| | | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF
## RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM
## <u>PERIOD FROM NOVEMBER 1, 2006  HROUGH NOVEMBER 30, 2006</u>

Name of Applicant:

Richardson Patrick Westbrook
    & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:

July 22, 2002

Period for which compensation and
Reimbursement is sought:

November 1, 2006 through
    November 30, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:    $ 4,750.00

Amount of Expenses Reimbursement:    $ 0

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-<br>1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-<br>2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-<br>3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-<br>4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-<br>5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-<br>6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-<br>7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-<br>8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-<br>9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-<br>10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-<br>11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-<br>12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 3/10/2006 | 1/1/2006-<br>1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 2/1/2006 –<br>2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 3/1/2006 –<br>3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 4/1/2006-<br>4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 5/1/2006-<br>5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 6/1/2006-<br>6/30/2006 | $4.312.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 7/1/2006-<br>7/31/2006 | $2,250.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 8/1/2006-<br>8/31/2006 | $4,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 9/1/2006-<br>9/30/2006 | $5,937.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/29/2007 | 10/1/2006-<br>10/31/2006 | $6,500.00 | $ 0 | Pending | Pending |

This is the Fiftieth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 38.0 | $4,750.00 |
| TOTALS | | | | | 38.0 | $4,750.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Tvel–Non-working | | |
| 22-ZAI Science Trial | 38.0 | $4,750.00 |
| TOTALS | 38.0 | $4,750.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated: May 29, 2007
     Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

_____

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Tel:  (302) 428-8191
Fax:  (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                                            )
COUNTY OF CHARLESTON      )

     Edward J. Westbrook, after being duly sworn according to law, deposes and says:

     a)     I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

     b)     I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

     c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                                    Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this _2¼_ day of _May_, 2007.

Kimberly a. garvia
Notary Public for South Carolina
My Commission Expires: 02/04/14

03/28/2007

# Time report
## 11/01/2006 - 11/30/2006

| Date | Client No. | | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|---|-------------|-----------------|------|---------|-------|
| Timekeeper | | Matter No. | | Description | | | |
| **Day:** | | **11/02/2006** | | | | | |
| 11/02/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices (1.5); organize and compile ZAI blowing application documents for co-counsel case (.5) | | | |
| **Day:** | | **11/09/2006** | | | | | |
| 11/09/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **11/13/2006** | | | | | |
| 11/13/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
| lkerrison | | 0000 | | Review ZAI email inquiry and talk to potential ZAI homeowner | | | |
| **Day:** | | **11/14/2006** | | | | | |
| 11/14/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **11/16/2006** | | | | | |
| 11/16/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices (4); respond to ZAI homeowner inquiry (1) | | | |
| **Day:** | | **11/20/2006** | | | | | |
| 11/20/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **11/21/2006** | | | | | |
| 11/21/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **11/27/2006** | | | | | |
| 11/27/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **11/28/2006** | | | | | |

03/28/2007

## Time report
### 11/01/2006 - 11/30/2006

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | | Matter No. | Description | | | |
| 11/28/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000    . | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **11/30/2006** | | | | |
| 11/30/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | | 0000 | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |

| | |
|---|---|
| **Grand Total:** | **$4,750.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$4,750.00** |
| **Total Hours/Report:** | **38.00** |
| **Count:** | **10** |

## **CERTIFICATE OF SERVICE**

        I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of Richardson Patrick Westbrook &*

*Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead*

*Counsel for the Interim Period from November 1, 2006 through November 30, 2006* to be made

this May 25, 2007 upon the parties identified on the attached service list, in the manner

indicated:

<u>May 29, 2007</u>                    <u>/s/ William D. Sullivan</u>
Date                             William D. Sullivan

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036