IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **In the Proceedings for a** |
| | ) | |
| | ) | **Reorganization under Chapter 11** |
| **W.R. Grace & Co., et al.** | ) | |
| | ) | **Case No. 01-1139-JKF** |
| Debtor(s). | ) | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Julie A. Ardoin, on behalf of Julie Ardoin, LLC, and formerly of the Murray Law Firm, has a new address effective immediately. The firm's offices are now located at:

Julie Ardoin, Esq.
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard, Suite 210
Kenner, Louisiana 70062-4032
Telephone: (504)305-2375
Facsimile: (504)305-4168
E-mail: dlawless@ardoinlawfirm.com

**PLEASE TAKE FURTHER NOTICE** that Julie Ardoin, LLC requests that all future notices given or required to be given and all papers hereinafter served or required to be served in this case be given to and served upon Julie Ardoin, LLC at its new address as set forth above.

Dated: 5/29/07

By: _____
Julie A. Ardoin (#22925)
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard, Suite 210
Kenner, Louisiana 70062-4032
Tel: (504)305-2375
Fax: (504)305-4168

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing Notice of Change of Address was electronically filed via CM/ECF and thereby served upon all counsel of record on this __29th__ day of May, 2007.

Julie A. Ardoin (#22925)
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard, Suite 210
Kenner, Louisiana 70062-4032
Tel: (504)305-2375
Fax: (504)305-4168