**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | |
| | § | **Chapter 11** |
| W.R. GRACE & CO., et al | § | **Jointly Administered** |
| | § | **Case No. 01-1139 (JJF)** |
| Debtors | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF PROTIVITI, INC.**
**FOR THE TWENTY-THIRD INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Application of Protiviti, Inc. for the Twenty-Third Interim Period (the "Application").

**BACKGROUND**

1.  Protiviti, Inc. (Protiviti) was retained as Sarbanes Oxley compliance advisors for the Debtors. In the Application, Protiviti seeks approval of fees totaling $53,348.57 and expenses totaling $16,501.86 for its services from October 1, 2006, through December 31, 2006.

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals. We served on Protiviti an initial report based on our review, and received a response from Protiviti, portions of which response are quoted herein.

## DISCUSSION

3.  In our initial report, we noted two air fares for which the class of ticket is not designated. The entries are provided below.

| | | | |
|---|---|---|---|
| Mike Lawler | 5-Dec-06 | Flight to Germany from Philadelphia airport | $7,120.00 |
| Nicole King | 7-Dec-06 | Airfare - Philadelphia to Frankfurt, Germany | $7,120.00 |

Paragraph II.E.1.of the Guidelines states, ". . .[f]actors relevant to a determination that the expense is proper include the following: 1. Whether the expense is reasonable and economical. For example, first class and other luxurious travel mode or accommodations will normally be objectionable." For each cited entry, we asked Protiviti to provide documentation that the fare was purchased at coach or economy class. Protiviti's response is provided below.

> Due to the nature of the consulting arrangement Protiviti has with Grace (loan staff whereby Grace supervises Protiviti staff), Protiviti follows Grace's direction and policies. This includes following standard Grace travel and expense policies, and booking all air fares through Grace and at the direction of Grace. Grace travel and expense policy clearly states that all international flights are to be booked as business class (not first class, though). These were booked by the Grace Travel Center as business class in compliance with this policy. This has always been the case with Protiviti and Grace, and there have been no issues that I know of prior to this.

While we appreciate the response; we note that we have raised the issue of business-class travel in a prior interim period. In our final report regarding the Protiviti application for the Fourteenth Interim Period, we stated, "For the Purvis and Martin fares (Airfares 1 and 2) we note that while the fares may have been approved by Grace Internal Audit, the costs of the fares as business class travel still exceed the recommended guidelines. We thus recommend a reduction of one-third of the total of these two fares, for a reduction of $2,323.90 in expenses." This recommended reduction was approved by the Court at the Fourteenth Interim fee hearing, and the Court has been consistent

throughout this case in upholding reductions for business-class airfares for both domestic and foreign travel. Thus, consistent with our earlier report, we recommend a reduction of one-third of the cost of the cited airfares, resulting in a total recommended reduction of $4,746.66 in expenses.

## CONCLUSION

4.    Thus we recommend approval of fees totaling $53,348.57 and expenses totaling $11,755.20 ($16,501.86 minus $4,746.66) for Protiviti's services from October 1, 2006, through December 31, 2006.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 29th day of May, 2007.

_____
Warren H. Smith

## SERVICE LIST
<u>Notice Parties</u>

**The Applicant**
Marie Hendrixson
Protiviti, Inc.
The Wanamaker Building
100 Penn Square East
4th Floor
Philadelphia, PA 19107

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Buchanan Ingersoll
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801