```
                      REED SMITH LLP
                      PO Box 360074M
                  Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    1545545
One Town Center Road                Invoice Date      05/25/07
Boca Raton, FL   33486              Client Number     172573
```

========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

```
        Fees                        27,422.50
        Expenses                         0.00

              TOTAL BALANCE DUE UPON RECEIPT      $27,422.50
                                                 =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    1545545
One Town Center Road                    Invoice Date      05/25/07
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2007

        Date   Name                                          Hours
      -------- -----------                                   -----

      04/02/07 Klapper      Review exposure data (1.2);       2.90
                            discuss same with consultants
                            (1.7).

      04/05/07 Klapper      Review materials provided by      2.30
                            consultant for discussion
                            regarding rebuttal reports.

      04/06/07 Klapper      Finish review of additional       1.00
                            materials provided by consultant
                            for discussion regarding rebuttal
                            reports.

      04/12/07 Klapper      Meet with expert regarding        3.70
                            rebuttal reports.

      04/18/07 Sanner       Email correspondence with C. Ward  .10
                            re expert report issues.

      04/20/07 Klapper      Prepare for meeting with          8.20
                            consultant (4.2) and meet with
                            consultant regarding rebuttal
                            reports (4.0).

      04/20/07 Sanner       Prepare for meeting (by           3.40
                            teleconferencing) with consultant
                            and A. Klapper and participate in
                            same.

      04/21/07 Klapper      Review materials to respond to    6.30
                            consultant's questions regarding
                            expert rebuttal reports.
```

```
172573 W. R. Grace & Co.                    Invoice Number  1545545
60026  Litigation and Litigation Consulting  Page   2
May 25, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/22/07 | Klapper | Continue reviewing materials to respond to consultant's questions regarding expert rebuttal reports. | 3.20 |
| 04/23/07 | Klapper | Continue reviewing materials to respond to consultant's questions regarding expert rebuttal reports. | 3.50 |
| 04/24/07 | Klapper | Continue reviewing materials to respond to consultant's questions regarding rebuttal reports. | 4.20 |
| 04/25/07 | Cameron | Review materials regarding PI reports and e-mails regarding same. | .80 |
| 04/25/07 | Klapper | Review and discuss updated exposure data from consultants. | 3.00 |
| 04/26/07 | Cameron | E-mails regarding PI estimation experts. | .50 |
| 04/26/07 | Klapper | Continue search for documents supportive of historical points identified by consultants. | 5.00 |
| 04/27/07 | Cameron | Attention to PI expert report issues. | .70 |
| 04/27/07 | Lord | Research docket and update 2002 service list. | .40 |
| 04/30/07 | Cameron | Review R. Lee and W. Longo reports and prepare for call with experts regarding PI report (1.20); conference call with consultant and R. Finke (.80); review back-up data (.30). | 2.30 |
| 04/30/07 | Klapper | Review expert rebuttal report issues. | 1.70 |

```
                                              ------
                                TOTAL HOURS   53.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|-----|--------|-----|---------|
| Douglas E. Cameron | 4.30 | at | $ 570.00 | = | 2,451.00 |
| Antony B. Klapper | 45.00 | at | $ 520.00 | = | 23,400.00 |
| Margaret L. Sanner | 3.50 | at | $ 425.00 | = | 1,487.50 |
| John B. Lord | 0.40 | at | $ 210.00 | = | 84.00 |

172573 W. R. Grace & Co.                          Invoice Number  1545545
60026  Litigation and Litigation Consulting       Page    3
May 25, 2007


                    CURRENT FEES                        27,422.50

                                                     ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $27,422.50
                                                     =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number     1545546
5400 Broken Sound Blvd., N.W.        Invoice Date       05/25/07
Boca Raton, FL 33487                 Client Number        172573
```

======================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

         Fees                         2,780.00
         Expenses                         0.00

                   TOTAL BALANCE DUE UPON RECEIPT        $2,780.00
                                                        =============

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number    1545546
5400 Broken Sound Blvd., N.W.            Invoice Date      05/25/07
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60027
```

===============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2007

| Date | Name | | Hours |
|------|------|---|------|
| 04/06/07 | Gatewood | Return/travel from Alpharetta, Georgia (site of deposition examination of Dr. Lemen) to Pittsburgh, PA (one-half of total time). | 3.00 |
| 04/12/07 | Engel | Non-working travel time returning to Washington, DC from W. Ewing deposition in Atlanta (one-half of travel time). | 2.00 |
| 04/18/07 | Flatley | One half of non-billable travel time returning from witness meetings. | 1.00 |

```
                                                     ------
                                     TOTAL HOURS       6.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 1.00 | at | $ 575.00 | = | 575.00 |
| Harold J. Engel | 2.00 | at | $ 525.00 | = | 1,050.00 |
| Carol J. Gatewood | 3.00 | at | $ 385.00 | = | 1,155.00 |

```
                     CURRENT FEES                        2,780.00


                                                     ------------
             TOTAL BALANCE DUE UPON RECEIPT          $2,780.00
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                             Invoice Number    1545547
5400 Broken Sound Blvd., N.W.           Invoice Date      05/25/07
Boca Raton, FL 33487                    Client Number      172573



===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                            16,179.00
        Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $16,179.00
                                                         =============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W. R. Grace                          Invoice Number     1545547
5400 Broken Sound Blvd., N.W.        Invoice Date      05/25/07
Boca Raton, FL 33487                 Client Number      172573
                                     Matter Number       60028


===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2007

        Date   Name                                          Hours
     --------  -----------                                    -----


     03/29/07 Restivo         Telephone calls and emails re:   1.10
                              ZAI claimants' motion.

     03/30/07 Restivo         Review Westbrook motion, our brief 3.50
                              (2.5); conference call with Grace
                              team (1.0).

     04/01/07 Cameron         Review materials for response to   .60
                              motion for discovery.

     04/02/07 Ament           E-mails re: ZAI POC's.             .10

     04/02/07 Restivo         Work on response to Claimants'    2.00
                              Motion.

     04/03/07 Ament           Review database re: ZAI POC's per  .50
                              D. Cameron request (.40); e-mails
                              re: same (.10).

     04/03/07 Cameron         Participate in conference call    1.30
                              regarding Canadian ZAI claim
                              (0.50); review materials for
                              response to motion for discovery
                              (0.80).

     04/03/07 Restivo         Work on response to Claimants'    3.50
                              Motion.

     04/04/07 Cameron         Review draft opposition to Motion 1.10
                              by ZAI Claimants (0.7); review
                              record (0.4).
```

```
172573 W. R. Grace & Co.                        Invoice Number  1545547
60028  ZAI Science Trial                        Page   2
May 25, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/04/07 | Flatley | Review draft brief and comment to J. Restivo. | .90 |
| 04/04/07 | Restivo | Work on response to Claimants' Motion. | 2.50 |
| 04/05/07 | Cameron | Review draft Response to ZAI Claimants' motion. | .40 |
| 04/05/07 | Restivo | Work on response to ZAI Claimants' Motion. | .50 |
| 04/06/07 | Cameron | E-mails regarding response to ZAI claimants' motion. | .90 |
| 04/11/07 | Restivo | Finalize Response to ZAI Discovery Motion. | 1.00 |
| 04/12/07 | Cameron | Review draft opposition to ZAI claimants' motion and meet with J. Restivo regarding same. | .90 |
| 04/16/07 | Cameron | Review draft opposition to motion for reconsideration and provide comments. | .90 |
| 04/17/07 | Cameron | Review ZAI papers. | .50 |
| 04/28/07 | Cameron | Review materials relating to ZAI claims. | .80 |
| 04/29/07 | Cameron | Review materials relating to ZAI claimants' discovery and class action issues. | 1.80 |
| 04/30/07 | Cameron | Review discovery requests (.80); e-mails regarding call with counsel concerning ZAI status (.30). | 1.10 |
| 04/30/07 | Flatley | E-mails regarding deposition notices and replies. | .20 |
| 04/30/07 | Restivo | Prepare for Omnibus Hearing. | 1.00 |

```
                                                         ------
                                        TOTAL HOURS       27.10
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|

172573 W. R. Grace & Co.                          Invoice Number  1545547
60028  ZAI Science Trial                          Page    3
May 25, 2007


        James J. Restivo Jr.      15.10  at  $  635.00  =   9,588.50
        Lawrence E. Flatley        1.10  at  $  575.00  =     632.50
        Douglas E. Cameron        10.30  at  $  570.00  =   5,871.00
        Sharon A. Ament            0.60  at  $  145.00  =      87.00

                        CURRENT FEES                        16,179.00


                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $16,179.00
                                                         =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number      1545548
5400 Broken Sound Blvd., N.W.        Invoice Date        05/25/07
Boca Raton, FL 33487                 Client Number        172573
```

===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
        Fees                            3,762.50
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $3,762.50
                                                        =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number     1545548
5400 Broken Sound Blvd., N.W.        Invoice Date      05/25/07
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60029
```

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 04/03/07 | Lord | E-mails with S. Ament re: Reed Smith fee application issues. | .20 |
| 04/04/07 | Lord | Revise, e-file and perfect service of CNO to Reed Smith 23rd interim fee application. | .40 |
| 04/12/07 | Muha | Begin revisions to March 2007 fee and expense invoices for monthly application. | 1.70 |
| 04/13/07 | Ament | Attend to fee application matters and e-mails re: same. | .20 |
| 04/13/07 | Lord | E-mails with S. Ament re: information on description of expenses for fee application/fee auditor. | .20 |
| 04/13/07 | Muha | Continue revisions to March monthly fee app. materials, including research and preparation of additional detail for entries. | 3.00 |
| 04/17/07 | Ament | Attend to matters relating to fee applications. | .10 |
| 04/17/07 | Muha | Continue review/revisions to March 2007 monthly fee and expense reports. | 2.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1545548
60029  Fee Applications-Applicant           Page    2
May 25, 2007
```

|  Date    | Name |  | Hours |
|----------|------|--|-------|
| 04/23/07 | Lord | Research docket and prepare CNO to Reed Smith February monthly fee application. | .30 |
| 04/24/07 | Ament | Attend to fee application matters. | .20 |
| 04/24/07 | Lord | E-file and perfect service of CNO to Reed Smith's February monthly fee application. | .40 |
| 04/24/07 | Muha | Review Grace bill for March 2007 and message to D. Cameron re: same. | .30 |
| 04/27/07 | Ament | Attend to fee application matters and e-mails re: same. | .20 |
| 04/27/07 | Lord | E-mail to S.Ament re: status of Reed Smith March monthly/quarterly fee applications. | .10 |
| 04/27/07 | Muha | Research re: additional detail on expense reports and revise monthly fee application appropriately (1.4); multiple e-mails and calls re: same (0.5). | 1.90 |

```
                                                    ------
                                    TOTAL HOURS     11.80
```

| TIME SUMMARY | Hours |  | Rate |  | Value |
|--------------|-------|--|------|--|-------|
| Andrew J. Muha | 9.50 | at $ | 350.00 | = | 3,325.00 |
| John B. Lord | 1.60 | at $ | 210.00 | = | 336.00 |
| Sharon A. Ament | 0.70 | at $ | 145.00 | = | 101.50 |

```
                 CURRENT FEES                       3,762.50


                                                  ------------
                 TOTAL BALANCE DUE UPON RECEIPT      $3,762.50
                                                  =============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                        Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
W.R. Grace & Co.                     Invoice Number      1545549
One Town Center Road                 Invoice Date        05/25/07
Boca Raton, FL    33486              Client Number        172573
```

========================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

```
        Fees                           3,352.00
        Expenses                           0.00
```

```
                    TOTAL BALANCE DUE UPON RECEIPT      $3,352.00
                                                    =============
```

```
                    REED SMITH LLP
                    PO Box 360074M
                 Pittsburgh, PA  15251-6074
                   Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    1545549
One Town Center Road                Invoice Date     05/25/07
Boca Raton, FL   33486              Client Number     172573
                                    Matter Number      60030
```

==============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 04/02/07 | Ament | E-mails re: 4/2/07 hearing (.10); coordinate 4/9/07 hearing preparation for K&E (.20). | .30 |
| 04/02/07 | Cameron | Participate (by phone) in portions of Omnibus hearing. | 1.90 |
| 04/04/07 | Ament | Various e-mails re: hearing preparation for K&E. | .20 |
| 04/06/07 | Ament | Hearing preparation for K&E re: 4/9/07 hearing (.80); e-mails and telephone calls re: same (.20). | 1.00 |
| 04/09/07 | Ament | E-mails re: 4/12/07 hearing preparation per K&E request. | .20 |
| 04/10/07 | Ament | E-mails and telephone calls re: hearing preparation for K&E re: 2/13/07 hearing. | 1.00 |
| 04/11/07 | Ament | E-mails and telephone calls with attorneys and paralegals from K&E re: preparation for 4/12/07 hearing and coordinate same. | .50 |
| 04/12/07 | Ament | Assist K&E attorneys with hearing preparation. | 3.00 |
| 04/12/07 | Cox | Assist K&E with hearing prep. | .70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1545549
60030  Hearings                             Page   2
May 25, 2007
```

|   Date   | Name        |                                                        | Hours |
|----------|-------------|--------------------------------------------------------|-------|
| 04/13/07 | Ament       | Assist K&E attorneys with hearing preparation (2.0); attend beginning of hearing and set up courtroom technology (.50). | 2.50 |
| 04/13/07 | Cox         | Assist S. Ament with hearing prep and with compilation of exhibit binders for Product ID hearing. | 3.60 |
| 04/27/07 | Ament       | Coordinate hearing preparation for K&E re: 5/2/07 omnibus hearing (.50); various e-mails and telephone calls re: same (.50); meet with P. Garlitz re: same (.20). | 1.20 |
| 04/27/07 | Garlitz     | Meet with Sharon Ament regarding hearing preparation for Kirkland & Ellis (.2); review of e-mails re: same. (.2). | .40 |
| 04/30/07 | Ament       | Telephone calls and e-mails re: 5/2/07 omnibus hearing (.20); assist K&E with hearing preparation for same (.80). | 1.00 |
| 04/30/07 | Garlitz     | Review of e-mails regarding hearing preparation for Kirkland & Ellis. | .30 |

```
                                                          ------
                                          TOTAL HOURS      17.80
```

```
TIME SUMMARY                Hours         Rate          Value
------------------------    -------------------------   -------
Douglas E. Cameron           1.90  at  $  570.00  =    1,083.00
Sharon A. Ament             10.90  at  $  145.00  =    1,580.50
Cary E. Cox                  4.30  at  $  130.00  =      559.00
Margaret A. Garlitz          0.70  at  $  185.00  =      129.50

                 CURRENT FEES                          3,352.00


                                                    ------------
                 TOTAL BALANCE DUE UPON RECEIPT        $3,352.00
                                                    ============
```

```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number    1545550
One Town Center Road                Invoice Date      05/25/07
Boca Raton, FL   33486              Client Number      172573



===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                        594,507.50
         Expenses                          0.00

                 TOTAL BALANCE DUE UPON RECEIPT      $594,507.50
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number    1545550
One Town Center Road                     Invoice Date      05/25/07
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60033


===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2007

        Date   Name                                              Hours
        ------ -----------                                       -----


        03/29/07 Restivo      Expungement of five California      3.00
                              claims and preparation for
                              discovery/trial.

        04/01/07 Aten         Prepared argument preparation       4.60
                              binders for L. Flatley re: Summary
                              Judgment Motion (109 California
                              claims and Macerich) (3.3);
                              continue to review, analyze and
                              summarize documents in preparation
                              for depositions of claimants'
                              experts (1.3).

        04/01/07 Cameron      Review materials from L. Esayian    4.30
                              regarding discovery issues (1.10);
                              review materials from R. Finke
                              regarding risk assessment issues
                              and continued work on same (2.30);
                              attention to product ID objection
                              summaries (0.90).

        04/01/07 Gatewood     Examine/analyze expert submission   4.00
                              of Dr. Lemen and draft examination
                              outline and review prior
                              transcript/testimony.

        04/02/07 Ament        Review and summarize expert report  3.00
                              (.20); prepare for and attend team
                              status meeting (1.30); e-mails and
                              telephone call re: Corn deposition
                              (.20); compile and organize
                              replies to summary judgment
                              motions (1.0); download and

```
172573 W. R. Grace & Co.                        Invoice Number  1545550
60033  Claim Analysis Objection Resolution      Page    2
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | circulate various deposition notices to team (.30). | |
| 04/02/07 | Aten | Team meeting (1.3); continue to review, analyze and summarize material in preparation for depositions of claimants' experts (3.6); research re evidential issue and controlling authority (2.9); conference with L. Flatley re preparation for hearings (.5). | 8.30 |
| 04/02/07 | Cameron | Additional attention to risk assessment including multiple calls with client and consultants (3.60); prepare for (0.80) and attend weekly strategy meeting with Reed Smith team members (1.30); attention to product ID issues (0.80); review Rich Lee report and list of claims (0.90); attend to deposition scheduling issues (0.40); review materials relating to summary judgment argument (1.10). | 8.90 |
| 04/02/07 | DiChiera | Compile material needed in preparation of summary judgment hearing (2.4);  prepare for and meet with L. Flatley regarding Hearing binders and material used for the Dr. Frank and Dr. Anderson deposition to be compiled and organized for storage (.8). | 3.20 |
| 04/02/07 | Engel | Prepare for W. Ewing's deposition. | .70 |
| 04/02/07 | Flatley | Review expert materials (1.5); meet with D. Cameron regarding expert materials (0.4); reorganizing generally after deposition trips (0.7); team meeting and follow-up on it (1.2); conference call with with fact witness and follow-up on call (0.3); beginning preparation for 4/9/07 oral argument on summary judgment motions (1.6); e-mails regarding reply to plaintiffs' counsel (0.2). | 5.90 |

```
172573 W. R. Grace & Co.                        Invoice Number  1545550
60033  Claim Analysis Objection Resolution      Page    3
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/02/07 | Gatewood | Prepare to conduct expert deposition of claimant's expert, Dr. Lemen and analysis of cited articles/studies and incorporation of same into deposition examination outline/materials. | 9.50 |
| 04/02/07 | Himmel | Edit summary of claim documents and send to T. Rea | .10 |
| 04/02/07 | Rea | Attention to trial preparation. | 2.30 |
| 04/03/07 | Ament | Meet with T. Rea re: orders to be submitted at 4/9/07 hearing (.10); prepare orders for J. Restivo per request (.40). | .50 |
| 04/03/07 | Ament | Review and summarize expert report (.20); review database and provide various claims to J. Restivo per request (3.80); e-mails and telephone calls re: same (.20); meet with J. Restivo re: same (.20). | 4.40 |
| 04/03/07 | Aten | Conference call with L. Flatley re: hearing preparation (1.2); conference with C. Gatewood re: deposition preparation (.3); conference with J. Restivo re: research results (.4); continue to review, analyze and summarize materials in preparation for depositions of claimants' experts (5.6). | 7.50 |
| 04/03/07 | Atkinson | Review Grace historic files re: 1977 study. | .90 |
| 04/03/07 | Cameron | Attention to subpoena issues, including e-mails, meetings and calls regarding same (1.90); review materials for statute of limitations and product ID summaries (2.90); review materials relating to Rich Lee transcripts (0.80); follow-up regarding Mort Corn deposition issues (0.70); begin outline for in limine motion | 9.40 |

172573 W. R. Grace & Co.                        Invoice Number  1545550
60033  Claim Analysis Objection Resolution      Page   4
       & Estimation (Asbestos)
May 25, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| | | responses (0.90); review materials for summary judgment argument (1.10); multiple telephone calls and e-mails regarding depositions in Canada (1.1). | |
| 04/03/07 | Delvecchio | Assist team with PD claim issues and compiling exhibits. | 4.00 |
| 04/03/07 | DiChiera | Analyze working material of R. Aten of Dr. Lemen's prior deposition transcripts in preparation of Dr. Lemen's deposition (2.8); copy excerpts of prior testimony of Dr. Lemen in preparation of deposition as per R. Aten (1.2); compilation of articles relied upon by Dr. Welch and Dr. Anderson per request of R. Aten (1.4); prepare for and confer with C. Gatewood regarding additional material needed for Dr. Lemen's deposition (1.5). | 6.90 |
| 04/03/07 | Engel | Review correspondence re T. Vander Wood's and W. Longo's depositions and prepare for W. Ewing's deposition. | 5.60 |
| 04/03/07 | Flatley | Analysis of proof issues for statute of limitations hearing (1.6); meet with R. Aten regarding proof issues (1.0); call with W. Sparks (0.3); conference with D. Cameron (0.2); conference call with D. Cameron, R. Finke and R. Senftleben (0.4); conference call with R. Senftleben et al. (0.4); follow-up on conference calls (0.2); e-mail regarding medical witnesses (0.2); conference with D. Cameron (0.2); e-mails and replies (0.2). | 4.70 |
| 04/03/07 | Gatewood | Prepare to conduct deposition examination of claimant's expert, Dr. Lemen, including examination/analysis of prior trial and deposition testimony and outline of pertinent follow-up | 10.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1545550
60033  Claim Analysis Objection Resolution  Page    5
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| | | issues. | |
| 04/03/07 | Himmel | Conference with T. Rea regarding claim forms submitted by Ness Motley | .10 |
| 04/03/07 | Kunkel | Analyze working material of R. Aten of Lemen transcripts in preparation of Lemen's deposition (1.2); assist M. DiChiera in compilation of articles relied upon by Dr. Welch and Dr. Anderson for review and consideration per request of R. Aten (1.7). | 1.90 |
| 04/03/07 | Rea | Trial preparation. | 8.30 |
| 04/03/07 | Restivo | Prepare for oral argument. | 3.00 |
| 04/04/07 | Ament | Review and organize pleadings for 4/9/07 hearing and provide to D. Cameron and J. Restivo. | 1.00 |
| 04/04/07 | Ament | Review and summarize expert report (.20); continue review of database and provide claims to J. Restivo (1.0); e-mails re: PD claims and trial (.20). | 1.40 |
| 04/04/07 | Aten | Conference with C. Gatewood re: deposition of claimants' expert (1.5); continue to review, analyze, and summarize materials in preparation for depositions of claimants' experts (2.8). | 4.30 |
| 04/04/07 | Atkinson | Review files re: 1997 study, per Doug Cameron request. | .30 |
| 04/04/07 | Cameron | Participate (by telephone) in deposition of Lewis Klar in Vancouver (6.2); follow-up from deposition (0.2); multiple e-mails regarding discovery issues (0.8); review materials relating to Motion to Quash (0.6); review materials from M. Corn deposition (0.6). | 8.40 |

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page   6
       & Estimation (Asbestos)
May 25, 2007


| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 04/04/07 | Delvecchio | Assist team with PD claim issues and compiling exhibits. | 3.50 |
| 04/04/07 | DiChiera | Compile Dr. Lemen's reliance material in connection with articles related to Mesothelioma, Asbestos Exposure Guidelines and Building Workers and Occupants in preparation for Dr. Lemen's deposition. | 8.00 |
| 04/04/07 | Dupee | Analysis of documents and labeled per R. Aten. | 9.00 |
| 04/04/07 | Engel | Review and respond to correspondence re W. Ewing's and J. Millette's deposition (0.8); prepare for W. Ewing's deposition (1.9). | 2.70 |
| 04/04/07 | Flatley | E-mails and letters regarding expert witnesses (1.1); preparation for summary judgment oral argument (6.1); e-mails and replies regarding various issues (0.2); message and call with W. Sparks (0.2). | 7.60 |
| 04/04/07 | Gatewood | Prepare deposition examination materials to conduct expert deposition of expert, Dr. Lemen, including examination/analysis of articles/cited/relied upon and drafting deposition examination materials. | 12.00 |
| 04/04/07 | Kunkel | Assist in compiling Dr. Lemen's reliance material in preparation for Dr. Lemen's deposition. | 1.70 |
| 04/04/07 | Rea | Trial preparation. | 4.60 |
| 04/04/07 | Restivo | Prepare for arguments and status conference. | 3.50 |
| 04/05/07 | Ament | Review and summarize expert report (.20); continue review of database and provide J. Restivo with various claims (1.0); e-mails and meetings with J. Restivo re: same | 3.50 |

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution         Page    7
       & Estimation (Asbestos)
May 25, 2007


     Date    Name                                                   Hours
   --------  -----------                                            -----
                          (.30); assist J. Restivo in
                          preparation for arguments and
                          status conference (1.0); assist T.
                          Rea with hearing preparation (1.0).

   04/05/07 Aten          Continue to review, analyze and           2.70
                          summarize materials in preparation
                          for depositions of claimants'
                          experts.

   04/05/07 Cameron       Prepare for (0.7) and participate         7.50
                          in deposition preparation of
                          expert witness (1.8); prepare for
                          and participate in telephone call
                          with consultant regarding risk
                          assessment issues (0.6); attention
                          to discovery issues (0.7): review
                          materials for summary judgment
                          arguments (2.2); attention to
                          consultant work for report (0.7);
                          meet with J. Restivo regarding
                          open issues (0.4); e-mails
                          regarding motions (0.4).

   04/05/07 DiChiera      Final preparation for Dr. Lemen           8.00
                          deposition (6.5); cite check reply
                          brief of Macerich per instructions
                          of L. Flatley in preparation for
                          hearing on April 9th (1.5).

   04/05/07 Dupee         Analysis of documents per R. Aten.        4.50

   04/05/07 Engel         Prepare deposition outline for W.         7.40
                          Ewing deposition.

   04/05/07 Flatley       E-mails and replies (0.2);               10.30
                          conference call with R. Finke, D.
                          Cameron, et al. (0.2); preparation
                          for oral arguments on 4/9/07 (9.9).

   04/05/07 Gatewood      Prepare to conduct deposition            12.00
                          examination of claimant's expert,
                          Dr. Lemen including finalizing
                          deposition examination outline and
                          preparation of exhibits, etc.

   04/05/07 Pickens       Research re: Tennessee statute of         4.70
                          repose.

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page    8
       & Estimation (Asbestos)
May 25, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 04/05/07 | Rea | Attention to summary judgment motions and argument. | 7.40 |
| 04/05/07 | Restivo | Prepare summary judgment arguments and pre-trial conference. | 6.00 |
| 04/06/07 | Ament | Review and summarize expert report (.20); meet with T. Rea and assist with preparation of orders relating to remaining claims (.80); e-mails with team re: 4/9/07 hearing (.20). | 1.20 |
| 04/06/07 | Cameron | Participate in portions of Gordon Spratt deposition (2.00); prepare for summary judgment arguments (4.50); attend to discovery issues (0.80); review risk assessment issues (0.70); review materials relating to motion to strike Graeme Mew deposition (0.90). | 8.90 |
| 04/06/07 | DiChiera | Compile claimant's expert reports per request of L. Flatley (1.2); confer with C. Gatewood regarding Dr. Lemen (.6); compile remaining reliance articles in order of cited in expert report of Dr. Lemen (4.2). | 6.00 |
| 04/06/07 | Dupee | Prepared and identified documents by claim number. | 5.00 |
| 04/06/07 | Engel | Prepare for W. Ewing's deposition. | 6.80 |
| 04/06/07 | Flatley | E-mails and follow-up re getting information to medical expert witness (0.6); preparation for 4/9/07 oral arguments on summary judgment motions (9.3). | 9.90 |
| 04/06/07 | Gatewood | Prepare for and conduct deposition examination of claimant's designated expert, Dr. Lemen (8.0); review deposition examination notes and prepare initial summary of admissions/follow up items (1.3). | 9.30 |

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page   9
       & Estimation (Asbestos)
May 25, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 04/06/07 | Pickens | Research re: Georgia law/statute of repose. | 1.70 |
| 04/06/07 | Rea | Preparation for summary judgment argument. | 8.20 |
| 04/07/07 | Cameron | Prepare for summary judgment and motion to strike arguments. | 8.70 |
| 04/07/07 | Flatley | Preparation for 4/9/07 oral argument on summary judgment motions. | 5.40 |
| 04/07/07 | Restivo | Prepare for Summary Judgment Argument and pre-trial conference. | 2.50 |
| 04/08/07 | Cameron | Prepare for summary judgment argument (5.00); review and revise objection to motion to strike (0.90); prepare for argument regarding same (0.80). | 6.70 |
| 04/08/07 | Flatley | Reviewing outlines in preparation for 4/9/07 oral argument (2.0); further preparation for summary judgment arguments by reviewing outlines of arguments (1.2). | 3.20 |
| 04/08/07 | Rea | Preparation for summary judgment argument. | 4.70 |
| 04/08/07 | Restivo | Prepare for oral argument and work on opening statement. | 3.00 |
| 04/09/07 | Ament | Review and summarize expert report (.20); prepare for and attend hearing to assist J. Restivo and D. Cameron (10.0); order expedited transcript from hearing (.10); draft scheduling order and circulate to team (.50); e-mails and meetings re: hearing (.20). | 11.00 |
| 04/09/07 | Aten | Continue to read, review, analyze and summarize materials in preparation for depositions of claimants' experts (5.2); review claims files in preparation for hearing (1.3). | 6.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  1545550
60033  Claim Analysis Objection Resolution      Page   10
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/09/07 | Cameron | Prepare for (2.5) and attend summary judgment arguments and status conference (8.9); meet with Grace team after arguments (0.7); attention to deposition issues (0.3). | 12.40 |
| 04/09/07 | DiChiera | Analyze prior transcript testimony of Dr. Brody in preparation for Dr. Brody's deposition. | 8.00 |
| 04/09/07 | Engel | Prepare outline and documents for W. Ewing's deposition (6.5); draft correspondence re same (0.5); confirm scheduling of court reporter for W. Ewing's and J. Millette's depositions (0.3). | 7.30 |
| 04/09/07 | Flatley | Preparation for summary judgment arguments (2.5); attend summary judgment arguments at bankruptcy court (8.5); follow-up on summary judgment arguments (1.3). | 12.30 |
| 04/09/07 | Gatewood | Prepare to conduct expert deposition of Dr. Brody including drafting deposition examination outline and review/analysis of Dr. Brody's prior testimony on pertinent issues. | 9.00 |
| 04/09/07 | Rea | Prepare for, participate in and follow-up on summary judgment argument. | 11.80 |
| 04/09/07 | Restivo | Preparation for and participation in summary judgment/pre-trial hearing on Property Damage Claims, and follow-up on same in post-hearing meetings. | 12.00 |
| 04/10/07 | Ament | Various telephone calls and e-mails with Judge Fitzgerald's chambers re: orders and COC issues (.50); meet with J. Restivo re: 4/9/07 hearing (.40); prepare for and attend team meeting (1.60); revisions to orders re: PD claims (.50); various e-mails, telephone calls and meetings re: COC's and | 5.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1545550
60033  Claim Analysis Objection Resolution      Page  11
       & Estimation (Asbestos)
May 25, 2007


     Date    Name                                              Hours
     -------- -----------                                       -----
                              orders (2.0).

     04/10/07 Aten            Team meeting (1.8); conference      9.20
                              with C. Gatewood re depositions
                              (.3); conference with L. Flatley
                              reviewing files and preparing for
                              hearing (.8); continue to read,
                              analyze, summarize materials in
                              preparation for depositions of
                              claimants' experts (3.5); review
                              claims forms in preparation for
                              hearing (2.8).

     04/10/07 Cameron         Prepare for (1.10) and attend      9.20
                              Grace team meeting regarding court
                              deadlines and strategy session for
                              product ID hearings (1.60);
                              prepare and revise order of court
                              for scheduling (2.30); review
                              product ID materials for lists of
                              objections (3.10); multiple
                              e-mails regarding same (1.10).

     04/10/07 DiChiera        Analyze prior transcript testimony  8.00
                              of Dr. Brody in preparation for
                              Dr. Brody's deposition.

     04/10/07 Engel           Discussion with R. Finke re W.     8.20
                              Ewing and J. Millette depositions
                              (0.3); review correspondence re
                              same (0.2); discuss strategy re
                              same with D. Cameron (0.4);
                              prepare for W. Ewing's deposition
                              (7.3).

     04/10/07 Flatley         Review materials after 4/9 oral    8.90
                              arguments (0.8); meet with R. Aten
                              regarding status (0.1); call with
                              W. Sparks (0.3); call with J.
                              Cintani (0.2); further calls with
                              W. Sparks and J. Hughes (0.3);
                              preparation for team meeting
                              (1.2); team meeting regarding
                              follow-up for product ID trial and
                              follow-up on meeting (1.7);
                              preparation for product ID trial
                              (3.6); meet with R. Aten regarding
                              buildings being identified (0.7).
```

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page  12
       & Estimation (Asbestos)
May 25, 2007


        Date    Name                                              Hours
        ------- -----------                                       -----

        04/10/07 Gatewood        Meet with W. R. Grace            10.00
                                 Trial/Hearing Team concerning
                                 upcoming hearing, review of status
                                 and strategic planning in
                                 preparation for hearings and
                                 additional discovery (1.0); meet
                                 with L. Flatley concerning expert
                                 testimony of Dr. Brody (1.0); meet
                                 with R. Aten concerning various
                                 studies/articles authored by Dr.
                                 Brody (1.0); examine/analyze
                                 studies cited/relied upon by Dr.
                                 Brody in expert report (4.0);
                                 prepare deposition examination
                                 materials to conduct deposition of
                                 Dr. Brody (3.0).

        04/10/07 Kunkel          Analyze prior transcript testimony  4.20
                                 of Dr. Brody in preparation for
                                 Dr. Brody's deposition.

        04/10/07 Rea             Trial preparation.                 8.40

        04/10/07 Restivo         Planning meeting (1.7); proposed   7.80
                                 order (0.8); correspondence with
                                 claimants' attorneys (0.6); begin
                                 preparing for P.D. claims trial
                                 scheduled for April 23-25 (4.7).

        04/11/07 Ament           Review and summarize expert report  3.20
                                 (.20); meet with J. Restivo re: PD
                                 claims (.20); begin compiling
                                 exhibits per J. Restivo request
                                 (2.0); continue revising orders
                                 for COC's (.30); various e-mails,
                                 telephone calls and meetings with
                                 team re: COC's and orders (.50).

        04/11/07 Aten            Review claims forms in preparation  6.80
                                 of hearing (3.4); continue to
                                 review, analyze and summarize
                                 materials in preparation for
                                 claimants' experts' depositions
                                 (3.4).

        04/11/07 Atkinson        Review files returned by D.          .20
                                 Cameron.

```
172573 W. R. Grace & Co.                    Invoice Number  1545550
60033  Claim Analysis Objection Resolution  Page  13
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 04/11/07 | Cameron | Attention to Product ID hearing exhibits (2.80); attention to Product ID witness disclosures (1.30); attention to Product ID trial brief (1.10); multiple calls regarding trial preparation (0.90); attention to list of claims for hearing and multiple e-mails regarding same (1.80); attention to opposition to motion in limine (0.70). | 8.60 |
| 04/11/07 | DiChiera | Analyze prior transcript testimony of Dr. Brody in preparation for Dr. Brody's deposition (4.2); compile Dr. Brody's reliance material in connection with articles in preparation for Dr.Brody's deposition (3.8). | 8.00 |
| 04/11/07 | Engel | Complete preparation for W. Ewing's deposition during travel to Atlanta for same. | 3.10 |
| 04/11/07 | Flatley | Voice-mail and reply to T. Rea (0.1); begin preparation for fact witness meetings and testimony for product identification hearing (7.3); drafting, revising and circulating witness disclosures (2.5); conference call with D. Cameron and R. Finke (0.4); e-mails from/to W. Sparks (0.2). | 10.50 |
| 04/11/07 | Gatewood | Prepare deposition examination materials to conduct expert deposition of Dr. Brody, including analysis of cited articles and prior testimony/admissions. | 9.50 |
| 04/11/07 | Rea | Trial preparation. | 3.60 |
| 04/11/07 | Restivo | Trial preparation. | 4.00 |
| 04/12/07 | Ament | Continue assisting team with PD claim issues and compiling exhibits (4.0); various e-mails, meetings and telephone calls re: same (1.0); begin drafting exhibit list for D. Cameron (1.0). | 6.00 |

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page  14
       & Estimation (Asbestos)
May 25, 2007


     Date    Name                                                Hours
     -------- -----------                                        -----


     04/12/07 Aten          Review claims files in preparation    5.50
                            for Product ID hearing (3.4);
                            continue to review, analyze and
                            summarize material in preparation
                            for depositions of claimants'
                            experts (2.1).


     04/12/07 Cameron       Preparation, review and revisions    10.30
                            to witness list, witness
                            disclosures, trial brief, list of
                            claims for trial (5.90); review
                            exhibits for use with expert
                            witness (1.70); multiple calls and
                            e-mails regarding same (0.60);
                            multiple e-mails with client and
                            Grace team regarding product ID
                            trial (1.40); meet with J. Restivo
                            regarding same (0.70).


     04/12/07 DiChiera      Compile exhibits and prepare depo     8.00
                            prep binders in connection with
                            preparation of Dr. Brody's
                            deposition (4.0); assist team with
                            PD claim issues and compiling
                            exhibits (3.6); various emails and
                            telephone calls re: same (.4).


     04/12/07 Dupee         Organize and compile exhibits per     2.50
                            R. Aten request (2.0); e-mails and
                            meetings re: same (.50).


     04/12/07 Engel         Prepare for (0.6) and take (7.7)      8.80
                            W. Ewing's deposition; discuss
                            postponement of J. Millette's
                            deposition with claimant's counsel
                            (0.5).


     04/12/07 Flatley       E-mails to/from R. Aten (0.2);        6.50
                            call with D. Cameron (0.2); call
                            with W. Sparks (0.4); revisions to
                            fact witness disclosures,
                            including conference call with
                            fact witnesses (4.8); follow-up on
                            document collection and other
                            issues with J. Restivo, D. Cameron
                            and R. Aten (0.9).

```
172573 W. R. Grace & Co.                        Invoice Number  1545550
60033  Claim Analysis Objection Resolution      Page  15
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/12/07 | Garlitz | Assist team with PD claim issues and compiling of exhibits (7.0); Various e-mails and telephone conferences regarding same (.5). | 7.50 |
| 04/12/07 | Gatewood | Prepare deposition examination materials to conduct expert deposition of claimaints' expert, Dr. Brody, including evaluation of studies/articles/reliance materials. | 10.00 |
| 04/12/07 | Rea | Trial preparation. | 6.70 |
| 04/12/07 | Restivo | Trial preparation. | 6.00 |
| 04/13/07 | Ament | Review and summarize expert report (.20); various e-mails, meetings and telephone calls re: claims and exhibits for PD trial (1.0); review claims and compile into exhibits (4.0); begin preparing hearing binders per Judge Fitzgerald's request (8.0). | 13.20 |
| 04/13/07 | Aten | Continue to review, read, analyze and summarize materials in preparation for depositions (2.5); continue to review claims files, documents for hearing, prepared binders (6.0). | 8.50 |
| 04/13/07 | Cameron | Continued preparation review and revisions to product ID hearing order of claims to be adjudicated, exhibit list, witness disclosure, witness list, and trial brief for filing (10.50); multiple e-mails regarding same (1.20); meet with J. Restivo regarding same (0.80); telephone call with R. Finke and expert regarding same (0.60); meet with S. Ament regarding same (0.70); meet with K&E regarding risk assessment issues (0.40); e-mails regarding same (0.20). | 14.40 |

```
172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page  16
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|

| 04/13/07 | DiChiera | Assist team with PD claim issues and compiling exhibits (8.50); various emails and telephone calls re: same (2.2); Dr. Brody depo prep (3.3); prepare library IDEX request for Dr. Hammar material in preparation of deposition (.6); telephone conference with Perkins Coie to verify conference room for Dr. Hammar's deposition (.4). | 15.00 |
| 04/13/07 | Engel | Leave voice message for D. Cameron re postponement of J. Millette's deposition. | .10 |
| 04/13/07 | Flatley | Work on trial brief (3.7); preparation for filings and witness testimony (5.2); meet with D. Cameron et al. regarding binders (0.6). | 9.50 |
| 04/13/07 | Garlitz | Assist team with PD claim issues and compiling of exhibits (13.0); Various e-mails and telephone conferences regarding same (.6). | 13.60 |
| 04/13/07 | Gatewood | Prepare to conduct deposition examination of Claimaints' expert, Dr. Brody (8.0); multiple communications with R. Aten and M. DiChiera concerning exhibits, epidemiological studies and deposition logistics (1.0). | 9.00 |
| 04/13/07 | Kunkel | Assist team with PD claim issues and compiling exhibits. | 2.40 |
| 04/13/07 | Rea | Preparation for trial. | .50 |
| 04/13/07 | Restivo | Prepare to file materials for product identification hearing. | 4.60 |
| 04/14/07 | Ament | Finalize hearing binders and courier seven binders to Judge Fitgzerald per request (4.0); various e-mails, conference calls and meetings with team re: same (1.0). | 5.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1545550
60033  Claim Analysis Objection Resolution      Page  17
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/14/07 | Cameron | Review indices and materials for court binder (0.9); multiple e-mails regarding same (0.8); review motion to extend deadlines (0.8); telephone call with J. Restivo regarding same (0.6). | 3.10 |
| 04/14/07 | DiChiera | Verify Dr. Brody's prior trial testimony excerpts as per request of C. Gatewood in preparation for Dr. Brody's deposition. | 1.70 |
| 04/14/07 | DiChiera | Assist team with PD claim issues and compiling exhibits. | 1.00 |
| 04/14/07 | Flatley | Review documents in preparation for witness meetings and 4/23 hearing (3.5); e-mails regarding scheduling and follow-up on documents (0.7). | 4.20 |
| 04/14/07 | Gatewood | Prepare to conduct deposition examination of claimant's expert, Dr. Brody, including drafting/revising deposition examination outline and analysis/comparison of Dr. Brody's reliance materials to other designated experts. | 8.50 |
| 04/14/07 | Restivo | Conference calls with Cameron (0.8); negotiations with Speights (1.7); telephone call with client (0.5); email parties (0.5). | 3.50 |
| 04/15/07 | Ament | Provide various documents to D. Cameron per request (.80); e-mails re: same (.20). | 1.00 |
| 04/15/07 | Cameron | Review materials for product ID hearing preparation (1.5); review materials filed by claimants (1.1); prepare summary regarding Anderson Memorial issues (0.8); review risk assessment materials and e-mail to client (0.9). | 4.30 |
| 04/15/07 | Flatley | E-mails and replies regarding documents review. | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page  18
       & Estimation (Asbestos)
May 25, 2007


     Date    Name                                              Hours
     -------- -----------                                      -----


     04/15/07 Gatewood        Prepare to conduct deposition      7.50
                              examination of plaintiffs' expert,
                              Dr. Brody and finalize examination
                              outline/exhibits.

     04/16/07 Ament           Review and summarize expert report  5.20
                              (.20); attend team status meeting
                              (1.0); review database and provide
                              various PD claims to team per
                              request (3.0); prepare spreadsheet
                              re: Speights claims and provide to
                              D. Cameron (.50); various e-mails
                              and meetings with team re: claims
                              (.50).

     04/16/07 Aten            Team meeting re: 4/23 hearing       7.80
                              (1.0); conference with L. Flatley
                              re: witness preparation for 4/23
                              hearing (.7); reviewed exhibits
                              served by claimants (4.2);
                              miscellaneous actions re:
                              preparation for hearing (1.9).

     04/16/07 Cameron         Prepare for (0.80) and attend team  8.90
                              strategy meeting (1.40); review
                              Canadian claim materials for
                              product ID objections and hearing
                              preparation (3.10); attention to
                              risk assessment issues (1.90);
                              multiple e-mails regarding
                              deposition scheduling (0.90);
                              attention to expert preparation
                              issues (0.80).

     04/16/07 DiChiera        Compile all Lemen reliance          7.70
                              articles in preparation for future
                              depositions in connection with Dr.
                              Lemen (6.2); telephone conference
                              with C. Gatewood regarding request
                              of deposition call in number for
                              Dr. Brody (.10); forward call-in
                              number to Motley Rice per request
                              of C. Gatewood (.10); review
                              Report Re: SAMUEL PITCHER HAMMAR,
                              MD in preparation of his
                              deposition on May 5, 2007 (.6);
                              email to C. Gatewood and R. Aten
                              regarding request of specific
                              transcripts needed for Dr. Hammar
                              in preparation for his deposition

```
172573 W. R. Grace & Co.                        Invoice Number  1545550
60033  Claim Analysis Objection Resolution      Page  19
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | (.2); review rough transcript of Dr. Brody (.50). | |
| 04/16/07 | Engel | Draft memorandum re W. Ewing's deposition. | .80 |
| 04/16/07 | Flatley | Hearing preparation (0.8); meet with R. Aten regarding documents review (0.6); preparation for 4/23-4/25 hearing on product ID (2.2); team meeting and follow-up on it (1.2); preparation for 4/23-4/25 hearing and 4/17 witness meetings (5.8). | 10.60 |
| 04/16/07 | Gatewood | Prepare to conduct deposition examination of claimant's expert, Dr. Hammar, including analysis and outline of reliance materials/scientific studies. | 8.50 |
| 04/16/07 | Muha | E-mail to J. Restivo re: use of expert witnesses on contingency fee. | .20 |
| 04/16/07 | Rea | Trial preparation. | 6.10 |
| 04/16/07 | Restivo | Trial preparation. | 6.50 |
| 04/17/07 | Ament | Review database and provide various PD claims to team (2.0); begin compiling objections to exhibits and declarations for hearing binders (1.0); various e-mails and meetings with team re: PID trial (.60); create hearing binders for trial (1.50). | 5.10 |
| 04/17/07 | Aten | Review documents and prepare objections to exhibits, prepare for serving/filing (3.3); read/analyze materials in preparation for deposition of claimants' experts (2.9). | 6.20 |
| 04/17/07 | Cameron | Additional trial preparation work regarding product ID issues (3.10); review deposition transcript of D. Pinchin regarding product ID issues for cross and | 10.70 |

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page   20
       & Estimation (Asbestos)
May 25, 2007


       Date    Name                                               Hours
       ------- -----------                                        -----
                           motion (1.80); review claimants'
                           supplemental filings (1.10);
                           review documents for objections
                           (0.90); multiple meetings and
                           calls regarding product ID issues
                           (1.20); review risk assessment
                           issues and calls with co-counsel
                           (2.10); attention to direct exam
                           outline (0.50).

       04/17/07 DiChiera   Compile all reliance articles and      6.00
                           compare against reference list in
                           Dr. Lemen's report per request of
                           R. Aten (4.0); prepare expert
                           report reliance material chart in
                           connection with Dr. Hammar (1.5);
                           confer with C. Gatewood regarding
                           the Dr. Brody deposition (.5).

       04/17/07 Engel      Review and respond to                   .60
                           correspondence re scheduling of J.
                           Millette's deposition.

       04/17/07 Flatley    Preparation for witness meetings      12.10
                           on trip to Philadelphia, including
                           reviewing claimants' trial briefs
                           (2.80); meetings with W. Sparks
                           and fact witnesses in Philadelphia
                           (7.00); follow up on meetings and
                           numerous e-mails and calls on
                           various issues (2.30).

       04/17/07 Gatewood   Continued prepartion for               8.00
                           deposition examination of
                           claimant's expert, Dr. Hammar,
                           including analysis and outline of
                           reliance materials/scientific
                           studies.

       04/17/07 Muha       Research re: payment of expert         1.70
                           witness on contingency basis.

       04/17/07 Rea        Trial preparation.                     6.30

       04/17/07 Restivo    Trial preparation work.                9.00

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page   21
       & Estimation (Asbestos)
May 25, 2007


        Date    Name                                              Hours
        ------- -----------                                       -----

     04/18/07 Ament        Continue reviewing database and         7.10
                           providing claims to team (2.0);
                           review claims received from
                           Perkins Coie re: Macerich (1.50);
                           e-mails, meetings and telephone
                           calls re: same (.50); meet with
                           team re: product ID issues (1.0);
                           continue preparation of
                           supplemental hearing binders re:
                           product ID trial and hand deliver
                           to Judge Fitzgerald (1.10);
                           various e-mails, telephone calls
                           and meetings re: trial preparation
                           (1.0).

     04/18/07 Aten         Team meeting re product ID hearing      4.50
                           (.8); reviewed materials in
                           preparation for deposition of
                           claimants' expert (2.5);
                           miscellaneous items re preparation
                           for product ID hearing (1.2).

     04/18/07 Cameron      Trial preparation for product ID        8.50
                           hearing (7.7); attention to risk
                           assessment issues (0.8).

     04/18/07 DiChiera     Compile material needed in              2.70
                           preparation of Dr. Hammar's
                           deposition (2.10); confirm
                           deposition location and court
                           reporter (.6).

     04/18/07 Engel        Prepare cross-examination outline       3.70
                           for T. Vander Wood.

     04/18/07 Flatley      Revisions to witness outlines for       9.50
                           4/23 hearing (2.10); meeting in
                           Philadelphia with W. Sparks and
                           fact witnesses (5.00); e-mails and
                           calls re: plans for 4/20 pretrial
                           conference (1.20); preparation for
                           4/23 hearing (1.2).

     04/18/07 Kunkel       Compile all reliance articles and       2.40
                           compare against reference list in
                           Dr. Lemen's report in preparation
                           for future depositions.

     04/18/07 Rea          Trial preparation.                      7.20

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page   22
       & Estimation (Asbestos)
May 25, 2007


    Date    Name                                                   Hours
   -------- -----------                                            -----

   04/18/07 Restivo         Trial preparation work.                9.60

   04/19/07 Ament           Various e-mails, meetings and          9.00
                            telephone calls re: product ID
                            trial (1.50); assist team with
                            trial preparation (5.50); prepare
                            additional hearing binders and
                            hand deliver to Judge Fitzgerald
                            per request (1.0); begin compiling
                            exhibits for hearing binder
                            relating to remaining claims to be
                            tried (1.0).

   04/19/07 Aten            Continue to prepare for product ID     5.20
                            hearing.

   04/19/07 Cameron         Prepare for (0.8) and attend           9.90
                            pretrial conference (1.1);
                            multiple meetings with J. Restivo
                            and T. Rea regarding product ID
                            issues (1.2); Trial preparation
                            for 4/23-25/07 hearing (3.9);
                            attention to Rich Lee materials
                            (1.5); attention to MSN assessment
                            issues (0.8); multiple telephone
                            calls with R. Finke regarding
                            product ID issues (0.6).

   04/19/07 DiChiera        Analyze prior transcript testimony     3.50
                            of Dr. Hammar in preparation for
                            Dr. Hammar's deposition.

   04/19/07 Engel           Complete outline for T. Vander         3.10
                            Wood.

   04/19/07 Flatley         Review various case materials         12.50
                            after Philadelphia trip (.50);
                            preparation for pretrial
                            conference (1.40); with R. Aten
                            re: status and exhibits (.80); at
                            pretrial conference and follow-up
                            on it (1.70); call with W. Sparks
                            (0.30); call with R. Senftleben
                            (.30); follow-up with R. Aten and
                            others re: trial preparation
                            (.70); preparing witness outlines
                            and exhibits for 4/23 hearing
                            (6.80).

```
172573 W. R. Grace & Co.                    Invoice Number  1545550
60033  Claim Analysis Objection Resolution  Page   23
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/19/07 | Garlitz | Assist team with trial preparation (.4); various meetings and e-mails regarding same (.3). | .70 |
| 04/19/07 | Kunkel | Compile all reliance articles and compare against reference list in Dr. Lemen's report in preparation for future depositions in connection with Dr. Lemen as per request of R. Aten. | .60 |
| 04/19/07 | Rea | Trial preparation. | 8.70 |
| 04/19/07 | Restivo | Prepare for and attend Status Conference (5.0); negotiations (1.0); trial preparation (3.5). | 9.50 |
| 04/20/07 | Ament | Continue assisting team with trial preparation (5.50); continue compiling exhibits for hearing binders re: remaining claims to be tried (1.0); e-mails, meetings and telephone calls re: product ID trial (.50). | 7.00 |
| 04/20/07 | Aten | Continue to prepare for product ID hearing. | 6.80 |
| 04/20/07 | Cameron | Prepare for (1.3) and meet with expert witness regarding preparation for hearing (2.7); multiple calls and e-mails with claimants' counsel regarding open issues for hearing (1.2); trial preparation (3.8); meet with J. Restivo, T. Rea and L. Flatley on various issues regarding trial preparation (1.9); telephone call with R. Finke regarding same (0.4); attention to risk assessment materials (0.8). | 12.10 |
| 04/20/07 | Flatley | Preparation for 4/23 hearing (1.40); meeting with J. Restivo and D. Cameron and follow up (.80); preparation for 4/23 hearing including witness outline, exhibits preparation, etc. (8.90) | 11.10 |

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page  24
       & Estimation (Asbestos)
May 25, 2007


| Date | Name | | Hours |
|------|------|--|-------|
| 04/20/07 | Garlitz | Continue assisting team with trial preparation re: product ID. | 4.00 |
| 04/20/07 | Rea | Trial preparation. | 6.40 |
| 04/20/07 | Restivo | Trial preparation, including meeting with Dr. Lee and telephone call with R. Beber. | 9.00 |
| 04/21/07 | Ament | Continue preparing updated hearing binders for product ID trial (2.30); e-mails and telephone calls re: same (.20). | 2.50 |
| 04/21/07 | Cameron | Trial preparation for 4/23 hearing (2.70); telephone call with J. Restivo regarding same (0.30); e-mails regarding same (0.90). | 3.90 |
| 04/21/07 | Flatley | Preparation for 4/23 hearing, including outline for oral argument and outline for possible fact witness cross-examination. | 3.20 |
| 04/21/07 | Restivo | Trial preparation, including meeting with R. Lee. | 3.30 |
| 04/22/07 | Ament | E-mails re: product ID issues. | .50 |
| 04/22/07 | Aten | Preparation for product ID trial. | 5.60 |
| 04/22/07 | Cameron | Trial preparation (3.2); prepare for and meet with expert witness (0.8); meet with J. Restivo regarding same (0.6); review risk assessment materials (0.9). | 5.50 |
| 04/22/07 | Flatley | E-mail and replies (.40); review and revise witness outline and argument outline (2.80); meeting with W. Sparks, R. Aten and witnesses (3.50); revising witness outlines and organizing (1.10). | 7.80 |
| 04/23/07 | Ament | Continue assisting team with preparation for product ID trial (2.50); attend trial and assist team (7.0). | 9.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  1545550
60033  Claim Analysis Objection Resolution      Page   25
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 04/23/07 | Aten | Preparation for trial (1.8); attendance at product ID trial before Judge Fitzgerald (7.2). | 9.00 |
| 04/23/07 | Atkinson | Review file and Records request re: product ID expert in connection with cross-examination at hearing. | .20 |
| 04/23/07 | Cameron | Prepare for (2.3) and attend product ID trial (8.1); meet with Grace team following hearing (0.9); prepare for day two of hearing (2.4). | 13.70 |
| 04/23/07 | DiChiera | Review prior transcripts of Dr. Hammar in preparation of deposition. | 5.70 |
| 04/23/07 | Flatley | Preparation for T. Egan testimony and argument about it (2.20); with T. Egan and W. Sparks re: testimony (.20); at court for hearing before Judge Fitzgerald (3.50); with T. Egan and W. Sparks during lunch break (1.00); at court for hearing before Judge Fitzgerald (4.20); team meeting and catching up (.80); call with A. Kearse and follow-up (.30) | 12.20 |
| 04/23/07 | Gatewood | Prepare to conduct deposition of claimants' expert, Dr. Hammar including analysis/evaluation of studies cited/relied upon by expert. | 9.00 |
| 04/23/07 | Rea | Product identification trial. | 10.90 |
| 04/23/07 | Restivo | Prepare for, attend and follow-up on issues for property damage trial. | 10.50 |
| 04/24/07 | Ament | Continue assisting team with trial preparation (3.0); attend trial and assist team in court (5.0). | 8.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1545550
60033  Claim Analysis Objection Resolution  Page   26
       & Estimation (Asbestos)
May 25, 2007


     Date    Name                                            Hours
     ------- -----------                                     -----

     04/24/07 Aten          Continue to read, analyze and    1.80
                            summarize materials in preparation
                            for deposition of claimants'
                            experts.

     04/24/07 Atkinson      Review file contents reports re:   .20
                            product ID expert, per D. Cameron
                            request.

     04/24/07 DiChiera      Analyze Dr. Hammar's report and   5.20
                            create working chart for his
                            1/2007 report in preparation for
                            his deposition.

     04/24/07 Flatley       Prepare for hearing (.90);        8.10
                            attending hearing before Judge
                            Fitzgerald at bankruptcy court
                            (5.50); follow-up on hearing,
                            including team meeting and
                            reorganizing (1.70).

     04/24/07 Garlitz       Assist team with trial preparation. .70

     04/24/07 Gatewood      Communicate with R. Aten and M.   9.50
                            DiChiera concerning prior
                            deposition/trial testimony of Dr.
                            Hammar (1.0); prepare to conduct
                            deposition of claimants' expert,
                            Dr. Hammar including
                            analysis/evaluation of studies
                            cited/relied upon by expert (8.5).

     04/24/07 Kunkel        Compile all reliance articles and 2.20
                            compare against reference list in
                            Dr. Lemen's report in preparation
                            for future depositions in
                            connection with Dr. Lemen as per
                            request of R. Aten.

     04/24/07 Rea           Attend product identification     8.80
                            hearing and follow up.

     04/24/07 Restivo       Prepare for, attend and follow-up 10.00
                            on issues for property damage
                            trial.
```

```
172573 W. R. Grace & Co.                    Invoice Number  1545550
60033  Claim Analysis Objection Resolution  Page   27
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/25/07 | Ament | Continue assisting team with trial preparation (2.0); various e-mails, telephone calls and meetings re: product ID issues (.50); e-mails and telephone calls with R. Baker re: orders relating to omnibus objections (.20); draft notice and order re: statute of limitations and lack of hazard issues (.30); e-mails and meet with T. Rea re: same (.20); e-mails re: agenda (.20). | 3.40 |
| 04/25/07 | Aten | Miscellaneous action re expert reports (2.0); continue to read, analyze, summarize materials in preparation for deposition of claimants' experts (4.9). | 6.90 |
| 04/25/07 | Cameron | Prepare for (0.9) and attend argument relating to product ID objections (1.2); follow-up e-mails and calls regarding same (0.9); revise risk assessment report (1.3); telephone call with R. Finke regarding same (0.5); review draft reply to motion regarding claims supplementation and telephone call regarding same (0.5). | 5.30 |
| 04/25/07 | DiChiera | Analyze Dr. Hammar's report and create working chart for his 9/2006 report in preparation for his deposition (4.9); analyze prior deposition and trial testimony chart attached to Dr. Hammar's CV and create chart per request of R. Aten in preparation of Dr. Hammar's deposition (1.3). | 6.20 |
| 04/25/07 | Flatley | E-mails and replies (.30); review expert witness materials and otherwise prepare for conference call (1.00); call with R. Sentfleben (.30); call with T. Egan (.30); call with W. Sparks (.20); conference call on medical expert issues and follow-up on call (1.50); e-mails and replies | 5.70 |

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page   28
       & Estimation (Asbestos)
May 25, 2007


      Date    Name                                             Hours
      -------- -----------                                     -----
                              and other follow-up on medical
                              issues call (2.10).

      04/25/07 Garlitz        Various e-mails regarding June       .30
                              trial preparation.

      04/25/07 Gatewood       Prepare to conduct deposition of   10.00
                              claimants' expert, Dr. Hammar
                              including analysis/evaluation of
                              studies cited/relied upon by
                              expert (7.5); communicate
                              (multiple) with R. Aten and with
                              M. DiChiera concerning exhibits
                              and supporting reliance materials
                              for use at deposition of Dr.
                              Hammar (1.0); drafting examination
                              outline/materials (1.5).

      04/25/07 Rea            Attention to property damage        3.40
                              claims.

      04/25/07 Restivo        Preparation for and argument re:    7.00
                              waiver (5.0); correspondence,
                              emails and telephone calls re:
                              reply to response to claim
                              supplementation (1.0);
                              correspondence and emails re:
                              remaining P.D. claims (1.0).

      04/26/07 Ament          Review database and provide         3.00
                              various Canadian claims to team
                              per request (2.50); e-mails and
                              meetings re: product ID issues
                              (.50).

      04/26/07 Aten           Conference with L. Flatley re       7.30
                              miscellaneous medical expert
                              matters (.5); continue to read,
                              review, analyze and summarize
                              materials in preparation for
                              deposition of claimants' medical
                              experts (6.8).

      04/26/07 Cameron        Review claims files for amended     6.10
                              objections (1.10); meet with J.
                              Restivo and T. Rea regarding same
                              (1.30); multiple e-mails regarding
                              same (0.80); review final risk
                              assessment reports (1.10); e-mails
                              and telephone calls regarding same

```
172573 W. R. Grace & Co.                        Invoice Number  1545550
60033  Claim Analysis Objection Resolution      Page   29
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | (0.40); attention to Canadian statute of limitations issues (0.80); review bulk sample data regarding L. Flatley inquiry (0.60). | |
| 04/26/07 | DiChiera | Prepare working binder of material needed in preparation of Dr. Hammar's deposition per C. Gatewood's request (4.2); compile exhibits needed for Dr. Hammar's deposition (1.5). | 5.70 |
| 04/26/07 | Dupee | Review prior transcripts of expert and flag key excerpts in preparation of deposition. | 2.00 |
| 04/26/07 | Flatley | E-mails and replies (.40); review materials for expert witnesses (2.90) | 3.30 |
| 04/26/07 | Gatewood | Prepare to conduct deposition of claimants' expert, Dr. Hammar including analysis/evaluation of studies cited/relied upon by expert (5.0); drafting examination materials for use at deposition of Dr. Hammar (3.5). | 8.50 |
| 04/26/07 | Kunkel | Compile all reliance articles and compare against reference list in Dr. Lemen's report in preparation for future depositions in connection with Dr. Lemen as per request of R. Aten. | 1.10 |
| 04/26/07 | Rea | Attention to property damage claims. | 7.10 |
| 04/26/07 | Restivo | Amendment of Objections (1.5); meeting with T. Rea and D. Cameron; emails (0.7); remaining claim list (3.0). | 5.20 |
| 04/26/07 | Sullivan | Review database and provide various claims to D. Cameron per request. | 1.00 |

172573  W. R. Grace & Co.                        Invoice Number  1545550
60033  Claim Analysis Objection Resolution       Page  30
       & Estimation (Asbestos)
May 25, 2007


      Date    Name                                                    Hours
    --------  -----------                                             -----


    04/27/07 Ament          Provide team with claims materials          .50
                            relating to product ID issues.

    04/27/07 Aten           Continue to read, analyze and              5.40
                            summarize materials in preparation
                            for deposition of claimants'
                            expert.

    04/27/07 Cameron        Attention to risk assessment               4.50
                            report issues (1.90); telephone
                            call with J. Restivo and T. Rea
                            regarding objections to S&R Claims
                            (0.70); review materials regarding
                            same (0.80); attention to
                            deposition scheduling issues
                            (0.70); review updated objections
                            (0.40).

    04/27/07 Dupee          Review prior transcripts of Dr.            4.60
                            Hammar and flag key excerpts in
                            preparation of deposition.

    04/27/07 Gatewood       Prepare to conduct deposition of           8.50
                            claimants' expert, Dr. Hammar
                            including analysis/evaluation of
                            studies cited/relied upon by
                            expert (4.0); drafting examination
                            materials for use at deposition of
                            Dr. Hammar (4.5).

    04/27/07 Kunkel         Analyze prior testimony of Dr.             3.60
                            Hammar in preparation for Dr.
                            Hammar deposition.

    04/27/07 Rea            Attention to property damage               2.90
                            claims.

    04/27/07 Restivo        Telephone conferences.                     1.00

    04/28/07 Cameron        E-mails regarding objections               2.10
                            (0.60); review objections and
                            underlying documents (0.80);
                            telephone call with consultant
                            regarding risk assessment report
                            and review final (0.70).

```
172573 W. R. Grace & Co.                    Invoice Number  1545550
60033  Claim Analysis Objection Resolution  Page  31
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/29/07 | Ament | Provide D. Cameron with various documents relating to product ID issues (.30); e-mails re: same (.20). | .50 |
| 04/29/07 | Aten | Review miscellaneous documents re expert reports. | .20 |
| 04/29/07 | Cameron | Review and revise draft updated objections (0.80); review Speights' Motions (0.90). | 1.70 |
| 04/29/07 | Gatewood | Preparing for deposition examination of claimant's expert, Dr. Hammar, including drafting/revising deposition examination materials and examination of reliance materials. | 5.00 |
| 04/30/07 | Ament | Provide team with various documents relating to product ID issues (.50); various e-mails re: same (.20); meet with team re: status (.90). | 1.60 |
| 04/30/07 | Aten | Team meeting re status of hearings (product ID, statute of limitations, hazard) (.8); continue to review and analyze materials re claimants' medical experts (3.0). | 3.80 |
| 04/30/07 | Cameron | Review of materials relating to updated objections and telephone call with T. Rea regarding same (.90); telephone call with J. Restivo regarding status update (.50); review Restivo summary (.60); review materials from risk assessment report and e-mails regarding same (.70). | 2.70 |
| 04/30/07 | DiChiera | Analyze prior key testimony of Dr. Hammar's transcripts and create working binder for C. Gatewood in preparation of Dr. Hammar's deposition. | 4.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page   32
       & Estimation (Asbestos)
May 25, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| 04/30/07 | Flatley | E-mails and replies (0.4); call with W. Sparks and follow-up regarding deposition notices (0.5); preparation for team meeting and reorganizing (0.6); team meeting and follow-up (0.9). | 2.40 |
| 04/30/07 | Gatewood | Prepare to conduct deposition of claimants' expert, Dr. Hammar including analysis/evaluation of studies cited/relied upon by expert (3.0); drafting examination materials for use at deposition of Dr. Hammar (6.0). | 9.00 |
| 04/30/07 | Rea | Attention to property damage claims. | 6.80 |
| 04/30/07 | Restivo | Planning meeting (1.5); prepare for Omnibus Hearing (1.5); telephone call and emails to client and K&E (1.5). | 4.50 |

```
                                                  ------
                                  TOTAL HOURS  1437.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 144.00 | at $ | 635.00 | = | 91,440.00 |
| Lawrence E. Flatley | 197.90 | at $ | 575.00 | = | 113,792.50 |
| Douglas E. Cameron | 220.70 | at $ | 570.00 | = | 125,799.00 |
| Traci Sands Rea | 141.10 | at $ | 400.00 | = | 56,440.00 |
| Brian T. Himmel | 0.20 | at $ | 400.00 | = | 80.00 |
| Harold J. Engel | 58.90 | at $ | 525.00 | = | 30,922.50 |
| Carol J. Gatewood | 196.30 | at $ | 385.00 | = | 75,575.50 |
| Andrew J. Muha | 1.90 | at $ | 350.00 | = | 665.00 |
| Rebecca E. Aten | 134.40 | at $ | 295.00 | = | 39,648.00 |
| Dustin Pickens | 6.40 | at $ | 310.00 | = | 1,984.00 |
| Maureen L. Atkinson | 1.80 | at $ | 190.00 | = | 342.00 |
| Deann L. Dupee | 27.60 | at $ | 115.00 | = | 3,174.00 |
| Elaine Hope DelVecchio | 7.50 | at $ | 160.00 | = | 1,200.00 |
| Maria E. DiChiera | 128.50 | at $ | 210.00 | = | 26,985.00 |
| Sharon A. Ament | 122.30 | at $ | 145.00 | = | 17,733.50 |
| Alice K. Kunkel | 20.10 | at $ | 185.00 | = | 3,718.50 |
| Margaret A. Garlitz | 26.80 | at $ | 185.00 | = | 4,958.00 |
| Linda Sullivan | 1.00 | at $ | 50.00 | = | 50.00 |

```
                      CURRENT FEES                          594,507.50
```

172573 W. R. Grace & Co.                          Invoice Number  1545550
60033  Claim Analysis Objection Resolution        Page   33
       & Estimation (Asbestos)
May 25, 2007


                                                    ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $594,507.50
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1545551
One Town Center Road                      Invoice Date        05/25/07
Boca Raton, FL    33486                   Client Number        172573



================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                          11,649.50
        Expenses                           0.00

                        TOTAL BALANCE DUE UPON RECEIPT      $11,649.50
                                                           =============

```
                        REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number    1545551
One Town Center Road                Invoice Date      05/25/07
Boca Raton, FL   33486              Client Number      172573
                                    Matter Number       60035


=============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2007

       Date   Name                                            Hours
     -------- -----------                                     -----

     04/02/07 Taylor-Payne    E-mails from and to and discussion    2.50
                              with Ms. Sanner regarding status
                              of industry project (0.3); began
                              download of key governmental
                              records (2.2)

     04/03/07 Klapper         Review other industry chapters        2.30
                              from industry text for discussion
                              with P. Sanner.

     04/03/07 Taylor-Payne    Continued researching and             4.10
                              compiling repository of key
                              governmental records on industry
                              project.

     04/04/07 Taylor-Payne    Continued researching and             4.20
                              compiling repository of key
                              governmental records on industry
                              project.

     04/05/07 Taylor-Payne    Continued researching and             5.20
                              compiling repository of key
                              governmental records on industry
                              project.

     04/06/07 Taylor-Payne    Continued compiling repository of      .70
                              key governmental records re:
                              industry project.

     04/09/07 Taylor-Payne    Continued researching and             1.60
                              compiling key governmental records
                              re: industry project.
```

```
172573 W. R. Grace & Co.                    Invoice Number  1545551
60035  Grand Jury Investigation             Page    2
May 25, 2007
```

|   Date   | Name         |                                                                                            | Hours |
|----------|--------------|--------------------------------------------------------------------------------------------|-------|
| 04/11/07 | Taylor-Payne | Continued researching, downloading and compiling key governmental records re: industry project. | 4.80 |
| 04/17/07 | Taylor-Payne |                                                                                            | .30 |
| 04/18/07 | Sanner       | Review public comments outline and telephone conference with A. Klapper re project outline. | .50 |
| 04/18/07 | Taylor-Payne | Continued researching and compiling repository of key governmental records re: industry project. | 4.60 |
| 04/19/07 | Cameron      | Review materials relating to expert reports.                                               | .70 |
| 04/19/07 | Taylor-Payne | Continued researching and compiling repository of key governmental records re: industry project. | 6.00 |
| 04/20/07 | Taylor-Payne | Continued researching and compiling repository of key governmental records re: industry project. | 4.70 |
| 04/23/07 | Taylor-Payne | Continued researching, organizing, and compiling repository of key governmental records re: industry project. | 3.40 |
| 04/24/07 | Taylor-Payne | Continued researching, organizing, and compiling repository of key governmental records re: industry project. | 3.40 |
| 04/26/07 | Taylor-Payne | Continued researching, organizing, and compiling repository of key governmental records re: industry project. | 1.00 |
| 04/27/07 | Taylor-Payne | Continued researching, downloading, and compiling repository of key governmental records re: industry project. | 3.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1545551
60035  Grand Jury Investigation             Page    3
May 25, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 04/30/07 | Taylor-Payne | Continued researching, compiling, and organizing repository of key governmental records re: industry project. | 3.40 |

```
                                                              ------
                                          TOTAL HOURS          56.70
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|--|--|------|--|-------|
| Douglas E. Cameron | 0.70 | at | $ | 570.00 | = | 399.00 |
| Antony B. Klapper | 2.30 | at | $ | 520.00 | = | 1,196.00 |
| Margaret L. Sanner | 0.50 | at | $ | 425.00 | = | 212.50 |
| Jennifer L. Taylor-Payne | 53.20 | at | $ | 185.00 | = | 9,842.00 |

```
                        CURRENT FEES                          11,649.50


                                                            ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $11,649.50
                                                            ============
```