# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# APRIL 1, 2007 THROUGH
# APRIL 30, 2007

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

May 29, 2007

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC 20007--5135

File    WRG-AUS/JCP
Invoice number   68717

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

                Subtotal for FEES only: 04/30/07    $21,025.50
                Subtotal for COSTS only: 04/30/07       $747.92
                                                    -------------
     CURRENT PERIOD FEES AND COSTS: 04/30/07        $21,773.42
                                                    -------------


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 2

May 29, 2007

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number   68717

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 55.3 | 20,207.50 |
| CASE ADMINISTRATION | 0.7 | 98.00 |
| FEE/EMPLOYMENT APPLICATIONS | 3.8 | 720.00 |
| Subtotal for FEES only: 04/30/07 | 59.8 | $21,025.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 50.80 | 50.80 | 19,050.00 | 0.00 | 0.00 |
| 275.00 | MEC | 3.10 | 3.10 | 852.50 | 0.00 | 0.00 |
| 275.00 | JJF | 2.20 | 2.20 | 605.00 | 0.00 | 0.00 |
| 140.00 | CAH | 3.70 | 3.70 | 518.00 | 0.00 | 0.00 |
| Totals | | 59.80 | 59.80 | 21,025.50 | 0.00 | 0.00 |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 04/02/07 | Review of Certification of Counsel re: Order Allowing Debtors to File Reply in Support of Application to Employ Forman Perry (.1); review of Certification of Counsel re: Allowing Reply in Excess of 5 pages (.2); review of Notice of Deposition for Lewis Klar; review of Notice of Deposition for Gordon Spratt; review of miscellaneous pleadings and 4 Orders (.5); review of Anderson Memorial's Motion to Compel (.2); review of Certification of Counsel re: further Order re: X-Rays (.3); review of Debtors' Reply re: Application to Employ Forman Perry (.2); review of Certification of Counsel re: Royalty Claim of Circle Bar Ranch & review of Notice of Deposition for Frank Perch (.3); review of 12th Claim Settlement Notice (.2); review of Amended Agenda for 4/9/07 Hearing (.1); review of Order Adjourning 4/2/07 Oral argument before Judge Buckwalter (.1); court appearance re: 4/2/07 Hearing (4.1). | 6.30 | 2,362.50 | Li |
| WRG LITIGATION | JCP | 04/03/07 | Review of Amended Agenda for 4/3/07 Hearing (.1); e-mail from Debbie Felder (3x) re: filing Notices of Rust & EMC depositions (.1); review of Order re: employment of Forman Perry (.1); e-mail from Celeste A. Hartman re: same (.1); review of miscellaneous pleadings and 2 Orders (.1); review of Anderson Memorial's Amended Motion to Compel (.1); review of Agenda for 4/9/07 Hearing (.1); e-mail from counsel for Personal Injury Commission re: rescheduling 4 depositions (.1); review of Debtors' Responses to McMaster University's 2nd Set of Interrogatories and Request for Production (.1). | 0.90 | 337.50 | |
| WRG LITIGATION | JCP | 04/04/07 | Review of Anderson Memorial's Amended Motion to Compel; review of Debtors' Motion re: Non-Compliance with X-Ray Order; review of Debtors' Emergency Motion to Quash Speights and Runyan's Notice of Deposition Dr. Arthur Langer. | 0.30 | 112.50 | |
| WRG LITIGATION | JCP | 04/05/07 | Review of Debtors' Emergency Motion re: Additional 2 days to Respond to Consulting Expert Motions (.2); e-mail from Debbie Felder re: filing Notices of Rust and BCM deposition Notices (.2); review of ZAI Claimants' Motion for Reconsideration of 3/26/07 Order with Attachments; e-mail from Rose Meade with enclosure (.2); review of Certificate of Service and 2 Notices of 30(b)(6) depositions (.1); conference with Celeste A. Hartman re: filing same (.1). | 0.80 | 300.00 | |
| WRG LITIGATION | JCP | 04/06/07 | Review of Debtors' Responses to Anderson Memorial's Interrogatories (.3); review of Libby Claimants' Request for Productions (4) to Debtors, Maryland Casualty, Continental Casualty & Royal Indemnity (.1); review of proposed Order granting Libby Claimants' Motion to Reschedule Debtors' Motion to Expand Preliminary Injunction to Include BNSF (.1); review of Early Ludwick's Motion for Protective Order (.2); review of miscellaneous pleadings and Order (.1); review of Certification of Counsel re: | 1.20 | 450.00 | |

WRG-AUS

LEGALMASTER MRC For Transactions
-Fees-

05/29/07  Page 3

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 04/07/07 | Review of Agenda for 4/13/07 hearing; review of Continental Casualty's Objection to Libby Claimants' Emergency Motion for Expedited Discovery (.3); review of Motley Rice's Motion to Strike and Opposition to Debtors' Motion to Compel Compliance with Supplemental Order re: Responding to Personal Injury Questionnaire (.2); review of Anderson Memorial's Motion for Expedited Consideration and to Shorten Notice re: Motion to Strike Supplemental Affidavit of Graeme Mew (.2); review of Anderson Memorial's Notice of Motion, Motion, proposed Order & Memo in Support re: striking Supplemental Affidavit of Graeme Mew (.2); memorandum to Joseph J. Farnan, III re: covering 4/13/07 Hearing (.4); memorandum to paralegal re: registering with Court Call for 4/13/07 Hearing (.1); review of Debtors' Response to Certain Law Firms' Motion to Stay Compliance with Consulting Expert Orders (.2); review of Debtors' Response to Certain Law Firms' Motion to Extend Time to File Appeal re: Consulting Expert Order (.1); review of Cooney & Conway's Opposition to Debtors' Motion to Compel (.1); review of 4/6/07 Order re: Telephone Hearing on Debtors' Emergency Motion to Quash Deposition of Dr. Langer (.1); review of New York's Response to 22nd Omnibus Objection (.2); review of Stutzman, Bromberg, Esserman Response to Debtors' Motion to Compel Compliance with Supplemental Personal Injury Questionnaire Order (.2); review of Personal Injury Commission's Objection to Debtors' Motion to Compel (.2); review of Debtors' Emergency Motion for order re: Amending Property Damage Claims (.2); review of Debtors'; Motion to Shorter re: Emergency Motion re: Amending Property Damage Claims (.2). | 2.90 | 1,087.50 | |
| LITIGATION | JCP | 04/09/07 | Attendance at (by phone) 4/9/07 Summary Judgment oral arguments re: various Property Damage claims (2.1); e-mail from Debbie Felder with enclosure (.1); review of and execute Notice of Certification of Counsel re: Further Rescheduled deposition of David Siegel (.1); e-mail to and e-mail from local counsel for PI Commission (.1). | 2.40 | 900.00 | |
| LITIGATION | JCP | 04/11/07 | Review of Joinder and Response of Personal Injury Committee to Libby Claimants' Emergency Motions to Reschedule and Allow Discovery re: Debtors' Motion to Expand Preliminary Injunction (.2); review of Certification of Counsel re: Order Disallowing Nine Property Damage Claims (Not Debtors' Products)(.1); review of Certification of Counsel re: Order Disallowing Sonoma County's Property Damage Claim; review of Kennecott's Withdrawal of Claims (.1); review of Debtors' Objection to Anderson Memorial's Motion to Strike | 1.10 | 412.50 | |

WRG-AUS                                LEGALMASTER MIRC For Transactions                               05/29/07  Page 4
                                                      -Fees-

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 04/12/07 | Review of Certification of Counsel re: Order Disallowing Certain Claims of State of Montana (.1); review of Certification of Counsel re: Disallowing Nine Property Damage Claims Barred by Statute of Limitations (.1); letter from Humphreys & Assoc. with enclosure (.1); review of Humphreys & Assoc. Response to Debtors' Motion re: Noncompliance with X-Ray Order (.1); review of Royal Indemnity's Joinder in Objections to Libby Claimants' Emergency Motion for Discovery and Continuance (.1); review of Modified Amended Scheduling Order re: Property Damage Claims (.1); review of Certification of Counsel re: Stipulation and Order Expunging Property Damage Claims (.1); review of Persky & White's Objection to Debtors' Motion re: Noncompliance with X-Ray Order (.1); review of Order Scheduling Trial on Anderson Memorial's Motion for Class Certification (.1); review of BNSF's Response to Libby Claimants' Emergency Motions for Expedited Discovery and to Reschedule Debtors' Motion to Expand Preliminary Injunction (.1). | 1.00 | 375.00 | |
| LITIGATION | JCP | 04/13/07 | Review of Speights & Runyan's Final Designation of Exhibits for 4/23/07 Hearing (.1); review of Anderson Memorial's PreTrial Brief (.1); review of Property Damage Committee's Objection to Debtors' Motion to Shorten Notice of Debtors' Emergency Motion re: Amendment of Property Damage Claims (.1); review of Daggy Hall's Trial Brief (.1); review of Daggy Hall's Witness and Exhibit List (.1); review of Motley Rice's Reply to Debtors' Opposition to Motion in Limine to Exclude Dr. Lee (.1); review of Speights & Runyan's Response to Debtors' Emergency Motion to Quash Langer Deposition (.1); review of Wise & Julian's Supplemental Response to Order re: X-ray Evidence (.1); review of Waters & Kraus Response to Debtors' Motion re: Noncompliance with X-ray Order (.1); review of Orders Denying Libby Claimants' Emergency Motions to Reschedule Debtors' Motion to Expand Preliminary Injunction and Motion for Expedited Discovery (.1); review of Personal Injury Committee's Opposition to Debtors' Motion to Amend Complaint (.1); review of Debtors' Opposition to Motley Rice's Motion in limine to Exclude Testimoy of Dr. Richard Lee (.2). | 1.40 | 525.00 | |

Supplemental Declaration of Graeme Mew (.1); review of MMWR Firms' Memo in Opposition to Debtors' Motion to Compel re: X-Ray Order (.1); review of Order Amending Order re: Amended Certification of No Objection for Estimation of Personal Injury Liabilities (.1); review of Order Granting Anderson Memorial's Motion for Further Examination of Graeme Mew (.1); review of miscellaneous pleadings and Order (.1); review of Certification of Counsel re: Amended Scheduling Order for Adjudication of Property Damage Claims (.1); review of Amended Notice of Intention to Depose William Ewing (.1).

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/29/07   Page 5

| WRG | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 04/16/07 | Review of Debtors' Trial Brief for 4/23-25/07 Product Identification Hearing (.2); review of Debtors' Final List of Pre-Marked Exhibits for 4/23-25/07 Hearing (.3); review of Debtors' Expert Witness Disclosure for Richard Lee (.1); review of Debtors' List of Property Damage Claims to be Adjudicated at 4/23-25/07 Hearing (.1); review of Debtors' Disclosure for Cintani and Eagan (.1); review of Debtors' Damage Committee's Objection to Debtors' Motion to Shorten Time re: Motion for Order re: Amendment of Property Damage Claims (.2); review of Personal Injury Committee's Objection to Motion to Modify Retension of Lexecon (.2); review of Responses of BNSF to Debtors' Motion to Expand Preliminary Injunction and Motion to Further Amend Complaint (.2); review of Certification of Counsel re: Stipulation and Order Expunging Sutter Place Property Damage Claim (.1); review of BNSF's Response to Libby Claimants' Emergency Motion for Expedited Discovery (.2); review of Debtors' Objection to Motion to Compel Testimony and Document Production re: Grace's Pre-Petition Asbestos Liability Estimates (voluminous)(.3); review of Thorton & Naume's Opposition to Motion re: Noncompliance with X-ray Order (.2); review of Debtors' Response to ZAI Claimants' Motion for Discovery re: Grace's Conduct in Summary Judgment Proceedings (.1); review of Personal Injury Committee's Opposition to Debtors' Motion to Expand Preliminary Injunction to Include BNSF (.1); Terry G. Oliver Massachusetts' Response to Debtors' Objection to its claim (.1); review of California's Trial Memo re: Product Identification for 16 Claims (.1); review of California's Final Designation of Witnesses and exhibits (.1). | 2.70 | 1,012.50 | |
| WRG | LITIGATION | JCP | 04/17/07 | Review of California Motion for Expedite Consideration of Motion to Allow Witnesses to Testify By Phone (.2); review of Motion re: same (.1); review of two Orders Denying Libby Claimants' Motion to Reschedule Debtors' Motion to Expand Preliminary Injunction and Motion for Expedited Discovery (.1); review of Libby Claimants' Motion in Limine to Exclude (.2); review of Libby Claimants' Opposition to Debtors' Motion to Further Amend Complaint (.1); review of Libby Claimants' Opposition to Debtors' Motion to Expand the Preliminary Injunction to Include BNSF (voluminous)(.4); review of Response of Various Law Firms to Debtors' Motion re: Noncompliance with X-ray Order (.2); review of Debtors' Opposition to Motley Rice's Motin in limine to Exclude Richard Lee with exhibits (.2); review of 4/13/07 Opinion and Order Denying Montana's Motion for Relief from Stay; review of 4/13/07 Opinion and Order Denying Debtors' Motion to Expand Preliminary Injunction to Include Montana (.2). | 1.70 | 637.50 | |
| WRG | LITIGATION | JCP | 04/18/07 | Review of and execute two Notices of Rescheduled Depositions (Cintani and Egan) (.2); e-mail to local | 2.20 | 825.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/29/07 Page 6

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 04/19/07 | Review of Debtors' Subpoena to NIOSH (.1); review of Anderson Memorial's Final Designation of Exhibits for 4/23/07 Hearing (.2); review of Anderson Memorial's Motion Pretrial Brief (.1); review of miscellaneous pleadings to Extend Deadlines (.1); review of six Orders disallowing various claims (.1); review of Humphreys & Associates' Response to Debtors' Motion re: Noncompliance with X-Ray Order (.1); review of 4/9/07 Hearing transcript (voluminous)(.3); review of Stipulation re: McGarvey Claimants' X-rays (.2); review of Motley Rice's Reply to Debtors' Opposition to Motion in Limine to Exclude Richard Lee (.1); review of Certification of Counsel re: Vacating Order expunging nine property damage claims on basis of Statute of Limitations and proposed Order. | 1.40 | 525.00 | |
| WRG LITIGATION | JCP | 04/20/07 | Review of 4/19/07 Order Denying ZAI Claimants' Motion for Reargument; review of Libby Claimants' Response to Debtors' Motion re: Noncompliance with X-Ray Order; review of Order Vacating Order Expunging Nine Property Damage Claims; review of Order Allowing two California Witnesses to Testify by Phone; review of Order Striking Debtors' Motion to Compel. | 0.50 | 187.50 | |
| WRG LITIGATION | JCP | 04/21/07 | Review of Amended Notice of Deposition of Dr. Philip Lucas; review of miscellaneous pleadings and three Orders. | 0.30 | 112.50 | |
| WRG LITIGATION | JCP | 04/23/07 | Review of Amended Notice of Deposition of Dr. Lucas (.2); review of Notice of Rescheduled Hearing re: Reaud Morgan Claims; memorandum to file re: same (.2); calendar same | 5.90 | 2,212.50 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                        05/29/07  Page 7
                                                       -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 04/24/07 | Review of 4/13/07 Hearing Transcript (.5); review of Property Damage Committee's Objection to Debtors' Emergency Motion for Order Concerning Amendment of Property Damage Claims (.2); review of 4/19/07 Hearing Transcript (.5); review of Prudential's Joinder to Debtors' Emergency Motion (.1); Committee's Objection to Debtors' Emergency Motion (.1); review of Maryland Casualty's Reply in Support of Debtors' Motion to Expand Preliminary Injunction (.1); phone conference with Judge Fitzgerald and all counsel re: product I.D. trial for Property Damage Claims (2.3); e-mail from Debbie Felder with enclosure (.2); review of Future Claimants Representative's and Personal Injury Committee's Reply in Support of Motion to Compel Production of Grace's Pre-Petition Estimates of Personal Injury Liability (.3); e-mail from counsel for Personal Injury Committee re: same (.1); review of and revise revised Reply (.1); e-mail from and e-mail to local counsel re: revision to Reply; e-mail from and e-mail to Debbie Felder re: revision to Reply (.2); conference with Joseph J. Farnan, III re: covering 4/25/07 Hearing (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of Certificate of No Objection and proposed Order Authorizing the filing of three Exhibits Under Seal (.2); e-mail from Debbie Felder re: same; e-mail from counsel for Personal Injury Committee approving same (.2); e-mail to local counsel for Personal Injury Committee approving same (.2); e-mail from Debbie Felder re: Motion for Leave to File Four Exhibits Under Seal, Motion and proposed Order for Motion to review of Notice, Motion and proposed Order for Motion to File Four Exhibits Under Seal (.3); e-mail from counsel for Personal Injury Committee approving same (.2); e-mail to local counsel for Personal Injury Committee approving same (.2); e-mail from Debbie Felder re: Motion for Leave to File Reply; review of revised Reply in Support of Motion to Compel (.2); e-mail from counsel for Personal Injury Committee approving same (.1); e-mail to local counsel for Personal Injury Committee approving same (.1); execute two Notices and two Motions (.2); e-mail to local counsel for Personal Injury Committee forwarding same (.2); e-mail to and e-mail from local counsel for Personal Injury Committee (.1); e-mail from counsel for Personal Injury Committee re: Notice of Rescheduled Deposition of Zaremby with enclosure (.2); review of Notice of same (.2); conference with Celeste A. Hartman re: filing same (.2); e-mail from counsel for Personal Injury Committee re: no objection to Notice (.2); e-mail from local counsel for Personal Injury Committee with enclosure (.2); review of executed Notice (.1); execute Notice and deliver to Celeste A. Hartman for filing (.2); e-mail from Celeste A. Hartman re: filing same (.1); teleconference Judge Fitzgerald and all counsel re: Product I.D. Trial for Property Damage Claims (4.0). | 7.70 | 2,887.50 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                                    05/29/07  Page 8
                                                        -Fees-

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 04/25/07 | E-mail from local counsel for Personal Injury Committee re: filing two Notices and Motions (.2); e-mail from counsel for Personal Injury Committee re: Reply (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); e-mail from counsel for Personal Injury committee re: providing copies of all filings (.1); e-mail from local counsel for Personal Injury Committee re: same (.1); review of Debtors' Motion for Leave to File Reply in Support of Motion to Expand Preliminary Injunction to Including BNSF (.1); review of Debtors' Reply and Exhibits (3) (.1); review of Debtors' Motion to File Status Report re: Noncompliance with X-Ray Order (.1); review of Status Report (.1); review of Property Damage Committee's Objection to Debtors' Emergency Motion for Order re: Amendment of Property Damage Claims (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of exhibits to be filed under seal (.1). | 1.30 | 487.50 | WRG |
| LITIGATION | JCP | 04/26/07 | E-mail from Debbie Felder re: filing due on 4/26/07 (.1); review of Debtors' Subpoena to Congoleum (.1); e-mail from Debbie Felder with enclosure (.2); review of and revise draft Objection/Response to Debtors' Status Report re: Compliance with X-Ray order (.1); phone conference with local counsel for Personal Injury Committee re: same; phone conference with Debbie Felder re: same (.1); e-mail from local counsel for Personal Injury Committee re: same (.1); review of multiple emails from multiple emails from local counsel for Personal Injury Committee re: same (.4); review of revised Motion to File Under Seal, Objection/Response and proposed Order (.2); review of same (.1); review of revised Motion to File Under Seal, Objection/Response Under Seal (.2); review of proposed Order (.2); e-mail to local counsel for Personal Injury Committee re: revisions (.1); e-mail from Debbie Felder re: enclosure (.2); review of and revise further revised Objection/Response; e-mail from Debbie Felder approving same (.1); phone conference with local counsel for Personal Injury Committee re: revisions to and then approving same; e-mail to local counsel for Personal Injury Committee re: same (.1); e-mail from local counsel for Personal Injury Committee forwarding as filed copies of all documents (.2); e-mail to paralegal re: same (.1); e-mail from local counsel for Personal Injury Committee forwarding exhibit filed under seal (.2); review of same (.1); review of Order Expunging 3 Property Damage claims (.2); review of Notice of 5/2/07 Property Damage Claims Status Conference (.1); review of Certification of Counsel re: Order Dismissing Debtors' Emergency Motion to Quash Langer Deposition (.1); review of Agenda for 5/2/07 Hearing (.1); review of | 3.80 | 1,425.00 | WRG |

LEGALMASTER MIRC For Transactions
-Fees-

05/29/07  Page 9

WRG-AUS

| Cl Code | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 04/27/07 | Review of Maryland Casualty's Objection to Libby Claimants' Motion in Limine (.1). | 1.70 | 637.50 | |
| WRG | LITIGATION | JCP | 04/30/07 | Review of Continental Casualty's Omnibus Reply to Responses to Debtors' Motion to Expand Preliminary Injunction (.1); review of Continental Casualty's Motion for Leave to File Reply and proposed Order (.1); review of Order Striking Maryland Casualty's Reply (.1); review of Speights & Runyan's Motion to Alter 4/17/07 Order Expunging 71 Claims with Exhibits (.1); review of Debtors' Response to Early Ludwick's Motion for Protective Order re: subpoena issued by Grace (voluminous)(.3); review of Debtors' Motion for Expedited Consideration of same (.1); review of Certification of Counsel for Maryland Casualty re: service of 4/27/07 Order (.1); review of Maryland Casualty's Motion for Leave to File a Reply in Support of Debtors' Motion to Expand Injunction (.1); review of Maryland Casualty's Reply (.1); review of ZAI Notice of Deposition and subpoena and four Notices of Service all re: Class Action Issues (3)(.2); e-mail from Debbie Felder re: filing Notice of Deposition (.1); e-mail from local counsel for Personal | 2.50 | 937.50 | |

(Transaction description for 04/27/07 continued): Maryland Casualty's Objection to Libby Claimants' Motion in Limine (.1); review of Notice of 5/2/07 Status Conference re: Property Damage Claims (.1); review of Certificate of Counsel re: Order Dismissing Debtors' Emergency Motion to Quash the Notice of Deposition of Dr. Langer (.1); review of Order Denying Debtors' Motion for Leave to File a Status Report re: Noncompliance with X-Ray Order (.1); review of Montana's Motion to Shorten Notice of Motion to Reconsider (.1); review of Montana's Motion for Reconsideration of 4/16/07 Order Denying Motion to Expand Preliminary Injunction (.2); review of Debtors' Motion to Alter Court's Order Denying Motion to Expand Preliminary Injunction (.1); review of Notice of New Jersey's Notice of Motion to File Late Proof of Claim (.1); review of Brief in Support of same (.1); review of New Jersey's Proof of Claim (.1); review of proposed Order (.1); review of multiple Notices of Appeal re: rulings on Property Damage Claims; review of Order Modifying Stay to Permit Tax Court Litigation (.2); review of Order Expunging Certain Claims (.1); review of Certification of Counsel re: Order on Emergency Motion of Personal Injury Committee and Future Claimants Representative to Compel Completion of Navigable Database (.1); review of proposed Order (.1).

WRG-AUS                                      LEGALMASTER MIRC For Transactions                             05/29/07  Page 10
                                                          -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JJF | 04/13/07 | Attend (via telephone) motion hearing held in Pittsburgh. | 1.10 | 302.50 | WRG |
| LITIGATION | JJF | 04/25/07 | Participate (telephonically) in hearing held in Pittsburgh. | 1.10 | 302.50 | WRG |
| LITIGATION | JJF | | Injury Committee with enclosure (.1); review of revised Reply in Support of Motion to Compel (.1); review of 4/30/07 Modified Order Granting Leave to File Reply; e-mail from Ray Mullady approving same (.1); e-mail from and e-mail to local counsel for Personal Injury Committee re: signing same; execute revised Reply (.1); e-mail to local counsel for Personal Injury Committee forwarding executed Reply (.1); review of Notice of Withdrawal of Waters & Krause Document (.1). | 50.00 | 18,750.00 | WRG |
| LITIGATION | MEC | 04/13/07 | Attend (via telephone) Motion hearing help in Pittsburgh (1.1) ; review of notes for memorandum on call (1.6). | 2.80 | 770.00 | WRG |
| LITIGATION | MEC | 04/16/07 | Drafting memorandum on 4/13 hearing. | 0.30 | 82.50 | WRG |
| | | | | 3.10 | 852.50 | |
| | | | | 55.30 | 20,207.50 | |

WRG-AUS                                      LEGALMASTER MIRC For Transactions                              05/29/07    Page 11
                                                            -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/11/07 | Download and file Certificate of No Objection for Austern's December and January Fee Applications and Tower Perrin's February Fee Application. | 0.50 | 70.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/13/07 | Code pre-bills to comply with local rules. | 0.40 | 56.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/19/07 | Download and file Certificate of No Objection for Orrick Harrington's January Fee Application and Certificate of No Objection for Piper Jaffray's January Fee Application. | 0.40 | 56.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/19/07 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence's January Fee Application; scan file and serve Phillips, Goldman & Spence's February Fee Application. | 0.70 | 98.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/27/07 | Draft 34th Fee Application of Phillips, Goldman & Spence for March. | 0.70 | 98.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/27/07 | Scan file and serve March Fee Application for Phillips, Goldman & Spence. | 0.30 | 42.00 | |
| | | | | 3.00 | 420.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/19/07 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence's 32nd Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence's 33rd Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.50 | 187.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/27/07 | Review of, revise and execute PG&S' 34th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 112.50 | |
| | | | | 0.80 | 300.00 | |
| | | | | 3.80 | 720.00 | |
| | | | | 59.80 | 21,025.50 | |

% records printed.

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/29/07 Page 1

Sort Fields:
  Grouping code
  Client code
  Actual employee code
  Transaction date

(Paginate)

(Subtotals)

Range Fields:
  Client code      I WRG - WRG
  Invoice Number   I 68717 - 68717

| WRG Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd | Ca |
|---|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | CAH | 04/10/07 | Update 2002 mailing list. | 0.20 | 28.00 | | |
| | CAH | 04/16/07 | Merge original signatures into filed documents and update docket to complete same. | 0.50 | 70.00 | | |
| | | | | 0.70 | 98.00 | | |
| CASE ADMINISTRATION | | | | 0.70 | 98.00 | | |