# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# APRIL 1, 2007 THROUGH
# APRIL 30, 2007

Phillips, Goldman & Spence, P.A.

May 29, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   68717

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | | |
|---|---|---:|
| 04/01/07 | Federal Express | 33.05 |
| 04/01/07 | Long distance phone charges | 4.56 |
| 04/02/07 | Check No.: 33772 - John C. Phillips, Jr. - expense reimbursement (Court Call). | 220.00 |
| 04/07/07 | Photocopies | 68.50 |
| 04/09/07 | Facsimile | 4.00 |
| 04/10/07 | Postage | 5.31 |
| 04/25/07 | Check No.: 33998 - John C. Phillips, Jr. - parking reimbursement. | 9.00 |
| 04/25/07 | Check No.: 33998 - John C. Phillips, Jr. - parking reimbursement. | 13.00 |
| 04/25/07 | Check No.: 34007 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 04/30/07 | Check No.: 34062 - John C. Phillips, Jr. - expense reimbursement (Court Call). | 380.50 |

Subtotal for COSTS only: 04/30/07      $747.92