# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: January 23, 2007** |
|  | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

| | |
|---|---|
| Name of Applicant: | William D. Sullivan, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | October 1, 2006 through October 31, 2006 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 390.00 |
| Amount of Expenses Reimbursement: | $ 0.00 |

This is a: X monthly    _ quarterly  _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

Docket No. 14210
Date 1/3/2007

This is the third application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | | No objections served on counsel | No objections served on counsel |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 1.3 | $390.00 |
| TOTALS | | | | | 1.3 | $390.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 0.0 | $0.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 1.3 | $390.00 |
| TOTALS | 0.0 | $390.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Messenger Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage for fee applications | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $0.00 |

Dated: January 3, 2007
Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Telephone: (302) 428-8191
FAX: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 23, 2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006**

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

December 29, 2006
Invoice #    10072

**In Reference To:**    **W.R. Grace - ZAI Claimants**
**C.A.  01-01139 (JKF)**

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/5/2006 | WDS | Correspondence with Committee re: expert reports | 0.30 | 90.00 |
| 10/10/2006 | WDS | Telephone conversation with Canadian Counsel re: handling of Canadian ZAI claims | 0.30 | 90.00 |
| 10/16/2006 | WDS | Telephone conversation with counsel for Canadian ZAI claimants; review transcript re: status of ZAI claims | 0.50 | 150.00 |
| 10/23/2006 | WDS | Review agenda for hearing; no matters effecting ZAI Claimants | 0.20 | 60.00 |
| | | For professional services rendered | 1.30 | $390.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William  D Sullivan | 1.30 | 300.00 | $390.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 23, 2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

I, William D. Sullivan, do hereby verify the following with respect to the Application Of William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From October 1, 2006 Through October 31, 2006:

1.      I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted to appear before this Court.

2.      I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: January 3, 2007

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
FAX: (302) 428-8195

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Application of William D. Sullivan, LLC. for Compensation for Services*

*and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from October 1,*

*2006 through October 31, 2006* to be made this January 3, 2007 upon the parties identified on

the attached service list, in the manner indicated:


*January 3, 2007*                                        */s/ William D. Sullivan*
Date                                                            William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE  19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                    Chapter: 11 v                    Office: 1 (Delaware)
Judge: JKF                  Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 1/3/2007 at 10:44 AM
EST and filed on 1/3/2007
**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**      01-01139-JKF
**Document Number:** 14210

**Docket Text:**
Application for Compensation *for Services and Reimbursement of Expenses as ZAI Local Counsel for
the Interim Period from October 1, 2006 through October 31, 2006* Filed by William D. Sullivan, LLC.
Objections due by 1/23/2007. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace WDS Oct Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=1/3/2007] [FileNumber=5386394-0]

[408abf4494ad6a10c04dcf242fc531a4a0df3322de62a5ed9f173ef74c5094b7e06a0
0ebf198af557e52393ddae4d44e4e1500ee004a8f5c2f1dd7d40b57c7d3]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

Julie A. Ardoin    dlawless@murray-lawfirm.com

Jonathan David Berger    jdberger@bm.net

Neil Matthew Berger    neilberger@teamtogut.com,
dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                     )      Chapter 11
                                           )
W.R. Grace & Co., et al.,                  )      Case No. 01-01139 (JKF)
                                           )      (Jointly Administered)
                                           )
            Debtors.                       )      **Objection Deadline: January 23, 2007**
                                           )      **Hearing Date: TBD only if necessary**

## SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

Name of Applicant:                                    William D. Sullivan, LLC

Authorized to Provide Professional Services to:       Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                              November 1, 2006 through
                                                      November 30, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 3,330.00

Amount of Expenses Reimbursement:                     $ 329.52.00

This is a: $\underline{X}$ monthly    _ quarterly  _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the third application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.  The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/06 | 10/1/06-10/31/06 | $390.00 | $0.00 | pending | pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 11.1 | $3,330.00 |
| TOTALS | | | | | 11.1 | $3,330.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 9.6 | $2,880.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 1.5 | $450.00 |
| TOTALS | 0.0 | $3,330.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Messenger Service | $278.01 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage for fee applications | $51.51 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $0.00 |

Dated: January 3, 2007
     Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
FAX: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 23, 2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006**

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE 19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

December 29, 2006
Invoice #    10073

**In Reference To:**    **W.R. Grace - ZAI Claimants**
**C.A. 01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/3/2006 | WDS | Review docket; review miscellaneous filings and status of property damage issues | 0.80 | 240.00 |
|  | WDS | Prepare, file and serve Scott Law Group fee application (May and June, 2006) | 0.70 | 210.00 |
|  | WDS | Prepare, file and serve RPWB monthly fee applications (April through September, 2006) | 1.50 | 450.00 |
|  | WDS | Prepare and file monthly fee applications for W.D. Sullivan LLC (August, September 2006) | 1.80 | 540.00 |
| 11/6/2006 | WDS | Telephone conversation with W.H. Smith re: Quarterly Fee Applications; follow-up e-mail re: firm change information | 0.50 | 150.00 |
|  | WDS | Correspondence with RPWB re: Fee App info | 0.30 | 90.00 |
|  | WDS | Review, file and serve Scott Law Group April Fee App | 0.30 | 90.00 |
|  | WDS | Review, file and serve Scott Law Group Quarterly Fee Application | 0.70 | 210.00 |
| 11/7/2006 | WDS | Review, file and serve monthly Fee Apps for Scott Law Group (July through September, 2006) | 0.90 | 270.00 |
|  | WDS | Prepare Notice of Service for Scott Law Group Twenty-First Quarterly; serve Notice | 0.40 | 120.00 |
| 11/9/2006 | WDS | Review miscellaneous pleadings on motion to compel and motion to file under seal | 0.30 | 90.00 |
|  | WDS | Correspondence with S. Bossay re: submission of electronic version of Quarterly Fee Application | 0.40 | 120.00 |

ZAI Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/15/2006 | WDS | Review and revise Richardson Patrick Westbrook and Brickman 21st Quarterly Fee Application; prepare Notice of Service; file and serve | 0.70 | 210.00 |
| | WDS | Prepare Richardson Patrick Westbrook and Brickman monthly fee application for February and March 2006; correspondence with co-counsel re: same | 0.50 | 150.00 |
| 11/20/2006 | WDS | Review agenda for hearing; no matters affecting ZAI claim | 0.20 | 60.00 |
| 11/27/2006 | WDS | Review docket re: miscellaneous filings | 0.20 | 60.00 |
| 11/28/2006 | WDS | Review docket re: no objections to pending fee applications | 0.30 | 90.00 |
| 11/30/2006 | WDS | Review, revise and file all Certificates of No Objection for outstanding fee application | 0.60 | 180.00 |
| | | For professional services rendered | 11.10 | $3,330.00 |
| | | Additional Charges : | | |
| 11/15/2006 | | Copying and service charges for fee applications | | 278.01 |
| 11/30/2006 | | Postage for mail out of certificates of no objection | | 51.51 |
| | | Total additional charges | | $329.52 |
| | | Total amount of this bill | | $3,659.52 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 11.10 | 300.00 | $3,330.00 |

| P.O. Box 27 Wilmington, DE 19899 Billing Inquiries: (302) 658-9926 | CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE | *Parcels, Inc.* |
|---|---|---|---|---|---|---|
| | 891 | 7532 | 11/27/06 | 1,152.45 | 1 | |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | | CHARGES | TOTAL |
|---|---|---|---|---|---|---|
| 11/15/06 | 32541 | .10 | Reference:ZAI | CHARGE    : | 184.30 | |
| | | | PARCELS' COPY CENTER               WILLIAM D. SULLIVAN, ESQ | POST. CHRG: | 58.62 | |
| | | | 105 WEST 7TH STREET               4 EAST 8TH STREET | 9.5 X 12.5: | 12.09 | |
| | | | WILMINGTON       DE               WILMINGTON       DE 19801 | MISC. CHRG: | 23.00 | 278.01 |
| | | | Caller: WILLIAM SULLIVAN | | | |
| | | | JOB DETAIL: SERVICE MSC FEE IS FOR LABOR TO CUT AND PASTE AND SHEET LABELS | | | |

| | | | | | INVOICE TOTAL ▶ | 278.01 |

## INVOICE PAYMENT DUE UPON RECEIPT

A late penalty **FINANCE CHARGE** OF 1 ½% per month (**18% APR**) shall be payable on all past due amounts.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 23, 2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

**VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006**

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From November 1, 2006 Through

November 30, 2006:

1.      I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.      I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: January 3, 2007

_____
William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Telephone: (302) 428-8191
FAX: (302) 428-8195

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Application of William D. Sullivan, LLC. for Compensation for Services*

*and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from November 1,*

*2006 through November 30, 2006* to be made this January 3, 2007 upon the parties identified on

the attached service list, in the manner indicated:

*January 3, 2007*                                   */s/ William D. Sullivan*
Date                                                    William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                     Chapter: 11 v               Office: 1 (Delaware)
Judge: JKF                   Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 1/3/2007 at 11:07 AM
EST and filed on 1/3/2007
**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**      01-01139-JKF
**Document Number:** 14211

**Docket Text:**
Application for Compensation *for Services and Reimbursement of Expenses as ZAI Local Counsel for
the Interim Period from November 1, 2006 through November 30, 2006* Filed by William D. Sullivan,
LLC. Objections due by 1/23/2007. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\SHARE\Scans\WR Grace WDS Nov Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=1/3/2007] [FileNumber=5386456-0]
[813686a1e2ad484da44f41d9f6c8f394c4b7822bcc3658004479826c4ff5adfdc77b7
f06bba6ee050f802dda6dcd84fc92a6ce1ff6ca3f465573306abac1b9a6]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

Julie A. Ardoin    dlawless@murray-lawfirm.com

Jonathan David Berger    jdberger@bm.net

Neil Matthew Berger    neilberger@teamtogut.com,
dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 2, 2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD <u>FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006</u>

Name of Applicant:                                       William D. Sullivan, LLC

Authorized to Provide Professional Services to:          Zonolite Attic Insulation Claimants

Date of Appointment:                                     July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                                 December 1, 2006 through
                                                         December 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                               $ 7,702.50

Amount of Expenses Reimbursement:                        $ 863.59

This is a:  X monthly   _ quarterly  _ final application

Prior Application filed:  Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

Docket No. 14822
Date 3/12/2007

This is the third application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 17.8 | $5,340.00 |
| Elihu E. Allinson | Associate | 10 | Bankruptcy | $225.00 | 10.5 | $2,362.50 |
| TOTALS | | | | | 28.30 | $7,702.50 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 2.7 | $810.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 25.6 | $6,892.50 |
| TOTALS | 28.3 | $7,702.50 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Messenger Service | $791.59 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage for fee applications | $72.00 |

| | |
|---|---:|
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $863.59 |

Dated: March 12, 2007
     Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 2, 2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006</u>**

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE 19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

February 26, 2007
Invoice #    10084

**In Reference To:**     **W.R. Grace - ZAI Claimants**
**C.A. 01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/4/2006 | WDS | Review agenda for hearing on motions to compel against various P.I. claimants | 0.20 | 60.00 |
| 12/14/2006 | WDS | Review agenda for December 18 hearing | 0.20 | 60.00 |
|  | WDS | Review fee auditor summary; review proposed order on 21st Quarterly Fee Application; all ZAI firm fees approved | 0.40 | 120.00 |
| 12/15/2006 | WDS | Review Memorandum Opinion on ZAI motions | 1.80 | 540.00 |
| 12/18/2006 | WDS | Telephonic attendance at hearing, fee applications approved | 1.80 | 540.00 |
| 12/19/2006 | WDS | Telephone conversation with co-counsel re: appeal issues, schedule; review Local Rules; forward mediation information to co-counsel | 1.10 | 330.00 |
| 12/20/2006 | WDS | Review docket, review identification of persons needed for notice of appeal; e-mail to co-counsel re: form notice | 0.70 | 210.00 |
|  | WDS | Review, revise and file Scott Law Group 22nd Quarterly Fee Application and Notice of Filing | 0.50 | 150.00 |
|  | WDS | Review notice of appeal; correspondence with E. Westbrook re: revisions; review applicable rules | 0.60 | 180.00 |
| 12/21/2006 | EEA | Review appeal procedures; draft timeline memo; review notice of appeal and comment; review motion for leave to appeal and comment; discuss mandatory mediation with District Court Clerk's Office | 5.00 | 1,125.00 |
|  | WDS | Review and forward draft motion for leave to appeal to co-counsel | 0.60 | 180.00 |
|  | WDS | Review and revise draft notice of appeal; correspondence with co-counsel re: same | 1.50 | 450.00 |

ZAI Claimants                                                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/21/2006 | WDS | Review appellate and local rules; review and revise memo on timing and deadlines; e-mail co-counsel re: same | 1.80 | 540.00 |
|  | WDS | Prepare certificate of service for notice parties | 0.30 | 90.00 |
|  | WDS | Correspondence with Court and Judge Fitzgerald re: Notice of Appeal; follow-up with co-counsel | 0.50 | 150.00 |
| 12/22/2006 | EEA | Telephone message for Clerk's Office re: mandatory mediation of appeals and discuss with W. Sullivan | 0.25 | 56.25 |
|  | EEA | Review and comment on Motion for Leave to Appeal | 0.50 | 112.50 |
|  | WDS | Review and revise motion for leave to appeal; correspondence with co-counsel re: same (multiple revisions) | 2.50 | 750.00 |
|  | WDS | Review designation of record | 0.30 | 90.00 |
|  | WDS | Review exhibits for motion; review filing procedures and applicable rule | 0.70 | 210.00 |
| 12/27/2006 | EEA | Telephone call from Rob Turkowitz re: designation | 0.10 | 22.50 |
|  | EEA | E-mail from Rob Turkowitz re: proofs of claim | 0.10 | 22.50 |
|  | EEA | Review Rob Turkowitz's comments re: designation with W. Sullivan; telephone message to Rust Consulting and co-counsel | 0.75 | 168.75 |
|  | EEA | Review e-mail (x2) from Rob Turkowitz re: proofs of claim | 0.10 | 22.50 |
|  | WDS | Review designation; telephone conversation with Rust Consulting; conference with co-counsel; review docket and prepare revisions | 1.20 | 360.00 |
| 12/28/2006 | WDS | Telephone conversation with counsel for Futures Representative re: appeal before Judge Buckwalter | 0.30 | 90.00 |
|  | EEA | Review W. Sullivan e-mail discussion with co-counsel re: designation proofs of claim | 0.10 | 22.50 |
|  | EEA | Coordinate changes to designation; review and revise | 0.50 | 112.50 |
|  | EEA | E-mail co-counsel with designation as revised | 0.30 | 67.50 |
| 12/29/2006 | WDS | Review motion to extend time to respond to motion for leave; calendar response deadlines | 0.30 | 90.00 |
|  | WDS | Conference with co-counsel; further revisions to designation | 0.50 | 150.00 |
|  | EEA | Coordinate additional revisions to designation with co-counsel and W. Sullivan | 2.70 | 607.50 |
|  | EEA | Telephone call from Rob Turkewitz re: designation | 0.10 | 22.50 |
|  | | For professional services rendered | 28.30 | $7,702.50 |

ZAI Claimants                                                                                      Page    3

Additional Charges :

|  |  | Amount |
|---|---|---|
| 12/21/2006 | Postage | 72.00 |
|  | Copying and Service by Vendor:  Service of Notice of Filing of Scott Law Group 22nd Quarterly | 387.79 |
|  | Service of Scott Law Group 22nd Quarterly Fee Application | 337.20 |
| 12/22/2006 | Copying and Service by Vendor:  Service of Notice and Motion for Leave to Appeal | 66.60 |
|  | Total additional charges | $863.59 |
|  | Total amount of this bill | $8,566.09 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 17.80 | 300.00 | $5,340.00 |
| Zeke Allinson | 10.50 | 225.00 | $2,362.50 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 2, 2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

I, William D. Sullivan, do hereby verify the following with respect to the Application Of William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From December 1, 2006 Through December 31, 2006:

1.      I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted to appear before this Court.

2.      I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: March 12, 2007

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Application of William D. Sullivan, LLC. for Compensation for Services*

*and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from December 1,*

*2006 through December 31, 2006* to be made this March 12 2007 upon the parties identified on

the attached service list, in the manner indicated:


*March 12, 2007*                                    */s/ William D. Sullivan*
Date                                                      William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE  19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (Delaware) |
| Judge: JKF | Assets: y | |

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 3/12/2007 at 11:10 AM EDT and filed on 3/12/2007

**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**      01-01139-JKF
**Document Number:** 14822

**Docket Text:**
Application for Compensation *Summary of the Application for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from December 1, 2006 through Decmeber 31, 2006* Filed by William D. Sullivan, LLC. Objections due by 4/2/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\WDS\Dec 06 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/12/2007] [FileNumber=5519330-0]
[281578d36c6554c1d2f2ba70f4248429706f53691b9cefba047d7001b095d7325202
118d5c835f0f6db1f189a09d197aa14a48c9af5b24aa5c6d55b50ac91856]]
**Document description:**Certificate of Service
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\WDS\Dec 06 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/12/2007] [FileNumber=5519330-1]
[048d81f57d0375ff8955e3179cc18a944c106673a51652060b57ff1179ee2f86bfe1
d917b6651f85d658c5deb94223ceed000d725edb0a22c759e7ede7af2cd1]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com