# *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555       Fax: (302) 575-1714

WR Grace PD Committee

April 1, 2007 to April 30, 2007

Invoice No. 23663

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 18.70 | 3,737.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.90 | 494.00 |
| B18 | Fee Applications, Others - | 4.20 | 460.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 32.70 | 8,327.50 |
| B25 | Fee Applications, Applicant - | 1.60 | 282.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.90 | 494.00 |
| B32 | Litigation and Litigation Consulting - | 16.40 | 4,008.00 |
| B33 | ZAI Science Trial | 1.60 | 416.00 |
| B36 | Plan and Disclosure Statement - | 0.40 | 104.00 |
| B37 | Hearings - | 22.60 | 5,876.00 |
| B40 | Employment Applications, Others - | 1.20 | 312.00 |
| B41 | Relief from Stay Litigation - | 1.10 | 286.00 |
| | Total | 104.30 | $24,796.50 |
| | Grand Total | 104.30 | $24,796.50 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 200.00 | 1.60 | 320.00 |
| Rick S. Miller | 250.00 | 2.70 | 675.00 |
| Steven G. Weiler | 175.00 | 2.90 | 507.50 |
| Theodore J. Tacconelli | 260.00 | 84.90 | 22,074.00 |
| Law Clerk | 100.00 | 1.20 | 120.00 |
| Legal Assistant - MH | 100.00 | 11.00 | 1,100.00 |
| Total | | 104.30 | $24,796.50 |

## DISBURSEMENT SUMMARY

Expense -                                                                   1,809.05

**Total Disbursements**                                              **$1,809.05**

| Invoice No. 23663 | Page 2 of 19 | | May 30, 2007 |
|---|---|---|---|
| Date | Description | Hours | Lawyer |
| Apr-01-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to extend time to file reply by R. Palazzo | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins Feb. Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review Certificate of Counsel re proposed order on debtors' motion for leave to file reply to Forman Perry retention application objections | 0.10 | TJT |
| | *Employment Applications, Others* - Review Certificate of Counsel re proposed order re debtors' motion to exceed page limitation in filing reply to objections to Forman Perry retention motion | 0.10 | TJT |
| | *Employment Applications, Others* - Review order granting debtors' motion for leave to file reply to Forman Perry retention application objections | 0.10 | TJT |
| | *Employment Applications, Others* - Review order granting debtors' motion to exceed page limitation in filing reply to objections to Forman Perry retention motion | 0.10 | TJT |
| | *Employment Applications, Others* - Review debtors' reply to oppositions to motion to hear Forman Perry retention motion on an emergency basis | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review designation of record in Baron and Budd appeal | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's notice of deposition of BMC Group with attachments including subpoena | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's notice of deposition of BMC Group with attachments including subpoena | 0.20 | TJT |
| | *Hearings* - Review matters on agenda for 4/2/07 hearing | 1.20 | TJT |
| Apr-02-07 | *Case Administration* - 4/2/07 hearing follow-up | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re expungement of PD claim by Toronto School District | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's motion to compel with attachment | 0.20 | TJT |
| | *Case Administration* - Review Certificate of Counsel re 22nd interim period Quarterly Fee Order and review same | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffery Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 12th notice of claims settlement with attachments | 0.20 | TJT |
| | *Case Administration* - Review Campbell Levine Feb. Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review debtors' motion for leave from ordinary course professional order re request to exceed cap for Socha Perzcak | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 4.50 | TJT |
| Apr-03-07 | *Fee Applications, Others* - Review HRA Feb., 2007 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Feb., 2007 fee application for filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review e-mail from N. Finch re noticing depositions for debtors' representatives | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 4/3/07 hearing | 0.10 | TJT |
| | *Hearings* - Review agenda for 4/9/07 hearing | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Hearings* - Review correspondence with J. Sakalo re 4/9/07 hearing coverage | 0.10 | TJT |
|  | *Hearings* - Prepare for 4/9/07 hearing | 0.10 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - download, review and revise HRA's Feb. Fee Application and notice, draft Certificate of Service re same | 0.50 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Feb. Fee Application | 0.50 | MH |
|  | *Fee Applications, Others* - download, review and revise Bilzin's Feb. Fee Application and notice, draft Certificate of Service re same | 0.50 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Feb. Fee Application | 0.50 | MH |
| Apr-04-07 | *Case Administration* - 4/2/07 hearing follow-up | 0.10 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order disallowing PD claim by Toronto School Board | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's amended motion to compel privilege log | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 3rd continuation order re 20th omnibus objection to claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by State of Georgia to 22nd omnibus objection to claims | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 21st omnibus objection to claims with attachment | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re ICI claims | 0.10 | TJT |
|  | *Case Administration* - Review debtors' monthly operating report for Feb. 03 (?) | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review order re extension of time motion by Angelos to respond to PI questionnaire | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Certificate of Counsel re proposed order re Circle Bar Ranch claim | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Libby Claimants' motion to reschedule hearing on debtors' motion to expand PI | 0.10 | TJT |
|  | *Case Administration* - Docket report on District, Appellate and Bankruptcy Court cases | 0.20 | LC |
| Apr-05-07 | *Case Administration* - attend committee teleconference | 0.40 | RSM |
|  | *Case Administration* - review JKF's chambers procedures | 0.10 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order expunging medical monitoring claim of J. Palazzo | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' request for production to Maryland Casualty Company | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' request for production to debtors re insurance policies | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' request for production to Royal Insurance Company | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re PD settlements | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re claims asserted by G1 Holdings | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order expunging Circle Bar Ranch royalty claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re claim asserted by Travelers | 0.10 | TJT |
| | *Case Administration* - Review debtors' notice of expedited hearing re preliminary injunction re 07-771 | 0.10 | TJT |
| | *Case Administration* - Review debtors' notice of motion re motion to compel noncompliance with x-ray order | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' emergency motion for two additional days to respond to papers re consulting expert | 0.10 | TJT |
| | *Hearings* - Teleconference with M. Hurford re results of 4/2 hearing | 0.30 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's March prebill | 0.70 | TJT |
| Apr-06-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' request for production to Continental Casualty Co. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' emergency motion to quash subpoena of Dr. Langer with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' response and objection to Anderson Memorial Hospital's interrogatories | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' emergency motion for expedited discovery with attachments | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re debtors' motion to quash subpoena of Dr. Langer | 0.10 | TJT |
| | *Case Administration* - Review W. Sullivan's Feb. Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review order re motion to retain Fragomen, et al. | 0.10 | TJT |
| Apr-07-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by CCC to Libby Claimants' motion for expedited discovery | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to shorten notice re Anderson Memorial Hospital's motion to strike G. Mew declaration | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's motion to strike declaration of G. Mew | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review memo in support of Anderson Memorial Hospital's motion to strike declaration of G. Mew | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re status of 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Motley Rice motion to strike debtors' motion to compel re PI questionnaire with attachments | 0.50 | TJT |
| | *Hearings* - Review agenda for 4/13/07 hearing | 0.10 | TJT |
| Apr-08-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review reply of J. Belferman to debtors' reply re motion for summary judgment to expunge claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re debtors' emergency motion to quash deposition notice of Dr. Langer | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving ICI stipulation | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by New York State Dept. of Tax to 22nd omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review TPT's Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn Feb. Fee App | 0.10 | TJT |
| | *Case Administration* - Review Capstone 12th Quarterly Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review order allowing retention of Forman Perry | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of hearing on x-ray order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition of Rust Consulting by FCR with attached subpoena | 0.30 | TJT |
| Apr-09-07 | *Case Administration* - Download and review agenda re 4/13 hearing | 0.10 | LLC |
| | *Case Administration* - Correspond with co-counsel re 4/2/07 hearing follow-up (.1); confer with T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Case Administration* - Review weekly case status memo for week ending 3/30/07 | 0.10 | TJT |
| | *Hearings* - Prepare for hearing and review matters on agenda | 1.00 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 7.30 | TJT |
| | *Hearings* - Correspond with M. Hurford re 4/2/07 hearing follow-up | 0.10 | TJT |
| | *Case Administration* - review docket re weekly case status for week ending 3/30/07, memo to T. Tacconelli and L. Coggins re same | 1.20 | MH |
| | *Case Administration* - Review docket re weekly case status for week ending 4/6, memo to T. Tacconelli and L. Coggins re same | 0.70 | MH |
| Apr-10-07 | *Case Administration* - Review case management Memo ; re: week ending 3/30/07 | 0.10 | LLC |
| | *Case Administration* - 4/10 hearing follow-up (.1); confer with T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' objection to Anderson Memorial Hospital's motion to strike supplemental declaration of G. Mew | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re results of 4/9/07 hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' responses and objections to McMaster University's 2nd set of interrogatories and request for production to debtors with attachments | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Retrieve voice mail message and respond to PD creditor inquiry re Canadian ZAI claims | 0.30 | TJT |
| | *Case Administration* - Review 21st supplemental affidavit of K&E | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to lift stay to commence tax litigation with attachments | 0.40 | TJT |
| | *Case Administration* - Review FTI Consulting's Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS Feb. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition of BMC by FCR/PI with attached subpoena and request for production | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review PI Committee's objection to debtors' motion to compel re supplemental order re consulting expert with attachment | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's motion to compel production of debtors' prepetition claim analysis with attachments | 1.30 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 4/2/07 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review correspondence from committee member re results of 4/9/07 hearing | 0.10 | TJT |
| | *Hearings* - 4/9/07 hearing follow up | 0.10 | TJT |
| | *Hearings* - Prepare for 4/13/07 hearing | 0.10 | TJT |
| | *Hearings* - Teleconference with committee member re results of 4/9/07 hearing | 0.10 | TJT |
| Apr-11-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re amended scheduling order re PD claim trials and review proposed order | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re Certificate of Counsel re amended scheduling order for PD claim trials | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from J. Snyder re debtors' emergency motion re amended PD claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for leave to shorten notice re emergency motion re amendment of PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' emergency motion re amendment of PD claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order scheduling trial re Anderson Memorial Hospital's motion for class certification | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by Kennecott Co. coal claim | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re debtors' consultant time records and review same | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Feb. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order amending CMO for PI estimation with attachment and calendar new dates | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review motion by Early Ludwick to quash subpoena with attachments | 1.50 | TJT |
| | *Hearings* - Review correspondence from S. Baena re 4/2/07 hearing follow-up | 0.10 | TJT |
| | *ZAI Science Trial* - Review ZAI claimants' motion for reconsideration with attachments | 0.90 | TJT |
| | *Case Administration* - Weekly docket summary reports | 0.20 | LC |
| Apr-12-07 | *Case Administration* - Review notice of appearance & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review modified amended scheduling order; re; PD claims | 0.10 | LLC |
| | *Case Administration* - review ZAI motion for reconsideration | 0.10 | RSM |

| Description | Hours | Atty |
|---|---|---|
| *Case Administration* - Attend Committee teleconference | 0.50 | RSM |
| *Claims Analysis Obj. & Res. (Asbestos)* - Prepare Certificate of Service re objection to debtors' emergency motion concerning PD claims (.1); confer with T. Tacconelli re filing and service of same (.1) | 0.20 | SGW |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review modified order re PD claim trials | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Baena re modified order re PD claim trials | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from J. Sakalo re modified order re PD claim trials | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review joinder by PI Committee in Libby Claimants' emergency motion to reschedule hearing on motion to expand PI | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' objection to Libby Claimants' emergency motion to reschedule hearing on motion to expand PI | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' amended notice of deposition of W. Ewing | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting Anderson Memorial Hospital's motion to strike supplemental declaration of G. Mew | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting motion for summary judgment re 52 Libby claims | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting motion for summary judgment re PD claim no. 9778 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re debtors' emergency motion re PD claim supplementations | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler and paralegal re objection to debtors' emergency motion re PD claim supplementation | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review and revise Certificate of Service re objection to debtors' emergency motion re PD claim supplementation | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review order amending CMO re PI estimation | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review S&R's response to debtors' emergency motion to quash subpoena of Dr. Langer with attachments | 0.50 | TJT |
| *Case Administration* - Review debtors' statement of amounts paid to ordinary course professionals | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' response to claimants' motion to stay pending appeal re consulting expert order | 0.50 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' response to Certain Law Firms' motion to extend time to file appeal re consulting expert appeal with attachment | 0.60 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review renotice of deposition of D. Siegal by PI Committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' objection to Baron and Budd, et al.'s designation of record on appeal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review response by J. Humphries to debtors' motion for compliance of x-ray order | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 4/13/07 hearing | 0.30 | TJT |
| Apr-13-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare objection to debtors' motion to shorten period with Ex. A and certificate of service for filing (.3); call from J. Sakalo re same (.1); confer with T. Tacconelli re same (.1) | 0.50 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed order re Sonoma County's PD claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed order re expunging 9 PD claims for statute of limitations | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed order re 9 PD claims with no product ID | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed order re expunging S&R 5 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - work on objection to debtors' motion to shorten re emergency motion to enjoin further PD claim supplementation | 1.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from J. Snyder re objection to debtors' motion to shorten re emergency motion to enjoin further PD claim supplementation and retrieve voice mail message from J. Snyder re same | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re filing and service of objection to debtors' motion to shorten re emergency motion to enjoin further PD claim supplementation | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re objection to motion to shorten re emergency motion to enjoin further PD claim supplementation | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re proposed order re State of Montana claims | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance for Her Majesty, the Queen and forward to paralegal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review response by Goldberg Persky to debtors' motion to compel re x-ray order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review response by MMWR Firm re motion to compel compliance with consulting expert order with attachments | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review Stutzman, et al.'s opposition to debtors' motion to compel re consulting expert's production | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review memo by Cooney Conway joining in MMWR Firm's opposition to motion to compel re consulting expert order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Washington claimants' supplemental response to debtors' objection | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Hearings* - Attend Bankruptcy Court | 3.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - provide S. Weiler with service list re objection to debtors' emergency motion to shorten; call to courier/copy service re copying/service of same; provide courier with labels and instructions re same | 0.20 | MH |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli and S. Weiler re special service list re objection to debtors' emergency motion re | 1.60 | MH |
| Apr-14-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of hearing on Anderson Memorial Hospital's motion to compel | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Royal's joinder in objection to Libby Claimants' emergency motion to continue hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review S&R's final disclosure of exhibits re product ID trials | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's pre-trial brief re product ID | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's motion to extend deadlines | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by Thornton and Naumes to debtors' motion to compel compliance with x-ray order with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying Libby Claimants' motion to reschedule hearing on motion to expand PI | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying Libby Claimants' motion for expedited discovery re motion to extend PI | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review opposition of Libby Claimants to debtors' motion for leave to further amend complaint in adversary 01-771 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review opposition by PI Committee to debtors' motion for leave to further amend complaint in adversary 01-771 | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Latham Watkins' Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Latham Watkins' Jan. Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review objection by PI Committee to Lexacon's retention motion with attachments | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of subpoena of claims processing facility | 0.10 | TJT |
| | *Hearings* - Review memo from M. Kramer re PD matters addressed during 4/13/07 hearing | 0.10 | TJT |
| Apr-15-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' expert witness disclosure for product ID re Dr. Lee | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' pre-trial brief re product ID | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' final list of exhibits re product ID trial | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' final list witness re product ID trial | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' witness declaration of live testimony with summaries re product ID trial | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' submission of PD claims for product ID trial | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review PI Committee's opposition to debtors' motion to expand PI with attachments re 01-771 | 0.80 | TJT |
| | *Case Administration* - Review Blackstone Jan. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with committee member re plan issues | 0.20 | TJT |
| | *ZAI Science Trial* - Review debtors' response to ZAI Claimants' motion for discovery with attachments | 0.40 | TJT |
| Apr-16-07 | *Case Administration* - Review Court's Montana opinion | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' objection to Motley Rice's motion in limine to exclude R. J. Lee's testimony with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' motion in limine re motion to expand preliminary injunction | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Massachusetts' Dept. of Revenue's response to objections to its claim | 0.30 | TJT |
| | *Case Administration* - Review letter from M. Shelnitz to Judge Fitzgerald re financial updates | 0.10 | TJT |
| | *Case Administration* - Review opinion denying motion of the State of Montana for relief from stay and related order | 0.40 | TJT |
| | *Case Administration* - Prepare correspondence to S. Baena re opinion denying State of Montana's motion for relief from stay | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Latham Watkins Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone 12th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 4/6/07 | 0.10 | TJT |
| | *Case Administration* - Review K&E's Feb. Fee Application | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' objection to PI/FCR's motion to compel production of prepetition asbestos liability estimates with attachments | 1.20 | TJT |
| | *Hearings* - Prepare for 4/19/07 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from S. Weiler re 4/9/07 hearing follow-up | 0.10 | TJT |
| Apr-17-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Revise Certificate of Service re objection to debtors' emergency motion concerning amendment/supplement of PD claims | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by BNSF to Libby Claimants' emergency motion with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by BNFS to debtors' motion to further amend complaint in adversary 01-771 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review California Dept. of General Services' designation of fact and expert witnesses | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review California Dept. of General Services' trial brief re product ID | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze memorandum opinion and order dismissing 71 S&R claims | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Baena re memorandum opinion and order dismissing 71 S&R claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with committee member and teleconference with committee member re memorandum opinion and order dismissing 71 S&R claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Daggy Hall's trial brief re product ID with attachments | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Daggy Hall's final exhibit list | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Early Ludwick, et al.'s response to debtors' motion to compel compliance with supplemental x-ray order with exhibits | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting debtors' motion to shorten notice re debtors' emergency motion re amendment of PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re order granting debtors' motion to shorten notice re amendment of PD claims and review correspondence from S. Baena re same | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re objection to debtors' emergency re amendment of PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Motley Rice's reply to debtors' opposition to motion in limine re Dr. Lee | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review California Dept. of General Services' motion to shorten notice re emergency motion to allow appearance by telephone during product ID trial | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting California Dept. of General Services' motion to shorten notice re emergency motion to allow appearance by telephone during product ID trial | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order striking docket no. 15107 re debtors' motion to compel compliance with supplemental x-ray order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review response by Various Claimant Law Firms to debtors' motion to compel compliance with supplemental x-ray order with attachments | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of subpoena to P. Sullivan with attachment | 0.20 | TJT |
| | *Hearings* - Correspond with J. Sakalo re 4/9/07 hearing follow-up | 0.10 | TJT |
| | *ZAI Science Trial* - Review debtors' objection to ZAI claimants' motion for reconsideration | 0.30 | TJT |
| Apr-18-07 | *Case Administration* - Review case management Memo re: week ending 4/6/07 | 0.10 | LLC |
| | *Case Administration* - Review case management Memo ; re: week ending 4/13/07 | 0.10 | LLC |

| Description | Hours | Initials |
|---|---|---|
| *Fee Applications, Applicant* - Review Certificate of No Objection; re: Feb., 2007 fee application for filing | 0.10 | LLC |
| *Case Administration* - Correspond with co-counsel and other interested parties re 4/9/07 hearing follow-up (.1); confer with T. Tacconelli re same | 0.20 | SGW |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review Cali. State Dept. of General Services' motion to allow witnesses to testify during hearing | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review J. Humphries response to debtors' motion to compel compliance with supplemental x-ray order | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review Cali. State Dept. of General Services' objection to debtors' exhibits/witnesses | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by BNSF to debtors' motion to expand PI | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review declaration of Tim Vanderwood by Cali. State Dept. of General Services | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review declaration of G. Conner by Cali. State Dept. of General Services | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review order dismissing PD claims of State of Montana | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review two orders expunging PD claims | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Baena re two orders dismissing PD claims | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review declaration of D. Hood by Cali. State Dept. of General Services | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from J. Sakalo re two orders expunging PD claims | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's objection to debtors' exhibits | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re vacation of previous order expunging 9 PD claims barred by SOL and locate and review prior erroneous Certificate of Counsel filed by debtors' counsel | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Baena re debtors' Certificate of Counsel to vacate order expunging 9 PD claims barred by statute of limitations and related issues | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' opposition to motion to expand PI in 01-771 | 2.20 | TJT |
| *Hearings* - Prepare for 4/23/07 hearing | 0.10 | TJT |
| *Hearings* - Review e-mail from J. Sakalo re preparation for 4/23/07 hearing | 0.10 | TJT |
| *Hearings* - Review e-mail from M. Hurford re renotice of depositions of Eagen and Cantini | 0.10 | TJT |
| *Case Administration* - Weekly docket reports | 0.20 | LC |
| *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| *Case Administration* - Review docket re weekly case status for week ending 4/13, memo to T. Tacconelli and L. Coggins re same | 0.90 | MH |
| *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Feb. Fee Application | 0.30 | MH |
| *Fee Applications, Applicant* - review docket, prepare for filing, and e-file | 0.50 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | and serve Certificate of No Objection re Ferry, Joseph & Pearce's Feb. Fee Application | | |
| Apr-19-07 | *Case Administration* - attend Committee hearing | 0.40 | RSM |
| | *Case Administration* - 4/19/07 hearing follow-up | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Motley Rice response to debtors' opposition to its motion in limine re R. Lee report | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order disallowing Sonoma County's PD claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order vacating order expunging 9 PD claims barred by SOL | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review exhibits to opposition by Libby Claimants re debtors' motion to expand PI | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of claims settlement with attachments | 0.40 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 4/13/07 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review renotice of deposition by FCR/PI of J. Cantini | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review renotice of deposition by FCR/PI of T. Egan | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review stipulation between debtors and Libby Claimants re supplemental x-ray order | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 1.00 | TJT |
| | *Hearings* - Confer with S. Weiler and review correspondence from S. Weiler re 4/19/07 hearing follow-up | 0.10 | TJT |
| Apr-20-07 | *Case Administration* - Review notice of withdrawal of appearance & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Confer with law clerk re 3rd circuit exclusivity appeal and obtaining current docket re same and advise T. Tacconelli re same | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting motion by Cali. Dept. of General Services' motion to appear by telephone during hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' response to debtors' motion to compel responses to supplemental x-ray order with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Motley Rice objection to debtors' exhibits and testimony and declarations with attachments | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' objections to S&R exhibits | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' objection to Cali. Dept. of General Services' exhibits | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 4/19/07 hearing transcript re PD claims issues | 0.80 | TJT |

| Date | Description | Hours | Init. |
|---|---|---|---|
| | *Case Administration* - Review PGS Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of attorney from Orrick and forward to paralegal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Memo to law clerk re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from law clerk re status of exclusivity appeal and review docket in exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - Developed docket report for new court of appeals case 07-1378 | 0.40 | LC |
| Apr-21-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re objection to debtors' emergency motion re supplementation of PD claims | 0.20 | TJT |
| | *Case Administration* - Review memo from law clerk re status of 3rd Circuit, District Court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review PWC Dec. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review amended notice of deposition of Dr. Lucas | 0.10 | TJT |
| | *Hearings* - Review notice of hearing in July re National Union adversary proceeding | 0.10 | TJT |
| Apr-22-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from J. Snyder re objection to debtors' emergency motion re PD claim supplementation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft of objection to debtors' emergency motion re PD claim supplementation and review references to emergency motion | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare memo to S. Weiler re objection to debtors' emergency motion re PD claim supplementation | 0.10 | TJT |
| | *Case Administration* - Review Capstone Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review e-mail from A. Meredith re withdrawal of Orrick attorney | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review 3 confidential exhibits filed in support of PD/FCR's motion to compel debtor to produce prepetition claim estimates | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service of discovery by debtors re response to FCR's first request for production to debtors | 0.10 | TJT |
| Apr-23-07 | *Case Administration* - Confer with T. Tacconelli; re: transcript from 4/13 hearing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - revise, scan, file and assist serving objection to debtors' emergency motion re amendment or supplementation concerning PD claims (.5); e-mail filed copy to co-counsel (.1) | 0.50 | SGW |
| | *Case Administration* - 4/19/07 hearing follow-up | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Snyder re objection to debtors' motion to enjoin further PD claims supplementation | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - work on objection to debtors' emergency motion to enjoin PD claim supplementation and multiple conferences with S. Weiler re filing and service of same | 0.80 | TJT |

| Date | Description | Hours | Init. |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Weiler to co-counsel re objection to debtors' emergency motion to enjoin further PD claim supplementation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review renotice of deposition of F. Zaremby by PI/FCR | 0.10 | TJT |
| | *Hearings* - Review 4/13/07 hearing transcript re PD claim issues | 0.30 | TJT |
| | *Hearings* - Review 4/19/07 hearing transcript re PD claim issues | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - provide S. Weiler with service list re objection to debtors' emergency motion re amendment or supplementation concerning PD claims, call to courier/copy service re copying/service of same; provide courier with labels and instructions re same | 0.20 | MH |
| Apr-24-07 | *Fee Applications, Others* - Review Certificate of No Objection; re: HRA Feb., 2007 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin Feb., 2007 fee application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review joinder by Prudential and PD Committee's objection to debtors' motion to enjoin further supplements of PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Maryland Casualty Co.'s reply in support of debtors' motion to expand PI | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 4/13/07 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review CMO re PI estimation | 0.30 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Feb. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Feb. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Feb. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Feb. Fee Application | 0.50 | MH |
| Apr-25-07 | *Case Administration* - Review Notice of appearance & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order expunging 3 PD claims re no product ID | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance by R. Levy and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review six miscellaneous Certificates of No Objection by debtors | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail M. Hurford re confidential exhibits re PI/FCR's reply brief re motion to compel prepetition estimates | 0.10 | TJT |
| | *Hearings* - Prepare for 5/2/07 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to S. Weiler re 4/23 and 4/24 hearing follow-up | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Weekly docket report | 0.20 | LC |
| | *Case Administration* - Work on core list | 0.10 | MH |
| | *Case Administration* - Confer with T. Tacconelli re core list; edit core list | 0.40 | MH |
| Apr-26-07 | *Case Administration* - Review notice of withdrawal & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - attend Committee teleconference | 0.70 | RSM |
| | *Case Administration* - confer with T. Tacconelli re: results of Committee teleconference | 0.30 | RSM |
| | *Case Administration* - 4/23/07 hearing follow-up | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection Maryland Casualty Co. to Libby Claimants' motion in limine | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed order re debtors' emergency motion to quash subpoena of R. Luger | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Mission Towers re PD claim no. 10516 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Bethesda Rehabilitation re claim no. 10523 of order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by First Tennessee Bank re claim no. 10533 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by First Tennessee Bank re claim no. 10534 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Washington Township Hospital re claim no. 15210 re order expunging 71 PD claims | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal from services from CMGI and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review 8 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re results of teleconference with committee | 0.20 | TJT |
| | *Hearings* - Review agenda for 5/2/07 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 5/2/07 hearing preparation | 0.10 | TJT |
| | *Hearings* - Review notice of status conference re PD claim adjudication set for 5/2 hearing | 0.10 | TJT |
| Apr-27-07 | *Case Administration* - Follow-up re 4/23 through 4/25 hearing | 0.30 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for leave to file replies to opposition to motion to expand PI with proposed reply and attachments | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to alter judgment re request to expand PI for State of Montana | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by New Hanover Regional Medical Center claim no. 10672 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by First Health Montgomery Memorial Hospital re claim no. 10673 re order | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | expunging 71 PD claims | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's motion to shorten notice re motion for reconsideration | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's motion for reconsideration with attachments | 0.30 | TJT |
| | *Case Administration* - Review 6 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service of subpoena by debtors on Congoliam Corporation with attachment | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re emergency motion by PI/FCR to compel navigable database | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion for leave to file status report re x-ray order and review proposed status report with attachments | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review PI/FCR's motion for leave to file exhibit under seal re response to debtors' motion for leave to file status report | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 5/2/07 status conference with PD claimants | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 4/23/07 hearing follow-up | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review motion by State of New Jersey for relief to allow late file proof of claim with attachments | 0.80 | TJT |
| | *Relief from Stay Litigation* - Prepare correspondence to S. Baena and J. Sakalo re motion by State of New Jersey to allow late file proof of claim | 0.20 | TJT |
| | *Relief from Stay Litigation* - Review correspondence from S. Baena re motion by State of New Jersey to allow late file proof of claim | 0.10 | TJT |
| Apr-28-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Pierre Laclede Center re claim no. 10696 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by St. Joseph's Hill Infirmary re claim no. 10700 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by IBM Employee's Federal Credit Union re claim no. 10722 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review CCC's motion for leave to file reply to debtors' motion to expand PI re BNSF with proposed reply | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - start reviewing transcript of 4/23/07 hearing | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Palos Hospital re claim no. 11066 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by St. Mary's Medical Center re claim no. 10746 re order expunging 71 PD claims | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review response by PI Committee to debtors' motion for leave to file status re compliance with x-ray orders with attachments | 0.70 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review order denying debtors' motion for leave to file status report re compliance with supplemental x-ray order | 0.10 | TJT |
| Apr-29-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Friendly Home re claim no. 10747 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by 99 Founders Plaza re claim no. 10762 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order dismissing debtors' emergency motion to quash subpoena of Dr. Lucas by S&R firm | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Oneita County re claim no. 10767 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Manor Oak Two re claim no. 10789 re order expunging 71 PD claims | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by Waters and Kraus | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review PGS Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket re weekly case status for week ending 4/20, memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| Apr-30-07 | *Case Administration* - Review notice of appearance & forward same to M Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Cayuga County re claim no. 10947 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by St. Luke's Hospital re claim no. 10998 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Schuylar Hospital re claim no. 11003 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Santa Teresa Medical Office Building re claim no. 11018 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of document 428 by Continental Casualty Company in adversary no. 01-771 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review S&R's motion to alter order expunging 71 PD claims re 3 claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Nebraska Skilled Nursing Home re claim no. 11046 re order expunging 71 PD claims | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of 2019 statement by Walters and Kraus | 0.10 | TJT |
| | *Case Administration* - Review corrected 2019 statement by Walters and Kraus | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins' Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Olgivy Renault Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance by Sealed Air and forward to paralegal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's motion to shorten notice re motion to file exhibits under seal re motion to compel production of prepetition estimates | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | *Litigation and Litigation Consulting* - Review PI Committee's motion to file exhibits 1, 3, 4 and 5 under seal re motion to compel debtors to produce prepetition estimates | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review proposed reply by PI/FCR in support of motion to compel production of prepetition estimates with all exhibits including confidential exhibits | 1.70 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 4/24/07 hearing follow-up | 0.10 | TJT |
| | *Fee Applications, Others* - Trade several e-mails with L. Flores re transmission problems/solutions re Hilsoft, HRA and Bilzin fee app documents | 0.20 | MH |
| | Totals | 104.30 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Apr-03-07 | *Expense* - Clerk, U.S. Bankruptcy Court (Audio CD 4/2/07 hearing) | 26.00 |
| | *Expense* - Copying cost  168 @ 0.10 | 16.80 |
| | *Expense* - Postage | 2.55 |
| | *Expense* - service supplies | 1.35 |
| Apr-10-07 | *Expense* - Parcel's, Inc.- hand deliveries | 150.00 |
| Apr-12-07 | *Expense* - service supplies  264 @ 0.38 | 100.32 |
| Apr-13-07 | *Expense* - service supplies  54 @ 0.38 | 20.52 |
| Apr-18-07 | *Expense* - TriState Courier & Carriage - hand deliveries | 13.00 |
| | *Expense* - Copying cost  45 @ 0.10 | 4.50 |
| | *Expense* - Postage  8 @ 0.39 | 3.12 |
| | *Expense* - service supplies  15 @ 0.45 | 6.75 |
| Apr-19-07 | *Expense* - Pacer Service Center - 1/1/07 - 3/31/07 (TJT) | 41.52 |
| Apr-23-07 | *Expense* - Jennifer Enslen | 195.96 |
| | *Expense* - service supplies  54 @ 0.38 | 20.52 |
| Apr-24-07 | *Expense* - TriState Courier & Carriage - hand delivery | 6.50 |
| | *Expense* - Copying cost  168 @ 0.10 | 16.80 |
| | *Expense* - Postage | 2.31 |
| | *Expense* - service supplies | 1.35 |
| Apr-25-07 | *Expense* - Blue Marble Logistics - hand deliveries | 102.85 |
| | *Expense* - West Group- West Law Legal Research - (Jan 07) | 14.03 |
| Apr-26-07 | *Expense* - J&J Court Transcribers | 347.76 |
| Apr-27-07 | *Expense* - Blue Marble Logistics - copies 71.50; env 7.15; Postage 47.72 | 126.37 |
| Apr-30-07 | *Expense* - J&J Court Transcribers | 25.73 |
| | *Expense* - Blue Marble Logistics - copies 59.40; env 7.02; Postage 43.02 | 109.44 |
| | *Expense* - Business Card (court call - 4/9/07) | 226.50 |
| | *Expense* - Business Card (court call - 4/13/07) | 226.50 |

| | |
|---|---:|
| Totals | $1,809.05 |
| **Total Fees & Disbursements** | **$26,605.55** |
| **Balance Due Now** | **$26,605.55** |