# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: June 18, 2007** |
| | | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF
## RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM
## <u>PERIOD FROM NOVEMBER 1, 2006  HROUGH NOVEMBER 30, 2006</u>

Name of Applicant:

Richardson Patrick Westbrook
& Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:    July 22, 2002

Period for which compensation and
Reimbursement is sought:

November 1, 2006 through
November 30, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:    $ 4,750.00

Amount of Expenses Reimbursement:    $ 0

This is a:  <u>X</u> monthly    _ interim    _ final application

Prior Application filed:  Yes

Docket No. 15886

Date 5/29/2007

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-<br>1/31/2005 | $14,257.50 | $1,109.11 | No objections served<br>on counsel | No objections served<br>on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-<br>2/28/2005 | $7,082.50 | $33.46 | No objections served<br>on counsel | No objections served<br>on counsel |
| 5/10/2005 | 3/1/2005-<br>3/31/2005 | $13,675.00 | $954.22 | No objections served<br>on counsel | No objections served<br>on counsel |
| 8/19/2005 | 4/1/2005-<br>4/30/2005 | $7,500.00 | $7.60 | No objections served<br>on counsel | No objections served<br>on counsel |
| 8/19/2005 | 5/1/2005-<br>5/31/2005 | $7,662.50 | $29.60 | No objections served<br>on counsel | No objections served<br>on counsel |
| 8/25/2005 | 6/1/2005-<br>6/30/2005 | $5,187.50 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 10/25/2005 | 7/1/2005-<br>7/30/2005 | $2,595.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/10/2005 | 8/1/2005-<br>8/31/2005 | $7,430.00 | $ 401.08 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/10/2005 | 9/1/2005-<br>9/30/2005 | $6,562.50 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 1/20/2006 | 10/1/2005-<br>10/31/2005 | $4,630.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 1/20/2006 | 11/1/2005-<br>11/30/2005 | $8,710.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 1/20/2006 | 12/1/2005-<br>12/31/2005 | $4,312.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 3/10/2006 | 1/1/2006-<br>1/31/2006 | $7,125.00 | $ 38.40 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/15/2006 | 2/1/2006 –<br>2/28/2006 | $10,907.50 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/15/2006 | 3/1/2006 –<br>3/31/2006 | $6,975.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/3/2006 | 4/1/2006-<br>4/30/2006 | $6,125.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/3/2006 | 5/1/2006-<br>5/31/2006 | $5,125.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/3/2006 | 6/1/2006-<br>6/30/2006 | $4.312.50 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/3/2006 | 7/1/2006-<br>7/31/2006 | $2,250.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/3/2006 | 8/1/2006-<br>8/31/2006 | $4,125.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/3/2006 | 9/1/2006-<br>9/30/2006 | $5,937.50 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 5/29/2007 | 10/1/2006-<br>10/31/2006 | $6,500.00 | $ 0 | Pending | Pending |

This is the Fiftieth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 38.0 | $4,750.00 |
| TOTALS | | | | | 38.0 | $4,750.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Tvel–Non-working 22-ZAI Science Trial | 38.0 | $4,750.00 |
| TOTALS | 38.0 | $4,750.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated: May 29, 2007
      Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

_____
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Tel:  (302) 428-8191
Fax:  (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

VERIFICATION

STATE OF SOUTH CAROLINA )
)
COUNTY OF CHARLESTON )

    Edward J. Westbrook, after being duly sworn according to law, deposes and says:

    a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

    b)      I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

    c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this **2/** day of **May**, 2007.

Kimberly a. garvies
Notary Public for South Carolina
My Commission Expires : 02/04/14

03/28/2007

# Time report
## 11/01/2006 - 11/30/2006

1

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **11/02/2006** | | | | |
| 11/02/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices (1.5); organize and compile ZAI blowing application documents for co-counsel case (.5) | | | |
| **Day:** | | **11/09/2006** | | | | |
| 11/09/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **11/13/2006** | | | | |
| 11/13/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
| lkerrison | 0000 | | Review ZAI email inquiry and talk to potential ZAI homeowner | | | |
| **Day:** | | **11/14/2006** | | | | |
| 11/14/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **11/16/2006** | | | | |
| 11/16/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices (4); respond to ZAI homeowner inquiry (1) | | | |
| **Day:** | | **11/20/2006** | | | | |
| 11/20/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **11/21/2006** | | | | |
| 11/21/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **11/27/2006** | | | | |
| 11/27/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **11/28/2006** | | | | |

03/28/2007

# Time report
### 11/01/2006 - 11/30/2006

| Date | Client No. | | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|---|-------------|------------------|------|---------|-------|
| Timekeeper | | Matter No. | | Description | | | |
| 11/28/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | | 0000 | . | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **11/30/2006** | | | | | |
| 11/30/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| Ikerrison | | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |

|  |  |
|---|---|
| **Grand Total:** | **$4,750.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$4,750.00** |
| **Total Hours/Report:** | **38.00** |
| **Count:** | **10** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Counsel for the Interim Period from November 1, 2006 through November 30, 2006* to be made this May 25, 2007 upon the parties identified on the attached service list, in the manner indicated:

*May 29, 2007*                           */s/ William D. Sullivan*
Date                                      William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                        Chapter: 11 v                    Office: 1 (Delaware)

Judge: JKF                      Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 5/29/2007 at 4:54 PM EDT and filed on 5/29/2007

**Case Name:**     W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**    01-01139-JKF

**Document Number:** 15886

**Docket Text:**

Application for Compensation *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from November 1, 2006 through November 30, 2006* Filed by Richardson Patrick Westbrook & Brickman, LLC. Objections due by 6/18/2007. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\RPWB\Nov 06 Fee App.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=983460418 [Date=5/29/2007] [FileNumber=5659000-0] [2bebaf42151d1c5a512033f0c90689888aa80b01a2008fbd5952366b9df72e1b1dd1 c4391315d3b1cd871cd9ce81f4d221c32a953a9832c3065f9513a31febaa]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson     eabramson@serlinglaw.com

Peter M. Acton     pacton@nutter.com

David G. Aelvoet     davida@publicans.com

Elihu Ezekiel Allinson, III     ecf@williamdsullivanllc.com

Julie A. Ardoin     dlawless@ardoinlawfirm.com

Jonathan David Berger     jdberger@bm.net