# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: June 18, 2007** |
| | | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE VERIFIED APPLICATION OF
### RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM
### <u>PERIOD FROM DECEMBER 1, 2006  THROUGH DECEMBER 31, 2006</u>

Name of Applicant:                                                    Richardson Patrick Westbrook
                                                                                   & Brickman, LLC

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                              July 22, 2002

Period for which compensation and
Reimbursement is sought:                                       December 1, 2006 through
                                                                                   December 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                                      $ 22,917.50

Amount of Expenses Reimbursement:                      $ 0

This is a: <u>X</u> monthly   _ interim   _ final application

Prior Application filed: Yes

Docket No. 15887
Date 5/29/2007

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003 - 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003 - 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003 - 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003 - 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003 - 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003 - 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003 - 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003 - 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003 - 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003 - 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004 - 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004 - 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004 - 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004 - 4/30/2003 | $327.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004 - 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004 - 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004 - 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004 - 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004 - 9/30/2004 | $31,334.00 | $374.29 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004 - 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004 - 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004 - 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 3/10/2006 | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 2/1/2006 – 2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 3/1/2006 – 3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 5/1/2006-5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 6/1/2006-6/30/2006 | $4.312.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 7/1/2006-7/31/2006 | $2,250.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 8/1/2006-8/31/2006 | $4,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 9/1/2006-9/30/2006 | $5,937.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/29/2007 | 10/1/2006-10/31/2006 | $6,500.00 | $ 0 | Pending | Pending |
| 5/29/2007 | 11/1/2006-11/30/2006 | $4,750.00 | $0 | Pending | Pending |

This is the Fiftieth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 16.5 | $2,062.50 |
| Ed Westbrook | Partner | 30 | Litigation | $650 | 20.7 | $13,455.00 |
| Rob Turkewitz | Partner | 22 | Litigation | $400 | 18.5 | $7,400.00 |
| TOTALS | | | | | 55.7 | $22,917.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Tvel–Non-working 22-ZAI Science Trial | 55.7 | $22,917.50 |
| TOTALS | 55.7 | $22,917.50 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated: May 29, 2007
     Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

     Edward J. Westbrook, after being duly sworn according to law, deposes and says:

     a)     I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

     b)     I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

     c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

 

                                     Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this **24** day of **May**, 2007.


Kimberly a. garvia
Notary Public for South Carolina
My Commission Expires: 02/04/14

05/07/2007                                                                                    1

# Time report
### 12/01/2006 - 12/31/2006

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name<br>Description | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | **12/04/2006** | | | | | |
| 12/04/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | **12/05/2006** | | | | | |
| 12/05/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | **12/07/2006** | | | | | |
| 12/07/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | **12/14/2006** | | | | | |
| 12/14/2006  200106 | | Zonolite Science Trial | L106 | $650.00 | 0.50 | $325.00 |
| ewestbrook | 0000 | | Read memo regarding ZAI opinion | | | |
| **Day:** | **12/15/2006** | | | | | |
| 12/15/2006  200106 | | Zonolite Science Trial | L106 | $400.00 | 3.50 | $1,400.00 |
| rturkewitz | 0000 | | Received and reviewed ZAI opinion and order. | | | |
| **Day:** | **12/16/2006** | | | | | |
| 12/16/2006  200106 | | Zonolite Science Trial | L106 | $650.00 | 4.20 | $2,730.00 |
| ewestbrook | 0000 | | Read memo regarding ZAI opinion (.4); conference call regarding ZAI Opinion (.3); prepare thoughts and preliminary memos for appeal (3.5) | | | |
| **Day:** | **12/20/2006** | | | | | |
| 12/20/2006  200106 | | Zonolite Science Trial | L106 | $650.00 | 7.30 | $4,745.00 |
| ewestbrook | 0000 | | Work on Notice of Appeal issues (2.1); confer with committee counsel and local counsel regarding Notice of Appeal and Motion for Leave to Appeal issues (1.7); draft Motion for Leave to Appeal (.7); review legal research regarding summary judgment standard and standard of review (1.1); work on issues for appeal (1.7) | | | |
| **Day:** | **12/21/2006** | | | | | |
| 12/21/2006  200106 | | Zonolite Science Trial | L106 | $400.00 | 6.00 | $2,400.00 |
| rturkewitz | 0000 | | Continued reviewing documents for Designation; telephone conversations with Jay | | | |

05/07/2007

2

# Time report
## 12/01/2006 - 12/31/2006

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | Sakalow and Darrell Scott re documents for Designation; finalized Designation; email to Bill Sullivan re filing of Designation. | | | |
| 12/21/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | 0000 | | Researching ZAI testing submitted by Grace to CPSC to show that Grace historical testing was not hurried, was reliable and they marketed their testing as good | | | |
| Day: | | 12/22/2006 | | | | |
| 12/22/2006 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.50 | $1,400.00 |
| rturkewitz | 0000 | | Telephone conversations with Bill Sullivan; received and reviewed Notice of Appeal and Motion for Leave to Appeal; reviewed articles and pleadings in Grace criminal case. | | | |
| 12/22/2006 | 200106 | Zonolite Science Trial | L106 | $650.00 | 8.70 | $5,655.00 |
| ewestbrook | 0000 | | Continued work on Notice of Appeal Designation and issues for Motion for Leave to Appeal (6.2); conversations with Rob Turkewitz regarding aspects of various papers (1); conversation with Bill Sullivan regarding same (1); conversation with Bobby Wood regarding same (.5) | | | |
| Day: | | 12/27/2006 | | | | |
| 12/27/2006 | 200106 | Zonolite Science Trial | L106 | $400.00 | 4.50 | $1,800.00 |
| rturkewitz | 0000 | | Telephone conversation with Kathy Davis at Rust Consulting; emails to Bill Sullivan relaying information from Rust; Telephone conversations with Bill Sullivan and Zeke Allinson re Designation; called and left message at Bankruptcy Court; reviewed addtional documents for Designation and relayed changes to Zeke Allinson. | | | |
| Day: | | 12/28/2006 | | | | |
| 12/28/2006 | 200106 | Zonolite Science Trial | L106 | $400.00 | 1.00 | $400.00 |
| rturkewitz | 0000 | | Telephone conversation with Danielle at Bankruptcy Court re claims filed; email to Bill Sullivan. | | | |

| | | |
|---|---|---|
| **Grand Total:** | | **$22,917.50** |
| **Expense Grand Total:** | | **$0.00** |
| **Time Grand Total:** | | **$22,917.50** |
| **Total Hours/Report:** | | **55.70** |
| **Count:** | | **13** |

05/07/2007 11:38 AM Jones, Kimberly

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of Richardson Patrick Westbrook &*

*Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead*

*Counsel for the Interim Period from December 1, 2006 through December 31, 2006* to be made

this May 25, 2007 upon the parties identified on the attached service list, in the manner

indicated:


*May 29, 2007*                                    */s/ William D. Sullivan*
Date                                                       William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE  19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                  Chapter: 11 v              Office: 1 (Delaware)

Judge: JKF                Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 5/29/2007 at 5:30 PM EDT and filed on 5/29/2007

**Case Name:**      W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**    01-01139-JKF

**Document Number:** 15887

**Docket Text:**
Application for Compensation *Summary of the Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from December 1, 2006 through December 31, 2006* Filed by Richardson Patrick Westbrook & Brickman, LLC. Objections due by 6/18/2007. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\RPWB\Dec 06 Fee APp.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/29/2007] [FileNumber=5659098-0]
[2ee88c816fc0b332090a02fb298289d650c848d215c504eaebcd22ec52a633f05d71
37f0603c0f8191972b859e2d12f028ebbf4719d6e7125d6bebe0f51edc4e]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

Elihu Ezekiel Allinson, III    ecf@williamdsullivanllc.com

Julie A. Ardoin    dlawless@ardoinlawfirm.com

Jonathan David Berger    jdberger@bm.net