# **EXHIBIT D**

05/23/2007

1

# Time and Expense report
## 10/01/2006 - 12/31/2006

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | | Matter No. | Description | | | |

**Transaction:** L106

**Day:** 10/02/2006

| 10/02/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Email ZAI homeowner inquiry (.5); Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices (4.5) | | | |

**Day:** 10/03/2006

| 10/03/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices (3.5); Discussion with Rob Turkewitz regarding ZAI homeowner "clean bill of health" PLM analysis, review of past analysis methods used by ZAI homeowners, and call to Dr. Millette for information on acceptable method of analysis (.5) | | | |

**Day:** 10/05/2006

| 10/05/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |

**Day:** 10/12/2006

| 10/12/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices (3); Reply to ZAI homeowner regarding PLM testing not "clean bill of health" and suggested that she verify the sample was homogeneous (1) | | | |

**Day:** 10/16/2006

| 10/16/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Phone conversation with ZAI homeowner regarding request for information about vermiculite | | | |

**Day:** 10/17/2006

| 10/17/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |

**Day:** 10/19/2006

| 10/19/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices (4.5); Email response to ZAI homeowner | | | |

05/23/2007

2

# Time and Expense report
### 10/01/2006 - 12/31/2006

| Date<br>Timekeeper | Client No. | Client Name<br>Matter No. | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | regarding request for information about vermiculite (.5) | | | |
| **Day:** | | **10/23/2006** | | | | |
| 10/23/2006<br>lkerrison | 200106 | Zonolite Science Trial<br>0000 | L106<br>Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | $125.00 | 4.00 | $500.00 |
| **Day:** | | **10/24/2006** | | | | |
| 10/24/2006<br>lkerrison | 200106 | Zonolite Science Trial<br>0000 | L106<br>Review and code ZAI database undated memos | $125.00 | 5.00 | $625.00 |
| **Day:** | | **10/26/2006** | | | | |
| 10/26/2006<br>lkerrison | 200106 | Zonolite Science Trial<br>0000 | L106<br>Review and code ZAI database undated memos | $125.00 | 5.00 | $625.00 |
| **Day:** | | **10/30/2006** | | | | |
| 10/30/2006<br>lkerrison | 200106 | Zonolite Science Trial<br>0000 | L106<br>Review and code ZAI database undated memos | $125.00 | 4.00 | $500.00 |
| **Day:** | | **10/31/2006** | | | | |
| 10/31/2006<br>lkerrison | 200106 | Zonolite Science Trial<br>0000 | L106<br>Review ZAI database for undated memos and invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/02/2006** | | | | |
| 11/02/2006<br>lkerrison | 200106 | Zonolite Science Trial<br>0000 | L106<br>Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices (1.5); organize and compile ZAI blowing application documents for co-counsel case (.5) | $125.00 | 2.00 | $250.00 |
| **Day:** | | **11/09/2006** | | | | |
| 11/09/2006<br>lkerrison | 200106 | Zonolite Science Trial<br>0000 | L106<br>Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | $125.00 | 3.00 | $375.00 |
| **Day:** | | **11/13/2006** | | | | |
| 11/13/2006<br>lkerrison | 200106 | Zonolite Science Trial<br>0000 | L106<br>Review ZAI email inquiry and talk to potential ZAI homeowner | $125.00 | 0.50 | $62.50 |

05/23/2007      3

# Time and Expense report
## 10/01/2006 - 12/31/2006

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **11/14/2006** | | | | |
| 11/14/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | $125.00 | 4.00 | $500.00 |
| **Day:** | | **11/16/2006** | | | | |
| 11/16/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices (4); respond to ZAI homeowner inquiry (1) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/20/2006** | | | | |
| 11/20/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/21/2006** | | | | |
| 11/21/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | $125.00 | 4.50 | $562.50 |
| **Day:** | | **11/27/2006** | | | | |
| 11/27/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/28/2006** | | | | |
| 11/28/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/30/2006** | | | | |
| 11/30/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | $125.00 | 4.00 | $500.00 |
| **Day:** | | **12/04/2006** | | | | |
| 12/04/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | $125.00 | 4.00 | $500.00 |
| **Day:** | | **12/05/2006** | | | | |

05/23/2007    4

# Time and Expense report
## 10/01/2006 - 12/31/2006

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| 12/05/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **12/07/2006** | | | | |
| 12/07/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| lkerrison | | 0000 | Review ZAI database for invoices, coding for state and year, tagging and compiling individual ZAI homeowners invoices | | | |
| **Day:** | | **12/14/2006** | | | | |
| 12/14/2006 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.50 | $325.00 |
| ewestbrook | | 0000 | Read memo regarding ZAI opinion | | | |
| **Day:** | | **12/15/2006** | | | | |
| 12/15/2006 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.50 | $1,400.00 |
| rturkewitz | | 0000 | Received and reviewed ZAI opinion and order. | | | |
| **Day:** | | **12/16/2006** | | | | |
| 12/16/2006 | 200106 | Zonolite Science Trial | L106 | $650.00 | 4.20 | $2,730.00 |
| ewestbrook | | 0000 | Read memo regarding ZAI opinion (.4); conference call regarding ZAI Opinion (.3); prepare thoughts and preliminary memos for appeal (3.5) | | | |
| **Day:** | | **12/20/2006** | | | | |
| 12/20/2006 | 200106 | Zonolite Science Trial | L106 | $650.00 | 7.30 | $4,745.00 |
| ewestbrook | | 0000 | Work on Notice of Appeal issues (2.1); confer with committee counsel and local counsel regarding Notice of Appeal and Motion for Leave to Appeal issues (1.7); draft Motion for Leave to Appeal (.7); review legal research regarding summary judgment standard and standard of review (1.1); work on issues for appeal (1.7) | | | |
| **Day:** | | **12/21/2006** | | | | |
| 12/21/2006 | 200106 | Zonolite Science Trial | L106 | $400.00 | 6.00 | $2,400.00 |
| rturkewitz | | 0000 | Continued reviewing documents for Designation; telephone conversations with Jay Sakalow and Darrell Scott re documents for Designation; finalized Designation; email to Bill Sullivan re filing of Designation. | | | |
| 12/21/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | | 0000 | Researching ZAI testing submitted by Grace to CPSC to show that Grace historical testing was not hurried, was reliable and they marketed their testing as good | | | |
| **Day:** | | **12/22/2006** | | | | |
| 12/22/2006 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.50 | $1,400.00 |

05/23/2007                                                                                                                                5

# Time and Expense report
## 10/01/2006 - 12/31/2006

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | | Matter No. | Description | | | |
| rturkewitz | | 0000 | Telephone conversations with Bill Sullivan; received and reviewed Notice of Appeal and Motion for Leave to Appeal; reviewed articles and pleadings in Grace criminal case. | | | |
| 12/22/2006 | 200106 | Zonolite Science Trial | L106 | $650.00 | 8.70 | $5,655.00 |
| ewestbrook | | 0000 | Continued work on Notice of Appeal Designation and issues for Motion for Leave to Appeal (6.2); conversations with Rob Turkewitz regarding aspects of various papers (1); conversation with Bill Sullivan regarding same (1); conversation with Bobby Wood regarding same (.5) | | | |
| **Day:** | | **12/27/2006** | | | | |
| 12/27/2006 | 200106 | Zonolite Science Trial | L106 | $400.00 | 4.50 | $1,800.00 |
| rturkewitz | | 0000 | Telephone conversation with Kathy Davis at Rust Consulting; emails to Bill Sullivan relaying information from Rust; Telephone conversations with Bill Sullivan and Zeke Allinson re Designation; called and left message at Bankruptcy Court; reviewed addtional documents for Designation and relayed changes to Zeke Allinson. | | | |
| **Day:** | | **12/28/2006** | | | | |
| 12/28/2006 | 200106 | Zonolite Science Trial | L106 | $400.00 | 1.00 | $400.00 |
| rturkewitz | | 0000 | Telephone conversation with Danielle at Bankruptcy Court re claims filed; email to Bill Sullivan. | | | |

|  |  |
|---|---|
| **Grand Total:** | **$34,167.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$34,167.50** |
| **Total Hours/Report:** | **145.70** |
| **Count:** | **35** |