IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | Re: Docket No. 15078 |

**CERTIFICATION OF NO OBJECTIONS RE
AMENDED CASE MANAGEMENT ORDER FOR THE
ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

1. As a result of various discussions among the parties and directions from the Court, the parties to the Asbestos Personal Injury Estimation Proceeding have negotiated the form a new Case Management Order to govern these proceedings.

2. Attached hereto as Exhibit A is the form of a new Case Management Order (the "New CMO") to which the parties have agreed.

3. The parties have not reached agreement on all matters addressed in the New CMO. Specifically, the parties are not in agreement with respect to the appropriate deadline for completion of all non-expert discovery or the timing on the filing or hearing on *Daubert* motions. Further, the New CMO lists as "TBD" dates with respect to the estimation trial, pending the Court's review of its schedule. As a result, those matters are listed as "TBD" in the New CMO. However, as some dates in the previous cmo have already passed, it is vital to have a new cmo entered pending a hearing on the remaining outstanding issues.

91100-001\DOCS_DE:127878.1

4.  As a result, the parties request: (i) immediate entry of the attached New CMO; and (ii) that the outstanding issues remaining regarding the New CMO be heard by the Court on June 21, 2007 as outlined in the New CMO.

Date: May 30, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
Michael T. Dierkes
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000
(312) 861-2200 (fax)

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession