IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (JFK) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Objection Deadline:** June 19, 2007 at |
| | 4:00 p.m. (prevailing eastern time) |

## SUMMARY APPLICATION OF SOCHA, PERCZAK, SETTER & ANDERSON P.C. AS ORDINARY COURSE PROFESSIONAL FOR ALLOWANCE OF FEES AND EXPENSES IN EXCESS OF OCP MONTHLY FEE CAP FOR NOVEMBER 2006

| | |
|---|---|
| Name of Applicant: | **Socha, Perczak, Setter & Anderson, P.C. ("Socha, Perczak")** |
| Authorized to Provide Professional Services to: | **W.R. Grace & Co., et al., Debtors and Debtors-in Possession** |
| Date of Retention: | **Retained as an Ordinary Course Professional, October 15, 2006**[2] |
| Fee Period for which Compensation Approval is Sought: | **November 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$38,772.50** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] On October 15, 2006, Socha, Perczak, Setter & Anderson, P.C. ("Socha, Perczak") was retained by the Debtors as an ordinary course professional ("OCP") in the Chapter 11 Cases to provide legal services regarding discovery related to the Debtors' asbestos personal injury claims and related product claims. On November 13, 2006, Socha, Perczak filed its affidavit of disinterestedness to support its retention as an OCP. See Docket No. 11490. No objections were filed to Socha, Perczak's retention. Thus, Socha, Perczak is employed, and continues to be employed, as an OCP in these Chapter 11 Cases.

1

Amount of Expenses Reimbursement sought as
actual, reasonable and necessary:                    **$2,763.80**

This is  X  monthly ___ interim ___ final application.

This is Socha, Perczak, Setter & Anderson, P.C.'s ("Socha, Perczak") monthly application for interim compensation of services in excess of the OCP cap for the fee period November 1, 2006 through November 30, 2007. Pursuant to the *Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Socha, Perczak, Setter & Anderson, P.C.* dated May 3, 2007, Socha, Perczak is permitted to file its fee application for excess OCP fees and expenses for previous months and future months in which it incurs excess OCP fees and expenses.

For the November 2006 fee period, Socha, Perczak has incurred, billed and received compensation for approximately $91,536.30 in legal fees and expenses. The breakdown for legal fees and expenses for November 2006 is as follows:

| Dates of Services Rendered | Fees | Expenses | Total | Expected Standard OCP Payment | Excess OCP Fees and Expenses |
|---|---|---|---|---|---|
| 11/01/06-11/30/06 | $88,772.50 | $2,763.80 | $91,536.30 | <$50,000.00> | $41,536.30 |

The Socha, Perczak attorneys who rendered professional services during the Fee Period in excess of the monthly cap for OCP for November 2006, are:

| Name of Professional Person | Position with the Applicant and Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David M. Setter | Shareholder, 1981 | $250.00 | 117.60 | $29,400.00 |
| Jeanette S. Eirich | Associate, 1994 | $175.00 | 123.00 | $21,525.00 |
| Andrew J. Kalish | Associate, 2000 | $175.00 | 88.50 | $15,487.50 |
| Dawn–Carole Harris | Associate, 1995 | $175.00 | 15.60 | $2,730.00 |
| **Totals for Attorneys** | | | 344.70 | $69,142.50 |

The paraprofessionals of Socha, Perczak, who rendered professional services during the Fee Period in excess of the monthly cap for OCP for November 2006, are:

| Name of Paraprofessional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Matthew G. Clark | Legal Assistant | $100.00 | 37.70 | $3,770.00 |
| Daniel J. Freeman | Legal Assistant | $100.00 | 75.20 | $7,520.00 |
| Kerry P. O'Hanlon | Legal Assistant | $100.00 | 83.40 | $8,340.00 |
| **Totals for Paraprofessionals** | | | 196.30 | $19,630.00 |

Grand Total for Fees: **$88,772.50**
Blended Rate: **$164.09**

## Expense Summary

| Service Description | Amount |
|---|---|
| Travel Expenses | $2,219.97 |
| Overnight Delivery | $303.40 |
| Filing Fees | $15.00 |
| Standard Copies | $151.95 |
| Computer Database Research | $73.48 |
| **Total** | **$2,763.80** |

3

WHEREFORE, Socha Perczak respectfully requests (a) approval of the allowance made, as fully described above, for reasonable and necessary professional services Socha Perczak rendered to the Debtors during the Fee Period ($38,772.50) and reimbursement of actual and necessary costs and expenses incurred by Socha Perczak during the Fee Period ($2,763.80); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated: May 30, 2007
      Denver, CO

Respectfully submitted,

SOCHA, PERCZAK, SETTER
& ANDERSON, P.C.

*David M. Setter with permission M.M.*

David M. Setter
Denver Financial Center Tower
1775 Sherman Street, Suite 1925
Denver, CO 80203
(303)832-7265