**SOCHA, PERCZAK, SETTER & ANDERSON, P.C.**

**Time and Expense Records November 2006**

# SOCHA
# PERCZAK
# SETTER &
# ANDERSON, P.C.
### ATTORNEYS AT LAW

Denver Financial Center Tower I
1775 Sherman Street, Suite 1925
Denver, CO 80203

(303) 832-7265
(303) 832-7436 fax

W.R. Grace & Company
919 North Market Street
Wilmington  DE  19801-3023

Page: 1
November 30, 2006

W.R. Grace Bankruptcy

*Payments received after 11/30/2006
are __not__ included on this statement.*

Fees

Hours

10/16/2006

10/17/2006

10/25/2006

10/30/2006

Page: 2
W.R. Grace & Company
November 30, 2006

W.R. Grace Bankruptcy

10/31/2006

| | | | |
|---|---|---|---|
| **11/01/2006** | | | |
| DMS | Develop plan and outline issues for depos of: and for Ms. Ahern. | 1.40 | 350.00 |
| DMS | Confer with Ms. Ellen Ahern about depos of Ms. for Dr. Dr. Dr. and N&M. | 0.90 | 225.00 |
| DMS | Research and develop plan about Dr. jdepo | 0.40 | 100.00 |
| **11/02/2006** | | | |
| DJF | Review files previously created concerning and update background information. for possible deposition. | 2.00 | 200.00 |
| DJF | Research Professor Lester Brickman's Pepperdine Law Review article and the Dallas Observer article entitled Toxic Justice for possible depositions. | 1.00 | 100.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| DJF | Review Healthscreen · ...to obtain the name of ...and at Healthscreen, for information to be sent to Grace attorneys for depositions. | | 0.80 | 80.00 |
| DJF | Research the names and addresses of ... .Dr. and the name and address of, for possible depositions. | | 0.80 | 80.00 |
| ALK | Research information on various for possible depositions and/or discovery. | | 1.60 | 280.00 |
| ALK | Prepare email on Dr. Dr. ·for possible depositions and/or discovery. | | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of Dr. including research and analysis of proposed subject/examination on issues of · | | 0.60 | 105.00 |
| JSE | Plan and prepare strategy for deposing screening personnel, including identifying personnel. | | 0.30 | 52.50 |
| KO | Review for review and identification. in preparation for upcoming deposition. | | 1.20 | 120.00 |
| DMS | Prepare response to Ms. Ellen Ahern about and connections with with screeners and screening doctors. | | 0.50 | 125.00 |
| DMS | Confer and research for response to Ms. Ellen Ahern about and connections with screeners and screening doctors. | | 0.80 | 200.00 |
| 11/03/2006 | | | | |
| DJF | Review depositions and exhibits to determine which for possible depositions. | | 0.80 | 80.00 |
| ALK | Research information on and | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | status of records in discovery and testimony | | 0.90 | 157.50 |
| ALK | Confer with                        by phone regarding Dr. ractices and screenings for possible deposition. | | 0.20 | 35.00 |
| JSE | Telephone conference with regarding strategies and preparation for Dr. deposition. | | 0.40 | 70.00 |
| JSE | Prepare deposition examination outline for Dr. deposition, including topics related to relating to Dr.          deposition preparation. | | 1.70 | 297.50 |
| JSE | Prepare draft of deposition examination outline for Dr. on topic of                      for screened cases. | | 1.90 | 332.50 |
| JSE | Legal research on Order 29 from Silica MDL 1553 regarding findings and statements related to Dr.          preparation of deposition examination | | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of Dr. including researching prior deposition testimony from 2004-2006 regarding : incorporate into examination preparation. | | 1.20 | 210.00 |
| JSE | Plan and prepare for deposition of Dr. including research                        for Dr. incorporate into deposition outline for examination. | | 0.60 | 105.00 |
| DMS | Revise and edit issues for Dr.          depo outline for | | 1.30 | 325.00 |
| DMS | Confer with                        about draft outline for deposition of | | 0.50 | 125.00 |
| 11/04/2006 | | | | |
| JSE | Plan and prepare for deposition of Dr. including revisions to deposition examination outline | | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of Dr. including researching deposition testimony | | 1.20 | 210.00 |
| JSE | Plan and prepare for deposition of Dr. including research | | | |

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | deposition examination. | 0.60 | 105.00 |
| 11/06/2006 | KO | Research medical reports by Dr                or review and analysis. issues. | 0.40 | 40.00 |
| | ALK | Research Dr. :to identify                for use in deposition. | 0.10 | 17.50 |
| | ALK | Research Dr.                          .for possible use in deposition. | 0.20 | 35.00 |
| | ALK | Research information relating to        Dr. _____ ; for for use in deposition. | 1.00 | 175.00 |
| | KO | Research updated evidence of                for missing | 0.70 | 70.00 |
| | JSE | Plan and prepare for deposition of Dr. including researching and previous analysis to incorporate into deposition outline examination. | 1.40 | 245.00 |
| | JSE | Plan and prepare for deposition of Dr. including revising draft of examination outline relating to issues | 2.10 | 367.50 |
| | JSE | Plan and prepare for deposition of Dr. including draft                presentation to facilitate planning and preparation meeting with and | 0.90 | 157.50 |
| | JSE | Plan and prepare for deposition of Dr. including                testimony relating to screening to incorporate into deposition examination outline. | 0.80 | 140.00 |
| | DMS | Research Dr.                                   and : for RTS. | 2.70 | 675.00 |
| 11/07/2006 | DJF | Research          and obtain Dr. screening records for                and to determine at Dr.       upcoming deposition. | 2.00 | 200.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| ALK | Research Dr.        December 13, 2004 deposition for information issues for upcoming deposition. | | 2.00 | 350.00 |
| ALK | Research Dr.        February 28, 2003 deposition for information                  issues for upcoming deposition. | | 2.00 | 350.00 |
| JSE | Plan and prepare for deposition of Dr.        issues | | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition of Dr.                    outline on issues | | 1.10 | 192.50 |
| JSE | Plan and prepare for deposition of Dr.        including researching | | 0.60 | 105.00 |
| JSE | Plan and prepare for deposition of Dr including revising        outline on issues | | 1.30 | 227.50 |
| JSE | Plan and prepare for deposition of Dr. including identifying | | 0.60 | 105.00 |
| JSE | Plan and prepare for deposition of Dr. including revising draft of examination outline on issues | | 1.40 | 245.00 |
| JSE | Plan and prepare for deposition of Dr. including revising draft of examination outline on issues | | 1.70 | 297.50 |
| DMS | Research and develop exhibits for Dr.        depo | | 0.60 | 150.00 |
| DMS | Research and plan exhibits and review prior testimony        for depo prep for Dr        depo. | | 1.40 | 350.00 |
| 11/08/2006 DCH | Research past testimony of Charles Foster (owner of RTS) and Dr.                  for anticipated deposition of Dr. | | 1.60 | 280.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| DCH | Research articles by Dr. for anticipated deposition. | 1.70 | 297.50 |
| DCH | Research invoices, contracts and other exhibits for anticipated deposition of Dr. | 1.40 | 245.00 |
| DCH | Calculate preparation for anticipated deposition of Dr. in | 0.50 | 87.50 |
| DCH | Review information and literature available anticipated deposition of Dr. | 0.50 | 87.50 |
| DCH | Review information and literature available on relationship in preparation for anticipated deposition of Dr. | 0.40 | 70.00 |
| MGC | Research volume of Dr. preparation for the anticipated deposition of Dr. | 0.90 | 90.00 |
| MGC | Research volume of Dr. preparation for the anticipated deposition of Dr. | 1.30 | 130.00 |
| MGC | Research volume of Dr. in preparation for the anticipated deposition of Dr. | 1.00 | 100.00 |
| MGC | Research volume of Dr. in preparation for the anticipated deposition of Dr. | 0.80 | 80.00 |
| MGC | Research volume of Dr. in preparation for the anticipated deposition of | 1.00 | 100.00 |
| MGC | Research volume of Dr. in preparation for the anticipated deposition of Dr. | 1.00 | 100.00 |
| MGC | Research volume of Dr. preparation for the | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | anticipated deposition | | 1.00 | 100.00 |
| MGC | Research | | | |
| | in preparation for the anticipated deposition of | | 0.50 | 50.00 |
| DJF | Create chart of | | | |
| | for use at | | 2.00 | 200.00 |
| DJF | Research | depositions | | |
| | used at his upcoming deposition. to be | | 2.00 | 200.00 |
| DJF | Research | | | |
| | to be used at Dr. upcoming deposition. | | 2.00 | 200.00 |
| ALK | Research Dr. | | | |
| | deposition for information for deposition. | | 0.90 | 157.50 |
| ALK | Research | | | |
| | deposition in the Grace bankruptcy. | | 1.60 | 280.00 |
| ALK | Prepare | about | | |
| | for deposition. | | 3.20 | 560.00 |
| KO | Research | | | |
| | | | 1.40 | 140.00 |
| KO | Research and review by | | | |
| | for deposition. | | 1.60 | 160.00 |
| KO | Research | | | |
| | involving | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

|  |  |  |  |
|---|---|---|---|
|  | deposition. | 1.20 | 120.00 |
| KO | Plan preparation of deposition exhibits for upcoming deposition of | 0.40 | 40.00 |
| JSE | Plan and prepare for deposition of including | | |
|  | for meeting with for deposition preparation. | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of | 0.60 | 105.00 |
| JSE | Plan and prepare for deposition of deposition examination. | 1.40 | 245.00 |
| KO | Research RTS for upcoming deposition of | 0.80 | 80.00 |
| DMS | Research dates and years with screeners for depo. | 1.70 | 425.00 |
| DMS | Confer with about | 1.10 | 275.00 |
| DMS | Research, prepare and develop exhibits | 1.40 | 350.00 |
| DMS | Research, develop and plan exhibits for a deposition | 0.80 | 200.00 |
| DMS | Prepare, edit and revise issues on | 2.60 | 650.00 |
| DMS | Develop and research | 3.20 | 800.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

11/09/2006
| | | | | |
|---|---|---|---|---|
| MGC | Telephone conference with Mr. | regarding | 0.30 | 30.00 |
| MGC | Research | or anticipated | | |
| | deposition of, | | 2.00 | 200.00 |
| DJF | Create chart of | | | |
| | for use at deposition. | | 2.00 | 200.00 |
| DJF | Create chart of | | | |
| | | | 2.00 | 200.00 |
| DJF | Create chart of | | | |
| | deposition. | for use at | 2.20 | 220.00 |
| DJF | Create chart of | | | |
| | deposition. | for use at | 2.00 | 200.00 |
| ALK | Research | | | |
| | for deposition preparation. | | 0.60 | 105.00 |
| ALK | Research | | | |
| | for deposition preparation in the Grace bankruptcy. | | 0.80 | 140.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| ALK | Research breakdown of Respiratory Testing Services' for Dr. deposition preparation in the Grace bankruptcy. | 0.40 | 70.00 |
| ALK | Research breakdown issues for deposition preparation. | 0.50 | 87.50 |
| ALK | Research for deposition preparation. | 0.60 | 105.00 |
| ALK | Research for deposition preparation. | 0.50 | 87.50 |
| ALK | Research deposition preparation. | 0.30 | 52.50 |
| ALK | Research articles for deposition preparation. | 0.40 | 70.00 |
| ALK | Prepare for deposition. | 3.50 | 612.50 |
| ALK | Research for deposition in the Grace bankruptcy. | 0.40 | 70.00 |
| DCH | Research Doctors and analyze in preparation for anticipated deposition of | 1.10 | 192.50 |
| DCH | Research deposition of preparation for anticipated deposition of | 0.50 | 87.50 |
| DCH | Research deposition of Charles Foster | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | in preparation for anticipated deposition | 0.60 | 105.00 |
| DCH | Research | deposition of | | |
| | | preparation for anticipated deposition of | 0.30 | 52.50 |
| DCH | Research | deposition of | | |
| | | in preparation for anticipated deposition of | 0.50 | 87.50 |
| DCH | Research | deposition of Charles Foster | | |
| | | in preparation for anticipated deposition of | 0.40 | 70.00 |
| DCH | Research exhibits from depositions of | | | |
| | | in preparation for anticipated deposition of | 0.80 | 140.00 |
| DCH | Prepare outline | concerning RTS | | |
| | | preparation for anticipated deposition of | 0.50 | 87.50 |
| KO | Prepare | | | |
| | of | for upcoming deposition | 0.60 | 60.00 |
| KO | Research and update | | | |
| | | in preparation for upcoming deposition of | 1.40 | 140.00 |
| KO | Research | records, | | |
| | deposition of | for upcoming | 1.60 | 160.00 |
| KO | Research | | | |
| | | for upcoming deposition of Dr. | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | 1.20 | 120.00 |
|---|---|---|---|---|
| KO | Research | | | |
| | upcoming deposition of | | 0.80 | 80.00 |
| KO | Prepare | | | |
| | exhibits for upcoming deposition of | | 0.60 | 60.00 |
| KO | Research RTS | | | |
| | : in preparation for upcoming deposition of | | 1.30 | 130.00 |
| JSE | Plan and prepare for deposition of including researching and analyzing | | | |
| | for November 20, 2006 deposition. | | 1.00 | 175.00 |
| DMS | Identify and develop cross topics and issues for at depo. | | 1.10 | 275.00 |
| DMS | Review and research issues about for and | | 1.30 | 325.00 |
| 11/10/2006 | | | | |
| DJF | Obtain records | | | |
| | : to be used at deposition of | | 1.40 | 140.00 |
| MGC | Research RTS | | | |
| | preparation for anticipated deposition of | | 0.40 | 40.00 |
| MGC | Research RTS | | | |
| | preparation for anticipated deposition of | | 1.60 | 160.00 |
| MGC | Research a and f in preparation of for anticipated deposition of | | 1.10 | 110.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| MGC | Research | and | | |
| | | for anticipated deposition | 0.90 | 90.00 |
| MGC | Research | in preparation for | | |
| | anticipated deposition of | | 1.00 | 100.00 |
| DJF | Research | | | |
| | for exhibit for | deposition. | 2.00 | 200.00 |
| MGC | Research | and | | |
| | for impairment anticipated deposition of | | 1.20 | 120.00 |
| DJF | Create | exhibit for | | |
| | deposition of | | 0.60 | 60.00 |
| MGC | Research | a for | | |
| | anticipated exhibit for deposition of | | 0.80 | 80.00 |
| MGC | Research | anticipated exhibit for | | |
| | deposition of | | 0.50 | 50.00 |
| DJF | Create | chart | | |
| | prior to | prep meeting deposition. | 0.80 | 80.00 |
| DJF | Create chart | | | |
| | for use as exhibits at deposition. | | 2.20 | 220.00 |
| ALK | Research | | | |
| | in the deposition preparation for 's deposition. | | 2.00 | 350.00 |
| ALK | Prepare | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | for the deposition preparation for deposition. | | 5.00 | 875.00 |
| ALK | Research | for preparation of | | |
| | exhibits for | 's deposition. | 0.70 | 122.50 |
| ALK | Research | | | |
| | | for preparation of exhibits for deposition. | 0.40 | 70.00 |
| ALK | Research | | | |
| | for preparation of exhibits for deposition. | | 1.80 | 315.00 |
| ALK | Confer with Ms. Amanda Basta regarding pro hac issues for deposition of | | 0.10 | 17.50 |
| KO | Research | | | |
| | for exhibits for | | 1.20 | 120.00 |
| KO | Prepare | | | |
| | deposition. | exhibits for | 0.40 | 40.00 |
| KO | Research | | | |
| | in preparation of exhibits for upcoming deposition of | | 1.20 | 120.00 |
| KO | Research | | | |
| | | preparation for upcoming deposition of. | 1.40 | 140.00 |
| KO | Research | | | |
| | deposition of | in preparation for upcoming | 1.00 | 100.00 |
| KO | Research RTS analysis | prepare | | |
| | in preparation for upcoming deposition | | 1.40 | 140.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|----|---|---|---|
| KO | Research RTS | | |
| | .for deposition of. | 1.20 | 120.00 |
| DCH | Online legal research concerning use of Federal Rule of Evidence . in preparation for anticipated deposition of | 1.10 | 192.50 |
| JSE | Plan and prepare for deposition of including | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of including . | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of including developing strategies | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of: including developing strategies. | 0.60 | 105.00 |
| JSE | Plan and prepare for deposition of including preparation. | 0.30 | 52.50 |
| JSE | Plan and prepare for deposition of including preparation · meeting · 'on issues. | 1.20 | 210.00 |
| JSE | Plan and prepare for deposition of including preparation meeting | 0.50 | 87.50 |
| JSE | Plan and prepare for deposition of | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

including preparation
· meeting with

|  |  |  | 0.30 | 52.50 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of
including preparation
meeting with

|  |  |  | 1.40 | 245.00 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of
including preparation
meeting

|  |  |  | 0.80 | 140.00 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of
including preparation

the issue

|  |  |  | 0.20 | 35.00 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of
including revision                    for
meeting with

|  |  |  | 0.80 | 140.00 |
|---|---|---|---|---|

DMS    Research, plan and prepare
for meeting                 about depo of

|  |  |  | 3.00 | 750.00 |
|---|---|---|---|---|

DMS    Research and obtain                    prior
testimony and depos
for meeting with
for depo of

|  |  |  | 0.50 | 125.00 |
|---|---|---|---|---|

DMS    Confer with                about pro hac for Grace
and depo questions for

|  |  |  | 0.50 | 125.00 |
|---|---|---|---|---|

DMS    Prepare outline of depo issues on

for Grace depo of

|  |  |  | 3.20 | 800.00 |
|---|---|---|---|---|

DMS    Prepare summary charts for depo of              about

|  |  |  | 0.50 | 125.00 |
|---|---|---|---|---|

11/11/2006
JSE    Plan and prepare for deposition of
including preparation

W.R. Grace & Company

W.R. Grace Bankruptcy


planning and strategy meeting with
on issue

|  |  |  | 1.20 | 210.00 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of
_including preparation
meeting

|  |  |  | 0.40 | 70.00 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of
_including preparation
meeting

|  |  |  | 0.90 | 157.50 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of
including preparation
·meeting

|  |  |  | 0.20 | 35.00 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of
including research of

|  |  |  | 1.60 | 280.00 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of
including analysis of

|  |  |  | 0.30 | 52.50 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of
including additional research of deposition testimony in

|  |  |  | 0.50 | 87.50 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of I
including revisions of
meeting

|  |  |  | 0.50 | 87.50 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of I
including research of

|  |  |  | 0.80 | 140.00 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of
including preparation
meeting

|  |  |  | 0.50 | 87.50 |
|---|---|---|---|---|

JSE    Plan and prepare for deposition of I

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | including preparation · meeting | | | |
| | | | 0.90 | 157.50 |
| DMS | Draft and prepare on depo prep issues about; | 'presentation for meeting | | |
| | | | 3.10 | 775.00 |
| **11/12/2006** | | | | |
| ALK | Prepare ... on for meeting' for ... deposition. | | 1.00 | 175.00 |
| DCH | On-line legal research concerning rules procedure and evidence in bankruptcy proceedings in anticipation of scheduled deposition of | | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of including research | | | |
| | | | 1.30 | 227.50 |
| JSE | Plan and prepare for deposition of including preparation; meeting | | 0.20 | 35.00 |
| DMS | Draft and prepare : meeting on depo prep on issues about | for | | |
| | | | 3.20 | 800.00 |
| **11/13/2006** | | | | |
| MGC _ | Research; screenings in deposition of: | | 0.60 | 60.00 |
| MGC | Research RTS records· for exhibit preparation for' deposition. | | 1.00 | 100.00 |
| MGC ¢ | Research RTS ·records regarding exhibit preparation for' deposition. | | 1.30 | 130.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| MGC | Research RTS | records regarding for exhibit deposition. | 1.10 | 110.00 |
| | preparation for | | | |
| MGC | Prepare chart of RTS | for exhibit deposition. | 0.50 | 50.00 |
| | preparation for | | | |
| MGC | Prepare chart of RTS; | for exhibit deposition. | 0.40 | 40.00 |
| | preparation for | | | |
| MGC | Prepare chart of RTS | regarding deposition. | 0.60 | 60.00 |
| | preparation for | | | |
| ALK | Confer with Ms. Amanda Basta and regarding pro hacs and ordinary course professional, pleading for deposition of | | 0.20 | 35.00 |
| ALK | Research issues pertaining to pro hacs and ordinary course professional pleading for deposition of | | 0.50 | 87.50 |
| ALK | Prepare exhibits fo: relating deposition | | 1.30 | 227.50 |
| ALK | Research Respiratory Testing Services' deposition of | | 0.40 | 70.00 |
| ALK | Research for deposition preparation. | | 1.30 | 227.50 |
| ALK | Research administrative codes and letters for deposition preparation for | | 0.40 | 70.00 |
| ALK | Research for information relating to for deposition preparation. | | 0.30 | 52.50 |
| KO | Research medical literature prepare as exhibits for upcoming deposition of | | 1.20 | 120.00 |
| KO | Research list of reports and for deposition preparation. | | 0.80 | 80.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| KO | Research | exhibit | | |
| | in preparation for upcoming deposition of Dr. Segarra. | | 0.60 | 60.00 |
| DCH | On-line legal research impeachment the federal rules of evidence in preparation for the scheduled deposition of | | 0.70 | 122.50 |
| DCH | On-line legal research of federal 3rd circuit law concerning evidentiary foundation for admission of under federal rule of evidence 1006 in preparation for deposition of Dr. | | 0.40 | 70.00 |
| DCH | Draft memorandum regarding anticipated objections and issues in scheduled deposition of based on federal rules of civil procedure and federal rules of evidence. | | 2.20 | 385.00 |
| DJF | Research and pull all relevant deposition testimony found in deposition outlines for use at his upcoming deposition. | | 3.80 | 380.00 |
| DJF | Research and obtain full depositions used in Dr. deposition outline to be used in preparation for deposition. | | 1.80 | 180.00 |
| JSE | Plan and prepare deposition of including revisions to examination outline meeting; | | 2.10 | 367.50 |
| JSE | Plan and prepare for deposition of including preparation of meeting | | 2.80 | 490.00 |
| JSE | Plan and prepare strategy with for deposition of | | 3.00 | 525.00 |
| JSE | Plan and prepare for deposition of including research | | 0.90 | 157.50 |
| DMS | Research, prepare and outline issues for topics for: depo outline | | | |

W.R. Grace & Company

.W.R. Grace Bankruptcv

| | | | | |
|---|---|---|---|---|
| | with modifications | depo prep issues. | 7.40 | 1,850.00 |
| DMS | Identify issues and revision and prepare final version of depo preparation. | for | 0.90 | 225.00 |
| **11/14/2006** | | | | |
| MGC | Research  RTS. where for the anticipated deposition of Dr. | | 0.40 | 40.00 |
| KO | Preparation and organization of exhibits for upcoming deposition of: medical literature referenced and abstracts published | | 1.70 | 170.00 |
| KO | Prepare exhibits for possible use at upcoming deposition of  including. | | 1.80 | 180.00 |
| KO | Research number of days deposition exhibit | for | | 150.00 |
| ALK | Research  for deposition preparation and | | 0.70 | 122.50 |
| ALK | Research  on Respiratory Testing Service's for use in deposition of | | 2.30 | 402.50 |
| ALK | Research  as duces tecum to provide to | | 0.30 | 52.50 |
| ALK | Research  records and depositions for preparation of deposition outline for the Grace bankruptcy. | | 1.00 | 175.00 |
| ALK | Research information about  for possible deposition. | | 0.40 | 70.00 |
| DJF | Obtain full documents and excerpts of depositions and prior testimony to be used at  deposition as exhibits. | | 2.60 | 260.00 |
| DJF | Obtain and prepare exhibits of | | | |

Page: 23
November 30, 2006

W.R. Grace & Company

W.R. Grace Bankruptcy

|  |  |  |  |
|---|---|---|---|
|  | deposition. | 1.40 | 140.00 |
| KO | Research medical reports by | 1.30 | 130.00 |
| JSE | Office conference with to develop plan and strategy and prepare for deposition of | 7.00 | 1,225.00 |
| JSE | Plan and prepare for deposition of including research of deposition testimony by | 0.70 | 122.50 |
| JSE | Plan and prepare for deposition of including research for exhibits | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of including research relating to | 0.50 | 87.50 |
| DMS | Research prior testimony by | 3.10 | 775.00 |
| DMS | Meet, confer and plan with about depo topics, exhibits and strategy for depo of | 6.30 | 1,575.00 |
| DMS | Confer with about depo and SDTs for Ms. Burke, and Ms. | 0.40 | 100.00 |

11/15/2006

|  |  |  |  |
|---|---|---|---|
| JSE | Telephone conference with regarding draft article prepare for deposition of | 0.10 | 17.50 |
| JSE | Plan and prepare for deposition of |  |  |

W.R. Grace & Company

W.R. Grace Bankruptcy                    _____

|     |     |     |     |
|-----|-----|-----|-----|
|     |     | 0.50 | 87.50 |
| JSE | Communicate via email with | | |
|     | preparation for deposition of | 0.10 | 17.50 |
| JSE | Draft and revise overview and analysis of<br>from                               deposition in<br>preparation for deposition of | 0.70 | 122.50 |
| JSE | Correspondence via email with | | |
|     | for use in preparation of deposing | 0.20 | 35.00 |
| JSE | Research and make suggested revisions to proposed<br>subpoenas<br>                   prepared by | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of<br>including research of medical records from previous<br>deposition,                    to identify exhibits for<br>impeachment, | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of,<br>including identifying additional exhibits to use for<br>impeachment in relation,<br>                   in deposition excerpts. | 0.90 | 157.50 |
| MGC | Research medical records<br>                                        for use<br>as exhibits in anticipated deposition of | 0.40 | 40.00 |
| MGC | Research medical records,<br>                                        is<br>for use as exhibits in anticipated deposition of | 0.40 | 40.00 |
| MGC | Research medical records<br>for use as exhibits in anticipated deposition of; | 0.60 | 60.00 |
| MGC | Research medical records | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

|  |  |  |  |
|---|---|---|---|
| | for use as exhibits in anticipated deposition of | 0.40 | 40.00 |
| MGC | Research medical records | | |
| | use as exhibits in anticipated deposition of: | 0.50 | 50.00 |
| MGC | Research medical records | | |
| | use as exhibits in anticipated deposition of | 0.60 | 60.00 |
| MGC | Research medical records | | |
| | use as exhibits in anticipated deposition of | 0.50 | 50.00 |
| MGC | Research medical records | | |
| | for use as exhibits in anticipated deposition of | 0.40 | 40.00 |
| MGC | Research medical records | | |
| | for use as exhibits in anticipated deposition of | 0.40 | 40.00 |
| MGC | Research medical records | | |
| | use as exhibits in anticipated deposition of | 0.60 | 60.00 |
| MGC | Telephone call with | regarding exhibits at | |
| | anticipated deposition o: | 0.20 | 20.00 |
| MGC | Research discrepancies between records for preparation for anticipated deposition on | | |
| | | 0.50 | 50.00 |
| JSE | Plan and prepare for deposition of: | | |
| | for impeachment in scheduled deposition of | 1.40 | 245.00 |
| JSE | Plan and prepare for deposition of: including editing outline of deposition examination | | |
| | | 1.00 | 175.00 |
| JSE | Telephone conference with | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| | regarding deposition preparation for: | 0.20 | 35.00 |
| KO | Preparation of deposition exhibits for: medical | 1.10 | 110.00 |
| KO | Preparation of deposition exhibits for medical reports by | 0.80 | 80.00 |
| KO | Preparation of deposition exhibits for verification, compilation and organization medical | 1.00 | 100.00 |
| KO | Preparation of deposition exhibits for verification, compilation and organization medical reports by | 0.70 | 70.00 |
| KO | Preparation of deposition exhibits for verification, compilation and organization medical reports by | 1.00 | 100.00 |
| KO | Research RTS electronic files for matches to the updated database to determine number of with number of screening medical records for exhibits for deposition | 1.00 | 100.00 |
| KO | Prepare report on number of RTS electronic files matched to the updated database with breakdown by other doctors matched to the database for exhibits for deposition | 0.80 | 80.00 |
| KO | Prepare electronic files of literature and evidence of medical examinations in Texas while a was not licensed in preparation for deposition of | 0.80 | 80.00 |
| ALK | Research and prepare subpoena duces tecum for Ms. Rhonda Mason and other for | 2.50 | 437.50 |
| ALK | Confer with regarding the B-reader examination deposition of | 0.30 | 52.50 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| ALK | Research records          s cases involving when he was not licensed          for deposition. | | 1.20 | 210.00 |
| ALK | Research and prepare memorandum on Respiratory Testing Services' and           for deposition examination. | | 2.30 | 402.50 |
| DJF | Research          deposition testimony and pull testimony pertaining to          for SDTand for upcoming deposition. | | 0.80 | 80.00 |
| DJF | Research          depositions and obtain testimony pertaining to          for SDT and for upcoming deposition. | | 1.60 | 160.00 |
| DJF | Research          depositions and obtain testimony pertaining to          for SDT and for upcoming deposition. | | 1.80 | 180.00 |
| DJF | Research invoices produced by          pertaining to     work for          for use at     upcoming deposition. | | 1.20 | 120.00 |
| DMS | Develop specific case example about RTS use at          depo. | | 1.70 | 425.00 |
| DMS | Research, pursue and develop exhibits for abstract about | | 0.40 | 100.00 |
| DMS | Confer and research B reader test info with for          epo topic. | | 0.50 | 125.00 |
| DMS | Research RTS          with          as doctor for          depo. | | 2.80 | 700.00 |
| DMS | Research          questions for depo of about | | 0.20 | 50.00 |
| DMS | Contact          about NIOSH and testing B readers for | | 0.60 | 150.00 |
| DMS | Confer with          about SDTs for N&M          and Ms. depos. | | 0.50 | 125.00 |
| DMS | Research, review and develop examination issues for          er for depo of          and examples. | | 0.50 | 125.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

11/16/2006
| | | | | |
|---|---|---|---|---|
| JSE | Plan and prepare for deposition of including: | | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of | | | |
| | gs by | | 1.30 | 227.50 |
| JSE | Plan and prepare for deposition of including researching use for impeachment as necessary. | | 0.60 | 105.00 |
| JSE | Plan and prepare for deposition of: Dr.          testimony | | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of. | | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition of. g researching modifications:                    outline | | 0.70 | 122.50 |
| DJF | Download:                    file from N&M and prepare;                    is from N&M for his deposition. | | 3.40 | 340.00 |
| DJF | Prepare spreadsheets from spreadsheet o                    om N&M for use at his upcoming deposition. | | 1.80 | 180.00 |
| DJF | Prepare documents about depositions and files pertaining to :             or to be used for preparation of his upcoming deposition. | | 1.00 | 100.00 |
| DJF | Review RTS produced sign-out sheets and depositions of :          to obtain the names of the law firms used at          for,          deposition preparation. | | 0.80 | 80.00 |
| DJF | Prepare a chart and summary of dates where          was at RTS screenings from his work calendars for the preparation of . | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy                                                            —

| | | | | |
|---|---|---|---|---|
| | deposition. | | 0.80 | 80.00 |
| MGC | Research medical records generated by | | | |
| | in | | | |
| | preparation for anticipated deposition of | | 1.30 | 130.00 |
| MGC | Prepare literature articles regarding use as exhibits in preparation for anticipated deposition of | | 0.90 | 90.00 |
| MGC | Prepare          ) medical records | | | |
| | in preparation for anticipated deposition of | | 1.10 | 110.00 |
| MGC | Research n:_____    [for from | | | |
| | deposition of | | 1.40 | 140.00 |
| MGC | Multiple telephone calls to | | | |
| | anticipated deposition of: | | 0.20 | 20.00 |
| MGC | Telephone call with          regarding exhibits from MDL 875 online repository regarding RTS: in preparation for anticipated deposition of | | 0.10 | 10.00 |
| MGC | Research   individuals | | | |
| | in preparation for anticipated deposition of | | 0.70 | 70.00 |
| MGC | Prepare exhibits | | | |
| | in preparation for anticipated deposition of : | | 0.90 | 90.00 |
| MGC | Prepare exhibits | | | |
| | by in preparation for anticipated deposition of: | | 0.90 | 90.00 |
| DMS | Develop        ;SDT for          and Ms. Ahern. | | 0.30 | 75.00 |
| JSE | Research and revise proposed subpoenas for depositions of          and Ms. or modification and service on witnesses in WR Grace bankruptcy. | | 0.70 | 122.50 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| JSE | Telephone conference with ,regarding medical criteria components in proposed WR Grace's TDP to incorporate into deposition examination preparation for and screening personnel. | 0.10 | 17.50 |
| JSE | Plan and prepare for deposition of including researching to incorporate into deposition examination preparation. | 0.50 | 87.50 |
| JSE | Communicate via email with regarding deposition transcripts for provide in preparation of deposition for | 0.20 | 35.00 |
| KO | Research Charlie Foster reference to working with in anticipation of upcoming deposition of deposition for | 0.60 | 60.00 |
| KO | Research Charlie Foster reference to working with in anticipation of upcoming deposition of deposition for | 0.70 | 70.00 |
| KO | Research Charlie Foster reference to working with in anticipation of upcoming deposition of deposition for | 0.60 | 60.00 |
| KO | Research N&M by for upcoming deposition of | 0.60 | 60.00 |
| KO | Research N&M in preparation for deposition of | 0.80 | 80.00 |
| KO | Research N&M by in anticipation of upcoming deposition. | 0.20 | 20.00 |
| KO | Research reference anticipation of upcoming deposition | 0.60 | 60.00 |
| KO | Research regarding and associations with deposition of | 0.40 | 40.00 |
| KO | Research RTS use at deposition of | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | 0.60 | 60.00 |
| KO | Preparation of exhibits for deposition of ncluding medical literature |  |  |  |
|  |  |  | 1.30 | 130.00 |
| DMS | Prepare for and participate on |  |  |  |
|  |  |  | 0.30 | 75.00 |
| DMS | Research          exam questions for depo. |  |  |  |
|  |  |  | 0.20 | 50.00 |
| DMS | Research and contact   medical board about |  |  |  |
|  |  |  | 0.20 | 50.00 |
| DMS | Confer with          about, program for          depo. |  |  |  |
|  |  |  | 0.20 | 50.00 |
| DMS | Confer with          about          literature about          esting for          depo. |  |  |  |
|  |  |  | 0.30 | 75.00 |
| DMS | Research RTS in          for depo. |  |  |  |
|  |  |  | 0.80 | 200.00 |
| DMS | Research          and RTS          for depo. |  |  |  |
|  |  |  | 3.40 | 850.00 |
| DMS | Research and identify          screeners |  |  |  |
|  |  |  | 0.90 | 225.00 |
| DMS | Research and outline comparisons and advise |  |  |  |
|  |  |  | 0.90 | 225.00 |
| DMS | Prepare and develop exhibit about          and |  |  |  |
|  |  |  | 0.40 | 100.00 |
| DMS | Confer with          and advise          about          comments concerning |  |  |  |
|  |  |  | 0.80 | 200.00 |
| 11/17/2006 |  |  |  |  |
| DMS | Research PFT issues for cross on RTS rates for depo. |  |  |  |
|  |  |  | 1.80 | 450.00 |
| ALK | Confer with          office by email regarding:          abstracts for deposition preparation in the Grace Bankruptcy. |  |  |  |
|  |  |  | 0.30 | 52.50 |
| ALK | Research and edit draft subpoena duces tecum for          in the Grace bankruptcy. |  |  |  |
|  |  |  | 0.40 | 70.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| ALK | Prepare deposition outline for deposition preparation relating to for deposition preparation in the Grace bankruptcy. | | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of including research of deposition excerpts from on relating to | | 0.30 | 52.50 |
| JSE | Plan and prepare for deposition of : including deposition excerpts from Mr. Heath Mason in relation to : by N&M. | | 0.50 | 87.50 |
| JSE | Plan and prepare for deposition of including research of interview memorandum of: | | 0.30 | 52.50 |
| JSE | Plan and prepare for deposition of : including research of deposition excerpts from relating to for screening entities. | | 0.70 | 122.50 |
| JSE | Plan and prepare for deposition of including research and analysis of reports from N&M | | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of: including research of: association | | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition of including research of deposition excerpts from | | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of including revisions of draft for preparation of for meeting | | 1.70 | 297.50 |
| KO | Research and telephone calls to medical journal for abstract by: use at deposition of | | 0.30 | 30.00 |
| KO | Research article by for deposition of: | | 0.40 | 40.00 |
| KO | Research historical data for report by . | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | at| .for use at deposition of. | 0.20 | 20.00 |
| KO | Preparation and organization of exhibits for deposition of. | | | |
| | | | 1.40 | 140.00 |
| KO | Research | ledical reports: available in preparation for upcoming deposition of: | 0.80 | 80.00 |
| KO | Research | medical reports. · for analysis in preparation for upcoming deposition of | 0.60 | 60.00 |
| KO | Research. | medical reports for analysis in preparation for upcoming deposition of | 0.60 | 60.00 |
| DMS | Research/ | responses to Congress for deposition outline issues for. deposition. | 0.50 | 125.00 |
| DMS | Email with: | about deposition pro hac issues. | 0.20 | 50.00 |
| DMS | Research and develop | abstracts and medical literature exhibits for. deposition. | 2.40 | 600.00 |
| DMS | Research. | prior testimony and prepare exhibits for deposition cross and meeting | 1.90 | 475.00 |
| 11/18/2006 | | | | |
| DMS | Research, review and compile prior testimony by: . medical literature. issues for | | 2.70 | 675.00 |
| JSE | Plan and prepare for deposition of including final revisions to outline preparation and exhibits | | 1.30 | 227.50 |
| 11/19/2006 | | | | |
| DMS | Meet and confer about depo.tactics. exhibits and topics for cross with: and plus issues about anticipated responses. | | 2.10 | 525.00 |
| DMS | Identify and outline issues about screening | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | depo of | 4.40 | 1,100.00 |
| 11/20/2006 | | | | |
| | DMS | Meet and confer with          about depo strategies and tactics for depo of Dr | 1.10 | 275.00 |
| | ALK | Prepare deposition outline for Dr.     deposition preparation | | |
| | | :or deposition preparation in the Grace bankruptcy. | 2.50 | 437.50 |
| | ALK | Research the             for preparation of deposition in the Grace bankruptcy. | 0.30 | 52.50 |
| | ALK | Research:        for exhibit and to assist in deposition of        in the Grace bankruptcy. | 0.50 | 87.50 |
| | JSE | Telephone conference with :        of Medical Examiners,        re of testimony by        during his deposition. | 0.40 | 70.00 |
| | JSE | Communicate with :        and via email during deposition on regarding findings in research article from | 0.50 | 87.50 |
| | JSE | Plan and prepare for deposition of including research and analysis of recently obtained draft of research article by | 1.30 | 227.50 |
| | KO | Research list of.        claims to identify if        the B-reader as well as the doctor for deposition of | 1.10 | 110.00 |
| | KO | Research 60 plus medical reports by        to use as possible exhibits and as evidence        by        for | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | upcoming deposition. | 0.80 | 80.00 |
| KO | Research | medical reports by | | |
| | | by: | | |
| | | for upcoming deposition. | 1.00 | 100.00 |
| KO | Research | complaints and | | |
| | | prepare as possible exhibits for use at deposition of Dr. | | |
| | | | 0.30 | 30.00 |
| KO | Research | | | |
| | | including: and: | | |
| | | ,and :for deposition of | 0.80 | 80.00 |
| KO | Research medical reports by | for | | |
| | | records. | | |
| | | preparation for deposition or: | 1.00 | 100.00 |
| KO | Research | tests | | |
| | | or analysis in preparation for upcoming | | |
| | | deposition of : | 0.90 | 90.00 |
| DMS | Attend and assist with deposition of: | | | |
| | | with issues. | | |
| | | and exhibits preparation. | 7.80 | 1,950.00 |

11/21/2006
| | | | | |
|---|---|---|---|---|
| DMS | Identify and develop plan for deposition preparation | | | |
| | | for outlines. | 0.60 | 150.00 |
| ALK | Research issues involving | | | |
| | | testing | | |
| | | for deposition preparation in | | |
| | | the Grace bankruptcy. | 1.50 | 262.50 |
| ALK | Research issues involving | | | |
| | | on | | |
| | | and screening | | |
| | | for deposition preparation in the Grace bankruptcy. | 1.50 | 262.50 |
| ALK | Prepare draft of deposition outline for | | | |
| | | deposition preparation | | |
| | | | 1.50 | 262.50 |
| ALK | Prepare deposition outline for | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | deposition preparation | | |
| | | the Grace bankruptcy. | 1.50 | 262.50 |
| | JSE | Prepare draft of outline and revise topics for examination. | 0.60 | 105.00 |
| | JSE | Plan and prepare for deposition of including . RTS and N&M. | 0.60 | 105.00 |
| | JSE | Plan and prepare for deposition of including records search | 1.10 | 192.50 |
| | JSE | Plan and prepare for deposition of including researching N&M production in MDL 1553 | 1.40 | 245.00 |
| | JSE | Plan and prepare for deposition of. including researching N&M | 0.60 | 105.00 |
| | KO | Research briefs and prepare exhibits to briefs for | 0.70 | 70.00 |
| | KO | Research / diagnostic reports and B-read for evidence of mixed diagnoses in preparation for . deposition. | 0.80 | 80.00 |
| | KO | Research RTS data for medical report by: to show connection to RTS and in preparation for upcoming deposition of; | 0.90 | 90.00 |
| | DMS | Prepare outline of top ten issues about to for briefing issues on methodology | 1.20 | 300.00 |
| | DMS | Research and identify issues for depo of depo in terms screener | 2.50 | 625.00 |
| 11/22/2006 | ALK | Research issues involving, for deposition preparation in the Grace bankruptcy. | 0.40 | 70.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| ALK | Research issues involving __ for deposition preparation in the Grace bankruptcy. | 1.10 | 192.50 |
| ALK | Research issues involving for deposition preparation in the Grace bankruptcy. | 1.00 | 175.00 |
| ALK | Prepare draft deposition outline for deposition preparation; Testing in the Grace bankruptcy. | 0.40 | 70.00 |
| ALK | Prepare draft deposition outline for deposition preparation relating to in the Grace bankruptcy. | 1.40 | 245.00 |
| ALK | Prepare draft deposition outline for deposition preparation in the Grace bankruptcy. | 1.20 | 210.00 |
| JSE | Draft and revise draft of deposition examination outline on issues relating to N&M | 1.20 | 210.00 |
| JSE | Plan and prepare for depositions of including researching deposition transcripts N&M's | 1.70 | 297.50 |
| JSE | Plan and prepare for deposition of including drafting issues | 1.80 | 315.00 |
| JSE | Plan and prepare for deposition of including preparing draft issues of | 2.10 | 367.50 |
| JSE | Prepare and revise draft of deposition examination | 1.80 | 315.00 |
| KO | Research medical reports for plaintiff evidence by in preparation for upcoming deposition. | 0.50 | 50.00 |
| KO | Research medical reports for plaintiff for evidence in preparation for upcoming deposition. | 0.40 | 40.00 |
| KO | Research medical reports for plaintiff for evidence by in | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | preparation for upcoming deposition. | 0.60 | 60.00 |
| | KO | Research medical reports for plaintiff for evidence of: by preparation for upcoming deposition. | 0.50 | 50.00 |
| | KO | Research medical reports for plaintiff for evidence of: by in preparation for upcoming deposition. | 0.40 | 40.00 |
| | KO | Research medical reports for plaintiff a for evidence of by preparation for upcoming deposition. | 0.50 | 50.00 |
| | KO | Research N&M and RTS data for: upcoming deposition of: | 0.30 | 30.00 |
| | KO | Research previous analysis of : for deposition exhibits. | 0.80 | 80.00 |
| 11/27/2006 | JSE | Plan and prepare for deposition of including research of : deposition transcript and pleadings filed in MDL 1553, MDL 875 and WR Grace bankruptcy incorporate into deposition examination outline. | 0.90 | 157.50 |
| | JSE | Plan and prepare for deposition of: including modification of draft of examination outline | 0.80 | 140.00 |
| | JSE | Plan and prepare for deposition of including modification of deposition examination outline | 0.80 | 140.00 |
| | JSE | Plan and prepare for deposition of including research of N&M to incorporate into deposition outline. | 0.70 | 122.50 |
| | JSE | Plan and prepare for deposition of including research analysis to identify trends to incorporate into deposition examination. | 0.80 | 140.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| JSE | Plan and prepare for depositions of | | |
| | strategies for developing examination and topics of focus | 0.90 | 157.50 |
| JSE | Plan and prepare draft of topical outline for deposition N&M | 0.50 | 87.50 |
| ALK | Confer with Ms. Amanda Basta by phone and email regarding deposition and obtaining information on Grace claimants. | 0.20 | 35.00 |
| ALK | Confer with Mr. Dan Rooney by phone and email regarding eposition and obtaining information on Grace claimants. | 0.20 | 35.00 |
| ALK | Confer with Ms. Ellen Ahern by phone regarding deposition preparation and meeting. | 0.40 | 70.00 |
| ALK | Prepare work-up and draft questions fo eposition questions in the Grace bankruptcy. | 1.50 | 262.50 |
| ALK | Research documents and records | 2.00 | 350.00 |
| KO | Plan for preparation of deposition exhibits for use at Dr. deposition. | 0.60 | 60.00 |
| KO | Research medical reports of Grace claimants by Dr. diagnostic reports | 1.00 | 100.00 |
| KO | Research medical reports by | 0.70 | 70.00 |
| KO | Research medical reports by for use at deposition off | 0.80 | 80.00 |
| JSE | Revise deposition examination outline for | 1.40 | 245.00 |
| JSE | Plan and prepare for deposition of including researching | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | and MDL 1553 Daubert hearings to incorporate into examination outline. | 0.80 | 140.00 |
| JSE | | Plan and prepare for deposition of including editing and modifying proposed deposition examination outline. | 0.90 | 157.50 |
| DJF | | Research exhibits for                deposition. | 0.40 | 40.00 |
| DMS | | Research, revise and edit f        depo outline | 3.50 | 875.00 |
| DJF | | Review sample of          diagnostic reports | 1.60 | 160.00 |
| DJF | | Review          and obtain diagnostic reports authored by                         . examples exhibits. | 1.40 | 140.00 |
| KO | | Research litigation with              } for upcoming deposition of | 0.90 | 90.00 |
| DMS | | Confer and correspond with Ms. Ahern and Mr.      about        } depo, exhibits and report. | 0.50 | 125.00 |
| DMS | | Plan research needed for drafts of outlines for depos of                 and           } and research for exhibits to use at depo. | 0.60 | 150.00 |
| DMS | | Confer with Ms. Ahern about screening depos scheduling,        outline for questions and outlines for          and         depos. | 0.30 | 75.00 |
| DMS | | Research and develop cross of          on         issues. | 0.40 | 100.00 |
| DMS | | Research, prepare outlines and correspond with Ms.      for depos of | 0.80 | 200.00 |
| 11/28/2006 ALK | | Prepare draft slides          presentation on      } deposition preparation including | 0.40 | 70.00 |
| ALK | | Prepare draft          presentation on | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

deposition preparation

| | | | | |
|---|---|---|---|---|
| | | | 0.80 | 140.00 |
| ALK | Prepare draft | presentation on deposition preparation | | |
| | | | 1.50 | 262.50 |
| ALK | Prepare draft slides fr presentation on deposition preparation | | | |
| | | | 2.00 | 350.00 |
| ALK | Prepare draft slides for presentation on deposition preparation | | | |
| | | | 0.50 | 87.50 |
| ALK | Prepare exhibits on tests for deposition preparation for | | 0.70 | 122.50 |
| MGC | E-mail to Mr regarding medical records for or use as exhibit in anticipated deposition of | | 0.20 | 20.00 |
| MGC | Research videos improper methodology anticipated deposition of N&M on | | 0.80 | 80.00 |
| JSE | Plan and prepare for deposition of including drafting examination/preparation outline on | | 1.10 | 192.50 |
| JSE | Plan and prepare for deposition of including research and analysis of N&M | | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of including drafting examination questions on N&M | | 1.20 | 210.00 |
| KO | Research preparation for upcoming deposition of | | 0.30 | 30.00 |
| DMS | Research outline issues. for | | 0.90 | 225.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| KO | Research database for examples reports for _____ for his upcoming deposition. | 0.80 | 80.00 |
| KO | Research database for examples of reports for ____ by ____ for his upcoming deposition. | 0.80 | 80.00 |
| KO | Research database for examples of reports ____ by ____ for his upcoming deposition. | 0.80 | 80.00 |
| DJF | Review ____ obtain ____ eports authored by ____ examples of ____ /tor upcoming deposition. | 2.00 | 200.00 |
| KO | Research RTS MDL 875 documents for edical reports for plaintiff ____ for Dr. ____ deposition. | 0.40 | 40.00 |
| DJF | Remove duplicative documents from ____ as an exhibit at ____ deposition. | 1.80 | 180.00 |
| KO | Research ____ iterature for use as exhibits in preparation for ____ deposition. | 0.70 | 70.00 |
| KO | Prepare potential exhibits of plaintiffs ____ regarding ____ standards for use as potential exhibits to deposition of ____ | 0.40 | 40.00 |
| KO | Research ____ form used by ____ for use in preparation for upcoming deposition. | 0.20 | 20.00 |
| KO | Research ____ medical reports for ____ for use in preparation for ____ deposition. | 0.50 | 50.00 |
| KO | Research ____ association with ____ RTS in preparation for upcoming deposition of ____ | 0.40 | 40.00 |
| KO | Research ____ order regarding ____ in preparation for ____ |  |  |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | upcoming deposition. | 0.20 | 20.00 |
| DJF | Review various diagnostic reports to | | | |
| | to be used as an exhibit at upcoming deposition. | | 2.00 | 200.00 |
| KO | Review of for deposition of | | 0.50 | 50.00 |
| DJF | Prepare report for used at his upcoming deposition. | | 1.20 | 120.00 |
| DMS | Confer with Mr. David Mendelson about exhibits for | | 0.20 | 50.00 |
| **11/29/2006** | | | | |
| JSE | Plan and prepare for deposition of including research of deposition transcripts from from MDL 1553 to process and/or specific testimony regarding | | 0.90 | 157.50 |
| JSE | Prepare draft of deposition examination outline for | | 0.90 | 157.50 |
| JSE | Prepare draft of deposition examination outline | | 1.00 | 175.00 |
| ALK | Prepare outline on key examination questions for preparation of deposition in the Grace bankruptcy. | | 4.40 | 770.00 |
| KO | Research tests for N&M and prepare a report in preparation for upcoming deposition. | | 0.60 | 60.00 |
| KO | Research medical reports by evidence for upcoming deposition of | | 0.70 | 70.00 |
| KO | Research documents produced by RTS in MDL 875 for | | | |

W.R. Grace & Company

_W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| | ;for use as possible exhibits at upcoming deposition of | 0.60 | 60.00 |
| KO | Research medical reports or                    for number of possible exhibits | | |
| | for upcoming deposition of . | 0.70 | 70.00 |
| KO | Research                    reports Schonfeld to find examples or tests | | |
| | or use as exhibits at deposition of Dr. | 0.80 | 80.00 |
| KO | Review collection of              exhibits for deposition of | 0.60 | 60.00 |
| JSE | Plan and prepare for deposition of : including revisions to and organization of examination | 2.00 | 350.00 |
| KO | Research prior testimony plaintiffs         by                    for upcoming deposition. | 0.70 | 70.00 |
| KO | Research :                              for upcoming deposition of | 0.80 | 80.00 |
| DMS | Confer with Mr. Brian Stansbury about         ; orders by courts and              depo issues. | 0.40 | 100.00 |
| DJF | Research                                 RTS at RTS              to use at upcoming deposition. | 2.00 | 200.00 |
| DJF | Prepare master chart of each date that worked onsite at RTS. | 1.00 | 100.00 |
| DJF | Research RTS                   RTS screenings when was present. | 1.00 | 100.00 |
| DJF | Locate              RTS screening day        h by use at              deposition. | 2.00 | 200.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| DJF | Locate ___ to use a deposition. | | 1.20 | 120.00 |
| DMS | Confer with Ms. Ahern about meeting depos of: and | | 0.80 | 200.00 |
| DMS | Research materials for meeting with Ms. Ahern. | | 0.30 | 75.00 |
| DMS | Research about tests and matches to Grace claimants. | | 0.20 | 50.00 |
| DMS | Research, prepare, revise and develop topics and details for depo outline issues for meeting with Ms. Ahern and Mr. Stansbury. | | 3.70 | 925.00 |
| 11/30/2006 JSE | Prepare draft of deposition examination outline for regarding with N&M. | | 0.90 | 157.50 |
| JSE | Prepare email communication for Ms. Ellen Ahern, including research of documents in to assist Ms. Ahern in preparation of motions relating to discovery. | | 0.90 | 157.50 |
| MGC | Research Ms records from material in preparation for anticipated deposition of Ms. | | 0.30 | 30.00 |
| JSE | Revise and append draft of deposition examination outline for on issues of N&M. | | 1.10 | 192.50 |
| JSE | Prepare draft of outline of deposition examination outline for regarding issues of PTS and N&M. | | 0.80 | 140.00 |
| MGC | E-mail to Mr. regarding diagnosing reports for exhibits at the anticipated deposition of | | 0.20 | 20.00 |
| ALK | Research information to produce | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

|  |  |  |  |
|----|----|----|----|
|  | medical records [<br>cases and briefs and orders:<br>to assist in motions for such discovery in the Grace<br>bankruptcy. | 2.00 | 350.00 |
| ALK | Prepare draft outline on<br>methodologies |  |  |
|  | or use in Grace bankruptcy<br>proceedings (5.0). | 5.00 | 875.00 |
| ALK | Research examples of<br>tests        or use in<br>Grace bankruptcy proceedings (0.3). | 0.30 | 52.50 |
| ALK | Research records and data on dates'<br>: screened with Respiratory Testing Services<br>for use in Grace bankruptcy proceedings (0.5). | 0.50 | 87.50 |
| ALK | Research             tests with<br>;or use in Grace bankruptcy<br>deposition. | 0.50 | 87.50 |
| KO | Prepare records o      diagnoses,<br>examples of,             tests \<br>for use as exhibits at<br>deposition and for use at deposition<br>preparation session. | 0.70 | 70.00 |
| KO | Prepare      standards<br>for use as exhibits at<br>deposition of | 0.60 | 60.00 |
| KO | Research          quipment  Instruction manual<br>for information | 0.70 | 70.00 |
| KO | Research historical information of,<br>for use<br>as exhibits at deposition of | 0.80 | 80.00 |
| KO | Prepare examples .          as<br>potential exhibits for use at deposition of, | 0.80 | 80.00 |
| KO | Prepare working copies of exhibits for deposition<br>preparation meeting with Ms. Ellen Ahern. | 1.30 | 130.00 |
| KO | Research<br>for deposition o | 0.90 | 90.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| JSE | Plan and prepare for deposition of including analysis of | | | |
| | | ৳ by Ms. | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition of: including incorporating ; ; into draft outline for deposition examination. | | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of including researching .on Ms | | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition or __ including researching medical literature, i | | 1.60 | 280.00 |
| JSE | Plan and prepare for deposition of | | 1.30 | 227.50 |
| DMS | Research issues for primer with Ms. Ahern, Mr. Stansbury and others for meeting for depos of and | | 1.10 | 275.00 |
| DJF | Research ·ix database and obtain: reports · and RTS. : at : deposition. | | 2.00 | 200.00 |
| DJF | Create spreadsheet and available documents available. RTS ৳ ( | | 1.20 | 120.00 |
| DJF | Research ৳ and obtain copies of | | 1.60 | 160.00 |
| DJF | Create list of | | | |

W.R. Grace & Company

W R Grace Bankruptcy

|  |  |  | 1.40 | 140.00 |
|---|---|---|---|---|
| DMS | Confer with Ms. Ahern abou_____ medical criteria and depos of _____ and |  | 0.50 | 125.00 |
| DMS | Research for motions about RTS, screening discovery, _____ and inapplicability of HIPAA and consulting expert privilege for Ms. Ahern and Ms. Harding. |  | 1.10 | 275.00 |
| DMS | Correspond with Ms. Ahern about motions, orders and briefs about screening discovery and inapplicability of consulting expert and related issues and Mr. Stansbury about _____ for depo issues. |  | 0.70 | 175.00 |
| DMS | Confer with Mr. Stansbury about depos of |  | 0.20 | 50.00 |
| DMS | Confer with Ms. Ahern about _____ briefs about RTS, N&M and Foster for use in screenings brief. |  | 0.50 | 125.00 |
|  | For Current Services Rendered |  | 564.00 | 93,705.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| David M Setter | Sr. Partner | 133.30 | $250.00 | $33,325.00 |
| Dawn-Carole Harris | Sr. Associate | 15.60 | 175.00 | 2,730.00 |
| Andrew L. Kalish | Jr. Associate | 88.50 | 175.00 | 15,487.50 |
| Jeanette S. Eirich | Sr. Associate | 126.70 | 175.00 | 22,172.50 |
| Matthew G. Clark | Paralegal | 37.70 | 100.00 | 3,770.00 |
| Daniel J. Freeman | Paralegal | 78.80 | 100.00 | 7,880.00 |
| Kerry O'Hanlon | Paralegal | 83.40 | 100.00 | 8,340.00 |

Expenses

| 10/16/2006 | Travel expense D. Setter to Charleston, WVA on October 16-18, 2006 (airfare Denver-Charlotte-Charleston-Denver $1264.20, lodging Marriott-Charleston $355.51, ground transportation via taxi $20, 2 meals $62, parking DIA $46): deposition_____ _____ for | 1,747.71 |
|---|---|---|
| 10/31/2006 | Accurint: October 2006 online research. 21 person search for the purpose of issuing subpoenas to each and to verify the locations and professional licenses to determine their ability to see Plaintiffs in various states. | 16.80 |
| 11/10/2006 | D. Setter: deposition preparation for | 24.00 |
| 11/10/2006 | Federal Express: overnight delivery to Mr. Setter, Ridgeland, MS (notebook of _____ • regarding deposition of _____ 11/14/06). | 36.63 |
| 11/13/2006 | Clerk, U.S. District Court; Certificate of Good Standing, Dave Setter pro hac admission for deposition of_____ | 15.00 |
| 11/13/2006 | Travel expense D. Setter to Jackson, MS on November |  |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | |
|---|---|---:|
| | 13-14, 2006 (lodging, ground transportation, parking DIA): preparation for Dr deposition. | 288.92 |
| 11/13/2006 | Travel expense J. Eirich to Jackson, MS on November 13-14, 2006 (airfare, lodging, parking, gratuities): deposition preparation for | 839.00 |
| 11/14/2006 | Federal Express: overnight delivery to Ms. Ratliff, Jackson, MS (Certificate of Good Standing from U.S. District Court for pro hac motion in U.S. District Court, SD Mississippi. | 11.41 |
| 11/17/2006 | Federal Express: overnight delivery to D. Setter, Biloxi. MS (2 boxes of materials for deposition of on November 20, 2006). | 138.16 |
| 11/19/2006 | Travel expense D. Setter to Biloxi, MS and New Orleans, LA on November 19-21, 2006 (airfare, lodging, ground transportation, meals, parking): deposition of . | 1,068.05 |
| 11/21/2006 | Federal Express: overnight delivery to D. Setter. Denver, CO (2 boxes of material for deposition of on November 20, 2006). | 105.38 |
| 11/21/2006 | Federal Express: overnight delivery to Ms. Ahern, Chicago, II. Brief Exhibits). | 11.82 |
| 11/30/2006 | Photocopy Charges: November 2006. | 151.95 |
| 11/30/2006 | Accurint: November 2006 address and current location search and comprehensive reports. | 73.48 |
| | Total Expenses | 4,528.31 |
| | Total Current Work | 98,233.31 |

**PLEASE INCLUDE ACCOUNT NUMBER WITH PAYMENT.**