**SOCHA, PERCZAK, SETTER & ANDERSON, P.C.**

**Time and Expense Records December 2006**

SOCHA PERCZAK SETTER & ANDERSON, P.C.
ATTORNEYS AT LAW

Denver Financial Center Tower I
1775 Sherman Street, Suite 1925
Denver, CO 80203

(303) 832-7265
(303) 832-7438 fax

W.R. Grace & Company
919 North Market Street
Wilmington DE 19801-3023

Page: 1
December 31, 2006

W.R. Grace Bankruptcy

***Payments received after 12/31/2006 are not included on this statement.***

Fees

| | | | Hours | |
|---|---|---|---|---|
| 12/01/2006 | | | | |
| | MGC | Prepare e-mails to Mr. regarding reports authored by and corresponding RTS for use as exhibits at the anticipated deposition of | 0.40 | 40.00 |
| | MGC | Prepare exhibits of , with in preparation for anticipated deposition of | 0.50 | 50.00 |
| | JSE | Plan and prepare for deposition of including analysis of data by N&M N&M performed | 1.80 | 315.00 |
| | JSE | Draft and revise deposition examination outline issues for Ms. including incorporating data from | 1.60 | 280.00 |
| | JSE | Draft and revise deposition examination outline issues for Ms. deposition by | 0.40 | 70.00 |
| | JSE | Plan and prepare for deposition of including researching N&M | | |

W.R. Grace & Company



W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| | | 0.70 | 122.50 |
| JSE | Plan and prepare for deposition of including research analysis | | |
| | | 0.70 | 122.50 |
| DMS | Research and prepare exhibits and related issues. | 0.40 | 100.00 |
| DJF | Prepare exhibits of the examples of people seen by at RTS screenings from the missing documents sent for use at deposition. | 1.60 | 160.00 |
| DJF | Prepare a chart of the number of people seen by at RTS in the RTS logs to the database information | | |
| | | 1.20 | 120.00 |
| DJF | Research N&M and determine where worked and N&M to be used at her deposition. | 2.60 | 260.00 |
| DJF | Research N&M obtain copies. create an exhibit to be used at deposition. | 1.40 | 140.00 |
| DJF | Quality control check the chart for N&M. | 0.80 | 80.00 |
| KO | Prepare memo on results analysis of for N&M, in preparation for upcoming deposition of Ms. | 0.50 | 50.00 |
| KO | Finalize preparation materials and exhibits for meeting regarding deposition of including medical literature for upcoming deposition of | 0.70 | 70.00 |
| KO | Finalize exhibits for meeting in preparation for deposition of Dr. including examples of by or by | 1.10 | 110.00 |
| KO | Research medical reports by for evidence for use as potential exhibits at upcoming deposition of | | |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | | 0.70 | 70.00 |
| | ALK | Research information relating to development of exhibits and deposition outline for use in the Grace bankruptcy proceedings. | 1.00 | 175.00 |
| | ALK | Research information relating to for development of exhibits and deposition outline for use in the Grace bankruptcy proceedings. | 1.00 | 175.00 |
| | ALK | Prepare about for preparation for meeting with Ms. Ellen Ahern and for use in the Grace bankruptcy proceedings deposition of | 2.20 | 385.00 |
| | DMS | Revise, prepare and edit outline for depo in WR Grace. | 3.90 | 975.00 |
| | DMS | Develop, research, strategize and prepare materials and related Power Point for presentation for depos of and | 2.20 | 550.00 |
| 12/02/2006 | JSE | Draft and revise Power Point presentation for deposition examination preparation | 1.80 | 315.00 |
| | JSE | Draft and revise Power Point presentation for deposition preparation | 0.80 | 140.00 |
| | DMS | Research about criteria for compliance and respiratory disease processes for presentation for meeting with Ms. Ahern and others to prepare for the depo of and | 2.40 | 600.00 |
| | JSE | Draft and revise Power Point presentation, including exhibits. | 1.00 | 175.00 |
| 12/03/2006 | JSE | Draft and revise Power Point presentation for deposition preparation | | |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | reports. | 1.80 | 315.00 |
| | JSE | Draft and revise deposition examination outline for | 1.40 | 245.00 |
| 12/04/2006 | DJF | Locate prior testimony for deposition. | 1.00 | 100.00 |
| | DJF | Review deposition and obtain testimony about to use as preparation material for upcoming deposition. | 0.60 | 60.00 |
| | DJF | Locate the most recent addresses and contact information for and serve each for depositions. | 0.80 | 80.00 |
| | DJF | Research Harrison and Jackson County (Mississippi) UCC and tax assessor websites to locate a physical address for for deposition service. | 0.80 | 80.00 |
| | DJF | Research MDL 875 database and the database to obtain records. to use at upcoming deposition. | 2.00 | 200.00 |
| | JSE | Plan and prepare for deposition of including drafting questions | 0.60 | 105.00 |
| | JSE | Plan and prepare for deposition of: including preparing exhibits | 1.00 | 175.00 |
| | JSE | Plan and prepare for deposition including drafting examination questions | 0.60 | 105.00 |
| | JSE | Plan and prepare for the deposition including drafting a topical outline | 0.90 | 157.50 |
| | JSE | Plan and prepare for deposition of. including preparing exhibits | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | methodology. | 1.10 | 192.50 |
| | JSE | Plan and prepare for deposition of including researching to use as exhibits in deposition. | 0.50 | 87.50 |
| | JSE | Plan and prepare for meeting with Ms. Ellen Ahern and Mr. Brian Stansbury, including editing Power Point presentation | 1.20 | 210.00 |
| | KO | Research N&M or examples in preparation for upcoming deposition. | 0.90 | 90.00 |
| | KO | Research N&M for upcoming deposition of | 0.80 | 80.00 |
| | KO | Research N&M examples of tests for upcoming deposition. | 0.90 | 90.00 |
| | KO | Prepare potential exhibits by for use in preparation for upcoming deposition. | 1.00 | 100.00 |
| | KO | Research video tape of for video clips of proper testing in preparation for deposition of | 0.30 | 30.00 |
| | DMS | Prepare draft and modify outline for depo prep meeting with Ms. Ahern and others. | 0.40 | 100.00 |
| | DMS | Research and identify screening issues and related issues for presentation to Ms. Ahern. Mr. Stansbury and others for depos of Ms and others. | 4.60 | 1,150.00 |
| | DMS | Confer with Ms. Ahern about depo of Ms. for and others and brief about nonparty discovery | 0.30 | 75.00 |
| 12/05/2006 | DJF | Research MDL 875 website the database and RTS records produced by Charles Foster | | |

| | | Hours | Amount |
|---|---|---|---|
| | that to use at upcoming deposition. | 2.00 | 200.00 |
| DJF | Draft e-mail report about the dates RTS screenings using the documents obtained for possible use at deposition. | 0.80 | 80.00 |
| DJF | Review deposition outline for quality control to make certain the citations used are correct. | 1.40 | 140.00 |
| DJF | Locate deposition excerpts used to support deposition outline and prepare exhibits of excerpts. | 2.00 | 200.00 |
| JSE | Plan and prepare for deposition of including research of. | 0.90 | 157.50 |
| JSE | Plan and prepare for depositions of and including reviewing approximately 10 diagnostic reports physical examinations. | 0.50 | 87.50 |
| KO | Research and prepare spreadsheet of individuals tested by to identify W.R. Grace claimants and for use as possible exhibits at deposition | 1.00 | 100.00 |
| KO | Research and prepare spreadsheet of individuals tested by to identify W.R. Grace claimants and for use as possible exhibits at deposition | 0.80 | 80.00 |
| KO | Research and prepare spreadsheet of individuals tested by identify W.R. Grace claimants and for use as possible exhibits at deposition | 0.60 | 60.00 |
| KO | Research and prepare spreadsheet of individuals tested by to identify W.R. Grace claimants and for use as possible exhibits at deposition | 0.90 | 90.00 |

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| KO | Preparation of tests as exhibits for deposition of | 1.20 | 120.00 |
| KO | Preparation of tests as exhibits as evidence for deposition of | 0.90 | 90.00 |
| KO | Preparation of tests as for deposition of | 0.40 | 40.00 |
| KO | Preparation of tests as exhibits as evidence for deposition of | 0.20 | 20.00 |
| KO | Research medical reports for diagnostic reports by for deposition of | 0.80 | 80.00 |
| KO | Research medical reports for diagnostic reports by for deposition of | 0.40 | 40.00 |
| DMS | Prepare, revise and edit PowerPoint presentation meeting with Ms. Ahern, Mr. Stansbury and others for depositions of and others. | 3.20 | 800.00 |
| DMS | Revise, edit and prepare for Ms. Ahern depo prep outline. | 2.30 | 575.00 |
| DMS | Prepare depo exhibits and depo prep PowerPoint slides for preparation meeting with Ms. Ahern and others. | 1.30 | 325.00 |
| DMS | Confer with Ms. Ahern about depo issues and depos of and. | 0.50 | 125.00 |
| DMS | Revise, prepare and edit draft of depo outline. | 1.60 | 400.00 |

12/06/2006

| | Description | Hours | Amount |
|---|---|---|---|
| JSE | Office conference with Mr. Sal Bianca, Mr. Brian Stansbury and Ms. Ellen Ahern to discuss for depositions of and | 5.60 | 980.00 |
| MGC | Research MDL 875 repository regarding coding and document updates preparation for anticipated depositions of | 0.90 | 90.00 |
| DJF | Research by RTS depositions and the depositions for use in the deposition preparation of | 0.80 | 80.00 |
| DJF | Research deposition outline and the fact sheet to be used by Ellen Ahern at the deposition of and put together a list and send electronically the depositions used to support the documents for use by Ms. Ahern to prepare for the deposition. | 1.00 | 100.00 |
| DJF | Research and documents Ms. Ahern in preparation for deposition of | 1.00 | 100.00 |
| DJF | Research and review diagnostic report for use at deposition. | 2.00 | 200.00 |
| DJF | Research files and put together a list of the documents available, depositions available, background information available and deposition summaries available for and check documents to determine documents available onsite for to use in preparation for deposition. | 1.00 | 100.00 |
| DJF | Research the documents that RTS the preparation of deposition. | 0.60 | 60.00 |
| ALK | Prepare deposition outline and exhibits for deposition of in the Grace bankruptcy. | 3.50 | 612.50 |

| | | | |
|---|---|---|---|
| ALK | Meet with Mr. Brian Stansbury, Ms. Ellen Ahern and Ms. Bianca Salvatore regarding depositions of and in the Grace bankruptcy. | 6.00 | 1,050.00 |
| JSE | Plan and prepare for deposition of including identifying and preparing documents for exhibits. | 1.30 | 227.50 |
| JSE | Plan and prepare for deposition of | 1.20 | 210.00 |
| KO | Research by | 0.80 | 80.00 |
| KO | Research by | 0.70 | 70.00 |
| KO | Research by | 0.60 | 60.00 |
| KO | Research by | 0.90 | 90.00 |
| KO | Prepare report on by Dr. by Dr. and/or by his technicians. | 1.20 | 120.00 |
| KO | Prepare exhibits for upcoming deposition of by technicians. | 1.20 | 120.00 |
| KO | Prepare report of demographic information to identify W.R. Grace claimants for use at Ms deposition. | 0.80 | 80.00 |
| KO | Research medical reports for diagnostic reports by for deposition of | 1.10 | 110.00 |
| KO | Research medical reports for diagnostic reports by | | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | for deposition of | 0.70 | 70.00 |
| | DMS | Prepare, revise and redraft outline and exhibits | 1.20 | 300.00 |
| | DMS | Research and prepare issues for deposition exhibits. | 0.40 | 100.00 |
| | DMS | Meet and confer with Ms. Ahern, Mr. Stansbury and others for depos of and | 6.80 | 1,700.00 |
| 12/07/2006 | JSE | Plan and prepare for deposition of including researching MDL 1553 Order 29 | 0.60 | 105.00 |
| | JSE | Revise and edit deposition outline for | 1.10 | 192.50 |
| | JSE | Revise and edit outline for deposition preparation for | 1.70 | 297.50 |
| | JSE | Draft and revise deposition outline preparation for | 1.10 | 192.50 |
| | JSE | Draft and revise deposition outline preparation for | 0.80 | 140.00 |
| | JSE | Revise and edit deposition outline preparation for | 0.90 | 157.50 |
| | JSE | Revise and edit deposition outline preparation for | 0.70 | 122.50 |

| | | | |
|---|---|---|---|
| MGC | Research records in preparation for anticipated deposition of | 0.60 | 60.00 |
| MGC | Research records in preparation for anticipated deposition of | 0.60 | 60.00 |
| MGC | Research in preparation for anticipated deposition of | 0.60 | 60.00 |
| MGC | Research for anticipated deposition of | 0.50 | 50.00 |
| MGC | Research records in preparation for anticipated deposition of | 1.80 | 180.00 |
| MGC | Research records for anticipated deposition of | 0.90 | 90.00 |
| MGC | Prepare exhibit of preparation for anticipated deposition of | 0.50 | 50.00 |
| MGC | Prepare exhibit by Ms. in preparation for anticipated deposition | 0.40 | 40.00 |
| MGC | Prepare exhibit Ms. preparation for anticipated deposition of | 0.60 | 60.00 |
| MGC | Prepare exhibits needed for anticipated deposition of Mr. | 0.50 | 50.00 |
| MGC | Strategize about questions needed for anticipated deposition of | 0.50 | 50.00 |
| MGC | Prepare exhibits needed for anticipated deposition of | 0.40 | 40.00 |
| MGC | Strategize about questions needed for anticipated | | |

| | | | |
|---|---|---|---|
| | deposition of | 0.40 | 40.00 |
| MGC | Research tests performed by Ms. in preparation for deposition by Ms. | 0.40 | 40.00 |
| JSE | Revise and edit deposition preparation outline for including selection of exhibits, | 1.10 | 192.50 |
| JSE | Revise and edit deposition preparation outline for including incorporating exhibits | 0.80 | 140.00 |
| JSE | Prepare revised deposition examination preparation outline for | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition of use as exhibits and incorporate into examination outline. | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of prepare exhibits for deposition and incorporating into examination outline. | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of including research of data matching for WR Grace claimants to identify potential examples/exhibits | 0.50 | 87.50 |
| DJF | Research photographs and prepare exhibits for the deposition. | 0.80 | 80.00 |
| DJF | Prepare exhibits for the deposition. | 0.80 | 80.00 |
| DJF | Prepare Excel spreadsheet for the deposition. | 1.80 | 180.00 |
| DJF | Prepare Excel spreadsheet | | |

| | | | |
|---|---|---|---|
| | for the deposition of | 1.20 | 120.00 |
| DJF | Prepare Excel spreadsheet and how for the deposition of | 1.40 | 140.00 |
| DJF | Prepare Excel spreadsheet N&M for the deposition of | 1.00 | 100.00 |
| KO | Research medical records data for diagnostic reports Dr. for diagnosis for use at depositions. | 0.80 | 80.00 |
| KO | Research medical records Dr. relied upon for diagnosis for use at Dr. depositions. | 0.70 | 70.00 |
| KO | Prepare list of N&M for Kirkland & Ellis to match to claimants to further identify exhibits for use at deposition of | 0.50 | 50.00 |
| KO | Research N&M performed by technician to identity number of tests for use in preparation for deposition of | 0.70 | 70.00 |
| KO | Research N&M performed by technician to identify number of tests for use in preparation for deposition of | 0.60 | 60.00 |
| KO | Research N&M performed by technician to identify number of tests for use in preparation for deposition of | 0.60 | 60.00 |
| KO | Research N&M performed by technician. to identify number of tests in preparation for | | |

| | | | |
|---|---|---|---|
| | deposition of | 0.70 | 70.00 |
| KO | Research N&M performed by technician. number of tests s for deposition of | 0.70 | 70.00 |
| KO | Research N&M performed by technician to identify number of tests in preparation for deposition of | 0.70 | 70.00 |
| KO | Prepare reports on analysis N&M as evidence in preparation for deposition. | 1.00 | 100.00 |
| KO | Prepare exhibits for upcoming deposition of | 0.70 | 70.00 |
| ALK | Prepare exhibits on for use in the Grace bankruptcy proceedings deposition of | 1.70 | 297.50 |
| ALK | Research records for use in the Grace bankruptcy proceedings deposition of | 0.70 | 122.50 |
| ALK | Research data demonstrating Respiratory Testing Services for use in the Grace bankruptcy proceedings deposition of | 0.80 | 140.00 |
| ALK | Prepare deposition outline and questions relating to: Respiratory Testing Services for use in the Grace bankruptcy proceedings deposition of | 1.00 | 175.00 |
| ALK | Research examples of supervision, for use in the Grace bankruptcy proceedings deposition of | 3.30 | 577.50 |
| ALK | Research examples for examples use in the Grace bankruptcy proceedings deposition of | 0.50 | 87.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | DMS | Plan, outline and develop exhibits needed for depo of [illegible] issues about exhibits for depo of | 1.60 | 400.00 |
| | DMS | Research, plan and develop issues about N&M outline for depo, | 3.30 | 825.00 |
| | DMS | Research and plan exhibits about N&M for info and exhibit. | 0.30 | 75.00 |
| | DMS | Confer with, about depo. | 0.20 | 50.00 |
| | DMS | Research and plan exhibits for N&M related items. | 1.10 | 275.00 |
| 12/08/2006 | JSE | Plan and prepare for deposition of including identifying examples [illegible]ate into examination outline that are WR Grace claimants matching individuals. | 0.80 | 140.00 |
| | MGC | Research list of Grace claimants where for anticipated deposition of | 0.60 | 60.00 |
| | JSE | Plan and prepare for deposition of including incorporating and finalizing exhibits to N&M's | 1.00 | 175.00 |
| | JSE | Plan and prepare for deposition of including analysis. for | 0.70 | 122.50 |
| | JSE | Plan and prepare for deposition of including analysis | 0.80 | 140.00 |
| | JSE | Plan and prepare for deposition of including analysis testing standards. | 0.60 | 105.00 |
| | JSE | Plan and prepare for deposition of | | |

| | | | |
|---|---|---|---|
| | including analysis | 0.50 | 87.50 |
| MGC | Research records indicating both and for use in anticipated deposition of | 1.80 | 180.00 |
| MGC | Prepare e-mail memorandum regarding research for records indicating and for use in anticipated deposition of | 0.20 | 20.00 |
| MGC | Prepare report regarding list of Grace claimants where Ms. preparation of making exhibits for anticipated deposition of | 0.30 | 30.00 |
| DJF | Research used by and prepare exhibits for his deposition. | 1.80 | 180.00 |
| KO | Prepare exhibits with charts of tests for use at upcoming deposition of Ms. | 0.20 | 20.00 |
| KO | Research and review to use as exhibits to illustrate with Dr. | 0.80 | 80.00 |
| KO | Research and identify tests for use as exhibits at deposition of | 0.70 | 70.00 |
| KO | Research performed by technician for | 0.70 | 70.00 |
| KO | Research issues on technician for use as exhibits at deposition. | 0.50 | 50.00 |
| KO | Research list of N&M tests claims matched to Grace claimants and compare to of | 0.50 | 50.00 |

| | | | |
|---|---|---|---|
| KO | Prepare report on number Grace claimants that match N&M for use at deposition of | 0.50 | 50.00 |
| KO | Prepare and finalize medical report exhibits examples by technician for deposition of | 0.80 | 80.00 |
| KO | Prepare and finalize medical report exhibits examples by technician for deposition of | 0.60 | 60.00 |
| KO | Prepare and finalize medical report exhibits by technician for deposition of | 0.40 | 40.00 |
| KO | Prepare and finalize medical report exhibits examples by technician for deposition of | 0.50 | 50.00 |
| ALK | Research and compile examples of for use in the Grace bankruptcy proceedings deposition of Dr. | 1.30 | 227.50 |
| ALK | Research and compile examples for use in the Grace bankruptcy proceedings deposition of | 1.50 | 262.50 |
| ALK | Research and compile diagnostic reports for use in the Grace bankruptcy proceedings deposition of | 2.70 | 472.50 |
| ALK | Research Dr. reports in the Grace bankruptcy proceedings deposition of | 0.20 | 35.00 |
| ALK | Prepare email to Ms. Ellen Ahern regarding updates on research of RTS, for use in the Grace bankruptcy proceedings deposition of | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of Ms. including revising deposition exhibits | 0.80 | 140.00 |
| DMS | Research exhibits and outline for depo of | | |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | | 1.00 | 250.00 |
| | DMS | Prepare exhibits and outline prep for depo examination issues. | 1.60 | 400.00 |
| 12/09/2006 | JSE | Plan and prepare for the deposition of including preparing for possible exhibits . | 1.00 | 175.00 |
| | JSE | Communicate with Mr. Brian Stansbury regarding deposition preparation for Ms. | 0.10 | 17.50 |
| | DMS | Research and develop exhibits and revise exhibits. | 1.20 | 300.00 |
| 12/11/2006 | MGC | Research N&M, Inc. records for incorporation questioning for the anticipated deposition of | 1.00 | 100.00 |
| | DJF | Research N&M conducted by | 1.60 | 160.00 |
| | DJF | Research 10 sample full medical files by N&M exhibits of these files for deposition. | 1.00 | 100.00 |
| | DJF | Research 10 sample full medical files N&M these files for deposition. | 1.00 | 100.00 |
| | DJF | Research invoices from N&M prepare as exhibits for deposition. | 0.60 | 60.00 |
| | DJF | Research the backgrounds of N&M employees for use at the upcoming deposition of | 0.40 | 40.00 |
| | DJF | Call the Board of Respiratory Care to for the deposition of | | |

| | | Hours | Amount |
|---|---|---|---|
| | | 0.60 | 60.00 |
| ALK | Research Ms. tests with N&M to prepare deposition outline and questions for deposition of in the Grace bankruptcy. | 2.10 | 367.50 |
| ALK | Prepare deposition outline and questions about Ms. N&M for deposition of in the Grace bankruptcy. | 1.50 | 262.50 |
| ALK | Research entry of admission requirements in the Northern District of Ohio for deposition in the Grace bankruptcy. | 0.30 | 52.50 |
| JSE | Plan and prepare for deposition of including editing deposition outline | 1.20 | 210.00 |
| KO | Create exhibit, N&M technician for use at deposition. | 0.20 | 20.00 |
| KO | Prepare exhibit chart, N&M deposition of | 0.20 | 20.00 |
| JSE | Plan and prepare for deposition of incorporate information into examination outline. | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of to include issues of | 0.70 | 122.50 |
| JSE | Plan and prepare for deposition of | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition of | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | including editing deposition outline and exhibits | 1.00 | 175.00 |
| | JSE | Plan and prepare for deposition of including researching deposition summary of testimony relating to deposition for and N&M. | 0.80 | 140.00 |
| | JSE | Plan and prepare for deposition of including identifying and preparing deposition exhibits | 1.50 | 262.50 |
| | KO | Research number of N&M list of W. R. Grace claimants to determine number of Grace claimants | 0.90 | 90.00 |
| | KO | Prepare report on 359 W.R. Grace claimants showing based on N&M | 0.60 | 60.00 |
| | DMS | Confer (telephone call) and correspond (email) with Mr. Brian Stansbury and Ms. Ellen Ahern about depo issues. | 0.30 | 75.00 |
| | DMS | Research N&M Harron for exam issues or. | 0.80 | 200.00 |
| | DMS | Develop depo outline issues and exhibits for meeting with Mr. Stansbury for depo prep. | 2.30 | 575.00 |
| | DMS | Research depo exhibits for depo of | 1.70 | 425.00 |
| | DMS | Research and prepare exam for depo with exhibits. | 2.70 | 675.00 |
| 12/12/2006 | MGC | Research N&M preparation for anticipated deposition of | 1.00 | 100.00 |
| | MGC | Research in N&M preparation for anticipated deposition of | 0.80 | 80.00 |
| | MGC | Research N&M preparation for anticipated deposition of | 0.80 | 80.00 |

| | | | |
|---|---|---|---|
| MGC | Research N&M in preparation for anticipated deposition of Ms. | 0.80 | 80.00 |
| MGC | Research N&M co in preparation for anticipated deposition of | 0.90 | 90.00 |
| MGC | Research or N&M n preparation for anticipated deposition of | 1.00 | 100.00 |
| MGC | Research N&M in preparation for anticipated deposition of | 0.80 | 80.00 |
| MGC | Research N&M preparation for anticipated deposition of | 0.90 | 90.00 |
| ALK | Research Dr. invoices for information for deposition of in the Grace bankruptcy. | 2.80 | 490.00 |
| JSE | Plan and prepare for deposition of including drafting and editing deposition exhibits tables | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition of including drafting and editing deposition exhibits | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of including editing draft of examination outline | 1.30 | 227.50 |
| DMS | Confer (email and telephone call) with Mr. Stansbury about depo of and PFT issues. | 0.80 | 200.00 |
| DMS | Research issues a for depo and examine exhibits from 350 plus matches to Grace claims list for depo. | 0.50 | 125.00 |
| DMS | Research for depo exhibits | | |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | | 1.00 | 250.00 |
| | DMS | Confer with Ms. Ahern about depo issues for screening doctor depo and exam issues | 0.50 | 125.00 |
| | DMS | Research and prepare report to Ms. Ahern about | 1.00 | 250.00 |
| 12/13/2006 | MGC | Prepare exhibits and the individual is a Grace claimant in preparation for anticipated deposition of | 0.40 | 40.00 |
| | KO | Research N&M as requested by Mr. Brian Stansbury for deposition of | 1.30 | 130.00 |
| | KO | Research N&M for use at deposition as requested by Mr. Brian Stansbury. | 1.20 | 120.00 |
| | KO | Research N&M examples for use at deposition of | 1.10 | 110.00 |
| | KO | Research N&M 13 examples of for use at deposition of | 1.00 | 100.00 |
| | KO | Prepare examples of N&M for use as possible exhibits at the deposition of | 0.60 | 60.00 |
| | ALK | Prepare and send exhibits to Ms. Ahern of for deposition of in the Grace bankruptcy. | 0.10 | 17.50 |
| | JSE | Plan and prepare for deposition of including analysis from Mr. Stansbury to provide information and analysis for deposition examination. | 1.00 | 175.00 |
| | DMS | Confer with Ms. Ellen Ahrens about depo of | 0.40 | 100.00 |
| | DMS | Confer with depo and exhibits for depo. | 0.30 | 75.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | DMS | Plan and prepare topics and exhibits for depo | 1.40 | 350.00 |
| | DMS | Research for depo and exhibits for depo. | 0.40 | 100.00 |
| | DMS | Research invoices and prepare report to Ms. Ahrens. | 0.90 | 225.00 |
| | DMS | Research and prepare exhibits for depo of | 1.10 | 275.00 |
| 12/14/2006 | MGC | Research additional records to locate and trends to identify for the anticipated deposition of | 0.20 | 20.00 |
| | MGC | Research additional records to locate and trends to identify for the anticipated deposition of | 0.20 | 20.00 |
| | KO | Research medical records of for RTS for use at deposition of | 0.30 | 30.00 |
| | KO | Research medical records by | 1.00 | 100.00 |
| | KO | Research diagnostic reports exhibits files for use at deposition. | 1.20 | 120.00 |
| | KO | Research medical reports by and records for Ms. Ellen Ahern in preparation for deposition of | 0.40 | 40.00 |
| | KO | Research prepare for use as possible exhibits at deposition. | 0.80 | 80.00 |
| | DJF | Assist with collecting prepare as exhibits for his deposition. | 1.00 | 100.00 |
| | ALK | Research remaining depositions in the Grace | | |

| | | | |
|---|---|---|---|
| | bankruptcy | 0.20 | 35.00 |
| ALK | Confer with Ms. Ellen Ahern by sending her information on that is responsive open Grace claimants. | 0.60 | 105.00 |
| ALK | Confer with the Northern District of Ohio by phone and email regarding Mr. Dave Setter's entry of admission for the deposition of in the Grace bankruptcy. | 0.50 | 87.50 |
| DMS | Prepare materials, research and identify exhibits and topics for cross examination issues for depo of. N&M | 4.60 | 1,150.00 |
| JSE | Plan and prepare for deposition of including identifying and preparing deposition exhibits | 1.20 | 210.00 |
| KO | Research medical records by for deposition of | 0.80 | 80.00 |
| KO | Research medical records by for deposition | 0.20 | 20.00 |
| KO | Research medical records by. for deposition | 0.40 | 40.00 |
| KO | Research Dr. reports and exhibits files to accompany diagnostic report for use at deposition | 0.90 | 90.00 |
| KO | Research diagnostic reports and and update exhibits files to accompany diagnostic report for use deposition | 0.40 | 40.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | DMS | Meet and confer with Mr. Brian Stansbury. Mr. ___ and Ms. Ahern about strategies and areas to cover for depo of | 3.70 | 925.00 |
| 12/15/2006 | KO | Research medical reports by ___ to identify W.R. Grace claimants for use at deposition of | 0.50 | 50.00 |
| | DMS | Attend and participate in the deposition of. ___ with Mr. Stansbury and others and confer about depo tactics and goals | 3.80 | 950.00 |
| | JSE | Plan and prepare for deposition of including revisions to topical examination outline. | 0.20 | 35.00 |
| | JSE | Plan and prepare for deposition of including research | 0.90 | 157.50 |
| | JSE | Plan and prepare for deposition of including research | 1.20 | 210.00 |
| | KO | Review and finalize deposition exhibits for deposition of documents | 1.40 | 140.00 |
| | DMS | Confer and strategize depos of for continuance, ___, Ms. ___ and with N&M with Mr. Stansbury and Ms. Ahern. | 0.80 | 200.00 |
| | DMS | Confer and plan with Ms. Ahern and, about depo tactics and strategy for depo of | 0.70 | 175.00 |
| | DMS | Plan, prepare, research and develop cross issues by ___ for deposition and outline issues and other medical literature for deposition | 3.20 | 800.00 |
| 12/16/2006 | DMS | Research, review and develop cross issues | | |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | statement depo of Dr. examples for Grace claims | 2.60 | 650.00 |
| 12/17/2006 | DMS | Research, develop and plan for cross exam issues and exhibits to use at depo of and meet with Ms. Ahern to develop depo strategies. | 7.60 | 1,900.00 |
| 12/18/2006 | JSE | Edit and append deposition outline for incorporating proposed exhibits | 1.00 | 175.00 |
| | JSE | Draft and revise deposition outline for including incorporating proposed exhibits | 0.80 | 140.00 |
| | JSE | Plan and prepare for deposition including researching reports by identifying reports to use as exhibits relating to footers, macros and dual reports. | 0.90 | 157.50 |
| | JSE | Plan and prepare for deposition of including identifying and incorporating proposed exhibits from reports | 1.10 | 192.50 |
| | JSE | Plan and prepare for deposition of Ms. including incorporating information from deposition transcripts | 0.70 | 122.50 |
| | DMS | Attend, assist Ms. Ahern and participate in the deposition of screening physician | 7.80 | 1,950.00 |
| | DMS | Meet and confer with Ms. Ahern, Mr. and about depo topics for depo of | 0.40 | 100.00 |
| | DMS | Plan and outline issues for depos | 3.20 | 800.00 |
| 12/19/2006 | JSE | Plan and prepare for deposition | 0.40 | 70.00 |

| | | | | |
|---|---|---|---|---|
| | JSE | Plan and prepare for depositions of including researching written questions submitted to to incorporate into deposition outlines. | 0.80 | 140.00 |
| | JSE | Plan and prepare for deposition of including revising examination questions. for and RTS screening entity. | 1.20 | 210.00 |
| | JSE | Plan and prepare for deposition of including revising examination questions relating | 1.00 | 175.00 |
| | JSE | Plan and prepare for deposition of including revising examination questions relating to | 1.30 | 227.50 |
| | JSE | Plan and prepare for deposition of | 0.40 | 70.00 |
| | DMS | Plan depos of and and techs with research needed | 1.00 | 250.00 |
| 12/20/2006 | JSE | Plan and prepare for deposition of including research on testimony relating agnoses to prepare issues for examination questions for | 0.80 | 140.00 |
| | JSE | Plan and prepare for deposition of including researching for screenings to prepare examination questions for | 0.90 | 157.50 |
| | JSE | Plan and prepare for deposition of including researching to prepare examination questions for | 1.20 | 210.00 |
| | JSE | Plan and prepare for deposition of Mr. including researching testimony | | |

W.R. Grace & Company



W.R. Grace Bankruptcy

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | | 1.30 | 227.50 |
| 12/22/2006 | JSE | Revise and append deposition outline for incorporating proposed exhibits | 0.90 | 157.50 |
| | JSE | Draft and revise deposition examination for incorporating deposition exhibits | 1.00 | 175.00 |
| | JSE | Draft and revise deposition examination for incorporating deposition exhibits | 1.00 | 175.00 |
| | JSE | Plan and prepare for deposition of including research of MDL 1553 Order 29 | 1.30 | 227.50 |
| 12/26/2006 | JSE | Make revisions to draft of deposition examination for related to issues of methodology. | 1.20 | 210.00 |
| | JSE | Plan and prepare for deposition of. including researching reports and to identify reports | 1.40 | 245.00 |
| 12/27/2006 | DMS | Plan exam issues for depo of who worked with and ) | 0.50 | 125.00 |
| | JSE | Plan and prepare for deposition of including researching production from to identify documents to incorporate into deposition examination. | 1.00 | 175.00 |
| | JSE | Prepare revised draft of deposition examination for incorporating all proposed exhibits identified | 0.90 | 157.50 |
| | | For Current Services Rendered | 331.50 | 56,797.50 |

W.R. Grace & Company

W.R. Grace Bankruptcy

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| David M Setter | Sr. Partner | 97.80 | $250.00 | $24,450.00 |
| Andrew L. Kalish | Jr. Associate | 35.90 | 175.00 | 6,282.50 |
| Jeanette S. Eirich | Sr. Associate | 83.80 | 175.00 | 14,665.00 |
| Matthew G. Clark | Paralegal | 22.20 | 100.00 | 2,220.00 |
| Daniel J. Freeman | Paralegal | 40.40 | 100.00 | 4,040.00 |
| Kerry O'Hanlon | Paralegal | 51.40 | 100.00 | 5,140.00 |

Expenses

| Date | Description | Amount |
|---|---|---|
| 12/06/2006 | D. Setter: meeting with Kirkland Ellis Chicago attorneys. | 69.50 |
| 12/06/2006 | SKV: materials for meeting with Kirkland Ellis, Chicago Attorneys. | 10.00 |
| 12/06/2006 | Federal Express: overnight delivery to Ms. Ahern, Chicago, IL (return materials used at meeting in Denver, CO on 12/6/06). | 27.56 |
| 12/08/2006 | Impact Legal Technologies: blowbacks of invoice production by Dr. | 31.74 |
| 12/11/2006 | Colorado Supreme Court: Certificate of Good Standing, David M. Setter for Pro Hac in | 10.00 |
| 12/11/2006 | Clerk, U.S. District Court: Certificate of Good Standing, David M. Setter for Pro Hac in | 15.00 |
| 12/12/2006 | Federal Express: overnight delivery to US District Court, Cleveland, OH (Admission materials of Mr. Setter for deposition of Dr. on 12/18/06). | 18.91 |
| 12/13/2006 | Federal Express: overnight delivery to Mr. Setter, Biloxi, MS for depo of Ms. | 56.97 |
| 12/14/2006 | Federal Express: overnight delivery to Mr. Setter, Denver, CO (admission materials for deposition of | 11.39 |
| 12/14/2006 | Travel expense D. Setter to Gulf Port, MS on December 14-16, 2006 (airfare, lodging, ground transportation, meals, parking DIA): deposition of | 1,257.87 |
| 12/15/2006 | Federal Express: overnight delivery to Mr. Setter, Denver, Co (materials used for deposition of on December 18, 2006). | 77.41 |
| 12/15/2006 | Federal Express: overnight delivery to Mr. Setter, Denver, CO (documents to be used in deposition of | 69.47 |
| 12/17/2006 | Travel expense D. Setter to Cleveland, OH on December 17-18, 2006 (airfare, loding, ground transportation, parking DIA): deposition of | 654.75 |
| 12/18/2006 | Federal Express: overnight delivery to Mr. Setter, Denver, CO (return documents used in deposition of | 53.14 |
| 12/30/2006 | West Group: November 2006, online research about deposition of | 286.80 |
| 12/31/2006 | Photocopy Charges: December 2006. | 352.65 |
| | Total Expenses | 3,003.16 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | |
|---|---|
| Total Current Work | 59,800.66 |



PLEASE INCLUDE ACCOUNT NUMBER WITH PAYMENT.