**SOCHA, PERCZAK, SETTER & ANDERSON, P.C.**

**Time and Expense Records February 2007**

# SOCHA
# PERCZAK
# SETTER &
# ANDERSON, P.C.

ATTORNEYS AT LAW

Denver Financial Center Tower I
1775 Sherman Street, Suite 1925
Denver, CO 80203

(303) 832-7265
(303) 832-7438 fax

W.R. Grace & Company
919 North Market Street
Wilmington DE 19801-3023

Page: 1
February 28, 2007

W.R. Grace Bankruptcy.

*Payments received after 02/28/2007
are not included on this statement.*

Fees

|  |  | Hours |  |
|---|---|---|---|
| 02/01/2007 |  |  |  |
| MGC | Strategize information and documents to locate and identify in preparation for anticipated deposition of In W.R. Grace. | 0.30 | 30.00 |
| JSE | Plan and prepare for depositions of\ | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of _____ , including researching prior examination preparation fo\ | 0.80 | 140.00 |
| JSE | Plan and prepare strategy for identifying\ in preparation for deposing | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of including . | 1.10 | 192.50 |
| JSE | Plan and prepare for deposition of including identifying potential questions |  |  |

W.R. Grace & Company

<u>W.R. Grace Bankruptcy</u>

|  |  |  |  |
|---|---|---|---|
|  |  | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of including research prior deposition examination outlines for issues and examination development for Mr. _____ deposition |  |  |
|  |  | 1.30 | 227.50 |
| ALK | Prepare issues for subpoena duces tecum for N&M |  |  |
|  |  | 0.30 | 52.50 |
| ALK | Research issues pertaining to discovery in the Grace bankruptcy and preparation of deposition outlines and proceedings related to: |  |  |
|  |  | 2.50 | 437.50 |
| DMS | Confer (email) with Ms. Ahern about and Ms. Basta about , ____ |  |  |
|  |  | 0.20 | 50.00 |
| DMS | Confer with.Ms. Amanda Basta about depo and exhibit issues. |  |  |
|  |  | 0.30 | 75.00 |
| DMS | Plan and develop strategies and topics for cross for depos of _____ and in Grace bankruptcy. |  |  |
|  |  | 1.80 | 450.00 |
| DMS | Research issues ; _____ for depos of _____ and |  |  |
|  |  | 0.30 | 75.00 |
| 02/02/2007 |  |  |  |
| JSE | Plan and prepare for deposition of including identifying potential array of exhibits. |  |  |
|  |  | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of _____ , and proposed list of documents to request in subpoenas. |  |  |
|  |  | 0.20 | 35.00 |
| DMS | Confer with _____ depos of _____ and |  |  |
|  |  | 0.50 | 125.00 |
| DMS | Research and prepare draft of depo outline for Ms. Ahern about _____ and _____ |  |  |
|  |  | 1.70 | 425.00 |
| DMS | Research and prepare for depos of _____ and SDT info and investigation materials. |  |  |
|  |  | 0.80 | 200.00 |
| DJF | Research _____ to obtain the current telephone numbers for and |  |  |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | 'for deposition subpoenas. | 0.80 | 80.00 |
| 02/03/2007 | DMS | Confer with Mr. Stansbury about requirements for repository _____ for _____ cases. | 0.40 | 100.00 |
| 02/05/2007 | JSE | Plan and prepare for deposition of _____ ,including researching deposition of _____ to identify questions and issue to incorporate into examination outlines for preparation for deposition of _____ | 0.50 | 87.50 |
| | JSE | Investigation of ability, means and cost to obtain _____ exposure documentation _____ for WR Grace claimants, | 0.50 | 87.50 |
| | DMS | Research to develop plan for _____ depo prep outline and related info. | 0.30 | 75.00 |
| | DMS | Develop and research plan for gathering info for bankrupt info fo. _____ mesos in Grace. | 0.30 | 75.00 |
| | DMS | Research N&M _____ echniques for depos and _____ | 0.80 | 200.00 |
| | DMS | Confer with Ms. Ellen Ahern about depos of N&M and depo of _____ | 0.40 | 100.00 |
| | DMS | Confer with _____ Mr. Scott McMillin about _____ for sample | 0.50 | 125.00 |
| 02/06/2007 | DJF | Research _____ match Grace claimants | 2.80 | 280.00 |
| | DMS | Research prior testimony for preparation of depo outline and exhibits. | 0.80 | 200.00 |
| | DMS | Plan and research topics for _____ depo issues with Ms. Ahern with research and obtain depos and prior testimony, _____ related issue and send to Ms. Ahern for third-party depo prep. | 2.30 | 575.00 |
| | DMS | Confer with Ms. Ahern about budget issues and plan | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| | projects for Grace work. | 0.20 | 50.00 |
| 02/07/2007 | | | |
| DJF | Research | | |
| | determine what type of online document information is available for each and: | 1.20 | 120.00 |
| DJF | Research | | |
| | to determine what type of online document information is available for | 1.40 | 140.00 |
| DJF | Research | | |
| | to determine what type of online document information is available for each and . | 1.40 | 140.00 |
| ALK | Meet with and regarding strategy and third-party discovery and issues. | 3.00 | 525.00 |
| JSE | Office conference with in regarding preparation for drafting proposed by Kirkland & Ellis for use in preparing expert witnesses; preparation for depositions of and subpoenas for and administrative/scheduling issues. | 4.00 | 700.00 |
| JSE | Telephone conference with Ms. Ellen Ahern regarding issues to address in proposed aper, deposition preparation for and and updated JM Trust responses to deposition questions propounded in MDL 875 to use in WR Grace bankruptcy. | 0.40 | 70.00 |
| DMS | Identify status of depo of | 0.20 | 50.00 |
| DMS | Meet and plan with f and about plan for third party discovery trial brief depos | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| | of an and and confer about plan with Ms. Ahern. | 4.20 | 1,050.00 |
| 02/08/2007 | | | |
| DJF | Communicate representative about how to obtain trust records | 0.60 | 60.00 |
| DJF | Communicate about how to obtain epresentative | 0.60 | 60.00 |
| DJF | Communicate with bout obtaining | 0.40 | 40.00 |
| DJF | Communicate with about getting | 0.40 | 40.00 |
| DJF | Review websites and trust information determine where to obtain records from these various trusts. | 2.60 | 260.00 |
| DJF | Draft and revise e-mail requests to about obtaining claimant records. | 1.00 | 100.00 |
| JSE | Plan and prepare for depositions of and including researching documents | 1.00 | 175.00 |
| JSE | Communicate with via email regarding documents produced by | 0.10 | 17.50 |
| JSE | Plan and prepare for deposition of including identifying top ten issues to develop examination upon. | 0.30 | 52.50 |
| JSE | Plan and prepare for deposition of including researching exhibits prepared for depositions of and to identify those to use in developing examination questions and as potential exhibits for deposition. | 1.20 | 210.00 |
| JSE | Plan and prepare for deposition of including researching testimony by | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of \ including researching data analysis ¡ or N&M. | | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition o₁ | | 0.70 | 122.50 |
| JSE | Plan and prepare for deposition c⎵ including researching deposition testimony of | | 2.00 | 350.00 |
| DMS | Research and develo₁          ¹eports ⎯ depo of ¡ ⎯ issues for          ʲdepo.' | | 2.80 | 700.00 |
| DMS | Confer with Ms. Ahern about depo of⎰        ⎯ for preparation materials. | | 0.30 | 75.00 |
| 02/09/2007 DJF | Research ˙          ⎯ to determine how to get records through subpoena | | 1.00 | 100.00 |
| JSE | Plan and prepare for deposition of and drafting exhibits related to results. | | 1.00 | 175.00 |
| JSE | Plan and prepare for depositions of and ˙          including strategies for identifying documents/exhibits, developing outlines, identifying issues, | | 1.00 | 175.00 |
| JSE | Plan and prepare for depositions of ¡ ¡and .          ⎯ , including strategies for identifying documents/exhibits, developing outlines, identifying issues. | | 0.50 | 87.50 |
| JSE | Plan and prepare for drafting proposed ⎯ related to screenings | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | potential data analyses for supporting material. | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of | including researching data analysis ' including identifying potential deposition exhibits and examination issues | 0.80 | 140.00 |
| JSE | Communicate with | via email regarding preparation for depositions on and i | 0.10 | 17.50 |
| JSE | Plan and prepare for deposition of | including researching prior memoranda on the associations of employees between nd | 1.30 | 227.50 |
| JSE | Plan and prepare for deposition of | including drafting initial topical outlines | 0.70 | 122.50 |
| JSE | Plan and prepare for deposition of | including developing issues | 0.30 | 52.50 |
| JSE | Plan and prepare for deposition of | including researching approximately 5 patient files | 1.00 | 175.00 |
| ALK | Research issues pertaining to top issues to raise for deposition. | | 1.70 | 297.50 |
| ALK | Research information, news articles and Professor Lester Brickman's law review article relating to the memo on coaching witnesses for possible use in paper outline. | | 1.40 | 245.00 |
| DMS | Research and identify issues about exposure memo for Ms. Ahern based on comments by Professor Brickman and info in news stories and Pepperdine Law Review. | | 0.50 | 125.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| DMS | Plan and research key, type topical issues for outline and exhibits for depo of | | 1.60 | 400.00 |
| DMS | Confer with Ms. Ellen Ahern about depos of on, and depos of, plus paper issues about exposure memo. | | 0.80 | 200.00 |
| DMS | Compile and research involvement of for second reads | | 0.80 | 200.00 |
| DMS | Research and identify second readers for depo | | 0.70 | 175.00 |
| DJF | Research department of health files for deposition, with, and | | 2.00 | 200.00 |
| DJF | Research department of health files use at deposition of, and | | 1.00 | 100.00 |
| DJF | Prepare department of health files to be used at deposition of, and. | | 0.60 | 60.00 |
| 02/10/2007 JSE | Telephone conference with regarding preparation for deposition of, including strategies for data analyses and data sources. | | 0.20 | 35.00 |
| JSE | Telephone conference with regarding deposition preparation for including strategies for issues to address in examination preparation and proposed data/records analyses | | 1.20 | 210.00 |
| JSE | Plan and prepare for deposition of including researching data analyses compiled from | | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition of | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

, including researching previous data analyses,

| | | | | |
|---|---|---|---|---|
| | | Incorporate into deposition preparation. | 1.00 | 175.00 |
| JSE | | Plan and prepare for deposition of including researching exhibits | | |
| | | to incorporate into deposition preparation. | 1.00 | 175.00 |
| DMS | | Confer and plan for outline topics and exhibits for depo \n and depo of | | |
| | | with Grace claimants, | | |
| | | | 1.40 | 350.00 |
| 02/11/2007 | | | | |
| JSE | | Plan and prepare for deposition of including researching data analysis | | |
| | | Grace claimants and | | |
| | | | 0.60 | 105.00 |
| 02/12/2007 | | | | |
| JSE | | Plan and prepare for deposition of | | |
| | | to provide to Ms. Amanda Basta. | 0.20 | 35.00 |
| JSE | | Plan and prepare for deposition of including developing strategy | | |
| | | with WR Grace claims | | |
| | | | 0.50 | 87.50 |
| MGC | | Research individuals screened by | | |
| | | paration for the anticipated deposition of | 0.80 | 80.00 |
| MGC | | Prepare exhibits of individuals screened | | |
| | | the anticipated deposition of | | |
| | | | 1.20 | 120.00 |
| MGC | | Research impairment analysis N&M, Inc. | | |
| | | preparation for anticipated deposition of | | |
| | | | 0.40 | 40.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| MGC | Research print and media ads      use as exhibits at the anticipated deposition of | 0.20 | 20.00 |
| MGC | Research screening dates and documents from N&M, to use as exhibits for the anticipated deposition of | 0.20 | 20.00 |
| MGC | Prepare exhibits of screening dates and documents from N&M, exhibits for the anticipated deposition of | 2.50 | 250.00 |
| ALK | Research      diagnostic reports, deposition transcripts to prepare deposition outline. | 3.20 | 560.00 |
| ALK | Research      deposition transcripts      to use for topics for deposition outline. | 2.00 | 350.00 |
| JSE | Plan and prepare for deposition of including researching summaries and documentation      to use in development of examination questions and issues. | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition of including researching summaries and documentation      to use in development of examination questions and issues. | 1.20 | 210.00 |
| JSE | Plan and prepare for deposition of including researching and identifying potential | 0.40 | 70.00 |
| JSE | Communicate with Ms. Amanda Basta via email regarding potential exhibits for deposition of | 0.10 | 17.50 |
| JSE | Communicate with via email with regarding documents produced by | 0.10 | 17.50 |
| JSE | Communicate with preparation of deposing | 0.10 | 17.50 |

W.R. Grace Bankruptcy    . . .

| | | | | |
|---|---|---|---|---|
| JSE | Plan and prepare for deposition of | | 0.30 | 52.50 |
| KO | Research N&M database for upcoming deposition of | | 1.10 | 110.00 |
| KO | Research N&M claims for upcoming deposition of | | 0.90 | 90.00 |
| KO | Research N&M documents of for upcoming deposition of N&M. | | 0.80 | 80.00 |
| KO | Research N&M database for upcoming deposition of N&M. | | 0.70 | 70.00 |
| KO | Research and upcoming deposition of N&M. | | 0.50 | 50.00 |
| DMS | Confer and plan with about N&M | | 0.40 | 100.00 |
| DMS | Research N&M materials for depo for | | 0.30 | 75.00 |
| DMS | Confer (telephone call) with about x-rays and quality issues for depos of | | 0.30 | 75.00 |
| DMS | Develop plan about screening activities. hearing brief about | | 0.70 | 175.00 |
| DMS | Confer with Ms. Ahern and about 219 meeting for N&M and related depos. | | 0.30 | 75.00 |
| 02/13/2007 MGC | Research electronic documents that were produced by preparation anticipated deposition of | | 1.60 | 160.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| MGC | Research videos of depositions of ' ! and | | |
| | | 0.20 | 20.00 |
| MGC | Research video deposition of' received from preparation anticipated deposition of . | | |
| | | 1.10 | 110.00 |
| ALK | Research deposition transcripts to use in deposition outline. | | |
| | | 3.00 | 525.00 |
| ALK | Prepare deposition outline for' deposition. | | |
| | | 2.70 | 472.50 |
| ALK | Research various pleadings and articles in preparation of drafting screenings. | | |
| | | 0.60 | 105.00 |
| ALK | Research information in preparation of deposition of | | |
| | | 0.50 | 87.50 |
| ALK | Research time frame N&M preparation of deposition of ı | | |
| | | 0.70 | 122.50 |
| ALK | Research Mississippi regulations preparation of deposition of ' | | |
| | | 0.40 | 70.00 |
| JSE | Plan and prepare for depositions of N&M in developing examination. | | |
| | | 0.10 | 17.50 |
| JSE | Communicate with via email regarding potential WR Grace claimants with x-rays from N&M reviewed by | | |
| | | 0.10 | 17.50 |
| JSE | Plan and prepare for deposition of, including researching documents deposition exhibits for deposition. | | |
| | | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of including researching documents computer hard drive identify issues, trends, contents and potential deposition exhibits for deposition. | | |
| | | 0.70 | 122.50 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| JSE | Plan and prepare for deposition of including researching documents obtained from computer hard drive identify issues, trends, contents and potential deposition exhibits for            eposition. | 0.60 | 105.00 |
| JSE | Plan and prepare for the deposition of records for payments to.           nd | 1.20 | 210.00 |
| JSE | Plan and prepare for deposition of including researching documentation | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of including developing deposition exhibits | 1.30 | 227.50 |
| JSE | Plan and prepare for deposition of including researching testimony by | 0.70 | 122.50 |
| JSE | Communicate with Ms. Amanda Basta via email regarding deposition preparation for | 0.10 | 17.50 |
| JSE | Plan and prepare for deposition of including researching documents in electronic folders which          roduced/ o identify issues to develop for examination and identify potential exhibits. | 1.40 | 245.00 |
| DMS | Research for the depos of            and | 1.10 | 275.00 |
| DMS | Contact Ms. Basta about depo o           and issues about | 0.30 | 75.00 |
| DMS | Plan depo topics for,          depo with exhibits about | 0.50 | 125.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| DMS | Confer with Ms. Ahern and and | about depos of | 0.40 | 100.00 |
| **02/14/2007** | | | | |
| MGC | Research N&M, Inc. | formation for for anticipated deposition | 0.80 | 80.00 |
| MGC | Prepare an exhibit for the anticipated deposition of | deposition transcript as | 0.10 | 10.00 |
| MGC | Prepare exhibit of in preparation for anticipated deposition of | testimony | 0.80 | 80.00 |
| MGC | Research contents deposition of. | for use as exhibits at anticipated | 0.50 | 50.00 |
| MGC | Research N&M, Inc. in preparation for the anticipated deposition of | | 1.10 | 110.00 |
| MGC | Research N&M, Inc. screening in preparation for the anticipated deposition of | | 0.70 | 70.00 |
| MGC | Research N&M, Inc. deposition of | preparation for the anticipated | 0.30 | 30.00 |
| MGC | Prepare exhibits of documents relating to N&M, Inc. preparation for the anticipated deposition of | | 0.20 | 20.00 |
| MGC | Prepare exhibits of documents relating to N&M, Inc. preparation for the anticipated deposition of | | 0.50 | 50.00 |
| MGC | Impairment analysis, initial, of N&M, Inc. based on worksheet claimants anticipated deposition of | ice in preparation for | 1.40 | 140.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| ALK | Research Department of Health's files | | |
| | —for deposition preparation of | 0.90 | 157.50 |
| ALK | Prepare deposition preparation outline for | 1.80 | 315.00 |
| ALK | Research and prepare exhibits for deposition of | 1.60 | 280.00 |
| ALK | Research at pulmonary function tests administered by N&M's use in upcoming deposition of N&M. | 0.60 | 105.00 |
| ALK | Prepare  esentation on N&M's activities for deposition preparation. | 3.40 | 595.00 |
| KO | Research for upcoming deposition of | 1.10 | 110.00 |
| KO | Research B-reads or upcoming deposition of | 0.80 | 80.00 |
| KO | Research and identify missing data for matching for upcoming deposition of | 1.00 | 100.00 |
| KO | Research and collect and evidence of N&M screening activities upcoming deposition of | 1.10 | 110.00 |
| KO | Research and draft memo on analysis of comparison B-reads for upcoming deposition of | 0.80 | 80.00 |
| JSE | Plan and prepare for deposition of | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

including researching documents.

| | | | |
|---|---|---|---|
| | issues to develop for examination and identify potential exhibits. | 1.10 | 192.50 |
| JSE | Plan and prepare for deposition of including researching documents | | |
| | to identify issues to develop for examination and identify potential exhibits. | 1.50 | 262.50 |
| JSE | Plan and prepare for deposition of including researching documents | | |
| | to identify issues to develop for examination and identify potential exhibits. | 1.20 | 210.00 |
| JSE | Plan and prepare for deposition of including analysis | | |
| | | 0.80 | 140.00 |
| JSE | Plan and prepare for the deposition of including drafting outlines | | |
| | | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition of including planning and drafting PowerPoint slides | | |
| | | 1.30 | 227.50 |
| JSE | Plan and prepare for deposition o' including researching | | |
| | and and to develop examination questions and identify examination issues. | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of including researching documents | | |
| | to identify potential exhibits and develop issues and questions for examination. | 1.00 | 175.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| KO | Research results of analysis of . B-reads, _____ ____ ___ _____ _____ update _____ for upcoming deposition off | 0.90 | 90.00 |
| DMS | Research _____ . depo and prior _____ depos to prepare outline topics for depos of N&M 30(b) (6) depo and _____ depo for third party discovery of screened claims. | 0.50 | 125.00 |
| DMS | Confer with· __ ___ _____ number and nature of screened claims in _____ report for use in ____ paper issues for hearing brief. | 0.60 | 150.00 |
| DMS | Research, prepare and plan for N&M 30 (b)(6) depo with information . with exhibits. | 1.80 | 450.00 |
| DMS | Research and develop ____ . and/ _____ id related topics about work with screeners. ___ ____ and others for depo prep for depo of / screening doctors and screeners. | 1.90 | 475.00 |

02/15/2007

| | | | |
|---|---|---|---|
| ALK | Research Department of Health's files _____ _____mo, N&M's for deposition preparation in the Grace bankruptcy. | 0.90 | 157.50 |
| DJF | Call _____ _____ites to determine who the claim representative for _____ _ ᴸ. | 0.40 | 40.00 |
| DJF | Locate _____ :claims registry and compare / W. R. Grace claimants t _____ | 0.80 | 80.00 |
| DJF | Review draft report about contacts at asbestos trusts | 0.80 | 80.00 |
| MGC | Prepare exhibits of _____ diagnosing ____ reports and A-Sheet _____ :s _____ preparation for anticipated deposition of Mr. | 0.50 | 50.00 |
| MGC | Prepare exhibits of _____ diagnosing reports and A-Sheets | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | deposition of | 0.60 | 60.00 |
| MGC | Prepare exhibits of ... diagnosing reports and A-Sheets | | | |
| | in preparation for anticipated deposition of | | 0.20 | 20.00 |
| DJF | Research ... and prepare charts for both ... and ... 'o use for ... deposition preparation. | | 0.80 | 80.00 |
| MGC | Prepare ... ecords to be used as exhibits for Ms. Ellen Ahern in preparation for anticipated deposition of | | 0.20 | 20.00 |
| MGC | Research ... notes on working for ... to identify dates on documents pertaining to instructions. | records regarding | 0.50 | 50.00 |
| MGC | Prepare chart to be used as an exhibit ... in preparation for the anticipated deposition of | | 0.70 | 70.00 |
| MGC | Research workbook provided by ... containing profusions of N&M. Inc. and N&M. Inc. and Grace claimants ... in preparation for anticipated deposition of | | 1.70 | 170.00 |
| MGC | Prepare list of individuals ... by N&M. ... in preparation for anticipated deposition of | | 1.00 | 100.00 |
| JSE | Telephone conference with Ms. Amanda Basta, Ms. ... and ... regarding deposition preparation for | | 0.60 | 105.00 |
| JSE | Telephone conference with Ms. Ellen Ahern regarding deposition preparation for | | 0.60 | 105.00 |
| JSE | Telephone conference with Ms. Ellen Ahern regarding deposition preparation for | | 0.40 | 70.00 |
| JSE | Telephone conference with Ms. Ellen Ahern regarding deposition ... N&M and ... for expert reports and disclosures. | | 0.10 | 17.50 |
| ALK | Prepare PowerPoint presentation on issues to raise in | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | 3.70 | 647.50 |
|---|---|---|---|---|
| | *the deposition of N&M in the Grace bankruptcy. | | | |
| ALK | Research .or top issues to raise in deposition preparation for phone call with Mr. Sal Bianca for deposition preparation. | | 0.40 | 70.00 |
| ALK | Research and prepare plan on issues to raise on pulmonary function tests with | | 0.20 | 35.00 |
| ALK | Research analysis of ___ B-reads in comparison with I-reads for use in deposition of f | | 0.80 | 140.00 |
| ALK | Research .iealing arts application by N&M for information to use in deposition preparation for l .deposition. | | 0.30 | 52.50 |
| ALK | Prepare deposition outline deposition of | | 1.00 | 175.00 |
| ALK | Research . applications for healing arts screenings in ___ for possible use in the deposition .in the Grace bankruptcy. | | 0.60 | 105.00 |
| ALK | Confer with Mr. Sal Bianca by phone regarding preparation for deposition of in the Grace bankruptcy. | | 0.20 | 35.00 |
| KO | Research and analyze B-reads for upcoming deposition of N&M. | | 1.10 | 110.00 |
| ALK | Prepare outline on l&M's l for deposition in the Grace bankruptcy. | | 0.50 | 87.50 |
| KO | Prepare memo about exhibit for analysis for upcoming deposition | | 0.90 | 90.00 |
| KO | Prepare spreadsheet of results of analysis for upcoming deposition of | | 1.10 | 110.00 |
| ALK | Research . files to use in deposition preparation in the Grace bankruptcy. | | 0.50 | 87.50 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| JSE | Edit and revise draft of report on sample of WR Grace claimants of the exposure mesothelioma claims. | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of including developing strategies and planning data | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of including researching documents produced by | 0.90 | 157.50 |
| JSE | Plan and prepare for depsition of including researching documents produced | 1.00 | 175.00 |
| JSE | Communicate with Ms. Amanda Basta via email regarding preparation for deposition. | 0.40 | 70.00 |
| JSE | Revise draft of deposition examination outline for Mr. | 1.10 | 192.50 |
| JSE | Plan and prepare for deposition of including preparation and identification of potential documentation develop strategies | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of including preparation of exhibits | 0.70 | 122.50 |
| JSE | Plan and prepare for deposition of including researching documents produced by | 1.00 | 175.00 |
| DMS | Prepare and research on depo topics and depo outline for depo for meeting with Ms. Ahern for depo preparation. | 3.20 | 800.00 |

W.R. Grace & Company

. W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | DMS | Confer with and prepare Ms. Ellen Ahern about depo issues and cross issues for         depo. | 1.40 | 350.00 |
| | DMS | Confer with Ms. Basta and         about depo topics and exhibits fo.         depo in Grace matter. | 0.50 | 125.00 |
| | DMS | Research         prior testimony for depo preparation for third party discovery. | 0.40 | 100.00 |
| | DMS | Research and plan Power Point about N&M for meeting with         and Ms. Ahern including outline of issues to be covered by exhibits and for depo outline. | 0.50 | 125.00 |
| 02/16/2007 | MGC | Research and verify number of tests for N&M, Inc. | | |
| | | preparation for anticipated deposition of N&M, Inc.'s 30(b)(6) . | 1.30 | 130.00 |
| | MGC | Verify number of tests for N&M, Inc. | | |
| | | per technician in preparation for anticipated deposition of N&M, Inc.'s 30(b)(6) representative | 1.00 | 100.00 |
| | MGC | Prepare exhibits for anticipated deposition of N&M, | 0.70 | 70.00 |
| | MGC | Research demographic data         N&M, Inc. analysis in preparation for anticipated deposition of N&M, Inc.'s 30(b)(6) representative | 0.90 | 90.00 |
| | MGC | Research demographic data         provided by N&M,         . in preparation for anticipated deposition | 1.30 | 130.00 |
| | JSE | Office conference with         garding preparation for         deposition including discussion and strategy development of topics for examination; identification and incorporation of exhibits; and analysis | 2.50 | 437.50 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| JSE | Office conference with ____ regarding 30(b)(6) deposition preparation for N&M, Inc. including development of issues | | 1.90 | 332.50 |
| JSE | Office conference with _____ regarding deposition preparation for N&M, Inc., including development of examination on issues. | | 2.40 | 420.00 |
| JSE | Office conference with _____ regarding deposition preparation for , N&M, Inc., including development of examination on issues. | | 1.40 | 245.00 |
| JSE | Plan and prepare for deposition of N&M, Inc., including planning and strategy of data matching WR Grace claims. | | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of including research of documents produced from computer discs | | 2.30 | 402.50 |
| ALK | Research files, tax returns and medical reports for third party deposition preparation. | | 1.50 | 262.50 |
| ALK | Meet with regarding preparation for deposition of N&M, by analyzing documents and developing outline for examination topics. | | 5.50 | 962.50 |
| ALK | Research N&M's tests for examples for use in deposition of N&M | | 1.00 | 175.00 |
| DJF | Research N&M for exhibits. | | 1.80 | 180.00 |
| DJF | Research sample and find 10 examples of tests | | 1.80 | 180.00 |
| DJF | Compile proposed exhibits of N&M tests with | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | problems to be used at deposition. | | 1.00 | 100.00 |
| DJF | Assist with making final exhibits for deposition. | | 1.00 | 100.00 |
| DMS | Meet, confer and plan wit____ and Ms. Ahern on the cross examination and depo topics for depo and other plus plan exhibits for depo cross. | | 3.70 | 925.00 |
| DMS | Meet, confer and plan with ____ and Ms. Ahern about depo cross and exam topics with exhibits for depo of i | | 3.90 | 975.00 |
| KO | Research N&M tests for upcoming deposition of | | 0.90 | 90.00 |
| KO | Research N&M ests for upcoming deposition of | | 0.90 | 90.00 |
| KO | Research N&M i tests, for for upcoming deposition of | | 0.80 | 80.00 |
| KO | Research N&M tests for upcoming deposition of | | 0.80 | 80.00 |
| KO | Research N&M tests for upcoming deposition of | | 0.90 | 90.00 |
| KO | Research list of Grace claimants and compare to examples N&M for Grace claimants for upcoming deposition of | | 0.50 | 50.00 |
| KO | Prepare deposition exhibits with chart or deposition of | | 0.40 | 40.00 |
| KO | Prepare exhibits | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | for deposition of | 0.70 | 70.00 |
| KO | Prepare and finalize deposition preparation files and deposition exhibits for deposition of | | 1.30 | 130.00 |
| KO | Research deposition of                         or preparation of deposition of | | 0.20 | 20.00 |
| KO | Research and review outline for deposition of            to verify        ,exhibits for deposition of | | 0.60 | 60.00 |
| KO | Research and review outline topics for deposition of                to verify        exhibits for deposition of | | 0.60 | 60.00 |
| 02/17/2007 | | | | |
| JSE | Plan and prepare for deposition of including revising deposition exhibits of | | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of including research and analysis                    comparison                     to incorporate into deposition exhibits and examination outline. | | 0.70 | 122.50 |
| JSE | Plan and prepare for deposition of including revising and developing examination questions | | 0.80 | 140.00 |
| JSE | Plan and prepare for deposition of            , including identification and revision/preparation of exhibits/impeachment evidence relating | | 0.40 | 70.00 |
| DMS | Research, plan and prepare topics for            depo with research            for exhibits for depo. | | 1.70 | 425.00 |
| 02/18/2007 | | | | |
| MGC | Research, continuing,                     for anticipated deposition of | | 0.50 | 50.00 |
| MGC | Research, continuing, | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

|  |  |  |  |
|---|---|---|---|
|  | anticipated deposition of | 0.50 | 50.00 |
| MGC | Research, continuing. |  |  |
|  | for anticipated deposition of | 0.50 | 50.00 |
| MGC | Research, continuing, |  |  |
|  | or anticipated deposition of Mr. | 0.50 | 50.00 |
| MGC | Research, continuing |  |  |
|  | are Grace claimants<br>anticipated deposition of   for | 0.50 | 50.00 |
| MGC | Research, continuing |  |  |
|  | are Grace claimants<br>anticipated deposition of . | 0.50 | 50.00 |
| MGC | Research, continuing. |  |  |
|  | are Grace claiman<br>anticipated deposition of | 0.50 | 50.00 |
| MGC | Research, continuing, |  |  |
|  | are Grace claimants<br>anticipated deposition of | 0.50 | 50.00 |
| JSE | Plan and prepare for deposition of<br>including revising and appending deposition<br>preparation outline topics |  |  |
|  | for meeting with<br>Ms. Ellen Ahern. | 0.90 | 157.50 |
| JSE | Plan and prepare for office conference with Ms. Ellen<br>Ahern,           including revising<br>proposed deposition exhibits for<br>deposition. | 1.30 | 227.50 |
| JSE | Office conference with<br>for preparation of depositions and exhibits for<br>     and | 4.00 | 700.00 |
| JSE | Plan and prepare for           deposition |  |  |

W.R. Grace & Company

_W.R. Grace Bankruptcy

|  |  |  |  |  |
|---|---|---|---|---|
|  | | strategy preparation conference with Ms. Ellen Ahern, including revising and appending PowerPoint presentation |  |  |
|  | | ___ for third party discovery. | 1.50 | 262.50 |
|  | JSE | Plan and prepare for conference with Ms. Ellen Ahern regarding deposition preparation for deposition, including revising and appending power point presentation for issue/ |  |  |
|  | | | 0.90 | 157.50 |
|  | DMS | Travel to Chicago from Denver and prepare with, with extensive review and analyses of key documents/exemplar files from _____, _____ lectronic files to select key exhibits for the depo | |  |
|  | | | 7.80 | 1,950.00 |
| 02/19/2007 | JSE | Plan and prepare for deposition of including research, ___ rates for WR Grace claimants. | 0.70 | 122.50 |
|  | JSE | Office conference with Ms. Ellen Ahern and and others regarding deposition preparation for | 3.20 | 560.00 |
|  | JSE | Office conference in Chicago, IL with Ms. Ellen Ahern, and others regarding deposition preparation topics examination for / | 2.70 | 472.50 |
|  | JSE | Office conference with Mr. Salvatore Bianca and Mr. ___ in Chicago, IL regarding deposition preparation for, | 0.70 | 122.50 |
|  | JSE | Plan and prepare for deposition of, including editing and revising deposition outline draft from Ms. Amanda Basta. | 0.60 | 105.00 |
|  | JSE | Plan and prepare for deposition c      ion including researching deposition summary notes from depositions of PTS | 1.30 | 227.50 |
|  | DMS | Prepare and finalize PowerPoint about depo for meeting with Ms. Ahern for depo of ~ | |  |

W.R. Grace & Company

W.R. Grace Bankruptcy

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | 0.80 | 200.00 |
|  | DMS | Meet, confer and develop strategies for depo of with Ms. Ahern, and 1 and others including key exhibits for depo cross focus and approach for exam issues. | 3.60 | 900.00 |
|  | DMS | Meet, confer and develop strategies for depo of epresentative with Ms. Ahern, and 1 and others including key exhibits for depo cross focus and approach for exam issues. | 3.20 | 800.00 |
|  | DMS | Meet, confer and develop strategies for depo of with Mr. Sal Bianca, and : and others including key exhibits for depo cross focus and approach for exam issues. | 1.80 | 450.00 |
| 02/20/2007 | JSE | Plan and prepare for deposition including planning research of source material and data analysis practices |  |  |
|  |  |  | 0.90 | 157.50 |
|  | JSE | Telephone conference with Ms. Amanda Basta regarding preparation for deposition of | 0.20 | 35.00 |
|  | JSE | Prepare draft of deposition examination, including identifying and incorporating available exhibits, for . | 0.90 | 157.50 |
|  | JSE | Prepare draft of deposition examination, including identifying and incorporating available exhibits. for on issues | 1.10 | 192.50 |
|  | JSE | Prepare draft of deposition examination outline for , including identifying and incorporating exhibits relating to issues | 1.10 | 192.50 |
|  | JSE | Prepare draft of deposition examination outline for .ncluding identifying and incorporating exhibits relating to issues | 1.50 | 262.50 |
|  | JSE | Prepare draft of deposition examination outline for including drafting questions |  |  |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | rough | 0.50 | 87.50 |
| MGC | Research N&M, Inc. examples/information | ecord's for | | |
| | deposition of | In preparation for anticipated | 0.80 | 80.00 |
| MGC | Draft reports regarding research of record's for examples/information | | | |
| | In preparation for anticipated deposition of | | 0.60 | 60.00 |
| MGC | Research N&M, Inc. | record's | | |
| | preparation for anticipated deposition of | | 0.50 | 50.00 |
| MGC | Research N&M, In. | record's in preparation | | |
| | for anticipated deposition of | | 0.60 | 60.00 |
| MGC | Research N&M, Inc. | record's for | | |
| | In preparation for anticipated deposition of | | 1.30 | 130.00 |
| MGC | Research N&M, Inc. | record's | | |
| | preparation for anticipated deposition of | | 1.30 | 130.00 |
| MGC | Research N&M, Inc. | PFT record's. In | | |
| | preparation for anticipated deposition of | | 0.30 | 30.00 |
| MGC | Research N&M, Inc. PFT | preparation for | | |
| | anticipated deposition of | | 0.40 | 40.00 |
| JSE | Prepare draft of deposition examination outline for including drafting questions related to the continuing enterprise from | | | |
| | | | 0.70 | 122.50 |
| JSE | Plan and prepare for deposition of including analysis | | 0.30 | 52.50 |
| JSE | Plan and prepare for deposition of including research of charts | | | |
| | | | 0.30 | 52.50 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| JSE | Legal research on reportable disease statutes for the incorporate into deposition examination outline for | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition of including researching             Attorney General's Office's documents relating to investigations              '. to incorporate into draft of deposition examination for | 1.00 | 175.00 |
| JSE | Plan and prepare for deposition of including research data analysis result for ' | 0.40 | 70.00 |
| DJF | Review the        AG file containing information pertaining to its investigation into            and locate AG's investigation to use in preparation of the deposition of ' | 1.00 | 100.00 |
| DJF | Perform            secretary of state search for and businesses owned for the deposition of | 1.00 | 100.00 |
| DJF | Review N&M                      files ' for use in the preparation of deposition. | 0.80 | 80.00 |
| DJF | Research secretary of state files                      'prepare as exhibit to be used at deposition. | 0.80 | 80.00 |
| DJF | Research              charts of N&M ' spreadsheet            ' for use in preparing for           deposition. | 0.80 | 80.00 |
| DMS | Travel to Biloxi via New Orleans from Chicago and prepare with Ms. Ahern for the depo ' with exhibit collection and cross topics for the           depo. | 5.80 | 1,450.00 |
| DMS | Meet and confer with Ms. Ahern about exhibits and compendium of files produced by            for depo topics for the depo | 3.80 | 950.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| ALK | Research exhibits: for deposition preparation for | | 1.20 | 210.00 |
| ALK | Research Departments of Health's files e in deposition preparation for | | 0.50 | 87.50 |
| ALK | Research ssues and potential issues to deposition preparation for | | 0.40 | 70.00 |
| ALK | Research testing and for use in deposition preparation for | | 1.00 | 175.00 |
| ALK | Prepare deposition outline and exhibits example tests for the deposition of | | 2.00 | 350.00 |
| KO | Research and prepare list for deposition of | | 1.10 | 110.00 |
| KO | Review deposition outline and begin preparation of potential exhibits as referenced in the outline for deposition of | | 0.90 | 90.00 |
| KO | Research by. for examples for the upcoming deposition of | | 0.20 | 20.00 |
| KO | Research N&M examples for exhibits for | | 1.10 | 110.00 |
| KO | Prepare exhibit for deposition of | | 0.60 | 60.00 |
| KO | Prepare chart for deposition of | | 0.50 | 50.00 |
| KO | Prepare chart for deposition of | | 0.60 | 60.00 |
| KO | Research and prepare exhibits for deposition of | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

|  |  |  |  |
|---|---|---|---|
|  |  | 0.50 | 50.00 |
| KO | Research N&M ocuments; |  |  |
|  | 'or exhibits for deposition of. |  |  |
|  |  | 0.70 | 70.00 |
| KO | Research Department of Health records and deposition of | | |
|  |  | 0.40 | 40.00 |
| KO | Research and prepare exhibits for use at deposition of | | |
|  |  | 0.30 | 30.00 |
| KO | Research prepare for use as exhibits at deposition of | | |
|  |  | 0.50 | 50.00 |

02/21/2007

| JSE | Prepare draft of deposition examination for regarding issues. | | |
|---|---|---|---|
|  |  | 1.00 | 175.00 |
| JSE | Prepare draft of deposition examination for l regarding issues. | | |
|  |  | 0.40 | 70.00 |
| JSE | Prepare draft of deposition examination for regarding issues | | |
|  |  | 0.60 | 105.00 |
| JSE | Prepare draft of deposition examination for regarding issues | | |
|  |  | 0.80 | 140.00 |
| MGC | Research N&M, Inc.. for matches to Grace claimants in preparation for anticipated deposition of | | |
|  |  | 0.50 | 50.00 |
| MGC | Research N&M, Inc., in preparation for anticipated deposition of | | |
|  |  | 0.50 | 50.00 |
| JSE | Revise draft of deposition examination, incorporating proposed exhibits, for on | | |

W.R. Grace & Company

. W.R. Grace Bankruptcy .

| | | | |
|---|---|---|---|
| | | 1.20 | 210.00 |
| JSE | Revise deposition examination for incorporating exhibits , | | |
| | | 1.00 | 175.00 |
| JSE | Revise deposition examination for incorporating exhibits | | |
| | | 0.90 | 157.50 |
| JSE | Revise deposition examination for incorporating exhibits | | |
| | | 1.00 | 175.00 |
| JSE | Revise proposed exhibits for and , | | |
| | | 0.70 | 122.50 |
| JSE | Plan and prepare for deposition or | | |
| | | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of: including researching medical records exhibits. | 0.10 | 17.50 |
| JSE | Communicate with Ms. Amanda Basta via email regarding exhibits for deposition. | 0.10 | 17.50 |
| JSE | Plan and prepare for deposition of including preparing and organizing proposed exhibits for all portions of the examination | | |
| | | 2.00 | 350.00 |
| JSE | Plan and prepare for deposition of, including researching subpoena to identify records requested and develop questions related to requests. | 0.40 | 70.00 |
| DJF | Research, information, spreadsheet for use in preparing for deposition. | 3.80 | 380.00 |
| DJF | Research Accurint prior testimony/depositions, and health department files and for the | | |

W.R. Grace & Company

W.R. Grace Bankruptcy.

| | | | | |
|---|---|---|---|---|
| | | depositions. | 2.00 | 200.00 |
| DMS | Travel to and prepare with Ms. Ahern for the depo of | | 1.60 | 400.00 |
| DMS | Attend deposition of____ and participate with exhibit collection and cross topics for the depo. | | 7.30 | 1,825.00 |
| ALK | Research N&M's ( testing issues | | 0.70 | 122.50 |
| ALK | Research N&M's with N&M for deposition | | 0.60 | 105.00 |
| ALK | Prepare deposition outline and exhibits for the deposition of | | 3.20 | 560.00 |
| ALK | Prepare deposition outline and exhibits for the deposition | | 1.50 | 262.50 |
| ALK | Research N&M's issues for deposition | | 0.40 | 70.00 |
| KO | Review outline for deposition and verify exhibits for use at deposition. | | 0.90 | 90.00 |
| KO | Review outline for deposition of and verify exhibits for use at deposition. | | 1.10 | 110.00 |
| KO | Review previous deposition testimony referenced in outline for deposition of and verify page/line references and testimony referenced for impeachment use at deposition. | | 1.00 | 100.00 |
| KO | Review deposition testimony referenced in of outline for deposition of and verify page/line references and testimony for impeachment use at deposition. | | 0.80 | 80.00 |
| KO | Research examples, use as possible exhibits at the deposition of as examples | | 0.90 | 90.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| KO | Research outline and prepare potential exhibits of documents and analyses for deposition of | | 0.80 | 80.00 |
| KO | Research documents for examples Fee for use as potential exhibits for deposition | | 0.70 | 70.00 |
| KO | Research PTS documents for use as potential exhibits at deposition of | | 0.80 | 80.00 |
| KO | Research Attorney General file for use as potential exhibits at deposition of | | 0.80 | 80.00 |
| 02/22/2007 JSE | Plan and prepare for deposition of including planning strategies for examination techniques and exhibits | | 0.90 | 157.50 |
| JSE | Revise draft of deposition examination outline for, including editing sections | | 1.00 | 175.00 |
| DJF | Assist with collecting specific exhibits for the deposition. | | 1.00 | 100.00 |
| ALK | Research examples for issues to raise at deposition. | | 1.10 | 192.50 |
| ALK | Prepare deposition exhibits for and NAM | | 1.30 | 227.50 |
| ALK | Prepare deposition preparation outline for deposition in the Grace Bankrupcy. | | 0.40 | 70.00 |
| KO | Review deposition outline and begin preparation of potential exhibits as referenced in the outline for, references for deposition of | | 0.90 | 90.00 |
| KO | Review deposition outline and begin preparation of deposition testimony referenced, for deposition of | | 0.80 | 80.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| KO | Research _deposition outline_ and prepare exhibits . as exhibits for deposition of | | 0.90 | 90.00 |
| KO | Review exhibits for use at deposition of | | 0.90 | 90.00 |
| KO | Review exhibits and identify examples Grace claimants for deposition of | | 0.50 | 50.00 |
| KO | Prepare exhibits for deposition of | | 0.90 | 90.00 |
| KO | Research for examples of for deposition of | | 0.70 | 70.00 |
| DMS | Travel to Denver from Biloxi to New Orleans form depo and prepare exam issues and topics for outline for depo of | | 3.70 | 925.00 |
| DMS | Prepare topics and outline issues for Ms. Ahern meeting about depo preparation for third party discovery on screenings. | | 1.10 | 275.00 |
| 02/23/2007 | | | | |
| MGC | Prepare and make color exhibits of charts in preparation of exhibits for anticipated deposition of | | 0.70 | 70.00 |
| MGC | Prepare exhibits regarding N&M, Inc.'s in preparation of exhibits for anticipated deposition of | | 2.30 | 230.00 |
| MGC | Prepare exhibits regarding N&M, Inc.'s in preparation of exhibits for anticipated deposition of | | 2.10 | 210.00 |
| JSE | Plan and prepare for deposition of, including researching into deposition examination. | | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of, including researching memoranda on telephone interview of N&M's gardener, to incorporate into deposition examination. | | 0.20 | 35.00 |
| JSE | Revise draft of deposition subpoenas for N&M | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | and provide suggestions for requests for documents. | | 0.40 | 70.00 |
| JSE | Plan and prepare for deposition of ' including researching data reports | | | |
| | to incorporate into deposition examination outline. | | 0.50 | 87.50 |
| JSE | Plan and prepare for deposition of including researching medical records. | | | |
| | ' and identify exhibits from the medical reports | | 0.30 | 52.50 |
| JSE | Revise deposition examination outline for | | | |
| | with WR Grace claims for use as exhibits. | | 0.40 | 70.00 |
| JSE | Revise and finalize exhibits to transmit to Ms. Ellen Ahern for deposition preparation of | | | |
| | | | 1.00 | 175.00 |
| JSE | Prepare exhibits of N&I eports examples deposing | | | |
| | | | 0.30 | 52.50 |
| JSE | Plan and prepare for deposition of including researching for | | | |
| | to incorporate into the examination outline | | 1.20 | 210.00 |
| JSE | Plan and prepare for deposition of including development and planning or examination strategies | | | |
| | | | 0.90 | 157.50 |
| DJF | Prepare exhibits pertaining to the background of hersonnel for deposition. | | 1.00 | 100.00 |
| DJF | Prepare impeachment exhibits and files for deposition. | | 1.00 | 100.00 |
| DJF | Prepare medical records files and exhibits and folders for deposition. | | 1.00 | 100.00 |
| DJF | Prepare files and exhibits for deposition. | | 1.00 | 100.00 |
| DJF | Prepare final deposition. exhibits for | | 1.00 | 100.00 |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | |
|---|---|---|---|
| ALK | Prepare exhibits on _____ 'testing and _____ for the deposition of | 4.00 | 700.00 |
| ALK | Research _____ regulations _____ for exhibits to use in the deposition of | 0.60 | 105.00 |
| ALK | Prepare deposition outline _____ on testing for the deposition of | 1.70 | 297.50 |
| KO | Research additional example _____ for exhibits for _____ deposition. | 0.20 | 20.00 |
| KO | Prepare potential exhibits and/or impeachment document ot _____ for deposition of | 0.90 | 90.00 |
| KO | Prepare _____ and _____ on for deposition of | 0.80 | 80.00 |
| KO | Prepare copy of all exhibits _____ for preparation and use at deposition of | 1.20 | 120.00 |
| KO | Prepare complete set of exhibits for _____ for preparation and use at upcoming deposition of | 1.20 | 120.00 |
| KO | Prepare copies of exhibits for use at deposition for witness, witness counsel. committee counsel and court reporter for deposition of | 1.50 | 150.00 |
| KO | Review exhibits a _____ from medical literature, _____ and _____ for preparation and review for deposition of. | 0.90 | 90.00 |
| KO | Review exhibits and identify specific _____ exhibits for preparation and review for deposition of. | 0.90 | 90.00 |
| KO | Review exhibits and prepare background and impeachments documents for preparation and review for deposition of | 1.20 | 120.00 |
| DMS | Prepare and develop topics for examination outline for depo preparation for | 4.20 | 1,050.00 |

W.R. Grace & Company

_W.R. Grace Bankruptcy_

| | | | |
|---|---|---|---|
| DMS | Research and prepare          repc~~~          and other items for depo exhibits for          depo of          about screening issues. | 3.80 | 950.00 |
| DMS | Confer with Ms. Basta about depo of, | 0.20 | 50.00 |
| DMS | Research about,          Breads and, article for          depo prep. | 0.30 | 75.00 |
| DMS | _Research and develop plan for cross outline for          ased on SDTs. | 0.30 | 75.00 |
| 02/24/2007 | | | |
| DMS | Modify, edit and revise with research for additional exhibits,          and related items in preparation for the depo of, | 4.80 | 1,200.00 |
| DMS | Confer and respond to inquiries by          and Ahern about depo exhibits and depo outline for the depo of | 0.60 | 150.00 |
| JSE | Plan and prepare for deposition of' including research of,          and preparation of reports. | 0.90 | 157.50 |
| JSE | Plan and prepare for deposition of. including preparation of exhibits, | 0.30 | 52.50 |
| 02/25/20u/ | | | |
| DMS | Research and prepare for depo of, exhibits for, | 3.20 | 800.00 |
| 02/26/2007 | | | |
| MGC | Strategize topics to cover          anticipated deposition of, | 0.40 | 40.00 |
| MGC | Strategize topics to cover          in the anticipated deposition of, | 0.50 | 50.00 |
| ALK | Research,          files and depositions exhibits for possible exhibits and information to use in deposition preparation. | 2.60 | 455.00 |
| ALK | Confer with Mr. Sal Bianca by phone regarding | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | deposition preparation. | 0.20 | 35.00 |
| JSE | Plan and prepare for deposition of i including preparation of reports | | 0.40 | 70.00 |
| JSE | Plan and prepare for depositions of and I issues and develop examination issues for depositions. | | 0.40 | 70.00 |
| JSE | Plan and prepare for depositions and researching excerpts of testimony from MDL 1553 | | 0.60 | 105.00 |
| JSE | Plan and prepare strategy for obtaining sample of records for with claims in WR Grace to analyze exposure information. | | 0.20 | 35.00 |
| JSE | Plan and prepare for depositions of and researching exhibits produced by | | 0.80 | 140.00 |
| JSE | Plan and prepare for depositions of and I to use in preparing examination outline. | | 1.30 | 227.50 |
| JSE | Plan and prepare for depositions of and including researching testimony of | | 1.00 | 175.00 |
| JSE | Plan and prepare for depositions of and | | 1.30 | 227.50 |
| JSE | Plan and prepare for depositions of N&M, Inc. including researching Alabama code and regulations | | 1.00 | 175.00 |
| KO | Research historical data for information on screening company connections each jurisdiction to assist with compilation of hearing brief paper issues. | | 0.70 | 70.00 |
| CKS | Research and obtain medical literature associated with | | | |

W.R. Grace & Company

W.R. Grace Bankruptcv

| | | | | |
|---|---|---|---|---|
| | | variou̅          ̍levels. | 2.50 | 250.00 |
| | CKS | Research medical text for details surrounding causes issues. | 2.00 | 200.00 |
| | DMS | Travel and prepare for depo of: depo with selection of exhibits for depo and cover topics for depo for | 5.40 | 1,350.00 |
| | DMS | Meet with           's Ellen Ahern to prepare for depo of           depo with selection of exhibits for depo. | 3.20 | 800.00 |
| 02/27/2007 | JSE | Legal research o           x-ray registration and licensing requirements to use in preparing for depositions of           and | 1.00 | 175.00 |
| | JSE | Plan and prepare for depositions of and           ncluding researching N&M reports | 0.60 | 105.00 |
| | JSE | Plan and prepare for depositions of and i           including researching | 1.00 | 175.00 |
| | JSE | Plan and prepare for depositions o: and i           ncluding researchina | 1.10 | 192.50 |
| | JSE | Plan and prepare for depositions i and           including researching N&M files | 0.60 | 105.00 |
| | JSE | Plan and prepare for depositions · including researching N&M | 70 | 122.50 |
| | JSE | Plan and prepare for depositions of i ani           including researching N&M | 0.90 | 157.50 |
| | JSE | Legal research of           egulations for· | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | deposition examination for         and | | 1.00 | 175.00 |
| JSE | Legal research    regulations. | | | |
| | to prepare for depositions of    and | | 0.90 | 157.50 |
| JSE | Legal research of        regulations | | | |
| | in preparation for depositions of. | | 1.00 | 175.00 |
| MGC | Research        diagnosis by        for | | | |
| | for use as exhibits in preparation for anticipated deposition of | | 0.50 | 50.00 |
| MGC | Draft request to        : for        diagnosis by | | | |
| | , for use as exhibits in preparation for anticipated deposition of | | 0.20 | 20.00 |
| ALK | Research | | | |
| | for preparation of exhibits and deposition outline for, in the Grace bankruptcy. | | 1.80 | 315.00 |
| ALK | Prepare deposition outline for deposition. | | | |
| | deposition in the Grace bankruptcy. | | 2.50 | 437.50 |
| KO | Research historical data for deposition for reference and research for depositions of | | | |
| | | | 0.20 | 20.00 |
| DMS | Meet and prepare with Ms. Ahern with travel for depo. | | | |
| | | | 3.20 | 800.00 |
| DMS | Attend and participate in depo with Ms. Ahern. | | | |
| | | | 3.60 | 875.00 |
| DMS | Investigate whereabouts of N&M business and | | | |
| | | | 2.20 | 550.00 |
| DMS | Research and plan topics for depos        and | | | |
| | | | 1.80 | 450.00 |
| CKS | Research medical literature for key documents | | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

| | | | | |
|---|---|---|---|---|
| | | preparation of upcoming depositions for | 0.70 | 70.00 |
| 02/28/2007 | JSE | Plan and prepare for depositions of and _____ including researching deposition transcript of \ _____ identify issues to develop and incorporate into deposition examination. | 1.50 | 262.50 |
| | JSE | Plan and prepare for depositions of and _____ including researching exhibits produced by _____ | 0.70 | 122.50 |
| | JSE | Legal research of. licensing and _____ in preparation of depositions of \ _____ and | 1.10 | 192.50 |
| | JSE | Plan and prepare for depositions of _____, including researching deposition testimony summaries. | 0.90 | 157.50 |
| | JSE | Plan and prepare for depositions of including including researching _____ to incorporate into deposition examination preparation. | 1.30 | 227.50 |
| | JSE | Plan and prepare for deposition _____ to incorporate into deposition examination. | 0.90 | 157.50 |
| | JSE | Plan and prepare for depositions of including researching | 1.50 | 262.50 |
| | DJF | Review _____ and _____ employment for their deposition preparation. | 1.40 | 140.00 |
| | DJF | Prepare letters _____ Grace _____ claimants | 1.00 | 100.00 |
| | DJF | Prepare and send e-mail reports | | |

W.R. Grace & Company

W.R. Grace Bankruptcy

|  |  | to determine |  |  |
|---|---|---|---|---|
|  | Grace | claimants | 1.00 | 100.00 |
| DMS | Develop plan for | issues for screenings. | 0.40 | 100.00 |
| DMS | Confer with Ellen Ahern about, hearing brief on third party discovery. | issues for | 0.40 | 100.00 |
|  | For Current Services Rendered |  | 493.10 | 84,897.50 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| David M Setter | Sr. Partner | 127.30 | $250.00 | $31,825.00 |
| Andrew L. Kalish | Jr. Associate | 75.10 | 175.00 | 13,142.50 |
| Jeanette S. Eirich | Sr. Associate | 144.80 | 175.00 | 25,340.00 |
| Matthew G. Clark | Paralegal | 43.00 | 100.00 | 4,300.00 |
| Daniel J. Freeman | Paralegal | 45.80 | 100.00 | 4,580.00 |
| Kerry O'Hanlon | Paralegal | 51.90 | 100.00 | 5,190.00 |
| Cheryl Schwisow | Paralegal | 5.20 | 100.00 | 520.00 |

### Expenses

| | | |
|---|---|---|
| 01/31/2007 | Iron Mountain:                    Daubert files used for preparation for         deposition on 11/20/06. | 17.50 |
| 02/13/2007 | Impact Legal Technologies: copies of screenings records regarding/          non-licensing issues. | 324.45 |
| 02/13/2007 |           consulting services regarding identification of courts for meso claims. | 5,000.00 |
| 02/16/2007 | M. Clark;              deposition preparation meeting with | 76.70 |
| 02/18/2007 | Travel expense D. Setter to Chicago, IL and Biloxi, MS on February 18-22, 2007 (airfare, lodging, ground transportation, meals, parking): Kirkland meeting about            and deposition of | 1,879.39 |
| 02/18/2007 | Travel expense J. Eirich to Chicago, IL on February 18-19, 2007 (airfare, lodging, ground transportation, parking, gratuities, Westin Hotel Business Center): deposition preparation conferences with Ms. Ahern for depositions of | 928.86 |
| 02/26/2007 | Travel expense D. Setter to Mobile, AL on February 26-27, 2007 (airfare, lodging, ground transportation, meals, parking): attend deposition | 2,164.46 |
| | Total Expenses | 10,391.36 |
| | Total Current Work | 95,288.86 |
| | Balance Due | $274,477.09 |