# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 25, 2007

In Reference To:      Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10844

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/1/2006 | DTW | Review Pitney Hardin 21st application (.4); same regarding LAS (.5); same regarding Orrick (1.0). | 1.90 | 275.50 |
|  | JAW | detailed review of Kirkland May, 2006, monthly invoice (4.4) | 4.40 | 594.00 |
| 10/2/2006 | JAW | detailed review of Kirkland May, 2006, monthly invoice (9.8) | 9.80 | 1,323.00 |
|  | MSH | Update database with Reed Smith August 2006 app. and Kirkland August 2006 app. (.1), Nelson 21st Interim app. and Woodcock 21st Interim app. (.1), Beveridge 20th Interim app. and Buchanan August 2006 app. (.1) | 0.30 | 12.00 |
|  | DTW | Continue review of Orrick 21st interim application (1.4). | 1.40 | 203.00 |
| 10/3/2006 | MSH | Update database with AKO August 2006 app. and Caplin August 2006 app. (.1), LAS August 2006 app. and Campbell August 2006 app. (.1), Phillips August 2006 app. and Kramer August 2006 app. (.1), and Stroock August 2006 app. (.1) | 0.40 | 16.00 |
|  | JAW | detailed review of Kirkland June, 2006, monthly invoice (5.4) | 5.40 | 729.00 |
|  | JAW | draft summary of Kirkland May, 2006, monthly invoice (3.9) | 3.90 | 526.50 |

W.R. Grace & Co.                                                                                    Page      2

|            |     |                                                                                                        | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------|-------|----------|
| 10/4/2006  | JAW | detailed review of Kirkland June, 2006, monthly invoice (9.1)                                           | 9.10  | 1,228.50 |
|            | DTW | Review Pachulski April 06 invoice (.4); review Pachulski May 06 invoice (.3); same regarding June 06 invoice (.3). | 1.00  | 145.00   |
|            | JBA | Update database with Buchanan 8.06 e-detail                                                             | 0.10  | 4.00     |
|            | MSH | Update database with Woodcock July 2006 app. and Beveridge August 2006 app.                             | 0.10  | 4.00     |
| 10/5/2006  | JBA | Update database with Bilzin 8.06 and Hamilton 8.06 e-detail                                             | 0.10  | 4.00     |
|            | JAW | detailed review of Kirkland June, 2006, monthly invoice (7.7); draft summary of same (2.7)              | 10.40 | 1,404.00 |
|            | MSH | Update database with Bilzin August 2006 app. and Ferry August 2006 app. (.1), Hamilton August 2006 app. and Pachulski 21st Interim app. (.1) | 0.20  | 8.00     |
|            | JBA | Update database with Phillips 8.06 e-detail                                                             | 0.10  | 4.00     |
|            | JBA | Update database with Stroock 8.06 e-detail                                                              | 0.10  | 4.00     |
| 10/6/2006  | JAW | draft summary of Stroock Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006)  (1.6)    | 1.60  | 216.00   |
|            | JAW | draft summary of Kirkland June, 2006, monthly invoice (1.2)                                             | 1.20  | 162.00   |
| 10/9/2006  | JBA | Update database with Ferry Joseph 8.06 e-detail                                                         | 0.10  | 4.00     |
|            | JBA | Update database with Holme Roberts 6.06 e-detail                                                        | 0.10  | 4.00     |
|            | MSH | Update database with Duane Morris August 2006 app. and Tersigni August 2006 app.                        | 0.10  | 4.00     |

W.R. Grace & Co.                                                                                            Page      3

|            |     |                                                                                                                        | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/10/2006 | MSH | Update database with Holme June 2006 app.                                                                              | 0.10  | 4.00   |
|            | JBA | Update database with Capstone 8.06 e-detail                                                                            | 0.10  | 4.00   |
|            | JBA | Update database with Tersigni 8.06 e-detail                                                                            | 0.10  | 4.00   |
| 10/11/2006 | MSH | Update database with Orrick August 2006 app. and Towers August 2006 app. (.1), Piper July 2006 app. and Piper August 2006 app. (.1), and Capstone August 2006 app. (.1) | 0.30  | 12.00  |
|            | JBA | Update database with Dunae 9.06 e-detail                                                                               | 0.10  | 4.00   |
|            | JBA | Update database with Orrick 8.06 e-detail                                                                              | 0.10  | 4.00   |
| 10/15/2006 | MWS | draft initial report regarding fee application of Bilzin firm for twenty-first interim period.                        | 2.00  | 460.00 |
| 10/17/2006 | WHS | receive and review agenda                                                                                              | 0.10  | 27.50  |
|            | MWS | draft initial report regarding fee application of Bilzin firm for twenty-first interim period.                        | 2.60  | 598.00 |
| 10/18/2006 | JBA | Update database with Casner 7.06 e-detail                                                                              | 0.10  | 4.00   |
|            | JAW | detailed review of Woodcock Quarterly Fee Application (April 1, 2006 - June 30, 2006) (2.9); draft summary of same (0.1). | 3.00  | 405.00 |
| 10/19/2006 | MSH | Update database with Blackstone July 2006 app. and Nelson August 2006 app. (.1), Pachulski August 2006 app. and Casner August 2006 app. (.1) | 0.20  | 8.00   |
| 10/20/2006 | DTW | Revising wrg Bilzin 21st interim initial report (1.1).                                                                 | 1.10  | 159.50 |
|            | SLB | begin review and draft of 21st Interim initial report - K&E (6.8)                                                     | 6.80  | 952.00 |

W.R. Grace & Co.                                                                                      Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/20/2006 | SLB | draft e-mail to J. Baer @ K&E re 21st Interim app. (.2) | 0.20 | 28.00 |
| 10/23/2006 | SLB | continue review and draft of 21st Interim initial report - K&E (7.4) | 7.40 | 1,036.00 |
|  | MSH | Update database with Latham June 2006 app. and Latham July 2006 app. (.1), and Latham August 2006 app. (.1) | 0.20 | 8.00 |
| 10/24/2006 | MSH | Prepare Kirkland 21st Interim Initial Report for service | 0.10 | 4.00 |
|  | MSH | Prepare Bilzin 21st Interim Initial Report for service | 0.10 | 4.00 |
|  | DTW | Review and revise 21st initial reports for K&E and Bilzin (.2). | 0.20 | 29.00 |
|  | SLB | draft e-mail to J. Baer @ K&E re 21st Interim initial report (.2); e-mail to J. Sakalo @ Bilzin re same (.1) | 0.30 | 42.00 |
|  | SLB | complete draft of 21st Interim initial report - K&E (3.3); complete draft of 21st Interim initial report - Bilzin (3.8) | 7.10 | 994.00 |
| 10/25/2006 | MSH | Prepare Stroock 21st Interim Initial Report for service (.1), same re: Reed 21st Interim Initial Report (.1) | 0.20 | 8.00 |
|  | WHS | conference with Steve Bossay re Blackstone | 0.50 | 137.50 |
|  | DTW | Review and revise 21st interim initial reports for Stroock and Reed (.2). | 0.20 | 29.00 |
|  | SLB | complete draft of 19th Interim final report - Blackstone (1.5); complete draft of 21st Interim initial report - Stroock (4.7) | 6.20 | 868.00 |
|  | SLB | begin draft of 21st Interim initial report - Reed Smith (1.2) | 1.20 | 168.00 |
|  | SLB | draft e-mail to J. O'Neil @ Pachulski re 18th and 19th Interim Blackstone apps. (.2) ; e-mail to P. Zilly @ Blackstone requesting original order and information for 19th Interim app. (.2); e-mail to A. Kreiger @ Stroock re | 0.60 | 84.00 |

W.R. Grace & Co.                                                                                              Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | 21st Interim initial report (.1); e-mail to A. Muha @ Reed Smith re same (.1) |  |  |
| 10/26/2006 | SLB | complete review of app. and draft of 21st Interim initial report - Caplin (4.6) | 4.60 | 644.00 |
|  | SLB | complete draft of 21st Interim initial report - Reed Smith (3.6) | 3.60 | 504.00 |
|  | MSH | Electronic filing with court of Blackstone 19th Interim (10-12.05) Final Report (.1) | 0.10 | 4.00 |
|  | WHS | detailed review of, and revisions to, Blackstone 19th Int FR | 0.70 | 192.50 |
| 10/27/2006 | SLB | complete review of app. and draft of 21st Interim initial report - Tersigni (3.3) | 3.30 | 462.00 |
|  | JBA | Update database with Orrick 9.06 e-detail | 0.10 | 4.00 |
|  | SLB | draft e-mail to J. O'Neil re 19th Interim Blackstone final report (.2); e-mail to R. Tobin @ Caplin re 21st Interim initial report (.1); e-mail to Tersgni re 21st Interim initial report (.1) | 0.40 | 56.00 |
| 10/30/2006 | MSH | Update database with Holme 21st Interim app. and Orrick September 2006 app. | 0.10 | 4.00 |
| 10/31/2006 | MSH | Update database with Phillips September 2006 app. and Buchanan September 2006 app. (.1), Kramer September 2006 app. and Austern 21st Interim app. (.1), Austern July 2006 app. and Austern August 2006 app. (.1), Austern September 2006 app. and Duane Morris September 2006 app. (.1), Pitney September 2006 app. and Nelson September 2006 app. (.1), Protiviti 22nd Interim app. and Kirkland September 2006 app. (.1) | 0.60 | 24.00 |
|  | MWS | review fee application of Capstone for twenty-first interim period (2.5); draft initial report regarding same (.9). | 3.40 | 782.00 |
| 11/1/2006 | MSH | Update database with Ferry September 2006 app. and Reed September 2006 app. (.1), Woodcock August 2006 app. and Foley September 2006 app. (.1) | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                          Page      6

|            |     |                                                                                                                                                                                                                                                                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/2/2006  | MSH | Update database with Caplin September 2006 app. and Campbell September 2006 app. (.1), LAS September 2006 app. and AKO September 2006 app. (.1)                                                                                                                                                        | 0.20  | 8.00   |
| 11/3/2006  | MSH | Update database with HRA September 2006 app/e-detail and PD Committee 22nd Interim app/e-detail (.1), and Bilzin September 2006 app/e-detail (.1)                                                                                                                                                      | 0.20  | 8.00   |
|            | SLB | draft e-mail to A. Muha @ Reed Smith re 21st Interim response (.2)                                                                                                                                                                                                                                    | 0.20  | 28.00  |
|            | MSH | Update database with Ferry September 2006 app/e-detail and Campbell September 2006 app/e-detail (.1), Caplin September 2006 app/e-detail and Tersigni September 2006 app/e-detail (.1), AKO September 2006 app/e-detail and LAS September 2006 app/e-detail (.1)                                          | 0.30  | 12.00  |
|            | MSH | Update database with Bilzin September 2006 app. and PD Committee 7.1.06-9.30.06 app. (.1), Hamilton September 2006 app. and Pitney 22nd Interim app. (.1), Steptow 21st Interim app. and Stroock September 2006 app. (.1)                                                                                | 0.30  | 12.00  |
| 11/6/2006  | MSH | Update database with Beveridge 21st Interim app. and Scott Law May 2006 app. (.1), Scott Law June 2006 app. and Richardson April 2006 app. (.1), Richardson May 2006 app. and Richardson June 2006 app. (.1), Richardson July 2006 app. and Richardson August 2006 app. (.1), Richardson September 2006 app. and Sullivan 7.24.06-8.31.06 app. (.1), Sullivan September 2006 app. (.1) | 0.60  | 24.00  |
|            | SLB | telephone conference with B. Sullivan re 21st fee apps for RPWB, Buchanan, Scott Law (.1)                                                                                                                                                                                                             | 0.10  | 14.00  |
|            | JBA | Update database with Kramer 9.06 e-detail, and Buchannon 9.06 e-detail                                                                                                                                                                                                                                | 0.10  | 4.00   |
|            | SLB | draft e-mail to W. Sullivan re 21st Interim fee apps. - RPWB, Scott Law, Buchanan (.2)                                                                                                                                                                                                                | 0.20  | 28.00  |
|            | WHS | receive, review, and respond to e-mail from Bill Sullivan                                                                                                                                                                                                                                             | 0.20  | 55.00  |
|            | JAW | detailed review of Bilzin July 2006 monthly invoice (4.1); draft summary of same (0.3).                                                                                                                                                                                                               | 4.40  | 594.00 |

W.R. Grace & Co.                                                                                          Page      7

|            |     |                                                                                                                                                                                                 | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/6/2006  | JBA | Update database with Reed Smith 9.06 e-detail                                                                                                                                                        | 0.10  | 4.00   |
|            | JBA | Update database with e-response re: Stroock 21st Interim Initial Report, and Duane Morris 9.06 e-detail                                                                                               | 0.10  | 4.00   |
|            | JBA | Update database with Stroock 9.06 e-detail                                                                                                                                                           | 0.10  | 4.00   |
| 11/7/2006  | JAW | detailed review of Reed Smith July 2006 monthly invoice (4.1).                                                                                                                                       | 4.10  | 553.50 |
| 11/8/2006  | JBA | Update database with e-response re: K&E 21st Interim IR                                                                                                                                               | 0.10  | 4.00   |
|            | JBA | Update database with PWC 8.06 e-detail                                                                                                                                                               | 0.10  | 4.00   |
|            | WHS | receive and review K&E response                                                                                                                                                                      | 0.10  | 27.50  |
|            | JAW | detailed review of Reed Smith July 2006 monthly invoice (1.1); draft summary of same (1.1)                                                                                                           | 2.20  | 297.00 |
|            | MSH | Update database with Scott Law April 2006 app.                                                                                                                                                       | 0.10  | 4.00   |
| 11/13/2006 | WHS | receive and review agenda                                                                                                                                                                            | 0.10  | 27.50  |
|            | MSH | Update database with Scott Law July 2006 app. and Scott Law August 2006 app. (.1), Scott Law September 2006 app. and Philips 22nd Interim app. (.1), Piper September 2006 app. and Piper amended July 2006 app. (.1) | 0.30  | 12.00  |
| 11/14/2006 | MSH | Update database with Scott Law 21st Interim app. (.1)                                                                                                                                                | 0.10  | 4.00   |
|            | JBA | Draft of WHS September 2006 Monthly invoice                                                                                                                                                          | 0.30  | 33.00  |
| 11/15/2006 | JBA | Draft of WHS Ocotber 2006 Montly invoice                                                                                                                                                             | 0.30  | 33.00  |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/16/2006 | MSH | Update database with Richardson February 2006 app. and Richardson March 2006 app. (.1), Foley 22nd Interim app. and Campbell 22nd Interim app. (.1), AKO 22nd Interim app. and Tersigni 22nd Interim app. (.1), LAS 22nd Interim app. and Ferry 22nd Interim app. (.1) | 0.40 | 16.00 |
| 11/17/2006 | JAW | detailed review of Stroock July, 2006, monthly invoice (1.6); draft summary of same (0.3) | 1.90 | 256.50 |
| | JBA | Update database with Piper Jaffrey 22nd Interim app/e-detail, and Orrick 22nd Interim app/e-detail | 0.10 | 4.00 |
| 11/18/2006 | JAW | detailed review of Stroock August, 2006, monthly invoice (2.2); draft summary of same (0.9) | 3.10 | 418.50 |
| 11/20/2006 | JAW | detailed review of Stroock September, 2006, monthly invoice (2.5); draft summary of same (0.4) | 2.90 | 391.50 |
| | JAW | detailed review of Caplin July, 2006, monthly invoice (2.3); draft summary of same (0.6) | 2.90 | 391.50 |
| | JAW | detailed review of Caplin August, 2006, monthly invoice (2.7); draft summary of same (0.5) | 3.20 | 432.00 |
| | JAW | detailed review of Caplin September, 2006, monthly invoice (1.6) | 1.60 | 216.00 |
| | JBA | Update database with Holme Roberts 7.06 e-detail | 0.10 | 4.00 |
| | ERU | Update database with 22nd interim fee applications: Caplin, Orrick, [.1] Piper, Conway [.1] Reed, Kirkland [.1]; 7.06 monthly fee applications: Holme, Conway [.1]; 8.06 monthly fee application: Conway, 9.06 monthly fee applicaiton: Conway [.1]; monthly fee applications 8.05, 9.05, 10.05 [.1]; 21nd interim fee application: Richardson [.1] | 0.70 | 28.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 11/21/2006 | JAW | detailed review of Caplin September, 2006, monthly invoice (1.7); draft summary of same (0.6) | 2.30 | 310.50 |
| | JAW | detailed review of K&E July, 2006, monthly invoice (8.1) | 8.10 | 1,093.50 |

W.R. Grace & Co.                                                                                                Page      9

|            |     |                                                                                                                                                                                                                                               | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/22/2006 | JAW | detailed review of K&E July, 2006, monthly invoice (10.4)                                                                                                                                                                                      | 10.40 | 1,404.00 |
| 11/24/2006 | JAW | detailed review of K&E July, 2006, monthly invoice (5.6)                                                                                                                                                                                       | 5.60  | 756.00 |
| 11/25/2006 | JAW | detailed review of K&E July, 2006, monthly invoice (4.3)                                                                                                                                                                                       | 4.30  | 580.50 |
| 11/27/2006 | ERU | Update database with 22nd interim fee applications: Kramer, Buchanan [.1]; 9.06 monthly fee applicatons: Beveridge, Casner [.1]; 9.06 monthly fee application: Nelson, 4.06 monthly fee application: BMC [.1]; 5.06 monthly fee application: BMC, 6.06 monthly fee application: BMC [.1] | 0.40  | 16.00 |
| 11/28/2006 | WHS | receive and review agenda                                                                                                                                                                                                                     | 0.20  | 55.00 |
|            | ERU | Update database with 22nd interim fee applications: Nelson, Casner [.1]; 21st interim fee application: BMC, 9.06 monthly fee application: Philips [.1]                                                                                          | 0.20  | 8.00 |
|            | ERU | draft: 21st interim project by category summary spreadsheet                                                                                                                                                                                    | 2.10  | 84.00 |
| 11/29/2006 | ERU | draft: 21st interim project by category spread sheet                                                                                                                                                                                           | 3.10  | 124.00 |
|            | ERU | Update database with 10.06 monthly fee application: Kirkland                                                                                                                                                                                   | 0.10  | 4.00 |
|            | JAW | detailed review of Bilzin August, 2006, monthly invoice (4.5); draft summary of same (0.5)                                                                                                                                                     | 5.00  | 675.00 |
| 11/30/2006 | JAW | detailed review of LAS August, 2006, monthly invoice (1.6); draft summary of same (0.1)                                                                                                                                                        | 1.70  | 229.50 |
|            | SLB | draft of 21st Interim final report- Bilzin (5.9)                                                                                                                                                                                               | 5.90  | 826.00 |
| 12/1/2006  | SLB | begin draft of 21st Interim final report - K&E (7.6)                                                                                                                                                                                           | 7.60  | 1,064.00 |
|            | SLB | draft e-mail to R. Tobin @ Caplin re 21st Interim response (.2)                                                                                                                                                                                | 0.20  | 28.00 |

W.R. Grace & Co.                                                                                    Page    10

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/4/2006 | JBA | conference with S. Bossay re: status of 21st Interim Project Category Spreadsheet and Exhibit A to the Order Approving Interim Fees | 0.10 | 4.00 |
|  | ERU | research (PACER) regarding 21st Interim Fee Applications | 0.50 | 20.00 |
|  | ERU | draft: 21st Interim Project Category Spreadsheet | 2.00 | 80.00 |
|  | SLB | draft e-mail to R. Tobin @ Caplin re 21st Interim response (.1); e-mail to L. Hamilton @ Capstone re 21st Interim response (.2) | 0.30 | 42.00 |
|  | SLB | complete draft of 21st Interim final report - Tersigni (2.1); Reed Smith (2.6); Stroock(2.4) | 7.10 | 994.00 |
| 12/5/2006 | JBA | Electronic filing with court of 21st Interim Final Reports re: K&E (.2), Reed Smith (.2), Stroock (.2), and Tersigni (.2) | 0.80 | 32.00 |
|  | JBA | conference with E. Urban re: 21st Project Category spreadsheet | 0.20 | 8.00 |
|  | MWS | detailed review of Bilzin's response to initial report regarding fee application for twenty-first interim period (.7); work on final report regarding same (3.0). | 3.70 | 851.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
|  | WHS | detailed review of, and revisions to, K&E 21st Int FR | 0.30 | 82.50 |
|  | WHS | detailed review of, and revisions to,  Stroock 21st Int FR | 0.40 | 110.00 |
|  | WHS | detailed review of, and revisions to, Reed 21st Int FR | 0.30 | 82.50 |
|  | ERU | research (PACER) regarding 21st Interim Fee Applications | 1.20 | 48.00 |
|  | ERU | Update database with Reed 10.06, Ferry 10.06 (.1) Steptoe 7.06, 8.06, 9.06 (.1) | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                          Page    11

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/5/2006 | WHS | detailed review of Tersigni 21st Int FR | 0.20 | 55.00 |
| | SLB | draft of revised 21st Interim final report - K&E (1.3); first draft of 21st Interim fee and expense chart (5.6) | 6.90 | 966.00 |
| | SLB | draft e-mail to R. Tobin @ Caplin re 21st Interim response (.2); e-mail to J. Dolan @ Capstone re 21st Interim response (.1) | 0.30 | 42.00 |
| | SLB | telephone conference with J. Dolan @ Capstone re 21st Interim response (.1) | 0.10 | 14.00 |
| 12/6/2006 | SLB | telephone conference with B. Bowe @ Bowe re 21st Interim app. (.2); t/c with T. Currier @ Buchanan re 21st Interim app./merger and name change (.2) | 0.40 | 56.00 |
| | SLB | draft 21st Interim final report - Piper Jaffray(1.3); Blackstone(1.5); RPWB(1.1) | 3.90 | 546.00 |
| | ERU | Update database with 10.06 Monthlies for: Protiviti, Pitney, Beveridge; Caplin response to 21st interim IR | 0.10 | 4.00 |
| | ERU | research (Pacer) regarding 21st Interim Fee Applications | 2.00 | 80.00 |
| | MWS | draft final report regarding fee application of Bilzin Sumberg for the twenty-first interim period. | 2.20 | 506.00 |
| | SLB | complete draft of 21st Interim final report - Caplin (2.3); Capstone (.9) | 3.20 | 448.00 |
| 12/7/2006 | MSH | Electronic filing with court of Baker 21st Interim Final Report (.1) | 0.10 | 4.00 |
| | WHS | detailed review of, and revisions to, Richardson 21st Int FR | 0.40 | 110.00 |
| | WHS | detailed review of Scott Law 21st Int FR | 0.20 | 55.00 |
| | SLB | complete draft of 21st final report - Baker(1.8); Conway (1.2); revised RPWB(.5); No Objections (4.3) | 7.80 | 1,092.00 |

W.R. Grace & Co.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/7/2006 | WHS | detailed review of Piper 21st Int FR | 0.20 | 55.00 |
| | WHS | detailed review of Baker 21st Int FR | 0.20 | 55.00 |
| | WHS | detailed review of Blackstone 21st Int FR | 0.30 | 82.50 |
| | WHS | detailed review of Capstone 21st Int FR | 0.20 | 55.00 |
| | ERU | Update database with 10.06 Monthlies for: Tersigni, LAS, Bilzin, Hamilton, Kramer | 0.10 | 4.00 |
| | WHS | detailed review of, and revisions to, Caplin 21st Int FR | 0.30 | 82.50 |
| | WHS | detailed review of, and revisions to,  Richardson - W.R. Grace 21 | 0.30 | 82.50 |
| | WHS | detailed review of, and revisions to, Bilzin 21st Int FR | 0.30 | 82.50 |
| | WHS | detailed review of, and revisions to, 21st Int No Objections FR | 0.50 | 137.50 |
| | JBA | draft final corrections to 21st Project Category Spreadsheet | 0.10 | 4.00 |
| 12/8/2006 | WHS | detailed review of Goodwin 21st Int FR | 0.20 | 55.00 |
| | SLB | review of app. and draft of 21st Interim final report - Goodwin Procter (1.7) | 1.70 | 238.00 |
| | SLB | revise final 21st Interim fee and expense charts (1.4) | 1.40 | 196.00 |
| | MSH | Electronic filing with court of  Applications with No Objections 21st interim final report (.1), same re Bilzin (.1), Blackstone (.1), Caplin (.1), Capstone (.1), Conway (.1), Piper (.1), Richardson (.1), and Scott Law (.1) | 0.90 | 36.00 |

W.R. Grace & Co.                                                                                    Page    13

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/8/2006 | SLB | draft e-mail to J. O'Neil @ Pachulski re 21st Interim fee & expense charts (.2) | 0.20 | 28.00 |
| | JBA | Electronic filing with court of Final Report re: Goodwin 21st Interim (.2) | 0.20 | 8.00 |
| 12/11/2006 | SLB | draft e-mails (2) to J. O'Neill @ Pachulski re 21st Interim charts (.3); e-mail to J. Sakalo re Prop Damage Comm. app (.1) | 0.40 | 56.00 |
| | SLB | review of 22nd Interim app. - Bilzin (4.9); begin review of 22nd Interim app.- Duane Morris (1.6) | 6.50 | 910.00 |
| | JAW | detailed review of Reed Smith August 2006 monthly invoice (5.3); draft summary of same (0.7). | 6.00 | 810.00 |
| 12/12/2006 | SLB | complete review of 22nd Interim app. - Duane Morris (2.2); begin review of 22nd Interim app. - Deloitte (3.5) | 5.70 | 798.00 |
| | ERU | Update database with Austern 22nd Int e-detail | 0.10 | 4.00 |
| | ERU | Update database with Austern 22nd Interim App | 0.10 | 4.00 |
| | SLB | telephone conference with J. O'Neill @ Pachulski re 21st Interim fee hearing (.1) | 0.10 | 14.00 |
| 12/13/2006 | SLB | begin draft of 22nd Interim initial report - Bilzin (3.7) | 3.70 | 518.00 |
| 12/14/2006 | SLB | continue review of 22nd Interim Deloitte (3.2) | 3.20 | 448.00 |
| | SLB | draft e-mail to J. O'Neill re Caplin objection to final report (.2) | 0.20 | 28.00 |
| | SLB | PACER research regarding Caplin objection to 21st Inteirm final report (.9) | 0.90 | 126.00 |
| 12/15/2006 | ERU | Update database with Deloitte Tax 12.05, 1.06, 2.06 [.1] BMC 7.06; Hamilton 22nd Interim; Bilzin 22nd Interim [.1] | 0.20 | 8.00 |

W.R. Grace & Co.

Page    14

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/15/2006 | ERU | Update database with Caplin rsp to 21st Interim e-detail; Dykema 11.06 e-detail; Towers 9.06, 10.06, 22nd Interim | 0.10 | 4.00 |
| 12/19/2006 | ERU | Update database with Casner 10.06, Pachulski 22nd Interim App, Towers 22nd Interim App, 9.06, 10.06 | 0.10 | 4.00 |
| 12/20/2006 | SLB | review of 22nd Interim apps. - Anderson (2.6) and Austern (2.8) | 5.40 | 756.00 |
| | SLB | telephone conference with Will Sparks @ Grace re flat fee applicants (.2) | 0.20 | 28.00 |
| | ERU | Update database with Phillips 11.06 e-detail; Protiviti 11.06 | 0.10 | 4.00 |
| 12/21/2006 | SLB | review of 22nd Interim apps. - Beveridge (3.1) and Blackstone (3.3) | 6.40 | 896.00 |
| | ERU | Update database with Phillips 11.06, Beveridge 10th Interim App | 0.10 | 4.00 |
| 12/22/2006 | ERU | Update database with CIBC Final App e-detail | 0.10 | 4.00 |
| | SLB | review of 22nd app. and draft of final report - Blackstone (5.7) | 5.70 | 798.00 |
| | ERU | Update database with Woodcock 10.06, BMC 8.06 | 0.10 | 4.00 |
| 12/27/2006 | SLB | review of 22nd Interim app. - Capstone (5.3) | 5.30 | 742.00 |
| 12/28/2006 | SLB | draft of 22nd Interim initial report - Capstone (4.4) | 4.40 | 616.00 |
| | SLB | begin review of 22nd Interim app. - Campbell and Levine (2.2) | 2.20 | 308.00 |
| | MSH | Update database with Woodcock 22nd Interim app. and Scott 22nd Interim app. (.1), Nelson November 2006 app. and BMC September 2006 app. (.1) | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                    Page      15

|            |     |                                                                                              | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|-------|--------|
| 12/28/2006 | MSH | Electronic filing with Court of WHS July 2006 Invoice (.2), and October 2006 Invoice (.3)    | 0.50  | 20.00  |
| 12/29/2006 | SLB | complete review of 22nd Interim apps. - Campbell (2.5) and Casner (3.0)                      | 5.50  | 770.00 |
|            | JAW | detailed review of Kirkland & Ellis August 2006 fee statement (1.9)                          | 1.90  | 256.50 |
| 12/30/2006 | JAW | detailed review of Kirkland & Ellis August 2006 fee statement (4.6)                          | 4.60  | 621.00 |
| 12/31/2006 | JAW | detailed review of Kirkland & Ellis August 2006 fee statement (2.7)                          | 2.70  | 364.50 |

|                                          | Hours  | Amount      |
|------------------------------------------|--------|-------------|
| **For professional services rendered**   | 324.00 | $44,387.50  |

Additional Charges :

|                                          | Price  |        |
|------------------------------------------|--------|--------|
| PACER charges for October                | 15.12  | 15.12  |
| Third party copies & document prep/setup.| 64.19  | 64.19  |
| Third party copies & document prep/setup.| 393.12 | 393.12 |
| PACER charges for November               | 4.80   | 4.80   |
| PACER charges for December 2006          | 29.84  | 29.84  |

|                          |            |
|--------------------------|------------|
| **Total costs**          | **$507.07** |

|                                |              |
|--------------------------------|--------------|
| **Total amount of this bill**  | **$44,894.57** |

W.R. Grace & Co.                                                    Page      16

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Doreen T Williams | 5.80 | 145.00 | $841.00 |
| Erika Urban | 13.70 | 40.00 | $548.00 |
| James A. Wehrmann | 127.70 | 135.00 | $17,239.50 |
| Jeff B. Allgood | 0.60 | 110.00 | $66.00 |
| Jeff B. Allgood | 3.40 | 40.00 | $136.00 |
| Mark W Steirer | 13.90 | 230.00 | $3,197.00 |
| Melinda S Helsley | 7.50 | 40.00 | $300.00 |
| Stephen L. Bossay | 145.00 | 140.00 | $20,300.00 |
| Warren H Smith | 6.40 | 275.00 | $1,760.00 |