## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE, et al., | ) | Case No. 01-01139 JKF |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | RE: 13301 |
| | ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of: Leonard A. Busby, Esquire, of Montgomery, McCracken, Walker & Rhoads, LLP, 123 South Broad Street, Avenue of the Arts, Philadelphia, PA 19109 to represent Grace Certain Cancer Claimants in this matter.

Signed: /s/ Noel C. Burnham
Noel C. Burnham, [DE Bar No. 3483]
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7890
(320) 504-7820 (facsimile)
nburnham@mmwr.com

Dated: September 14, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: May 31, 2007

Judith K. Fitzgerald
Judge

2111081v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Signed: _____
Leonard A. Busby [PA Bar No. 28454]
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Avenue Of The Arts
Philadelphia, PA 19109
215-772-7419
lbusby@mmwr.com