IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: July 2, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Professional services rendered through: January 31, 2007

| Date | Professional | Description | Hours |
|---|---|---|---|
| 01/02/07 | A.E. Moran | Review latest bills and payments and compare with court papers. | 0.30 |
| 01/08/07 | M.D. Lerner | Calls from Ms. Finke re extension. | 0.40 |
| 01/09/07 | L.M. Zarlenga | Review Tax Court jurisdictional issues and research same. | 0.70 |
| 01/09/07 | M.D. Lerner | Prepare for call with IRS re Form 872. | 0.30 |
| 01/09/07 | M.D. Lerner | Call with Fritz Vilma re extension and follow up with internal group. | 1.00 |
| 01/09/07 | M.D. Lerner | Call with client re IRS refusal to limit concerns. | 0.30 |
| 01/10/07 | K. Sieverding | Obtain assignment regarding choice of forum research. | 0.30 |
| 01/10/07 | L.M. Zarlenga | Teleconference with client re jurisdictional issues. | 0.70 |
| 01/10/07 | L.M. Zarlenga | Research Tax Court jurisdictional issues. | 2.10 |
| 01/10/07 | M.D. Lerner | Follow up call from client re extension. | 0.20 |
| 01/10/07 | M.D. Lerner | Answer client questions re 90-day letter jurisdiction and post filing appeals. | 0.50 |
| 01/10/07 | M.D. Lerner | Call with Ms. Lopo re extension and follow up. | 0.80 |
| 01/10/07 | M.D. Lerner | Call with client and Ms. Lopo re strategy for getting restricted consent. | 0.70 |
| 01/10/07 | M.J. Silverman | Consideration and review of SRLY procedural issues. | 1.00 |
| 01/11/07 | K. Sieverding | Research re choice of forum. | 3.50 |
| 01/12/07 | M.D. Lerner | Call with client to discuss strategy for call with Mr. Titken. | 0.20 |
| 01/12/07 | M.D. Lerner | Call with Mr. Titken of IRS. | 0.50 |
| 01/12/07 | M.D. Lerner | Follow up call with Ms. Finke re Titken call. | 0.10 |
| 01/12/07 | M.J. Silverman | Prepare for and have call with IRS counsel. | 1.00 |
| 01/16/07 | M.D. Lerner | Call from Mr. Titken re consent. | 0.10 |
| 01/16/07 | M.D. Lerner | Call with Ms. Lopo re call with IRS. | 0.20 |
| 01/16/07 | M.D. Lerner | Follow up with Ms. Filon and Ms. Finke. | 0.20 |
| 01/17/07 | K. Sieverding | Continue research on choice of forum. | 2.50 |
| 01/18/07 | K. Sieverding | Continue research on choice of forum. | 3.00 |
| 01/18/07 | M.D. Lerner | Call with Ms. Finke re extension. | 0.30 |
| 01/18/07 | M.D. Lerner | Email to Ms. Lopo re extension. | 0.10 |
| 01/18/07 | M.J. Silverman | Send emails to Mr. Teplinsky re audit. | 0.50 |
| 01/18/07 | S.B. Teplinsky | Review emails from Mr. Lerner and Mr. Silverman re status of consent and litigation issues. | 0.50 |

| 01/19/07 | G.N. Kidder | Review e-mails and draft statute of limitations extension agreement. | 2.00 |
| --- | --- | --- | --- |
| 01/19/07 | G.N. Kidder | Discuss agreement with Steve Teplinsky and discuss edits with Matt Lerner. | 1.00 |
| 01/19/07 | M.D. Lerner | Discuss drafting with Steve Teplinsky and Greg Kidder. | 1.00 |
| 01/19/07 | M.D. Lerner | Numerous calls re letter agreement for consent, including negotiating with Ms. D. Lopo. | 2.20 |
| 01/19/07 | M.J. Silverman | Meet with Mr. Collins to discuss 90-day letter and choice of forum. | 1.50 |
| 01/19/07 | S.B. Teplinsky | Teleconference with Mr. Lerner and Ms. Lopo re consent. | 0.50 |
| 01/19/07 | S.B. Teplinsky | Revise and analyze letter consent letter. | 4.00 |
| 01/19/07 | S.B. Teplinsky | Conferences with Mr. Lerner and Mr. Kidder re consent letter. | 1.00 |
| 01/19/07 | S.B. Teplinsky | Teleconferences with Ms. Finke re counsel views on consent letter. | 0.50 |
| 01/20/07 | M.D. Lerner | Call with Ms. Lopo on letter agreement. | 0.20 |
| 01/21/07 | M.D. Lerner | Review letter agreement language. | 0.40 |
| 01/22/07 | G.N. Kidder | Review revised draft letter agreeing to extension of statute of limitations. | 0.30 |
| 01/22/07 | M.D. Lerner | Work on letter and then on strategy for proceeding without a consent. | 0.90 |
| 01/22/07 | M.D. Lerner | Calls with client and Mr. Teplinsky to discuss options re litigation. | 0.40 |
| 01/22/07 | M.J. Silverman | Consider re Skadden discussion and agreement. | 1.00 |
| 01/22/07 | S.B. Teplinsky | Revise proposed agreement. | 5.00 |
| 01/22/07 | S.B. Teplinsky | Teleconference with Mr. Lerner and Ms. Finke re consent. | 0.40 |
| 01/22/07 | S.B. Teplinsky | Re negotiations with former member. | 0.60 |
| 01/23/07 | G.N. Kidder | Research procedures for cases docketed in the Tax Court to be sent back to IRS Appeals. | 1.50 |
| 01/23/07 | M.D. Lerner | Call to discuss potential letter re consent agreeement. | 0.40 |
| 01/23/07 | M.D. Lerner | Dictate letter re agreement and outstanding issues. | 0.80 |
| 01/23/07 | M.J. Silverman | Talk with Mr. Teplinsky re terms of agreement. | 1.00 |
| 01/23/07 | S.B. Teplinsky | Research re post-docketing IRS Appeals; conference with Mr. Kidder re same. | 5.00 |
| 01/23/07 | S.B. Teplinsky | Teleconference with Mss. Filon and Finke re access to appeals. | 0.60 |
| 01/23/07 | S.B. Teplinsky | Teleconference with Ms. Lopo re draft letter agreement for consent. | 0.40 |

| | | | |
|---|---|---|---|
| 01/24/07 | M.D. Lerner | Call with client re next procedural steps. | 0.30 |
| 01/24/07 | M.J. Silverman | Talk with Mr. Teplinsky re statutory notice and appeals. | 0.50 |
| 01/24/07 | S.B. Teplinsky | Review Tax Sharing Agreement. | 0.80 |
| 01/24/07 | S.B. Teplinsky | Revise draft letter to Ms. Lopo re Grace audit. | 1.50 |
| 01/24/07 | S.B. Teplinsky | Teleconference with Ms. Finke re Tax Sharing Agreement. | 0.20 |
| 01/26/07 | M.D. Lerner | Work on litigation strategy and choice of forum. | 0.40 |
| 01/27/07 | A.E. Moran | Work on bills for Oct-Dec 2006. | 1.20 |
| 01/29/07 | L.M. Zarlenga | Review invoice and call Mr. Balitewicz re same. | 0.20 |
| 01/29/07 | M.D. Lerner | Call with Ms. Finke re petition. | 0.20 |
| 01/30/07 | M.D. Lerner | Consider strategy for litigation forum choices. | 3.00 |
| 01/30/07 | M.D. Lerner | Call re bankruptcy court procedures and choice of forum possibilities. | 1.10 |
| 01/30/07 | M.D. Lerner | Answer procedural questions posed by Bryan Collins. | 0.20 |
| 01/30/07 | M.D. Lerner | Revise draft letter re lack cooperation on strategy. | 0.50 |
| 01/30/07 | M.D. Lerner | Call with Carol Finke re strategy. | 0.30 |
| 01/30/07 | M.D. Lerner | Read email from Ms. Finke re bankruptcy strategy. | 0.20 |
| 01/30/07 | M.J. Silverman | Review choice of court issues; talk to Messrs. Lerner & Teplinsky and correspondence with Mr. Collins. | 1.50 |
| 01/30/07 | S.B. Teplinsky | Telephone conference with Messrs. Lerner, Maynes, Gareau and Mss. Finke and Keller re taxable year close. | 0.30 |
| 01/30/07 | S.B. Teplinsky | Conference with Mr. Lerner re procedural issues. | 0.20 |
| 01/30/07 | S.B. Teplinsky | Revise letter re consent. | 0.50 |
| 01/30/07 | S.B. Teplinsky | Review emails re forum choice. | 1.00 |
| 01/31/07 | G.N. Kidder | Research questions from Matt Lerner re net operating loss. | 1.50 |
| 01/31/07 | K. Sieverding | Prepare for meeting with Mr. Teplinsky re choice of forum. | 4.90 |
| 01/31/07 | K. Sieverding | Meet with Mr. Teplinsky regarding choice of forum research. | 0.60 |
| 01/31/07 | M.D. Lerner | Read emails re bankruptcy. | 0.20 |
| 01/31/07 | M.D. Lerner | Discuss 1997 872-T questions with Mr. Teplinsky. | 0.20 |
| 01/31/07 | S.B. Teplinsky | Conference with Mr. Kidder re procedural issues re filing claims for 1997 issues losses. | 0.60 |
| 01/31/07 | S.B. Teplinsky | Conference with Mr. Lerner 1997 losses. | 0.20 |

7

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 8.00 | 825.00 | 6,600.00 |
| S.B. Teplinsky | 23.80 | 650.00 | 15,470.00 |
| M.D. Lerner | 18.80 | 650.00 | 12,220.00 |
| L.M. Zarlenga | 3.70 | 535.00 | 1,979.50 |
| A.E. Moran | 1.50 | 525.00 | 787.50 |
| G.N. Kidder | 6.30 | 395.00 | 2,488.50 |
| K. Sieverding | 14.80 | 370.00 | 5,476.00 |
| Total | 76.90 | | 45,021.50 |

Total Fees  $45,021.50

Disbursements:

Duplicating  13.95
Long Distance Telephone  14.14

Total Disbursements  $28.09

Total This Statement  $45,049.59

8

**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  519109

TAX LITIGATION AUDIT ISSUE - 012046.00003


Cost              Timekeeper
Code    Date      Number  Name                    Quantity  Rate     Amount
===========================================================================
===========================================================================

DUPLDC  01/03/07  00206   Moran, Anne E.          1.00      0.15     0.15
DUPLDC  01/03/07  00206   Moran, Anne E.          1.00      0.20     0.20
1 PHOTOCOPIES MADE BY 00206

DUPLDC  01/19/07  06515   Kidder, Gregory         10.00     0.15     1.50
DUPLDC  01/19/07  06515   Kidder, Gregory         10.00     0.20     2.00
10 PHOTOCOPIES MADE BY 06515

DUPLDC  01/22/07  00206   Moran, Anne E.          6.00      0.15     0.90
DUPLDC  01/22/07  00206   Moran, Anne E.          6.00      0.20     1.20
6 PHOTOCOPIES MADE BY 00206
DUPLDC            Total:                          2.55

LASR    01/19/07  00206   Moran, Anne E.          4.00      0.15     0.60
LASR    01/19/07  00206   Moran, Anne E.          4.00      0.20     0.80
PC/Network Printing

PC LASER  4 Pages Teplinsky, Steven
LASR    01/19/07  00206   Moran, Anne E.          4.00      0.15     0.60
LASR    01/19/07  00206   Moran, Anne E.          4.00      0.20     0.80
PC/Network Printing

PC LASER  4 Pages Teplinsky, Steven
LASR    01/19/07  00206   Moran, Anne E.          4.00      0.15     0.60
LASR    01/19/07  00206   Moran, Anne E.          4.00      0.20     0.80
PC/Network Printing

PC LASER  4 Pages Teplinsky, Steven
LASR    01/19/07  00206   Moran, Anne E.          4.00      0.15     0.60
LASR    01/19/07  00206   Moran, Anne E.          4.00      0.20     0.80
PC/Network Printing

PC LASER  4 Pages Teplinsky, Steven
LASR    01/19/07  00206   Moran, Anne E.          4.00      0.15     0.60
LASR    01/19/07  00206   Moran, Anne E.          4.00      0.20     0.80
PC/Network Printing

PC LASER  4 Pages Teplinsky, Steven
LASR    01/19/07  00206   Moran, Anne E.          4.00      0.15     0.60
LASR    01/19/07  00206   Moran, Anne E.          4.00      0.20     0.80
PC/Network Printing
```

9

```
PC LASER   4 Pages Teplinsky, Steven
LASR       01/19/07 00206    Moran, Anne E.              4.00   0.15   0.60
LASR       01/19/07 00206    Moran, Anne E.              4.00   0.20   0.80
PC/Network Printing

PC LASER   4 Pages Teplinsky, Steven
LASR       01/19/07 00206    Moran, Anne E.              1.00   0.15   0.15
LASR       01/19/07 00206    Moran, Anne E.              1.00   0.20   0.20
PC/Network Printing

PC LASER   1 Pages Teplinsky, Steven
LASR       01/19/07 00206    Moran, Anne E.              4.00   0.15   0.60
LASR       01/19/07 00206    Moran, Anne E.              4.00   0.20   0.80
PC/Network Printing

PC LASER   4 Pages Teplinsky, Steven
LASR       01/19/07 Total:                               4.95
LASR       01/22/07 00206    Moran, Anne E.              5.00   0.15   0.75
LASR       01/22/07 00206    Moran, Anne E.              5.00   0.20   1.00
PC/Network Printing

PC LASER   5 Pages Teplinsky, Steven
LASR       01/22/07 00206    Moran, Anne E.              5.00   0.15   0.75
LASR       01/22/07 00206    Moran, Anne E.              5.00   0.20   1.00
PC/Network Printing

PC LASER   5 Pages Teplinsky, Steven
LASR       01/22/07 Total:                               1.50
LASR       01/23/07 00206    Moran, Anne E.              5.00   0.15   0.75
LASR       01/23/07 00206    Moran, Anne E.              5.00   0.20   1.00
PC/Network Printing

PC LASER   5 Pages Teplinsky, Steven
LASR       01/23/07 00206    Moran, Anne E.              5.00   0.15   0.75
LASR       01/23/07 00206    Moran, Anne E.              5.00   0.20   1.00
PC/Network Printing

PC LASER   5 Pages Teplinsky, Steven
LASR       01/23/07 00206    Moran, Anne E.              5.00   0.15   0.75
LASR       01/23/07 00206    Moran, Anne E.              5.00   0.20   1.00
PC/Network Printing

PC LASER   5 Pages Teplinsky, Steven
LASR       01/23/07 00206    Moran, Anne E.              5.00   0.15   0.75
LASR       01/23/07 00206    Moran, Anne E.              5.00   0.20   1.00
PC/Network Printing

PC LASER   5 Pages Teplinsky, Steven
LASR       01/23/07 Total:                               3.00
LASR       01/24/07 00206    Moran, Anne E.              3.00   0.15   0.45
LASR       01/24/07 00206    Moran, Anne E.              3.00   0.20   0.60
PC/Network Printing
```

```
PC LASER   3 Pages Wieczorek, JoAnn
LASR       01/24/07 00206     Moran, Anne E.        3.00   0.15   0.45
LASR       01/24/07 00206     Moran, Anne E.        3.00   0.20   0.60
PC/Network Printing

PC LASER   3 Pages Wieczorek, JoAnn
LASR       01/24/07 00206     Moran, Anne E.        3.00   0.15   0.45
LASR       01/24/07 00206     Moran, Anne E.        3.00   0.20   0.60
PC/Network Printing

PC LASER   3 Pages Wieczorek, JoAnn
LASR       01/24/07 00206     Moran, Anne E.        3.00   0.15   0.45
LASR       01/24/07 00206     Moran, Anne E.        3.00   0.20   0.60
PC/Network Printing

PC LASER   3 Pages Wieczorek, JoAnn
LASR       01/24/07 Total:                          1.80
LASR       01/29/07 00206     Moran, Anne E.        1.00   0.15   0.15
LASR       01/29/07 00206     Moran, Anne E.        1.00   0.20   0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda
LASR                Total:                         11.40

TELEDC     01/10/07 00206     Moran, Anne E.        1.00   1.12   1.12
TELEDC     01/10/07 00206     Moran, Anne E.        1.00          1.12
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC     01/10/07 00206     Moran, Anne E.        1.00   0.16   0.16
TELEDC     01/10/07 00206     Moran, Anne E.        1.00          0.16
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC     01/10/07 Total:                          1.28
TELEDC     01/16/07 00206     Moran, Anne E.        1.00   0.69   0.69
TELEDC     01/16/07 00206     Moran, Anne E.        1.00          0.69
DC Telephone TELEDC 2127353475 FROM EXT. 108024

TELEDC     01/16/07 00206     Moran, Anne E.        1.00   0.48   0.48
TELEDC     01/16/07 00206     Moran, Anne E.        1.00          0.48
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC     01/16/07 Total:                          1.17
TELEDC     01/17/07 00206     Moran, Anne E.        1.00   0.27   0.27
TELEDC     01/17/07 00206     Moran, Anne E.        1.00          0.27
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC     01/17/07 00206     Moran, Anne E.        1.00   0.33   0.33
TELEDC     01/17/07 00206     Moran, Anne E.        1.00          0.33
DC Telephone TELEDC 2127353475 FROM EXT. 108024
TELEDC     01/17/07 Total:                          0.60

TELEDC     01/19/07 00206     Moran, Anne E.        1.00   1.71   1.71
TELEDC     01/19/07 00206     Moran, Anne E.        1.00          1.71
DC Telephone TELEDC 5613621300 FROM EXT. 106245
```

11

```
TELEDC     01/19/07 00206     Moran, Anne E.          1.00    0.24        0.24
TELEDC     01/19/07 00206     Moran, Anne E.          1.00                0.24
DC Telephone TELEDC 9546026000 FROM EXT. 106245
TELEDC     01/19/07 Total:                            1.95

TELEDC     01/22/07 00206     Moran, Anne E.          1.00    0.15        0.15
TELEDC     01/22/07 00206     Moran, Anne E.          1.00                0.15
DC Telephone TELEDC 2127353475 FROM EXT. 108024

TELEDC     01/22/07 00206     Moran, Anne E.          1.00    0.40        0.40
TELEDC     01/22/07 00206     Moran, Anne E.          1.00                0.40
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC     01/22/07 00206     Moran, Anne E.          1.00    1.42        1.42
TELEDC     01/22/07 00206     Moran, Anne E.          1.00                1.42
DC Telephone TELEDC 2127353475 FROM EXT. 106245

TELEDC     01/22/07 00206     Moran, Anne E.          1.00    0.18        0.18
TELEDC     01/22/07 00206     Moran, Anne E.          1.00                0.18
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC     01/22/07 00206     Moran, Anne E.          1.00    0.84        0.84
TELEDC     01/22/07 00206     Moran, Anne E.          1.00                0.84
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC     01/22/07 00206     Moran, Anne E.          1.00    0.16        0.16
TELEDC     01/22/07 00206     Moran, Anne E.          1.00                0.16
DC Telephone TELEDC 2127353475 FROM EXT. 106245

TELEDC     01/22/07 00206     Moran, Anne E.          1.00    1.02        1.02
TELEDC     01/22/07 00206     Moran, Anne E.          1.00                1.02
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC     01/22/07 Total:                            4.17
TELEDC     01/23/07 00206     Moran, Anne E.          1.00    0.64        0.64
TELEDC     01/23/07 00206     Moran, Anne E.          1.00                0.64
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC     01/23/07 00206     Moran, Anne E.          1.00    0.54        0.54
TELEDC     01/23/07 00206     Moran, Anne E.          1.00                0.54
DC Telephone TELEDC 2127353475 FROM EXT. 106245

TELEDC     01/23/07 00206     Moran, Anne E.          1.00    0.63        0.63
TELEDC     01/23/07 00206     Moran, Anne E.          1.00                0.63
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC     01/23/07 00206     Moran, Anne E.          1.00    1.17        1.17
TELEDC     01/23/07 00206     Moran, Anne E.          1.00                1.17
DC Telephone TELEDC 2127353475 FROM EXT. 106245

TELEDC     01/23/07 00206     Moran, Anne E.          1.00    0.15        0.15
TELEDC     01/23/07 00206     Moran, Anne E.          1.00                0.15
DC Telephone TELEDC 5613621300 FROM EXT. 106245
TELEDC     01/23/07 Total:                            3.13
```

```
TELEDC      01/24/07 00206      Moran, Anne E.           1.00    1.56         1.56
TELEDC      01/24/07 00206      Moran, Anne E.           1.00                 1.56
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      01/24/07 00206      Moran, Anne E.           1.00    0.20         0.20
TELEDC      01/24/07 00206      Moran, Anne E.           1.00                 0.20
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      01/24/07 00206      Moran, Anne E.           1.00    0.04         0.04
TELEDC      01/24/07 00206      Moran, Anne E.           1.00                 0.04
DC Telephone TELEDC 5613621300 FROM EXT. 106245
TELEDC      01/24/07 Total:                              1.80

TELEDC      01/29/07 00206      Moran, Anne E.           1.00    0.04         0.04
TELEDC      01/29/07 00206      Moran, Anne E.           1.00                 0.04
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC              Total:                              14.14

Total: TAX LITIGATION AUDIT ISSUE - 012046.00003        28.09


Report Total:                                           28.09
```

13