IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: July 2, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Professional services rendered through: February 28, 2007

| Date | Person | Description | Hours |
|---|---|---|---|
| 02/01/07 | G.N. Kidder | Research scope of Tax Court jurisdiction. | 2.00 |
| 02/01/07 | K. Sieverding | Continue work on choice of forum. | 7.30 |
| 02/01/07 | M.D. Lerner | Make letter revisions and shorten letter. | 0.60 |
| 02/01/07 | S.B. Teplinsky | Draft new letter re party's refusal to execute unconditional consent. | 1.30 |
| 02/01/07 | S.B. Teplinsky | Conference with Mr. Lerner re draft letter re ability to execute consent. | 0.30 |
| 02/02/07 | K. Sieverding | Research and outline issues re choice of forum. | 9.00 |
| 02/02/07 | M.D. Lerner | Call from Ms. Finke. | 0.20 |
| 02/02/07 | M.D. Lerner | Proposal for a different approach re consents. | 0.20 |
| 02/02/07 | S.B. Teplinsky | Review emails and attachments re letter to Ms. Lopo re statute of limitations. | 0.80 |
| 02/03/07 | K. Sieverding | Work on research outline decisions re choice of forum. | 8.80 |
| 02/05/07 | K. Sieverding | Meet with Messrs Silverman and Lerner to discuss choice of forum questions. | 1.50 |
| 02/05/07 | K. Sieverding | Research cases on choice of forum. | 4.80 |
| 02/05/07 | M.D. Lerner | Meeting to discuss both procedural and substantive issues re choice of forum for 10-year carryback issue. | 1.50 |
| 02/05/07 | M.D. Lerner | Edit agenda for conference call. | 0.10 |
| 02/05/07 | M.D. Lerner | Call with client and Mr. Collins re choice of forum. | 1.10 |
| 02/05/07 | M.J. Silverman | Review outline of issues. | 1.10 |
| 02/05/07 | M.J. Silverman | Meeting re jurisdiction issues. | 1.50 |
| 02/05/07 | M.J. Silverman | Conference call with client. | 0.90 |
| 02/05/07 | S.B. Teplinsky | Meeting with Messrs. Lerner and Silverman re choice of forum for 10-year carryback. | 1.50 |
| 02/05/07 | S.B. Teplinsky | Teleconference with Mr. Collins and Ms. Finke re choice of forum for 10-year carryback. | 0.50 |
| 02/05/07 | S.B. Teplinsky | Review emails from client re choice of forum issue. | 0.50 |
| 02/05/07 | S.B. Teplinsky | Review memo re choice of forum. | 1.50 |
| 02/06/07 | K. Sieverding | Research re cases on choice of forum. | 3.00 |
| 02/06/07 | M.D. Lerner | Call with Ms. Finke re Appeals access. | 0.20 |
| 02/06/07 | M.J. Silverman | Jurisdiction issue; talk with Ms. Finke and Mr. Lerner. | 0.50 |
| 02/06/07 | S.B. Teplinsky | Review client email re procedure proposed by Kirkland re forum choice. | 1.50 |
| 02/07/07 | K. Sieverding | Continue research cases on choice of forum. | 2.80 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/07/07 | M.D. Lerner | Review and respond to manual provision sent by Mr. Collins. | 0.10 |
| 02/07/07 | M.J. Silverman | Legal memo re consolidated return issue; discuss appeals procedure with Mr. Collins. | 1.00 |
| 02/07/07 | S.B. Teplinsky | Analyze choice of forum issues and bankruptcy court and IRS Appeals procedures. | 0.80 |
| 02/08/07 | M.D. Lerner | Emails re IRS Appeals after bankruptcy. | 0.30 |
| 02/08/07 | M.D. Lerner | Call with Ms. Finke re bankruptcy. | 0.20 |
| 02/08/07 | M.D. Lerner | Discuss client call with Mr. Teplinsky. | 0.20 |
| 02/08/07 | M.J. Silverman | Review Messrs. Collins questions, tax court and appeals issues. | 1.00 |
| 02/08/07 | S.B. Teplinsky | Review client emails re status of 1989 and 1998 tax years and procedural issues re filing petitions. | 1.80 |
| 02/08/07 | S.B. Teplinsky | Discuss proedural issue with Mr. Lerner. | 0.20 |
| 02/09/07 | A.E. Moran | Work on 4th quarter 2006 billing. | 1.00 |
| 02/09/07 | S.B. Teplinsky | Draft memo re questions under review in connection with 10-year carryback. | 3.00 |
| 02/12/07 | G.N. Kidder | Edit status memorandum. | 1.00 |
| 02/12/07 | G.N. Kidder | Conference with Mr. Teplinsky re status memorandum. | 0.80 |
| 02/12/07 | M.D. Lerner | Go over open questions list re jurisdiction and choice of forum. | 0.30 |
| 02/12/07 | M.D. Lerner | Call with Ms. Finke re choice of forum. | 0.20 |
| 02/12/07 | S.B. Teplinsky | Revise memo re questions under review in connection with 10-year carryback issue. | 1.30 |
| 02/12/07 | S.B. Teplinsky | Conference with Mr. Kidder re draft memo re open questions. | 0.80 |
| 02/13/07 | M.J. Silverman | Review email from Ms. Finke re TC petition. | 0.50 |
| 02/13/07 | S.B. Teplinsky | Review email from client re choice of forum for 10-year carryback issue. | 0.50 |
| 02/14/07 | S.B. Teplinsky | Review draft response to audit letter and description of 10-year carryback issue. | 0.80 |
| 02/15/07 | M.J. Silverman | Review Ms. Finke's email re Tax Court and Bankruptcy Court. | 1.00 |
| 02/15/07 | S.B. Teplinsky | Review e-mails and draft refund claims regarding procedural issues and forum choice for loss carryback issues. | 3.50 |
| 02/16/07 | A.E. Moran | Work on billing statements for last quarter of 2006. | 1.80 |
| 02/16/07 | M.D. Lerner | Call to Ms. Lopo. | 0.20 |
| 02/16/07 | S.B. Teplinsky | Review draft 1120's proposed by client. | 3.00 |
| 02/19/07 | M.D. Lerner | Read 1120 forms proposed for filing. | 0.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/20/07 | M.D. Lerner | E-mail to C. Finke re call with D. Lupo | 0.50 |
| 02/20/07 | M.D. Lerner | Review refund claims. | 0.60 |
| 02/20/07 | S.B. Teplinsky | Review materials sent to Mr. Borders. | 1.50 |
| 02/22/07 | G.N. Kidder | Discuss net operating losses and amended returns with Steve Teplinsky. | 0.50 |
| 02/22/07 | G.N. Kidder | Research applicable statutes of limitations and filing requirements. | 1.00 |
| 02/22/07 | M.J. Silverman | Talk with Mr. Teplinsky re call with Fresenius counsel; review documents re Protest and rebuttal. | 0.50 |
| 02/22/07 | S.B. Teplinsky | Revise Forms 1120X. | 2.00 |
| 02/22/07 | S.B. Teplinsky | Conference with Mr. Silverman re protest, NOPA and IRS memo re Lonely Parent Rule. | 0.50 |
| 02/22/07 | S.B. Teplinsky | Telephone conference with Ms. Finke and Mr. Gibbons re Forms 1120X. | 0.50 |
| 02/22/07 | S.B. Teplinsky | Conference with Mr. Kidder re correlative adjustments relating to Forms 1120X. | 0.50 |
| 02/22/07 | S.B. Teplinsky | Prepare for call with Mr. Borders re protest. | 0.50 |
| 02/23/07 | A.E. Moran | Work on audit letter. | 0.40 |
| 02/23/07 | G.N. Kidder | Research procedures for accounting for adjustments in net operating losses after IRS adjustments and/or Tax Court determinations in other years. | 3.80 |
| 02/23/07 | M.J. Silverman | Email from Ms. Finke re Fresenius issue and call with counsel. | 0.50 |
| 02/23/07 | S.B. Teplinsky | Review Form 1120X materials. | 2.00 |
| 02/24/07 | A.E. Moran | Work on bills for last quarter 2006. | 0.80 |
| 02/26/07 | A.E. Moran | Work on billing for quarterly (3d quarter 06). | 1.20 |
| 02/26/07 | A.E. Moran | Draft audit letter. | 1.00 |
| 02/26/07 | G.N. Kidder | Research on statute of limitations applicable to NOL claims. | 2.00 |
| 02/26/07 | M.D. Lerner | Review amended returns. | 0.20 |
| 02/26/07 | S. Rafter | Review Steptoe fee applications for Anne Moran. | 1.30 |
| 02/26/07 | S.B. Teplinsky | Telephone conference with Mr. Gibbons and Ms. Finke re letter on loss carrybacks. | 0.50 |
| 02/26/07 | S.B. Teplinsky | Revise accountants' letter re loss carrybacks. | 1.00 |
| 02/26/07 | S.B. Teplinsky | Review Ms. Finke's comments on statements to the Forms 1120X. | 1.00 |
| 02/27/07 | A.E. Moran | Revise audit letter. | 2.50 |
| 02/27/07 | G.N. Kidder | Research application of statute of limitations to NOL claims resulting out of IRS adjustments. | 0.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/27/07 | M.D. Lerner | Edit audit letter response. | 0.10 |
| 02/27/07 | M.D. Lerner | Call to D. Lopo and Fritz Vilma. | 0.10 |
| 02/27/07 | M.J. Silverman | Review documents and prepare for client call re protest. | 2.00 |
| 02/27/07 | M.J. Silverman | Call with Mr. Teplinsky re client call re protest. | 1.00 |
| 02/27/07 | R.E. McLaughlin | Review and revise letter to auditors and discussed same with Anne Moran and Steve Teplinsky. | 1.50 |
| 02/27/07 | S.B. Teplinsky | Review Protest, NOPA and IRS memo re Lonely Parent Rule. | 4.00 |
| 02/27/07 | S.B. Teplinsky | Prepare for telephone conference with Mr. Silverman. | 1.00 |
| 02/28/07 | A.E. Moran | Finish audit letter for client and send out. | 1.80 |
| 02/28/07 | G.N. Kidder | Research application of statute of limitations to NOLs. | 2.50 |
| 02/28/07 | M.D. Lerner | Edit auditors letter. | 0.10 |
| 02/28/07 | M.D. Lerner | Call with tax counsel to Fresenius re 10-year carryback. | 0.90 |
| 02/28/07 | M.J. Silverman | Prepare for and call with client and counsel. | 2.80 |
| 02/28/07 | M.J. Silverman | Review and revise accounting letter. | 0.20 |
| 02/28/07 | R.E. McLaughlin | Review revised version of letter to auditors. | 0.50 |
| 02/28/07 | S.B. Teplinsky | Revise accountants letter description of loss carrybacks. | 1.00 |
| 02/28/07 | S.B. Teplinsky | Telephone conference with Messrs. Silverman, Lerner, Borders, Collins and Ms. Finke re Lonely Parent issue. | 2.80 |
| 02/28/07 | S.B. Teplinsky | Telephone conference with Ms. Finke re audit letter. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 14.50 | 825.00 | 11,962.50 |
| S.B. Teplinsky | 42.60 | 650.00 | 27,690.00 |
| M.D. Lerner | 8.10 | 650.00 | 5,265.00 |
| R.E. McLaughlin | 2.00 | 570.00 | 1,140.00 |
| A.E. Moran | 11.50 | 525.00 | 6,037.50 |
| G.N. Kidder | 14.10 | 395.00 | 5,569.50 |
| K. Sieverding | 37.20 | 370.00 | 13,764.00 |
| S. Rafter | 1.30 | 155.00 | 201.50 |

8

| Name | Hours | Rate | Value | |
|---|---|---|---|---|
| Total | 131.30 | | 71,630.00 | |
| | | Total Fees | | $71,630.00 |

Disbursements:

| | | |
|---|---|---|
| Duplicating – Matter 33 | | 17.10 |
| Duplicating – Matter 46 | | 49.65 |
| On-Line Research/Information Retrieval | | 691.34 |
| Long Distance Telephone | | 25.24 |
| | Total Disbursements | $783.33 |

9

**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  519111

TAX LITIGATION AUDIT ISSUE - 012046.00003


Cost              Timekeeper
Code     Date     Number   Name              Quantity    Rate      Amount
==========================================================================
==========================================================================

DUPLDC   02/02/07 00206    Moran, Anne E.       5.00     0.15        0.75
DUPLDC   02/02/07 00206    Moran, Anne E.       5.00     0.20        1.00
5 PHOTOCOPIES MADE BY 00206

DUPLDC   02/22/07 08709    Burch, Amanda       63.00     0.15        9.45
DUPLDC   02/22/07 08709    Burch, Amanda       63.00     0.20       12.60
63 PHOTOCOPIES MADE BY 08709
DUPLDC            Total:                       10.20

LASR     02/01/07 00206    Moran, Anne E.       2.00     0.15        0.30
LASR     02/01/07 00206    Moran, Anne E.       2.00     0.20        0.40
PC/Network Printing

PC LASER   2 Pages Teplinsky, Steven

LASR     02/01/07 00206    Moran, Anne E.       2.00     0.15        0.30
LASR     02/01/07 00206    Moran, Anne E.       2.00     0.20        0.40
PC/Network Printing

PC LASER   2 Pages Teplinsky, Steven
LASR     02/01/07 Total:                        0.60

LASR     02/06/07 00206    Moran, Anne E.       2.00     0.15        0.30
LASR     02/06/07 00206    Moran, Anne E.       2.00     0.20        0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda

LASR     02/07/07 00206    Moran, Anne E.       3.00     0.15        0.45
LASR     02/07/07 00206    Moran, Anne E.       3.00     0.20        0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda

LASR     02/07/07 00206    Moran, Anne E.       3.00     0.15        0.45
LASR     02/07/07 00206    Moran, Anne E.       3.00     0.20        0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda

LASR     02/07/07 00206    Moran, Anne E.       3.00     0.15        0.45
LASR     02/07/07 00206    Moran, Anne E.       3.00     0.20        0.60
PC/Network Printing
```

```
PC LASER   3 Pages Ward, Brenda

LASR       02/07/07 00206     Moran, Anne E.         2.00    0.15      0.30
LASR       02/07/07 00206     Moran, Anne E.         2.00    0.20      0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       02/07/07 Total:                           1.65

LASR       02/09/07 00206     Moran, Anne E.         9.00    0.15      1.35
LASR       02/09/07 00206     Moran, Anne E.         9.00    0.20      1.80
PC/Network Printing

PC LASER   9 Pages Moran, Anne
LASR       02/09/07 00206     Moran, Anne E.         1.00    0.15      0.15
LASR       02/09/07 00206     Moran, Anne E.         1.00    0.20      0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       02/09/07 00206     Moran, Anne E.         9.00    0.15      1.35
LASR       02/09/07 00206     Moran, Anne E.         9.00    0.20      1.80
PC/Network Printing

PC LASER   9 Pages Moran, Anne
LASR       02/09/07 00206     Moran, Anne E.         7.00    0.15      1.05
LASR       02/09/07 00206     Moran, Anne E.         7.00    0.20      1.40
PC/Network Printing

PC LASER   7 Pages Moran, Anne

LASR       02/09/07 00206     Moran, Anne E.         9.00    0.15      1.35
LASR       02/09/07 00206     Moran, Anne E.         9.00    0.20      1.80
PC/Network Printing

PC LASER   9 Pages Moran, Anne
LASR       02/09/07 00206     Moran, Anne E.        14.00    0.15      2.10
LASR       02/09/07 00206     Moran, Anne E.        14.00    0.20      2.80
PC/Network Printing

PC LASER   14 Pages Teplinsky, Steven
LASR       02/09/07 Total:                           7.35
LASR       02/12/07 00206     Moran, Anne E.         6.00    0.15      0.90
LASR       02/12/07 00206     Moran, Anne E.         6.00    0.20      1.20
PC/Network Printing

PC LASER   6 Pages Kidder, Gregory
LASR       02/12/07 00206     Moran, Anne E.         6.00    0.15      0.90
LASR       02/12/07 00206     Moran, Anne E.         6.00    0.20      1.20
PC/Network Printing

PC LASER   6 Pages Kidder, Gregory
LASR       02/12/07 Total:                           1.80
LASR       02/26/07 00206     Moran, Anne E.        11.00    0.15      1.65
LASR       02/26/07 00206     Moran, Anne E.        11.00    0.20      2.20
PC/Network Printing
```

```
PC LASER   11 Pages Moran, Anne
LASR       02/26/07 00206     Moran, Anne E.           11.00   0.15    1.65
LASR       02/26/07 00206     Moran, Anne E.           11.00   0.20    2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.           11.00   0.15    1.65
LASR       02/26/07 00206     Moran, Anne E.           11.00   0.20    2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.           11.00   0.15    1.65
LASR       02/26/07 00206     Moran, Anne E.           11.00   0.20    2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.            1.00   0.15    0.15
LASR       02/26/07 00206     Moran, Anne E.            1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.            1.00   0.15    0.15
LASR       02/26/07 00206     Moran, Anne E.            1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.           11.00   0.15    1.65
LASR       02/26/07 00206     Moran, Anne E.           11.00   0.20    2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.            9.00   0.15    1.35
LASR       02/26/07 00206     Moran, Anne E.            9.00   0.20    1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.           10.00   0.15    1.50
LASR       02/26/07 00206     Moran, Anne E.           10.00   0.20    2.00
PC/Network Printing

PC LASER   10 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.            2.00   0.15    0.30
LASR       02/26/07 00206     Moran, Anne E.            2.00   0.20    0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda

LASR       02/26/07 00206     Moran, Anne E.            3.00   0.15    0.45
LASR       02/26/07 00206     Moran, Anne E.            3.00   0.20    0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.            3.00   0.15    0.45
LASR       02/26/07 00206     Moran, Anne E.            3.00   0.20    0.60
PC/Network Printing
```

Doc. # DC-1890851 v.1 5/29/07 03:44 PM

```
PC LASER   3 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.           2.00   0.15       0.30
LASR       02/26/07 00206     Moran, Anne E.           2.00   0.20       0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.           1.00   0.15       0.15
LASR       02/26/07 00206     Moran, Anne E.           1.00   0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.           1.00   0.15       0.15
LASR       02/26/07 00206     Moran, Anne E.           1.00   0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.           1.00   0.15       0.15
LASR       02/26/07 00206     Moran, Anne E.           1.00   0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.          11.00   0.15       1.65
LASR       02/26/07 00206     Moran, Anne E.          11.00   0.20       2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.          10.00   0.15       1.50
LASR       02/26/07 00206     Moran, Anne E.          10.00   0.20       2.00
PC/Network Printing

PC LASER   10 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.           9.00   0.15       1.35
LASR       02/26/07 00206     Moran, Anne E.           9.00   0.20       1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.           4.00   0.15       0.60
LASR       02/26/07 00206     Moran, Anne E.           4.00   0.20       0.80
PC/Network Printing

PC LASER   4 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.           4.00   0.15       0.60
LASR       02/26/07 00206     Moran, Anne E.           4.00   0.20       0.80
PC/Network Printing

PC LASER   4 Pages Ward, Brenda
LASR       02/26/07 00206     Moran, Anne E.           3.00   0.15       0.45
LASR       02/26/07 00206     Moran, Anne E.           3.00   0.20       0.60
PC/Network Printing

PC LASER   3 Pages Moran, Anne
LASR       02/26/07 Total:                            19.50
LASR       02/27/07 00206     Moran, Anne E.           5.00   0.15       0.75
LASR       02/27/07 00206     Moran, Anne E.           5.00   0.20       1.00
PC/Network Printing
```

13

```
PC LASER   5 Pages Ward, Brenda
LASR       02/27/07 00206      Moran, Anne E.          5.00    0.15     0.75
LASR       02/27/07 00206      Moran, Anne E.          5.00    0.20     1.00
PC/Network Printing

PC LASER   5 Pages Moran, Anne
LASR       02/27/07 00206      Moran, Anne E.          5.00    0.15     0.75

LASR       02/27/07 00206      Moran, Anne E.          5.00    0.20     1.00
PC/Network Printing

PC LASER   5 Pages Moran, Anne
LASR       02/27/07 00206      Moran, Anne E.          5.00    0.15     0.75
LASR       02/27/07 00206      Moran, Anne E.          5.00    0.20     1.00
PC/Network Printing

PC LASER   5 Pages Moran, Anne
LASR       02/27/07 Total:                             3.00
LASR       02/28/07 00206      Moran, Anne E.          5.00    0.15     0.75
LASR       02/28/07 00206      Moran, Anne E.          5.00    0.20     1.00
PC/Network Printing

PC LASER   5 Pages Teplinsky, Steven
LASR       02/28/07 00206      Moran, Anne E.          5.00    0.15     0.75
LASR       02/28/07 00206      Moran, Anne E.          5.00    0.20     1.00
PC/Network Printing

PC LASER   5 Pages Teplinsky, Steven
LASR       02/28/07 00206      Moran, Anne E.          5.00    0.15     0.75
LASR       02/28/07 00206      Moran, Anne E.          5.00    0.20     1.00
PC/Network Printing

PC LASER   5 Pages Teplinsky, Steven
LASR       02/28/07 00206      Moran, Anne E.          4.00    0.15     0.60
LASR       02/28/07 00206      Moran, Anne E.          4.00    0.20     0.80
PC/Network Printing

PC LASER   4 Pages Ward, Brenda
LASR       02/28/07 00206      Moran, Anne E.          4.00    0.15     0.60
LASR       02/28/07 00206      Moran, Anne E.          4.00    0.20     0.80
PC/Network Printing

PC LASER   4 Pages Ward, Brenda
LASR       02/28/07 00206      Moran, Anne E.          1.00    0.15     0.15
LASR       02/28/07 00206      Moran, Anne E.          1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       02/28/07 00206      Moran, Anne E.          1.00    0.15     0.15
LASR       02/28/07 00206      Moran, Anne E.          1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       02/28/07 00206      Moran, Anne E.          4.00    0.15     0.60
LASR       02/28/07 00206      Moran, Anne E.          4.00    0.20     0.80
PC/Network Printing
```

```
PC LASER   4 Pages Ward, Brenda
LASR       02/28/07 00206    Moran, Anne E.         6.00    0.15          0.90
LASR       02/28/07 00206    Moran, Anne E.         6.00    0.20          1.20
PC/Network Printing

PC LASER   6 Pages Kidder, Gregory
LASR       02/28/07 Total:                          5.25

LASR                Total:                         39.45

LEXIS      02/01/07 00206    Moran, Anne E.         1.00  387.31        387.31
LEXIS      02/01/07 00206    Moran, Anne E.         1.00                387.31
Lexis On-Line Research

DC Lexis Search by:  SIEVERDING, KEITH
LEXIS      02/02/07 00206    Moran, Anne E.         1.00  280.24        280.24
LEXIS      02/02/07 00206    Moran, Anne E.         1.00                280.24
Lexis On-Line Research

DC Lexis Search by:  SIEVERDING, KEITH
LEXIS      02/04/07 00206    Moran, Anne E.         1.00   23.79         23.79
LEXIS      02/04/07 00206    Moran, Anne E.         1.00                 23.79
Lexis On-Line Research

DC Lexis Search by:  SIEVERDING, KEITH

LEXIS               Total:                        691.34

TELEDC     02/01/07 00206    Moran, Anne E.         1.00    0.82          0.82
TELEDC     02/01/07 00206    Moran, Anne E.         1.00                  0.82
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC     02/12/07 00206    Moran, Anne E.         1.00    1.62          1.62
TELEDC     02/12/07 00206    Moran, Anne E.         1.00                  1.62
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC     02/20/07 00206    Moran, Anne E.         1.00    0.09          0.09
TELEDC     02/20/07 00206    Moran, Anne E.         1.00                  0.09
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC     02/20/07 00206    Moran, Anne E.         1.00    0.02          0.02
TELEDC     02/20/07 00206    Moran, Anne E.         1.00                  0.02
DC Telephone TELEDC 2127353475 FROM EXT. 108024

TELEDC     02/20/07 00206    Moran, Anne E.         1.00    0.16          0.16
TELEDC     02/20/07 00206    Moran, Anne E.         1.00                  0.16
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC     02/20/07 Total:                          0.27
TELEDC     02/22/07 00206    Moran, Anne E.         1.00    0.26          0.26
TELEDC     02/22/07 00206    Moran, Anne E.         1.00                  0.26
DC Telephone TELEDC 5613621300 FROM EXT. 106245
```

```
TELEDC     02/22/07 00206     Moran, Anne E.          1.00  14.79     14.79
TELEDC     02/22/07 00206     Moran, Anne E.          1.00            14.79
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC     02/22/07 Total:                           15.05
TELEDC     02/26/07 00206     Moran, Anne E.          1.00   3.52      3.52
TELEDC     02/26/07 00206     Moran, Anne E.          1.00             3.52
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC     02/27/07 00206     Moran, Anne E.          1.00   0.04      0.04
TELEDC     02/27/07 00206     Moran, Anne E.          1.00             0.04
DC Telephone TELEDC 2127353475 FROM EXT. 108024

TELEDC     02/27/07 00206     Moran, Anne E.          1.00   0.14      0.14
TELEDC     02/27/07 00206     Moran, Anne E.          1.00             0.14
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC     02/27/07 00206     Moran, Anne E.          1.00   0.06      0.06
TELEDC     02/27/07 00206     Moran, Anne E.          1.00             0.06
DC Telephone TELEDC 2127353475 FROM EXT. 108024

TELEDC     02/27/07 00206     Moran, Anne E.          1.00   0.28      0.28
TELEDC     02/27/07 00206     Moran, Anne E.          1.00             0.28
DC Telephone TELEDC 2127353475 FROM EXT. 108024

TELEDC     02/27/07 Total:                            0.52

TELEDC     02/28/07 00206     Moran, Anne E.          1.00   0.06      0.06
TELEDC     02/28/07 00206     Moran, Anne E.          1.00             0.06
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC     02/28/07 00206     Moran, Anne E.          1.00   3.38      3.38
TELEDC     02/28/07 00206     Moran, Anne E.          1.00             3.38
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC     02/28/07 Total:                            3.44

TELEDC              Total:                           25.24

Total: TAX LITIGATION AUDIT ISSUE - 012046.00003    766.23

Report Total:                                       766.23
```

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  519110

PROTEST OF REMEDIUM LOSS DISALLOWANCE - 012046.00002

Cost              Timekeeper
Code      Date    Number    Name              Quantity   Rate     Amount
==========================================================================
==========================================================================

HRCONX    02/05/07 02132    Zarlenga, Lisa M.    1.00    0.00      0.00

Consulting Fees - ARTHUR ANDERSEN LLP, Inv. 7895101305
dated 10/13/05 re Review of Arthur Andersen IRS
Summons Matter Files - W.R. Grace

LASR      02/02/07 00206    Moran, Anne E.       1.00    0.15      0.15
LASR      02/02/07 00206    Moran, Anne E.       1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/06/07 00206    Moran, Anne E.       2.00    0.15      0.30
LASR      02/06/07 00206    Moran, Anne E.       2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      02/06/07 00206    Moran, Anne E.       1.00    0.15      0.15
LASR      02/06/07 00206    Moran, Anne E.       1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/06/07 Total:                        0.45
LASR      02/07/07 00206    Moran, Anne E.       2.00    0.15      0.30
LASR      02/07/07 00206    Moran, Anne E.       2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      02/26/07 00206    Moran, Anne E.       6.00    0.15      0.90
LASR      02/26/07 00206    Moran, Anne E.       6.00    0.20      1.20
PC/Network Printing

PC LASER  6 Pages Ward, Brenda
LASR      02/26/07 00206    Moran, Anne E.       1.00    0.15      0.15
LASR      02/26/07 00206    Moran, Anne E.       1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/26/07 00206    Moran, Anne E.       6.00    0.15      0.90
LASR      02/26/07 00206    Moran, Anne E.       6.00    0.20      1.20
PC/Network Printing

PC LASER  6 Pages Ward, Brenda
LASR      02/26/07 00206    Moran, Anne E.      10.00    0.15      1.50
LASR      02/26/07 00206    Moran, Anne E.      10.00    0.20      2.00
PC/Network Printing
```

```
PC LASER    10 Pages Ward, Brenda
LASR        02/26/07 00206      Moran, Anne E.          6.00    0.15        0.90
LASR        02/26/07 00206      Moran, Anne E.          6.00    0.20        1.20
PC/Network Printing

PC LASER    6 Pages Ward, Brenda
LASR        02/26/07 00206      Moran, Anne E.         10.00    0.15        1.50
LASR        02/26/07 00206      Moran, Anne E.         10.00    0.20        2.00
PC/Network Printing

PC LASER    10 Pages Ward, Brenda
LASR        02/26/07 00206      Moran, Anne E.         44.00    0.15        6.60
LASR        02/26/07 00206      Moran, Anne E.         44.00    0.20        8.80
PC/Network Printing

PC LASER    44 Pages Moran, Anne
LASR        02/26/07 00206      Moran, Anne E.          5.00    0.15        0.75
LASR        02/26/07 00206      Moran, Anne E.          5.00    0.20        1.00
PC/Network Printing

PC LASER    5 Pages Moran, Anne
LASR        02/26/07 00206      Moran, Anne E.          5.00    0.15        0.75
LASR        02/26/07 00206      Moran, Anne E.          5.00    0.20        1.00
PC/Network Printing

PC LASER    5 Pages Moran, Anne
LASR        02/26/07 00206      Moran, Anne E.          3.00    0.15        0.45
LASR        02/26/07 00206      Moran, Anne E.          3.00    0.20        0.60
PC/Network Printing

PC LASER    3 Pages Ward, Brenda
LASR        02/26/07 00206      Moran, Anne E.         10.00    0.15        1.50
LASR        02/26/07 00206      Moran, Anne E.         10.00    0.20        2.00
PC/Network Printing

PC LASER    10 Pages Ward, Brenda
LASR        02/26/07 00206      Moran, Anne E.          2.00    0.15        0.30
LASR        02/26/07 00206      Moran, Anne E.          2.00    0.20        0.40
PC/Network Printing

PC LASER    2 Pages Ward, Brenda
LASR        02/26/07 Total:                            16.20

LASR                 Total:                            17.10

Total: PROTEST OF REMEDIUM LOSS DISALLOWANCE           17.10
       012046.00002

Report Total:                                          17.10
```

18