IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: July 2, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION
FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

**Remedium**: Professional services rendered through: March 31, 2007

| Date | Person | Description | Hours |
|---|---|---|---|
| 03/06/07 | M.D. Lerner | Call with Ms. Finke re Remedium Appeals. | 0.20 |
| 03/07/07 | M.D. Lerner | Update on call with Appeals re Remediation. | 0.10 |
| 03/19/07 | A.E. Moran | Respond to audit question on bill. | 0.20 |
| 03/28/07 | M.D. Lerner | Discuss Remedium Appeals options. | 0.20 |

**Audit Issues**: Professional services rendered through: March 31, 2007

| Date | Person | Description | Hours |
|---|---|---|---|
| 03/01/07 | G.N. Kidder | Research application of statute of limitations to net operating losses and requirements to file amended returns. | 1.50 |
| 03/01/07 | M.D. Lerner | Edit claim for refund. | 0.20 |
| 03/01/07 | S.B. Teplinsky | Review emails from Ms. Finke re motion for bankruptcy court and analyze same. | 2.00 |
| 03/02/07 | G.N. Kidder | Discuss statutes of limitations and net operating losses with Steve Teplinsky. | 0.60 |
| 03/02/07 | G.N. Kidder | Research authority relating to net operating loss carrybacks. | 0.70 |
| 03/02/07 | M.D. Lerner | Edit Bankruptcy Court motion re stay. | 0.30 |
| 03/02/07 | M.D. Lerner | Call with client re changes in claims for refund and statement language. | 0.40 |
| 03/02/07 | M.D. Lerner | Call with Ms. Finke re 1997 872-T. | 0.20 |
| 03/02/07 | M.D. Lerner | Call with Ms. Finke and Bryan Collins. | 1.70 |
| 03/02/07 | M.D. Lerner | Edit and transmit revised motion to lift the stay. | 1.10 |
| 03/02/07 | M.J. Silverman | Review documents relating to motion on lifting stay. | 1.00 |
| 03/02/07 | M.J. Silverman | Call Mr. Teplinsky re motion. | 0.50 |
| 03/02/07 | S.B. Teplinsky | Prepare for and call with Messrs. Lerner and Gibbons re 1120X statement. | 1.00 |
| 03/02/07 | S.B. Teplinsky | Review motion for bankruptcy court and send revised draft to client. | 1.90 |
| 03/02/07 | S.B. Teplinsky | Conference with Mr. Kidder re methods for claiming refund. | 0.60 |
| 03/02/07 | S.B. Teplinsky | Teleconference with Mr. Silverman re motion for bankruptcy court. | 0.50 |
| 03/04/07 | M.J. Silverman | Review motions and attachment from Ms. Finke. | 1.00 |
| 03/05/07 | M.D. Lerner | Review next set of edits on stay motion. | 0.20 |
| 03/05/07 | M.J. Silverman | Review Bankruptcy Court motion and comments. | 1.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/05/07 | S.B. Teplinsky | Review emails re motion for bankruptcy court and review revised drafts. | 2.50 |
| 03/07/07 | G.N. Kidder | Research IRS collection rights against taxpayer in Tax Court litigation. | 1.00 |
| 03/07/07 | K. Sieverding | Retrieve certain authority granting taxpayers the right to petition the Tax Court. | 0.30 |
| 03/07/07 | M.D. Lerner | Discussion of motion and procedural issues. | 0.20 |
| 03/07/07 | S.B. Teplinsky | Teleconference with Ms. Finke re motion for bankruptcy court. | 0.80 |
| 03/07/07 | S.B. Teplinsky | Review revised motions. | 1.70 |
| 03/08/07 | G.N. Kidder | Research IRS collection rights against taxpayer in Tax Court litigation. | 1.80 |
| 03/08/07 | M.D. Lerner | Read and edit current draft of motion. | 0.30 |
| 03/08/07 | M.D. Lerner | Motion edits for release of summary judgment. | 0.30 |
| 03/08/07 | M.D. Lerner | Call from Ms. Finke re Tom Borders' call. | 0.20 |
| 03/08/07 | S.B. Teplinsky | Review proposed change to bankruptcy court motion. | 1.00 |
| 03/12/07 | A.E. Moran | Telephone conference re insurance policies. | 0.40 |
| 03/12/07 | M.D. Lerner | Read tax indemnification agreement. | 0.40 |
| 03/13/07 | A.E. Moran | Work on bill for quarterly filing. | 0.40 |
| 03/13/07 | A.E. Moran | Review files and regulations re insurance. | 1.60 |
| 03/13/07 | M.J. Silverman | Talk with Ms. Finke re memo; review memo. | 0.50 |
| 03/14/07 | M.D. Lerner | Review chart of refund claims. | 0.10 |
| 03/14/07 | M.D. Lerner | Review refund materials. | 0.20 |
| 03/14/07 | M.D. Lerner | Call with client re carrybacks and refunds. | 1.20 |
| 03/14/07 | M.D. Lerner | Edit language for 1998 protective claim. | 0.40 |
| 03/14/07 | M.J. Silverman | Review materials from Ms. Finke. | 1.00 |
| 03/14/07 | S.B. Teplinsky | Review and revise Statements attached to draft forms 1120X. | 2.00 |
| 03/14/07 | S.B. Teplinsky | Teleconference with Messrs. Lerner, Gibbons and Ms. Finke re application of statute of limitations period; review memo and emails from Ms. Finke and Mr. Gibbons. | 2.00 |
| 03/15/07 | M.D. Lerner | Several calls re revisions to motion to lift stay. | 0.70 |
| 03/15/07 | S.B. Teplinsky | Review and revise Statements attached to Forms 1120X and emails re same | 1.50 |
| 03/15/07 | S.B. Teplinsky | Teleconferences with Ms. Finke and Mr. Gibbons re 1120X. | 0.50 |
| 03/16/07 | M.D. Lerner | Edit latest draft of motion. | 0.40 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/16/07 | M.D. Lerner | Read changes to final draft. | 0.20 |
| 03/16/07 | M.D. Lerner | Call with Ms. Finke and Mr. Maynes. | 0.60 |
| 03/16/07 | M.D. Lerner | Call with Ms. Finke re Andrew Titken. | 0.10 |
| 03/16/07 | M.J. Silverman | Review motion filed in Bankruptcy Court. | 0.50 |
| 03/16/07 | S.B. Teplinsky | Review Statements to Form 1120X. | 2.00 |
| 03/19/07 | M.D. Lerner | Review 1120-X language. | 0.20 |
| 03/19/07 | M.D. Lerner | Meet with Messrs. Silverman and Teplinsky to discuss 1120X. | 0.90 |
| 03/19/07 | M.D. Lerner | Call with Ms. Finke and Mr. Gibbons re Forms 1120X. | 0.70 |
| 03/19/07 | M.J. Silverman | Review motions re 1120X. | 0.60 |
| 03/19/07 | M.J. Silverman | Meet with Messrs. Lerner and Teplinsky. | 0.90 |
| 03/19/07 | S.B. Teplinsky | Revise Statements to Forms 1120X. | 1.00 |
| 03/19/07 | S.B. Teplinsky | Conferences with Messrs. Silverman and Lerner re 1120X. | 0.90 |
| 03/19/07 | S.B. Teplinsky | Teleconference with Ms. Finke re 1120X. | 0.60 |
| 03/20/07 | M.D. Lerner | Edit motion to lift stay. | 0.30 |
| 03/20/07 | S.B. Teplinsky | Review 1989 1120X and Mr. Lerner's changes. | 1.00 |
| 03/21/07 | M.D. Lerner | Call with Ms. Finke re edits to motion. | 0.20 |
| 03/23/07 | S.B. Teplinsky | Teleconference with Ms. Finke and Mr. Gibbons re 1120X Statements. | 1.00 |
| 03/26/07 | M.J. Silverman | Review 90 day letter and comments from Ms. Finke. | 1.00 |
| 03/26/07 | S.B. Teplinsky | Review Notice of Deficiency and revise statements for 1988, 1991 and 1993 1120X's. | 3.00 |
| 03/26/07 | S.B. Teplinsky | Teleconference with Mr. Gibbons re same. | 0.50 |
| 03/27/07 | M.D. Lerner | Read amended complaint. | 0.10 |
| 03/27/07 | S.B. Teplinsky | Review and revise 1994 and 1995 1120X Statements. | 3.00 |
| 03/27/07 | S.B. Teplinsky | Teleconference with Ms. Finke and Mr. Gibbons re same. | 0.50 |
| 03/29/07 | M.D. Lerner | Read latest change to refund claims. | 0.10 |
| 03/29/07 | S.B. Teplinsky | Teleconference with Ms. Finke and Mr. Gibbons re 1120X statements. | 0.60 |
| 03/29/07 | S.B. Teplinsky | Review new changes to draft statements. | 2.40 |
| 03/30/07 | S.B. Teplinsky | Review changed 1120X Statements. | 3.00 |
| 03/30/07 | S.B. Teplinsky | Teleconferences with Ms. Finke and Mr. Gibbons re same. | 1.00 |

**Total**

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 8.00 | 825.00 | 6,600.00 |
| S.B. Teplinsky | 38.50 | 650.00 | 25,025.00 |
| M.D. Lerner | 12.40 | 650.00 | 8,060.00 |
| A.E. Moran | 2.60 | 525.00 | 1,365.00 |
| G.N. Kidder | 5.60 | 395.00 | 2,212.00 |
| K. Sieverding | 0.30 | 370.00 | 111.00 |
| Total | 67.40 | | 43,373.00 |

Total Fees $43,373.00

Disbursements:

| | |
|---|---|
| Duplicating – Matter 32 | 1.80 |
| Duplicating – Matter 46 | 15.00 |
| Long Distance Telephone | 31.27 |

Total Disbursements $48.07

Total This Statement $43,421.07

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 519112

```
PROTEST OF REMEDIUM LOSS DISALLOWANCE - 012046.00002

Cost                Timekeeper
Code      Date      Number    Name                       Quantity    Rate     Amount
=====================================================================================
=====================================================================================

LASR      03/13/07  00206     Moran, Anne E.               6.00      0.15       0.90
LASR      03/13/07  00206     Moran, Anne E.               6.00      0.20       1.20
PC/Network Printing

PC LASER  6 Pages Ward, Brenda
LASR      03/13/07  00206     Moran, Anne E.               6.00      0.15       0.90
LASR      03/13/07  00206     Moran, Anne E.               6.00      0.20       1.20
PC/Network Printing

PC LASER  6 Pages Ward, Brenda
LASR      03/13/07  Total:                                 1.80
LASR               Total:                                  1.80
Total: PROTEST OF REMEDIUM LOSS DISALLOWANCE              1.80
       012046.00002
Report Total:                                              1.80
```

9

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 519113

TAX LITIGATION AUDIT ISSUE - 012046.00003

Cost              Timekeeper
Code     Date     Number    Name                  Quantity   Rate    Amount
============================================================================
============================================================================

DUPLDC   03/02/07 06515     Kidder, Gregory         10.00    0.15      1.50
DUPLDC   03/02/07 06515     Kidder, Gregory         10.00    0.20      2.00
10 PHOTOCOPIES MADE BY 06515

DUPLDC   03/02/07 06515     Kidder, Gregory         67.00    0.15     10.05
DUPLDC   03/02/07 06515     Kidder, Gregory         67.00    0.20     13.40
67 PHOTOCOPIES MADE BY 06515
DUPLDC   03/02/07 Total:                            11.55

DUPLDC   03/19/07 07530     Wieczorek, Joann E.     22.00    0.15      3.30
DUPLDC   03/19/07 07530     Wieczorek, Joann E.     22.00    0.20      4.40
22 PHOTOCOPIES MADE BY 07530
DUPLDC            Total:                            14.85

LASR     03/14/07 00206     Moran, Anne E.           1.00    0.15      0.15
LASR     03/14/07 00206     Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
TELEDC   03/02/07 00206     Moran, Anne E.           1.00    0.09      0.09
TELEDC   03/02/07 00206     Moran, Anne E.           1.00              0.09
DC Telephone TELEDC 2127353475 FROM EXT. 108024

TELEDC   03/02/07 00206     Moran, Anne E.           1.00    0.03      0.03
TELEDC   03/02/07 00206     Moran, Anne E.           1.00              0.03
DC Telephone TELEDC 2127353475 FROM EXT. 108024

TELEDC   03/02/07 00206     Moran, Anne E.           1.00    0.09      0.09
TELEDC   03/02/07 00206     Moran, Anne E.           1.00              0.09
DC Telephone TELEDC 2127353475 FROM EXT. 108024

TELEDC   03/02/07 00206     Moran, Anne E.           1.00    0.26      0.26
TELEDC   03/02/07 00206     Moran, Anne E.           1.00              0.26
DC Telephone TELEDC 2127353475 FROM EXT. 108024

TELEDC   03/02/07 00206     Moran, Anne E.           1.00    0.10      0.10
TELEDC   03/02/07 00206     Moran, Anne E.           1.00              0.10
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC   03/02/07 00206     Moran, Anne E.           1.00    1.14      1.14
TELEDC   03/02/07 00206     Moran, Anne E.           1.00              1.14
DC Telephone TELEDC 5613621300 FROM EXT. 108024
```

```
TELEDC      03/02/07 00206     Moran, Anne E.               1.00    2.08    2.08
TELEDC      03/02/07 00206     Moran, Anne E.               1.00            2.08
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      03/02/07 Total:                                 3.79
TELEDC      03/07/07 00206     Moran, Anne E.               1.00    0.06    0.06
TELEDC      03/07/07 00206     Moran, Anne E.               1.00            0.06
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      03/07/07 00206     Moran, Anne E.               1.00    0.16    0.16
TELEDC      03/07/07 00206     Moran, Anne E.               1.00            0.16
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      03/07/07 00206     Moran, Anne E.               1.00    0.18    0.18
TELEDC      03/07/07 00206     Moran, Anne E.               1.00            0.18
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      03/07/07 00206     Moran, Anne E.               1.00    0.21    0.21
TELEDC      03/07/07 00206     Moran, Anne E.               1.00            0.21
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      03/07/07 00206     Moran, Anne E.               1.00    4.41    4.41
TELEDC      03/07/07 00206     Moran, Anne E.               1.00            4.41
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      03/07/07 Total:                                 5.02
TELEDC      03/08/07 00206     Moran, Anne E.               1.00    1.77    1.77
TELEDC      03/08/07 00206     Moran, Anne E.               1.00            1.77
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC      03/15/07 00206     Moran, Anne E.               1.00    0.12    0.12
TELEDC      03/15/07 00206     Moran, Anne E.               1.00            0.12
DC Telephone TELEDC 5613622402 FROM EXT. 106245

TELEDC      03/15/07 00206     Moran, Anne E.               1.00    3.46    3.46
TELEDC      03/15/07 00206     Moran, Anne E.               1.00            3.46
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      03/15/07 00206     Moran, Anne E.               1.00    0.04    0.04
TELEDC      03/15/07 00206     Moran, Anne E.               1.00            0.04
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      03/15/07 00206     Moran, Anne E.               1.00    0.18    0.18
TELEDC      03/15/07 00206     Moran, Anne E.               1.00            0.18
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      03/15/07 Total:                                 3.80
TELEDC      03/22/07 00008     Lerner, Matthew D.           1.00    1.94    1.94
Long Distance Telephone-DC Matthew Lerner
from 206-774-1234 to New York NY  212-735-3475 ON 02/16/07

TELEDC      03/22/07 00008     Lerner, Matthew D.           1.00    1.21    1.21
Long Distance Telephone-DC Matthew Lerner from
206-774-1234 to  New York NY 212-735-3475 ON 02/16/07
```

11

```
TELEDC      03/22/07  00008      Lerner, Matthew D.                 1.00    1.37        1.37
Long Distance Telephone-DC Matthew Lerner from
206-219-7160 to Boca Raton FL 561-362-1300 ON 02/16/07
TELEDC      03/22/07  Total:                                        4.52

TELEDC      03/23/07  00008      Lerner, Matthew D.                 1.00    1.49        1.49
Long Distance Telephone-DC   Matthew Learner from
212-808-5660 to Washington DC 202-429-6245 ON 12/05/06

TELEDC      03/23/07  00008      Lerner, Matthew D.                 1.00    1.40        1.40
Long Distance Telephone-DC   Matthew Learner from
281-367-9797  to Boca Raton FL  ON 12/15/06

TELEDC      03/23/07  00008      Lerner, Matthew D.                 1.00    1.32        1.32
Long Distance Telephone-DC   Matthew Learner from
281-367-9797  to Boca Raton FL  ON 12/15/06
TELEDC      03/23/07  Total:                                        4.21

TELEDC      03/29/07  00206      Moran, Anne E.                     1.00    7.94        7.94
TELEDC      03/29/07  00206      Moran, Anne E.                     1.00                7.94
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      03/29/07  00206      Moran, Anne E.                     1.00    0.02        0.02
TELEDC      03/29/07  00206      Moran, Anne E.                     1.00                0.02
DC Telephone TELEDC 5613621300 FROM EXT. 106245
TELEDC      03/29/07  Total:                                        7.96

TELEDC      03/30/07  00206      Moran, Anne E.                     1.00    0.16        0.16
TELEDC      03/30/07  00206      Moran, Anne E.                     1.00                0.16
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      03/30/07  00206      Moran, Anne E.                     1.00    0.04        0.04
TELEDC      03/30/07  00206      Moran, Anne E.                     1.00                0.04
DC Telephone TELEDC 5613621300 FROM EXT. 106245
TELEDC      03/30/07  Total:                                        0.20

TELEDC                Total:                                       31.27

Total: TAX LITIGATION AUDIT ISSUE 012046.00003                     46.27

Report Total:                                                      46.27
```