# EXHIBIT A

# Exhibit A

| Deponent Name | Original Date of Deposition |
|---|---|
| **Baron & Budd, PC**<br><br>Ms. Natalie Duncan<br>Baron & Budd, PC<br>3102 Oak Lawn Ave, Suite 1100<br>Dallas, TX 75219<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | June 20, 2007 |
| **Cooney & Conway**<br><br>Ms. Kathy Byrne<br>Cooney & Conway<br>120 N. LaSalle<br>Chicago, IL 60602 | June 11, 2007 |
| **Early Ludwick & Sweeney**<br><br>Mr. Brian Kenney<br>Early Ludwick & Sweeney, LLC<br>One Century Tower<br>11th Floor<br>265 Church Street<br>New Haven, CT 06508<br><br>Mr. Leonard Busby<br>Ms. Natalie Ramsey<br>MMWR<br>123 South Broad Street<br>Philadelphia, PA 19109 | June 27, 2007 |
| **Edward O. Moody**<br><br>Ms. Jennifer Peachey<br>Edward O. Moody, PA<br>801 W. 4th Street<br>Little Rock, AR 72201 | June 11, 2007 |
| **Ferraro & Associates**<br><br>Mr. David Jagolinzer<br>Ferraro & Associates, PA<br>200 S. Biscayne Blvd.<br>Suite 3800 | June 13, 2007 |

| Deponent Name | Original Date of Deposition |
|---|---|
| Miami, FL 33131 | |
| **Foster & Sear, LLP**<br><br>Mr. Scott Wert<br>Foster & Sear, LLP<br>524 E. Lamar Blvd.<br>Suite 200<br>Arlington, TX 76011<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | June 19, 2007 |
| **Kazan, McClain, Abrams, Fernandez, Lyons, Farrise, & Greenwood, A Professional Law Corporation**<br><br>Mr. Steven Kazan<br>Kazan, McClain, Abrams, Fernandez, Lyons, Farrise, & Greenwood, A Professional Law Corporation<br>171 Twelfth Street<br>Third Floor<br>Oakland, CA 94607<br><br>Mr. Leonard Busby<br>Ms. Natalie Ramsey<br>MMWR<br>123 South Broad Street<br>Philadelphia, PA 19109 | June 15, 2007 |
| **Kelley & Ferraro, LLP**<br><br>Mr. Thomas Wilson<br>Kelley & Ferraro, LLP<br>1901 Penton Media Building<br>1300 East Ninth Street<br>Cleveland, OH 44114 | June 18, 2007 |
| **Law Offices of Peter G. Angelos**<br><br>Mr. Paul Matheny<br>Law Offices of Peter G. Angelos, PC<br>5905 Hartford Road<br>Balitmore, MD 21214<br><br>Mr. Sander Esserman | June 19, 2007 |

| Deponent Name | Original Date of Deposition |
|---|---|
| Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | |
| **LeBlanc & Waddell**<br><br>Mr. J. Burton LeBlanc<br>6955 Perkins Road<br>Suite 100<br>Baton Rouge, LA 70808<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | June 13, 2007 |
| **Alwyn H. Luckey, PA**<br><br>Alwyn H. Luckey<br>2016 Bienville Blvd.<br>Ocean Springs, MS 39566 | June 14, 2007 |
| **Maples & Lomax**<br><br>Mr. Scott Nelson<br>Maples & Lomax, PA<br>2502 Market Street<br>Pascagoula, MS 39568 | June 15, 2007 |
| **Motley Rice, LLC**<br><br>Mr. John Baden<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464 | June 22, 2007 |
| **Paul, Hanley & Harley, LLP**<br><br>Mr. Philip A. Harley<br>Paul, Hanley & Harley, LLP<br>1608 Fourth Street<br>Suite 300<br>Berkley, CA 94710<br><br>Mr. Leonard Busby<br>Ms. Natalie Ramsey | June 14, 2007 |

| Deponent Name | Original Date of Deposition |
|---|---|
| MMWR<br>123 South Broad Street<br>Philadelphia, PA 19109 | |
| **Provost Umphrey**<br><br>Mr. Colin Moore<br>Provost Umphrey, LLP<br>490 Park Street<br>Beaumont, TX 77704<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | June 20, 2007 |
| **Reaud Morgan & Quinn**<br><br>Mr. Chris Portner<br>Reaud Morgan & Quinn<br>801 Laurel Street<br>Beaumont, TX 77720<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | June 19, 2007 |
| **Silber Pearlman, LLP**<br><br>Mr. Michael Hanners<br>Silber Pearlman, LLP<br>The Centrum<br>3102 Oak Lawn Avenue<br>Suite 400<br>Dallas, TX 75219<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | June 22, 2007 |
| **The Wartnick Law Firm**<br><br>Mr. Stephen M. Tigerman | June 13, 2007 |

| Deponent Name | Original Date of Deposition |
|---|---|
| The Wartnick Law Firm<br>650 California<br>Fifteenth Floor<br>San Francisco, CA 94108<br><br>Mr. Leonard Busby<br>Ms. Natalie Ramsey<br>MMWR<br>123 South Broad Street<br>Philadelphia, PA 19109 | |
| **Waters & Kraus, LLP**<br><br>Mr. Peter Kraus<br>Waters & Kraus, LLP<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204<br><br>Mr. Leonard Busby<br>Ms. Natalie Ramsey<br>MMWR<br>123 South Broad Street<br>Philadelphia, PA 19109 | June 21, 2007 |
| **Weitz & Luxenberg, PC**<br><br>Mr. Arthur Luxenburg<br>Weitz & Luxenburg, PC<br>180 Maiden lane<br>New York, NY 10038<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | June 20, 2007 |
| **Williams Bailey Law Firm, LLP**<br><br>Mr. Robert Shuttlesworth<br>Williams Bailey Law Firm, LLP<br>8441 Gulf Freeway<br>Suite 600<br>Houston, TX 77017<br><br>Mr. Sander Esserman | June 21, 2007 |

| Deponent Name | Original Date of Deposition |
|---|---|
| Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | |