## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., et al.[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 21, 2007 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## SEVENTY-FIRST INTERIM FEE APPLICATION FOR THE PERIOD
## FROM APRIL 1, 2007 THROUGH APRIL 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD APRIL 1, 2007 THROUGH APRIL 30, 2007[2]

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| Date | Description / Attorney | Hours | Amount |
|---|---|---|---|
| 04/03/07<br>14 | Address settlement status with Shell and Richards issues.<br>W. Hatfield | 0.3 | 117.00 |
| 04/06/07<br>14 | Telephone with Shell counsel concerning settlement.<br>R. Rose | 0.3 | 142.50 |
| 04/06/07<br>14 | Memos with R. Rose on Shell settlement strategy.<br>W. Hatfield | 0.4 | 156.00 |
| 04/09/07<br>14 | Follow up regarding settlement.<br>A. Marchetta | 0.3 | 177.00 |
| 04/09/07<br>14 | Review and address Weja correspondence on document demand and CMC schedule.<br>W. Hatfield | 0.4 | 156.00 |
| 04/09/07<br>14 | Review letters from Teich counsel with notice to produce documents, notice of scheduling case management conference; discuss same with B. Hatfield.<br>R. Rose | 0.3 | 142.50 |
| 04/10/07<br>4 | Memo to clients with Weja correspondence.<br>W. Hatfield | 0.2 | 78.00 |
| 04/10/07<br>4 | Telephone Shell counsel with settlement counteroffer.<br>R. Rose | 0.1 | 47.50 |
| 04/12/07<br>14 | Address case issues on Weja request and new counsel fees case.<br>W. Hatfield | 0.4 | 156.00 |
| 04/16/07<br>14 | Review file for Weja prior discovery request on Interfaith case.<br>W. Hatfield | 0.5 | 195.00 |
| 04/17/07 | Telephone call from Shell counsel concerning settlement and discuss with B. Hatfield; follow-up concerning Teich counsel request to review Interfaith | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| Date | Description | Hours | Amount |
|---|---|---|---|
| 14 | file.<br>R. Rose | 0.5 | 237.50 |
| 04/17/07<br>14 | Follow up regarding settlement.<br>A. Marchetta | 0.2 | 118.00 |
| 04/17/07<br>14 | Address Shell settlement issues; memo to client on same; call with C. Marraro on Weja request for Interfaith file and trial materials.<br>W. Hatfield | 0.8 | 312.00 |
| 04/18/07<br>14 | Address Shell settlement issues; call with client on Interfaith discovery request; CMC; strategy on settlement; bankruptcy court approval; attorneys fees issues; memos with C. Marraro on matter.<br>W. Hatfield | 1.8 | 702.00 |
| 04/18/07<br>14 | Attention to e-mail approval by client of settlement proposal; telephone message to Shell counsel concerning approval of same; telephone confirmation with R. Senftleben concerning same and case status; telephone call from Weja counsel concerning review of Interfaith file in Washington.<br>R. Rose | 0.7 | 332.50 |
| 04/18/07<br>14 | Conference with B. Hatfield regarding case status and attorneys fees issue.<br>J. Spielberg | 0.3 | 88.50 |
| 04/19/07<br>14 | Address settlement issues on Shell; memo on discovery and Richards strategy.<br>W. Hatfield | 0.6 | 234.00 |
| 04/19/07<br>14 | Telephone call from Shell counsel concerning settlement status; forward original draft version of settlement agreement.<br>R. Rose | 0.2 | 95.00 |
| 04/23/07<br>14 | Review Sunoco's red-lined version of draft settlement agreement.<br>R. Rose | 0.6 | 285.00 |
| 04/23/07<br>14 | Review and comment on Sunoco revisions to settlement agreement.<br>W. Hatfield | 0.6 | 234.00 |
| 04/24/07<br>14 | Review Grace/Honeywell settlement in connection with Sunoco indemnity proposal and discuss with B. Hatfield; e-mail to client concerning same.<br>R. Rose | 0.5 | 237.50 |
| 04/24/07<br>14 | Address Sunoco settlement issues and memo to clients on same.<br>W. Hatfield | 1.7 | 663.00 |
| 04/24/07 | Address attorneys' fees issues on proofs for retrial. | | |

3

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | W. Hatfield | 0.3 | 117.00 |
| 04/24/07 | Researched reasonableness of attorneys' fees. | J. Spielberg | 2.9 | 855.50 |
| 04/25/07 | Continued attention to attorneys' fees issues; Prepared memorandum to W. Hatfield regarding same. | J. Spielberg | 2.0 | 590.00 |
| 04/26/07 | Review Appellate Division opinion and file in preparation for case management conference with Court. | R. Rose | 1.8 | 855.00 |
| 04/26/07 | Address Weja letter; forward same with memo to clients. | W. Hatfield | 0.3 | 117.00 |
| 04/30/07 | Outline issues for discussion at case management conference and discuss with B. Hatfield; telephone conference with counsel for Shell and Sunoco concerning settlements; travel to Hudson County Court House and attend case management conference before Judge Peter Bariso; return to office. | R. Rose | 5.9 | 2,802.50 |
| 04/30/07 | Attend CMC before Judge Bariso in Jersey City and settlement negotiations. | W. Hatfield | 3.5 | 1,365.00 |
| 04/30/07 | Memos with R. Rose on settlement issues regarding Weja contract damages. | W. Hatfield | 0.3 | 117.00 |
| 04/30/07 | Review opinion and prepare for CMC and strategy on same. | W. Hatfield | 2.0 | 780.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 10.9 | 475.00 | 5,177.50 |
| A. Marchetta | 14 | 0.5 | 590.00 | 295.00 |
| W. Hatfield | 14 | 14.1 | 390.00 | 5,499.00 |
| J. Spielberg | 14 | 5.2 | 295.00 | 1,534.00 |
| TOTAL | | 30.7 | | 12,505.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

4

| Date | Description | Timekeeper | Hours | Fee |
|---|---|---|---|---|
| 04/02/07 18 | Revised February 2007 fee application. | K. Piper | 0.2 | 62.00 |
| 04/04/07 18 | Finalize February 2007 fee application and attention to service of same. | K. Piper | 0.5 | 155.00 |
| 04/23/07 18 | Drafted fee application for March 2007. | K. Piper | 1.1 | 341.00 |
| 04/24/07 18 | Drafted March 2007 fee application. | K. Piper | 0.5 | 155.00 |
| 04/25/07 18 | Drafted Quarterly Fee Application for the 24th Interim Period. | K. Piper | 1.5 | 465.00 |
| 04/26/07 18 | Review and revise DP's 24th Quarterly Fee Application. | S. Zuber | 0.3 | 136.50 |
| 04/26/07 18 | Review and revise DP's March, 2007 Fee Application. | S. Zuber | 0.3 | 136.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.6 | 455.00 | 273.00 |
| K. Piper | 18 | 3.8 | 310.00 | 1,178.00 |
| TOTAL | | 4.4 | | 1,451.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | Timekeeper | Hours | Fee |
|---|---|---|---|---|
| 03/30/07 14 | Compilation and organization of documents needed by A. Marchetta in preparation for pending motions to be heard during omnibus hearing. | S. Parker | 0.8 | 116.00 |
| 03/31/07 14 | Memo from URS on report issues. | W. Hatfield | 0.2 | 78.00 |
| 04/02/07 14 | Attend court hearing regarding motion to stay. | A. Marchetta | 9.0 | 5,310.00 |
| 04/02/07 3 | Preparation of memorandum detailing settlement discussions at meeting with NJDEP. | B. Moffitt | 1.8 | 684.00 |

5

1532989A01052907

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/03/07 14 | Follow up regarding Chapter 11 hearing and letter to state. | A. Marchetta | 0.5 | 295.00 |
| 04/03/07 3 | Preparation of response to NJDEP settlement demand letter; work with A. Marchetta and draft e-mail regarding Bankruptcy Court hearing. | B. Moffitt | 1.2 | 456.00 |
| 04/03/07 14 | Searched regarding compilation of information on current status of investigation and related issues. | S. Parker | 0.4 | 58.00 |
| 04/03/07 14 | Worked with B. Moffitt regarding follow-up to omnibus hearing. | S. Parker | 0.2 | 29.00 |
| 04/03/07 14 | Accessed Bankruptcy Court docket and reviewed same regarding NJDEP's notice of claim. | S. Parker | 0.4 | 58.00 |
| 04/04/07 14 | Revise letter to NJDEP regarding settlement and follow up with B. Moffitt. | A. Marchetta | 0.6 | 354.00 |
| 04/04/07 3 | Continued preparation of response to NJDEP settlement letter; work with A. Marchetta regarding same. | B. Moffitt | 1.7 | 646.00 |
| 04/04/07 14 | Worked with B. Moffitt regarding preparation of letter to DAG Dickinson. | S. Parker | 0.2 | 29.00 |
| 04/04/07 14 | Accessed Bankruptcy Court website, retrieved current list of parties and reviewed same regarding preparation of letter to DAG Dickinson; work with B. Moffitt regarding same. | S. Parker | 0.3 | 43.50 |
| 04/05/07 14 | Review emails and follow up regarding response to settlement demand. | A. Marchetta | 0.6 | 354.00 |
| 04/05/07 3 | Continued preparation of response to NJDEP settlement demand letter; work with A. Marchetta regarding same and regarding e-mail to client; work with S. Parker regarding same. | B. Moffitt | 0.6 | 228.00 |
| 04/05/07 14 | Worked with B. Moffitt regarding follow-up regarding letter to DAG Dickinson. | S. Parker | 0.2 | 29.00 |
| 04/05/07 | Worked with A. Marchetta regarding finalizing letter to DAG Dickinson. | | | |

1532989A01052907

| Date | Matter | Description / Attorney | Hours | Amount |
|---|---|---|---|---|
| | 14 | S. Parker | 0.2 | 29.00 |
| 04/06/07 | 14 | Emails and follow up re response on settlement demand.<br>A. Marchetta | 0.7 | 413.00 |
| 04/06/07 | 14 | Worked with A. Marchetta regarding finalizing letter to DAG Dickinson.<br>S. Parker | 0.2 | 29.00 |
| 04/06/07 | 14 | Attention to service of letter to DAG Dickinson.<br>S. Parker | 1.0 | 145.00 |
| 04/10/07 | 14 | Review draft URS report.<br>W. Hatfield | 0.7 | 273.00 |
| 04/10/07 | 14 | Searched regarding compilation of information on current status of investigation and related issues.<br>S. Parker | 0.5 | 72.50 |
| 04/11/07 | 14 | Worked with B. Moffitt regarding follow-up to email from V. Brodericks.<br>S. Parker | 0.1 | 14.50 |
| 04/11/07 | 14 | Worked with B. Moffitt regarding draft letter to Judge Bongiovanni sent by DAG Dickinson.<br>S. Parker | 0.1 | 14.50 |
| 04/12/07 | 14 | Follow up on e-mail from State re filing motion with Bankruptcy Court; telephone call with client re same.<br>A. Marchetta | 0.4 | 236.00 |
| 04/12/07 | 14 | Address URS report issues<br>W. Hatfield | 0.2 | 78.00 |
| 04/12/07 | 3 | Work with B. Hatfield regarding review of report.<br>J. Spielberg | 0.3 | 88.50 |
| 04/13/07 | 3 | Reviewed and revised report.<br>J. Spielberg | 3.4 | 1,003.00 |
| 04/16/07 | 14 | Follow up re request of client for information.<br>A. Marchetta | 0.2 | 118.00 |
| 04/16/07 | 14 | Review comments on draft URS report; memos with URS on same.<br>W. Hatfield | 0.5 | 195.00 |
| 04/16/07 | | Respond to client request for update to summary of litigation for Board presentation; work with A. Marchetta and S. Parker regarding same. | | |

7

1532989A01052907

| Date | Description / Name | Hours | Amount |
|---|---|---|---|
| | B. Moffitt | 1.3 | 494.00 |
| 3 | | | |
| 04/16/07 | Continued to review report; Telephone conference with M. Akerbergs regarding same; confer with B. Hatfield regarding same. | | |
| 3 | J. Spielberg | 3.7 | 1,091.50 |
| 04/16/07 | Worked with B. Moffitt regarding follow-up to letter to Judge Bongiovanni. | | |
| 14 | S. Parker | 0.1 | 14.50 |
| 04/16/07 | Worked with B. Moffitt regarding update to Board of Directors. | | |
| 14 | S. Parker | 0.1 | 14.50 |
| 04/18/07 | Address draft report issues. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 04/18/07 | Work with J. Spielberg regarding information concerning agreement with NJDEP. | | |
| 3 | B. Moffitt | 1.3 | 494.00 |
| 04/18/07 | Review file for correspondence and attention to correspondence with M. Akerbergs. | | |
| 3 | J. Spielberg | 1.3 | 383.50 |
| 04/18/07 | Conducted searches and reviewed file documents; work with J. Spielberg and B. Moffitt regarding same. | | |
| 14 | S. Parker | 1.4 | 203.00 |
| 04/18/07 | Searched regarding compilation of information on current status of investigation and related issues. | | |
| 14 | S. Parker | 0.5 | 72.50 |
| 04/20/07 | Review correspondence from M. Akerbergs. | | |
| 3 | J. Spielberg | 0.2 | 59.00 |
| 04/20/07 | Searched regarding compilation of information on current status of investigation and related issues. | | |
| 14 | S. Parker | 0.2 | 29.00 |
| 04/23/07 | Address URS report. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 04/23/07 | Review correspondence from M. Akerbergs. | | |
| 3 | J. Spielberg | 0.1 | 29.50 |
| 04/23/07 | Searched regarding compilation of information on current status of investigation and related issues. | | |

1532989A01052907

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | S. Parker | 0.4 | 58.00 |
| 04/26/07 | Review NJDEP's motion to file late proof of claim; work with A. Marchetta and S. Parker regarding same. | | | |
| 3 | | B. Moffitt | 0.5 | 190.00 |
| 04/26/07 | Worked with B. Moffitt regarding NJDEP's late notice of claim. | | | |
| 14 | | S. Parker | 0.2 | 29.00 |
| 04/26/07 | Compilation and organization of legal authority cited in NJDEP's late notice of claim. | | | |
| 14 | | S. Parker | 0.6 | 87.00 |
| 04/26/07 | Worked with B. Moffitt regarding legal authority cited in NJDEP's late notice of claim. | | | |
| 14 | | S. Parker | 0.2 | 29.00 |
| 04/27/07 | E-mails and follow up re analysis of claim by State and issues concerning same; e-mails re investigation. | | | |
| 14 | | A. Marchetta | 0.9 | 531.00 |
| 04/30/07 | Emails, telephone calls and conference with B. Moffitt regarding motion; follow up regarding hearing date; telephone call with client regarding same; locate additional information and forward to co counsel. | | | |
| 14 | | A. Marchetta | 2.3 | 1,357.00 |
| 04/30/07 | Review email exchange between A. Marchetta and J. Baer regarding motion to file late proof of claim; review documents; work with S. Parker and A. Marchetta regarding same; preparation of e-mail to J. Baer and client regarding same. | | | |
| 3 | | B. Moffitt | 3.4 | 1,292.00 |
| 04/30/07 | Telephone calls and e-mail exchange with D.A.G. Dickinson regarding motion and proposed conference call with Magistrate Judge Bongiovanni; work with A. Marchetta regarding same. | | | |
| 3 | | B. Moffitt | 0.5 | 190.00 |
| 04/30/07 | Searched regarding compilation of information on current status of investigation and related issues. | | | |
| 14 | | S. Parker | 0.3 | 43.50 |
| 04/30/07 | Worked with B. Moffitt, conducted searches and reviewed parties' production documents. | | | |
| 14 | | S. Parker | 3.3 | 478.50 |
| 04/30/07 | Worked with A. Marchetta and B. Moffitt regarding documents. | | | |

9

| 14 | S. Parker | | 0.2 | 29.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 15.2 | 590.00 | 8,968.00 |
| W. Hatfield | 14 | 2.1 | 390.00 | 819.00 |
| B. Moffitt | 3 | 12.3 | 380.00 | 4,674.00 |
| J. Spielberg | 3 | 9.0 | 295.00 | 2,655.00 |
| S. Parker | 14 | 12.1 | 145.00 | 1,754.50 |
| TOTAL | | 50.7 | | 18,870.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 102292 TAHARI, LTD.

| 03/30/07 | Draft correspondence to C. Boubol and T. Soloway regarding issues to be tried on trial date, requirement to have witnesses available. | | |
| --- | --- | --- | --- |
| 3 | B. Benjamin | 0.2 | 88.00 |

| 03/30/07 | Attendance at court (settlement) conference. | | |
| --- | --- | --- | --- |
| 3 | B. Benjamin | 3.4 | 1,496.00 |

| 03/30/07 | Telephone conference with V. Finkelstein regarding outcome of settlement conference. | | |
| --- | --- | --- | --- |
| 3 | B. Benjamin | 0.2 | 88.00 |

| 04/03/07 | Draft correspondence to A. Nagy regarding status of trial date, requirement of Grace witnesses, issues to be tried, requirement for R. Gordon to appear. | | |
| --- | --- | --- | --- |
| 3 | B. Benjamin | 0.3 | 132.00 |

| 04/05/07 | Telephone conference with C. Boubol regarding settlement negotiations. | | |
| --- | --- | --- | --- |
| 3 | B. Benjamin | 0.1 | 44.00 |

| 04/05/07 | Telephone conference with T. Soloway, counsel for Kronish Lieb, regarding settlement negotiations. | | |
| --- | --- | --- | --- |
| 3 | B. Benjamin | 0.1 | 44.00 |

| 04/09/07 | Follow up regarding trial. | | |
| --- | --- | --- | --- |
| 14 | A. Marchetta | 0.4 | 236.00 |

| 04/10/07 | Draft correspondence to Judge Tolub regarding confirmation of trial issues and requirement of appearance of Grace witnesses. | | |
| --- | --- | --- | --- |
| 3 | B. Benjamin | 0.4 | 176.00 |

| 04/10/07 | Telephone conference with T. Soloway, counsel for Kronish, regarding |

1532989A01052907

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 3 | issues to be tried. | B. Benjamin | 0.2 | 88.00 |
| 04/10/07 3 | Telephone conference with D. Rozenholc and R. Laudor, counsel for Tahari, regarding issues to be tried during upcoming trial. | B. Benjamin | 0.2 | 88.00 |
| 04/12/07 14 | Follow up with B. Benjamin regarding settlement. | A. Marchetta | 0.2 | 118.00 |
| 04/12/07 3 | Telephone conference with T. Soloway, counsel for Kronish Lieb, regarding settlement. | B. Benjamin | 0.1 | 44.00 |
| 04/12/07 3 | Conference call with court regarding request for clarification of issues to be tried. | B. Benjamin | 0.3 | 132.00 |
| 04/12/07 3 | Telephone conference with C. Boubol, counsel for Trizec regarding settlement. | B. Benjamin | 0.1 | 44.00 |
| 04/12/07 3 | Draft correspondence to V. Finkelstein and A. Nagy regarding settlement, procedures for bankruptcy negative notice, contacting R. Gordon. | B. Benjamin | 0.3 | 132.00 |
| 04/12/07 3 | Draft correspondence to T. Soloway regarding settlement and procedures for drafting agreement, bankruptcy negative notice issue. | B. Benjamin | 0.1 | 44.00 |
| 04/19/07 3 | Draft correspondence to V. Finkelstein regarding procedures for execution of settlement agreement in light of bankruptcy filing. | B. Benjamin | 0.2 | 88.00 |
| 04/19/07 3 | Attention to correspondence from counsel for Kronish regarding status of draft of settlement agreement, and responses to same. | B. Benjamin | 0.1 | 44.00 |
| 04/23/07 3 | Review/analysis V. Finkelstein and J. Baer correspondences regarding negative notice procedure, execution of settlement agreement. | B. Benjamin | 0.1 | 44.00 |
| 04/24/07 3 | Draft correspondences to T. Soloway regarding status of and preparation of settlement agreement. | B. Benjamin | 0.2 | 88.00 |

11

1532989A01052907

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 04/24/07 3 | Draft correspondence to C. Boubol, counsel for Trizec, regarding preparation of settlement agreement. | B. Benjamin | 0.1 | 44.00 |
| 04/25/07 3 | Draft correspondence to T. Soloway and C. Boubol regarding preparation of Settlement Documents, procedures for Negative notice. | B. Benjamin | 0.2 | 88.00 |
| 04/25/07 3 | Telephone conference with G. Horowitz, counsel for Tahari, regarding Negative Notice procedure. | B. Benjamin | 0.2 | 88.00 |
| 04/25/07 3 | Draft correspondence to J. Baer and V. Finkelstein regarding Negative Notice procedure, possibility of confidential information in proposed Settlement Agreement. | B. Benjamin | 0.1 | 44.00 |
| 04/25/07 3 | Work on and revise Summary Case Description for inclusion in bankruptcy Negative Notice, in connection with settling action. | B. Benjamin | 1.9 | 836.00 |
| 04/25/07 3 | Draft correspondence to J. Baer regarding Summary Case Description for inclusion in Negative Notice. | B. Benjamin | 0.1 | 44.00 |
| 04/25/07 3 | Work on and revise Mutual Release and Settlement Agreement. | B. Benjamin | 0.8 | 352.00 |
| 04/26/07 3 | Work on and revise Case Summary for Negative Notice per V. Finkelstein comments. | B. Benjamin | 0.7 | 308.00 |
| 04/26/07 3 | Continue work on and revisions to Mutual Release and Settlement Agreement with Tahari. | B. Benjamin | 0.7 | 308.00 |
| 04/26/07 3 | Draft correspondence to J. Baer and V. Finkelstein regarding review of revise Case Summary for Negative Notice. | B. Benjamin | 0.1 | 44.00 |
| 04/26/07 3 | Draft correspondence to V. Finkelstein regarding review and approval of Mutual Release and Settlement Agreement. | B. Benjamin | 0.1 | 44.00 |
| 04/26/07 3 | Work on and revise Mutual Release and Settlement Agreement with Trizec. | B. Benjamin | 0.6 | 264.00 |

12

1532989A01052907

| 04/26/07 | Draft correspondence to counsel of record regarding review and approval of Mutual Releases, settling claims. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 88.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.6 | 590.00 | 354.00 |
| B. Benjamin | 3 | 12.4 | 440.00 | 5,456.00 |
| TOTAL | | 13.0 | | 5,810.00 |

13

1532989A01052907