# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD APRIL 1, 2007 THROUGH APRIL 30, 2007

Engagement Costs – WEJA, INC.

| | | |
|---|---|---|
| 12/18/06 | PD TRAVEL EXPENSE TO NYC, NY; WSH; CK#295593[3] | 16.02 |
| | Matter Total Engagement Cost | 16.02 |

Engagement Costs – CHAPTER 11 ADMINISTRATION

| | |
|---|---|
| Computer Legal Research | 14.75 |
| Matter Total Engagement Cost | 14.75 |

Engagement Costs – NJDEP v. W.R. GRACE ET AL.

| | |
|---|---|
| Computer Legal Research | 5.75 |
| Meals[4] | 156.36 |
| Travel-Other, Agency Services[5] | 458.35 |
| Matter Total Engagement Cost | 620.46 |

Engagement Costs – TAHARI, LTD.

| | | |
|---|---|---|
| 04/10/07 | Paid UPS to New York, NY; 4198; CK#295539 | 7.02 |
| 04/10/07 | Paid UPS to New York, NY; In#18448W157; 4198; ck#295539 | 7.02 |
| | Express Delivery | 21.09 |
| | Matter Total Engagement Cost | 35.13 |

---

[3] Direct Reimbursement Expense Report of William S. Hatfield for the period December 18, 2006 to March 20, 2007 attached hereto as Exhibit 1.
[4] American Express statement for A J Marchetta dated 04/02/07 attached hereto as Exhibit 2.
[5] *Id.*; *see also* Direct Reimbursement Expense Report for A. J. Marchetta for the period April 2, 2007 attached hereto as Exhibit 3.

14

1532989A01052907

# EXHIBIT 1

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME: William S. Hatfield

Period From: December 18, 2006
To: March 20, 2007

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

Show details on Page 2

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | | | | | | |
| 12/18/2006 | Drive to Newark; travel to NY with Robert Rose for meeting | 36.00 | $16.02 | | | | | $16.02 | 082910.065656 |

Expenses Reported $ ▮

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature: [signed]    Date: 3/21/07

2007

# EXHIBIT 2



| Prepared For: ANGELA BARON, PITNEY HARDIN K & S | Account Number: [redacted] | Closing Date: 04/02/07 | Page 7 of 45 |
|---|---|---|---|

**4153**

### Activity Continued
*Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.*

| Date | Description | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 03/28/07 | TRAVEL AGENCY SERVICE CORAL GABLES FL<br>TKT# 8901962201651         03/27<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>MARCHETTA/ANTHONY    TRAVEL AGENCY SERVICE F<br>THE TRAVEL SOURCE    CORAL GABLES  FL<br>FROM<br>   NOT RECORDED<br>TO<br>   NOT RECORDED     CARRIER CLASS | 06563470000 | | 65.00 |
| 03/28/07 | AMTRAK              CORAL GABLES FL<br>TKT# 5547022150533         03/27<br>PASSENGER TICKET<br>MARCHETTA/ANTHONY    AMTRAK<br>THE TRAVEL SOURCE    CORAL GABLES  FL<br>FROM<br>   NEWARK          ,NJ<br>TO              CARRIER CLASS<br>   WILMINGTON      ,DE   2V    1P<br>TO<br>   NEWARK          ,NJ   2V    1P | 04959470000 | | 316.00 |
| 03/30/07 | PETELORENZOS         TRENTON        NJ<br>REF#         0 RESTAURANT   03/30/07 | | | 156.36 |

Handwritten annotations: 50360  482910  114715 (appears next to first two entries); 50360  482910  114715 (next to Amtrak); 50360  482910  114715 (next to PETELORENZOS, 156.36)

[Several rows redacted with black marker]

**Total for A J MARCHETTA**                    New Charges/Other Debits / Payments/Other Credits

( 52,802.02 ) ✓

ENTERED IN
COMPUTER BY: _____

56351   4/27/07

# EXHIBIT 3

# DIRECT REIMBURSEMENT EXPENSE REPORT

NAME: A. J. MARCHETTA

Period From: April 2, 2007
To: April 2, 2007

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

Show details on Page 2

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses Miles | Auto Expenses Amount | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| 4/2/2007 | Attend Grace Hearing in Delaware. | 110.00 | $53.35 | $13.00 | | ▓▓▓ | $11.00 | ▓▓▓ | 482910.114715 WR Grace/NJDEP |

Expenses Reported $ ▓▓▓

Signature: [signed] AJM    Date: 4/3/07

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

4/3/2007

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 21, 2007 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey  
Dated: June 1, 2007

Respectfully submitted,  
DAY PITNEY LLP

*/s/ Anthony Marchetta*  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950

1532988A01053107