# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.**[1] | ) | |
| | ) | **Case No. 01-01139 (JKF)** |
| Debtors. | ) | **(Jointly Administered)** |

**FEE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S
FEE APPLICATION FOR THE PERIOD APRIL 1, 2007 TO APRIL 30, 2007**

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/2/2007 | Josh Metcalf | 0.3 | Correspondence with co-defense counsel regarding anlysis of documents and materials produced by third parties as they relate to the diagnosis of client's asbestos claimants |
| 4/2/2007 | Mary Margaret Ratliff | 1.4 | Strategize with document production team to determine plan and logistics for production of documents and materials by subpoenaed third party screening company in Austin, Texas, and Cleveland, Ohio |
| 4/2/2007 | Kevin Buffington | 4.4 | Begin drafting summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/2/2007 | Kevin Buffington | 3.7 | Continue to analyze documents and materials produced by certain third party screening company as they relate to the diagnosis of client's asbestos claimants |
| 4/2/2007 | Bill Deemer | 0.9 | Work with counsel to review, identify, and locate most current deposition, trial, or hearing testimony given by third party screening doctor scheduled for deposition in May 2007 |
| 4/2/2007 | Justin Alderson | 3.0 | Revise and update database as to status of subpoena regarding service dates of subpoenas, signed affidavits, and document production information |
| 4/3/2007 | Josh Metcalf | 3.6 | Revise draft of summary of analysis of documents produced by certain third party doctors as they relate to client's asbestos claimants |
| 4/3/2007 | Mary Margaret Ratliff | 0.2 | Continue to strategize with document production task force and determine plan and logistics for continued production of documents and materials by subpoenaed third party screening company in Austin, Texas, and Cleveland, Ohio |
| 4/3/2007 | Tanya Dearman | 4.6 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/3/2007 | Kevin Buffington | 6.5 | Continue to analyze documents and materials produced by certain third party screening company as they relate to the diagnosis of client's asbestos claimants |

A-2

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/4/2007 | W.G. Watkins | 3.3 | Meet with J. Metcalf et al regarding summaries and analysis of all third party screening doctors and companies at issue with respect to client's asbestos claimants and suggest revisions to same |
| 4/4/2007 | Josh Metcalf | 0.4 | Telephone conference with co-defense counsel regarding analysis of documents and materials produced by third parties as they relate to the diagnosis of client's asbestos claimants |
| 4/4/2007 | Josh Metcalf | 1.2 | Continue to revise draft of summary of analysis of documents produced by certain third party screening companies as they relate to client's asbestos claimants |
| 4/4/2007 | Mary Margaret Ratliff | 0.2 | Follow up with counsel for doctor regarding documents and materials being produced by subpoenaed third party doctor in Cleveland, Ohio |
| 4/4/2007 | Mary Margaret Ratliff | 0.2 | Continue to strategize with document production task force and determine plan and logistics for continued production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/4/2007 | Tanya Dearman | 4.6 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/4/2007 | Kevin Buffington | 8.4 | Continue to analyze documents and materials produced by certain third party screening companies and doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/4/2007 | Ceejaye Sneedon | 1.4 | Begin drafting summary of analysis of documents produced by certain third party screening doctors as they relate to client's asbestos claimants |
| 4/5/2007 | Josh Metcalf | 1.5 | Analyze case law at issue with respect to recent objections filed by ACC to client's petition to retain special counsel |
| 4/5/2007 | Josh Metcalf | 0.7 | Telephone conference with co-defense counsel regarding analysis of documents and materials produced by third parties as they relate to the diagnosis of client's asbestos claimants |

A-3

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/5/2007 | Tanya Dearman | 4.2 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/5/2007 | Ashley Calhoun | 0.7 | Read and summarize notes regarding recent court opinion excluding the diagnoses of certain third party screening doctor for reference and use in summary of practices and conduct analysis of same |
| 4/5/2007 | Kevin Buffington | 8.5 | Continue to analyze documents and materials produced by certain third party screening companies as they relate to the diagnosis of client's asbestos claimants |
| 4/5/2007 | Ceejaye Sneedon | 7.2 | Continue drafting summary of analysis of documents produced by certain third party screening doctor as they relate to client's asbestos claimants |
| 4/6/2007 | W.G. Watkins | 4.2 | Continue to review and revise various summaries of analyses of documents and materials produced by third party screening companies and doctors as they relate to client's asbestos claimants |
| 4/6/2007 | Josh Metcalf | 2.8 | Continue to analyze case law at issue with respect to recent objections filed by ACC to client's petition to retain special counsel |
| 4/6/2007 | Mary Margaret Ratliff | 0.8 | Continue to prepare for upcoming document production by third party screening company in Austin, Texas |
| 4/6/2007 | Mary Margaret Ratliff | 0.6 | Work with screening analysts to determine appropriate method for considering documents produced by screening doctors in West Virginia and Ohio |
| 4/6/2007 | Tanya Dearman | 6.2 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/6/2007 | Kevin Buffington | 7.2 | Read prior depositions of certain third party screening doctors in order to include testimony in summaries of analysis of their diagnoses relating to client's asbestos claimants |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/6/2007 | Ceejaye Sneedon | 1.3 | Continue to draft of summary of analysis of documents produced by certain third party screening doctor as they relate to client's asbestos claimants |
| 4/6/2007 | Justin Alderson | 2.0 | Review screening doctor and screening company information and update memos regarding same per request of co-defense counsel |
| 4/9/2007 | Josh Metcalf | 4.2 | Continue to analyze case law at issue with respect to recent objections filed by ACC to client's petition to retain special counsel |
| 4/9/2007 | Josh Metcalf | 0.4 | Conference with co-counsel regarding case law at issue with respect to ACC's objections to retention of special counsel |
| 4/9/2007 | Josh Metcalf | 0.6 | Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants |
| 4/9/2007 | Mary Margaret Ratliff | 0.9 | Continue to determine logistics for upcoming document productions by subpoenaed third party screening doctors and company in Austin, Texas |
| 4/9/2007 | Tanya Dearman | 7.6 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/9/2007 | Kevin Buffington | 8.1 | Continue to analyze documents and materials produced by certain third party screening doctors relating to client's asbestos claimants |
| 4/9/2007 | Ceejaye Sneedon | 2.1 | Continue to draft of summary of analysis of documents produced by certain third party screening doctor as they relate to client's asbestos claimants |
| 4/10/2007 | W.G. Watkins | 2.5 | Continue to revise summaries drafted by co-counsel as they relate to the diagnosis of client's asbestos claimants |
| 4/10/2007 | Josh Metcalf | 1.7 | Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/10/2007 | Tanya Dearman | 6.8 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/10/2007 | Kevin Buffington | 8.7 | Continue drafting of summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/10/2007 | Ceejaye Sneedon | 7.4 | Continue drafting of summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/10/2007 | Justin Alderson | 0.4 | Prepare and confirm logistics for continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/11/2007 | Josh Metcalf | 3.3 | Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants |
| 4/11/2007 | Josh Metcalf | 0.6 | Multiple conferences with co-defense counsel regarding analyses of third party documents |
| 4/11/2007 | Mary Margaret Ratliff | 0.3 | Continue to determine logistics for upcoming document productions by subpoenaed third party screening doctors and company in Austin, Texas |
| 4/11/2007 | Mary Margaret Ratliff | 0.3 | Work with counsel for subpoenaed third party screening company in Jackson, Mississippi with respect to additional documents to be produced |
| 4/11/2007 | Tanya Dearman | 5.8 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/11/2007 | Kevin Buffington | 8.9 | Continue drafting summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/12/2007 | Josh Metcalf | 1.4 | Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants |
| 4/12/2007 | Mary Margaret Ratliff | 0.6 | Continue to determine logistics for ongoing document productions by subpoenaed third party screening doctors and company in Austin, Texas |
| 4/12/2007 | Mary Margaret Ratliff | 0.6 | Continue to work with counsel for third party screening company in Jackson, Mississippi regarding on-going document production |
| 4/12/2007 | Tanya Dearman | 7.9 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/12/2007 | Ashley Calhoun | 4.6 | Read and take notes on deposition and hearing transcripts of testimony by certain third party screening doctors for use by client in estimation proceedings |
| 4/12/2007 | Kevin Buffington | 9.1 | Continue drafting summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/12/2007 | Ceejaye Sneedon | 0.3 | Continue drafting summary of analysis of documents produced by certain third party screening doctor as they relate to client's asbestos claimants |
| 4/13/2007 | Marcy Croft | 3.8 | Conference with outside computer consultants on status of production of documents and materials subpoenaed by client from third party screening companies and doctors |
| 4/13/2007 | Mary Margaret Ratliff | 0.4 | Continue analysis of documents and materials produced by third party screening company in Jackson, Mississippi in order to determine additional documents necessary for company to produce |
| 4/13/2007 | Mary Margaret Ratliff | 1.3 | Continue to work on logistics for on-going document production by subpoenaed third party screening companies and doctors in Austin, Texas |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/13/2007 | Tanya Dearman | 6.4 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/13/2007 | Ashley Calhoun | 5.5 | Continue to read and take notes on deposition and hearing transcripts of testimony by certain third party screening doctors for use by client in estimation proceedings |
| 4/13/2007 | Kevin Buffington | 8.8 | Continue drafting summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/13/2007 | Glinda Smith | 2.5 | Locate and examine materials for use in upcoming deposition of third party screening doctor in Jackson, Mississippi |
| 4/13/2007 | Bill Deemer | 2.1 | Identify and locate most current deposition or hearing testimony, affidavits, expert reports and depositions upon written questions given by certain screening doctor in preparation for upcoming deposition of same in Jackson, Mississippi |
| 4/15/2007 | Ashley Calhoun | 4.0 | Continue to read and take notes on deposition and hearing transcripts of testimony by certain third party screening doctors for use by client in estimation proceedings |
| 4/16/2007 | Josh Metcalf | 4.4 | Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants |
| 4/16/2007 | Josh Metcalf | 0.3 | Telephone conference with co-defense counsel regarding third party analyses |
| 4/16/2007 | Mary Margaret Ratliff | 4.0 | Prepare for and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/16/2007 | Tanya Dearman | 2.3 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |

A-8

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/16/2007 | Ashley Calhoun | 6.2 | Continue to analyze documents and materials produced by certain third party screening doctors relating to client's asbestos claimants |
| 4/16/2007 | Kevin Buffington | 8.9 | Continue to draft of summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/16/2007 | Bill Deemer | 0.5 | Continue to identify and locate most current deposition or hearing testimony, affidavits, expert reports and depositions upon written questions given by certain screening doctor in preparation for upcoming deposition of same in Jackson, Mississippi |
| 4/16/2007 | Justin Alderson | 4.0 | Prepare for and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/16/2007 | Susan Breland | 4.0 | Prepare for and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/16/2007 | Tracey Bates | 4.0 | Prepare for and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/16/2007 | Priscilla Hutton | 4.0 | Prepare for and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/16/2007 | Tonia Hales | 0.3 | Prepare for and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/17/2007 | Josh Metcalf | 4.4 | Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants |
| 4/17/2007 | Mary Margaret Ratliff | 4.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/17/2007 | Tanya Dearman | 7.7 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/17/2007 | Ashley Calhoun | 6.7 | Continue to read and take notes on deposition and hearing transcripts of testimony by certain third party screening doctors for use by client in estimation proceedings |
| 4/17/2007 | Kevin Buffington | 8.7 | Continue drafting summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/17/2007 | Ceejaye Sneedon | 2.9 | Continue drafting summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/17/2007 | Bill Deemer | 0.6 | Continue to identify and locate most current deposition or hearing testimony, affidavits, expert reports and depositions upon written questions given by certain screening doctor for inclusion in summary relating to same |
| 4/17/2007 | Justin Alderson | 4.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/18/2007 | Josh Metcalf | 3.5 | Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants |
| 4/18/2007 | Mary Margaret Ratliff | 4.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/18/2007 | Tanya Dearman | 7.1 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/18/2007 | Ashley Calhoun | 6.4 | Continue to read and take notes on deposition and hearing transcripts of testimony by certain third party screening doctors for use by client in estimation proceedings |
| 4/18/2007 | Kevin Buffington | 0.9 | Continue drafting summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/18/2007 | Kevin Buffington | 7.6 | Continue to analyze documents and materials produced by certain third party screening doctors relating to client's asbestos claimants |
| 4/18/2007 | Ceejaye Sneedon | 2.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/18/2007 | Maya Schopmeyer | 3.3 | Assist attorneys in review of certain documents produced by subpoenaed third party screening doctor in preparation for upcoming deposition |
| 4/18/2007 | Bill Deemer | 0.9 | Continue to identify and locate most current deposition or hearing testimony, affidavits, expert reports and depositions upon written questions given by certain screening doctor for inclusion in summary relating to same |
| 4/18/2007 | Justin Alderson | 4.4 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/18/2007 | Susan Breland | 4.4 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/18/2007 | Tracey Bates | 4.4 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/18/2007 | Priscilla Hutton | 4.4 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/19/2007 | Josh Metcalf | 7.9 | Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/19/2007 | **Josh Metcalf** | 0.3 | Telephone conference with co-counsel regarding analyses of third party documents |
| 4/19/2007 | **Josh Metcalf** | 0.7 | Multiple correspondence with co-counsel regarding analyses of third party documents |
| 4/19/2007 | **Tanya Dearman** | 7.8 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/19/2007 | **Ashley Calhoun** | 4.2 | Continue to read and take notes on deposition and hearing transcripts of testimony by certain third party screening doctors for use by client in estimation proceedings |
| 4/19/2007 | **Kevin Buffington** | 1.3 | Continue drafting summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/19/2007 | **Kevin Buffington** | 8.1 | Continue to analyze documents and materials produced by certain third party screening doctors relating to client's asbestos claimants |
| 4/19/2007 | **Ceejaye Sneedon** | 3.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/19/2007 | **Bill Deemer** | 0.9 | Continue to identify and locate most current deposition or hearing testimony, affidavits, expert reports and depositions upon written questions given by certain screening doctor for inclusion in summary relating to same |
| 4/19/2007 | **Justin Alderson** | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/19/2007 | **Susan Breland** | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/19/2007 | **Tracey Bates** | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/19/2007 | **Priscilla Hutton** | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/20/2007 | Daniel Mulholland | 2.5 | Work on statistical analyses of certain third party screening doctors for inclusion in summaries related to same |
| 4/20/2007 | Josh Metcalf | 9.4 | Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants |
| 4/20/2007 | Josh Metcalf | 0.7 | Multiple correspondence with co-defense counsel regarding analyses of third party documents |
| 4/20/2007 | Tanya Dearman | 4.2 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/20/2007 | Ashley Calhoun | 6.1 | Continue to read and take notes on deposition and hearing transcripts of testimony by certain third party screening doctors for use by client in estimation proceedings |
| 4/20/2007 | Kevin Buffington | 9.4 | Continue to analyze documents and materials produced by certain third party screening doctors relating to client's asbestos claimants |
| 4/20/2007 | Ceejaye Sneedon | 0.6 | Continue drafting summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/20/2007 | Ceejaye Sneedon | 3.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/20/2007 | Bill Deemer | 1.7 | Continue to identify and locate most current deposition or hearing testimony, affidavits, expert reports and depositions upon written questions given by certain screening doctor for inclusion in summary relating to same |
| 4/20/2007 | Justin Alderson | 5.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/20/2007 | Susan Breland | 5.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/20/2007 | Tracey Bates | 5.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/20/2007 | Priscilla Hutton | 5.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/21/2007 | Justin Alderson | 3.2 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/21/2007 | Susan Breland | 3.2 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/21/2007 | Tracey Bates | 3.2 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/21/2007 | Priscilla Hutton | 3.2 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/22/2007 | Josh Metcalf | 6.2 | Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants |
| 4/22/2007 | Ashley Calhoun | 2.1 | Continue to read and take notes on deposition and hearing transcripts of testimony by certain third party screening doctors for use by client in estimation proceedings |
| 4/22/2007 | Kevin Buffington | 6.6 | Continue to analyze documents and materials produced by certain third party screening doctors relating to client's asbestos claimants |
| 4/22/2007 | Justin Alderson | 1.2 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/23/2007 | Daniel Mulholland | 2.0 | Review and revise summary of certain third party screening doctor as his practices relate to client's asbestos claimants |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/23/2007 | Josh Metcalf | 9.6 | Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants |
| 4/23/2007 | Josh Metcalf | 0.9 | Multiple correspondence with co-counsel regarding status of third party discovery |
| 4/23/2007 | Mary Margaret Ratliff | 1.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/23/2007 | Tanya Dearman | 9.1 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |
| 4/23/2007 | Ashley Calhoun | 4.4 | Finalize summary of third parties relevant to client's claimants and total number of reports and summaries being provided to co-counsel |
| 4/23/2007 | Kevin Buffington | 11.4 | Continue to analyze documents and materials produced by certain third party screening doctors relating to client's asbestos claimants and draft summary of same |
| 4/23/2007 | Ceejaye Sneedon | 5.1 | Continue to draft of summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/23/2007 | Bill Deemer | 0.3 | Continue to identify and locate most current deposition or hearing testimony, affidavits, expert reports and depositions upon written questions given by certain screening doctor for inclusion in summary relating to same |
| 4/23/2007 | Justin Alderson | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/23/2007 | Susan Breland | 5.6 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/23/2007 | Tracey Bates | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/23/2007 | Priscilla Hutton | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/24/2007 | W.G. Watkins | 3.4 | Read and edit document/analysis summaries prior to submission to client via co-counsel |
| 4/24/2007 | Josh Metcalf | 1.0 | Telephone conference with co-counsel regarding analyses of third party documents |
| 4/24/2007 | Josh Metcalf | 1.9 | Multiple correspondence with co-counsel regarding analyses of third party documents |
| 4/24/2007 | Josh Metcalf | 0.8 | Review additional materials produced by third party screening doctor in Jackson, Mississippi in preparation for upcoming deposition of same |
| 4/24/2007 | Josh Metcalf | 1.3 | Multiple conferences with co-defense counsel regarding results of third party analyses |
| 4/24/2007 | Mary Margaret Ratliff | 4.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/24/2007 | Kevin Buffington | 4.1 | Continue to analyze documents and materials produced by certain third party screening companies |
| 4/24/2007 | Justin Alderson | 4.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/24/2007 | Susan Breland | 4.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/24/2007 | Dante Toigo | 2.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/24/2007 | Tracey Bates | 4.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/24/2007 | Priscilla Hutton | 4.0 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/24/2007 | Courtney Ward | 4.2 | Continue drafting summary of materials and exhibits to be included in third party document summaries |
| 4/25/2007 | W.G. Watkins | 1.5 | Prepare for and participate in telephone conference with co-counsel regarding status of summaries analyzing third party documents relating to client's asbestos claimants |
| 4/25/2007 | Daniel Mulholland | 3.0 | Continue to prepare analysis of records relating to third party screening doctor for inclusion in summary of same |
| 4/25/2007 | Josh Metcalf | 0.7 | Telephone conference with co-counsel regarding deposition of third party screening doctor in Jackson, Mississippi |
| 4/25/2007 | Josh Metcalf | 1.4 | Continue to review numerous exhibits to be sent to co-counsel as part of third party document summaries |
| 4/25/2007 | Josh Metcalf | 0.6 | Multiple correspondence with co-counsel regarding analyses of third party documents |
| 4/25/2007 | Josh Metcalf | 0.5 | Multiple correspondence with co-counsel regarding upcoming deposition of subpoenaed third party screening doctor in Jackson, Mississippi |
| 4/25/2007 | Josh Metcalf | 0.9 | Continue to prepare for upcoming deposition of third party screening doctor in Jackson, Mississippi |
| 4/25/2007 | Josh Metcalf | 0.8 | Multiple correspondence with co-counsel regarding upcoming deposition of subpoenaed third party screening doctor in Jackson, Mississippi |
| 4/25/2007 | Mary Margaret Ratliff | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/25/2007 | Tanya Dearman | 2.6 | Continue to analyze documents and materials produced by certain third party screening doctors as they relate to the diagnosis of client's asbestos claimants |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/25/2007 | Ashley Calhoun | 4.3 | Work with co-counsel to identify additional materials to be included in third party research and finalize reports analyzing work relating to client's asbestos claimants |
| 4/25/2007 | Ashley Calhoun | 0.6 | Work with co-counsel regarding required motion practice for admission of attorneys to appear at upcoming deposition of third party screening doctor in Jackson, Mississippi |
| 4/25/2007 | Kevin Buffington | 4.3 | Continue to analyze documents and materials produced by certain third party screening doctors relating to client's asbestos claimants and draft summary of same |
| 4/25/2007 | Ceejaye Sneedon | 0.3 | Continue to draft of summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/25/2007 | Bill Deemer | 4.6 | Continue to identify and locate most current deposition or hearing testimony, affidavits, expert reports and depositions upon written questions given by certain screening doctor for inclusion in summary relating to same |
| 4/25/2007 | Justin Alderson | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/25/2007 | Susan Breland | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/25/2007 | Tracey Bates | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/25/2007 | Priscilla Hutton | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/25/2007 | Courtney Ward | 2.0 | Continue drafting summary of materials and exhibits to be included in third party document summaries |
| 4/26/2007 | Richard Crump | 1.2 | Begin reading deposition of Dr. Jay Segarra taken in W.R. Grace Bankruptcy case |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/26/2007 | Josh Metcalf | 0.8 | Multiple correspondence with co-counsel regarding pleadings to be filed relating to deposition of third party screening doctor in Jackson, Mississippi |
| 4/26/2007 | Mary Margaret Ratliff | 4.4 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/26/2007 | Ashley Calhoun | 0.4 | Continue to assist co-counsel with pro hac vice motions for upcoming third party deposition in Jackson, Mississippi |
| 4/26/2007 | Kevin Buffington | 4.7 | Continue drafting summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/26/2007 | Bill Deemer | 3.6 | Continue to identify and locate most current deposition or hearing testimony, affidavits, expert reports and depositions upon written questions given by certain screening doctor for inclusion in summary relating to same |
| 4/26/2007 | Justin Alderson | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/26/2007 | Susan Breland | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/26/2007 | Tracey Bates | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/26/2007 | Priscilla Hutton | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company in Austin, Texas |
| 4/26/2007 | Courtney Ward | 2.0 | Continue drafting summary of materials and exhibits to be included in third party document summaries |
| 4/27/2007 | Daniel Mulholland | 3.0 | Respond to questions and requests for additional information related to certain third party screening doctor from co-counsel |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/27/2007 | Josh Metcalf | 2.1 | Multiple correspondence and telephone conferences with co-counsel regarding third party analyses |
| 4/27/2007 | Josh Metcalf | 2.9 | Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants |
| 4/27/2007 | Josh Metcalf | 1.2 | Correspondence with co-counsel regarding new materials identified relating to third party screening doctor scheduled for deposition |
| 4/27/2007 | Josh Metcalf | 0.3 | Review outline for third party screening doctor deposition scheduled for May 2007 |
| 4/27/2007 | Mary Margaret Ratliff | 3.1 | Preparation for upcoming deposition of subpoenaed third party screening doctor and analysis of information for same |
| 4/27/2007 | Mary Margaret Ratliff | 2.4 | Ongoing analysis of documents being produced by third party screening company in Texas pursuant to client's subpoena |
| 4/27/2007 | Kevin Buffington | 1.8 | Continue to draft of summary of analysis of documents produced by certain third party screening company as they relate to client's asbestos claimants |
| 4/27/2007 | Justin Alderson | 5.6 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company and doctors in Austin, Texas |
| 4/27/2007 | Susan Breland | 5.6 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company and doctors in Austin, Texas |
| 4/27/2007 | Tracey Bates | 5.6 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company and doctors in Austin, Texas |
| 4/27/2007 | Priscilla Hutton | 5.6 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company and doctors in Austin, Texas |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/27/2007 | **Courtney Ward** | 3.1 | **Continue drafting summary of materials and exhibits to be included in third party document summaries** |
| 4/28/2007 | **Tracey Bates** | 0.8 | **Attend and participate in continuing production of documents and materials by subpoenaed third party screening company and doctors in Austin, Texas** |
| 4/30/2007 | **Josh Metcalf** | 6.7 | **Revise analysis of third party discovery** |
| 4/30/2007 | **Josh Metcalf** | 0.7 | **Multiple correspondence with national counsel and co-defense counsel regarding deposition of third party witness** |
| 4/30/2007 | **Mary Margaret Ratliff** | 3.2 | **Preparation of materials for expert reports and preparation for upcoming deposition of third party** |
| 4/30/2007 | **Tanya Dearman** | 6.4 | **Continue to revise the summaries relating to analysis of the documents and materials produced by certain third party screening companies and doctors at issue with respect to client's asbestos claimants** |
| 4/30/2007 | **Kevin Buffington** | 1.9 | **Review third party documents** |
| 4/30/2007 | **Ceejaye Sneedon** | 2.8 | **Attend and participate in continuing production of documents and materials by subpoenaed third party screening company and doctors in Austin, Texas** |
| 4/30/2007 | **Ceejaye Sneedon** | 2.8 | **Prepare for and participate in continuing production of documents and materials by subpoenaed third party screening company and screening doctors in Austin, Texas** |
| 4/30/2007 | **Bill Deemer** | 0.4 | **Continue to identify and locate most current deposition or hearing testimony, affidavits, expert reports and depositions upon written questions given by certain screening doctor for inclusion in summary relating to same** |
| 4/30/2007 | **Susan Breland** | 5.6 | **Attend and participate in continuing production of documents and materials by subpoenaed third party screening company and doctors in Austin, Texas** |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/30/2007 | Tracey Bates | 5.6 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company and doctors in Austin, Texas |
| 4/30/2007 | Priscilla Hutton | 4.8 | Attend and participate in continuing production of documents and materials by subpoenaed third party screening company and doctors in Austin, Texas |

**Matter 21 – Claims Analysis Objection and Resolution (Asbestos) - Fees**

### Analysis of Diagnostic Materials and Third Party Discovery

The following section details the work of the paraprofessionals-document analysts who read and analyze each item in the collection of over 1.3 million documents produced by asbestos screening companies and asbestos screening doctors pursuant to subpoenas in this action. During the applicable fee period, 41 paraprofessionals-document analysts completed 1996.2 hours of work reviewing these materials as they relate to the screening and diagnosis of the Debtor's asbestos claimants.

On a daily, weekly, and monthly basis, each paraprofessional conducts a detailed analysis of hundreds/thousands of documents relating to the diagnosis of Debtor's asbestos claimants. This work is typically summarized using the exact same time description for each analyst for every hour and day they spend on these efforts:

> Individual, detailed review and analysis of hundreds of records and documents, produced by various third party screening companies and screening doctors subpoenaed by client, in order to examine the screening and diagnosis of client's asbestos claimants

To set forth each paraprofessional-document analyst's daily time entries with this same description would result in dozens of pages of repetitive time descriptions. Therefore, in the interest of economy, we have summarized for your convenience the hours worked by timekeeper for the April 1, 2007 through April 30, 2007 time period below. For each timekeeper and entry, the time description set forth above applies.

**Total Hours Worked by Paraprofessionals-Document Analysts**
**April 2007**

| LAST NAME, FIRST NAME | HOURS |
|---|---:|
| ALLEN, DEBORAH S. | 36.7 |
| ARMSTRONG, ANGELA R. | 51.2 |
| BATES, TRACEY C. | 36.8 |
| BRELAND, SUSAN | 41.4 |
| BUTLER, ASHLEY N. | 38.0 |
| BYRD, KIM A. | 63.8 |
| CRABTREE, CHERYL L. | 50.4 |
| CRAINE, RHONDA B. | 5.4 |
| CRUMP, ESANDRA D. | 61.1 |
| DAVIS, JACKIE A. | 59.3 |
| DAVIS, LACEY E. | 57.4 |
| DEEMER, JR., WILLIAM M. | 14.5 |
| EPPS, REGINA D. | 50.6 |
| FICKLIN, ASHLEY M. | 53.9 |
| FOREST-WILDER, MACHANDRA | 62.6 |
| GRANT, CATHY M. | 59.0 |
| GRAY, SHIRLEY A. | 74.2 |
| HALES, MICHELLE W. | 55.6 |
| HUTTON, PRISCILLA | 35.5 |
| KEELER, VALENCIA D. | 44.4 |
| LAURO, VALERIE M. | 53.4 |
| MAYS, SHELIA G. | 60.2 |
| MCKINNEY, KRISTIE N. | 60.7 |
| MCMILLAN, SHELLY B. | 41.4 |
| MILLENBAH, PHYLLIS M. | 65.6 |
| MILLER, VIRGINIA | 47.2 |
| MITCHELL, DANA K. | 52.4 |
| MOORE, JONI L. | 59.1 |
| NORWOOD, KELSEY N. | 27.9 |
| PAYTON, SHANTAYE Q. | 54.4 |
| PEETS, HALEY E. | 67.7 |
| PENNINGTON, SHARRON M. | 56.7 |
| REDMOND, TAMMIE A. | 58.9 |
| SANDERS, JENNIFER L. | 9.7 |
| SAYLES, BARBARA | 62.3 |
| SCHOPMEYER, MAYA D. | 7.3 |
| SMITH, GLINDA R. | 23.6 |
| TOIGO, DANTE W. | 60.0 |
| TROLIO, BILL H. | 62.1 |
| WALKER, JIMMY D | 52.4 |
| YOUNG, ASHLEE C. | 61.4 |
| TOTAL | 1996.2 |

## Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/1/2007 | W.G. Watkins | 7.3 | Prepare for April 2, 2007 omnibus hearing in Wilmington, Delaware on Petition to Retain FPWKT as Special Third Party Discovery counsel, including review of summary of all work performed on behalf of Debtors and outstanding fees and expenses owed by same |
| 4/1/2007 | Marcy Croft | 6.3 | Prepare for April 2, 2007 omnibus hearing in Wilmington, Delaware on petition to retain Forman Perry Watkins Krutz & Tardy as Special Third Party Discovery counsel, including review with W. Watkins the summary of all work performed on behalf of debtors and outstanding fees and expenses owed by same |
| 4/2/2007 | W.G. Watkins | 10.4 | Prepare for and attend hearing on debtors' petition to retain Forman Perry Watkins Krutz & Tardy LLP as Special Third Party Discovery Counsel in Wilmington, Delaware and follow-up with co-counsel regarding same |
| 4/2/2007 | Marcy Croft | 10.4 | Prepare for and attend hearing on debtors' petition to retain Forman Perry Watkins Krutz & Tardy LLP as Special Third Party Discovery Counsel in Wilmington, Delaware and follow-up with co-counsel regarding same |

## Matter 32 - Fee Application, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/4/2007 | Marcy Croft | 6.3 | Begin work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/4/2007 | Anna Williamson | 0.5 | Assist in preparation of Fee Application to be Filed April 26, 2007 |
| 4/6/2007 | Marcy Croft | 7.5 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/9/2007 | Marcy Croft | 8.4 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/10/2007 | Marcy Croft | 8.1 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/10/2007 | Anna Williamson | 0.5 | Assist in preparation of Fee Application to be Filed April 26, 2007 |
| 4/12/2007 | Marcy Croft | 6.5 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/13/2007 | Marcy Croft | 5.2 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/16/2007 | Marcy Croft | 5.1 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/17/2007 | Marcy Croft | 7.7 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/18/2007 | Marcy Croft | 3.8 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/20/2007 | Marcy Croft | 8.3 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |

## Matter 32 - Fee Application, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/20/2007 | Amanda Summerlin | 0.2 | Begin work on latest draft of April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/23/2007 | Marcy Croft | 10.9 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/23/2007 | Amanda Summerlin | 9.1 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/23/2007 | Amanda Summerlin | 0.2 | Multiple electronic correspondence with co-counsel regarding draft of April 2007 Fee Application |
| 4/23/2007 | Ashley Calhoun | 10.7 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/24/2007 | Marcy Croft | 12.1 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/24/2007 | Ashley Calhoun | 15.7 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 4/25/2007 | Marcy Croft | 5.1 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |