IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |

## EXPENSE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S FEE APPLICATION FOR THE PERIOD APRIL 1, 2007 TO APRIL 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT B

## FPWKT Expense Summary for All Matters

| Service Description | Amount |
|---|---|
| Airfare | $6,638.60 |
| Computer/Westlaw Research | $1.84 |
| Express Mail | $53.50 |
| Hotel | $3,708.17 |
| Car Rental | $614.98 |
| Mileage Reimbursement | $91.18 |
| Other Travel Expenses | $110.78 |
| Photocopy | $423.15 |
| Telephone | $9.18 |
| Working Meals/FPWK&T Only | $585.38 |
| TOTAL EXPENSES | $12,245.78 |

## Matter 21 - Claims Analysis Rejection and Resolution (Asbestos) - Expenses

| Date | Amount | Description |
|---|---|---|
| 4/3/2007 | $8.15 | Express Mail to Charleston, WV |
| 4/4/2007 | $8.10 | Photocopies |
| 4/5/2007 | $4.88 | Working Meals/FPWK&T Only, 1 person, March 27-29, 2007 |
| 4/5/2007 | $17.00 | Other Travel, Parking Fees, March 27-29, 2007 |
| 4/5/2007 | $61.60 | Mary Margaret Ratliff, Attorney Airfare, Jackson, MS to Austin, TX, March 27-29, 2007 |
| 4/5/2007 | $414.82 | Mary Margaret Ratliff, Attorney Hotel, and Staffmembers' Hotel, Austin, TX, March 27-29, 2007 |
| 4/5/2007 | $123.35 | Mary Margaret Ratliff, Working Meals and Tips, FPWK&T Only, Austin, TX, March 27-29, 2007 |
| 4/5/2007 | $231.62 | Mary Margaret Ratliff, Attorney Car Rental, Austin, TX, March 27-29, 2007 |
| 4/5/2007 | $22.78 | Mary Margaret Ratliff, Parking Fees, March 27-29, 2007 |
| 4/5/2007 | $116.10 | Photocopies |
| 4/9/2007 | $0.26 | Long Distance Call to Denver, CO |
| 4/9/2007 | $0.15 | Long Distance Call to Birmingham, AL |
| 4/10/2007 | $8.40 | Photocopies |
| 4/11/2007 | $127.80 | Photocopies |
| 4/11/2007 | $10.41 | Express Mail to Gulfport, MS |
| 4/12/2007 | $91.18 | Ashley Calhoun, Attorney Mileage Reimbursement, roundtrip travel Jackson, Mississippi to Meridian, Mississippi |
| 4/12/2007 | $73.98 | Ashley Calhoun, Working Meal, FPWK&T and Others, Meridian, Mississippi |
| 4/16/2007 | $1.28 | Long Distance Call to Denver, CO |
| 4/17/2007 | $15.30 | Photocopies |
| 4/17/2007 | $0.89 | Long Distance Call to Austin, TX |
| 4/17/2007 | $0.09 | Long Distance Call to Austin, TX |
| 4/17/2007 | $0.87 | Long Distance Call to Austin, TX |
| 4/18/2007 | $1.84 | Computer Research Fee, PACER Service Center |
| 4/18/2007 | $199.40 | Ceejaye Sneddon, Attorney Airfare, Jackson, MS to Austin, TX for Document Production, April 18-20, 2007 |
| 4/18/2007 | $1,312.00 | Mary Margaret Ratliff, Attorney Airfare, and Staffmembers' Airfare, Jackson, MS to Austin, Texas, April 16-27, 2007 |
| 4/19/2007 | $66.00 | Photocopies |
| 4/20/2007 | $2.70 | Photocopies |
| 4/23/2007 | $13.65 | Photocopies |
| 4/24/2007 | $5.40 | Photocopies |
| 4/24/2007 | $0.09 | Long Distance Call to Denver, CO |
| 4/24/2007 | $2.28 | Long Distance Call to Chicago, IL |
| 4/25/2007 | $24.90 | Photocopies |
| 4/25/2007 | $3.06 | Long Distance Call to Denver, CO |
| 4/26/2007 | $302.40 | Mary Margaret Ratliff, Attorney Airfare, Jackson, MS to Austin, Texas, April 24-26, 2007 |
| 4/26/2007 | $1,805.65 | Mary Margaret Ratliff, Attorney Hotel, and Staffmembers' Hotel, Austin, Tx, April 16-20, 2007 |
| 4/26/2007 | $264.66 | Mary Margaret Ratliff, Working Meals and Tips, FPWK&T Only, Austin, TX, April 16-20 |
| 4/26/2007 | $212.23 | Mary Margaret Ratliff, Attorney Car Rental, Austin, TX, April 16-20 |

**Matter 21 - Claims Analysis Rejection and Resolution (Asbestos) - Expenses**

| Date | Amount | Description |
|---|---|---|
| 4/26/2007 | $15.00 | Mary Margaret Ratliff, Attorney Parking Fees, Austin, TX, April 16-20 |
| 4/27/2007 | $28.05 | Photocopies |
| 4/30/2007 | $15.75 | Photocopies |
| 4/30/2007 | $34.94 | Express Mail to Chicago, IL |
| 4/30/2007 | $0.21 | Long Distance Call to Delaware |

## Matter 30 - Hearings - Expenses

| Date | Amount | Description |
|---|---|---|
| 4/12/2007 | $2,381.60 | Marcy Croft, Attorney Airfare, Jackson, Mississippi to Philadelphia, PA, April 1-3, 2007 |
| 4/12/2007 | $1,487.70 | Marcy Croft, Attorney Hotel, Philadelphia, PA, April 1-3, 2007 |
| 4/12/2007 | $74.68 | Marcy Croft, Working Meals, FPWK&T Only, April 1-3, 2007 |
| 4/12/2007 | $171.15 | Marcy Croft, Attorney Car Rental, Philadelphia, PA, April 1-3, 2007 |
| 4/12/2007 | $56.00 | Marcy Croft, Parking Fees, April 1-3, 2007 |
| 4/12/2007 | $2,381.60 | Walter Watkins, Attorney Airfare, Jackson, MS to Philadelphia, PA, April 1-3, 2007 |
| 4/12/2007 | $43.83 | Walter Watkins, Working Meals and Tips, FPWK&T Only, April 1-3, 2007 |