# EXHIBIT 2

## Dkt No. 15759 - 18th Omni Obj
## for WR Grace

Total number of parties: 5

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24680 | DOW CHEMICAL COMPANY, HAMPSHIRE CHEMICAL CORP, THE DOW CHEMICAL COMPANY, MICHAEL T KAY & NANCY DRAVES, ESQS, 2030 DOW CENTER, MIDLAND, MI 48674 | US Mail (1st Class) |
| 24680 | HAMPSHIRE CHEMICAL CORP, C/O DILWORTH PAXSON LLP, ANNE MARIE P KELLEY ESQ, LIBERTYVIEW-STE 700, 457 HADDONFIELD RDPO BOX 2570, CHERRY HILL, NJ 08034 | US Mail (1st Class) |
| 24680 | NL INDUSTRIES, ARCHER & GREINER PC, JOHN V FIORELLA, 1300 N MARKET ST, STE 700, WILMINGTON, DE 19801 | US Mail (1st Class) |
| 24680 | NL INDUSTRIES INC, C/O JOHN V FIORELLA ESQUIRE, ARCHER & GREINER PC, PO BOX 3000, HADDONFIELD, NJ 08033-0968 | US Mail (1st Class) |
| 24680 | NL INDUSTRIES INC, C/O JOHN N FIORELLA ESQUIRE, ARCHER & GREINER PC, PO BOX 3000, HADDONFIELD, NJ 08033-0968 | US Mail (1st Class) |

Subtotal for this group: 5