# EXHIBIT 2

## Dkt No. 15758 - 32nd Omni Obj
## for WR Grace

Total number of parties: 3

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24679 | ANDREWS & KURTH LLP, (RE: WEATHERFORD INTERNATIONAL INC), 450 LEXINGTON AVE 15TH FL, NEW YORK, NY 10017 | US Mail (1st Class) |
| 24679 | ANDREWS & KURTH LLP, 450 LEXINGTON AVE 15TH FL, NEW YORK, NY 10017 | US Mail (1st Class) |
| 24679 | WEATHERFORD INTERNATIONAL INC, ATTN: BURT MARTIN, 515 POST OAK BLVD STE 600, HOUSTON, TX 77027 | US Mail (1st Class) |

Subtotal for this group: 3

WR Grace

page 9 of 9