# EXHIBIT 2

## Dkt No.15699 - Corr Ord Exp Claim for WR Grace

**Total number of parties: 2**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24667 | MOORE, PHILLIP SHAWN, 680 A ADAMS ROAD, BENSON, NC 27504 | US Mail (1st Class) |
| 24667 | PAULETTE, MARCELLA M, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903-7909 | US Mail (1st Class) |

**Subtotal for this group: 2**