IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) <br> ) Jointly Administered |
| Debtors. | ) |

**NOTICE OF WITHDRAWAL OF THE CERTIFICATE OF NO OBJECTION
REGARDING THE INTERIM FEE APPLICATION
FOR COMPENSATION FOR THE PERIOD OF
OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006
FILED BY L. TERSIGNI CONSULTING (D.I. 14827)**

**PLEASE TAKE NOTICE,** that The Official Committee of Asbestos Personal Injury Claimants, hereby gives notice of the withdrawal of its filing of Docket No. 14827, Certificate of No Objection Regarding the Interim Fee Application for Compensation for the Period of October 1, 2006 through December 31, 2006.

Date: June 1, 2007

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/Kathleen Campbell Davis*

Marla R. Eskin  (No. 2989)
Kathleen Campbell Davis(No. 4229)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0087109.1 }