IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) <br> ) Jointly Administered |
| Debtors. | ) |

**NOTICE OF WITHDRAWAL OF THE CERTIFICATE OF NO OBJECTION
REGARDING THE MONTHLY FEE APPLICATION
FOR COMPENSATION FOR THE PERIOD OF
MARCH 1, 2007 THROUGH MARCH 31, 2007
FILED BY L. TERSIGNI CONSULTING (D.I. 15880)**

**PLEASE TAKE NOTICE,** that The Official Committee of Asbestos Personal Injury Claimants, hereby gives notice of the withdrawal of the filing of Docket No. 15880, Certificate of No Objection Regarding the Monthly Fee Application for Compensation for the Period of March 1, 2007 through March 31, 2007.

Date: June 1, 2007

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/Kathleen Campbell Davis*
Marla R. Eskin  (No. 2989)
Kathleen Campbell Davis(No. 4229)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0087110.1 }