IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related to Docket No. 9315 |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION AND
AGREED ORDER EXPUNGING PROPERTY DAMAGE CLAIMS**

1. The Debtors and Speights & Runyan have entered into the attached Stipulation and Agreed Order Expunging Property Damage Claims (the "Stipulation") withdrawing the claims of Hudson's Bay Company, Zellers (Claim No. 11618), Calgary Board of Education, Southwood Elementary (Claim No. 12293), Toronto District School Board, Bloor Collegiate Institute (Claim No. 12303), Toronto District School Board, Bloor Collegiate Institute (Claim No. 12305), Toronto District School Board, Elm Lea Junior School (Claim No. 12306), Toronto District School Board, Fairmont Junior Public School (Claim No. 12307), Toronto District School Board, Humberside Collegiate Institute (Claim No. 12308), Toronto District

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

- 2 -

School Board, Monarch Park Secondary School (Claim No. 12310), Toronto District School Board, Oakwood Collegiate Institute (Claim No. 12311), Toronto District School Board, Old Administration Building (Claim No. 12312), Toronto District School Board, Perth Avenue Junior Public School (Claim No. 12313), Toronto District School Board, Western Technical Commercial School (Claim No. 12316), Toronto District School Board, Withrow Avenue Junior Public School (Claim No. 12317), William Osler Health Center (Claim No. 12322) and the Calgary Board of Education, Sir James Lougheed Elementary (Claim No. 12331).

2.   The parties have agreed on the proposed form of Order attached as Exhibit A to the Stipulation.

3.   Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.


Dated: June  ) , 2007          REED SMITH LLP
                               James J. Restivo, Jr.
                               Lawrence Flatley
                               Douglas E. Cameron
                               Traci S. Rea
                               435 Sixth Avenue
                               Pittsburgh, PA  15219
                               Telephone:  (412) 288-3131
                               Facsimile:   (412) 288-3063

                               -and-

- 3 -

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
Samuel Blatnick
Michael Dierkes
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession