# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | **Chapter 11** |
| ) | |
| W.R. Grace & Co., et al., ) | **Case No. 01-01139 (JKF)** |
| ) | |
| Debtors. ) | **(Jointly Administered)** |
| ) | |

## STIPULATION AND AGREED ORDER
## EXPUNGING PROPERTY DAMAGE CLAIMS

The Debtors and Speights & Runyan hereby stipulate and agree as follows:

1.  Speights & Runyan agrees to withdraw claims numbers 11618 (Hudson's Bay Company, Zellers), 12293 (Calgary Board Of Education, Southwood Elementary), 12303 (Toronto District School Board, Bloor Collegiate Institute), 12305 (Toronto District School Board, Bloor Collegiate Institute), 12306 (Toronto District School Board, Elm Lea Junior School), 12307 (Toronto District School Board, Fairmont Junior Public School), 12308 (Toronto District School Board, Humberside Collegiate Institute), 12310 (Toronto District School Board, Monarch Park Secondary School), 12311 (Toronto District School Board, Oakwood Collegiate Institute), 12312 (Toronto District School Board, Old Administration Building), 12313 (Toronto District School Board, Perth Avenue Junior Public School), 12316 (Toronto District School Board, Western Technical Commercial School), 12317 (Toronto District School Board, Withrow Avenue Junior Public School), 12322 (William Osler Health Center), and 12331 (Calgary Board Of Education, Sir James Lougheed Elementary).

2.  The Debtors and Speights & Runyan shall submit an agreed Order to the Court, attached hereto as Exhibit A, withdrawing and expunging the PD claim numbers 11618 (Hudson's Bay Company, Zellers), 12293 (Calgary Board Of Education, Southwood

Elementary), 12303 (Toronto District School Board, Bloor Collegiate Institute), 12305 (Toronto District School Board, Bloor Collegiate Institute), 12306 (Toronto District School Board, Elm Lea Junior School), 12307 (Toronto District School Board, Fairmont Junior Public School), 12308 (Toronto District School Board, Humberside Collegiate Institute), 12310 (Toronto District School Board, Monarch Park Secondary School), 12311 (Toronto District School Board, Oakwood Collegiate Institute), 12312 (Toronto District School Board, Old Administration Building), 12313 (Toronto District School Board, Perth Avenue Junior Public School), 12316 (Toronto District School Board, Western Technical Commercial School), 12317 (Toronto District School Board, Withrow Avenue Junior Public School), 12322 (William Osler Health Center), and 12331 (Calgary Board Of Education, Sir James Lougheed Elementary).

Speights & Runyan

By: _____
Daniel Speights        by JEC

Reed Smith LLP

By: _____
James J. Restivo, Jr.

Dated: June 1, 2007

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to Docket No. 9315 |
| | ) | Docket No. _____ |

**ORDER DISALLOWING AND EXPUNGING
PROPERTY DAMAGE CLAIMS, NOS. 11618, 12293, 12303, 12305,
12306, 12307, 12308, 12310, 12311, 12312, 12313, 12316, 12317, 12322, AND 12331**

AND NOW, this ___ day of June, 2007, it is ORDERED, ADJUDGED and DECREED that claim numbers 11618 (Hudson's Bay Company, Zellers), 12293 (Calgary Board Of Education, Southwood Elementary), 12303 (Toronto District School Board, Bloor Collegiate Institute), 12305 (Toronto District School Board, Bloor Collegiate Institute), 12306 (Toronto District School Board, Elm Lea Junior School), 12307 (Toronto District School Board, Fairmont Junior Public School), 12308 (Toronto District School Board, Humberside Collegiate Institute), 12310 (Toronto District School Board, Monarch Park Secondary School), 12311 (Toronto District School Board, Oakwood Collegiate Institute), 12312 (Toronto District School Board, Old Administration Building), 12313 (Toronto District School Board, Perth Avenue Junior Public School), 12316 (Toronto District School Board, Western Technical Commercial School), 12317 (Toronto District School Board, Withrow Avenue Junior Public School), 12322 (William

Osler Health Center), and 12331 (Calgary Board Of Education, Sir James Lougheed Elementary) are hereby disallowed and expunged.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge