**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on June 1, 2007, I caused a copy of *Official Committee Of Asbestos Personal Injury Claimants' Supplemental (June 1, 2007) Set Of Interrogatories And Requests For Production Of Documents Directed To The Debtors* to be served upon the following in the manner indicated:

| **Hand Delivery** | **Federal Express** | **Federal Express** |
|---|---|---|
| Laura Davis Jones, Esquire | David Bernick, Esquire | Barbara Harding, Esquire |
| James O'Neill, Esquire. | Kirkland & Ellis | Kirkland & Ellis |
| Pachulski, Stang, Ziehl, Young, | Citigroup Center | 655 Fifteenth Street, N.W. |
| Jones & Weintraub, LLP | 153 East 53rd Street | Washington, D.C. 20005-5793 |
| 919 North Market Street, 17th Floor | New York, NY 10022-4611 | |
| Wilmington, DE 19899-8705 | | |

In addition, I caused a copy of the *Official Committee Of Asbestos Personal Injury Claimants' Supplemental (June 1, 2007) Set Of Interrogatories And Requests For Production Of Documents Directed To The Debtors* to be served upon the individuals on the attached Exhibit A via e-mail.

Dated: June 1, 2007                                    CAMPBELL & LEVINE, LLC

                                                                /S/ Mark Hurford
                                                                Mark T. Hurford  (No. 3299)
                                                                800 King Street, Suite 300
                                                                Wilmington, DE 19801
                                                                (302) 426-1900

{D0087132.1 }