# EXHIBIT C

SSL-DOCS1 1806036v2

## WR GRACE & CO
## SUMMARY OF FEES
### JANUARY 1, 2007 - MARCH 31, 2007

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Greenberg, Mayer | 2.0 | $ 760 | $ 1,520.00 |
| Kruger, Lewis | 72.8 | 860 | 62,608.00 |
| Pasquale, Kenneth | 95.2 | 720 | 68,544.00 |
| | | | |
| **Associates** | | | |
| Eichler, Mark | 5.6 | 605 | 3,388.00 |
| Gutierrez, James S. | 26.9 | 420 | 11,298.00 |
| Krieger, Arlene G. | 249.1 | 605 | 150,705.50 |
| Papir, Ryan M. | 5.6 | 465 | 2,604.00 |
| Pearsall, Alison | 5.8 | 380 | 2,204.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 65.7 | 255 | 16,753.50 |
| Davidson, Andrew S. | 0.5 | 165 | 82.50 |
| Mohamed, David | 135.2 | 165 | 22,308.00 |
| | | | |
| **Sub Total** | 664.4 | | $ 342,015.50 |
| **Less 50% Travel** | (13.2) | | (10,065.00) |
| **Total** | 651.2 | | $ 331,950.50 |