# EXHIBIT D

SSL-DOCS1 1806036v2

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## JANUARY 1, 2007 - MARCH 31, 2007

| | |
|---|---:|
| Outside Messenger Service | $ 289.75 |
| Meals | 160.47 |
| Local Transportation | 366.39 |
| Long Distance Telephone | 179.13 |
| Duplicating Costs-in House | 38.40 |
| Filing Fees | 802.50 |
| O/S Information Services | 148.64 |
| Court Reporting Services | 5,078.76 |
| Word Processing | 48.00 |
| Facsimile Charges | 13.00 |
| Travel Expenses - Transportation | 2,208.73 |
| Travel Expenses - Lodging | 957.34 |
| Westlaw | 399.04 |
| | |
| **TOTAL** | **$ 10,690.15** |

SSL-DOCS1 1806036v2