**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| _____ ) <br> ) <br> **IN RE:** ) <br> ) <br> **W.R. GRACE & CO.,** *et al.*, ) <br> ) <br> ) <br> **Debtors.** ) <br> ) <br> ) <br> ) <br> _____ ) | **Chapter 11** <br><br> **Case No. 01-01139 (JKF)** <br> **Jointly Administered** <br><br><br> **Response Date:  June 14, 2007** <br> **Hearing Date:  June 21, 2007** |

### NOTICE OF MOTLEY RICE LLC'S MOTION FOR A PROTECTIVE ORDER

**TO:  THE ABOVE-CAPTIONED DEBTORS:**

Motley Rice LLC ("Motley Rice" or, alternatively, "Movant") has filed the attached Motion for Protective Order and supporting documents ("Motion") which seeks, an order quashing the Notice of Deposition of Motley Rice LLC filed by Debtor on or about May 18, 2007.

You are required to file a response to the Motion on or before **JUNE 14, 2007 AT 4:00 P.M. E.S.T.** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon Movant's attorneys:

John E. Herrick
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Tel. (843) 216-9000
Fac. (843) 216-9440
Email:  jherrick@motleyrice.com

-and-

Susan E. Kaufman

Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801
Tel (302) 658-1800
Fac. (302) 658-1473
Email: skaufman@hgkde.com

A HEARING ON THE MOTION WILL BE HELD ON **JUNE 21, 2007 AT 8:30 A.M.** BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 5490 USX TOWER, PITTSBURGH, PA, 15219.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 4, 2007.

RESPECTFULLY SUBMITTED,

/s/ John E. Herrick
JOHN E. HERRICK
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Tel. (843) 216-9000
Fac. (843) 216-9440
Email: jherrick@motleyrice.com

COUNSEL FOR VARIOUS
ASBESTOS PERSONAL INJURY
CLAIMANTS