## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____)
                                    )

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **W.R. GRACE & CO.,** *et al.*, | **Case No. 01-01139 (JKF)** |
| | **Jointly Administered** |
| **Debtors.** | |
| | **Ref. Docket No. _____** |

_____)

### ORDER GRANTING MOTLEY RICE LLC'S MOTION FOR PROTECTIVE ORDER

Upon consideration of Motley Rice LLC's Motion for Protective Order, the Memorandum in Support of Motley Rice's Motion for Protective Order and Exhibits attached, and all oppositions and responses thereto;

IT IS HEREBY ORDERED THAT:

1. Motley Rice LLC's Motion for Protective Order is GRANTED; and it is further ordered that

2. The Deposition of Motley Rice LLC noticed for June 22, 2007 and subsequently suspended is hereby quashed.

SO ORDERED AND ADJUDGED

Date: _____, 2007

                                    _____
                                    The Honorable Judith K. Fitzgerald
                                    United States Bankruptcy Judge