# EXHIBIT B

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SUSPENDED DEPOSITIONS

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that the depositions of the parties listed on Exhibit A hereto,

noticed by W.R. Grace on May 18, 2007 pursuant to Rule 30 of the Federal Rules of Civil

Procedure, made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure,

concerning the activities undertaken to respond to the W. R. Grace Asbestos Personal Injury

Questionnaire on behalf of certain claimants, have been suspended pending the hearing set by the

Court for June 21, 2007 on the Asbestos Personal Injury Committee's anticipated Motion for

Protective Order and/or to Quash to be filed with respect to such depositions. The depositions

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.),
W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc.,
CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food
'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and
Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited
Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

shall be rescheduled, as appropriate, after the June 21, 2007 hearing and you will be notified of

the new dates.

Dated: May _31_, 2007

> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Lisa G. Esayian
> Janet S. Baer
> Michael T. Dierkes
> 200 East Randolph Drive
> Chicago, Illinois 60601
> (312) 861-2000
> (312) 861-2200 (fax)
>
> and
>
> PACHULSKI STANG ZIEHL YOUNG JONES &
> WEINTRAUB LLP
>
> _James E O'Neill_
>
> Laura Davis Jones (Bar No. 2436)
> James E. O'Neill (Bar No. 4042)
> Timothy P. Cairns (Bar No. 4228)
> 919 North Market Street, 17th Floor
> P.O. Box 8705
> Wilmington, Delaware 19899-8705
> (Courier 19801)
> Telephone: (302) 652-4100
> Facsimile:   (302) 652-4400
>
> Co-Counsel for the Debtors and Debtors in
> Possession

2

# EXHIBIT A

# Exhibit A

| Deponent Name | Original Date of Deposition |
|---|---|
| **Baron & Budd, PC** | June 20, 2007 |
| Ms. Natalie Duncan<br>Baron & Budd, PC<br>3102 Oak Lawn Ave, Suite 1100<br>Dallas, TX 75219<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | |
| **Cooney & Conway** | June 11, 2007 |
| Ms. Kathy Byrne<br>Cooney & Conway<br>120 N. LaSalle<br>Chicago, IL 60602 | |
| **Early Ludwick & Sweeney** | June 27, 2007 |
| Mr. Brian Kenney<br>Early Ludwick & Sweeney, LLC<br>One Century Tower<br>11th Floor<br>265 Church Street<br>New Haven, CT 06508<br><br>Mr. Leonard Busby<br>Ms. Natalie Ramsey<br>MMWR<br>123 South Broad Street<br>Philadelphia, PA 19109 | |
| **Edward O. Moody** | June 11, 2007 |
| Ms. Jennifer Peachey<br>Edward O. Moody, PA<br>801 W. 4th Street<br>Little Rock, AR 72201 | |
| **Ferraro & Associates** | June 13, 2007 |
| Mr. David Jagolinzer<br>Ferraro & Associates, PA<br>200 S. Biscayne Blvd.<br>Suite 3800 | |

| Deponent Name | Original Date of Deposition |
|---|---|
| Miami, FL 33131 | |
| **Foster & Sear, LLP** | June 19, 2007 |
| Mr. Scott Wert<br>Foster & Sear, LLP<br>524 E. Lamar Blvd.<br>Suite 200<br>Arlington, TX 76011<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | |
| **Kazan, McClain, Abrams, Fernandez, Lyons, Farrise, & Greenwood, A Professional Law Corporation** | June 15, 2007 |
| Mr. Steven Kazan<br>Kazan, McClain, Abrams, Fernandez, Lyons, Farrise, & Greenwood, A Professional Law Corporation<br>171 Twelfth Street<br>Third Floor<br>Oakland, CA 94607<br><br>Mr. Leonard Busby<br>Ms. Natalie Ramsey<br>MMWR<br>123 South Broad Street<br>Philadelphia, PA 19109 | |
| **Kelley & Ferraro, LLP** | June 18, 2007 |
| Mr. Thomas Wilson<br>Kelley & Ferraro, LLP<br>1901 Penton Media Building<br>1300 East Ninth Street<br>Cleveland, OH 44114 | |
| **Law Offices of Peter G. Angelos** | June 19, 2007 |
| Mr. Paul Matheny<br>Law Offices of Peter G. Angelos, PC<br>5905 Hartford Road<br>Balitmore, MD 21214<br><br>Mr. Sander Esserman | |

| Deponent Name | Original Date of Deposition |
|---|---|
| Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | |
| **LeBlanc & Waddell**<br><br>Mr. J. Burton LeBlanc<br>6955 Perkins Road<br>Suite 100<br>Baton Rouge, LA 70808<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | June 13, 2007 |
| **Alwyn H. Luckey, PA**<br><br>Alwyn H. Luckey<br>2016 Bienville Blvd.<br>Ocean Springs, MS 39566 | June 14, 2007 |
| **Maples & Lomax**<br><br>Mr. Scott Nelson<br>Maples & Lomax, PA<br>2502 Market Street<br>Pascagoula, MS 39568 | June 15, 2007 |
| **Motley Rice, LLC**<br><br>Mr. John Baden<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464 | June 22, 2007 |
| **Paul, Hanley & Harley, LLP**<br><br>Mr. Philip A. Harley<br>Paul, Hanley & Harley, LLP<br>1608 Fourth Street<br>Suite 300<br>Berkley, CA 94710<br><br>Mr. Leonard Busby<br>Ms. Natalie Ramsey | June 14, 2007 |

| Deponent Name | Original Date of Deposition |
|---|---|
| MMWR<br>123 South Broad Street<br>Philadelphia, PA 19109 | |
| **Provost Umphrey**<br><br>Mr. Colin Moore<br>Provost Umphrey, LLP<br>490 Park Street<br>Beaumont, TX 77704<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | June 20, 2007 |
| **Reaud Morgan & Quinn**<br><br>Mr. Chris Portner<br>Reaud Morgan & Quinn<br>801 Laurel Street<br>Beaumont, TX 77720<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | June 19, 2007 |
| **Silber Pearlman, LLP**<br><br>Mr. Michael Hanners<br>Silber Pearlman, LLP<br>The Centrum<br>3102 Oak Lawn Avenue<br>Suite 400<br>Dallas, TX 75219<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | June 22, 2007 |
| **The Wartnick Law Firm**<br><br>Mr. Stephen M. Tigerman | June 13, 2007 |

4

| Deponent Name | Original Date of Deposition |
|---|---|
| The Wartnick Law Firm<br>650 California<br>Fifteenth Floor<br>San Francisco, CA 94108<br><br>Mr. Leonard Busby<br>Ms. Natalie Ramsey<br>MMWR<br>123 South Broad Street<br>Philadelphia, PA 19109 | |
| **Waters & Kraus, LLP**<br><br>Mr. Peter Kraus<br>Waters & Kraus, LLP<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204<br><br>Mr. Leonard Busby<br>Ms. Natalie Ramsey<br>MMWR<br>123 South Broad Street<br>Philadelphia, PA 19109 | June 21, 2007 |
| **Weitz & Luxenberg, PC**<br><br>Mr. Arthur Luxenburg<br>Weitz & Luxenburg, PC<br>180 Maiden lane<br>New York, NY 10038<br><br>Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | June 20, 2007 |
| **Williams Bailey Law Firm, LLP**<br><br>Mr. Robert Shuttlesworth<br>Williams Bailey Law Firm, LLP<br>8441 Gulf Freeway<br>Suite 600<br>Houston, TX 77017<br><br>Mr. Sander Esserman | June 21, 2007 |

5

| Deponent Name | Original Date of Deposition |
|---|---|
| Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | |

6