# EXHIBIT G

```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


IN RE:                             . Case No. 01-1139(JKF)
                                   .
W.R. GRACE & CO.,                  . USX Tower - 54th Floor
et al.,                            . 600 Grant Street
                                   . Pittsburgh, PA  15219
            Debtors.               .
                                   . May 2, 2007
. . . . . . . . . . . . . . . . . . 2:06 p.m.


                       TRANSCRIPT OF HEARING
              BEFORE HONORABLE JUDITH K. FITZGERALD
               UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtors:            Reed Smith, LLP
                            By:  JAMES J. RESTIVO, JR., ESQ.
                                 TRACI REA, ESQ.
                            435 Sixth Avenue
                            Pittsburgh, PA  15219

                            Pachulski, Stang, Ziehl, Young,
                             Jones & Weintraub, P.C.
                            By:  JAMES E. O'NEILL, ESQ.
                            919 North Market Street
                            17th Floor
                            P.O. Box 8705
                            Wilmington, DE  19899
```

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

---

**J&J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609) 586-2311    Fax No.  (609) 587-3599

1   cases, it's not even known by these law firms what that initial
2   diagnostic read was because they don't even have it. It took
3   place in the hands of another law firm. So we now have a
4   problem of what to do because the responses that we've gotten
5   on the B-reads says that they're being withheld on grounds of
6   privilege have surfaced that we don't even know the earlier
7   medical history and the B-reads that we don't have because
8   they're in somebody else's hands.
9           Now that problem is not a small problem because it
10  not only relates to compliance with the B read order, it
11  relates to the questionnaires themselves. And Your Honor will
12  recall that way back when when we put together these
13  questionnaires, I specifically asked -- we specifically asked
14  to conduct discovery of the law firms and not just the law
15  firm, but any law firm, because it's the law firms that have
16  the documents. Your Honor then said go to the doctors, that is
17  the doctors will have whatever information is there. And in
18  fact, we did go to the doctors. Went to a lot of the doctors
19  in the context of trying to subpoena records.
20          But the questionnaire then said that the lawyers had
21  to go to all of the doctors themselves. That is to say any
22  claimant had to give us the documents that were in the
23  possession of any doctor. The questionnaire itself reads out
24  very broadly. It says give me all of the medical records that
25  relate to your condition. It doesn't say it's confined to