# EXHIBIT H

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors | ) Related to 15078, 12858, 14079, 15152, 15905 |
| | 5/21/07 agenda item 18 | |

### NEWLY AMENDED CASE MANAGEMENT ORDER
### FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

The following dates contained in the Order Regarding Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (Docket No. 15078) (April 2, 2007) are amended as follows:

- June 11, 2007-- Experts who will testify as to matters other than the number, amount, and value of present and future asbestos claims may file supplemental or rebuttal reports;

- June 18, 2007-- All parties seeking to call one or more experts to testify as to the number, amount, and value of present and future asbestos claims shall produce and serve a report in compliance with Federal Rule of Civil Procedure 26(a)(2) from each expert;

- June 21, 2007 – Hearing on ACC Motion for Protective Order concerning Depositions of Claimant Law Firms; Status Conference on the Schedule

- July 24, 2007-- Experts who will testify as to matters other than the number, amount, and value of present and future asbestos claims may file supplemental or rebuttal reports;

- July 30, 2007-- Status conference with the Court;

- August 8, 2007-- Experts who will testify as to the number, amount, and value of present and future asbestos claims may file supplemental or rebuttal reports;

- August 20, 2007-- Deadline for all parties seeking to call one or more non-expert witnesses to testify to make a good faith effort to compile a final list of such non-expert(s), and/or substitute one or more non-experts not previously designated;

- August 20, 2007-- Deadline for all parties seeking to call one or more non-expert witnesses to testify to make a good faith effort to compile a final list of such non-expert(s), and/or substitute one or more non-experts not previously designated;

- TBD (but not later than October 31, 2007)-- Deadline for the completion of all non-expert written and deposition discovery, including discovery from claimants or other persons or entities who are not expert witnesses;

- October 31, 2007 -- Deadline for the completion of all expert written and deposition discovery;

- T.B.D. -- Deadline for the submission of pre-trial binders, which shall contain, *inter alia*, (i) trial briefs; (ii) a proposed pretrial order signed by counsel for each party participating in the Asbestos PI Estimation Hearing; (iii) copies of all exhibits to be offered and all schedules and summaries to be used at the Asbestos PI Estimation Hearing pre-marked for identification; (iv) stipulations regarding the admissibility of exhibits; and (v) objections to exhibits.

- T.B.D. – *Daubert* motions filed, responses to Daubert motions to be due 21 days later;

- T.B.D. -- Estimation Hearing Dates.

## Expedited Motion Protocol

In the event a party needs to file a motion requiring the Court's immediate attention, the motions practice shall proceed according to the following schedule:

- Party files motion;

- Responses must be filed within 14 days of service of the motion;

- Replies must be filed within 7 days of service of the response;

- The Court will schedule a telephonic hearing at its earliest convenience after the responses and replies to the motion are filed.

## Other Hearing Dates

The following additional dates are set by the Court to address any matters not otherwise addressed in the above schedule: June 21, 2007, 8:30 a.m.; ~~July 31, 2007 and August 1, 2007, 9:00 a.m.~~. All such hearing shall be held in Pittsburgh, PA. Debtors will notify the

Court as soon as reasonably possible but not later than 3 business days prior to any hearing date outlined herein, if the parties agree that a hearing date is not needed.

SO ORDERED

Date: _____ **June 1** _____, 2007

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge