IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Related to Docket No. _____ |
| ) | [proposed] Response Date:  June 14, 2007 |
| ) | [proposed] Hearing Date:  June 21, 2007 |

**ORDER GRANTING MOTLEY RICE LLC'S MOTION FOR LEAVE TO LIMIT TIME, SHORTEN NOTICE, AND MODIFY CASE MANAGEMENT ORDER**

Upon consideration of Motley Rice LLC's Motion for Leave to Limit Time, Shorten Notice, and Modify Case Management Order; and due and adequate notice of the Motion for Leave having been given; and objections, if any, having been resolved; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion for Leave constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion for Leave is GRANTED; and it is further

ORDERED, that a hearing on the Motley Rice's Motion for Protective Order, as defined in the Motion for Leave, shall be heard on June 21, 2007; an it is further

ORDERED, that objections to the Motley Rice's Motion for Protective Order must be filed with the Court and served on or before June 14th, 2007; and it is further

1

2

ORDERED that movant shall provide notice of the hearing and objection deadline to interested parties forthwith.

    SO ORDERED AND ADJUDGED

Date: _____, 2007

                                     _____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge