## EXHIBIT A

### Case Administration (33.90 Hours; $ 7,824.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | 2.10 | $800 | 1,680.00 |
| Rita C. Tobin | .80 | $480 | 384.00 |
| Andrew D. Katznelson | 2.50 | $195 | 487.50 |
| Samira A. Taylor | 3.50 | $185 | 647.50 |
| Kevin M. Carson | 8.00 | $185 | 1,480.00 |
| Carrie D. Kelly | 17.00 | $185 | 3,145.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 04/01/07 | PVL | 800.00 | 0.20 | Review 14 miscellaneous filings (.1); review agenda (.1). |
| 04/02/07 | PVL | 800.00 | 0.10 | Review 11 miscellaneous filings. |
| 04/03/07 | PVL | 800.00 | 0.20 | Teleconference Heiman (.1); review CSR memo (.1). |
| 04/03/07 | CDK | 185.00 | 3.00 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and or retrieval by the attorney group |
| 04/04/07 | CDK | 185.00 | 1.50 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and or retrieval by the attorney group |
| 04/05/07 | PVL | 800.00 | 0.20 | Review 9 miscellaneous filings (.1); review Hurford memo re hearing (.1). |
| 04/06/07 | PVL | 800.00 | 0.10 | Review 2 miscellaneous filings. |
| 04/06/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update. |
| 04/09/07 | PVL | 800.00 | 0.10 | Review 10 miscellaneous filings. |
| 04/09/07 | ADK | 195.00 | 1.00 | Perform review of court documents to identify relevent documents for EI and RCT. |
| 04/10/07 | PVL | 800.00 | 0.10 | Review 9 miscellaneous filings. |

| 04/10/07 | KMC | 185.00 | 3.00 | Organize, review and digest pleadings and other documents for integration into firm's master file system for review by attorney group |
| 04/11/07 | PVL | 800.00 | 0.10 | Review 6 miscellaneous filings. |
| 04/12/07 | CDK | 185.00 | 3.00 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and or retrieval by the attorney group |
| 04/13/07 | RCT | 480.00 | 0.20 | Review local counsel recommendation re EI update. |
| 04/13/07 | CDK | 185.00 | 4.00 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and or retrieval by the attorney group |
| 04/15/07 | PVL | 800.00 | 0.10 | Review 5 miscellaneous filings. |
| 04/16/07 | PVL | 800.00 | 0.10 | Review 10 miscellaneous filings. |
| 04/17/07 | PVL | 800.00 | 0.30 | Review 16 miscellaneous filings (.2); review Hurford memo (.1). |
| 04/17/07 | CDK | 185.00 | 4.00 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and or retrieval by the attorney group |
| 04/18/07 | SAT | 185.00 | 1.50 | Organized pleadings into case files. |
| 04/18/07 | CDK | 185.00 | 1.50 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and or retrieval by the attorney group |
| 04/19/07 | ADK | 195.00 | 1.00 | Perform review of court documents to indeitfy relevant documents for EI and RCT. |
| 04/20/07 | RCT | 480.00 | 0.20 | Review Local Counsel recommendations and dockets re EI update. |
| 04/23/07 | PVL | 800.00 | 0.10 | Review 11 miscellaneous filings. |
| 04/23/07 | SAT | 185.00 | 2.00 | Organized pleadings into case files. |
| 04/24/07 | PVL | 800.00 | 0.10 | Review 8 miscellaneous filings. |

| 04/26/07 | PVL | 800.00 | 0.10 | Review agenda. |
| 04/26/07 | KMC | 185.00 | 5.00 | Assist in the review and cite checking briefs and exhibits for JMR |
| 04/27/07 | PVL | 800.00 | 0.10 | Review 8 miscellaneous filings. |
| 04/27/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations and docket. |
| 04/30/07 | PVL | 800.00 | 0.10 | Review 7 miscellaneous filings. |
| 04/30/07 | ADK | 195.00 | 0.50 | Prepared all necessary materials for upcoming committee conference call for EI. |

**Total Task Code .04**        **33.90**

## Claim Analysis Objection & Resolution (Asbestos) (16.90 Hours; $ 13,520.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 16.90 | $800 | 13,520.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/07 | PVL | 800.00 | 1.40 | Review email (.2); review motion re BNSF inj (.2); review Grace response re navigable database (.1); review Grace replies re NY and CA PD claims (.2); review 5 miscellaneous Grace PD reports (.1); review PD Comm MIL re Morse (.2); review ACC/FCR motion to compel reserve estimates (.2); review Buckwalter opinion re ZAI appeal (.1); review draft opposition to Grace motion to compel (.1). |
| 04/02/07 | PVL | 800.00 | 0.50 | Review ZAI cls disc motion (.2); teleconference NDF (.3). |
| 04/03/07 | PVL | 800.00 | 0.70 | Confer NDF re est. issues (.4); review Grace motion re x-rays (.1); review draft ACC sanctions response (.2). |
| 04/04/07 | PVL | 800.00 | 0.60 | Review ELS motion to quash (.2); review MDL 875 motion to exclude (.3); review Libby cls em motion re BNSF (.1). |

| 04/05/07 | PVL | 800.00 | 0.10 | Review JMR memo re Kraus. |
|----------|-----|--------|------|---------------------------|
| 04/06/07 | PVL | 800.00 | 0.70 | Review JAL email and reply (.1); review Motley Rice opposition to motion to compel (.1); review email and reply (.1); review Stutzman resp to motion to compel (.2); review Libby cls motion re BNSF discovery and email Hurford (.2). |
| 04/09/07 | PVL | 800.00 | 0.50 | Review email (.2); review MMWR opposition re consulting experts (.1); review Grace opposition to stay re same (.1); review Grace opposition to extend appeal time (.1). |
| 04/10/07 | PVL | 800.00 | 1.00 | Review 6 miscellaneous filings re PD claims (.2); review Hurford memo and reply (.1); review draft response re BNSF ins discovery (.1); teleconference Speights (.6). |
| 04/11/07 | PVL | 800.00 | 0.70 | Review BNSF discovery response (.1); review email (.1); review draft response re BNSF inj (.2); confer JAL re same (.3). |
| 04/12/07 | PVL | 800.00 | 1.00 | Review email (.1); confer NDF and JAL (.1); review EI memo (.1); review Speights response re Langer depo (.1); review revised opposition re BNSF motion and confer JAL re same (.6). |
| 04/15/07 | PVL | 800.00 | 0.30 | Review email (.1); review Grace obj to ACC/FCR motion to compel (.2). |
| 04/16/07 | PVL | 800.00 | 2.00 | Review opinion re Montana inj and email NDF re same (.3); review email (.3); review BNSF opposition to motion to expand (.1); review Libby cls MIL (.1); review Grace response to Libby cls re additional discovery (.3); review Libby cls opposition to BNSF inj (.7); review Finstad v. Grace opinion (.2). |
| 04/17/07 | PVL | 800.00 | 0.70 | Review Grace PD trial brief (.1); review opinion re Montana lift stay motion (.1); review Cohn email and reply (.1); teleconference NDF (.1); review Austern article (.2); review draft reply re est discovery (.1) |
| 04/18/07 | PVL | 800.00 | 0.80 | Review email (.1); review 7 miscellaneous PD orders (.1); review opinion re unauthorized PD claims (.1); review amicus brief of scientists in Chapin v. Daimler Chrysler (.5). |

| 04/19/07 | PVL | 800.00 | 0.10 | Review 4 miscellaneous PD filings. |
| 04/20/07 | PVL | 800.00 | 0.10 | Review email. |
| 04/23/07 | PVL | 800.00 | 0.10 | Review ELS et al memo re x-rays. |
| 04/25/07 | PVL | 800.00 | 2.00 | Review email (.3); review ACC/FCR reply re motion to compel, etc (.2).; review Grace status report re x-rays (.2); confer NDF re same (.3); review Rice email (.1); review ACC reply to status report (.2); confer NDF re same (.3); review Grace reply re BNSF (.4). |
| 04/26/07 | PVL | 800.00 | 1.10 | Review email and reply (.1); review draft status report and confer NDF re same (.2); confer NDF (.4); review Gerard opinion (.2); review revised opposition to x-ray status report (.1); review Montana recon motion (.1). |
| 04/27/07 | PVL | 800.00 | 1.80 | Review email (.3); review Grace motion to recon. Montana inj. (.1); review Grace obj to ZAI motion to recon (.1); review CAN reply re BNSF (.2); review NDF arg. outline (.1); confer JAL re brief (1). |
| 04/30/07 | PVL | 800.00 | 0.70 | Review email (.1); review CNA motion (.1); review Grace response to ELS motion (.2); review revised ACC response to motion to compel (.1); review draft Grace rogs and order re consulting experts (.2). |

**Total Task Code .05          16.90**


## Claims Analysis Objection & Resolution (Non-Asbestos) (.20 Hours; $ 160.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $800 | 160.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/07 | PVL | 800.00 | 0.10 | Review obj to MA tax claim. |
| 04/05/07 | PVL | 800.00 | 0.10 | Review 12th settlement notice. |

**Total Task Code .06          .20**

## Committee, Creditors', Noteholders' or Equity Holders' (.30 Hours; $ 262.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $875 | 262.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/04/07 | EI | 875.00 | 0.30 | Memo to Committee re: tax deficiency (.3). |

**Total Task Code .07**      **.30**

## Employment Applications, Others (.60 Hours; $ 480.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $800 | 480.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/07 | PVL | 800.00 | 0.30 | Review 2 Grace replies re Forman Perry retention. |
| 04/03/07 | PVL | 800.00 | 0.10 | Confer NDF re Forman Perry retention. |
| 04/12/07 | PVL | 800.00 | 0.20 | Review draft opposition re Lexicon retention. |

**Total Task Code .10**      **.60**

## Fee Applications, Applicant (5.00 Hours; $ 1,972.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.50 | $480 | 1,680.00 |

| Andrew D. Katznelson | | 1.50 | | $195 | 292.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/04/07 | RCT | 480.00 | 1.00 | Address fee issues. |
| 04/12/07 | RCT | 480.00 | 0.80 | Review pre-bills. |
| 04/23/07 | RCT | 480.00 | 0.50 | Review monthly fee applications. |
| 04/23/07 | ADK | 195.00 | 1.00 | Worked on fee application. |
| 04/24/07 | ADK | 195.00 | 0.50 | Worked on fee application. |
| 04/25/07 | RCT | 480.00 | 1.00 | Review EI memos re status and correspondence with Committee re fee application prep (1.0). |
| 04/30/07 | RCT | 480.00 | 0.20 | Review fee application schedule for May. |

**Total Task Code .12        5.00**

**Fee Applications, Others (.30 Hours; $ 144.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .30 | $480 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/20/07 | RCT | 480.00 | 0.30 | Review "other party" fee applications. |

**Total Task Code .13        .30**

**Financing (.30 Hours; $ 262.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Elihu Inselbuch | | .30 | | $875 | 262.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/09/07 | EI | 875.00 | 0.30 | T/c Plotzky and t/c Sinclair re: financial update (.3). |

**Total Task Code .14**          **.30**


## Litigation and Litigation Consulting (715.60 Hours; $ 314,264.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 8.00 | $875 | 7,000.00 |
| Walter B. Slocombe | 40.40 | $685 | 27,674.00 |
| Trevor W. Swett | .30 | $630 | 189.00 |
| Bernard S. Bailor | 71.50 | $600 | 42,900.00 |
| Nathan D. Finch | 151.00 | $580 | 87,580.00 |
| Jeffrey A. Liesemer | 62.60 | $445 | 27,857.00 |
| James P. Wehner | 148.70 | $425 | 63,197.50 |
| Adam L. VanGrack | 96.50 | $275 | 26,537.50 |
| Jeanna M. Rickards | 59.40 | $235 | 13,959.00 |
| David B. Smith | 77.20 | $225 | 17,370.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/02/07 | WBS | 685.00 | 2.50 | Phone participation on hearing, and notes of work to be done to follow up . |
| 04/02/07 | NDF | 580.00 | 8.80 | Prepare for omnibus hearing (3.5); confer with Frankel re case issues (0.5); attend Grace omnibus hearing and argue various issues(4.3); confer with R. Mullady re case issues (0.5). |
| 04/02/07 | DBS | 225.00 | 3.30 | Compile transcripts, correspondence, and other discovery materials for electronic and hard case files. |
| 04/02/07 | JAL | 445.00 | 5.30 | Review and analysis of materials relating to claims estimation (3.30); further legal research and analysis re: opposition to Grace's motion to compel (1.10); further edits and revisions to draft opposition to motion to compel and drafted and revised memo to PVNL, NDF, and WBS re: same (.90). |

| | | | | |
|---|---|---|---|---|
| 04/02/07 | ALV | 275.00 | 4.90 | Review Verus database as well as documents produced from third parties to the estimation trial for relevance. |
| 04/02/07 | JPW | 425.00 | 7.00 | Review sample PIQ analyses (3.0); draft schedule (1.5); e-mails to M. Eveland re database access (.8); analyze questionnaire issues (1.7) |
| 04/03/07 | WBS | 685.00 | 6.60 | Conference with NDF, ALV, JMR, JPW re scheduling, assignments (1.5); review subpoena to Trust and consult re appropriate action (2.3); revise memo in support of opposition to motion to preclude (0.4); review expert report and notes of comments (2.2); review and comments re experts' protocol for analysis of attachments (0.4). |
| 04/03/07 | NDF | 580.00 | 9.00 | Attend to issues relating to VERUS subpoena (1.0); review Grace liability documents for use in estimation hearing (1.5); made edits to brief re Grace motion to compel (1.3); confer with PVNL re same (0.1); telephone conference with Harding re deposition scheduling (0.5); confer with WBS re questionnaire analysis and use by Bernick (0.7); prepare for Kraus, Cintani, Egan and Siegal testimony (2.2); confer with JPW re case issues (0.5); confer with WBS, JPW, ALV and JR re document reviews for upcoming depositions (1.2). |
| 04/03/07 | DBS | 225.00 | 5.80 | Attend meetings regarding assignments for discovery issues (1.8); research and compile sample of questionnaires from database for attorney review (1.6); research and create index for third party discovery materials received to date for attorney review (1.0); compile transcripts, correspondence, and other discovery materials for electronic and hard case files (.5); compile materials regarding Manville subpoena for attorney review (.3); create index of previous testimony of upcoming deponents (.6). |
| 04/03/07 | JAL | 445.00 | 1.20 | Review and analysis of materials relating to claims estimation and related discovery issues. |
| 04/03/07 | ALV | 275.00 | 6.80 | Research case law for ACC's Opposition to Debtor's Motion to Compel (a lot of research) (1.7); review recent pleadings, orders, as well as documents produced from third parties to the estimation trial for relevance (1.0); edit Opposition to Debtors motion to Compel (2.2); multiple strategy meetings with DBS JMR, WBS, and NDF (1.9). |

| 04/03/07 | JPW | 425.00 | 8.60 | Analyze PIQ information (3.2); questionnaire information issue (1.6); telephone conference with M. Eveland re analysis (.4); e-mails re questionnaire issues (1.0); meeting with NDF and WBS re sample (.8); meeting with Grace Team re estimation schedule (1.6) |
| 04/03/07 | JMR | 235.00 | 6.10 | Attend meeting regarding strategy for upcoming depositions and trial preparation (1.5); attend meeting regarding assignment of tasks for upcoming deposition preparation (.3); prepare memorandum summarizing discussion with fact witness (4.3) |
| 04/04/07 | BSB | 600.00 | 6.90 | Read Longo deposition (5.3); read expert deposition of Samuel Hammer, M.D. (1.6) |
| 04/04/07 | WBS | 685.00 | 4.20 | Review selected PIQs (2.8); conference with NDF and JPW re comments/suggestions to give to expert consultant on what to code from PIQs (1.4). |
| 04/04/07 | EI | 875.00 | 0.20 | Memo to NDF and t/c NDF re: status (.2). |
| 04/04/07 | NDF | 580.00 | 9.10 | Revise and edit JR memo re witness interview (0.8); review mesothelioma questionnaires (2.5); confer with WBS and JPW re same (().7); review VERUS coding protocol (0.5); confer with counsel for Plibrico re subpoena to our consulting expert (0.5); telephone conference with counsel for Grace re same (0.4); telephone conference with Esserman re case issues (0.4); telephone conference with Cooney re case issues (0.5); review MDL 875 filings which Grace will emulate (0.5); review Roggli deposition (1.2); review Price expert witness report (0.8); telephone conference with Speights re case issue (0.3). |
| 04/04/07 | DBS | 225.00 | 5.60 | Research, review, and create index for third party discovery materials received to date for attorney review (3.2); compile transcripts, correspondence, and other discovery materials for electronic and hard case files (1.0); cite check opposition to motion to compel for attorney review (1.1); compile sample of questionnaires from database for attorney review (.3). |
| 04/04/07 | JAL | 445.00 | 0.50 | Reviewed draft opposition to Grace motion to compel and correspondence relating to estimation discovery issues. |

| 04/04/07 | ALV | 275.00 | 8.20 | Research case law for ACC's Opposition to Debtor's Motion to Compel (a lot of research) (2.9); edit ACC's Opposition to Debtor's Motion to Compel (2.1); review documents produced from third parties to the estimation trial for relevance (3.2). |
|---|---|---|---|---|
| 04/04/07 | JPW | 425.00 | 10.10 | Questionnaire issues (1.6); revise draft protocol (1.3); review PIQ forms (4.7); meet with NDF and WRS re questionnaire issues (1.2); research subpoena issues (.9); e-mails re questionnaires (.4) |
| 04/04/07 | JMR | 235.00 | 3.80 | Prepare memorandum summarizing meeting with potential fact witness |
| 04/05/07 | BSB | 600.00 | 4.10 | Continue working with Hammer expert report (2.2); read draft trial brief and deposition preparation (1.9) |
| 04/05/07 | WBS | 685.00 | 1.40 | Review and comment on proposed protocol for expert's analysis of PIQs on PID (1.1); work on summary of likely Grace case (0.3). |
| 04/05/07 | NDF | 580.00 | 6.60 | Various telephone conferences (with Donnelon, JPW, Mendelsohn, Mullady) re subpoena to VERUS (1.1); review and edit witness interview memo (1.0); review 10-K's of solvent companies re asbestos for use in estimation hearing (1.8); plan case strategy issues (0.5); review and edit ACC motion to compel (0.6); telephone conference with Esserman re case issue (0.2); telephone conference with expert re estimation report (0.5); confer with JPW re questionnaire issues (0.5); attend to settlement issues – Grace valuation (0.4). |
| 04/05/07 | DBS | 225.00 | 4.50 | Review and create index for third party discovery materials received to date for attorney review (2.8); prepare exhibits for opposition to motion to compel (.3); review docket and create index of estimation-related filings for attorney review (1.4). |
| 04/05/07 | JAL | 445.00 | 1.80 | Review and analysis of materials relating to claims estimation. |
| 04/05/07 | ALV | 275.00 | 7.20 | Review documents produced from third parties to the estimation trial for relevance (3.1); research case law for ACC's Opposition to Debtor's Motion to Compel (a lot of research) (2.6); edit ACC's Opposition to Debtor's Motion to Compel (1.5). |

| 04/05/07 | JPW | 425.00 | 7.10 | Revise coding protocol (2.9); questionnaire issues (1.9); e-mails to FCR re questionnaires (1.1); telephone conference with M. Eveland re questionnaire issues (1.0); meet with NDF re materials for New York meeting (.2) |
|----------|-----|--------|------|---|
| 04/06/07 | WBS | 685.00 | 1.20 | Review information on post-2000 claims filing vs. other defendants and memo on same. |
| 04/06/07 | EI | 875.00 | 3.00 | Conf. NDF re: all aspects of trial and trial prep (3.0). |
| 04/06/07 | NDF | 580.00 | 6.50 | Meet with ER to discuss estimation case strategy (2.0); review email correspondence re Grace motions (0.8); review expert witness reports and articles (3.7). |
| 04/06/07 | DBS | 225.00 | 1.80 | Review docket and create index of estimation-related filings for attorney review. |
| 04/06/07 | JAL | 445.00 | 4.40 | Review and analysis of recently-filed motions, exhibits, and other materials relating to estimation discovery (3.50); drafted and revised memos (2x) to PVNL and NDF re: estimation discovery issues (.60); review and analysis of legal research relating to estimation (.30). |
| 04/06/07 | ALV | 275.00 | 4.20 | Review documents produced from third parties to the estimation trial for relevance. |
| 04/06/07 | JPW | 425.00 | 3.80 | Questionnaire issues (.9); read depositions (1.2); Rust deposition preparation (1.7) |
| 04/09/07 | WBS | 685.00 | 1.70 | Conference with NDF re trial plan, deposition plan, work assignments. |
| 04/09/07 | NDF | 580.00 | 8.90 | Confer with WBS and JPW re trial preparation and dealing with questionnaire issues (1.7); read Dr. Roggli's asbestos medical textbook (4.0); read pleadings filed by claimants in response to Grace motion to compel (0.8); email correspondence with R. Mullady re expert meeting (0.5); prepare/revise trial plan in light of ER comments (1.1); respond to email re discovery from doctors and health screeners (0.5); confer with JAL re BNSF motion (0.3). |
| 04/09/07 | DBS | 225.00 | 4.70 | Analyze Sealed Air deposition transcript for proposition offered by expert. |
| 04/09/07 | JAL | 445.00 | 7.10 | Drafted and revised e-mail to M. Hurford re: BNSF issue (.10); review and analysis of materials relating |

| | | | | |
|---|---|---|---|---|
| | | | | to claims estimation issues (.30); telephone conf. w/M. Hurford re: BNSF issues (.20); review and analysis of law firms' opposition papers to Grace's motion to compel consulting expert discovery and related submissions (2.10); review and analysis of pleadings, legal research, and other materials relating to Grace's motion to extend injunction to BNSF, office conference w/NDF re: same, telephone call w/PVNL re: same (4.40). |
| 04/09/07 | ALV | 275.00 | 6.30 | Review recent pleadings as well as deposition and trial testimony from future estimation trial witnesses (4.6); review hearing transcript (1.7). |
| 04/09/07 | JPW | 425.00 | 5.10 | Meet with NDF (1.8); review draft order of proof (.5); questionnaire issues (2.0); e-mails re deposition scheduling (.8) |
| 04/10/07 | WBS | 685.00 | 5.60 | Review memo re possible new witness on tort system (0.6); conference with NDF and JPW re trial issues, including possible new project to assemble PID information (1.1); conference with NDF re expert report (1.3); outline memo re expert report (1.3); telephone conference with EI re possible PID project (0.4); review materials from expert (1.0). |
| 04/10/07 | EI | 875.00 | 1.00 | T/c R. Budd re: status (.2); t/c NDF, WBS, JPW re: trial prep (.7); memo re: tax deficiency case (.1). |
| 04/10/07 | NDF | 580.00 | 6.10 | Confer with WBS and JPW re questionnaire attack exercise (1.1); telephone conference with ER and WBS re same (0.9); edit Hays report (0.6); draft and edit status memo to committee (0.5); review Roggli textbook (1.9); email correspondence to debtor re subpoena compliance (0.5); review outline of Schapo interview (0.6). |
| 04/10/07 | DBS | 225.00 | 0.80 | Analyze and compile deposition notices and correspondence re Sealed Air for attorney review (.7); compile Sealed Air deposition transcript for attorney review (.1). |
| 04/10/07 | JAL | 445.00 | 7.30 | Review and analysis of materials and legal research relating to Grace's motion to extend preliminary injunction to BNSF (4.40); drafted and revised Committee's opposition to Grace's motion to extend preliminary injunction to BNSF (2.90). |

| 04/10/07 | ALV | 275.00 | 3.50 | Review recent pleadings as well as deposition and trial testimony from future estimation trial witnesses. |
|---|---|---|---|---|
| 04/10/07 | JPW | 425.00 | 6.30 | Telephone conference with D. Relles re analysis (.4); review questionnaire analysis (2.8); meet with WBS, NDF re estimation trial plan (1.0); review trial plan (1.1); telephone conference with EI, WBS, NDF re sampling issues (1.0) |
| 04/10/07 | JMR | 235.00 | 1.30 | Compile documents relevant to Grace liability case |
| 04/11/07 | BSB | 600.00 | 6.40 | Review Hammar expert report (4.3); Welch report (2.1) |
| 04/11/07 | WBS | 685.00 | 5.90 | Work on memo re expert report, e-mails re same (3.1); work on memo to Committee re trial preparation status (2.8). |
| 04/11/07 | EI | 875.00 | 0.20 | Kazan inquiry (.2). |
| 04/11/07 | NDF | 580.00 | 6.80 | Prepare for Schapo meeting (1.5); respond to emails from plaintiff lawyers and others re various issues (1.1); respond to emails re deposition scheduling (0.3); draft emails to associates re work in process needed (0.4); meet with potential expert Schapo (3.0); telephone conference with R. Mullady re case issues (0.5). |
| 04/11/07 | DBS | 225.00 | 0.80 | Research and compile pleadings and hearing transcript re motions to compel (.4); review third party discovery and document number of pages produced (.4). |
| 04/11/07 | JAL | 445.00 | 5.90 | Exchanged e-mail correspondence w/PVNL and NDF re: opposition to motion to extend injunction to BNSF (.20); further drafting and revising of Committee's opposition to Grace's motion to extend injunction to BNSF (5.10); review and analysis of materials and legal research relating to Grace's motion to extend injunction to BNSF (.40); telephone call w/PVNL re: draft opposition to Grace's motion to extend injunction (.20). |
| 04/11/07 | ALV | 275.00 | 3.70 | Review documents produced from third parties to the estimation trial for relevance. |
| 04/11/07 | JPW | 425.00 | 6.10 | E-mails re deposition scheduling (1.1); telephone conference with J. Ansboro re depositions (.4); read |

{D0087181.1 }

| | | | | |
|---|---|---|---|---|
| | | | | briefs and transcripts on reserve issue (2.7); questionnaire issues (1.9) |
| 04/12/07 | BSB | 600.00 | 2.40 | Hammar deposition preparation |
| 04/12/07 | WBS | 685.00 | 5.70 | Revise memo re expert report; review NDF changes (1.4); work on memo to Committee (2.5); review prior opinions/statements of Grace expert (1.8). |
| 04/12/07 | EI | 875.00 | 1.70 | Memo revised to set up meeting (1.0); Kazan inquiry (.3); subpoena issue with NDF (.2); assets memo review (.2). |
| 04/12/07 | NDF | 580.00 | 5.10 | Review and edit memo to Hays (0.5); review and edit memo to Grace ACC re case status and strategy (0.8); telephone conference with ER re same (0.1); draft memo to Kazan re inquiry (0.3); draft email to Harding re discovery order (0.3); draft emails to Esserman and Ramsay re inquiry (0.2); review Hays draft report and edits to same (0.5); prepare for 4/13/07 hearing (0.3); telephone conference with R. Mullady re Grace order (0.2); review Grace order re questionnaire supplements (0.1); review materials for expert witness re discount rate (0.5); prepare for deposition of Grace experts (read medical texts) (1.3). |
| 04/12/07 | DBS | 225.00 | 3.90 | Research and compile pleadings, deposition transcripts, and other discovery materials for attorney review (1.6); compile pleadings, correspondence, and other discovery materials for electronic and hard case files (2.3). |
| 04/12/07 | JAL | 445.00 | 10.30 | Further drafting and revisions to opposition to Grace's motion to extend injunction to BNSF (9.10); further review of materials and legal research re: Grace's motion to extend injunction to BNSF (.50); telephone conf. w/PVNL re: draft opposition to Grace's motion to extend injunction to BNSF (.20); review and analysis of Grace's motion to further amend its complaint and related materials (.50). |
| 04/12/07 | ALV | 275.00 | 4.10 | Review expert report related material as well as documents produced from third parties to the estimation trial for relevance. |
| 04/12/07 | JPW | 425.00 | 5.30 | Meet with JMR re research project (.3); meet with NDF re motion (.2); review Motion to Compel and transcript (1.2); e-mails re subpoenas (1.0); review |

| | | | | |
|---|---|---|---|---|
| | | | | draft memo to Committee (.4); research for Motion to Compel (2.0); read memo to Committee (.2) |
| 04/13/07 | BSB | 600.00 | 3.90 | Medical research |
| 04/13/07 | WBS | 685.00 | 1.40 | Prepare for and conference call with independent hygiene expert. |
| 04/13/07 | EI | 875.00 | 0.20 | Memo to Cooney re: discovery (.1); memo to Kazan re: schedule (.1). |
| 04/13/07 | NDF | 580.00 | 6.20 | Prepare for hearing on motions to compel (1.0); attend and argue hearing re motion to compel (3.2); confer with R. Mullady re discovery and expert issues (1.2); review draft pleadings to be filed by ACC on 4/13/07 (0.8). |
| 04/13/07 | JAL | 445.00 | 10.50 | Review and analysis of Grace's motion to further amend complaint and related materials; legal research relating to opposition papers that are due today; further drafting and revisions to ACC's opposition to Grace's motion to further extend injunction to BNSF; drafted and revised ACC's opposition to Grace's motion to further amend its complaint; e-mail correspondence w/PVNL and NDF re: ACC's draft opposition papers; e-mail correspondence with M. Eskin re: ACC's draft opposition papers; telephone call w/WBS re: ACC's draft opposition papers; telephone calls (2x) with M. Eskin re: same. |
| 04/13/07 | ALV | 275.00 | 3.20 | Conversations with experts in estimation trial (0.3); Grace review recent pleadings as well as deposition and trial testimony from future estimation trial witnesses (2.9). |
| 04/13/07 | JPW | 425.00 | 0.30 | E-mails re depositions; motions |
| 04/14/07 | NDF | 580.00 | 1.00 | Review Grace response to ACC motion to compel and outline reply to same. |
| 04/15/07 | NDF | 580.00 | 1.00 | Telephone conference with JPW re reply brief (0.4); review exhibits to reply (0.6). |
| 04/15/07 | JPW | 425.00 | 4.40 | Draft Reply in Support of Motion (3.9); telephone conference with NDF re reply (.5) |
| 04/16/07 | NDF | 580.00 | 8.90 | Review documents for use in motion to compel and upcoming Siegal and Tarola depositions (5.6); confer |

|          |     |        |       | with JPW re motion to compel (0.5); review financial statements of similar companies in preparation for expert testimony re liability (0.7); telephone conference with IH expert witness re report (0.9); telephone conference with Heberling re case issue (0.2); read decision on Libby Claimants v. Montana issue (0.5); prepare memo to ACC re same (0.5). |
| 04/16/07 | DBS | 225.00 | 3.50  | Compile pleadings, correspondence, and other discovery materials for electronic and hard case files. |
| 04/16/07 | JAL | 445.00 | 0.90  | Review and analysis of court's memorandum opinion denying Grace's request to extend preliminary injunction to State of Montana; e-mail exchange w/NDF re: same (.70); review and analysis of materials relating to Grace's motion to extend injunction to BNSF (.20). |
| 04/16/07 | ALV | 275.00 | 5.70  | Research case law for Reply to Debtor's Opposition to ACC's Motion to Compel (somewhat long) (3.8); review recent pleadings as well as deposition and trial testimony from future estimation trial witnesses (1.9). |
| 04/16/07 | JPW | 425.00 | 10.40 | E-mails re questionnaire review (1.0); draft Reply in Support of Motion to Compel (7.9); meet with NDF re Reply (.5); telephone conference with J. Ansboro re depositions (.4); confer with ALV re research (.3); review research on privilege (.3) |
| 04/17/07 | BSB | 600.00 | 4.70  | Read deposition report - Hans Weil |
| 04/17/07 | NDF | 580.00 | 4.90  | Revise and edit ACC reply motion to compel (2.5); review case law re reserve and privilege waiver issues (2.4). |
| 04/17/07 | DBS | 225.00 | 6.50  | Compile relevant Sealed Air deposition exhibits for attorney review (.8); cite check memorandum (5.4); research case information re Sealed Air depositions for attorney review (.3). |
| 04/17/07 | JAL | 445.00 | 1.40  | Review and analysis of submissions and related materials in opposition to Grace's motion to extend injunction to BNSF. |
| 04/17/07 | ALV | 275.00 | 2.70  | Review deposition and trial testimony from future estimation trial witnesses. |

| 04/17/07 | JPW | 425.00 | 4.80 | Rust deposition preparation (2.5); e-mails re reply (1.0); meet with JMR re deposition memo (.4); e-mails re deposition schedule (.9) |
|----------|-----|--------|------|---|
| 04/18/07 | BSB | 600.00 | 5.10 | Review expert medical reports concerning Libby Montana (Whitehouse) |
| 04/18/07 | TWS | 630.00 | 0.20 | Read status memo re estimation proceeding |
| 04/18/07 | NDF | 580.00 | 5.50 | Review documents produced in Sealed Air for use in response to motion to compel (3.5); edit and revise ACC reply to motion to compel (1.5); review JR memo re use of deposition testimony (0.4); telephone conference with JR re same (0.1). |
| 04/18/07 | DBS | 225.00 | 4.10 | Compile relevant Sealed Air deposition transcripts and exhibits for attorney review (1.1); compile pleadings, correspondence, and other discovery materials for electronic and hard case files (3.0). |
| 04/18/07 | ALV | 275.00 | 3.40 | Review recent pleadings as well as Reply to Debtor's Opposition to ACC's Motion to Compel (2.0); research case law for Reply to Debtor's Opposition to ACC's Motion to Compel (1.4). |
| 04/18/07 | JPW | 425.00 | 5.90 | E-mails re deposition scheduling (1.1); read memorandum on depositions (.5); Zaremby deposition preparation (2.8); telephone conference with J. Ansboro re depositions (.3); review Stipulation (.9); meet with JMR re deposition research (.3) |
| 04/18/07 | JMR | 235.00 | 3.20 | Revise memorandum regarding admissibility of deposition testimony at an estimation proceeding to include analysis applicable to each of the deponents; research regarding the use of prior deposition testimony when the witness is unavailable |
| 04/19/07 | BSB | 600.00 | 5.20 | Review and study Weil, MD expert report |
| 04/19/07 | NDF | 580.00 | 4.40 | Review and analyze Welch and Hays rebuttal reports and prepare memo re same (2.9); review and edit reports from Peterson and Snyder (1.5). |
| 04/19/07 | DBS | 225.00 | 4.60 | Review document database for documents containing the name of upcoming deponent and subject matter of upcoming deposition (4.4); compile requested deposition exhibits for attorney review (.2). |

| 04/19/07 | JPW | 425.00 | 6.90 | Deposition preparation (3.4); telephone conference with D. Relles re database issues (.5); e-mails re deposition scheduling (1.7); telephone conference with J. Ansboro (.4); review Congoleum subpoenas (.3); review Response to Document Request (.6) |
| 04/19/07 | JMR | 235.00 | 3.80 | Continue updating and revising memorandum regarding the admissibility of deposition testimony from a previous matter at an estimation proceeding; finalize memorandum |
| 04/20/07 | BSB | 600.00 | 4.10 | Review expert testimony in OC case (medical) |
| 04/20/07 | TWS | 630.00 | 0.10 | Conference with NDF re privilege issue |
| 04/20/07 | NDF | 580.00 | 8.80 | Prepare for depositions and cross examinations of Siegal, Tarola, Cintani, Egan, Florence and Rourke (7.8); make additional edits to ACC/FCR reply brief in support of motion to compel (1.0). |
| 04/20/07 | DBS | 225.00 | 4.00 | Review document database for documents containing the name of upcoming deponent and subject matter of upcoming deposition (3.8); review attachment to subpoenas directed at Owens Corning and Congoleum (.2). |
| 04/20/07 | JPW | 425.00 | 7.70 | Questionnaire issues (3.7); telephone conference with FCR re discovery issues (1.0); e-mails re expert analysis (.6); telephonic meet and confer with Debtor re deposition (1.0); review revised memo on admissibility (.5); review Rust spreadsheets (.9) |
| 04/20/07 | JMR | 235.00 | 1.60 | Cite check and finalize the reply in support of the motion to compel; collect and organize all exhibits |
| 04/22/07 | ALV | 275.00 | 2.50 | Review deposition and trial testimony from future estimation trial witnesses. |
| 04/23/07 | BSB | 600.00 | 6.90 | Medical deposition preparation:  review Med line articles on asbestos cited by Grace medical experts |
| 04/23/07 | NDF | 580.00 | 6.60 | Revise and edit ACC reply brief (1.1); review Tarola deposition and exhibits (2.1); analyze questionnaire data from VERUS (3.4). |
| 04/23/07 | DBS | 225.00 | 5.70 | Cite check reply brief for attorney review (2.5); compile exhibits for reply brief (1.0); compile relevant Sealed Air deposition and transcripts for attorney review (.4); compile pleadings, |

| | | | | correspondence, and other discovery materials for electronic and hard case files (1.8). |
|---|---|---|---|---|
| 04/23/07 | ALV | 275.00 | 4.00 | Review recent pleadings, disclosures, and transcripts (1.5); review deposition and trial testimony from future estimation trial witnesses (1.5); draft Memorandum regarding future estimation trial witnesses (1.0). |
| 04/23/07 | JPW | 425.00 | 8.50 | E-mails re depositions (1.2); deposition preparation (3.9); analyze Rust disks (1.9); review deposition notice (.2); meet with BSB re expert depositions (.5); review edits to Reply (.8) |
| 04/23/07 | JMR | 235.00 | 8.70 | Review deposition transcripts of Thomas Egan to prepare for upcoming deposition (6.3); finalize reply in support of motion to compel; check all citations; organize all exhibits; review edited document and check citations (2.4) |
| 04/24/07 | BSB | 600.00 | 6.30 | Begin research on Epidemiology expert report |
| 04/24/07 | NDF | 580.00 | 6.60 | Make final edits to ACC reply brief (1.0); work on asbestos estimation matters - expert reports (3.5); examine Florence reports from other cases (2.1). |
| 04/24/07 | DBS | 225.00 | 4.80 | Compile electronic versions of exhibits for reply brief (.8); compile pleadings, correspondence, and other discovery materials for electronic and hard case files (3.8); compile relevant Sealed Air deposition transcript for attorney review (.2). |
| 04/24/07 | ALV | 275.00 | 4.70 | Review deposition and trial testimony from future estimation trial witnesses (3.6); draft Memorandum regarding future estimation trial witnesses (1.1). |
| 04/24/07 | JPW | 425.00 | 8.80 | Deposition preparation (2.7); review CMS documents (1.3); telephone conference with D. Relles re open issues (.6); telephone conference with J. Ansboro re deposition (.3); draft deposition outline (3.7); e-mails re CMS issues (.2) |
| 04/24/07 | JMR | 235.00 | 5.80 | Review prior deposition transcripts of Thomas Egan in preparation for upcoming deposition; prepare memorandum summarizing consistencies and inconsistencies in testimony |
| 04/25/07 | BSB | 600.00 | 5.40 | Read Hober expert report - Exhibits and References |

| 04/25/07 | EI | 875.00 | 1.00 | Status issues to Rice, Cooney, Budd, Weitz and S. Baron (1.0). |
|----------|----|--------|------|----------------|
| 04/25/07 | NDF | 580.00 | 7.60 | Draft response to Grace "status report" (4.1); prepare for arguments on May 2 re SEC reserves and other issues (3.5). |
| 04/25/07 | DBS | 225.00 | 3.40 | Research and compile hearing transcripts and pleadings re motion to compel for attorney review in preparation for upcoming hearing (2.2); compile pleadings, correspondence, and other discovery materials for electronic and hard case files (1.2). |
| 04/25/07 | ALV | 275.00 | 4.50 | Review recent pleadings and debtor produced documents for relevance. |
| 04/25/07 | JPW | 425.00 | 9.90 | Deposition preparation (1.3); deposition of Frederick Zaremby (8.1); meet with J. Ansboro re deposition (.5) |
| 04/25/07 | JMR | 235.00 | 6.40 | Review the prior deposition transcripts of Thomas Egan and prepare memorandum summarizing his testimony and any inconsistencies therein |
| 04/26/07 | BSB | 600.00 | 6.20 | Deposition preparation - research expert reports - Weil and Moolgautar |
| 04/26/07 | EI | 875.00 | 0.20 | T/c NDF re: status (.2). |
| 04/26/07 | NDF | 580.00 | 7.50 | Prepare for depositions of Grace witnesses (3.8); read cases and prepare outline/slide show for May 2 argument on SEC reserve issue (2.5); review prior discovery requests to prepare for 4/27 meet and confer (1.0); confer with PVNL re 5/2 argument (0.2). |
| 04/26/07 | ALV | 275.00 | 5.50 | Review deposition and trial testimony from future estimation trial witnesses (4.7); draft Memorandum regarding future estimation trial witnesses (0.8). |
| 04/26/07 | JPW | 425.00 | 9.10 | Review questionnaire data (3.3); e-mails re deposition issues (1.2); memo on discovery issues (2.0); analyze deposition transcript (.9); e-mails re review project (1.7) |
| 04/26/07 | JMR | 235.00 | 6.30 | Review deposition transcripts of Thomas Egan; prepare memorandum regarding relevant areas of his testimony (4.4); review all briefs related to the motion to compel; organize all cases cited and divide |

| | | | | |
|---|---|---|---|---|
| | | | | pursuant to the proposition for which cited for review (1.9) |
| 04/27/07 | WBS | 685.00 | 2.30 | Review deposition of Grace 30(b)(6) witness on CMS (2.1); review papers and order on Grace's "status report" (0.2). |
| 04/27/07 | NDF | 580.00 | 8.50 | Meet and confer with FCR and Grace lawyers re recent discovery (1.0); prepare for 5/2 argument on SEC issues and other issues (4.6); telephone conference with Mullady re issues (0.5); review Grace interrogatory proposal and proposed orders (0.4); email to Esserman and Ramsay re same (0.5); read medical articles re mesothelioma and causation (0.9); review Grace interrogatory answers for use in motion to compel and 5/2 hearing (0.5); email correspondence with Grace lawyers re proposed order (0.1). |
| 04/27/07 | DBS | 225.00 | 5.90 | Research and compile Grace interrogatory responses from Sealed Air litigation (4.5); research and compile trial and deposition transcripts from relevant proceeding for attorney review (1.0); compile expert report from relevant proceeding for attorney review (.4). |
| 04/27/07 | JAL | 445.00 | 2.40 | Review and analysis of recent filings in Chakarian adversary proceeding, including debtors' and Montana's motions for reconsideration and debtors' reply regarding BNSF motion. |
| 04/27/07 | JAL | 445.00 | 1.10 | Office conference with PVNL regarding response to debtors' and Montana's motions for reconsideration on extending injunction. |
| 04/27/07 | JAL | 445.00 | 2.10 | Review and analysis of materials relating to preparation of Committee response to debtors' and Montana's motions for reconsideration. |
| 04/27/07 | ALV | 275.00 | 8.90 | Review deposition and trial testimony from future estimation trial witnesses (5.0); draft Memorandum regarding future estimation trial witnesses (2.0); draft Memorandum regarding future estimation trial witnesses (1.5); meeting with JMR regarding review deposition and trial testimony from future estimation trial witnesses (0.4). |
| 04/27/07 | JPW | 425.00 | 8.20 | Conference call with Debtor re discovery issues (.8); telephone conference with FCR re discovery (.5); |

|  |  |  |  | review questionnaire analysis (3.9); e-mails on discovery issues (1.8); meet and confer with Debtor re depositions (1.0); meeting with NDF re depositions (.2) |
|---|---|---|---|---|
| 04/27/07 | JMR | 235.00 | 2.40 | Research whether or not the SEC has provided instructions regarding disclosure of contingent liabilities |
| 04/30/07 | BSB | 600.00 | 3.90 | Review Paul Epstein, MD Report and references |
| 04/30/07 | WBS | 685.00 | 1.90 | Review filings on ELS motion for protective order (0.8); review amicus curiae brief on chrysotile issues (1.1). |
| 04/30/07 | EI | 875.00 | 0.50 | Memo to Sinclair re: Sealed Air claims (.2); memo to NDF re: punitives (.1); agenda memo (.2). |
| 04/30/07 | NDF | 580.00 | 6.60 | Edit/revise slides to use in 5/2/07 argument (2.5); review prior pleadings and orders chronology for use in argument (2.1); telephone conference with Bernick et al. re discovery issue (1.0); telephone conference with Esserman, Ramsay and Herrick re consulting expert discovery issue (0.8); review Esserman interrogatories (0.2). |
| 04/30/07 | DBS | 225.00 | 3.50 | Compile pleadings, correspondence, deposition transcripts, and other discovery materials for electronic and hard case files. |
| 04/30/07 | JAL | 445.00 | 0.40 | Review and analysis of submissions relating to motion to expand the injunction of BNSF. |
| 04/30/07 | ALV | 275.00 | 2.50 | Review deposition and trial testimony from future estimation trial witnesses. |
| 04/30/07 | JPW | 425.00 | 4.40 | Review order re briefing (.4); e-mails re depositions (1.0); questionnaire analysis (2.7); review Keene subpoena (.3) |
| 04/30/07 | JMR | 235.00 | 10.00 | Research whether the Securities Exchange Commission or the Accounting profession have taken a position on how a company should calculate its contingent liabilities; review relevant authorities; research caselaw to determine if any court has addressed the issue; review findings; compile findings into a memorandum (8.4); review deposition transcripts of Thomas Egan to prepare for upcoming deposition (1.6) |

**Total Task Code.16**          **715.60**

**Plan & Disclosure Statement (32.2 Hours; $ 7,567.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeanna M. Rickards | 32.20 | $235 | 7,567.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/12/07 | JMR | 235.00 | 8.60 | Research when deposition testimony taken in prior litigation can be admitted at trial in a later proceeding when the deponent is available |
| 04/13/07 | JMR | 235.00 | 7.60 | Continue researching when deposition testimony taken in prior litigation can be admitted at trial in a later proceeding when the deponent is available; prepare memorandum summarizing findings |
| 04/16/07 | JMR | 235.00 | 8.40 | Research regarding the admissibility of a deposition transcript from a prior proceeding in a later hearing when the witness is available; prepare memorandum summarizing findings |
| 04/17/07 | JMR | 235.00 | 7.60 | Research regarding the admissibility of a deposition transcript from a prior hearing under the Federal Rules of Evidence; prepare memorandum summarizing findings |

**Total Task Code .17**          **32.20**

**Tax Issues (1.40 Hours; $ 777.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Christopher S. Rizek | 1.40 | $555 | 777.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/03/07 | CSR | 555.00 | 1.40 | Memo re Tax Court. |

**Total Task Code .19          1.40**


**Travel – Non Working (23.00 Hours; $ 6,670.00)**


| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Nathan D. Finch | 23.00 | $290 | 6,670.00 |


| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/02/07 | NDF | 290.00 | 2.60 | Travel to Wilmington (1.1); return to DC (1.5). |
| 04/06/07 | NDF | 290.00 | 5.00 | Travel to New York to meet with EI re case issues (3.5); travel back to DC (1.5). |
| 04/11/07 | NDF | 290.00 | 8.00 | Travel from DC to Chicago (4.0); travel back to DC (4.0). |
| 04/12/07 | NDF | 290.00 | 4.20 | Travel to Pittsburgh for hearing. |
| 04/13/07 | NDF | 290.00 | 3.20 | Travel back to D.C. |


**Total Task Code .21          23.00**

<u>Other Charges</u>:

| | |
|---|---:|
| Air & Train Transportation | 4,603.20 |
| Air Freight & Express Mail | 184.30 |
| Conference Meals | 88.85 |
| Court Reporting/Transcript Service | 447.10 |
| Database Research | 8,485.60 |
| Local Transportation - DC | 77.05 |
| Long Distance-Equitrac In-House | 11.56 |
| Meals Related to Travel | 511.81 |
| Outside Local Deliveries | 59.54 |
| Outside Photocopying/Duplication Service | 1,689.20 |
| Postage | 116.08 |
| Professional Fees & Expert Witness Fees | 62,099.45 |
| Research Material | 173.89 |
| Telecopier/Equitrac | 39.30 |
| Travel Expenses - Ground Transportation | 2,385.77 |
| Travel Expenses - Hotel Charges | 2,732.58 |
| Travel Expenses - LD Calls on Hotel Bill | 29.85 |
| Xeroxing | 1,094.70 |
| **Total:** | **$84,829.83** |