**EXHIBIT B**

**Case Administration (33.9 Hours; $ 7,824.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   33.9


**Claim Analysis Objection & Resolution (Asbestos) (16.9 Hours; $ 13,520.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**   16.9


**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 160.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06**   .2


**Committee, Creditors', Noteholders' or Equity Holders (.3 Hours; $ 262.50)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**   .3


**Employment Applications, Others (.6 Hours; $ 480.00)**

   Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**   .6



**Fee Applications, Applicant (5.0 Hours; $ 1,972.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        5.0**

**Fee Applications, Others (.3 Hours; $ 144.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        .3**

**Financing (.3 Hours; $ 262.50)**

Services rendered in this category pertain to the additional review of the Debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14        .3**

**Litigation and Litigation Consulting (715.6 Hours; $ 314,264.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        715.6**

**Plan & Disclosure Statement (32.2 Hours; $ 7,567.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        32.2**

**Tax Issues (1.4 Hours; $ 777.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19        1.4**
**Travel Non-Working (23.0 Hours; $ 6,670.00)**

{D0087182.1 }

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          23.0**