**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 4,603.20 |
| Air Freight & Express Mail | 184.30 |
| Conference Meals | 88.85 |
| Court Reporting/Transcript Service | 447.10 |
| Database Research | 8,485.60 |
| Local Transportation - DC | 77.05 |
| Long Distance-Equitrac In-House | 11.56 |
| Meals Related to Travel | 511.81 |
| Outside Local Deliveries | 59.54 |
| Outside Photocopying/Duplication Service | 1,689.20 |
| Postage | 116.08 |
| Professional Fees & Expert Witness Fees | 62,099.45 |
| Research Material | 173.89 |
| Telecopier/Equitrac | 39.30 |
| Travel Expenses - Ground Transportation | 2,385.77 |
| Travel Expenses - Hotel Charges | 2,732.58 |
| Travel Expenses - LD Calls on Hotel Bill | 29.85 |
| Xeroxing | 1,094.70 |
| **Total:** | **$84,829.83** |

{D0087183.1 }