```
Client Number:    4642                    Grace Asbestos Personal Injury Claimants                                                    Page:    1
Matter      000                           Disbursements                                                                         5/17/2007
                                                                                                                            Print Date/Time:
                                                                                                                                 05/17/2007
                                                                                                                                  3:49:36PM
Attn:                                                                                                                             Invoice #

                                                           PREBILL  / CONTROL  REPORT
                                                                      Trans Date Range:    1/1/1950  to:  4/30/2007
Matter      000
Disbursements
Bill Cycle:       Monthly          Style:         i1         Start:       4/16/2001
                                                              Last Billed : 4/27/2007                          13,655



Client Credits Available              $801.19     Committed to Invoices:         $0.00     Remaining:        $801.19



Trust Amount Available

                               Total Expenses Billed To Date      $937,175.57

                                                                       Billing Empl:      0120     Elihu   Inselbuch
                                                                       Responsible Empl:  0120     Elihu   Inselbuch
                                                                       Alternate Empl:    0120     Elihu   Inselbuch
                                                                       Originating Empl:  0120     Elihu   Inselbuch
```

**Summary   by Employee**

|      |          |                      | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
| Empl | Initials | Name                 | Hours | Amount | Hours | Amount |
|------|----------|----------------------|-------|--------|-------|--------|
| 0001 | BSB      | Bernard  Bailor      | 0.00  | 463.80 | 0.00  | 463.80 |
| 0054 | WBS      | Walter B Slocombe    | 0.00  | 675.80 | 0.00  | 675.80 |
| 0120 | EI       | Elihu  Inselbuch     | 0.00  | 48.23  | 0.00  | 48.23  |
| 0187 | NDF      | Nathan D Finch       | 0.00  | 69,496.55 | 0.00 | 68,705.75 |
| 0220 | SKL      | Suzanne K Lurie      | 0.00  | 83.10  | 0.00  | 83.10  |
| 0227 | RH       | Roxana  Healy        | 0.00  | 1.80   | 0.00  | 1.80   |
| 0232 | LK       | Lauren  Karastergiou | 0.00  | 4.30   | 0.00  | 4.30   |
| 0237 | SRB      | Sidney R Barnes      | 0.00  | 9.80   | 0.00  | 9.80   |
| 0245 | PT       | Paula  Taylor-Brooks | 0.00  | 0.90   | 0.00  | 0.90   |
| 0255 | DAT      | Denise A Tolbert     | 0.00  | 162.40 | 0.00  | 162.40 |
| 0308 | DBS      | David B Smith        | 0.00  | 149.09 | 0.00  | 149.09 |
| 0317 | JAL      | Jeffrey A Liesemer   | 0.00  | 25.35  | 0.00  | 25.35  |
| 0327 | ALV      | Adam L Vangrack      | 0.00  | 1,865.01 | 0.00 | 1,865.01 |
| 0334 | JPW      | James P Wehner       | 0.00  | 743.40 | 0.00  | 743.40 |
| 0337 | EGB      | Erroll G Butts       | 0.00  | 1,152.34 | 0.00 | 1,152.34 |
| 0345 | KMC      | Kevin M Carson       | 0.00  | 74.70  | 0.00  | 74.70  |
| 0354 | JMR      | Jeanna M Rickards    | 0.00  | 1,252.50 | 0.00 | 1,252.50 |
| 0999 | C&D      | Caplin &. Drysdale   | 0.00  | 9,411.56 | 0.00 | 9,411.56 |
|      |          |                      | **0.00** | **85,620.63** | **0.00** | **84,829.83** |

**Total Fees**


**Summary   by Employee**

|      |          |      | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |
|------|----------|------|------|-------|--------|------|-------|--------|

**Total Fees**

```
Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                                            Page:   1
Matter     000                           Disbursements                                                                                    5/17/2007
                                                                                                                                  Print Date/Time:
                                                                                                                                       05/17/2007
                                                                                                                                        3:49:36PM
Attn:                                                                                                                                     Invoice #
```

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate (Actual) | Hours (Actual) | Amount (Actual) | Rate (Billing) | Hours (Billing) | Amount (Billing) | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2076756 | Photocopy | E | 04/02/2007 | 0220 | SKL | 0.00 | 0.00 | $0.30 | 0.00 | 0.00 | $0.30 | 0.30 |
| 2076830 | Photocopy | E | 04/02/2007 | 0245 | PT | 0.00 | 0.00 | $0.90 | 0.00 | 0.00 | $0.90 | 1.20 |
| 2076933 | Fax Transmission to 18054997126 | E | 04/03/2007 | 0220 | SKL | 0.00 | 0.00 | $1.50 | 0.00 | 0.00 | $1.50 | 2.70 |
| 2076095 | Federal Express to EI c/o The Four Seasons in San Francisco on 3/20 | E | 04/03/2007 | 0120 | EI | 0.00 | 0.00 | $33.29 | 0.00 | 0.00 | $33.29 | 35.99 |
| 2076147 | Equitrac - Long Distance to 8054997126 | E | 04/03/2007 | 0999 | C&D | 0.00 | 0.00 | $0.29 | 0.00 | 0.00 | $0.29 | 36.28 |
| 2076165 | Equitrac - Long Distance to 6094660427 | E | 04/03/2007 | 0999 | C&D | 0.00 | 0.00 | $0.05 | 0.00 | 0.00 | $0.05 | 36.33 |
| 2077053 | NDF; Travel expenses to Texas for meeting w/Futures' Legal Rep Peter Kraus on 3/29-30 for meals | E | 04/04/2007 | 0187 | NDF | 0.00 | 0.00 | $116.84 | 0.00 | 0.00 | $116.84 | 153.17 |
| 2077054 | NDF; Travel expenses to Texas for meeting w/Futures' Legal Rep Peter Kraus on 3/29-30 for Hotel Zaza (room 269.00, city tax 24.21 and state tax 16.41) | E | 04/04/2007 | 0187 | NDF | 0.00 | 0.00 | $618.70 | 0.00 | 0.00 | $618.70 | 771.87 |
| 2077055 | NDF; Travel expenses to Texas for meeting w/Futures' Legal Rep Peter Kraus on 3/29-30 for cabs | E | 04/04/2007 | 0187 | NDF | 0.00 | 0.00 | $140.00 | 0.00 | 0.00 | $140.00 | 911.87 |
| 2077056 | Business Card (firm credit card) Science material through C&D Library | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $163.17 | 0.00 | 0.00 | $163.17 | 1,075.04 |
| 2077253 | Petty Cash Airport parking expense for WBS to NYC for meeting with counsel for FCR on 3/29 | E | 04/04/2007 | 0054 | WBS | 0.00 | 0.00 | $17.00 | 0.00 | 0.00 | $17.00 | 1,092.04 |
| 2077254 | Petty Cash NDF cab expenses to Wilmington for court attendance on 4/2 | E | 04/04/2007 | 0187 | NDF | 0.00 | 0.00 | $50.00 | 0.00 | 0.00 | $50.00 | 1,142.04 |
| 2077255 | Petty Cash Meals for NDF in Wilmington on 4/2 | E | 04/04/2007 | 0187 | NDF | 0.00 | 0.00 | $5.00 | 0.00 | 0.00 | $5.00 | 1,147.04 |
| 2077256 | Petty Cash Fax and phone call to EI while in Mexico of draft Grace brief on 2/21 | E | 04/04/2007 | 0317 | JAL | 0.00 | 0.00 | $25.35 | 0.00 | 0.00 | $25.35 | 1,172.39 |
| 2077258 | Petty Cash Overtime cab home for DAT on 3/27 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $26.00 | 0.00 | 0.00 | $26.00 | 1,198.39 |
| 2077260 | Petty Cash Late night dinner for NDF on 3/27 | E | 04/04/2007 | 0187 | NDF | 0.00 | 0.00 | $33.65 | 0.00 | 0.00 | $33.65 | 1,232.04 |
| 2077261 | Petty Cash Late night cab home for NDF on 3/27 | E | 04/04/2007 | 0187 | NDF | 0.00 | 0.00 | $20.00 | 0.00 | 0.00 | $20.00 | 1,252.04 |
| 2077332 | Equitrac - Long Distance to 3122363029 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.14 | 0.00 | 0.00 | $0.14 | 1,252.18 |
| 2077337 | Equitrac - Long Distance to 2032522553 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.20 | 0.00 | 0.00 | $0.20 | 1,252.38 |
| 2077339 | Equitrac - Long Distance to 3024261900 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.52 | 0.00 | 0.00 | $0.52 | 1,252.90 |
| 2077344 | Equitrac - Long Distance to 8432169100 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.46 | 0.00 | 0.00 | $0.46 | 1,253.36 |
| 2077350 | Equitrac - Long Distance to 2123197125 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.06 | 0.00 | 0.00 | $0.06 | 1,253.42 |
| 2077351 | Equitrac - Long Distance to 8054993572 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.66 | 0.00 | 0.00 | $0.66 | 1,254.08 |
| 2077352 | Equitrac - Long Distance to 2125889686 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.12 | 0.00 | 0.00 | $0.12 | 1,254.20 |
| 2077353 | Equitrac - Long Distance to 8039434444 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.07 | 0.00 | 0.00 | $0.07 | 1,254.27 |
| 2077398 | Photocopy | E | 04/04/2007 | 0308 | DBS | 0.00 | 0.00 | $2.70 | 0.00 | 0.00 | $2.70 | 1,256.97 |
| 2077419 | Photocopy | E | 04/04/2007 | 0220 | SKL | 0.00 | 0.00 | $8.40 | 0.00 | 0.00 | $8.40 | 1,265.37 |
| 2077438 | Photocopy | E | 04/04/2007 | 0220 | SKL | 0.00 | 0.00 | $4.00 | 0.00 | 0.00 | $4.00 | 1,269.37 |
| 2077440 | Photocopy | E | 04/04/2007 | 0255 | DAT | 0.00 | 0.00 | $2.00 | 0.00 | 0.00 | $2.00 | 1,271.37 |
| 2077451 | Photocopy | E | 04/04/2007 | 0334 | JPW | 0.00 | 0.00 | $0.20 | 0.00 | 0.00 | $0.20 | 1,271.57 |
| 2077467 | Fax Transmission to 512145201181 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $1.05 | 0.00 | 0.00 | $1.05 | 1,272.62 |
| 2077469 | Fax Transmission to 512148248100 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 1,273.07 |
| 2077470 | Fax Transmission to 517136501400 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $1.05 | 0.00 | 0.00 | $1.05 | 1,274.12 |
| 2077471 | Fax Transmission to 513125516759 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $1.05 | 0.00 | 0.00 | $1.05 | 1,275.17 |
| 2077472 | Fax Transmission to 518432169290 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $1.05 | 0.00 | 0.00 | $1.05 | 1,276.22 |
| 2077473 | Fax Transmission to 514067527124 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $1.05 | 0.00 | 0.00 | $1.05 | 1,277.27 |
| 2077474 | Fax Transmission to 513026565875 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.75 | 0.00 | 0.00 | $0.75 | 1,278.02 |
| 2077475 | Fax Transmission to 515108354913 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $1.05 | 0.00 | 0.00 | $1.05 | 1,279.07 |
| 2077476 | Fax Transmission to 512165750799 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $1.05 | 0.00 | 0.00 | $1.05 | 1,280.12 |
| 2077477 | Fax Transmission to 513053796222 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 1,280.57 |
| 2077479 | Fax Transmission to 514124718308 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $1.05 | 0.00 | 0.00 | $1.05 | 1,281.62 |
| 2077480 | Fax Transmission to 512123440994 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $1.05 | 0.00 | 0.00 | $1.05 | 1,282.67 |
| 2077481 | Fax Transmission to 513024269947 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $1.05 | 0.00 | 0.00 | $1.05 | 1,283.72 |
| 2077482 | Fax Transmission to 514122615066 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $1.05 | 0.00 | 0.00 | $1.05 | 1,284.77 |
| 2077483 | Fax Transmission to 518432169450 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $1.05 | 0.00 | 0.00 | $1.05 | 1,285.82 |
| 2077484 | Fax Transmission to 513026565875 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.30 | 0.00 | 0.00 | $0.30 | 1,286.12 |
| 2077485 | Fax Transmission to 513053796222 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.60 | 0.00 | 0.00 | $0.60 | 1,286.72 |
| 2077486 | Fax Transmission to 512148248100 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.75 | 0.00 | 0.00 | $0.75 | 1,287.47 |
| 2077487 | Fax Transmission to 512148248100 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.60 | 0.00 | 0.00 | $0.60 | 1,288.07 |
| 2077488 | Fax Transmission to 512148248100 | E | 04/04/2007 | 0999 | C&D | 0.00 | 0.00 | $0.30 | 0.00 | 0.00 | $0.30 | 1,288.37 |
| 2077500 | Platinum Litigation; Copying charges--heavy litigation | E | 04/04/2007 | 0354 | JMR | 0.00 | 0.00 | $536.86 | 0.00 | 0.00 | $536.86 | 1,825.23 |
| 2077506 | JPW; Airport parking, Cabs and toll expense on travel to Texas for meeting w/FCR attorneys on | E | 04/05/2007 | 0334 | JPW | 0.00 | 0.00 | $52.00 | 0.00 | 0.00 | $52.00 | 1,877.23 |

| Client Number: 4642 | | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | | | Disbursements | | | | | | | 5/17/2007 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 05/17/2007 |
| | | | | | | | | | | 3:49:36PM |
| Attn: | | | | | | | | | | Invoice # |
| | 3/29 | | | | | | | | | |
| 2077507 | ALV; Travel expenses to Florida for depositions on 2/20-22 for meals | E | 04/05/2007 | 0327 | ALV | 0.00 | $217.41 | 0.00 | $217.41 | 2,094.64 |
| 2077508 | ALV; Travel expenses to Florida for depositions on 2/20-22 for Boca Raton Marriott hotel  (room 369.00, tax 42.22) | E | 04/05/2007 | 0327 | ALV | 0.00 | $1,234.32 | 0.00 | $1,234.32 | 3,328.96 |
| 2077509 | ALV; Travel expenses to Florida for depositions on 2/20-22  for cabs t/f airport and rental car | E | 04/05/2007 | 0327 | ALV | 0.00 | $383.43 | 0.00 | $383.43 | 3,712.39 |
| 2077510 | ALV; Travel expenses to Florida for depositions on 2/20-22 for internet usage at hotel | E | 04/05/2007 | 0327 | ALV | 0.00 | $29.85 | 0.00 | $29.85 | 3,742.24 |
| 2077528 | Equitrac - Long Distance to 3024261900 | E | 04/05/2007 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 3,742.52 |
| 2077549 | Equitrac - Long Distance to 6094660427 | E | 04/05/2007 | 0999 | C&D | 0.00 | $1.70 | 0.00 | $1.70 | 3,744.22 |
| 2077558 | Equitrac - Long Distance to 2123197125 | E | 04/05/2007 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 3,744.31 |
| 2077621 | Photocopy | E | 04/05/2007 | 0255 | DAT | 0.00 | $0.20 | 0.00 | $0.20 | 3,744.51 |
| 2077636 | Photocopy | E | 04/05/2007 | 0220 | SKL | 0.00 | $0.90 | 0.00 | $0.90 | 3,745.41 |
| 2077647 | Photocopy | E | 04/05/2007 | 0220 | SKL | 0.00 | $2.00 | 0.00 | $2.00 | 3,747.41 |
| 2077707 | JMR; Travel expenses to Dallas for interview of potential witness on 3/30-31 for meals | E | 04/06/2007 | 0354 | JMR | 0.00 | $22.94 | 0.00 | $22.94 | 3,770.35 |
| 2077708 | JMR; Travel expenses to Dallas for interview of potential witness on 3/30-31 for Hotel Zaza | E | 04/06/2007 | 0354 | JMR | 0.00 | $595.70 | 0.00 | $595.70 | 4,366.05 |
| 2077709 | JMR; Travel expenses to Dallas for interview of potential witness on 3/30-31 for cabs | E | 04/06/2007 | 0354 | JMR | 0.00 | $87.00 | 0.00 | $87.00 | 4,453.05 |
| 2077752 | Equitrac - Long Distance to 3026548300 | E | 04/09/2007 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 4,453.22 |
| 2077758 | Equitrac - Long Distance to 4122817100 | E | 04/09/2007 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 4,453.36 |
| 2077928 | Photocopy | E | 04/09/2007 | 0220 | SKL | 0.00 | $1.10 | 0.00 | $1.10 | 4,454.46 |
| 2077931 | Photocopy | E | 04/09/2007 | 0220 | SKL | 0.00 | $1.00 | 0.00 | $1.00 | 4,455.46 |
| 2077947 | Photocopy | E | 04/09/2007 | 0220 | SKL | 0.00 | $5.00 | 0.00 | $5.00 | 4,460.46 |
| 2077954 | Photocopy | E | 04/09/2007 | 0999 | C&D | 0.00 | $13.00 | 0.00 | $13.00 | 4,473.46 |
| 2077989 | Photocopy | E | 04/09/2007 | 0255 | DAT | 0.00 | $50.60 | 0.00 | $50.60 | 4,524.06 |
| 2077995 | Photocopy | E | 04/09/2007 | 0220 | SKL | 0.00 | $1.50 | 0.00 | $1.50 | 4,525.56 |
| 2078476 | Brown Reporting; Copy of William E. Longo Ph.D. transcript | E | 04/10/2007 | 0001 | BSB | 0.00 | $447.10 | 0.00 | $447.10 | 4,972.66 |
| 2078482 | Lasership to Orrick Herringron & Sutcliffe on 3/22 | E | 04/10/2007 | 0999 | C&D | 0.00 | $8.35 | 0.00 | $8.35 | 4,981.01 |
| 2078485 | Lasership to Orrick Herrington & Sutcliffe on 3/26 | E | 04/10/2007 | 0999 | C&D | 0.00 | $8.35 | 0.00 | $8.35 | 4,989.36 |
| 2078493 | Verus Claims Services; Services rendered 3/1 thru 3/31/07 | E | 04/10/2007 | 0187 | NDF | 0.00 | $16,342.50 | 0.00 | $16,342.50 | 21,331.86 |
| 2078500 | Red Top Cab car service for JMR to National airport on 3/29 | E | 04/10/2007 | 0354 | JMR | 0.00 | $9.37 | 0.00 | $9.37 | 21,341.23 |
| 2078501 | Red Top Cab car service for BSB to National airport on 3/21 | E | 04/10/2007 | 0001 | BSB | 0.00 | $16.30 | 0.00 | $16.30 | 21,357.53 |
| 2078517 | Equitrac - Long Distance to 2123199240 | E | 04/10/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 21,357.60 |
| 2078533 | Equitrac - Long Distance to 3105819309 | E | 04/10/2007 | 0999 | C&D | 0.00 | $0.93 | 0.00 | $0.93 | 21,358.53 |
| 2078544 | Equitrac - Long Distance to 2123197125 | E | 04/10/2007 | 0999 | C&D | 0.00 | $1.44 | 0.00 | $1.44 | 21,359.97 |
| 2078570 | Photocopy | E | 04/10/2007 | 0220 | SKL | 0.00 | $11.40 | 0.00 | $11.40 | 21,371.37 |
| 2078572 | Photocopy | E | 04/10/2007 | 0308 | DBS | 0.00 | $5.40 | 0.00 | $5.40 | 21,376.77 |
| 2078587 | Photocopy | E | 04/10/2007 | 0255 | DAT | 0.00 | $9.70 | 0.00 | $9.70 | 21,386.47 |
| 2078610 | Photocopy | E | 04/10/2007 | 0220 | SKL | 0.00 | $1.30 | 0.00 | $1.30 | 21,387.77 |
| 2078615 | Photocopy | E | 04/10/2007 | 0308 | DBS | 0.00 | $0.50 | 0.00 | $0.50 | 21,388.27 |
| 2078622 | Photocopy | E | 04/10/2007 | 0999 | C&D | 0.00 | $170.70 | 0.00 | $170.70 | 21,558.97 |
| 2078633 | Photocopy | E | 04/10/2007 | 0255 | DAT | 0.00 | $0.70 | 0.00 | $0.70 | 21,559.67 |
| 2078723 | Equitrac - Long Distance to 2125063741 | E | 04/11/2007 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 21,560.07 |
| 2078744 | Equitrac - Long Distance to 3024261900 | E | 04/11/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 21,560.22 |
| 2078796 | Photocopy | E | 04/11/2007 | 0334 | JPW | 0.00 | $0.10 | 0.00 | $0.10 | 21,560.32 |
| 2078797 | Photocopy | E | 04/11/2007 | 0334 | JPW | 0.00 | $1.10 | 0.00 | $1.10 | 21,561.42 |
| 2078851 | Photocopy | E | 04/11/2007 | 0308 | DBS | 0.00 | $8.00 | 0.00 | $8.00 | 21,569.42 |
| 2078871 | Photocopy | E | 04/11/2007 | 0237 | SRB | 0.00 | $5.40 | 0.00 | $5.40 | 21,574.82 |
| 2079131 | ADA Travel    JPW 3/29   coach class travel to NYC | E | 04/12/2007 | 0334 | JPW | 0.00 | $618.80 | 0.00 | $618.80 | 22,193.62 |
| 2079132 | ADA Travel    agency fee on    JPW 3/29 travel to NYC | E | 04/12/2007 | 0334 | JPW | 0.00 | $40.00 | 0.00 | $40.00 | 22,233.62 |
| 2079133 | ADA Travel    WBS 3/29 coach fare  travel to NYC | E | 04/12/2007 | 0054 | WBS | 0.00 | $618.80 | 0.00 | $618.80 | 22,852.42 |
| 2079134 | ADA Travel    agency fee on    WBS 3/29 travel to NYC | E | 04/12/2007 | 0054 | WBS | 0.00 | $40.00 | 0.00 | $40.00 | 22,892.42 |
| 2079141 | ADA Travel    Coach travel for NDF on 4/6 to NYC | E | 04/12/2007 | 0187 | NDF | 0.00 | $618.80 | 0.00 | $618.80 | 23,511.22 |
| 2079142 | ADA Travel    agency fee on    Coach travel for NDF on 4/6 to NYC | E | 04/12/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 23,551.22 |
| 2079145 | ADA Travel    NDF 4/11 travel to Chicago  (coach fare 1078.00) | E | 04/12/2007 | 0187 | NDF | 0.00 | $1,868.80 | 0.00 | $1,078.00 | 24,629.22 |
| 2079146 | ADA Travel agency fee on   NDF 4/11 travel to Chicago  (coach fare 1078.00) | E | 04/12/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 24,669.22 |
| 2079148 | Document Tech; Blowbacks | E | 04/12/2007 | 0337 | EGB | 0.00 | $35.96 | 0.00 | $35.96 | 24,705.18 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                   Page:  1
Matter    000                     Disbursements                                                                              5/17/2007
                                                                                                                        Print Date/Time:
                                                                                                                            05/17/2007
                                                                                                                            3:49:36PM
Attn:                                                                                                                        Invoice #
2079149   Document Tech;  Blowbacks                        E  04/12/2007   0337  EGB        0.00      $564.45    0.00    $564.45   25,269.63
2079152   Document Tech;  Blowbacks - assembly             E  04/12/2007   0337  EGB        0.00      $250.42    0.00    $250.42   25,520.05
2079153   Document Tech;  Blowbacks - assembly             E  04/12/2007   0337  EGB        0.00      $301.51    0.00    $301.51   25,821.56
2079158   Equitrac - Long Distance to 4122817100           E  04/12/2007   0999  C&D        0.00        $0.22    0.00      $0.22   25,821.78
2079187   Equitrac - Long Distance to 2123199240           E  04/12/2007   0999  C&D        0.00        $0.05    0.00      $0.05   25,821.83
2079268   Photocopy                                        E  04/12/2007   0999  C&D        0.00        $7.10    0.00      $7.10   25,828.93
2079275   Photocopy                                        E  04/12/2007   0308  DBS        0.00        $8.20    0.00      $8.20   25,837.13
2079277   Photocopy                                        E  04/12/2007   0220  SKL        0.00        $6.50    0.00      $6.50   25,843.63
2079279   Photocopy                                        E  04/12/2007   0220  SKL        0.00        $0.60    0.00      $0.60   25,844.23
2079288   Photocopy                                        E  04/12/2007   0220  SKL        0.00        $0.10    0.00      $0.10   25,844.33
2079312   Photocopy                                        E  04/12/2007   0334  JPW        0.00        $0.10    0.00      $0.10   25,844.43
2079315   Photocopy                                        E  04/12/2007   0308  DBS        0.00       $13.60    0.00     $13.60   25,858.03
2079321   Photocopy                                        E  04/12/2007   0220  SKL        0.00        $3.80    0.00      $3.80   25,861.83
2079330   Photocopy                                        E  04/12/2007   0999  C&D        0.00        $1.90    0.00      $1.90   25,863.73
2079347   Photocopy                                        E  04/12/2007   0308  DBS        0.00        $6.50    0.00      $6.50   25,870.23
2079352   Photocopy                                        E  04/12/2007   0232  LK         0.00        $1.50    0.00      $1.50   25,871.73
2079360   Photocopy                                        E  04/12/2007   0999  C&D        0.00        $1.20    0.00      $1.20   25,872.93
2079382   Fax Transmission to 512145201181                 E  04/12/2007   0999  C&D        0.00        $1.50    0.00      $1.50   25,874.43
2079383   Fax Transmission to 512148248100                 E  04/12/2007   0999  C&D        0.00        $0.45    0.00      $0.45   25,874.88
2079384   Fax Transmission to 517136501400                 E  04/12/2007   0999  C&D        0.00        $0.90    0.00      $0.90   25,875.78
2079385   Fax Transmission to 518432169290                 E  04/12/2007   0999  C&D        0.00        $1.50    0.00      $1.50   25,877.28
2079386   Fax Transmission to 514067527124                 E  04/12/2007   0999  C&D        0.00        $1.50    0.00      $1.50   25,878.78
2079387   Fax Transmission to 513026565875                 E  04/12/2007   0999  C&D        0.00        $1.50    0.00      $1.50   25,880.28
2079388   Fax Transmission to 515108354913                 E  04/12/2007   0999  C&D        0.00        $1.50    0.00      $1.50   25,881.78
2079389   Fax Transmission to 512165750799                 E  04/12/2007   0999  C&D        0.00        $1.50    0.00      $1.50   25,883.28
2079390   Fax Transmission to 514124718308                 E  04/12/2007   0999  C&D        0.00        $1.35    0.00      $1.35   25,884.63
2079391   Fax Transmission to 512123440994                 E  04/12/2007   0999  C&D        0.00        $1.50    0.00      $1.50   25,886.13
2079392   Fax Transmission to 513024269947                 E  04/12/2007   0999  C&D        0.00        $0.90    0.00      $0.90   25,887.03
2079393   Fax Transmission to 514122615066                 E  04/12/2007   0999  C&D        0.00        $0.15    0.00      $0.15   25,887.18
2079394   Fax Transmission to 512148248100                 E  04/12/2007   0999  C&D        0.00        $1.05    0.00      $1.05   25,888.23
2079395   Fax Transmission to 517136501400                 E  04/12/2007   0999  C&D        0.00        $0.60    0.00      $0.60   25,888.83
2079396   Fax Transmission to 513125516759                 E  04/12/2007   0999  C&D        0.00        $1.50    0.00      $1.50   25,890.33
2079397   Fax Transmission to 513024269947                 E  04/12/2007   0999  C&D        0.00        $0.15    0.00      $0.15   25,890.48
2079398   Fax Transmission to 514122615066                 E  04/12/2007   0999  C&D        0.00        $1.35    0.00      $1.35   25,891.83
2079401   Fax Transmission to 513053796222                 E  04/12/2007   0999  C&D        0.00        $1.50    0.00      $1.50   25,893.33
2079404   Fax Transmission to 513024269947                 E  04/12/2007   0999  C&D        0.00        $0.45    0.00      $0.45   25,893.78
2079405   Fax Transmission to 514124718308                 E  04/12/2007   0999  C&D        0.00        $0.15    0.00      $0.15   25,893.93
2079426   Federal Express to NDF from Edward DuBois on 3/26 E 04/13/2007   0187  NDF        0.00       $14.77    0.00     $14.77   25,908.70
2079435   Federal Express to Katie Hemming from EI on 3/23 E  04/13/2007   0120  EI         0.00        $4.22    0.00      $4.22   25,912.92
2079437   Federal Express to Rafael Rodriguez-Parrilla on  E  04/13/2007   0999  C&D        0.00       $19.69    0.00     $19.69   25,932.61
          3/29
2079616   Equitrac - Long Distance to 6152548500           E  04/13/2007   0999  C&D        0.00        $0.05    0.00      $0.05   25,932.66
2079633   Photocopy                                        E  04/13/2007   0220  SKL        0.00        $0.60    0.00      $0.60   25,933.26
2079644   Photocopy                                        E  04/13/2007   0220  SKL        0.00        $0.10    0.00      $0.10   25,933.36
2079742   Snyder Miller & Orton;  Professional services    E  04/16/2007   0187  NDF        0.00   $44,766.95    0.00 $44,766.95   70,700.31
          3/1-3/31/07
2080095   Equitrac - Long Distance to 3025943100           E  04/16/2007   0999  C&D        0.00        $0.07    0.00      $0.07   70,700.38
2080096   Equitrac - Long Distance to 3025943100           E  04/16/2007   0999  C&D        0.00        $0.08    0.00      $0.08   70,700.46
2080113   Equitrac - Long Distance to 3024261900           E  04/16/2007   0999  C&D        0.00        $0.08    0.00      $0.08   70,700.54
2080115   Equitrac - Long Distance to 3024260166           E  04/16/2007   0999  C&D        0.00        $0.06    0.00      $0.06   70,700.60
2080230   Photocopy                                        E  04/16/2007   0220  SKL        0.00        $4.50    0.00      $4.50   70,705.10
2080232   Photocopy                                        E  04/16/2007   0220  SKL        0.00        $3.30    0.00      $3.30   70,708.40
2080329   Photocopy                                        E  04/17/2007   0220  SKL        0.00        $0.10    0.00      $0.10   70,708.50
2080365   Photocopy                                        E  04/17/2007   0220  SKL        0.00        $0.20    0.00      $0.20   70,708.70
2080369   Photocopy                                        E  04/17/2007   0308  DBS        0.00       $14.90    0.00     $14.90   70,723.60
2080186   Equitrac - Long Distance to 2127531066           E  04/17/2007   0999  C&D        0.00        $0.08    0.00      $0.08   70,723.68
2080208   Equitrac - Long Distance to 3024269947           E  04/17/2007   0999  C&D        0.00        $0.08    0.00      $0.08   70,723.76
2080455   Petty Cash  NDF cab expense on travel to NYC for E  04/18/2007   0187  NDF        0.00       $30.00    0.00     $30.00   70,753.76
          meetings with EI on 4/6
2080456   Petty Cash  Lunch expense for NDF in NYC for     E  04/18/2007   0187  NDF        0.00        $5.32    0.00      $5.32   70,759.08
          meeting with EI on 4/6
2080457   Petty Cash  NDF cab expense on travel to Chicago E  04/18/2007   0187  NDF        0.00       $30.00    0.00     $30.00   70,789.08
          for meetings on 4/11
2080458   Petty Cash  NDF lunch expense in Chicago for     E  04/18/2007   0187  NDF        0.00       $35.77    0.00     $35.77   70,824.85
          meetings on 4/11
2080464   Petty Cash  Late night dinner for NDF and JPW on E  04/18/2007   0187  NDF        0.00       $55.20    0.00     $55.20   70,880.05
          4/3
2080483   Gobbell Hays;  Professional services March 1     E  04/18/2007   0187  NDF        0.00      $990.00    0.00    $990.00   71,870.05
          through March 31, 2007
2080487   NDF;  Travel expenses to Pittsburgh for Court on E  04/18/2007   0187  NDF        0.00      $108.53    0.00    $108.53   71,978.58
          4/13   for meals
2080488   NDF;  Travel expenses to Pittsburgh for Court on E  04/18/2007   0187  NDF        0.00      $283.86    0.00    $283.86   72,262.44
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                    Page:  1
Matter    000                     Disbursements                                                                               5/17/2007
                                                                                                                       Print Date/Time:
                                                                                                                            05/17/2007
                                                                                                                             3:49:36PM
Attn:                                                                                                                         Invoice #
                    4/13 forOmni William Penn hotel  (room 249.00,
                    Co. tax 17.43, State Rad tax 2.49, sales tax
                    14.94)
2080489             NDF;  Travel expenses to Pittsburgh for Court on    E   04/18/2007   0187   NDF    0.00      $100.00   0.00     $100.00    72,362.44
                    4/13 for cabs
2080506             Federal Express to Dan Relles from NDF on 4/5       E   04/18/2007   0187   NDF    0.00       $28.20   0.00      $28.20    72,390.64
2080524             Lasership to Orrick Herrington & Sutcliffe on       E   04/18/2007   0999   C&D    0.00        $8.40   0.00       $8.40    72,399.04
                    4/10
2080533             Lasership to NDF on 4/14                            E   04/18/2007   0999   C&D    0.00       $34.44   0.00      $34.44    72,433.48
2081685             Photocopy                                           E   04/18/2007   0220   SKL    0.00        $0.10   0.00       $0.10    72,433.58
2081717             Photocopy                                           E   04/18/2007   0999   C&D    0.00       $95.10   0.00      $95.10    72,528.68
2081730             Photocopy                                           E   04/18/2007   0308   DBS    0.00        $3.60   0.00       $3.60    72,532.28
2081969             Photocopy                                           E   04/19/2007   0220   SKL    0.00        $3.80   0.00       $3.80    72,536.08
2082002             Photocopy                                           E   04/19/2007   0308   DBS    0.00        $4.30   0.00       $4.30    72,540.38
2080896             Red Top Executive Sedan car service for NDF from    E   04/19/2007   0187   NDF    0.00       $31.05   0.00      $31.05    72,571.43
                    Bethesda, MD to office on 4/2
2081209             Postage                                             E   04/19/2007   0187   NDF    0.00       $27.63   0.00      $27.63    72,599.06
2081227             Postage                                             E   04/19/2007   0354   JMR    0.00        $0.63   0.00       $0.63    72,599.69
2081504             Postage                                             E   04/19/2007   0187   NDF    0.00       $56.73   0.00      $56.73    72,656.42
2081574             Postage                                             E   04/19/2007   0308   DBS    0.00       $31.09   0.00      $31.09    72,687.51
2082070             ADA Travel  Coach fare for NDF to Pittsburgh on     E   04/20/2007   0187   NDF    0.00    $1,468.80   0.00   $1,468.80    74,156.31
                    4/12
2082071             ADA Travel  Agency fee on Coach fare for NDF to     E   04/20/2007   0187   NDF    0.00       $40.00   0.00      $40.00    74,196.31
                    Pittsburgh on 4/12
2082091             Charge & Ride car service for NDF to LaGuardia      E   04/20/2007   0187   NDF    0.00       $49.47   0.00      $49.47    74,245.78
                    airport in NYC on 3/29
2082167             Photocopy                                           E   04/20/2007   0220   SKL    0.00        $2.90   0.00       $2.90    74,248.68
2082169             Photocopy                                           E   04/20/2007   0220   SKL    0.00        $1.90   0.00       $1.90    74,250.58
2082173             Photocopy                                           E   04/20/2007   0999   C&D    0.00       $20.60   0.00      $20.60    74,271.18
2082174             Photocopy                                           E   04/20/2007   0308   DBS    0.00        $7.10   0.00       $7.10    74,278.28
2082188             Photocopy                                           E   04/20/2007   0220   SKL    0.00        $1.90   0.00       $1.90    74,280.18
2082201             Photocopy                                           E   04/20/2007   0001   BSB    0.00        $0.30   0.00       $0.30    74,280.48
2082222             Photocopy                                           E   04/20/2007   0001   BSB    0.00        $0.10   0.00       $0.10    74,280.58
2082243             Equitrac - Long Distance to 3024261900              E   04/20/2007   0999   C&D    0.00        $0.05   0.00       $0.05    74,280.63
2082258             Pacer Service Center for the period January 1,      E   04/23/2007   0120   EI     0.00       $10.72   0.00      $10.72    74,291.35
                    March 31, 2007
2082605             Photocopy                                           E   04/23/2007   0999   C&D    0.00        $4.00   0.00       $4.00    74,295.35
2082611             Photocopy                                           E   04/23/2007   0255   DAT    0.00        $5.30   0.00       $5.30    74,300.65
2082620             Photocopy                                           E   04/23/2007   0255   DAT    0.00        $4.40   0.00       $4.40    74,305.05
2082633             Photocopy                                           E   04/23/2007   0999   C&D    0.00        $1.30   0.00       $1.30    74,306.35
2082634             Photocopy                                           E   04/23/2007   0255   DAT    0.00        $6.90   0.00       $6.90    74,313.25
2082681             Photocopy                                           E   04/23/2007   0232   LK     0.00        $0.40   0.00       $0.40    74,313.65
2082695             Photocopy                                           E   04/23/2007   0255   DAT    0.00       $17.70   0.00      $17.70    74,331.35
2082752             Equitrac - Long Distance to 3105819309              E   04/24/2007   0999   C&D    0.00        $0.19   0.00       $0.19    74,331.54
2082755             Equitrac - Long Distance to 3105819309              E   04/24/2007   0999   C&D    0.00        $1.00   0.00       $1.00    74,332.54
2082796             Equitrac - Long Distance to 8054993572              E   04/24/2007   0999   C&D    0.00        $0.10   0.00       $0.10    74,332.64
2082826             Photocopy                                           E   04/24/2007   0999   C&D    0.00       $32.50   0.00      $32.50    74,365.14
2082830             Photocopy                                           E   04/24/2007   0999   C&D    0.00        $7.60   0.00       $7.60    74,372.74
2082832             Photocopy                                           E   04/24/2007   0308   DBS    0.00        $2.70   0.00       $2.70    74,375.44
2082852             Photocopy                                           E   04/24/2007   0255   DAT    0.00       $14.00   0.00      $14.00    74,389.44
2082857             Photocopy                                           E   04/24/2007   0999   C&D    0.00        $8.80   0.00       $8.80    74,398.24
2082866             Photocopy                                           E   04/24/2007   0334   JPW    0.00        $2.50   0.00       $2.50    74,400.74
2082876             Photocopy                                           E   04/24/2007   0255   DAT    0.00        $0.30   0.00       $0.30    74,401.04
2082905             Photocopy                                           E   04/24/2007   0999   C&D    0.00        $3.60   0.00       $3.60    74,404.64
2082911             Photocopy                                           E   04/24/2007   0999   C&D    0.00       $75.00   0.00      $75.00    74,479.64
2082912             Photocopy                                           E   04/24/2007   0334   JPW    0.00       $12.60   0.00      $12.60    74,492.24
2082921             Photocopy                                           E   04/24/2007   0255   DAT    0.00        $3.90   0.00       $3.90    74,496.14
2082934             Photocopy                                           E   04/24/2007   0334   JPW    0.00       $12.50   0.00      $12.50    74,508.64
2083323             Federal Express to Dan Relles from NDF on 4/13      E   04/25/2007   0187   NDF    0.00       $58.78   0.00      $58.78    74,567.42
2083345             Equitrac - Long Distance to 3024269910              E   04/25/2007   0999   C&D    0.00        $0.08   0.00       $0.08    74,567.50
2083395             Photocopy                                           E   04/25/2007   0334   JPW    0.00        $3.50   0.00       $3.50    74,571.00
2083431             Photocopy                                           E   04/25/2007   0308   DBS    0.00       $28.70   0.00      $28.70    74,599.70
2083439             Photocopy                                           E   04/25/2007   0220   SKL    0.00        $8.20   0.00       $8.20    74,607.90
2083450             Photocopy                                           E   04/25/2007   0220   SKL    0.00        $0.80   0.00       $0.80    74,608.70
2083687             Charge & Ride service for NDF to LaGuardia          E   04/26/2007   0187   NDF    0.00       $44.88   0.00      $44.88    74,653.58
                    airpot in NYC on 4/6 following meeting with EI
                    on 4/6
2083716             Equitrac - Long Distance to 9174450518              E   04/26/2007   0999   C&D    0.00        $0.14   0.00       $0.14    74,653.72
2083727             Equitrac - Long Distance to 2125065000              E   04/26/2007   0999   C&D    0.00        $0.08   0.00       $0.08    74,653.80
2083728             Equitrac - Long Distance to 3024261900              E   04/26/2007   0999   C&D    0.00        $0.17   0.00       $0.17    74,653.97
2083756             Photocopy                                           E   04/26/2007   0220   SKL    0.00        $1.20   0.00       $1.20    74,655.17
2083763             Photocopy                                           E   04/26/2007   0232   LK     0.00        $0.80   0.00       $0.80    74,655.97
```

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                                    Page:     1
Matter     000                          Disbursements                                                                                              5/17/2007
                                                                                                                                             Print Date/Time:
                                                                                                                                                  05/17/2007
                                                                                                                                                  3:49:36PM
Attn:                                                                                                                                              Invoice #
2083769   Photocopy                                    E   04/26/2007   0220   SKL        0.00        $0.80        0.00         $0.80         74,656.77
2083783   Photocopy                                    E   04/26/2007   0220   SKL        0.00        $0.50        0.00         $0.50         74,657.27
2083786   Photocopy                                    E   04/26/2007   0999   C&D        0.00       $52.70        0.00        $52.70         74,709.97
2083789   Photocopy                                    E   04/26/2007   0220   SKL        0.00        $0.30        0.00         $0.30         74,710.27
2083823   Photocopy                                    E   04/26/2007   0345   KMC        0.00       $68.70        0.00        $68.70         74,778.97
2083830   Photocopy                                    E   04/26/2007   0345   KMC        0.00        $1.20        0.00         $1.20         74,780.17
2083842   Photocopy                                    E   04/26/2007   0345   KMC        0.00        $4.80        0.00         $4.80         74,784.97
2084400   Equitrac - Long Distance to 3024261900       E   04/27/2007   0999   C&D        0.00        $0.12        0.00         $0.12         74,785.09
2084414   Equitrac - Long Distance to 3024261900       E   04/27/2007   0999   C&D        0.00        $0.17        0.00         $0.17         74,785.26
2084415   Equitrac - Long Distance to 2125063741       E   04/27/2007   0999   C&D        0.00        $0.19        0.00         $0.19         74,785.45
2084434   Photocopy                                    E   04/27/2007   0220   SKL        0.00        $0.30        0.00         $0.30         74,785.75
2084504   Photocopy                                    E   04/27/2007   0255   DAT        0.00        $3.50        0.00         $3.50         74,789.25
2084505   Photocopy                                    E   04/27/2007   0308   DBS        0.00        $2.00        0.00         $2.00         74,791.25
2084506   Photocopy                                    E   04/27/2007   0237   SRB        0.00        $2.40        0.00         $2.40         74,793.65
2084512   Photocopy                                    E   04/27/2007   0255   DAT        0.00        $3.80        0.00         $3.80         74,797.45
2084513   Photocopy                                    E   04/27/2007   0308   DBS        0.00        $1.70        0.00         $1.70         74,799.15
2084517   Photocopy                                    E   04/27/2007   0999   C&D        0.00       $66.40        0.00        $66.40         74,865.55
2084521   Photocopy                                    E   04/27/2007   0220   SKL        0.00        $0.40        0.00         $0.40         74,865.95
2084529   Photocopy                                    E   04/27/2007   0999   C&D        0.00        $6.80        0.00         $6.80         74,872.75
2084532   Photocopy                                    E   04/27/2007   0308   DBS        0.00        $5.40        0.00         $5.40         74,878.15
2084542   Photocopy                                    E   04/27/2007   0227   RH         0.00        $1.80        0.00         $1.80         74,879.95
2084689   BostonCoach car service for SDM t/f Dulles   E   04/30/2007   0187   NDF        0.00      $227.01        0.00       $227.01         75,106.96
          airport on 3/26
2084690   BostonCoach  car service for NDF t./f airport E  04/30/2007   0187   NDF        0.00      $332.89        0.00       $332.89         75,439.85
          for travel to Dallas on 3/29
2084691   BostonCoach car service for NDF travel to NYC on E 04/30/2007 0187   NDF        0.00      $224.64        0.00       $224.64         75,664.49
          4/6
2084692   BostonCoach car service for NDF travel to    E   04/30/2007   0187   NDF        0.00      $207.08        0.00       $207.08         75,871.57
          Pittsburgh on 4/11-12
2084693   BostonCoach car service for NDF from Bethesda, E  04/30/2007  0187   NDF        0.00      $384.70        0.00       $384.70         76,256.27
          MD to Wilmington, DE on 4/17
2086117   Equitrac - Long Distance to 4122610310       E   04/30/2007   0999   C&D        0.00        $0.09        0.00         $0.09         76,256.36
2086124   Equitrac - Long Distance to 7327479003       E   04/30/2007   0999   C&D        0.00        $0.23        0.00         $0.23         76,256.59
2086125   Equitrac - Long Distance to 7327479003       E   04/30/2007   0999   C&D        0.00        $0.24        0.00         $0.24         76,256.83
2086231   Photocopy                                    E   04/30/2007   0220   SKL        0.00        $1.10        0.00         $1.10         76,257.93
2086233   Photocopy                                    E   04/30/2007   0232   LK         0.00        $0.70        0.00         $0.70         76,258.63
2086241   Photocopy                                    E   04/30/2007   0220   SKL        0.00        $0.10        0.00         $0.10         76,258.73
2086247   Photocopy                                    E   04/30/2007   0255   DAT        0.00        $2.40        0.00         $2.40         76,261.13
2086262   Photocopy                                    E   04/30/2007   0255   DAT        0.00        $0.90        0.00         $0.90         76,262.03
2086263   Photocopy                                    E   04/30/2007   0999   C&D        0.00        $1.00        0.00         $1.00         76,263.03
2086271   Photocopy                                    E   04/30/2007   0232   LK         0.00        $0.90        0.00         $0.90         76,263.93
2086273   Photocopy                                    E   04/30/2007   0999   C&D        0.00        $1.60        0.00         $1.60         76,265.53
2086280   Photocopy                                    E   04/30/2007   0999   C&D        0.00       $14.40        0.00        $14.40         76,279.93
2086284   Photocopy                                    E   04/30/2007   0308   DBS        0.00        $0.30        0.00         $0.30         76,280.23
2086286   Photocopy                                    E   04/30/2007   0308   DBS        0.00        $2.40        0.00         $2.40         76,282.63
2086287   Photocopy                                    E   04/30/2007   0255   DAT        0.00        $5.20        0.00         $5.20         76,287.83
2086293   Photocopy                                    E   04/30/2007   0255   DAT        0.00        $7.20        0.00         $7.20         76,295.03
2086301   Photocopy                                    E   04/30/2007   0255   DAT        0.00       $23.70        0.00        $23.70         76,318.73
2086304   Photocopy                                    E   04/30/2007   0237   SRB        0.00        $2.00        0.00         $2.00         76,320.73
2086305   Photocopy                                    E   04/30/2007   0220   SKL        0.00        $0.50        0.00         $0.50         76,321.23
2086313   Photocopy                                    E   04/30/2007   0220   SKL        0.00        $0.10        0.00         $0.10         76,321.33
2086324   Photocopy                                    E   04/30/2007   0999   C&D        0.00       $22.90        0.00        $22.90         76,344.23
2087734   Database Research/Lexis Charges for          E   04/30/2007   0999   C&D        0.00    $1,305.96        0.00     $1,305.96         77,650.19
          3/25/07-4/24/07 By: BSB on 4/23
2089051   Database Research - Westlaw per EGB on 4/13  E   04/30/2007   0999   C&D        0.00       $39.10        0.00        $39.10         77,689.29
2089052   Database Research - Westlaw per EGB on 4/13  E   04/30/2007   0999   C&D        0.00      $236.60        0.00       $236.60         77,925.89
2089053   Database Research - Westlaw per NDF on 4/16 & 24 E 04/30/2007 0999   C&D        0.00      $289.26        0.00       $289.26         78,215.15
2089054   Database Research - Westlaw by JMR on 4/16   E   04/30/2007   0999   C&D        0.00       $91.14        0.00        $91.14         78,306.29
2089055   Database Research - Westlaw by DBS on 4/4-26 E   04/30/2007   0999   C&D        0.00      $780.37        0.00       $780.37         79,086.66
2089056   Database Research - Westlaw by SAT on 4/26   E   04/30/2007   0999   C&D        0.00    $1,073.60        0.00     $1,073.60         80,160.26
2089057   Database Research - Westlaw by ALV on 4/4-16 E   04/30/2007   0999   C&D        0.00       $79.28        0.00        $79.28         80,239.54
2089058   Database Research - Westlaw by JAL on 4/2-27 E   04/30/2007   0999   C&D        0.00    $2,184.28        0.00     $2,184.28         82,423.82
2089059   Database Research - Westlaw by KMC on 4/26   E   04/30/2007   0999   C&D        0.00       $35.20        0.00        $35.20         82,459.02
2089060   Database Research - Westlaw by JAL on 4/13   E   04/30/2007   0999   C&D        0.00       $17.42        0.00        $17.42         82,476.44
2089061   Database Research - Westlaw by EGB on 4/13   E   04/30/2007   0999   C&D        0.00       $35.19        0.00        $35.19         82,511.63
2089062   Database Research - Westlaw by JMR/MLR on 4/30 E  04/30/2007   0999   C&D        0.00      $215.41        0.00       $215.41         82,727.04
2089105   Database Research - Westlaw by JMR on 4/17-30 E  04/30/2007   0999   C&D        0.00    $1,882.49        0.00     $1,882.49         84,609.53
2089109   Database Research - Westlaw by BSB on 4/23   E   04/30/2007   0999   C&D        0.00      $220.30        0.00       $220.30         84,829.83
Total Expenses                                                                            0.00   $85,620.63        0.00    $84,829.83
```

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                                         Page:   1
Matter     000                  Disbursements                                                              5/17/2007
                                                                                                         Print Date/Time:
                                                                                                            05/17/2007
                                                                                                             3:49:36PM
Attn:                                                                                                        Invoice #
```

|  |  |  |  |  |
|---|---|---|---|---|
| Matter Total Fees |  | 0.00 |  | 0.00 |
| Matter Total Expenses |  | 85,620.63 |  | 84,829.83 |
| Matter Total | 0.00 | 85,620.63 | 0.00 | 84,829.83 |
| Prebill Total Fees |  |  |  |  |
| Prebill Total Expenses |  | $85,620.63 |  | $84,829.83 |
| Prebill Total | 0.00 | $85,620.63 | 0.00 | $84,829.83 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 56,243 | 11/30/2006 | 218,388.50 | 43,677.70 |
| 56,642 | 12/28/2006 | 225,835.50 | 45,167.10 |
| 56,922 | 01/25/2007 | 184,779.00 | 36,955.80 |
| 57,444 | 02/28/2007 | 255,105.50 | 51,021.10 |
| 57,767 | 03/23/2007 | 325,262.50 | 65,052.50 |
| 58,096 | 04/26/2007 | 412,455.12 | 412,455.12 |
|  |  | 1,637,687.12 | 657,501.52 |