# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:    100055.WRG01

May 18, 2007                                          INVOICE:       217401


c/o Peter Van N. Lockwood, Esq.                       DATE:       May 18, 2007
Caplin & Drysdale                                     MATTER:     100055.WRG01
One Thomas Circle                                     INVOICE:        217401
Washington, DC 20005


**MATTER:** CLAIMANTS COMMITTEE                                      Robert M Horkovich

### PROFESSIONAL SERVICES through 04/30/07

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/02/07 | European re: (London Mkt. Scheme) policy participation research | W001 | HEG | 0.50 |
| 04/02/07 | Continued research re:: "insurance industry" "asbestos losses net of reinsurance" for 2005 and 2006. | W001 | IF | 1.70 |
| 04/02/07 | Review and analysis of asbestos loss reports and follow-up. | W001 | RYC | 2.50 |
| 04/03/07 | Discussion with Robert Chung re:: information on "insurance industry asbestos losses" in 2005 and 2006 (.60); follow-up on same (1.30) | W001 | IF | 1.90 |
| 04/03/07 | Research re:; updated asbestos losses (1.40); discussion with I. Feldgreber re:: same (.60) | W001 | RYC | 2.00 |
| 04/04/07 | Continued research re:: 2005 and 2006 "asbestos losses net of reinsurance." | W001 | IF | 2.50 |
| 04/04/07 | Research re:. updated insurance company asbestos losses. | W001 | RYC | 2.50 |
| 04/05/07 | Continued research re:: 2005 and 2006 "asbestos loss" information. | W001 | IF | 1.50 |
| 04/05/07 | Research and review recent asbestos loss data for insurance companies. | W001 | RYC | 3.10 |
| 04/06/07 | Research insurance company industry data re:. asbestos losses. | W001 | RYC | 1.00 |
| 04/09/07 | Continued research re:: 2005 and 2006 "Asbestos Loss" information. | W001 | IF | 1.00 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                                  MATTER:        100055.WRG01

May 18, 2007                                                                          INVOICE:            217401

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/10/07 | Spoke to Christian Hill (TheStreet.com) about updated information and searched on-line resources re:: "asbestos loss" for 2005 and 2006. | W001 | IF | 0.80 |
| 04/10/07 | Update insurance company asbestos loss data. | W001 | RYC | 1.80 |
| 04/11/07 | Continued research re:: "asbestos losses net of reinsurance" for 2005 and 2006. | W001 | IF | 1.00 |
| 04/11/07 | Update insurance company asbestos loss data. | W001 | RYC | 2.30 |
| 04/12/07 | Review and analysis of case status (1.80); analysis re:: insurance company asbestos loss data (2.70). | W001 | RYC | 4.50 |
| 04/13/07 | Follow-up analysis re:. insurance company asbestos loss data. | W001 | RYC | 2.40 |
| 04/15/07 | Reviewed and revised time entries. | W011 | ACS | 0.20 |
| 04/16/07 | Research re:. supporting information for deposition. | W001 | RYC | 3.00 |
| 04/17/07 | Review and comment upon fee applications. | W011 | RYC | 0.30 |
| 04/17/07 | Research re:: supporting information for depositions. | W001 | RYC | 2.50 |
| 04/18/07 | Prepared and reviewed information re:: "asbestos losses" for 2005 and 2006. | W001 | IF | 1.50 |
| 04/18/07 | Complete analysis and draft letter to N. Finch re:. supporting information for deposition. | W001 | RYC | 2.40 |
| 04/20/07 | Further time entry revisions. | W011 | ACS | 0.20 |
| 04/23/07 | Finalized monthly invoice and forward same to counsels for filing and service. | W011 | ACS | 0.20 |
| 04/23/07 | Spoke to Robert Chung and provided updated information re::  2005 and 2006 "asbestos loss reserves net of reinsurance." | W001 | IF | 0.90 |

**TOTAL FEES:**                                                                                                     **$17,639.00**

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

|  |  |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| May 18, 2007 | INVOICE:    217401 |

### FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 210.00 | 0.60 | 126.00 |
| Harris E Gershman | 225.00 | 0.50 | 112.50 |
| Izak Feldgreber | 235.00 | 12.80 | 3,008.00 |
| Robert Y Chung | 475.00 | 30.30 | 14,392.50 |
| **TOTAL FEES:** |  |  | **$17,639.00** |

### SUMMARY OF SERVICES BY ACTIVITY

**THIS BILLING PERIOD**

ACTIVITY CODE: W001         Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Harris E Gershman | 0.50 | 112.50 |
| Izak Feldgreber | 12.80 | 3,008.00 |
| Robert Y Chung | 30.00 | 14,250.00 |
| **TOTAL:** | **43.30** | **17,370.50** |

ACTIVITY CODE: W011         Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Anne C Suffern | 0.60 | 126.00 |
| Robert Y Chung | 0.30 | 142.50 |
| **TOTAL:** | **0.90** | **268.50** |

**TOTAL LEGAL FEES**                                                                                  **$17,639.00**

### COSTS through 04/30/07

{D0087190.1 }NYDOCS1-861850.1

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

|  |  |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| May 18, 2007 | INVOICE:         217401 |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 04/18/07 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 200583967 Tracking Number: 790228207657 Reference: 100055 wrg01 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Nathan Finch, Esq, Caplin & Drysdale, One Thomas Circle, N W, WASHINGTON, DC, 20005, US | E107 | 11.03 |
| 04/18/07 | DI - FAX CHARGES - | E104 | 3.00 |
| 04/18/07 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 04/20/07 | LIBRARY & LEGAL RESEARCH - - VENDOR: TheStreet .Com Ratings, Inc - Custom report for I. Feldgreber | E124 | 1,200.00 |
| **TOTAL COSTS:** | | | **$1,215.28** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 11.03 |
| FX | DI - FAX CHARGES - | 3.00 |
| LB | LIBRARY & LEGAL RESEARCH | 1,200.00 |
| XE | DI - PHOTOCOPYING - | 1.25 |
| | **TOTAL COSTS:** | **$1,215.28** |