```
Date: 05/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                            Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip#  Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 04/10/07   Relles    / (07) Committee, Creditors'                  1.9    807.50
 #5302      analyze withdrawals, email Wehner                    425.00

 04/20/07   Relles    / (07) Committee, Creditors'                  0.3    127.50
 #5345      telephone Wehner re: Rust "GAR" and "FAR" files      425.00

 04/24/07   Relles    / (07) Committee, Creditors'                  0.5    212.50
 #5349      telephone Wehner re: Zaremby deposition              425.00
```

{D0087084.1 }

```
Date: 05/30/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                            Page 2

                     W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/01/07  Brelsford / (28) Data Analysis                         0.3      66.00
 #5801     standardize names for matching                      220.00

 04/01/07  Brelsford / (28) Data Analysis                         0.4      88.00
 #5802     standardize firms for matching                      220.00

 04/02/07  Brelsford / (28) Data Analysis                         0.5     110.00
 #5803     standardize names for matching                      220.00

 04/02/07  Brelsford / (28) Data Analysis                         3.3     726.00
 #5804     standardize firms for matching                      220.00

 04/02/07  Peterson  / (28) Data Analysis                         1.0     700.00
 #5101     review comments on KPMG epidemiological forecasts   700.00

 04/03/07  Peterson  / (28) Data Analysis                         0.6     420.00
 #5102     review Bernick briefing materials                   700.00

 04/03/07  Peterson  / (28) Data Analysis                         2.7    1890.00
 #5103     work on report                                      700.00

 04/04/07  Brelsford / (28) Data Analysis                         2.8     616.00
 #5805     standardize firms for matching                      220.00

 04/04/07  Peterson  / (28) Data Analysis                         4.7    3290.00
 #5104     work on report                                      700.00

 04/04/07  Peterson  / (28) Data Analysis                         1.1     770.00
 #5105     review Grace response to motion on navigable        700.00
           database

 04/05/07  Peterson  / (28) Data Analysis                         3.9    2730.00
 #5106     work on report                                      700.00

 04/06/07  Brelsford / (28) Data Analysis                         2.5     550.00
 #5806     standardize firms for matching                      220.00

 04/06/07  Peterson  / (28) Data Analysis                         5.9    4130.00
 #5107     work on report                                      700.00

 04/07/07  Peterson  / (28) Data Analysis                         4.8    3360.00
 #5108     work on report                                      700.00

 04/09/07  Relles    / (28) Data Analysis                         0.6     255.00
 #5301     review email from previous week                     425.00
```

{D0087084.1 }

```
Date: 05/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 3

                    W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 04/10/07  Peterson   / (28) Data Analysis                      1.1   770.00
 #5109     review information on withdrawn claim: review Relles 700.00
           email re: Rust's coding of withdrawn claims and
           other issues

 04/10/07  Peterson   / (28) Data Analysis                      1.8  1260.00
 #5110     review PIQ, POC data                                 700.00

 04/11/07  Brelsford  / (28) Data Analysis                      0.6   132.00
 #5807     telephone Relles re: crosstabs, firm standardization 220.00

 04/11/07  Brelsford  / (28) Data Analysis                      1.3   286.00
 #5808     run crosstabs on data files                          220.00

 04/11/07  Brelsford  / (28) Data Analysis                      0.3    66.00
 #5809     standardize firms for matching                       220.00

 04/11/07  Brelsford  / (28) Data Analysis                      3.1   682.00
 #5810     work on firms matching                               220.00

 04/11/07  Peterson   / (28) Data Analysis                      1.3   910.00
 #5111     telephone Relles (.3) re: judgments; review data on  700.00
           judgments (1.0)

 04/11/07  Peterson   / (28) Data Analysis                      3.8  2660.00
 #5112     work on report                                       700.00

 04/11/07  Peterson   / (28) Data Analysis                      2.6  1820.00
 #5113     review alternative estimates of settlement values    700.00
           (2.3); telephone Relles (.3) re: same

 04/11/07  Relles     / (28) Data Analysis                      0.6   255.00
 #5303     telephone Brelsford re: matching                     425.00

 04/11/07  Relles     / (28) Data Analysis                      4.6  1955.00
 #5304     receive and process updated data from Rust           425.00

 04/11/07  Relles     / (28) Data Analysis                      0.3   127.50
 #5305     telephone Peterson re: judgments                     425.00

 04/11/07  Relles     / (28) Data Analysis                      0.3   127.50
 #5306     retrieve judgment summaries data and send to         425.00
           Peterson
```

{D0087084.1 }

```
Date: 05/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 4

                       W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 04/11/07  Relles    / (28) Data Analysis                         0.3      127.50
 #5307     telephone Peterson re: alternative estimates of      425.00
           settlement values

 04/12/07  Brelsford / (28) Data Analysis                         0.8      176.00
 #5811     work on firms matching                               220.00

 04/12/07  Peterson  / (28) Data Analysis                         2.3     1610.00
 #5114     telephone Relles re: review summary tables           700.00
           concerning Kirkland-Ellis list of Meso claims (.3);
           review tables (2.0)

 04/12/07  Peterson  / (28) Data Analysis                         1.5     1050.00
 #5115     review data on pending mesothelioma claims (1.1);    700.00
           telephone Relles (.4)

 04/12/07  Relles    / (28) Data Analysis                         1.8      765.00
 #5308     update analytical data files based on latest Rust    425.00
           shipments

 04/12/07  Relles    / (28) Data Analysis                         2.7     1147.50
 #5309     link Kirkland-Ellis list of Meso claims, build       425.00
           summary tables

 04/12/07  Relles    / (28) Data Analysis                         0.3      127.50
 #5310     telephone Peterson re: review summary tables         425.00
           concerning Kirkland-Ellis list of Meso claims

 04/12/07  Relles    / (28) Data Analysis                         0.4      170.00
 #5311     telephone Peterson re: data on pending mesothelioma  425.00
           claims

 04/13/07  Brelsford / (28) Data Analysis                         0.9      198.00
 #5812     work on firms and names matching                     220.00

 04/13/07  Peterson  / (28) Data Analysis                         0.5      350.00
 #5116     telephone Relles re: K-E mesos                       700.00

 04/13/07  Peterson  / (28) Data Analysis                         5.7     3990.00
 #5117     work on report                                       700.00

 04/13/07  Relles    / (28) Data Analysis                         0.6      255.00
 #5312     email Brelsford re: matching                         425.00
```

{D0087084.1 }

```
Date: 05/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 5

                    W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 04/13/07  Relles    / (28) Data Analysis                         1.4    595.00
 #5313     update tables describing questionnaire receipts and  425.00
           estimates of claims by disease, compose memos
           summarizing status of Rust data

 04/13/07  Relles    / (28) Data Analysis                         1.8    765.00
 #5314     begin reprocessing pre-bankruptcy data for           425.00
           duplicates identification

 04/13/07  Relles    / (28) Data Analysis                         0.5    212.50
 #5315     telephone Peterson re: K-E mesos                     425.00

 04/13/07  Relles    / (28) Data Analysis                         2.4   1020.00
 #5316     work on duplicates identification software           425.00

 04/13/07  Relles    / (28) Data Analysis                         3.8   1615.00
 #5317     work on duplicates identification, update analytical 425.00
           files that depend on duplicates

 04/13/07  Relles    / (28) Data Analysis                         1.0    425.00
 #5318     analyze cases identified as duplicates, examine      425.00
           matched and unmatched cases

 04/13/07  Relles    / (28) Data Analysis                         1.4    595.00
 #5319     work on report                                       425.00

 04/14/07  Peterson  / (28) Data Analysis                         7.3   5110.00
 #5118     work on report                                       700.00

 04/14/07  Relles    / (28) Data Analysis                         1.0    425.00
 #5320     process new dvd for translation to analytical files 425.00

 04/14/07  Relles    / (28) Data Analysis                         0.8    340.00
 #5321     process new images hard disk, assess differences    425.00
           from old files

 04/14/07  Relles    / (28) Data Analysis                         4.4   1870.00
 #5322     work on matching Manville data to history file      425.00

 04/14/07  Relles    / (28) Data Analysis                         3.5   1487.50
 #5323     analyze matched cases, examine matched and unmatched 425.00
           cases

 04/14/07  Relles    / (28) Data Analysis                         2.0    850.00
 #5324     rebuild all analysis files                          425.00
```

{D0087084.1 }

```
Date: 05/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                       Page 6

                       W. R. Grace


Date/Slip# Description                               HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 04/14/07  Relles    / (28) Data Analysis                   1.7    722.50
 #5325     rerun projections                             425.00

 04/15/07  Brelsford / (28) Data Analysis                   0.7    154.00
 #5813     telephone Relles re: matching algorithms      220.00

 04/15/07  Brelsford / (28) Data Analysis                   1.3    286.00
 #5814     work on matching algorithms                  220.00

 04/15/07  Ebener    / (28) Data Analysis                   3.0    900.00
 #5601     resolve discrepancies                        300.00

 04/15/07  Ebener    / (28) Data Analysis                   2.0    600.00
 #5602     resolve discrepancies                        300.00

 04/15/07  Peterson  / (28) Data Analysis                   2.7   1890.00
 #5119     work on report                               700.00

 04/15/07  Peterson  / (28) Data Analysis                   1.0    700.00
 #5120     telephone Relles re: discuss report          700.00

 04/15/07  Peterson  / (28) Data Analysis                   1.6   1120.00
 #5121     telephone Relles re: rerunning analyses with new  700.00
           data (.5); review new results (1.1)

 04/15/07  Relles    / (28) Data Analysis                   4.6   1955.00
 #5326     work on report                               425.00

 04/15/07  Relles    / (28) Data Analysis                   1.0    425.00
 #5327     telephone Peterson re: discuss report        425.00

 04/15/07  Relles    / (28) Data Analysis                   1.9    807.50
 #5328     backup all data files                        425.00

 04/15/07  Relles    / (28) Data Analysis                   3.5   1487.50
 #5329     examine differences in image files from what was  425.00
           sent to Verus

 04/15/07  Relles    / (28) Data Analysis                   1.6    680.00
 #5330     identify shipments to Verus where things have    425.00
           changed, produce new pdfs

 04/15/07  Relles    / (28) Data Analysis                   0.7    297.50
 #5331     telephone Brelsford re: duplicates, linking to   425.00
           Manville
```

```
Date: 05/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                            Page 7

                   W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/15/07  Relles    / (28) Data Analysis                       0.5    212.50
 #5332     telephone Peterson re: rerunning analyses with new 425.00
           data

 04/15/07  Relles    / (28) Data Analysis                       0.5    212.50
 #5333     run regressions, review output                    425.00

 04/16/07  Brelsford / (28) Data Analysis                       1.0    220.00
 #5815     work on matching algorithms                       220.00

 04/16/07  Brelsford / (28) Data Analysis                       0.9    198.00
 #5816     telephone Relles re: matching algorithms          220.00

 04/16/07  Brelsford / (28) Data Analysis                       0.7    154.00
 #5817     work on matching algorithms                       220.00

 04/16/07  Brelsford / (28) Data Analysis                       0.8    176.00
 #5818     work on matching algorithms                       220.00

 04/16/07  Brelsford / (28) Data Analysis                       0.7    154.00
 #5819     work on matching algorithms                       220.00

 04/16/07  Peterson  / (28) Data Analysis                       3.8   2660.00
 #5122     review financial statements by asbestos defendants 700.00

 04/16/07  Relles    / (28) Data Analysis                       0.9    382.50
 #5334     telephone Brelsford re: duplicates identification 425.00
           methods

 04/16/07  Relles    / (28) Data Analysis                       1.8    765.00
 #5335     process latest Rust data                         425.00

 04/16/07  Relles    / (28) Data Analysis                       1.0    425.00
 #5336     tabulate results of latest Rust shipments        425.00

 04/16/07  Relles    / (28) Data Analysis                       1.5    637.50
 #5337     re-examine analysis files in light of latest Rust 425.00
           shipments

 04/17/07  Brelsford / (28) Data Analysis                       0.4     88.00
 #5820     work on tables for report                        220.00

 04/17/07  Peterson  / (28) Data Analysis                       1.3    910.00
 #5123     telephone Relles re: go over tables              700.00
```

{D0087084.1 }

```
Date: 05/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 8

                        W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/17/07  Peterson  / (28) Data Analysis                         8.8    6160.00
 #5124     work on report                                       700.00

 04/17/07  Relles    / (28) Data Analysis                         2.5    1062.50
 #5338     develop tables for report                            425.00

 04/17/07  Relles    / (28) Data Analysis                         1.3     552.50
 #5339     telephone Peterson re: go over tables                425.00

 04/17/07  Relles    / (28) Data Analysis                         6.4    2720.00
 #5340     add tables to report,  work on text of report       425.00

 04/17/07  Relles    / (28) Data Analysis                         1.2     510.00
 #5341     run additional projections                          425.00

 04/18/07  Brelsford / (28) Data Analysis                         2.7     594.00
 #5821     work on crosstabs for report                        220.00

 04/18/07  Ebener    / (28) Data Analysis                         2.0     600.00
 #5603     resolve discrepancies                               300.00

 04/18/07  Peterson  / (28) Data Analysis                        10.6    7420.00
 #5125     work on report                                      700.00

 04/18/07  Relles    / (28) Data Analysis                        14.0    5950.00
 #5342     work on report: modify text, revise and run         425.00
           projections, develop tables, insert tables into
           report

 04/19/07  Ebener    / (28) Data Analysis                         2.0     600.00
 #5604     update files and email to Relles                    300.00

 04/19/07  Peterson  / (28) Data Analysis                         4.0    2800.00
 #5126     review draft of report                             700.00

 04/19/07  Relles    / (28) Data Analysis                        12.0    5100.00
 #5343     work on report: modify text, revise and run         425.00
           projections, develop tables, insert tables into
           report

 04/20/07  Peterson  / (28) Data Analysis                         3.1    2170.00
 #5127     work on report                                      700.00

 04/20/07  Relles    / (28) Data Analysis                         1.0     425.00
 #5344     work on report                                      425.00
```

{D0087084.1 }

```
Date: 05/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 9

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/20/07  Relles    / (28) Data Analysis                     1.8      765.00
 #5346     revise computations for report                   425.00

 04/20/07  Relles    / (28) Data Analysis                     5.7     2422.50
 #5347     work on report                                   425.00

 04/21/07  Brelsford / (28) Data Analysis                     0.2       44.00
 #5822     work on crosstabs for report                     220.00

 04/21/07  Relles    / (28) Data Analysis                     1.0      425.00
 #5348     modify treatment of liquidated claims in projections 425.00

 04/24/07  Peterson  / (28) Data Analysis                     5.3     3710.00
 #5128     work on report                                   700.00

 04/24/07  Relles    / (28) Data Analysis                     5.7     2422.50
 #5350     work on supplementary analyses for report        425.00

 04/25/07  Peterson  / (28) Data Analysis                     2.3     1610.00
 #5129     work on report                                   700.00

 04/25/07  Relles    / (28) Data Analysis                     5.5     2337.50
 #5351     clean up jury verdict data                       425.00

 04/26/07  Ebener    / (28) Data Analysis                     0.4      120.00
 #5605     review workbook and telephone Relles              300.00

 04/26/07  Peterson  / (28) Data Analysis                     6.3     4410.00
 #5130     review  report                                   700.00

 04/26/07  Relles    / (28) Data Analysis                     4.7     1997.50
 #5352     work on updating report                          425.00

 04/26/07  Relles    / (28) Data Analysis                     2.9     1232.50
 #5353     work on jury verdict data                        425.00

 04/26/07  Relles    / (28) Data Analysis                     1.0      425.00
 #5354     prepare files for Ebener review                  425.00

 04/26/07  Relles    / (28) Data Analysis                     0.4      170.00
 #5355     telephone Ebener re: duplicates in jury verdict data 425.00

 04/27/07  Ebener    / (28) Data Analysis                     1.5      450.00
 #5606     check Duplicates                                 300.00
```

{D0087084.1 }

```
Date: 05/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 10

                      W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/27/07  Peterson  / (28) Data Analysis                        6.1   4270.00
 #5131     work on report                                     700.00

 04/27/07  Relles    / (28) Data Analysis                        4.4   1870.00
 #5356     work on updating jury verdict data for report      425.00

 04/28/07  Ebener    / (28) Data Analysis                        1.5    450.00
 #5607     check Duplicates, update file and email to Relles  300.00

 04/28/07  Ebener    / (28) Data Analysis                        0.5    150.00
 #5608     telephone Relles about email and file updates      300.00

 04/28/07  Ebener    / (28) Data Analysis                        0.3     90.00
 #5609     sort current file to ID large verdicts in last batch 300.00
           and locate volumes

 04/28/07  Relles    / (28) Data Analysis                        0.5    212.50
 #5357     telephone Ebener re: cleaning jury verdict data    425.00

 04/29/07  Ebener    / (28) Data Analysis                        0.3     90.00
 #5610     check large verdicts in last batch                 300.00

 04/29/07  Peterson  / (28) Data Analysis                        3.1   2170.00
 #5132     work on report                                     700.00

 04/29/07  Relles    / (28) Data Analysis                        3.8   1615.00
 #5358     work on updating jury verdict data for report      425.00

 04/30/07  Ebener    / (28) Data Analysis                        0.3     90.00
 #5611     telephone Relles about large verdict check         300.00

 04/30/07  Peterson  / (28) Data Analysis                        0.4    280.00
 #5133     telephone Relles re: report                        700.00

 04/30/07  Peterson  / (28) Data Analysis                        7.3   5110.00
 #5134     work on report                                     700.00

 04/30/07  Relles    / (28) Data Analysis                        0.3    127.50
 #5359     telephone Ebener re: problems with data            425.00

 04/30/07  Relles    / (28) Data Analysis                        0.4    170.00
 #5360     telephone Peterson re: report                      425.00

 04/30/07  Relles    / (28) Data Analysis                        1.8    765.00
 #5361     review status of report, status of analysis        425.00
```

{D0087084.1 }

```
Date: 05/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 11

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 04/30/07  Relles    / (28) Data Analysis                      3.6    1530.00
 #5362     work on sensitivity analysis                      425.00
------------------------------------------------------------------------------
```

```
Date: 05/30/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 12

                   W. R. Grace

              Summary Of Time Charges, By Month and Activity
                       April 2007 - April 2007

   MONTH       ACTIVITY                                      HOURS     AMOUNT
   ----------------------------------------------------------------------------
   April     - (07) Committee, Creditors'                      2.7    1147.50
   April     - (28) Data Analysis                            299.9  153444.00
   April     - (99) Total                                    302.6  154591.50

   Total     - (07) Committee, Creditors'                      2.7    1147.50
   Total     - (28) Data Analysis                            299.9  153444.00
   Total     - (99) Total                                    302.6  154591.50

   ----------------------------------------------------------------------------
```

{D0087084.1 }

```
Date: 05/30/07           Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 13

                         W. R. Grace

                Summary Of Time Charges, By Month and Person
                          April 2007 - April 2007

    MONTH       PERSON                                        HOURS     AMOUNT
    ---------------------------------------------------------------------------
    April     - Relles                                        142.3   60477.50
    April     - Peterson                                      120.3   84210.00
    April     - Ebener                                         13.8    4140.00
    April     - Brelsford                                      26.2    5764.00
    April     - Total                                         302.6  154591.50

    Total     - Relles                                        142.3   60477.50
    Total     - Peterson                                      120.3   84210.00
    Total     - Ebener                                         13.8    4140.00
    Total     - Brelsford                                      26.2    5764.00
    Total     - Total                                         302.6  154591.50

-------------------------------------------------------------------------------
```

{D0087084.1 }

```
Date: 05/30/07           Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 14

                    W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                       April 2007 - April 2007

  MONTH       PERSON                              HOURS     RATE     AMOUNT
  ---------------------------------------------------------------------------
  (07) Committee, Creditors'

  April     - Relles                                2.7     425.    1147.50

  (28) Data Analysis

  April     - Relles                              139.6     425.   59330.00
  April     - Peterson                            120.3     700.   84210.00
  April     - Ebener                               13.8     300.    4140.00
  April     - Brelsford                            26.2     220.    5764.00


  ---------------------------------------------------------------------------
```

{D0087084.1 }