## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>W.R. GRACE & CO., *et al.*,<br>Debtors. | ) Chapter 11<br>)<br>) Case No. 01-1139 (JKF)<br>) Jointly Administered<br>)<br>) Objection Deadline: June 14, 2007 @ 4:00 p.m.<br>) Hearing Date: June 21, 2007 @ 8:30 a.m. in Pittsburgh, PA<br>) Related Docket Nos.: 15703, 15705, 15707, 15709, 15711,<br>15713, 15715, 15717, 15719, 15721, 15723, 15730, 15732,<br>15734, 15735, 15738, 15740, 15741, 15744, 15746, & 15748 |

### NOTICE OF MOTION

TO:  All Parties on the Attached List

PLEASE TAKE NOTICE, that on June 4, 2007, the Official Committee of Asbestos Personal Injury Claimants, and David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants filed and served the attached **Motion Of Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, Legal Representative For Future Asbestos Personal Injury Claimants, For Protective Order** (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before **June 14, 2007 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **June 14, 2007 at 4:00 p.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD ON JUNE 21, 2007, STARTING AT 8:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT, 5414 U.S. STEEL TOWER, 600 GRANT STREET, PITTSBURGH, PA 15219.**

Dated: June 14, 2007

| | |
|---|---|
| CAMPBELL & LEVINE, LLC | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| /s/ Marla R. Eskin | /s/ John C. Phillips, Jr. |
| Marla R. Eskin (#2989) | John C. Phillips, Jr. (#110) |
| Mark T. Hurford (#3299) | 1200 North Broom Street |
| 800 King Street, Suite 300 | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Telephone: (302) 655-4200 |
| Telephone: (302) 426-1900 | |
| | - and - |
| - and - | |
| | Roger Frankel |
| Elihu Inselbuch | Richard H. Wyron |
| CAPLIN & DRYSDALE, CHARTERED | Raymond G. Mullady, Jr. |
| 375 Park Avenue, 35th Floor | Debra L. Felder |
| New York, NY 10152-3500 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Telephone: (212) 319-7125 | 3050 K Street, NW |
| | Washington, DC 20007 |
| Nathan D. Finch | Telephone: (202) 339-8400 |
| Walter B. Slocombe | |
| James P. Wehner | John Ansbro |
| CAPLIN & DRYSDALE, CHARTERED | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| One Thomas Circle, NW | 666 Fifth Avenue |
| Washington, DC 20005 | New York, N.Y. 10103-0001 |
| Telephone: (202) 862-5000 | Telephone: (212) 506-5000 |
| *Counsel for the Official Committee of Asbestos Personal Injury Claimants* | *Counsel for David T. Austern, Future Claimants' Representative* |