IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>W.R. GRACE & CO., *et al.*,<br>Debtors. | ) Chapter 11<br>)<br>) Case No. 01-1139 (JKF)<br>) Jointly Administered<br>)<br>) **Hearing Date: June 21, 2007 in Pittsburgh, PA**<br>) **Related Docket Nos.: 15703, 15705, 15707, 15709, 15711,**<br>) **15713, 15715, 15717, 15719, 15721, 15723, 15730, 15732,**<br>) **15734, 15735, 15738, 15740, 15741, 15744, 15746, & 15748**<br>) |

### ORDER GRANTING THE MOTION OF OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND DAVID T. AUSTERN, LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS, FOR PROTECTIVE ORDER

Upon the motion dated June 4, 2007 (the "Motion") of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants for the entry of a protective order concerning the notices of deposition directed to 21 law firms representing individual asbestos claimants; and any responses, replies or other filings related thereto; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

The Motion is GRANTED; and

It is FURTHER ORDERED that the deposition notices issued by Debtor W.R. Grace & Co. to counsel for certain asbestos claimants are hereby quashed, and the depositions will not be had.

Dated: June ___, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{D0087185.1 }