IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 13406, 15527, 15686** |

**CERTIFICATION OF COUNSEL REGARDING SCHEDULING ORDER
FOR ADJUDICATION OF ASBESTOS PD CLAIM ON JUNE 26, 2007**

1. At the May 30, 2007 hearing, the Court discussed scheduling with respect to the Debtors' List of Claims to be tried on June 26, 2007 [Docket No. 15686]. At the hearing, the Debtors advised that the statute of limitation objections to the claim of the City of Philadelphia (Claim No. 11314) would be the only claim tried on June 26, 2007.

2. The Debtors have coordinated with the counsel to the City of Philadelphia and developed an order that sets a number of deadlines related to pretrial procedures (the "Scheduling Order"). Counsel for the City of Philadelphia has agreed to the timelines set in the Scheduling Order.

3. Accordingly, the Debtors respectfully request that the Court approve the proposed Scheduling Order attached hereto as Exhibit A.

Dated: June 4, 2007

REED SMITH LLP
James J. Restivo, Jr. (#10113)
Lawrence Flatley (#21871)
Douglas E. Cameron (#41644)
Traci S. Rea (#76258)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

And

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

2