# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>    Debtor. | In Proceedings for a<br>Reorganization under<br>Chapter 11<br><br>Case No. 01-01139-JKF<br>Jointly Administered<br><br>Related to Docket Nos.<br>13406, 15527, 15686 |

### SCHEDULING ORDER FOR ADJUDICATION OF
### ASBESTOS PD CLAIMS ON JUNE 26, 2007

On May 30, 2007, the Court heard argument on various motions relating to Asbestos PD claims and discussed scheduling with respect to Debtors' List of Claims to be tried on June 26, 2007 (Docket No. 15686). Debtors advised that the statute of limitations objections to Claim No. 11314 would be the only claim tried on June 26, 2007. Counsel for the Debtors was directed to coordinate with counsel for Claim No. 11314 to agree upon dates for pretrial procedures for the June 26, 2007 hearing.

WHEREFORE, IT IS HEREBY ORDERED THAT:

1. The hearing scheduled to take place on **June 26, 2007, beginning at 9:00 a.m. Eastern Time** in Pittsburgh, Pennsylvania, will address only the statute of limitations objections to Claim No. 11314, City of Philadelphia ("Claimant").

2. With respect to the June 26, 2007 hearing, the following pre-trial schedule will apply:

    a. By close of business Eastern Time, June 13, 2007, the parties will exchange the following:

PGHLIB-2064704.1-DECAMERO

DOCS_DE:128020.1

      (1.)    Final witness lists for the hearing;

      (2.)    Exhibits, pre-marked, to be used at the June 26, 2007 hearing; and,

      (3.)    Trial Briefs.

b. By close of business Eastern Time, June 13, 2007, the Debtors will provide to the Claimant witness declarations or witness affidavits for any witness the Debtors intend to present in their cases-in-chief on direct by declaration and not live.

c. On June 15, 2007, the Debtors shall hand deliver to Judge Fitzgerald's chambers, binders that will include: (1) final witness lists for all parties; (2) expert reports, if any, for all parties; (3) pre-marked Exhibits for all parties; (4) trial briefs for all parties; and (5) the declarations or affidavits of any of the Debtors' witness who will not be called live on direct.

d. By close of business Eastern Time, June 18, 2007:

      (1.)    the parties will exchange any objections to exhibits;

      (2.)    Claimant will provide objections to the affidavits/declarations, if any, submitted by Debtors;

      (3.)    the parties will file motions in limine, if any; and,

      (4.)    Claimant will provide to the Debtors witness declarations or witness affidavits for any witness such claimant intends to present in their cases-in-chief on direct by declaration and not live.

e. By close of business Eastern Time, June 21, 2007, the parties will file responses to motions in limine.

  f. By 3:00 p.m. on June 22, 2007, Debtors will deliver to Judge Fitzgerald's chambers the supplemental documents referenced in Para. 2(d) and 2(e) above.

  g. The hearing will be conducted on June 26, 2007, beginning at 9:00 a.m. The Debtors shall have one-half day to present their case-in-chief and the Claimant shall have one-half day to present its case-in-chief.

3. The Debtors will serve this Scheduling Order on counsel for all PD Claimants affected by the Order.

Dated: June __, 2007

              _____
              The Honorable Judith K. Fitzgerald
              United States Bankruptcy Court