**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**SUPPLEMENTAL NOTICE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on June 4, 2007, I caused a copy of the *Official Committee Of Asbestos Personal Injury Claimants' Supplemental (June 1, 2007) Set Of Interrogatories And Requests For Production Of Documents Directed To The Debtors* to be served upon the individuals on the attached service list in the manner indicated.

Dated: June 4, 2007                                    CAMPBELL & LEVINE, LLC

                                                                        */s/ Mark T. Hurford*
                                                                        Mark T. Hurford (No. 3299)
                                                                        800 King Street, Suite 300
                                                                        Wilmington, DE 19801
                                                                        (302) 426-1900

{D0087232.1 }