**W.R. Grace Service List for Notice of Service of Supplemental Set of Interrogatories and Requests for Production of Documents Directed to Debtors**

Barbara Harding, Esq.
Brian Stansbury, Esq.
David Mendelson, Esq.
Amanda Basta, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
**VIA FIRST-CLASS MAIL**

Janet Baer, Esq.
Salvatore Bianca, Esq.
Kirkland & Ellis LLP
Aon Center
200 East Randolph Drive
Chicago, Illinois 60601
**VIA FIRST-CLASS MAIL**

Roger Frankel, Esq.
Richard Wyron, Esq.
Raymond Mullady, Jr., Esq.
Debra Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, D.C. 20007-5135
**VIA FIRST-CLASS MAIL**

Lewis Kruger, Esq.
Arlene Krieger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
**VIA FIRST-CLASS MAIL**

John Ansbro, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001
**VIA FIRST-CLASS MAIL**

Jacob Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
**VIA FIRST-CLASS MAIL**

Michael Lastowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
**VIA HAND-DELIVERY**

{D0087237.1 }

| | |
|---|---|
| John Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>**VIA HAND DELIVERY** | Scott Baena, Esq.<br>Jay Sakalo, Esq.<br>Matthew Kramer, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-5340<br>**VIA FIRST-CLASS MAIL** |
| Teresa Currier, Esq.<br>Buchanan Ingersoll & Rooney, PC<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801-1054<br>**VIA HAND DELIVERY** | William Sullivan, Esq.<br>William D. Sullivan, LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** |
| Philip Bently, Esq.<br>Gary M. Becker, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>**VIA FIRST-CLASS MAIL** | David Klauder<br>Office of the United States Trustee<br>844 King Street, Room 2311<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** |
| Theodore Tacconelli, Esq.<br>Ferry, Joseph & Pearce<br>824 Market Street, Suite 905<br>Wilmington, DE 19899<br>**VIA HAND DELIVERY** | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152<br>**VIA FIRST-CLASS MAIL** |

{D0087237.1 }

Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802
**VIA FIRST-CLASS MAIL**

Daniel C. Cohn, Esq.
Christopher M. Candon
Cohn & Whitesell LLP
101 Arch Street, Suite 1605
Boston, MA 02110
**VIA FIRST-CLASS MAIL**

Adam Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
**VIA HAND DELIVERY**

{D0087237.1 }