IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-1139(JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

NOTICE OF FILING

To: All Attorneys of Records (See attached service list)

    PLEASE TAKE NOTICE that on June 4, 2007 we filed with The United States Bankruptcy Court For the District of Delaware, the following:

**Claimants' Memorandum In Support of Motion For Protective Order**

copies of which are attached hereto and herewith served upon you.

_____
Cooney and Conway

Cooney and Conway
120 North LaSalle Street
30th Floor
Chicago, IL 60602
(312) 236-6166
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    The undersigned, being first duly sworn, on oath states that she served a copy of the above and foregoing Notice, together with a copy of the document therein referred to, upon the above-named attorney(s) of record by mailing a copy of same in a duly addressed and stamped envelope and depositing same in the U.S. Mail chute located at 120 North LaSalle Street, Chicago, IL, 60602 on June 4, 2007

_____
Andrea Lipps

[X] Under penalties as provided pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.