IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**WITHDRAWAL OF COUNSEL AND**
**ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL**

Adelman Lavine Gold Schildhorn & Kleban, A Professional Corporation, withdraws as counsel for Aon Consulting, Inc., while Eckert Seamans Cherin & Mellott, LLC hereby enters its appearance on behalf of Aon Consulting, Inc.

June 5, 2007

| | |
|---|---|
| ADELMAN LAVINE GOLD SCHILDHORN & KLEBAN, A Professional Corporation | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| /s/ Barry D. Kleban | /s/ Tara L. Lattomus |
| Barry D. Kleban, Esquire (No. 25934) | Tara L. Lattomus, Esquire (No. 3515) |
| Four Penn Center, Suite 900 | 300 Delaware Avenue, Suite 1210 |
| Philadelphia, PA 19103-1292 | Wilmington, DE 19801 |
| Phone: (215) 568-7515 | (302) 425-0430 |