IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER GRANTING MOTION OF CERTAIN LAW FIRMS TO QUASH DEPOSITION NOTICES AND FOR A PROTECTIVE ORDER

Before this Court is the Motion of Baron & Budd, P.C., Foster & Sear, L.L.P., The Law Offices of Peter G. Angelos, P.C., LeBlanc & Waddell, L.L.P., Provost Umphrey, L.L.P., Reaud Morgan & Quinn, L.L.P., Silber Pearlman, LLP, Weitz & Luxenberg, P.C., and Williams Bailey, L.L.P. (collectively, the "Certain Law Firms") hereby file this Motion to Quash Deposition Notices and for a Protective Order ("Deposition Notices") ("Motion") and would respectfully show as follows.

Having reviewed the Motion, together with the responses thereto and after having considered the arguments of counsel, wherefore,

IT IS HEREBY ORDERED:

The Motion is GRANTED, the Deposition Notices are quashed and no depositions shall be taken of the Certain Law Firms.

June ___, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

-1-