IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No.: 01-01139 (JKF) |
| ) | |
| Debtors. ) | |

## NOTICE OF RESCHEDULED DEPOSITION

TO:   All Parties on the Attached Service List

By agreement of the parties and the deponent, the deposition of Dr. Edward H. Holmes, which was originally noticed on May 29, 2007, for June 18, 2007 is hereby rescheduled for June 14, 2007, beginning at 10:00 A.M. CDT. The deposition will be taken at the Holiday Inn, 1399 Roebuck Drive, Meridian, MS 39301.

The depositions shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. You are invited to attend and to cross-examine.

Date: June 5, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000
Facsimile:   (312) 861-2200

-and-

KIRKLAND & ELLIS LLP
Barbara Harding
Ellen T. Ahern
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
Co-Counsel for the Debtors and Debtors in
Possession

2