THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: D.I. No. 15390, **15804, 15390, 15198, 15197, 8582** |
| | ) | |

**MODIFIED** ORDER REGARDING STATE OF MONTANA'S MOTION FOR RECONSIDERATION OF COURT'S OPINION AND ORDER DENYING MOTION OF THE STATE OF MONTANA FOR RELIEF FROM THE AUTOMATIC STAY ENTERED APRIL 16, 2007

Upon consideration of the State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay entered April 16, 2007 (Docket No. 15390) (the "Motion for Reconsideration"), and due and proper notice of the Motion for Reconsideration having been given; an objection by the Debtors having been filed and the Court having heard arguments of counsel with respect to the Motion for Reconsideration, it is hereby

**ORDERED** that the Order Denying Motion of the State of Montana for Relief from the Automatic Stay (D.I. No. 15198) and Memorandum Opinion (D.I. No. 15197), denying the Motion of the State of Montana for Relief from the Automatic Stay, seeking to join Debtors, W.R. Grace & Co., et al., as third party defendants in actions currently pending against the State of Montana in Montana State Courts, are hereby vacated; and it is further

**ORDERED** that the Motion of the State of Montana for Relief from the Automatic Stay ("Stay Motion") (D.I. No. 8582) is hereby withdrawn without prejudice by the State of Montana;

~~and it is further~~ **Dated: 6/6/2007 10:05:10**

*Judith K. Fitzgerald*

rmab

Document #61841