# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:  ) <br> ) <br> W.R. Grace & Co., *et al.,*   ) <br> ) <br> Debtors.   ) <br> ) <br> ) | In Proceedings for a Reorganization under Chapter 11 <br><br> Case No. 01-01139-JKF <br><br> Re: DI  15703, 15705, 15707, 15709, 15711, 15713, 15715, 15717, 15719, 15721, 15723, 15730, 15732, 15734, 15735, 15738, 15740, 15741, 15744, 15746, 15748, 15950, 15955, 15959, & 15966 |

### NOTICE OF MOTION OF EARLY, LUDWICK AND SWEENEY, LLC, KAZAN McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD, A PROFESSIONAL LAW CORPORATION, WATERS & KRAUS, LLP, PAUL, HANLEY & HARLEY, LLP, AND THE WARTNICK LAW FIRM FOR A PROTECTIVE ORDER WITH RESPECT TO <u>RESPECTIVE NOTICES OF DEPOSITION SERVED BY W.R. GRACE</u>

The Movants – the law firms of Early, Ludwick & Sweeney, LLC; Kazan McClain, Abrams, Lyons, Farrise & Greenwood, a Professional Law Corporation; Waters & Kraus, LLP; Paul, Hanley & Harley, LLP; and The Wartnick Law Firm – have filed a Motion for a Protective Order With Respect to Respective Notices of Deposition Served by W.R. Grace (the "Motion"). The Motion seeks to quash the Notices of Deposition served on the Movants by the Debtor on or about May 19, 2007.

You are required to file a response to the Motion on or before **June 15, 2007** with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon Movants' attorneys:

Noel C. Burmham, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
1205 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 504-7890
(302) 504-7820 (facsimile)

2190312v1

A HEARING ON THE MOTION WILL BE HELD ON JUNE 21, 2007 AT 8:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 5490 USX TOWER, PITTSBURGH, PA, 15219.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  June 7, 2007                          MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP


By:_____/s/ Noel C. Burnham_____
    Noel C. Burnham, Esquire (DE 3483)
    Natalie D. Ramsey, Esquire (PA only)
    Leonard A. Busby, Esquire (PA only)
    1205 North Market Street, 15th Floor
    Wilmington, DE 19801
    (302) 504-7890
    (302) 504-7820 (facsimile)