IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: )<br>)<br>W.R. Grace & Co., *et al.,* )<br>)<br>Debtors. )<br>)<br>) | In Proceedings for a Reorganization under Chapter 11<br><br>Case No. 01-01139-JKF<br><br>Re: DI 15703, 15705, 15707, 15709, 15711, 15713, 15715, 15717, 15719, 15721, 15723, 15730, 15732, 15734, 15735, 15738, 15740, 15741, 15744, 15746, 15748, 15950, 15955, 15959, & 15966<br><br>Re Agenda Item # |

**ORDER GRANTING MOTION OF EARLY, LUDWICK AND SWEENEY, LLC, KAZAN McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD, A PROFESSIONAL LAW CORPORATION, WATERS & KRAUS, LLP, PAUL, HANLEY & HARLEY, LLP, AND THE WARTNICK LAW FIRM FOR A PROTECTIVE ORDER WITH RESPECT TO RESPECTIVE NOTICES OF DEPOSITION SERVED BY W.R. GRACE**

Upon the Motion of the law firms of Early, Ludwick & Sweeney, LLC; Kazan McClain, Abrams, Lyons, Farrise & Greenwood, a Professional Law Corporation; Waters & Kraus, LLP; Paul, Hanley & Harley, LLP; and The Wartnick Law Firm ("the MMWR Cancer Firms") for a Protective Order With Respect to Respective Notices of Deposition Served by W.R. Grace (the "Motion"); and it appearing that the notice of the Motion was good and sufficient under the circumstances and that no further notice need be given; and good and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted. And it is further ORDERED that the depositions that the Debtor noticed against the MMWR Cancer Firms are hereby quashed.

DATE: _____    _____

                                                                                                 The Honorable Judith K. Fitzgerald
                                                                                                 United States Bankruptcy Judge