# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

## AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE     :
                      : SS
NEW CASTLE COUNTY     :

I, William Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 7, 2007, I caused to be served:

**Certificate of No Objection Regarding Fee Application (Docket No. 15493)**

**Certificate of No Objection Regarding Fee Application (Docket No. 15991)**

**Certificate of No Objection Regarding Fee Application (Docket No. 15992)**

Service was completed upon the parties on the attached list in the manner indicated.

Date: June 7, 2007

_____
William Weller

SWORN AND SUBSCRIBED before me this 7th day of June, 2007

JOANNE M. SOUTHERS
Notary Public - State of Delaware
My Comm. Expires Feb. 13, 2009

_____
NOTARY
My commission expires: 2/13/09

WWW/105624-0001/1576256/1

**VIA HAND DELIVERY**
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Center
1201 Market Street, 15th Floor
Wilmington, Delaware 19899

Theodore Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, Delaware 19801

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801-1054
[Counsel to the Official Committee of Equity Holders]

**VIA HAND DELIVERY**
Vito I. Dimaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, Delaware 19899

**VIA FEDERAL EXPRESS**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
whsmith@whsmithlaw.com

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, Maryland 21044
william.sparks@grace.com

**VIA FIRST CLASS MAIL**
Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl Young Jones
    Weintraub LLP
10100 Santa Monica Boulevard
LosAngeles, California 90067-4100

James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, New York 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

WWW/105624-0001/1576256/1

**VIA FIRST CLASS MAIL**
Scott L. Baena, Esquire
Bilsin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, Illinois 60606

**VIA FIRST CLASS MAIL**
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

Philip Bentley, Esquire
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

WWW/105624-0001/1576256/1