**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: June 27, 2007** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

**FEE DETAIL FOR OGILVY RENAULT LLP'S THIRD MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM APRIL 1, 2007 THROUGH APRIL 31, 2007**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



LLP / S.E.N.C.R.L, s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | May 8, 2007 |
| RE: | Case Administration | INVOICE: 711222 |
| Matter No.: | 01016442-0003 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred for the period ending April 30, 2007

| | |
|---|---|
| FEES | $352.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $352.00 |

Canadian Funds




Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
**including invoice number on transfer order.**

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com

Payable upon receipt



W.R. GRACE & CO. 01016442-0003

RE: Case Administration

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/4/07 | Penny Adams | Conference call with Mr. Hasham and Mr. LeBourdais regarding 2006 Annual Return (0.2); discussions with Ms. Stam regarding same (0.2). | 0.40 | $64.00 |
| 3/4/07 | Penny Adams | Discussions with Ms. Stam regarding annual return. | 0.30 | $48.00 |
| 4/4/07 | Penny Adams | Correspondence with Manitoba counsel regarding annual return of information. | 0.50 | $80.00 |
| 10/4/07 | Penny Adams | Telephone call to client regarding Manitoba counsel issue. | 0.10 | $16.00 |
| 25/4/07 | Penny Adams | Discussions with Ms. Stam regarding file. | 0.30 | $48.00 |
| 26/4/07 | Penny Adams | Discussions with Ms. Caplan regarding file (0.10); emails to and from Pitbaldo LLP regarding status of annual return (0.50). | 0.60 | $96.00 |
| | | **TOTAL FEES** | | **$352.00** |



LLP / S.E.N.C.R.L., s.r.l.

Client: W.R. GRACE & CO.
RE: Claims analysis objection and resolution (Asbestos)
Matter No.: 01016442-0005

May 8, 2007
INVOICE: 711226

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred for the period ending April 30, 2007

| | |
|---|---|
| FEES | $5,850.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $5,850.00 |

Canadian Funds




Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
**including invoice number on transfer order.**

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com




W.R. GRACE & CO. 01016442-0005

RE: Claims analysis objection and resolution (Asbestos)

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/4/07 | Ian A. Ness | Review materials for Canadian claim. | 0.80 | $520.00 |
| 4/4/07 | Ian A. Ness | Communication with Kirkland & Ellis regarding matters requiring follow-up. | 0.50 | $325.00 |
| 9/4/07 | Ian A. Ness | Telephone conversation with Kirkland & Ellis (0.3); follow-up regarding claims adjudication issues for Canadian property damage claims (1.0). | 1.30 | $845.00 |
| 18/4/07 | Ian A. Ness | Receive request regarding Canadian claims (0.2); review claims (2.1); provide information to Reed Smith (0.2). | 2.50 | $1,625.00 |
| 20/4/07 | Ian A. Ness | Communications with Reed Smith and Kirkland & Ellis regarding outstanding Canadian property damage claims (0.2); review aspects of claims documentation (1.4). | 1.60 | $1,040.00 |
| 24/4/07 | Ian A. Ness | Communication with Kirkland & Ellis regarding issues arising from claims. | 1.10 | $715.00 |
| 25/4/07 | Ian A. Ness | Ongoing claims review (0.6); consideration of issues arising (0.6). | 1.20 | $780.00 |
| | | **TOTAL FEES** | | **$5,850.00** |

INVOICE: 711226




Client: W.R. GRACE & CO.
RE: Litigation and litigation consulting
Matter No.: 01016442-0006

May 8, 2007
INVOICE: 711228

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred for the period ending April 30, 2007

| | |
|---|---|
| FEES | $38,415.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 1,538.91 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $39,954.41 |

Canadian Funds




Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
**including invoice number on transfer order.**

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com




W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/4/07 | Allison Kuntz | Travel to Edmonton (2.5); preparation for document review (0.5). | 3.00 | $915.00 |
| 2/4/07 | Allison Kuntz | Attended at W. R. Grace's Edmonton plant to review documents for relevance. | 8.10 | $2,470.50 |
| 2/4/07 | Teresa Walsh | Follow-up with K. Galpern regarding potential research to be conducted in connection with plaintiffs' intention to move to lift stay of class proceedings in Canada (0.3); review of e-mail correspondence on lift of stay issue (0.2). | 0.50 | $255.00 |
| 2/4/07 | Jennifer Stam | Reviewing correspondence regarding ZAI claims and motion to lift the stay. | 0.50 | $232.50 |
| 2/4/07 | Karen Galpern | Discussion with T. Walsh regarding enforcement of scientific judgment in Canada in accordance with Pro-Swing decision. | 0.20 | $120.00 |
| 3/4/07 | Allison Kuntz | Attended at W. R. Grace's Edmonton plant to review documents for relevance. | 8.00 | $2,440.00 |
| 3/4/07 | Teresa Walsh | Follow-up with K. Whibley and A. Kuntz regarding document review process and materials that should be shipped to our office for safe keeping (0.40); conference with K. Galpern regarding potential research to be done on recognition of foreign judgment in Canada (0.20); follow-up with O. Pasparakis regarding next steps in connection with Canadian proceedings (0.20). | 0.80 | $408.00 |
| 3/4/07 | Derrick C. Tay | Internal discussions regarding possible options for dealing with lift stay motion by representative counsel (0.75); conference call with Kirkland & Ellis and clients to recommend course of action in Canada (0.75). | 1.50 | $1,312.50 |
| 3/4/07 | Jennifer Stam | Reviewing correspondence and internal conversations related to ZAI plaintiffs' motion to lift stay of proceedings in Canada (0.5); conference call with Kirkland & Ellis to discuss strategy for ZAI plaintiffs' motion (0.5). | 1.00 | $465.00 |

W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/4/07 | Orestes Pasparakis | Preparing for and attending conference call on next steps. | 2.00 | $1,120.00 |
| 4/4/07 | Teresa Walsh | Follow-up with K. Whibley regarding document review (0.1); reviewing email exchanges between K. Whibley and S. Hasham regarding document review at Ajax plant (0.1). | 0.20 | $102.00 |
| 4/4/07 | Karen Whibley | Cross-checking documents returned to Ajax offices with inventory list. | 1.00 | $215.00 |
| 4/4/07 | Allison Kuntz | Attended at W. R. Grace's Edmonton plant to review documents for relevance (8.8); travel from Edmonton to Calgary (2.5). | 11.30 | $3,446.50 |
| 5/4/07 | Allison Kuntz | Travel from Calgary to Toronto. | 7.00 | $2,135.00 |
| 9/4/07 | Teresa Walsh | Conference with A. Kuntz regarding document review in Vancouver and Edmonton and upcoming document reviews in Winnipeg and Eastern Canada. | 0.30 | $153.00 |
| 9/4/07 | Derrick C. Tay | Reviewing material from Delaware counsel. | 1.00 | $875.00 |
| 11/4/07 | Teresa Walsh | Review of documents collected from Ajax office and Whitby storage facility (0.3); conference with A. Kuntz regarding same (0.2). | 0.50 | $255.00 |
| 11/4/07 | Allison Kuntz | Pulled docs from Ajax collection to send to R. Finke (1.0); drafted e-mail to J. Znack of the Winnipeg facility regarding Winnipeg document review (0.3). | 1.30 | $396.50 |
| 13/4/07 | Derrick C. Tay | Media monitoring (0.5); planning outline of Finke affidavit in response to motion by representative counsel to lift the Canadian stay (1.0); considering relevant case law and formulating various arguments (1.5). | 3.00 | $2,625.00 |
| 16/4/07 | Teresa Walsh | Office conference with A. Kuntz regarding potential dates to travel to Winnipeg for continuation of document review. | 0.30 | $153.00 |
| 16/4/07 | Derrick C. Tay | Reviewing information from Kirkland & Ellis regarding status conference (0.2); considering Canadian implications (0.3); communicating with R. Finke and Kirkland & Ellis regarding same (0.5). | 1.00 | $875.00 |

W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 17/4/07 | Teresa Walsh | Review of draft sample materials of documents located pursuant to Grace Canada, Ajax and Whitby site document review. | 0.50 | $255.00 |
| 17/4/07 | Derrick C. Tay | Initial consideration of arguments Canadian representative counsel can put forward at status conference and responses to same. | 1.50 | $1,312.50 |
| 18/4/07 | Teresa Walsh | Further review of materials located in Ajax and Whitby (0.6); preparing letter to client with respect to documents located (0.3); follow-up with O. Pasparakis regarding additional documents. (0.1) | 1.00 | $510.00 |
| 18/4/07 | Derrick C. Tay | Reviewing draft letter regarding document review (0.5); reviewing proposed enclosures (0.75); advising regarding same (0.25). | 1.50 | $1,312.50 |
| 18/4/07 | Karen Whibley | Reviewing materials from Vancouver. | 0.50 | $107.50 |
| 19/4/07 | Teresa Walsh | Collecting sample documents relating to Ajax and Whitby document review (2.0); dictating index for same (1.5). | 3.50 | $1,785.00 |
| 19/4/07 | Derrick C. Tay | Reviewing results of document review (0.8); discussing criteria for selection of documents for sending to client (0.2). | 1.00 | $875.00 |
| 20/4/07 | Teresa Walsh | Organizing additional documents related to document review at Ajax and Whitby facilities(4.2); dictating index (1.6). | 5.80 | $2,958.00 |
| 20/4/07 | Derrick C. Tay | Reviewing notes from Kirkland & Ellis regarding participation of various Canadian plaintiffs in U.S. proceeding (1.0); considering implication in upcoming Canadian motion (1.0). | 2.00 | $1,750.00 |
| 23/4/07 | Teresa Walsh | Follow-up with A. Kuntz regarding document review in Winnipeg. | 0.30 | $153.00 |
| 24/4/07 | Allison Kuntz | Phone call and email to J. Znack at the Winnipeg plant regarding our attendance at the facility. | 0.50 | $152.50 |
| 24/4/07 | Teresa Walsh | Conference with A. Kuntz regarding proposed date for continued document review in Winnipeg. | 0.20 | $102.00 |

W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 25/4/07 | Teresa Walsh | Revising index of materials to be sent to client from Ajax and Whitby document review. | 1.00 | $510.00 |
| 25/4/07 | Derrick C. Tay | Considering various strategies for dealing with Canadian ZAI claimants (1.0); communications with Kirkland & Ellis regarding upcoming hearing (0.5). | 1.50 | $1,312.50 |
| 26/4/07 | Derrick C. Tay | Reviewing materials served by Delaware counsel (1.0); reviewing items to be dealt with by court (0.2); considering Canadian implications (0.5); communications with Kirkland & Ellis regarding upcoming hearing and strategy for dealing with Canadian claims (0.3). | 2.00 | $1,750.00 |
| 30/4/07 | Ian A. Ness | Office consultation and attendance regarding reporting to Canadian Court. | 0.40 | $260.00 |
| 30/4/07 | Derrick C. Tay | Communications with Kirkland & Ellis regarding upcoming hearing (0.5); reviewing oppositions filed (1.5); responding to query from U.S. lawyer for W.R. Grace's insurance company (0.5). | 2.50 | $2,187.50 |
| 30/4/07 | Teresa Walsh | Further revisions to documents to be provided to client in respect of ongoing review. | 0.30 | $153.00 |
| | | **TOTAL FEES** | | **$38,415.50** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Photocopies | 91.70 |
| Long distance calls | 5.67 |
| Courier service | 22.70 |
| Travel expenses | 56.59 |
| Hotel Accommodations | 603.41 |
| Meals-restaurants (Canada) | 324.43 |
| Meals - outside Canada | 23.48 |
| Taxis | 232.58 |
| Airfare | 178.35 |
| | $1,538.91 |

INVOICE: 711228




LLP / S.E.N.C.R.L., s.r.l.

Client: W.R. GRACE & CO.
RE: Fee Applications, Applicant
Matter No.: 01016442-0008

May 8, 2007
INVOICE: 711229

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending April 30, 2007

| | |
|---|---|
| FEES | $2,396.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 1.60 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $2,398.10 |




Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
**including invoice number on transfer order.**

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



W.R. GRACE & CO. 01016442-0008

**RE: Fee Applications, Applicant**

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/4/07 | Penny Adams | Finalizing second fee application (0.4); drafting letters to U.S. agent regarding same (0.2). | 0.60 | $96.00 |
| 4/4/07 | Teresa Walsh | Review and suggested revisions to fee application for February fees (0.7); office conference with P. Adams regarding revisions (0.2). | 0.90 | $459.00 |
| 11/4/07 | Teresa Walsh | Office conference with Accounting department regarding form of invoices to comply with U.S. Bankruptcy Court requirements. | 0.20 | $102.00 |
| 16/4/07 | Penny Adams | Reviewing and revising second fee application (0.4); email to Mr. Finke, Ms. Baer and Ms. Johnson regarding same (0.1). | 0.50 | $80.00 |
| 17/4/07 | Teresa Walsh | Review of draft materials for latest monthly application. | 0.50 | $255.00 |
| 18/4/07 | Teresa Walsh | Further review of emails from Kirkland & Ellis regarding revisions to current fee application; follow-up with J. O'Neill regarding comments on current fee application and necessary revisions thereto (0.80); office conference with P. Adams regarding revisions to fee application and process going forward. (0.2) | 1.00 | $510.00 |
| 18/4/07 | Penny Adams | Correspondence with Ms. Johnson regarding fee application (0.10); discussions with Ms. Walsh regarding same (0.10); reviewing and revising second fee application (0.20). | 0.40 | $64.00 |
| 20/4/07 | Derrick C. Tay | Review of fee application. | 0.50 | $437.50 |
| 20/4/07 | Penny Adams | Discussions with Ms. Walsh regarding fee application (0.10); correspondence from and to several parties regarding same (0.20); finalizing fee application and sending to U.S. counsel for filing and service (1.0); email to fee auditor regarding same (0.20). | 1.50 | $240.00 |



W.R. GRACE & CO. 01016442-0008

**RE: Fee Applications, Applicant**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 20/4/07 | Teresa Walsh | Follow-up with J. O'Neill at Pachulski Stang Ziehl Young Jones & Weintraub, LLP related to second monthly fee application (.2); office conference with P. Adams regarding finalizing application(.1). | 0.30 | $153.00 |
| | | **TOTAL FEES** | | **$2,396.50** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Photocopies | 1.60 |
| | $1.60 |

INVOICE: 711229