IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: July 3, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# SIXTY-SEVENTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/413150

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 6, 2007

Bill Number 05800
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through April 30, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 04/02/07 | MTM | Receipt and review of email and documents from K&E counsel re: product questions (.2); telephone call to ARA re: gathering various product binders (.2); work on responses to product questions (.9). | 1.30 Hrs | $312.00 |
| 04/02/07 | ARA | Quality control documents copied during PI Creditors' Committee production (5.5). Per telephone call from MTM, search for product binders in the resource library (1.5). | 7.00 Hrs | $700.00 |
| 04/03/07 | RAM | Emails from/to MB re: collecting certain MA meso case files for in-house counsel. | 0.20 Hrs | $55.00 |
| 04/03/07 | ARA | Continue to search for product binders in the resource library per MTM's request (1.0). Quality control documents copied during PI Creditors' Committee production (3.7). Per telephone call from MB, continue to search for MA meso case file (.6). | 5.30 Hrs | $530.00 |
| 04/04/07 | MTM | Review product binders at Winthrop Square re: product questions from K&E counsel (5.4); email to K&E counsel re: same (.4). | 5.80 Hrs | $1,392.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 04/04/07 | ARA | Discussion with MTM re: product binders and search for particular product binder (.3); produce documents to MTM (.3). | 0.60 Hrs | $60.00 |
| 04/05/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.4). | 0.60 Hrs | $165.00 |
| 04/05/07 | DBM | Search for MK technical bulletin, per in-house counsel's request to MTM. | 0.80 Hrs | $196.00 |
| 04/05/07 | MTM | Continue to work on K&E counsel's product questions (.3); email from in-house counsel re: document search re: building (.2); email from criminal defense counsel's paralegal re: personnel file (.1); review indices and telephone call to ARA re: same (.3); review list of documents re: building search (.6); conference with ARA and email to criminal defense counsel paralegal re: personnel file (.2); review documents re: MK brochure (.3). | 2.00 Hrs | $480.00 |
| 04/05/07 | ARA | Per telephone call from MTM, search for Libby personnel file re: criminal defense attorney's request (.5). Per email from MTM, search for and obtain documents (1.8). Quality control documents copied during PI Creditors' Committee production (4.4). | 6.70 Hrs | $670.00 |
| 04/09/07 | ARA | Quality control documents copied during PI Creditors' Committee production. | 4.60 Hrs | $460.00 |
| 04/10/07 | ARA | Quality control documents copied during PI Creditors' Committee production. | 7.30 Hrs | $730.00 |
| 04/11/07 | MTM | Receipt and review of email re: conference call on product ID questions tomorrow; review files and documents re: same. | 0.30 Hrs | $72.00 |
| 04/11/07 | ARA | Quality control documents copied during PI Creditors' Committee production (3.7). Document control (2.0). | 5.70 Hrs | $570.00 |
| 04/12/07 | MTM | Prepare for conference call with in-house and K&E counsel re: upcoming hearing (.8); conference call with in-house and K&E counsel re: same (1.3); gather information and documents re: same (1.4). | 3.50 Hrs | $840.00 |
| 04/13/07 | RAM | Telephone conference with MB re: which MA meso case files have been located; telephone call to in-house counsel re: same; leave message; have case files sent to in-house counsel's secretary. | 0.20 Hrs | $55.00 |
| 04/17/07 | RAM | Read selected documents filed in bankruptcy court. | 1.10 Hrs | $302.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 04/17/07 | MTM | Telephone call from Reed Smith counsel re: document authentication for property damage product ID hearing (.2); receipt and review of email and copies of documents re: same (.6). | 0.80 Hrs | $192.00 |
| 04/18/07 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $275.00 |
| 04/18/07 | DBM | Search for documents to be used in property damage trial. | 1.10 Hrs | $269.50 |
| 04/18/07 | ARA | Per telephone call from DBM, search for and locate documents for Reed Smith attorney. | 1.50 Hrs | $150.00 |
| 04/19/07 | ARA | Produce documents to DBM re: Reed Smith's request (.5). Read emails from K&E paralegal and MTM (.3). | 0.80 Hrs | $80.00 |
| 04/25/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.5). Read selected documents filed in bankruptcy court (.7). | 1.20 Hrs | $330.00 |
| 04/26/07 | DBM | Search for documents per Reed Smith attorney's request (1.0); search for job site list per Reed Smith request (.4). | 1.40 Hrs | $343.00 |
| 04/27/07 | DBM | Telephone call to Reed Smith attorney re: search results; email to Reed Smith attorney re: search results; email ARA re: same. | 0.30 Hrs | $73.50 |
| 04/30/07 | ARA | Per DBM, search for and obtain documents for attorney at Reed Smith (.5); produce them to DBM (.3). | 0.80 Hrs | $80.00 |
|  |  | TOTAL LEGAL SERVICES |  | $9,382.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.30 Hrs | 275/hr | $1,182.50 |
| DONNA B. MACKENNA | 3.60 Hrs | 245/hr | $882.00 |
| MATTHEW T. MURPHY | 13.70 Hrs | 240/hr | $3,288.00 |
| ANGELA R. ANDERSON | 40.30 Hrs | 100/hr | $4,030.00 |
| | 61.90 Hrs | | $9,382.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $9,382.50 |

**CASNER & EDWARDS, LLP**
**ATTORNEYS AT LAW**
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 6, 2007

Bill Number  05801
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through April 30, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 04/03/07 | RAM | Telephone conference with MB re: filing quarterly fee application. Finalize February fee application and have it sent to in-house counsels to review. | 0.20 Hrs | $55.00 |
| 04/04/07 | RAM | Telephone call from and email from in-house counsels that fee application may be filed. | 0.10 Hrs | $27.50 |
| 04/05/07 | RAM | Send February fee application to Delaware counsel to file. | 0.10 Hrs | $27.50 |
| 04/25/07 | RAM | Read Fee Auditor's Combined Final Report for 22nd interim period. | 0.10 Hrs | $27.50 |
| 04/26/07 | RAM | Work on March fee application. | 0.40 Hrs | $110.00 |
| 04/27/07 | RAM | Work on March fee application. | 1.00 Hrs | $275.00 |
| | | TOTAL LEGAL SERVICES | | $522.50 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.90 Hrs | 275/hr | $522.50 |
| | 1.90 Hrs | | $522.50 |
| | | TOTAL THIS BILL | $522.50 |

# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 6, 2007

Bill Number  05802
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through April 30, 2007

| | |
|---|---|
| EXCESS POSTAGE | $1.35 |

**PACER ONLINE SEARCH**

| | | |
|---|---|---|
| 04/30/07 | Massachusetts District Court  (01/01/07 - 03/31/07) | 0.40 |
| 04/30/07 | Delaware Bankruptcy Court; (01/01/07 - 03/31/07) | 118.32 |
| | | $118.72 |

**OUTSIDE PHOTOCOPYING**

| | | |
|---|---|---|
| 04/09/07 | MERRILL COMM - Copy of Libby personnel file 3/08/07 | 3.62 |
| | | $3.62 |

**PHOTOCOPYING**

| | | |
|---|---|---|
| 04/04/07 | 34 copies at .10 per copy | 3.40 |
| 04/19/07 | 4 copies at .10 per copy | 0.40 |
| | | $3.80 |

**TELEPHONE**

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through April 30, 2007

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 04/11/07 | 329 | 5613621533 | 0.44 | |
| 04/17/07 | 329 | 4122883842 | 0.66 | |
| 04/19/07 | 329 | 6143245973 | 1.87 | |
| | | | | $2.97 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 04/02/07 | Rent and utilities for document repository at One Winthrop Square- April 2007, includes 2006 escalation. | 16,958.30 | |
| | | | $16,958.30 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 04/09/07 | RECORDKEEPER ARCHIVE-Storage from 04/01/07-04/30/07. | 431.00 | |
| | | | $431.00 |
| | | TOTAL DISBURSEMENTS | $17,519.76 |
| | | TOTAL THIS BILL | $17,519.76 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 6, 2007

Bill Number  05803
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through April 30, 2007

### FEDERAL EXPRESS

| | | |
|---|---|---|
| 04/06/07 | To 919 North Market St., Pachulski Stang Ziehl Young, Patricia Cuniff from Casner and Edwards on 03/15/07 by RAM. | 14.26 |
| | | $14.26 |

### PHOTOCOPYING

| | | |
|---|---|---|
| 04/27/07 | 49 copies at .10 per copy | 4.90 |
| | | $4.90 |
| | TOTAL DISBURSEMENTS | $19.16 |

Page 1

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL THIS BILL | $19.16 |