IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W. R. GRACE & CO., *et al.*<br><br>Debtors. | In Proceedings for a Reorganization under Chapter 11<br><br>No.    01-01139-JKF |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
<u>CONCERNING MULTIPLE REPRESENTATION OF CREDITORS</u>**

I, Steven M. Harowitz hereby depose and state as follows:

1.      I am an attorney with The Wartnick Law Firm (hereinafter "Wartnick"), having offices at 450 Sansome Street, 3rd Floor, San Francisco, CA 94111.

2.      The Wartnick Law Firm, in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P.2019 dated October 22, 2004 (the "Revised Order"), files this Verified Statement in connection with its representation of claimants. The Claimant Group is composed of creditors who hold claims in varying amounts for monetary damages due to personal injuries suffered from diseases caused by exposure to asbestos and the estate of individuals whose wrongful deaths were caused by asbestos exposure and who now have liquidated tort claims against the Debtor.

3.      Pursuant to the Revised Order, this Statement is filed without exhibits, which are being provided in CD format to the Clerk of the Court, counsel for the Debtor and the United States Trustee. All of the relevant information identifying the creditors and the name and amount of their claim is contained in the exhibits, which are available upon motion and

order of the Court. The exhibits consist of: (1) Exemplars of agreements between such creditors and their general counsel and (2) an Excel spreadsheet containing the name and personal address of each creditor, a space reserved for the social security number, the identifcation of the exemplar of each creditor's general bankruptcy counsel, the amount and type of claim, and the type of disease giving rise to the claim of each member of the Group who has a tort claim that arose due to the individual's exposure to the Debtor's asbestos-containing products.

4. The Wartnick Law Firm presently does not own, nor has it ever previously owned, any claim or interest against the Debtor.

5. Each claimant has been fully advised of The Wartnick Law Firm's concurrent representation of the others.

6. The Wartnick Law firm will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should any changes occur.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June __7__, 2007    THE WARTNICK LAW FIRM

By_____
Steven M. Harowitz, Esquire. (CA 71117)
450 Sansome Street, 3rd Floor
San Francisco, CA 94111
Telephone:    (415) 986-5566
Facsimile:    (415) 986-5896
Attorneys for: Claimants