**EXHIBIT C**

Dkt. 11696

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | Re: Docket No. 9315 |

**STIPULATION BETWEEN THE DEBTORS
AND SPEIGHTS & RUNYAN REGARDING
THE WITHDRAWAL OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMS**

This stipulation (the "Stipulation") is made this 25th day of January, 2006, by and between the above-captioned debtors (the "Debtors") and Speights & Runyan ("Speights", or together with the Debtors, the "Parties") regarding the withdrawal of certain asbestos property damage claims (the "PD Claims") that are identified in Exhibits "1" and "2" to the form of order approving this Stipulation attached hereto as Exhibit "A".

WHEREAS pursuant to Fed. R. Bankr. P. 3006, Speights wishes to withdraw, and the Debtors have agreed to the withdrawal, of the PD Claims.

WHEREAS, while the PD Claims identified on Exhibit "2" to the form of order attached hereto as Exhibit "A" have already been withdrawn, the Parties have agreed to include these claims in this Stipulation, as confirming their withdrawal herein does not prejudice any party-in-interest.

NOW THEREFORE, in consideration of the foregoing, the Parties hereby STIPULATE AND AGREE as follows:

1.  The Parties stipulate and agree to the withdrawal with prejudice of the PD Claims.

---

[1] 060124155633.doc

2. The Debtors agree to make no argument that Speights' withdrawal of the PD Claims pursuant to this Stipulation, and/or the expungement of these claims, is in any way improper or in any way reflects improper conduct by Speights.

3. The parties agree to submit to the Court the form of order approving this Stipulation, attached hereto as Exhibit "A".

Dated: January 25, 2006

By: _____
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

By: _____ , Janet S Baer
Michelle Browdy, Esquire
KIRKLAND & ELLIS
200 E. Randolph Drive
Chicago, IL 60601-6636
Telephone: (312) 861-2162
Facsimile: (312) 861-2200

*Counsel to the Debtors*

# EXHIBIT A

Proposed Order

060124155633.doc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Re: Docket No. 9315 |

## ORDER DISALLOWING AND EXPUNGING CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan firm have stipulated and agreed that all asbestos property damage claims identified on the attached Exhibits 1 and 2 shall be withdrawn and expunged;

WHEREAS, the claims identified on the attached Exhibit "2" have already been withdrawn but are being included herein merely for the avoidance of any doubt;

IT IS HEREBY ORDERED:

All PD claims identified on the attached Exhibits 1 and 2 are hereby withdrawn and expunged.

Dated: 1/30, 2006

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

060124155633.doc

# EXHIBIT 1

## LIST OF CLAIMS BEING WITHDRAWN

060124155633.doc

## WITHDRAWN CLAIMS - JANUARY 24, 2006

| BLDG # | STATE | Claimant | JOBSITE PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 1 | CA | Cal State - San Luis Obispo - Engineering West Addition | San Luis, CA | 15497 |
| 2 | CA | Crocker Plaza Company (1st Bldg. Claim) / McKesson Corporation (2nd Bldg. Claim) / West Coast Estalan (3rd Bldg. Claim) | One Post Street, San Francisco, CA 94104 | 11012 |
| 3 | CA | Embarcadero Center #1 | One Embarcadero Center, San Francisco, CA 94111 | 10888 |
| 4 | CA | Embarcadero Center #2 | Two Embarcadero Center, San Francisco, CA 94111 | 10887 |
| 5 | CA | Pyramid Building a.k.a. TransAmerica Pyramid Properties, LLC f.k.a. Regency Hyatt House | 600 Montgomery Street, San Francisco, California 94104 | 10990 |
| 6 | IL | Advocate Illinois Masonic Medical Center f.k.a. Illinois Masonic Hospital | 836 W. Wellington, Chicago, IL 60657 | 11234 |
| 7 | NE | Alegent Health - Immanuel Medical Center f.k.a. Immanuel Hospital | 6901 North 72nd Street, Omaha, NE 68122 | 10762 |
| 8 | NH | Elliot Hospital | One Elliot Way, Manchester, NH 03103 | 11579 |
| 9 | TX | Hyatt Regency Dallas | Dallas | 9908 |
| 10 | CANADA | Calgary Board of Education - Bel Aire Elementary | 1011 Beverly Blvd., Calgary, AB | 12572 |
| 11 | CANADA | Calgary Board of Education - Bridgeland Elementary | 414 11A St. NE, Calgary, AB | 12411 |
| 12 | CANADA | Calgary Board of Education - George P. Vanier | 1312 75 Ave., Calgary, AB | 12414 |
| 13 | CANADA | Calgary Board of Education - Chinook Park | 3826 Collingwood Dr., Calgary, AB | 12574 |
| 14 | CANADA | Calgary Board of Education - Colonel Macleod | 1610 6th St., Calgary, AB | 12349 |
| 15 | CANADA | Calgary Board of Education - Crescent Heights | 1019 1st St. SW, Calgary, AB | 12351 |
| 16 | CANADA | Calgary Board of Education - Elboya Elementary | 4804 6th St., Calgary, AB | 12353 |
| 17 | CANADA | Calgary Board of Education - Milton William School | 509 32nd Ave., Calgary, AB | 12360 |
| 18 | CANADA | Calgary Board of Education - Lakeview School | 6304 Larkspur Way, Calgary, AB | 12459 |
| 19 | CANADA | Calgary Board of Education - Langevin Elementary | | 12460 |
| 20 | CANADA | Calgary Board of Education - Melville Scott Junior High | 1726 33 St. SW, Calgary, AB | 12463 |
| 21 | CANADA | Calgary Board of Education - Milton William School | 82 Malibou Rd SW, Calgary, AB | 12464 |
| 22 | CANADA | Calgary Board of Education - Mount Royal Junior High | 2234 14 St., Calgary, AB | 12565 |
| 23 | CANADA | Calgary Board of Education - Nickle Junior High | 2500 Lake bonavista, Calgary, AB | 12566 |
| 24 | CANADA | Calgary Board of Education - North Haven | 4922 North Haven Dr., Calgary, AB | 12567 |

1 - 3

| BLDG # | STATE | Claimant | JOBSITE PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 25 | CANADA | Calgary Board of Education - Rideau Park Elementary | 629 Rideau Rd. SW, Calgary, AB | 12592 |
| 26 | CANADA | Calgary Board of Education - Sir John A. MacDonald | 6600 4th St., Calgary, AB | 12332 |
| 27 | CANADA | Calgary Board of Education - Sir Wilfrid Laurier | 819 32nd St., Calgary, AB | 12333 |
| 28 | CANADA | Calgary Board of Education - Sundills | 536 Sanora Dr., Calgary, AB | 12294 |
| 29 | CANADA | City of Vancouver - Cambie Yards | 301 W 1st Ave., Burnaby, BC | 12336 |
| 30 | CANADA | City of Vancouver - City Analyst/Police Museum | 239-240 E. Cordov, Vancouver, BC | 12339 |
| 31 | CANADA | City of Vancouver - Commercial Building | 1420 Howe St., Vancouver, BC | 12335 |
| 32 | CANADA | City of Vancouver - Continental Hotel (old) | 1390 Granville St., Vancouver, BC | 12341 |
| 33 | CANADA | City of Vancouver - Maritime Museum | 1905 Ogden Ave., Vancouver, BC | 12345 |
| 34 | CANADA | Edmonton Public Schools - Bennett | 9703 94th St., Edmonton, AB | 12393 |
| 35 | CANADA | Edmonton Public Schools - DS MacKenzie | 4020 106 St., Edmonton, AB | 12556 |
| 36 | CANADA | Edmonton Public Schools - Forest Heights | 10304 81 St., Edmonton, AB | 12559 |
| 37 | CANADA | Edmonton Public Schools - Gambeau | 10925 67 Ave., Edmonton, AB | 12560 |
| 38 | CANADA | Edmonton Public Schools - Glenora | 13520 102 Ave., Edmonton, AB | 12561 |
| 39 | CANADA | Edmonton Public Schools - RA Gray | 12140 103 St., Edmonton, AB | 12562 |
| 40 | CANADA | Edmonton Public Schools - Londonderry | 7104 144 Ave., Edmonton, AB | 12581 |
| 41 | CANADA | Edmonton Public Schools - Spruce Avenue | 11424 102 St., Edmonton, AB | 12504 |
| 42 | CANADA | Edmonton Public Schools - Steele Heights | 14507 59th St., Edmonton, AB | 12545 |
| 43 | CANADA | Edmonton Public Schools - Westlawn | 9520 165 St., Edmonton, AB | 12551 |
| 44 | CANADA | Fraser Health Authority - MSA General Hospital | 2179 McCallum Rd., Abbotsford, BC | 12301 |
| 45 | CANADA | Fraser Health Authority - Royal Colombian Hospital | 330 E. Columbia St., New Westminster, BC | 12300 |
| 46 | CANADA | Fraser Health Authority - Surrey Memorial | 13750 98th Ave., Surrey, BC | 12296 |
| 47 | CANADA | Shell Canada Products - Shellbum Laboratory Office Building | 201 Kensington Ave., Burnaby, BC | 12518 |
| 48 | CANADA | Shell Canada Products - Shellbum Locker Building | 201 Kensington Ave., Burnaby, BC | 12515 |
| 49 | CANADA | Shell Canada Products - Shellbum Maintenance Building | 201 Kensington Ave., Burnaby, BC | 12516 |
| 50 | CANADA | Telus - William Farrel Building | 768 Seymour St., Vancouver, BC | 12473 |
| 51 | CANADA | Vancouver Board of Parks & Recreation - BC Pavilion @ Hastings Park | 3475 E. Hastings, Vancouver, BC | 12477 |

| BLDG # | STATE | Claimant | JOBSITE PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 52 | CANADA | Vancouver Board of Parks & Recreation - Douglas Park C.C. | 801 W. 22nd Ave, Vancouver, BC | 12478 |
| 53 | CANADA | Vancouver Board of Parks & Recreation - Marpole Oak C.C. | 990 W 59 Ave., Vancouver, BC | 12481 |
| 54 | CANADA | Vancouver Board of Parks & Recreation - Mt. Pleasant C.C. | 3161 Ontario St, Vancouver, BC | 12482 |
| 55 | CANADA | Vancouver Board of Parks & Recreation - Riley Park Pool | 50 E. 30th Ave, Vancouver, BC | 12484 |
| 56 | CANADA | Vancouver Board of Parks & Recreation - Rupert Park Pitch & Putt Fieldhouse | East 1st Ave, Vancouver, BC | 12465 |
| 57 | CANADA | Vancouver Board of Parks & Recreation - Stanley Park Pavilion Restaurant | Pipeline Rd, Vancouver, BC | 12466 |

# EXHIBIT 2

## LIST OF ADDITIONAL CLAIMS BEING WITHDRAWN

060124155633.doc

- Claim No.: 11612 – Holiday Inn, San Francisco,
- Claim No.: 11520 – First National Bank – Hutchinson, Kansas.
- Claim No.: 11212 – Chateau LeMoyne Hotel – New Orleans, Louisiana
- Claim No.: 11166 – Union Hospital – Elkston, Maryland.
- Claim No.: 10526 – Saint Luke's Hospital – Duluth, Minnesota
- Claim No.: 6640 – Exxon Research and Engineering – Florham Park, New Jersey.
- Claim No.: 6626 - Exxon Research and Engineering – Florham Park, New Jersey.
- Claim Nos.: 11079, 6740, 10522, 11237, 10971, 10870, & 10878.