# EXHIBIT D



W R Grace Authorization - PID
Claim No. 6901/11236
Bayshore Community Hospital, NJ

Oct 01 03 10:55a
Sep 12 03 04:53p

6901/11236

P. 2

RE:    <u>In re Bankruptcy claims for asbestos-containing products</u>

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name, Physical Address and Square Footage of Material Applied if Known:

BAYSHORE COMMUNITY HOSPITAL
727 N BEERS ST
HOLMDEL NJ 07733

Contact Person: CHARLES FAELLA
Phone Number: 732 739 5932
Fax Number: 732 290 7034
E-Mail Address: CFAELLA @ BCHS

ACKNOWLEDGED AND AGREED:

By: Carolina Noway
Name:



W R Grace Authorization - PID
Claim No. 10962
Children's Hosp. Of Pittsburgh, PA

*10962*

**Exhibit 2**

March _____, 2003

RE:   In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.-Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:

Children's Hospital of Pittsburgh of UPMC

Health System

3705 Fifth Avenue

Pittsburgh, PA   15213

Contact Person: Lorina W. Wise, Associate Counsel

Phone Number: (412) 692-8073

Fax Number: (412) 693-5639

E-Mail Address: lorina.wise@chp.edu

ACKNOWLEDGED AND AGREED:

By: _____

Name:



W R Grace Authorization - PID
Claim No. 14410
Jameson Memorial Hospital, PA

14410

**Exhibit 2**

March _____, 2003

RE:    In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.- Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:

Jameson Memorial Hospital
1211 Wilmington Ave
New Castle, PA 16105

Contact Person: Rachel Verdi

Phone Number: 724 - 656-4089

Fax Number: 724 - 656-4180

E-Mail Address: rverdi@jamesonhealthsystem.com

**ACKNOWLEDGED AND AGREED:**

By: _Rachel C. Verdi_
Name: