**EXHIBIT E**

**SPEIGHTS & RUNYAN,
ATTORNEYS AT LAW
P.O. Box 685
200 Jackson Avenue, East
Hampton, SC 29924
(Ph.) 803-943-4444
(Fax) 803-943-4599**



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FACSIMILE TRANSMITTAL SHEET

**TO:** Kirkland & Ellis, LLP

**ATTN:** Michelle H. Browdy

**FROM:** Marion C. Fairey, Jr.

**FAX #:** (312) 861-2200

**DATE:** September 22, 2005

**PAGES:** ___ (including cover sheet)

**RE:** Grace Bankruptcy

**MESSAGE:**

*Please route upon receipt. If any pages are missing, please
contact Stephanie immediately at 803-943-4444.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. postal service. Thank you.

**SPEIGHTS & RUNYAN**
ATTORNEYS AT LAW
200 JACKSON AVENUE, EAST
POST OFFICE BOX 685
HAMPTON, SOUTH CAROLINA 29924
(803) 943-4444

TELECOPIER
(803) 943-4599
EMAIL: BFAIREY@SPEIGHTSRUNYAN.COM

MARION C. FAIREY, JR.

September 21, 2005

*VIA FACSIMILE US MAIL*

Michelle H. Browdy
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

   Re: *W. R. Grace & Co., et al, Debtors*
     *Chapter 11, Case No. 01-1139-JKF*
     *(U.S. Bankruptcy Court, District of Delaware)*

Dear Michelle:

  Pursuant to the Court's Order, I am sending you, via electronic means, a series of 21 scanned groups of documents which are copies of those documents giving express written authority to Speights & Runyan to file bankruptcy claims. These 21 batches are divided by claim. If you so request, I will send these hard copies of these documents by overnight mail as well.

  If you have any questions please do not hesitate to give me a call.

          Sincerely,

          Marion C. Fairey, Jr.

MCFjr/smh