IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 15310, 15940, and 15944** |

# CERTIFICATION OF COUNSEL REGARDING FEE APPLICATION OF FORMAN PERRY WATKINS KRUTZ & TARDY, LLP

The undersigned hereby certifies that:

1. On April 26, 2007 Forman Perry Watkins Krutz & Tardy, LLP ("Forman Perry") filed their application for reimbursement of expenses and compensation for services in

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

excess of the ordinary course professional cap for the period April, 2006 to March, 2007.[Docket No. 15310] (the "Forman Perry Fee Application").

2. On June 1, 2007, objections were filed to the Forman Perry Fee Application by the United States Trustee [Docket No. 15940] and by the Official Committee of Asbestos Personal Injury Claimants ("ACC")[Docket No. 15944] (collectively, the "Objectors").

3. Pursuant to the Administrative Order Under 11 U.S.C. §§105 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members in these cases, dated May 3, 2001 [Docket No. 197] (the "Interim Fee Order"), objecting parties and the affected professional may attempt to resolve fee objections on a consensual basis. However, if they are unable to resolve the objections, then the affected professional (i) may file the objections and request payment of the difference between the amounts requested and the amount objected to or (ii) request a hearing by the Court.

4. On June 6, 2007 Forman Perry, counsel for the US Trustee and counsel for the Debtors participated in a conference to discuss the objections. Thereafter, counsel for the Debtors conferred with counsel for the ACC.

5. As a result of those discussions, the parties agreed, consistent with the Interim Fee Order, that Forman Perry may be paid 80% of the requested interim fees and 100% of the requested interim expenses as outlined in the Forman Perry Fee Application. However, the payment shall be subject to all of the provisions outlined in the Interim Fee Order and the Objectors reserve all of their objections pending the outcome of the fee examiner's examination and recommendations which the parties will request occur as soon as reasonably practicable.

6. In the event that the Objectors agree with the fee examiner's recommendations, the Objectors will then file a notice with the Court within 10 days of the filing of the fee examiner's final report indicating their withdrawal of the objections. However, if the Objectors do not agree with the recommendations of the fee examiner with respect to the Forman Perry Fee Application, then within 10 days of the filing of the final report by the fee examiner, the Objectors will be required to file a further objection identifying what specific portions of the Forman Perry Fee Application they continue to object to and the matters will be placed on the hearing agenda at the next scheduled Omnibus Hearing to be addressed by the Court.

7. Attached hereto as Exhibit A is an Order outlining the agreement reached by Forman Perry, the Objectors and the Debtors as outlined herein. A draft of this certification of counsel and the draft Order have been circulated to counsel for the Objectors, Forman Perry and the Debtors and all of the parties are in agreement that the certification and Order accurately reflect the agreement of the parties.

*[Remainder of Page Intentionally Left Blank]*

8.    Accordingly, the Debtors respectfully request that the Court enter the attached Order.

Dated: June 8, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Ellen Ahern
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Barbara Mack Harding
Amanda Basta
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession