IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W. R. GRACE & CO., *et al.*<br><br>Debtors. | In Proceedings for a Reorganization under Chapter 11<br><br>No.  01-01139-JKF |

## NOTICE OF FILING OF VERIFIED STATEMENT OF THE WARTNICK LAW FIRM PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE CONCERNING MULTIPLE REPRESENTATION OF CREDITORS

I HEREBY CERTIFY that on June 8, 2007, THE WARTNICK LAW FIRM filed its VERIFIED STATEMENT OF THE WARTNICK LAW FIRM PURSUANT TO FEDERAL RULE OF BANKRUPCY PROCEDURE 2019 [Docket Entry 15997].

Dated:  June 8, 2007

THE WARTNICK LAW FIRM

By_____
Steven M. Harowitz, Esquire. (CA 71117)
450 Sansome Street, 3rd Floor
San Francisco, CA 94111
Telephone:  (415) 986-5566
Facsimile:  (415) 986-5896
Attorneys for Claimants

90001 wrg bk 2019 stm not/