## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF CAPLIN & DRYSDALE,
## <u>CHARTERED FOR THE TWENTY-THIRD INTERIM PERIOD</u>

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Caplin & Drysdale, Chartered for the Twenty-Third Interim Period</u> (the "Application").

## BACKGROUND

1.     Caplin & Drysdale, Chartered ("Caplin") was retained as national counsel to the Official Committee of Asbestos Personal Injury Claimants.  In the Application, Caplin seeks approval of fees totaling $629,003.00 and costs totaling $154,068.73 for its services from October 1, 2006 through December 31, 2006.

2.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the

District of Delaware, and the Third Circuit Court of Appeals.  We served on Caplin an initial report

based on our review, and received a response from Caplin, portions of which response are quoted

herein.

## DISCUSSION

3.     In our initial report, we noted that on November 25 and 26, 2006, NDF appears to

have charged for the same tasks on successive days.  The total time spent each day was 3.80 hours

for a total fee of $2,204.00.  The entries are provided below.

| | | | | |
|---|---|---|---|---|
| 11/25/06 | NDF | 3.80 | 2204.00 | Review and edit appeal brief re exclusivity (1.1); review Grace cases re settlement issue (0.6); draft memo to file re Peterson analysis (2.1). |
| 11/26/06 | NDF | 3.80 | 2204.00 | Review and edit appeal brief re exclusivity (1.1); review Grace cases re settlement issue (0.6); draft memo to file re Peterson analysis and Grace SEC filings (2.1). |

We asked Caplin to review the entries and state whether the second is an inadvertent duplication of

the first and thus the time billed therein should be deducted from the fee total.  Caplin responded as

follows:

> You inquire in paragraph 3 of the Initial Report regarding time entries for Caplin & Drysdale attorney Nathan D. Finch on November 25, 2006 and November 26, 2006, respectively.  We have determined that the set of entries for November 25 is an inadvertent duplication of the set of entries for November 26, and that no time should have been entered for Mr. Finch for November 25, 2006.  Caplin & Drysdale apologizes for the error and will accept a reduction regarding the November 25 time entries.

We appreciate the response and thus recommend a reduction of $2,204.00 in fees.

4.    We noted a meal charge on October 10, 2006 that appears to be excessive.  The entry is provided below.

| 2009668 | EI; Dinner mtg of major reps G-I Holding & WR Grace following mtg at C&D NY ofc on 10/10 (dinner split between 4642 and 5078) w/Cooney, Budd, Baron, Weitz Rice, Wallace, Mrs. Inselbuch, PVNL, NDF (Food $1065.00; tax $89.18; gratuity $213.00) | 10/16/2006 | EI | $683.59 |
|---|---|---|---|---|

With ten diners, we compute a per-person billing of $136.71, with half of that total billed to W.R. Grace.  We suggest a ceiling of $50.00 per person for dinner, including tax and gratuity.  Further, we suggest that it is inappropriate that the estate be charged for Mrs. Inselbuch's dinner ($68.36 or one-half the per-person billing).  For the remaining nine diners, we compute an overage of $86.71 for each, resulting in a total overage of $780.39 or $390.19 for the portion billed to this estate.  We will thus recommend a reduction of $458.55 ($68.36 plus $390.19) for this entry.  We asked Caplin to respond with any additional information that might cause us to adjust our recommendation.

Caplin responded as follows:

> You inquire in paragraph 4 of the Initial Report regarding charges for a dinner meeting that took place on October 10, 2006.  Caplin & Drysdale will accept your suggested reduction of $458.55 regarding this dinner meeting.

We appreciate the response and thus recommend a reduction of $458.55 in expenses.

5.    We noted another meal entry that requires more information in order to be properly assessed.  The entry is provided below.

| 2024655 | DKG; Travel expenses to Biloxi, MS for deposition of Jay Segarra on 11/20 for meals | 11/28/2006 | $204.93 |
|---|---|---|---|

We asked Caplin to provided more information regarding this entry.  Caplin response is provided as Response Exhibit 1.  We appreciate the response.  For the dinner on November 20 listed as

$68.93, we recommend an expense reduction of $18.93.

## CONCLUSION

6.        Thus we recommend approval of fees totaling $626,799.00 ($629,003.00 minus

$2,204.00) and costs totaling $153,591.25 ($154,068.73 minus $477.48) for Caplin's services from

October 1, 2006 through December 31, 2006.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____

        Warren H. Smith
        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing document has been served First
Class United States mail to the attached service list on this 8th day of June, 2007.

_____
        Warren H. Smith

**SERVICE LIST**
<u>Notice Parties</u>

**The Applicant**
Elihu Inselbuck
Peter Van N. Lockwood
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Buchanan Ingersoll
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

Response Exhibit 1

YOU INQUIRE IN PARAGRAPH 5 OF THE INITIAL REPORT REGARDING $204.93 IN MEAL EXPENSES INCURRED BY CAPLIN & DRYSDALE ATTORNEY DANIELLE K. GRAHAM DURING A NECESSARY BUSINESS TRIP TO BILOXI, MISSISSIPPI ON NOVEMBER 19-21, 2006.  MS. GRAHAM'S MEAL EXPENSES WERE AS FOLLOWS:

**NOVEMBER 19, 2006**
LUNCH AND SNACK AT NATIONAL AIRPORT:          $ 19.15
NON-ALCOHOLIC BEVERAGE AT MEMPHIS AIRPORT:    $  3.11
DINNER:                                       $ 45.49

**NOVEMBER 20, 2006**
BREAKFAST:                                    $ 15.69
LUNCH:                                        $ 20.59
DINNER:                                       $ 68.93

**NOVEMBER 21, 2006**
BREAKFAST:                                    $ 10.44
LUNCH:                                        $ 17.46
SNACKS:                                       $  4.07
                        **TOTAL**             $204.93