**Attachment B**
**To Fee Application**

Summary of PwC's Fees By Professional
February 2007

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended February 28, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $655.59 | 28.9 | $18,946.55 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $585.48 | 19.2 | $11,241.22 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $655.59 | 3.0 | $1,966.77 |
| James W Geary | Audit Partner | 25+ | Integrated Audit | $830.30 | 3.5 | $2,906.05 |
| Robert F Eydt | Audit Partner | 25+ | Integrated Audit | $864.70 | 5.0 | $4,323.50 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $556.50 | 26.0 | $14,469.00 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 54.5 | $21,459.38 |
| Jennifer A James | Director | 15 | Integrated Audit | $590.40 | 6.5 | $3,837.60 |
| John Fillo | Director | 30 | Integrated Audit | $541.20 | 3.0 | $1,623.60 |
| Kenneth Stoler | Director | 11 | Integrated Audit | $724.50 | 0.5 | $362.25 |
| Lisa Ullman | Director | 24 | Integrated Audit | $590.40 | 0.8 | $472.32 |
| Matias L Pedevilla | Director | 10 | Integrated Audit | $488.30 | 3.0 | $1,464.90 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $467.40 | 6.0 | $2,804.40 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $376.38 | 137.0 | $51,564.06 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.36 | 103.5 | $29,534.76 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.36 | 8.0 | $2,282.88 |

{02411}

| Name | Position | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Josef Van Wyk | Audit Manager | 11 | Integrated Audit | $273.06 | 20.5 | $ 5,597.73 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 50.0 | $ 13,387.50 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $207.87 | 234.5 | $ 48,745.52 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $207.87 | 184.4 | $ 38,331.23 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $201.72 | 13.5 | $ 2,723.22 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $195.57 | 4.0 | $ 782.28 |
| Christopher W Park | Audit Senior Associate | 2 | Integrated Audit | $183.27 | 32.6 | $ 5,974.60 |
| Craig T. Chu | Adult Senior Associate | 2 | Integrated Audit | $276.75 | 4.2 | $ 1,162.35 |
| Mariana Isturiz | Tax Senior Associate | 2 | Integrated Audit | $189.00 | 12.5 | $ 2,362.50 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | $189.00 | 37.0 | $ 6,993.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $145.14 | 218.6 | $ 31,727.60 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $132.84 | 229.5 | $ 30,486.78 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $140.22 | 3.0 | $ 420.66 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $111.93 | 265.5 | $ 29,717.42 |
| Louisa Feve | Audit Associate | <1 | Integrated Audit | $111.90 | 8.0 | $ 895.20 |
| Timothy Mitchell | Audit Associate | <1 | Integrated Audit | $215.25 | 2.5 | $ 538.13 |
| Colleen Sheehan | Audit Associate | <1 | Integrated Audit | $190.65 | 29.0 | $ 5,528.85 |
| Michelle Camara | Intern | <1 | Integrated Audit | $105.00 | 1.0 | $ 105.00 |
| Darlene Johnson | Specialist Word Process | 30 | Integrated Audit | $83.60 | 3.0 | $ 250.80 |
| Donna K. Lewis | Executive Assistant | 25+ | Integrated Audit | $104.60 | 3.7 | $ 387.02 |
| | | | TOTAL | | 1,765.4 | $ 395,376.61 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    12.0      $ 1,713.72

{02411}

Summary of PwC's Fees By Project Category:
February 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 12 | $1,713.72 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |

{02411}

| | | |
|---|---|---|
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,765.4 | $395,376.61 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,777.4 | $397,090.33 |

Expense Summary
February 2007

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,319.26 |
| Lodging | N/A | $0 |
| Sundry | N/A | $1,000.67 |
| Business Meals | N/A | $255.52 |
| TOTAL: | | $2,575.45 |

{02411}