# Exhibit - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended February 28, 2007

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 2/28/07 | $ 18.00 | | | | Parking for audit committee meeting in Washington, DC |
| George B Baccash | Integrated audit | 2/7/07 | $ 145.50 | | | | Mileage - 300 miles |
| Marvin de Guzman | Integrated Audit | 2/13/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 2/15/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 2/19/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 2/20/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 2/21/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 2/22/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 2/23/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 2/26/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 2/27/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 2/28/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| Josef van Wyk | Integrated Audit | 2/1/07 | | | $ 9.20 | | Cellphone costs to dial into status update meeting |
| | Integrated Audit | 2/8/07 | | | $ 8.80 | | Cellphone costs to dial into status update meeting |
| | Integrated Audit | 2/13/07 | | | $ 12.03 | | Cellphone costs to dial into SAD evaluation meeting |
| Pam Reinhardt | Integrated Audit | 2/6/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 2/7/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 2/13/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 2/15/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 2/19/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 2/20/07 | $ 18.43 | | | $ 15.08 | Excess mileage to the client site (38 miles * .485 = $18.43), Breakfast for the team |
| | Integrated Audit | 2/21/07 | $ 18.43 | | $ 42.00 | | Excess mileage to the client site (38 miles * .485 = $18.43), Blackberry services |
| | Integrated Audit | 2/22/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 2/23/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 2/24/07 | $ 42.68 | | | $ 15.08 | Excess mileage to the client site (88 miles * .485 = $42.68); Breakfast for the team |
| | Integrated Audit | 2/26/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 2/27/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 2/28/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| Maria J. Afuang | Integrated Audit | 2/1/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/2/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/5/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/6/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/7/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/8/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/9/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/12/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/13/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/14/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/15/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/16/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/19/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/20/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/21/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/22/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/23/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/24/07 | $ 25.22 | | | | Mileage overtime work {52*.485} |
| | Integrated Audit | 2/26/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/27/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| | Integrated Audit | 2/28/07 | $ 9.70 | | | | Mileage in excess of normal commute {(52-32)*.485} |
| Christopher W Park | Integrated Audit | 2/27/07 | | | | $ 14.69 | Coffee for the Audit Team |
| | Integrated Audit | 2/28/07 | | | | $ 19.09 | Coffee for the Audit Team |
| Erica Margolius | Integrated Audit | 2/1/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/2/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/5/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/6/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/7/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/8/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/9/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/12/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/13/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/16/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/19/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/20/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/21/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/22/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/23/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/24/2007 | $ 21.83 | | | | Mileage in excess of normal commute (74.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/26/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/27/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/28/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 2/14/2007 | | | $ 8.45 | | Postage to mail out confirmations. |
| Lynda Keorlet | Integrated Audit | 2/28/2007 | | | | $ 146.46 | Overtime meal bought for team (dinner) |
| | Integrated Audit | 2/24/2007 | | | | $ 18.75 | Weekend work - breakfast for team (working on 10Q / wrap up) |
| | Integrated Audit | 2/20/2007 | | | | $ 26.37 | Overtime meal bought for team (dinner - L.Keorlet & E.Margolius) |
| Adam Lueck | Integrated Audit | 2/6/2007 | | | $ 109.12 | | W.R. Grace audit team overtime meal |
| | Integrated Audit | 2/7/2007 | | | $ 127.83 | | W.R. Grace audit team overtime meal |
| | Integrated Audit | 2/16/2007 | | | $ 125.15 | | W.R. Grace audit team overtime meal |
| | Integrated Audit | 2/19/2007 | | | $ 102.41 | | W.R. Grace audit team overtime meal |
| | Integrated Audit | 2/20/2007 | | | $ 96.63 | | W.R. Grace audit team overtime meal |
| | Integrated Audit | 2/21/2007 | | | $ 188.20 | | W.R. Grace audit team overtime meal |
| | Integrated Audit | 2/24/2007 | | | $ 170.85 | | W.R. Grace audit team overtime meal |
| | Integrated Audit | 2/24/2007 | $ 21.34 | | | | Overtime mileage |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 2,575.45 | $ 1,319.26 | $ - | $ 1,000.67 | $ 255.52 |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended February 28, 2007

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 2/28/2007 | Audit Partner | $ 18.00 | Parking for audit committee meeting in Washington, DC |
| | | | **$ 18.00** | |
| George B Baccash | 2/7/2007 | Tax Partner | $ 145.50 | Mileage - 300 miles |
| | | | **$ 145.50** | |
| Marvin de Guzman | 2/13/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 2/15/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 2/19/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 2/20/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 2/21/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 2/22/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 2/23/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 2/26/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 2/27/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 2/28/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | | | **$ 358.90** | |
| Josef van Wyk | 2/1/2007 | Audit Manager | $ 9.20 | Cellphone costs to dial into status update meeting |
| | 2/8/2007 | Audit Manager | $ 8.80 | Cellphone costs to dial into status update meeting |
| | 2/13/2007 | Audit Manager | $ 12.03 | Cellphone costs to dial into SAD evaluation meeting |
| | | | **$ 30.03** | |
| Maria J. Afuang | 2/1/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/2/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/5/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/6/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/7/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/8/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/9/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/12/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/13/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/14/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/15/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/16/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/19/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/20/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/21/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/22/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/23/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/24/07 | Audit Senior Associate | $ 25.22 | Mileage overtime work {52*.485} |
| | 2/26/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/27/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 2/28/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | | | **$ 219.22** | |
| Pamela Reinhardt | 2/6/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 2/7/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 2/13/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 2/15/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 2/19/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 2/20/07 | Audit Senior Associate | $ 33.51 | Excess mileage to the client site (38 miles * .485 = $18.43), Breakfast for the team |
| | 2/21/07 | Audit Senior Associate | $ 60.43 | Excess mileage to the client site (38 miles * .485 = $18.43), Blackberry services |
| | 2/22/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 2/23/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 2/24/07 | Audit Senior Associate | $ 57.76 | Excess mileage to the client site (88 miles * .485 = $42.68); Breakfast for the team |
| | 2/26/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 2/27/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 2/28/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | | | **$ 336.00** | |
| Christopher W Park | 2/27/2007 | Audit Senior Associate | $ 14.69 | Coffee for the Audit Team |
| | 2/28/2007 | Audit Senior Associate | $ 19.09 | Coffee for the Audit Team |
| | | | **$ 33.78** | |
| Erica Margolius | 2/1/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/2/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/5/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/6/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/7/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/8/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/9/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/12/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |

| | Date | Role | | Amount | Description |
|---|---|---|---|---|---|
| | 2/13/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/16/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/19/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/20/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/21/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/22/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/23/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/24/2007 | Audit Associate | $ | 21.83 | Mileage in excess of normal commute (74.2-29.2 miles * $.485/mile) |
| | 2/26/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/27/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/28/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 2/14/2007 | Audit Associate | $ | 8.45 | Postage to mail out confirmations. |
| | | | **$** | **300.91** | |
| Lynda Keorlet | 2/28/2007 | Audit Associate | $ | 146.46 | Overtime meal bought for team (dinner) |
| | 2/24/2007 | Audit Associate | $ | 18.75 | Weekend work - breakfast for team (working on 10Q / wrap up) |
| | 2/20/2007 | Audit Associate | $ | 26.37 | Overtime meal bought for team (dinner - L.Keorlet & E.Margolius) |
| | | | **$** | **191.58** | |
| Adam Lueck | 2/6/2007 | Audit Associate | | 109.12 | W.R. Grace audit team overtime meal |
| | 2/7/2007 | Audit Associate | | 127.83 | W.R. Grace audit team overtime meal |
| | 2/15/2007 | Audit Associate | | 125.15 | W.R. Grace audit team overtime meal |
| | 2/19/2007 | Audit Associate | | 102.41 | W.R. Grace audit team overtime meal |
| | 2/20/2007 | Audit Associate | | 96.63 | W.R. Grace audit team overtime meal |
| | 2/21/2007 | Audit Associate | | 188.20 | W.R. Grace audit team overtime meal |
| | 2/24/2007 | Audit Associate | | 170.85 | W.R. Grace audit team overtime meal |
| | 2/24/2007 | Audit Associate | | 21.34 | Overtime mileage |
| | | | **$** | **941.53** | |
| | | **Grand Total** | **$** | **2,575.45** | |