## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **W.R. Grce & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| | § | |
| **Debtors.** | § | |
| | § | |

### NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 15890: ENTERED IN ERROR

PLEASE TAKE NOTICE that the undersigned attorney hereby requests the Clerk of the

Court to withdraw the Fee Auditor's Final Report Regarding Fee Application Of Protiviti, Inc. For

The Twenty-Third Interim Period located at Docket No. 15890.

Date: June 11, 2007.


Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
            Warren H. Smith
            Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com