IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>**Ref. Nos. 13348 and 13358** |

## LIBBY CLAIMANTS' NOTICE OF SERVICE OF RESPONSES OF DR. ALAN C. WHITEHOUSE AND DR. ARTHUR L. FRANK TO EXPERT REPORTS AND SUPPLEMENTAL EXPERT REPORT BY DR. ALAN C. WHITEHOUSE

PLEASE TAKE NOTICE that on June 11, 2007, the Libby Claimants[1] by and through the undersigned counsel, caused copies of the following: (a) Supplemental Expert Report by Dr. Alan C. Whitehouse with CDs of Exhibits 5 and 7; (b) Dr. Arthur Frank's Rebuttal to October 3, 2006 Expert Report of Dr. Elizabeth Anderson; (c) Dr. Arthur Frank's Rebuttal to October 3, 2006 Expert Report of Dr. Gordon Bragg; (d) Dr. Arthur Frank's Rebuttal to October 3, 2006 Expert Report of Dr. Richard Lee; (e) Libby Expert's Response to Dr. Epstein Report; (f) Libby Expert's Response to Dr. Haber Report; (g) Libby Expert's Response to Dr. Henry Report; (h) Libby Expert's Response to Dr. Hutchins Report; (i) Libby Expert's Response to Dr. Garabrant Report; (j) Libby Expert's Response to Dr. Marais and Wecker Report; (k) Libby Expert's Response to Dr. Moolgavkar Report; (l) Libby Expert's Response to Dr. Price Report; and

---

[1] As identified in the Fifth Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 15692], as it may be amended and restated from time to time.

393.001-16981

(m) Libby Expert's Response to Dr. Weill Report to be served on the parties on the attached service list via first class mail or in the manner as otherwise indicated and to the Chambers of the Honorable Judith K. Fitzgerald via hand delivery.

Dated: June 11, 2007

LANDIS RATH & COBB LLP

_/s/ Kerri Mumford_
Adam G. Landis (No. 3407)
Kerri Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel for Libby Claimants

**HAND DELIVERY**
Laura Davis Jones
James E. O'Neill, III
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899
(Counsel for the Debtors and Debtors in Possession)

David M. Bernick
Jonathan Friedland
Salvatore F. Bianca
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(Counsel for the Debtors and Debtors in Possession)

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

Barbara Harding
Brian T. Stansbury
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
(Counsel for the Debtors and Debtors in Possession)

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

**HAND DELIVERY**
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

Roger Frankel
Richard H. Wyron
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007
(Counsel to David T. Austern, Future Claimants' Representative)

John C. Phillips, Jr.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel to David T. Austern, Future Claimants' Representative)

Scott L. Baena
Jay M. Sakalo
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-2336
(Counsel to the Official Committee of Asbestos Property Damage Claimants)

**HAND DELIVERY**
Theodore J. Tacconelli
Lisa L. Coggins
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Counsel to the Official Committee of Asbestos Property Damage Claimants)

Philip Bentley
Gregory Horowitz
Gary M. Becker
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Counsel to the Official Committee of Equity Security Holders)

**HAND DELIVERY**
Teresa K.D. Currier
Buchanan Ingersoll & Rooney P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel to the Official Committee of Equity Security Holders)

Lewis Kruger
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(Counsel to the Official Committee of Unsecured Creditors)

**HAND DELIVERY**
Michael R. Lastowski
Richard W. Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Counsel to the Official Committee of Unsecured Creditors)

**HAND DELIVERY**
David Klauder
Office of the United States Trustee
844 King Street
Room 2311
Wilmington, DE 19801

Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
(Counsel to Libby Plaintiffs)

**HAND DELIVERY**
Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(Counsel to Ad Hoc Committee of Equity Security Holders)

Peter M. Friedman, Esquire
Jarrad Wright, Esquire
David A. Hickerson, Esquire
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005
(Counsel to Ad Hoc Committee of Equity Security Holders)

Ralph I. Miller, Esquire
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(Counsel to Ad Hoc Committee of Equity Security Holders)