## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                      )   Chapter 11
                                            )
W. R.  GRACE & CO., et al.,                 )   Case No.  01-01139 (JKF)
                                            )   (Jointly Administered)
Debtors.                                    )
                                            )   Related to Docket No. 9315
                                            )   Docket No. 15945

## ORDER DISALLOWING AND EXPUNGING
## PROPERTY DAMAGE CLAIMS, NOS. 11618, 12293, 12303, 12305,
## 12306, 12307, 12308, 12310, 12311, 12312, 12313, 12316, 12317, 12322, AND 12331

AND NOW, this 11th day of June, 2007, it is ORDERED, ADJUDGED and DECREED

that claim numbers 11618 (Hudson's Bay Company, Zellers), 12293 (Calgary Board Of

Education, Southwood Elementary), 12303 (Toronto District School Board, Bloor Collegiate

Institute), 12305 (Toronto District School Board, Bloor Collegiate Institute), 12306 (Toronto

District School Board, Elm Lea Junior School), 12307 (Toronto District School Board, Fairmont

Junior Public School), 12308 (Toronto District School Board, Humberside Collegiate Institute),

12310 (Toronto District School Board, Monarch Park Secondary School), 12311 (Toronto

District School Board, Oakwood Collegiate Institute), 12312 (Toronto District School Board,

Old Administration Building), 12313 (Toronto District School Board, Perth Avenue Junior

Public School), 12316 (Toronto District School Board, Western Technical Commercial School),

12317 (Toronto District School Board, Withrow Avenue Junior Public School), 12322 (William

Osler Health Center), and 12331 (Calgary Board Of Education, Sir James Lougheed Elementary)

are hereby disallowed and expunged.

*Judith K. Fitzgerald*

_____

Judith K. Fitzgerald
United States Bankruptcy Judge

- 4 -