# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' NOTICE OF SERVICE OF THE SUPPLEMENTAL AND/OR REBUTTAL EXPERT REPORTS OF STEPHEN M. SNYDER, ESQ., MARK EVELAND, LAURA S. WELCH, M.D., AND STEVE M. HAYS, P.E., CIH IN CONNECTION WITH THE ASBESTOS <u>PERSONAL INJURY ESTIMATION HEARING</u>**

PLEASE TAKE NOTICE that on June 11, 2007, Mark T. Hurford of Campbell & Levine, LLC, caused a copy of the *Supplemental and/or Rebuttal Expert Reports of Stephen M. Snyder, Esq., Mark Eveland, Laura S. Welch, M.D., and Steve M. Hays, P.E.,CIH* to be served upon the attached Exhibit A via the manner indicated.

CAMPBELL & LEVINE, LLC

Dated: June 11, 2007

*/S/ Mark Hurford*_____
Mark T. Hurford  (No. 3299)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0087628.1 }