**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

    I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on June 11, 2007 I caused a copy of *The Official Committee Of Asbestos Personal Injury Claimants' Notice Of Service Of The Supplemental And/Or Rebuttal Expert Reports Of Stephen M. Snyder, Esq., Mark Eveland, Laura S. Welch, M.D., And Steve M. Hays, P.E., CIH In Connection With The Asbestos Personal Injury Estimation Hearing* to be served upon the attached 2002 service list via first-class mail unless otherwise indicated.

                                            */s/ Mark T. Hurford*
                                            Mark T. Hurford (DE No. 3299)

Dated: June 11, 2007

{D0087635.1 }