IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) <br> ) |
| Debtors. | ) <br> ) |

**FUTURE CLAIMANTS' REPRESENTATIVE'S NOTICE OF SERVICE
OF EXPERT REPORT OF VICTOR L. ROGGLI, M.D. IN CONNECTION WITH
<u>ASBESTOS PERSONAL INJURY ESTIMATION</u>**

PLEASE TAKE NOTICE that on June 11, 2007, counsel for David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants, caused a copy of the expert report of Victor L. Roggli, M.D. to be served on the service list below via Federal Express and electronic mail.

Dated: June 11, 2007

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

- and -

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y. 10103-0001
Telephone: (212) 506-5000

*Counsel for David T. Austern,*
*Future Claimants' Representative*

## Expert Report Service List

### VIA FEDERAL EXPRESS

David Bernick
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel for the Debtors*

Philip Bentley
Gary Becker
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*Counsel for the Official Committee of Equity Holders*

Barbara Harding
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005-5793
*Counsel for the Debtors*

Theresa K.D. Currier
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
*Counsel for the Official Committee of Equity Holders*

James O'Neill
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
*Counsel for the Debtors*

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Lewis Kruger
Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*Counsel for the Official Committee of Unsecured Creditors*

Peter Van N. Lockwood
Nathan Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Counsel for the Official Committee of Unsecured Creditors*

Mark Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Scott L. Baena
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
*Counsel for the Official Committee of Asbestos Property Damage Claimants*

Theodore Tacconelli
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
Wilmington, DE 19801
*Counsel for the Official Committee of Asbestos Property Damage Claimants*

Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
*Counsel for the Libby Claimants*

Adam G. Landis
Landis Roth & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
*Counsel for the Libby Claimants*

David Klauder
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

4

**VIA ELECTRONIC MAIL**

David Bernick
dbernick@kirkland.com

Janet Baer
jbaer@kirkland.com

Andrew Running
arunning@kirkland.com

Barbara Harding
bharding@kirkland.com

David Mendelson
dmendelson@kirkland.com

Salvatore Bianca
sbianca@kirkland.com

Jonathan Friedland
jfriedland@kirkland.com

Brian Stansbury
bstansbury@kirkland.com

Amanda Basta
abasta@kirkland.com

Laura Davis Jones
ljones@pszyjw.com

James O'Neil
joneill@pszyjw.com

Lewis Kruger
lkruger@stroock.com

Arlene Krieger
akrieger@stroock.com

Kenneth Pasquale
kpasquale@stroock.com

Michael Lastowski
mlastowski@duanemorris.com

Peter Van N. Lockwood
pvnl@capdale.com

Walter Slocombe
wbs@capdale.com

Nathan Finch
ndf@capdale.com

James Wehner
jpw@capdale.com

Adam Van Grack
alv@capdale.com

Marla Eskin
meskin@camlev.com

Mark Hurford
mhurford@camlev.com

Scott Baena
sbaena@bilzin.com

Jay Sakalo
jsakalo@bilzin.com

Matthew Kramer
mkramer@bilzin.com

Theodore Tacconelli
ttacconelli@ferryjoseph.com

Theresa K.D. Currier
teresa.currier@bipc.com

Philip Bentley
pbently@kramerlevin.com

Gary Becker
gbecker@kramerlevin.com

David Klauder
david.klauder@usdoj.gov

5

Elihu Inselbuch
ei@capdale.com

Daniel Cohn
cohn@cwg11.com

Christopher Candon
candon@cwg11.com

Adam Landis
landis@lrclaw.com

Roger Frankel
rfrankel@orrick.com

Richard Wyron
rwyron@orrick.com

Raymond Mullady
rmullady@orrick.com

Garret Rasmussen
grasmussen@orrick.com

John Ansbro
jansbro@orrick.com

Debra Felder
dfelder@orrick.com

Jack Phillips
JCP@pgslaw.com