**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S AMENDED COMBINED FINAL REPORT REGARDING
THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES
<u>FOR THE TWENTY-THIRD INTERIM PERIOD</u>**

This is the amended final report of Warren H. Smith & Associates, P.C., acting in the capacity of fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have no fee or expense issues for the Twenty-Third Interim Quarterly Period (collectively referred to hereafter as the "Applications").

**BACKGROUND**

1.  Anderson Kill & Olick, P.C., ("AKO") was retained as special insurance counsel to the official committee of asbestos personal injury claimants. In the Application, AKO seeks approval of fees totaling $74,785.00 and costs totaling $525.88 for its services from October 1, 2006, through December 31, 2006.

2.  David T. Austern ("Austern") was retained as representative to the Future Claimants. In the Application, Austern seeks approval of fees totaling $13,750.00 and costs totaling $0.00 for his services from October 1, 2006, through December 31, 2006.

3.  Beveridge & Diamond, P.C. (Beveridge) was retained as special counsel to the Debtors. In the Application, Beveridge seeks approval of fees totaling $97,555.00 and costs totaling

$973.91 for its services from October 1, 2006 through December 31, 2006.

4.     Bankruptcy Management Corporation (BMC) was retained as Claims Reconciliation and Solicitation Consultant to the Debtors. In the Application, BMC seeks approval of fees totaling $232,723.40 and costs totaling $115,034.75 for its services from October 1, 2006, through December 31, 2006.

5.     Buchanan Ingersoll ("Buchanan") was retained as co-counsel to the Official Committee of Equity Holders. In the Application, BIPC seeks approval of fees totaling $108,758.00 and costs totaling $165.14 for its services from October 1, 2006, through December 31, 2006.

6.     Campbell & Levine LLC ("Campbell") was retained as counsel to the official committee of asbestos personal injury claimants. In the Application, Campbell seeks approval of fees totaling $150,009.00 and costs totaling $21,242.03 for its services from October 1, 2006, through December 31, 2006.

7.     Capstone Corporate Recovery, LLC ("Capstone") was retained as financial advisors to the Official Committee of Unsecured Creditors. In the Application, Capstone seeks approval of fees totaling $221,177.50 and costs totaling $1,397.19 for its services from October 1, 2006 through December 31, 2006.

8.     Casner & Edwards, LLP ("Casner") was retained as special litigation counsel to the Debtors. In the Application, Casner & Edwards seeks approval of fees totaling $87,474.00 and expenses totaling $51,743.34 for its services from October 1, 2006, through December 31, 2006.

9.     Conway, Del Genio, Gries & Co., LLC ("CDG"), was retained as financial advisor to the Official Committee of Asbestos Property Damage Claimants. In the Application, CDG seeks approval of fees totaling $25,000.00 and costs totaling $114.75 for its services from October 1, 2006,

through December 31, 2006.[1]

10. Deloitte Tax LLP ("Deloitte Tax") was retained as tax service providers to the Debtors. In the Application, Deloitte Tax seeks approval of fees totaling $154,373.00 and costs totaling $0.00 for its services from August 1, 2005, through December 31, 2007[2].

11. Ferry, Joseph & Pearce, P.A.("Ferry Joseph") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Ferry Joseph seeks approval of fees totaling $77,219.00 and costs totaling $5,774.46 for its services from October 1, 2006 through December 31, 2006.

12. Foley Hoag LLP ("Foley Hoag") was retained as special environmental counsel to the debtor. In the Application, Foley Hoag seeks approval of fees totaling $6,587.50 and costs totaling $55.71 for its services from October 1, 2006 through December 31, 2006.

13. Hamilton, Rabinovitz & Alschuler, Inc. ("HRA") was retained as consultants to the Official Committee of Asbestos Property Damage Claimants. In the Application, HRA seeks approval of fees totaling $13,880.00 and costs totaling $0.00 for its services from October 1, 2006, through December 31, 2006.

14. Holme Roberts & Owen, LLP ("HRO") was retained as special environmental counsel to the Debtors. In the Application, HRO seeks approval of fees totaling $4,100.00 and costs

---

[1] CDG recorded a total of 64.9 hours for the three months covering this application period (the "Compensation Period"). CDG was paid a flat fee of $25,000.00 during the Compensation Period, which calculates to an effective hourly rate of $385.20 per hour. We note that CDG is currently engaged by the PD Committee at a flat fee of $100,000.00 per month plus expenses. However, due to a decrease in the activity level of the case, CDG has reduced its total fees to $25,000.00 for the period October 1, 2006 through December 31, 2006.

[2] Deloitte Tax did not file applications for the Seventeenth through the Twenty-Second Interim Period.

totaling $3,124.28 for its services from October 1, 2006, through December 31, 2006.

      15.      Kramer, Levin, Naftalis & Frankel, L.L.P. ("Kramer Levin") was retained as counsel to the official committee of equity holders. In the Application, Kramer Levin seeks approval of fees totaling $238,312.00 and costs totaling $14,195.38 for its services from October 1, 2006, through December 31, 2006.

      16.      Latham & Watkins, LLP (L&W) was retained as special environmental counsel to the Debtors. In the Application, Latham seeks approval of fees totaling $7,766.00 and costs totaling $4.34 for its services from October 1, 2006, through December 31, 2006.

      17.      Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), was retained as special litigation and environmental counsel for the Debtors. In the Application, Nelson Mullins seeks approval of fees totaling $2,388.00 and costs totaling $68.77 for its services from October 1, 2006, through December 31, 2006.

      18.      Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("Pachulski") was retained as local counsel to the debtors. In the Application, Pachulski seeks approval of fees totaling $173,466.25 and costs totaling $155,981.78 for its services from October 1, 2006, through December 31, 2006.

      19.      Phillips, Goldman & Spence, P.A. ("PG&S") was retained as local counsel to David T. Austern, Future Claimants' Representative. In the Application, PG&S seeks approval of fees totaling $33,336.00 and costs totaling $1,314.03 for its services from October 1, 2006, through December 31, 2006.

      20.      Pitney, Hardin, Kipp & Szuch, LLP ("Pitney Hardin"), was retained as special counsel to the Debtors. In the Application, Pitney Hardin seeks approval of fees totaling $80,846.50 and

costs totaling $1,304.25 for its services from October 1, 2006, through December 31, 2006.

21.     PricewaterhouseCoopers LLP ("PwC") was retained as independent accountants and auditors for the Debtors and Debtors in Possession. In the Application, PwC seeks approval of fees totaling $751,822.64 and costs totaling $17,933.20 for its services from October 1, 2006, through December 31, 2006.

22.     Steptoe & Johnson, LLP ("Steptoe") was retained as special tax counsel to the Debtors. In the Application, Steptoe seeks approval of fees totaling $51,097.50 and costs totaling $114.76 for its services from October 1, 2006, through December 31, 2006.

23.     Towers Perrin Tillinghast (Towers Perrin) was retained as actuarial consultants to David T. Austern, Future Claimants Representative. In the Application, Towers Perrin seeks approval of fees totaling $417,223.00 and costs totaling $5,326.30 for its services from October 1, 2006 through December 31, 2006.

24.     Woodcock Washburn LLP ("Woodcock") was retained as special litigation counsel to the Debtor. In the Application, Woodcock seeks approval of fees totaling $20,130.00 and costs totaling $721.98 for its services from October 1, 2006, through December 31, 2006.

25.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent

established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. New information caused us to amend our original report.

## DISCUSSION

26. We have no objections to, or issues with, any of the Applications.

## CONCLUSION

27. Thus for the period of October 1, 2006, through December 31, 2006 we recommend approval of all fees and expenses for the following applicants, as follows:

  a. AKO - fees totaling $74,785.00 and costs totaling $525.88.

  b. Austern - fees totaling $13,750.00 and costs totaling $0.00.

  c. Beveridge - fees totaling $97,555.00 and costs totaling $973.91.

  d. BMC - fees totaling $232,723.40 and costs totaling $115,034.75.

  e. Buchanan - fees totaling $108,758.00 and costs totaling $165.14.

  f. Campbell - fees totaling $150,009.00 and costs totaling $21,242.03.

  g. Capstone - fees totaling $221,177.50 and costs totaling $1,397.19.

  h. Casner - fees totaling $87,474.00 and expenses totaling $51,743.34.

  i. CDG- fees totaling $25,000.00 and costs totaling $114.75.

  j. Deloitte Tax - fees totaling $154,373.00 and costs totaling $0.00.

  k. Ferry Joseph - fees totaling $77,219.00 and costs totaling $5,774.46.

  l. Foley Hoag - fees totaling $6,587.50 and costs totaling $55.71.

  m. HRA - fees totaling $13,880.00 and costs totaling $0.00.

  n. HRO - fees totaling $4,100.00 and costs totaling $3,124.28.

o. Kramer Levin -  fees totaling $238,312.00 and costs totaling $14,195.38.

p. L&W - fees totaling $7,766.00 and costs totaling $4.34.

q. Nelson Mullins -  fees totaling $2,388.00 and costs totaling $68.77.

r. Pachulski - fees totaling $173,466.25 and costs totaling $155,981.78.

s. PG&S - fees totaling $33,336.00 and costs totaling $1,314.03.

t. Pitney Hardin - fees totaling $80,846.50 and costs totaling $1,304.25.

u. PwC - fees totaling $751,822.64 and costs totaling $17,933.20.

v. Steptoe - fees totaling $51,097.50 and costs totaling $114.76.

w. Towers Perrin -  fees totaling  $417,223.00 and costs totaling $5,326.30.

x. Woodcock - fees totaling $20,130.00 and costs totaling $721.98.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 12th day of June, 2007.

_____
Warren H. Smith

## SERVICE LIST
<u>Notice Parties</u>

**The Applicants**
Robert Y. Chung
Robert M. Horkovich
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Pamela D. Marks
Beveridge & Diamond
201 N. Charles Street
Suite 2210
Baltimore, MD 21201

Sean A. Allen, President
BMC Group
720 Third Avenue, 23rd Floor
Seattle, Washington 98104

Teresa K.D. Currier
Buchanan Ingersoll
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

Libby Hamilton
Capstone Corporate Recovery, LLC
Park 80 West, Plaza One
Saddle Brook, N.J. 07663

Robert A. Murphy
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210

Conway, Del Genio, Gries & Co., LLC
645 Fifth Avenue, 11th Floor
New York, New York 10022

Tim Tuerff
Deloitte Tax LLP
555 West 12 Street
Suite 500
Washington, DC 20004-1207

Michael B. Joseph
Theodore J. Tacconelli
Rick S. Miller
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899

Adam P. Kahn
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Paul J. Silvern
Hamilton, Rabinovitz & Alschuler, Inc.
6033 West Century Blvd., Suite 890
Los Angeles, California 90045

Elizabeth K. Flaagan, Esq.
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

Philip Bentley, Esq.
Kramer, Levin, Naftalis & Frankel, L.L.P.
1177 Avenue of the Americas
New York, NY 10036

Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101

Joseph Melchers, Esq.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street 17th Floor
Columbia, South Carolina 29201

**FEE AUDITOR'S AMENDED FINAL REPORT** - Page 9
wrg Amended FR re Applications With No Objections 23int 10-12.06.wpd

Laura Davis Jones
Patty Cuniff
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Anthony J. Marchetta, Esq.
Pitney, Hardin, Kipp & Szuch, LLP
P.O. Box 1945
Morristown, NJ 07962-1945

David Lloyd
PricewaterhouseCoopers LLP
1751 Pinnacle Drive
11th Floor
McLean, VA 22102-3811

Anne E. Moran
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036

Jennifer L. Biggs
Towers Perrin Tillinghast
101 S. Hanley Rd.
St. Louis, MO 63105

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Buchanan Ingersoll
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801