# EXHIBIT A

# **EXHIBIT A**

1. Texas Occupational Medicine Institute
   Diagnostic Practices in a Litigation Context: Screening Companies and The Doctors They Employed by Steven E. Haber, M.D., F.C.C.P., June 11, 2007

2. Texas Occupational Medicine Institute
   Analysis of Libby Claimant Medical Records and Dr. Whitehouse's Expert Report dated September 25, 3006 by Steven E. Haber, M.D., F.C.C.P., June 11, 2007

3. Dr. Daniel Henry's Response to Dr. Laura Welch's Report

4. Claimant X-Ray Study

5. Expert Report of Dr. Gordon M. Bragg – Rebuttal to the Expert Report of Dr. William E. Longo Entitled: W.R. Grace Asbestos-Containing construction Products: A Review of Asbestos Types and Source

6. The Rose and Process of Exposure Assessment Regarding Asbestos-Related Personal Injury Liability: Supplemental Report by Peter S.J. Lees, Ph.D., CIH, June 11, 2007

7. Supplemental Report – The Scientific Credibility of Personal Injury Claims Related to Alleged Exposure to W.R. Grace Asbestos-Containing Products by Elizabeth L. Anderson, Ph.D., A.T.S. Fellow, June 11, 2007

8. Rebuttal Report Responding to Claimants' Experts Drs. Lemen, Frank, Brody, Welch, Hammar and Whitehouse by Suresh Moolgavkar, M.D., Ph.D., June 11, 2007

9. Supplemental Report on Asbestos and Disease Causation by Suresh Moolgavkar, M.D., Ph.D., June 11, 2007

10. Report by David Weill, M.D.

11. Correspondence dated June 7, 2007 from Grover M. Hutchins, M.D. regarding Review of the W.R. Grace Personal Injury Questionnaires

12. Rebuttal Expert Report of Joseph V. Rodricks, Ph.D., D.A.B.T., June 8, 2007

13. Expert Rebuttal Report of Richard J. Lee, Ph.D. – Project LLH609714 For Asbestos PI Claims Estimation Proceeding, June 11, 2007

14. Rebuttal Report of Dr. M. Laurentius Marais and Dr. William E. Wecker