# EXHIBIT B

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

www.kirkland.com

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

Facsimile:
(312) 861-2200
Dir. Fax: 312 861-2200

June 11, 2007

See Attached Service List

Re: W.R. Grace's Supplemental and Rebuttal Expert Reports for the Estimation Trial

Dear Counsel

Enclosed please find W.R. Grace's supplemental and rebuttal expert reports for the asbestos personal injury estimation trial. The text of all of the reports is being sent out to each of you via email tonight. In addition, a hard copy of each report plus all exhibits, attachments and reliance materials is being overnighted to you for delivery tomorrow.

Please be advised that several of the enclosed reports and the information and data contained in the reliance materials are subject to the existing protective orders in this case. Each of you are already subject to the protective orders and are obligated to comply with such orders in the handling and dissemination of the attached reports and reliance materials. In particular, I want to point out that the report of Dr. Haber responding to Dr. Whitehouse contains information that is subject to the protective order entered by Judge Molloy in the criminal case as well as the order entered by Judge Fitzgerald on June 5, 2006. I have enclosed a copy of Judge Fitzgerald's protective order along with the expert reports.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Scott A. McMillin

SAM

**Service List for W.R. Grace Supplemental and Rebuttal Expert Reports**

Nathan D. Finch
Caplin & Drysdale
One Thomas Circle, NW, 27th Floor
Washington, DC 20005

Scott Baena
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Raymond Mullady
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, NW,
Washington, DC 20007-5135

Gary Becker
Kramer Levin
1177 Avenue of the Americas
New York, NY 10036

Daniel C. Cohn
Cohn Whitesell & Goldberg, LLP
101 Arch Street
Boston, MA 02110