## Appendix A

***Curriculum Vitae* for
Elizabeth L. Anderson, Ph.D.,
A.T.S. Fellow**



# E$^x$ponent®

Exponent
1800 Diagonal Road
Suite 300
Alexandria, VA 22314

telephone 571-227-7200
facsimile 571-227-7299
www.exponent.com

## Elizabeth L. Anderson, Ph.D.
### Group Vice President, Health

**Professional Profile**

Dr. Elizabeth L. Anderson is the Group Vice President of Exponent Health. Prior to joining Exponent, Dr. Anderson was President and CEO of Sciences International, a health and environmental consulting firm. She specializes in risk assessment as a basis for addressing the complex problems that arise in the context of regulatory and legal matters related to health and the environment for national and international companies and governments.

Dr. Anderson has over 25 years of experience in working both within government institutions and for corporate entities. Previously, for the U.S. Environmental Protection Agency (EPA), she founded and directed the Agency's Carcinogen Assessment Group and the central risk assessment programs for 10 years. In this capacity, she was Executive Director of the EPA committee that initially adopted risk assessment as a basis for carrying out the Agency's regulatory mandates. She has also worked extensively on international risk assessment issues to address human health and ecological consequences of exposure to environmental toxicants, including for private companies, governments, the World Health Organization, and the Pan American Health Organization.

Dr. Anderson is a founder and past-President of the Society for Risk Analysis, regularly serves on peer review panels for Public Agencies and Institutions, has participated in numerous national and international commissions and organizations concerned with risk based issues, and has lectured and published widely in the field of risk assessment. She is also Editor-in-Chief of the journal, *Risk Analysis: An International Journal.*

Dr. Anderson is a Fellow of the Academy of Toxicological Sciences and the recipient of numerous awards including Twentieth Century Distinguished Service Award, Ninth Lukacs Symposium (1999), Outstanding Service Award, Society for Risk Analysis (1997), Jerry F. Stara Memorial Award (1994), SES Bonus for Outstanding Performance, (1984), EPA Gold Medal for Exceptional Service (1978), Kappa Kappa Gamma National Achievement Award (1974), and a William Author Mattox Merit Scholarship (1962). She also holds a patent and continues her professional activities through memberships in American Association for the Advancement of Science; American College of Toxicology; New York Academy of Sciences; Society for Risk Analysis; and Society of Toxicology.

**Credentials and Professional Honors**

Ph.D., Organic Chemistry, The American University, 1970
M.S., Organic Chemistry, University of Virginia, 1964
B.S., Chemistry, College of William and Mary, 1962

01/07

Presidential Recognition Award, Society for Risk Analysis, 2006
The 2006 International Achievement Award, The International Society of Regulatory
Toxicology and Pharmacology, 2006
Fellow, Academy of Toxicological Sciences
Twentieth Century Distinguished Service Award, Ninth Lukacs Symposium, 1999
Outstanding Service Award, Society for Risk Analysis, 1997
Jerry F. Stara Memorial Award, 1994
SES Bonus for Outstanding Performance, 1984
EPA Gold Medal for Exceptional Service, 1978
Kappa Kappa Gamma National Achievement Award, 1974
William Author Mattox Merit Scholarship, 1962

**Publications**

Reiss, R., Anderson, E.L., Cross, C.E., Hidy, G., Hoel, D., McClellan, R., Moolgavkar, S.
Evidence of health impacts of sulfate and nitrate-containing particles in ambient air. *Inhalation Toxicology*, in press.

Pepelko W, Seckar J, Harp PR, Kim JH, Gray DG, Anderson EL. Worker exposure standard for phosphine gas. Risk Analysis 2004; 24(5):1201-1213.

Anderson EL, St. Hilaire C. The contrast between risk assessment and rules of evidence in the context of international trade disputes: can the U.S. Experience inform the process? Risk Analysis 2004; 24(2):449-459.

Anderson EL. The red book in context: Science at the center. *Human and Ecological Risk Assessment* 2003; 9(5):1197-1202.

Reiss R, Anderson EL, Lape JF. A framework for assessing risk to children. *Risk Analysis* 2003; 23(1069-1084).

Anderson EL. Assessing the risk of terrorism: A special collection of perspective articles. *Risk Analysis* 2002; 22(3):401.

Subramaniam RP, Golden SL, Kral P, Turim J, Anderson EL. An exploratory study of variations in exposure to environmental tobacco smoke in the United States. *Risk Analysis* 2001; 2(3):561-574.

Anderson EL, Goldman S, Kral P, Subramaniam R, Turim J. Risk assessment of indoor air pollutants. In: Proceedings from the 4th Princess Chulabhorn International Science Congress: Chemicals in the 21st Century. The Chulabhorn Research Institute, Bangkok, Thailand, November 28–December 2, 1999.

Hattis D, Anderson EL. What should be the implications of uncertainty, variability, and inherent 'biases'/ 'conservatism' for risk management decision-making? Risk Analysis 1999; 19(1).

E$x$™

Moolgavkar SH, Luebeck EG, Anderson EL. Estimation of unit risk for coke oven emissions. Risk Analysis 1998; 8(6).

Anderson EL, Albert RE. Risk assessment and indoor air quality. Monograph. A volume in the Indoor Air Research Series. CRC Lewis Publishers, 1998.

Moolgavkar SH, Luebeck EG, Anderson EL. Air pollution and hospital admissions for respiratory causes in Minneapolis-St. Paul and Birmingham. Epidemiology 1997; 8(4):364-370.

Moolgavkar SH, Luebeck EG, Hall TA, Anderson EL. Air pollution and daily mortality in Philadelphia. Epidemiology 1995; 6(5):476-484.

Moolgavkar SH, Luebeck EG, Hall TA, Anderson EL. Particulate air pollution, sulfur and daily mortality: A reanalysis of the Steubenville data. Colloquium on particulate air pollution and human mortality and morbidity, Irvine, CA. Journal of Inhalation Toxicology 1994; 7:35-44.

Anderson E, Deisler PF, McCallum D, St. Hilaire C, Spitzer H, Strauss H, Wilson JD, Zimmerman R. Key issues in carcinogen risk assessment guidelines. Risk Analysis 1993; 14(4).

Chrostowski PC, Hartley S, Foster SA, Anderson EL. Human health risks associated with asbestos abatement. Risk Analysis 1991; 2(3).

Voytek P, Anver M, Thorslund T, Conley J, Anderson EL. Mechanisms of asbestos carcinogenicity. J. of the American College of Toxicology 1990; 9(5).

Anderson EL, Chrostowski PC, Vreeland JL. Risk assessment issues associated with cleaning up inactive hazardous waste sites. In: Integrating Insurance and Risk Management for Hazardous Wastes. H. Kunreuther and M.U.R. Gouda (eds.), Boston: Kluner Academic Publishers, 1990.

Anderson EL, Chrostowski PC, Vreeland J. Risk assessment for use in groundwater management. Risk Assessment for Groundwater Pollution Control, American Society of Civil Engineers, 1990.

Voytek P, Anver M, Thorslund T, Conley J, Anderson EL. Mechanisms of asbestos carcinogenicity. Journal of the American College of Toxicology 1990; 9(5):541-550.

Anderson EL. Scientific developments in risk assessment: Legal implications. Columbia Journal of Environmental Law 1989; 14(2).

Anderson EL, Chrostowski PC, Foster S. Calculating the risks. Solid Waste & Power 1988; 2(3):40-47.

Anderson EL, Henry CJ. Risk assessment/risk management as a toxic control strategy. World Conference on Large Lakes, Mackinac Island, Michigan. In: Toxic Contamination in Large Lakes, Vol. III, Sources, fate, and controls of toxic contaminants, N.W. Schmidtke (ed.), Lewis Publishers, 1988.

$E\chi$ ™

Anderson EL. 1988. The risk analysis process. Contemporary Issues in Risk Analysis, Vol. 3. Carcinogen Risk Assessment. C.C. Travis (ed.), Plenum Press, pp. 3–17, 1988.

Anderson EL. Perspective on risk assessment of carcinogens. Banbury Report 31: Carcinogen Risk Assessment: New directions in the Qualitative and Quantitative Aspects. Cold Spring Harbor Laboratory, pp. 281-294, 1988.

Bridgen PJ, Anderson EL. Processes and parameters involved in risk assessment for environmental release of biotechnology products. Annual Meeting of the Society for Risk Analysis, Washington, DC, 1986.

Anderson EL, Albert RE, Kamely D. Risk assessments/risk management for environmental uses of biological agents. Invited paper for Banbury Conference on Genetically Altered Viruses and the Environment, Cold Spring Harbor Laboratory, April 28-May 1, 1985. Published in Banbury Report No. 22, p. 33.

Anderson EL. Quantitative approaches in use in the United States to assess cancer risks. Invited paper, 2nd Conference of the Scientific Group on Methodology for the Safety Evaluation of Chemicals, World Health Organization, Rome, Italy, July 12-16, 1982. Published in Methods for Estimating Risks of Chemical Injury: Human and Nonhuman Biota and Ecosystems, SCOPE 1985; 26:405-436.

Anderson EL, Ehrlich AM. New risk assessment initiatives in EPA. Toxicology and Industrial Health 1985; 1(4):7-22.

Anderson EL, Chu M, Dourson M, DeRosa C. Methodology for ranking the degree of hazard associated with exposure to carcinogens and other toxic chemicals. In: Proceedings of Symposium on Chemical Emergency Preparedness, Center for Human Health and Ecology, Pan American Health Organization, Metepec, Mexico, July 23-27, 1984.

Anderson EL. The use of quantitative approaches to assess cancer risks. Carcinogen Assessment Group of the U.S. Environmental Protection Agency. Risk Analysis 1983.

Albert RE, Lewtas J, Nesnow S, Thorslund TW, Anderson EL. A comparative potency method for cancer risk assessment: Application to diesel particulate emissions. Risk Analysis 1983.

Anderson EL. Are society's epidemiological needs being met? Invited paper for the Symposium on Epidemiologic Methods for Occupational and Environmental Health Studies, Washington, D.C., December 2-5, 1979. Published in Methods and Issues in Occupational and Environmental Epidemiology, Ann Arbor Science Publishers, 1983.

Anderson EL. Risk assessment and regulatory approaches to carcinogens. Proceedings of the FDA Symposium of Risk/Benefit Decisions and the Public Health, 1978.

Albert RE, Train RE, Anderson EL. Rationale developed by the Environmental Protection Agency for the assessment of carcinogen risks. J. Natl. Cancer Inst. 1977; 58:1537.



Hawkins WM, Lutz RE, Anderson EL.  Tetrasubstituted 2,5-hydrofuranols and their anomerism.  J. Org. Chem. 1970; 35:2934.

Hanson RB, Foley PJ, Anderson EL, Aldridge MH.  The thermal cleavage of selected aldehyde hydrazonium salts.  J. Org. Chem. 1970; 35:1735.

Foley PJ, Anderson EL, Dewey FM.  Synthesis of hydrazonium salts.  J. Chem. Engineer, Data 1969; 14:272.

## Selected Invited Presentations (Health Risk Assessment and related topics)

Anderson EL.  Risk assessment—a historical perspective from policy to public health.  Presented at The George Washington University Medical Center, Washington, DC, March 17, 2004.

Turnham P, Anderson EL, Turim J.  Dermal absorption of PCBs in non-aqueous carriers.  Poster presented at the 2003 Annual Meeting of the Society for Risk Analysis, December 9, 2003.

Anderson EL.  The role of risk assessment in resolving world trade disputes.  Presented at the World Congress on Risk Assessment. Brussels, Belgium. June 24, 2003.

Anderson EL.  Environmental risk assessment: past, current, future.  Conference: Theories And Practices in Toxicology and Risk Assessment.  Keynote speaker.  Sponsored by Tri-Services Toxicology (AFRL/HEST, NHRC/TD, USACEHR), USACHPPM, AFSOR; USEPA, NCEA; ATSER, Division of Toxicology; NIOSH; and the FDA, Cincinnati, OH, April 15-18, 2002.

Anderson EL.  The contrast between risk assessment and proof of causality, and the fundamental principles of evidence of each . Workshop:  Risk Assessment in the Context of Trade Disputes:  How Well Can the Scientific Principles Incorporated into the Resolution of Science-Based Trade Disputes? University of Michigan, Ann Arbor, MI, November 1, 2001.

Anderson EL.  Risk assessment:  The evolution of a science and its use.  Yale University, October 30, 2001.

Anderson EL.  The challenge of risk assessment.  Eco-Informa 2001:  Environmental Risk and the Global Community.  Argonne National Laboratory, Argonne, IL, May 14, 2001.

Anderson EL.  Environmental forensics: applying effective scientific methods to decrease cost and liability.  IBC USA 3rd Annual Executive Forum, Washington, D.C., June 26–28, 2000.



Anderson EL. Risk assessment of indoor air pollutants. The 4th Princess Chulabhorn International Science Congress: Chemicals in the 21st Century. The Chulabhorn Research Institute, Bangkok, Thailand, November 28–December 2, 1999.

Anderson EL. Toxicology symposium: agriculture and preservation of water quality: General principles of risk assessment. The Brazilian Society of Toxicology, Sao Paulo, Brazil, March 15-18, 1999.

Anderson EL. Current issues in health risk assessment. International Society for Risk Analysis, Health Risk Assessment: Current issues. 11th Annual Symposium, Williamsburg, VA, October 26-28, 1998.

Anderson EL. Faculty, risk assessment and risk management in environmental law. ALI-ABA Course of Study, October 8-9, 1998.

Anderson EL. Seminar on modern environmental management; risk assessment as a decision making tool, Salvador, Brazil, May, 1998.

Anderson EL. The role of uncertainty, variability, and bias in environmental risk management. The 8th Engineering Foundation Conference on Risk Based Decision Making in Water Resources, Santa Barbara, CA, October 12-17, 1997.

Anderson EL. Overview of carcinogen and noncarcinogen risk assessment: historical perspective. International Society for Risk Analysis, Health Risk Assessment: Current issues. 10th Annual Symposium, October 6-8, 1997.

Anderson EL. Coming of age—Risk based environmental decision making. The McLain program in environmental studies, Washington College, September 27, 1997.

Anderson EL. Applications of quantitative risk assessment to environmental health. Guest faculty for the 1997 summer institute in risk management in environmental health and protection, New York University, New York, NY, 1997.

Anderson EL. Risk-based analysis. 2nd Annual Environmental Law Forum, Pennsylvania Bar Institute, Harrisburg, PA, March 20, 1997.

Anderson EL. Risk-based decision making in the environmental arena: An overview. 26th Annual Conference on Environmental Law. American Bar Association, Section of Natural Resources, Energy, and Environmental Law, Keystone, CO, March 13-15, 1997.

Anderson EL. Analysis of risks to human health. Washington Operations Research/Management Science Council, topics in risk analysis, Arlington Campus of George Mason University, Arlington, VA, November 1996.

E$x$™

Anderson EL. Sources of information for uncertainty analyses: case studies, risk assessment issues—The probabilistic approach. University of California Extension, Santa Barbara, CA, March 28, 1996.

Anderson EL. Overview of risk assessment and risk management as a tool for environmental decision making, risk assessment, risk management and risk communication: Expanding the dialogue on environmental management—An international seminar, Sao Paulo, Brazil, November 7-9, 1995.

Anderson EL. Origins of quantitative risk assessment for cancer. International symposium sponsored by the Collegium Ramazzini on preventive strategies for living in a chemical world, Washington, DC, November 4, 1995.

Anderson EL. Risk-based decision making engineering foundation conference. Santa Barbara, CA, October 13, 1995.

Anderson EL. Overview of carcinogen and noncarcinogen risk assessment methods. Society for Risk Analysis annual course on new horizons in risk assessment, Arlington, VA, August 29, 1994.

Anderson EL. 12th Institute in risk management in environmental health and protection. Guest faculty, New York University, New York, NY, May 17, 1994.

Anderson EL. Risk assessment in environmental decisions. Environmental Policy Issues Seminar, U.S. Office of Personnel Management, Denver, CO, July 21, 1993.

Anderson EL. Crossroads of humanity series, round table forum. The Medical University of South Carolina, Kiawah Island, SC, July 18-21, 1993.

Anderson EL. Risk characterization, environmental and occupational risk assessment: what it means to the mining industry. The American Mining Congress, Fairfax, VA, July 13, 1993.

Anderson EL. Quantitative risk assessment: Introduction to approaches and methods. Guest faculty. 11th Annual Summer Institute in Risk Management in Environmental Health and Protection, New York University, New York, NY, June 2, 1993.

Anderson EL. Using risk assessment to deal with health issues that would be barriers to sustainable development. Governor's Conference, from Rio to the Capitols: State Strategies for Sustainable Development, Louisville, KY, May 26, 1993.

Anderson EL. Risk assessment guidance at Superfund sites. Chemical Manufacturers Association's Superfund Health Risk Assessment Task Group and Remedy Selection Work Group, Washington, DC, April 13, 1993.



Anderson EL.  Quantitative risk assessment II:  Models and methods.  Guest faculty, 10th Annual Summer institute in Risk Management in Environmental Health and Protection, New York University, New York, NY, June 9, 1992.

Anderson EL.  Overview of carcinogen and noncarcinogen risk assessment methods. Society for Risk Analysis Annual Course on New Directions in Risk Assessment, Arlington, VA, April 13, 1992.

Anderson EL.  Human health assessment:  An overview.  Seminar on Social, Economic, Biologic and Legal Basis for Dealing with Environmental Problems, Santiago, Chile, April 1992.

Anderson EL.  Cancer risk assessments:  An overview.  Advanced Research Workshop on Oncogene and Transgenics Correlates of Cancer Risk Assessments, North Atlantic Treaty Organization and U.S. National Science Foundation, Athens, Greece, October 7-11, 1991.

Anderson EL.  Quantitative risk assessment (with applications to hazardous waste management).  Guest faculty.  9th Annual Summer Institute in Risk Management in Environmental Health and Protection, New York University, June 1991.

Anderson EL.  Advances in carcinogen risk assessment with potential lessons for risk assessment for reproductive effects.  Symposium on Risk Assessment of Prenatally-Induced Adverse Effects, Berlin, Germany, May 1991.

Anderson EL.  New directions in risk assessment.  Workshop, Society for Risk Analysis, Bethesda, MD, May 1991.

Anderson EL.  Risk assessment approaches and application for regulation of exposure to potential carcinogens.  U.S.-Japan cooperative cancer research program seminar on scientific basis for carcinogenic risk assessment of experimental carcinogens, Kauai, HI, March 1991.

Anderson EL.  Annual Meeting, American Association for the Advancement of Science. Women in Science, Washington, DC, February 1991.

Anderson EL.  Professional conference on industrial hygiene:  Risk assessment-future directions and impact on health and environment.  Keynote speaker, American Academy of Industrial Hygiene, Vancouver, BC, Canada, October, 1990.

Anderson EL.  Changing roles.  17th Annual Michigan Industrial Hygiene Society Mini-Conference, Troy, MI, October, 1990.

Anderson EL.  Session Chairman.  HAZ MAT/International '90, Toxic air pollutants:  Current Issues, Atlantic City, NJ, June 1990.

E*x[™]

Anderson EL. Risks associated with hazardous waste. The Wharton School of the University of Pennsylvania, Philadelphia, PA, May 1990.

Anderson EL. New directions in carcinogen risk assessment. Workshop, Society for Risk Analysis, Bethesda, MD, May 1990.

Anderson EL. Risk assessment and risk management. Keynote speaker, International symposium and the 1st Pan Pacific Cooperative Symposium on Industrialization and Emerging Environmental Health Issues, Kitakyushu, Japan, October 1989.

Anderson EL. International Symposium on Environmental Risk Assessment and Risk Management, Seoul, Korea, October 1989.

Anderson EL. Conference on the Price of Zero Risk and Zero Waste. The Wharton School of the University of Pennsylvania, Philadelphia, PA, October 1989.

Anderson EL. Blue Ribbon International Symposium on Incineration of Municipal Solid Waste. United States Conference of Mayors, Washington, DC, September, 1989.

Anderson EL. Comparison of traditional health risks and risks associated with industrial development. Conference on Environmental Mutagens, Guadalajara, Mexico, July 1989.

Anderson EL. Conducted summer session on science, risk and the law of toxics. Vermont Law School 1989 Summer Session, South Royalton, VT, June 1989.

Anderson EL. 7th Annual Summer Institute in Risk Management in Environmental Health and Protection. Guest faculty. New York University, New York, NY, May 31, 1989.

Anderson EL. Risk assessment of non-ionizing radiation. Electromagnetic Energy Policy Alliance Annual Meeting, Alexandria, VA, April 13, 1989.

Anderson EL. The risk analysis process. Workshop on Carcinogen Risk Assessment, Society for Risk Analysis, Washington, DC, April 3-5, 1989.

Anderson EL, Thorslund TW, Chrostowski PC, Charnley G. Scientific trends in risk assessment research. Association of the Bar of the City of New York, Environmental Law Committee, New York, NY, 1988.

Anderson EL. Conference on Risks of Toxic Substances in Developing Countries: Implications for women and children. Bangkok, Thailand, November 18-20, 1988.

Anderson EL. A defense view of risk assessment. 1988 Fall Annual Meeting. American Bar Association, Section of Litigation, Washington, DC, October 21, 1988.

E$x$™

Anderson EL.  The 1988 Washington Conference on Risk Assessment.  The Center for Energy and Environmental Management, Alexandria, VA, September 1988.

Anderson EL.  Lecture on models for dose-response estimation and low-dose extrapolation. 6th Annual Summer Institute in Risk Management in Environmental Health and Protection, New York University Graduate School of Public Administration, New York, NY, June 1988.

Anderson EL.  Seminar on risk assessment of resource recovery plants.  1988 United States Conference of Mayors Annual Conference, Salt Lake City, UT, June 1988.

Anderson EL.  Limitations of the risk assessment process:  Factors which affect the utility and credibility of the assessment process.  Session Chairman. Gordon conferences, Wolfeboro, NY, June 1988.

Anderson EL.  Scientific trends in risk assessment research.  International symposium on chemical mixtures: Risk assessment and management. Cincinnati, OH, June 1988.

Anderson EL.  Participated as rapporteur at the Only One Earth Forum Series.  May 1988.

Anderson EL.  Managing hazardous materials.  Workshop on PCBs, dioxins, and similar materials.  Rene Dubos Center for Human Environments, New York, NY, 1988.

Anderson EL.  Risk assessment issues associated with cleaning up inactive hazardous waste sites.  Conference Info, May 1988.

Anderson EL.  Conference on Risk Assessment and Risk Management Strategies for Hazardous Waste Storage and Disposal Problems.  Wharton School, University of Pennsylvania, Philadelphia, PA, 1988.

Anderson EL.  Seminar on Recent Trends in Health Risk Assessment:  Impact on Risk Assessment of Resource Recovery Projects.  1988 United States Conference of Mayors Annual Conference, Washington, DC, March 1988.

Anderson EL.  The risk analysis process.  Workshop on carcinogen risk assessment, Society for Risk Analysis, Washington, DC, March 1988.

Anderson EL.  Lecture on scientific trends in risk assessment research.  Association of the Bar of the City of New York Seminar on Risk Assessment in Environmental Law. New York, NY, February 1988.

Anderson EL.  Risk assessment of suspect carcinogens.  Keynote speaker, 2nd U.S.-Japan workshop on risk assessment/risk management, Osaka, Japan, 1987.



Anderson EL. Perspective on risk assessment of carcinogens. Banbury Conference on New Directions in the Qualitative and Quantitative Aspects of Carcinogen Risk Assessment, Cold Springs Harbor, NY, October 1987.

Anderson EL. Lecture on use of risk assessment in the evaluation of the public health impacts of toxic chemicals. Risk analysis in environmental and occupational health with emphasis on carcinogenesis, Harvard School of Public Health, Cambridge, MA, September 1987.

Anderson EL. Lecture on carcinogen risk assessment. New York University, Graduate School of Public Administration, June 1987.

Anderson EL. Lecture on extension of risk assessment methodology to biotechnology applications. NATO Advanced Research Workshop on Risk Analysis Approaches for Environmental Releases of Genetically Engineered Organisms, Rome, Italy, June 1987.

Anderson EL. Panel discussion: Risk assessment and insurability issues. International Symposium on Forecasting, Boston, MA, May 1987.

Anderson EL. Lecture on the risk analysis process. Workshop on Carcinogen Assessment, Society of Risk Analysis, National Academy of Sciences, Washington, DC, April 1987.

Anderson EL. Comments on medical issues in toxic tort cases, risk assessment, cancer, and immunological injuries. ABA Risk Assessment Panel. American Bar Association Section of Natural Resources Law, Chicago, IL, April 1987.

Anderson EL. Roundtable discussion on risk communication and the public's right to know. International Life Sciences Institute, Advisory Panel for Risk Communication, March 1987.

Anderson EL. The role of risk assessment in dealing with environmental pollution problems. Panel member, The Wharton School of the University of Pennsylvania, Philadelphia, PA, March 1987.

Anderson EL. Seminar on risk assessment and risk management. Meeting of Subcommittee on Information Coordination (SIC) of the Committee to Coordinate Environmental Health and Related Programs, National Institutes of Health, January 20, 1987.

Anderson EL. The assessment of air contaminants: The science vs. the art. HazMat West Conference, Long Beach, CA, December 4, 1986.

Thorslund TW, Charnley G, Anderson EL. Innovative use of toxicological data to improve cost-effectiveness of waste cleanup. Presented at Superfund '86: Management of Uncontrolled Hazardous Waste Sites, Washington, DC, December 1-3, 1986.



Anderson EL. Seminar Series on Risk Assessment. The Center for Energy and Environmental Management, Secaucus, NJ, November 19, 1986.

Anderson EL. Research needs to support risk assessment. In retrospect. Annual Meeting of the American College of Toxicology, Philadelphia, PA, November 17, 1986.

Anderson EL. Risk assessment and incineration. Michigan Air Pollution Control Association, Dearborn, MI, November 12, 1986.

Anderson EL. Risk assessment of biologically altered agents. Society for Risk Analysis Annual Conference. Boston, MA, November 10-11, 1986.

Anderson EL. Exposure assessment in a regulatory setting: The significance of protective assumptions in the absence of real data. American Petroleum Institute, Houston, TX, October 30, 1986.

Anderson EL. Workshop on evaluating toxic tort litigation liabilities. Natural Resources Section of the American Bar Association, Arlington, VA, October 29, 1986.

Anderson EL. Workshop on pragmatics of risk assessment. Society of Toxicology, Bethesda, MD, October 28, 1986.

Anderson EL. Seminar series. The Center for Energy and Environmental Management, Dallas, TX, October 27, 1986.

Anderson EL. Risk assessment forum on risk assessment and the workplace: Policy and practice. American Industrial Hygiene Association, George Mason University, Fairfax, VA, October 24, 1986,

Anderson EL. Risk assessment of chemical waste. Hazardous Waste Conference, Pennsylvania Chamber of Commerce, Valley Forge, PA, October 16, 1986.

Anderson EL. Lecture series on risk analysis in environmental health with emphasis on carcinogenesis. Harvard School of Public Health's Continuing Education Program, Boston, MA, September 4, 1986.

Anderson EL. Risk assessment at uncontrolled hazardous waste sites. American Institute of Chemical Engineers Annual Meeting, Boston, MA, August 25, 1986.

Anderson EL. Risk assessment and hazardous waste management: The impact of biomedical and exposure assumptions on meeting acceptable concentration goals. HAZTECH International, Denver, CO, August 14, 1986.

$Ex^{™}$

Anderson EL.  Recent advances in risk assessment.  The 4th Annual Summer Institute in Risk Management in Environmental Health and Protection, New York University Graduate School of Public Administration, New York, NY, June 1986.

Anderson EL.  Risk assessment/risk management applied to air toxics.  Air Pollution Control Association, Minneapolis, MN, June 22, 1986.

Anderson EL.  Risk assessment/risk management training session.  Maine Board of Environmental Protection, Portland, ME, June 6, 1986.

Anderson EL.  Workshop on research needs in risk analysis.  National Research Council, National Academy of Science, Washington, DC, June 2, 1986.

Anderson EL.  Conducted course on hazardous chemical management and emergency response. 1st meeting of Caribbean Countries on toxic materials and pesticides, Pan American Health Organization, Bridgetown, Barbados, May 20-23, 1986.

Anderson EL.  Chemical risk assessment: Methods and applications.  University of California, Los Angeles, Los Angeles, CA, May 2, 1986.

Anderson EL.  Cancer risk assessment in a regulatory setting.  Annual Meeting of the Operations Research Society of America, Los Angeles, CA, April 14-16, 1986.

Anderson EL.  The risk analysis process. Workshop on risk assessment/risk management: Carcinogenesis.  Society for Risk Analysis, National Academy of Science, Washington, DC, April 7-9, 1986.

Anderson EL.  Chemical risk assessment: the need for research.  DuPont's Haskell Laboratories, Wilmington, DE, March 12, 1986.

Anderson EL.  Roundtable discussions on risk communication and the public's right to know. Risk Science Institute, Atlanta, GA, December 15, 1986.

Anderson EL.  Risk assessment and risk management of cadmium exposures in the U.S.  5th International Conference on Cadmium, International Lead/Zinc Research Organization, San Francisco, CA, February 4-6, 1986.

Anderson EL.  Risk assessment of toxic chemicals: A decade of experience.  Speaker for the Federal Water Quality Association and the Water Pollution Control Federation, February 1986.

Anderson EL.  Annual environmental information exchange.  Sponsored by the American Air Pollution Control Association, the U.S. Environmental Protection Agency, and the Society for Mechanical Engineers. Research Triangle Park, NC, December 1985.

E$x$™

Anderson EL. Risk assessment methods for uncontrolled releases of chemicals. Conference on risk analysis in developing countries, World Health Organization and National Science Foundation, Hyderabad, India, October, 1985.

Anderson EL. Presented President's address on a decade in risk assessment and a paper on risk assessment as it is practiced at the federal and state level, with emphasis on areas for improvement, October 1985.

Anderson EL. Annual Meeting on Improving Risk Management, Society for Risk Analysis, Alexandria, VA, 1985

Anderson EL. Lecture series on carcinogen risk assessment and risk management. Harvard School of Public Health's Continuing Education Program, Boston, MA, September, 1985.

Anderson EL. Symposium on risk assessment. Chemical Manufacturers Association. Washington, DC, September 1985.

Anderson EL. Risk assessment methods applied to issues in developing countries: environmental health risk assessment. Pan American Health Organization, Mexico City, Mexico, August 1985.

Anderson EL. The use of risk assessment at the state level. National Governors Association Council on Environmental Health. Washington, DC, July 1985.

Anderson EL. Assessing risk associated with chemicals. The Toxicology Forum, Aspen, CO, July 1985.

Anderson EL. Research needed to support risk assessment of exposures at superfund and hazardous waste sites. The Centers for Disease Control, Atlanta, GA, July 1985.

Anderson EL. The use of risk assessment in the federal government. Distinguished Scholars Program, American Association for the Advancement of Science, Washington, DC, June 1985.

Anderson EL. Lecture series on risk assessment and public health. 3rd Annual Summer Institute, Graduate School of Public Health, New York University, New York, NY, June 1985.

Anderson EL. Symposium on health and environmental risk assessment. Brooks Institute, Washington, DC, June, 1985.

Anderson EL. Annual Summer Symposium on the Evaluation of Health Data for Toxic Chemicals. Mid-Year Meeting on Risk assessment, Chemical Specialties Manufacturers Association, Chicago, IL, May 1985.

$E\chi$™

Anderson EL. Symposium on risk assessment. American Industrial Health Council, Washington, DC, May 1985.

Anderson EL. Conference on risk assessment. The American Medical Association, Atlanta, GA, May 1985.

Anderson EL. Risk assessment methods. Mid-Year Briefing Program of the American Industrial Health Council, Washington, DC, May 1985.

Anderson EL. Risk assessment of regulatory implications. 14th Annual Conference on the Environment, Risk Assessment and the Law. Airlie House Conference, The American Bar Association, Warrenton, VA, May 1985.

Anderson EL. Risk assessment of agricultural chemicals. Public Health and Toxicology Committee Meeting, National Agricultural Chemicals Association, Washington, DC, May 1985.

Anderson EL. Risk assessment of potential effects associated with release of genetically altered mechanisms. Banbury Conference on Genetically Altered Viruses and the Environment, sponsored by EPA, Banbury Center, Cold Spring Harbor Laboratory, Long Island, NY, April 1985.

Anderson EL. Executive workshop on risk analysis in the federal regulatory process. American Society of Mechanical Engineers, Washington, DC, April 1985.

Anderson EL. Risk analysis: Invited lecture series on health risk assessment. Stanford University, Palo Alto, Stanford, CA, April 1985.

Anderson EL. Prevention 85: Assessing risks in a hazardous world, Atlanta, GA, March 1985.

Anderson EL. Symposium on acceptable risks/society's gamble. Public television series. Rutgers University, New Brunswick, NJ, March, 1985.

Anderson EL. Toxics management in the Chesapeake Bay. Seminar sponsored by the Virginia Institute of Marine Science and the Virginia Water Pollution Control Association. Gloucester Point, VA, March, 1985. Member, Board on Toxicology and Environmental Health Hazards. National Research Council/National Academy of Sciences. Washington, DC, March, 1985.

Anderson EL. Symposium on new issues in regulatory toxicology and health risk assessment. Society of Toxicology, San Diego, CA, March, 1985.

Anderson EL. Semi-annual meeting of committee on toxicology. National Research Council/National Academy of Sciences. Washington, DC, March, 1985.

E$x$™

Anderson EL. Chemical product risk reduction. Seminar sponsored by Executive Enterprises, Washington, DC, February 1985.

Anderson EL. Seminar on understanding environmental risks. Department of Environmental Toxicology and Public Service Research and Dissemination, University of California, Davis, CA, January 1985.

Anderson EL. National symposium on chemical emergencies. Pan American Health Organization, Sao Paulo, Brazil, December 1984.

Anderson EL. U.S.-Japanese workshop on risk assessment/risk management. Vanderbilt University and Tsukuba University under the U.S.-Japanese Cooperative Program, Tsukuba Science City, Japan, October 1984.

Anderson EL. Lectured on risk assessment. Institute of Public Health, Tokyo, Japan, November 1984.

Anderson EL. Lectured on risk assessment. Mie University School of Medicine. Tsu City, Mie-Ken, Japan, November 1984.

Anderson EL. Risk assessment/risk management seminar. Sponsored by the Institute of Occupational and Environmental Health, Japan School of Medicine. Kitakyushu, Japan, November 1984.

Anderson EL. Conducted risk assessment/risk management Seminar. Sponsored by the Republic of Korea Environmental Agency, Seoul, Korea, November 1984.

Anderson EL. Lectured on risk assessment. Institute of Environmental Research, Yonsei University School of Medicine. Seoul, Korea, November 1984.

Anderson EL. Lectured on risk assessment. Japanese Environmental Agency, Tokyo, Japan, November 1984.

Anderson EL. The future of formaldehyde. Seminar sponsored by the Consumer Federation of America, Washington, DC, November 1984.

Anderson EL. Symposium on risk assessment. EPA, Cincinnati, OH, October 1984.

Anderson EL. Seminar on risk analysis on environmental health with emphasis on carcinogenesis. Harvard School of Public Health, Boston, MA, September 1984,

Anderson EL. Conference on risk analysis. Advisory Council Seminar, Electric Power Research Institute, Monterey, CA, August 1984.



Anderson EL. Symposium on chemical emergency preparedness. Pan American Center for Human Ecology and Health, Pan American Health Organization, Metepec, Mexico, July 1984.

Anderson EL. Summer Institute in Risk Management. New York University. New York, NY, June 1984.

Anderson EL. Risk management and environmental decisions. Federal Water Quality Association, Washington, DC, May 1984.

Anderson EL. Lecture on risk assessment. Wharton School of Business, University of Pennsylvania. Philadelphia, PA, April 1984.

Anderson EL. Executive session on the environment, regulation, and risk. Harvard University, Boston, MA, March 1984.

Anderson EL. 11th Annual Energy Conference on Risk, Media, and the Public. WATTec, Knoxville, TN, February 1984.

Anderson EL. Principles in evaluating carcinogenesis data for environmental pollutants. Food Safety/Risk Assessment Committee, International Life Sciences Institute. Washington, DC, February 16, 1983.

Anderson EL. Carcinogenesis from the environment to the gene oncogenesis. Cold Spring Harbor Laboratory. Long Island, NY, November 19-21, 1982.

Anderson EL. Risk assessment and public policy. Symposium on Health Risk Assessment. Sponsored by the National Association of Science Writers and Women in Government, National Academy of Sciences, Washington, DC, November 18, 1982.

Anderson EL. The evolutionary process of carcinogen risk assessment in EPA: Future trends. November 8-9, 1982. Conference on the Reagan/Gorsuch EPA--Its Impact on Industry. Sponsored by the Center for Energy and Environmental Management and "Inside EPA." Washington, DC.

Anderson EL. Risk assessment for environmental toxicants. Science and Technology Conference for Government Executives, The Brooks Institute, Williamsburg, VA, November 5, 1982.

Anderson EL. Risk for progeny associated with prenatal exposures to chemicals, editor. World Health Organization meeting, Geneva, Switzerland, October l982.

Anderson EL. Symposium on risk assessment. Speaker and session chairman, Annual Meeting of the American Chemical Society, Kansas City, KS.



Anderson EL.  The Scientific Group on Methodology for the Safety Evaluation of Chemicals Within the Framework of the International Program for Chemical Safety.  Speaker and workshop participant, World Health Organization. Leningrad, USSR, July 12-16, 1982.

Anderson EL.  Practical application in risk assessment.  American Mining Congress Risk Assessment Seminar. University of California, Berkeley, CA, June 29, 1982.

Anderson EL.  Low dose high consequence risk assessment.  Panel Member at annual Meeting of the Society for Risk Analysis, June 18, 1982.

Anderson EL.  Practical applications of risk analysis:  The Environmental Protection Agency experience.  The Food and Drug Law Institute. Washington, DC, June 14, 1982.

Anderson EL.  Workshop participant to advise the Georgetown University Medical Center on issues relevant to setting up their Health Policy Institute, Belmont, MD, May 2, 1982.

Anderson EL.  Issues and concepts of risk assessment.  Session chairman, Annual meeting of the Biostatistics Society, Texas A&M University, San Antonio, TX, March 14-17, 1982.

Anderson EL.  Participant and chapter editor for risk assessment for World Health Organization Workshop on methods for the integrated evaluation of risks for progeny associated with prenatal exposure to chemicals, Prague, Czechoslovakia, November 30-December 6, 1981.

Anderson EL.  The role of risk assessment in the regulation of carcinogens.  University Center for International Studies, University of Pittsburgh, PA, November 3-4, 1981.

Anderson EL.  EPA risk assessment for carcinogens.  Assembly of Life Sciences Committee on the Institutional Means for Assessment of Risks to Public Health, Washington, DC, October 13, 1981.

Anderson EL.  Workshop on low-dose extrapolation, biological and statistical implication of the ED01 study and related data base, Mt. Sterling, OH, September 13-16, 1981.

Anderson EL.  Strengths and weaknesses of current risk assessment methods.  Conference on Risk Assessment in Regulating Health and Safety. The Brooks Institute, Washington, DC, May 1, 1981.

Anderson EL.  Risk assessment as a basis for regulations.  University of North Carolina, Chapel Hill, NC, April 8, 1981.

Anderson EL.  Risk assessment.  Seminar for Presidential Management Program.  U.S. Environmental Protection Agency, February 24, 1981.



Anderson EL.  The use of scientific data in evaluating environmental carcinogens:  The need for balance. Symposium on Genotoxic Effects of Airborne Agents. Brookhaven National Laboratory. Upton, NY, February 11, 1981.

Anderson EL.  Symposium on health risk analysis, Session chairman.  Oak Ridge National Laboratory Life Sciences Series, Gatlinburg, TN, October 27-30, 1980.

Anderson EL.  Risk assessment: A look to the future.  Gordon Conference, Plymouth, NH, July 1980.

Anderson EL.  Quantitative risk criteria and goals for public health protection.  Nuclear Regulatory Commission, Advisory Committee on Reactor Safeguards. Washington, DC, December 1979.

Anderson EL.  The role of risk assessment in the regulation of carcinogens.  NATO Advanced Research Institute on in vitro Toxicity Testing of Environmental Agents. Monte Carlo, Monaco, September 1979.

Anderson EL.  In addition, from 1979 to 1981, invited lecturer on cancer and risk assessment policies at a number of universities, including: University of Cincinnati, January 5, 1979; Hood College, November 1979; University of Wisconsin, November 1979; Williams College, February 1981; University of North Carolina, February 1981; and North Carolina State University, October 1981.

## Patent

Anderson EL, Brown E.  Thickness-scratch testing device.  U.S. Patent No. 3,738,011, 1973.

### Memberships and Science Advisory Boards/Panels

Board Member, Toxicology Education Foundation, appointed 2005.

Member, Advisory Council for the College of Arts and Sciences, The American University, appointed 2005.

Engineering Foundation Board, University of Virginia, appointed 2005.

EPA Review Panel, "Future Directions in Homeland Security Research," Washington, DC., April 8, 2004.

Member, Division Review Committee, Risk Reduction and Environmental Stewardship. Los Alamos National Laboratory,  appointed 2003.



Council Member, Virginia Institute of Marine Sciences, College of William and Mary, Williamsburg, VA, 2003-present.

EPA Review Panel, "Stakeholder Workshop on Priority-Setting Criteria for the Integrated Risk Information System Agenda," March 4, 2003, Arlington. VA.

Member, Scientific Technical Advisory Council, Federal Commission for Sanitary Risk Protection, Ministry of Health, Mexico, appointed July, 2002. Dr. Anderson is one of 2 international members.

National Science Foundation, Workshop on Interdisciplinary Research in Decision and Risk Analysis, Arlington, VA, July 17-18, 2002.

Peer Review Committee, "Assessment and Recommendations for the South Carolina Air Toxics Standard," July 2000.

Peer Review Committee, EPA's EMPACT Metro Area Grants Program, July 1999, 2000.

Appointed to Cardinal Bank Board of Directors. 3-year appointment effective July 1999-2003.

Member of External Evaluation Group, Los Alamos National Laboratory, March 1999-2004.

Appointed by National Research Council (NRC) and the Commission on Life Sciences, Board on Environmental Studies and Toxicology, as member of the NRC Committee on Assessment of Risks from Remediation of PCB-Contaminated Sediments, 1999-2001.

Chair, Peer Review of the Office of Risk Assessment and Cost Benefit Analysis, U.S. Department of Agriculture, January 1999.

Editor-in Chief, Risk Analysis: An International Journal. Two, 5-year appointments effective January 1999-2008.

Peer review committee, Environmental Monitoring for Public Access and Community Tracking (EMPACT), National Center for Environmental Research and Quality Assurance, U.S. Environmental Protection Agency, 1999.

Blue Ribbon Advisory Board, Steering Committee, Florida Atlantic University Environmental Business Management Program, 1998.

Executive Advisory Board of Directors, University of Virginia, School of Engineering and Applied Sciences, Northern Virginia Graduate Degree Program in Systems Engineering, 1998-2005.

E$x$™

George Mason University Women's Advisory Board, 1998-2001.

Senior Biomedical Research Service (SBRS) Credentials Committee, Food and Drug Administration, 1998.

Chair, External Review Committee, United States Department of Agriculture, Office of Risk Assessment and Cost-Benefit Analysis. Selected by the Society for Risk Analysis, 1998.

External Review Committee, Los Alamos National Laboratory, Department of Energy, appointed 1998.

Board of Scientific Counselors, Committee to Review the National Health and Environmental Effects Research Laboratory, U.S. Environmental Protection Agency, 1998.

Peer Review Committee, Exploratory Research Program, Environmental Chemistry, U.S. Environmental Protection Agency, 1997 and 1998.

Peer Review Committee, Exploratory Research Program, Environmental Physics, U.S. Environmental Protection Agency, 1997.

Department of Defense Peer Review Committee, Strategic Environmental Research and Development Program (SERDP), 1997.

Chair, Peer Review Committee, Risk Assessment Guidelines For Combustion Sources, U.S. Environmental Protection Agency, 1996.

Peer Review Committee, Center for Risk Assessment, U.S. Environmental Protection Agency, 1996.

Dean's Advisory Council for the School of Engineering and Applied Science at the University of Virginia, 1996-present.

Board of Trustees, Wildfowl Trust of America, appointed 1994-1997.

External Advisory Board, Center for Risk Management of Engineering Systems, University of Virginia, 1987-present.

Editorial Board for the Journal Human and Ecological Risk Assessment; appointed 1994-present.

Advisory Board of the Wildfowl Trust of North America, appointed 1993.

Ex™

New York Power Commission Advisory Panel to recommend research programs to evaluate risk associated with electric and magnetic fields, 1990.

Risk Assessment Review Panel for the State of New Jersey, appointed 1988.

Member of Panel of Experts, evaluating risk analysis activities of four federal agencies, Program Evaluation and Methodology Division, General Accounting Office for House Committee on Science and Technology, February 1986

Charter Member, Society for Risk Analysis (member of steering committee to establish society, 1980); member of editorial board, Risk Analysis; elected council member, 1981; president, 1984-1985; chair, conferences and workshops committee, 1996-1998.

Member, Subcommittee on Risk Analysis, Health and Environmental Research Advisory Committee, Department of Energy, 1985.

EPA Representative to the National Cancer Advisory Board, 1982-1985. Member, interagency risk management council, cabinet council committee; chairman, committee to develop guidelines for assessing reproductive risk.

Member, Principles for Evaluating Health Risks to Progeny Associated with Exposure to Chemicals During Pregnancy, International Program for Chemical Safety (IPCS) committee editorial staff, World Health Organization, Geneva, Switzerland, 1984.

Member, interagency regulatory liaison group, work group on risk assessment (work group published the article, scientific bases for identification of potential carcinogens and estimation of risks, JNCI 63:242, 1979); chairman of the work group, 1980.

Member, Risk Analysis Liaison Committee, National Academy of Sciences/National Science Foundation (under P.L. 96-44).

Member, National Academy of Sciences/Food and Drug Administration advisory committee on institutional means for assessment of risk to public health (under H.R. 7591).

## Professional Affiliations

- American Association for the Advancement of Science
- American College of Toxicology
- New York Academy of Sciences
- Society for Risk Analysis
- Cosmos Club
- Society of Toxicology
- Executive Women in Government

$E\mathcal{x}^{^{TM}}$

## Appendix B

**Recent Deposition and Trial
Testimony of
Elizabeth L. Anderson, Ph.D.,
A.T.S. Fellow**



# Appendix B
# Recent Depositions and Trial Testimony
# for Dr. Elizabeth Anderson

1. May 21, 2003. Deposition in *Fairey, Mary Louise, et al. v. The Exxon Corporation, et al.* State of South Carolina Court of Common Pleas County of Orangeburg Case No. 94-CP-38-118.

2. June 5, 2003. Deposition in *W.R. Grace et al., Debtors Chapter 11 01-01139 (JKF)*. United States Bankruptcy Court for the District of Delaware.

3. July 29, 2003. Deposition in *1325 G Street Associates, LP v. Rockwood Pigments NA, Inc.* United States District Court for the District of Maryland.

4. August 18, 2003, and January 29, 2004. Depositions in Redlands tort litigation. Superior Court of the State of California for the County of San Bernardino West District—Rancho Cucamonga (Consolidated Case No. RCV 31496).

5. May 19, 2004. Deposition in *United States of America, Plaintiff v. Ohio Edison Company et al., Defendant*. United States District for the District of Arizona (Civil Action Number C2-99-1191, S.D. Ohio).

6. May 2004. Court testimony in *Handi-Craft vs. Action Trading, S.A.* (Case No. 4:02CV01731 LMB), St. Louis, MO.

7. February 2006. Deposition in *Mary E. Green et al., Plaintiffs, v. Alpharma, Inc. et al., Defendants*. Circuit Court Washington County, Arkansas, Second Division. No. CIV 03-2150-2.

8. July 2006. Deposition in *William Pitts v. Borg Warner Corporation et al., Defendants*. The Circuit Court for the County of Spotsylvania, Virginia. Case No. 177CL04000282-00.

9. February 8, 2007. Deposition in *Roland Leo Grenier, Sr., v. Metropolitan Life Insurance Co., Inc., et al.*, Superior Court of the State of Delaware in and for New Castle County. C.A. No. 05C-11-257 ASB.

10. February 28, 2007.  Trial Testimony in *Roland Leo Grenier, Sr., v. Metropolitan Life Insurance Co., Inc., et al.*, Superior Court of the State of Delaware in and for New Castle County.  C.A. No. 05C-11-257 ASB.

## Appendix C

## Compensation Rate



# Appendix C
# Compensation Rate

Dr. Anderson's hourly rate for preparing this report and any deposition or trial testimony is $400 per hour.

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

*Docket # 14465*

| | | |
|---|---|---|
| IN RE: | . | Chapter 11 |
| | . | |
| W.R. GRACE & CO., *et al.*, | . | Case No. 01-01139(JKF) |
| | . | (Jointly Administered) |
| Debtors. | . | |
| | . | Jan. 23, 2007 (10:18 a.m.) |
| | . | (Wilmington) |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1          THE COURT: Good morning, everyone.  Please be

2    seated.  I'm sorry for being so late.  It just took a little

3    longer upstairs than I thought it would this morning.  Okay,

4    this is the matter of W.R. Grace, 01-1139.  The parties I

5    have listed to appear by phone are: Erin Van Valkenburg,

6    that's my assistant; Michael Davis, Robert Guttmann, Amelia

7    Wong, Tiffany Cobb, Peter Shawn, Andrea D'Ambra, John

8    O'Connell, Kenneth Thomas, David Beane, Michael Joyce, Brian

9    Kasprzak, Leslie Epley, Mark Plevin, David Liebman, Rita

10   Tobin, Sandy Esserman, Martin Dies, Darrell Scott, Terence

11   Edwards, Sean Walsh, Arlene Krieger, Craig Moran, Andrew

12   Craig, Oscar Mockridge, Stephanie Kwong, Guy Baron, Marti

13   Murray, Beau Harbour, Ashok Vasvani, Andrew Chan, Steven

14   Eisman, Warren Smith, Lewis Kruger, Barbara Seniawski, David

15   Siegel, Mark Sheinitz, David Parsons, Alex Mueller, Christina

16   Kang, Sarah Edwards, John Mackin, Elizabeth DeCristofaro,

17   Daniel Glosband, Christopher Candon, Roger Frankel, Sara

18   Gooch, Richard Wyron, Debra Felder, Ritwik Chatterjee,

19   Jonathan Brownstein, David Mendelson, Sal Bianca, Sam

20   Blatnick, Stephen Vogel, Matthew Kramer, Van Hooker, Paul

21   Norris, and Jay Hughes.  I'll take entries in court, please.

22          MR. BERNICK: Good morning, Your Honor.  David

23   Bernick for Grace.

24          MS. BAER: Good morning, Your Honor.  Janet Baer for

25   Grace.

```
 1              MR. O'NEILL: Good morning, Your Honor.  James
 2    O'Neill for Grace.
 3              MR. BECKER: Good morning, Your Honor.  Gary Becker
 4    for the Equity Committee.
 5              MR. PASQUALE: Good morning, Your Honor.  Ken
 6    Pasquale for the Creditors Committee.
 7              MR. RESTIVO: Good morning, Your Honor.  James
 8    Restivo for Grace.
 9              MR. FINCH: Good morning, Your Honor.  Nathan Finch
10    for the Asbestos Claimants Committee.
11              MR. MALADY: Good morning, Your Honor.  Ray Malady
12    for the Futures Claimants Representative.
13              MR. BAENA: May it please the Court, good morning,
14    Your Honor.  Scott Baena on behalf of the Property Damage
15    Claimants Committee.
16              MR. HURFORD: Good morning, Your Honor.  Mark
17    Hurford for the ACC.
18              THE COURT: Pardon me.  I'm sorry, pardon me, but
19    can the Court Call operator - I'm getting some people talking
20    on the phone.
21              TELEPHONE OPERATOR: Okay.
22              THE COURT: Thank you.  I'm sorry, go ahead.
23              MR. HURFORD: Good morning, Your Honor.  Mark
24    Hurford for the ACC.
25              MR. SAKALO: Good morning, Your Honor.  Jay Sakalo
```

4

1    for the Property Damage Committee.

2              THE COURT: Anyone else?  Okay, thank you.  Ms.

3    Baer?

4              MS. BAER: Good morning, Your Honor.  The first six

5    items on the agenda all have orders, and I'll just hand them

6    up now and go through them one at a time.

7              THE COURT: All right.  Thank you.

8              MS. BAER: Your Honor, the first item is the

9    debtors' fifth omnibus objections to claims.  There are four

10   claims left.  They're all environmental claims with a company

11   called Weatherford.  The parties are continuing to discuss

12   potential resolutions, so we're continuing that to February

13   26th.

14             THE COURT: Okay, thank you.

15             MS. BAER: Agenda item number 2 is the debtors'

16   eighteenth omnibus objection.  On that one, Your Honor, there

17   are two matters that are being continued to February 26th.

18   All of the other relief has already been granted.  Those two

19   are environmental matters that we're trying to resolve.

20             THE COURT: All right.

21             MS. BAER: Item number 3 is the debtors' objection

22   to the claim of Anton Volovsek.  That matter at Mr.

23   Volovsek's request we gave him additional time to respond

24   until February 9th and continued the hearing on that objection

25   to February 26th.

 1          MR. FINCH: Well, may I have representation from Mr.

 2     Bernick that no other personal injury issues will be raised

 3     today?

 4          THE COURT: I won't accept that representation even

 5     if he makes it.

 6          MR. BERNICK: That being something that's not

 7     entirely within my control.

 8          MR. FINCH: Thank you, Your Honor.

 9          MR. MALADY: Thank you, Your Honor.

10          THE COURT: Okay, thank you, Mr. Restivo.

11          MR. RESTIVO: Good morning, Your Honor, or actually

12     good afternoon, Your Honor.  This will be a status report,

13     Your Honor, on where we are on the remaining property damage

14     claims and where we think we are going.  I will be brief, but

15     I would like to be complete on item 10 of the agenda.  First,

16     as Your Honor knows, the parties stipulated away the need for

17     the dust methodology hearing that was set for January 29 to

18     31, and that's item number 13 on your agenda, and I don't

19     believe any responses or oppositions were filed to that.

20     Secondly, Your Honor, with respect to the May 30-31 no hazard

21     hearing, expert reports were to be submitted by January 15.

22     We have agreed with counsel for the claimants that we do not

23     object to any late designations of Dr. Frank or Dr. Brody.

24     There's some question whether or not Jack Hallowell

25     (phonetical) is a late designation.  If he is, we told him we

1    don't object to that either.  Third, Your Honor, the debtor

2    has agreed with Mr. Dies that he could have a little bit more

3    time to list any testimony given by his experts over the last

4    four years, which was a detail overlooked in his submissions.

5    Fourth, Your Honor, we may want to file an expert report

6    after January 15.  We've asked the claimants to agree that we

7    can do that, and we would give them the same 24 days to

8    respond.  I'd like to address that at the end of my report.

9    Your Honor, I'd like to describe to the Court our roadmap for

10    resolving the remaining property damage claim so the Court

11    understands where at least the debtor thinks this process is

12    going.  As you know, we started with 4,000 or more

13    traditional property damage claims and allegedly millions of

14    homes where ZAI in attics allegedly posed a health hazard.

15    The mountain of property damage claims has been reduced to

16    628, and while additional work remains to be done on those

17    ZAI claims, we now know that ZAI does not pose a health

18    hazard.  We intend to cut down the remaining 628 property

19    damage claims, Your Honor, by way of summary judgment

20    motions.  Under the current CMO they're to be filed on

21    February 16, responses are due on March 19, replies to

22    responses on March 23, and then arguments are set for April

23    9.  We will try to convince Your Honor on April 9 to issue

24    rulings at that time on the various motions for summary

25    judgment because the trial with respect to product

1    trial time, and I think it has made good use of the witness's

2    time on the stand and counsel's time in preparing both your

3    witnesses and for cross-examination.  It certainly gives you

4    a good heads up about what the witness is going to testify to

5    because you've got a whole written report to talk about it.

6    So, from my point of view, I think that would be a fine

7    thing, and I'm willing to do that by way of order, as long as

8    the principal counsel are in accord with that process.

9            MR. RESTIVO: And, Your Honor, you'll have to hear

10   from the principal counsel.  I didn't mean to suggest or

11   imply that while I disclosed to Mr. Dies or Mr. Baena, they

12   indicated they were in agreement or weren't in agreement.

13   They did indicate they couldn't speak for everybody, and at

14   that point I realized I had to present it to the Court.  Any

15   buildings, Your Honor, that are left standing after that

16   hearing will then be subject to the no hazard hearing set for

17   May 30, 31.  We believe by that time, whatever buildings are

18   left will be a fraction of the 628 buildings currently

19   remaining.  We can't do an estimation, to coin a phrase, as

20   to how many will be left, but we think it will be certainly

21   short of 200, maybe between 100 and 200, and we would do that

22   on the no hazard hearing.  Lastly, Your Honor, coming back,

23   we are giving consideration, and again I've indicated this to

24   Mr. Dies and to Mr. Baena, but same issue.  They can't bind

25   all the claimants.  We are giving consideration to submitting

1    a risk assessment report for the no hazard hearing set for

2    May 30, 31.  We have missed the January 15 deadline.  We did

3    not file a risk assessment report.  We have asked them and

4    now we're asking the Court for permission to file a risk

5    assessment report if we so elect to do so out of time with

6    the understanding that the claimants would have the same 24

7    days to respond to it that they would have if we had filed it

8    on January 15, and we're going to make a decision whether to

9    do such a report in the next few days, but if we are going to

10   do such a report, we have to retain an expert.  It has to be

11   written, and so we're not going to be able to file it for a

12   little bit of time, and we would like the opportunity to file

13   it out of time, giving the other side 24 days to respond, and

14   again, while I have raised this with a couple of the

15   attorneys, since they can't bind everyone, I'm now raising it

16   with the Court to see if there's any opposition to that and

17   see where we are.

18            THE COURT: Okay, so the risk assessment would be

19   for all the buildings that are left?

20            MR. RESTIVO: For all the buildings that are left

21   with respect to the May 30, 31 hearing.

22            THE COURT: And how are you going to do that risk

23   assessment until you know what buildings are left?

24            MR. RESTIVO: I believe, Your Honor, subject to

25   talking to the risk assessment expert, that the information

1    we will have on what the information is publicly on what

2    happens in buildings if one goes above a plenum and disturbs

3    material and how often it happens, whether or not based on an

4    awful lot of information in the public record already, there

5    may be able to be a risk assessment opinion given which

6    really wouldn't vary building by building, but again, we're

7    still evaluating whether we need to do something like that.

8            THE COURT: All right.  Mr. Speights?

9            MR. SPEIGHTS: May it please the Court.  Dan

10   Speights representing Anderson and claimants claiming under

11   the Anderson umbrella.  Your Honor, my law partner, Alan

12   Runyan was here but left just a few minutes ago.  He had to

13   catch a plane because he has a conflict, and I just point out

14   to you that throughout this proceeding, Mr. Runyan will be

15   representing the California clients, University of

16   California, Cal State, and one large commercial building

17   which was being litigated at the time of the bankruptcy, and

18   I'll be appearing on behalf of Anderson and the claimants

19   claiming under that umbrella including the Canadian clients.

20   I understand what Mr. Restivo was saying, and I appreciate

21   the clarity of what he was saying, and I just make several

22   comments.  I have not talked to Mr. Restivo about these

23   matters before today, which is perfectly okay, but I'm just

24   giving an initial reaction to what he said.  Number one, I

25   point out the obvious that we're not in an estimation

1    an egg because we're not going to know until sometime in

2    April.  So agreeing to some procedures before we know whether

3    we have limited the scope of this hearing dramatically is a

4    very difficult thing.  Again, we're happy to talk to Mr.

5    Restivo about that, and finally, Your Honor, I'm trying to be

6    brief.  I've got other counsel here.  On the risk assessment

7    issue, I would - you know, my philosophy is that you work

8    with opposing counsel on these issues, and Mr. Restivo has

9    generously agreed that I can list Dr. Frank Lee (phonetical),

10   and I appreciate that, and I'm sure I'll work with Mr.

11   Restivo about the risk assessment person.  It may be when I

12   talk to him I might say, Well, now, if you're introducing a

13   risk assessor person, we might want, I doubt it, a risk

14   assessment person too, but I believe that I can and I believe

15   that other PD claimants can work with Mr. Restivo to narrow

16   the disputes.  I think it is the nature of the animal that is

17   an allowance procedure involving 600 claims that will

18   challenge even the most cooperative counsel to come to grips

19   with this.    Thank you, Your Honor.

20            THE COURT: Mr. Baena, does the Committee have

21   anything to add?

22            MR. BAENA: No, Your Honor, we don't.

23            THE COURT: All right.

24            MS. KEARSE: I haven't had the pleasure, Your Honor.

25   My name is Anne Kearse.  I represent a number of the

1    to have a status conference as soon as the Court wants to

2    have it primarily because we don't know who to talk to

3    otherwise so we can bind everyone on a procedure I do think

4    the Court, under its general powers to control its courtroom

5    once it hears what people think about a process, certainly

6    can institute whatever process makes sense that you don't

7    need unanimous agreement, the Court has the power to control

8    the introduction of testimony.

9          THE COURT: Okay, well, I guess the question, maybe

10   Mr. Dies should be the appropriate person to answer this.

11   I'm not sure. With respect to the 628 remaining claims, I

12   take it since they're all building owners, they all at this

13   point either have counsel or represent themselves, so we must

14   on the proof of claim forms have an identification of who has

15   submitted the claim and have an entity to notify as to how to

16   set up a status conference.

17         MR. DIES: Well, Your Honor, I'll let Mr. Baena

18   address that. He's looked at the claims more than I have. I

19   just wanted to say a couple of things: One, I do think we

20   have to have more information. We've got disparate state

21   laws. I've seven states. We need to get the claimants in,

22   obviously. On the issue of adding the risk assessment, for

23   the record, I told Mr. Restivo I'm inclined to agree to that,

24   subject to working that out. I just wanted to say that. So,

25   in terms of identifying the claimants, I think that our

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                         .   Case No.  01-1139 (JKF)
                               .   Adv. No.  02-01657
                               .
W.R. GRACE & CO.,              .
et al.,                        .
                               .   824 Market Street
                               .   Wilmington, Delaware  19801
            Debtors.   .
                               .   March 8, 2007
. . . . . . . . . . . . ..      9:08 a.m.

TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Ad Hoc            Weil, Gotshal & Manges LLP
Committee of Equity       By:  DAVID HICKERSON, ESQ.
Security Holders:         JARRAD WRIGHT, ESQ.
Security Holders:         1300 Eye Street, NW
                          Suite 900
                          Washington, D.C.  20005
                          (Telephonic appearance)


For the Equity            Kramer Levin Naftalis & Frankel,
Committee:                  LLP
                          By:  GARY M. BECKER, ESQ.
                          919 Third Avenue
                          New York, NY  10022
                          (Telephonic appearance)

Audio-Operator:           Janet Heller

Proceedings recorded by electronic sound recording, transcript
            produced by transcription service.

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609) 586-2311    Fax No. (609) 587-3599

2

APPEARANCES (CONT'D):

For Fireman's Fund            Stevens & Lee, P.C.
Insurance Co.:                By:  DAVID R. BEANE, ESQ.
                              111 North Sixth Street, P.O. Box 679
                              Reading, PA  19603
                              (Telephonic appearance)

For Anderson Hospital:        Speights & Runyan
                              By:  DANIEL SPEIGHTS, ESQ.
                                   MARION FAIREY, ESQ.
                              200 Jackson Avenue, East
                              Hampton, SC  29924
                              (Telephonic appearance)

For the PD Committee:         Bilzin Sumberg Baena Price &
                                 Axelrod LLP
                              By:  SCOTT L. BAENA, ESQ.
                                   MATTHEW KRAMER, ESQ.
                              200 South Biscayne Boulevard
                              Suite 2500
                              Miami, FL  33131
                              (Telephonic appearance)

For the PD Committee:         Ferry, Joseph & Pearce, P.A.
                              By:  THEODORE J. TACCONELLI, ESQ.
                              824 Market Street, Suite 904
                              Wilmington, DE  19899
                              (Telephonic appearance)

For the Debtors:              Pachulski, Stang, Zeihl, Young, Jones
                                 & Weintraub
                              By:  JAMES O'NEILL, ESQ.
                                   TIMOTHY P. CAIRNS, ESQ.
                              919 North Market Street, 17th Floor
                              Wilmington, DE  19899-8705
                              (Telephonic appearance)

For the Debtors:              Kirkland & Ellis LLP
                              By:  JANET S. BAER, ESQ.
                                   DAVID BERNICK, ESQ.
                                   SAM BLATNICK, ESQ.
                                   SAL BIANCA, ESQ.
                                   MICHAEL DIERKES, ESQ.
                                   LISA ESAYIAN, ESQ.
                              200 East Randolph Drive
                              Chicago, IL  60601
                              (Telephonic appearance)

J&J COURT TRANSCRIBERS, INC.

3

APPEARANCES (CONT'D):

For the Official            Stroock & Stroock & Lavan
Unsecured Creditors'        By:  ARLENE KRIEGER, ESQ.
Committee:                  1809 Maiden Lane
                            New York, NY  10038-4982
                            (Telephonic appearance)

For the Roman Catholic      Dies, Handerson & Cafona
Church Archdiocese of       By:  MARTIN DIES, ESQ.
New Orleans:                1009 Green Avenue
                            Orange, TX  77630
                            (Telephonic appearance)

For the FCR:                Orrick, Herrington, & Sutcliffe,
                              LLP
                            By:  DEBRA FELDER, ESQ.
                            Washington Harbour
                            3050 K Street, N.W.
                            Washington, D.C.  20007
                            (Telephonic appearance)

For Halcyon Asset           Halcyon Asset Management, LLC
Management, LLC:            By:  OSCAR MOCKRIDGE, ESQ.
                            (Telephonic appearance)

For W.R. Grace:             W.R. Grace
                            By:  MARK SHELNITZ, ESQ.
                                 RICHARD FINKE, ESQ.
                            7500 Grace Drive
                            Columbia, MD  21044
                            (Telephonic appearance)

For London Market           Mendes & Mount, LLP
Companies:                  By:  ALEXANDER MUELLER, ESQ.
                            750 Seventh Avenue
                            New York, NY  10019-6829
                            (Telephonic appearance)

For ZAI Claimants:          Richardson, Patrick, Westbrook &
                              Brickman, LLC
                            By:  EDWARD J. WESTBROOK, ESQ.
                            174 East Bay Street
                            Charleston, SC  29401
                            (Telephonic appearance)

For the County of           Office of the County Counsel
Sonoma:                     By:  JENNIFER C. KLEIN, ESQ.
                            575 Administrative Drive, Office 105
                            Santa Rosa, CA  95403
                            (Telephonic appearance)

APPEARANCES (CONT'D):

| | |
|---|---|
| For Trumbull Memorial Hospital: | Humphrey, Farrington & McClain, P.C.<br>By:  STEVEN CRICK, ESQ.<br>221 West Lexington, Suite 400<br>Independence, MO  64051<br>(Telephonic appearance) |
| For the Official Committee of Equity Holders: | Kramer Levin Naftalis & Frankel, LLP<br>By:  JESSICA J. GLASS, ESQ.<br>1177 Avenue of the Americas<br>New York, NY  10036<br>(Telephonic appearance) |
| For John Belforman: | By:  JOHN BELFORMAN, Pro Se |
| For Asbestos Property Damage Claimants: | Riker, Danzig, Scherer, Hyland & Perretti, LLP<br>By:  CURTIS PLAZA, ESQ.<br>     JOSEPH SCHWARTZ, ESQ.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ  07962<br>(Telephonic appearance) |
| For the Official Committee of Asbestos Property Damage Claimants: | LECG<br>By:  SEAN WALSH, ESQ.<br><br>(Telephonic appearance) |
| For the Official Committee of Asbestos Property Damage Claimants: | Law Office of Thomas J. Brandi<br>By:  TERENCE D. EDWARDS, ESQ.<br>44 Montgomery St., Suite 1050<br>San Francisco, CA  94104<br>(Telephonic appearance) |
| For Citadel Investment Group: | Citadel Investment Group<br>By:  BEAU HARBOUR<br>(Telephonic appearance) |
| For the City of Philadelphia: | City of Philadelphia Law Department<br>By:  JOSEPH DIGIUSEPPE, ESQ.<br>Philadelphia, PA<br>(Telephonic appearance) |
| For Shareholder for W.R. Grace: | Tocqueveille Asset Management<br>By:  PETER SHAWN<br>(Telephonic appearance) |
| For Albert Williams: | ALFRED WILLIAMS<br>(Telephonic appearance) |

J&J COURT TRANSCRIBERS, INC.

APPEARANCES (CONT'D):

| | |
|---|---|
| For Kenneth Thomas: | KENNETH THOMAS<br>(Telephonic appearance) |
| For Sempra Energy: | Obermayer, Rebmann, Maxwell &<br>  Hippel LLP<br>By:  D. ALEXANDER BARNES, ESQ.<br>One Penn Center<br>1617 John F. Kennedy Boulevard<br>19th Floor<br>Philadelphia, PA  19103<br>(Telephonic appearance) |
| For the State of<br>California: | Hahn & Hessen LLP<br>By:  STEVEN MANDELSBERG, ESQ.<br>488 Madison Avenue, 14th & 14th Fl.<br>New York, NY  10022<br>(Telephonic appearance) |
| For Macerich: | Ashby & Geddes, LLP<br>By:  AMANDA WINFREE, ESQ.<br>500 Delaware Avenue, 8th Fl.<br>Wilmington, DE  19899<br>(Telephonic appearance) |
| For Macerich: | Pillsbury Winthrop Shaw Pittman LLP<br>By:  GERALD GEORGE, ESQ.<br>500 Fremont Street<br>San Francisco, CA  94105<br>(Telephonic appearance) |
| For Building Laborers<br>Local 310: | Rotatori, Bender, Gragel, Stoper &<br>  Alexander Co., L.P.A.<br>By:  CARA SANTOSUOSSO, ESQ.<br>800 Leader Building<br>506 Superior Avenue East<br>Cleveland, OH  44114<br>(Telephonic appearance) |
| For the Debtors: | Reed, Smith LLP<br>By:  JAMES J. RESTIVO, ESQ.<br>     LAWRENCE FLATLEY, ESQ.<br>     TRACI S. REA, ESQ.<br>435 Sixth Avenue<br>Pittsburgh, PA  15219<br>(Telephonic appearance) |
| For American Legion,<br>et al.: | Motley Rice, LLC<br>By:  ANNE M. KEARSE, ESQ.<br>28 Bridgeside Blvd<br>Mt. Pleasant, SC  29465<br>(Telephonic appearance) |

1    THE COURT:  Good morning.  This is the matter of W.R.

2 Grace, Bankruptcy Number 01-1139, pending in the District of

3 Delaware.  The parties I have appearing by phone, and that is

4 everyone, there is no one but Court staff in the courtroom this

5 morning, Jennifer Klein, Steven Crick, Jessica Glass, Gary

6 Becker, John Belforman, Curtis Plaza, Sean Walsh, Martin Dies,

7 Daniel Speights, Terence Edwards, Theodore Tacconelli, David

8 Beane, Matthew Kramer, Marion Fairey, Beau Harbour, David

9 Hickerson, Richard Finke, Mark Shelnitz, Oscar Mockridge, Peter

10 Shawn, Joseph Digiuseppe, Alfred Williams, Kenneth Thomas,

11 James O'Neill, Timothy Cairns, Alexander Barnes, Ed Westbrook,

12 Jarrad Wright, Steven Mandelsberg, Amanda Winfree, Gerald

13 George, Arlene Krieger, Sal Bianca, Janet Baer, Sam Blatnick,

14 Michael Dierkes, Lisa Esayian, Cara Santosuosso, Debra Felder,

15 David Bernick, James Restivo, Anne Kearse, Alan -- I'm sorry,

16 Alex Mueller, and Scott Baena.  Pardon me one minute.

17                         (Pause)

18    THE COURT:  Okay.  Is that everyone who is on the

19 phone?  I understand that there may be some last minute

20 additions based on the fact that it was necessary for me to

21 cancel the last hearing at the last minute.

22    MR. SCHWARTZ:  Your Honor, this is Joseph Schwartz

23 from the law firm of Riker Danzig Scherer Hyland and Perretti.

24 You had mentioned Curtis Plaza, who is my colleague.  He is

25 here with me.  I represent Prudential.

J&J COURT TRANSCRIBERS, INC.

7

1        THE COURT:  All right.  Thank you.  Anyone else?

2   Okay.  I'm not sure -- Mr. Bernick?  Ms. Baer?  Who is going to

3   start this today?

4        MR. BERNICK:  This is David Bernick, and I think that

5   the responsibility for this one falls principally to Mr.

6   Restivo, and if there are particular issues that come up that

7   implicate other matters, I'll be here, and Ms. Baer, as well.

8        THE COURT:  All right.  Thank you.  Mr. Restivo?

9        MR. RESTIVO:  Good morning, Your Honor.  Jim Restivo.

10  I have Larry Flatley and Traci Rea with me from Reed Smith for

11  the debtors.  Your Honor, I propose to do the following:  one,

12  update the Court and the parties on the current status of the

13  remaining 627 claims and the summary judgment motions relating

14  thereto, including, Your Honor, a report on the prospects of

15  some possible settlements that I think the Court will find

16  encouraging.  Secondly, I want to review the existing time

17  deadlines set out by Your Honor in your order of October 13,

18  2006, so that everyone is clear on the schedule we are under.

19  And then, third, Your Honor, I want to propose to the Court and

20  the parties, in fact, re-propose that the hearing on product

21  identification and statute of limitations be conducted,

22  submitting direct examination by declaration and report, and

23  then presentation of the witness for cross examination.  Those

24  are the three items I would like to address in this conference,

25  Your Honor, and I would like to start, first, with an update on

J&J COURT TRANSCRIBERS, INC.

1  examine witnesses you're going to have to be here.  So, I'm not
2  sure how many of you will need to actually appear by video
3  anyway, but those are your options.  You can have two video
4  links, and we can have a phone link through Court Call that can
5  connect as many people as you want to connect by phone.  So,
6  Mr. Restivo, Mr. Baena, those are your choices in terms of the
7  presentation of witness testimony, but experts must be here,
8  and witnesses who are going to be shown documents, one of the
9  links obviously can use a video camera if you choose, but that
10  also will affect the resource issues.  So, you know, that's
11  just something for your consideration.

12        MR. RESTIVO:  Thank you, Your Honor.  Jim Restivo
13  again.  Another item, Your Honor, it does not relate to the
14  April 23 hearing, rather, it relates to the no hazard hearing
15  on May 30, 31.  I believe I mentioned this in open Court.  I
16  have talked to a couple claimants' attorneys about it, again,
17  run into the same issue that no one can speak, and so, I want
18  to raise it now so they also tell Mr. Baena their position, and
19  that is we are considering filing out of time a risk assessment
20  expert report with respect to the May 30, 31 hearing.  We have
21  proposed to anyone we've talked to that they not object to us
22  filing out of time, and we would give them the same 24, 25, 26
23  days they would have had to respond if we had filed on time.  I
24  don't know that we've heard any objections to that, but we have
25  heard that no one can agree on behalf of everyone to that, and

1  so, I would like claimants to also tell Mr. Baena their

2  position on that issue.

3          THE COURT:  Okay.  Well, Mr. Restivo, that's fine,

4  and I will ask claimants to please tell Mr. Baena their

5  position on that issue also by close of business on Monday,

6  March 12th, and Mr. Baena to report back to the debtor on that

7  issue, as well.  But if they are going to object, they are, so

8  file your report, and if they object, you know, we'll just have

9  a hearing and do it the way we normally do things.  That's all

10  I can tell you.  But nonetheless, if the debtor is going to

11  file a report and give the other side the appropriate amount of

12  time also to file a report, then that may be something that you

13  would prefer to have happen, all of you.  So, why don't you

14  consider it, tell Mr. Baena your position, and see if that's

15  one that you can't work out amicably.

16          MR. RESTIVO:  Thank you, Your Honor.

17          THE COURT:  Okay, folks.  What else today?

18          MR. SCHWARTZ:  Your Honor, this is Joseph Schwartz on

19  behalf of Prudential.  Mr. Restivo correctly pointed out that

20  Grace and Prudential have reached a tentative agreement subject

21  to documentation and subject to Court approval, and I'm

22  cautiously optimistic that that will ultimately get documented

23  and get approved by the Court.  Mr. Restivo also pointed out

24  that the summary judgment motion with respect to Prudential is

25  being put off and I just wanted to make sure that the Court was