IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket Nos. 13406 and 15156 |

**ORDER GRANTING DEBTORS' LEAVE
TO FILE THE DR. ANDERSON REPORT**

AND NOW, this ____ day of _____, 2007, upon consideration of Debtors' Motion For Leave to File The Expert Report of Dr. Elizabeth Anderson In Connection With the Lack of Hazard Hearing Relating To Asbestos Property Damage Claims ("Debtors' Motion"), it is ORDERED, ADJUDGED, and DECREED that Debtors' Motion is granted and Debtors are hereby granted leave to file the Expert Report of Dr. Elizabeth Anderson attached as Exhibit A to Debtors' Motion and Asbestos PD Claimants have until _____ to file rebuttal reports.

Judith K. Fitzgerald
United States Bankruptcy Judge

91100-001\DOCS_DE:128230.1