```
alp_132rc: Client Analysis Sheet              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   1
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/08/07 15:59:10
Client: 056772 W R GRACE & CO : EQUITY COMMITTEE
                                                     Work Thru : 04/30/07

       ------ Matter ------
Number       Name                       Hours           Fees      Disbursements   Total Charges      Resp Partner           Class   Freq   Stat

00001    CASE ADMINISTRATION              1.30         312.00           70.36          382.36     BENTLEY, PHILIP - 02495            M      B
00002    CREDITOR COMMITTEE               5.70       3,306.00           33.67        3,339.67     BENTLEY, PHILIP - 02495            M      B
00008    FEE APPLICATIONS, APPLIC         5.80        3,014.00           8.50        3,022.50     BENTLEY, PHILIP - 02495            M      B
00012    CLAIM ANALYSIS OBJECTION        57.30       27,716.00       1,644.10       31,360.10     BENTLEY, PHILIP - 02495            M      B
00019    HEARINGS                        34.40       19,680.00         736.31       20,416.31     BENTLEY, PHILIP - 02495            M      B
00028    TRAVEL\NON-WORKING               8.60        2,322.00          61.20        2,383.20     BENTLEY, PHILIP - 02495            M      B

         Client Total                   111.10       56,370.00       2,554.14       58,924.14
```

Client: 056772 M R GRACE & CO. EQUITY COMMITTEE

alp_132cr Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                      PAGE   1
                                                          *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:58:03
Client No: 056772                                          
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce rate $1.00/photocopy, rate w/o photocopy services

PRE-BILLING SUMMARY REPORT

                                               UNBILLED TIME FROM:   04/02/2007   TO:   04/30/2007
                                               UNBILLED DISB FROM:   04/26/2007   TO:   04/30/2007

                           FEES                                                    COSTS
GROSS BILLABLE AMOUNT:    156,370.00                                              2,554.54
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:                                                       PAID FEE RETAINER:           0.00
DEDUCTED FROM PAID RETAINER:                                             PAID DISB RETAINER:          0.00
AMOUNT BILLED:
THRU DATE:                      04/30/2007                               04/30/2007
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:                       _____  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
BILLING COMMENTS:

                                                ACCOUNTS RECEIVABLE TOTALS                                   UNAPPLIED CASH
                         FEES                                            UNIDENTIFIED RECEIPTS:         0.00
DISBURSEMENTS:           0.00                                            PAID FEE RETAINER:             0.00
FEE RETAINER:            0.00                                            PAID DISB RETAINER:            0.00
DISB RETAINER:           0.00                                            TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:                                                       TRUST BALANCE:
                                                                         BILLING HISTORY

DATE OF LAST BILL:         05/31/07          LAST PAYMENT DATE:         05/05/07
LAST BILL NUMBER:          464449            ACTUAL FEES BILLED TO DATE: 2,368,782.50
                                             ON ACCOUNT FEES BILLED TO DATE:        0.00
LAST BILL THRU DATE:       04/30/07          TOTAL FEES BILLED TO DATE: 2,365,782.50
                                             FEES WRITTEN OFF TO DATE:   174,612.10
                                             COSTS WRITTEN OFF TO DATE:   24,978.74

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

```
nlp_132c: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                    PAGE   2
Run Date & Time: 06/08/2007 15:59:09                    *PRIVILEGED AND CONFIDENTIAL*
Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
```

```
                      T I M E   S U M M A R Y                    Total    Billed
Emp Id  Employee Name             Group             Oldest      Latest    Hours        Amount
------  -------------             -----             ------      ------    -----        ------
03495   BENTLEY, PHILIP           PARTNER          04/04/07    04/27/07    9.70       3,735.00
07850   HOROWITZ, GREGORY A.      PARTNER          04/16/07    04/26/07    9.50       3,985.00
05292   BECKER, GARY H.           SPEC COUNSEL     04/02/07    04/24/07    8.60       2,322.00
05292   BECKER, GARY M.           SPEC COUNSEL     04/02/07    04/30/07   64.60      37,468.00
06874   GLASS, JESSICA            ASSOCIATE        04/10/07    04/23/07    5.60       3,360.00
06876   FARBER, PEGGY             ASSOCIATE        04/03/07    04/20/07   13.60       5,712.00
        PARAPROFESSIONALS
03691   LANE, JOANNE              OTHER TKPR       04/18/07    04/18/07    0.10          21.50
05359   ROBERTSON, ANDERS B.      OTHER TKPR       04/05/07    04/05/07    0.10          21.50
05310   HONG, SANDRA              PARALEGAL        04/19/07    04/19/07    3.30         705.50
06451   GAVIGAN, JAMES C          PARALEGAL        04/13/07    04/13/07    4.80       1,152.00
04827   CHEN, ALBERT P.           OTHER TKPR       04/19/07    04/19/07    0.40          80.00
07050   RODRIGUEZ, VIVIAN F.      PARALEGAL        04/30/07    04/30/07    0.80         192.00
                                               Total                               111.10      56,370.00
```

```
     B I L L E D   C O S T S   S U M M A R Y                Total Billed
Code Description                                Oldest       Latest       Total Amount
                                                Entry        Entry        Amount
0815 TELECOPIER                                 04/04/07     04/04/07         2.00
0820 PHOTOCOPYING                               04/02/07     04/05/07        30.05
0885 LONG DISTANCE TEL.                         04/30/07     04/30/07        26.28
0910 MESSENGER/COURIER                          03/23/07     04/16/07        36.92
0936 CORP. DOC & MAT.                           04/05/07     04/05/07     1,195.00
0940 CAB FARES                                  02/20/07     04/02/07        86.20
0950 OUT-OF-TOWN TRAVEL                         02/27/07     04/30/07       912.12
0972 DOCUMENT RETRIEVAL FEES                    03/31/07     03/31/07       251.52
                                                Total                     2,554.14

                                       Grand Total                       58,924.14
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                    PAGE   1
                                                 *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:02
Matter No: 056772-00001                                    Orig Prtnr : CRED RGTS - 06975    Proforma Number:  2271310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                           PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:  04/30/2007              TO:  04/30/2007
          UNBILLED DISB FROM:  03/31/2007              TO:  04/30/2007

          GROSS BILLABLE AMOUNT:           312.00
          AMOUNTS WRITTEN DOWN:                                        COSTS               70.36
          PREMIUM:
          ON ACCOUNT BILLED:
          DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:                                                       04/30/2007
          THRU DATE:                                            04/30/2007
          CLOSE MATTER/FINAL BILLING?  YES    OR    NO
          EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

          BILLING COMMENTS:

                                                                                              UNAPPLIED CASH
                        ACCOUNTS RECEIVABLE TOTALS                                 UNIDENTIFIED RECEIPTS:        0.00
          FEES:                                     0.00                           PAID FEE RETAINER:            0.00
          DISBURSEMENTS:                            0.00                           PAID DISB RETAINER:           0.00
          FEE RETAINER:                             0.00                           TOTAL AVAILABLE FUNDS:        0.00
          DISB RETAINER:                            0.00                           TRUST BALANCE:
          TOTAL OUTSTANDING:                        0.00                           BILLING HISTORY

                                                                                   LAST PAYMENT DATE:        06/05/07
          DATE OF LAST BILL:                  05/31/07               LAST FEES BILLED TO DATE:        268,438.50
          LAST BILL NUMBER:                   464449                 ACTUAL FEES BILLED TO DATE:       268,438.50
                                                                     ON ACCOUNT FEES BILLED TO DATE:         0.00
                                                                     TOTAL FEES BILLED TO DATE:        268,438.50
          LAST BILL THRU DATE:                04/30/07               FEES WRITTEN OFF TO DATE:          81,055.50
                                                                     COSTS WRITTEN OFF TO DATE:        19,393.26
FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:
                 (1) Exceeded Fixed Fee                (4) Excessive Legal Time      (7) Fixed Fee
                 (2) Late Time & Costs Posted          (5) Business Development      (8) Premium
                 (3) Pre-arranged Discount             (6) Summer Associate          (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____

PARAPROFESSIONALS
```

alp_132r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                   PAGE    2
                                                                      *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:02
Matter No: 056772-00001                                                                                                       Proforma Number:  2273310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495              Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                   Orig Prtnr : CRED. RGTS. - 06975                 Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ---------- Total Billed ----------
Emp Id Employee Name                 Group           Oldest      Latest          Hours        Amount
                                                     Entry       Entry
06451 GAVIGAN, JAMES C               CRED            04/30/07    04/30/07         1.30        312.00
                                     Total:                                       1.30        312.00

Sub-Total Hours :    0.00 Partners     0.00 Counsels     0.00 Associates    1.30 Legal Assts   0.00 Others

B I L L E D   C O S T S   S U M M A R Y  ---------- Total Billed ----------
Code Description                                     Oldest      Latest          Total
                                                     Entry       Entry          Amount
0885 LONG-DISTANCE TEL.                              04/30/07    04/30/07         26.28
0972 DOCUMENT RETRIEVAL FEES                         03/31/07    03/31/07         44.08
                                     Total:                                       70.36

                                     Grand Total                                 382.36


B I L L E D   T I M E   D E T A I L
Employee Name             Work Date   Description                                                Hours    Amount      Index#   Batch Date  Task Act

GAVIGAN, JAMES C         04/30/07   pulling docs for hearing Wednesday and making                 1.30    312.00   6905193  05/02/2007
                                    hearing binder

                Total For GAVIGAN C - 06451                                                       1.30    312.00

                                     Fee Total                                                    1.30    312.00


B I L L E D   C O S T S   D E T A I L
Description/Code                 Employee                                      Date                      Amount      Index#   Batch No  Batch Date

LONG-DISTANCE TEL.       0885
    PREMIERE CONFERENCING         CATON, A                                   04/30/07                    26.28       7882102   397922   05/02/07
    LONG DIST. TEL. - VENDOR-PREMIERE
    CONFERENCING
                0885 LONG-DISTANCE TEL. Total :                                                          26.28

DOCUMENT RETRIEVAL FEES  0972
    DOCUMENT RETRIEVAL P          PIZZARELLO, C                              03/31/07                    44.08       7855096   396976   04/17/07
    PACER RETRIEVAL FEES
                0972 DOCUMENT RETRIEVAL F Total :                                                        44.08

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/08/2007 15:59:02

Matter No: 056772-00001                            Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    2271310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status : ACTIVE


B I L L E D   C O S T S   D E T A I L
Description/Code                      Employee                Date                  Amount   Index#   Batch No   Batch Date

                   Costs Total :                                                     70.36
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                    PAGE   4
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/08/2007 15:59:02
Matter No: 056772-00001                                            Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2271310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status: ACTIVE

   B I L L E D   T I M E   S U M M A R Y  -------- Total Billed --------
Employee Name               Hours           Amount         Bill W/o / W/u     Transfer To   Clnt/Mtr     Carry Forward

GAVIGAN, JAMES C             1.30           312.00
                           ------         --------
   Total:                    1.30           312.00

   B I L L E D   C O S T S   S U M M A R Y  -------- Total Billed --------
Code Description                          Amount         Bill W/o / W/u     Transfer To   Clnt/Mtr     Carry Forward

0885 LONG-DISTANCE TEL.                     26.28
0972 DOCUMENT RETRIEVAL FEES                44.08
                                         --------
   Costs Total :                            70.36
```

slp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 5

Run Date & Time: 06/08/2007 15:59:02
Matter No: 056772-00002 Orig Prtnr : CRED RGTS - 06975 Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : CREDITOR COMMITTEE Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001 Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 04/03/2007 TO: 04/25/2007
UNBILLED DISB FROM: 04/05/2007 TO: 04/16/2007

FEES COSTS
GROSS BILLABLE AMOUNT: 3,306.00 33.57
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE: 04/25/2007 04/16/2007
CLOSE MATTER/FINAL BILLING? YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS UNAPPLIED CASH
FEES: 0.00
DISBURSEMENTS: 0.00 UNIDENTIFIED RECEIPTS: 0.00
FEE RETAINER: 0.00 PAID FEE RETAINER: 0.00
DISB RETAINER: 0.00 PAID DISB RETAINER: 0.00
TOTAL OUTSTANDING: 0.00 TOTAL AVAILABLE FUNDS: 0.00
TRUST BALANCE:
BILLING HISTORY
DATE OF LAST BILL: 05/31/07 LAST PAYMENT DATE: 06/05/07
LAST BILL NUMBER: 454449 ACTUAL FEES BILLED TO DATE: 293,544.50
ON ACCOUNT FEES BILLED TO DATE: 0.00
TOTAL FEES BILLED TO DATE: 293,544.50
LAST BILL THRU DATE: 04/30/07 FEES WRITTEN OFF TO DATE: 22,515.50
COSTS WRITTEN OFF TO DATE: 1,709.32

FOR ACCTG USE ONLY: Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee (4) Excessive Legal Time (7) Fixed Fee
(2) Late Time & Costs Posted (5) Business Development (8) Premium
(3) Pre-arranged Discount (6) Summer Associate (9) Rounding (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    6
                                                  *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:02
Matter No: 056772-00002                                           Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2271571
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

   B I L L E D   T I M E    S U M M A R Y  ---------- Total Billed ----------
                                            Oldest          Latest
Emp Id Employee Name         Group           Entry          Entry         Hours              Amount
05292 BECKER, GARY M.        CRED          04/03/07       04/25/07         5.70            3,306.00
                                                                     ----------        ----------
                                    Total:                                 5.70            3,306.00

Sub-Total Hours :    0.00 Partners    5.70 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

   B I L L E D   C O S T S    S U M M A R Y  ---------- Total Billed ----------
                                            Oldest          Latest                  Total
Code Description                             Entry          Entry                  Amount
0910 MESSENGER/COURIER                     04/05/07       04/16/07                  33.67
                                                                              ----------
                   Total:                                                           33.67
                                                                              ----------
                   Grand Total:                                                  3,339.67

   B I L L E D   T I M E    D E T A I L
Employee Name               Work Date       Description                                                 Hours     Amount   Index#    Batch Date   Batch#

BECKER, GARY M.             04/03/07        exchange emails w/Weschler re nomibus hrg (0.3);             1.30     754.00  6851 8   04/05/2007
                                            conf. shareholder re case issues (0.5); conf 2nd
                                            shareholder re case issues (0.5)
BECKER, GARY M.             04/10/07        Conf. shareholder re PD hearing (0.5); conf.                 0.90     522.00  6860406  04/11/2007
                                            second shareholder re case issues (0.4)
BECKER, GARY M.             04/10/07        review and revise monthly invoice and send to                0.40     232.00  6860403  04/11/2007
                                            accounting
BECKER, GARY M.             04/12/07        conf. shareholder re case issues                             0.30     174.00  6862921  04/16/2007
BECKER, GARY M.             04/13/07        Conf. shareholder re case issues (0.5); conf.                1.00     580.00  6866245  04/16/2007
                                            second shareholder re case issues (0.5)
BECKER, GARY M.             04/20/07        email exchange with shareholder re case status               0.20     116.00  6887239  04/25/2007
BECKER, GARY M.             04/25/07        conf. shareholder re case issues (0.8), conf.                1.60     928.00  6889928  04/27/2007
                                            second shareholder re case issues (0.5), conf.
                                            third shareholder re case issues (0.3)
                                                                                                       ------  --------
                                                                                                         5.70   3,306.00

Total For BECKER G - 05292                                                        Fee Total              5.70   3,306.00
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Run Date & Time: 06/08/2007 15:59:02

Matter No: 056772-00002                                Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   2271311
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                        Supv. Prtnr: MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER    0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | BECKER, G M | 04/05/07 | 10.45 | 7668691 | 393356 | 04/25/07 |
| Lexecon Inc | BECKER, G M | 04/16/07 | 23.22 | 7890721 | 397829 | 05/02/07 |
| 0930 MESSENGER/COURIER Total : | | | 33.67 | | | |
| Costs Total : | | | 33.67 | | | |

alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   8
                                                                 *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:02
Matter No: 056172-00002                                  Orig Prtnr : CRED RGTS - 06975           Proforma Number:    2273311
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y
Employee Name                  Hours          Amount              Bill        W/o / W/u         Transfer To    Clnt/Mtr     Carry Forward
                                                                                                                             
BBCKER, GARY M.                 5.70         3,306.00

        Total                   5.70         3,306.00            3,306.00                                                    

   B I L L E D   C O S T S   S U M M A R Y
Code  Description                           Amount             Billed       W/o / W/u         Transfer To   Clnt/Mtr      Carry Forward

0930  MESSENGER/COURIER                      35.67

        Costs Total                          35.67                                                                         Carry Forward

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    9
Run Date & Time: 06/08/2007 15:59:02                 *PRIVILEGED AND CONFIDENTIAL*
Matter No: 056772-00008                                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2271115
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                       Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                     Status   : ACTIVE

Special Billing Instructions:

                              PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:      04/13/2007        TO:    04/26/2007
        UNBILLED DISB FROM:      03/23/2007        TO:    03/23/2007

                            FEES            COSTS
                       ------------    ------------
   GROSS BILLABLE AMOUNT:    1,014.00            8.50
   AMOUNT WRITTEN DOWN:
              PREMIUM:
       ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
          THRU DATE:                         04/26/2007      03/23/2007
 CLOSE MATTER/FINAL BILLING?   YES  OR  NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:         BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                                 ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                           FEES:                       0.00      UNIDENTIFIED RECEIPTS:          0.00
                  DISBURSEMENTS:                       0.00      PAID FEE RETAINER:              0.00
                  FEE RETAINER:                        0.00      PAID DISB RETAINER:             0.00
                 DISB RETAINER:                        0.00      TOTAL AVAILABLE FUNDS:          0.00
             TOTAL OUTSTANDING:                        0.00      TRUST BALANCE:
                                                                 BILLING HISTORY
             DATE OF LAST BILL:          05/31/07      LAST PAYMENT DATE:           06/05/07
             LAST BILL NUMBER:             464449      ACTUAL FEES BILLED TO DATE:     130,120.50
                                                       ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                       TOTAL FEES BILLED TO DATE:     130,120.50
           LAST BILL THRU DATE:          04/30/07      FEES WRITTEN OFF TO DATE:        8,418.50
                                                       COSTS WRITTEN OFF TO DATE:         531.74
FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
     (2) Late Time & Costs Posted (5) Business Development     (8) Premium
     (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding      (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   10
                                                     "PRIVILEGED AND CONFIDENTIAL"

Run Date & Time: 06/08/2007 15:59:02
MatterNo/0056772-00008                                          Orig Prtnr : CRED RGTS - 06975           Proforma Number:    2271315
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status : ACTIVE

B I L L E D   T I M E    S U M M A R Y  ---------------- Total Billed ----------------
                                                   Oldest         Latest
Emp ID Employee Name                 Group           Hours         Amount
05292  BECKER, GARY M.                CRED         04/26/07       04/26/07      0.30      174.00
       PARAPROFESSIONALS
06451  GAVIGAN, JAMES C               CRED         04/13/07       04/26/07      3.50      840.00
                                                                                ----      --------
                        Total:                                                  3.80    1,014.00

Sub-Total Hours :       0.00 Partners       0.30 Counsels      3.50 Legal Assts      0.00 Others
                       0.00 Appointed

B I L L E D   C O S T S   S U M M A R Y  ---------------- Total Billed ----------------
                                 Oldest       Latest         Total
Code  Description                 Entry         Entry        Amount
0930  MESSENGER/COURIER           03/23/07    03/23/07       8.50
                     Total:                                  8.50

        Grand Total:                                    1,022.50

B I L L E D   T I M E   D E T A I L
Employee Name             Work Date   Description                                                Hours      Amount        Index#   Batch Date Task Act
BECKER, GARY M.           04/26/07    review and execute monthly fee app                         0.30       174.00        6894125  04/30/2007
       Total For BECKER G - 05292                                                                0.30       174.00

GAVIGAN, JAMES C          04/13/07    drafting monthly fee app                                   1.00       240.00        6875276  04/18/2007
GAVIGAN, JAMES C          04/20/07    drafting monthly fee app                                   1.00       240.00        6902621  05/01/2007
GAVIGAN, JAMES C          04/26/07    re-checking figure and sending out monthly fee             1.50       360.00        6902622  05/01/2007
                                      app to local counsel
       Total For GAVIGAN J - 06451                                                               3.50       840.00

                                                                Fee Total                        3.80     1,014.00

B I L L E D   C O S T S   D E T A I L
                                                                   Employee            Date             Amount        Index#   Batch No  Batch Date
Description/Code
MESSENGER/COURIER     0930
   FEDERAL EXPRESS CORPORAT                                        GAVIGAN, J C        03/23/07         8.50          7843714  390543    04/06/07
   Xlett, Rooney Lieber & Schorlin
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  11

Run Date & Time: 06/08/2007 15:59:02
Matter No: 056772-00008                                    Orig Prtnr : CRED RGTS - 06975    Proforma Number: 2271315
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

0930 MESSENGER/COURIER Total :              8.50

Costs Total :       8.50

alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    12
                                                                          *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/08/2007 15:59:02
Matter No: 056772-00008                                     Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   2271315
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : J. FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status : ACTIVE

           B I L L E D   T I M E   S U M M A R Y ----------------------- Total Billed -----------------------
Employee Name                      Hours      Amount      Bill    W/o / W/u   Transfer To    Clnt/Mtr   Carry Forward

BECKER, GARY M.                     0.30      174.00
GAVIGAN, JAMES C.                   3.50      840.00
   Total:                           3.80    1,014.00

           B I L L E D   C O S T S   S U M M A R Y ----------------------- Total Billed -----------------------
Code Description                             Amount      Bill    W/o / W/u   Transfer To    Clnt/Mtr   Carry Forward

0930 MESSENGER/COURIER                         8.50
   Costs Total :                               8.50