```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    13
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/08/2007 15:59:02
Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   2273316
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status    : ACTIVE

Special Billing Instructions:

-------------------------------- PRE-BILLING SUMMARY REPORT --------------------------------

         UNBILLED TIME FROM:    04/02/2007            TO:    04/27/2007
         UNBILLED DISB FROM:    02/27/2007            TO:    04/05/2007

                                         FEES                   COSTS
                                         ----                   -----

         GROSS BILLABLE AMOUNT:        29,736.00              1,644.10
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
              ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                               04/05/2007
    CLOSE MATTER/FINAL BILLING?    YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


------------------ ACCOUNTS RECEIVABLE TOTALS --------------------   UNAPPLIED CASH
                FEES:              0.00       UNIDENTIFIED RECEIPTS:     0.00
       DISBURSEMENTS:              0.00       PAID FEE RETAINER:         0.00
        FEE RETAINER:              0.00       PAID DISB RETAINER:        0.00
       DISB RETAINER:              0.00       TOTAL AVAILABLE FUNDS:     0.00
    TOTAL OUTSTANDING:             0.00       TRUST BALANCE:
                                              BILLING HISTORY
    DATE OF LAST BILL:     05/31/07           LAST PAYMENT DATE:        06/05/07
    LAST BILL NUMBER:      464449   ACTUAL FEES BILLED TO DATE:     927,273.50
                                    ON ACCOUNT FEES BILLED TO DATE:      0.00
                                    TOTAL FEES BILLED TO DATE:     927,273.50
    LAST BILL THRU DATE:   04/30/07  FEES WRITTEN OFF TO DATE:       4,417.50
                                     COSTS WRITTEN OFF TO DATE:     3,380.28
FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding      (10) Client Arrangement

BILL NUMBER:        DATE OF BILL:         Processed by:                FRC:               CRC:
```

alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    14
                                                         "PRIVILEGED AND CONFIDENTIAL"

Run Date & Time: 06/08/2007 15:59:02
Matter No: 056772-00012                                                       Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   2271316
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status   : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ------------ Total Billed ------------
Emp. Id  Employee Name              Group         Oldest      Latest     Hours       Amount

02495    BENTLEY, PHILIP             CRED        04/04/07    04/27/07      1.70     1,139.00
07850    HOROWITZ, GREGORY A         LITI        04/16/07    04/26/07      9.50     5,985.00
05292    BECKER, GARY M              CRED        04/02/07    04/27/07     25.00    14,500.00
06874    GLASS, JESSICA J            LITI        04/10/07    04/23/07      3.60     1,512.00
06876    FARBER, PEGGY               LITI        04/03/07    04/20/07     13.60     5,712.00
         PARAPROFESSIONALS
03691    LANE, JOANNE                Lega        04/18/07    04/18/07      0.10        21.50
05159    ROBERTSON, AUDEN B          Lega        04/05/07    04/05/07      0.10        11.00
05710    WONG, SANDRA                LITI        04/19/07    04/19/07      3.30       775.50
06827    CHEN, ALBERT P              Lega        04/19/07    04/19/07      0.40        80.00
                                                                          -----    ---------
                            Total :                                       57.30    29,736.00

Sub-Total Hours :    11.20 Partners     25.00 Counsels     17.20 Associates     3.30 Legal Assts     0.60 Others

B I L L E D   C O S T S   S U M M A R Y  ------------ Total Billed ------------
                                        Oldest       Latest        Total
Code  Description                       Entry        Entry         Amount

0815  TELECOPIER                                     04/04/07        2.00
0820  PHOTOCOPYING                     04/04/07      04/05/07       38.85
0836  CORP. DOC. & MAT.                04/02/07      04/05/07    1,195.00
0930  OUT-OF-TOWN TRAVEL               04/05/07      04/05/07      200.81
0972  DOCUMENT RETRIEVAL FEES          02/27/07      03/31/07      207.44
                                                                ---------
                           Total :                               1,644.10

                    Grand Total                                 31,380.10
                                                                =========

B I L L E D   T I M E   D E T A I L
Employee Name              Work Date       Description                                        Hours      Amount       Index#      Batch Date   Task  Act

BENTLEY, PHILIP            04/04/07  Discs GB and trade emails re asbestos                     0.10       67.00      6861620     04/13/2007
BENTLEY, PHILIP            04/11/07  Trade emails re asbestos                                  0.10       67.00      6861619     04/13/2007
BENTLEY, PHILIP            04/13/07  Discs. GB re asbestos                                     0.10       67.00      6883138     04/23/2007
BENTLEY, PHILIP            04/23/07  Trade emails re asbestos                                  0.10       67.00      6896655     04/30/2007
BENTLEY, PHILIP            04/24/07  Trade emails re asbestos                                  0.10       67.00      6896636     04/30/2007
BENTLEY, PHILIP            04/27/07  Review objection to our Lexecon motion, and               1.20      804.00      6904391     05/02/2007
                                     conf GAH and GB re prep for hearing on same
                                                                                              -----    ---------
Total For BENTLEY P - 02495                                                                    1.70     1,139.00

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   15
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:02
Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   2271316
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status  : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                         Hours    Amount      Index#    Batch Date  Task Act

HOROWITZ, GREGORY A.   04/16/07    Heckman issues, incl. rr PI objection, review       3.00    1,890.00    6896025   04/30/2007
                                   backup materials, tc Gus Bamberger, dw GB,
                                   emails Barbara H. (3.0)
HOROWITZ, GREGORY A.   04/20/07    tc Barbara H. re Heckman motion (.5)                0.50      315.00    6896026   04/30/2007
HOROWITZ, GREGORY A.   04/24/07    dw Barbara H., attention to Heckman motion          1.50      945.00    6896027   04/30/2007
                                   issues (1.5)
HOROWITZ, GREGORY A.   04/26/07    review Heckman material (1.5); review PI dep        4.50    2,835.00    6900884   05/01/2007
                                   summaries (3.0)

Total For HOROWITZ, G - 07850                                                          9.50    5,985.00

BECKER, GARY M.        04/02/07    Attention to CMO changes and emails re same         0.30      174.00    6851184   04/05/2007
BECKER, GARY M.        04/03/07    review depo notices and ZAI motion to compel        0.50      290.00    6851186   04/05/2007
BECKER, GARY M.        04/04/07    Review various motions re PD estimation and         1.10      638.00    6851185   04/05/2007
                                   arrange for hearing coverage re motions for
                                   summary judgment (0.8); attention to PI
                                   deposition notices and transcripts (0.3)
BECKER, GARY M.        04/05/07    review discovery documents in anticipation of       0.70      406.00    6853921   04/09/2007
                                   hearing on same
BECKER, GARY M.        04/09/07    Conf. U.S. Trustee re Lexecon order; review         0.60      348.00    6860410   04/13/2007
                                   order; emails Currier re filing
BECKER, GARY M.        04/10/07    Emails Currier re Lexecon order (0.2); review       0.90      522.00    6860409   04/13/2007
                                   pleadings for PI matters (0.5); email Glass re
                                   PD depositions (0.2)
BECKER, GARY M.        04/11/07    review motions related to PI discovery              0.70      406.00    6860408   04/13/2007
BECKER, GARY M.        04/12/07    participate in deposition of Graeme Mew             8.00    4,640.00    6862922   04/16/2007
BECKER, GARY M.        04/13/07    Conf. A. Krieger re hearing on motion to compel     1.00      580.00    6865126   04/16/2007
                                   and associated motions (0.5); review documents
                                   related to hearing (0.5)
BECKER, GARY M.        04/16/07    Review PD claims designations and related           2.20    1,276.00    6877946   04/18/2007
                                   pleadings (0.6); conf. J. Glass re preparations
                                   for PD trial commencing on April 23 (0.4); read
                                   district court ZAI decision on April 23 (0.5); review
                                   objection to lexecon fee cap motion and
                                   circulate same to KL group and conf. Horowitz
                                   re same (0.7)
BECKER, GARY M.        04/17/07    review docs related to April 23 hearing (1.0);      1.20      696.00    6877945   04/18/2007
                                   conf. Glass re same (0.2)
BECKER, GARY M.        04/18/07    emails Krieger re PD pre-trial conf. (0.2); conf.   1.90    1,102.00    6878784   04/19/2007
                                   Glass re PD trial preparation (0.5); conf.
                                   Farber re PI depos (0.2); review debtors and
                                   Speights witness designations and trial briefs
                                   (1.0)
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    16
                                                  *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:02
Matter No: 056172-0012                                       Orig Prtnr : CRED. RGTR - 06975              Proforma Number:  2271316
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

B I L L E D    T I M E    D E T A I L

Employee Name       Work Date   Description                                              Hours      Amount      Index#   Batch Date  Task Act

BECKER, GARY M.     04/20/07    review docs and prepare for product ID trial             1.40       812.00     6887240   04/25/2007
                                (1.0); conf L. Esaylan re final pretrial (0.4)
BECKER, GARY M.     04/25/07    prepare for telephonic participation of                  2.70     1,566.00     6889929   04/27/2007
                                asbestos property damage hearing (1.9); review
                                various PD and PI related pleadings (0.6); conf
                                Horowitz re PD depos (0.2)
BECKER, GARY M.     04/26/07    review orders, database and Baron & Budd                 0.80       464.00     6894126   04/30/2007
                                (0.2); emails to/from Horowitz re same (0.2);
                                email Baer re same (0.1); attn Depo transcript
                                re Fremby depo (0.3)
BECKER, GARY M.     04/27/07    mtg with Bentley and Horowitz re Lexecon motion          1.00       580.00     6894127   04/30/2007

 Total For BECKER G - 05292                                                             25.00    14,500.00

FARBER, PEGGY       04/03/07    prepared summary of Morse deposition for team;           5.20     2,184.00     6852872   04/06/2007
                                began summary of Hilsee deposition
FARBER, PEGGY       04/04/07    prepared summary of Hilsee deposition for team           5.50     2,310.00     6852873   04/06/2007
FARBER, PEGGY       04/05/07    finishing touch on deposition summary                    1.00       420.00     6852874   04/06/2007
FARBER, PEGGY       04/18/07    manage calendaring of upcoming depositions and           1.40       588.00     6882225   04/23/2007
                                hearings; emails to MA, senior counsel and
                                associate about obtaining pro hac vice status
FARBER, PEGGY       04/20/07    paper work and phone exchanges with local                0.50       210.00     6891451   04/27/2007
                                counsel for pro hac vice appearance for me and
                                Jessica

 Total For FARBER P - 06876                                                             13.60     5,712.00

GLASS, JESSICA J    04/10/07    updated deposition calendar and contacted doug           0.60       252.00     6867758   04/11/2007
                                cameron at reed smith regarding deposition
                                schedule
GLASS, JESSICA J    04/16/07    Research. Telephone call with Gary                       0.40       168.00     6867657   04/17/2007
                                Becker regarding materials to be pulled
                                together for trial next week.
GLASS, JESSICA J    04/18/07    Addressed scheduling issues. Pulled documents            2.50     1,050.00     6881108   04/20/2007
                                for hearing on product identification.
GLASS, JESSICA J    04/23/07    Scheduled appearance at 4/25 conference with             0.10        42.00     6887666   04/25/2007
                                Court Call.

 Total For GLASS J - 06874                                                               3.60     1,512.00

WONG, SANDRA        04/19/07    Print out various filings from docket sheet and          3.30       775.50     6883672   04/24/2007
                                organize same into binder.

 Total For WONG S - 05710                                                                3.90       775.50
```

alp_132r: Billed Charges Analysis                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE 17
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:02
Matter No: 056772.00012                                Orig Prtnr : CRED. RGTS. - 06975              Proforma Number: 2273316
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| CHEN, ALBERT F | 04/19/07 | Review new media received, update media report. | 0.40 | 80.00 | 6887501 | 04/25/2007 | |
| Total For CHEN A - 06827 | | | 0.40 | 80.00 | | | |
| LANE, JOANNE | 04/18/07 | Conferring with Peggy Farber, Albert Chen re additional production data received. | 0.10 | 21.50 | 6906320 | 05/02/2007 | |
| Total For LANE J - 03691 | | | 0.10 | 21.50 | | | |
| ROBERTSON, AUDEN B | 04/05/07 | uploaded transcript onto database | 0.10 | 11.00 | 6898302 | 05/01/2007 | |
| Total For ROBERTSON A - 05159 | | | 0.10 | 11.00 | | | |

Fee Total                                                                        57.30       29,736.00

B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| TELECOPIER | 0815 | | | | | | |
| TELECOPIER | | FARBER, P.F. | 04/04/07 | 2.00 | 7843039 | 396528 | 04/06/07 |
| 0105373568 | | BENTLEY, P. | 04/02/07 | 15.30 | 7841009 | 396524 | 04/06/07 |
| 0815 TELECOPIER Total : | | | | 2.00 | | | |
| | | | | | | | |
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING | | BENTLEY PHILIP | | | | | |
| PHOTOCOPYING | | BENTLEY, P. | 04/03/07 | 8.40 | 7841010 | 396524 | 04/06/07 |
| PHOTOCOPYING | | BENTLEY, P. | 04/03/07 | 4.20 | 7841011 | 396524 | 04/06/07 |
| | | BENTLEY PHILIP | | | | | |
| PHOTOCOPYING | | FARBER, P.F. | 04/04/07 | 0.15 | 7841012 | 396524 | 04/06/07 |
| PHOTOCOPYING | | FARBER, PEGGY | | | | | |
| PHOTOCOPYING | | BENTLEY, P. | 04/05/07 | 10.80 | 7841013 | 396524 | 04/06/07 |
| | | BENTLEY PHILIP | | | | | |
| 0820 PHOTOCOPYING Total : | | | | 38.85 | | | |
| | | | | | | | |
| CORP. DOC.& MAT. | 0936 | | | | | | |
| LEXIS-NEXIS | | PELLETIER, D | 04/05/07 | 1,195.00 | 7870700 | 397382 | 04/25/07 |
| CORP. DOC. & MAT. - VENDOR- LEXIS-NEXIS Mealey's Asbestos Bankruptcy Report 5/07 - 5/08 | | | | | | | |
| 0936 CORP. DOC.& MAT. Total : | | | | 1,195.00 | | | |

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   18
                                                  *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:03

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2271316
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L

Description/Code              Employee              Date         Amount      Index#    Batch No  Batch Date

OUT-OF-TOWN TRAVEL    0950
  DINERS CLUB CITICORP DIN    MAYER, T.M.           02/27/07      200.81    7790683    393895    02/27/07
  OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
  CITICORP DINERS CLUB 02/13/07 - LGA TO PIT

                                       0950 OUT-OF-TOWN TRAVEL Total :      200.81

DOCUMENT RETRIEVAL F  0972
  DOCUMENT RETRIEVAL F        PIZZARELLO, G.        03/31/07      207.44    7855037    396976    04/17/07
  PACER RETRIEVAL FEES

                                       0972 DOCUMENT RETRIEVAL F Total :    207.44


                                                      Costs Total :        1,644.30
```

alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   19
                                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:03

Matter No: 056772-00012                                Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2271316
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

   BILLED TIME SUMMARY
Employee Name              Hours        Amount          Bill          W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward

BENTLEY, PHILIP             1.70      1,139.00
HOROWITZ, GREGORY A.        9.50      5,985.00
BECKER, GARY M.            25.00     14,500.00
GLASS, JESSICA J.           3.60      1,512.00
FARBER, PEGGY              13.60      5,712.00
LANE, JOANNE                0.10         21.50
ROBERTSON, AUDEN B.         0.10         11.00
WONG, SANDRA                3.30        775.50
CHEN, ALBERT F              0.40         80.00
   Total:                  57.30     29,736.00

  BILLED COSTS SUMMARY
Code Description                       Amount          Bill          W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward

0815 TELECOPIER                           2.00
0820 PHOTOCOPYING                        38.85
0930 CORP. DOC. & MAT.                1,195.00
0950 OUT-OF-TOWN TRAVEL                 200.81
0972 DOCUMENT RETRIEVAL FEES            207.44
      Costs Total :                   1,644.10

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   20
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:03

Matter No: 056772.00019                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2271917
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status      : ACTIVE

Special Billing Instructions:

====================================================================================================================================
                                                   PRE-BILLING SUMMARY REPORT
====================================================================================================================================

          UNBILLED TIME FROM:   04/02/2007           TO:   04/30/2007
          UNBILLED DISB FROM:   04/02/2007           TO:   09/30/2007

                                       FEES                               COSTS
                                    -----------                        -----------
          GROSS BILLABLE AMOUNT:      19,680.00                             736.31
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
               ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:               04/30/2007                 04/30/2007
      CLOSE MATTER/FINAL BILLING?    YES  OR  NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:



====================================================================================================================================
                            ACCOUNTS RECEIVABLE TOTALS                                  UNAPPLIED CASH
====================================================================================================================================
                 FEES:                  0.00           UNIDENTIFIED RECEIPTS:        0.00
        DISBURSEMENTS:                  0.00                PAID FEE RETAINER:       0.00
        FEE RETAINER:                   0.00                PAID DISB RETAINER:      0.00
        DISB RETAINER:                  0.00          TOTAL AVAILABLE FUNDS:         0.00
  TOTAL OUTSTANDING:                    0.00                      TRUST BALANCE:

                                                BILLING HISTORY
                                        ------------------------------
  DATE OF LAST BILL:         05/31/07             LAST PAYMENT DATE:            06/05/07
  LAST BILL NUMBER:           464449  ACTUAL FEES BILLED TO DATE:            222,763.50
                                      ON ACCOUNT FEES BILLED TO DATE:              0.00
                                         TOTAL FEES BILLED TO DATE:        222,763.50
  LAST BILL THRU DATE:       04/30/07          FEES WRITTEN OFF TO DATE:    5,087.68
                                              COSTS WRITTEN OFF TO DATE:       11.04

FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee            (4) Excessive Legal Time         (7) Fixed Fee
          (2) Late Time & Costs Posted      (5) Business Development         (8) Premium
          (3) Pre-arranged Discount         (6) Summer Associate             (9) Rounding           (10) Client Arrangement

         BILL NUMBER:                  DATE OF BILL:            Processed by:                      FRC:              CRC:
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE  21
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:03

Matter No: 056772-00019                                  Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  2271317
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y ------------- Total Billed -------------
Emp Id Employee Name            Group           Oldest        Latest          Hours            Amount

05292  BECKER, GARY M.          CRED            04/02/07      04/30/07        33.60         19,488.00
07053  RODRIGUEZ, VIVIAN E.     CRED            04/30/07      04/30/07         0.80            192.00
       PARAPROFESSIONALS

                   Total:                                                     34.40         19,680.00

Sub-Total Hours :   0.00 Partners     33.60 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

B I L L E D   C O S T S   S U M M A R Y ------------ Total Billed ------------
Code  Description                        Oldest        Latest         Total
                                         Entry         Entry          Amount

0940  CAB FARES                          04/02/07      04/02/07         25.00
0950  OUT-OF-TOWN TRAVEL                 04/30/07      04/30/07        711.31

       Total                                                           736.31

       Grand Total                                                  20,416.31

B I L L E D   T I M E   D E T A I L
Employee Name       Work Date    Description                                                            Hours    Amount     Index#    Batch Date  Task Act

BECKER, GARY M.     04/02/07  preparation while traveling to and appearance              7.00    4,060.00    6851187   04/05/2007
                              at omnibus hearing
BECKER, GARY M.     04/09/07  Telephonic participation in PD summary judgment            8.70    5,046.00    6860413   04/13/2007
                              hearing
BECKER, GARY M.     04/22/07  travel to PD hrg in Pittsburgh; preparation for            4.00    2,320.00    6887241   04/25/2007
                              hearing while traveling
BECKER, GARY M.     04/23/07  attend PD hearing in Pittsburgh                            8.00    4,640.00    6887242   04/25/2007
BECKER, GARY M.     04/24/07  attendance at PD hearing in Pittsburgh                     5.00    2,900.00    6887243   04/25/2007
BECKER, GARY M.     04/27/07  prepare for Omnibus hrg, including review of               0.50      290.00    6894128   04/30/2007
                              Agenda
BECKER, GARY M.     04/30/07  prepare for omnibus hearing                                0.40      232.00    6916606   05/03/2007

       Total For BECKER G - 05292                                                       33.60   19,488.00

RODRIGUEZ, VIVIAN E. 04/30/07 Reviewed docket and printed and organized                  0.80      192.00    6897917   04/30/2007
                              copies of pleadings.

       Total For RODRIGUEZ V - 07053                                                     0.80      192.00
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE    22
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/08/2007 15:59:01

Matter No: 056772-00019                                 Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2271317
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY, PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                  Supv Prtnr : MAYER, THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status   : ACTIVE


B I L L E D   T I M E   D E T A I L
Employee Name         Work Date    Description                               Hours       Amount   Index#   Batch Date  Batch No

                                   Fee Total                                 34.40    19,680.00


B I L L E D   C O S T S   D E T A I L
Description/Code                                           Employee                Date          Amount    Index#   Batch No  Batch Date

CAB FARES                           0940
   JULIET RAMDIN, CASHIER                                  BECKER, G M          04/02/07          25.00   7858866   396856    04/13/07
   CAB FARES - VENDOR JULIET RAMDIN CASHIER
                                   0940 CAB FARES Total :                                         25.00

OUT-OF-TOWN TRAVEL                  0950
   DINERS CLUB CITICORP DIN                                BECKER, G M          04/30/07         291.25   7880029   397778    05/01/07
   OUT-OF-TOWN TRAVEL - VENDOR: DINERS CLUB
   CITICORP DINERS CLUB 04/02/07-NYP TO WIL TO NYP
   DINERS CLUB CITICORP DIN                                BECKER, G M          04/30/07         420.06   7880093   397778    05/01/07
   OUT-OF-TOWN TRAVEL - VENDOR: DINERS CLUB
   CITICORP DINERS CLUB 04/22/07-BDL TO PIT TO BDL
                                   0950 OUT-OF-TOWN TRAVEL Total :                               711.31

                                   Costs Total :                                                 736.31
```

alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                             PAGE    23
                                                                  *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:03

Matter No: 056772-00019                                             Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  2271317
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : J. HEARINGS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                     Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours        Amount          Bill        W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.          33.60      19,488.00

RODRIGUEZ, VIVIAN E.      0.80         192.00

       Total:            34.40      19,680.00

B I L L E D   C O S T S   S U M M A R Y

Code Description         Amount                       Bill        W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward

0940 CAB FARES             25.00

0950 OUT-OF-TOWN TRAVEL   711.31

       Costs Total:       736.31

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                        PAGE   24
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/08/2007 15:59:03
Matter No: 056772-00028                                       Orig Prtnr : CRED. RGTS - 06975        Proforma Number: 2271319
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                           Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                                           PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:     04/02/2007              TO:    04/24/2007
    UNBILLED DISB FROM:     02/20/2007              TO:    02/20/2007

                                        FEES                          COSTS

    GROSS BILLABLE AMOUNT:            2,322.00                         61.20
    AMOUNT WRITTEN DOWN:
    PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:                       04/24/2007                      02/20/2007
CLOSE MATTER/FINAL BILLING?       YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------------
               ACCOUNTS RECEIVABLE TOTALS                                   UNAPPLIED CASH

FEES:                                0.00       UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:                       0.00       PAID FEE RETAINER:              0.00
FEE RETAINER:                        0.00       PAID DISB RETAINER:             0.00
DISB RETAINER:                       0.00       TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:                   0.00       TRUST BALANCE:
                                                BILLING HISTORY
DATE OF LAST BILL:         05/31/07            LAST PAYMENT DATE:          05/15/07
LAST BILL NUMBER:          464449              ACTUAL FEES BILLED TO DATE:      83,360.50
                                               ON ACCOUNT FEES BILLED TO DATE:      0.00
                                               TOTAL FEES BILLED TO DATE:       83,360.50
LAST BILL THRU DATE:       04/30/07            FEES WRITTEN OFF TO DATE:       25,258.50
                                               COSTS WRITTEN OFF TO DATE:           0.00
FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee      (4) Excessive Legal Time      (7) Fixed Fee
       (2) Late Time & Costs Posted (5) Business Development      (8) Premium
       (3) Pre-arranged Discount   (6) Summer Associate          (9) Rounding      (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  25
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/08/2007 15:59:03

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  2271319
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TRAVEL-NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                             Status   : ACTIVE

B I L L E D   T I M E   S U M M A R Y  --------------  Total Billed  ------------
Emp Id  Employee Name         Group         Oldest      Latest       Hours         Amount
                                             Entry      Entry
05292   BECKER, GARY M.       CRED          04/02/07    04/24/07       8.60        2,322.00

                     Total:                                            8.60        2,322.00

Sub-Total Hours :    0.00 Partners    8.60 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y  -------------  Total Billed  ------------
Code  Description                            Oldest      Latest                    Total
                                              Entry      Entry                    Amount
0940  CAB FARES                              02/20/07   02/20/07                   61.20

                     Total:                                                        61.20

                     Grand Total:                                               2,383.20
                                                                            ============

B I L L E D   T I M E   D E T A I L
Employee Name            Work Date   Description                                    Hours    Amount    Index#   Batch Date  Batch#  Task  Act

BECKER, GARY M.          04/02/07   Non-working travel associated with attendance    2.10     567.00   6851188  04/05/2007
                                    at omnibus hearing
BECKER, GARY M.          04/24/07   return from Pittsburgh hearing                   6.50   1,755.00   6887244  04/25/2007

Total For BECKER G - 05292                                                           8.60   2,322.00

                                                      Fee Total                      8.60   2,322.00


B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee          Date         Amount    Index#    Batch No  Batch Date

CAB FARES                 0940
   CAB FARES - ODYSSEY              PARKER, P.F.      02/20/07      61.20   7813725    395151    03/15/07
                                    0940 CAB FARES Total :          61.20

           Costs Total :                                            61.20
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  26
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/08/2007 15:59:03
Matter No: 056772-00028                                        Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  2271319
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                Status    : ACTIVE

   BILLED    TIME    SUMMARY  ---------------
Employee Name              Hours       Amount       Bill       W/o / W/u      Transfer To     Clnt/Mtr   Carry Forward

BECKER, GARY M.             8.60      2,322.00

       Total:               8.60      2,322.00

   BILLED    COSTS    SUMMARY --------------
Code Description                       Amount       Bill       W/o / W/u      Transfer To     Clnt/Mtr   Carry Forward

0940 CAB FARES                           61.20

       Costs Total :                     61.20
```