IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W. R. GRACE & CO., *et al.*<br><br>Debtors. | In Proceedings for a Reorganization under Chapter 11<br><br>No. 01-01139-JKF |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
CONCERNING MULTIPLE REPRESENTATION OF CREDITORS**

I, Stephen M. Tigerman hereby depose and state as follows:

1. I am an attorney with Harowitz & Tigerman, LLP (hereinafter "H&T"), having offices at 450 Sansome Street, 3rd Floor, San Francisco, CA 94111.

2. Harowitz & Tigerman, LLP, in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P.2019 dated October 22, 2004 (the "Revised Order"), files this Verified Statement in connection with its representation of claimants. The Claimant Group is composed of creditors who hold claims in varying amounts for monetary damages due to personal injuries suffered from diseases caused by exposure to asbestos and the estate of individuals whose wrongful deaths were caused by asbestos exposure and who now have liquidated tort claims against the Debtor.

3. Pursuant to the Revised Order, this Statement is filed without exhibits, which are being provided in CD format to the Clerk of the Court, counsel for the Debtor and the United States Trustee. All of the relevant information identifying the creditors and the name and amount of their claim is contained in the exhibits, which are available upon motion and

order of the Court. The exhibits consist of: (1) Exemplars of agreements between such creditors and their general counsel and (2) an Excel spreadsheet containing the name and personal address of each creditor, a space reserved for the social security number, the identifcation of the exemplar of each creditor's general bankruptcy counsel, the amount and type of claim, and the type of disease giving rise to the claim of each member of the Group who has a tort claim that arose due to the individual's exposure to the Debtor's asbestos-containing products.

4. Harowitz & Tigerman, LLP presently does not own, nor has it ever previously owned, any claim or interest against the Debtor.

5. Harowitz & Tigerman, LLP will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should any changes occur.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2007    HAROWITZ & TIGERMAN, LLP

By_____
Stephen M. Tigerman, Esquire. (CA 112127)
450 Sansome Street, 3rd Floor
San Francisco, California 94111
Telephone:    (415) 788-1588
Facsimile:    (415) 788-1598
Attorneys for: Claimants