IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2007 JUN 13  AM 10: 01

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case no. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors | ) | Re: Docket Nos. 14150, 14763, 14929 |
| | ) | |

## <u>NOTICE OF SERVICE OF PLEADINGS</u>

Notice is hereby given that counsel for Claimants has this date served a true and correct copy

of the following pleadings to Counsel for the Debtors set forth on the attached Certificate of Service:

1. **Maples and Lomax, P.A. Responses to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms as it Pertains to the 21 Claimants Identified on Claimants' Exhibit "A" Attached Hereto;**

2. **Maples and Lomax, P.A. Responses to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms as it Pertains to the Claim of George William McKinney, Jr.; and**

3. **Maples and Lomax, P.A. Responses to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms as it Pertains to the Claim of Alonzo James Hill, Sr.**

Counsel for Claimants will maintain the originals of said documents.

Dated, this the 12th day of June, 2007.

Respectfully submitted,

MAPLES & LOMAX, P.A.

BY: _____

SCOTT O. NELSON, MSB #10063
MAPLES & LOMAX, P. A.
Post Office Drawer 1368
2502 Market Street

Pascagoula, MS 39568-1368
Phone: 228-762-3161
Facsimile: 228-762-5768

2007 JUN 13  AM 10: 0 1

U.S. BANKR...
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Scott O. Nelson, do hereby certify that I have mailed this day the documents set forth in

the above Notice of Service of Pleadings to the following Counsel for Debtors:

David M. Bernick                    **Via Federal Express**
Janet S. Baer
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601-6636

Barbara M. Harding, Esq.            **Via First Class U. S. Mail**
David E. Mendelson, Esq.
Amanda Basta, Esq.
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, NW
Washington, DC  20005

Laura Davis Jones, Esq.             **Via First Class U. S. Mail**
James E. O'Neill, Esq.
Timothy P. Cairns, Esq.
PACHULSKI, STANG, ZIEHL, YOUNG,
 JONES & WEINTRAUB LLP
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, DE  19899-8705

This, the 12th day of June, 2007

SCOTT O. NELSON

# MAPLES AND LOMAX, P. A.

ATTORNEYS AT LAW
2502 MARKET STREET
P. O. DRAWER 1368
PASCAGOULA, MS 39568-1368

June 12, 2007

\* F. GERALD MAPLES
  LOWRY M. LOMAX
\*\* SCOTT O. NELSON

TELEPHONE
228 762 3161
FAX
228-762-5768

U. S. Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

**Via Federal Express**

Re:     ***In Re: W. R. Grace & Co., et al., Debtors*** *- Chapter 11*
        *Case No. 01-1139(JKF), Jointly Administered*
        *U. S. Bankruptcy Court For the District of Delaware*

Dear Sir/Madame:

Enclosed please find the Notice of Service of Pleadings which I would appreciate your filing as to the following three (3) separate sets of discovery responses as follows in the above captioned matter:

(1)     Responses by Maples and Lomax, P.A. to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms as it Pertains to the 21 Claimants Identified on Claimants' Exhibit "A" Attached Hereto;

(2)     Responses by Maples and Lomax, P.A. to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms as it Pertains to the Claim of George William McKinney, Jr.; and

(3)     Responses by Maples and Lomax, P.A. to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms as it Pertains to the Claim of Alonzo James Hill, Sr.

As of today's date our office has submitted a registration form to be able to electronically file documents in the future. A copy of this form is attached.

You will also find enclosed a copy of the first page of this document which I would appreciate your stamping "Filed" and returning to our office in the enclosed self-addressed, stamped envelope. If you have any questions or require further information, please do not hesitate to contact this office.

Sincerely,

Scott O. Nelson

Scott O. Nelson

SON/lb
Enclosures

cc      Colin Moore, Esq.
        Provost Umphrey

ALSO LICENSED IN:
\*   ALABAMA, FLORIDA AND LOUISIANA
\*\* ALABAMA