IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

2007 JUN 13 AM 9:58

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case no. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors | ) | Re: Docket Nos. 14150, 14763, 14929 |
| | ) | |

## NOTICE OF SERVICE OF PLEADINGS

Notice is hereby given that counsel for Claimants has this date served a true and correct copy of the following pleading to Counsel for the Debtors set forth on the attached Certificate of Service:

**Maples and Lomax, P.A. Responses to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms.**

Counsel for Claimants will maintain the original of said document.

Dated, this the 12th day of June, 2007.

Respectfully submitted,

MAPLES & LOMAX, P.A.

BY: _____
SCOTT O. NELSON, MSB #10063
MAPLES & LOMAX, P. A.
Post Office Drawer 1368
2502 Market Street
Pascagoula, MS 39568-1368
Phone: 228-762-3161
Facsimile: 228-762-5768

## CERTIFICATE OF SERVICE

FILED
2007 JUN 13 AM 9:58

I, Scott O. Nelson, do hereby certify that I have mailed this day the document set forth in the above Notice of Service of Pleadings to the following Counsel for Debtors:

| | |
|---|---|
| David M. Bernick<br>Janet S. Baer<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636 | **Via Federal Express** |
| Barbara M. Harding, Esq.<br>David E. Mendelson, Esq.<br>Amanda Basta, Esq.<br>KIRKLAND & ELLIS, LLP<br>655 Fifteenth Street, NW<br>Washington, DC 20005 | **Via First Class U. S. Mail** |
| Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Timothy P. Cairns, Esq.<br>PACHULSKI, STANG, ZIEHL, YOUNG,<br>JONES & WEINTRAUB LLP<br>919 North Market Street, 17th Floor<br>Post Office Box 8705<br>Wilmington, DE 19899-8705 | **Via First Class U. S. Mail** |

This, the 12th day of June, 2007

_____
SCOTT O. NELSON

# MAPLES AND LOMAX, P. A.

ATTORNEYS AT LAW
2502 MARKET STREET
P. O. DRAWER 1368
PASCAGOULA, MS 39568-1368

* F. GERALD MAPLES
  LOWRY M. LOMAX
** SCOTT O. NELSON

TELEPHONE
228 762 3161
FAX
228 762 5769

June 12, 2007

U. S. Bankruptcy Court       <u>**Via Federal Express**</u>
District of Delaware
824 Market Street
Wilmington, DE 19801

    Re:    *In Re: W. R. Grace & Co., et al., Debtors - Chapter 11*
             *Case No. 01-1139(JKF), Jointly Administered*
             *U. S. Bankruptcy Court For the District of Delaware*

Dear Sir/Madame:

    Enclosed please find the Notice of Service of Pleadings as to Maples and Lomax, P.A. Responses to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms which I would appreciate your filing in the above captioned matter. As of today's date our office has submitted a registration form to be able to electronically file in the future. A copy of this form is attached.

    You will also find enclosed a copy of the first page of this document which I would appreciate your stamping "Filed" and returning to our office in the enclosed self-addressed, stamped envelope. If you have any questions or require further information, please do not hesitate to contact this office.

                                      Sincerely,

                                      Scott O. Nelson

SON/lb
Enclosure

ALSO LICENSED IN:
* ALABAMA, FLORIDA AND LOUISIANA
** ALABAMA