# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Objection Deadline: June 8, 2007 at 4:00 p.m.<br>Hearing Date: June 25, 2007 at 2:00 p.m. |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 14717

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Twenty-Third Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From October 1, 2006 Through December 31, 2006** (the "Application") [Docket No. 14717] filed on March 1, 2007.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the Twenty-Third Quarterly Fee Application, objections to the Application were to be filed and served no later than June 8, 2007 at 4:00 p.m.

Dated: June 14, 2007
Wilmington, Delaware

_____
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302)-657-4942
Facsimile:   (302)-657-4901
Email:       mlastowski@duanemorris.com
             rwriley@duanemorris.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*

DM3\524054.1