IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| W.R. Grace & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtors. ) | (Jointly Administered) |

## STIPULATION AND AGREED ORDER
## EXPUNGING PROPERTY DAMAGE CLAIMS

The Debtors and Speights & Runyan hereby stipulate and agree as follows:

1. Speights & Runyan agrees to withdraw the claims of Sutter Place Office Building (Claim No. 10757), San Leandro Memorial Hospital (Claim No. 10805), Four Embarcodero Center (Claim No. 10885), Three Embarcodero Center (Claim No. 10886), and Santa Teresa Office Building (Claim No. 11227).

2. The Debtors and Speights & Runyan shall submit an agreed Order to the Court, attached hereto as Exhibit A, withdrawing and expunging the PD claims of Sutter Place Office Building (Claim No. 10757), San Leandro Memorial Hospital (Claim No. 10805), Four Embarcodero Center (Claim No. 10885), Three Embarcodero Center (Claim No. 10886), and Santa Teresa Office Building (Claim No. 11227).

Speights & Runyan

By: _____
C. Alan Runyan

Reed Smith LLP

By: _____
Traci S. Rea

Dated: April 11, 2007