# EXHIBIT 2

{D0015843:1 }

```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE

                                      .
IN RE:                                .    Chapter 11
                                      .
W.R. Grace & Co., et al.,             .
                                      .
          Debtor(s).                  .    Bankruptcy #01-01139 (JKF)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

                             Wilmington, DE
                           November 14, 2005
                              11:30 a.m.

                    TRANSCRIPT OF OMNIBUS HEARING
              BEFORE THE HONORABLE JUDITH K. FITZGERALD
                    UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For The Debtor(s):          Janet S. Baer, Esq.
                            Kirkland & Ellis, LLP
                            200 E. Randolph Drive
                            Chicago, IL 60601

                            Barbara H. Harding, Esq.
                            Kirkland & Ellis, LLP
                            655 Fifteenth Street, N.W.
                            Washington, DC 20005

                            Michelle H. Browdy, Esq.
                            Kirkland & Ellis, LLP
                            200 E. Randolph Drive
                            Chicago, IL 60601

                            Salvatore Bianca, Esq.
                            Kirkland & Ellis, LLP
                            200 E. Randolph Drive
                            Chicago, IL 60601

                            James O'Neill, Esq.
                            Pachulski, Stang, Ziehl,
                            Young, Jones & Weintraub
                            919 North Market Street
                            Wilmington, DE 19801
```

1  Proofs of Claims and have estimation process.

2         THE COURT:  You don't need a Proof of Claim to
3  estimate.  The whole process of a Proof of Claim is for the
4  Debtor or some other Party-In-Interest to substantiate that
5  that specific claim is either allowed or disallowed in the
6  bankruptcy process.  For estimation, if you're looking at an
7  aggregate, you don't need a Proof of Claim for that function.

8         MR. BECKER:  But we --

9         THE COURT:  The reason I permitted the questionnaires
10 was to try to get the -- what the Debtor said the Debtor needed
11 for its experts to evaluate in terms of the current mass of
12 claims and it was only ever supposed to be a sample.  Nobody
13 ever expected that every claimant was going to answer that
14 questionnaire, at least I certainly didn't.  Just like probably
15 not ever claimant's going to file a Proof of Claim.  There will
16 be entities that will miss bar dates.  It happens all of the
17 time.  There will be entities that don't respond to the
18 questionnaire.

19        MR. BECKER:  That is -- and that is the problem, Your
20 Honor.

21        THE COURT:  Well, it's not a problem.

22        MR. BECKER:  We need a data source.  I'm sorry, Your
23 Honor.

24        THE COURT:  I don't understand what the Debtor needs
25 by way of a data source.  The Debtor has been litigating these