# **EXHIBIT C**

# Claimants Snapshot

## Very Few Claimants Answer Key Questions on Face of Questionnaire.

| Category | Count |
|---|---|
| Total Historical Claims | 119,596 |
| Claimants Whose POCs Match Historical Database And Who Submitted PIQs | 79,100 |
| Claimants Who Answer "Diagnosing Doctor's Name" (Part II, Q. 2) | 28,845 |
| Claimants Who Answer "Name of B-reader" (Part II, Q. 4) | 23,748 |
| Claimants Who Answer "Is Claimant Being Treated" (Part II, Q. 7) | 17,266 |
| Claimants Who Identify a Product in Part III "Direct Grace Exposure" | 12,831 |
| Claimants Who Answer Part V "Non-Grace Exposure" | 2,633 |
| Claimants Who Answer These Key Questions | 1,208 |

Based on preliminary analysis.

GRS4207- 3

Ex 2