# **EXHIBIT F**

