## Attachment B
## To Fee Application

## Summary of PwC's Fees By Professional
### March 2007

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended March 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $655.59 | 19.2 | $ 12,587.33 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $585.48 | 6.9 | $ 4,039.81 |
| Carina B. Markel | Audit Partner | 17 | Integrated Audit | $768.75 | 9.0 | $ 6,918.75 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $556.50 | 5.0 | $ 2,782.50 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.76 | 2.1 | $ 826.90 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $467.40 | 1.5 | $ 701.10 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $376.38 | 35.5 | $ 13,361.49 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.36 | 49.0 | $ 13,982.64 |
| Christina Villate | Tax Manager | 7 | Integrated Audit | $236.25 | 2.0 | $ 472.50 |
| Morris N Jones | Audit Manager | 5.5 | Integrated Audit | $424.35 | 2.5 | $ 1,060.88 |
| Santos H Equitz | Audit Manager | 6 | Integrated Audit | $450.18 | 6.0 | $ 2,701.08 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 8.5 | $ 2,275.88 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $207.87 | 132.0 | $ 27,438.84 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $207.87 | 29.5 | $ 6,132.17 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $201.70 | 0.2 | $ 40.34 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $195.57 | 2.8 | $ 547.60 |
| Christopher W Park | Audit Senior Associate | 2 | Integrated Audit | $183.27 | 79.4 | $ 14,551.64 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | $189.00 | 1.3 | $ 245.70 |
| Brad Rosenblat | Audit Associate | 1 | Integrated Audit | $132.84 | | $ 265.68 |

{02411}

| Name | Title | | Type | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| | | | | | 2.0 | |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $145.14 | 12.5 | $ 1,814.25 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $132.84 | 33.2 | $ 4,410.29 |
| Jacqueline Calvo | Tax Associate | 2 | Integrated Audit | $141.75 | 3.2 | $ 453.60 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $111.93 | 127.0 | $ 14,215.11 |
| Louisa Feve | Audit Associate | <1 | Integrated Audit | $111.93 | 2.9 | $ 324.60 |
| Michelle Camara | Intern | <1 | Integrated Audit | $105.00 | 0.5 | $ 52.50 |
| TOTAL | | | | | 573.7 | $ 132,203.15 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    49.2

$    5,867.10

## Summary of PwC's Fees By Project Category:
## March 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |

{02411}

| | | |
|---|---|---|
| 12-Fee Applications, Others | 49.2 | $5,867.10 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 573.7 | $132,203.15 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 622.9 | $138,070.25 |

**Expense Summary**
**March 2007**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $6,392.90 |
| Lodging | N/A | $782.15 |
| Sundry | N/A | $21.45 |
| Business Meals | N/A | $933.53 |
| TOTAL: | | $8,130.03 |

{02411}