# EXHIBIT - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended March 31, 2007**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|------|-------|----------------------------------|-----------|--|---------------|
| **FEE APPLICATION PREPARATION** | | | | | |
| | | | | | |
| **Name:  Ryan Neice** | | | | | |
| 3/20/2007 | 1.3 | Prepared WR Grace fee application. | $ | 104.55 $ | 135.92 |
| 3/21/2007 | 1.2 | Prepared WR Grace fee application. | $ | 104.55 $ | 125.46 |
| 3/22/2007 | 0.7 | Prepared WR Grace fee application. | $ | 104.55 $ | 73.19 |
| | **3.2** | | | | |
| | | | | | |
| **Name:  Melissa Noel** | | | | | |
| 3/8/2007 | 2.0 | preparing fee application | $ | 111.93 | 223.86 |
| 3/9/2007 | 6.0 | preparing fee application | $ | 111.93 | 671.58 |
| 3/12/2007 | 6.0 | preparing fee application | $ | 111.93 | 671.58 |
| 3/13/2007 | 2.0 | preparing fee application | $ | 111.93 | 223.86 |
| 3/14/2007 | 5.0 | preparing fee application | $ | 111.93 | 559.65 |
| 3/15/2007 | 3.0 | preparing fee application | $ | 111.93 | 335.79 |
| 3/16/2007 | 1.0 | preparing fee application | $ | 111.93 | 111.93 |
| 3/19/2007 | 3.0 | preparing fee application | $ | 111.93 | 335.79 |
| 3/20/2007 | 1.0 | preparing fee application | $ | 111.93 | 111.93 |
| 3/21/2007 | 4.0 | preparing fee application | $ | 111.93 | 447.72 |
| 3/22/2007 | 2.0 | preparing fee application | $ | 111.93 | 223.86 |
| 3/23/2007 | 2.0 | preparing fee application | $ | 111.93 | 223.86 |
| 3/27/2007 | 4.0 | preparing fee application | $ | 111.93 | 447.72 |
| 3/30/2007 | 1.0 | preparing fee application | $ | 111.93 | 111.93 |
| | **42.0** | | | | |
| | | | | | |
| **Name:  Pamela Reinhardt** | | | | | |
| 3/12/2007 | 2.0 | Reviewing November time for the bankruptcy reporting | $ | 207.87 $ | 415.74 |
| 3/30/2007 | 2.0 | Reviewing January time for bankruptcy reporting | $ | 207.87 $ | 415.74 |
| | **4.0** | | | | |
| | | | | | |
| **Totals** | **49.2** | **Total Grace Time Tracking Charged Hours** | | $ | **5,867.10** |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended March 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $655.59 | 19.2 | $ 12,587.33 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $585.48 | 6.9 | $ 4,039.81 |
| Carina B. Markel | Audit Partner | 17 | Integrated Audit | $768.75 | 9.0 | $ 6,918.75 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $556.50 | 5.0 | $ 2,782.50 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.76 | 2.1 | $ 826.90 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $467.40 | 1.5 | $ 701.10 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $376.38 | 35.5 | $ 13,361.49 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.36 | 49.0 | $ 13,982.64 |
| Christina Villate | Tax Manager | 7 | Integrated Audit | $236.25 | 2.0 | $ 472.50 |
| Morris N Jones | Audit Manager | 5.5 | Integrated Audit | $424.35 | 2.5 | $ 1,060.88 |
| Santos H Equitz | Audit Manager | 6 | Integrated Audit | $450.18 | 6.0 | $ 2,701.08 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 8.5 | $ 2,275.88 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $207.87 | 132.0 | $ 27,438.84 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $207.87 | 29.5 | $ 6,132.17 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $201.70 | 0.2 | $ 40.34 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $195.57 | 2.8 | $ 547.60 |
| Christopher W Park | Audit Senior Associate | 2 | Integrated Audit | $183.27 | 79.4 | $ 14,551.64 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | $189.00 | 1.3 | $ 245.70 |
| Brad Rosenblat | Audit Associate | 1 | Integrated Audit | $132.84 | 2.0 | $ 265.68 |
| Erica Margollus | Audit Associate | 1 | Integrated Audit | $145.14 | 12.5 | $ 1,814.25 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $132.84 | 33.2 | $ 4,410.29 |
| Jacqueline Calvo | Tax Associate | 2 | Integrated Audit | $141.75 | 3.2 | $ 453.60 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $111.93 | 127.0 | $ 14,215.11 |
| Louisa Feve | Audit Associate | <1 | Integrated Audit | $111.93 | 2.9 | $ 324.60 |
| Michelle Camara | Intern | <1 | Integrated Audit | $105.00 | 0.5 | $ 52.50 |
| TOTAL | | | | | 573.7 | $ 132,203.15 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/1/2007 | 0.4 | Discuss status of Form 10-K with B Dockman (Grace), D Parker and M de Guzman (PwC) |
| | 0.3 | Discuss audit status and Form 10-K status with B Tarola (Grace) |
| | 3.3 | Review audit file |
| 3/7/2007 | 1.6 | Discuss risk assessment process with B Tarola, E Bull, B Dockman, B Summerson (Grace), D Parker, M de Guzman and P Reinhardt (PwC) |
| | 0.4 | Read Bankruptcy News |
| | 0.5 | Review draft annual report |
| | 0.5 | Discuss risk assessment process with M de Guzman and P Reinhardt (PwC) |
| 3/13/2007 | 2.5 | Discuss audit planning for 2007 with M de Guzman, P Reinhardt, C Park, A Lueck, E Margolius and |
| | 0.6 | Discuss XBRL financial statement filing project with T Dyer (Grace), M de Guzman and P Reinhardt |
| | 0.4 | Research XBRL financial statement filing protocol |
| 3/22/2007 | 0.7 | Discuss audit planning with M de Guzman |
| 3/27/2007 | 1.2 | Discuss audit strategy and planning with D Parker (PwC) |
| | 4.8 | Audit team planning meeting to discuss audit approach - D Parker, M de Guzman, P Reinhardt, C F |
| 3/28/2007 | 1.0 | Review continuance assessment |
| 3/29/2007 | 1.0 | Attend income tax audit planning call with B Shub-Gayer, D Spratt, M Yasin, J Calvo, D Parker and |

| | | |
|---|---|---|
| | **19.2** | **Total Grace Integrated Audit Charged Hours** |
| | **19.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  John Newstead** | | |
| 3/1/2007 | 3.1 | review of year end testing results, evidence and database |
| 3/5/2007 | 2.6 | review of year end testing results, evidence and database contd |
| 3/8/2007 | 1.2 | wrap up of working papers |
| | **6.9** | **Total Grace Integrated Audit Charged Hours** |
| | **6.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Carina Markel** | | |
| 3/9/2007 | 1.0 | IFRS and US GAAP |
| 3/19/2007 | 3.0 | IFRS and US GAAP |
| 3/20/2007 | 5.0 | IFRS and US GAAP |
| | **9.0** | **Total Grace Integrated Audit Charged Hours** |
| | **9.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  George Baccash**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/1/2007 | 2.0 | review final documantation and sign off |
| 3/16/2007 | 1.0 | Telecon re: debrief and planning 2007 |
| 3/29/2007 | 2.0 | FIN 48 discussions and discuss dividends distribution, change intax memo. |
| | **5.0** | **Total Grace Integrated Audit Charged Hours** |
| | **5.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Bonnie Shub-Gayer**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/2/2007 | 0.5 | Tax Provision '07 Planning |
| 3/12/2007 | 0.3 | Tax Provision '07 Planning |
| 3/15/2007 | 0.3 | Meeting Planning |
| 3/16/2007 | 0.5 | Tax Provision '07 Planning |
| 3/26/2007 | 0.5 | Tax Provision '07 Planning |
| | **2.1** | **Total Grace Integrated Audit Charged Hours** |
| | **2.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Thomas Kalinosky**

| | | |
|------|-------|----------------------------------|
| 3/1/2007 | 1.5 | Review of environment reserves |

| | 1.5 | **Total Grace Integrated Audit Charged Hours** |
|------|-------|----------------------------------|

| | 1.5 | **Total Hours** |
|------|-------|----------------------------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Douglas Parker** | | |
| 3/1/2007 | 4.0 | Final sign-offs and wrap-up up of MyClient file; preparation for archive; review EDGAR 10K Review Summary Plan & Results for 2006; Audit Strategy Memo; SPA involvement - all in |
| 3/5/2007 | 3.5 | preparation for 2007 planning meeting |
| 3/6/2007 | 2.5 | Planning & scoping for 2007 audit |
| 3/9/2007 | 4.0 | Planning & scoping for 2007 audit; draftting audit committee presentation |
| 3/10/2007 | 3.5 | Planning & scoping for 2007 audit; Audting Standard No. 5 (proposed) considerations |
| 3/26/2007 | 3.5 | Meetings & coordination with PwC SPA team |
| 3/27/2007 | 8.5 | Planning for Q 1 2007 review |
| 3/28/2007 | 4.0 | Planning for Q 1 2007 review |
| 3/29/2007 | 2.0 | Grace Q 1 tax provision planning call (with PwC tax team in S. Florida) |
| | **35.5** | **Total Grace Integrated Audit Charged Hours** |
| | **35.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Marvin deGuzman**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/1/2007 | 8.0 | Review of year end work and database |
| 3/7/2007 | 4.0 | Review of 404 findings and impact of AS5 |
| 3/9/2007 | 2.0 | PwC Call for Grace's application of XBRL with Bill Bishop (PwC), Mike Willis (PwC), etc. |
| 3/12/2007 | 6.0 | Review of 404 findings and impact of AS5 |
| 3/13/2007 | 1.0 | Meeting with Tom Dyer (Grace), Bill Bishop (PwC) and Pam Reinhardt (PwC) to discuss XBRL |
| 3/13/2007 | 3.0 | Debriefing on 2004 and discussion on impact of AS5 in 2007 with Bill Bishop (PwC), Pam Reinhardt (PwC), Chris Park (PwC), Lynda Keorlot (PwC) and Erica Margolius (PwC) |
| 3/13/2007 | 4.0 | Preparation of 2007 Acceptance and Continuance |
| 3/21/2007 | 1.0 | Meeting with Ed Bull (Grace), Barb Summerson (Grace) and Pam Reinhardt (PWC) to discuss ERM and Risk Assessment of Grace |
| 3/21/2007 | 5.0 | Risk Assessment and Acceptance and Continuance for Grace |
| 3/22/2007 | 2.0 | Updating the 2007 Acceptance and Continuance |
| 3/26/2007 | 4.0 | Review of revised Risk Assessment and Summary of Planning Results |
| 3/27/2007 | 7.0 | Review of team's Risk Assessment and Summary of Planning Results and plan for 2007 |
| 3/28/2007 | 2.0 | Finalization of the 2007 Acceptance and Continuance |
| | **49.0** | **Total Grace Integrated Audit Charged Hours** |
| | **49.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Christina Villate** | | |
| 3/6/2007 | 2.0 | Review of income tax provisions for the year ended December 31, 2004. |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Morris Jones**

| 3/19/2007 | 2.5 | Hedge Accounting, embedded derivatives, comments on presenation Carina Markel, Partner-Amsterdam, gave to Grace meeting during March 2007 |

|  | 2.5 | **Total Grace Integrated Audit Charged Hours** |

|  | 2.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Santos H Equitz**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/12/2007 | 5.0 | Effort related to the compilation and preparation of the US GAAP vs. IFRS presentation for the meeting Rome. |
| 3/14/2007 | 1.0 | Effort related to the compilation and preparation of the US GAAP vs. IFRS presentation for the meeting Rome. |

|       | 6.0 | **Total Grace Integrated Audit Charged Hours** |
|-------|-----|------------------------------------------------|

|       | 6.0 | **Total Hours** |
|-------|-----|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Daniel Spratt** | | |
| 3/1/2007 | 2.0 | Year end tax provision review. |
| 3/2/2007 | 2.0 | Year end tax provision review. |
| 3/5/2007 | 2.0 | Year end tax provision review. |
| 3/6/2007 | 2.0 | Year end tax provision review. |
| 3/19/2007 | 0.5 | Darex provision review. |
| | **8.5** | **Total Grace Integrated Audit Charged Hours** |
| | **8.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Pamela Reinhardt**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/1/2007 | 5.0 | Completing the database for sign off on the year |
|  | 1.0 | Preparing the final sign off on the opinion and management letters |
|  | 1.0 | Documenting the final steps for the international deliverables |
|  | 1.0 | Completing the final documentation for the pension matters at year end |
| 3/2/2007 | 2.0 | Working on the external binders for the archiving files |
|  | 1.0 | Reading through the tax files |
|  | 1.0 | Cleaning up the database and preparing for the archieve |
| 3/6/2007 | 1.0 | Meeting with D.Parker (PwC) for planning for the 2007 audit |
|  | 1.0 | Working on different methods to test journal entries |
|  | 2.0 | Working on efficiencies for the 2007 audit |
|  | 2.0 | Reading through AS 5 guidance |
| 3/7/2007 | 2.0 | Meeting with PwC audit team to discuss AS5 and how it effects Grace |
|  | 1.0 | Putting together the first quarter PBC listing for the client |
|  | 2.0 | Writing an evaluation for L. Keorlet, PwC |
|  | 1.0 | Reviewing the process flow charts for 404 work |
| 3/8/2007 | 5.0 | Preparing 404 matrices |
|  | 1.0 | Working on materiality for the 2007 audit |
|  | 2.0 | Preparing the first quarter 2007 database |
| 3/9/2007 | 3.0 | Working on the 404 matrices |
| 3/12/2007 | 4.0 | Updating the audit strategy memo |
|  | 1.0 | Preparing for the independence database for 2007 |
|  | 1.0 | Reviewing the procedures for the first quarter |
| 3/13/2007 | 3.0 | 404 debrief meeting with Grace Internal Audit |
|  | 1.0 | Discussion around XBRL with T.Dyer, K.Blood (Grace) and B.Bishop M.DeGuzman (PwC) |
|  | 1.0 | Working on the audit committee presenation |
|  | 3.0 | Working on efficiencies for the 404 audit |
| 3/14/2007 | 4.0 | Reading through process flowcharts to document where procedures are the same |
|  | 2.0 | Reviewing all the key controls and figuring out what controls can be changed |
|  | 2.0 | Working on the audit strategy memo |
| 3/15/2007 | 3.0 | Reading through the 404 processes |
|  | 2.0 | Documenting planning in the first quarter database |
|  | 3.0 | Working on a 2007 budget |
| 3/19/2007 | 1.0 | Going through the legal subsidiaries |
|  | 5.0 | Update and review 2006 Control Matrices for 2007 |
| 3/20/2007 | 6.0 | Update and review 2006 Control Matrices for 2007 |
| 3/21/2007 | 1.0 | Meeting with E.Bull (grace) to go over 404 controls work |
|  | 7.0 | Prepare 2007 Summary Plan and Results |
| 3/22/2007 | 8.0 | Prepare 2007 Summary Plan and Results |
| 3/23/2007 | 8.0 | Prepare 2007 Summary Plan and Results |
| 3/26/2007 | 3.0 | Working on budget for 2007 audit |
|  | 3.0 | Preparing 2007 Summary Plan and Results |
|  |  | Grace 2007 Audit Planning Meeting w/ B. Bishop, A. Lueck, D. Parker, P. Reinhardt, M. De |
| 3/27/2007 | 5.0 | Guzman (PwC) |
|  | 3.0 | Working on budget for 2007 audit |
| 3/28/2007 | 5.0 | Reviewing Grace process flowcharts to budget for the '07 budget. |
|  | 2.0 | Reviewing responsiblity matrix for the 2007 audit |
|  | 1.0 | Reviewing staffing for the 2007 audit |
| 3/29/2007 | 1.0 | Meeting with B.Summerson (Grace) to discuss plans for 2007 sarbanes work |
|  | 1.0 | Call with the Grace PwC tax team to discuss FIN 48 |
|  | 4.0 | Reviewing Grace process flowcharts to budget for the '07 budget. |
| 3/30/2007 | 3.0 | Reviewing Grace process flowcharts to budget for the '07 budget and documenting improvements |
|  | **132.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **132.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Maria Afuang** | | |
| 3/1/2007 | 2.3 | Prepare and document the auditors' report, Letter to CFO and consent letter |
| | 0.4 | Discuss with Tom Dyer (Grace) regarding changes in the 10-K |
| | 2.3 | Review of latest draft of the 10-K |
| | 3.0 | Review steps in the database |
| 3/2/2007 | 6.5 | Tie out changes in the final 10-K |
| | 1.0 | Document completion steps in the database |
| | 0.5 | Follow up with Tom Dyer (Grace) regarding representation letter and filing of the 10-K |
| 3/5/2007 | 5.5 | Arrange external workpaper |
| | 3.0 | Arrange workpaper binders |
| | 1.0 | Prepare PBC for the first quarter review |
| 3/9/2007 | 4.0 | Review AS5 and its applicability |
| | **29.5** | **Total Grace Integrated Audit Charged Hours** |
| | **29.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Cindy Y Chen** | | |
| 3/5/2007 | 0.2 | Prepared 2007 budget |
| | **0.2** | **Total Grace Integrated Audit Charged Hours** |
| | **0.2** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Michael McDonnell** | | |
| 3/15/2007 | 0.5 | Conference call with corporate team for Q1 |
| 3/20/2007 | 0.3 | Conference call with WR Grace team at Cambridge office |
| 3/23/2007 | 2.0 | Year end wrap up for external files; review and archive |
| | **2.8** | **Total Grace Integrated Audit Charged Hours** |
| | **2.8** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Christopher W Park**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/1/2007 | 1.0 | Document completion areas of database |
| | 1.5 | Complete and document other company code scanning analytics |
| | 1.0 | Review corporate audit section |
| | 1.3 | Complete international audit documentation |
| 3/12/2007 | 1.5 | Document ART Steps in Database |
| | 0.3 | Email ART Charge code to PwC Japan team |
| 3/13/2007 | 3.0 | Meeting with B. Bishop, P. Reinhardt, E. Margolius, M. De Guzman, A. Lueck, L. Keorlet (PwC) to discuss AS5 |
| | 3.7 | Update and review 2006 Control Matrices for 2007 |
| 3/14/2007 | 5.2 | Update and review 2006 Control Matrices for 2007 |
| | 1.5 | Complete Corporate PBC for Q1 |
| 3/15/2007 | 4.8 | Update and review 2006 Control Matrices for 2007 |
| 3/16/2007 | 3.8 | Update and review 2006 Control Matrices for 2007 |
| 3/19/2007 | 7.8 | Update and review 2006 Control Matrices for 2007 |
| 3/20/2007 | 7.8 | Update and review 2006 Control Matrices for 2007 |
| 3/21/2007 | 1.0 | 404 Meeting with E. Bull & B. Summerson (Grace) and M. De Guzman, P. Reinhardt (PwC) |
| | 6.7 | Prepare 2007 Summary Plan and Results |
| 3/22/2007 | 7.8 | Prepare 2007 Summary Plan and Results |
| 3/23/2007 | 5.7 | Prepare 2007 Summary Plan and Results |
| | 0.5 | Phone Call with B. Bishop to discuss future on Grace Engagement |
| 3/26/2007 | 5.8 | Prepare 2007 Summary Plan and Results |
| 3/27/2007 | 5.0 | Grace 2007 Audit Planning Meeting w/ B. Bishop, A. Lueck, D. Parker, P. Reinhardt, M. De Guzman (PwC) |
| | 2.7 | Prepare 2007 Summary Plan and Results |

| | **79.4** | **Total Grace Integrated Audit Charged Hours** |
|--|-----------|-------------------------------------------------|

| | **79.4** | **Total Hours** |
|--|-----------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| | | **Name:  Mohamed Yasin** |
| 3/29/2007 | 1.3 | Participated in conference call to plan for the FY 2007 Q1 review and FIN 48 adoption. |
| | 1.3 | **Total Grace Integrated Audit Charged Hours** |
| | 1.3 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Brad Rosenblat** | | |
| 3/12/2007 | 2.0 | 2007 budget work |
| | 2.0 | **Total Grace Integrated Audit Charged Hours** |
| | 2.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Erica Margolius** | | |
| 3/1/2006 | 0.5 | Review Legal Letter |
| 3/1/2006 | 1.0 | Complete documentation in legal steps |
| 3/1/2006 | 8.0 | Tie out of 10K |
| 3/14/2007 | 3.0 | 404 Debrief / Planning meeting for AS 5 |
| | **12.5** | **Total Grace Integrated Audit Charged Hours** |
| | **12.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Linda Keorlet** | | |
| 3/1/2007 | 1.0 | Finalize Summary of Comfort steps |
| | 7.0 | Work on tie-out of form 10K ; as changes go through communicate with Tom Dyer (Grace) and audit team to ensure appropriateness |
| 3/2/2007 | 2.0 | Monitor changes to 10K as final draft is filed, ensure expected changes make final version |
| 3/5/2007 | 7.0 | Create final tie-out copy of Form 10K filed, consolidating all tickmarks |
| | 1.0 | Review database to respond to open steps in preparation for archive |
| 3/6/2007 | 2.0 | Participate in and prepare for feedback program on the journal entry testing tools utilized at grace during year end |
| | 1.0 | Rollforward Q1 2007 database |
| 3/7/2007 | 1.3 | Organize contract and SOAR binders for archiving |
| | 1.2 | Read & tie out Annual Report coversheets |
| | 0.3 | Organize tie-out binder for filing |
| | 2.2 | Begin first quarter 2007 PBC list |
| 3/8/2007 | 1.4 | Assist D.Parker, PwC, with preparation of presentation on US GAAP vs. IFRS to be presented to Grace in Rome |
| | 2.6 | File important year end documents for future reference on Grace Q1 audit |
| 3/13/2007 | 2.0 | 404 Debrief / Planning Meeting for AS 5 |
| 3/14/2007 | 1.2 | Deploy Q1 database and finalize work on Q1 PBC list |

| | | |
|--|--|--|
| | **33.2** | **Total Grace Integrated Audit Charged Hours** |
| | **33.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Jacqueline Calvo** | | |
| 3/16/2007 | 0.7 | meetings for the 2006 and 2007 provision |
| 3/29/2007 | 2.5 | meetings for the 2006 and 2007 provision |
| | **3.2** | **Total Grace Integrated Audit Charged Hours** |
| | **3.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Adam Lueck**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/1/2007 | 9.0 | I am organizing documentation and correspondence regarding the 2006 year end audit file. |
| 3/5/2007 | 4.0 | I am organizing documentation and correspondence regarding the 2006 year end audit file. |
| | 5.0 | I am completing the tie-out of the final 2006 form 10-K. |
| 3/6/2007 | 8.0 | I am completing the tie-out of the final 2006 form 10-K. |
| 3/7/2007 | 3.0 | I am organizing and preparing the 2006 audit binder. |
| | 1.0 | I am creating a paper file index for the 2006 audit binder. |
| 3/8/2007 | 2.5 | I am completing the external 2006 audit binder. |
| | 0.5 | I am reviewing Grace files in preparation for the first quarter audit. |
| | 2.0 | I am researching chemical industry guidance applicable to Grace processes. |
| | 1.0 | I am updating the cash confirmation control log to reflect updated bank account information used during the 2006 audit. |
| 3/9/2007 | 2.0 | I am reviewing Grace files in preparation for the first quarter audit. |
| | 2.0 | I am updating the cash confirmation control log to reflect updated bank account information used during the 2006 audit. |
| | 1.0 | I am reviewing AS5 standards, as well as PwC guidance regarding this statement in preparation for our team meeting on how this new standard will affect W.R. Grace. |
| 3/12/2007 | 1.0 | I am reviewing AS5 standards, as well as PwC guidance regarding this statement in preparation for our team meeting on how this new standard will affect W.R. Grace. |
| 3/13/2007 | 1.0 | I am attending the AS5 audit team meeting. |
| | 3.0 | I am creating a responsibility matrix for Grace process control in response to Audit Standard 5. |
| | 3.0 | |
| 3/14/2007 | 2.0 | I am creating updated control matrices for Cambridge, MA Capital Asset Management processes. |
| | 2.0 | I am creating updated control matrices for Columbia, MD Capital Asset Management processes. |
| | 2.0 | I am creating updated control matrices for Lake Charles, LA Capital Asset Management processes. |
| 3/15/2007 | 1.5 | I am creating updated control matrices for Cambridge, MA Credit & Collections  processes. |
| | 2.0 | I am creating updated control matrices for Columbia, MD Credit & Collections  processes. |
| 3/16/2007 | 1.0 | I am creating updated control matrices for Cambridge, MA Procurement processes. |
| 3/19/2007 | 2.0 | I am creating updated control matrices for Columbia, MD Corporate Treasury processes. |
| | 2.0 | I am creating updated control matrices for Cambridge, MA Sales/Order Processing processes. |
| | 1.5 | I am creating updated control matrices for Chicago 51st St. Darex Sales/Order Processing processes. |
| | 2.0 | I am creating updated control matrices for Chicago 51st St. SCC Sales/Order Processing processes. |
| 3/20/2007 | 2.0 | I am creating updated control matrices for Columbia, MD Sales/Order Processing processes. |
| | 2.0 | I am creating updated control matrices for Lake Charles, LA Sales/Order Processing processes. |
| | 2.0 | I am reviewing all control matrices and forwarded them for review. |
| 3/21/2007 | 3.0 | I am reviewing the AS5 Integrated Audit Guide in preparation for the 2007 audit. |
| | 5.0 | I am creating the 2006 ART Representation Letter. |
| 3/22/2007 | 8.0 | I am rolling forward the Grace Q1 2007 database. |
| 3/23/2007 | 1.0 | I am rolling forward the Grace Q1 2007 database. |
| 3/26/2007 | 8.0 | I am rolling forward the Grace Q1 2007 database. |
| 3/27/2007 | 5.0 | I am attending the PwC audit planning meeting with W. Bishop, D. Parker, M. DeGuzman, P. Reinhardt, & C. Park. |
| | 3.0 | I am reviewing January financial reports. |
| 3/28/2007 | 8.0 | I am reviewing Grace process flowcharts to budget for the '07 budget. |
| 3/29/2007 | 8.0 | I am reviewing Grace process flowcharts to budget for the '07 budget. |
| 3/30/2007 | 6.0 | I am reviewing Grace process flowcharts to budget for the '07 budget. |
| | **127.0** | **Total Grace Integrated Audit Charged Hours** |

__127.0__    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Louisa Feve** | | |
| 3/2/2007 | 0.1 | Discuss with Doug Parker (PwC) over the phone what else he wants for US GAAP/IFRS presentation |
| | 2.8 | Populate presentation with information from report on US GAAP vs IFRS reporting. |
| | **2.9** | **Total Grace Integrated Audit Charged Hours** |
| | **2.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Michelle Camara**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/2/2007 | 0.5 | IFRS presentation preparation |
| | **0.5** | **Total Grace Integrated Audit Charged Hours** |
| | **0.5** | **Total Hours** |