# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended March 31, 2007

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 3/13/07 | | | | $ 122.30 | Audit team lunch at Michael's Pub - P Reinhardt, C Park, A Lueck, M de Guzman, B Rosenblat (PwC) |
| Carina B. Markel | Integrated Audit | 3/15/07 | $ 1,450.75 | | | | Airfare |
| | Integrated Audit | 3/20/07 | | | | $ 47.44 | Lunch |
| | Integrated Audit | 3/20/07 | | $ 390.21 | | | lodging |
| | Integrated Audit | 3/20/07 | | | | $ 100.59 | Please note that this is for 2 meals, Roomservice Breakfast and Dinner |
| | Integrated Audit | 3/20/07 | | | $ 1.50 | | Phone/fax usage |
| | Integrated Audit | 3/21/07 | | $ 391.94 | | | lodging |
| | Integrated Audit | 3/21/07 | | | | $ 55.97 | Roomservice dinner |
| | Integrated Audit | 3/19/07 | $ 47.89 | | | | Taxi |
| | Integrated Audit | 3/19/07 | $ 58.53 | | | | Taxi |
| | Integrated Audit | 3/20/07 | $ 55.93 | | | | Taxi |
| | Integrated Audit | 3/20/07 | $ 62.58 | | | | Taxi |
| | Integrated Audit | 3/21/07 | $ 58.22 | | | | Taxi |
| | Integrated Audit | 3/21/07 | $ 44.18 | | | | Taxi |
| | Integrated Audit | 3/19/2007 | | | $ 19.95 | | Telecom WiFi Italia (phone/Internet/Blackberry usage) |
| Douglas Parker | Integrated audit | 3/20/07 | $ 4,258.90 | | | | Airfare to attend Grace European finance organization meeting in Rome on 3/20/2007 and give presentation on US GAAP vs. IFRS |
| | Integrated audit | 3/20/07 | $ 16.00 | | | | American Express travel service fee related to above airfare to attend Grace European finance organization meeting in Rome on 3/20/2007 and give presentation on US GAAP vs. IFRS |
| Marvin de Guzman | Integrated Audit | 3/1/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 3/7/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 3/13/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 3/21/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 3/27/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| Pam Reinhardt | Integrated Audit | 3/1/07 | $ 18.44 | | | | Excess mileage to the client site (38 miles * .485 = $18.44) |
| Maria J. Afuang | Integrated Audit | 3/1/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 3/2/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 3/5/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 3/6/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 3/7/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| Brad Rosenblat | Integrated Audit | 3/12/07 | $ 36.38 | | | | Travel to Columbia, MD for 2007 planning work at Grace |
| | Integrated Audit | 3/13/07 | $ 36.38 | | | | Travel to Columbia, MD for 2007 planning work at Grace |
| Lynda Keorlet | Integrated Audit | 3/7/2007 | | | | $ 131.22 | Client wrap up lunch held for audit team & Grace Finance team to celebrate end of 2006 audit |
| | Integrated Audit | 3/14/2007 | $ 16.98 | | | | Travel to Tysons Corner from Columbia MD to send US GAAP vs. IFRS binders to Rome for D.Parker, for Grace presentation |
| | Integrated Audit | 3/14/2007 | $ 6.79 | | | | Travel to DC (other client) from Tysons for above referenced purpose |
| Adam Lueck | Integrated Audit | 2/26/2007 | | | | $ 237.64 | W.R. Grace audit team overtime meal |
| | Integrated Audit | 2/27/2007 | | | | $ 222.31 | W.R. Grace audit team overtime meal |
| | Integrated Audit | 3/7/07 | | | | $ 16.06 | W.R. Grace audit team party with client. |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 8,130.03 | $ 6,392.90 | $ 782.15 | $ 21.45 | $ 933.53 |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended March 31, 2007

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 3/13/07 | Audit Partner | $122.30 | Audit team lunch at Michael's Pub - P Reinhardt, C Park, A Lueck, M de Guzman, B Rosenblat (PwC) |
| | | | **$ 122.30** | |
| Carina B. Markel | 3/15/07 | Audit Partner | $ 1,450.75 | Airfare |
| | 3/20/07 | Audit Partner | $ 47.44 | Lunch |
| | 3/20/07 | Audit Partner | $ 390.21 | |
| | 3/20/07 | Audit Partner | $ 100.59 | Please note that this is for 2 meals, Roomservice Breakfast and Dinner |
| | 3/20/07 | Audit Partner | $ 1.50 | Phone/fax usage |
| | 3/21/07 | Audit Partner | $ 391.94 | |
| | 3/21/07 | Audit Partner | $ 55.97 | Roomservice dinner |
| | 3/19/07 | Audit Partner | $ 47.89 | Taxi |
| | 3/19/07 | Audit Partner | $ 58.53 | Taxi |
| | 3/20/07 | Audit Partner | $ 55.93 | Taxi |
| | 3/20/07 | Audit Partner | $ 62.58 | Taxi |
| | 3/21/07 | Audit Partner | $ 56.22 | Taxi |
| | 3/21/07 | Audit Partner | $ 44.18 | Taxi |
| | 3/19/07 | Audit Partner | 19.95 | Telecom WiFi Italia (phone/Internet/Blackberry usage) |
| | | | **$ 2,783.68** | |
| Doug Parker | 3/20/07 | Audit Senior Manager | $ 4,258.90 | Airfare to attend Grace European finance organization meeting in Rome on 3/20/2007 and give presentation on US GAAP vs. IFRS |
| | 3/20/07 | Audit Senior Manager | $ 15.00 | American Express travel service fee related to above airfare to attend Grace European finance organization meeting in Rome on 3/20/2007 and give presentation on US GAAP vs. IFRS |
| | | | **$ 4,273.90** | |
| Marvin de Guzman | 3/1/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 3/7/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 3/13/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 3/21/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 3/27/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | | | **$ 179.45** | |
| Maria J. Afuang | 3/1/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 3/2/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 3/5/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 3/6/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 3/7/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | | | **$ 48.50** | |
| Pamela Reinhardt | 3/1/07 | Audit Senior Associate | $ 18.44 | Excess mileage to the client site (38 miles * .485 = $18.44) |
| | | | **$ 18.44** | |
| Brad Rosenblat | 3/12/07 | Audit Associate | $ 36.38 | Travel to Columbia, MD for 2007 planning work at Grace |
| | 3/13/07 | Audit Associate | $ 36.38 | Travel to Columbia, MD for 2007 planning work at Grace |
| | | | **$ 72.76** | |
| Lynda Keorlet | 3/7/2007 | Audit Associate | $ 131.22 | Client wrap up lunch held for audit team & Grace Finance team to celebrate end of 2006 audit |
| | 3/14/2007 | Audit Associate | $ 16.98 | Travel to Tysons Corner from Columbia MD to send US GAAP vs. IFRS binders to Rome for D.Parker, for Grace presentation |
| | 3/14/2007 | Audit Associate | $ 6.79 | Travel to DC (other client) from Tysons for above referenced purpose |
| | | | **$ 154.99** | |
| Adam Lueck | 2/26/2007 | Audit Associate | $ 237.64 | W.R. Grace audit team overtime meal |
| | 2/27/2007 | Audit Associate | $ 222.31 | W.R. Grace audit team overtime meal |
| | 3/7/2007 | Audit Associate | $ 16.06 | W.R. Grace audit team party with client. |
| | | | **$ 476.01** | |