# EXHIBIT 2

# for WR Grace

**Total number of parties: 12**

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24898 | CALGARY BOARD OF EDUCATION, SOUTHWOOD ELEMENTARY-898 SYLVESTER CRES SW, CALGARY, AB, T2W0R7CANADA | US Mail (1st Class) |
| 24898 | CALGARY BOARD OF EDUCATION, SIR JAMES LOUGHEED ELEMENTARY-3519 36 AVE SW, CALGARY, AB, T3E1C2CANADA | US Mail (1st Class) |
| 24898 | HUDSON S BAY COMPANY ZELLERS, 1735 WEST ARTHUR STREET, THUNDERBAY, ON, P7E5S2CANADA | US Mail (1st Class) |
| 24898 | SPEIGHTS, DANIEL A, (RE: TORONOT DISTRICT SCHOOL BOARD), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24898 | SPEIGHTS, DANIEL A, (RE: CALGARY BOARD OF EDUCATION), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24898 | SPEIGHTS, DANIEL A, (RE: HUDSON S BAY COMPANY ZELLERS), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24898 | SPEIGHTS, DANIEL A, (RE: WILLIAM OSLER HEALTH CENTRE), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24898 | SPEIGHTS, DANIEL A, (RE: TORONTO DISTRICT SCHOOL BOARD), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24898 | TORONOT DISTRICT SCHOOL BOARD, 401 ALLIANCE AVENUE, TORONTO, ON, M6N2J1CANADA | US Mail (1st Class) |
| 24898 | TORONTO DISTRICT SCHOOL BOARD, 50 HADRIAN DRIVE, TORONTO, ON, M9W1V4CANADA | US Mail (1st Class) |
| 24898 | TORONTO DISTRICT SCHOOL BOARD, 401 ALLIANCE AVENUE, TORONTO, ON, M6N2J1CANADA | US Mail (1st Class) |
| 24898 | WILLIAM OSLER HEALTH CENTRE, 101 HUMBER COLLEGE BOULEVARD, ETOBICOKE, ON, M9V1R8CANADA | US Mail (1st Class) |

**Subtotal for this group: 12**