# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| W.R. Grace & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Related to Docket No. 9315 |
| ) | Docket No. 15626 |

## ORDER DISALLOWING AND EXPUNGING PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan law firm have stipulated and agreed that the property damage claims filed on behalf of The California State University (Claim Nos. 9838, 9839, 9842 and 9889), Regents of The University of California (Claim No. 9843), Regents of The University of California 101 (Claim Nos. 9849, 9857, and 9864), Regents of The University of California 801 (Claim No. 9861), and Regents of The University of California 102 (Claim No. 9881) shall be withdrawn and expunged.

IT IS HEREBY ORDERED:

Property damage claims filed on behalf of The California State University (Claim No. 9838), The California State University (Claim No. 9839), The California State University (Claim No. 9842), Regents of The University of California (Claim No. 9843), Regents of The University of California 101 (Claim No. 9849), Regents of The University of California 101 (Claim No. 9857), Regents of The University of California 801 (Claim No. 9861), Regents of The University of California 101 (Claim No. 9864), Regents of The University of California 102 (Claim No. 9881), and The California State University (Claim No. 9889) are hereby withdrawn and expunged.

Dated: June 11, 2007

_Judith K. Fitzgerald_
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

**EXHIBIT A**