**EXHIBIT 2**

## for WR Grace
Total number of parties: 6

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24899 | BRANDI, THOMAS J, (RE: THE CALIFORNIA STATE UNIVERSITY), LAW OFFICES OF THOMAS J BRANDI, 44 MONTGOMERY ST STE 1050, SAN FRANCISCO, CA, 94104 | US Mail (1st Class) |
| 24899 | BRANDI, THOMAS J, (RE: REGENTS OF THE UNIVERSITY OF CALIFORNIA), LAW OFFICES OF THOMAS J BRANDI, 44 MONTGOMERY ST STE 1050, SAN FRANCISCO, CA, 94104 | US Mail (1st Class) |
| 24899 | REGENTS OF THE UNIVERSITY OF CALIFORNIA, 1111 FRANKLIN STREET, OAKLAND, CA, 94607 | US Mail (1st Class) |
| 24899 | SPEIGHTS, DANIEL A, (RE: REGENTS OF THE UNIVERSITY OF CALIFORNIA), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24899 | SPEIGHTS, DANIEL A, (RE: THE CALIFORNIA STATE UNIVERSITY), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24899 | THE CALIFORNIA STATE UNIVERSITY, 401 GOLDEN SHORE, LONG BEACH, CA, 90802 | US Mail (1st Class) |

Subtotal for this group: 6