IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W. R. GRACE & CO., *et al.*<br><br>Debtors. | In Proceedings for a Reorganization under Chapter 11<br><br>No.  01-01139-JKF<br><br><br>DI:  16030 |

## NOTICE OF FILING VERIFIED STATEMENT OF HAROWITZ & TIGERMAN, LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE CONCERNING MULTIPLE REPRESENTATION OF CREDITORS

I HEREBY CERTIFY that on June 13, 2007, HAROWITZ & TIGERMAN, LLP filed its VERIFIED STATEMENT OF HAROWITZ & TIGERMAN, LLP PURSUANT TO FEDERAL RULE OF BANKRUPCY PROCEDURE 2019 [DI 16030].

Dated:   June 13, 2007          HAROWITZ & TIGERMAN, LLP

By _____
Stephen M. Tigerman, Esquire. (CA 112127)
450 Sansome Street, 3rd Floor
San Francisco, CA 94111
Telephone:   (415)  986-5566
Facsimile:    (415)  986-5896
Attorneys for Claimants

90001 wrg bk 2019 H&T stm not/