IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
APRIL 1, 2007 THROUGH APRIL 30, 207

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

May 24, 2007
Client/Matter #   01246-011548
Invoice # 116640
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/02/07 | K. Bourdeau | 1.75 | Review and provide comments/edits/questions on technical issues; prepare email to P. Marks re same. |
| 04/02/07 | P. Marks | 3.00 | Review and analyze summary by A. Lombardo; telephone conference with L. Duff re same; prepare comments re same; telephone conference with client team re related technical issues. |
| 04/03/07 | P. Marks | 4.25 | Prepare for and conduct telephone conference with client team re technical issues; evaluate same; email exchanges re same. |
| 04/04/07 | P. Marks | 3.00 | Prepare for and conduct telephone conference with client team re technical issues; telephone conference with J. Freeman, L. Duff and M. Obradovic; followup telephone conference with L. Duff. |
| 04/05/07 | P. Marks | 0.50 | Tasks re negotiation scheduling and followup with J. Freeman. |
| 04/09/07 | P. Marks | 0.25 | Followup re negotiation scheduling. |

| | | | |
|---|---|---|---|
| BEVERIDGE & DIAMOND, P.C. | | | INVOICE #  116640<br>May 24, 2007<br>PAGE   2 |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/10/07 | P. Marks | 0.50 | Email exchange re technical issues and scheduling. |
| 04/11/07 | P. Marks | 0.50 | Communications re scheduling and strategy. |
| 04/12/07 | P. Marks | 4.50 | Work on meeting scheduling and evaluation of legal issues; legal research; communications with client re same. |
| 04/13/07 | P. Marks | 1.75 | Evaluate technical issues; telephone conference with L. Duff re legal and technical issues. |
| 04/16/07 | K. Bourdeau | 0.25 | Communications with P. Marks re settlement meeting with U.S. and preparation for same. |
| 04/16/07 | P. Marks | 3.00 | Preparation for meetings; evaluation re Sledds Point. |
| 04/17/07 | P. Marks | 3.00 | Meeting preparation. |
| 04/18/07 | P. Marks | 8.50 | Prepare for and conduct conference with client team at Grace Columbia office re technical issues; comments on FS and approaching meetings. |
| 04/19/07 | P. Marks | 2.75 | Followup re meeting preparation, including document review, work on scheduling negotiations. |
| 04/20/07 | K. Bourdeau | 0.50 | Review of new judicial developments relevant to U.S. claims. |
| 04/20/07 | P. Marks | 5.50 | Prepare for and conference with L. Duff, including telephone conference with technical team, at Grace Columbia office. |
| 04/23/07 | K. Bourdeau | 0.25 | Communications with P. Marks re meeting with U.S. |
| 04/23/07 | P. Marks | 2.75 | Communications and planning re negotiations on technical and legal issues; review legal developments and case implications. |
| 04/24/07 | K. Bourdeau | 0.50 | Communications re negotiation session with the U.S. and preparation therefor. |
| 04/24/07 | P. Marks | 2.50 | Preparation for meetings; communications with J. Freeman and with client team re same. |
| 04/25/07 | K. Bourdeau | 1.25 | Conference with P. Marks re approach and strategy for upcoming settlement negotiation with the U.S. |

BEVERIDGE & DIAMOND, P.C.                                INVOICE #  116640
                                                         May 24, 2007
                                                         PAGE   3

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/25/07 | P. Marks | 5.00 | Prepare for negotiations and communications with team re same; conference with C. Bourdeau re same; Sledds Point evaluation. |
| 04/26/07 | K. Bourdeau | 1.00 | Preparation for negotiation session with U.S.; email P. Marks re same. |
| 04/26/07 | P. Marks | 1.50 | Evaluate negotiation issues. |
| 04/27/07 | K. Bourdeau | 1.00 | Conference with L. Duff, M. Obradovic and P. Marks re preparation for negotiation session with U.S.; follow-up with P. Marks re same. |
| 04/27/07 | P. Marks | 3.00 | Telephone conferences with client team and K. Bourdeau re meeting preparation and evaluate same; telephone conference with J. Freeman re same; communications with client team and K. Bourdeau re same. |
| 04/28/07 | K. Bourdeau | 1.25 | Review P. Marks summary of settlement discussion with J. Freeman; prepare responsive email re same; review edits and prepare comments on draft "model" settlement agreement furnished by L. Duff; prepare responsive emails re same. |
| 04/29/07 | P. Marks | 2.00 | Meeting preparation. |
| 04/30/07 | K. Bourdeau | 7.00 | Meeting with L. Duff, M. Obradovic, and P. Marks re preparation for negotiation session with U.S., participate in negotiation session with U.S.; follow up meeting with Grade team re path forward. |
| 04/30/07 | P. Marks | 8.00 | Travel to and attend negotiation session in DC with Grace and US teams. |

                                    Total Hours :              80.50

                                    Total Fees  :         $31,125.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  116640
May 24, 2007
PAGE   4

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 227.83 |
| Duplicating | 5.00 |
| Travel Expenses | 23.76 |
| Air/Train Fare | (54.00) |
| Client Meeting Meals | 301.16 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA273922 dated 4/1/07 for data research services | 10.57 |

Total Disbursements :                 $514.32

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 14.75 | $550.00 | $8,112.50 |
| P. Marks | 65.75 | $350.00 | $23,012.50 |

Total Fees :                 $31,125.00

Total Disbursements :                 $514.32

TOTAL DUE :                 $31,639.32