# EXHIBIT B

## (Acton Real Estate Matter)

30124v1 Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 120
45 WILLIAM STREET
WELLESLEY, MA 02481
(781) 416-5700

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

May 11, 2007
Client/Matter # 01246-013093
Invoice # 116444
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Acton Real Estate Matter**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/02/07 | P. Saint James | 3.80 | Review of and comment on revised agreement; meeting with J. Grachuk; conference call with J. Grachuk and L. Duff. |
| 04/02/07 | J. Grachuk | 6.20 | Review and comment on revised draft settlement agreement; conference with P. Saint James; telephone conference with L. Duff. |
| 04/03/07 | P. Saint James | 0.30 | Review of comments on Acton agreement. |
| 04/05/07 | P. Saint James | 0.80 | Review of L. Duff e-mail of comments; interoffice conference with J. Grachuk. |

Total Hours :   11.10

Total Fees :   $4,252.50

```
BEVERIDGE & DIAMOND, P.C.                              INVOICE # 116444
                                                       May 11, 2007
                                                       PAGE   2
```

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Saint James | 4.90 | $425.00 | $2,082.50 |
| J. Grachuk | 6.20 | $350.00 | $2,170.00 |
|  |  | **Total Fees :** | **$4,252.50** |
|  |  | **TOTAL DUE :** | **$4,252.50** |