IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) <br> ) <br> W.R. Grace & Co., *et al.*, ) <br> ) <br> Debtors. ) <br> ) <br> ) | In Proceedings for a Reorganization under Chapter 11 <br><br> Case No. 01-01139-JKF |

**NOTICE OF SERVICE OF RESPONSE OF KAZAN, McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD PLC (THE "LAW FIRM") TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY that on June 13, 2007, one copy of the **RESPONSE OF KAZAN, McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD PLC (THE "LAW FIRM") TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following party by U.S. First Class Mail, postage pre-paid to:

David Bernick, Esq.
Jan Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Dated: June 18, 2007

                                              MONTGOMERY, MCCRACKEN, WALKER &
                                                 RHOADS, LLP

                                    By:       /s/ Noel C. Burnham
                                                Noel C. Burnham, Esquire (3483)
                                                1105 North Market Street, 15th Floor
                                                Wilmington, DE 19801
                                                (302) 504-7800
                                                (302 504-7820 facsimile

2194396v1