IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01139-JKF |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF SERVICE OF RESPONSE OF EARLY, LUDWICK & SWEENEY, LLC (THE "FIRM") TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY that on June      , 2007, one copy of the **RESPONSE OF EARLY, LUDWICK & SWEENEY, LLC (THE "FIRM") TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following party by U.S. First Class Mail, postage pre-paid to:

| | |
|---|---|
| David Bernick, Esq. | Barbara M. Harding, Esq. |
| Jan Baer, Esq. | David E. Mendelson, Esq. |
| Kirkland & Ellis | Amanda Basta, Esq. |
| 200 East Randolph Drive | Brian T. Stansbury, Esq. |
| Chicago, IL 60601-6636 | Kirkland & Ellis |
| | 655 Fifteenth Street, NW |
| | Washington, DC 20005 |

Dated: June 18, 2007

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By:      /s/ Noel C. Burnham
Noel C. Burnham, Esquire (3483)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 504-7800
(302 504-7820 facsimile

2194442v1