IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01139-JKF |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF SERVICE OF RESPONSE OF HANLEY & HARLEY, LLP (THE "FIRM") TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY that on June 14, 2007, one copy of the **RESPONSE OF HANLEY & HARLEY, LLP (THE "FIRM") TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following party by facsimile transmittal to:

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601-6636

Dated: June 18, 2007

                                              MONTGOMERY, MCCRACKEN, WALKER &
                                                  RHOADS, LLP

By:      /s/ Noel C. Burnham
          Noel C. Burnham, Esquire (3483)
          1105 North Market Street, 15th Floor
          Wilmington, DE 19801
          (302) 504-7800
          (302 504-7820 facsimile

2194463v1