IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| | Related to Doc. Nos. 9315 & 15162 |
| | 16041 |

## ORDER DISALLOWING AND EXPUNGING
## PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan law firm have stipulated and agreed that the property damage claims filed on behalf of Folger Building #2 (Claim No. 11055) shall be withdrawn and expunged.

IT IS HEREBY ORDERED:

Claim No. 11055 filed on behalf of Folger Building #2 is hereby withdrawn and expunged.

Dated: June 18, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:128272.1