# EXHIBIT A

# ORRICK INVOICES FOR THE TIME PERIOD

# APRIL 1-30, 2007

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

May 24, 2007
Client No. 17367
Invoice No. 1072484

Orrick Contact: Roger Frankel

For Legal Services Rendered Through April 30, 2007 in Connection With:

**Matter:  2 - Case Administration**

| 03/30/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/30/07 | R. Barainca | Update case calendar. | 1.20 |
| 04/02/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/02/07 | R. Barainca | Update case calendar. | 0.80 |
| 04/03/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/03/07 | D. Fullem | Review docket and calendar updates. | 0.10 |
| 04/04/07 | R. Barainca | Update case calendar. | 0.40 |
| 04/04/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/05/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/06/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/06/07 | R. Barainca | Update case calendar. | 0.70 |
| 04/09/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/10/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/11/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/12/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/12/07 | R. Barainca | Update case calendar. | 0.80 |
| 04/13/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/13/07 | R. Barainca | Update case calendar. | 0.70 |
| 04/16/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/16/07 | R. Barainca | Update case calendar. | 0.80 |
| 04/17/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/18/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/19/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/19/07 | R. Barainca | Update case calendar. | 1.00 |
| 04/20/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/20/07 | R. Barainca | Update case calendar. | 0.30 |
| 04/23/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/23/07 | R. Barainca | Update case calendar. | 0.40 |
| 04/23/07 | D. Fullem | Review calendar items. | 0.20 |
| 04/24/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/24/07 | R. Barainca | Update case calendar. | 0.40 |
| 04/25/07 | R. Barainca | Update case calendar. | 0.30 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

May 24, 2007
Invoice No. 1072484

| 04/25/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/26/07 | R. Barainca | Update case calendar. | 1.30 |
| 04/26/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/27/07 | R. Barainca | Update case calendar. | 0.50 |
| 04/27/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/30/07 | R. Barainca | Update case calendar. | 0.50 |
| 04/30/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |

Total Hours 14.90

Total For Services $2,257.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 14.60 | 150.00 | 2,190.00 |
| Debra O. Fullem | 0.30 | 225.00 | 67.50 |
| Total All Timekeepers | 14.90 | $151.51 | $2,257.50 |

Disbursements
Duplicating Expense        9.60
Postage        1.26

Total Disbursements        $10.86

**Total For This Matter        $2,268.36**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

May 24, 2007
Invoice No. 1072484

For Legal Services Rendered Through April 30, 2007 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 04/01/07 | J. Ansbro | Review e-mails from D. Felder and ACC counsel regarding motion to compel navigable database (.5); review Grace's slides for use at motion hearing and team e-mails regarding same (.5); review case transcripts and prior Grace submissions, prepare time line for motion hearing (2.3). | 3.30 |
| 04/01/07 | R. Mullady, Jr. | Prepare for 4/2 omnibus hearing and hearing on motion to compel navigable database. | 3.00 |
| 04/02/07 | C. Zurbrugg | Review draft expert report. | 1.00 |
| 04/02/07 | K. Thomas | Coordinate with R. Barainca re National Union adversary (.1); review docket re motions and memoranda on 4/3 hearing (.2); coordinate with P. Reyes re relevant pleadings for review (.1); review debtor's brief (.4). | 0.80 |
| 04/02/07 | J. Cutler | Review Grace Informational Brief. | 0.90 |
| 04/02/07 | D. Felder | Review Debtors' motion to compel non-compliance with x-ray order (.5); review estimation materials and e-mails regarding discovery issues (1.8); telephonic participation in omnibus hearing (4.0). | 6.30 |
| 04/02/07 | J. Ansbro | Attend (via teleconference) portions of Court omnibus hearing relating to motion to compel navigable database (1.2); e-mails to/from R. Mullady and D. Felder regarding same (.5). | 1.70 |
| 04/02/07 | R. Mullady, Jr. | Prepare for and attend omnibus and motions hearing (7.5); working travel to and from hearing including discussions with ACC counsel regarding strategy (3.5). | 11.00 |
| 04/02/07 | G. Rasmussen | Response to J. Jacoby's questions. | 0.20 |
| 04/02/07 | R. Wyron | Attend omnibus hearing telephonically. | 1.00 |
| 04/02/07 | R. Frankel | Telephone conference with D. Austern re meeting at Caplin; e-mails re capitalization issues. | 0.30 |
| 04/02/07 | R. Frankel | Review file in preparation for hearing. | 1.20 |
| 04/02/07 | R. Frankel | Attend hearing in Wilmington (3.7); confer with N. Finch, Hurford before hearing (.5). | 4.20 |
| 04/02/07 | R. Frankel | Consider litigation strategies during travel to DC. | 0.80 |
| 04/03/07 | A. Hermele | Continue review of deposition and trial transcripts of Grace employee Egan. | 1.30 |
| 04/03/07 | K. Thomas | Review docket (.1); send and review series of e-mails re canceled hearing and rescheduling (.2). | 0.30 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

May 24, 2007
Invoice No. 1072484

| | | | |
|---|---|---|---|
| 04/03/07 | J. Cutler | Review memorandum of A. Venegas regarding precedent on estimations under Section 524(g) (.4); review March 2007 analysis by M. Peterson (1.7); ▮▮▮▮▮▮▮▮▮ | 3.30 |
| 04/03/07 | D. Felder | E-mails to and from J. Wehner, N. Finch and C. Zurbrugg regarding discovery issues (.9); attention to estimate issues and e-mails to experts regarding same (2.7); review recently filed pleadings regarding motions to compel and related matters (3.2); telephone conference with R. Mullady regarding litigation issues (.1); telephone conference with G. Rasmussen regarding estimation issues (.1); e-mails to R. Mullady regarding estimation issues (.6); review PI CMO and e-mails to experts regarding same (.2); review Debtors' claim objections (1.2). | 9.00 |
| 04/03/07 | R. Mullady, Jr. | Conference call with Debtors' counsel regarding deposition scheduling (.5); confer with D. Felder and G. Rasmussen regarding various discovery and expert issues (2.0); meeting with J. Cutler regarding briefing issues (1.2); telephone calls to prospective expert and prepare retainer letter (.3); telephone conversation with N. Finch regarding subpoena served on Verus and discuss same with other ACC counsel (.5). | 4.50 |
| 04/03/07 | G. Rasmussen | Response to R. Mullady's question on Rust database. | 0.10 |
| 04/03/07 | G. Rasmussen | Conference with J. Jacoby re his report. | 0.20 |
| 04/03/07 | R. Frankel | Review various filings in case (.2); review case agenda for April 9 (.2); telephone conference with D. Austern re market cap (.2). | 0.60 |
| 04/04/07 | A. Hermele | Continue review of transcripts of Grace employees Egan and Cintani (2.6); add new material to e-mail memo to R. Mullady and D. Felder regarding areas to which Egan and Cintani testified (1.2); submit memo to R. Mullady and D. Felder for review (.1). | 3.90 |
| 04/04/07 | J. Cutler | Review PIQ, and motion papers opposing PIQ. | 2.00 |
| 04/04/07 | D. Felder | Review ACC's draft opposition to motion to compel consulting expert order (.6); e-mails to R. Mullady regarding expert issues and review notices for filing (1.6); review transcripts from N. Finch and e-mail summary regarding same (2.5). | 4.70 |
| 04/04/07 | R. Mullady, Jr. | Review and revise draft ACC brief in opposition to debtors' motion for sanctions (.5); attention to expert witness reports and discovery matters (1.5). | 2.00 |
| 04/05/07 | A. Hermele | Review another transcript of trial testimony by Grace employee Egan. | 0.90 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -          May 24, 2007
17367                                                                                                     Invoice No. 1072484
page 5

| 04/05/07 | D. Felder | Attention to estimation issues and e-mails regarding same (3.3); review pleadings regarding consulting expert orders (2.1); e-mails to R. Mullady and J. Brownstein regarding upcoming issues and scheduling (1.0); telephone conference with G. Rasmussen and experts regarding estimation issues (.5). | 6.90 |
|---|---|---|---|
| 04/05/07 | R. Mullady, Jr. | Attention to expert reports and discovery matters. | 1.50 |
| 04/05/07 | G. Rasmussen | Preparation for and conference with V. Roggli concerning his expert report. | 0.30 |
| 04/05/07 | G. Rasmussen | Preparation for and conference with J. Jacoby re his expert report. | 0.30 |
| 04/06/07 | J. Cutler | Begin review of cases on estimation assembled by A. Venegas (1.3); preliminary research on 524(g) and estimation proceedings (1.6). | 2.90 |
| 04/06/07 | D. Felder | Review pleadings in preparation for May 2 omnibus hearing (3.0); review other recently filed pleadings and e-mails to R. Barainca regarding same (1.5); prepare schedule of upcoming estimation issues and review notes regarding same (2.4); e-mails to R. Mullady and J. Ansbro regarding same (.3). | 7.20 |
| 04/06/07 | R. Mullady, Jr. | Review transcript of D. Siegel deposition in Sealed Air (.6); review correspondence from debtors' counsel regarding Verus subpoena and discuss same with N. Finch (.3); review new data from J. Biggs and discuss with estimation team (.4); e-mails to/from C. Zurbrugg regarding document analysis (.2). | 1.50 |
| 04/08/07 | D. Felder | Review 4/13 hearing agenda and e-mail to R. Mullady regarding same. | 0.10 |
| 04/08/07 | R. Mullady, Jr. | Review summary of Egan and Cintani transcripts (.3); review data received from J. Biggs (.5). | 0.80 |
| 04/08/07 | G. Rasmussen | Identify expert reports for V. Roggli. | 0.20 |
| 04/08/07 | R. Wyron | Review 4/13 hearing agenda and e-mails re same. | 0.30 |
| 04/09/07 | R. Barainca | Confer with L. Blackhurst concerning expert payments. | 0.20 |
| 04/09/07 | A. Hermele | Send J. Ansbro summary of Egan and Cintani testimony, and list for R. Mullady the transcripts reviewed and the total number of transcripts. | 0.20 |
| 04/09/07 | D. Felder | Telephonic participation in hearing on PD summary judgment motions (8.3); review pleadings for May 2 omnibus hearing (1.3); telephone conference with R. Mullady and J. Ansbro regarding update and next steps (.8). | 10.40 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 24, 2007
17367                                                                                  Invoice No. 1072484
page 6

| 04/09/07 | J. Ansbro | Review various e-mails (.6); review Grace subpoena to Verus and review e-mails to/from ACC counsel and R. Mullady regarding same (.6); review e-mail analysis and data spreadsheets (received today) from J. Biggs regarding case analysis and draft expert report issues (.8); review e-mails and materials from ACC counsel regarding screening companies and MDL proceedings (.4); review Roggli deposition transcript (.6); review summaries of Egan and Cintani transcripts (.3); attention to deposition scheduling (.2); review transcripts of omnibus hearings regarding navigable database and expert issues (.7); review sections of draft Peterson and Biggs expert reports (.6). | 4.80 |
| 04/09/07 | R. Mullady, Jr. | Attention to various discovery matters and expert issues. | 2.00 |
| 04/10/07 | C. Zurbrugg | Confer with J. Ansbro re assignments (.4); teleconference with J. Biggs, R. Mullady, G. Rasmussen, J. Ansbro and D. Felder re outstanding claims issues (1.2); draft letter re outstanding discovery (1.8). | 3.40 |
| 04/10/07 | D. Felder | Prepare summary regarding motions scheduled for May 2 omnibus hearing (1.0); prepare summary regarding PD issues and review notes regarding same (1.0); review materials from Debtors regarding Libby issues (.5); review materials from B. Gillespie regarding estimation report (.7); review data from J. Biggs (1.7); telephone conference with J. Biggs, B. Gillespie, R. Mullady, J. Ansbro and G. Rasmussen regarding estimation issues and data (1.4); follow-up regarding same (1.2); prepare for expert meeting and review materials regarding same (1.1). | 8.60 |
| 04/10/07 | J. Ansbro | Review updated case data (received today) from J. Biggs (.6); conference with C. Zurbrugg regarding updated Biggs data, discovery status and assignments (.4); conference call with estimation team, and J. Biggs and Tillinghast team regarding case analysis and expert issues (1.4); follow-up discussion re same and discovery assignment with C. Zurbrugg (.5); review draft outline for BMC deposition, revisions to same (.6); review and revise draft e-mail to Grace counsel regarding Order on motion to compel navigable database (.3); teleconference with D. Felder regarding Tillinghast draft data (.4); further review of draft Peterson report and materials regarding tort reform in asbestos arena (1.4). | 5.60 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 24, 2007
17367                                                                                   Invoice No. 1072484
page 7

| 04/10/07 | R. Mullady, Jr. | Prepare for meeting with prospective expert███████ (1.5); conference call with J. Biggs (1.0); review and reply to e-mails from debtors' counsel regarding deposition scheduling (.2); e-mail to debtors' counsel regarding proposed order requested by Judge Fitzgerald and review transcript of 4/2 hearing in connection with same (.6). | 3.30 |
| 04/10/07 | G. Rasmussen | Conference with J. Biggs concerning her report and matches with Rust database. | 1.10 |
| 04/10/07 | G. Rasmussen | Read Grace's non-estimation expert reports and identify rebuttal points. | 4.20 |
| 04/10/07 | R. Wyron | Review e-mails regarding PD claims and related litigation. | 0.40 |
| 04/10/07 | R. Frankel | Review memo summaries from D. Felder; notes and e-mails re same. | 0.70 |
| 04/11/07 | J. Cangialosi | Assist attorney re preparation of work copies of recently filed pleadings. | 0.50 |
| 04/11/07 | E. Somers | Review software materials in preparation for litigation team meeting. | 1.10 |
| 04/11/07 | J. Cutler | Continue review of cases assembled by A. Venegas (1.3); meet with outside litigation consultant re issue analysis for case database (1.1). | 2.40 |
| 04/11/07 | D. Felder | Meet with expert regarding estimation issues (2.5); review materials in preparation for expert meeting (3.0). | 5.50 |
| 04/11/07 | J. Ansbro | Review materials from B. Gillespie (Tillinghast) regarding case analysis, e-mails to/from Gillespie and team members regarding same (.8); teleconference with ACC counsel, J. Wehner (.5); e-mails to/from R. Mullady re proposed order on motion to compel navigable database (.3); attention to coordination and integration of document management software tool, teleconferences with outside consultant regarding same and case background (1.2); e-mails to/from ACC counsel regarding substance of upcoming Rust and BMC depositions (.5); prepare for tomorrow's team meeting (.8). | 4.10 |
| 04/11/07 | R. Mullady, Jr. | Prepare for and participate in conference call with████ ████████ expert (9.5); attention to discovery matters (.3). | 9.80 |
| 04/11/07 | G. Rasmussen | Draft status report to R. Mullady regarding V. Roggli. | 0.20 |
| 04/12/07 | R. Barainca | Review trial materials in preparation for estimation hearing. | 4.20 |
| 04/12/07 | J. Cangialosi | Assist attorney re attending team meeting in DC to discuss litigation database and case preparation. | 7.00 |
| 04/12/07 | E. Somers | Team meeting to discuss scope of and strategy for document review (2.0); initial team working session with litigation consultant to organize document review and issue analysis (2.3). | 4.30 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -          May 24, 2007
17367                                                                        Invoice No. 1072484
page 8

| | | | |
|---|---|---|---|
| 04/12/07 | C. Zurbrugg | Review draft expert report (1.1); work with litigation team on using litigation software to organize documents and issues (4.8); teleconference with N. Finch, R. Mullady and J. Ansbro re revision of order (.7); confer with J. Ansbro and R. Mullady re same (.4). | 7.00 |
| 04/12/07 | A. Hermele | Attend meeting with R. Mullady, J. Ansbro, D. Felder, J. Cutler, and others on litigation team to discuss current case status, discuss issue analyses and document review, and receive litigation software instruction. | 5.80 |
| 04/12/07 | J. Cutler | Team meeting with outside litigation consultant re issue analysis for case database. | 4.80 |
| 04/12/07 | D. Felder | Review trial materials in preparation for estimation hearing and conferences with R. Mullady and J. Ansbro regarding same (4.3); telephone conference with J. Biggs and B. Gillespie regarding data issues (1.1); review materials for expert (2.5). | 7.90 |
| 04/12/07 | J. Ansbro | Prepare for and conduct team meeting regarding document analysis, team meeting with outside litigation software consultant (7.0); discussions with R. Mullady regarding draft order on navigable database, review and revise same, conference regarding same with N. Finch (.7). | 7.70 |
| 04/12/07 | R. Mullady, Jr. | Prepare for and attend meeting with estimation team regarding organization and analysis of documents (5.8); prepare for 4/13 motions hearing including drafting of order to present to court on motion to compel complete navigable database (2.4). | 8.20 |
| 04/13/07 | J. Cangialosi | Assist attorney re preparation of work sets of documents. | 0.50 |
| 04/13/07 | D. Felder | Review recently filed pleadings (1.5); e-mails to R. Barainca regarding same (.5); e-mails to R. Mullady, J. Ansbro and J. Biggs regarding estimation issues (.6); telephonic participation in hearing (3.3); telephone conference with J. Ansbro regarding same (.2); review materials from Debtors and e-mail regarding same (.6); review estimation hearing exhibits (2.3). | 9.00 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

May 24, 2007
Invoice No. 1072484

| | | | |
|---|---|---|---|
| 04/13/07 | J. Ansbro | Teleconferences with D. Felder regarding today's court hearing (.4); e-mails to/from D. Felder regarding progress of court hearing, review D. Felder's notes regarding same (.5); e-mails to/from R. Mullady regarding same (.2); teleconference with R. Mullady regarding same and discovery issues (.3);  initial review of Grace objections to BMC and Rust subpoenas, e-mails to/from ACC counsel regarding same (.6); further review of Grace's non-estimation expert reports and supporting materials (2.0); attention to review of key documents and issue analysis for case database (1.5). | 5.50 |
| 04/13/07 | R. Mullady, Jr. | Attend hearing and meet with N. Finch (4.3); report to D. Austern on outcome of hearing (.3); confer with debtors' counsel regarding various discovery matters (.3). | 4.90 |
| 04/13/07 | R. Frankel | Review series of e-mails re expert reports, scheduling (.3); review R. Mullady e-mail re hearing (.2). | 0.50 |
| 04/14/07 | C. Zurbrugg | Draft letter re outstanding discovery requests. | 3.00 |
| 04/14/07 | J. Ansbro | E-mails to/from R. Mullady and ACC counsel regarding upcoming Rust and BMC depositions. | 0.30 |
| 04/14/07 | R. Mullady, Jr. | E-mails to/from J. Ansbro and J. Wehner regarding Rust and BMC depositions. | 0.30 |
| 04/15/07 | C. Zurbrugg | Draft and revise letter re outstanding discovery requests. | 2.50 |
| 04/15/07 | D. Felder | E-mail correspondence with R. Mullady and J. Ansbro regarding upcoming scheduling issues and motion to compel pre-petition estimates. | 0.20 |
| 04/15/07 | J. Ansbro | E-mails to/from R. Mullady and D. Felder regarding discovery tasks (.3); further review of Grace Objections to BMC and Rust subpoenas, e-mail to team regarding same (.6); prepare for conference call with associates regarding document review and substantive document/testimony analysis (.5); review R. Mullady e-mail report to client (.2); review various data from Tillinghast and ACC counsel regarding expert case analysis (1.0). | 2.60 |
| 04/15/07 | R. Mullady, Jr. | Review Grace and Rust's objections to deposition notice and subpoena (.4); e-mails to/from J. Ansbro and D. Felder regarding various discovery matters (.3). | 0.70 |
| 04/16/07 | R. Barainca | Telephone conference with J. Ansbro, D. Felder, A. Hermele, J. Cutler and C. Zurbrugg regarding document review for estimation trial. | 1.20 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 24, 2007
17367                                                                               Invoice No. 1072484
page 10

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/16/07 | C. Zurbrugg | Revise letter re outstanding discovery (2.7); brainstorm re document review and assignment of documents for analysis (.5); teleconference with D. Felder and J. Ansbro re litigation software strategy (.3); teleconference with D. Felder, J. Ansbro, J. Cutler and R. Barainca re issue identification and assignments (1.5); review and organize documents from December 2006 production (1.3). | 6.30 |
| 04/16/07 | A. Hermele | Attend meeting via phone with J. Ansbro, D. Felder and other litigation team members in order to discuss categories for legal and factual issues and priority of analysis, as well as assignment of document categories to team members and details of assignments. | 1.00 |
| 04/16/07 | J. Cutler | Telephone meeting with team to discuss document/deposition review for case database (1.2); assemble documents to be analyzed (.6). | 1.80 |
| 04/16/07 | D. Felder | Review objections to motions scheduled for May 2 omnibus (2.3); telephone conference with J. Ansbro regarding trial preparation issues (.1); telephone conference with J. Ansbro, A. Hermele, J. Cutler, C. Zurbrugg and R. Barainca regarding trial preparation issues and follow-up regarding same (1.4); review documents in preparation for estimation hearing and e-mails to A. Hermele and J. Cutler regarding same (3.6); telephone conference with M. Kramer regarding update (.3). | 7.70 |
| 04/16/07 | J. Ansbro | Prepare for and conduct conference call with team regarding key case issues and substantive review of documents and testimony for database purposes (2.3); follow-up discussions with C. Zurbrugg regarding document review and issues (.6); confer with team members and ACC counsel and e-mail to/from Grace counsel regarding BMC and Rust depositions (1.3); e-mails to/from R. Mullady and N. Finch regarding prospective expert (.3); e-mails with Mullady regarding discovery issues (.2); review select exhibits from Sealed Air record and Hughes and Beber depositions (2.0). | 6.70 |
| 04/16/07 | R. Mullady, Jr. | E-mails to/from N. Finch, J. Ansbro and prospective expert. | 0.40 |
| 04/16/07 | R. Wyron | Review pleadings on SEC disclosures. | 0.30 |
| 04/17/07 | C. Zurbrugg | Review Fed. R. Civ. P. 45 and related treatises (1.5); confer with J. Ansbro re same (.5); confer with J. Ansbro re Zaremby, Rust and BMC depositions (.3). | 2.30 |
| 04/17/07 | A. Hermele | Begin review of Box 1 of 3 of discovery from Grace and analyze for relevant information. | 7.10 |
| 04/17/07 | J. Cutler | Begin review of Sealed Air deposition transcripts and exhibits for J. Hughes. | 4.30 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                     May 24, 2007
17367                                                                                  Invoice No. 1072484
page 11

| | | | |
|---|---|---|---|
| 04/17/07 | D. Felder | Trial preparation document review (6.0); telephone conference with J. Ansbro and A. Hermele regarding same (1.0); review non-estimation expert reports (3.2). | 10.20 |
| 04/17/07 | J. Ansbro | Confer with C. Zurbrugg regarding Rule 45, review treatise regarding same (.4); consider, and e-mails to/from R. Mullady regarding Rust and BMC deposition dispute (.6); confer with C. Zurbrugg regarding preparations for Rust and BMC depositions, and about review analysis of Grace documents (.5); e-mails to/from R. Mullady and N. Finch regarding prospective expert (.3); review and consider latest case analysis data (received today) from Tillinghast (1.5); e-mails among team members regarding substantive review of Grace documents (.4); detailed review of Grace opposition to motion to compel pre-petition reserves and exhibits thereto, e-mails to team members regarding same and further review of discovery history and stipulations (1.7). | 5.40 |
| 04/17/07 | R. Mullady, Jr. | E-mails to/from N. Finch, J. Ansbro and prospective expert. | 0.40 |
| 04/17/07 | G. Rasmussen | Read reports of Grace's non-estimation experts and identify issues for rebuttal. | 1.30 |
| 04/17/07 | R. Frankel | Review various pleadings re discovery of asbestos estimations. | 0.80 |
| 04/18/07 | C. Zurbrugg | Review asbestos litigation article (1.3); review Hughes deposition transcript (.8). | 2.10 |
| 04/18/07 | A. Hermele | Complete review of Box 1 of 3 of Grace discovery to ACC and FCR for pertinent documents (1.1); analyze documents for issues, organizations, people and facts (2.2). | 3.30 |
| 04/18/07 | J. Cutler | Continue review of J. Hughes deposition transcripts. | 4.80 |
| 04/18/07 | D. Felder | Review recently filed pleadings (.3); review subpoena to Owens Corning and e-mail regarding same (.2); review estimation-related data (3.2); e-mail correspondence to and from estimation team regarding same (1.5); conference with G. Rasmussen regarding non-estimation expert reports (.2); review same (3.6). | 9.00 |
| 04/18/07 | J. Ansbro | E-mail to ACC counsel and R. Mullady regarding reply on motion to compel pre-petition reserves information, further review of pertinent record and Grace's opposition in connection with same (1.3); consider, and various e-mails to/from ACC counsel and team members regarding dispute on BMC and Rust subpoenas, e-mails to/from Grace counsel regarding same (1.0); review draft Peterson and Biggs expert report and various interim reports regarding case analysis (2.2). | 4.50 |
| 04/18/07 | R. Mullady, Jr. | Review status of discovery and motions practice. | 0.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

May 24, 2007
Invoice No. 1072484

| 04/18/07 | G. Rasmussen | Further analysis of Grace's non-estimation reports in connection with rebuttal reports. | 1.80 |
| 04/18/07 | R. Wyron | Confer with R. Frankel on estimation planning (.2); confer with D. Felder on status and follow-up (.2). | 0.40 |
| 04/18/07 | R. Frankel | Review with R. Wyron issues re expert reports; e-mails re same. | 0.40 |
| 04/19/07 | R. Barainca | Review Debtors' Summary Judgment motion filed in adversary case. | 0.40 |
| 04/19/07 | C. Zurbrugg | Review documents from Grace production (3.2); prepare for Zaremby deposition (.6). | 3.80 |
| 04/19/07 | J. Cutler | Complete review of J. Hughes deposition transcripts and exhibits for case database. | 4.60 |
| 04/19/07 | D. Felder | Telephonic participation in PD status conference (.9); prepare e-mail summary regarding same (.3); prepare for meeting with estimation team (1.0); telephone conference with J. Biggs regarding update (.2); review estimation data (3.5); meeting with R. Frankel, R. Wyron and estimation team regarding strategy and status (1.3); follow-up regarding same (.7). | 7.90 |
| 04/19/07 | J. Ansbro | Teleconference with B. Gillespie and R. Riggins of Tillinghast regarding case analysis (.5); teleconferences with R. Mullady regarding Grace objections to BMC and Rust subpoenas, e-mails to/from ACC counsel regarding same (1.0); prepare for and teleconference call with R. Frankel, R. Wyron, R. Mullady and D. Felder regarding discovery and expert issues (1.0); teleconference with ACC counsel, J. Wehner (.4); attention to various discovery issues (.4); review Grace objections to FCR document demands (received today) (.5). | 3.80 |
| 04/19/07 | R. Mullady, Jr. | Meet with estimation team (1.2); review and revise draft reply brief in support of motion to compel pre-petition reserves analysis (1.8); telephone conversations with J. Ansbro regarding discovery issues (.5). | 3.50 |
| 04/19/07 | G. Rasmussen | Analysis of J. Biggs' work. | 0.60 |
| 04/19/07 | G. Rasmussen | Meet with R. Frankel re J. Biggs' reports and issues relating to the report. | 1.40 |
| 04/19/07 | R. Wyron | Prepare outline of open issues and items for discussion (.6); team meeting with R. Frankel re status, and follow-up (.9); review PD update (.4). | 1.90 |
| 04/19/07 | R. Frankel | Review series of internal e-mails re status of PD claims. | 0.40 |
| 04/19/07 | R. Frankel | Confer with R. Mullady, G. Rasmussen, D. Felder, R. Wyron re case issues, expert reports, strategy. | 0.90 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

May 24, 2007
Invoice No. 1072484

| 04/20/07 | C. Zurbrugg | Review information re Rule 45 and jurisdiction to hear motion to quash or motion for protective order (.3); teleconference with J. Ansbro, R. Mullady and N. Finch re same (.7); review objections to BMC 30(b)(6) subpoena (1.0); obtain documents concerning BMC (.2); review same (.2); meet and confer via teleconference with attorneys from Kirkland & Ellis re BMC and Rust 30(b)(6) depositions (.9); teleconference with J. Ansbro, J. Wehner and D. Felder re same (.5); teleconference with J. Ansbro and R. Mullady re same (.4); review documents from Tillinghast (.3). | 4.50 |
|---|---|---|---|
| 04/20/07 | J. Cutler | Meet with John Ansbro by telephone to review analysis of Hughes transcripts and deposition (1.0); begin review of Beber deposition transcripts (2.6). | 3.60 |
| 04/20/07 | D. Felder | Telephone conference with Debtors' counsel, J. Ansbro and J. Wehner regarding deposition scheduling and follow-up regarding same (1.5); review objections regarding same (1.0); review recently filed pleadings (.5); review subpoena to Congoleum (.1); review non-estimation expert reports (1.3). | 4.40 |
| 04/20/07 | J. Ansbro | Review case issues/facts database (.4); teleconference with J. Cutler to review and revise fact and issue identification for case database (1.0); further review of ACC's draft reply on motion to compel pre-petition reserves and conference wall with R. Mullady and ACC counsel regarding same, discovery and expert issues (1.3);  review Grace objections and pertinent record in preparation for meet and confer with Grace re BMC subpoena, discussions with C. Zurbrugg and J. Wehner regarding same (1.6); conference call with Grace counsel regarding dispute on BMC subpoena (.8); follow-up discussions regarding same with J. Wehner, D. Felder, C. Zurbrugg and R. Mullady (1.3); e-mails to/from R. Mullady regarding various discovery and expert issues (.3). | 6.70 |
| 04/20/07 | R. Mullady, Jr. | Telephone conversations with ████████ (.4); conference call with ACC counsel (.6); plan further discovery (1.0); review and revise draft reply brief (1.0); e-mails to/from ████ D. Felder and J. Ansbro regarding expert issues, discovery and motions practice (.5). | 3.50 |
| 04/20/07 | R. Frankel | Review status with R. Wyron (.2); telephone conferences with D. Austern re meeting (.2); e-mails re same (.2). | 0.60 |
| 04/21/07 | C. Zurbrugg | Draft letter re Rust and BMC depositions. | 2.50 |
| 04/21/07 | J. Ansbro | E-mails to/from C. Zurbrugg regarding discovery issues and draft letter to Grace counsel. | 0.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

May 24, 2007
Invoice No. 1072484

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/22/07 | C. Zurbrugg | Draft and revise letter re Rust and BMC depositions (2.2); confer with J. Ansbro re same (.5); review documents from Grace production (.7); draft e-mail re Zaremby exhibit (.2). | 3.60 |
| 04/22/07 | J. Ansbro | Review and revise draft letter to Grace counsel, confer with C. Zurbrugg regarding same (.4); attention to various discovery issues and discovery planning (1.0); review revised draft Reply Brief on motion to compel pre-petition reserves, comments to same (.6). | 2.00 |
| 04/22/07 | R. Mullady, Jr. | Review debtors' objections to FCR's request for production. | 0.50 |
| 04/23/07 | J. Cangialosi | Assist attorney re preparation of work copies of documents for J. Ansbro. | 0.50 |
| 04/23/07 | C. Zurbrugg | Confer with J. Ansbro re Zaremby deposition (.9); review outline for Hughes and Beber depositions (.3); gather documents for Zaremby deposition (.7); coordinate court reporter, travel and logistics for Zaremby deposition (.5); teleconference with outside litigation consultant (1.1); review documents re case management system and add to Zaremby deposition outline (5.0). | 7.40 |
| 04/23/07 | A. Hermele | Review Grace responses to FCR's requests for production and compare to cited sources/agreements (2.1); draft e-mail memo to R. Mullady summarizing faults in Grace arguments and possible counter-arguments (2.6); research cases in Third Circuit regarding discovery issues (2.4). | 7.10 |
| 04/23/07 | J. Cutler | Continue review of Beber deposition transcripts and deposition exhibits from Sealed Air deposition. | 2.20 |
| 04/23/07 | D. Felder | Telephonic participation in property damage trial (7.5); e-mail correspondence and telephone conference with M. Hurford regarding same (.2); telephone conference with litigation team and estimation experts regarding data and status (1.2). | 8.90 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

May 24, 2007
Invoice No. 1072484

| | | | |
|---|---|---|---|
| 04/23/07 | J. Ansbro | Further review of Grace's objections to FCR document requests and e-mails and discussions with R. Mullady regarding response to same (.7); e-mails to/from Grace counsel and ACC counsel regarding Zaremby deposition, teleconference with D. Mendelson regarding same (.3); discussions with C. Zurbrugg regarding preparations for Zaremby deposition (.6); review and consider correspondence relating to BMC subpoena dispute, e-mails to/from ACC counsel regarding same, discuss same with C. Zurbrugg (.4); revise draft Reply Brief on motion to compel pre-petition reserves, review pertinent record in connection with same, e-mails to/from ACC counsel regarding revisions (3.3); review Cintani and Egan disclosures (.3); review pertinent articles by Tillinghast (.4); review J. Biggs' data reports in preparation, and participate in, conference call with Biggs and Tillinghast team, follow-up telecon with R. Mullady regarding same, and motion to compel documents requested by FCR (2.2). | 8.20 |
| 04/23/07 | R. Mullady, Jr. | Prepare for and participate in conference call with J. Biggs (1.5); review and finalize reply brief in support of motion to compel pre-petition liability estimates (.5); discussions with J. Ansbro and D. Felder regarding motions practice and discovery (.5); e-mail to B. Harding regarding meet and confer (.2); outline arguments for motion to compel responses to FCR's request for production and discuss same with J. Ansbro and A. Hermele (1.5). | 4.20 |
| 04/23/07 | G. Rasmussen | Conference with J. Biggs concerning her report. | 1.30 |
| 04/24/07 | J. Cangialosi | Assist attorney re preparation of exhibits for deposition of Zaremby. | 5.00 |
| 04/24/07 | C. Zurbrugg | Prepare outline for Zaremby deposition (3.0); confer with J. Ansbro re Zaremby deposition outline and exhibits (5.8); gather documents for Zaremby exhibits (1.0); confer with J. Cangialosi re Zaremby exhibits (.4); copy documents for Zaremby exhibits (.5); review Hughes deposition transcript (1.3). | 12.00 |
| 04/24/07 | J. Cutler | Complete review of Beber deposition transcripts from Sealed Air litigation (1.0); begin review of Siegel deposition transcript from Sealed Air litigation (2.0). | 3.00 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

May 24, 2007
Invoice No. 1072484

| 04/24/07 | D. Felder | Telephonic participation in PD trial (4.5); review recently filed pleadings (.7); review FCR and ACC's reply to motion to compel, motion for leave to file reply, motion to shorten notice, and motion to file under seal and telephone conferences with M. Hurford regarding same (2.4); e-mails with C. Zurbrugg regarding F. Zaremby deposition (.2); e-mail from A. Hermele regarding discovery issues (.1); e-mails to J. Ansbro and J. Cangialosi regarding estimation materials (.1); e-mails with B. Gillespie and J. Kimble regarding estimation materials (.2). | 8.20 |
|---|---|---|---|
| 04/24/07 | J. Ansbro | E-mails to/from Grace counsel regarding scope of 4/25 Zaremby deposition and e-mails with team members regarding same (.4); prepare to depose Grace witness F. Zaremby, including review of latest documents produced by Grace (received today), review and revise draft deposition outline and confer with C. Zurbrugg regarding same, select potential deposition exhibits, review pertinent prior discovery, e-mails to/from ACC counsel regarding substance of examination (8.1). | 8.50 |
| 04/24/07 | R. Mullady, Jr. | Review and reply to e-mails from experts (.2); review J. Biggs data (.3); e-mails to/from D. Felder (.3); prepare for deposition of F. Zaremby (.5); review debtors' designation of Cintani and Egan in property damage case (.2); discuss motion to compel with A. Hermele (.2). | 1.70 |
| 04/24/07 | G. Rasmussen | Analysis of open issues re J. Biggs' analysis. | 0.40 |
| 04/25/07 | C. Zurbrugg | Review Port deposition transcript (.6); review Zaremby exhibits (.5); confer with J. Ansbro re Zaremby deposition (.8); attend Zaremby deposition (6.5); confer with J. Ansbro and J. Wehner re Zaremby deposition (1.0). | 9.40 |
| 04/25/07 | J. Cutler | Complete review of Siegel deposition transcript (3.0); begin review of Rourke deposition transcript from Sealed Air litigation (3.0). | 6.00 |
| 04/25/07 | D. Felder | Review pleadings regarding FCR and ACC's reply to motion to compel pre-petition estimates (1.0); telephonic participation in property damage hearing (1.0); review Debtors' motion for leave to file status report and e-mails regarding same (.8); telephone conference with B. Gillespie regarding estimation issues (.1); review J. Hughes deposition exhibits (1.0); review data from Tillinghast and e-mails regarding same (2.3); telephone conference with M. Hurford regarding property damage issues (.3); review Grace's document production and related materials regarding CMS database (3.4). | 9.90 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 24, 2007
17367                                                                                Invoice No. 1072484
page 17

| | | | |
|---|---|---|---|
| 04/25/07 | J. Ansbro | Further preparation for F. Zaremby deposition and confer with C. Zurbrugg and ACC counsel, J. Wehner, regarding same (1.7); attend and examine at Zaremby deposition, conferences with ACC counsel regarding same (7.4); conferences with Grace counsel (.3). | 9.40 |
| 04/25/07 | R. Mullady, Jr. | Review and comment on Grace's motion for leave to file Status Report and attached exhibits (.7); review status of expert reports (.3); review and revise draft opposition to motion for leave to file Status Report and discuss same with N. Finch (1.2); discussions with J. Ansbro regarding deposition testimony of F. Zaremby (.4); discussions regarding meet and confer conference with opposing counsel regarding objections to FCR Request for Production (.3). | 2.90 |
| 04/25/07 | R. Frankel | Review series of e-mails re expert reports, estimation (.6); review issues re expert fees (.2). | 0.80 |
| 04/26/07 | C. Zurbrugg | Review notes of Zaremby deposition (2.0); confer with J. Ansbro re same (.5); draft e-mail re Zaremby deposition (.8). | 3.30 |
| 04/26/07 | A. Hermele | Search for Third Circuit cases re discovery matters, in order to aid in meet-and-confer discussions with Grace over production of document re search beyond Third Circuit cases (2.7); summarize helpful cases for R. Mullady (1.6); draft e-mail memo/comments on Grace's responses to our RPDs and our possible counter-arguments (.8); provide documents involved in RPD discovery dispute to R. Mullady (.3). | 5.40 |
| 04/26/07 | J. Cutler | Complete review of Rourke deposition transcript (2.7); begin review of Florence Sealed Air deposition transcript (2.4). | 5.10 |
| 04/26/07 | D. Felder | E-mail correspondence regarding deposition scheduling (.1); e-mails from N. Finch and R. Mullady regarding reply to status report (.1); review and revise motion for leave to file and opposition to Grace's motion for leave to file status report and multiple telephone conferences and e-mails to and from M. Hurford regarding same (5.2); review F. Zaremby's deposition transcript (.6). | 6.00 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

May 24, 2007
Invoice No. 1072484

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/26/07 | J. Ansbro | Review Grace motion for proposed "status report" and e-mails to/from R. Mullady and ACC counsel regarding same (.6); review and revise draft brief in response to Grace "status report," teleconference with N. Finch regarding same (1.7); teleconference with R. Mullady regarding same, Zaremby deposition and upcoming discovery tasks (.4); conference with C. Zurbrugg regarding follow-up tasks from Zaremby deposition (.5); e-mails to/from D. Felder regarding Grace depositions (.2); e-mails with Grace counsel regarding BMC deposition (.2); prepare for meet and confer regarding FCR's document requests (.5); review portions of Zaremby transcript (.5); review Beber and Hughes exhibits for issue analysis (1.5). | 6.10 |
| 04/26/07 | R. Mullady, Jr. | Review and revise draft opposition to debtors' motion to submit Status Report including discussions with ACC counsel (1.6); prepare for meet and confer on 4/27 (1.0); review agenda for 5/2 omnibus hearing (.2). | 2.80 |
| 04/26/07 | R. Wyron | Call with J. Radecki re expert analysis. | 0.30 |
| 04/27/07 | J. Cangialosi | Assist attorney re preparation of work copies of documents for J. Ansbro. | 0.50 |
| 04/27/07 | C. Zurbrugg | Review Grace production documents and organize for case database (4.5); meet and confer teleconference with J. Ansbro, J. Wehner, E. Liebenstein, D. Mendelson and A. Basta re BMC deposition (.9); confer with J. Ansbro re same (.2). | 5.60 |
| 04/27/07 | A. Hermele | Review and analysis of discovery documents for case database. | 7.80 |
| 04/27/07 | J. Cutler | Complete review of Florence deposition transcript from Sealed Air litigation (.6); continue review of deposition exhibits for case database (.6). | 1.20 |
| 04/27/07 | D. Felder | Telephone conference with Debtors' counsel, R. Mullady and N. Finch regarding meet and confer on FCR's discovery request (1.3); follow-up regarding same (.2); review property damage materials and prepare e-mail summary regarding same (1.5); telephone conferences with R. Frankel and D. Austern regarding estimation issues (.1); review materials regarding same (.2); review materials from Tillinghast (.5). | 3.80 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 24, 2007
17367                                                                                  Invoice No. 1072484
page 19

| 04/27/07 | J. Ansbro | Review pertinent materials and teleconference with R. Mullady in further preparation for meet and confer with Grace counsel regarding FCR document requests (.7); participate in meet and confer with Grace counsel (1.0); follow-up conference call with R. Mullady and ACC counsel regarding same and expert issues (.5); prepare for and participate in meet and confer discussions with Grace counsel regarding BMC deposition (1.4), follow-up discussions regarding same with ACC counsel (.3); teleconference with R. Mullady regarding BMC and Rust discovery (.3); draft letter to Grace counsel regarding BMC negotiations (.6). | 4.80 |
|---|---|---|---|
| 04/27/07 | R. Mullady, Jr. | Prepare for and participate in meet and confer conference call with debtors' counsel (2.0); conference call with ACC counsel (.5); discussions with R. Frankel regarding May 2 omnibus hearing (.2); confer with J. Ansbro regarding BMC and Rust discovery (.3). | 3.00 |
| 04/27/07 | R. Frankel | Review Grace slides from April Omnibus hearing. | 0.70 |
| 04/27/07 | R. Frankel | Telephone conference with D. Austern re status of estimation (.1); review report re PD claims (.4); telephone conference with R. Mullady re Omnibus Hearing (.2); telephone conference with D. Felder re exhibits (.2). | 0.90 |
| 04/27/07 | R. Frankel | Review agenda for Omnibus Hearing. | 0.40 |
| 04/28/07 | J. Ansbro | Revise and finalize letter to Grace counsel regarding BMC deposition. | 0.70 |
| 04/29/07 | C. Zurbrugg | Review Grace production documents for issues and organize for case database. | 1.00 |
| 04/29/07 | G. Rasmussen | Analyze Petersen report. | 2.30 |
| 04/30/07 | T. Hoye | Discuss issues re litigation software with J. Cangialosi (.3); import transcript onto electronic database as requested by J. Cangialosi (.4); research issues re transferring facts from Live Note to litigation software (.3); meet with C. Zurbrugg re adding facts from transcripts onto electronic database (.3). | 1.30 |
| 04/30/07 | A. Hamilton | Load deposition transcripts into Live Note, check page and margin setup. | 1.00 |
| 04/30/07 | J. Cangialosi | Assist attorney re preparation of work copies of deposition transcripts. | 0.50 |
| 04/30/07 | C. Zurbrugg | Draft and revise Farrar deposition notice (.8); review documents and organize for case database (2.1). | 2.90 |
| 04/30/07 | A. Hermele | Review documents and organize by issue for case database. | 8.00 |
| 04/30/07 | J. Cutler | Continue review and analysis of deposition and exhibits for case database. | 1.70 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                     May 24, 2007
17367                                                                                    Invoice No. 1072484
page 20

| 04/30/07 | D. Felder | Review e-mail correspondence from R. Mullady, J. Ansbro and N. Finch regarding estimation issues (.5); prepare for status meeting (.7); attend status meeting with litigation team (1.3); conference with G. Rasmussen regarding estimation issues (.3); follow-up regarding various estimation issues and e-mail correspondence with Tillinghast regarding same (2.7); telephone conference with C. Zurbrugg regarding discovery issues (.1); conference with A. Hamilton regarding estimation trial materials (.1); review recently filed pleadings (2.0). | 7.70 |
|---|---|---|---|
| 04/30/07 | J. Ansbro | Attention to Farrar deposition notice (.2); review draft slides for 5/2 Omnibus argument on pre-petition reserves, revise same and e-mails to/from R. Mullady and ACC counsel regarding same (.6); prepare and participate on conference call with R. Mullady, G. Rasmussen and D. Felder (1.7); prepare for 5/2 Omnibus hearing (.7); attention to expert issues (1.3). | 4.50 |
| 04/30/07 | R. Mullady, Jr. | Review and revise draft slide presentation for argument on motion to compel discovery of pre-petition liability estimates (1.0); plan further investigation and discovery (1.0); meet with estimation team (1.5). | 3.50 |
| 04/30/07 | G. Rasmussen | Prepare for and participate in meeting with R. Mullady updating on status of expert reports. | 1.80 |
| 04/30/07 | R. Wyron | Review e-mails on J. Biggs' report. | 0.30 |
| 04/30/07 | R. Frankel | Review numerous docket entries, filings. | 0.60 |

Total Hours          604.00

Total For Services          $304,392.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John Ansbro | 107.40 | 625.00 | 67,125.00 |
| Rachael Barainca | 6.00 | 150.00 | 900.00 |
| James Cangialosi | 14.50 | 235.00 | 3,407.50 |
| Joshua M. Cutler | 54.60 | 430.00 | 23,478.00 |
| Debra Felder | 159.50 | 465.00 | 74,167.50 |
| Roger Frankel | 14.80 | 770.00 | 11,396.00 |
| Aurora M. Hamilton | 1.00 | 200.00 | 200.00 |
| Annie L. Hermele | 51.80 | 390.00 | 20,202.00 |
| Timothy J. Hoye | 1.30 | 195.00 | 253.50 |
| Raymond G. Mullady, Jr. | 80.40 | 695.00 | 55,878.00 |
| Garret G. Rasmussen | 17.70 | 700.00 | 12,390.00 |
| Emily S. Somers | 5.40 | 270.00 | 1,458.00 |
| Katherine S. Thomas | 1.10 | 390.00 | 429.00 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

May 24, 2007
Invoice No. 1072484

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Richard  H. Wyron | 4.90 | 700.00 | 3,430.00 |
| Catharine  L. Zurbrugg | 83.60 | 355.00 | 29,678.00 |
| Total All Timekeepers | 604.00 | $503.96 | $304,392.50 |

Disbursements

| | | |
|---|---|---|
| Duplicating Expense | 2,768.70 | |
| Expert; Consultants | 32,379.00 | |
| Express Delivery | 65.19 | |
| Lexis Research | 1,434.25 | |
| Local Taxi Expense | 786.38 | |
| Local Tolls | 4.50 | |
| Other Business Meals | 472.66 | |
| Out of Town Business Meals | 55.85 | |
| Outside Reproduction Services | 2,186.48 | |
| Outside Services | 3,440.04 | |
| Overtime Meals | 67.67 | |
| Parking Expense | 70.00 | |
| Postage | 375.24 | |
| Telephone | 70.35 | |
| Travel Expense, Air Fare | 2,604.66 | |
| Travel Expense, Local | 665.66 | |
| Travel Expense, Out of Town | 1,000.00 | |
| Westlaw Research | 585.00 | |
| Total  Disbursements | | $49,031.63 |

**Total For This Matter**                    **$353,424.13**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

May 24, 2007
Invoice No. 1072484

For Legal Services Rendered Through April 30, 2007 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

Disbursements
     Out of Town Business Meals          154.51
     Travel Expense, Air Fare         1,133.05
                    Total  Disbursements      $1,287.56

              **Total For This Matter**      **$1,287.56**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

May 24, 2007
Invoice No. 1072484

For Legal Services Rendered Through April 30, 2007 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| 04/03/07 | R. Barainca | Review and edit Tillinghast's February 2007 fee application. | 0.70 |
|---|---|---|---|
| 04/04/07 | D. Fullem | Review, research and respond to e-mail from D. Felder and R. Wyron regarding contact at CIBC to send signed final fee order. | 0.20 |
| 04/05/07 | R. Barainca | Prepare Tillinghast's February 2007 fee application for filing. | 0.50 |
| 04/05/07 | D. Fullem | Prepare e-mail to R. Gray at CIBC regarding order entered by Court granting final fee application. | 0.10 |
| 04/09/07 | R. Barainca | Prepare Certificates of No Objection for D. Austern's December 2006 Monthly fee application, and D. Austern and Tillinghast's January 2007 Monthly fee applications. | 1.40 |
| 04/11/07 | R. Barainca | Prepare D. Austern's Certificate of No Objection for December 2006 and January 2007 for filing, and prepare Tillinghast's Certificate of No Objection for January 2007 for filing. | 1.00 |
| 04/16/07 | R. Barainca | Prepare Certificate of No Objection for Piper's January 2007 Monthly fee application. | 0.50 |
| 04/16/07 | D. Fullem | Confer with R. Barainca; review CNO on Piper Jaffray's January fee application. | 0.20 |
| 04/18/07 | R. Barainca | Review and edit Tillinghast's March 2007 fee application. | 0.80 |
| 04/19/07 | R. Wyron | Review CNOs for Piper Jaffray. | 0.20 |
| 04/30/07 | R. Barainca | Prepare Certificate of No Objection for Tillinghast's February 2007 fee application. | 0.50 |
| 04/30/07 | R. Barainca | Prepare chart of FCR's Professionals Fee and Expenses from January-March 2007 for R. Wyron and D. Felder. | 1.20 |
| 04/30/07 | R. Barainca | Edit Tillinghast's Ninth Quarterly fee application. | 0.80 |

|  | Total Hours | 8.10 |  |
|---|---|---|---|
|  | Total For Services |  | $1,362.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 24

May 24, 2007
Invoice No. 1072484

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 7.40 | 150.00 | 1,110.00 |
| Debra  O. Fullem | 0.50 | 225.00 | 112.50 |
| Richard  H. Wyron | 0.20 | 700.00 | 140.00 |
| Total All Timekeepers | 8.10 | $168.21 | $1,362.50 |

Disbursements

| | | |
|---|---|---|
| Duplicating Expense | 197.55 | |
| Express Delivery | 44.60 | |
| Postage | 5.70 | |
| Total  Disbursements | | $247.85 |

**Total For This Matter**            **$1,610.35**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 25

May 24, 2007
Invoice No. 1072484

For Legal Services Rendered Through April 30, 2007 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 04/02/07 | D. Fullem | Review updated conflict lists and revise same prior to submitting to conflicts department to run reports. | 0.50 |
| 04/12/07 | D. Fullem | Follow up with conflicts department regarding updates to original conflict reports and status of new reports on updated parties list. | 1.00 |
| 04/26/07 | D. Fullem | Confer with R. Wyron regarding status of conflict searches and updated disclosures. | 0.10 |

|  |  |  |
|---|---|---|
| Total Hours | 1.60 | |
| Total For Services | | $360.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra  O. Fullem | 1.60 | 225.00 | 360.00 |
| Total All Timekeepers | 1.60 | $225.00 | $360.00 |

**Total For This Matter**                                      **$360.00**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 26

May 24, 2007
Invoice No. 1072484

For Legal Services Rendered Through April 30, 2007 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| 03/30/07 | R. Barainca | Edit Orrick's February 2007 fee application. | 0.10 |
|---|---|---|---|
| 04/03/07 | D. Fullem | Update fee and expense spreadsheets and forward to R. Wyron. | 0.30 |
| 04/03/07 | D. Fullem | Prepare e-mail to P. Reyes regarding status of March prebills and update R. Wyron. | 0.20 |
| 04/04/07 | D. Fullem | Review order approving Orrick's quarterly fee application; prepare e-mail to W. Sparks at Grace regarding same and payment of 20% holdback due. | 0.20 |
| 04/05/07 | R. Barainca | Prepare Orrick's February 2007 fee application for filing. | 0.40 |
| 04/09/07 | D. Fullem | Follow up on status of March prebills (.2); review and respond to R. Wyron regarding same (.1); begin review of March prebills (1.2). | 1.50 |
| 04/10/07 | D. Fullem | Continue review of March prebills. | 0.70 |
| 04/10/07 | D. Fullem | Prepare e-mail to R. Wyron regarding finish review of March prebills. | 0.10 |
| 04/12/07 | D. Fullem | Various follow up on items in March prebills; update R. Wyron and P. Reyes re same. | 0.50 |
| 04/15/07 | R. Wyron | Review March pre-bill. | 0.40 |
| 04/16/07 | R. Barainca | Prepare Certificate of No Objection for Orrick's January 2007 Monthly fee application. | 0.50 |
| 04/16/07 | D. Fullem | Confer with R. Barainca; review CNO for Orrick's January fee application. | 0.20 |
| 04/16/07 | D. Fullem | Confer with R. Barainca regarding quarterly fee application to be filed and set for hearing in June. | 0.10 |
| 04/19/07 | R. Wyron | Review CNO for OHS. | 0.20 |
| 04/26/07 | D. Fullem | Confer with R. Barainca regarding status of March fee application. | 0.10 |
| 04/30/07 | R. Barainca | Prepare Certificate of No Objection for Orrick's February 2007 fee application. | 0.50 |

|  | Total Hours | 6.00 |  |
|---|---|---|---|
|  | Total For Services |  | $1,522.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 27

May 24, 2007
Invoice No. 1072484

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 1.50 | 150.00 | 225.00 |
| Debra O. Fullem | 3.90 | 225.00 | 877.50 |
| Richard H. Wyron | 0.60 | 700.00 | 420.00 |
| Total All Timekeepers | 6.00 | $253.75 | $1,522.50 |

Disbursements
    Duplicating Expense                    40.50
    Express Delivery                       44.11
                        Total Disbursements                    $84.61


                   **Total For This Matter**            **$1,607.11**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 28

May 24, 2007
Invoice No. 1072484

For Legal Services Rendered Through April 30, 2007 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 04/02/07 | R. Frankel | Travel to/from Wilmington. | 1.00 |
| 04/11/07 | D. Felder | Travel to and from Chicago, IL for expert meeting. | 9.00 |
| 04/12/07 | J. Cangialosi | Travel time to DC Office for team meeting | 5.00 |
| 04/12/07 | C. Zurbrugg | Travel round trip from NY to DC office. | 6.00 |
| 04/12/07 | J. Ansbro | Portion of non-working travel time from NY to DC to attend estimation team meeting (1.0); meeting with outside litigation software support consultant (3.0); return travel from Washington, DC (1.0). | 5.00 |
| 04/13/07 | R. Mullady, Jr. | Non-working travel to Pittsburgh for omnibus hearing. Attend hearing and meet with N. Finch (4.3);  Non-working return travel from Pittsburgh (1.4). | 5.70 |
| 04/25/07 | C. Zurbrugg | Travel to and from DC for F. Zaremby deposition. | 5.10 |
| 04/25/07 | J. Ansbro | Portion of non-working travel time from NY to DC to depose Grace witness F. Zaremby, and return trip to NY. | 2.60 |

|  | Total Hours | 39.40 | |
|---|---|---|---|
|  | Total For Services | | $9,391.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John Ansbro | 7.60 | 312.50 | 2,375.00 |
| James Cangialosi | 5.00 | 117.50 | 587.50 |
| Debra Felder | 9.00 | 232.50 | 2,092.50 |
| Roger Frankel | 1.00 | 385.00 | 385.00 |
| Raymond  G. Mullady, Jr. | 5.70 | 347.50 | 1,980.75 |
| Catharine  L. Zurbrugg | 11.10 | 177.50 | 1,970.25 |
| Total All Timekeepers | 39.40 | $238.35 | $9,391.00 |

**Total For This Matter**                                              **$9,391.00**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 24, 2007
17367                                                                                 Invoice No. 1072484
page 29

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 674.00 | |
| Total Fees, all Matters | | $319,286.00 |
| Total Disbursements, all Matters | | $50,662.51 |
| Total Amount Due | | $369,948.51 |