# EXHIBIT A

# In re: W.R. GRACE & CO., et al
## OMNIBUS 23: EXHIBIT A - DUPLICATE & EXPUNGE CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | DEPT OF THE TREASURY - INTERNAL REVENUE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01176<br>GRACE TARPON INVESTORS, INC. | 788 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 2 | DEPT OF THE TREASURY -INTERNAL REVENUE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01178<br>GRACE WASHINGTON, INC. | 790 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 3 | DEPT OF THE TREASURY -INTERNAL REVENUE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 791 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 4 | DEPT OF THE TREASURY INTERNAL REVENUE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01177<br>GRACE VENTURES CORP. | 789 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 5 | DEPT OF THE TREASURY INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA RM 1150<br>BALTIMORE, MD 21201 | 01-01173<br>GRACE OFFSHORE COMPANY | 799 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 6 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | 01-01159<br>GPC THOMASVILLE CORP. | 501 | $134,600,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 7 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01180<br>W.R. GRACE LAND CORPORATION | 792 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 8 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01181<br>GRACOAL, INC. | 793 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 9 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01182<br>GRACOAL II, INC. | 794 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 10 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01169<br>GRACE H-G INC. | 795 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 11 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01170<br>GRACE H-G II INC. | 796 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 23: EXHIBIT A - DUPLICATE & EXPUNGE CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 12 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01171<br>GRACE HOTEL SERVICES CORPORATION | 797 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 13 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01172<br>GRACE INTERNATIONAL HOLDINGS, INC. | 798 | $169,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 14 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01174<br>GRACE PAR CORPORATION | 800 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 15 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01175<br>GRACE PETROLEUM LIBYA INCORPORATED | 801 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 16 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01165<br>GRACE DRILLING COMPANY | 802 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 17 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01164<br>GRACE CULINARY SYSTEMS, INC. | 803 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 18 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01163<br>GRACE CHEMICAL COMPANY OF CUBA | 804 | $270,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 19 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01162<br>GRACE A-B II INC. | 805 | $284,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 20 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01161<br>GRACE A-B INC. | 806 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 21 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01160<br>GLOUCESTER NEW COMMUNITIES COMPANY, INC. | 807 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 22 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01158<br>GN HOLDINGS, INC. | 808 | $98,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 23 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01156<br>G C MANAGEMENT, INC. | 810 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 24 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01155<br>G C LIMITED PARTNERS I, INC. | 811 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
                                                                                                                (P) - Priority         (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 23: EXHIBIT A - DUPLICATE & EXPUNGE CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 25 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01154<br>FIVE ALEWIFE BOSTON LTD. | 812 | $206,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 26 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01151<br>DEL TACO RESTAURANTS, INC. | 814 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 27 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01150<br>DAREX PUERTO RICO, INC. | 815 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 28 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01149<br>CREATIVE FOOD 'N FUN COMPANY | 816 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 29 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01166<br>GRACE ENERGY CORPORATION | 817 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 30 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01167<br>GRACE ENVIRONMENTAL, INC. | 818 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 31 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01196<br>WATER STREET CORPORATION | 819 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 32 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01195<br>SOUTHERN OIL, RESIN & FIBERGLASS, INC. | 820 | $270,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 33 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01194<br>REMEDIUM GROUP, INC. | 821 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 34 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | 01-01190<br>MONROE STREET, INC. | 822 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 35 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01189<br>MONOLITH ENTERPRISES INCORPORATED | 823 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 36 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01188<br>LITIGATION MANAGEMENT, INC | 824 | $129,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 37 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01187<br>L B REALTY, INC. | 825 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
                                                                                                              (P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgment by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 23: EXHIBIT A - DUPLICATE & EXPUNGE CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 38 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01183<br>GUANICA-CARIBE LAND DEVELOPMENT CORPORATION | 826 | $218,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 39 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01184<br>HANOVER SQUARE CORPORATION | 827 | $310,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 40 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | 01-01139<br>W.R. GRACE & CO. | 829 | $43,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 41 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01148<br>COALGRACE II, INC. | 831 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 42 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01142<br>ALEWIFE BOSTON LTD. | 832 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 43 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01143<br>ALEWIFE LAND CORPORATION | 833 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 44 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01144<br>AMICON, INC. | 834 | $169,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 45 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01147<br>COALGRACE, INC. | 836 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 46 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01141<br>A-1 BIT & TOOL CO.,INC. | 837 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 47 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01145<br>CB BIOMEDICAL, INC. | 839 | $169,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 48 | DEPT OF THE TREASURY-INTRNAL REVENUE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01153<br>ECARG, INC. | 813 | $246,000,000.00 | (P) | DUPLICATE OF CLAIM 830 |
| 49 | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | 01-01168<br>GRACE EUROPE, INC. | 487 | $198,600,000.00 | (P) | DUPLICATE OF CLAIM 830 |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
                                                                                                                (P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 23: EXHIBIT A - DUPLICATE & EXPUNGE CLAIMS

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|
| | | **Totals:** | $12,302,200,000.00 | (P) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Exhibit A
IRS Duplicate Claims to Be Disallowed

## IRS MASTER CLAIM

| Claim # | Case # | Case Name | Amt asserted in claim for period ending 12/31/1988 | Amt asserted in claim for period ending 12/31/1989 | Amt asserted in claim for period ending 12/31/1993 | Amt asserted in claim for period ending 12/31/1994 | Amt asserted in claim for period ending 12/31/1995 | Amt asserted in claim for period ending 12/31/1996 | Amt asserted in claim for period ending 12/31/1998 | Other amount asserted in claim | TOTAL | REQUESTED RELIEF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 830 | 01-01140 | W.R. GRACE & CO.-CONN. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | 1,200,165 | 311,200,165 | KEEP THIS MASTER CLAIM |

## IRS DUPLICATE CLAIMS

| # | Claim # | Case # | Case Name | Amt asserted in claim for period ending 12/31/1988 | Amt asserted in claim for period ending 12/31/1989 | Amt asserted in claim for period ending 12/31/1993 | Amt asserted in claim for period ending 12/31/1994 | Amt asserted in claim for period ending 12/31/1995 | Amt asserted in claim for period ending 12/31/1996 | Amt asserted in claim for period ending 12/31/1998 | Other amount asserted in claim | TOTAL | REQUESTED RELIEF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 829 | 01-01139 | W.R. GRACE & CO. | | | | | | | 43,000,000 | | 43,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 2 | 808 | 01-01158 | GN HOLDINGS, INC. | | | | | 55,000,000 | | 43,000,000 | | 98,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 3 | 824 | 01-01188 | LITIGATION MANAGEMENT, INC | | | | | 55,000,000 | 31,000,000 | 43,000,000 | | 129,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 4 | 501 | 01-01159 | GPS THOMASVILLE CORP. | | | 17,600,000 | 33,000,000 | 31,000,000 | 22,000,000 | 31,000,000 | | 134,600,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 5 | 798 | 01-01172 | GRACE INTERNATIONAL HOLDINGS, INC. | | | | | 71,000,000 | 55,000,000 | 43,000,000 | | 169,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 6 | 834 | 01-01144 | AMICON, INC. | | | | | 71,000,000 | 55,000,000 | 43,000,000 | | 169,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 7 | 839 | 01-01145 | CB BIOMEDICAL, INC. | | | | | 71,000,000 | 55,000,000 | 43,000,000 | | 169,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 8 | 487 | 01-01168 | GRACE EUROPE, INC. | 26,000,000 | 38,000,000 | 17,600,000 | 33,000,000 | 31,000,000 | 22,000,000 | 31,000,000 | | 198,600,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 9 | 812 | 01-01154 | FIVE ALEWIFE BOSTON LTD. | | | 28,000,000 | 49,000,000 | 31,000,000 | 55,000,000 | 43,000,000 | | 206,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 10 | 826 | 01-01183 | GUANICA-CARIBE LAND DEVELOPMENT CORP. | | | | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 218,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 11 | 837 | 01-01141 | A-1 BIT & Tool CO., INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 12 | 788 | 01-01176 | GRACE TARPON INVESTORS, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 13 | 794 | 01-01182 | GRACOAL II, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 14 | 796 | 01-01170 | GRACE H-G II INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 15 | 797 | 01-01171 | GRACE HOTEL SERVICES CORPORATION | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 16 | 803 | 01-01164 | GRACE CULINARY SYSTEMS, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 17 | 810 | 01-01156 | G C MANAGEMENT, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 18 | 811 | 01-01155 | G C LIMITED PARTNERS I, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 19 | 813 | 01-01153 | ECARG, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 20 | 814 | 01-01151 | DEL TACO RESTAURANTS, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 21 | 815 | 01-01150 | DAREX PUERTO RICO, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 22 | 816 | 01-01149 | CREATIVE FOOD 'N FUN COMPANY | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 23 | 818 | 01-01167 | GRACE ENVIRONMENTAL, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 24 | 822 | 01-01190 | MONROE STREET, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 25 | 825 | 01-01187 | L B REALTY, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 26 | 831 | 01-01148 | COALGRACE II, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 27 | 832 | 01-01142 | ALEWIFE BOSTON LTD. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 28 | 833 | 01-01143 | ALEWIFE LAND CORPORATION | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 29 | 836 | 01-01147 | COALGRACE, INC. | | | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 246,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 30 | 804 | 01-01163 | GRACE CHEMICAL COMPANY OF CUBA | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 31,000,000 | 55,000,000 | 43,000,000 | | 270,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 31 | 820 | 01-01195 | SOUTHERN OIL, RESIN & FIBERGLASS, INC. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 31,000,000 | 55,000,000 | 43,000,000 | | 270,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 32 | 805 | 01-01162 | GRACE A-B II INC. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 284,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 33 | 789 | 01-01177 | GRACE VENTURES CORP. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 34 | 790 | 01-01178 | GRACE WASHINGTON, INC. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 35 | 791 | 01-01179 | W.R. GRACE CAPITAL CORPORATION | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 36 | 792 | 01-01180 | W.R. GRACE LAND CORPORATION | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 37 | 793 | 01-01181 | GRACOAL, INC. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 38 | 795 | 01-01169 | GRACE H-G INC. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 39 | 799 | 01-01173 | GRACE OFFSHORE COMPANY | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 40 | 800 | 01-01174 | GRACE PAR CORPORATION | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 41 | 801 | 01-01175 | GRACE PETROLEUM LIBYA INCORPORATED | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 42 | 802 | 01-01165 | GRACE DRILLING COMPANY | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 43 | 806 | 01-01161 | GRACE A-B INC. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 44 | 807 | 01-01160 | GLOUCESTER NEW COMMUNITIES COMPANY, INC. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 45 | 817 | 01-01166 | GRACE ENERGY CORPORATION | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 46 | 819 | 01-01196 | WATER STREET CORPORATION | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 47 | 821 | 01-01194 | REMEDIUM GROUP, INC. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 48 | 823 | 01-01189 | MONOLITH ENTERPRISES INCORPORATED | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |
| 49 | 827 | 01-01184 | HANOVER SQUARE CORPORATION | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 310,000,000 | DUPLICATE CLAIM TO BE EXPUNGED |