# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 23: EXHIBIT B - DUPLICATE & EXPUNGE CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01146<br>CCHP, INC. | 835 | $172,963,251.01 | (P) | FICA AMOUNT AND ASSOCIATED PENALTIES AND INTEREST HAS BEEN SETTLED PER ORDER DOCKET # 13513 AND (II) REMAINDER OF CLAIM IS DUPLICATIVE OF CLAIM 830 |
| | | | **Totals:** | $172,963,251.01 | (P) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative    (S) - Secured
                                                                                                              (P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Exhibit B
IRS Duplicate Claims to be Disallowed

### IRS MASTER CLAIM

| Claim # | Case # | Case Name | Amt asserted in claim for period ending 12/31/1988 | Amt asserted in claim for period ending 12/31/1989 | Amt asserted in claim for period ending 12/31/1993 | Amt asserted in claim for period ending 12/31/1994 | Amt asserted in claim for period ending 12/31/1995 | Amt asserted in claim for period ending 12/31/1996 | Amt asserted in claim for period ending 12/31/1998 | FICA asserted in claim for 1993-1996 | Additional Assessment asserted in claim | Penalty asserted in claim | Interest asserted in claim | TOTAL | REQUESTED RELIEF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 830 | 01-01140 | W.R. GRACE & CO.-CONN. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 1,147,904 | 34,412 | 17,850 | 311,200,165 | KEEP THIS MASTER CLAIM |

### IRS DUPLICATE CLAIM

| Claim # | Case # | Case Name | Amt asserted in claim for period ending 12/31/1988 | Amt asserted in claim for period ending 12/31/1989 | Amt asserted in claim for period ending 12/31/1993 | Amt asserted in claim for period ending 12/31/1994 | Amt asserted in claim for period ending 12/31/1995 | Amt asserted in claim for period ending 12/31/1996 | Amt asserted in claim for period ending 12/31/1998 | FICA asserted in claim for 1993-1996 | Additional Assessment asserted in claim | Penalty asserted in claim | Interest asserted in claim | TOTAL | REQUESTED RELIEF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 835 | 01-01146 | CCHP, INC. | | | | | 31,000,000 | 55,000,000 | 43,000,000 | 26,628,169 | | 6,656,793 | 10,678,289 | 172,963,251 | DUPLICATE CLAIM TO BE EXPUNGED; (I) FICA AMOUNT AND ASSOCIATED PENALTIES AND INTEREST HAS BEEN SETTLED PER ORDER DOCKET # 13513 AND (II) REMAINDER OF CLAIM IS DUPLICATIVE |