# EXHIBIT C

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 23: EXHIBIT C - DUPLICATE & REDUCE CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE, MD 21201 | 809 | $284,000,000.00 $138,121.15 | (P) (U) | $0.00 $138,121.15 | (P) (U) | SUBSTANTIALLY DUPLICATED CLAIM; REDUCE BUT NOT ALLOW TO $138,121.15 |
| 2 | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE, MD 21201 | 828 | $310,000,000.00 $14,534.93 | (P) (U) | $0.00 $14,534.93 | (P) (U) | SUBSTANTIALLY DUPLICATED CLAIM; REDUCE BUT NOT ALLOW TO $14,534.93 |
| | **Totals:** | | $594,000,000.00 $152,656.08 | (P) (U) | $0.00 $152,656.08 | (P) (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
                                                                                                                    (P) - Priority          (U) - Unsecured

Page 1 of 1                                                                                                                          6/14/2007 8:10:05 AM

Exhibit C
IRS Duplicate Claim to be Reduced but not Allowed

**IRS MASTER CLAIM**

| Claim # | Case # | Case Name | Amt asserted in claim for period ending 12/31/1988 | Amt asserted in claim for period ending 12/31/1989 | Amt asserted in claim for period ending 12/31/1993 | Amt asserted in claim for period ending 12/31/1994 | Amt asserted in claim for period ending 12/31/1995 | Amt asserted in claim for period ending 12/31/1996 | Amt asserted in claim for period ending 12/31/1998 | Amount asserted in claim for FICA 1993-1996 | Additional Assessment | Penalty asserted in claim | Interest asserted in claim | TOTAL | REQUESTED RELIEF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 830 | 01-01140 | W.R. GRACE & CO-CONN. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | 1,147,904 | 34,412 | 17,850 | 311,200,166 | KEEP THIS MASTER CLAIM |

**IRS DUPLICATE CLAIM**

| Claim # | Case # | Case Name | Amt asserted in claim for period ending 12/31/1988 | Amt asserted in claim for period ending 12/31/1989 | Amt asserted in claim for period ending 12/31/1993 | Amt asserted in claim for period ending 12/31/1994 | Amt asserted in claim for period ending 12/31/1995 | Amt asserted in claim for period ending 12/31/1996 | Amt asserted in claim for period ending 12/31/1998 | Amount asserted in claim for FICA 1993-1996 | Additional Assessment | Penalty asserted in claim | Interest asserted in claim | TOTAL | REQUESTED RELIEF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 899 | 01-01157 | GEC MANAGEMENT CORP. | | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | 59,551 | | 23,820 | 54,750 | 284,138,121 | SUBSTANTIALLY DUPLICATED CLAIM; REDUCE BUT NOT ALLOW TO $138,121 |
| 838 | 01-01185 | HOMCO INTERNATIONAL, INC. | 26,000,000 | 38,000,000 | 28,000,000 | 49,000,000 | 71,000,000 | 55,000,000 | 43,000,000 | | | 8,900 | 5,635 | 310,008,900 | SUBSTANTIALLY DUPLICATED CLAIM; REDUCE BUT NOT ALLOW TO $14,535 |