# EXHIBIT D

## In re: W.R. GRACE & CO., et al
### OMNIBUS 23: EXHIBIT D - DISALLOW & EXPUNGE CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | DEPT OF THE TREASURY INTERNAL REVENUE SERVICE<br>ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | 01-01191<br>MRA HOLDINGS CORP. | 2235 | $196,111.84 | (S) | PREVIOUSLY SETTLED WITH THE IRS PER CLOSING AGREEMENT |
| | | | Totals: | $196,111.84 | (S) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
                                                                                                              (P) - Priority         (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.