# EXHIBIT E

**FedEx US Airbill**

FedEx Tracking Number: 8569 0962 3622

**1 From** (Please print and press hard.)
Date: 1/4/07
Sender's FedEx Account Number: 0606-2331-7
Sender's Name: Natalie Hoyer Keller
Phone: (312) 861-2229
Company: KIRKLAND & ELLIS LLP
Address: 200 E RANDOLPH ST FL 54
City: CHICAGO   State: IL   ZIP: 60601-6603

**2 Your Internal Billing Reference:** 15848-46

**3 To**
Recipient's Name: Darcy Parker
Company: Internal Revenue Service
       Appeals - Area 5 - FLL
Address: 1000 South Pine Island Road, Suite 350
City: Plantation   State: FL   ZIP: 33324-3202

0334254357

**4a Express Package Service**
[X] FedEx Priority Overnight

**5 Packaging**
[X] FedEx Box

**7 Payment** Bill to:
[X] Sender

519

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Natalie Hoyer Keller
To Call Writer Directly:
312 861-2229
nkeller@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

January 4, 2007

**By Federal Express**

Darcy Parker
Internal Revenue Service
Appeals -- Area 5 -- FLL
1000 South Pine Island Road, Suite 350
Plantation, FL 33324-3202

Re:   Closing Agreement

Dear Ms. Parker:

Enclosed please find nine signed originals of Form 906, executed by GN Holdings, Inc., Fresenius Medical Care Holdings, Inc., Sealed Air Corporation, and W.R. Grace & Co. Please have the closing agreements executed by the Commissioner and return a fully executed original to each of the taxpayers.

Also enclosed for your information is a copy of the letter to the Department of Justice transmitting payment of $13 million in full settlement of all federal tax liability associated with meal, lodging and incidental allowance plans operated by W.R. Grace & Co.-Conn. affiliates, CCHP Inc. and Cross Country Staffing from 1993 to 1998.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Natalie Hoyer Keller

Enclosures

cc:   Elyse Filon, W.R. Grace & Co. (w/out enclosures)

London          Los Angeles          Munich          New York          San Francisco          Washington, D.C.