**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' NOTICE OF SERVICE OF THE EXPERT REPORT OF DR. MARK PETERSON IN CONNECTION WITH THE ASBESTOS <u>PERSONAL INJURY ESTIMATION HEARING</u>**

PLEASE TAKE NOTICE that on June 18, 2007, Mark T. Hurford of Campbell & Levine, LLC, caused a copy of the *Expert Report of Dr. Mark Peterson* to be served upon the attached Exhibit A via the manner indicated.

                                                CAMPBELL & LEVINE, LLC

Dated: June 18, 2007                  */s/ Mark T. Hurford*
                                                Mark T. Hurford  (No. 3299)
                                                800 King Street, Suite 300
                                                Wilmington, DE 19801
                                                (302) 426-1900

{D0088355.1 }