IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| W. R. GRACE & CO., ET AL., | ) | CASE NO. 01-01139(JKF) |
| | ) | JOINTLY ADMINISTERED |
| DEBTORS | ) | |
| | ) | |

## NOTICE OF SERVICE OF PLEADINGS

Notice is hereby given that Maples and Lomax, P.A. ("Respondent") has this date served a true and correct copy of the following pleading to Counsel for the Debtors set forth on the attached Certificate of Service:

**OBJECTIONS TO SECOND SET OF INTERROGATORIES.**

Maples and Lomax, P.A. will maintain the original of said document.

Dated, this the 18th day of June, 2007.

Respectfully submitted,

MAPLES & LOMAX, P.A.

BY: _Scott O. Nelson_
SCOTT O. NELSON, MSB #10063
MAPLES & LOMAX, P. A.
Post Office Drawer 1368
2502 Market Street
Pascagoula, MS 39568-1368
Phone: 228-762-3161
Facsimile: 228-762-5768

## CERTIFICATE OF SERVICE

I, Scott O. Nelson, do hereby certify that I have mailed this day the document set forth in the above Notice of Service of Pleadings to the following Counsel for Debtors:

| | |
|---|---|
| David M. Bernick<br>Janet S. Baer<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636 | **Via Federal Express** |
| Barbara M. Harding, Esq.<br>David E. Mendelson, Esq.<br>Amanda Basta, Esq.<br>KIRKLAND & ELLIS, LLP<br>655 Fifteenth Street, NW<br>Washington, DC 20005 | **Via First Class U. S. Mail** |
| Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Timothy P. Cairns, Esq.<br>PACHULSKI, STANG, ZIEHL, YOUNG,<br> JONES & WEINTRAUB LLP<br>919 North Market Street, 17th Floor<br>Post Office Box 8705<br>Wilmington, DE 19899-8705 | **Via First Class U. S. Mail** |

This, the 18th day of June, 2007

_____
SCOTT O. NELSON