IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                    :   Chapter 11
                                          :   Case No. 01-01139(JKF)
                                          :
W. R. GRACE & CO., et al.,                :   Jointly Administered
                                          :
                    Debtors.              :
------------------------------------------------------------ x
```

**OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' NOTICE IN REGARD TO EXPERT REBUTTAL REPORT OF DR. JAMES HECKMAN**

The Official Committee (the "Equity Committee") of Equity Security Holders of W.R. Grace & Co. ("Grace") hereby submits this statement to remind parties that, as indicated in the Amended Designation of Expert Witness filed March 21, 2007 (Docket No. 14,921), the Equity Committee will very likely file a rebuttal report by Dr. James Heckman applying his specific expertise to the evaluation of the expert estimation reports submitted by other parties.

Dated:  June 18, 2007

                                                Respectfully submitted,

                                                KRAMER LEVIN NAFTALIS &
                                                   FRANKEL LLP
                                              By: /s/Gregory Horowitz
                                                   Gregory Horowitz
                                                   Philip Bentley
                                                   Gary M. Becker
                                              919 Third Avenue
                                              New York, New York  10022
                                              Telephone:  (212) 715-9100
                                              Facsimile:  (212) 715-8000

                                              Attorneys for the Official Committee of
                                              Equity Security Holders