## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
|  | ) |
| Debtors. | ) |

### FUTURE CLAIMANTS' REPRESENTATIVE'S NOTICE OF SERVICE
### OF EXPERT REPORTS OF JENNIFER L. BIGGS, F.C.A.S., M.A.A.A.,
### JOSEPH J. RADECKI, JR., AND P.J. ERIC STALLARD, A.S.A., M.A.A.A., F.C.A.
### IN CONNECTION WITH ASBESTOS PERSONAL INJURY ESTIMATION

PLEASE TAKE NOTICE that on June 18, 2007, counsel for David T. Austern, the

Court-appointed legal representative for future asbestos personal injury claimants, caused a copy

of the expert reports of Jennifer L. Biggs, F.C.A.S., M.A.A.A., Joseph J. Radecki, Jr., and P.J.

Eric Stallard, A.S.A., M.A.A.A., F.C.A. to be served on the service list below via Federal

Express and electronic mail.

Dated:  June 18, 2007

Respectfully submitted,
PHILLIPS, GOLDMAN & SPENCE, P.A.

*John C. Phillips Jr. (#110)*

John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

- and -

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone:  (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y.  10103-0001
Telephone:  (212) 506-5000

*Counsel for David T. Austern,*
*Future Claimants' Representative*

**Expert Report Service List**

**VIA FEDERAL EXPRESS**

David Bernick
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel for the Debtors*

Philip Bentley
Gary Becker
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*Counsel for the Official Committee of Equity Holders*

Barbara Harding
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005-5793
*Counsel for the Debtors*

Theresa K.D. Currier
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
*Counsel for the Official Committee of Equity Holders*

James O'Neill
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
*Counsel for the Debtors*

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Lewis Kruger
Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*Counsel for the Official Committee of Unsecured Creditors*

Peter Van N. Lockwood
Nathan Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Counsel for the Official Committee of Unsecured Creditors*

Mark Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Scott L. Baena
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
*Counsel for the Official Committee of Asbestos Property Damage Claimants*

Theodore Tacconelli
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
Wilmington, DE 19801
*Counsel for the Official Committee of Asbestos Property Damage Claimants*

Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
*Counsel for the Libby Claimants*

Adam G. Landis
Landis Roth & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
*Counsel for the Libby Claimants*

David Klauder
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**

David Bernick
dbernick@kirkland.com

Janet Baer
jbaer@kirkland.com

Andrew Running
arunning@kirkland.com

Barbara Harding
bharding@kirkland.com

David Mendelson
dmendelson@kirkland.com

Salvatore Bianca
sbianca@kirkland.com

Brian Stansbury
bstansbury@kirkland.com

Amanda Basta
abasta@kirkland.com

Laura Davis Jones
ljones@pszyjw.com

James O'Neil
joneill@pszyjw.com

Lewis Kruger
lkruger@stroock.com

Arlene Krieger
akrieger@stroock.com

Kenneth Pasquale
kpasquale@stroock.com

Michael Lastowski
mlastowski@duanemorris.com

Elihu Inselbuch
ei@capdale.com

Peter Van N. Lockwood
pvnl@capdale.com

Walter Slocombe
wbs@capdale.com

Nathan Finch
ndf@capdale.com

James Wehner
jpw@capdale.com

Adam Van Grack
alv@capdale.com

Marla Eskin
meskin@camlev.com

Mark Hurford
mhurford@camlev.com

Scott Baena
sbaena@bilzin.com

Jay Sakalo
jsakalo@bilzin.com

Matthew Kramer
mkramer@bilzin.com

Theodore Tacconelli
ttacconelli@ferryjoseph.com

Theresa K.D. Currier
teresa.currier@bipc.com

Philip Bentley
pbently@kramerlevin.com

Gary Becker
gbecker@kramerlevin.com

David Klauder
david.klauder@usdoj.gov

Daniel Cohn
cohn@cwg11.com

Christopher Candon
candon@cwg11.com

Adam Landis
landis@lrclaw.com

Roger Frankel
rfrankel@orrick.com

Richard Wyron
rwyron@orrick.com

Raymond Mullady
rmullady@orrick.com

Garret Rasmussen
grasmussen@orrick.com

John Ansbro
jansbro@orrick.com

Debra Felder
dfelder@orrick.com

Jack Phillips
JCP@pgslaw.com