IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 25, 2007, AT 1:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, JUNE 21, 2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]

## CONTINUED MATTERS

1. Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

b. [Signed] Thirty-Second Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 5/22/07] (Docket No. 15758)

Response Deadline: June 4, 2004, at 4:00 p.m.

Status: The hearing on the claims of Weatherford International, Inc. is continued to July 23, 2007, at 2:00 p.m.

2. Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

Related Documents:

a. [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 5/22/07] (Docket No. 15759)

Response Deadline: November 3, 2006 at 4:00 p.m.

Responses Received:

a. Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status: This matter is continued to July 23, 2007, at 2:00 p.m.

3. Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 12/18/06] (Docket No. 14063)

Related Documents:

a. [Signed] Fifth Order Granting Relief Sought Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 5/22/07] (Docket No. 15760)

Response Deadline: January 5, 2007, at 4:00 p.m.

Responses Received:

a. Response of Cartus Corporation, Formerly Known as Cendant Mobility Services Corporation, to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/3/07] (Docket No. 14217)

    b.    Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/4/07] (Docket No. 14219)

    c.    Response of Claimant Walter D. Pelett to Debtors' Twentieth Omnibus Objection to Claims [Filed: 2/9/07] (Docket No. 14525)

    d.    Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Request for Additional Documents [Filed: 2/22/07] (Docket No. 14645)

Status: This matter is continued to July 23, 2007, at 2:00 p.m.

4.    Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 3/28/07] (Docket No. 15012)

Related Documents:

    a.    [Signed] Second Order Granting Relief Sought in Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 5/22/07] (Docket No. 15761)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

    a.    Georgia Department of Revenue's Response to Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 4/3/07] (Docket No. 15079)

    b.    Response by New York State Department of Taxation and Finance to Debtors' Twenty-Second Omnibus Objection to Claims [Filed: 4/6/07] (Docket No. 15106)

Status: This matter is continued to July 23, 2007, at 2:00 p.m.

5.    Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Related Documents:

    a.    [Proposed] Order Granting Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

    a.    Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to July 23, 2007, at 2:00 p.m.

**QUARTERLY FEE APPLICATIONS**

6.  Twenty-Third Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2006 through December 31, 2006.

    Related Documents:

    a.  **Certification of Counsel Regarding Twenty-Third Quarter Project Category Summary [Filed: 6/18/07] (Docket No. 16075)**

    b.  **Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Twenty-Third Period [Filed: 6/18/07] (Docket No. 16073)**

    Status: This matter will go forward.

**UNCONTESTED MATTERS**

7.  Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed: 5/21/07] (Docket No. 15755)

    Related Documents:

    a.  [Proposed] Order Authorizing the Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed: 5/21/07] (Docket No. 15755)

    b.  **Certification of Counsel on Order Authorizing the Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed: 6/18/07] (Docket No. 16072)**

    Response Deadline: June 8, 2007, at 4:00 p.m. (Extended by Agreement to June 11, 2007, at 4:00 p.m. for Official Committee of Asbestos Personal Injury Claimants and Official Committee of Asbestos Property Damage Claimants)

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter will go forward.

8.  Debtors' Motion for Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Perkins Coie LLP [Filed: 5/21/07] (Docket No. 15756)

    Related Documents:

    a.  [Proposed] Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Perkins Coie LLP [Filed: 5/21/07] (Docket No. 15756)

b.  **Certification of No Objection Regarding Debtors' Motion for Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Perkins Coie LLP [Filed: 6/18/07] (Docket No. 16074)**

Response Deadline: June 8, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: **No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

## CONTESTED MATTERS

9.  Motion to Modify Order Allowing Retention of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders [Filed: 3/28/07] (Docket No. 14992)

    Related Documents:

    a.  [Proposed] Modified Order Authorizing and Approving the Employment and Retention of Lexecon LLC, Nunc Pro Tunc From October 29, 2004, as Asbestos Claims Consultant to the Official Committee of Equity Security Holders [Filed: 3/28/07] (Docket No. 14992, Exhibit A)

    Response Deadline: April 13, 2007, at 4:00 p.m.

    Responses Received:

    a.  Objection of the Official Committee of Asbestos Personal Injury Claimants to the Official Committee of Equity Security Holders Motion to Modify Order Allowing Retention of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders [Filed: 4/13/07] (Docket No. 15171)

    Status: This matter will go forward.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

10. Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

    Related Documents:

    a.  Memorandum Opinion [Filed: 4/17/07] (Docket No. 15209)

    b.  [Signed] Order [Filed: 4/27/07] (Docket No. 15210)

    c.  [Proposed] Order Granting the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

<u>Response Deadline</u>: June 8, 2007, at 4:00 p.m.

<u>Responses Received:</u>

a. Debtors' Response to Speights & Runyan's Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 6/8/07] (Docket No. 15998)

<u>Status:</u> This matter will go forward.

11. Motion of the Debtors for Entry of an Order Authorizing Settlement of an Asbestos Property Damage Claim and Protecting Confidentiality of Certain Portions Thereof [Filed: 5/11/07] (Docket No. 15645)

<u>Related Documents:</u>

a. [Proposed] Order Authorizing Settlement with Building Laborers Union Local 310, and Granting Certain Related Relief [Filed: 5/11/07] (Docket No. 15645, Exhibit B)

**b. Certification of Counsel [Filed: 6/18/07] (Docket No. 16080)**

<u>Response Deadline</u>: June 8, 2007, at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

<u>Status:</u> This matter will go forward.

12. Motion of the Debtors for Entry of an Order Authorizing Settlement of an Asbestos Property Damage Claim Filed By Trumbull Memorial Hospital and Protecting Confidentiality of Certain Portions Thereof [Filed: 5/22/007] (Docket No. 15779)

<u>Related Documents:</u>

a. [Proposed] Order Authorizing Settlement with Trumbull Memorial Hospital and Granting Certain Related Relief [Filed: 5/22/07] (Docket No. 15779, Exhibit B)

b. [Signed] Order Granting Debtors' Motion for Leave From Scheduling Order and to Shorten Notice Period of Motion for Entry of an Order Authorizing Settlement of an Asbestos Property Damage Claim Filed By Trumbull Memorial Hospital and Protecting Confidentiality of Certain Portions Thereof [Filed: 5/22/007] (Docket No. 15803)

**c. Certification of Counsel [Filed: 6/18/07] (Docket No. 16081)**

<u>Response Deadline</u>: June 8, 2007, at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

<u>Status:</u> This matter will go forward.

13. ZAI Claimants' Motion for Discovery Concerning W. R. Grace's Conduct in the ZAI Summary Judgment Proceedings [Filed: 3/28/07] (Docket No. 15004)

   Related Documents:

   a. [Proposed] Order Granting ZAI Claimants' Motion for Discovery Concerning W. R. Grace's Conduct in the ZAI Summary Judgment Proceedings [Filed: 3/28/07] (Docket No. 15004)

   Response Deadline: April 13, 2007, at 4:00 p.m.

   Responses Received:

   a. Debtors' Response to ZAI Claimants' Motion for Discovery Concerning W. R. Grace's Conduct in the ZAI Summary Judgment Proceedings [Filed: 4/13/07] (Docket No. 15168)

   Status: This matter will go forward.

14. Status Conference on ZAI Science Issues

   Status: This matter will go forward.

15. Pre-Trial Conference on Anderson Memorial Class Certification

   Status: A pre-trial conference and discussion will go forward regarding discovery issues, if any.

## STATUS CONFERENCE ON PI MATTERS

16. Status Conference on PI Estimation matters

   Status: This matter will go forward.

## STATUS CONFERENCE ON PD MATTERS

17. **Status Conference on Issues related to Asbestos PD Claims**

   **Status: A status conference will go forward.**

## STATUS CONFERENCE ON ADMINISTRATIVE FEE ORDER MATTERS

18. **Status Conference on Compliance with Administrative Fee Order time periods**

   **Related Documents:**

   a. **Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee**

       Members [Filed: 4/17/02] (Docket No. 1949)

b.   **Application of Forman Perry Watkins Krutz & Tardy LLP for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap for Period April 2006 To March 2007** [Filed: 4/26/07] (Docket No. 15310)

c.   **Certification of Counsel Regarding Fee Application of Forman Perry Watkins Krutz & Tardy LLP** [Filed: 6/8/07] (Docket No. 15999)

**Status:** A status conference will go forward.

Dated: June 18, 2007

    KIRKLAND & ELLIS LLP
    David M. Bernick, P.C.
    Janet S. Baer
    Lisa G. Esayian
    Samuel Blatnick
    Michael Dierkes
    200 East Randolph Drive
    Chicago, IL 60601
    Telephone: (312) 861-2000
    Facsimile: (312) 861-2200

    –and–

    PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

    /s/ Timothy P. Cairns
    Laura Davis Jones (Bar No. 2436)
    James E. O'Neill (Bar No. 4042)
    Timothy P. Cairns (Bar No. 4228)
    919 North Market Street, 17th Floor
    Wilmington, DE 19801
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400

    Co-Counsel for the Debtors and Debtors in Possession