# EXHIBIT D

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| W. R. GRACE & CO., et al., | : Case No. 01-01139 (JKF) |
| Debtors. | : (Jointly Administered) |

## AFFIDAVIT OF PAMELA D. ZILLY IN SUPPORT OF THE DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE SALE OF THE WASHCOAT BUSINESS

1. I am a Senior Managing Director of The Blackstone Group L.P. ("Blackstone"), a private financial advisory and investment firm that maintains offices at 345 Park Avenue, New York, New York 10154. Blackstone provides financial advisory services to the above-captioned debtors (the "Debtors"). I am the senior member of the Blackstone team providing these services to the Debtors.

2. I submit this Affidavit in support of the Debtors' motion (the "Motion") for an order authorizing the sale of the Washcoat Business to the Buyer. Initially capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Blackstone's Qualifications

4. I have considerable experience with Chapter 11 reorganization and other distressed company circumstances, advising both debtors and creditors. Advisory assignments in which I have been actively involved include, among others: Altos Hornos de Mexico, APS Holding Corporation, America West Airlines, Inc., Best Products, The Babcock & Wilcox Company, The Caldor Corporation, Combustion Engineering, Dow Corning Corporation,

Harvard Industries, The Kendall Company, Lone Star Industries, Phar-Mor Inc., Safety-Kleen Corp., Spreckels Industries and Walter Industries.

5. I graduated *magna cum laude* and Phi Beta Kappa from Connecticut College and received an MSIA from Carnegie Mellon University.

6. Prior to joining Blackstone in 1991, I worked at Chemical Bank in its Mergers & Acquisitions Group and its Restructuring & Reorganization Group. Prior to joining Chemical Bank, I was a First Vice President in the Corporate Finance Department of E.F. Hutton & Company Inc.

### Blackstone's Role in the Sale Process

7. Blackstone is known for advising clients in the acquisition and divestiture of assets. In this role, a specific competency of Blackstone is to contact potential buyers in the corporate and financial communities to gauge their interest in acquiring assets.

8. In the third quarter of 2006, the Debtors' management informed Blackstone that it was evaluating strategic options for the Washcoat Business. The Washcoat Business is a small division, accounting for approximately 1% of the Debtors' consolidated sales in 2006, and specializes in the development and production of porous alumina and mixed-oxide materials that are used in catalytic converters.

9. On September 25, 2006, Blackstone coordinated a call with management and the financial advisors to the various committees in these cases (including the financial advisors to the Future Claimants' Representative). During that call, management explained the rationale for the potential disposition of the Washcoat Business and announced that a sale process would commence.

10. In October 2006, Blackstone assisted management to identify potential buyers and to prepare a brief investment overview. Blackstone and the Debtors then contacted forty potential buyers, including both chemical companies and investment firms with a demonstrated

2

interest in chemical or industrial transactions. Specifically, Blackstone contacted twenty-six buyers, and the Debtors contacted the remaining fourteen buyers. Of the forty potential buyers contacted, nine potential buyers submitted first-round indications of interest. Three of these first-round indications of interest were selected by the Debtors for the next round.

11.  In my professional judgment, the forty parties contacted during the marketing process represent an exhaustive list of potential buyers with an interest in an enterprise such as the Washcoat Business. I believe the marketing process was thorough, and adequately assessed the market's level of interest in the Washcoat Business. Overall, the process demonstrated that a relatively small number of parties were interested in the Washcoat Business at values meaningful to the estate.

12.  Certain themes became apparent during the marketing process. First, many buyers were not interested in such a small business with a specific focus. Second, buyers expressed concern about selling into the automotive sector, which has experienced a downturn in recent years. Third, even though many targeted buyers had chemical or industrial experience, they did not have – or did not show the inclination to develop – the specific technical competence in alumina and mixed-oxide materials science to understand the potential of the underlying technology.

13.  The facts set forth in this Affidavit are true and correct to the best of my knowledge, information and belief.

*Pamela D. Zilly*
Pamela D. Zilly
THE BLACKSTONE GROUP L.P.
345 Park Avenue
New York, New York 10154
Telephone (212) 583-5388
Facsimile (212) 583-5707

SWORN TO AND SUBSCRIBED
before me this 21st day of May, 2007.

*Linda H Kruse*

**LINDA H. KRUSE**
NOTARY PUBLIC, State of New York
No. 01KR4862933
Qualified in Richmond County
Certificate filed in New York County
Commission Expires June 23, 2010

4