THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 18th day of June, 2007, true and correct copies of the Expert Reports listed on the attached Exhibit A and a *Notice of Reservation of Right to File Rebuttal Report* (attached hereto as Exhibit B) were served on the individuals listed on the letters attached hereto as Exhibit C in the manner indicated therein.

Dated: June 18, 2007

KIRKLAND & ELLIS LLP
David M. Bernick
Scott McMillin
Ellen Therese Ahern
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David E. Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

91100-001\DOCS_DE:128221.2

–and–

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____/s/_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession