# **<u>EXHIBIT A</u>**

# **Exhibit A**

1. Estimation of the number and value of pending and future asbestos-related personal injury claims by Thomas Florence of ARPC.

2. Report of Frederick C. Dunbar of NERA.