# **<u>EXHIBIT B</u>**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF RESERVATION OF RIGHT TO FILE REBUTTAL REPORTS**

1. On June 11 and June 18, 2007, pursuant to the Newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities [Docket No. 15923] (the "PI CMO") the parties to the Asbestos Personal Injury Estimation Proceedings filed certain expert reports ("Expert Reports").

2. Pursuant the PI CMO, the parties are permitted to file supplemental and rebuttal reports on July 24, 2007 and August 8, 2007.

3.. While it is not necessary to file this Notice, out of an abundance of caution, the Debtors hereby notify you that in response to these Expert Reports, Grace reserves the right to file rebuttal expert reports from William Howard Ory, William J. Blot, Herman Gibb, Jack Parker and Bertram Price in addition to rebuttal reports from its experts who previously filed reports. If appropriate, Grace will submit rebuttal expert reports on the dates set forth in the CMO.

K&E 11909765.1

Dated: June 18, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Scott A. McMillin
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

2

K&E 11909765.1