# **<u>EXHIBIT C</u>**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

Dir. Fax: 312 861-2200

June 18, 2007

See Attached Service List

Re:    W.R. Grace's Expert Report for Thomas Florence

Dear Counsel

    Enclosed please find W.R. Grace's estimation expert report for Thomas Florence of ARPC. This report is being sent out to each of you via email tonight. In addition, a hard copy of the report plus all exhibits, attachments and reliance materials is being overnighted to you for delivery tomorrow.

    Please be advised that the enclosed report does not contain any confidential information under the Court's protective orders, however, the information and data contained in the reliance materials are subject to the existing protective orders in this case. Each of you are already subject to the protective orders and are obligated to comply with such orders in the handling and dissemination of the reliance materials.

    Please do not hesitate to contact me if you have any questions.

Sincerely,

Scott A. McMillin

SAM

KIRKLAND & ELLIS LLP

June 18, 2007
Page 2

### Service List for W.R. Grace Estimation Expert Reports

Nathan D. Finch
Caplin & Drysdale
One Thomas Circle, NW, 27th Floor
Washington, DC 20005

Scott Baena
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Raymond Mullady
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, NW,
Washington, DC 20007-5135

Gary Becker
Kramer Levin
1177 Avenue of the Americas
New York, NY 10036

Daniel C. Cohn
Cohn Whitesell & Goldberg, LLP
101 Arch Street
Boston, MA 02110

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

Dir. Fax: 312 861-2200

June 18, 2007

See Attached Service List

    Re:    W.R. Grace's Expert Report for Frederick Dunbar

Dear Counsel

    Enclosed please find W.R. Grace's estimation expert report for Frederick Dunbar of NERA. This report is being sent out to each of you via email tonight. In addition, a hard copy of the report plus all exhibits, attachments and reliance materials is being overnighted to you for delivery tomorrow.

    Please be advised that the enclosed report does not contain any confidential information under the Court's protective orders, however, the information and data contained in the reliance materials are subject to the existing protective orders in this case. Each of you are already subject to the protective orders and are obligated to comply with such orders in the handling and dissemination of the reliance materials.

    Please do not hesitate to contact me if you have any questions.

Sincerely,

Scott A. McMillin

SAM

Hong Kong    London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.

KIRKLAND & ELLIS LLP

June 18, 2007
Page 2

### Service List for W.R. Grace Estimation Expert Reports

Nathan D. Finch
Caplin & Drysdale
One Thomas Circle, NW, 27th Floor
Washington, DC 20005

Scott Baena
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Raymond Mullady
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, NW,
Washington, DC 20007-5135

Gary Becker
Kramer Levin
1177 Avenue of the Americas
New York, NY 10036

Daniel C. Cohn
Cohn Whitesell & Goldberg, LLP
101 Arch Street
Boston, MA 02110