IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 16081** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

Linda M. Ellis being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP and that on the 19th day of June, 2007, she caused a copy of the following documents to be served upon the following service list(s) in the manner indicated:

   **Certification of Counsel on Order Authorizing Settlement with
   Trumbull Memorial Hospital**

_____
Linda M. Ellis

Sworn to and subscribed before
me this 19th day of June, 2007

_____
Notary Public

My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

91100-001\DOCS_DE:85961.49

**W.R. Grace Trumbull Memorial Hospital Service List**
Case No. 01-1139 (JKF)
Document No. 128408
01 – First Class Mail


*First Class Mail*
(Counsel to Trumbull Memorial Hospital)
Steven E. Crick, Esquire
Humphrey Farrington & McClain
221 W. Lexington, Suite 400
PO Box 900
Independence, MO  64051

91100-001\DOCS_DE:128408.1