**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**EXPERT REPORT OF DR. LETITIA CHAMBERS**

**NAVIGANT CONSULTING, INC.**

**June 18, 2007**

      I am a Managing Director at Navigant Consulting, Inc. ("NCI"), a position I have held since July 2001.  Prior to joining Navigant, I was President and Founder of Chambers Associates Incorporated ("Chambers Associates"), which was acquired by NCI in 2001.  Chambers Associates, which operated as a subsidiary of Navigant until the end of 2003, when it was fully integrated into the parent company, was involved in asbestos estimation for over twenty years. NCI and its predecessor companies have had a long history of engagements related to asbestos, including analysis and operations support for the Asbestos Claims Facility and its successor, the Center for Claims Resolution, as well as for London market insurers.  NCI has more than 100 professional staff members who have provided services related to asbestos litigation.

      I have been personally involved in asbestos-related occupational disease matters since the late 1970s when I was Staff Director of the U.S. Senate Committee on Labor and Human Resources at the time the first legislation proposing asbestos compensation was considered.  After founding Chambers Associates in the early 1980s, I was retained by the Johns-Manville Corporation ("Manville") to provide consultation with regard to issues related to asbestos liability and to asbestos compensation legislation.  In the mid 1980s, my staff and I developed an approach to the estimation of liabilities related to personal injury from exposure to asbestos based on the research and methodology published in 1982 by Nicholson, Perkel, and Selikoff.[1]  Since that time, I have provided analytical and liability estimation services relating to asbestos litigation and asbestos reform legislation for a variety of clients.

---

[1] William J. Nicholson, George Perkel and Irving Selikoff, "Occupational Exposure to Asbestos: Population at Risk and Projected Mortality – 1980-2030," American Journal of Industrial Medicine 3:259-311, 1982 ("Nicholson").

I have been retained with court approval to provide expert advice in a number of asbestos bankruptcies. Recent asbestos bankruptcies in which I have been retained include:

- Armstrong World Industries (*In re: Armstrong World Industries*, No. 00-4471 (D. Del)), claims expert to the Official Committee of Unsecured Creditors. Submitted expert reports and rebuttal reports, was qualified by the Court as an expert in the field of asbestos personal injury claims estimation, and testified at two trials.

- J.T. Thorpe, Inc. (*J.T. Thorpe, Inc. v. Federal Insurance Co.* (*In re: J.T. Thorpe, Inc.*), No. LA-02-14216-BB, C.D. Cal), claims expert to insurers. Submitted a rebuttal report and declaration in bankruptcy proceedings in 2005 and a second rebuttal report in insurance coverage litigation in 2006.

- USG Corp. (*In re: USG Corp.,* Nos. 01-2094 to 01-2014 (D. Del)), claims expert to the Official Committee of Unsecured Creditors.

- G-1 Holdings (*In re: G-1 Holdings*, Nos. 01-30135 and 01-38790 (D. N.J.)), claims expert to the debtor. Submitted two affidavits in support of debtor's proposed claims liquidation procedures.

- National Gypsum / Asbestos Claims Management Corporation ("ACMC") (*In re National Gypsum Co.*, No. 3:00-CV-1729-L, N.D. Texas). Retained by "New" National Gypsum as an expert witness with regard to trust procedures and other asbestos claim-related issues in ACMC bankruptcy proceedings and testified at trial.

- Celotex (*In re The Celotex Corporation,* Nos. 90-10016-8B1 and 90-10017-8B1 (M.D. Fla.)), claims expert to the debtor. Submitted a claims estimation report, as well as a report estimating administrative costs and a cash flow analysis for the proposed Celotex Asbestos Settlement Trust.

I was also retained by Congoleum prior to its Chapter 11 bankruptcy and provided an estimate of that company's liability for pending asbestos personal injury claims. In November 2005 I testified with regard to that liability estimate in the insurance coverage litigation (*Congoleum v. ACE American Insurance Co.,* No. MID-L-8908-01 (N.J. Super. Ct.)).

Both at Chambers Associates and at NCI, I have estimated asbestos liabilities for numerous solvent defendant companies for purposes of reporting to the U.S. Securities and Exchange Commission; for companies and banks with regard to mergers and acquisitions of companies with asbestos-related liabilities; and for banks considering extension of credit to companies with asbestos-related liability with regard to short- and mid-term claims cash flow. NCI has also estimated asbestos-related liabilities for insurance companies relating to specific policyholders, whether solvent companies or debtors in Chapter 11 bankruptcy proceedings.

My complete curriculum vitae, including publications and other expert testimony, is included as Exhibit 1 to this report.

My billing rate for this engagement is $550 per hour for analysis and testimony. Other NCI staff have worked with me in this matter, and they have been billed at their normal and customary rates ranging from $165 to $450 per hour.

I have been retained in this bankruptcy proceeding by the law firm Stroock & Stroock & Lavan LLP, on behalf of the Official Committee of Unsecured Creditors ("the Committee"), to provide expert advice and opinions concerning asbestos personal injury claims filed and projected to be filed against W.R. Grace & Co. ("Grace") related to its prior manufacture and distribution of asbestos-containing products and with respect to an estimate of Grace's liability for such claims.

This submission constitutes notice that I expect to file a rebuttal or supplemental report on August 8, 2007 relating to the estimation of W.R. Grace's asbestos personal injury liabilities. I anticipate that such a report would address the opinions expressed and methodology applied by the experts for other parties to this matter concerning their respective estimates of Grace's asbestos personal injury liabilities.

Dated: 6/18/2007

_____
Letitia Chambers
Navigant Consulting, Inc.

# EXHIBIT 1

# Curriculum Vitae



# Letitia Chambers, Ed.D

**Letitia Chambers**
Managing Director

**Navigant Consulting, Inc.**
1801 K Street, NW, Suite 500
Washington, DC 20006

Tel  (202) 973-2400
Fax  (202) 973-2401

lchambers@navigantconsulting.com

**Employment**

- Navigant Consulting, Inc.
- New Mexico Commission of Higher Education
- U.S. Representative to the United Nations General Assembly
- Chambers Associates, Inc.
- United States Senate
- New Mexico State Department of Education
- Oklahoma City Public Schools
- Oklahoma State University

**Education and Professional**

- BA, English, University of Oklahoma
- MS, Education, Oklahoma State University
- Ed.D, Educational Research and Curriculum Development, Oklahoma State University

**Current Professional Associations**

- Director,  Jacobs University Bremen Foundation of America (charitable organization supporting the educational and research functions of the university)
- Director, The Shakespeare Guild (International Organization of scholars, actors and audiences
- Director, United Way of Santa Fe County
- Director, Wings of America, Native American youth organization

**Past Professional Associations**

- Commissioner, Western Interstate Commission on Higher Education
- Chair, New Mexico Educational Trust Board
- Board of Directors, New Mexico Student Loan and Guarantee Corp.

## Current Position

Letitia Chambers is employed with Navigant Consulting, Inc. as a Managing Director in the firm's Financial, Insurance and Claims Services practice. Dr. Chambers has undertaken numerous engagements related to class action settlements and mass torts bankruptcies and has prepared reports, given depositions, and testified in or prepared affidavits for court hearings as an expert witness on a variety of issues including claims projections, estimation of claim values, settlement filing rates and opt-out rates, development of claims handling procedures, and other issues related to litigation.  In addition, she currently heads a team that is assists clients in organizational restructuring and strategic planning to improve overall accountability and performance.

Dr. Chambers has authored or co-authored several articles, monographs and reports prepared for clients.  Monographs and reports listed here include those that were published or publicly released.

Dr. Chambers speaks regularly to trade associations, professional groups, legislative conferences, seminars, colloquia, and in other venues, appearing in over twenty states, several foreign countries and at the United Nations.  She is an accomplished speaker/orator before large audiences as well as interacting with smaller groups.  She has appeared on "Larry King Live", and several of her speaking engagements have been covered by C-SPAN.

## Professional Experience

Dr. Chambers founded Chambers Associates Incorporated, a highly successful consulting firm that was acquired by Navigant in 2001. She recently took an 18 month absence from Navigant Consulting to serve as Executive Director of the New Mexico Commission on Higher Education. In 1996, Dr. Chambers served as the U..S. Representative to the United Nations General Assembly, a Presidentially appointed position of ambassadorial rank requiring confirmation by the U.S. Senate.  In 1992, she served as the Chief Budget Advisor to the Clinton/Gore transition, leading the Budget Policy Group and serving on the Economic Policy Team.

Prior to founding Chambers Associates, Dr. Chambers was the first woman in history to head a major Standing Committee of the Senate when she was named Staff Director of the U.S. Senate Committee on Labor and Human Resources.  She also served as Senior Policy Analyst



- Board of Visitors, University of Oklahoma, College of Arts and Sciences
- Trustee, Institute of American Indian Arts and Culture (federally chartered college serving Native American students, and a nationally recognized museum of contemporary Indian art. Chaired Facilities and Development Committee 1998-2000, with responsibility for building the new campus which opened in August 2000), Chair of Academic and Museum Committee 2004-2005
- Trustee, Council for Excellence in Government (national organization of business leaders who formerly served in senior government positions)
- National Leadership Council, Share Our Strength (non-profit organization supporting hunger programs in the U.S. and internationally, and Co-Chair Annual Fundraising Dinner)
- Director, American Association for Budget and Program Analysis
- Director, Center for National Policy
- Director, The Institute for the Preservation of the Original Languages of the Americas
- Trustee, Federal City Council (organization of private sector business leaders seeking to improve D.C. government)
- Treasurer, Fund to Assure Infrastructure Funding
- Presbyterian Elder, Former Chair of Lay Academy, Member Christian Education Committee, Chair of Personnel Committee, Board of Deacons, Board of Elders

**Awards**

- 1999, John J. McCloy Fellowship
- 1998, Distinguished Alumni Award, University of Oklahoma
- 1992, Inducted into the Cosmos Club, Washington, D.C.

for Education, Employment and Social Services on the first staff of the U.S. Senate Committee on the Budget, and served as Staff Director for the Minority on the Senate Special Committee on Aging. Dr. Chambers has also served in senior administrative positions in state and local governments.

**2004-2005 Executive Director, New Mexico Commission of Higher Education, Santa Fe, New Mexico**

On leave of absence from Navigant Consulting, Dr. Chambers led the oversight agency for the state's system of higher education including allocation and budget approval for all state funds, approval of capital funding requests, allocation and administration of student financial aid, analysis of post secondary education policy issues, maintenance of the statewide student record system. Dr. Chambers led in the development of financial aid, governance, and other higher education reform efforts. Dr. Chambers took a leave of absence from Navigant to lead the state's higher education reform effort and returned to Navigant upon its successful passage by the New Mexico state legislature in 2005.

**1981-2003: President, Chambers Associates Incorporated, Washington, D.C.**

Dr. Chambers was the founder of a public policy consulting firm which was acquired in 2001 and operated as a subsidiary of Navigant until 2003, at which time it was fully integrated into Navigant. The firm provided analytical services related to tax, financial and fiscal policy; education, health, benefits and pension policy; infrastructure and environmental policy, telecommunications; trade; and international affairs. Leading a senior staff of highly trained economists, lawyers and political scientists, Dr. Chambers worked with senior corporate and association leaders to seek creative solutions to complex problems related to legislative and/or regulatory issues, strategic planning and institutional effectiveness, finance and budget.

The firm also provided analysis related to litigation, and Dr. Chambers has served as an expert witness in class action settlements and mass torts bankruptcies.

*(9/96-12/96)*: *U.S. Representative to the United Nations General Assembly*. Appointed by President Clinton and confirmed by the Senate to represent the United States at the 51st Session of the United Nations General Assembly in New York. Served on the Assembly's Budget Committee and worked on UN management reform issues.



**(10/92-1/93):** *Chief Budget Advisor, Clinton/Gore Transition.* Organized and led the Transition Budget Policy Group, composed of senior professionals drawn from business, academia and government. Developed spending and tax policy options for deficit reduction, prepared early drafts of the President's economic plan, and prepared recommendations related to other budget and management functions. Also served on the Transition's Economic Policy Team.

**(1997-2000):** *Director, Stratego Invest a.s.* Investment banking firm located in Prague, Czech Republic.

*(***1989-1994):** *Director, Adams National Bank*, **Washington, DC.** Chair, Executive Loan Committee; Chair, Personnel Committee; and Asset/Liability Committee Member.

**(1990-1994):** *Director, Adams Bank Holding Company.* Chair, Committee of Outside Directors.

### 1976-1981: United States Senate, Committee Professional Staff

**(1979-1981):** *Staff Director, U.S. Senate Committee on Labor and Human Resources.* Responsible for supervising the work of major Standing Committee during period of intense legislative activity. Directed staff of 140 in research, drafting, and passage of legislation; managed oversight of federal programs and activities within the Committee's jurisdiction; responsible for Committee interaction with the leadership and other Committees.

**(1977-1978):** *Minority Staff Director, U.S. Senate Special Committee on Aging.* Directed committee with oversight responsibility for programs for the elderly and managed research projects, program evaluation, and cost analysis undertaken by the Committee.

**(1976-1977):** *Senior Budget and Policy Analyst, U.S. Senate Budget Committee.* Served on the first staff of the Senate Budget Committee after its creation, with responsibility for education, employment and social programs; closely involved in Committee development of 1977 economic stimulus legislation.

*1977-1979: Adjunct Professor, University of Southern California's Washington Policy Center*

Taught graduate level courses on the federal budget, the Congressional budget process and on federal education policy. In Georgetown University's Continuing Education Program, taught courses on the federal budget.



**1974-1975:   Director of Federal Programs, New Mexico State Department of Education, Santa Fe, New Mexico**

Responsible for division of department administering federal funds and pass through of federal funds to local education agencies.

**1973-1974:   Director of State and Federal Projects, Oklahoma City Public Schools, Oklahoma City, Oklahoma**

Responsible for program and financial administration of projects and personnel financed with federal funds, which at the time constituted 15 percent of the school district budget.

**1970-1973: Graduate Research Assistant, Oklahoma State University, Stillwater, Oklahoma**

**1965-1970: English Teacher**

## Publications and Papers

*"Improving Students Success in Higher Education".* New Mexico Commission on Higher Education, 2004.

*"Where is the Asbestos Litigation Going?"* Mealey's Litigation Report: Asbestos Bankruptcy.  Volume 2, Number 3, (October 2002) also presented at Mealey's The Wall Street Forum, New York City, July, 2002.

*"Asbestos Claims Report Card"* American Conference Institute's 3rd National Asbestos Litigation Conference, Tavern on the Green, New York City, October 2002.

 *"Restructuring the Federal Budget for Future Investment."*  Public Works Management and Policy.  Volume 3, Number 4,  (April 1999): 275-288.

*"Reform of the Unemployment Insurance System."* Paper presented to the Interstate Conference of Employment Security Administrators, May 1995.

*Reforms in the Budget Structure*.  Paper presented to the American Association for Budget & Program Analysis Symposium, April 1995.

*An Analysis of Options for Change in the Federal Budget Process and The Federal Budget Presentation*. Co-authored with Dr. James A. Rotherham, November 1994. Monograph Commissioned by the Congressional Bipartisan Commission on Entitlement and Tax Reform.



*An Analysis of Indexing Procedures in Social Security and Other Federal Retirement and Disability Programs.* Co-authored with Dr. James L. McIntire and Dr. James M. Moody, September 1994. Monograph Commissioned by the Congressional Bipartisan Commission on Entitlement and Tax Reform.

Monograph series on Social Security co-authored with Dr. James A. Rotherham:

- *Social Security and the Budget*
- *Proposal for Reform of Social Security Financing*
- *Social Security Investment Options*

Published by The National Committee to Preserve Social Security and Medicare, July 1994.

*State Infrastructure Banks.* A compendium prepared for distribution at a national symposium for the National Association of Home Builders.

*Social Security: America's Most Successful Anti-Poverty Program.* Paper delivered at conference, Social Security: The Intergenerational Compact, January 1992.

*Debt Restructuring Revisited.* Paper delivered at The XVII Inter-American and Iberian Public Budgeting Seminar in Washington, D.C., May 20, 1991.

"*An Analysis of Family Leave Costs and International Practice,*" April 1991. Published by the National Committee to Preserve Social Security and Medicare.

*Structures and Capitalization for International Debt Reorganization Facilities: Recent Comprehensive Proposals.* Prepared for the American Express Company, 1989.

*Capitalizing the Institute of International Debt & Development: Alternative Financial Arrangements and U.S. Federal Budgetary Treatment.* Prepared for the American Express Company, 1988.

"*New Approaches for Compensation of Asbestos Victims; A Review and Cost Analysis of Major Legislative Proposals.*" Presented at the annual conference of the Association for Public Policy Analysis and Management, Seattle, Washington, October 1988.

Report of the Private Sector Advisory Panel on Infrastructure Financing, to the U.S. Senate Committee on the Budget. Co-authored with James N. Smith. Senate Print 101-23, (reprinted March 1989)



*"A Demographic Revolution: War or Peace Between Generations?"* Association Internationale Futuribles, Paris, France, October 4, 1988. Paper presented at conference and published as part of Conference proceedings.

*"Stockman and the Budget,"* <u>Christianity and Crisis</u>, Volume 46, No. 16, November 3, 1986. (Book Review of <u>The Triumph of Politics</u> by Stockman)

*"The Effects of Proposed Tax Reform on Older Americans,"* prepared for The American Association of Retired Persons, February 1985.

*"A Tax Reform a la Reagan,"* <u>Christianity and Crisis</u>, Volume 45, No. 19, November 25, 1985.

**Litigation Testimony**

In re: Armstrong World Industries, No. 00-4471 (Bankr. D.Del.) (Asbestos bankruptcy), 2006.

In re: J. T. Thorpe, Inc., No. LA 02-14216BB (D. CA) (Asbestos bankruptcy and related insurance coverage litigation), 2005, 2006.

In re: Congoleum Corporation, No. 03-51524 (Bankr. D.N.J.) (Insurance coverage litigation related to asbestos bankruptcy), 2005.

In re: Armstrong World Industries, No. 00-4471 (Bankr. D.Del.) (Asbestos bankruptcy), 2003.

Richard D. Lippe, et al., as Trustees of the Keene Creditors Trust v. Bairnco Corporation, et al. (Fraudulent conveyance litigation), 2002.

Earl Danner, Jr., et al. v. Brush Wellman Inc., Cabot Corp., and NGK Metals, Inc. (Beryllium litigation), 2001.

In re National Gypsum Co., No. 3:00-CV-1729-L (N.D. Tex.) (Reorganization of asbestos bankruptcy trust), 2000.

In re The Celotex Corporation, Nos. 90-10016-8B1 and Nos. 90-10017-8B1 ( M.D. Fla.) (Asbestos bankruptcy), 1995-1996.

**Testimony Before Congress and Government Agencies**

U.S. House Ways and Means Committee (pending tax legislation, 2001).

President's Commission to Study Capital Budgeting (Restructuring the Federal Budget, September 1998).



U.S. Senate Finance Committee (tax issues related to taxation of partnerships, July 1995).

Advisory Council on Social Security (Social Security Financing and Investment Options, February 1995).

U.S. House of Representatives, Legislation and National Security Subcommittee (Restructuring the Federal Budget, November 1993).

U.S. Senate Committee on Finance (pending tax legislation, May 1993).

U.S. House of Representatives, Committee on Public Works and Transportation, Subcommittee on Economic Development (restructuring the Federal budget and instituting a capital budget, May 1993).

Joint Committee on Reorganization (Federal Budget Process, April 1993).

U.S. House of Representatives, Committee on Energy and Commerce, Subcommittee on Telecommunications and Finance (pending securities legislation, April 1991).

Testimony in 2004-2005 on several accessions before the New Mexico Legislative Finance Committee, the New Mexico Legislative School Study Committee, and the New Mexico Senate and House Appropriations Committees on student financial aid and other higher education issues.