IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:** |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD APRIL 1, 2007 THROUGH APRIL 30, 2007

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

| | | | |
|---|---|---|---|
| 04//09/2007 | GHL | Further review of new analyses data as received from Grace, telephone conference with Mr. Leon regarding the data, and work on revision to invalidity opinion to incorporate additional data into the analysis; | 1.50 |
| 04/11/2007 | GHL | Finalization of invalidity opinion and attendance to transmittal of same to Mr. Leon. | 0.50 |

                                         SERVICES          $    1,060.00

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 2.00 | hours @ | $530.00 |
| | | | | | |

                 **INVOICE TOTAL**                     $    **1,060.00**

## WRG-0081
## AUTOMATED YIELD MONITORING AND CONTROL

| 04/12/2007 | GHL | Preparation for work on drafting patent application on this invention disclosure, including initial review of materials as received from Mr. Williams and Mr. Hilton, correspondence and telephone conference with Mr. Hilton on April 12 regarding status of the development; review published application providing background on the invention; | 0.80 |
|---|---|---|---|
| 04/16/2007 | GHL | Telephone conference with Mr. Lipford regarding new technology incorporated into SYM system; | 0.30 |
| 04/17/2007 | GHL | Review of further materials received from Mr. Lipford involving background of the invention, and telephone conference with Mr. Lipford on April 17 regarding background information for new application; | 0.80 |
| 04/23/2007 | JEM | Review published application on Grace's previous work on spray applications and review development history of the technology; | 0.30 |
| 04/24/2007 | JEM | Review invention disclosure materials; | 3.00 |
| 04/30/2007 | JEM | Review disclosure materials in preparation for scheduled meeting with inventors. | 1.00 |

SERVICES $ 2,791.50

|  | GHL | GARY H. LEVIN | 1.90 | hours @ | $530.00 |
|---|---|---|---|---|---|
|  | JEM | JOHN E. MCGLYNN | 4.30 | hours @ | $415.00 |

**INVOICE TOTAL** $ **2,791.50**

## WRG-GEN

| 04/27/2007 | GHL | Review of response letter from counsel for third-party regarding Grace fiber mesh patents, review of Mr. Leon's comments regarding same, and preparation of draft reply to the letter for consideration by Mr. Leon; | 0/60 |
|---|---|---|---|
| 04/30/2007 | GHL | Telephone conference with Messrs. Maggio and Cross regarding representations and warranties to be made in proposed asset sale agreement. | 0.30 |

SERVICES $ 477.00

| | GHL | GARY H. LEVIN | 0.90 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **477.00**