**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: ) | In Proceedings for a Reorganization under Chapter 11 |
| ) | |
| W.R. Grace & Co., *et al.,* ) | Case No. 01-01139-JKF |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |

**NOTICE OF SERVICE OF RESPONSE OF WATERS & KRAUS TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY that on June 14, 2007, one copy of the **RESPONSE OF WATERS & KRAUS TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following party by facsimile transmittal to:

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601-6636

Dated: June 19, 2007

                                                MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

                                    By:     /s/ Noel C. Burnham
                                                Noel C. Burnham, Esquire (3483)
                                                1105 North Market Street, 15th Floor
                                                Wilmington, DE 19801
                                                (302) 504-7800
                                                (302 504-7820 facsimile

2195087v1