IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 26, 2007, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON FRIDAY, JUNE 22, 2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

## CONTESTED MATTERS

1.    Motion of Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Legal Representative for Future, Asbestos Personal Injury Claimants, for Protective Order [Filed: 6/4/07] (Docket No. 15955)

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.      [Proposed] Order Granting the Motion of Official Committee of Asbestos
        Personal Injury Claimants and David T. Austern, Legal Representative for Future
        Asbestos Personal Injury Claimants, for Protective Order [Filed: 6/4/07] (Docket
        No. 15955)

Response Deadline: June 14, 2007, at 4:00 p.m., extended for the Debtors until June 15,
2007

Responses Received:

**a.      Debtors' Combined Response to Motions for Protective Orders Precluding
        Notices of Depositions of 21 Law Firms [Filed: 6/15/07] (Docket No. 16059)**

Status: This matter will go forward.

2.    Motion for Protective Order Filed by Motley Rice LLC [Filed: 6/4/07] (Docket No.
      15950)

Related Documents:

a.      [Proposed] Order Granting Motley Rice LLC's Motion for Protective Order
        [Filed: 6/4/07] (Docket No. 15950)

b.      Memorandum in Support of Motley Rice LLC's Motion for Protective Order
        [Filed: 6/4/07] (Docket No. 15950)

c.      Motion for Leave to Limit Time, Shorten Time, Shorten Notice, and Modify Case
        Management Order [Filed: 6/4/07] (Docket No. 15951)

        (i)     [Proposed] Order Granting Motley Rice LLC's Motion for Leave to Limit
                Time, Shorten Notice, and Modify Case Management Order [Filed:
                6/4/07] (Docket No. 15951)

Response Deadline: June 14, 2007, at 4:00 p.m., extended for the Debtors until June 15,
2007

Responses Received:

**a.      Debtors' Combined Response to Motions for Protective Orders Precluding
        Notices of Depositions of 21 Law Firms [Filed: 6/15/07] (Docket No. 16059)**

Status: This matter will go forward.

3.    Memorandum in Support of Motion for Protective Order Filed by Cooney and Conway
      [Filed: 6/4/07] (Docket No. 15959)

Related Documents: None.

91100-001\DOCS_DE:128192.3

Response Deadline: June 15, 2007

Responses Received:

**a.      Debtors' Combined Response to Motions for Protective Orders Precluding Notices of Depositions of 21 Law Firms [Filed: 6/15/07] (Docket No. 16059)**

Status: This matter will go forward.

4.      Motion of Certain Law Firms to Quash Deposition Notices and for a Protective Order [Filed: 6/5/07] (Docket No. 15966)

Related Documents:

a.      [Proposed] Order Granting Motion of Certain Law Firms to Quash Deposition Notices and for a Protective Order [Filed: 6/5/07] (Docket No. 15966)

Response Deadline: June 14, 2007, at 4:00 p.m., extended for the Debtors until June 15, 2007

Responses Received:

**a.      Debtors' Combined Response to Motions for Protective Orders Precluding Notices of Depositions of 21 Law Firms [Filed: 6/15/07] (Docket No. 16059)**

Status: This matter will go forward.

5.      Motion of Early, Ludwick and Sweeney, LLC, Kazan McClain, Abrams, Lyons, Farrise & Greenwood, a Professional Law Corporation, Waters & Kraus, LLP, Paul, Hanley & Harley, LLP and the Wartnick Law Firm for a Protective Order with Respect to Notices of Deposition Served on them by W. R. Grace [Filed: 6/7/07] (Docket No. 15987)

Related Documents:

a.      [Proposed] Order Granting Motion of Early, Ludwick and Sweeney, LLC, Kazan McClain, Abrams, Lyons, Farrise & Greenwood, a Professional Law Corporation, Waters & Kraus, LLP, Paul, Hanley & Harley, LLP and the Wartnick Law Firm for a Protective Order with Respect to Notices of Deposition Served on them by W. R. Grace [Filed: 6/7/07] (Docket No. 15987)

Response Deadline:  June 15, 2007, at 4:00 p.m.

Responses Received:

**a.      Debtors' Combined Response to Motions for Protective Orders Precluding Notices of Depositions of 21 Law Firms [Filed: 6/15/07] (Docket No. 16059)**

Status: This matter will go forward.

91100-001\DOCS_DE:128192.3

**STATUS CONFERENCE ON PI MATTERS**

6.      Status Conference on PI Amended Case Management Order

     **Related Documents:**

     **a.**    **[Signed] Newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities [Filed: 6/1/07] (Docket No. 15923)**

     **b.**    **Statement of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Future Claimants Representative Concerning the Case Management Order for Asbestos Estimation [Filed: 6/14/07] (Docket No. 16048)**

     **b.**    **Debtors' Brief on Outstanding Issues Regarding Newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities [Filed: 6/14/07] (Docket No. 16049)**

     Status: A status conference will go forward.

Dated: June 18, 2007

                                KIRKLAND & ELLIS LLP
                                David M. Bernick P.C.
                                Janet S. Baer
                                200 East Randolph Drive
                                Chicago, IL  60601
                                Telephone: (312) 861-2000
                                Facsimile: (312) 861-2200

                                -and-

                                PACHULSKI STANG ZIEHL YOUNG JONES
                                & WEINTRAUB LLP

                                Laura Davis Jones (Bar No. 2436)
                                James E. O'Neill, III (Bar No. 4042)
                                Timothy P. Cairns (Bar No. 4228)
                                919 North Market Street, 17th Floor
                                P.O. Box 8705
                                Wilmington, DE  19899-8705 (Courier 19801)
                                Telephone:  (302) 652-4100
                                Facsimile:  (302) 652-4400

                                Co-Counsel for Debtors and Debtors in Possession

4