# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et. al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Objection deadline: 12/28/06 at 4:00 p.m. |

**THIRTIETH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR OCTOBER 2006**

| | |
|---|---|
| Name of Applicant: | Protiviti Inc. |
| Authorized to Provide Services to: | Debtors |
| Date of Retention: | Order dated November 17, 2003, *nunc pro tunc* to June 30, 2003 |
| Period for which compensation and reimbursement is sought: | October 1 through October 31, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary | $12,627.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $0.00 |
| This is a(n): ___X___ interim | ___ Final application |
| Prior applications: None. | |

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marie Hendrixson | Managing Director<br>20 years | $300 | 1.8 | $540.00 |
| Kevin Strickler | Manager<br>7 years | $240 | 15.0 | $3,600.00 |
| Casey Michalski | Senior Consultant<br>3 years | $175 | 32.0 | $5,600.00 |
| Beatriz Chamberlain | Senior Consultant<br>4 years | $175 | 16.5 | $2,887.50 |
|  |  | Totals | 65.3 | $12,627.50 |

Fee Application Narrative

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 0 | 0 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br>• Sarbanes Oxley Compliance Services | 65.3 | $12,627.50 |
| Other (Explain) | 0 | 0 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | **65.3** | **$12,627.50** |

2

Fee Application Narrative

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $0.00 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $0.00 |
| Business Meals / Entertainment | N/A | $0.00 |
| **Total Expenses** | | **$0.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., *et. al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br> Jointly Administered <br><br> Objection deadline: 12/11/06 at 4:00 p.m. |

### CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1.  I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for March 2006* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2.  I have read the Application and I certify as follows:

    (a) The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

    (b) To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c) To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d) The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e) Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f) In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g) In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

*Marie Hendrixson*
Marie Hendrixson

Dated: November 30, 2006
       Philadelphia, PA

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered: October 2006**

**INTERNAL AUDIT - 8055**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Marie Hendrixson | Managing Director | 20 | $ 300.00 | 1.8 | $ 540.00 |
| Kevin Strickler | Manager | 7 | $ 240.00 | 15.0 | $ 3,600.00 |
| Casey Michalaski | Senior Consultant | 4 | $ 175.00 | 32.0 | $ 5,600.00 |
| Beatriz Chamberlain | Senior Consultant | 4 | $ 175.00 | 16.5 | $ 2,887.50 |
| | | | **Totals** | 65.3 | $ 12,627.50 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: October 2006**

**Name:**  Marie Hendrixson
**Level:**  Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 18-Oct-06 | Discussion internally regarding Self-Insurance special documentation/ review project | $ 300.00 | 1.8 | $ 540.00 |
| | Totals | | 1.8 | $ 540.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: October 2006**

**Name:** Kevin Strickler
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 4-Oct-06 | Planning discussions with newly assigned special project person. | $ 240 | 0.5 | $ 120.00 |
| 5-Oct-06 | Internal scheduling discussions related to SOA loan staff. | $ 240 | 0.5 | $ 120.00 |
| 6-Oct-06 | Planning discussions with newly assigned special project person. | $ 240 | 0.5 | $ 120.00 |
| 10-Oct-06 | Discussion internally regarding Self-Insurance special documentation/ review project | $ 240 | 0.5 | $ 120.00 |
| 12-Oct-06 | Coordination with Ed Bull and Beatriz Chamberlain regarding scheduling for special documentation review project and changed needs related to this. | $ 240 | 3 | $ 720.00 |
| 13-Oct-06 | Coordination with Protiviti regarding scheduling for special documentation review project. | $ 240 | 1 | $ 240.00 |
| 17-Oct-06 | Coordination with Protiviti regarding scheduling for special documentation review project. | $ 240 | 1 | $ 240.00 |
| 18-Oct-06 | Discussion internally regarding Self-Insurance special documentation/ review project | $ 240 | 1 | $ 240.00 |
| 19-Oct-06 | Planning discussions with newly assigned special project person. | $ 240 | 1 | $ 240.00 |
| 23-Oct-06 | Coordination with Ed Bull regarding changed client needs and changed Protiviti personnel. | $ 240 | 1.5 | $ 360.00 |
| 24-Oct-06 | Coordination with Ed Bull regarding changed client needs and changed Protiviti personnel. | $ 240 | 1.5 | $ 360.00 |
| 25-Oct-06 | Internal scheduling discussions related to SOA loan staff. | $ 240 | 1 | $ 240.00 |
| 27-Oct-06 | Planning discussions with newly assigned SOA staff person. | $ 240 | 1 | $ 240.00 |
| 30-Oct-06 | Planning discussions with newly assigned SOA staff person. | $ 240 | 1 | $ 240.00 |
| | **Totals** | | **15.0** | **$ 3,600.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: October 2006**

**Name:** Casey Michalski
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2-Oct-06 | Addressed review comments for SAP | $ 175.00 | 5.0 | $ 875.00 |
| 2-Oct-06 | Updated the Portal with revisions | $ 175.00 | 3.0 | $ 525.00 |
| 3-Oct-06 | Addressed review comments for SOAR | $ 175.00 | 5.0 | $ 875.00 |
| 3-Oct-06 | Updated the Portal with revisions | $ 175.00 | 2.0 | $ 350.00 |
| 3-Oct-06 | Uploaded missing documents | $ 175.00 | 1.0 | $ 175.00 |
| 5-Oct-06 | Addressed review comments for OS and WAN | $ 175.00 | 4.0 | $ 700.00 |
| 5-Oct-06 | Updated the Portal with revisions | $ 175.00 | 4.0 | $ 700.00 |
| 6-Oct-06 | Addressed various review comments | $ 175.00 | 5.0 | $ 875.00 |
| 6-Oct-06 | Updated the Portal with revisions | $ 175.00 | 2.0 | $ 350.00 |
| 6-Oct-06 | Uploaded documents | $ 175.00 | 1.0 | $ 175.00 |
| | **Totals** | | **32.0** | **$ 5,600.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: October 2006**

**Name:** Beatriz Chamberlain
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 4-Oct-06 | Met with Ed Bull | $ 175.00 | 1.0 | $ 175.00 |
| 4-Oct-06 | Met with Greg Demory | $ 175.00 | 1.0 | $ 175.00 |
| 4-Oct-06 | Reviewed the benefits documentation | $ 175.00 | 5.0 | $ 875.00 |
| 4-Oct-06 | Met with Mike Brown, controller | $ 175.00 | 1.0 | $ 175.00 |
| 5-Oct-06 | Met with Allison MacKenzie | $ 175.00 | 2.5 | $ 437.50 |
| 5-Oct-06 | Created flow chart to document meeting | $ 175.00 | 5.0 | $ 875.00 |
| 6-Oct-06 | Finished flow chart | $ 175.00 | 1.0 | $ 175.00 |
|  | **Totals** |  | **16.5** | **$ 2,887.50** |

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: October 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $   - |
| Lodging | N/A | $   - |
| Sundry | N/A | $   - |
| Business Meals | N/A | $   - |
| **Total** | | $   - |