**Exhibit B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection deadline: 1/05/07 at 4:00 p.m. |

## THIRTY-SECOND MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR NOVEMBER 2006

Name of Applicant:                                    Protiviti Inc.

Authorized to Provide Services to:                    Debtors

Date of Retention:                                    Order dated November 17, 2003,
                                                      *nunc pro tunc* to June 30, 2003

Period for which compensation
and reimbursement is sought:                          November 1 through November, 2006

Amount of Compensation sought
as actual, reasonable and necessary                   $10,661.07

Amount of Expense Reimbursement
sought as actual, reasonable and necessary            $0.00

This is a(n):        X  interim                        ___ Final application


Prior applications:      None.

Local Form 102
(Page 1 of 3 Pages)

### TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marie Hendrixson | Managing Director 20 years | $300 | 0.5 | $150.00 |
| Kevin Strickler | Manager 7 years | $240 | 19.0 | $4,560.00 |
| Casey Michalski | Senior Consultant 4 years | $175 | 4.0 | $700.00 |
| Mike Lawler | Consultant 1 year | $150 | 28.0 | $4,200.00 |
| | | Totals | 51.5 | $9,610.00 |

1

Fee Application Narrative

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 0 | 0 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br>• Sarbanes Oxley Compliance Services | 51.5 | $9,610.00 |
| Other (Explain) | 0 | 0 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | **51.5** | **$9,610.00** |

Fee Application Narrative

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $378.60 |
| Lodging | N/A | $370.78 |
| Sundry | N/A | $200.80 |
| Business Meals / Entertainment | N/A | $100.89 |
| **Total Expenses** | | **$1,051.07** |

3

**Fee Application Narrative**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | Objection deadline: 12/11/06 at 4:00 p.m. |

### CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1.      I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for March 2006* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2.      I have read the Application and I certify as follows:

(a)      The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

(b)      To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c)     To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d)     The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e)     Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f)     In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g)     In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.


_Marie Hendrixson_
Marie Hendrixson


Dated:   December 8, 2006
         Philadelphia, PA


2

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered: November 2006**

**INTERNAL AUDIT - 8055**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|------|----------|------------------------------|---------------------|--------------------|-----------|
| Marie Hendrixson | Managing Director | 20 | $ 300.00 | 0.5 | $ 150.00 |
| Kevin Strickler | Manager | 7 | $ 240.00 | 19.0 | $ 4,560.00 |
| Casey Michalaski | Senior Consultant | 4 | $ 175.00 | 4.0 | $ 700.00 |
| Mike Lawler | Consultant | 4 | $ 150.00 | 28.0 | $ 4,200.00 |
| | | | Totals | 51.5 | $ 9,610.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: November 2006**

**Name:**    Marie Hendrixson
**Level:**    Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 28-Nov-06 | Review invoices and detailed support for Grace for the period of October 2006 | $ 300.00 | 0.5 | $ 150.00 |
| | **Totals** | | **0.5** | **$ 150.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: November 2006**

**Name:**  Kevin Strickler
**Level:**  Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Nov-06 | Coordination with Ed Bull and staff regarding schedule | $ 240 | 1 | $ 240.00 |
| 7-Nov-06 | Review and follow up on engagement billings, including analyzing related client economics. This includes follow up on aged A/R with Grace internal and external legal teams, including James O'Niel, Patty Cuniff, and John Port, where applicable. | $ 240 | 2 | $ 480.00 |
| 8-Nov-06 | Review and follow up on engagement billings, including analyzing related client economics. This includes follow up on aged A/R with Grace internal and external legal teams, including James O'Niel, Patty Cuniff, and John Port, where applicable. | $ 240 | 1 | $ 240.00 |
| 9-Nov-06 | Review and follow up on engagement billings, including analyzing related client economics. This includes follow up on aged A/R with Grace internal and external legal teams, including James O'Niel, Patty Cuniff, and John Port, where applicable. | $ 240 | 3 | $ 720.00 |
| 10-Nov-06 | Review and follow up on engagement billings, including analyzing related client economics. This includes follow up on aged A/R with Grace internal and external legal teams, including James O'Niel, Patty Cuniff, and John Port, where applicable. | $ 240 | 2 | $ 480.00 |
| 13-Nov-06 | Coordination with Mike Lawler and Ed Bull regarding Mike's schedule and the Worms site visit | $ 240 | 1 | $ 240.00 |
| 16-Nov-06 | Coordination with Mike Lawler and Ed Bull regarding Mike's schedule and the Worms site visit | $ 240 | 1 | $ 240.00 |
| 22-Nov-06 | Coordination with Nicole King regarding her assignment to Grace (replacement of Ashley McAllister), including travel arrangements and Grace overall | $ 240 | 1.5 | $ 360.00 |
| 27-Nov-06 | Discussion with Nicole King and Ed Bull regarding Nicole King's schedule | $ 240 | 0.5 | $ 120.00 |
| 28-Nov-06 | Develop invoices and detailed support for Grace for the period of October 2006 | $ 240 | 3 | $ 720.00 |
| 29-Nov-06 | Develop invoices and detailed support for Grace for the period of October 2006 | $ 240 | 2 | $ 480.00 |
| 29-Nov-06 | Discussion with Nicole King regarding Portal, including walking her through the Grace Portal | $ 240 | 1 | $ 240.00 |
| | **Totals** | | **19.0** | **$ 4,560.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: November 2006**

**Name:**    Casey Michalski
**Level:**    Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 3-Nov-06 | | $ 175.00 | 2.0 | $    350.00 |
| | Addressed Barb's review notes related to SOA testing | | | |
| 6-Nov-06 | | $ 175.00 | 2.0 | $    350.00 |
| | Addressed Barb's review notes related to SOA testing | | | |
| | **Totals** | | **4.0** | **$    700.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: November 2006**

**Name:**    Mike Lawler
**Level:**    Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees | |
|------|--------------------------|-----------|-------|------|---|
| 27-Nov-06 | Discussed and prepared for Cambridge SOX testing, test plans and background info | $ 150.00 | 6.0 | $ | 900.00 |
| 27-Nov-06 | Setup, getting space aranged for Protiviti team, obtain protal access and getting loaner laptop | $ 150.00 | 2.0 | $ | 300.00 |
| 28-Nov-06 | Testing Cambridge control 3.01.1 | $ 150.00 | 4.0 | $ | 600.00 |
| 28-Nov-06 | Testing Cambridge control 3.01.3 | $ 150.00 | 2.0 | $ | 300.00 |
| 29-Nov-06 | Testing Cambridge Control 3.01.1 | $ 150.00 | 4.0 | $ | 600.00 |
| 29-Nov-06 | Testing Cambrdige Control 3.01.3 | $ 150.00 | 1.0 | $ | 150.00 |
| 29-Nov-06 | Testing Cambridge Control 4.04.1 | $ 150.00 | 3.0 | $ | 450.00 |
| 30-Nov-06 | Testing Cambridge Control 5.01.3 | $ 150.00 | 2.0 | $ | 300.00 |
| 30-Nov-06 | Meeting with Charlie S. to discuss failure of control and possible remediations | $ 150.00 | 1.0 | $ | 150.00 |
| 30-Nov-06 | Returning documentation, closing meetings with Ed Henry, Herman, Victor and Ed Bull | $ 150.00 | 3.0 | $ | 450.00 |
| | **Totals** | | **28.0** | **$** | **4,200.00** |

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: November 2006**

| Expense Category | Service Provider | Total Expenses | |
|---|---|---|---|
| Transportation | N/A | $ | 378.60 |
| Lodging | N/A | $ | 370.78 |
| Sundry | N/A | $ | 200.80 |
| Business Meals | N/A | $ | 100.89 |
| **Total** | | **$** | **1,051.07** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: November 2006

Mike Lawler

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 17-Nov-06 | Passport Fees - including overnight delivery in order to receive in time | $ 200.80 | | | $ 200.80 | | $ 200.80 |
| 28-Nov-06 | Airfare to/from Boston from BWI | $ 314.60 | $ 314.60 | | | | $ 314.60 |
| 28-Nov-06 | Cab to BWI from Pasedena, MD | $ 24.00 | $ 24.00 | | | | $ 24.00 |
| 28-Nov-06 | Hotel in Cambridge, MA (11/28-11/30) | $ 370.78 | | $ 370.78 | | | $ 370.78 |
| 28-Nov-06 | Breakfast at Airport in Boston | $ 9.65 | | | | $ 9.65 | $ 9.65 |
| 28-Nov-06 | Lunch at Grace cafeteria in Cambridge, MA | $ 8.55 | | | | $ 8.55 | $ 8.55 |
| 29-Nov-06 | Dinner at John Harvards with Ed Henry in Cambridge, MA | $ 64.14 | | | | $ 64.14 | $ 64.14 |
| 29-Nov-06 | Cab to dinner in Harvard Square with Ed Henry (Cambridge, MA) | $ 16.00 | $ 16.00 | | | | $ 16.00 |
| 30-Nov-06 | Dinner at airport in Boston | $ 18.55 | | | | $ 18.55 | $ 18.55 |
| 30-Nov-06 | Cab to home from BWI to Pasadena, MD | $ 24.00 | $ 24.00 | | | | $ 24.00 |
| | Totals | $ 1,051.07 | $ 378.60 | $ 370.78 | $ 200.80 | $ 100.89 | $ 1,051.07 |