**Exhibit C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection deadline: 2/8/07 at 4:00 p.m. |

**THIRTY-THIRD MONTHLY FEE APPLICATION OF
PROTIVITI INC. AS DEBTORS' SARBANES OXLEY
COMPLIANCE ADVISORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
DECEMBER 2006**

Name of Applicant:                                    Protiviti Inc.

Authorized to Provide Services to:                    Debtors

Date of Retention:                                    Order dated November 17, 2003,
                                                      *nunc pro tunc* to June 30, 2003

Period for which compensation
and reimbursement is sought:                          December 1 through December 31, 2006

Amount of Compensation sought
as actual, reasonable and necessary                   $30,060.00

Amount of Expense Reimbursement
sought as actual, reasonable and necessary            $16,501.86

This is a(n):         X  interim                      ___ Final application


Prior applications:     None.

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin Strickler | Manager 7 years | $240 | 6.5 | $1,560.00 |
| Mike Lawler | Consultant 1 year | $150 | 94.0 | $14,100.00 |
| Nicole King | Consultant 1 year | $150 | 96.0 | $14,400.00 |
| | | Totals | 196.55 | $30,060.00 |

1

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 0 | 0 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br>• Sarbanes Oxley Compliance Services | 196.5 | $30,060.00 |
| Other (Explain) | 0 | 0 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | **196.5** | **$30,060.00** |

2

**Fee Application Narrative**

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $14,525.80 |
| Lodging | N/A | $1,876.32 |
| Sundry | N/A | $36.99 |
| Business Meals / Entertainment | N/A | $62.75 |
| **Total Expenses** | | **$16,501.86** |

3

**Fee Application Narrative**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection deadline: 2/8/07 at 4:00 p.m. |

## CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1.       I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for March 2006* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2.       I have read the Application and I certify as follows:

(a)      The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

(b)      To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c)      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d)      The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e)      Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f)      In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g)      In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

*Marie Hendrixson*
Marie Hendrixson

Dated:  January 10, 2007
        Philadelphia, PA

2

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered: December 2006**

**INTERNAL AUDIT - 8055**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Kevin Strickler | Manager | 7 | $ 240.00 | 6.5 | $ 1,560.00 |
| Mike Lawler | Consultant | 1 | $ 150.00 | 94.0 | $ 14,100.00 |
| Nicole King | Consultant | 1 | $ 150.00 | 96.0 | $ 14,400.00 |
| | | | Totals | 196.5 | $ 30,060.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: December 2006**

**Name:**    Mike Lawler
**Level:**    Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 1-Dec-06 | Upload testing results into the portal for Cambridge controls 3.01.1, 3.01.3, 4.04.1, and 5.01.03 | $ 150.00 | 3.0 | $ 450.00 |
| 1-Dec-06 | Discuss logistics of Worms, Germany trip and book trip with Barb Summerson | $ 150.00 | 1.0 | $ 150.00 |
| 1-Dec-06 | Research ineffective controls which possibly could be tested in Worms by searching in the Portal | $ 150.00 | 4.0 | $ 600.00 |
| 4-Dec-06 | Getting Nicole King setup, introduce to Grace employees, discuss Grace project and history | $ 150.00 | 1.0 | $ 150.00 |
| 4-Dec-06 | Discuss Worms project with Greg Demory | $ 150.00 | 0.5 | $ 75.00 |
| 4-Dec-06 | Review remediation items that will be re-tested in Worms with Nicole King | $ 150.00 | 1.5 | $ 225.00 |
| 4-Dec-06 | SOA testing for Ed Bull (stock options) | $ 150.00 | 5.0 | $ 750.00 |
| 5-Dec-06 | SOA testing for Ed Bull (stock options) | $ 150.00 | 4.0 | $ 600.00 |
| 5-Dec-06 | Meeting with Greg Demory to discuss testing for Worms, Germany site visit | $ 150.00 | 1.0 | $ 150.00 |
| 5-Dec-06 | Segregation of duties testing for Barb Summerson | $ 150.00 | 3.0 | $ 450.00 |
| 6-Dec-06 | Finish segregation of duties testing | $ 150.00 | 1.0 | $ 150.00 |
| 6-Dec-06 | Download testing sheets for remediation testing from Portal | $ 150.00 | 1.0 | $ 150.00 |
| 6-Dec-06 | Begin to plan testing for Germany and prepare testing sheets | $ 150.00 | 6.0 | $ 900.00 |
| 7-Dec-06 | Talk with Nicole King regarding testing of controls in Germany, explain testing, and ensure her understanding of her testing areas | $ 150.00 | 1.0 | $ 150.00 |
| 7-Dec-06 | Clear review comments from Ed Henry for Cambridge testing | $ 150.00 | 2.0 | $ 300.00 |
| 7-Dec-06 | Download and review flowcharts for responsible Worm re-testing areas | $ 150.00 | 3.0 | $ 450.00 |
| 7-Dec-06 | Additional segregation of duties testing for Barb Summerson | $ 150.00 | 2.0 | $ 300.00 |
| 8-Dec-06 | Additional segregation of duties testing for Barb Summerson | $ 150.00 | 4.0 | $ 600.00 |
| 8-Dec-06 | Printing testing sheets in preparation for Worms | $ 150.00 | 2.0 | $ 300.00 |
| 11-Dec-06 | On-site SOA testing for Worms, Germany | $ 150.00 | 8.0 | $ 1,200.00 |
| 12-Dec-06 | On-site SOA testing for Worms, Germany | $ 150.00 | 8.0 | $ 1,200.00 |
| 13-Dec-06 | On-site SOA testing for Worms, Germany | $ 150.00 | 8.0 | $ 1,200.00 |
| 19-Dec-06 | Client-research for inventory testing | $ 150.00 | 8.0 | $ 1,200.00 |
| 20-Dec-06 | Special COSO project for Ed Bull | $ 150.00 | 4.0 | $ 600.00 |
| 20-Dec-07 | IT testing for Barb Summerson | $ 150.00 | 4.0 | $ 600.00 |
| 21-Dec-07 | Special COSO project for Ed Bull | $ 150.00 | 4.0 | $ 600.00 |
| 21-Dec-07 | IT testing for Barb Summerson | $ 150.00 | 4.0 | $ 600.00 |
| | **Totals** | | **94.0** | **$ 14,100.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: December 2006**

**Name:**    Nicole King
**Level:**    Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 4-Dec-06 | Introductions / Met with Ed Bull and Barbara Summerson | $ 150.00 | 4.0 | $    600.00 |
| 4-Dec-06 | Performed testing on stock options | $ 150.00 | 2.0 | $    300.00 |
| 4-Dec-06 | Complied notes for Ed Bull | $ 150.00 | 2.0 | $    300.00 |
| 5-Dec-06 | Complied notes for Ed Bull | $ 150.00 | 4.0 | $    600.00 |
| 5-Dec-06 | Performed 4th Quarter segregation of duties testing | $ 150.00 | 4.0 | $    600.00 |
| 6-Dec-06 | Performed 4th Quarter segregation of duties testing | $ 150.00 | 3.0 | $    450.00 |
| 6-Dec-06 | Prepared for meeting with Greg Demory | $ 150.00 | 1.0 | $    150.00 |
| 6-Dec-06 | Meeting with Greg Demory about Worms | $ 150.00 | 1.0 | $    150.00 |
| 6-Dec-06 | Reviewing SOA tests for Worms | $ 150.00 | 1.0 | $    150.00 |
| 6-Dec-06 | Saving testing lead sheets for Worms, Germany site visit | $ 150.00 | 2.0 | $    300.00 |
| 7-Dec-06 | Preparing lead sheets for Worms, Germany site visit | $ 150.00 | 4.0 | $    600.00 |
| 7-Dec-06 | Complied notes for Ed Bull | $ 150.00 | 4.0 | $    600.00 |
| 8-Dec-06 | Prepared Lead Sheets | $ 150.00 | 4.0 | $    600.00 |
| 8-Dec-06 | Complied notes for Ed Bull | $ 150.00 | 4.0 | $    600.00 |
| 11-Dec-06 | Performed SOA testing in Worms, Germany | $ 150.00 | 8.0 | $  1,200.00 |
| 12-Dec-06 | Performed SOA testing in Worms, Germany | $ 150.00 | 8.0 | $  1,200.00 |
| 13-Dec-06 | Performed SOA testing in Worms, Germany | $ 150.00 | 8.0 | $  1,200.00 |
| 18-Dec-06 | Performed spreadsheet testing | $ 150.00 | 6.0 | $    900.00 |
| 18-Dec-06 | Performed expense Reporting | $ 150.00 | 2.0 | $    300.00 |
| 19-Dec-06 | Performed spreadsheet testing | $ 150.00 | 8.0 | $  1,200.00 |
| 20-Dec-06 | Performed COSO analysis | $ 150.00 | 8.0 | $  1,200.00 |
| 21-Dec-06 | Performed spreadsheet testing | $ 150.00 | 8.0 | $  1,200.00 |
| | **Totals** | | **96.0** | **$ 14,400.00** |

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: December 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 14,525.80 |
| Lodging | N/A | $ 1,876.32 |
| Sundry | N/A | $ 36.99 |
| Business Meals | N/A | $ 62.75 |
| **Total** | | **$ 16,501.86** |

**Protiviti Inc.**
**W. R. Grace & Co. Expense Tracking**
**Period Covered: December 2006**

Name: Mike Lawler
Level: Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|------|------------------------|--------|----------------|---------|--------|-------------------------------|--------|
| 5-Dec-06 | Amtrak from BWI to Phili | $ 139.00 | $ 139.00 | | | | $ 139.00 |
| 5-Dec-06 | Amex travel fee for Germany trip | $ 38.00 | $ 38.00 | | | | $ 38.00 |
| 6-Dec-06 | Hotel in Mainz, Germany from 12/10-12/14 | $ 930.06 | | $ 930.06 | | | $ 930.06 |
| 9-Dec-06 | Cab to BWI train station from Pasadena, MD | $ 24.00 | $ 24.00 | | | | $ 24.00 |
| 9-Dec-06 | Lunch on train to Philadelphia from BWI | $ 13.00 | | | | $ 13.00 | $ 13.00 |
| 9-Dec-06 | Cab to Philadelphia airport from Philadelphia train station | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 5-Dec-06 | Flight to Germany from Philadelphia airport | $ 7,120.00 | $ 7,120.00 | | | | $ 7,120.00 |
| 10-Dec-06 | Calling Card | $ 7.00 | | | $ 7.00 | | $ 7.00 |
| 10-Dec-06 | Curreny Exchange fee | $ 5.00 | | | $ 5.00 | | $ 5.00 |
| 12-Dec-06 | Dinner in Mainz at the Christmas Market | $ 12.00 | | | | $ 12.00 | $ 12.00 |
| 14-Dec-06 | Cab from Philadelphia airport to Penn Station | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 14-Dec-06 | Dinner at Penn station | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| 14-Dec-06 | Cab to Pasadena from BWI train station | $ 24.00 | $ 24.00 | | | | $ 24.00 |
| | **Totals** | **$ 8,386.06** | **$ 7,405.00** | **$ 930.06** | **$ 12.00** | **$ 39.00** | **$ 8,386.06** |

Name: Nicole King
Level: Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|------|------------------------|--------|----------------|---------|--------|-------------------------------|--------|
| 8-Dec-06 | Electric outlet converter for Worms, Germany | $ 24.99 | | | $ 24.99 | | $ 24.99 |
| 7-Dec-06 | Airfare - Philadelphia to Frankfurt, Germany | $ 7,120.80 | $ 7,120.80 | | | | $ 7,120.80 |
| 14-Dec-06 | Hotel in Mainz, Germany for 12/11 to 12/14 | $ 946.26 | | $ 946.26 | | | $ 946.26 |
| 14-Dec-06 | Breakfast in Germany | $ 23.75 | | | | $ 23.75 | $ 23.75 |
| | **Totals** | **$ 8,115.80** | **$ 7,120.80** | **$ 946.26** | **$ 24.99** | **$ 23.75** | **$ 8,115.80** |