IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139-JKF |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |

**CORRECTED NOTICE OF SERVICE OF RESPONSE OF WATERS & KRAUS TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY that on June 14, 2007, one copy of the **RESPONSE OF WATERS & KRAUS LLP TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following party by U. S. Mail, postage prepaid, first - class to:

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601-6636

Dated: June 19, 2007

                                                MONTGOMERY, MCCRACKEN, WALKER &
                                                    RHOADS, LLP

                              By:        /s/ Noel C. Burnham
                                      Noel C. Burnham, Esquire (3483)
                                        1105 North Market Street, 15th Floor
                                        Wilmington, DE 19801
                                        (302) 504-7800
                                        (302 504-7820 facsimile

2195232v1