IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) <br> ) <br> W.R. Grace & Co., *et al.,* ) <br> ) <br> Debtors. ) <br> ) <br> ) | In Proceedings for a Reorganization under Chapter 11 <br><br> Case No. 01-01139-JKF |

**NOTICE OF SERVICE OF OBJECTIONS OF WATERS & KRAUS LLP TO DEBTORS' SECOND SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY that on June 19, 2007, one copy of the **OBJECTIONS OF WATERS & KRAUS LLP TO DEBTORS' SECOND SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following party by U. S. Mail, postage prepaid, first - class to:

| | |
|---|---|
| Janet S. Baer, Esq. <br> David M. Bernick, Esq. <br> Kirkland & Ellis <br> 200 East Randolph Drive <br> Chicago, IL 60601-6636 | Barbara Harding, Esq. <br> Kirkland & Ellis LLP <br> 655 Fifteenth Street, NW <br> Washington, DC 20005 |

Dated: June 19, 2007

                                             MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By:        /s/ Noel C. Burnham
            Noel C. Burnham, Esquire (3483)
            1105 North Market Street, 15th Floor
            Wilmington, DE 19801
            (302) 504-7800
            (302 504-7820 facsimile

2195228v1