IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 16084** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

Michele Santore being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP and that on the 20th day of June, 2007, she caused a copy of the following document to be served upon the following service list in the manner indicated:

**Motion for an Order (A) Approving the Agreements By and Between W. R. Grace & Co.-Conn. and Rhodia Inc.; (B) Authorizing the Sale of Certain Assets of W. R. Grace & Co.-Conn.'s Washcoat Business to Rhodia Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Rhodia Inc. of Certain Executory Contracts and Unexpired Leases; (D) Approving a Potential Break-Up Fee; and (E) Granting Certain Related Relief**

_____
Michele Santore

Sworn to and subscribed before
me this 20th day of June, 2007

_____
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

91100-001\DOCS_DE:126990.14

W.R. Grace Project Gemini
Supplemental Service List
Case No. 01-01139
Document No. 128432
01 – First Class Mail
01 – Foreign First Class

**First Class Mail**
Dr. Terry A. Ring
3295 E. Deer Hollow Drive
Sandy, UT 84092

**Foreign First Class Mail**
Dr. Alessandro Trovarelli
University of Udine
Department of Chemical
Science and Technology
Via Cotonifico, 108
Udine 33100
Italy

91100-001\DOCS_DE:128432.1