# Exhibit A

## W.R. Grace - 23rd Interim (October - December, 2006)
## Fee and Expense Chart
### Exhibit A-1 - With Recommendations

| ANDERSON KILL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14574 | $74,785.00 | $525.88 | $74,785.00 | $525.88 |
| Total: | $74,785.00 | $525.88 | $74,785.00 | $525.88 |

| BAKER DONELSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15777 | $90,000.00 | $15,629.70 | $90,000.00 | $13,954.75 |
| Total: | $90,000.00 | $15,629.70 | $90,000.00 | $13,954.75 |

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15775 | $232,723.40 | $115,034.75 | $232,723.40 | $115,034.75 |
| Total: | $232,723.40 | $115,034.75 | $232,723.40 | $115,034.75 |

| BEVERIDGE & DIAMOND | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15665 | $97,555.00 | $973.91 | $97,555.00 | $973.91 |
| Total: | $97,555.00 | $973.91 | $97,555.00 | $973.91 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14651 | $413,887.25 | $107,181.17 | $413,324.75 | $106,961.17 |
| Total: | $413,887.25 | $107,181.17 | $413,324.75 | $106,961.17 |

| BLACKSTONE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14777 | $425,000.00 | $3,318.03 | $425,000.00 | $3,318.03 |
| Total: | $425,000.00 | $3,318.03 | $425,000.00 | $3,318.03 |

| BUCHANAN INGERSOLL ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14686 | $108,758.00 | $165.14 | $108,758.00 | $165.14 |
| Total: | $108,758.00 | $165.14 | $108,758.00 | $165.14 |

| CAMPBELL AND LEVINE ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14572 | $150,009.00 | $21,242.03 | $150,009.00 | $21,242.03 |
| Total: | $150,009.00 | $21,242.03 | $150,009.00 | $21,242.03 |

| CAPLIN AND DRYSDALE ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14575 | $629,003.00 | $154,068.73 | $626,799.00 | $153,591.25 |
| Total: | $629,003.00 | $154,068.73 | $626,799.00 | $153,591.25 |

| CAPSTONE CORPORATE RECOVERY ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15067 | $221,771.50 | $1,397.19 | $221,771.50 | $1,397.19 |
| Total: | $221,771.50 | $1,397.19 | $221,771.50 | $1,397.19 |

| CASNER & EDWARDS LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15654 | $87,474.00 | $51,743.34 | $87,474.00 | $51,743.34 |
| Total: | $87,474.00 | $51,743.34 | $87,474.00 | $51,743.34 |

| CONWAY DEL GENIO ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14580 | $25,000.00 | $114.75 | $25,000.00 | $114.75 |
| Total: | $25,000.00 | $114.75 | $25,000.00 | $114.75 |

### DAVID T. AUSTERN

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #14631 | $14,150.00 | 0.00 | $14,150.00 | 0.00 |
| Total: | $14,150.00[1] | 0.00 | $14,150.00 | 0.00 |

### DELOITTE TAX LLP

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #16001 | $154,373.00 | $0.00 | $154,373.00 | $0.00 |
| Total: | $154,373.00 | $0.00 | $154,373.00 | $0.00 |

### DUANE MORRIS LLP

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #14718 | $111,677.00 | $1,450.75 | $111,677.00 | $1,031.40 |
| Total: | $111,677.00 | $1,450.75 | $111,677.00 | $1,031.40 |

### FERRY & JOSEPH, P.A.

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #14556 | $77,219.00 | $5,774.46 | $77,219.00 | $5,774.46 |
| Total: | $77,219.00 | $5,774.46 | $77,219.00 | $5,774.46 |

### FOLEY HOAG

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #14580 | $6,587.50 | $55.71 | $6,587.50 | $55.71 |
| Total: | $6,587.50 | $55.71 | $6,587.50 | $55.71 |

### HAMILTON, RABINOVITZ & ALSCHULER, Inc.

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #14646 | $13,880.00 | $0.00 | $13,880.00 | $0.00 |
| Total: | $13,880.00 | $0.00 | $13,880.00 | $0.00 |

---

[1] Austern fee total includes $13,750.00 from the 23rd Interim Period and $400.00 from the 18th Interim Period.

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15772 | $4,100.00 | $3,124.28 | $4,100.00 | $3,124.28 |
| Total: | $4,100.00 | $3,124.28 | $4,100.00 | $3,124.28 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14567 | $5,156,698.00 | $2,730,927.75 | $5,155,238.00 | $2,730,927.75 |
| Total: | $5,156,698.00 | $2,730,927.75 | $5,155,238.00 | $2,730,927.75 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14685 | $238,312.00 | $14,195.38 | $238,312.00 | $14,195.38 |
| Total: | $238,312.00 | $14,195.38 | $238,312.00 | $14,195.38 |

| LATHAM & WATKINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15919 | $7,766.00 | $4.34 | $7,766.00 | $4.34 |
| Total: | $7,766.00 | $4.34 | $7,766.00 | $4.34 |

| LEGAL ANALYSIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14573 | $631,458.75 | $9,173.79 | $631,458.75 | $8,307.41 |
| Total: | $631,458.75 | $9,173.79 | $631,458.75 | $8,307.41 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14801 | $2,388.00 | $68.77 | $2,388.00 | $68.77 |
| Total: | $2,388.00 | $68.77 | $2,388.00 | $68.77 |

| OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14579 | $0.00 | $2,195.81 | $0.00 | $1,630.47 |
| Total: | $0.00 | $2,195.81 | $0.00 | $1,630.47 |

| ORRICK |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14630 | | $841,070.00 | $98,378.95 | $829,995.50 | $97,603.44 |
| Total: | | $841,070.00 | $98,378.95 | $829,995.50 | $97,603.44 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15639 | | $173,466.25 | $155,981.78 | $173,466.25 | $155,981.78 |
| Total: | | $173,466.25 | $155,981.78 | $173,466.25 | $155,981.78 |

| PHILLIPS GOLDMAN |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14511 | | $33,336.00 | $1,314.03 | $33,336.00 | $1,314.03 |
| Total: | | $33,336.00 | $1,314.03 | $33,336.00 | $1,314.03 |

| PIPER JAFFREY |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14629 | | $300,000.00 | $1,180.15 | $300,000.00 | $1,180.15 |
| Total: | | $300,000.00 | $1,180.15 | $300,000.00 | $1,180.15 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14435 | | $80,846.50 | $1,304.25 | $80,846.50 | $1,304.25 |
| Total: | | $80,846.50 | $1,304.25 | $80,846.50 | $1,304.25 |

| PRICEWATERHOUSE |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15751 | | $751,822.64 | $17,933.20 | $751,822.64 | $17,933.20 |
| Total: | | $751,822.64 | $17,933.20 | $751,822.64 | $17,933.20 |

| REED SMITH LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14512 | | $973,015.00 | $27,240.88 | $973,015.00 | $27,090.88 |
| Total: | | $973,015.00 | $27,240.88 | $973,015.00 | $27,090.88 |

| RPWB | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15902 | $34,167.50 | 0.00 | $34,167.50 | 0.00 |
| Total: | $34,167.50 | 0.00 | $34,167.50 | 0.00 |

| SCOTT LAW GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15819 | $11,576.00 | $20.00 | $11,576.00 | $20.00 |
| Total: | $11,576.00 | $20.00 | $11,576.00 | $20.00 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15910 | $44,387.50 | $507.07 | $44,387.50 | $507.07 |
| Total: | $44,387.50 | $507.07 | $44,387.50 | $507.07 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15808 | $51,097.50 | $114.76 | $51,097.50 | $114.76 |
| Total: | $51,097.50 | $114.76 | $51,097.50 | $114.76 |

| STROOCK & STROOCK & LAVAN LLP[2] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14717 | $484,693.50 | $346,096.31 | $484,693.50 | $346,096.31 |
| Total: | $484,693.50 | $346,096.31 | $484,693.50 | $346,096.31 |

| SULLIVAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15818 | $11,422.50 | $1,193.11 | $11,422.50 | $1,193.11 |
| Total: | $11,422.50 | $1,193.11 | $11,422.50 | $1,193.11 |

| TOWERS PERRIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14779 | $417,223.00 | $5,326.30 | $417,223.00 | $5,326.30 |
| Total: | $417,223.00 | $5,326.30 | $417,223.00 | $5,326.30 |

---

[2] Stroock expense total includes $336,058.12 for fees and costs of Navigant Consulting.

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14551 | $20,130.00 | $721.98 | $20,130.00 | $721.98 |
| Total: | $20,130.00 | $721.98 | $20,130.00 | $721.98 |