IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Related Doc. No. 16076 |

**NOTICE OF FILING OF THE EXPERT REPORT OF
DR. MARK PETERSON IN CONNECTION WITH THE ASBESTOS
PERSONAL INJURY ESTIMATION HEARING**

PLEASE TAKE NOTICE that on June 20, 2007, the Official Committee of Asbestos Personal Injury Claimants filed the *Expert Report of Dr. Mark Peterson* in the above-referenced case. A copy of the *Expert Report of Dr. Mark Peterson* is attached hereto as Exhibit A. Dr. Peterson's resume is attached as Exhibit B, a list of Dr. Peterson's Reports and Testimony in Asbestos Matters for the Past Four Years is attached as Exhibit C, and a list of Dr. Peterson's Reliance Materials is attached as Exhibit D.

A courtesy copy of the report and exhibits will be delivered to the chambers of the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge.

Dated: June 20, 2007                                CAMPBELL & LEVINE, LLC

*/S/ Mark T. Hurford*
Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

- and –

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

{D0088412.1 }

Peter Van N. Lockwood
Nathan D. Finch
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone:  (202) 862-5000

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

{D0088412.1 }