# EXHIBIT C

{D0007920:1 }

# Reports and Testimony in Asbestos Matters for Dr. Mark Peterson within the Past Four Years

| |
|---|
| *In re Owens Corning*, Estimation hearing, D. Del., 2005<br>• Trial Testimony – 1/05<br>• Deposition Testimony – 12/04<br>• Rebuttal Report – 12/04<br>• Expert Report – 10/04 |
| *In re Federal Mogul*, Estimation hearing, D. Del., 2005<br>• Trial Testimony – 6/05<br>• Deposition Testimony – 5/05<br>• Rebuttal Report – 5/05<br>• Supplemental Report – 4/05<br>• Deposition Testimony – 12/04<br>• Expert Report – 11/04 |
| **JT Thorpe**, Adv. Pr. No. 04-01438, 2006<br>• Rebuttal Report – 2/06<br>• Expert Report – 1/06 |
| **JT Thorpe**, Bankruptcy Confirmation hearing, 2005<br>• Testimony by declaration, live cross-examination – 7/05 *<br>• Rebuttal Report – 7/05<br>• Expert Report – 6/05<br>• Correction to Expert Report – 6/05 |
| **Thurston**, Bankruptcy Confirmation hearing, 2006<br>• Trial Testimony – 3/06 * |
| **API**, Confirmation hearing, 2005<br>• Testified by declaration – 12/05 * |
| *Fuller Austin Insulation Co. v. Fireman's Fund Insurance Company*, Superior Court, Los Angeles, BC 116835, 2003<br>• Trial Testimony – 5/03 *<br>• Deposition Testimony *<br>• Expert Reports |
| *Lippe v. Bairnco Corp.*, S.D.N.Y., 2003<br>• Deposition Testimony *<br>• Expert Report |

| |
|---|
| **National Gypsum,** 2003<br>• Expert Report |
| *Grace Asbestos Creditors Committee v. Sealed Air Corp.*, D.Del., 2002<br>• Report and deposition testimony are protected by confidentiality agreement |
| *Western MacArthur v. General Accident Ins. Co.*, State Court, Alameda County, California, 2002<br>• Trial Testimony *<br>• Deposition Testimony * |
| *In re Western MacArthur*, Confirmation hearing, Bankr. N.D. Cal., 2003<br>• Trial Testimony – 11/03<br>• Deposition Testimony *<br>• Expert Report – 8/03 |
| *Armstrong v. CCR*, Bankr. D. Del., 2003<br>• Deposition Testimony – 10/03<br>• Rebuttal Report – 9/03<br>• Expert Report - 7/03 |
| *In re Armstrong World Industries*, Confirmation hearing, Bankr. D. Del., 2003<br>• Trial Testimony – 11/03<br>• Expert Report – 11/03<br>• Expert Reports – 3/29/06 and 4/21/06<br>• Deposition 5/9/06<br>• Trial Testimony 5/23 and 5/24/2006 |
| *In re Babcock & Wilcox Company*, Confirmation hearing, Bankr. E.D. La., 2003<br>• Trial Testimony – 10/03<br>• Deposition Testimony – 9/03<br>• Expert Report - 8/03 |
| *In re Oglebay Norton*, Bankr. D. Del, 2004<br>• Trial Testimony – 9/04 *<br>• Expert Report – 9/04 |
| *In re G-I Holdings*, GAF adversary proceeding, 2005<br>• Deposition Testimony – 10/05<br>• Deposition Testimony – 8/05<br>• Expert Report – 3/05 |

| *In re USG* |
|---|
| *     Declaration and Report – June 2006 |