IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on June 20, 2007 I caused a copy of the *Notice Of Filing Of The Expert Report Of Dr. Mark Peterson In Connection With The Asbestos Personal Injury Estimation Hearing* (without the exhibits) to be served upon the individuals on the attached service list via first-class mail unless otherwise indicated.

/s/Mark T. Hurford
Mark T. Hurford (DE No. 3299)

Dated: June 20, 2007

{D0088512.1 }