IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket Nos. 12858, 14079, 15078, 15152 and 15923** |

## ORDER SCHEDULING PERSONAL INJURY ESTIMATION TRIAL DATES

**IT IS HEREBY ORDERED,** that the following personal injury estimation trial dates have been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| January 14, 2008 | 9:00 a.m. Prevailing Eastern Time |
| January 15, 2008 | 9:00 a.m. Prevailing Eastern Time |
| January 16, 2008 | 9:00 a.m. Prevailing Eastern Time |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:128441.1

| Date | Time |
|---|---|
| January 22, 2008 | 9:00 a.m. Prevailing Eastern Time |
| January 23, 2008 | 9:00 a.m. Prevailing Eastern Time |
| March 3, 2008 | 9:00 a.m. Prevailing Eastern Time |
| March 5, 2008 | 9:00 a.m. Prevailing Eastern Time |
| March 24, 2008 | 9:00 a.m. Prevailing Eastern Time |
| March 25, 2008 | 9:00 a.m. Prevailing Eastern Time |
| March 26, 2008 | 9:00 a.m. Prevailing Eastern Time |
| March 31, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 1, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 7, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 8, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 9, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 14, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 15, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 16, 2008 | 9:00 a.m. Prevailing Eastern Time |

**IT IS FURTHER ORDERED** that these hearing shall take place before the Honorable Judith K. Fitzgerald at the United States Bankruptcy Court, 5414 U.S. Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

Dated: _____, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge