THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Related to Docket No. 16085** |

## NOTICE OF FILING OF EXPERT REPORTS

PLEASE TAKE NOTICE that, on June 18, 2007, the Debtors served expert reports related to the estimation of asbestos personal injury liabilities (the "Expert Reports") on certain parties in interest in these cases.

PLEASE TAKE FURTHER NOTICE that the Debtors are hereby filing the following Expert Reports in their entirety to make them available to all parties in interest in these cases:

- Exhibit A: Estimation of the number and value of pending and future asbestos-related personal injury claims by Thomas Florence of ARPC;

- Exhibit B: Report of Frederick C. Dunbar of NERA.

PLEASE TAKE FURTHER NOTICE that a copy of this notice, without the Expert Reports, shall be served on all parties that are entitled to receive notice pursuant to Del. Bankr. LR 2002-1.

91100-001\DOCS_DE:128421.1

Dated: June 20, 2007

KIRKLAND & ELLIS LLP
David M. Bernick
Janet Baer
Scott McMillin
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David E. Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

–and–

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession