**Figure 35**

**Manville Trust**
**The Surge in Manville Mesothelioma Claims in 2003 Resulted from Older Cases Being Filed**

| Lag Between Diagnosis and Claim Filing | Claims Filed January - December 2000 | Percentage of All Claims Filed | Claims Filed July - October 2003 | Percentage of All Claims Filed | Claims Filed January 2004 - December 2006 | Percentage of All Claims Filed |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) (2)/1,987 | (4) | (5) (4)/2,802 | (6) | (7) (6)/8,209 |
| Less than 1 Year - 2 Years | 1,296 | 65.22 % | 940 | 33.55 % | 5,757 | 70.13 % |
| 2 - 5 Years | 493 | 24.81 | 849 | 30.30 | 1,499 | 18.26 |
| 5 Years and More | 198 | 9.96 | 1,013 | 36.15 | 953 | 11.61 |
| Total | 1,987 | | 2,802 | | 8,209 | |

Note: See Exhibit 53 for details.

This pattern is consistent with studies of trends in the incidence of mesothelioma, which indicate that the rate of mesothelioma from occupational exposure is not increasing.[119]

## C.    Resolution Values Have Stabilized or Declined

Evidence that malignant and non-malignant settlement averages have declined is provided in the 10-K of Honeywell, Inc.  Unlike other defendants, Honeywell discloses detailed average resolution values for the malignant and non-malignant claims resolved by its subsidiary, Bendix, in its public filings.  This data shows that average resolution values for Honeywell's malignant and non-malignant claims have been dropping over the past five years, falling by 80% for malignant claims and 81% for non-malignant claims between 2002 and 2006.  (See Figure 36 below and Exhibit 54.)

---

[119]  See "Where Are Mesothelioma Claims Heading?," by Paul Hinton, Ron Miller, Faten Sabry and Fred Dunbar, NERA Working Paper, December 7, 2006.

**Figure 36**

Average Resolution Values per Claim for Honeywell's Bendix Business
2002 - 2006

| Type of Claim | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| Malignant Claims | $ 166,000 | $ 95,000 | $ 90,000 | $ 58,000 | $ 33,000 |
| Non-Malignant Claims | 1,300 | 3,500 | 1,600 | 600 | 250 |

Note: See Exhibit 54 for details.

This report is consistent with information presented in the 10-Ks of other defendants. While settlement or resolution value data is not generally provided on a disease-specific basis in 10-Ks, it is often provided on an overall or aggregate basis. We examined the overall average resolution value information (which reflects both settlements and dismissals) reported in 10-Ks between 2001 and 2006 and found that many companies' averages had decreased or increased only minimally since 2001. An analysis of the rate of change of average settlement amounts for all companies, as well as companies reporting claims every year, shows that after increasing between 2002 and 2004, average resolution values for asbestos defendants have decreased sharply between 2004 and 2006 and have returned to 2001 levels. (See Figure 37 and Exhibits 55 and 56.)

**Figure 37**



Data from Public Annual SEC Filings
Index of Average Settlements
2001-2006

Note: See Exhibit 56 for details.

## VII.  CONCLUSION

Many of the models used to forecast asbestos claims are based on historical claiming behavior.  This report has documented many factors affecting claiming behavior.  A rigorous empirical model based on claiming behavior would have to identify these factors and account for them in the model.


I reserve the right to modify my opinion should additional information become available to me, including the reports prepared by Plaintiffs' experts.


Frederick C. Dunbar

June 18, 2007

# NERA
Economic Consulting

**Frederick C. Dunbar**
Senior Vice President

National Economic Research Associates, Inc.
1166 Avenue of the Americas
New York, New York 10036
+1 212 345 3000 Fax +1 212 345 4650
Direct dial: +1 212 345 5378
fred.dunbar@nera.com
www.nera.com

## Exhibit 1

## Curriculum Vitae of Frederick C. Dunbar

## Education

**Tufts University**
PhD, Economics, 1971
MA, Economics, 1969

**Reed College**
BA, Mathematics and Economics, 1966

## Professional Experience

|  |  |
|---|---|
| 1988- | **NERA Economic Consulting**<br>Senior Vice President |
| 2003- | Chairperson of Strategy and Investment Committee |
| 1995-1998 | Management Committee |
| 1995-2002 | Head of Recruitment and Professional Development Committee |
| 1988- | Board of Directors |
| 1987-1998 | Head of Securities, Mass Torts, and Transportation Practice |
| 1984-1988 | Vice President |
| 1979-1983 | Senior Consultant |

**MMC** Marsh & McLennan Companies

|           | **Charles River Associates, Inc.** |
|-----------|------------------------------------|
| 1976-1979 | Program Manager |
|           | Responsible for studies in transportation, urban development, and various fuels; director of CRA's subsidiary, Econometric Appraisal Systems, Inc. |

| 1971-1976 | Senior Research Associate |
|-----------|---------------------------|
|           | Performed studies on the coal, metals, and computer industries. |

## Teaching Experience

|           | **Columbia University School of Law** |
|-----------|---------------------------------------|
| 2000      | Adjunct Professor |

|           | **Fordham University School of Law** |
|-----------|--------------------------------------|
| 1995-1998 | Adjunct Professor |

|           | **Northeastern University** |
|-----------|-----------------------------|
| 1969-1971 | Instructor, Department of Economics |
|           | Taught graduate courses in mathematical economics, econometrics, and statistics; taught undergraduate courses in macroeconomics, business cycles and growth, and advanced statistics. |

|           | **Tufts University** |
|-----------|----------------------|
| 1969      | Instructor, Department of Economics |
|           | Taught social control of industry. |

## Honors and Professional Activities

Member, American Bar Association Section of Antitrust Law, Transportation Industry Committee, 1998-present

Member, New York Mercantile Exchange Appeals Committee, 1998-present

Member, New York Mercantile Exchange Arbitration Committee, 1991-present

Arbitrator, National Futures Association, 1987-present

Member, Committee on International Trade, The Association of the Bar of the City of New York, 1993-1997

Member, Policy Council, Subcouncil on Capital Allocation, Member, 1994

President, Transportation Research Forum, 1986-87 (formerly Executive Vice President, Vice President, and Program Chairman)

Certificate in Commodities Trading, New York University, 1983

Frederick C. Dunbar

Member, Transportation Research Board, National Academy of Sciences,
Subcommittees on Research Needs, Spatial Choice, Transportation Energy
and 1980 Subcommittee Chairman on Telecommunications in Urban
Freight Movement

Kennedy Memorial Teaching Award, Tufts University

National Science Foundation Trainee, Tufts University (three-year grant)

Reviewer, *Journal of Financial Management*, *Journal of Industrial Economics*,
*Antitrust Bulletin*, *Transportation Research Forum*, and *Transportation
Research Record*

Member, American Economic Association

Member, International Association of Energy Economists

Member, American Finance Association

Industrial Organization Economist Associate, American Bar Association

## Invited and Refereed Publications (10 Years)

with F. Sabry, "The Propensity to Sue: Why Do People Seek Legal Actions," NERA Study,
(forthcoming in *Business Economics*, Summer 2007).

with P. Hinton, R. Miller and F. Sabry, "Where Are Mesothelioma Claims Heading?," *Mealey's
Asbestos Bankruptcy Conference* (2006).

with P. Hinton and F. Sabry, "Forecasting Asbestos Liability After Recent Bankruptcy
Decisions," *Mealey's Asbestos Bankruptcy Conference* (2006).

with F. Sabry and M.E. Stern, "Institutional Response to Justice System Failure: Asbestos Enters
a New Phase," *LexisNexis presents Wall Street Forum: Asbestos*, Mealey's (2006).

with D. Heller, "Fraud on the Market Meets Behavioral Finance," *The Delaware Journal of
Corporate Law*, Vol. 31, No. 2 (2006). (Forthcoming in *Securities Law Review 2007*, edited by
Donald C. Langevoort, West Group Publishing.)

with F. Sabry, "Forecasting Claims in an Era of Tort Reform," *Product Liability Law & Strategy*,
Law Journal Newsletters (2004).

with P. Ferrillo and D. Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring
More Proof From Plaintiffs in Fraud-on-the-Market Cases," *St. John's Law Review*, Vol. 78,
No. 1 (2004).

with C. Okongwu, "(Market) Timing Is (Not) Everything," *Wall Street Lawyer* (Glasser LegalWorks), Vol. 7, No. 5 (2003).

with D. Neumann Martin, "Clearing Uninjured Plaintiffs from the Tort System: The Road to a Solution," *Legal Backgrounder*, Washington Legal Foundation (2003).

with D. Tabak, "Materiality and Magnitude: Event Studies in the Courtroom," NERA Working Paper #34, 1999 (reprinted in *Litigation Services Handbook: The Role of the Financial Expert, Third Edition*, edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001).

"Trends in Securities Litigation and the Impact of the PSLRA," *Class Actions & Derivative Suits*, American Bar Association Litigation Section, Vol. 9, No. 3 (1999).

with D. Neumann Martin, V. Juneja, and T. Foster, "Recent Trends IV: What Explains Filings and Settlements in Shareholder Class Actions," *Stanford Journal of Law, Business & Finance* (1999).

with T. Foster, V. Juneja, and D. Neumann Martin, "Securities Litigation Trends," *Management Liability Review* (MMC), 1999.

with D. Claxton, "Estimating Future Claims in the Early Stages of a Mass Tort," *Diet Drugs Litigation*, Andrews Publications (1998).

with J. D. Zona, "Issues in Antitrust Economics Testimony After Daubert," Practising Law Institute Course Handbook *Antitrust Litigation: Strategies for Success* (1998).

## Publicly Available Reports and Speeches (10 Years)

Presentation, "Past Is Not Prologue: Adjusting Liability Estimates for Tort Reforms," *Mealey's Asbestos Bankruptcy Conference*, 2007.

Presentation, "Defying the Laws of Physics – Risks & Exposures for Financial Institutions," *19th Annual PLUS International Conference*, Professional Liability Underwriting Society (2006).

Presentation, "Mediation and Settlement of a Securities Class Action" *Securities Litigation & Enforcement Institute 2006*, Practising Law Institute (2006).

Presentation, "Institutional Response to Tort System Breakdown: Asbestos Enters a New Phase," *Mealey's Asbestos Bankruptcy Conference* (2006).

Presentation, "Institutional Response to Tort System Breakdown: Asbestos Enters a New Phase," *LexisNexis presents Wall Street Forum: Asbestos*, Mealey's (2006).

Frederick C. Dunbar

with F. Sabry and M.E. Stern, "Institutional Response to Justice System Failure: Asbestos Enters a New Phase," *LexisNexis presents Wall Street Forum: Asbestos*, Mealey's, Course Handbook (2006).

Presentation, "*Dura* and the New Vocabulary of Litigation Under Rule 10b-5," *Securities Litigation Current Developments & Strategies*, The Association of the Bar of the City of New York (2006).

Presentation (with E. Buckberg), "Disgorgement: Punitive Demands and Remedial Offers," *Eugene P. and Delia S. Murphy Conference on Corporate Law—Responding to Corporate Conduct: New Ideas*, Fordham University School of Law, Center for Corporate, Securities and Financial Law (2005).

Presentation, "Behavioral Economics and Corporate Governance Litigation," *Securities Litigation & Enforcement Institute 2005*, Practising Law Institute (2005).

Presentation, "Quantifying Settlements," *Securities Litigation & Enforcement Institute 2004*, Practising Law Institute (2004).

Presentation, "Changing Tides? Securities Class Actions After SOX," *Current Developments & Strategies in Securities Litigation*, The Association of the Bar of the City of New York (2004).

Presentation, "Changing Tides? Securities Class Actions After SOX," *22nd Annual Federal Securities Institute Seminar*, Glasser LegalWorks and The Florida Bar Business Law Section (2004).

Presentation, "Fraud on the Market Meets Behavioral Finance," Columbia University Center for Law & Economic Studies, Law and Economic Workshop (2003).

Presentation, "The Economics of Causation and Market Timing," *Securities Litigation & Enforcement Institute 2003*, Practising Law Institute (2003).

Presentation, "The Economics of Materiality and Causation," *Trying and Defending Securities Class Actions*, American Conference Institute (2003).

Presentation, "The Economics of Shareholder Litigation," *D&O Liability Insurance*, American Conference Institute (2003).

Presentation, "The Effects of PSLRA and Subsequent Events on Securities Litigation," *Current Developments & Strategies in Securities Litigation*, The Association of the Bar of the City of New York (2003).

Presentation, "The Economics of Securities Litigation in the Shadow of Sarbanes-Oxley," *Fantastic Voyage: A Journey Through the Capital Structure*, American College of Investment Counsel (ACIC), 2002.

Presentation, "The Economics of Securities Litigation in the Shadow of Sarbanes-Oxley," *Surviving Under Sarbanes-Oxley*, The Directors' Roundtable (2002).

Presentation, "Shareholder Litigation: Economics in the Shadow of Sarbanes-Oxley," *Securities Litigation 2002*, Practising Law Institute (2002).

Presentation, "Shareholder Litigation: Filings, Settlements and Sarbanes-Oxley," *Advanced Forum on Professional Liability Insurance*, American Conference Institute (2002).

"Forecasting Mass Tort and Product Liability Claims," *Viewpoint* (The Marsh & McLennan Companies Journal), Vol. XXXI, No. 1 (2002).

Presentation, "Use of Expert Witnesses on Economics/Damages," *Law & Economics*, Seventh Circuit Bar Association and Judicial Conference (2002).

Presentation, "Shareholder Class Actions After the Nasdaq Crash," Glasser LegalWorks 20th Annual Federal Securities Institute Seminar (2002).

with T. Foster, D. Martin, V. Juneja and L. Allen, "Securities Litigation Reform: Problems and Progress," *Viewpoint*, (1999).

Presentation, "Damages: Maximizing (or Minimizing) Awards Through Winning Techniques," *Directors and Officers Liability—Risk Management and Insurance*, Insight Information Conference (1998).

Discussant, "How to Best Utilize Expert Witnesses," *Antitrust Litigation—Strategies for Success*, Practising Law Institute (1998).

Presentation, "Post-PSLRA Trends in Shareholder Class Actions," *Unintended Consequences of the Private Securities Litigation Reform Act of 1995*, The Information Exchange (TIX) Director's & Officer's Liability Seminar (1998).

Presentation, "The Private Securities Litigation Reform Act: Impact to Date...and What to Expect On the Horizon," *D&O Liability*, American Conference Institute (1998).

Presentation, "Class Action Track—When Is Trading by Corporate Insiders 'Suspicious'?" American Bar Association National Institute on Securities Litigation and Arbitration (1998).

"The 1986 Amendments to The False Claims Act: Do They Help or Hurt the Public?" prepared on behalf of United Technologies, Inc. (1997).

Presentation, "Securities Litigation Reform—During the First Five Months of 1997," *D&O Liability—A Comprehensive Review of the Latest Exposures and Claims Handling Issues*, American Conference Institute (1997).

Frederick C. Dunbar

## Testimony (4 Years)

Deposition Testimony, In the Court of Chancery of the State of Delaware – In and For New Castle County in *Louisiana Municipal Police Employees' Retirement System v. Countrywide Financial Corporation*, 2007.

Deposition Testimony, In the United States District Court for the District of Delaware, *In re ALH Holdings, LLC*, 2007.

Deposition Testimony, In the United States District Court for the Southern District of New York in *John Lewis, et al. v. Henri A. Termeer, Genzyme Corporation, et al.*, 2007.

Testimony in an arbitration on expected future product liability claims against a pharmaceutical company, 2006.

Testimony, Deposition Testimony and Trial Declaration, In the United States District Court for the Central District of California, Western Division in *Association of American Railroads, et al. v. South Coast Air Quality Management District, et al.*, 2006.

Deposition Testimony, In the United States District Court for the Southern District of Texas – Houston Division, *In re Enron Corporation Securities Litigation*, 2006.

Deposition Testimony, In the United States District Court for the Dallas County, Texas 193rd Judicial District, *In Re: State of Arkansas Teachers Retirement System, et al. v. Merrill Lynch & Co., Inc., et al.*, 2006.

Deposition Testimony, In the United States District Court for the District of Colorado in *Walter Sins, et al. v. Janus Capital Management LLC / Michael Fleisher, et al. v. Janus Capital Management LLC, et al.*, 2006.

Deposition Testimony, In the United States District Court for the Northern District of Illinois-Eastern Division, *In re Old Banc One Shareholders Securities Litigation*, 2006.

Deposition Testimony, In the United States District Court for the Southern District of New York in *CSI Investment Partners II, L.P., et al. v. Cendant Corporation, et al. / Cendant Corporation v. CSI Investment Partners II, L.P., et al.*, 2006.

Testimony and Deposition Testimony, In the United States District Court for the Southern District of New York in *Celebrity Cruises, Inc. and Fantasia Cruising, Inc. v. Essef Corp., Pac-Fab, Inc., and Structural Europe, N.W.*, 2005-2006.

Testimony, In the United States Bankruptcy Court for the District of Oregon, *In re: Roman Catholic Archbishop of Portland in Oregon, and Successors, a Corporation Sole, dba the Archdiocese of Portland in Oregon*, 2006.

Deposition Testimony, In the United States District Court for the Southern District of Texas – Houston Division, *In re Enron Corporation Securities Litigation*, 2006.

Testimony before the American Arbitration Association on causation and damages due to alleged auditing malpractice, 2006.

Deposition Testimony, In the United States District Court for the Southern District of Texas – Houston Division in *AEP Energy Services Gas Holding Company, et al. v. Bank of America, N.A., et al.*, 2006.

Testimony, In the United States District Court for the District of Massachusetts, *In re PolyMedica Corp. Securities Litigation*, 2006.

Deposition Testimony, In the United States District Court for the Northern District of Illinois-Eastern Division in *Securities and Exchange Commission v. Dean L. Buntrock, et al.*, 2005.

Deposition Testimony, In the United States District Court for the Northern District of Illinois-Eastern Division, *In re Bank One Securities Litigation—First Commerce Shareholder Claims*, 2005.

Deposition Testimony, In the United States District Court for the District of Connecticut, *In re PE Corporation Securities Litigation*, 2005.

Testimony and Deposition Testimony before the American Arbitration Association in *TruServ Corporation v. Ernst & Young LLP*, 2004-2005.

Deposition Testimony, In the Superior Court of New Jersey Law Division: Middlesex County, *Congoleum Corporation v. ACE American Insurance Company, et al.*, 2005.

Testimony and Deposition Testimony, In the United States District Court for the District of Delaware, *In re: Owens Corning, et al.*, 2004-2005.

Testimony and Deposition Testimony, In the Court of Chancery in the State of Delaware In and For New Castle County, *In re The Walt Disney Company Derivative Litigation*, 2004.

Testimony and Deposition Testimony, In the District Court of Brazoria County-Texas, *Kelly-Moore Paint Company, Inc. v. Dow Chemical Company, Union Carbide Corporation, et al.*, 2004.

Written Testimony, In the United States Bankruptcy Court for the Southern District of New York, *In re Johns-Manville Corporation, et al.*, 2004.

Deposition Testimony before the United States District Court for the Southern District of New York in *U.S. Information Systems, Inc., et al. v. International Brotherhood of Electric Workers Local Union Number 3, et al.*, 2002, 2004.

Testimony before the American Arbitration Association in *Billy and Gayle Blanks, et al. v. NCP Marketing Group, Inc.*, 2003.

Direct Expert Testimony and Direct Testimony, In the United States Bankruptcy Court for the Northern District of California-San Francisco Division, *In re Pacific Gas and Electric Company*, 2002-2003.

Statement Before the US Senate Committee on the Judiciary Hearing on Solving the Asbestos Litigation Crisis: S.1125—The Fairness in Asbestos Injury Resolution Act of 2003, Washington, DC, 2003.

Rebuttal Testimony, Testimony, and Deposition Testimony, In the United States Bankruptcy Court for the District of Delaware, *In re: Combustion Engineering, Inc.*, 2003.

Testimony before the American Arbitration Association in *3I Bioscience Investment Trust PLC, et al. v. Maxim Pharmaceuticals, Inc., et al.*, 2003.

Testimony before the American Arbitration Association in *Allison Ann Kendrick, as Executrix of the Estate of Brian E. Kendrick v. Asbury Automotive Management, LLC, et al.*, 2003.

Deposition Testimony, In the United States District Court for the Northern District of Georgia-Atlanta Division in *H. Donald Ratliff, et al. v. Baan Company N.V., et al.*, 2003.

Deposition Testimony, In the United States District Court for the Southern District of Texas-Houston Division, *In re: Zonagen, Inc. Securities Litigation*, 2003.

Deposition Testimony, In the United States District Court for the Northern District of Illinois-Eastern Division, *In re: Anicom Inc. Securities Litigation*, 2003.

Deposition Testimony, In the United States District Court for the District of Delaware, *In re: DaimlerChrysler AG Securities Litigation*, 2003.

Deposition Testimony, In the United States District Court for the Southern District of New York in *Cromer Finance, Ltd. v. Michael Berger, et al.*, 2003.

June 2007

**Exhibit 2**

David T. Austern Deposition, September 26, 1999

*Bernadine Findley v. Robert Falise*, May 11, 1994 (Bates #546411)

*Borel v. Fibreboard, Fifth Circuit, U.S. Court of Appeals, 1973*

Deposition of Dominic Gaziano, *In re W.R. Grace & Co, et al. Debtors,* October 18, 2006

Deposition of Mark A. Peterson *In re W.R. Grace & Co., et al., v. Sealed Air Corporation and Cryovac, Inc.,* September 9, 2002

Deposition of Walter Allen Oaks, *In re W.R. Grace & Co, et al. Debtors,* March 9, 2006

Deposition testimony of Jay W. Hughes, Jr., Esq., *In re W.R. Grace & Co., et al., v. Sealed Air Corporation and Cryovac, Inc.*, July 19, 2002

Deposition testimony of Jay W. Hughes, Jr., Esq., *In re W.R. Grace & Co., et al., Debtors,* February 22, 2007

Deposition of Leland G. Smith, *Falise vs. The American Tobacco Co.*, February 16, 2000

*G-I Holdings, Inc. v. Baron & Budd, et al.* Complaint, January 10, 2001

Patricia G. Houser Deposition, September 20, 1999

In Re *3M Company vs. Simeon Johnson, Et Al.*

Judge Lifland Decision, *In re Johns-Manville Corporation, et al.*, August 17, 2004

Judge Weinstein Order, *In re Joint Eastern and Southern District Asbestos Litigation*, January 19, 1995

Marianna S. Smith Deposition, October 13, 1999

Deposition of Ray Harron, December 15, 2005

Deposition of Andrew Harron, January 12, 2006

Deposition of Charles Foster, October 27, 2006

Deposition of Jay Segarra, November 20, 2006

Deposition of Rhonda Mason, December 15, 2006

Deposition of Alvin Schonfeld, December 18, 2006

Deposition of Robert Beber, Vol. I & II, July 31, 2002

Deposition of Jay W. Hughes, Jr., Esq., July 19, 2002

Deposition of David Siegel, September 19, 2002

Declaration of Daniel L. Rourke, Ph.D., November 12, 2001

Amended Disclosure Statements for the Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code

Analysis of Libby Claimant Medical Records and Dr. Whitehouse's Expert Report Dates September 25, 2006, Steven E. Haber, 6/11/07

Answers of Non-Party Richard B. Levine, M.D., to Debtor's and Official Committee Deposition by Written Questions

Case Management Order for the Estimation of Asbestos Personal Injury Liabilities 8/29/05

Case Management Order for the Estimation of Asbestos Property Damage Liabilities 8/29/05

Dr. Daniel Henry's Response to Dr. Laura Welch's Report, 6/11/07

Dr. Daniel Henry's X-ray Report, 6/11/07

Diagnostic Practices in a Litigation Context: Screening Companies and the Doctors They Employed, Steven E. Haber, 6/11/07

Expert Rebuttal Report of Richard J. Lee, 6/11/07

Expert Report of Dr. Gordon M. Bragg. 5/7/07

Expert Report of Mark Eveland, 6/11/07

Expert Report of Steve M. Hays, 6/8/07

Expert Report of Stephen M. Snyder, 6/11/07

Dr. Grover M Hutchins' Response to W.R. Grace Personal Injury Questionnaires

Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to the Debtors

Official Committee of Asbestos Personal Injury Claimants' Supplemental (December 13, 2005) Set of Interrogatories Directed to the Debtors

Protective Order Relating To Production Of Medical Records

Rebuttal Report of Dr. David Weill

Rebuttal Report of Joseph E. Rodricks, 6/8/07

Rebuttal Report of Dr. Laura S. Welch, 6/07

Rebuttal Report of Dr. M. Laurentius Marais and Dr. William E. Wecker, 6/11/07

Rebuttal Report or Dr. Suresh Moolgavkar Responding to Claimants' Experts Drs. Lemen, Frank, Brody, Welch, Hammar and Whitehouse, 6/11/07

The Role and Process of Exposure Assessment Regarding Asbestos-Related Personal Injury Liability: A Supplemental Report, Peter S.J. Lees

Supplemental Report: Scientific Credibility of Personal Injury Claims Related to Alleged Exposure to W.R. Grace Asbestos-Containing Products, Elizabeth Anderson, 6/11/07

WR Grace & Co.'s Responses and Objections to the Official Committee of Asbestos Personal Injury Claimants' Supplemental (December 13, 2005) Set of Requests for Production of Documents Related to the Debtors

WR Grace & Co.'s Responses and Objections to Asbestos Claimants' Committee's First Set of Requests for Production of Documents

WR Grace & Co.'s Answers and Objections to the Official Committee of Asbestos Personal Injury Claimants' Supplemental (December 13, 2005) Set of Interrogatories Related to the Debtors

WR Grace & Co.-Conn.'s Response to Plaintiffs' Revised Second Set of Requests for Admissions

WR Grace & Co.-Conn.'s Response to Plaintiffs' First Set of Requests for Admissions and Plaintiffs' Second Set of Interrogatories

December 16, 2005 letter from Barbara Mack Harding to Nathan D. Finch regarding the agreements reached between the Debtors and the PI Committee as a result of several discussions that were held between October and early December 2005

August 10, 2006 letter from Barbara Mack Harding to Nathan D. Finch regarding Finch letter dated January 10, 2005 and a letter from Jeffrey Liesemer dated August 6, 2006

September 22, 2006 letter from Barbara Mack Harding to Nathan D. Finch regarding the status of outstanding discovery issues

Amended Joint Plan of Reorganization

       Exhibit 1: Registration Rights Agreement

Exhibit A: Joinder Agreement

Exhibit B: Selling Securityholder Notice and Questionnaire

Exhibit 2: Government Release

Exhibit 3: Release

Exhibit 4: Stipulation of Dismissal with Prejudice of the Action

Exhibit 5: Fresenius Release

Exhibit 6: Indemnification Agreement

Exhibit 7: Language to be Set Forth in Part II of Form 1120X

Exhibit Tab 2: Glossary of Defined Terms

Exhibit Tab 3: Best Interest Analysis

Exhibit Tab 5: Asbestos Trust Agreement

Exhibit Tab 6: PI-SE Trust Distribution Procedures

Exhibit Tab 7: PI-AO Trust Distribution Procedures

Exhibit Tab 8: PD Trust Distribution Procedures

Exhibit Tab 9: List of Non-Debtor Affiliates

Exhibit Tab 10: List of Subject Asbestos Insurance Policies

Exhibit Tab 11: Retained Causes of Action

Exhibit Tab 13: Fresenius Settlement Agreement

Exhibit Tab 15: Description of Warrants

"Asbestos cases continue to drop in Madison County," *The Record, Madison and St. Clair Counties*, July 7, 2006

"Asbestos in the Courts-The Challenge of Mass Toxic Torts," Deborah R. Hensler, et al. *RAND Institute for Civil Justice* publication, 1985

"Asbestos Litigation: Procedural Innovations and Forum-Shopping," by Michelle White, October 2005

"Asbestos Litigation Costs and Compensation, An Interim Report," *RAND Documented Briefing*, Stephen J. Carol, et al., 2002

Babcock and Wilcox Asbestos Personal Injury Settlement Trust Distribution Procedures, May 1, 2007

"Breakthrough Asbestos Settlement Proposal Unveiled by 20 Companies," *The Associated Press*, January 15, 1993

*Estimating Future Claims: Case Studies from Mass Tort and Product Liability,* by Frederick C. Dunbar, Denise Neumann Martin and Phoebus J. Dhrymes, Andrews Professional Books, 1996

"Explaining the Flood of Asbestos Litigation: Consolidation, Bifurcation, and Bouquet Trials," NBER Working Paper 9362, Michelle White, December 2002

*In Re: Silica Products Liability Litigation,* Order No. 29: "Addressing Subject-Matter Jurisdiction, Expert Testimony and Sanctions

"Large Asbestos Verdict in Mississippi May Mean Tough Times for Companies," *Asbestos & Lead Abatement Report*, Volume 14, Issue 11, November 1, 2001

"Liability of Celotex and Carey-Canada For Pending and Future Asbestos Personal Injury Claims," by Mark Peterson, December 8, 1993

"Manville Faces Many Problems in Bid to Escape Red Ink," *The Wall Street Journal*, June 9, 1982

"Manville's Robust Bankruptcy," by Tamar Lewin, *The New York Times*, December 10, 1982

"Market Place; The Attraction of Manville," by Robert Metz, *The New York Times*, November 2, 1982

Mealey's Litigation Report: Asbestos, June 14, 1985

Mealey's Litigation Report: Asbestos, June 28, 1985

Mealey's Litigation Report, September 13, 1985

Mealey's Litigation Report, August 14, 1987

Mealey's Litigation Report, August 28, 1987

Mealey's Litigation Reporter, "Future Claimants Class Action - Blueprint for Disaster," by Frederick M. Baron, June 18, 1993

"Miss. Jury Returns $150M Verdict Against AC&S, Dresser Industries, 3M Corp.," *16-19 Mealey's Litig. Rep. Asb. 1 (2001),* Volume 16, Issue #19, November 9, 2001

"Mississippi Jury Awards 12 Plaintiffs $48.5 Million," *Mealey's Litigation Report: Asbestos,* Vol. 13, No.13, August 3, 1998

"Motion Granted Vacating Supplemental Preliminary Injunction in Georgine," *Mealey's Litigation Reporter: Asbestos*: v. 12, n. 15, September 2, 1997

"On the Theory Class's Theories of Asbestos Litigation: The Disconnect Between Scholarship and Reality", Lester Brickman, *Pepperdine Law Review* 31(22): 33-170, 2004

*Outrageous Misconduct – The Asbestos Industry on Trial,* by Paul Brodeur, (Pantheon Books, New York), 1985

"Owens Corning Seeks Bankruptcy Protection Over Asbestos Claims," *Engineering News-Record*, October 16, 2000

Plibrico Trust Policy on Doctors and Screening Companies

"Revised Georgine Notice Submitted for Approval," *Mealey's Litigation Reporter: Asbestos*: v. 13, n. 12, July 17, 1998

"Summary of Calculations Estimating the Present Value of Claims by Eagle-Picher Asbestos Personal Injury Creditors and Eagle-Picher's Administrative/Defense Costs for Such Claims," by Mark Peterson, September 15, 1995

"The 'Energizer Bunny' of Toxic Torts," *Casualty Insurance,* 2001

"The Evolving Civil Justice Reform Movement: Procedural Reforms Have Gained Steam, but Critics Still Focus on Arguments of the Past," by Mark A. Behrens and Andrew W. Crouse, *University of Dayton Law Review,* Vol. 31:2, 2006

"The Silicosis Bar Association," *The Wall Street Journal*, August 2, 2006

"UNR Industries Files for Chapter 11", by Tamer Lewin, *The New York Times*, July 30, 1982

"US Supreme Court Affirms Dismissal of Georgine Asbestos Class Action Settlement,"
    *Mealey's Litigation Reporter: Asbestos*: v. 12, n. 11, July 7, 1997

"Variation in Asbestos Litigation Compensation and Expenses," James S. Kakalik, et al., *RAND Institute for Civil Justice* publication, 1984

"Where Are Mesothelioma Claims Heading?", by Paul Hinton, Ron Miller, Faten Sabry and Fred Dunbar, NERA Working Paper, December 7, 2006

Expert Report of David Weill, M.D., *In re W. R. Grace & Co., et al.,* October 3, 2006

"Institutional Response to Tort System Breakdown: Asbestos Enters a New Phase," by Frederick C. Dunbar, Faten Sabry and Mary Elizabeth Stern, NERA Working Paper, July 21, 2006

U.S. Supreme Court, *Amchem Products Inc., et al., Petitioners v. George Windsor et al., on Writ of Certiorari to the United States Court of Appeals for the Third Circuit,* No. 96-270, June 25, 1997

"The Manville Personal Injury Settlement Trust," by Frank J. Macchiarola, *Cardozo Law Review*, Vol. 17, No. 3, January 1996, p. 617

"CCR Settles in Massive Baltimore Asbestos Trial," *PR Newswire*, July 8, 1992

*The Matrix Claim Manual*, April 8, 1996 (Bates #CRMC 0013402-24 at 407-410)

"Huge asbestos trial is over; now battle cry seems to be 'on to the appeal!'," Jay Apperson, *The Baltimore Sun,* August 16, 1992

"Breakthrough Asbestos Settlement Proposal Unveiled by 20 Companies," by Stefan Fatis, *The Associated Press*, January 15, 1993

"CCR Petitions U.S. Supreme Court to Hear Landmark Asbestos Case; Decision Would Settle Circuit Courts' Conflict on Class Settlements," *PR Newswire*, August 19, 1996

Rothstein, Paul S., "What Courts Can do in the Face of the Never-Ending Asbestos Crisis," *Mississippi Law Journal*, Fall 2001

Paul Hampel, "Asbestos Judge Tosses Out 3 Lawsuits," STL Today.com, October 12, 2004

W.R. Grace Asbestos Personal Injury Questionnaire

Personal Injury Questionnaire Excel File Supplements by Law Firm

Pulmonary Function Test Claimant Sample

Pulmonary Function Test Flow Chart

Rust Consulting WR Grace Personal Injury Questionnaire Data Specification

Rust Consulting WR Grace Personal Injury Questionnaire Forms Processing Procedures

Rust Consulting WR Grace Personal Injury Questionnaire Image Database Table Structure

Rust Consulting WR Grace Personal Injury Questionnaire Database as of April 30, 2007

Rust Consulting WR Grace Personal Injury Questionnaire Image Files

Manville Trust Database, Manville Trust e-Extract Version 3.0 as of December 31, 2006

Bundled Center for Claims Resolution Database

Manville Rabinovitz Medical Sample

Historical Claims Sample and Image Files Coded by Celotex

PIQ Attachment Sample Coded by Celotex

Data Entry Protocol , ARPC WR Grace Sample Claims Analysis

Data Entry Quality Control Review Protocol, ARPC WR Grace Closed Claims and PIQ Sample

W.R. Grace Historical Claims Database

W.R. Grace & Co. Asbestos Bodily Injury Data Dictionary, May 9, 2002

"Protocol For Review (B-Reader Evaluation) of Chest X-Rays"

Single-Breath Carbon Monoxide Diffusing Capacity (Transfer Factor), 1995

Standardization of Spirometry, 1994

Lung Function Testing: Selection of Reference Values and Interpretive Strategies, 1991

"Presentation to AHC/Select Attorneys on October 26, 1988," (Bates #540255- #540357)

Trust Financial Performance: Analysis and Implications of Latest Projections, October 17, 1988 (Bates #505287-444 at 505292-93)

Minutes, Manville Personal Injury Settlement Trust, Board of Trustees Meeting, (no date) (Bates #CRMC 0131313-19)

Interim Report to the Court by the Trustees of the Manville Personal Injury Settlement Trust, in Proceedings for a Reorganization Under Chapter 11, November 18, 1988 (Bates #540299-312 at 540302, 307)

Fax to Tom Florence of RPC from Gary Wingo, January 3, 1989 (Bates #FLOR 0000447-48)

Paper written by Gary Wingo, July 13, 1989 (Bates #543944-49)

Owens Corning Form 8K, filed December 15, 1998

Memorandum from Patricia Houser to David Austern, Susan Prytherch, January 9, 1997 (Bates #CRMC 0153996-97)

Trust Distribution Process (Bates #CRMC 0012662-65); SCB Discussion Topics (Bates #CRMC 0106679)

American Bar Association Commission on Asbestos Litigation, "ABA Report to the House of Delegates, Recommendation & Resolution," 7 (2003)

Fax to Elihu Inselbuch, Esq. from Mark E. Lederer, April 24, 1998 (Bates #CRMC 0168905-13 at 11)

Memorandum to Manville Trustees from Patricia Houser, Re: Meeting with the SCB, May 13, 1998 (Bates #CRMC 0191714-19 at 18)

Memo to David T. Austern and Richard E. Flynn from Terry F. Lenzer and Kathy Lavinder, Re: Asbestos Settlement: Background Investigation of Doctors, March 2, 1996 (Bates #CRMC 0189815-30).

Memo from Patricia Houser to Manville Trustees, Re: Meeting with Joe Rice and Others on Medical Audit, July 16, 1996 (Bates #CRMC 0128699-701)

Fax to Elihu Inselbuch, Esq. from Mark E. Lederer, April 24, 1998 (Bates #CRMC 01688905-13 at 905)

Memo to Manville Trust Claimants' Attorneys from Manville Trust, Re: New Requirements for Submission of Category III Claims, October 11, 1996 (Bates #CRMC 0190025-26 at 25)

Pulmonary Function Test Review Instructions, (no date) (Bates #CRMC 0109420-21)

Newsletter--Manville Personal Injury Settlement Trust, March 14, 1997 (Bates #533155-58 at 56)

Memorandum to Plaintiff's Counsel from Susan Prytherch, Re: Medical Audit of Dr. Larry Mitchell and Dr. Richard Kuebler Claims, July 3, 1997 (Bates #CRMC 0116430-32 at 30)

Building Materials Corp of America 1997 10K, filed March 30, 1998

Building Materials Corp of America 1998 10K, filed March 30, 1999

Stephen J. Carroll, et al., "Asbestos Litigation Costs and Compensation," Rand Institute for Civil Justice, 2002

2005 Georgia Laws Act 29 (H.B. 416)

Venue reform: H.B.13, 2004

Manville Personal Injury Settlement Trust, History. (http://www.mantrust.org/history.htm).

Tort Reform Record, February 8, 2005, American Tort Reform Association (www.atra.org)

Letter from David Austern, Manville to Douglas Mayer, October 18, 1989 (Bates #CRMC 0144255-57)

David T. Austern letter, May 31, 1995 (Bates #CRMC 0133393).

Letter from D. Austern to F. Macchiarola, August 15, 1995 ("Pigs at the Trough") (Bates #CRMC 0134099-100).

Letter from David Austern, President Claims Resolution Management Corporation, dated September 12, 2005, "Suspension of Acceptance of Medical Reports."

Letter from Patricia Houser to Elihu Inselbuch, Esq., September 15, 1995 (Bates #CRMC 0189508).

Letter from Patricia Houser to Julie Davis, July 25, 1996 (Bates #CRMC 0123928, CRMC 0123479-94)

Letter from Patricia G. Houser to Elihu Inselbuch, Esq., Re: Various Medical Audit and Arbitration Issues, October 4, 1996 (Bates #CRMC 0169162-167 at 63-64)

Letter from Patricia G. Houser, Manville Tr. to Elihu Inselbuch, Caplin & Drysdale and Leslie G. Fagen, Paul Weiss, Re: Fourth Quarter 1996 Medical Audit Results, December 23, 1996 (Bates #CRMC 0106724-26 at 25)

Letter to Honorable Jack B. Weinstein and Honorable Burton R. Lifland from Manville Tr., February 28, 1997 (Bates #CRMC 0120696-97)

Letter from William B. Nurre, Executive Director of the Eagle Picher Personal Injury Settlement Trust to Claimants' Counsel, dated October 19, 2000

Letter from Robert A. Falise to Honorable Jack. B. Weinstein and Honorable Burton R. Lifland, dated February 27, 2004. (http://www.mantrust.org/FILINGS/Q4_03/4THQTR03.pdf)

Letter from Robert A. Falise to Honorable Jack. B. Weinstein and Honorable Burton R. Lifland, dated February 28, 2007. (http://www.mantrust.org/FILINGS/4thqtr06.pdf)

SEC filings for the following companies were used:

SEC Filings from 1991-1995 for:
AC&S, Inc./Irex Corp.
Coltec Industires
Dyncorp/Fuller-Austin Insulation Corp.
Fiberboard Corporation
Foster Wheeler Corp.
Owens Corning FiberGlas Corporation
Owens-Illinois, Inc.

SEC Filings from 2001-2006 for:
AK Steel Holding Corp.

Albany International Corp. /DE/
American Standard Companies, Inc.
Ampco Pittsburgh Corp.
Ashland, Inc.
BNS Holding, Inc.
BNSF Railway Co.
Borgwarner, Inc.
CBS Corp.
Cooper Industries, Ltd.
Crane Co./DE/
Crown Holdings, Inc.
Crowley Maritime Corp.
Dow Chemical Co./DE/
Enpro Industries, Inc.
Entrx Corp.
FMC Corp.
Foster Wheeler, Ltd.
Gencorp, Inc.
Georgia Pacific Corp.
Goodyear Tire & Rubber Co./OH/
Hanson, PLC
Hercules, Inc.
Honeywell International, Inc.
Jacuzzi Brands, Inc.
Metso Corp.
National Service Industries, Inc.
Owens Illinois Inc/DE/
Trimas Corp.
Union Pacific Corp.
United States Steel Corp.

11

**Exhibit 3**

**Number of Claims by File Year for W. R. Grace and Manville**

| Year Filed | Total Manville Claims [1] | Total Grace Claims [2] |
|---|---|---|
| (1) | (2) | (3) |
| Pre-1990 | 146,660 | 24,087 |
| 1990 | 23,076 | 9,006 |
| 1991 | 19,286 | 16,876 |
| 1992 | 18,836 | 22,546 |
| 1993 | 15,206 | 20,120 |
| 1994 | 25,723 | 24,308 |
| 1995 | 39,213 | 39,669 |
| 1996 | 53,555 | 31,658 |
| 1997 | 24,437 | 25,319 |
| 1998 | 29,930 | 29,141 |
| 1999 | 32,508 | 28,395 |
| 2000 | 59,271 | 49,349 |
| **Total 1990-2000** | **341,041** | **296,387** |

**Notes and Sources:**

-- Claims data obtained from counsel. Manville data is from Manville Trust e-Extract Version 3.0 as of December 31, 2006. Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

[1] Indicates the total number of Manville claims for the given file year.

[2] Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".

**Exhibit 4**

**Center for Claims Resolution**

**Percentage of Claims in Group Settlements** [1]

| Year Settled | Number of Claims In Group Settlement [2] | Percentage of Claims In Group Settlement [2] |
|:---:|:---:|:---:|
| (1) | (2) | (3) |
| Pre-1985 | 0 | 0.0 % |
| 1985 | 0 | 0.0 |
| 1986 | 0 | 0.0 |
| 1987 | 0 | 0.0 |
| 1988 | 2,315 | 25.9 |
| 1989 | 13,660 | 67.7 |
| 1990 | 9,219 | 62.3 |
| 1991 | 7,793 | 49.4 |
| 1992 | 16,160 | 64.7 |
| 1993 | 42,590 | 82.6 |
| 1994 | 10,277 | 61.6 |
| 1995 | 6,239 | 56.1 |
| 1996 | 6,060 | 62.9 |
| 1997 | 1,588 | 22.5 |
| 1998 | 42,890 | 76.5 |
| 1999 | 33,556 | 68.2 |
| 2000 | 20,213 | 61.2 |
| **Overall** | **212,560** | **64.2 %** |

**Notes and Sources:**

-- Data obtained from the bundled Center for Claims Resolution database. Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

[1] Data limited to claims with positive settlement values.

[2] A claim is identified as part of a group settlement if the "settlement group" variable is greater than zero.

**Exhibit 5**

**Manville Trust**

**Ratio of Non-Malignant to Malignant Claims by State [1]**

**Excluding States with Less than 1,000 Claims**

**1995-2000**

| State | Ratio of Non-Malignant to Malignant Claims |
|-------|--------------------------------------------|
| (1)   | (2)                                        |
| MS    | 33.2                                       |
| AR    | 17.6                                       |
| AL    | 15.8                                       |
| OH    | 13.1                                       |
| WV    | 11.9                                       |
| LA    | 10.9                                       |
| TX    | 10.6                                       |
| KY    | 10.1                                       |
| VA    | 10.0                                       |
| IN    | 8.5                                        |
| FL    | 7.9                                        |
| MD    | 7.2                                        |
| GA    | 7.1                                        |
| NC    | 7.1                                        |
| MI    | 6.7                                        |
| TN    | 6.3                                        |
| WI    | 6.2                                        |
| NY    | 5.7                                        |
| PA    | 5.6                                        |
| MO    | 5.5                                        |
| MN    | 4.4                                        |
| NJ    | 4.0                                        |
| SC    | 3.8                                        |
| CA    | 3.6                                        |
| IL    | 3.6                                        |
| WA    | 2.6                                        |
| MA    | 2.2                                        |

**Notes and Sources:**

-- Data from Manville Trust database, Manville Trust e-Extract Version 3.0 as of December 31, 2006.
   Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

-- Excludes observations with missing states and states with fewer than 1,000 filings during file years 1995-2

[1] Non-malignant diseases include "asbestosis" and "pleural". Malignant diseases include "mesothelioma",
   "lung cancer", and "other cancer".

Exhibit 6

Center for Claims Resolution

Ratio of Non-Malignant to Malignant Claims by File Year [1]

CCR Unknown Disease Claims Reallocated [2]

| Year Filed | Texas | West Virginia | Mississippi | Ohio | Massachusetts |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| Pre-1985 | 6.2 | 9.7 | 7.3 | 3.1 | 3.8 |
| 1985 | 10.2 | 11.6 | 13.8 | 4.0 | 4.4 |
| 1986 | 6.8 | 8.9 | 25.9 | 10.3 | 4.4 |
| 1987 | 6.8 | 5.5 | 16.8 | 8.5 | 5.3 |
| 1988 | 6.0 | 16.6 | 11.8 | 26.5 | 7.2 |
| 1989 | 8.4 | 13.6 | 3.2 | 7.2 | 5.5 |
| 1990 | 5.3 | 16.9 | 12.6 | 13.4 | 6.2 |
| 1991 | 7.1 | 16.3 | 30.1 | 6.7 | 2.0 |
| 1992 | 7.7 | 23.9 | 23.6 | 7.3 | 2.5 |
| 1993 | 10.2 | 16.7 | 26.5 | 11.1 | 7.6 |
| 1994 | 8.7 | 5.7 | 16.8 | 15.7 | 1.8 |
| 1995 | 17.6 | 18.2 | 14.2 | 14.4 | 3.0 |
| 1996 | 21.0 | 27.9 | 27.3 | 14.8 | 2.0 |
| 1997 | 9.1 | 15.8 | 19.3 | 7.1 | 1.0 |
| 1998 | 13.7 | 10.1 | 27.1 | 26.2 | 3.1 |
| 1999 | 12.9 | 8.6 | 28.0 | 37.4 | 1.4 |
| 2000 | 10.4 | 42.6 | 61.3 | 36.2 | 1.0 |

Notes and Sources:

-- Data from bundled Center for Claims Resolution database. Manville data is from Manville Trust e-Extract Version 3.0 as of December 31, 2006. Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

-- Excludes claims with missing file year or file year prior to 1980.

[1] Ratio of non-malignant to malignant claims is defined as the total number of non-malignant claims divided by the total number of malignant claims. Non-malignant diseases include "asbestosis" and "pleural". Malignant diseases include "lung cancer", "mesothelioma", and "other cancer".

[2] Diseases originally coded as "unknown" in the CCR claims data were replaced with the disease of the matching claim in the Manville Trust database if the Manville disease was a cancer or a specific non-malignant disease and the Manville diagnosis date was prior to the CCR file date. (CCR claims were matched to Manville claims on the basis of Social Security Number or a combination of first name, last name, and date of birth.) "Unknown" claims that could not be matched to Manville were reallocated to a cancer or a specific non-malignant disease, using the disease mix of the "unknown" CCR claims that did match to Manville. (Specifically, 3.34% of "unknown" claims were allocated to "mesothelioma", 5.85% to "lung cancer", 1.75% to "other cancer" and 89.06% to "non-malignant").

Exhibit 7

Manville Trust

Number of Claims with High-Volume Doctor by Disease [1]

1995-2000

| Disease | Number of Claims with Doctor Name | Number of Claims with High-Volume Doctor [2] | Percentage of Claims with High-Volume Doctor [2] |
|---|---|---|---|
| (1) | (2) | (3) | (4) (3)/(2) |
| Lung Cancer | 12,576 | 584 | 4.64 % |
| Other Cancer | 2,900 | 305 | 10.52 |
| Non-Malignant [3] | 196,627 | 99,158 | 50.43 |

**Notes and Sources:**

-- Data from Manville Trust Database, Manville Trust e-Extract Version 3.0 as of December 31, 2006. Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

[1] High-volume doctors include: Jay Segarra, Dominic J. Gaziano, Ray Harron, Richard Levine, Maurice A. Bassali, Mark Colin Clark, Edward H. Holmes, Richard Smythe Kuebler, Phillip H. Lucas, Larry M. Mitchell, Robert A. Rosati, Mark A. Schiefer, Alvin J. Schonfeld. Names were obtained from the Manville 1998 audit memo.

(See Memo from Mark E. Lederer, Chief Financial Officer of the Manville Personal Injury Settlement Trust, April 24, 1998, CRMC 0168905-13.)

[2] Only the primary doctor name is considered when determining whether a claim is associated with a high-volume doctor. (The Manville variable "docname1" is used to identify primary doctors.)

[3] Non-malignant claims include claims with a disease of "asbestosis" and "pleural".

**Exhibit 8**
**Manville Trust**
**Filings of Disabling Asbestosis Surrounding December 1996 Switch to ATS Standards**

**Notes and Sources:**
Data from Manville Trust Database, Manville Trust e-Extract Version 3.0 as of December 31, 2006.

**Exhibit 9**

**Rabinovitz Medical Sample**

**Rabinovitz Medical Statistics for Manville Asbestosis Claims Sample [1]**

| Category | Number of Claims | Percentage of Claims |
|---|---|---|
| (1) | (2) | (3) |
| **Claims with ILO and/or PFT Scores [2,3]** | | |
| Claims with ILO ≥ 2/1 and PFT < 65% [4] | 16 | 1.01% |
| Claims with ILO ≥ 1/0 and PFT < 80% [5] | 285 | 17.90% |
| Claims with ILO ≥ 1/0, but without PFT Score Showing Impairment | 612 | 38.44% |
| Claims with ILO Score that Do Not Meet Asbestosis Criteria | 30 | 1.88% |
| Claims without ILO Score | 649 | 40.77% |
| **Total Claims** | **1,592** | **100.00%** |
| | | |
| **Total Claims with ILO Score** | **943** | **59.23%** |
| **Total Claims with PFT Score** | **1,040** | **65.33%** |
| **Total Claims with ILO and/or PFT Scores** | **1,330** | **100.00%** |
| **Total Claims** | **1,592** | **100.00%** |

**Notes and Sources:**

-- "TLC" stands for total lung capacity; "FVC" stands for forced vital capacity.

[1] The Rabinovitz data includes a sample of 1,043 asbestosis and 549 disabling asbestosis claims.

[2] Claimants fall into one unique category per section.

[3] Claims with PFT score includes any claims that have either (A) a TLC score or (B) both an FVC score and a FEV1/FVC ratio.

[4] Includes claims with an ILO ≥ 2/1 and TLC < 65% or FVC < 65% & FEV1/FVC ≥ 65%.

[5] Includes claims with an ILO ≥ 1/0 and TLC < 80% or FVC < 80% & FEV1/FVC ≥ 65%.

**Exhibit 10**
**Center for Claims Resolution**
**Average Monthly Claim Volume Surrounding Class Decertification**



**Notes and Sources:**
Data obtained from bundled Center for Claims Resolution database. Average claim volume is calculated in six-month intervals. Average volume prior to decertification includes 7 months (January 1997-July 1997) and average volume directly after decertification includes only August 1997-December 1997.

**Exhibit 11**

**Summary of New Asbestos Claims**

**1991-1995**

| Company Name | 1991 | 1992 | 1993 | 1994 | 1995 | 1994-1995 Percentage Increase |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7)<br>((6)-(5))/(5) |
| AC&S, INC./IREX CORP. | 10,090 | 13,875 | 20,542 | 18,122 | 44,904 | 147.79 % |
| COLTEC INDUSTRIES [1] | | | 27,400 | 29,800 | 44,000 | 47.65 |
| DYNCORP./FULLER-AUSTIN INSULATION CORP. | 360 | 1,785 | 668 | 1,026 | 4,647 | 352.92 |
| FIBREBOARD CORPORATION | 18,100 | 37,000 | 35,100 | 3,500 | 20,731 | 492.31 |
| FOSTER WHEELER CORP. | | | | 26,400 [2] | 39,000 | 47.73 |
| OWENS-CORNING FIBERGLAS CORPORATION. | 20,900 | 26,600 | 32,400 | 29,100 | 55,900 | 92.10 |
| OWENS-ILLINOIS, INC. | 19,000 | 19,000 | 14,000 | 12,000 | 15,000 | 25.00 |

**Notes and Sources:**

-- Data obtained from SEC 10-K filings for 1991-1995 for each company, unless noted otherwise. When available, data from the most recent 10-K filing is used.

-- Data is in claims filed unless otherwise noted.

[1]  Data is in lawsuits.  Coltec Industries' 10-K filing for 1993 states that the number of lawsuits received in 1991 and 1992 was comparable to the number of lawsuits received in 1993.

[2]  Data obtained from 10-K/A filing.

**Exhibit 12**

**W. R. Grace Historical Claims Database**

**Percentage of Claims in Mass Filings [1]**

| Year Filed (1) | Maximum Claims in a Single Mass Filing (2) | Number of Claims in All Mass Filings [2] (3) | Number of Claims with Law Firm Named [1] (4) | Percentage of Claims in Mass Filing [2] (5) (3)/(4) |
|---|---|---|---|---|
| Pre-1990 | 131 | 131 | 1,344 | 9.7 % |
| 1990 | 264 | 1,514 | 4,852 | 31.2 |
| 1991 | 1,113 | 4,836 | 8,369 | 57.8 |
| 1992 | 2,616 | 11,877 | 16,569 | 71.7 |
| 1993 | 1,820 | 8,023 | 13,398 | 59.9 |
| 1994 | 4,020 | 14,533 | 21,171 | 68.6 |
| 1995 | 5,124 | 26,372 | 32,730 | 80.6 |
| 1996 | 2,724 | 15,270 | 23,026 | 66.3 |
| 1997 | 5,621 | 13,758 | 20,714 | 66.4 |
| 1998 | 956 | 10,686 | 18,639 | 57.3 |
| 1999 | 4,747 | 13,695 | 23,805 | 57.5 |
| 2000 | 3,578 | 27,347 | 41,678 | 65.6 |
| **Overall** | **5,621** | **148,042** | **226,295** | **65.4 %** |

**Notes and Sources:**

-- Claims data obtained from counsel. Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

-- Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".

[1] Only claims with a primary law firm are included (primary law firms are identified by a counsel type of "PRI"). Claims may have more than one primary law firm in the data. Claims with only one primary law firm are included.

[2] Mass filings were identified using a combination of primary law firm and file date. If over 50 claims were filed from the same primary law firm on the same file date, then the claims were considered a mass filing.

**Exhibit 13**

**W. R. Grace Historical Claims Database**

**Top 10 Instances of Mass Filings [1]**

| Firm Name | File Date | Number of Claims in a Mass Filing [2] |
|---|---|---|
| (1) | (2) | (3) |
| Weitz & Luxenberg | 12/15/1997 | 5,621 |
| Reaud Morgan & Quinn | 1/26/1995 | 5,124 |
| The Law Firm of Larry Norris | 7/9/1999 | 4,747 |
| William Bailey Law Firm LLP | 10/10/1994 | 4,020 |
| Nix Law Firm | 8/31/1995 | 3,777 |
| Peirce Raymond Osterhout Wade Carlson & Coulter | 3/29/2000 | 3,578 |
| Barrett Law Offices | 3/24/2000 | 3,534 |
| Provost Umphrey | 11/22/1994 | 3,480 |
| William Bailey Law Firm LLP | 8/25/1995 | 3,447 |
| Hartley & Obrien | 3/29/1996 | 2,724 |

**Notes and Sources:**

-- Claims data obtained from counsel. Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

-- Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".

[1] Only claims with a primary law firm are included (primary law firms are identified by a counsel type of "PRI"). Claims may have more than one primary law firm in the data. Claims with only one primary law firm are included.

[2] Mass filings were identified using a combination of primary law firm and file date. If over 50 claims were filed from the same primary law firm on the same file date, then the claims were considered a mass filing.

Exhibit 14

W. R. Grace Historical Claims Database

Percentage of Claims in Group Settlements [1]

| Year Settled (1) | Number of Claims in Group Settlements [2] (2) | Number of Claims in All Settlements (3) | Percentage of Claims in Group Settlements [2] (4) (2)/(3) | Total Indemnity for Group Settlements [2] (5) | Total Indemnity for All Settlements (6) | Percentage of Total Indemnity for Group Settlements [2] (7) (5)/(6) |
|---|---|---|---|---|---|---|
| Pre-1990 | 0 | 2,855 | 0.0 % | $ 0 | $ 704,148,673 | 0.0 % |
| 1990 | 0 | 2,322 | 0.0 | 0 | 8,776,525 | 0.0 |
| 1991 | 0 | 1,663 | 0.0 | 0 | 5,939,828 | 0.0 |
| 1992 | 0 | 3,276 | 0.0 | 0 | 10,484,240 | 0.0 |
| 1993 | 100 | 3,633 | 2.8 | 250,000 | 14,842,309 | 1.7 |
| 1994 | 772 | 5,817 | 13.3 | 4,326,000 | 22,751,278 | 19.0 |
| 1995 | 92 | 9,458 | 1.0 | 500,000 | 31,492,382 | 1.6 |
| 1996 | 20,377 | 34,122 | 59.7 | 42,387,480 | 74,503,021 | 56.9 |
| 1997 | 17,086 | 23,750 | 71.9 | 33,091,941 | 70,372,968 | 47.0 |
| 1998 | 10,947 | 20,424 | 53.6 | 51,526,650 | 91,583,869 | 56.3 |
| 1999 | 8,307 | 15,927 | 52.2 | 13,481,261 | 60,450,975 | 22.3 |
| 2000 | 18,241 | 27,344 | 66.7 | 64,584,625 | 151,173,965 | 42.7 |
| Overall for Years with Group Settlements (1993-2000) | 75,922 | 140,475 | 54.0 % | $ 210,147,957 | $ 517,170,768 | 40.6 % |

Notes and Sources:

-- Claims data obtained from counsel. Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

-- Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".

[1] Includes all claims with a positive disposition amount.

[2] Group settlements are identified using the "settlement group" variable in the claims database. A claim is assumed to be part of a group settlement if the "settlement group" variable has a value other than "NONE" or "--NONE--". A claim is assumed to be a non-group settlement if the "settlement group" variable has a value of "NONE" or "--NONE--".

Exhibit 15

Historical Closed Claims Sample

Probability of Group Settlement Based on Grace Job Nature Exposure[1]

| Disease [2] (1) | Claimant Has Grace Job Nature Exposure [3] (2) | Claimant Does Not Have Grace Job Nature Exposure [3] (3) |
|---|---|---|
| Mesothelioma | 0.189 | 0.247 |
| Lung Cancer | 0.394 | 0.478 |
| Other Cancer | 0.466 | 0.552 |
| Non-Malignant | 0.593 | 0.672 |

**Notes and Sources:**

-- All data from Historical Closed Claims Sample database received from counsel.

-- Includes claims in Historical Closed Claims Sample database that are also in Grace's historical claims database. (Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".)

-- Includes claims with positive disposition amounts.

[1] Job Nature relating to Grace exposure identified from the "Exposure" table of the Historical Closed Claims Sample.

[2] The most severe diagnosed disease of each claimant is taken, unless the disease was diagnosed post-bankruptcy. (In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer, other cancer, non-malignant, and unknown.)

[3] Probabilities are based on a logit regression of job nature on settlement type. See Exhibit 16 "Logit Regression: Group Settlement on Job Nature Exposure" for details.

Exhibit 16

Historical Closed Claims Sample

Logit Regression: Group Settlement on Job Nature Exposure[1]

Dependant Variable:  Having a Group Settlement
Number of obs:        1,797
Prob > Chi-Squared:   0.00
Pseudo R-Squared:     0.06

| Explanatory Variables | Coefficient | Standard Error | t | P > \|t\| | [95% Confidence Interval] | |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| Disease [2] | | | | | | |
| Mesothelioma | -1.83 | 0.17 | -10.95 | 0.00 | -2.16 | -1.51 |
| Lung Cancer | -0.80 | 0.14 | -5.91 | 0.00 | -1.07 | -0.54 |
| Other Cancer | -0.51 | 0.14 | -3.58 | 0.00 | -0.79 | -0.23 |
| Job Nature [3] | -0.34 | 0.14 | -2.48 | 0.01 | -0.61 | -0.07 |
| Constant | 0.72 | 0.07 | 10.04 | 0.00 | 0.58 | 0.86 |

Notes and Sources:

-- All data from Historical Closed Claims Sample database received from counsel.

-- Includes claims in Historical Closed Claims Sample database that are also in Grace's historical claims database.
(Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or
"party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".)

-- Includes claims with positive disposition amounts.

[1] The regression is limited to claims that have a positive settlement value.

[2] Disease equals disease from the Grace historical claims database. When disease is equal to "unknown" or
asbestos related, it is replaced by the value of "final disease" from the Manville data (if the claim in question
matches to Manville and the diagnosis date is pre-bankruptcy). The match to Manville is done using SSN or,
if the Grace record has no SSN, the match is done using Lastname, Firstname, and Date of Birth. If there are multiple
Manville records that match, the maximum disease is taken. Claims with "unknown" disease after matching to Manville
are dropped from the regression. (In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer,
other cancer, and non-malignant.)

[3] A claim is counted as having job nature (job nature=1) if one of the following is identified in the claim's exposure
record: "Mixed Asbestos", "Installed Asbestos", or "Asbestos Other". If a claim has no exposure record, job
nature is missing and is therefore excluded from the regression.

Exhibit 17

**W. R. Grace Historical Claims Database**

**Non-Malignant vs. Malignant Claims by State [1]**

**Unknown Disease Claims Reallocated [2]**

**1995-2000**

| State [3] | Number of Non-Malignant Claims | Number of Malignant Claims | Ratio of Non-Malignant to Malignant Claims |
|---|---|---|---|
| (1) | (2) | (3) | (4) (2)/(3) |
| MS | 33,848 | 874 | 38.7 |
| VA | 1,119 | 35 | 32.2 |
| WV | 18,336 | 668 | 27.4 |
| LA | 7,794 | 386 | 20.2 |
| AR | 1,073 | 54 | 19.7 |
| KY | 968 | 50 | 19.5 |
| OH | 14,305 | 750 | 19.1 |
| TX | 63,136 | 3,721 | 17.0 |
| GA | 1,784 | 115 | 15.5 |
| TN | 1,253 | 81 | 15.4 |
| NJ | 1,062 | 82 | 12.9 |
| SC | 772 | 60 | 12.8 |
| WI | 860 | 73 | 11.8 |
| NC | 1,059 | 94 | 11.3 |
| IN | 1,699 | 151 | 11.2 |
| FL | 12,315 | 1,181 | 10.4 |
| NY | 8,648 | 878 | 9.9 |
| MI | 3,863 | 450 | 8.6 |
| MA | 1,695 | 275 | 6.2 |
| MO | 693 | 129 | 5.4 |
| MN | 584 | 122 | 4.8 |
| IL | 3,228 | 771 | 4.2 |
| PA | 2,481 | 640 | 3.9 |
| CT | 496 | 132 | 3.7 |
| MD | 1,945 | 627 | 3.1 |
| CA | 1,990 | 905 | 2.2 |

**Notes and Sources:**

-- Grace claims data obtained from counsel. Manville data is from Manville Trust e-Extract Version 3.0 as of December 31, 2006. Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

-- Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim", claims without a claimant ID, claims with a claimant disposition type of "inactive".

[1] Non-malignant diseases include "asbestosis", "pleural changes", "pleural disease", and "pleural thickening". Malignant diseases include "mesothelioma", "lung cancer", and "other cancer".

[2] Diseases originally coded as "unknown" or "asbestos related" in the Grace claims data were replaced with the disease of the matching claim in the Manville Trust database if the Manville disease was a cancer or a specific non-malignant disease and the Manville diagnosis date was prior Grace bankruptcy. (Grace claims were matched to Manville claims on the basis of Social Security Number or a combination of first name, last name, and date of birth.) "Unknown" and "asbestos related" claims that could not be matched to Manville were reallocated to a cancer or a specific non-malignant disease, using the disease mix of the "unknown" and "asbestos related" Grace claims that did match to Manville. (Specifically, for "asbestos related" claims, 0.94% were allocated to "mesothelioma", 3.03% to "lung cancer", 0.82% to "other cancer", and 95.22% to "non-malignant"; for "unknown" claims, 1.02% were allocated to "mesothelioma", 2.77% to "lung cancer", 0.72% to "other cancer", and 95.49% to "non-malignant").

[3] This table includes all states that have at least 500 claims in the Grace claims data for file years 1995-2000.

Exhibit 18

PIQ Database

Number of Claims Specifying X-Ray Reader As The Only Diagnosing, Treating and/or Pathology Doctor [1,2]

Non-Malignant Claims

| Disease [3] | Number of Claims | Number of Claims Specifying Doctor [1] | Number of Claims Specifying X-Ray Reader As The Only Diagnosing, Treating and/or Pathology Doctor [1,2] | Percentage of Claims With Doctor Specifying X-Ray Reader As The Only Diagnosing, Treating and/or Pathology Doctor [1,2] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) (4) / (3) |
| Severe Asbestosis | 612 | 356 | 107 | 30.06% |
| Asbestosis | 38,065 | 13,838 | 4,529 | 32.73% |
| Other Asbestos Disease | 9,587 | 5,790 | 2,635 | 45.51% |
| Total | 48,264 | 19,984 | 7,271 | 36.38% |

Notes and Sources:

-- All data from PIQ database received from counsel.

-- Total number of claimants obtained from PIQ database after (1) removing duplicate observations from data; (2) removing claimants not matching to POC data; (3) removing claimants not matching to the pending claims in the Grace claims database; (4) removing claimants linking to withdrawn claims; and (5) removing claimants linking to correspondence documents from the Lipman Law Firm that we have been informed have been withdrawn.

[1] All cleaning of duplicates and matching to other databases performed using various combinations of name, Social Security Number, date of birth, date of death, law firm and certain PIQ linking ID numbers provided in the data (specifically party ID, claimant ID and Rust ID).

[1] Claimants specifying any doctor include those who specify a diagnosing doctor and/or a treating doctor and/or a pathologist and/or an x-ray reader.

All x-ray readers from "XrayReader" field in "XrayReading" table from the PIQ database were used.

All treating doctors from "TreatingDoctorName" field in "Treatment" table from the PIQ database were used.

All diagnosing doctors from "DoctorName" field in "Doctor" table from the PIQ database were used.

All pathology doctors from "ReportDoctorName" field in "Report" table from the PIQ database were used.

PFT test doctors are not included.

[2] If every treating, diagnosing and/or pathology doctor listed by a claimant is also listed as an x-ray reader, then the claimant is included.

Additionally, claimants with an x-ray reader and no diagnosing, treating or pathology doctors are included.

Doctor first and last names cleaned for all suffixes. Doctor first names also cleaned for prefixes "DR" and "MD".

Doctor names matched by last name and first initial of first name.

[3] Most severe disease as indicated in "Condition" table of PIQ database was used for each claimant.

(In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer, other cancer, non-malignant, and unknown.)

Exhibit 19

Historical Closed Claims Sample

Number of Claims with Doctors Identified by Grace's Expert as Being Unreliable [1,2]

| Disease | Number of Claims | Number of Claims with X-Ray Reader | Number of Claims Relying Solely on Unreliable X-Ray Reader [3] | Percentage of Claims With X-Ray Reader Relying Solely on Unreliable X-Ray Reader [3] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) (4)/(3) |
| Lung Cancer | 352 | 204 | 55 | 26.96% |
| Other Cancer | 249 | 193 | 95 | 49.22% |
| Non-Malignant [4] | 1,218 | 1,201 | 716 | 59.62% |
| **Total** | **1,819** | **1,598** | **866** | **54.19%** |

**Notes and Sources:**

-- All data from Historical Closed Claims Sample database received from counsel.

-- Includes claims in Historical Closed Claims Sample database that are also in Grace's historical claims database.
(Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or
"party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".)

[1] All x-ray readers from the "XRay" tables from the Historical Closed Claims Sample database are used.

[2] The most severe diagnosed disease of each claimant is taken, unless the disease was diagnosed post-bankruptcy.
(In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer, other cancer, non-malignant,
and unknown.)

[3] See Exhibit 49 "Unreliable Doctor Lists Across Sources" for list of unreliable doctors identified by Grace's expert.

[4] Non-malignant diseases include clinically severe asbestosis, asbestosis, asbestosis-related pleural disease, and other
asbestos disease.

Exhibit 20

PIQ Database

Number of Claims with Doctors Identified by Grace's Expert as Being Unreliable [1,2]

| Disease [2] | Number of Claims | Number of Claims With X-Ray Reader [1] | Number of Claims Relying Solely on Unreliable X-Ray Reader [1,3] | Percentage of Claims With X-Ray Reader Relying Solely on Unreliable X-Ray Reader [1,3] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) (4)/(3) |
| Lung Cancer | 4,181 | 1,683 | 458 | 27.21% |
| Other Cancer | 1,718 | 802 | 290 | 36.16% |
| Non-Malignant [4] | 48,264 | 16,342 | 7,437 | 45.51% |
| Total | 54,163 | 18,827 | 8,185 | 43.47% |

Notes and Sources:

-- All data from PIQ database received from counsel.

-- Total number of claimants obtained from PIQ database after (1) removing duplicate observations from data; (2) removing claimants not matching to POC data; (3) removing claimants not matching to the pending claims in the Grace claims database; (4) removing claimants linking to withdrawn claims; and (5) removing claimants linking to correspondence documents from the Lipman Law Firm that we have been informed have been withdrawn.

-- All cleaning of duplicates and matching to other databases performed using various combinations of name, Social Security Number, date of birth, date of death, law firm and certain PIQ linking ID numbers provided in the data (specifically party ID, claimant ID and Rust ID).

[1] All x-ray readers from "XrayReader" field in "XrayReading" table from the PIQ database were used.

Unreliable doctor names were cleaned by removing any prefixes from first name and suffixes from last name. If an unreliable doctor name appeared 20 or more times in data from "XrayReading" table, it was also cleaned for misspellings. If an unreliable doctor's last name appeared in the data without first name, then that name only qualified as an unreliable doctor if it occurred 20 or more times in the data and that last name was only associated with the unreliable doctor's first name in the rest of the data.

[2] Most severe disease as indicated in "Condition" table of PIQ database was used for each claimant.

(In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer, other cancer, non-malignant, and unknown.)

[3] See Exhibit 49 "Unreliable Doctor Lists Across Sources" for list of unreliable doctors identified by Grace's expert.

[4] Non-malignant claimants include those with clinically severe asbestosis, asbestosis and other asbestos disease.

Exhibit 21

PIQ Attachment Sample

Number of Claims with Doctors Identified by Grace's Expert as Being Unreliable [1,2]

| Disease [2] (1) | Number of Claims (2) | Number of Claims With X-Ray Reader [1] (3) | Number of Claims Relying Solely on Unreliable X-Ray Reader [1,3] (4) | Percentage of Claims With X-Ray Reader Relying Solely on Unreliable X-Ray Reader [1,3] (5) (4)/(3) |
|---|---|---|---|---|
| Lung Cancer | 416 | 336 | 72 | 21.43% |
| Other Cancer | 128 | 123 | 37 | 30.08% |
| Non-Malignant [4] | 2,040 | 1,863 | 913 | 49.01% |
| Total | 2,584 | 2,322 | 1,022 | 44.01% |

Notes and Sources:

-- All data from PIQ database received from counsel.

-- Total number of claimants obtained from PIQ database after (1) removing duplicate observations from data; (2) removing claimants not matching to POC data, (3) removing claimants not matching to the pending claims in the Grace claims database; (4) removing claimants linking to withdrawn claims; and (5) removing claimants linking to correspondence documents from the Lipman Law Firm that we have been informed have been withdrawn.

-- All cleaning of duplicates and matching to other databases performed using various combinations of name, Social Security Number, date of birth, date of death, law firm and certain PIQ linking ID numbers provided in the data (specifically party ID, claimant ID and Rust ID).

[1] All x-ray readers from "XrayReader" field in "XrayReading" table from the PIQ database were used.

Unreliable doctor names were cleaned by removing any prefixes from first name and suffixes from last name. If an unreliable doctor name appeared 20 or more times in data from "XrayReading" table, it was also cleaned for misspellings. If an unreliable doctor's last name appeared in the data without first name, then that name only qualified as an unreliable doctor if it occurred 20 or more times in the data and that last name was only associated with the unreliable doctor's first name in the rest of the data. In the PIQ Attachment Sample data, x-ray readers were identified from the "XRay" table.

[2] Most severe disease as indicated in "Condition" table of PIQ database was used for each claimant. This disease was updated if the "Diagnosisid" variable in the "CTScan", "MedicalReport", "Pathology", or "XRay" tables from the PIQ Attachment Sample data specified a more severe disease. In the PIQ Attachment Sample data, the most severe diagnosed disease of each claimant is taken, unless the disease was diagnosed post-bankruptcy.

(In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer, other cancer, non-malignant, and unknown.)

[3] See Exhibit 49 "Unreliable Doctor Lists Across Sources" for list of unreliable doctors identified by Grace's expert.

[4] Non-malignant claimants include those with clinically severe asbestosis, asbestosis and other asbestos disease.

Exhibit 22

Results of Independent B-Reader Evaluation of X-Rays Submitted by Lung Cancer and Other Cancer Claimants

| PIQ Disease (1) | Total Claimants [1] (2) | Claimants Who Submitted an X-Ray and an ILO Reading of 1/0 or Higher [2] (3) | Claimants with ILO of 1/0 or Higher Based on Review by at Least Two Independent B-Readers (4) | Percentage of Claimants with ILO of 1/0 or Higher Based on Review by at Least Two Independent B-Readers (5) (4)/(2) | Percentage of Claimants Whose ILO Score was Rejected by at Least Two Independent B-Readers (6) 1-(4)/(3) |
|---|---|---|---|---|---|
| Lung Cancer | 240 | 199 | 19 | 7.92 % | 90.45 % |
| Other Cancer | 124 | 94 | 5 | 4.03 | 94.68 |
| Total | 364 | 293 | 24 | 6.59 % | 91.81 % |

Notes and Sources:

-- Data received from counsel.

[1] Only claimants who filed a Proof of Claim form (POC) in addition to their PIQ form and who matched to a pending claim in the historical Grace claims database are included.

[2] Some claimants provided an ILO reading for the x-ray submitted or for an x-ray with an earlier date. The count includes all claimants that provided an ILO reading of 1/0 or higher regardless of the date of the reading.

Exhibit 23

**PIQ Attachment Sample**

**ATS Non-Malignant Sample**

**Claims Meeting ATS Standards for PFT Testing**

| Category | Number of Claims | Percentage of Claims |
|---|---|---|
| (1) | (2) | (3) (2) / 150 |
| Total Claimants in ATS Non-Malignant Sample | 150 | 100.00% |
| **A. Spirometry Standards** | | |
| Claimants With Three Usable Tracings [1] | 87 | 58.00% |
| Claimants Meeting All ATS Spirometry Standards [2] | 9 | 6.00% |
| **B. Function Residual Capacity (FRC) Standards** | | |
| Claimants With At Least Two Usable FRC Values | 11 | 7.33% |
| Claimants Meeting All ATS FRC Standards [2] | 10 | 6.67% |
| **C. Single Breath Diffusing Capacity (DLCO) Standards** | | |
| Claimants With At Least Two Usable DLCO Values | 39 | 26.00% |
| Claimants With At Least Two Usable DLCO Values Within 10% or Three Units of Each Other | 35 | 23.33% |
| Claimants Meeting All ATS DLCO Standards [2] | 17 | 11.33% |
| **D. All ATS Standards** | | |
| Claimants Meeting All ATS Spirometry, FRC and DLCO Standards [2] | - | 0.00% |

**Notes and Sources:**

¨ Data obtained from counsel.

¨ Uses sample of 150 claimants taken from non-malignant claimants in PIQ Attachment Sample (as of 3/1/2007) with complete PFT information.

[1] Includes those who have either three volume-time tracings or three flow-volume tracings.

[2] Claimants meet all ATS Spirometry, Function Residual Capacity (FRC) and Single-Breath Diffusing Capacity (DLCO) Standards based on analysis completed by Dr. David Weill (Stanford University Medical Center).

**Exhibit 24**

**Historical Closed Claims Sample**

**Medical Statistics for Non-Malignant Claims** [1]

| Category | Number of Claims | Percentage of Total Claims |
|---|---|---|
| (1) | (2) | (3) (2)/1,218 |
| **I.  Criteria for Asbestosis** [2] | | |
| Claims with ILO ≥ 1/0 | 747 | 61.33% |
| Claims with ILO Score that Do Not Meet Asbestosis Criteria | 94 | 7.72% |
| Claims without ILO Score | 377 | 30.95% |
| **Total Claims** | **1,218** | **100.00%** |
| | | |
| **II. Criteria for Pleural Thickening for Claims that Do Not Meet Asbestosis Criteria** [2] | | |
| Claims that Meet Asbestosis Criteria | 747 | 61.33% |
| Claims that Do Not Meet Asbestosis Criteria, but Do Meet Pleural Thickening Criteria | 220 | 18.06% |
| Claims that Do Not Meet Asbestosis or Pleural Thickening Criteria | 251 | 20.61% |
| **Total Claims** | **1,218** | **100.00%** |

**Notes and Sources:**

-- All data from Historical Closed Claims Sample database received from counsel.

-- Includes claims in Historical Closed Claims Sample database that are also in Grace's historical claims database.
    (Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim",
    claims without a claimant ID, and claims with a claimant disposition type of "inactive".)

-- The most severe diagnosed disease of each claimant is taken, unless the disease was diagnosed post-bankruptcy.
    (In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer, other cancer, non-malignant, and unknown.)

-- The most severe ILO and PFT scores from the "XRay" and "PFT" tables are used.

-- Claimants are considered to have a Diffuse Pleural Thickening Flag if they appear on the "XRay" table.

-- Claimants are assumed to have evidence of diffuse pleural thickening if they have at least one diagnosis on the "XRay" table with
    "DiffusePleuralThickening" equal to 1.

[1] Non-malignant diseases include clinically severe asbestosis, asbestosis, asbestos-related pleural disease, and other asbestos disease.

[2] Claimants fall into one unique category per section.

**Exhibit 25**

**PIQ Attachment Sample**

**Medical Statistics for Non-Malignant Claims** [1]

| Category | Number of Claims | Percentage of Total Claims |
|---|---|---|
| (1) | (2) | (3) |
| | | (2)/2,040 |
| **I.  Criteria for Asbestosis** [2] | | |
| Claims with ILO ≥ 1/0 | 1,279 | 62.70% |
| Claims with ILO Score that Do Not Meet Asbestosis Criteria | 79 | 3.87% |
| Claims without ILO Score | 682 | 33.43% |
| **Total Claims** | **2,040** | **100.00%** |
| | | |
| **II. Criteria for Pleural Thickening for Claims that Do Not Meet Asbestosis Criteria** [2] | | |
| Claims that Meet Asbestosis Criteria | 1,279 | 62.70% |
| Claims that Do Not Meet Asbestosis Criteria, but Do Meet Pleural Thickening Criteria | 98 | 4.80% |
| Claims that Do Not Meet Asbestosis or Pleural Thickening Criteria | 663 | 32.50% |
| **Total Claims** | **2,040** | **100.00%** |

**Notes and Sources:**

-- All data from PIQ database received from counsel.

-- Total number of claimants obtained from PIQ database after (1) removing duplicate observations from data; (2) removing claimants not matching to POC data; (3) removing claimants not matching to the pending claims in the W.R. Grace claims database; (4) removing claimants linking to withdrawn claims; and (5) removing claimants linking to correspondence documents from the Lipman Law Firm that we have been informed have been withdrawn.

-- All cleaning of duplicates and matching to other databases performed using various combinations of name, Social Security Number, date of birth, date of death, law firm and certain PIQ linking ID numbers provided in the data (specifically party ID, claimant ID and Rust ID).

-- Most severe disease as indicated in "Condition" table of PIQ database was used for each claimant.  This disease was updated if the "DiagnosisId" variable in the "CTScan", "MedicalReport", "Pathology", or "XRay" tables from the PIQ Attachment Sample data specified a more severe disease. In the PIQ Attachment Sample data, the most severe diagnosed disease of each claimant is taken, unless the disease was diagnosed post-bankruptcy.

(In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer, other cancer, non-malignant, and unknown.)

-- The most severe ILO score from the "XrayReading" table in the PIQ database and the "XRay" table in the PIQ Attachment Sample data are used.

-- Claimants are considered to have a Diffuse Pleural Thickening Flag if they appear on the "XRay" table in the PIQ Attachment Sample data.

[1]  Non-malignant claimants include those with clinically severe asbestosis, asbestosis and other asbestos disease.

[2]  Claimants fall into one unique category per section.

Exhibit 26

Historical Closed Claims Sample

Number of Claims by Job Nature Relating to Exposure [1]

| Job Nature [1] (1) | Number of Claims (2) | Percentage of Claims (3) (2)/2,786 | Percentage of Claims With Non-Blank Entries (4) (2)/1,325 |
|---|---|---|---|
| <blank> | | | |
| (A) Mixed Grace Asbestos-Containing Products | 1,461 | 52.44 % | n.a. % |
| (B) Removed Grace Asbestos-Containing Products | 189 | 6.78 | 14.26% |
| (C) Installed Grace Asbestos-Containing Products | 54 | 1.94 | 4.08% |
| (D) Worked at Site or in Proximity to Where Grace Asbestos-Containing Products Were Used By Others | 155 | 5.56 | 11.70% |
| (E) Worked in Space Where Grace Asbestos-Containing Products Were Used By Others | 896 | 32.16 | 67.62% |
| (F) Other | 30 | 1.08 | 0.08% |
| | 1 | 0.04 | 2.26% |
| Total Claims | 2,786 | 100.00 % | |
| Claims with Non-Blank Entries | 1,325 | 47.56 | 100.00 % |
| Claims That Specified Mixing or Installing Grace Asbestos-Containing Products, or That Specified Other Grace Asbestos Exposure [(A)+(C)+(F)] | 374 | 13.42 % | 28.23 % |

Notes and Sources:

[~] All data from Historical Closed Claims Sample database received from counsel.

[~~] Includes claims in Historical Closed Claims Sample database that are also in Grace's historical claims database. (Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".)

[1] Job Nature relating to Grace exposure is identified from the "Exposure" table of the Historical Claims Sample.
Job Nature is defined as follows:

<blank> if the flags for "RemovedAsbestos", "MixedAsbestos", "InstalledAsbestos", "WorkedInProximity", "AsbestosAtSite",
"AsbestosInSpace" and "AsbestosOther" are all missing or equal to 0.

(A) if the flag for "MixedAsbestos" is equal to 1.

(B) if the flag for "RemovedAsbestos" is equal to 1.

(C) if the flag for "InstalledAsbestos" is equal to 1.

(D) if the flag for "AsbestosAtSite" or "WorkedInProximity" is equal to 1.

(E) if the flag for "AsbestosInSpace" is equal to 1.

(F) if the flag for "AsbestosOther" is equal to 1.

Assumes (A) corresponds to highest amount of exposure, followed by (C), (F), (B), (D), and (E), respectively. The flag corresponding to the highest amount of exposure was used for each claimant if the claimant specified more than one job nature flag.

Exhibit 27

PIQ Database

Number of Claims by Job Nature Relating to Grace Exposure [1]

| Job Nature Code [1] | Number of Claims | Percentage of Claims | Percentage of Claims With Non-Blank Entries |
|---|---|---|---|
| (1) | (2) | (3) (2) / 57,795 | (4) (2) / 9,739 |
| <blank> | 48,056 | 83.15 % | n.a. % |
| (A) Mixed Grace Asbestos-Containing Products | 859 | 1.49 | 8.82 |
| (B) Removed or Cut Grace Asbestos-Containing Products | 354 | 0.61 | 3.63 |
| (C) Installed Grace Asbestos-Containing Products | 874 | 1.51 | 8.97 |
| (D) Worked at Site Where Grace Asbestos-Containing Products Were Used By Others | 6,294 | 10.89 | 64.63 |
| (E) Worked in Space Where Grace Asbestos-Containing Products Were Used By Others | 1,245 | 2.15 | 12.78 |
| (F) Other | 113 | 0.20 | 1.16 |
| Total Claims | 57,795 | 100.00 % | |
| Claims with Non-Blank Entries | 9,739 | 16.85 % | 100.00 % |
| Claims That Specified Mixing or Installing Grace Asbestos-Containing Products, or That Specified Other Grace Asbestos Exposure [(A)+(C)+(F)] | 1,846 | 3.19 % | 18.95 % |

Notes and Sources:

-- All data from PIQ database received from counsel.

-- Total number of claimants obtained from PIQ database after (1) removing duplicate observations from data; (2) removing claimants not matching to the pending claims in the Grace claims database; (4) removing claimants linking to withdraw claims; and (5) removing claimants linking to correspondence documents from the Lipman Law Firm that we have been informed have been withdrawn.

-- All cleaning of duplicates and matching to other databases performed using various combinations of name, Social Security Number, date of birth, date of death, law firm and certain PIQ linking ID numbers provided in the data (specifically party ID, claimant ID and Rust ID).

[1] Job Nature relating to Grace exposure for is identified from "ExposureJobNature" field in the "ExposureDirect" table of the PIQ database.

According to PIQ, Job Nature code meanings are as follows:

(A) = A worker who personally mixed Grace asbestos-containing products.

(B) = A worker who personally removed or cut Grace asbestos-containing products.

(C) = A worker who installed Grace asbestos-containing products.

(D) = A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others.

(E) = A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others.

(F) = Other

Assumes (A) corresponds to highest amount of exposure, followed by (C), (F), (B), (D), and (E), respectively. The code relating to the highest amount of exposure was used for each claimant if more than one job nature code was specified.

Exhibit 28

PIQ Attachment Sample

Number of Claims by Job Nature Relating to Grace Exposure [1]

| Job Nature Code [1] (1) | Number of Claims (2) | Percentage of Claims (3) (2)/2,820 | Percentage of Claims With Non-Blank Entries (4) (2)/2,064 |
|---|---|---|---|
| <blank> | 756 | 26.81 % | n.a. % |
| (A) Mixed Grace Asbestos-Containing Products | 206 | 7.30 | 0.10 |
| (B) Removed or Cut Grace Asbestos-Containing Products | 193 | 6.84 | 0.09 |
| (C) Installed Grace Asbestos-Containing Products | 152 | 5.39 | 0.07 |
| (D) Worked in Site Where Grace Asbestos-Containing Products Were Used By Others | 1,373 | 48.69 | 0.67 |
| (E) Worked in Space Where Grace Asbestos-Containing Products Were Used By Others | 15 | 0.53 | 0.01 |
| (F) Other | 125 | 4.43 | 0.06 |
| **Total Claims** | 2,820 | 100.00 % | 100.00 % |
| Claims with Non-Blank Entries | 2,064 | 73.19 % | 23.40 % |
| **Claims That Specified Mixing or Installing Grace Asbestos-Containing Products, or That Specified Other Grace Asbestos Exposure [(A)+(C)+(F)]** | 483 | 17.13 % | 23.40 % |

Notes and Sources:

-- All data from PIQ database received from counsel.

-- Total number of claimants obtained from PIQ database after (1) removing duplicate observations from data; (2) removing claimants not matching to POC data; (3) removing claimants not matching to the pending claims in the Grace claims database; (4) removing claimants linking to withdrawn claims; and (5) removing claimants linking to correspondence documents from the Lipman Law Firm that we have been informed have been withdrawn.

-- All cleaning of duplicates and matching to other databases performed using various combinations of name, Social Security Number, date of birth, date of death, law firm and certain PIQ linking ID numbers provided in the data (specifically party ID, claimant ID and Rust ID).

[1] Job Nature relating to Grace exposure is identified from "ExposureJobNature" field in the "ExposureDirect" table of the PIQ database.

In the PIQ Attachment Sample data, job nature relating to Grace exposure is identified from "Exposure" table.

According to PIQ, Job Nature code meanings are as follows:

(A) = A worker who personally mixed Grace asbestos-containing products.

(B) = A worker who personally removed or cut Grace asbestos-containing products.

(C) = A worker who installed Grace asbestos-containing products.

(D) = A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others.

(E) = A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others.

(F) = Other

In the PIQ Attachment Sample data, job nature relating to Grace exposure is identified from "Exposure" table and is defined as follows:

<blank> if the flags for "RemovedAsbestos", "MixedAsbestos", "InstalledAsbestos", "WorkedInProximity", "AsbestosAtSite", AsbestosInSpace and "AsbestosOther" are all missing or equal to 0.

(A) if the flag for "MixedAsbestos" is equal to 1.

(B) if the flag for "RemovedAsbestos" is equal to 1.

(C) if the flag for "InstalledAsbestos" is equal to 1.

(D) if the flag for "AsbestosAtSite" or "WorkedInProximity" is equal to 1.

(E) if the flag for "AsbestosInSpace" is equal to 1.

Assumes (A) corresponds to highest amount of exposure, followed by (C), (F), (B), (D), and (E), respectively. The code relating to the highest amount of exposure was used for each claimant if more than one job nature code was specified.

**Exhibit 29**

**Historical Closed Claims Sample**

**Number of Claims by Industry** [1]

| Total Number of Claims [2] | 2,786 |
|---|---|
| Number of Claims With Industry Information [1] | 625 |

| Industry [1]<br>(1) | Number of<br>Claims [3]<br>(2) | Percentage<br>of Claims<br>Specifying<br>Industry [1]<br>(3)<br>(2)/625 | Percentage<br>of Total<br>Claims<br>(4)<br>(2)/2,786 |
|---|---|---|---|
| Iron/steel production | 173 | 27.68% | 6.21% |
| Construction (other than sandblasting) | 110 | 17.60% | 3.95% |
| Non-Grace asbestos manufacture or milling | 92 | 14.72% | 3.30% |
| Other | 67 | 10.72% | 2.40% |
| Chemical production | 39 | 6.24% | 1.40% |
| Tire and rubber | 34 | 5.44% | 1.22% |
| Textile | 32 | 5.12% | 1.15% |
| Shipyard | 31 | 4.96% | 1.11% |
| Petrochemical | 22 | 3.52% | 0.79% |
| Non-asbestos manufacturer | 21 | 3.36% | 0.75% |
| Railroad | 12 | 1.92% | 0.43% |
| Utilities | 12 | 1.92% | 0.43% |
| Maritime | 9 | 1.44% | 0.32% |
| Foundry/casting products | 7 | 1.12% | 0.25% |
| Military | 6 | 0.96% | 0.22% |
| Oil or gas drilling | 3 | 0.48% | 0.11% |
| Aerospace/aviation | 2 | 0.32% | 0.07% |
| Glass products | 2 | 0.32% | 0.07% |
| Longshore | 2 | 0.32% | 0.07% |
| Asbestos product manufacturing | 2 | 0.32% | 0.07% |
| Mining and quarrying | 1 | 0.16% | 0.04% |
| Clay or ceramic products | 1 | 0.16% | 0.04% |
| Insulation | 1 | 0.16% | 0.04% |
| Automotive | 1 | 0.16% | 0.04% |

**Notes and Sources:**

[-] All data from Historical Closed Claims Sample database received from counsel.

[1] Industry is determined from the variables "IndustryId" and "IndustryVerbatim" of the
"Exposure" table in the Historical Closed Claims Sample database. "IndustryVerbatim" was standardized.

[2] Includes claims in Historical Closed Claims Sample database that are also in Grace's historical claims database.
(Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or
"party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".)

[3] Claimants can specify multiple industries, and so may appear more than once on the table.

**Exhibit 30**

**PIQ Database**

**Number of Claims by Industry** [1]

| Total Number of Claims | 57,795 |
|---|---|
| Number of Claims With Industry Information [1] | 11,750 |

| Industry [1]<br>(1) | Number of<br>Claims [2]<br>(2) | Percentage<br>of Claims<br>Specifying<br>Industry [1]<br>(3)<br>(2) / 11,750 | Percentage<br>of Total<br>Claims<br>(4)<br>(2) / 57,795 |
|---|---|---|---|
| Iron/steel | 3,324 | 28.29% | 5.75% |
| Construction trades | 2,110 | 17.96% | 3.65% |
| Utilities | 1,516 | 12.90% | 2.62% |
| Non-asbestos products manufacturing | 1,378 | 11.73% | 2.38% |
| Petrochemical | 1,286 | 10.94% | 2.23% |
| Other | 1,153 | 9.81% | 1.99% |
| Chemical | 1,107 | 9.42% | 1.92% |
| Railroad | 837 | 7.12% | 1.45% |
| Automotive | 482 | 4.10% | 0.83% |
| Shipyard - construction/repair | 464 | 3.95% | 0.80% |
| Non-Grace asbestos manufacture or milling | 293 | 2.49% | 0.51% |
| U.S. Navy | 254 | 2.16% | 0.44% |
| Textile | 218 | 1.86% | 0.38% |
| Tire/rubber | 192 | 1.63% | 0.33% |
| Military (other than U.S. Navy) | 160 | 1.36% | 0.28% |
| Grace asbestos manufacture or milling | 149 | 1.27% | 0.26% |
| Aerospace/aviation | 106 | 0.90% | 0.18% |
| Longshore | 78 | 0.66% | 0.13% |
| Maritime | 36 | 0.31% | 0.06% |
| Asbestos abatement/removal | 13 | 0.11% | 0.02% |
| Asbestos mining | 11 | 0.09% | 0.02% |

**Notes and Sources:**

-- All data from PIQ database received from counsel.

-- Total number of claimants obtained from PIQ database after (1) removing duplicate observations
from data; (2) removing claimants not matching to POC data; (3) removing claimants not matching
to the pending claims in the Grace claims database; (4) removing claimants linking to withdrawn
claims; and (5) removing claimants linking to correspondence documents from the Lipman Law Firm
that we have been informed have been withdrawn.

-- All cleaning of duplicates and matching to other databases performed using various combinations
of name, Social Security Number, date of birth, date of death, law firm and certain PIQ linking ID
numbers provided in the data (specifically party ID, claimant ID and Rust ID).

[1] Industry is determined from "ExposureDirect" table in PIQ database which documents job history
during periods of Grace product exposure. Claimants specifying industries other than the choices
listed on the PIQ Questionnaire (those listed above), are assumed to not have specified a valid
industry.

[2] Claimants can specify multiple industries, and so may appear more than once on the table.

**Exhibit 31**

**PIQ Attachment Sample**

**Number of Claims by Industry [1]**

| Total Number of Claims | 2,820 |
|---|---|
| Number of Claims With Industry Information [1] | 1,387 |

| Industry [1] | Number of Claims [2] | Percentage of Claims Specifying Industry [1] | Percentage of Total Claims |
|---|---|---|---|
| (1) | (2) | (3) (2) / 1,387 | (4) (2) / 2,820 |
| Construction trades | 392 | 28.26% | 13.90% |
| Iron/steel | 351 | 25.31% | 12.45% |
| Other | 180 | 12.98% | 6.38% |
| Utilities | 171 | 12.33% | 6.06% |
| Non-Grace asbestos manufacture or milling | 143 | 10.31% | 5.07% |
| Petrochemical | 110 | 7.93% | 3.90% |
| Non-asbestos products manufacturing | 89 | 6.42% | 3.16% |
| Military (other than U.S. Navy) | 82 | 5.91% | 2.91% |
| Chemical | 58 | 4.18% | 2.06% |
| Shipyard - construction/repair | 35 | 2.52% | 1.24% |
| Automotive | 30 | 2.16% | 1.06% |
| Railroad | 26 | 1.87% | 0.92% |
| Maritime and U.S. Navy | 14 | 1.01% | 0.50% |
| Tire/rubber | 13 | 0.94% | 0.46% |
| Textile | 11 | 0.79% | 0.39% |
| Grace asbestos manufacture or milling | 8 | 0.58% | 0.28% |
| Aerospace/aviation | 6 | 0.43% | 0.21% |
| Longshore | 5 | 0.36% | 0.18% |
| Asbestos abatement/removal | 1 | 0.07% | 0.04% |
| Asbestos mining | 1 | 0.07% | 0.04% |

**Notes and Sources:**

-- All data from PIQ database received from counsel.

-- Total number of claimants obtained from PIQ database after (1) removing duplicate observations from data; (2) removing claimants not matching to POC data; (3) removing claimants not matching to the pending claims in the Grace claims database; (4) removing claimants linking to withdrawn claims; and (5) removing claimants linking to correspondence documents from the Lipman Law Firm that we have been informed have been withdrawn.

-- All cleaning of duplicates and matching to other databases performed using various combinations of name, Social Security Number, date of birth, date of death, law firm and certain PIQ linking ID numbers provided in the data (specifically party ID, claimant ID and Rust ID).

[1] Industry is determined from the "ExposureDirect" table in PIQ database which documents job history during periods of Grace product exposure. Industry is determined from the variables "IndustryCode" and "IndustryVerbatim" in the "Exposure" table of the PIQ Attachment Sample data. Claimants specifying industries other than the choices listed on the PIQ Questionnaire (those listed above), are assumed to not have specified a valid industry.

other linking ID numbers provided in data.

[2] Claimants can specify multiple industries, and so may appear more than once on the table.

Exhibit 32

## W. R. Grace Historical Claims Database
### Claims Filed by Law Firms that Had Moratorium Agreements with W. R. Grace [1]

| File Year | Total Claims Filed | Claim Filed by Law Firms with Moratorium Agreements [2] |
|---|---|---|
| (1) | (2) | (3) |
| 1996 | 31,658 | 14,258 |
| 1997 | 25,319 | 9,909 |
| 1998 | 29,141 | 2,024 |
| 1999 | 28,395 | 3,674 |
| 2000 | 49,349 | 9,201 |

**Notes and Sources:**

-- Grace claims data obtained from counsel. Manville data is from Manville Trust e-Extract Version 3.0 as of December 31, 2006. Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

-- Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim", claims without a claimant ID, claims with a claimant disposition type of "inactive".

[1] Law firms that potentially had moratorium agreements with W.R. Grace are identified in Dr. Peterson's deposition. Those law firms are: Baron & Budd; Goldberg, Persky, Jennings & White; Hopkins Goldenberg, Lipman Law Firm; Ness Motley Loadholt Richardson & Poole; Nix Law Firm; Provost & Umphrey; Reaud Morgan & Quinn; Scruggs Law Firm; Weitz & Luxenberg P.C.; and William Bailey Law Firm LLP. (See Deposition of Mark A. Peterson, taken on September 9, 2002, pp. 490-6)

[2] Only claims with primary law firm are included in the analysis (primary law firms are identified by a counsel type of "PRI"). Claims may be associated with more than one primary law firm in the data. Claims with at least one primary law firm identified by Dr. Peterson as potentially having a moratorium agreement with W. R. Grace are included in this count.

**Exhibit 33**

**Center for Claims Resolution**

**Effect of Individual Variables on Predicted Mesothelioma Settlement**

|  | Regression Coefficient [1] | Statistically Significant? [2] | Percentage Effect [3] |
|---|---|---|---|
|  | (1) | (2) | (3) |
| **Constant** | 9.4595 | Yes |  |
|  | *89.34* |  |  |
| **Set Trial Date** | 0.1572 | Yes | 17.00% |
|  | *8.66* |  |  |
| **Other Control Variables** [1] |  |  |  |
| **R Square** | 0.5435 |  |  |
| **Adjusted R Square** | 0.5411 |  |  |
| **Standard Error** | 0.7264 |  |  |

**Notes and Sources:**

-- Data obtained from bundled Center for Claims Resolution database. Includes data through
2000, the last full year before Grace filed for bankruptcy on April 2, 2001. T-statistics are in italics.

[1] Coefficient values and t-statistics from a regression of ln(settlement amount) on a constant,
and trial date, controlling for year of settlement, group settlement, industry, age of claimant,
state in which claim was filed, and law firm.

[2] A "Yes" means that the coefficient is significant at the 5% level.

[3] Equals the exponential of (the coefficient minus half the coefficients's variance) minus 1.
The coefficient's variance equals its standard error squared.

**Exhibit 34**

**W. R. Grace Historical Claims Database**

**Settlement Values for Mesothelioma Claims with and without Trial Date in the CCR Data,**

**by Settlement Year [1]**

| Year Settled | Number of Claims with Trial Date [2] | Average Settlement Value for Claims with Trial Date [2] | Number of Claims without Trial Date [2] | Average Settlement Value for Claims without Trial Date [2] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| Pre-1990 | 0 | $      n.a. | 0 | $      n.a. |
| 1990 | 2 | 136,400 | 0 | n.a. |
| 1991 | 8 | 42,625 | 5 | 16,648 |
| 1992 | 21 | 21,929 | 5 | 12,467 |
| 1993 | 16 | 176,866 | 6 | 9,583 |
| 1994 | 13 | 132,780 | 13 | 34,115 |
| 1995 | 29 | 175,699 | 16 | 19,750 |
| 1996 | 41 | 18,234 | 63 | 18,509 |
| 1997 | 147 | 27,123 | 125 | 10,283 |
| 1998 | 224 | 76,068 | 77 | 49,788 |
| 1999 | 174 | 46,801 | 79 | 29,012 |
| 2000 | 287 | 98,294 | 132 | 56,791 |
| Overall [3] | 962 | $  71,573 | 521 | $  32,699 |

**Notes and Sources:**

-- Claims data obtained from counsel. Manville data is from Manville Trust e-Extract Version 3.0 as of
   December 31, 2006. CCR data is from bundled Center for Claims Resolution database.

-- Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

-- Diseases originally coded as "unknown" or "asbestos related" in the Grace claims data were replaced
   with the disease of the matching claim in the Manville Trust database if the Manville disease was a
   cancer or a specific non-malignant disease. (Grace claims were matched to Manville claims on the basis
   of Social Security Number or a combination of first name, last name, and date of birth.) Since this analysis
   was performed on the claim level for closed claims, remaining claims with "unknown" and "asbestos related"
   disease were not further reallocated to other disease categories.

-- Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium
   or "party in a claim", claims without a claimant ID, claims with a claimant disposition type of "inactive".

[1] Includes claims with positive disposition amounts.

[2] The Grace claims data does not contain trial date information. Thus, the trial date of the matching claim
   in the CCR database is used. Grace claims were matched to CCR claims on the basis of Social Security
   Number or a combination of first name, last name, and date of birth. Only claims matched to the CCR
   database are included in this analysis.

[3] Overall average settlements by year differ from the simple average of the average settlements by year
   because they are weighted by the number of claims.

**Exhibit 35**

**W. R. Grace Historical Claims Database**

**Effect of Individual Variables on Settlement Values for Paid Mesothelioma Claims [1]**

| | Regression Coefficient [2] | Statistically Significant? [3] | Percentage Effect [4] |
|---|---|---|---|
| | (1) | (2) | (3) |
| **Constant** | 9.1198 | Yes | |
| | *22.67* | | |
| **Set Trial Date [5]** | 0.1380 | Yes | 14.53% |
| | *2.03* | | |
| **Other Control Variables [2]** | | | |
| **R Squared** | 0.4204 | | |
| **Adjusted R Squared** | 0.4081 | | |
| **Standard Error** | 1.0791 | | |

**Notes and Sources:**

-- Grace claims data obtained from counsel. Manville data is from Manville Trust e-Extract
   Version 3.0 as of December 31, 2006. T-statistics are in italics.

-- Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

-- Diseases originally coded as "unknown" or "asbestos related" in the Grace claims data
   were replaced with the disease of the matching claim in the Manville Trust database if
   the Manville disease was a cancer or a specific non-malignant disease. (Grace claims
   were matched to Manville claims on the basis of social security number or a combination of
   first name, last name, and date of birth.) Since this analysis was performed on the claim
   level for closed claims, remaining claims with "unknown" and "asbestos related" disease
   were not further reallocated to other disease categories.

-- Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type
   of consortium or "party in a claim", claims without a claimant ID, claims with a claimant
   disposition type of "inactive".

[1] Includes claims with positive disposition amounts.

[2] Coefficient values and t-statistics from a regression of ln(settlement amount) on a constant
   and trial date, controlling for year of settlement, group settlement, age of claimant, state in
   which claim was filed, and primary law firm.
   Only claims with a primary law firm are included (primary law firms are identified by a counsel
   type of "PRI").

[3] A "Yes" means that the coefficient is significant at the 5% level.

[4] Equals the exponential of (the coefficient minus half the coefficients's variance) minus 1.
   The coefficient's variance equals its standard error squared.

[5] The Grace claims data does not contain trial date information. Thus, the trial date of the
   matching claim in the CCR database is used. Grace claims were matched to CCR claims on the
   basis of Social Security Number or a combination of first name, last name, and date of birth.
   Only claims matched to the CCR database are included in this analysis.

Exhibit 36

W. R. Grace Historical Claims Database

Average Settlements in Texas Tend to be Higher than Average Settlements for Other States [1]

| Settlement Year | Malignant Diseases [2] | | Non-Malignant Diseases [3] | | All Diseases [4] | |
| | Average Settlement Value in Texas | Average Settlement Value for All Other States | Average Settlement Value in Texas | Average Settlement Value for All Other States | Average Settlement Value in Texas | Average Settlement Value for All Other States |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|
| Pre-1990 | $ 3,570 | $ 27,672 | $ 1,740 | $ 3,306 | $ 1,824 | $ 4,949 |
| 1990 | 4,470 | 17,755 | 2,370 | 3,310 | 2,381 | 3,957 |
| 1991 | 11,667 | 13,969 | 6,996 | 2,644 | 7,364 | 3,717 |
| 1992 | 12,864 | 10,144 | 5,311 | 2,552 | 5,876 | 3,247 |
| 1993 | 7,594 | 17,508 | 4,343 | 2,651 | 4,582 | 4,271 |
| 1994 | 11,593 | 12,609 | 3,937 | 2,785 | 5,058 | 3,911 |
| 1995 | 29,500 | 14,749 | 3,149 | 1,874 | 6,065 | 3,336 |
| 1996 | 12,224 | 10,797 | 2,049 | 1,807 | 2,392 | 2,183 |
| 1997 | 22,918 | 11,975 | 3,670 | 2,208 | 5,512 | 2,963 |
| 1998 | 27,481 | 19,959 | 3,450 | 2,724 | 5,713 | 4,484 |
| 1999 | 21,459 | 22,545 | 2,882 | 2,243 | 4,509 | 3,796 |
| 2000 | 35,883 | 32,555 | 4,550 | 3,233 | 7,242 | 5,529 |

Notes and Sources:

-- Claims data obtained from counsel.

-- Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

-- Diseases originally coded as "unknown" or "asbestos related" in the Grace claims data were replaced with the disease of the matching claim in the Manville Trust database if the Manville claim was a cancer or a specific non-malignant disease. (Grace claims were matched to Manville claims on the basis of Social Security Number or a combination of first name, last name, and date of birth.) Since this analysis was performed on the claim level for closed claims, remaining claims with "unknown" and "asbestos related" disease were not further reallocated to other disease categories.

-- Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".

[1] Includes all claims with a positive disposition amount.

[2] Malignant diseases include "mesothelioma", "lung cancer", and "other cancer".

[3] Non-malignant diseases include "asbestosis", "pleural", and "asbestos-related".

[4] Excludes claims for which disease remains unknown after reallocation using Manville match.

Exhibit 37

**W. R. Grace Historical Claims Database**

**Effect of Individual Variables on Settlement Values for Paid Claims [1]**

| | Regression Coefficient [2] | Statistically Significant? [3] | Percentage Effect [4] |
|---|---|---|---|
| | (1) | (2) | (3) |
| Constant | 8.0523 _106.22_ | Yes | |
| Texas | 0.1861 _14.19_ | Yes | 20.44% |
| **Other Control Variables [2]** | | | |
| **R Square** | 0.7581 | | |
| **Adjusted R Square** | 0.7580 | | |
| **Standard Error** | 0.3764 | | |

**Notes and Sources:**

-- Grace claims data obtained from counsel. Manville data is from Manville Trust e-Extract
  Version 3.0 as of December 31, 2006. T-statistics are in italics.  Includes data through 2000,
  the last full year before Grace filed for bankruptcy on April 2, 2001.

-- Diseases originally coded  as "unknown" or "asbestos related" in the Grace claims data
  were replaced with the disease of the matching claim in the Manville Trust database if
  the Manville disease was a cancer or a specific non-malignant disease. (Grace claims were
  matched to Manville claims on the basis of social security number or a combination of
  first name, last name, and date of birth.) Since this analysis was performed on the claim
  level for closed claims, remaining claims with "unknown" and "asbestos related" disease
  were not further reallocated to other disease categories.

-- Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type
  of consortium or "party in a claim", claims without a claimant ID, claims with a claimant
  disposition type of "inactive".

[1] Includes claims with positive disposition amounts.

[2] Coefficient values and t-statistics from a regression of ln(settlement amount) on a constant
  and a dummy for Texas, controlling for year of settlement, group settlement, type of disease,
  age of claimant, state in which claim was filed, and law firm.
  Only claims with a primary law firm are included (primary law firms are identified by a counsel
  type of "PRI").

[3] A "Yes" means that the coefficient is significant at the 5% level.

[4] Equals the exponential of (the coefficient minus half the coefficients's variance) minus 1.
  The coefficient's variance equals its standard error squared.

**Exhibit 38**

**W. R. Grace Historical Claims Database**

**Total Settlement Value in Texas and Mississippi as a Percentage of Total Settlement Value for All States** [1]

**For Non-Malignant Disease Settlements** [2]

| Settlement Year | Texas | | Mississippi | | All States |
|---|---|---|---|---|---|
| | Total Settlement Value | As Percentage of Settlement Value for All States | Total Settlement Value | As Percentage of Settlement Value for All States | Total Settlement Value |
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | (2)/(6) | | (4)/(6) | |
| Pre-1985 | $        - | -    % | $        - | -    % | $    271,529 |
| 1985 | - | - | - | - | 42,900 |
| 1986 | - | - | - | - | 922,625 |
| 1987 | 1,700 | 0.26 | - | - | 650,126 |
| 1988 | 12,300 | 0.97 | - | - | 1,272,278 |
| 1989 | 3,635,518 | 69.24 | - | - | 5,250,761 |
| 1990 | 2,222,633 | 34.58 | - | - | 6,428,435 |
| 1991 | 244,850 | 6.97 | - | - | 3,511,855 |
| 1992 | 722,250 | 11.32 | - | - | 6,382,764 |
| 1993 | 2,188,750 | 29.19 | - | - | 7,497,738 |
| 1994 | 5,184,772 | 36.15 | - | - | 14,341,215 |
| 1995 | 7,441,010 | 47.46 | - | - | 15,677,378 |
| 1996 | 51,952,731 | 87.96 | - | - | 59,062,123 |
| 1997 | 12,927,686 | 26.71 | - | - | 48,398,190 |
| 1998 | 30,990,338 | 62.04 | 883,000 | 1.77 | 49,949,085 |
| 1999 | 12,454,213 | 37.75 | 7,015,000 | 21.26 | 32,990,713 |
| 2000 | 41,286,594 | 50.68 | 19,351,619 | 23.75 | 81,472,808 |

**Notes and Sources:**

-- Claims data obtained from counsel.

-- Includes data through 2000, the last full year before Grace filed for bankruptcy on April 2, 2001.

-- Diseases originally coded as "unknown" or "asbestos related" in the Grace claims data were replaced with the disease
   of the matching claim in the Manville Trust database if the Manville disease was a cancer or a specific non-malignant
   disease. (Grace claims were matched to Manville claims on the basis of Social Security Number or a combination
   of first name, last name, and date of birth.) Since this analysis was performed on the claim level for closed claims,
   remaining claims with "unknown" and "asbestos related" disease were not further reallocated to other disease categories.

-- Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim",
   claims without a claimant ID, and claims with a claimant disposition type of "inactive".

[1] Includes all claims with a positive disposition amount.

[2] Non-malignant diseases include "asbestosis", "pleural", and "asbestos-related".

**Exhibit 39**

**Venue and Medical Impairment Legislative and Judicial Reform, by State**

**I. Legislative Reforms**

| State | County | Venue Reform | Medical Impairment Required |
|---|---|---|---|
| Alabama | | 1987 | |
| Arkansas | | 2003 | |
| Florida | | | 2005 |
| Georgia | | 2003 | 2005 |
| | | 2005 | |
| Kansas | | | 2006 |
| Louisiana | | 1999 | |
| Michigan | | 1995 | |
| Mississippi | | 2002 | |
| | | 2004 | |
| Missouri | | 2005 | |
| Ohio | | | 2004 |
| South Carolina | | 2005 | 2006 |
| Tennessee | | | 2006 |
| Texas | | 1995 | 2005 |
| | | 2003 | |
| West Virgina | | 2003 | |

**II. Judicial Reforms [1]**

| State | County | Case Management Orders | Reduce Liability or Medical Impairment Required |
|---|---|---|---|
| Massachusetts | Statewide | | 1990s |
| Illinois | Cook | | 1991 |
| | Madison | | 2004 |
| | St. Clair | | 2005 |
| Maryland | Baltimore | | 1992 |
| New York | New York City | | 2002 |
| | Syracuse | | 2003 |
| Virginia | Portsmouth | | 2004 |
| Washington | Seattle | | 2002 |
| South Carolina | Greenville County | 2002 | |
| West Virginia | Kanawha County [2] | 2002 | |
| Ohio | Cuyahoga County [3] | 2004 | |
| Texas | Harris County [4] | 2004 | |
| Oregan | Multnomah County [5] | Not Given | |

**Notes and Sources:**

-- Data obtained from American Tort Reform Association, *Tort Reform Record* (February 8, 2005) ,

  available at www.atra.org. Data also obtained from the respective bills and state websites.

[1] Refers to the establishment of defered dockets.

[2] Applies to the Circuit Court of Kanawha County.

[3] Applies to the Common Pleas for Cuyahoga County.

[4] Applies to the District Court of Harris County.

[5] Applies to the Multnomah County Circuit Court.

Exhibit 40

Manville Trust

Percent of Manville Non-Malignant Claims That Are Unimpaired

From Manville's Switch to More Stringent ATS Standards to the Beginning of Medical Reform in Each State [1]

| Filing State | Number of Non-Malignant Claims [2] | Number of Unimpaired Claims | Percentage of Non-Malignant Claims That Are Unimpaired |
|---|---|---|---|
| (1) | (2) | (3) | (4) (3)/(2) |
| Florida | 15,870 | 10,808 | 68.10 % |
| Georgia | 4,092 | 2,391 | 58.43 |
| Kansas | 627 | 420 | 66.99 |
| New York | 10,871 | 9,365 | 86.15 |
| Ohio | 36,857 | 29,076 | 78.89 |
| South Carolina | 2,051 | 1,172 | 57.14 |
| Tennessee | 2,132 | 1,559 | 73.12 |
| Texas | 75,384 | 37,960 | 50.36 |
| **Total for States with Medical Requirements Reforms** | **147,884** | **92,751** | **62.72 %** |

**Notes and Sources:**

-- Data from Manville Trust Database, Manville Trust e-Extract Version 3.0 as of December 31, 2006.

-- "Non-Malignant" claims include claims with "pleural" and "asbestosis" disease.

[1] Manville's switch to more stringent ATS standards became effective December 2, 1996.
Legislative medical reform became effective July 1, 2005 for Florida, April 12, 2005 for Georgia,
July 1, 2006 for Kansas, September 1, 2004 for Ohio, May 24, 2006 for South Carolina, July 1, 2006
for Tennessee, and September 1, 2005 for Texas. New York experienced judicial reform in the year 2002.
Data from December 2, 1996 through the day before each state's medical reforms went into effect are used
for analysis. Because New York does not have a specific date for its judicial reform, data from December 2, 1996
through the end of 2001 are used.

[2] Includes only claims for which impairment can be determined.

Exhibit 41

Manville Trust

Mississippi Out of State Filings

| Year Filed | Claims Filed in Mississippi | Mississippi Claims Filed by Mississippi Residents | Mississippi Claims Filed by Non-Mississippi Residents | Percent In-State Filers | Percent Out-of-State Filers |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) (3)/(2) | (6) (4)/(2) |
| Overall | 81,269 | 37,744 | 43,525 | 46.44 % | 53.56 % |

**Notes and Sources:**

-- Data is from Manville Trust Database, Manville Trust e-Extract Version 3.0 as of December 31, 2006.

Exhibit 42

W. R. Grace Historical Claims Database

Non-Malignant Claims Filed in States with Medical Requirements Reforms [1]

| State | Number of Non-Malignant Claims | Percentage of Total Claims [1] |
|---|---|---|
| (1) | (2) | (3) (2)/246,510 |
| Florida | 15,840 | 6.43 % |
| Georgia | 207 | 0.08 |
| Kansas | 193 | 0.08 |
| New York | 12,791 | 5.19 |
| Ohio | 12,291 | 4.99 |
| South Carolina | 398 | 0.16 |
| Tennessee | 2,179 | 0.88 |
| Texas | 73,310 | 29.74 |
| **Total Reform States** | **117,209** | **47.55 %** |
| **Total Estimated Unimpaired in Reform States** [2] | **71,395** | **60.91 %** [2] |
| **Total All States** | **246,510** | |

Notes and Sources:

-- Grace claims data obtained from counsel. Manville data is from Manville Trust e-Extract Version 3.0 as of December 31, 2006.

-- Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".

-- Diseases originally coded as "unknown" or "asbestos related" in the Grace claims data were replaced with the disease of the matching claim in the Manville Trust database if the Manville disease was a cancer or a specific non-malignant disease and the Manville diagnosis date was prior Grace bankruptcy. (Grace claims were matched to Manville claims on the basis of Social Security Number or a combination of first name, last name, and date of birth.)

[1] Non-malignant diseases include "asbestosis", "pleural", and "asbestos related".

[2] The percentage of Grace unimpaired non-malignant claims is determined using the Manville evaluated injury of the matching non-malignant claim in the Manville data. Manville evaluated injury is defined using the TDP under which the claim was resolved. Only the Grace non-malignant claims that matched to a Manville non-malignant claim and for which impairment can be determined are used in the calculation of the total percent of unimpaired claims.

Exhibit 43

PIQ Database

Non-Malignant Claims Filed in States with Medical Requirements Reforms [1,2]

| State [1] | Number of Non-Malignant Claims [2] | Percent of Total Claims [3] |
|---|---|---|
| (1) | (2) | (3) |
| | | (2) / 47,421 |
| Florida | 1,742 | 3.67 % |
| Georgia | 623 | 1.31 |
| Kansas | 2 | 0.00 |
| New York | 1,563 | 3.30 |
| Ohio | 13,132 | 27.69 |
| South Carolina | 589 | 1.24 |
| Tennessee | 850 | 1.79 |
| Texas | 7,362 | 15.52 |
| **Total Reform States** | **25,863** | **54.54 %** |
| **Total Estimated Unimpaired in Reform States [4]** | **19,906** | **76.97 %** |
| **Total All States [3]** | **47,421** | |

Notes and Sources:

— All data from PIQ database received from counsel.

— Total number of claimants obtained from PIQ database after (1) removing duplicate observations from data; (2) removing claimants not matching to POC data; (3) removing claimants not matching to the pending claims in the Grace claims database; (4) removing claimants linking to withdrawn claims; and (5) removing claimants linking to correspondence documents from the Lipman Law Firm that we have been informed have been withdrawn.

— All cleaning of duplicates and matching to other databases performed using various combinations of name, Social Security Number, date of birth, date of death, law firm and certain PIQ linking ID numbers provided in the data (specifically party ID, claimant ID and Rust ID).

— Most severe disease as indicated in "Condition" table of PIQ database was used for each claimant. (In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer, other cancer, non-malignant, and unknown.)

[1] State data obtained from "State" variable in Grace claims database.

[2] Non-malignant claimants include those with clinically severe asbestosis, asbestosis and other asbestos disease.

[3] Includes only those claimants with usable state data. Claimants listing zero or more than one state are not included.

[4] The percentage of Grace unimpaired non-malignant claims is determined using the Manville evaluated injury of the matching non-malignant claim in the Manville data. Manville evaluated injury is defined using the TDP under which the claim was resolved. Only the Grace non-malignant claims that matched to a Manville non-malignant claim and for which impairment can be determined are used in the calculation of the total percent of unimpaired claims.

**Exhibit 44**

**Historical Closed Claims Sample**

**Medical Statistics for Non-Malignant Claims** [1]

| Category<br>(1) | Number of Claims<br>(2) | Percentage of Total Claims<br>(3)<br>(2)/1,218 |
|---|---|---|
| **I. Criteria for Asbestosis** [2,3] | | |
| Claims with ILO ≥ 2/1 and PFT < 65% [4] | 3 | 0.25% |
| Claims with ILO ≥ 1/0 and PFT < 80% [5] | 84 | 6.90% |
| Claims with ILO ≥ 1/0, but without PFT Score Showing Impairment | 660 | 54.19% |
| Claims with ILO Score that Do Not Meet Asbestosis Criteria | 94 | 7.72% |
| Claims without ILO Score | 377 | 30.95% |
| **Total Claims** | **1,218** | **100.00%** |
| | | |
| **II. Criteria for Pleural Thickening for Claims that Do Not Meet Asbestosis Criteria** [2] | | |
| Claims that Meet Asbestosis Criteria | 747 | 61.33% |
| Claims that Do Not Meet Asbestosis Criteria, but Do Meet Pleural Thickening Criteria | 220 | 18.06% |
| Claims that Do Not Meet Asbestosis or Pleural Thickening Criteria | 251 | 20.61% |
| **Total Claims** | **1,218** | **100.00%** |
| | | |
| **Total Claims with ILO Score** | **841** | **69.05%** |
| **Total Claims with PFT Score** | **486** | **39.90%** |
| **Total Claims with ILO and/or PFT Scores** | **1,027** | **84.32%** |
| **Total Claims with Medical Information** | **1,209** | **99.26%** |
| **Total Claims** | **1,218** | **100.00%** |

**Notes and Sources:**

-- All data from Historical Closed Claims Sample database received from counsel.

-- Includes claims in Historical Closed Claims Sample database that are also in Grace's historical claims database.
   (Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".)

-- The most severe diagnosed disease of each claimant is taken, unless the disease was diagnosed post-bankruptcy.
   (In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer, other cancer, non-malignant, and unknown.)

-- The most severe ILO and PFT scores from the "XRay" and "PFT" tables are used.

-- Claimants are considered to have a Diffuse Pleural Thickening Flag if they appear on the "XRay" table.

-- Claimants are assumed to have evidence of diffuse pleural thickening if they have at least one diagnosis on the "XRay" table with "DiffusePleuralThickening" equal to 1.

-- "TLC" stands for total lung capacity; "FVC" stands for forced vital capacity.

[1] Non-malignant diseases include clinically severe asbestosis, asbestosis, asbestos-related pleural disease, and other asbestos disease.

[2] Claimants fall into one unique category per section.

[3] Claims with PFT score includes any claims that have either (A) a TLC score or (B) both an FVC score and a FEV1/FVC ratio.

[4] Includes claims with an ILO ≥ 2/1 and TLC < 65% or FVC < 65% & FEV1/FVC ≥ 65%.

[5] Includes claims with an ILO ≥ 1/0 and TLC < 80% or FVC < 80% & FEV1/FVC ≥ 65%.

**Exhibit 45**

**PIQ Database**

**Medical Statistics for Non-Malignant Claims** [1]

| Category | Number of Claims | Percentage of Claims |
|---|---|---|
| (1) | (2) | (3) |
| **Claims with ILO and/or PFT Scores** [2,3] | | |
| Claims with ILO $\geq$ 2/1 and PFT < 65% [4] | 123 | 0.25% |
| Claims with ILO $\geq$ 1/0 and PFT < 80% [5] | 3,378 | 7.00% |
| Claims with ILO $\geq$ 1/0, but without PFT Score Showing Impairment | 8,710 | 18.05% |
| Claims with ILO Score that Do Not Meet Asbestosis Criteria | 965 | 2.00% |
| Claims without ILO Score | 35,088 | 72.70% |
| **Total Claims** | **48,264** | **100.00%** |
| | | |
| **Total Claims with ILO Score** | **13,176** | **27.30%** |
| **Total Claims with PFT Score** | **12,773** | **26.46%** |
| **Total Claims with ILO and/or PFT Scores** | **17,428** | **36.11%** |
| **Total Claims** | **48,264** | **100.00%** |

**Notes and Sources:**

-- All data from PIQ database received from counsel.

-- Total number of claimants obtained from PIQ database after (1) removing duplicate observations from data; (2) removing claimants not matching to POC data; (3) removing claimants not matching to the pending claims in the W.R. Grace claims database; (4) removing claimants linking to withdrawn claims; and (5) removing claimants linking to correspondence documents from the Lipman Law Firm that we have been informed have been withdrawn.

-- All cleaning of duplicates and matching to other databases performed using various combinations of name, Social Security Number, date of birth, date of death, law firm and certain PIQ linking ID numbers provided in the data (specifically party ID, claimant ID and Rust ID).

-- Most severe disease as indicated in "Condition" table of PIQ database was used for each claimant. (In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer, other cancer, non-malignant, and unknown.)

-- The most severe ILO and PFT scores from the "XrayReading" and "Test" tables are used.

-- No indicator of pleural disease exists in the PIQ database.

-- "TLC" stands for total lung capacity; "FVC" stands for forced vital capacity.

[1] Non-malignant claimants include those with clinically severe asbestosis, asbestosis and other asbestos disease.

[2] Claimants fall into one unique category per section.

[3] Those with PFT score includes any claims that have either (A) a TLC score or (B) both an FVC score and a FEV1/FVC ratio.

[4] Includes claims with an ILO $\geq$ 2/1 and TLC < 65% or FVC < 65% & FEV1/FVC $\geq$ 65%.

[5] Includes claims with an ILO $\geq$ 1/0 and TLC < 80% or FVC < 80% & FEV1/FVC $\geq$ 65%.

**Exhibit 46**

**PIQ Attachment Sample**

**Medical Statistics for Non-Malignant Claims** [1]

| Category | Number of Claims | Percentage of Total Claims |
|---|---|---|
| (1) | (2) | (3) (2)/2,040 |
| **I. Criteria for Asbestosis** [2,3] | | |
| Claims with ILO ≥ 2/1 and PFT < 65% [4] | 17 | 0.83% |
| Claims with ILO ≥ 1/0 and PFT < 80% [5] | 393 | 19.26% |
| Claims with ILO ≥ 1/0, but without PFT Score Showing Impairment | 869 | 42.60% |
| Claims with ILO Score that Do Not Meet Asbestosis Criteria | 79 | 3.87% |
| Claims without ILO Score | 682 | 33.43% |
| **Total Claims** | **2,040** | **100.00%** |
| | | |
| **II. Criteria for Pleural Thickening for Claims that Do Not Meet Asbestosis Criteria** [2] | | |
| Claims that Meet Asbestosis Criteria | 1,279 | 62.70% |
| Claims that Do Not Meet Asbestosis Criteria, but Do Meet Pleural Thickening Criteria | 98 | 4.80% |
| Claims that Do Not Meet Asbestosis or Pleural Thickening Criteria | 663 | 32.50% |
| **Total Claims** | **2,040** | **100.00%** |
| | | |
| **Total Claims with ILO Score** | **1,358** | **66.57%** |
| **Total Claims with PFT Score** | **1,293** | **63.38%** |
| **Total Claims with ILO and/or PFT Scores** | **1,651** | **80.93%** |
| **Total Claims with Medical Information** [6] | **1,896** | **92.94%** |
| **Total Claims** | **2,040** | **100.00%** |

**Notes and Sources:**

-- All data from PIQ database received from counsel.

-- Total number of claimants obtained from PIQ database after (1) removing duplicate observations from data; (2) removing claimants not matching to POC data; (3) removing claimants not matching to the pending claims in the Grace claims database; (4) removing claimants linking to withdrawn claims; and (5) removing claimants linking to correspondence documents from the Lipman Law Firm that we have been informed have been withdrawn.

-- All cleaning of duplicates and matching to other databases performed using various combinations of name, Social Security Number, date of birth, date of death, law firm and certain PIQ linking ID numbers provided in the data (specifically party ID, claimant ID and Rust ID).

-- Most severe disease as indicated in "Condition" table of PIQ database was used for each claimant. This disease was updated if the "DiagnosisId" variable in the "CTScan", "MedicalReport", "Pathology", or "Xray" tables from the PIQ Attachment Sample data specified a more severe disease. In the PIQ Attachment Sample data, the most severe diagnosed disease of each claimant is taken, unless the disease was diagnosed post-bankruptcy. (In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer, other cancer, non-malignant, and unknown.)

-- The most severe ILO and PFT scores from the "XrayReading" and "Test" tables in the PIQ database and the "XRay" and PFT tables in the PIQ Attachment Sample data are used.

-- Claimants are considered to have a Diffuse Pleural Thickening Flag if they appear on the "XRay" table in the PIQ Attachment Sample data.

-- "TLC" stands for total lung capacity; "FVC" stands for forced vital capacity.

[1] Non-malignant claimants include those with clinically severe asbestosis, asbestosis and other asbestos disease.

[2] Claimants fall into one unique category per section.

[3] Those with PFT score include any claims that have either (A) a TLC score or (B) both an FVC score and a FEV1/FVC ratio.

[4] Includes claims with an ILO ≥ 2/1 and TLC < 65% or FVC < 65% & FEV1/FVC ≥ 65%.

[5] Includes claims with an ILO ≥ 1/0 and TLC < 80% or FVC < 80% & FEV1/FVC ≥ 65%.

[6] Includes claims with ILO and/or PFT scores and/or those indicating whether or not they have diffuse pleural thickening.

**Exhibit 47**

**W. R. Grace Historical Claims Database**

**Claims Filed in States with Venue Reforms**

| State | Number of Claims | Percent of Total Claims |
|---|---|---|
| (1) | (2) | (3)<br>(2)/340,340 |
| Arkansas | 1,678 | 0.49 % |
| Georgia | 2,401 | 0.71 |
| Mississippi | 56,108 | 16.49 |
| Missouri | 1,629 | 0.48 |
| South Carolina | 1,043 | 0.31 |
| Texas | 101,026 | 29.68 |
| West Virginia | 33,051 | 9.71 |
| **Total Reform States** | **196,936** | **57.86 %** |
| **Total All States** | **340,340** | |

**Notes and Sources:**

-- Grace claims data obtained from counsel.

-- Total Grace claims excludes duplicate claims, corporate entities, claims with claimant type of consortium or "party in a claim", claims without a claimant ID, and claims with a claimant disposition type of "inactive".

Exhibit 48

PIQ Database

Claims Filed in States with Venue Reforms [1]

| State [1] | Number of Claims | Percent of Total Claims [2] |
|---|---|---|
| (1) | (2) | (3) (2)/56,874 |
| Arkansas | 975 | 1.71 % |
| Georgia | 974 | 1.71 |
| Mississippi | 3,744 | 6.58 |
| Missouri | 165 | 0.29 |
| South Carolina | 672 | 1.18 |
| Texas | 9,783 | 17.20 |
| West Virginia | 2,879 | 5.06 |
| **Total Reform States** | **19,192** | **33.74 %** |
| **Total All States [2]** | **56,874** | |

Notes and Sources:

-- All data from PIQ database received from counsel.

-- Total number of claimants obtained from PIQ database after (1) removing duplicate observations from data; (2) removing claimants not matching to POC data; (3) removing claimants not matching to the pending claims in the Grace claims database; (4) removing claimants linking to withdrawn claims; and (5) removing claimants linking to correspondence documents from the Lipman Law Firm that we have been informed have been withdrawn.

-- All cleaning of duplicates and matching to other databases performed using various combinations of name, Social Security Number, date of birth, date of death, law firm and certain PIQ linking ID numbers provided in the data (specifically party ID, claimant ID and Rust ID).

-- Most severe disease as indicated in "Condition" table of PIQ database was used for each claimant. (In decreasing severity, diseases are ranked as follows: mesothelioma, lung cancer, other cancer, non-malignant, and unknown.)

[1] State data obtained from "State" variable in Grace claims database.

[2] Includes only those claimants with usable state data. Claimants listing zero or more than one state are not included.

**Exhibit 49**
**Unreliable Doctor Lists Across Sources**

| Doctor Name | High Volume Doctors Identified in Manville 1998 Audit Memo [1] | Manville Suspended Doctors Memos [2] | Challenged in Silica MDL Decision 2005 [3] | W. R. Grace Expert [4] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| Robert Altmeyer | | | | X |
| James W. Ballard | | X | X | X |
| Jeffrey Bass | | | | X |
| Maurice A. Bassali | X | | | |
| Leo Castiglioni | | | | X |
| Mark Colin Clark | X | | | |
| Kevin Cooper | | X | X | X |
| Todd Coulter | | X | X | X |
| Dominic J. Gaziano | X | | | X |
| Andrew Harron | | X | X | X |
| Ray Harron | X | X | X | X |
| Glynn Hilbun | | X | X | X |
| Edward H. Holmes | X | | | |
| James Kraison | | | | X |
| Richard Smythe Kuebler | X | | | X |
| Richard Levine | X | | | X |
| Barry Levy | | X | X | X |
| Phillip H. Lucas | X | | | X |
| George Martindale | | X | X | X |
| Robert von McGee | | | | X |
| Robert Mezey | | | | X |
| Larry M. Mitchell | X | | | X |
| Gregory Nayden | | X | | X |
| W. Allen Oaks | | X | X | X |
| Robert A. Rosati | X | | | |
| Mark A. Schiefer | X | | | |
| Alvin J. Schonfeld | X | | | X |
| Jay Segarra | X | | | X |
| Paul Venizelos | | | | X |

**Notes and Sources:**

[1] Memo from Mark E. Lederer, Chief Financial Officer of the Manville Personal Injury Settlement Trust, April 24, 1998, CRMC 0168905-13.

[2] Memo from CRMC President David Austern, "Suspension of Acceptance of Medical Records", Claims Resolution Management Corporation, September 12, 2005.
Memo from CRMC President David Austern, "Suspension of Acceptance of Medical Records Prepared by Dr. Gregory Nayden and the American Medical Testing Facility", September 24, 2002.

[3] In Re: § SILICA PRODUCTS LIABILITY § MDL Docket No. 1553 LITIGATION, ORDER NO. 29: ADDRESSING SUBJECT-MATTER JURISDICTION, EXPERT TESTIMONY AND SANCTIONS The defendants challenged the admissibility of the testimony of the following nine physicians: Dr. Ballard, Dr. Cooper, Dr. Coulter, Dr. Andrew Harron, Dr. Ray Harron, Dr. Hilbun, Dr. Levy, Dr. Martindale and Dr. Oaks and they were all required to give a deposition.

[4] See "Diagnostic Practices in a Litigation Context: Screening Companies and the Doctors They Employed", Steven E. Haber, June 11, 2007.



**Exhibit 50**
**Data from Public Annual SEC Filings**
**Index of Yearly Asbestos Claims Filed [1]**
**2001-2006**

**Notes and Sources:**

Data obtained from SEC 10-K filings for each company. When available, data from the most recent 10-K filing is used. Includes only data reported at the individual claim level, not number of lawsuits. Includes only annual and not cumulative data. ("Cumulative" indicates that average settlement values are from the time the company began receiving claims up to the given year.)

[1] Change in yearly asbestos claims calculated as the average of the logarithmic returns for each company. Includes companies that reported filings data in at least two consecutive years and have more than 50,000 total claims filed between 2001 and 2006.

Exhibit 51

Data from Public Annual SEC Filings

Summary of New Asbestos Claims

2001-2006

| Company Name<br>(1) | 2001<br>(2) | 2002<br>(3) | 2003<br>(4) | 2004<br>(5) | 2005<br>(6) | 2006<br>(7) |
|---|---|---|---|---|---|---|
| AMERICAN STANDARD COMPANIES INC | | 45,404 | 26,988 | 12,741 | 10,951 | 4,378 |
| ASHLAND INC | 52,000 | 45,000 | 66,000 | 29,000 | 12,000 | 6,000 |
| CBS CORP | 60,000 | 49,400 | 36,990 | 16,060 | 11,470 | 6,470 |
| COOPER INDUSTRIES LTD | | 21,791 | 11,843 | 18,185 | 4,562 | 3,806 |
| CRANE CO /DE/ | 10,985 | 49,429 | 19,115 | 18,932 | 7,986 | 4,853 |
| CROWN HOLDINGS INC | 53,000 | 36,000 | 36,000 | 13,000 | 9,000 | 5,000 |
| DOW CHEMICAL CO /DE/ | 73,806 | 121,916 | 122,586 | 58,240 | 34,394 | 16,386 |
| ENPRO INDUSTRIES INC [3] | 37,600 | 57,300 | 55,000 | 24,700 | 19,700 | 8,400 |
| FOSTER WHEELER LTD | 54,700 | 45,200 | 48,260 | 17,870 | 14,340 | 8,250 |
| GEORGIA PACIFIC CORP | 39,700 | 41,700 | 39,000 | 26,500 | | |
| GOODYEAR TIRE & RUBBER CO /OH/ | 17,100 | 38,900 | 26,700 | 12,700 | 6,200 | 3,900 |
| HANSON PLC | 21,700 | 32,200 | 28,900 | 18,700 | 10,350 | 6,350 |
| HERCULES INC [4] | 2,200 | 24,000 | 20,060 | 8,305 | 4,408 | 2,665 |
| HONEYWELL INTERNATIONAL INC [5] | | 10,000 | 25,765 | 10,504 | 7,520 | 4,391 |
| JACUZZI BRANDS INC | 33,500 | 31,000 | 32,400 | 25,000 | 10,400 | 6,400 |
| NATIONAL SERVICE INDUSTRIES INC | 30,000 | 24,300 | | | | |
| OWENS ILLINOIS INC /DE/ | 31,000 | 21,000 | 26,000 | 15,000 | 9,000 | 7,000 |

**Notes and Sources:**

-- Data obtained from SEC 10-K filings for each company. When available, data from the most recent 10-K filing is used.

-- Includes companies that reported filings data in at least two consecutive years and have more than 50,000 total claims filed between
   2001 and 2006.

-- Includes only data reported at the individual claim level, not number of lawsuits.

-- Includes only annual and not cumulative data. ("Cumulative" indicates that the filings reported are from the time the company
   began receiving claims up to the given year.)

[1] Filings are reported in claims, but the company states that: "Thus, in a case involving multiple plaintiffs and multiple defendants,
   AK Steel initially only accounts for the lawsuit as one claim against it. After AK Steel has determined through discovery whether
   a particular plaintiff will pursue a claim against it, it makes an appropriate adjustment to statistically account for that specific claim."
   (See company 2004-2006 10-K filings.)

[2] Includes asbestos and other occupational litigation.

[3] Data from subsidiary Enpro's filing for subsidiary Garlock Sealing Technologies and Anchor Packing Co. New claims filed for
   2002-2006 include claims filed in court as well as claims that are not filed as actions in court but are submitted and paid as part of
   previous settlements.

[4] 2002 and 2003 new claims filed calculated as new claims plus new claims that are in the process of being dismissed. Claims reported for
   2001 are the average number of filings over 2000 and 2001.

[5] Claims filed are for Honeywell's Bendix business.

Exhibit 52
Manville Trust
Filings by Quarter
1996–2006

Notes and Sources:
Data from Manville Trust Database, Manville Trust e-Extract Version 3.0 as of December 31, 2006.

Exhibit 53

Manville Trust

The Surge in Manville Mesothelioma Claims in 2003 Resulted from Older Cases Being Filed

| Lag Between Diagnosis and Claim Filing (1) | Claims Filed January - December 2000 [1] (2) | Percentage of All Claims Filed (3) (2)/1,987 | Claims Filed July - October 2003 [1] (4) | Percentage of All Claims Filed (5) (4)/2,802 | Claims Filed January 2004 - December 2006 [1] (6) | Percentage of All Claims Filed (7) (6)/8,209 |
|---|---|---|---|---|---|---|
| Less than 1 Year - 2 Years | 1,296 | 65.22 % | 940 | 33.55 % | 5,757 | 70.13 % |
| 2 - 5 Years | 493 | 24.81 | 849 | 30.30 | 1,499 | 18.26 |
| 5 Years and More | 198 | 9.96 | 1,013 | 36.15 | 953 | 11.61 |
| Total | 1,987 | | 2,802 | | 8,209 | |

Notes and Sources:

-- Data from Manville Trust Database, Manville Trust e-Extract Version 3.0 as of December 31, 2006.

[1] Excludes claims with missing diagnosis date or with diagnosis dates post filing date.

**Exhibit 54**

**Average Resolution Values per Claim for Honeywell's Bendix Business [1]**

**2002-2006**

| Type of Claim | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| Malignant Claims | $ 166,000 | $ 95,000 | $ 90,000 | $ 58,000 | $ 33,000 |
| Non-Malignant Claims | 1,300 | 3,500 | 1,600 | 600 | 250 |

**Notes and Sources:**

-- Data obtained from Honeywell International Inc.'s 10-K SEC filings.

[1] Average resolution values are for asbestos claims related to Honeywell's Bendix business.

Average resolution values per claims exclude legal costs.



**Exhibit 55**
**Data from Public Annual SEC Filings**
**Index of Average Settlements [1]**
**2001-2006**

**Notes and Sources:**

Data obtained from SEC 10-K filings for each company. When available, data from the most recent 10-K filing is used. Includes only data reported at the individual claim level, not in terms of lawsuits. Includes only annual and not cumulative data. ("Cumulative" indicates that average settlement values are from the time the company began receiving claims up to the given year.)

[1] Change in average settlements calculated as the average of the logarithmic returns for each company. Includes companies that reported settlement data in at least two consecutive years.

Exhibit 56
Data from Public Annual SEC Filings
Average Settlements for Settled or Resolved Claims
2001-2006

| Company Name | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Amount Per Settled or Resolved? |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| **Calculated Average Settlements [1]** | | | | | | | |
| AK STEEL HOLDING CORP | $ 11,538 | $ 1,786 | $ 9,091 | $ 6,135 | $ 11,607 | $ 6,154 | Resolved |
| ALBANY INTERNATIONAL CORP /DE/ | | 553 | 195 | 361 | 85 | 113 | Resolved |
| AMPCO PITTSBURGH CORP [2] | | 21,000 | 9,338 | 8,035 | 896 | 1,318 | Resolved |
| BNS HOLDING, INC. | | 714 | | 500 | 19,125 | 520 | Settled |
| BNSF RAILWAY CO [2] | | | 26,420 | 29,831 | 29,688 | 29,586 | Resolved |
| BORGWARNER INC [2] | | | | 7,843 | 9,831 | | Settled |
| CBS CORP [3] | 350 | 1,514 | 1,986 | 3,605 | 1,658 | 166 | Resolved |
| COOPER INDUSTRIES LTD | | 1,407 | 2,964 | 2,010 | 3,026 | 1,098 | Resolved |
| CRANE CO /DE/ | 11,515 | 646 | 3,065 | 16,570 | 9,513 | 25,216 | Settled |
| CROWN HOLDINGS INC | 2,129 | 1,791 | 1,850 | 2,143 | 3,750 | 4,000 | Resolved |
| DOW CHEMICAL CO /DE/ | 9,140 | 3,256 | 2,261 | 6,158 | 1,519 | 2,302 | Resolved |
| ENPRO INDUSTRIES INC | 2,442 | 2,507 | 2,663 | 2,561 | 2,423 | 3,750 | Resolved |
| FMC CORP | | | 667 | 286 | 222 | 833 | Resolved |
| FOSTER WHEELER LTD [2] | 1,853 | 3,553 | 4,279 | 4,778 | 4,850 | 2,240 | Resolved |
| GEORGIA PACIFIC CORP [2] | 2,718 | 5,157 | 4,345 | 6,431 | | | Resolved |
| GOODYEAR TIRE & RUBBER CO /OH/ [2] | 1,297 | 5,529 | 3,524 | 8,794 | 2,750 | 3,519 | Resolved |
| METSO CORP | | | 260 | 521 | 339 | 313 | Settled |
| OWENS ILLINOIS /DE/ | 9,096 | 8,433 | 9,705 | 16,400 | 10,583 | 7,118 | Resolved |
| UNION PACIFIC CORP | | 37,462 | 24,283 | 19,638 | 20,900 | 18,987 | Resolved |
| UNITED STATES STEEL CORP | 17 | 617 | 55,422 | | | | Settled |
| **Reported Average Settlements [4]** | | | | | | | |
| AMERICAN STANDARD COMPANIES INC | | | $ 1,986 | $ 1,462 | $ 972 | $ 1,492 | Resolved |
| ASHLAND INC [2] | | $ 723 | 1,610 | 1,655 | 1,985 | 1,428 | Resolved |
| CROWLEY MARITIME CORP | | | | 541,000 | 16,000 | 17,000 | Settled |
| ENTRX CORP | $ 53,711 | 40,366 | 60,678 | 65,637 | 78,831 | 59,253 | Settled |
| GENCORP INC [5] | 15,000 | 33,000 | 38,000 | 384,000 | 25,000 | 14,000 | Settled |
| HANSON PLC | 8,645 | 2,049 | 5,268 | 8,294 | 2,929 | 1,811 | Resolved |
| HONEYWELL INTERNATIONAL INC [6] | | 166,000 | 95,000 | 90,000 | 58,000 | 33,000 | Resolved (Mal) |
| HONEYWELL INTERNATIONAL INC [7] | | 1,300 | 3,500 | 1,600 | 600 | 250 | Resolved (Non-Mal) |
| NATIONAL SERVICE INDUSTRIES INC [8] | 1,035 | 2,960 | | | | | Resolved |
| TRIMAS CORP | | | 5,921 | 8,660 | 5,613 | | Settled |

**Notes and Source:**

— Data obtained from SEC 10-K filings for each company.  When available, data from the most recent 10-K filing is used.

— Includes companies that reported settlement data in at least two consecutive years.

— Includes only data reported at the individual claim level, not in terms of lawsuits.

— Includes only annual and not cumulative data.  ("Cumulative" indicates that average settlement values reported are from
the time the company began receiving claims up to the given year.)

[1]  Average settlement values are calculated using reported annual settlement amount and reported total settled or resolved claims.

[2]  Includes defense costs.

[3]  Includes defense costs.  Net of tax and insurance.

[4]  Average settlement values as reported in company 10-K filings.

[5]  In 2004, Gencorp settled 8 claims for a total of $3,073,000. Per Gencorp Inc.'s 10-K filing, "The number of claims settled and the
aggregate settlement costs and average settlement costs for fiscal 2004 include the Goede et al. v. Chesterton Inc. et al. matter
in which there was a judgment of approximately $5 million against Acrojet, which was reduced to approximately $2 million after
setoff based on plaintiffs' settlements with other defendants.  The total amount paid, including interest accruing from the date
of judgment, was $2 million."

[6]  Malignant claims only.  Malignant and non-malignant average settlements are reported separately by Honeywell.

[7]  Non-Malignant claims only.  Malignant and non-malignant average settlements are reported separately by Honeywell.

[8]  Average settlement amount for 2002 includes a significant number of claims that were settled in principal post 2002 fiscal year
end but the settlements were not finalized as of August 31, 2002. The reported average settlement before including these
claims is $530. National Service Industries Inc. went private in June 2003 and thus no 10-K filings are available for this company
after 2002.