IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. [2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## ORDER

AND NOW, this ____ day of _____, 2007, upon consideration of Debtors'

Motion to Alter and Amend the Court's Order Disallowing and Expunging Claim No. 9941 for

Daggy Hall and Allowing Claim Nos. 10648, 10649, 10651, 10652, 10653, 10655, 10656,

10657, 10658, 10659, 10660, 10661, 10662 and 14411 for the State of California, Department of

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

General Services (Debtors' Motion"), it is **ORDERED, ADJUDGED, AND DECREED** as follows:

1. Debtors' Motion is granted.

2. The Court's June 13, 2007 Order [Docket No. 16039] is hereby amended and modified as follows:

   a. the title of the Order shall be "AMENDED ORDER DISALLOWING AND EXPUNGING CLAIM NO. 6941 FOR DAGGY HALL AND DENYING DEBTORS' PRODUCT IDENTIFICATION OBJECTIONS TO CLAIM NOS. 10648, 10649, 10650, 10651, 10652, 10653, 10655, 10656, 10657, 10658, 10659, 10660, 10661, 10662 AND 14411 FOR THE STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES";

   b. the sentence on page 2 of the Order reading "It is **ORDERED, ADJUDGED, AND DECREED** that Claim Nos. 10648, 10649, 10650, 10652, 10653, 10655, 10656, 10658, 10660, 10661, 10662, and 14411 are allowed" is stricken and replaced by the following sentence "It is **ORDERED, ADJUDGED, AND DECREED** that Debtors' product identification objections to Claim Nos. 10648, 10649, 10650, 10652, 10653, 10655, 10656, 10658, 10660, 10661, 10662, and 14411 are denied."; and

   c. the clause on page 3 of the Order reading "it is **ORDERED, ADJUDGED, AND DECREED** that Claim Nos. 10651, 10657, and 10659 are allowed" is stricken and hereby replaced with the phrase "it is **ORDERED, ADJUDGED, AND DECREED** that Debtors' product identification objections to Claim Nos. 10651, 10657, and 10659 are denied."

3. A copy of the June 13, 2007 Amended Order, as so modified, is attached hereto and shall be entered as a separate order by the Court. Debtors shall serve a copy of this Order and the attached Amended Order on all parties in interest and shall file a certificate of service forthwith.

                                                                                              _____

                                                                                              Judith K. Fitzgerald
                                                                                              United States Bankruptcy Judge