```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


IN RE:                          .    Case No.  01-1139 (JKF)
                                .
                                .
W.R. GRACE & CO.,               .    USX Tower - 54th Floor
et al.,                         .    600 Grant Street
                                .    Pittsburgh, PA  15219
              Debtors.          .
                                .    June 8, 2007
. . . . . . . . . . . . . ..         9:03 a.m.


                       TRANSCRIPT OF HEARING
               BEFORE HONORABLE JUDITH K. FITZGERALD
                UNITED STATES BANKRUPTCY COURT JUDGE



APPEARANCES:

For the Debtors:        Kirkland & Ellis, LLP
                        By:  LISA ESAYIAN, ESQ.
                             DAVID BERNICK, ESQ.
                             JANET S. BAER, ESQ.
                             SAM BLATNICK, ESQ.
                             MICHAEL DIERKES, ESQ.
                        435 Sixth Avenue
                        Pittsburgh, PA  15219

For Anderson Hospital:  Speights & Runyan
                        By:  DANIEL SPEIGHTS, ESQ.
                             MARION FAIREY, ESQ.
                        200 Jackson Avenue, East
                        Hampton, SC  29924

Audio Operator:         Janet Heller

Proceedings recorded by electronic sound recording, transcript
            produced by transcription service.
```
_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:** jjcourt@optonline.net
**(609)586-2311     Fax No. (609) 587-3599**

APPEARANCES: (Contd')

| | |
|---|---|
| For the Equity Debtors: Committee: | Kramer Levin Naftalis & Frankel, LLP<br>By:  GARY M. BECKER, ESQ.<br>     JESSICA GLASS, ESQ.<br>919 Third Avenue<br>New York, NY 10022 |
| For the Ad Hoc Committee of Equity | Weil, Gotshal & Manges LLP<br>By:  M. JARRAD WRIGHT, ESQ.<br>     DAVID HICKERSON, ESQ.<br>1300 Eye Street, NW<br>Washington, D.C.  20005 |
| For PD Committee: | Bilzin Sumberg Baena Price & Axelrod LLP<br>By:  MATTHEW KRAMER, ESQ.<br>     JAY SAKALO, ESQ.<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL  33131<br>(Telephonic appearance) |
| For PD Committee: | Ferry, Joseph & Pearce, P.A.<br>By:  THEODORE J. TACCONELLI, ESQ.<br>824 Market Street, Suite 904<br>Wilmington, DE  19899<br>(Telephonic appearance) |
| For the Debtors: | Pachulski, Stang, Zeihl, Young, Jones & Weintraub<br>By:  JAMES O'NEILL, ESQ.<br>     TIMOTHY P. CAIRNS, ESQ.<br>919 North Market Street<br>17th Floor<br>Wilmington, DE  19899-8705 |
| For the Official Unsecured Creditors' Committee: | Stroock & Stroock & Lavan<br>By:  KEN PASQUALE, ESQ.<br>     ARLENE KRIEGER, ESQ.<br>180 Maiden Lane<br>New York, NY  10038-4982 |
| Creditor, Official Committee of Asbestos Property Damage Claimants: | Dies & Hile, LLP<br>By:  MARTIN DIES, ESQ.<br>1009 Green Avenue<br>Orange, TX  77630 |

APPEARANCES: (Contd')

| | |
|---|---|
| For David Austern: | Orrick, Herrington, & Sutcliffe, LLP<br>By: DEBRA FELDER, ESQ.<br>Washington Harbour<br>3050 K Street, N.W.<br>Washington, D.C.  20007 |
| For CNA: | Ford Marrin Esposito Witmeyer & Gleser, L.L.P.<br>By: SHAYNE SPENCER, ESQ.<br>Wall Street Plaza<br>New York, NY  10005-1875 |
| For Off Date Insurance Co.: | Cuyler Burk LLP<br>By: ANDREW CRAIG, ESQ.<br>Parsippany Corporate Center<br>Four Century Drive<br>Parsippany, NJ  07054 |
| For the Official Committee of Asbestos Property Damage Claimants: | Bilzin Sumberg Baena Price & Axelrod LLP<br>By: MATTHEW KRAMER, ESQ.<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL  33131 |
| For the FAI Claimants: | The Scott Law Group<br>By: DARRYL SCOTT, ESQ.<br>2712 Middleburg Drive<br>P.O. Box 2665<br>Columbia, SC  29206 |
| For Murray Capital Management: | Murray Capital Management, Inc.<br>By: MARTI MURRAY |
| For the Creditor, Official Committee of Asbestos Property Damage Claimants: | Law Office of Thomas J. Brandi<br>By: TERENCE D. EDWARDS, ESQ. |
| For David T. Austern: | Phillips, Goldman & Spence, P.A.<br>By: JOHN C. PHILLIPS, JR., ESQ.<br>1200 North Broom Street<br>Wilmington, DE 19801 |

1        THE COURT: This is the matter of W.R. Grace,
2   Bankruptcy Number 01-1139. The list of participants I have by
3   phone to discuss certain trial procedures; Jessica Glass,
4   Darrell Scott, Marti Murray, Shayne Spencer, Matthew Kramer,
5   David Bernick, Sam Blatnick, Janet Baer, Arlene Krieger, Ken
6   Pasquale, Debra Felder, Andrew Craig, Daivd Hickerson, Jarrad
7   Wright, Gary Becker, John Phillips, Theodore Tacconelli, Jay
8   Sakalo, Martin Dies, Terence Edwards, Timothy Cairns, James
9   O'Neill, Marion Fairey, Daniel Speights, Lisa Esayian and
10  Michael Dierkes.
11       Good morning.
12       MS. MAZUR KRAMER: Good morning, Your Honor, Salene
13  Mazur Kramer, I'm with Campbell & Levine, I'm here on behalf of
14  the official committee of Asbestos, personal injury claimants.
15       THE COURT: I'm not sure who wants to begin. Mr.
16  Bernick?
17       MR. SPEIGHTS: Your Honor, it's my motion for
18  certification and you asked me to report back to you today and
19  I was going to give you a one minute report.
20       THE COURT: All right. Go ahead, sir.
21       MR. SPEIGHTS: Dan Speights. Your Honor, you asked
22  me to advise you today whether we'd like to go forward on June
23  21 or July 5. And while I'm not excited traveling on July 4th,
24  I made travel arrangements and I have no choice but to ask you
25  to go forward on July 5 for a host of reasons. June 21 is just

1  impossible.

2          Frankly, Your Honor, is that you directed Grace at
3  the last hearing to respond further to some of my discovery
4  requests and provide a log as to some of my discovery requests.
5  We do not have those responses yet from Grace.  I'm sure Mr.
6  Bernick will have a report on that.  But, I tell you that -- I
7  just want to reserve my position on where we are until I see
8  those and what we need to do.

9          Thirdly, Your Honor, the issue of witnesses came up
10 at the last hearing.  I indicated I would have evidence.  In
11 perfect candor, Your Honor, I do not anticipate at this time
12 calling live witnesses on the motion for certification hearing
13 on July 5.  I do want to see what Mr. Bernick's responses look
14 like to the latest discovery.  But, I would say the chances are
15 at least 85 percent that we will not want to call live
16 witnesses.

17         Now, I believe Mr. Bernick has some -- had requested
18 that perhaps Your Honor should sort of pre-try matters and see
19 where we are from that.  But, in any event, that's my report
20 which I think Your Honor wanted from me.

21         THE COURT:  All right.  Mr. Bernick?  Ms. Baer?

22         MR. ESAYIAN:  Your Honor, this is Lisa Esayian. I'm
23 not sure if David is on the line or not.  But, let me start by
24 saying that we did produce an initial group of documents to Mr.
25 Speights in response to the directive and discovery requests.

1  He received those yesterday.  He asked us yesterday if we were
2  going to produce a privilege log and I responded that indeed we
3  were going to comply with the Court's directives.  We are
4  working on that and we anticipate getting additional materials,
5  including a privilege log, into his hands by the middle of the
6  upcoming week.
7         So, given the relatively narrow nature of the
8  specific requests at this point, we believe that's doable.
9         THE COURT:  Okay.  I'm not sure, Mr. Speights, was
10 that -- what more I can do today, I guess?  Do we need another
11 status report after you see the rest of the discovery?
12        MR. SPEIGHTS:  Perhaps, Your Honor, or perhaps not.
13 I mean, I'm not asking you to do anything else today.  I'm just
14 sort of reserving that decision.  I need to see what their
15 discovery responses are to see whether I need to bring anything
16 else to the Court's attention with respect to discovery items.
17 I simply don't know until I see.  For example, they may claim a
18 document is privileged on their log and I may want to file a
19 motion asking you to examine the document in camera.  But, I
20 don't know that as we sit here today.
21        THE COURT:  Okay.  Well, I think if that's the case,
22 perhaps those issues can be addressed at the next omnibus.
23        MR. SPEIGHTS:  On the 25th?
24        THE COURT:  On the 25th, is that possible, or is that
25 too late?

1      MR. SPEIGHTS:  Well, Your Honor, I guess my answer
2 is, that's fine with me.  And if one gets a sense of emergency,
3 I'll immediately contact the Court with an emergency motion.
4 But, I would hope that we could take care of it on the 25th.
5      THE COURT:  Okay.  Because I mean the other day I
6 have, as you know, is the 21st, because I had reserved that
7 for trial.  So, we could do it, I guess, the 21st.  I don't
8 know if that helps substantially.  It's four days earlier.
9      MR. SPEIGHTS:  I don't think -- I think the 25th is
10 as good as the 21st, frankly, Your Honor.
11      THE COURT:  Okay.  Then why don't I just suspect that
12 if, in fact, you need to file those motions, we can address
13 that issue on the 25th.  But, I would like to at least have
14 that information, I guess, from you all by the 21st so that I
15 have some advance warning of the fact that I'm going to need to
16 know about those issues.
17      So, Mr. Speights, can you file something that the
18 debtor can at least respond to not later than the 21st so I
19 have the completed documents -- you know the issue completely,
20 I guess -- I'm using the word "brief", I don't know that I
21 really need a brief.  But, "pled", I guess is the more
22 appropriate word, the motion and the responses finished by the
23 21st?
24      MR. SPEIGHTS:  Yes, Your Honor.  Again, assuming that
25 Grace -- and I expect they will -- provide me whatever it is

1  they're going to provide me by the middle of next week, as they
2  have indicated.
3           THE COURT: Okay. Ms. Esayian, is that doable for
4  you, too?
5           MR. ESAYIAN: Yes, Your Honor. That sounds fine.
6  And am I understanding that if there is no dispute and nothing
7  further that Mr. Speights would want, that he should still file
8  some sort of a status report with Your Honor, or am I not -- is
9  that not correct?
10          THE COURT: I don't know that I -- well, you probably
11 need a status report with respect to what he intends to do more
12 than I do, I think, at this point. Because you will need to
13 know, I suppose, whether or not there are witnesses that you
14 need to examine.
15          I don't know whether the committees intend to take
16 any position. Maybe I should hear from them first.
17          MS. ESAYIAN: I'm just filling in for the -- I have
18 little familiarity with the issues here. I'd have to defer to
19 Mark Hurford regarding your inquiry. If I can -- I don't know
20 what to do at this point. I'm just sort of filling in. He was
21 going somewhere today.
22          THE COURT: All right. Is there anybody present for
23 any of the committees who intends to take a position on the
24 class certification.
25          As I recall at the last proceeding, no one really

1 intended to be active in that litigation.  Okay.  I'm assuming
2 then it's going to be between Mr. Speights and the debtor for
3 the most part.
4          So, I think, Mr. Speights, maybe what would help is
5 to get a very brief pretrial narrative from you just so that we
6 all have some expectation of how you're going to proceed with
7 the certification motion.  And then I guess that would be
8 helpful for everyone?
9          MR. SPEIGHTS:  Yes, Your Honor.
10          THE COURT:  So, can that be done by -- well, I guess
11 if you have an issue about the privilege log, we'll address
12 that on the 25th.  So, why don't on the 25th -- Ms. Esayian,
13 why don't you just put this issue of when we can get from Mr.
14 Speights a pretrial on the omnibus for June 25th and we'll pick
15 a date at that time that will obviously be between the 25th and
16 the 5th of July.  Maybe you two can work something out in the
17 meantime.
18          MS. ESAYIAN:  All right.  Very good, Your Honor.
19          Also, Your Honor, is there a particular time slot on
20 the 5th that we should mark down for getting started that day?
21          THE COURT:  I apologize, but I don't remember.  Did I
22 give you a time?
23          MS. ESAYIAN:  I don't recall that, Your Honor.  I
24 recall that you had indicated you had the whole day available,
25 but I don't recall the particulars.

1        MR. SPEIGHTS:  If you did that -- the time, Your
2   Honor, I'm actually coming in the night before because of my
3   travels issue, but I told Mr. Bernick yesterday I would be glad
4   to accommodate him if he wants to come in early that morning
5   just so we can get started in the morning fairly soon. And he
6   said he could make such arrangements.  He's obviously flying
7   non-stop from either Chicago or New York.  And so, I'm happy to
8   go as early as you want.  And I'm happy to accommodate Mr.
9   Bernick if he wants to catch a flight over early that morning.
10       THE COURT:  Well, I don't happen to know what time
11  those flights would be coming in and so, Ms. Esayian, do you
12  know?
13       MS. EASYIAN:  I believe, Your Honor, I mean, usually
14  around -- arriving around 9:30 at the latest.
15       THE COURT:  Well, if we start at 10:30, which is
16  probably the earliest we could start if he gets in at 9:30,
17  because it will take 45 minutes to get here from the airport.
18  So, say 10:30, will that give you enough time, Mr. Speights, to
19  conclude by the end of the day?
20       MR. SPEIGHTS:  I believe so, Your Honor.
21       THE COURT:  Okay.  Let's say 10:30 then.
22       MR. SPEIGHTS:  Thank you, Your Honor.
23       THE COURT:  All right.  Trial will start then on July
24  5th at 10:30 and I'll reserve the day.
25       Is there anything else then to be addressed today?

1  MR. SPEIGHTS:  Nothing from Anderson, Your Honor.
2  MS. ESAYIAN:  Nothing from the debtors, Your Honor.
3  THE COURT:  Okay.  Thank you, all.
4  MS. ESAYIAN:  Thank you.
5              * * * * *

## C E R T I F I C A T I O N

7  I, CAROLE RITARDI, certify that the foregoing is a
8  correct transcript to the best of my ability, from the
9  electronic sound recording of the proceedings in the
10  above-entitled matter, and to the best of my ability.
11
12  /s/ Carole Ritardi            Date:  June 19, 2007
13  CAROLE RITARDI
14  J&J COURT TRANSCRIBERS, INC.