IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01139-JKF |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF SERVICE OF OBJECTIONS OF PAUL, HANLEY & HARLEY, LLP ("PHH") TO DEBTORS' SECOND SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY that on June 20, 2007, one copy of the **OBJECTIONS OF PAUL, HANLEY & HARLEY, LLP ("PHH") TO DEBTORS' SECOND SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following party by facsimilier transmittal to:

.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Dated: June 21, 2007

                                                MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

                                                By:     /s/ Noel C. Burnham
                                                        Noel C. Burnham, Esquire (3483)
                                                        1105 North Market Street, 15th Floor
                                                       Wilmington, DE 19801
                                                       (302) 504-7800
                                                       (302 504-7820 facsimile

2195828v1