**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


June 18, 2007

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #     10855

Professional Services

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---:|---:|
| 5/1/2007 | SLB | draft 23rd Interim initial report - Caplin (6.2); edit 23rd Interim initial report K&E (1.5) | 7.70 | 1,078.00 |
|  | WHS | receive and review amended agenda | 0.10 | 27.50 |
|  | MSH | Update Final Final Report database and check calculations for 5th interim (1.2) | 1.20 | 48.00 |
|  | ERU | Update and edit Project Category spreadsheet for the 23rd Interim | 2.70 | 108.00 |
|  | ERU | Update database with K&E 3.07, e-details: Buchanan 3.07, Kramer 3.07 (.1), Phillips 3.07, Reed Smith 3.07, Duane Morris 3.07, Stroock 3.07 (.1) | 0.20 | 8.00 |
|  | WHS | receive and review motion re reply | 0.10 | 27.50 |
| 5/2/2007 | MSH | Update Final Final Report database and check calculations for 5th interim (continued) (1.8) | 1.80 | 72.00 |
|  | SLB | begin draft of 23rd Interim initial report - Stroock (1.1) | 1.10 | 154.00 |
|  | SLB | draft e-mail to A. Kreiger @ Stroock re 23rd Interim initial report (.1); e-mail to J. Sakalo @ Bilzin re 23rd interim filing (.2) | 0.30 | 42.00 |


W.R. Grace & Co.                                                                                                        Page     2

|          |     |                                                                                                                                  | Hours | Amount |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/2/2007 | SLB | review app. and draft 23rd Interim initial report - Reed Smith (4.7)                                                             | 4.70  | 658.00 |
|          | ERU | Update database with Buchanan 3.07, Kramer 3.07, Stroock 3.07, Duane Morris 3.07                                                 | 0.10  | 4.00   |
| 5/3/2007 | MSH | Update Final Final Report database and check calculations for 7th interim information (1.2)                                      | 1.20  | 48.00  |
|          | WHS | receive and review agenda                                                                                                        | 0.10  | 27.50  |
|          | SLB | review of 23rd Interim Bilzin expenses and begin initial report - (2.7)                                                          | 2.70  | 378.00 |
|          | SLB | complete draft of 23rd Interim initial report - Stroock (4.8)                                                                    | 4.80  | 672.00 |
|          | ERU | Update database with e-details: Hilsoft 24th interim, Hamilton 3.07, Bilzin 3.07, Ferry 3.07, Holme 3.07                         | 0.10  | 4.00   |
|          | ERU | Update database with Foley 3.07, Hamilton 3.07, Bilzin 3.07, Hilsoft 24th Interim                                                | 0.10  | 4.00   |
|          | MSH | Update Final Final Report database and check calculations for 6th interim information (3.5)                                      | 3.50  | 140.00 |
| 5/4/2007 | JAW | detailed review of LASI October 2006 monthly invoice (2.0); draft summary of same (0.1)                                          | 2.10  | 283.50 |
|          | MSH | continue to Update Final Final Report database and check calculations for 7th interim (2.3), same re 8th interim (2.8), and 9th interim (1.0) | 6.10  | 244.00 |
|          | ERU | Update database with Pitney 3.07, Reed Smith 3.07                                                                                | 0.10  | 4.00   |
|          | JAW | detailed review of Caplin October 2006 monthly invoice (2.7); draft summary of same (0.4)                                        | 3.10  | 418.50 |
| 5/6/2007 | MSH | continue to Update Final Final Report database and check calculations for 9th interim (1.2)                                      | 1.20  | 48.00  |
| 5/7/2007 | ERU | Update database with Holme 10.06, Holme 11.06, Campbell 3.07, AKO 3.07 (.1), LAS 3.07, Tersigni 3.07, Caplin 3.07 (.1)            | 0.20  | 8.00   |

W.R. Grace & Co. Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/7/2007 | MSH | Update Final Final Report database and check calculations for 10th interim (2.2), 11th interim (1.3), 12th interim (1.1), and 13th interim (1.5) | 6.10 | 244.00 |
| 5/8/2007 | ERU | Update database with Ferry 3.07, Holme 12.06 e-detail, Holme 11.06 e-detail | 0.10 | 4.00 |
| | DTW | Short conference with S. Bossay regarding assisting with WRG audit (.1); review all documents related to Orrick 23rd interim application (.8); begin drafting initial report regarding same (.8); research cab fares regarding Peterson (.1). | 1.80 | 261.00 |
| | MSH | Update Final Final Report database and check calculations for 14th interim (1.8), and 15th interim (1.9) | 3.70 | 148.00 |
| | ERU | Update and edit Project Category spreadsheet for the 23rd Interim | 0.30 | 12.00 |
| 5/9/2007 | JAW | detailed review of Caplin Feburary 2007 monthly invoice (3.2); draft summary of same (1.3) | 4.50 | 607.50 |
| | WHS | receive and review objection | 0.10 | 27.50 |
| | DTW | Continue drafting Orrick initial report for the 23rd interim (2.6); review AKO 23rd interim application (.7); review Austern 23rd fee application (.4). | 3.70 | 536.50 |
| | MSH | Update Final Final Report database and check calculations for 16th interim (1.0) | 1.00 | 40.00 |
| | ERU | Update database with Holme 12.06 | 0.10 | 4.00 |
| 5/10/2007 | DTW | Pacer research regarding Baker and Beveridge interim applications (.3); begin review of Blackstone 23rd application (.4); review of Buchanan 23rd application (.2); begin review of C&L 23rd application (1.8). | 2.70 | 391.50 |
| | MSH | continue to Update Final Final Report database and check calculations for 16th interim information (.8), begin 17th interim (.3) | 1.10 | 44.00 |
| | MSH | Update Final Final Report database and check calculations for 18th interim information (1.5) | 1.50 | 60.00 |
| | JAW | draft summary of Kirkland January 2007 monthly invoice (5.4) | 5.40 | 729.00 |

W.R. Grace & Co. Page 4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/11/2007 | ERU | Update database with e-details: Lexecon 2.07, Lexecon 3.07, Phillips 24th Interim App, Ogilvy 3.07, Ogilvy corrected 2.07 | 0.10 | 4.00 |
| | JAW | detailed review of Orrick February 2007 monthly invoice (2.8); draft summary of same (2.4) | 5.20 | 702.00 |
| | ERU | Update database with Phillips 24th Interim App, Beveridge 23rd Interim App; Update and edit Project Category spreadsheet for Beveridge for the 23rd Interim | 0.10 | 4.00 |
| 5/13/2007 | MSH | continue updating Final Final Report database and check calculations for 17th interim information (.4) and 18th interim information (.2) | 0.60 | 24.00 |
| 5/14/2007 | MSH | continue to Update Final Final Report database and check calculations for 17th interim information (1.0) and 19th interim (1.5), PACER research regarding orders approving Blackstone's 18th and 19th interim fees and expenses (.5), complete 18th interim database information (.1), complete 19th interim database information (.2), Update Final Final Report database and check calculations for the 20th interim (1.9) and begin 21st interim (.3) | 5.50 | 220.00 |
| | SLB | complete draft of 23rd Interim initial report - LAS (5.8) | 5.80 | 812.00 |
| | SLB | review app. and begin draft of 23rd Interim initial report Comm. of Asbestos Claimants (1.4) | 1.40 | 196.00 |
| | ERU | Update database with Lexecon 2.07, Lexecon 3.07, Foley 24th Interim App e-detail, Ferry 24th Interim App e-detail | 0.10 | 4.00 |
| 5/15/2007 | SLB | begin review and draft of 23rd Interim initial report Bilzin (2.6) | 2.60 | 364.00 |
| | SLB | complete draft of 23rd Interim initial report Comm. of Asbestos Claimants (3.7) | 3.70 | 518.00 |
| | SLB | telephone conference with F. Childress@ Baker re interim app. and expenses (.2); t/c with W. Buchanan @ Buchanan re Richardson Patrick filing (.1) | 0.30 | 42.00 |
| | SLB | draft e-mails to K&E (.2), Stroock (.1), Reed Smith (.1), Caplin (.1), Baker (.1), Buchanan (.1) re 23rd Interim initial reports | 0.70 | 98.00 |
| | DTW | Review and revise 23rd initial reports for Caplin, K&E, LAS, Reed Smith, and Stroock (.4). | 0.40 | 58.00 |

W.R. Grace & Co.      Page 5

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/15/2007 | JAW | detailed review of Reed Smith February 2007 monthly invoice (6.6); draft summary of same (0.7) | 7.30 | 985.50 |
| | ERU | Update database with Casner 3.07, Protiviti 2-3.07 Fee App, Beveridge 2.07, Beveridge 3.07 (.1), Ogilvy amended 2.07, Ogilvy 3.07, Woodcock 3.07, Casner 3.07 e-detail (.1) | 0.20 | 8.00 |
| | MSH | continue to Update Final Final Report database and check calculations for the 21st interim (1.7) and the 22nd interim (1.6) | 3.30 | 132.00 |
| | MSH | Prepare Caplin 23rd interim initial report for service (.1), same re Kirkland (.1), LAS (.1), Reed (.1), and Stroock (.1) | 0.50 | 20.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 5/16/2007 | SLB | draft e-mail to K. Campbell @ Campbell Levine re 23rd Interim PI Comm initial report (.2); e-mail to F. Childress re Baker initial report (.2) | 0.40 | 56.00 |
| | SLB | begin draft of 23rd Interim initial report - Baker (6.2) | 6.20 | 868.00 |
| | DTW | Review and revise ACC initial report for the 23rd interim (.1). | 0.10 | 14.50 |
| | SLB | telephone conference with T. Scoles @ Deloitte re 23rd Interim filing (.2); t/c J. Sakalo @ Bilzin re 23rd Interim Bilzin and Property Damage initial reports (.1) | 0.30 | 42.00 |
| | MSH | Prepare Asbestos Claimants Comm. 23rd interim initial report for service | 0.10 | 4.00 |
| | ERU | Update database with Foley 24th Interim App, Pitney 24th Interim App, Reed Smith 24th Interim App, Pachulski 23rd Interim App (.1). Update Project Category spreadsheet with Pachulski for the 23rd Interim (.1) | 0.20 | 8.00 |
| 5/17/2007 | SLB | detailed review of 23rd Interim Bilzin (6.8) | 6.80 | 952.00 |
| | SLB | begin draft of 23rd Interim initial report - Bilzin (.7) | 0.70 | 98.00 |
| 5/18/2007 | SLB | draft e-mail to D. Fullem @ Orrick re 23rd Interim expense detail (.2); email to J. Sakalo and L. Flores @ Bilzin re 23rd Interim initial report (.2) | 0.40 | 56.00 |

W.R. Grace & Co.            Page 6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/18/2007 | DTW | Review and revise Bilzin 23rd initial report (.1). | 0.10 | 14.50 |
| | SLB | complete draft of 23rd Interim initial report - Bilzin (4.9) | 4.90 | 686.00 |
| | SLB | continue draft of 23rd Interim initial report - Baker (1.8) | 1.80 | 252.00 |
| | ERU | Update database with e-details: Campbell 24th Interim App, Caplin 24th Interim App, Tersigni 24th Interim App, LAS 24th Interim App (.1), AKO 24th Interim App, Bilzin 24th Interim App, Austern 2.07, Austern 3.07, Towers 3.07 (.1) | 0.20 | 8.00 |
| | ERU | Update database with Deloitte Tax 9.06, Deloitte Tax 10.06, Deloitte Tax 11.06, BMC 10.06, Ferry 24th Interim App, Nelson 24th Interim App, Casner 23rd Interim App (.1), Tersigni 24th Interim App, Caplin 24th Interim App, AKO 24th Interim App, LAS 24th Interim App, Campbell 24th Interim App (.1), Update Project Category spreadsheet with Casner for the 23rd Interim (.1) | 0.30 | 12.00 |
| 5/21/2007 | DTW | Review and revise 23rd initial report for Baker (.2); same regarding Protiviti (.1). | 0.30 | 43.50 |
| | MSH | Prepare Baker 23rd interim initial report for service | 0.10 | 4.00 |
| | MSH | Prepare Bilzin 23rd interim initial report for service (.1), same re Protiviti (.1) | 0.20 | 8.00 |
| | JBA | Draft of WHS CNOs for 1.07 (.1), 2.07 (.1), and 3.07 (.1) | 0.30 | 33.00 |
| | JBA | Electronic filing with Court re: WHS CNOs for 1.07, 2.07, and 3.07 .1 | 0.10 | 11.00 |
| | ERU | Update database with Bilzin 24th Interim App, Ogilvy 24th Interim App, Austern 2.07, Austern 3.07, Towers 3.07, Orrick 3.07, Orrick 3.07 e-detail | 0.10 | 4.00 |
| | SLB | complete draft of 23rd Interim initial report - Baker (3.3) | 3.30 | 462.00 |

| W.R. Grace & Co. | | | Page | 7 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| 5/21/2007 SLB | draft e-mails (2) to M. Eskin @ Campbell re PI Comm. (.2); e-mail to F. Childress @ Baker re 23rd Interim initial report (.2); K. Ortega @ L&W re 23rd Interim quaterly filing (.1); A. Moran @ Steptoe re same (.1);K. Miller @ PwC re same (.1) | | 0.70 | 98.00 |
| SLB | telephone conference with K. Jones @ RPWB re 23rd quarterly filing (.1);S. Haggs @ HRO re same (.1); P. Marks @ Beveridge re same (.1) | | 0.30 | 42.00 |
| SLB | detailed review of 22nd and 23rd Interim apps.- Deloitte Tax (2.8) | | 2.80 | 392.00 |
| 5/22/2007 SLB | complete review and draft of 23rd Interim initial report - Protiviti (3.2); complete review and draft of 23rd Interim final report - Capstone (2.2) | | 5.40 | 756.00 |
| SLB | telephone conference with M. Hendrixson @ Protiviti re correction in e-mail and new contact list (.2); t/c with L. Hamilton @ Capstone re 23rd Interim report (.1) | | 0.30 | 42.00 |
| SLB | draft e-mails to M. Hendrixson and K. Strickler @ Protiviti re 23rd Interim initial report (.2); e-mail to T. Scoles @ Deloitte re 23rd Interim app. (.1)e-mail to K. Miller @ PwC re same (.1) | | 0.40 | 56.00 |
| SLB | draft of 23rd Interim final report - PI Committee (1.2) | | 1.20 | 168.00 |
| 5/23/2007 SLB | draft of 23rd Interim final report - CDG (1.1) | | 1.10 | 154.00 |
| MSH | Update database with e-detail of Scott Law 1.07, 2.07, and 3.07 (.1) | | 0.10 | 4.00 |
| MSH | Prepare Orrick 23rd interim initial report for service | | 0.10 | 4.00 |
| MSH | Update database with e-detail for HRA 24th interim application, Hilsoft 24th interim application, and Holme 23rd interim application (.1) | | 0.10 | 4.00 |
| SLB | draft e-mail to D. Fullem @ Orrick re 23rd Interim initial report (.2); e-mail to P. Adams @ Ogilvy requesting all retention documents and expense detail re 24th Interim application (.2) | | 0.40 | 56.00 |
| SLB | complete draft of 23rd Interim initial report - Orrick (3.3) | | 3.30 | 462.00 |

W.R. Grace & Co.          Page    8

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/23/2007 | DTW | Review and revise Orrick initial report for the 23rd interim (.1). | 0.10 | 14.50 |
| | ERU | Update database with Holme 23rd Interim App, BMC 11.06, BMC 12.06, BMC 23rd Interim App, Baker 12.06, PWC 23rd e-detail (.1), Update Project Category spreadsheet with Holme for the 23rd Interim (.2) | 0.30 | 12.00 |
| | SLB | complete draft of 23rd Interim final report - Protiviti (2.7) | 2.70 | 378.00 |
| 5/24/2007 | WHS | receive and review agenda | 0.10 | 27.50 |
| | ERU | Update database with Scott Law 1.07, Scott Law 2.07, Scott Law 3.07, PWC 23rd Interim App (.1), Update Project Category spreadsheet for PWC for the 23rd Interim (.2) | 0.30 | 12.00 |
| | SLB | telephone conference with A. Moran re error in 23rd Interim quarterly app. (.1) | 0.10 | 14.00 |
| | SLB | draft 23rd Interim final report - AKO (.9); draft of 23rd Interim final report- Blackstone (2.2); draft of 23rd Interim final report - Buchanan (1.8) | 4.90 | 686.00 |
| | SLB | draft of 23rd Interim final report - LAS (2.9) | 2.90 | 406.00 |
| 5/25/2007 | SLB | draft 23rd Interim final report - Stroock (1.2); Reed Smith (2.3); K&E (4.4) | 7.90 | 1,106.00 |
| | DTW | Review and revise 23rd interim initial report for Duane Morris (.1). | 0.10 | 14.50 |
| | MSH | Prepare Duane 23rd interim initial report for service | 0.10 | 4.00 |
| | MSH | Update database with e-detail of Piper 2.07 and 3.07 | 0.10 | 4.00 |
| | WHS | receive and review amended agenda | 0.10 | 27.50 |
| 5/28/2007 | SLB | complete drafts of 23rd Interim final reports - Pitney (1.2) and Nelson Mullins (1.6) | 2.80 | 392.00 |

W.R. Grace & Co.                                                                                                  Page    9

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/29/2007 | SLB | complete review of app. and draft of 23rd Interim final reports - Casner (2.2); HRO (1.7); Pachulski (2.0); Woodcock (1.6) | 7.50 | 1,050.00 |
| | WHS | detailed review of, and revisions to, FR Stroock 23int 10-12.06 | 0.20 | 55.00 |
| | WHS | detailed review of, and revisions to, Reed 23int 10-12.06 | 0.20 | 55.00 |
| | MSH | Update database with Nelson 4.07 and Piper 2.07 and 3.07 | 0.10 | 4.00 |
| | MSH | Update database with e-detail of Buchanan 4.07 | 0.10 | 4.00 |
| | MSH | draft updates to the Project Catagory Spreadsheet for the 23rd interim (.3), e-mail S. Bossay re same (.1) | 0.40 | 16.00 |
| | MSH | Update database with Hamilton 24th interim application, Orrick response to 23rd interim initial report, and Baker 23rd interim application (.1) | 0.10 | 4.00 |
| | MSH | Update database with e-detail of Duane Morris 24th interim application, Hamilton 4.07 and Bilzin 4.07 (.1) | 0.10 | 4.00 |
| | WHS | detailed review of, and revisions to, FR Protiviti 23int 10-12.06 | 0.20 | 55.00 |
| | WHS | receive and review amended agenda | 0.10 | 27.50 |
| | WHS | detailed review of, and revisions to, FR LAS 23int 10-12.06 | 0.20 | 55.00 |
| | JBA | Electronic filing with court of 23rd Interim Final Reports re: LAS (.2), Protoviti (.2), and Reed Smith (.3) | 0.70 | 28.00 |
| 5/30/2007 | MSH | Update database with e-detail of Reed 4.07 | 0.10 | 4.00 |
| | MSH | draft updates to Project Catagory Spreadsheet for the 23rd interim (.3) | 0.30 | 12.00 |
| | MSH | Update database with Steptoe corrected 23rd interim application | 0.10 | 4.00 |

W.R. Grace & Co.            Page    10

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/30/2007 | MSH | Update database with Sullivan 23rd interim application, Scott Law 23rd interim application, and Scott Law 24th interim application (.1) | 0.10 | 4.00 |
| | MSH | Update database with Kirkland 4.07, Duane 24th interim application (.1); Richardson 10.06, 11.06, and 12.06 (.1) | 0.20 | 8.00 |
| | SLB | draft e-mail to J. O'Neil @ Pachulski re quarterly apps. of L&W and Deloitte Tax (.2); e-mail to W. Sullivan @ Sullivan re filing of quarterly app. for RPWB (.1) | 0.30 | 42.00 |
| | SLB | draft 23rd Interim final reports - RPWB (1.1); Sullivan (1.6); Scott Law (1.5) | 4.20 | 588.00 |
| | SLB | PACER research regarding 23rd Interim quarterly applications/docket numbers for charts (2.9) | 2.90 | 406.00 |
| 5/31/2007 | WHS | detailed review of, and revisions to, FR KE 23rd 10-12.06 | 0.30 | 82.50 |
| | WHS | detailed review of, and revisions to, FR re Sonnenschein 21Q 11.06-1.07 | 0.30 | 82.50 |
| | WHS | detailed review of FR Blackstone 23int 10-12.06 | 0.20 | 55.00 |
| | WHS | detailed review of Duane 23rd Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Scott Law 23rd Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Richardson 23rd Int FR | 0.10 | 27.50 |
| | WHS | detailed review of, and revisions to, Piper 23rd Int FR | 0.20 | 55.00 |
| | WHS | detailed review of FR Comm of Asbestos Claimants 23int 10-12.06 | 0.20 | 55.00 |
| | MSH | Update database with e-details of Phillips 4.07 and Ferry 4.07 | 0.10 | 4.00 |

W.R. Grace & Co.       Page   11

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/31/2007 | JBA | Electronic filing with court of Final Report re: Stroock 23rd Interim (.3) | 0.30 | 12.00 |
| | MSH | Update database with e-details of Caplin's response to 23rd interim initial report | 0.10 | 4.00 |
| | MSH | Update database with Phillips 4.07 and Pachulski 3.07 (.1), Socha 11.06, 12.06, and 2.07 (.1) | 0.20 | 8.00 |
| | MSH | Update database with Buchanan 4.07 | 0.10 | 4.00 |
| | SLB | complete draft of 23rd Interim final report L&W (1.8) | 1.80 | 252.00 |
| | SLB | draft e-mail to T. Scoles @ Deloitte re 23rd Interim quarterly app. (.2) | 0.20 | 28.00 |
| | SLB | begin draft of 23rd Interim fee and expense charts (4.4) | 4.40 | 616.00 |

**For professional services rendered**     **207.70 $24,573.00**

Additional Charges :

| | Price | |
|---|---:|---:|
| PACER charges for May 2007 | 39.52 | 39.52 |

**Total costs**     **$39.52**

**Total amount of this bill**     **$24,612.52**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Doreen T Williams | 9.30 | 145.00 | $1,348.50 |
| Erika Urban | 5.90 | 40.00 | $236.00 |
| James A. Wehrmann | 27.60 | 135.00 | $3,726.00 |

W.R. Grace & Co.                                                                                                  Page     12

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeff B. Allgood | 0.40 | 110.00 | $44.00 |
| Jeff B. Allgood | 1.00 | 40.00 | $40.00 |
| Melinda S Helsley | 41.30 | 40.00 | $1,652.00 |
| Stephen L. Bossay | 119.10 | 140.00 | $16,674.00 |
| Warren H Smith | 3.10 | 275.00 | $852.50 |