IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | Objection Deadline: June 18, 2007 at 4:00 p.m.<br>Hearing Date: September 24, 2007 at 2:00 p.m. |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 15875

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Twenty-Fourth Quarterly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From January 1, 2007 Through March 31, 2007** (the "Application") [Docket No. 15875] filed on May 29, 2007.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the Twenty-Third Quarterly Fee Application, objections to the Application were to be filed and served no later than June 18, 2007 at 4:00 p.m.

Dated: June 21, 2007
Wilmington, Delaware

*[signature]*

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302)-657-4942
Facsimile:   (302)-657-4901
Email:   mlastowski@duanemorris.com
    rwriley@duanemorris.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*

DM3\528204.1