# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Related to Doc. Nos. 9315 & 15162** |
| | | 16041 |

## ORDER DISALLOWING AND EXPUNGING
## PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan law firm have stipulated and agreed that the property damage claims filed on behalf of Folger Building #2 (Claim No. 11055) shall be withdrawn and expunged.

IT IS HEREBY ORDERED:

Claim No. 11055 filed on behalf of Folger Building #2 is hereby withdrawn and expunged.

Dated: June 18, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge