# EXHIBIT 2

## for WR Grace

Total number of parties: 2

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24967 | FOLGER BUILDING #2, C/O AMANDA G STEINMEYER, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24967 | SPEIGHTS & RUNYAN, DANIEL A SPEIGHTS, ESQ, (RE: ANDERSON MEMORIAL HOSPITAL), 200 JACKSON AVE, EAST, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

Subtotal for this group: 2