# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

RE: 9315, 16047

### ORDER DISALLOWING AND EXPUNGING PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan law firm have stipulated and agreed that the property damage claims filed on behalf of Sutter Place Office Building (Claim No. 10757), San Leandro Memorial Hospital (Claim No. 10805), Four Embarcadero Center (Claim No. 10885), Three Embarcadero Center (Claim No. 10886), and Santa Teresa Office Building (Claim No. 11227) shall be withdrawn and expunged.

IT IS HEREBY ORDERED:

Property damage claims filed on behalf of Sutter Place Office Building (Claim No. 10757), San Leandro Memorial Hospital (Claim No. 10805), Four Embarcadero Center (Claim No. 10885), Three Embarcadero Center (Claim No. 10886), and Santa Teresa Office Building (Claim No. 11227) are hereby withdrawn and expunged.

Dated: June 18, 2007

Judith K. Fitzgerald
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge