*page 5 of 6*

# EXHIBIT 2

## for WR Grace

**Total number of parties: 6**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24968 | SPEIGHTS & RUNYAN, DANIEL A SPEIGHTS, ESQ, (RE: ANDERSON MEMORIAL HOSPITAL), 200 JACKSON AVE, EAST, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24968 | STEINMEYER, AMANDA G, (RE: SAN LEANDRO MEMORIAL HOSPITAL), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24968 | STEINMEYER, AMANDA G, (RE: SUTTER PLACE OFFICE BUILDING), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24968 | STEINMEYER, AMANDA G, (RE: THREE EMBARCADERO CENTER), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24968 | STEINMEYER, AMANDA G, (RE: FOUR EMBARCADERO CENTER), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 24968 | STEINMEYER, AMANDA G, (RE: TERESA OFFICE BUILDING), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group: 6**