IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 13406, 15527, 15686** |

**CERTIFICATION OF COUNSEL REGARDING SCHEDULING ORDER FOR
ADJUDICATION OF ASBESTOS PD CLAIMS ON JULY 30, 2007 – AUGUST 1, 2007**

1.    At the May 30, 2007 hearing, the Court discussed scheduling with respect to the

Debtors' List of Claims to be tried on June 26, 2007 [Docket No. 15686] ("Debtors' List"). At

the hearing, the Debtors proposed that the statute of limitation objections to certain of the claims

on Debtors' List would be tried on July 30 – August 1, 2007.

2.    The Court directed Debtors to communicate with counsel for the Asbestos PD

Claimants whose claims Debtors have proposed to be tried on those dates and work out a pretrial

schedule.

3.    The Debtors have coordinated with Motley Rice, the counsel for the claimants

whose claims will be tried on July 30 – August 1, 2007 and developed an order that sets a

number of deadlines related to pretrial procedures (the "Scheduling Order"). Motley Rice has

agreed to the timelines set forth in the Scheduling Order.

4.    Accordingly, the Debtors respectfully request that the Court approve the proposed

Scheduling Order attached hereto as Exhibit A.

Dated:  June 21, 2007

REED SMITH LLP
James J. Restivo, Jr. (#10113)
Lawrence Flatley (#21871)
Douglas E. Cameron (#41644)
Traci S. Rea (#76258)
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

And

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

2

PGHLIB-2079614.1

91100-001\DOCS_DE:128496.1