# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) ) | In Proceedings for a Reorganization under |
| W.R. GRACE & CO., *et al.*, | ) ) | Chapter 11 |
| Debtor. | ) ) ) | Case No. 01-01139-JKF Jointly Administered |

Related to Docket Nos.
13120, 13406, 14510

## SCHEDULING ORDER FOR ADJUDICATION OF
## ASBESTOS PD CLAIMS ON JULY 30, 2007 - AUGUST 1, 2007

On April 11, 2007, the Court entered a Modified Amended Scheduling Order for

Adjudication of Asbestos PD Claims [Docket No. 15156] that included an Order that the

Debtors' limitations period objections would not be adjudicated at the hearing on certain specific

objections to Asbestos PD claims that was scheduled for April 23, 24 and 25, 2007.  At the

May 2, 2007 hearing, the Court directed Debtors to submit a list of Asbestos PD Claims to be

tried on June 26, 2007 on either statute of limitations or product identification grounds.  On

May 17, 2007, Debtors' filed its List of Claims to be Tried on June 26, 2007 [Docket No.

15686].  At the May 30, 2007 hearing, the Debtors advised the Court that many of the claims on

that list would not be tried on June 26, 2007 and proposed that certain of these claims be

adjudicated on July 30 - August 1, 2007.  The Court directed Debtors to communicate with

counsel for the Asbestos PD Claimants whose claims Debtors have proposed to be tried on those

dates and work out a pretrial schedule for the July 30 - August 1, 2007 hearing.

WHEREFORE, IT IS HEREBY ORDERED THAT:

1.    The hearing scheduled to take place on **July 30 - 31 and August 1, 2007, beginning at 11:00 a.m. Eastern Time on July 30, 2007 and 9:00 a.m. Eastern Time** each day thereafter in Pittsburgh, Pennsylvania, will address only the limitation period objections to certain of the claims set forth in Section A of Debtors' List of Claims to be Tried on June 26, 2007 (Docket No. 15686).

2.    With respect to the July 30 - August 1, 2007 hearings, the following pre-trial schedule will apply:

   a.   By close of business Eastern Time, July 2, 2007, the Debtors will file the list of the claims to which the Debtors will pursue the limitations period objections at the hearing in the order that Debtors will address the claims.

   b.   By close of business Eastern Time, July 9, 2007, the Debtors will provide to counsel for the claimants whose claims will be tried the following:

      (1)    Final witness list;

      (2)    Deposition designations;

      (3)    All exhibits, pre-marked, to be used at the July 30 - August 1, 2007 hearing;

      (4)    Trial Brief; and,

      (5)    Witness declarations or witness affidavits for any witness the Debtors intend to present in their cases-in-chief on direct by declaration and not live.

-2-

c.   By close of business Eastern Time, July 16, 2007, the claimants will provide to counsel for the Debtors the following:

(1)      Final witness list;

(2)      Deposition designations;

(3)      All exhibits, pre-marked, to be used at the July 30 - August 1, 2007 hearing;

(4)      Trial Brief;

(5)      Witness declarations or witness affidavits for any witness the claimants intend to present in their cases-in-chief on direct by declaration and not live.

(6)      Objections to Debtor exhibits;

(7)      Deposition counter designations;

(8)      Objections to the affidavits/declarations, if any, submitted by Debtors; and,

(9)      Motions in Limine.

d.   On July 18, 2007, the Debtors shall deliver to Judge Fitzgerald's chambers, binders that will include:  (1) final witness lists for all parties; (2) deposition designations for all parties; (3) limitations period expert reports, if any, for all parties; (4) pre-marked Exhibits for all parties; (5) trial briefs for all parties; and, (6) the declarations or affidavits of any of the witnesses who will not be called live on direct.

e.   By the close of business Eastern Time, July 20, 2007, the Debtors will provide the following:

(1)      Motions in Limine; and,

(2)      Responses to claimants' motions in limine.

f.   By the close of business Eastern Time, July 23, 2007, the Debtors will provide the following:

(1)      Objections to claimants' exhibits;

(2)      Objections to the affidavits/declarations, if any, submitted by claimants;

(3)      Deposition counter designations; and,

(4)      Reply to claimants' trial brief.

g.   By close of business Eastern Time, July 24, 2007 the Claimants will file their responses to any motions in limine filed by Debtors.

h.   By 3:00 p.m. on July 25, 2007, Debtors will deliver to Judge Fitzgerald's chambers the supplemental documents referenced in Para. 2(e), 2(f) and 2(g) above.

i.   The hearing on all the limitation periods and product identification objections relating to the claims identified in the list that will be created by Debtors pursuant to Para. 2(a) above will be conducted on July 30 - August 1, 2007.

3.      There will be a telephonic final pretrial conference via Court Call on **July ___, 2007, at _____ Eastern Time.**

-4-

4.    The Debtors will serve this Scheduling Order on counsel for all PD Claimants affected by the Order.

Dated: June ___, 2007

                                                _____
                                                The Honorable Judith K. Fitzgerald
                                                United States Bankruptcy Court

91100-001\DOCS_DE:128497.1