IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 16099** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

Michele Santore being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP and that on the 21st day of June, 2007, she caused a copy of the following document to be served upon the following service list in the manner indicated:

**Amended Notice of Sale of Washcoat Business**

_____
Michele Santore

Sworn to and subscribed before
me this 21st day of June, 2007

_____
Notary Public
My Commission Expires: 2-20-08

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 20, 2008

91100-001\DOCS_DE:126990.15

W.R. Grace Project Gemini
Supplemental Service List
Case No. 01-01139
Document No. 128432
01 – First Class Mail
01 – Foreign First Class

**First Class Mail**
Dr. Terry A. Ring
3295 E. Deer Hollow Drive
Sandy, UT 84092

**Foreign First Class Mail**
Dr. Alessandro Trovarelli
University of Udine
Department of Chemical
Science and Technology
Via Cotonificio, 108
Udine 33100
Italy