IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF CHANGE OF BUSINESS NAME

**PLEASE TAKE NOTICE** that the Williams Bailey Law Firm, LLP, has changed its business name to Williams Kherkher Hart & Boundas, LLP.

Any pleadings, notices and correspondence should hereafter reflect the name change by designating the firm as "Williams Kherkher Hart & Boundas, LLP."


Dated: June 22, 2007         Respectfully submitted,

                             */s/ Daniel K. Hogan*
                             Daniel K. Hogan (ID no. 2814)
                             **THE HOGAN FIRM**
                             1311 Delaware Avenue
                             Wilmington, Delaware 19806
                             Telephone:  (302) 656-7540
                             Facsimile:   (302) 656-7599
                             E-mail:  dkhogan@dkhogan.com

                             **LOCAL COUNSEL FOR WILLIAMS
                             KHERKHER HART & BOUNDAS, LLP.**

                             and

Sander L. Esserman
David J. Parsons
**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

**COUNSEL FOR WILLIAMS KHERKHER
HART & BOUNDAS, LLP.**