<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that, on June 22, 2007, true and correct copies of

**NOTICE OF CHANGE OF BUSINESS NAME OF WILLIAMS BAILEY LAW FIRM, LLP, TO WILLIAMS KHERKHER HART & BOUNDAS, LLP , were served via the manner indicated, upon the parties on the 2002 service list.**

/s/ Daniel K. Hogan
Daniel K. Hogan