IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 15625, 15697, 15701, 15702** |

**CERTIFICATION OF COUNSEL REGARDING ORDER CONCERNING DEBTORS'
MOTION FOR LEAVE TO AMEND THEIR OBJECTIONS TO
<u>CERTAIN PROPERTY DAMAGE CLAIMS</u>**

1.      On May 30, 2007, the Court held a hearing on Debtors' Motion for Leave

to Amend Their Objections to Certain Property Damage Claims [Docket No. 15625].

2.      The Court directed Debtors to prepare an Order on Certification of

Counsel setting forth the Court's rulings at the May 30 hearing.

3.      Debtors have conferred with the Speights & Runyan firm regarding such

an Order but the parties have been unable to agree upon an Order that reflects the Court's rulings

at the May 30 hearing.

4.      As a result, Debtors have prepared the Order attached hereto as Exhibit A

which Debtors believe accurately reflects the Court's rulings at the May 30, 2007 hearing.

Debtors request that the Court enter the Order attached hereto as Exhibit A.

5.      Debtors have attached hereto as Exhibit B an Order prepared by the

Speights & Runyan firm which Speights & Runyan believes accurately reflects the Court's

rulings at the May 30, 2007 hearing. The Speights & Runyan firm requests that the Court enter

the Order attached hereto as Exhibit B.

        6.     Attached as Exhibit C is a redline version that reflects Speights &

Runyan's suggested changes to the Debtors' proposed Order.

Dated:  June 21, 2007

                                  REED SMITH LLP
                                  James J. Restivo, Jr.
                                  Lawrence E. Flatley
                                  Douglas E. Cameron
                                  Traci S. Rea
                                  435 Sixth Avenue
                                  Pittsburgh, PA   15219
                                  (412) 288-3131

                                  and

                                  KIRKLAND & ELLIS LLP
                                  David M. Bernick, P.C.
                                  Lisa G. Esayian
                                  Janet S. Baer
                                  Samuel Blatnick
                                  200 East Randolph Drive
                                  Chicago, IL  60601
                                  (312) 861-2000

                                  and

                                  PACHULSKI STANG ZIEHL YOUNG JONES &
                                  WEINTRAUB LLP

                                  _____
                                  Laura Davis Jones (Bar No. 2436)
                                  James E. O'Neill (Bar No. 4042)
                                  Timothy Cairns (Bar No. 4228)
                                  919 North Market Street, 17th Floor
                                  P. O. Box 8705
                                  Wilmington, DE  19899-8705
                                  (302) 652-4100

                                  Co-Counsel for the Debtors and
                                  Debtors in Possession