# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2007 - APRIL 30, 2007**

| Matter Code | Project Category | Hours | Total Fees |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 89.4 | $ 60,529.50 |
| 0013 | Business Operations | 4.4 | 2,713.00 |
| 0014 | Case Administration | 64.3 | 13,947.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 13.4 | 8,336.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 63.6 | 34,068.00 |
| 0018 | Fee Application, Applicant | 17.1 | 5,667.50 |
| 0019 | Creditor Inquiries | 2.0 | 1,510.00 |
| 0020 | Fee Application, Others | 4.1 | 676.50 |
| 0031 | Investigations | 0.5 | 360.00 |
| 0035 | Travel - Non Working | 12.2 | 9,162.00 |
| 0036 | Plan and Disclosure Statement | 5.6 | 3,643.00 |
| 0037 | Hearings | 47.7 | 30,704.50 |
| 0040 | Employment Applications - Others | 0.4 | 242.00 |
| 0047 | Tax Issues | 16.6 | 10,667.50 |
| | | | |
| | | | |
| | Sub Total | 341.3 | $ 182,227.00 |
| | Less 50% Travel | (6.1) | (4,581.00) |
| | Total | 335.2 | $ 177,646.00 |

# STROOCK

## INVOICE

| DATE | June 18, 2007 |
|---|---|
| INVOICE NO. | 411280 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through April 30, 2007, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/02/2007 | Attend to memorandum re Libby/Debtors agreement on PI CMO schedule. | Krieger, A. | 0.1 |
| 04/03/2007 | Attend to revised PI CMO and multiple other orders entered by the Court (.4); exchanged memoranda with J. Baer re: National Union adversary hearing (.2). | Krieger, A. | 0.6 |
| 04/03/2007 | Review revised PI CMO (.2); review memo to Committee re 4/2 court hearing (.2). | Kruger, L. | 0.4 |
| 04/03/2007 | Review issues re estimation and Navigant report. | Kruger, L. | 1.2 |
| 04/03/2007 | Attention to status of Navigant work and related PI estimation issues. | Pasquale, K. | 2.2 |
| 04/04/2007 | Attend to Debtors' Emergency Motion to quash subpoena re Langer deposition (.2); attend to recently filed pleading in connection with BNSF matter (Adv. Pro. 01-771) (.2). | Krieger, A. | 0.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/05/2007 | Attend to newly filed pleadings including Baron & Budd, et al. emergency motion for expedited consideration (.8); motion by Equity Committee to modify Lexecon LLC retention order (.4); deposition notices (.1). | Krieger, A. | 1.3 |
| 04/05/2007 | Review Baron and Budd emergency motion (.4); PI estimation and pleadings (.6). | Kruger, L. | 1.0 |
| 04/05/2007 | Attention to matters for 4/13 PI-related Court hearing (.8); attention to PI estimation issues, documents (1.5). | Pasquale, K. | 2.3 |
| 04/06/2007 | Attend to newly filed pleadings, orders, depositions, notices, emergency scheduling orders and updated events/deadlines schedule (2.9); attend to agenda for 4/09/07 hearings (.2); attend to Debtors' motion regarding non-compliance with x-ray order (.1); Debtors' responses and objection to Anderson Memorial Hospitals interrogatories (.1); attend to Libby Claimants' emergency motion to reschedule Debtors' motion to expand the preliminary injunction to include BNSF-related claims (.1); attend to Debtors' replies and certain responses re Debtors' objections to PD Claims (2.4). | Krieger, A. | 5.8 |
| 04/06/2007 | Review PI pleadings re: PIQ and x-ray issue (.6); review amended PI CMO (.3); review agenda for 4/9 hearing (.1). | Kruger, L. | 1.0 |
| 04/06/2007 | Attention to PI claimants' pleadings re: PIQ, X-ray motions. | Pasquale, K. | 1.3 |
| 04/09/2007 | Attention to ACC objection re PIQ motion (.3); attention to debtors' responses re PIQ appeal (.5); attention to debtors' PD POC amendment motion (.2). | Pasquale, K. | 1.0 |
| 04/10/2007 | Memorandum to KP re D. Siegel deposition (.1); attend to responsive pleadings for 4/13/07 hearing re consulting expert privilege issues, Barron & Budd motion for leave to appeal (3.3); attend to orders disallowing certain claims addressed during 4/9/07 hearings (.2). | Krieger, A. | 3.6 |
| 04/10/2007 | Review objection to debtors motion to compel compliance re consulting experts (.3); review Libby claimants motion to expand preliminary | Kruger, L. | 0.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | injunction and re expedited discovery (.3); review Motley Rice motion to strike and opposition to debtors motion to compel (.3). | | |
| 04/10/2007 | Attention to PI estimation issues and pleadings. | Pasquale, K. | 0.8 |
| 04/11/2007 | Attend to Debtors' motion to quash Speights, Dr. Langer deposition subpoena (.1); attend to Motley Rice motion to strike and in opposition to Debtors' motion to compel (.2); attend to other law firms oppositions to debtors' motions to compel (.5); attend to case law re Rule 8002(c), other (2.7). | Krieger, A. | 3.5 |
| 04/11/2007 | Review pleadings for Court hearing on 4/13 (.3); review debtor discovery comments (.6); review Rule 8002(c) issue (.6). | Kruger, L. | 1.5 |
| 04/11/2007 | Attention to non-party discovery documents from debtors (2.0); attention to pleadings for 4/13 hearing (.6). | Pasquale, K. | 2.6 |
| 04/12/2007 | Attend to Libby Claimants' discovery requests (.6); attend to proposed order re ACC/PI emergency motion re production of complete navigable database (.2). | Krieger, A. | 0.8 |
| 04/12/2007 | Review 4/2 transcript (.8); review Libby claimants discovery request (.3); review ACC motion for navigable database (.2); review briefs Dow Corning for use in Grace (.8). | Kruger, L. | 2.1 |
| 04/13/2007 | Attend to Continental Casualty's opposition to Libby Claimants' motion for expedited discovery (.1); attend to Debtors' emergency motion concerning amendment of PD Claims (.2). | Krieger, A. | 0.3 |
| 04/16/2007 | Attend to Debtors' objections to subpoena of BMC and Rust (.1); attend to ACC/FCR motion to compel production of pre-petition asbestos-related materials (.4). | Krieger, A. | 0.5 |
| 04/16/2007 | Review debtors' trial brief for 4/23, 4/25, product ID hearing (.2); review debtors' expert witness disclosure (.2); review mail from Landis Roth re Libby claimants re discovery (.3); review debtor financial updates (.3). | Kruger, L. | 1.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/16/2007 | Attention to debtors' objection to ACC/FCR motion to compel (.8); attention to debtors' objections to subpoenas (.4); attention to Rust and related data from debtors (1.6). | Pasquale, K. | 2.8 |
| 04/17/2007 | Attend to ACC/FCR motion to compel Debtors' production of pre-petition asbestos-related materials (.5); attend to Court orders re amended PI and PD scheduling orders and Anderson Memorial class certification scheduling order (.2); attend to update of PI Estimation schedule (.1). | Krieger, A. | 0.8 |
| 04/17/2007 | Review Anderson motion to extend deadlines. | Kruger, L. | 0.2 |
| 04/18/2007 | Attend to ACC/FCR motion to compel production re pre-petition asbestos liability estimates and Debtors' objection (1.9); attend to orders disallowing PD claims argued during April hearing (.4); attend to objections by ACC, BNSF, Libby Claimants re Debtors' motion to expand the preliminary injunction and to amend complaint, and attend to Court's order denying the State of Montana's motion for stay relief (.2); related pleadings and orders (2.8); attend to review of Court's Memorandum Decision denying Debtors' motion to expand to preliminary injunction to include actions against Montana (.6); attend to notices of rescheduled depositions, Owens Corning subpoena (.2). | Krieger, A. | 6.1 |
| 04/18/2007 | Review PI issues pleadings (.4) review PD pleadings (.3). | Kruger, L. | 0.7 |
| 04/18/2007 | Attention to pleadings filed re PI issues (.8); attention to PD pleadings filed and hearing issues (.8); attention to Grace subpoenas to OC, Congoleum (.3). | Pasquale, K. | 1.9 |
| 04/19/2007 | Attend to PD trial-related pleadings, and PD orders issued by the Court (1.3); telephone call Lisa Esayian re pre-trial conference on PD trials and memorandum re same (1.3); exchanged memoranda with LK re 4/23-25/07 trials (.1); attend to PI Committee's opposition to Debtors' BNSF Preliminary Injunction expansion motion (.7). | Krieger, A. | 3.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/19/2007 | Emails with A. Krieger re PD trial and settlement. | Kruger, L. | 0.2 |
| 04/20/2007 | Attend to pre-trial pleadings, disclosures and related material for 4/23-25/07 product identification trial (4.9); attend to PI Estimation schedule (.2). | Krieger, A. | 5.1 |
| 04/20/2007 | Attention to Debtors' response to FCR's document request. | Pasquale, K. | 0.3 |
| 04/21/2007 | Attend to pre-trial memoranda by State of California, Motley Rice claimants and portion of Dr. Lee's deposition. | Krieger, A. | 1.1 |
| 04/22/2007 | Attend to California replies to Debtors' 15th objection to claims and applicable portions to Debtors' 15th objection (.6); attend to Anderson Memorial's motion to compel production of privilege log (.1); attend to motion of Early, Ludwick for a protective order (.7). | Krieger, A. | 1.4 |
| 04/23/2007 | Attend to Zaremby deposition notice and exchange e-mail with KP re same (.1); attend to Libby claimants opposition to Debtors' motion to expand preliminary injunction to include BNSF actions (1.1); attend to rescheduled deposition notices for Centani and Egan, subpoenas for NIOSH and schedule of events (.2); attend to Anderson Memorial's motion to extend deadlines (.1); attend to Court orders re disallowing certain PD claims (.1); attend to McGarvey stipulation re x-ray compliance (.1). | Krieger, A. | 1.7 |
| 04/23/2007 | Review estimation materials and schedule for discovery. | Kruger, L. | 0.6 |
| 04/23/2007 | Attention to PI estimation issues and discovery schedule. | Pasquale, K. | 0.4 |
| 04/24/2007 | Exchanged memoranda with KP re Fred Zaremby deposition (.2); exchanged memoranda with J. Baer and KP re May 2, 2007 hearing (.1). | Krieger, A. | 0.3 |
| 04/24/2007 | Review orders re expunging PD claims. | Kruger, L. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/24/2007 | Preparation for Zaremby deposition. | Pasquale, K. | 0.8 |
| 04/25/2007 | Attend to ZAI's motion for discovery re Debtors' conduct in ZAI trial and Debtors' response (.9); attend to ACC/FCR pleadings supporting motion to compel testimony of pre-petition asbestos liability estimates (1.4); attend to draft orders re 4/13/07 hearing (.2); attend to ZAI Claimant's motion for reconsideration of Judge Buckwalter's 3/07 decision and Debtors' objection thereto (1.3). | Krieger, A. | 3.8 |
| 04/25/2007 | Review ZAI discovery motion and response (.6); review ACC/FCR motion to obtain debtors pre petition estimate of asbestos liability (.5); review ZAI motion for reconsideration of Judge Buckwalter's decision and response (.6). | Kruger, L. | 1.7 |
| 04/25/2007 | Preparation for and deposition of F. Zaremby/WR Grace. | Pasquale, K. | 7.6 |
| 04/26/2007 | Attend to proposed forms of orders re Barron & Budd matters and ACC/FCR's emergency motion to compel production of navigable database and counsels comments on the proposed orders (.6); attend to notices of appeal from PD claimants and Court order disallowing claims for lack of authority (.8); attend to Debtors' status report re non compliance with x-ray order and underlying motion (.7); attend to Maryland Casualty's reply supporting expansion of preliminary injunction (.1). | Krieger, A. | 2.2 |
| 04/26/2007 | Review PI Order (.2); emails to K. Pasquale and A. Krieger re 4/13 hearing (.2). | Kruger, L. | 0.4 |
| 04/26/2007 | Attention to debtors' proposed orders re PI-related issues. | Pasquale, K. | 0.4 |
| 04/27/2007 | Attend to objections filed by claimants and the ACC/FCR to Debtors x-ray noncompliance motion, and status report (1.3); attend to Court's orders re denying Debtors' motion for leave to file status report and striking as moot ACC/FCR motion to file opposition documents under seal (.1); attend to ACC/FCR reply in support of motion to compel discovery, deposition testimony (.9); attend to proposed | Krieger, A. | 3.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | order, interrogatories, compliance affidavit (.4); attend to Early, Ludwick's motion for protective order (.7). | | |
| 04/27/2007 | Email from AK re ZAI claimants serving interrogatories, requests for admissions etc. | Kruger, L. | 0.2 |
| 04/27/2007 | Attention to recently filed pleadings re PI issues. | Pasquale, K. | 0.6 |
| 04/30/2007 | Attend to Debtors' reply re: expansion of preliminary injunction to include actions against BNSF (1.2); attend to interrogatories and affidavit and exchanged memoranda with KP re same (.6); attend to BNSF's responses to Debtors' motions, and Continental response (.4); attend "meet and confer" re: order, affidavit of compliance and form of interrogatories re: Consulting Expert matters (1.1); attend to memorandum re: meet and confer (.8). | Krieger, A. | 4.1 |
| 04/30/2007 | Review Maryland Casualty objection re: Libby (.3); review debtors motion to injunction re State of Montana (.2). | Kruger, L. | 0.5 |
| 04/30/2007 | Attention to Esserman comments to proposed PI order. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 50.3 | $ 605 | $ 30,431.50 |
| Kruger, Lewis | 13.9 | 860 | 11,954.00 |
| Pasquale, Kenneth | 25.2 | 720 | 18,144.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 60,529.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 60,529.50 |
|---|---|

# STROOCK

| RE | Business Operations<br>699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2007 | Attend to Capstone's 2007 business plan review. | Krieger, A. | 0.2 |
| 04/02/2007 | Complete review of Capstone's draft report on 2007 business plan review, and telephone call J. Dolan re review and comments to same. | Krieger, A. | 2.6 |
| 04/02/2007 | Review monthly operating report (.2). | Kruger, L. | 0.2 |
| 04/03/2007 | Telephone call R. Frezza re Capstone's report on the Grace 2007 Business plan (.5); attend to further revised draft and memorandum to RF re same (.3). | Krieger, A. | 0.8 |
| 04/27/2007 | Attend to Grace report re first quarter results. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.2 | $ 605 | $ 2,541.00 |
| Kruger, Lewis | 0.2 | 860 | 172.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,713.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,713.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/02/2007 | Arranged for telephonic appearance for AGK on 4/9/07 (.1); o/c w/ AGK (.1). | Holzberg, E. | 0.7 |
| 04/02/2007 | Office conference EH re Court call arrangements for 04/09/07 (.1); attend to order re Circle Bar Ranch (.1). | Krieger, A. | 0.2 |
| 04/02/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review civil action case docket no. 07-0005 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3); review case file documents in preparation for central file supplementation (.7). | Mohamed, D. | 3.2 |
| 04/03/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.4). | Mohamed, D. | 1.9 |
| 04/04/2007 | Discuss with AGK re Navigant bill in preparation of completing monthly app. Reviewed bill. | Holzberg, E. | 0.5 |
| 04/04/2007 | Attend to recently received applications (.3); office conferences DM re notice of rescheduled National Union hearing, K&E counsel for service of fee applications (.2). | Krieger, A. | 0.5 |
| 04/04/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.4); retrieve and distribute recently filed pleading re adversary proceeding case docket no. 02-1657 (.3); review adversary proceeding case docket nos. 04-55083 and 05-52724 (.4), review civil | Mohamed, D. | 4.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | action case docket no. 07-0005 (.2); review case file documents in preparation for central file supplementation (.9); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | | |
| 04/05/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1). | Mohamed, D. | 1.6 |
| 04/06/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5); retrieve and distribute recently filed pleading re civil action case docket no. 07-0005 (.2); retrieve and distribute recently filed pleading re adversary proceeding case docket no. 01-771 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 2.5 |
| 04/09/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5); retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.3); review civil action case docket no. 07-0005 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 2.8 |
| 04/10/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.3). | Mohamed, D. | 1.8 |
| 04/11/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review civil action case docket no. 07-0005 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 2.4 |
| 04/12/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 1.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/13/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 1.9 |
| 04/16/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review civil action case docket no. 07-0005 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 2.1 |
| 04/17/2007 | Attend to issues re electronic notifications and exchanged memoranda with M. Lastowski, D. Mohamed re same (.4); attend to hotel expense inquiry (.2); attend to numerous notices, declarations (.3). | Krieger, A. | 0.9 |
| 04/17/2007 | Office conference with K. Pasquale and A. Krieger and calls with debtors and debtors professionals, regular status call (.7). | Kruger, L. | 0.7 |
| 04/17/2007 | Review and update case docket no. 01-1139 (.7); retrieve and distribute recently filed pleadings in main case (3.8); retrieve and distribute recently filed pleadings re: adversary proceeding case docket no. 01-771 (.8); retrieve and distribute recently filed pleadings re: civil action case docket no. 07-0005 (.3). | Mohamed, D. | 5.6 |
| 04/18/2007 | Calls to CourtCall for AGK to set up telephonic attendance at hearing on 4/23, 4/24 and 4/25 (.5); calls with Judges Chambers re: permission to attend status conference hearing telephonically (.6). | Holzberg, E. | 1.1 |
| 04/18/2007 | Telephone CourtCall re: 4/19/07 pre-trial conference call (.1); office conference E. Holzberg re: CourtCall arrangements for 4/19 and 4/23-25/07 (.3); attend to newly filed certifications, applications (.2). | Krieger, A. | 0.6 |
| 04/18/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); review adversary | Mohamed, D. | 2.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | proceeding case docket nos. 01-771, 02-1657, 02-1657 & 05-52724 (.6); review civil action case docket no. 07-0005 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | | |
| 04/19/2007 | Attend to newly filed certifications, applications, orders. | Krieger, A. | 0.4 |
| 04/19/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); attention to retrieval of certain pleadings for attorney review (.6); retrieve and distribute recently filed pleading re: civil action case docket no. 07-0005 (.2). | Mohamed, D. | 2.2 |
| 04/20/2007 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.9 |
| 04/20/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review civil action case docket no. 07-0005 (.2); attention to retrieval of certain pleadings for attorney review (.6). | Mohamed, D. | 2.6 |
| 04/23/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.0); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review civil action case docket no. 07-0005 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3); review case file documents in preparation for central file supplementation (1.2). | Mohamed, D. | 3.9 |
| 04/24/2007 | Attend to newly filed certifications, applications. | Krieger, A. | 0.2 |
| 04/24/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.1 |
| 04/25/2007 | Exchanged memoranda with J. Baer and with KP re May 2, 2007 hearing (.2); Attend to newly filed notices, certifications, applications | Krieger, A. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.3). | | |
| 04/25/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review civil action case docket no. 07-0005 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3); attention to retrieval of pleadings for attorney review (.7). | Mohamed, D. | 3.5 |
| 04/26/2007 | Reviewed legal docket and pleadings to update status (.9); call to CourtCall to arrange for AGK and LK to attend hearing on 5/2 telephonically (.2). | Holzberg, E. | 1.1 |
| 04/26/2007 | Attend to certifications, applications, orders (.6); exchanged memoranda with DM re request for documentation (.3). | Krieger, A. | 0.9 |
| 04/26/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.7); retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.5); attention to retrieval of pleadings for attorney review (.5). | Mohamed, D. | 3.3 |
| 04/27/2007 | Attend to newly filed orders, applications, notices of ZAI discovery. | Krieger, A. | 0.6 |
| 04/27/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5); review civil action case docket no. 07-0007 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3); retrieve and distribute recently filed pleadings re: adversary proceeding case docket no. 01-771 (.7). | Mohamed, D. | 3.4 |
| 04/30/2007 | Office conference LK re Grace representatives' call and exchange memoranda with J. Baer re same (.2); attend to newly filed scheduling and other motions, certifications, applications (.6). | Krieger, A. | 0.8 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 4.3 | $ 255 | $ 1,096.50 |
| Krieger, Arlene G. | 5.6 | 605 | 3,388.00 |
| Kruger, Lewis | 0.7 | 860 | 602.00 |
| Mohamed, David | 53.7 | 165 | 8,860.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,947.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,947.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|----|-------------------------------------------------------|
|    | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/06/2007 | Attend to Debtors' motion to exceed OCP cap re Socha, Perczak firm (.2); Debtors' motion for an order expunging or reducing claims paid post-petition (.2); Debtors' 22nd omnibus claims' objection (.1); Debtors' objection to claim by Massachusetts Department of Revenue (.6). | Krieger, A. | 1.1 |
| 04/06/2007 | Review debtor objection to claim of Massachusetts Department of Revenue. | Kruger, L. | 0.3 |
| 04/10/2007 | Attend to proposed Colowyo Coal settlement and exchanged memoranda with J. Baer re same. | Krieger, A. | 0.3 |
| 04/11/2007 | Attend to Colowyo settlement information and applicable case law (1.9); telephone call J. Baer re same (.4); memo to S. Cunningham re proposed settlement (.1). | Krieger, A. | 2.4 |
| 04/11/2007 | Review Colowyo settlement. | Kruger, L. | 0.6 |
| 04/12/2007 | Telephone call R. Frezza, J. Dolan re Colowyo Coal matters. | Krieger, A. | 0.5 |
| 04/13/2007 | Exchanged memoranda with J. Baer and S. Gross re Colowyo Coal documents and began to review same. | Krieger, A. | 1.2 |
| 04/15/2007 | Attend to Colowyo agreements. | Krieger, A. | 3.1 |
| 04/16/2007 | Attend to memorandum to S. Gross, J.Baer re inquiries on Colowyo settlement (.1); attend to fees and expense material from J. McFarland and telephone call J. McFarland re same (.6). | Krieger, A. | 0.7 |
| 04/17/2007 | Telephone call J. McFarland re Colowyo settlement information (.5); exchanged memoranda with J. McFarland re amendment of Recoupment Agreement (.2); attend to | Krieger, A. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | additional Colowyo documentation (.8). | | |
| 04/18/2007 | Attend to J. McFarland memo re Colowyo settlement adjustment. | Krieger, A. | 0.1 |
| 04/20/2007 | Attend to email exchanges re dispute over amendment to Colowyo agreement. | Krieger, A. | 0.3 |
| 04/27/2007 | Attend to Debtors' objection to Massachusetts Department of Revenue Claim, the MDR's response and exchanged memoranda with J. Baer re: same. | Krieger, A. | 1.2 |
| 04/30/2007 | Memorandum to J. McFarland re status of Colowyo settlement. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 12.5 | $ 605 | $ 7,562.50 |
| Kruger, Lewis | 0.9 | 860 | 774.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,336.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 8,336.50 |
|-----------------------|-----------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|----|--------------------------------------------------------|
|    | 699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/03/2007 | Exchanged memoranda with KP re 4/02/07 hearing results and memorandum to the Committee re same. | Krieger, A. | 0.3 |
| 04/03/2007 | Drafted memo to Committee re omnibus hearing. | Pasquale, K. | 1.1 |
| 04/04/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 1.0 |
| 04/04/2007 | Attend to memorandum to the Committee re Capstone's report on the Company's 2007 Business Plan and exchanged  memoranda with R. Frezza re same (.3); memorandum to KP re report summary (.1); attend to memorandum to the Committee re 4/03/07 omnibus hearing (1.4). | Krieger, A. | 1.8 |
| 04/04/2007 | Review memo to Committee re Capstone review of debtors' business plan. | Kruger, L. | 0.3 |
| 04/05/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 1.5 |
| 04/10/2007 | Attend to memorandum to the Committee re Debtors' responses to Barron & Budd motions. | Krieger, A. | 1.0 |
| 04/11/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 1.2 |
| 04/13/2007 | Attend to draft memorandum to the Committee re Debtors' motion for stay relief to commence tax court litigation and memorandum to M. Eichler re comments thereon (.6); exchanged memoranda with MG and ME re Fresenius Settlement Agreement (.3); office conference ME re modifications to memorandum (.2); memorandum to the Committee re tax court litigation (.3). | Krieger, A. | 1.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/16/2007 | Prepare memorandum for the Committee re Colowyo Settlement (3.8); exchanged memorandum with C. Freedgood re tax memorandum (.1). | Krieger, A. | 3.9 |
| 04/17/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 3.5 |
| 04/17/2007 | Conference call with Grace representatives re 4/13, 4/9 and 5/2 hearings and office conference LK, KP re same (.9); attend to Committee memorandum re Colowyo recoupment settlement (1.4); attend to Committee memorandum re April 13, 2007 hearings (1.6); exchanged memoranda with and office conference LK re Colowyo memorandum (.2); memorandum to C. Freedgood re Colowyo settlement matter (.1). | Krieger, A. | 4.2 |
| 04/17/2007 | Review memo to Committee re Colowyo settlement and OAK re same. | Kruger, L. | 0.3 |
| 04/17/2007 | Conference call with debtors, professionals re status. | Pasquale, K. | 0.8 |
| 04/18/2007 | Memorandum to the Committee re Colowyo Coal Settlement (.3); exchanged memoranda with Committee members re settlement (.2). | Krieger, A. | 0.5 |
| 04/19/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 2.8 |
| 04/19/2007 | Attend to memorandum to the Committee re Court's memorandum decision denying the expansion of the preliminary injunction. | Krieger, A. | 2.6 |
| 04/20/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 1.2 |
| 04/20/2007 | Memorandum to the Committee re Judge Fitzgerald's rulings on Montana stay motion and Debtors' motion to expand the preliminary injunction. | Krieger, A. | 0.6 |
| 04/23/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 3.1 |
| 04/24/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 3.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/24/2007 | Review memo re 4/23 - 4/24/07 trials. | Kruger, L. | 0.6 |
| 04/25/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 3.5 |
| 04/25/2007 | Attend to memorandum to the Committee re ZAI motion for discovery of Grace and reconsideration. | Krieger, A. | 1.2 |
| 04/25/2007 | Review memo to Committee re: ZAI. | Kruger, L. | 0.4 |
| 04/26/2007 | Attend to memorandum re ZAI claimants' motions for reconsideration and for discovery of Debtors (2.2); attend to memorandum re Equity Committee motion and opposition thereto (1.3); attend to memorandum re Debtors supplemental pleading on x-ray compliance (.8). | Krieger, A. | 4.3 |
| 04/27/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 5.4 |
| 04/27/2007 | Attend to memorandum re Debtors' motion re noncompliance with x-ray order, related status report, and objections filed by claimants and the ACC/FCR (1.4); attend to memorandum re other pending matters including ACC/FCR motion to compel discovery and deposition testimony re pre-petition asbestos liabilities and Debtors' opposition thereto (1.6). | Krieger, A. | 3.0 |
| 04/29/2007 | Attend to memorandum to the Committee re ZAI motions and pending motions to be heard 5/2/07. | Krieger, A. | 3.2 |
| 04/30/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 1.8 |
| 04/30/2007 | Attend to memorandum to the Committee re ZAI related matters (.3); office conference LK re same (.1); attend to memorandum to the Committee re April 23-25, 2007 PD hearings (.7); attend to memorandum re matters to be heard May 2, 2007 (.8); attend to memorandum to the Committee re BNSF related motions (.9). | Krieger, A. | 2.8 |
| 04/30/2007 | Review memo to Committee re ZAI (.3); and Court hearing matters for 5/2 (.3). | Kruger, L. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/30/2007 | Attention to draft memos to Committee re May 2nd hearing, PI issues. | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Gutierrez, James S. | 28.3 | $ 420 | $ 11,886.00 |
| Krieger, Arlene G. | 30.8 | 605 | 18,634.00 |
| Kruger, Lewis | 2.2 | 860 | 1,892.00 |
| Pasquale, Kenneth | 2.3 | 720 | 1,656.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 34,068.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 34,068.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| RE | Fee Application, Applicant<br>699843 0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/05/2007 | Started to review and revise February fee statement. | Holzberg, E. | 1.2 |
| 04/05/2007 | Review Stroock's February 2007 monthly fee statement in preparation for filing. | Mohamed, D. | 0.6 |
| 04/06/2007 | Attend to SSL's 2/07 monthly fee statement. | Krieger, A. | 0.9 |
| 04/08/2007 | Attend to February 2007 fee statement. | Krieger, A. | 1.1 |
| 04/09/2007 | Made revisions to monthly application for February. | Holzberg, E. | 1.9 |
| 04/10/2007 | Review Stroock's seventy-first monthly fee statement for February 2007 in preparation for filing (.5); prepare affidavit of service re same and forward to local counsel for filing (.4); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.6 |
| 04/11/2007 | Reviewed and made revisions to March fee application. | Holzberg, E. | 2.6 |
| 04/12/2007 | Made revisions to March bill. | Holzberg, E. | 1.2 |
| 04/13/2007 | Reviewed disbursement register in preparation of working on monthly bill. | Holzberg, E. | 0.9 |
| 04/16/2007 | Attend to March 2007 fee statement. | Krieger, A. | 1.3 |
| 04/20/2007 | Reviewed revisions to March bill. | Holzberg, E. | 0.5 |
| 04/23/2007 | Reviewed and made additional revisions to March bill. | Holzberg, E. | 0.6 |
| 04/24/2007 | Attend to March 2007 statement. | Krieger, A. | 0.7 |
| 04/25/2007 | Reviewed and made additional edits to the monthly fee application. | Holzberg, E. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/26/2007 | Worked on monthly fee application. | Holzberg, E. | 0.6 |
| 04/26/2007 | Memorandum to A. McIntosh re Navigant's March 2007 bill. | Krieger, A. | 0.1 |
| 04/30/2007 | Reviewed Navigant bill, worked on monthly application. | Holzberg, E. | 0.4 |
| 04/30/2007 | Attend to review of Navigant's March 2007 bill. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 10.6 | $ 255 | $ 2,703.00 |
| Krieger, Arlene G. | 4.3 | 605 | 2,601.50 |
| Mohamed, David | 2.2 | 165 | 363.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,667.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,667.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| RE | Creditor Inquiries 699843 0019 |
|----|-------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/05/2007 | Telephone conference bank debt holders re status, PI estimation. | Pasquale, K. | 0.6 |
| 04/09/2007 | Telephone conferences bank debt holder re plan issues (.3); attention to POR re same (.6). | Pasquale, K. | 0.9 |
| 04/11/2007 | Calls with bank debt holder re interest rate issues. | Kruger, L. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 0.5 | $ 860 | $ 430.00 |
| Pasquale, Kenneth | 1.5 | 720 | 1,080.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,510.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,510.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/03/2007 | Review Capstone Advisory Group's twelfth quarterly fee application in preparation for filing (.7); prepare notice and affidavit of service regarding same and forward to local counsel for filing (.6); prepare and effectuate service (.6). | Mohamed, D. | 1.9 |
| 04/20/2007 | Review Capstone Advisory Group monthly fee statements for January 2007 and February 2007 in preparation for filing (.8); prepare notices and affidavts of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statements (.9). | Mohamed, D. | 2.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 4.1 | $ 165 | $ 676.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 676.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 676.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 73.89 |
| Meals | 17.10 |
| Local Transportation | 8.00 |
| Long Distance Telephone | 27.04 |
| Duplicating Costs-in House | 51.40 |
| Filing Fees | 51.00 |
| Court Reporting Services | 418.25 |
| Facsimile Charges | 13.58 |
| Travel Expenses - Transportation | -297.00 |
| Westlaw | 452.55 |

| TOTAL DISBURSEMENTS/CHARGES | $ 815.81 |
|---|---|

| TOTAL FOR THIS MATTER | $ 815.81 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| RE | Investigations |
|----|----------------|
|    | 699843  0031   |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/17/2007 | Attention to Montana opinions. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 0.5 | $ 720 | $ 360.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 360.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 360.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/02/2007 | Travel time to and from Court hearing. | Kruger, L. | 2.7 |
| 04/02/2007 | Travel attendant to omnibus hearing in Wilmington, DE. | Pasquale, K. | 4.0 |
| 04/25/2007 | Travel to and from Washington DC re: Zaremby deposition. | Pasquale, K. | 5.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 2.7 | $ 860 | $ 2,322.00 |
| Pasquale, Kenneth | 9.5 | 720 | 6,840.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,162.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,162.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/12/2007 | Attend to Supreme Court's denial of certification from Dow Corning and separate briefs by petitioner and unsecured creditors for application to Grace proceedings and memorandum thereon. | Krieger, A. | 3.4 |
| 04/17/2007 | Exchanged memoranda with J. Dolan re valuation/recovery analysis (.2); conference with LK, S. Cunningham and J. Dolan re analyses and follow up re same (.6); attend to Capstone analyses (.4). | Krieger, A. | 1.2 |
| 04/17/2007 | Review Capstone analysis (.3); office conference with A. Krieger and T/C S. Cunningham and Janine Dolan valuation (.7). | Kruger, L. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.6 | $ 605 | $ 2,783.00 |
| Kruger, Lewis | 1.0 | 860 | 860.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,643.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,643.00 |
|---|---|

# STROOCK

| RE | Hearings |
| --- | --- |
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 04/01/2007 | Attend to Debtors' presentation materials for 4/02/07 hearing. | Krieger, A. | 0.1 |
| 04/02/2007 | Attend portion (telephonically) of omnibus hearing. | Krieger, A. | 0.5 |
| 04/02/2007 | Attend Court hearing in Delaware before Judge Fitzgerald re: discovery issues and database. | Kruger, L. | 2.0 |
| 04/02/2007 | Omnibus Court hearing. | Pasquale, K. | 4.3 |
| 04/08/2007 | Attend to pleadings re: April 9, 2007 hearing on objections to PD Claims. | Krieger, A. | 1.4 |
| 04/09/2007 | Attend (telephonically) hearing on Debtors' summary judgment motions on PD Claims (7.5); prepare memorandum re 4/9/07 hearing (.4); exchanged memoranda with J. Baer re inquiry re 4/11/07 hearing reference (.1). | Krieger, A. | 8.0 |
| 04/10/2007 | Attend to memorandum re 4/9/07 hearing. | Krieger, A. | 1.9 |
| 04/12/2007 | Attend to transcript from 4/02/07 hearing. | Krieger, A. | 3.4 |
| 04/13/2007 | Attend (telephonically) omnibus hearing re Barron & Budd and affiliated law firms' motions extending their time to appeal, and staying compliance with, consulting expert orders, Debtors' motion compelling compliance with such orders, PI estimation database (3.3); telephone call G. Becker re 4/13/07 hearings (.5); memorandum re 4/13/07 hearings (1.6); exchanged memorandum with J. Baer re National Union hearings (.1). | Krieger, A. | 5.5 |
| 04/13/2007 | Attend Court hearing telephonically. | Kruger, L. | 3.3 |
| 04/16/2007 | Exchanged memoranda with KP re 5/2/07 hearing. | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/23/2007 | Attend to PD trial on product identification (7.2); attend to transcript of 4/19/07 pre-trial conference (.5). | Krieger, A. | 7.7 |
| 04/24/2007 | Attend (telephonically) PD trials on product identifications (4.1); attend to memorandum re 4/23-24/07 trials (2.3). | Krieger, A. | 6.4 |
| 04/25/2007 | Review PD pleadings (.5) and attend 4/25/07 PD hearing re Speights argument on motion to extend deadlines re: 15th omnibus memorandum thereon (2.4). | Krieger, A. | 2.9 |
| 04/26/2007 | Attend to agenda notice for 5/2/07 hearing. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 38.1 | $ 605 | $ 23,050.50 |
| Kruger, Lewis | 5.3 | 860 | 4,558.00 |
| Pasquale, Kenneth | 4.3 | 720 | 3,096.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 30,704.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 30,704.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| RE | Employment Applications - Others<br>699843  0040 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/20/2007 | Attend to PI opposition to Lexicon LLC retention amendment. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.4 | $ 605 | $ 242.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 242.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 242.00 |
|---|---|

# STROOCK

| RE | Tax Issues |
|---|---|
| | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/02/2007 | Review debtor motion for modification of stay re Tax Court litigation (.2). | Kruger, L. | 0.2 |
| 04/05/2007 | T/c with A. Krieger re: motion to modify automatic stay to permit lawsuit in Tax Court regarding Lonely Parent issue. | Eichler, M. | 0.3 |
| 04/05/2007 | Office conference M. Eichler re Debtors' motion for authorization to commence tax litigation and attend to tax motion. | Krieger, A. | 0.8 |
| 04/11/2007 | Drafting memo to Creditors Committee re: debtors' motion to modify automatic stay to file lawsuit in Tax Court regarding Lonely Parent issue. | Eichler, M. | 5.8 |
| 04/11/2007 | Discussion with ME re memo. | Greenberg, M. | 0.4 |
| 04/11/2007 | Attend to tax motion. | Krieger, A. | 2.8 |
| 04/12/2007 | Drafting memo describing Lonely Parent issue and debtors' motion to be allowed to file a lawsuit in tax court. | Eichler, M. | 1.3 |
| 04/12/2007 | Review memo re lonely parent. | Greenberg, M. | 1.6 |
| 04/12/2007 | Exchanged memoranda re M. Eichler re memorandum on Debtors tax motion. | Krieger, A. | 0.1 |
| 04/13/2007 | Revising Lonely Parent memo to reflect comments received from A. Krieger; discussion with A. Krieger and reviewing Settlement Agreement re: timing of indemnity payment to Fresenius; reviewing M. Greenberg changes to memo. | Eichler, M. | 1.5 |
| 04/13/2007 | Review and comment on memo re motion; analysis of lonely parent rule; discussion with M Eichler and e-mails with A Krieger re same. | Greenberg, M. | 1.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/26/2007 | Memo to MG, ME re order modifying stay to pursue tax litigation. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Eichler, Mark | 8.9 | $ 605 | $ 5,384.50 |
| Greenberg, Mayer | 3.7 | 760 | 2,812.00 |
| Krieger, Arlene G. | 3.8 | 605 | 2,299.00 |
| Kruger, Lewis | 0.2 | 860 | 172.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,667.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,667.50 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1