# EXHIBIT B

SSL-DOCS1 1818179v1

## WR GRACE & CO
## SUMMARY OF FEES
### APRIL 1, 2007 - APRIL 30, 2007

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Greenberg, Mayer | 3.7 | $ 760 | $ 2,812.00 |
| Kruger, Lewis | 27.6 | 860 | $ 23,736.00 |
| Pasquale, Kenneth | 43.3 | 720 | $ 31,176.00 |
| | | | |
| **Associates** | | | |
| Eichler, Mark | 8.9 | 605 | $ 5,384.50 |
| Gutierrez, James S. | 28.3 | 420 | $ 11,886.00 |
| Krieger, Arlene G. | 154.6 | 605 | $ 93,533.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 14.9 | 255 | $ 3,799.50 |
| Mohamed, David | 60.0 | 165 | $ 9,900.00 |
| | | | |
| Sub Total | 341.3 | | $ 182,227.00 |
| Less 50% Travel | (6.1) | | (4,581.00) |
| Total | 335.2 | | $ 177,646.00 |

SSL-DOCS1 1818179v1