# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**APRIL 1, 2007 - APRIL 30, 2007**

| | |
|---|---:|
| Outside Messenger Service | $ 73.89 |
| Meals | 17.10 |
| Local Transportation | 8.00 |
| Long Distance Telephone | 27.04 |
| Duplicating Costs-in House | 51.40 |
| Filing Fees | 51.00 |
| Court Reporting Services | 418.25 |
| Facsimile Charges | 13.58 |
| Travel Expenses - Transportation | (297.00) |
| Westlaw | 452.55 |
| | |
| **TOTAL** | **$815.81** |

SSL-DOCS1 1818179v1

# STROOCK

## Disbursement Register

| DATE | May 31, 2007 |
|---|---|
| INVOICE NO. | 411280 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through April 30, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 04/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827147; DATE: 04/07/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195062285 on 04/03/2007 | 6.24 |
| 04/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827147; DATE: 04/07/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270197128460 on 04/03/2007 | 6.24 |
| 04/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827147; DATE: 04/07/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198800098 on 04/03/2007 | 6.24 |
| 04/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827147; DATE: 04/07/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270199837075 on 04/03/2007 | 8.60 |
| 04/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827147; DATE: 04/07/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270193651106 on 04/05/2007 | 6.78 |
| 04/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827157; DATE: 04/14/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David | 6.24 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1818179v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195787930 on 04/10/2007 | |
| 04/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827157; DATE: 04/14/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196950153 on 04/10/2007 | 8.60 |
| 04/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827157; DATE: 04/14/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270197963727 on 04/10/2007 | 6.24 |
| 04/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827157; DATE: 04/14/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198064741 on 04/10/2007 | 6.24 |
| 04/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827157; DATE: 04/14/2007; FROM ACCTS PAYABLE, , NEW YORK, NY TO Kerim Ertug Navigant Consulting Inc., , WASHINGTON, DC 20006 Tracking #:1Z10X8270193651106 on 04/05/2007 | 1.73 |
| 04/30/2007 | VENDOR: UPS; INVOICE#: 0000010X827167; DATE: 04/21/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270191423222 on 04/16/2007 | 6.78 |
| 04/30/2007 | VENDOR: UPS; INVOICE#: 0000010X827167; DATE: 04/21/2007; FROM ACCTS PAYABLE, , NEW YORK, NY TO Kerim Ertug Navigant Consulting Inc., , WASHINGTON, DC 20006 Tracking #:1Z10X8270191423222 on 04/16/2007 | 3.96 |
| **Outside Messenger Service Total** | | **73.89** |
| **Meals** | | |
| 04/04/2007 | VENDOR: Seamless Web; Invoice#: 183954; Date: 03/31/2007 - Barbarini Alimentari;; Order Date: 03/27/07 11:35:00 | 17.10 |
| **Meals Total** | | **17.10** |
| **Local Transportation** | | |
| 04/10/2007 | VENDOR: Petty Cash; INVOICE#: 040907; DATE: 4/10/2007 L Kruger pkg re:Ct hearing 4/2 | 8.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Local Transportation Total** | 8.00 |

**Long Distance Telephone**

| | | |
|---|---|---|
| 03/08/2007 | EXTN.5430, TEL.302-657-4928, S.T.15:04, DUR.00:22:30 | 10.53 |
| 04/02/2007 | EXTN.5006, TEL.201-587-7144, S.T.12:30, DUR.00:01:54 | 0.92 |
| 04/03/2007 | EXTN.5562, TEL.312-944-4100, S.T.10:38, DUR.00:03:30 | 1.83 |
| 04/05/2007 | EXTN.5562, TEL.856-910-5000, S.T.14:37, DUR.00:00:42 | 0.46 |
| 04/11/2007 | EXTN.5544, TEL.312-861-2162, S.T.11:38, DUR.00:00:36 | 0.46 |
| 04/12/2007 | EXTN.5544, TEL.201-587-7123, S.T.09:58, DUR.00:00:24 | 0.46 |
| 04/16/2007 | EXTN.5544, TEL.410-531-4222, S.T.17:30, DUR.00:21:48 | 10.08 |
| 04/18/2007 | EXTN.5485, TEL.302-252-2900, S.T.10:21, DUR.00:00:54 | 0.46 |
| 04/18/2007 | EXTN.5485, TEL.302-252-2900, S.T.12:38, DUR.00:00:36 | 0.46 |
| 04/18/2007 | EXTN.5485, TEL.302-252-2900, S.T.12:43, DUR.00:00:48 | 0.46 |
| 04/19/2007 | EXTN.5544, TEL.312-861-2226, S.T.16:01, DUR.00:01:12 | 0.92 |
| | **Long Distance Telephone Total** | 27.04 |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 04/02/2007 | | 0.30 |
| 04/04/2007 | | 0.50 |
| 04/05/2007 | | 1.20 |
| 04/06/2007 | | 1.10 |
| 04/09/2007 | | 1.60 |
| 04/10/2007 | | 0.40 |
| 04/10/2007 | | 0.30 |
| 04/11/2007 | | 0.80 |
| 04/11/2007 | | 5.20 |
| 04/12/2007 | | 3.80 |
| 04/13/2007 | | 16.40 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/24/2007 | | 1.80 |
| 04/24/2007 | | 0.20 |
| 04/25/2007 | | 3.90 |
| 04/25/2007 | | 1.60 |
| 04/27/2007 | | 0.40 |
| 04/27/2007 | | 11.60 |
| 04/27/2007 | | 0.20 |
| 04/27/2007 | | 0.10 |
| | **Duplicating Costs-in House Total** | **51.40** |
| **Filing Fees** | | |
| 04/13/2007 | VENDOR: Chase Card Services; INVOICE#: 040207; DATE: 4/2/2007 - visa charge 3/12/07 Court Call LLC | 51.00 |
| | **Filing Fees Total** | **51.00** |
| **Court Reporting Services** | | |
| 04/26/2007 | VENDOR: LegaLink, Inc. - A Merrill Company; INVOICE#: 22018653; DATE: 4/10/2007 - Transcript: Pamela Hare (May) - Job Date : 03/27/07. | 418.25 |
| | **Court Reporting Services Total** | **418.25** |
| **Facsimile Charges** | | |
| 12/18/2006 | Fax # 212-799-1349 | 13.58 |
| | **Facsimile Charges Total** | **13.58** |
| **Travel Expenses - Transportation** | | |
| 04/18/2007 | VENDOR: American Express; INVOICE#: 030107H; DATE: 3/1/2007 - amex law trav K Pasquale NYP WAS NYP | -297.00 |
| | **Travel Expenses - Transportation Total** | **-297.00** |
| **Westlaw** | | |
| 04/11/2007 | Transactional search by Krieger, Arlene G. | 42.69 |
| 04/11/2007 | Transactional search by Krieger, Arlene G. | 71.14 |
| 04/12/2007 | Transactional search by Krieger, Arlene G. | 338.72 |
| | **Westlaw Total** | **452.55** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1818179v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

## BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 73.89 |
| Meals | 17.10 |
| Local Transportation | 8.00 |
| Long Distance Telephone | 27.04 |
| Duplicating Costs-in House | 51.40 |
| Filing Fees | 51.00 |
| Court Reporting Services | 418.25 |
| Facsimile Charges | 13.58 |
| Travel Expenses - Transportation | -297.00 |
| Westlaw | 452.55 |

| TOTAL DISBURSEMENTS/CHARGES | $ 815.81 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.