

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

Original Invoice Dated: May 22, 2007
June 20, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

### REVISED INVOICE

*For Services Rendered For*
*WR Grace Creditor's Committee - April 2007*

**Professional Fees:**

| | | |
|---|---|---|
| LC | 29.50 hrs. @ $550 | $16,225.00 |
| ML | 13.25 hrs. @ $325 | 4,306.25 |
| JM | 45.00 hrs. @ $325 | 14,625.00 |
| RF | 9.50 hrs. @ $300 | 2,850.00 |
| EC | 42.00 hrs. @ $275 | 11,550.00 |
| DW | 37.50 hrs. @ $275 | 10,312.50 |
| JS | 13.00 hrs. @ $270 | 3,510.00 |
| KE | 192.25 hrs. @ $225 | 43,256.25 |
| CG | 36.00 hrs. @ $225 | 8,100.00 |
| HC | 60.50 hrs. @ $225 | 13,612.50 |
| AH | 44.75 hrs. @ $200 | 8,950.00 |
| AM | 152.00 hrs. @ $200 | 30,400.00 |
| MP | 23.00 hrs. @ $160 | 3,680.00 |

**Total Professional Fees** ............................................................................................. $171,377.50

**Expenses:**

| | | |
|---|---|---|
| Airfare | $ | 1,535.44 |
| Ground Transportation / Auto Expense | | 0.00 |
| Lodging | | 343.44 |
| Meals | | 7.11 |
| Mileage - USA | | 34.92 |
| Overnight Delivery/Courier | | 43.73 |
| Research | | 102.42 |

**Total Expenses** ............................................................................................................... **$2,059.95**

**Total Amount Due for April Services and Expenses** .............................. $173,437.45

Navigant Consulting, Inc. Project No.: 113758                Invoice No.: 200520



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 4/2/2007 | 2.00 | Work on estimation issues. |
| CHAMBERS, LETITIA | 4/9/2007 | 2.50 | Work on estimation issues. |
| CHAMBERS, LETITIA | 4/12/2007 | 1.50 | Work one estimation issues. |
| CHAMBERS, LETITIA | 4/13/2007 | 2.50 | Work on estimation issues. |
| CHAMBERS, LETITIA | 4/17/2007 | 0.50 | Work on estimation issues. |
| CHAMBERS, LETITIA | 4/19/2007 | 4.50 | Work on estimation issues. |
| CHAMBERS, LETITIA | 4/20/2007 | 2.00 | Work on estimation issues. |
| CHAMBERS, LETITIA | 4/23/2007 | 2.00 | Work on estimation issues. |
| CHAMBERS, LETITIA | 4/24/2007 | 1.50 | Work on estimation issues. |
| CHAMBERS, LETITIA | 4/26/2007 | 3.00 | Work on estimation issues. |
| CHAMBERS, LETITIA | 4/27/2007 | 3.50 | Work on estimation issues. |
| CHAMBERS, LETITIA | 4/30/2007 | 4.00 | Work on estimation issues. |
| COLEMAN JR, HENRY | 4/9/2007 | 8.00 | Meetings to get up to speed and review of POC documents |
| COLEMAN JR, HENRY | 4/10/2007 | 8.50 | Review of POC documents |
| COLEMAN JR, HENRY | 4/11/2007 | 9.00 | Review of POC documents |
| COLEMAN JR, HENRY | 4/12/2007 | 8.00 | Review of POC documents |
| COLEMAN JR, HENRY | 4/13/2007 | 7.00 | Review of POC documents |
| COLEMAN JR, HENRY | 4/16/2007 | 8.00 | Review of POC documents |
| COLEMAN JR, HENRY | 4/17/2007 | 8.00 | Review of POC documents |
| COLEMAN JR, HENRY | 4/20/2007 | 4.00 | Review of POC documents |
| COULTER, EDWARD | 4/9/2007 | 8.00 | POC/PIQ documents review |
| COULTER, EDWARD | 4/10/2007 | 8.00 | POC/PIQ documents review |
| COULTER, EDWARD | 4/11/2007 | 8.00 | POC/PIQ documents review |
| COULTER, EDWARD | 4/12/2007 | 8.00 | POC/PIQ documents review |
| COULTER, EDWARD | 4/13/2007 | 8.00 | POC/PIQ documents review |
| COULTER, EDWARD | 4/16/2007 | 2.00 | POC/PIQ documents review |
| ERTUG, KERIM CAN | 4/2/2007 | 6.75 | Review of case materials. |



**NAVIGANT CONSULTING**

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 4/3/2007 | 7.50 | Review of historical claims data and PIQ database. |
| ERTUG, KERIM CAN | 4/4/2007 | 6.25 | Review of historical claims data and PIQ database. |
| ERTUG, KERIM CAN | 4/5/2007 | 7.00 | Review of historical claims data and PIQ database. |
| ERTUG, KERIM CAN | 4/6/2007 | 7.25 | Review of historical claims data and PIQ database. |
| ERTUG, KERIM CAN | 4/9/2007 | 10.75 | Review of PIQ responses. |
| ERTUG, KERIM CAN | 4/10/2007 | 7.25 | Review of PIQ responses and meeting with staff. |
| ERTUG, KERIM CAN | 4/11/2007 | 4.25 | Review of PIQ responses. |
| ERTUG, KERIM CAN | 4/12/2007 | 0.75 | Review PIQ data analysis. |
| ERTUG, KERIM CAN | 4/16/2007 | 5.25 | Review of PIQ and POC documents. |
| ERTUG, KERIM CAN | 4/17/2007 | 7.25 | Uploading new databases received, review of documents and meeting with staff. |
| ERTUG, KERIM CAN | 4/18/2007 | 4.50 | Meeting with staff review of new databases received. |
| ERTUG, KERIM CAN | 4/18/2007 | 4.75 | Review of PIQ responses and database. |
| ERTUG, KERIM CAN | 4/19/2007 | 7.75 | Review of PIQ responses and database. |
| ERTUG, KERIM CAN | 4/19/2007 | 1.25 | Meeting with staff. |
| ERTUG, KERIM CAN | 4/20/2007 | 14.25 | Review of PIQ and POC documents. checking historical and PIQ databases and meeting with staff. |
| ERTUG, KERIM CAN | 4/21/2007 | 4.75 | Review of POC and PIQ respondents and checking historical claims database. |
| ERTUG, KERIM CAN | 4/22/2007 | 2.75 | Review of SAS programs. |
| ERTUG, KERIM CAN | 4/22/2007 | 4.00 | Review of POC and PIQ respondents and checking historical claims database. |
| ERTUG, KERIM CAN | 4/23/2007 | 9.75 | Review of POC and PIQ respondents, meeting with staff, and checking historical claims database. |
| ERTUG, KERIM CAN | 4/24/2007 | 9.50 | Review of POC and PIQ respondents, meeting with staff, and checking historical claims database. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 4/25/2007 | 13.75 | Review of POC and PIQ respondents, meeting with staff, and checking historical claims database. |
| ERTUG, KERIM CAN | 4/26/2007 | 10.50 | Review of POC and PIQ respondents, meeting with staff, and checking historical claims database. |
| ERTUG, KERIM CAN | 4/27/2007 | 8.75 | Review of POC and PIQ respondents, meeting with staff, and checking historical claims database. |
| ERTUG, KERIM CAN | 4/28/2007 | 5.25 | Review of POC and PIQ respondents. Checking historical claims database. |
| ERTUG, KERIM CAN | 4/29/2007 | 7.25 | Review of POC and PIQ respondents. Checking historical claims database. |
| ERTUG, KERIM CAN | 4/30/2007 | 13.25 | Review of POC and PIQ respondents, checking historical claims database, SAS programing and meeting with staff. |
| FARRELL, RICHARD | 4/9/2007 | 0.50 | Inquiries to Utah Dept of Health, ATSDR, EPA relative to vermiculite ore processing; Libby health assessments. Analysis of agency reports and documents re impact on claims. Preparation of memorandum. |
| FARRELL, RICHARD | 4/10/2007 | 0.50 | Inquiries to Utah Dept of Health, ATSDR, EPA relative to vermiculite ore processing; Libby health assessments. Analysis of agency reports and documents re impact on claims. Preparation of memorandum. |
| FARRELL, RICHARD | 4/11/2007 | 1.50 | Inquiries to Utah Dept of Health, ATSDR, EPA relative to vermiculite ore processing; Libby health assessments. Analysis of agency reports and documents re impact on claims.. Preparation of memorandum. |
| FARRELL, RICHARD | 4/12/2007 | 2.00 | Inquiries to Utah Dept of Health, ATSDR, EPA relative to vermiculite ore processing; Libby health assessments. Analysis of agency reports and documents re impact on claims.. Preparation of memorandum. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| FARRELL, RICHARD | 4/13/2007 | 5.00 | Inquiries to Utah Dept of Health, ATSDR, EPA relative to vermiculite ore processing; Libby health assessments. Analysis of agency reports and documents re impact on claims.. Preparation of memorandum. |
| GROSS, CARYN | 4/12/2007 | 8.00 | Review of PIQ documents |
| GROSS, CARYN | 4/13/2007 | 8.00 | Review of PIQ documents |
| GROSS, CARYN | 4/16/2007 | 8.00 | Review of PIQ documents |
| GROSS, CARYN | 4/17/2007 | 8.00 | Review of PIQ documents |
| GROSS, CARYN | 4/20/2007 | 4.00 | Review of PIQ documents |
| HLAVIN, ANDREW | 4/3/2007 | 0.75 | Update new claims filing tables. |
| HLAVIN, ANDREW | 4/4/2007 | 1.50 | Update new claims table. |
| HLAVIN, ANDREW | 4/16/2007 | 0.50 | Update 10-K filings database. |
| HLAVIN, ANDREW | 4/20/2007 | 7.75 | Match claims to historical database. |
| HLAVIN, ANDREW | 4/23/2007 | 6.25 | Match POC claims to historical database. |
| HLAVIN, ANDREW | 4/24/2007 | 8.50 | Program claim matching procedures. |
| HLAVIN, ANDREW | 4/25/2007 | 9.00 | Program and verify claim matching procedures and results. |
| HLAVIN, ANDREW | 4/26/2007 | 8.50 | Review of unmatched claim sample. |
| HLAVIN, ANDREW | 4/30/2007 | 2.00 | Review historical claim matching criteria. |
| LYMAN, MARY | 4/2/2007 | 0.50 | Updated research on tort reform |
| LYMAN, MARY | 4/4/2007 | 0.50 | Reviewed hearing summary; staff discussion |
| LYMAN, MARY | 4/5/2007 | 1.00 | Calls and discussions re staffing file review project |
| LYMAN, MARY | 4/6/2007 | 3.25 | Discussion of file review project; research and update to tort reform summary |
| LYMAN, MARY | 4/11/2007 | 0.50 | Discussions re document review |
| LYMAN, MARY | 4/16/2007 | 0.50 | Staff discussions, project administration |
| LYMAN, MARY | 4/18/2007 | 1.50 | Team call and other staff discussions; scheduling |
| LYMAN, MARY | 4/19/2007 | 0.75 | Staff call with expert |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 4/20/2007 | 0.25 | Project administration |
| LYMAN, MARY | 4/23/2007 | 1.50 | Staff meeting re data review and issues |
| LYMAN, MARY | 4/24/2007 | 0.50 | Call with expert re data review and issues |
| LYMAN, MARY | 4/26/2007 | 0.50 | Reviewed staff data summaries |
| LYMAN, MARY | 4/27/2007 | 0.25 | Discussion with staff and project admin |
| LYMAN, MARY | 4/30/2007 | 1.75 | Prep for, meeting with expert and staff |
| MCINTIRE, JAMES | 4/3/2007 | 0.50 | Scheduling issues |
| MCINTIRE, JAMES | 4/4/2007 | 0.50 | Scheduling issues |
| MCINTIRE, JAMES | 4/4/2007 | 1.50 | Review data for PIQ/POC |
| MCINTIRE, JAMES | 4/6/2007 | 1.25 | Review data for PIQ/POC, comments |
| MCINTIRE, JAMES | 4/10/2007 | 2.00 | Review settlement data |
| MCINTIRE, JAMES | 4/11/2007 | 1.50 | Review settlement data |
| MCINTIRE, JAMES | 4/12/2007 | 3.50 | Review depositions regarding settlement issues |
| MCINTIRE, JAMES | 4/15/2007 | 2.50 | Review depositions regarding settlement issues |
| MCINTIRE, JAMES | 4/16/2007 | 1.75 | Review and discuss 4/13 hearing |
| MCINTIRE, JAMES | 4/18/2007 | 1.00 | Team discussion |
| MCINTIRE, JAMES | 4/18/2007 | 0.50 | Review proforma |
| MCINTIRE, JAMES | 4/19/2007 | 0.75 | Discuss data with staff |
| MCINTIRE, JAMES | 4/20/2007 | 2.50 | Review PiQ/POC data matching with historical |
| MCINTIRE, JAMES | 4/21/2007 | 2.50 | Review PiQ/POC data matching with historical |
| MCINTIRE, JAMES | 4/23/2007 | 2.25 | Review PiQ/POC data matching with historical |
| MCINTIRE, JAMES | 4/23/2007 | 1.50 | Team meeting/conference call |
| MCINTIRE, JAMES | 4/24/2007 | 1.50 | Review depositions |
| MCINTIRE, JAMES | 4/26/2007 | 3.25 | Review matching data |
| MCINTIRE, JAMES | 4/27/2007 | 4.75 | Review matching data and staff discussions |
| MCINTIRE, JAMES | 4/28/2007 | 2.50 | Review matching data |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 4/29/2007 | 1.50 | Review matching data |
| MCINTIRE, JAMES | 4/30/2007 | 5.50 | Review matching data, depositions, and team meeting |
| MHATRE, ARCHANA | 4/4/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/5/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/6/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/9/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/10/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/11/2007 | 7.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/12/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/13/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/16/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/17/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/18/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/19/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/20/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/23/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/24/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/25/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/26/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/27/2007 | 9.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 4/30/2007 | 8.00 | PIQ database - data analysis & reporting. |
| POTTER, MARK | 4/6/2007 | 0.50 | Meeting with Staff - Talk to Kerim re: project and schedule; prep for project in Reston office |
| POTTER, MARK | 4/9/2007 | 6.50 | Review of POC's - Conversion of tiff images to pdf for sending to printer |
| POTTER, MARK | 4/9/2007 | 3.00 | Meeting with staff - Training with Reston team |
| POTTER, MARK | 4/10/2007 | 8.00 | Review of POC population |
| POTTER, MARK | 4/11/2007 | 5.00 | Review of initial POC population |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SIRGO, JORGE | 4/2/2007 | 1.00 | Assist with estimation analyses |
| SIRGO, JORGE | 4/3/2007 | 1.00 | Assist with estimation analyses |
| SIRGO, JORGE | 4/5/2007 | 2.00 | Assist with estimation analyses |
| SIRGO, JORGE | 4/6/2007 | 1.50 | Assist with estimation analyses |
| SIRGO, JORGE | 4/23/2007 | 2.00 | Review of estimation analyses. |
| SIRGO, JORGE | 4/24/2007 | 3.00 | Review of estimation analyses. |
| SIRGO, JORGE | 4/25/2007 | 2.50 | Review of estimation analyses. |
| WHITE, DAVID | 4/9/2007 | 8.00 | PIQ documents review |
| WHITE, DAVID | 4/10/2007 | 7.50 | PIQ documents review |
| WHITE, DAVID | 4/11/2007 | 8.00 | PIQ documents review |
| WHITE, DAVID | 4/12/2007 | 4.00 | PIQ documents review |
| WHITE, DAVID | 4/17/2007 | 4.00 | PIQ documents review |
| WHITE, DAVID | 4/18/2007 | 2.00 | PIQ documents review |
| WHITE, DAVID | 4/19/2007 | 4.00 | PIQ documents review |

Proforma

## NEW BILLING/CASH FAX NUMBER FOR ALL BILLERS: 312-583-3604

Project: WR GRACE CREDITOR'S COMMITTEE
Project No.: 113758
Client: Stroock & Stroock & Lavan

ew

Invoice No.: 200520
Invoice Date: 05/22/07
Invoice Amount: $173,437.45

### FEE SUMMARY

| Employee # | Employee Name | Title | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 106075 | CHAMBERS, LETITIA | MANAGING DIR | 29.50 | 550.00 | 16,225.00 |
| 110649 | COULTER, EDWARD | MNG CONSULTANT | 42.00 | 275.00 | 11,550.00 |
| 108978 | ERTUG, KERIM CAN | MNG CONSULTANT | 192.25 | 225.00 | 43,256.25 |
| 106079 | FARRELL, RICHARD | DIRECTOR | 9.50 | 300.00 | 2,850.00 |
| 110644 | GROSS, CARYN | SR CONSULTANT | 36.00 | 225.00 | 8,100.00 |
| 110636 | HLAVIN, ANDREW | CONSULTANT | 44.75 | 200.00 | 8,950.00 |
| 110647 | JR, HENRY COLEMAN | SR CONSULTANT | 60.50 | 225.00 | 13,612.50 |
| 106083 | LYMAN, MARY | ASSOCIATE DIR | 13.25 | 325.00 | 4,306.25 |
| 106656 | MCINTIRE, JAMES | PROJECT EMP | 45.00 | 325.00 | 14,625.00 |
| 110651 | MHATRE, ARCHANA | SR CONSULTANT | 152.00 | 200.00 | 30,400.00 |
| 108150 | POTTER, MARK | SR CONSULTANT | 23.00 | 160.00 | 3,680.00 |
| 107747 | SIRGO, JORGE | ASSOCIATE DIR | 13.00 | 270.00 | 3,510.00 |
| 110662 | WHITE, DAVID | MNG CONSULTANT | 37.50 | 275.00 | 10,312.50 |
| | Fee Totals: | | 698.25 | | 171,377.50 |

Proforma

NEW BILLING/CASH FAX NUMBER FOR ALL BILLERS: 312-583-3604

Project: WR GRACE CREDITOR'S COMMITTEE
Project No.: 113758
Client: Stroock & Stroock & Lavan

Invoice No.: 200520
Invoice Date: 05/22/07
Invoice Amount: $173,437.45

## EXPENSE SUMMARY

| Code | Description | Amount |
|---|---|---|
| AIRFARE | Airfare | 1,535.44 |
| FEDEX | Overnight Delivery/Courier | 43.73 |
| GRTRANS | Ground Transportation / Auto Expense | 0.00 |
| LODGING | Lodging | 343.44 |
| MEALS | Meals | 1.42 |
| MILEAGE | Mileage - USA | 34.92 |
| RESRCH | Research | 102.42 |
| | Disbursements Total: | 2,059.95 |

## EXPENSE DETAIL

| Task Code: 10 Vendor Name | Code | Acct Period | Invoice Date | Trans. Date | Amount | Narrative |
|---|---|---|---|---|---|---|
| FEDERAL EXPRESS | FEDEX | 0407 | 3/27/2007 | 3/21/2007 | 43.73 | From: MICHELLE BRIGHT Navigant Consulting Inc WASHINGTON, DC 20006 To: Letitia Chambers SANTA FE NM 87505 on 03/21/2007 at 1053 Delivery Code: A2 |
| CHAMBERS, LETITIA | AIRFARE | 0407 | 5/1/2007 | 3/8/2007 | 875.45 | 3/10- Jackson - DC - SAF |
| CHAMBERS, LETITIA | AIRFARE | 0407 | 5/1/2007 | 4/3/2007 | 643.71 | 5/2-5/19 - ABQ-DC |
| CHAMBERS, LETITIA | AIRFARE | 0607 | 6/18/2007 | 3/8/2007 | (875.45) | |
| CHAMBERS, LETITIA | AIRFARE | 0607 | 6/18/2007 | 3/8/2007 | 437.50 | |

Proforma

# NEW BILLING/CASH FAX NUMBER FOR ALL BILLERS: 312-583-3604

Project: WR GRACE CREDITOR'S COMMITTEE
Project No.: 113758
Client: Stroock & Stroock & Lavan

Invoice No.: 200520
Invoice Date: 05/22/07
Invoice Amount: $173,437.45

| Task Code: 10 Vendor Name | Code | Acct Period | Invoice Date | Trans. Date | Amount | Narrative |
|---|---|---|---|---|---|---|
| CHAMBERS, LETITIA | GRTRANS | 0607 | 6/18/2007 | 3/14/2007 | (10.00) | |
| CHAMBERS, LETITIA | GRTRANS | 0407 | 5/1/2007 | 3/10/2007 | 35.00 | Taxi from airport to hotel |
| CHAMBERS, LETITIA | GRTRANS | 0607 | 6/18/2007 | 3/10/2007 | (35.00) | |
| CHAMBERS, LETITIA | GRTRANS | 0407 | 5/1/2007 | 3/14/2007 | 10.00 | Taxi to hotel |
| CHAMBERS, LETITIA | LODGING | 0607 | 6/18/2007 | 3/15/2007 | 343.44 | Lodging in DC |
| CHAMBERS, LETITIA | LODGING | 0407 | 5/1/2007 | 3/17/2007 | 2,747.52 | Lodging in DC 3/10-3/17 |
| CHAMBERS, LETITIA | LODGING | 0607 | 6/18/2007 | 3/10/2007 | (2,747.52) | Lodging in DC |
| CHAMBERS, LETITIA | MEALS | 0407 | 5/1/2007 | 3/14/2007 | 55.59 | Dinner at hotel |
| CHAMBERS, LETITIA | MEALS | 0407 | 5/1/2007 | 3/17/2007 | 38.36 | Dinner at hotel |
| CHAMBERS, LETITIA | MEALS | 0407 | 5/1/2007 | 3/17/2007 | 45.73 | Lunch |
| CHAMBERS, LETITIA | MEALS | 0607 | 6/18/2007 | 3/17/2007 | (45.73) | |
| CHAMBERS, LETITIA | MEALS | 0607 | 6/18/2007 | 3/17/2007 | (38.36) | |
| CHAMBERS, LETITIA | MEALS | 0607 | 6/18/2007 | 3/14/2007 | (55.59) | |
| LEXIS-NEXIS | RESRCH | 0407 | 2/28/2007 | 2/28/2007 | 102.42 | Research   RESEARCH - Vendor:LEXIS-NEXIS |
| POTTER, MARK D | MILEAGE | 0407 | 4/17/2007 | 4/10/2007 | 11.64 | POC File Review - Additional mileage traveling to Reston office; 12 extra miles each way from normal commute |
| POTTER, MARK D | MILEAGE | 0407 | 4/17/2007 | 4/11/2007 | 11.64 | POC File Review - Additional mileage traveling to Reston office; 12 extra miles each way from normal commute |
| POTTER, MARK D | MILEAGE | 0407 | 4/17/2007 | 4/9/2007 | 11.64 | POC File Review - Additional mileage traveling to Reston office; 12 extra miles each way from normal commute |
| CHAMBERS, LETITIA | AIRFARE | 0507 | 5/31/2007 | 5/25/2007 | 454.23 | 6/5 - Airfare to DC to work with the staff on Grace |

Disbursements Total:    2,059.95