IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| Debtors. | ) |

**FUTURE CLAIMANTS' REPRESENTATIVE'S NOTICE OF FILING
OF EXPERT REPORTS OF JENNIFER L. BIGGS, F.C.A.S., M.A.A.A.,
JOSEPH J. RADECKI, JR., AND P.J. ERIC STALLARD, A.S.A., M.A.A.A., F.C.A.
IN CONNECTION WITH ASBESTOS PERSONAL INJURY ESTIMATION**

PLEASE TAKE NOTICE that on June 18, 2007, counsel for David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "FCR") served expert reports by Jennifer L. Biggs, F.C.A.S., M.A.A.A., Joseph J. Radecki, Jr., and P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A. relating to the estimation of the above-referenced Debtors' asbestos personal injury liabilities (collectively with their exhibits, the "Expert Reports") on certain parties in interest in these cases.

PLEASE TAKE FURTHER NOTICE that the FCR is hereby filing the Expert Reports as follows:

Exhibit A: Excerpts of the *Expert Estimation Report of Jennifer L. Biggs, FCAS, MAAA, In Re: W.R. Grace & Co., et al., Estimation of Asbestos Personal Injury Liabilities of W.R. Grace as of April 2, 2001* and Exhibits 1 and 2

Exhibit B: *Expert Report of Joseph J. Radecki, Jr. Regarding Inflation and Discount Rates for the Estimation of Asbestos Personal Injury Liabilities* and Exhibits 1 and 2

Exhibit C: *Expert Report of P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A.* and Appendix A and B

PLEASE TAKE FURTHER NOTICE that a copy of this notice, without the Expert Reports, shall be served on all parties that are entitled to receive notice pursuant to Del. Bankr. LR 2002-1. A courtesy copy of the Expert Reports (including a complete copy of the expert report of Jennifer L. Biggs, FCAS, MAAA) will be sent by overnight mail to the chambers of the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge.

Dated: June 22, 2007

Respectfully submitted,
PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips by [signature]* (#2508)

John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

- and -

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y. 10103-0001
Telephone: (212) 506-5000

*Counsel for David T. Austern,*
*Future Claimants' Representative*