# EXHIBIT C

# EXPERT REPORT OF
# P.J. ERIC STALLARD, A.S.A., M.A.A.A., F.C.A.


## In re W.R. Grace & Co., *et al.*


June 18, 2007

**PURPOSE**

This document is my expert report concerning W.R. Grace & Co., *et al.*, Case No. 01-1139 (JKF). I was asked to prepare this report on behalf of David T. Austern, the Court-Appointed Future Claimants' Representative.


**RULE 26 COMPLIANCE**

This report conforms to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. As therein provided, this report contains:
1. A statement of my qualifications as an expert witness, including a list of all publications authored or co-authored by me within the preceding ten years;
2. A statement of my compensation for work in connection with this case;
3. A listing of other cases in which I have testified as an expert at trial or by deposition within the preceding four years;
4. A listing of the data and other information that I considered in forming my opinions;
5. A complete statement of all opinions to be expressed and the basis and reasons for them;
6. The exhibits used as a summary of or support for my opinions.

I reserve the right to modify this report as new information becomes available between now and the time of trial. I anticipate that I will review the expert reports of opposing experts and may offer my opinions about their analyses and conclusions in a rebuttal or supplemental report.


**QUALIFICATIONS**

I am a Research Professor in the Department of Sociology and the Center for Population Health and Aging at Duke University. I am a Member of the American Academy of Actuaries, an Associate of the Society of Actuaries, and a Fellow of the Conference of Consulting Actuaries.

My research expertise includes modeling and forecasting for medical demography and health actuarial practice. My 2005 book, *Forecasting Product Liability Claims: Epidemiology and Modeling in the Manville Asbestos Case*, with co-authors K.G. Manton and J.E. Cohen, published by Springer-Verlag, covers the full range of epidemiological, demographic, and actuarial issues in forecasting liabilities for asbestos-related disease and mortality. My six other books and monographs and over 100 scientific articles span a broad range of topics in medical demography and health actuarial practice. My expertise in these areas is evidenced by my recent appointments to the 2007 Technical Panel on Assumptions and Methods of the Social Security Advisory Board and to the position of Deputy Editor of the scientific journal *Demography*. A listing of my publications within the past ten years is attached as Appendix A and a copy of my curriculum vitae is attached as Appendix B.

During 1993-1995, I was Principal Investigator on a project for the United States District Court, Eastern District of New York (Hon. Jack B. Weinstein), which led to the development of my asbestos forecasting model for the future numbers and types of asbestos-related personal injury

claims in the Manville Personal Injury Settlement Trust (the "Manville Trust") litigation following the Johns-Manville bankruptcy case.[1] I served as a member of a panel of experts that the Court appointed under Rule 706 of the Federal Rules of Evidence, and I was certified as an expert witness in the area of forecasting asbestos-related injuries.

I have also prepared highly-confidential forecasts of asbestos-related personal injury claims and indemnity costs for claims against several other major corporations, and I have reviewed both publicly available and highly-confidential reports on similar forecasts prepared by several other analysts.

The forecasting model I developed for the Manville Trust case is particularly relevant to the current case because it was the basis of the actuarial analysis of the W.R. Grace & Co. liabilities prepared by Towers Perrin Tillinghast actuary Jennifer L. Biggs in her June 18, 2007 expert report: *Estimation of Asbestos Personal Injury Liabilities of W.R. Grace as of April 2, 2001.*

## COMPENSATION

By agreement, my compensation consists of payment at the rate of $400.00 per hour for all work performed, including, if any, testimony at a deposition, hearing, or trial; and reimbursement for reasonable expenses for travel and miscellaneous costs.

## OTHER CASES

Within the preceding four years –

On January 13–14, 2004, I testified by deposition at Raleigh, NC, as an expert on behalf of the United States in the case:
*In re Coltec Industries v. United States*; in the United Stated Court of Federal Claims, Case No. 01–72.

Prior to the preceding four years –

On July 2, 2002, I testified by deposition at Raleigh, NC, as a fact witness on behalf of Sealed Air Corporation in the case:
*In re W.R. Grace & Co. (Official Committee of Asbestos Personal Injury Claimants, et al. v. Sealed Air Corporation, et al.,* Adv. No. 02–2210; and *Official Committee of Asbestos*

---

[1] See "Projections of asbestos-related personal injury claims against the Manville Personal Injury Settlement Trust, males 1990-2049, by occupation, date of first exposure, and type of claim." Submitted to U.S. District Court, Eastern District of New York, as sworn testimony, Judge Jack B. Weinstein presiding, March 15, 1994. (Eric Stallard and Kenneth G. Manton); also see "Estimates and projections of asbestos-related diseases and exposures among Manville Personal Injury Settlement Trust claimants, 1990-2049." Presented to U.S. District Court, Eastern District of New York, Judge Jack B. Weinstein presiding, September 7, 1993, and entered into testimony March 15, 1994. (Eric Stallard and Kenneth G. Manton)

*Personal Injury Claimants, et al., v. Fresenius Medical Care Holdings, Inc., et al.*, Adv. No. 02–2211); in the United Stated District Court for the District of Delaware.

On March 15 and May 11, 1994, I testified at Brooklyn, NY, as an expert on behalf of the Court as a member of the Rule 706 Panel in the Manville Trust case:
  *In re Findley v. Falise*; in the United Stated District Court, Eastern District of New York, Case No. 90–3973.


## INFORMATION CONSIDERED

1. Eric Stallard and Kenneth G. Manton. *Estimates and projections of asbestos-related diseases and exposures among Manville Personal Injury Settlement Trust claimants, 1990-2049.* Presented to U.S. District Court, Eastern District of New York, Judge Jack B. Weinstein presiding, September 7, 1993, and entered into testimony March 15, 1994.
2. Eric Stallard and Kenneth G. Manton. *Projections of asbestos-related personal injury claims against the Manville Personal Injury Settlement Trust, males 1990-2049, by occupation, date of first exposure, and type of claim.* Submitted to U.S. District Court, Eastern District of New York, as sworn testimony, Judge Jack B. Weinstein presiding, March 15, 1994.
3. Eric Stallard. "Product liability forecasting for asbestos-related personal injury claims: A multidisciplinary approach." Chapter 13 in *Population Health and Aging: Strengthening the Dialogue Between Epidemiology and Demography – Annals of the New York Academy of Sciences*, (M. Weinstein, A.I. Hermalin, and M.A. Stoto, Eds.), Volume 954, December 2001, pp. 223-244. ISBN 1-57331-372-6.
4. Eric Stallard, Kenneth G. Manton, and Joel E. Cohen. *Forecasting Product Liability Claims: Epidemiology and Modeling in the Manville Asbestos Case.* Springer Verlag, New York, 2005.
5. Data files from the Manville Personal Injury Settlement Trust claims database provided by the Trust for the purposes of conducting the analyses reported in items 1–4 above.


## STATEMENT OF OPINIONS

1. Epidemiologic and demographic modeling techniques can be used to develop forecasts of the future number, timing, and nature of asbestos-related personal injury claims to be brought against major defendant corporations whose products and/or processes resulted in human exposures to asbestos fibers.

   The basis of this opinion is that I have actually done this in my work for the Court as a member of the Rule 706 Panel in the Manville Trust case. This is fully documented in references 1–4 in the previous section.

2. The forecasts of the future number and timing of asbestos-related personal injury claims should differ according to the nature of the claims being forecasted, where the nature of such claims is characterized as one of several possible asbestos-related diseases or conditions, or, in the case where more than one of these conditions occurs simultaneously in a given

claimant, where the nature of such claims is characterized as the most severe of the indicated diseases or conditions.

The basis of this opinion is that it reflects the results obtained from my work for the Court as a member of the Rule 706 Panel in the Manville Trust case. It also reflects the results obtained by other analysts using related modeling techniques whose results I compared with my results in references 1–4 in the previous section.

Table F in reference 2 showed that the forecasted numbers of claims were projected to decline from 86,606 in 1990–1994 to 9 in 2045–2049 after which point the projection was terminated due to the combination of (1) the fact that the surviving members of the exposed population would be all aged 95 years or older and (2) the assumption of the model that claims cease to be filed once a potential claimant reaches age 95.

The process governing the timing and patterns of initial increases and subsequent decreases in the number of claims was termed the *claim runoff process* in reference 3.

Table F in reference 2 showed that the relative declines are different for the different diseases or conditions with malignancies (diseases 1–4) having the slowest relative declines and non-malignancies (diseases 5–7) the fastest relative declines.

For example, among the total 26,049 mesothelioma claims projected for the interval 1990–2049, 17.06% were projected to occur in 1995–1999, 12.29% in 2010–2014, and 2.76% in 2030–2034. In contrast, among the total 135,697 asbestosis claims projected for the same interval, 22.93% were projected to occur in 1995–1999, 8.85% in 2010–2014, and 0.91% in 2030–2034.

The quinquennium with the largest percentage (26.64%) of projected asbestosis claims was 1990–1994; the mesothelioma percentage for 1990-1994 was substantially smaller (14.94%). The quinquennium with the largest percentage (17.06%) of projected mesothelioma claims was 1995–1999. The projected mesothelioma claim runoff process did not reach its peak until 1995–1999 whereas the projected asbestosis claim runoff process was already in decline by 1990–1994.

These differences in the disease-specific claim runoff processes were projected to lead to a relatively greater fraction of malignancies among claims projected to be filed in later years.

For example, mesothelioma claims were projected to increase from 4.49% of claims filed in 1990–1994 to 8.92% of claims filed in 2010–2014 continuing to 16.72% of claims filed in 2030–2034. In contrast, asbestosis claims were projected to decrease from 41.73% of claims filed in 1990–1994 to 28.60% of claims filed in 2030–2034.

An important implication of these differences in the disease-specific claim runoff processes is that one should not project the relative rates of decline in claims for one disease by assuming that they are equal to the relative rates of decline in claims for some other disease.

5

3.  The forecasts of the future number and timing of asbestos-related personal injury claims should differ according to the dates of first exposure to asbestos or asbestos-containing products.

    As above, the basis of this opinion is that it reflects the results obtained from my work for the Court as a member of the Rule 706 Panel in the Manville Trust case.

    Table E in reference 2 showed that the relative rates of decline are different for the different dates of first exposure (DOFE) with later dates having the slowest relative declines and earlier dates the fastest relative declines. Among the projected claims with dates of first exposure in 1955 or later, the quinquennium with the largest percentage of claims was generally 1995–1999. The projected claim runoff processes for these DOFE-groups did not reach their peak until 1995–1999, whereas the projected claim runoff processes for earlier DOFE-groups were already in decline by 1990–1994.

    The differences in the DOFE-specific claim runoff processes were projected to lead to a relatively greater fraction of later dates of first exposure among claims projected to be filed in later years.

    For example, claims with 1940–1944 DOFE were projected to decrease as a fraction of all projected claims from 15.72% of claims filed in 1990–1994 to 3.00% of claims filed in 2010–2014 and to vanish from the pool of claims by 2020–2024. In contrast, claims with 1970–1974 DOFE were projected to increase as a fraction of all projected claims from 6.58% of claims filed in 1990–1994 to 23.69% of claims filed in 2010–2014 continuing to 41.90% in 2030–2034.

    An important implication of these differences in the DOFE-specific claim runoff processes is that one should not project the relative rates of decline in claims for one DOFE by assuming that they are equal to the relative rates of decline in claims for some other DOFE.

4.  The differences noted in opinions 2 and 3 interact in such a way that within each forecasted group of claims having the same date of first exposure, the relative rates of decline in projected claims should differ according to the diseases or conditions reported on the claims being forecasted. Conversely, within each forecasted group of claims having the same disease or condition, the relative rates of decline in projected claims should differ according to the date of first exposure reported on the claims being forecasted.

    As above, the basis of this opinion is that it reflects the results obtained from my work for the Court as a member of the Rule 706 Panel in the Manville Trust case.

    An important implication of these differences in the DOFE-specific disease/condition-specific claim runoff processes is that one should not assume that the relative rates of decline in projected claims for each given disease/condition identified in opinion 2 apply to the W.R. Grace data unless it can be assumed that the distribution of dates of first exposure in the W.R. Grace data is the same as in the Manville Trust data.

6

Because Jennifer L. Biggs reported to me that the distributions of dates of first exposure for claims against W.R. Grace and the Manville Trust were substantially different, I recommended that she consider using COFE-specific disease/condition-specific relative rates of decline in generating her projected claims. Although the forecasts needed to construct such rates were not contained in any of the publicly available documents referenced above, they were contained in my source files for Tables E and F in reference 2 and Tables 8.19 and 8.20 in reference 4. These forecasts are summarized below in Table 1.

**EXHIBITS TO BE USED**

I have not determined whether I will employ additional tables and figures, or other material, as exhibits in connection with any testimony I might give in this matter. In the event that I decide to do so, they will be disclosed in accordance with any applicable rules, court orders, or stipulations among the parties.

Signed this 18th day of June, 2007:

P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A.
Research Professor

7

**Table 1:  Projected Number of Qualified Male Claims against the Manville Trust by Most Severe Alleged Disease/Injury, Dates of First Exposure, and Quinquennial Dates of Claim 1990-2049**

| DOFE | Disease/Condition | 1990-94 | 1995-99 | 2000-04 | 2005-09 | 2010-14 | 2015-19 | 2020-24 | 2025-29 | 2030-34 | 2035-39 | 2040-44 | 2045-49 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1915-1919 | 1. Mesothelioma | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | 2. Lung Cancer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 3. Colon/Rectal Ca | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4. Other Cancer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 5. Asbestosis | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | 6. Disputed Asbest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 7. Pleural Plaques | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 8. Non-asbestos Related | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | 9. Unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 1920-1924 | 1. Mesothelioma | 25 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 |
| | 2. Lung Cancer | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 |
| | 3. Colon/Rectal Ca | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4. Other Cancer | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | 5. Asbestosis | 44 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 |
| | 6. Disputed Asbest | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | 7. Pleural Plaques | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| | 8. Non-asbestos Related | 10 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| | 9. Unknown | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | Total | 126 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 130 |
| 1925-1929 | 1. Mesothelioma | 60 | 27 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 88 |
| | 2. Lung Cancer | 70 | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 104 |
| | 3. Colon/Rectal Ca | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | 4. Other Cancer | 9 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| | 5. Asbestosis | 170 | 68 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 239 |
| | 6. Disputed Asbest | 44 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| | 7. Pleural Plaques | 47 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 62 |
| | 8. Non-asbestos Related | 31 | 18 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 49 |
| | 9. Unknown | 5 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |
| | Total | 442 | 187 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 632 |
| 1930-1934 | 1. Mesothelioma | 81 | 92 | 42 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 217 |
| | 2. Lung Cancer | 136 | 110 | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 294 |
| | 3. Colon/Rectal Ca | 22 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 |
| | 4. Other Cancer | 14 | 14 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |
| | 5. Asbestosis | 330 | 233 | 82 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 646 |
| | 6. Disputed Asbest | 99 | 70 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 177 |
| | 7. Pleural Plaques | 83 | 71 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 172 |
| | 8. Non-asbestos Related | 60 | 38 | 30 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 129 |
| | 9. Unknown | 17 | 6 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |
| | Total | 843 | 645 | 246 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,739 |
| 1935-1939 | 1. Mesothelioma | 392 | 163 | 179 | 79 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 818 |
| | 2. Lung Cancer | 485 | 284 | 222 | 85 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,077 |
| | 3. Colon/Rectal Ca | 64 | 47 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 139 |
| | 4. Other Cancer | 85 | 28 | 27 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 154 |
| | 5. Asbestosis | 1,550 | 629 | 420 | 145 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,746 |
| | 6. Disputed Asbest | 444 | 190 | 135 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 781 |
| | 7. Pleural Plaques | 471 | 156 | 129 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 785 |
| | 8. Non-asbestos Related | 356 | 111 | 65 | 56 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 589 |
| | 9. Unknown | 239 | 36 | 12 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 312 |
| | Total | 4,087 | 1,644 | 1,216 | 445 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,400 |
| 1940-1944 | 1. Mesothelioma | 1,068 | 1,420 | 544 | 586 | 266 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 3,910 |
| | 2. Lung Cancer | 1,372 | 1,431 | 710 | 537 | 237 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,287 |
| | 3. Colon/Rectal Ca | 160 | 174 | 125 | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 523 |
| | 4. Other Cancer | 223 | 210 | 67 | 49 | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 578 |
| | 5. Asbestosis | 5,483 | 4,421 | 1,647 | 1,010 | 310 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 12,880 |
| | 6. Disputed Asbest | 1,890 | 1,155 | 354 | 242 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,666 |
| | 7. Pleural Plaques | 1,690 | 1,272 | 358 | 299 | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,678 |
| | 8. Non-asbestos Related | 1,418 | 791 | 253 | 140 | 99 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 2,707 |
| | 9. Unknown | 312 | 421 | 112 | 53 | 53 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 950 |
| | Total | 13,615 | 11,296 | 4,171 | 2,981 | 1,078 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 33,181 |
| 1945-1949 | 1. Mesothelioma | 754 | 616 | 698 | 329 | 344 | 123 | 7 | 0 | 0 | 0 | 0 | 0 | 2,871 |
| | 2. Lung Cancer | 1,271 | 1,024 | 887 | 555 | 452 | 242 | 0 | 0 | 0 | 0 | 0 | 0 | 4,432 |
| | 3. Colon/Rectal Ca | 207 | 126 | 122 | 85 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 584 |
| | 4. Other Cancer | 189 | 169 | 157 | 50 | 41 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 628 |
| | 5. Asbestosis | 5,801 | 3,600 | 2,303 | 973 | 637 | 207 | 2 | 0 | 0 | 0 | 0 | 0 | 13,523 |
| | 6. Disputed Asbest | 2,062 | 1,343 | 623 | 270 | 168 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 4,482 |
| | 7. Pleural Plaques | 2,096 | 1,112 | 694 | 238 | 209 | 37 | 0 | 0 | 0 | 0 | 0 | 0 | 4,387 |
| | 8. Non-asbestos Related | 1,868 | 1,127 | 591 | 172 | 111 | 77 | 3 | 0 | 0 | 0 | 0 | 0 | 3,949 |
| | 9. Unknown | 602 | 270 | 332 | 70 | 19 | 39 | 0 | 0 | 0 | 0 | 0 | 0 | 1,332 |
| | Total | 14,850 | 9,388 | 6,408 | 2,743 | 2,027 | 761 | 12 | 0 | 0 | 0 | 0 | 0 | 36,188 |

Table 1 (continued)

| DOFE | Disease/Condition | Date of Claim | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1990-94 | 1995-99 | 2000-04 | 2005-09 | 2010-14 | 2015-19 | 2020-24 | 2025-29 | 2030-34 | 2035-39 | 2040-44 | 2045-49 | |
| 1950-1954 | 1. Mesothelioma | 629 | 814 | 672 | 772 | 374 | 411 | 140 | 5 | 0 | 0 | 0 | 0 | 3,817 |
| | 2. Lung Cancer | 1,170 | 1,374 | 1,156 | 992 | 621 | 533 | 271 | 0 | 0 | 0 | 0 | 0 | 6,117 |
| | 3. Colon/Rectal Ca | 140 | 233 | 144 | 129 | 86 | 54 | 0 | 0 | 0 | 0 | 0 | 0 | 787 |
| | 4. Other Cancer | 195 | 201 | 183 | 175 | 56 | 48 | 25 | 0 | 0 | 0 | 0 | 0 | 885 |
| | 5. Asbestosis | 6,181 | 5,421 | 3,423 | 2,207 | 953 | 626 | 210 | 2 | 0 | 0 | 0 | 0 | 19,024 |
| | 6. Disputed Asbest | 2,498 | 1,988 | 1,297 | 603 | 275 | 187 | 15 | 0 | 0 | 0 | 0 | 0 | 6,864 |
| | 7. Pleural Plaques | 2,573 | 2,028 | 1,084 | 684 | 239 | 224 | 39 | 0 | 0 | 0 | 0 | 0 | 6,871 |
| | 8. Non-asbestos Related | 1,309 | 1,705 | 1,007 | 552 | 157 | 105 | 92 | 3 | 0 | 0 | 0 | 0 | 4,930 |
| | 9. Unknown | 323 | 638 | 291 | 352 | 55 | 16 | 36 | 0 | 0 | 0 | 0 | 0 | 1,711 |
| | Total | 15,019 | 14,403 | 9,257 | 6,466 | 2,817 | 2,205 | 830 | 10 | 0 | 0 | 0 | 0 | 51,006 |
| 1955-1959 | 1. Mesothelioma | 413 | 558 | 719 | 604 | 713 | 351 | 386 | 143 | 11 | 0 | 0 | 0 | 3,898 |
| | 2. Lung Cancer | 643 | 1,074 | 1,212 | 1,051 | 894 | 581 | 525 | 243 | 0 | 0 | 0 | 0 | 6,223 |
| | 3. Colon/Rectal Ca | 62 | 131 | 206 | 128 | 114 | 83 | 55 | 0 | 0 | 0 | 0 | 0 | 779 |
| | 4. Other Cancer | 129 | 177 | 176 | 172 | 163 | 53 | 53 | 25 | 0 | 0 | 0 | 0 | 949 |
| | 5. Asbestosis | 4,789 | 5,119 | 4,384 | 2,890 | 1,887 | 855 | 591 | 205 | 3 | 0 | 0 | 0 | 20,721 |
| | 6. Disputed Asbest | 2,105 | 2,169 | 1,659 | 1,185 | 532 | 260 | 178 | 14 | 0 | 0 | 0 | 0 | 8,101 |
| | 7. Pleural Plaques | 2,039 | 2,172 | 1,653 | 927 | 580 | 222 | 208 | 40 | 0 | 0 | 0 | 0 | 7,841 |
| | 8. Non-asbestos Related | 1,082 | 1,180 | 1,446 | 897 | 501 | 140 | 101 | 98 | 4 | 0 | 0 | 0 | 5,450 |
| | 9. Unknown | 320 | 327 | 664 | 298 | 385 | 47 | 15 | 28 | 0 | 0 | 0 | 0 | 2,084 |
| | Total | 11,582 | 12,908 | 12,119 | 8,151 | 5,770 | 2,591 | 2,112 | 795 | 18 | 0 | 0 | 0 | 56,046 |
| 1960-1964 | 1. Mesothelioma | 249 | 320 | 425 | 565 | 462 | 552 | 273 | 296 | 139 | 6 | 0 | 0 | 3,287 |
| | 2. Lung Cancer | 424 | 528 | 832 | 945 | 761 | 667 | 449 | 403 | 152 | 0 | 0 | 0 | 5,161 |
| | 3. Colon/Rectal Ca | 36 | 49 | 99 | 153 | 98 | 90 | 69 | 44 | 0 | 0 | 0 | 0 | 639 |
| | 4. Other Cancer | 50 | 114 | 139 | 140 | 133 | 123 | 39 | 51 | 21 | 0 | 0 | 0 | 811 |
| | 5. Asbestosis | 4,250 | 3,478 | 3,644 | 3,199 | 2,055 | 1,378 | 659 | 466 | 191 | 2 | 0 | 0 | 19,322 |
| | 6. Disputed Asbest | 1,641 | 1,566 | 1,604 | 1,250 | 933 | 408 | 211 | 151 | 12 | 0 | 0 | 0 | 7,777 |
| | 7. Pleural Plaques | 1,836 | 1,480 | 1,563 | 1,203 | 654 | 418 | 162 | 139 | 34 | 0 | 0 | 0 | 7,489 |
| | 8. Non-asbestos Related | 982 | 832 | 897 | 1,102 | 701 | 398 | 114 | 95 | 108 | 7 | 0 | 0 | 5,238 |
| | 9. Unknown | 374 | 273 | 277 | 558 | 251 | 327 | 34 | 11 | 22 | 0 | 0 | 0 | 2,126 |
| | Total | 9,842 | 8,641 | 9,482 | 9,115 | 6,048 | 4,360 | 2,011 | 1,657 | 678 | 14 | 0 | 0 | 51,849 |
| 1965-1969 | 1. Mesothelioma | 176 | 279 | 365 | 471 | 626 | 510 | 600 | 285 | 315 | 160 | 1 | 0 | 3,789 |
| | 2. Lung Cancer | 256 | 552 | 623 | 936 | 1,026 | 898 | 783 | 470 | 443 | 245 | 0 | 0 | 6,232 |
| | 3. Colon/Rectal Ca | 26 | 40 | 52 | 109 | 180 | 115 | 103 | 61 | 46 | 0 | 0 | 0 | 732 |
| | 4. Other Cancer | 35 | 69 | 128 | 163 | 143 | 153 | 151 | 38 | 48 | 14 | 0 | 0 | 942 |
| | 5. Asbestosis | 4,818 | 4,467 | 3,681 | 3,680 | 3,197 | 2,161 | 1,375 | 608 | 501 | 161 | 0 | 0 | 24,849 |
| | 6. Disputed Asbest | 1,612 | 1,865 | 1,755 | 1,778 | 1,367 | 998 | 419 | 236 | 169 | 14 | 0 | 0 | 10,212 |
| | 7. Pleural Plaques | 1,670 | 2,062 | 1,627 | 1,620 | 1,226 | 660 | 393 | 166 | 147 | 25 | 0 | 0 | 9,595 |
| | 8. Non-asbestos Related | 1,490 | 1,084 | 942 | 975 | 1,181 | 731 | 441 | 113 | 130 | 124 | 16 | 0 | 7,228 |
| | 9. Unknown | 412 | 512 | 351 | 320 | 690 | 307 | 455 | 25 | 5 | 11 | 0 | 0 | 3,086 |
| | Total | 10,494 | 10,929 | 9,524 | 10,053 | 9,635 | 6,534 | 4,720 | 2,002 | 1,803 | 754 | 17 | 0 | 66,465 |
| 1970-1974 | 1. Mesothelioma | 42 | 154 | 243 | 323 | 410 | 533 | 452 | 509 | 254 | 275 | 126 | 2 | 3,324 |
| | 2. Lung Cancer | 96 | 255 | 462 | 528 | 833 | 906 | 762 | 614 | 430 | 422 | 129 | 0 | 5,437 |
| | 3. Colon/Rectal Ca | 3 | 24 | 33 | 42 | 104 | 164 | 115 | 96 | 59 | 33 | 0 | 0 | 674 |
| | 4. Other Cancer | 11 | 30 | 53 | 110 | 149 | 127 | 129 | 131 | 42 | 52 | 28 | 0 | 862 |
| | 5. Asbestosis | 2,727 | 3,677 | 3,140 | 2,854 | 2,962 | 2,583 | 1,743 | 1,077 | 535 | 425 | 178 | 0 | 21,900 |
| | 6. Disputed Asbest | 935 | 1,499 | 1,541 | 1,497 | 1,555 | 1,214 | 901 | 359 | 215 | 149 | 11 | 0 | 9,877 |
| | 7. Pleural Plaques | 859 | 1,512 | 1,570 | 1,249 | 1,307 | 982 | 542 | 313 | 142 | 112 | 25 | 0 | 8,612 |
| | 8. Non-asbestos Related | 549 | 1,232 | 856 | 621 | 868 | 1,066 | 643 | 394 | 108 | 100 | 144 | 7 | 6,787 |
| | 9. Unknown | 481 | 418 | 503 | 345 | 312 | 651 | 288 | 470 | 16 | 2 | 16 | 0 | 3,502 |
| | Total | 5,703 | 8,801 | 8,400 | 7,768 | 8,500 | 8,226 | 5,575 | 3,963 | 1,802 | 1,570 | 657 | 9 | 60,975 |
| | 1. Mesothelioma | 3,891 | 4,445 | 3,890 | 3,730 | 3,201 | 2,506 | 1,858 | 1,238 | 719 | 440 | 128 | 2 | 26,049 |
| | 2. Lung Cancer | 5,941 | 6,667 | 6,152 | 5,630 | 4,824 | 3,825 | 2,791 | 1,729 | 1,025 | 667 | 129 | 0 | 39,381 |
| | 3. Colon/Rectal Ca | 728 | 837 | 807 | 711 | 627 | 505 | 342 | 202 | 105 | 33 | 0 | 0 | 4,897 |
| | 4. Other Cancer | 946 | 1,019 | 937 | 874 | 716 | 525 | 398 | 245 | 111 | 66 | 28 | 0 | 5,864 |
| | 5. Asbestosis | 36,145 | 31,113 | 22,724 | 16,960 | 12,003 | 7,819 | 4,581 | 2,357 | 1,230 | 587 | 178 | 0 | 135,697 |
| | 6. Disputed Asbest | 13,337 | 11,852 | 8,976 | 6,836 | 4,855 | 3,083 | 1,724 | 759 | 396 | 164 | 11 | 0 | 51,995 |
| | 7. Pleural Plaques | 13,374 | 11,880 | 8,696 | 6,249 | 4,273 | 2,543 | 1,344 | 659 | 322 | 137 | 25 | 0 | 49,502 |
| | 8. Non-asbestos Related | 9,154 | 8,118 | 6,089 | 4,717 | 3,621 | 2,523 | 1,395 | 704 | 350 | 230 | 160 | 7 | 37,068 |
| | 9. Unknown | 3,090 | 2,914 | 2,553 | 2,020 | 1,764 | 1,387 | 827 | 534 | 43 | 13 | 16 | 0 | 15,162 |
| | Total | 86,606 | 78,845 | 60,824 | 47,728 | 35,883 | 24,717 | 15,260 | 8,427 | 4,302 | 2,338 | 674 | 9 | 365,615 |

9

# APPENDIX A

## APPENDIX A:  PUBLICATIONS DURING PRECEDING TEN YEARS, 1997–2007

### BOOKS AND MONOGRAPHS (3)

*Forecasting Product Liability Claims:  Epidemiology and Modeling in the Manville Asbestos Case.*  Springer Verlag, New York, 2005.  (Eric Stallard, Kenneth G. Manton, and Joel E. Cohen)

*Long Term Care:  Actuarial Issues in Designing Voluntary Federal-Private LTC Insurance Programs.*  American Academy of Actuaries, Washington, DC, 1999 (http://www.actuary.org/pdf/health/LTC.pdf).  (Harold L. Barney, Eric Stallard, Vincent L. Bodnar, Malcolm A. Cheung, Loretta Jacobs, Paul Janus, Walter T. Liptak, Bartley L. Munson, Alwyn V. Powell, Gordon R. Trapnell, and Robert K. Yee)

*Social Security Reform Options.*  Public Policy Monograph, American Academy of Actuaries, Washington, DC, 2007.  (Buffin KG, Burrows EE, Gebhardsbauer R, Klieber EJ, Randall RJ, Robberson PW, Schobel BJ, Stallard E, Steiner KA, Weiss J, Weisz LM)

### SCIENTIFIC ARTICLES (26)

#### 2007

"Aging: Long-term care."  In press at the *Encyclopedia of Public Health* (H. Kristian Heggenhougen, Ed.), Elsevier Inc., Oxford, U.K., 2007.

"Projected use of long term care services among enrolled veterans."  In press at *The Gerontologist.*  (Kinosian, B., Stallard, E., Wieland, D.)

"The random walk model of human aging and mortality:  The Fokker-Planck, state-space, and force of mortality equations."  *First International Workshop on Constructal Theory of Social Dynamics,* Duke University, April 4–5, 2006.  Accepted for publication by Springer in special volume edited by Adrian Bejan and Kenneth Land.  (Kenneth G. Manton, Kenneth C. Land, and Eric Stallard)

"Trajectories of morbidity, disability, and mortality among the U.S. elderly population: Evidence from the 1984–1999 NLTCS."  In press at the *North American Actuarial Journal.*

#### 2006

"Demographic issues in longevity risk analysis."  *Journal of Risk and Insurance* 73(4):575–609.

"Disease patterns in multiple-cause data at advanced ages: United States 1980–1998."  In *Proceedings of the International Collaborative Effort on Automating Mortality Statistics, Volume III* (Heron, M., Miniño, A.M., and Rosenberg, H.M., eds.), National Center for Health Statistics, Hyattsville, MD, pp. 73–96.

#### 2005

"Endothelial progenitor cell therapy for atherosclerosis: The philosopher's stone for an aging population."  *Science of Aging Knowledge Environment* 2005(25), pe18, June 22, 2005.

(Julia Kravchenko, Pascal J. Goldschmidt-Clermont, Tiffany Powell, Eric Stallard, Igor Akushevich, Michael S. Cuffe, and Kenneth G. Manton)

"Trajectories of disability and mortality among the U.S. elderly population: Evidence from the 1984–1999 NLTCS." Chapter in *Living to 100 and Beyond Monograph*, Society of Actuaries Online Monographs, 2005. http://library.soa.org/library-pdf/m-li05-1_XXVII.pdf

## 2004

"Computing time-varying sex-age-specific rates of marriage/union formation and dissolution in family household projection or simulation." *Demographic Research* 11:263–304, December 2004. (Zeng, Y., Stallard, E., and Wang, Z.)

## 2003

"Diseases, chronic and degenerative." In *The Encyclopedia of Population, Revised Edition* (Paul Demeny and Geoffrey McNicoll, eds.), Macmillan Reference USA, New York, 2003, Vol. 1, pp. 253-258.

"Underlying and multiple cause mortality at advanced ages: United States 1980–1998." In *Living to 100 and Beyond: Survival at Advanced Ages Symposium*, Society of Actuaries Online Publications, 2003. http://www.soa.org/ccm/content/research-publications/research-projects/living-to-100-and-beyond-survival-at-advanced-ages/

## 2002

"Underlying and multiple cause mortality at advanced ages: United States 1980–1998." *North American Actuarial Journal* 6(3): 64-87. http://library.soa.org/library/naaj/1997-09/naaj0207_7.pdf

## 2001

"Product liability forecasting for asbestos-related personal injury claims: A multidisciplinary approach." Chapter 13 in *Population Health and Aging: Strengthening the Dialogue Between Epidemiology and Demography – Annals of the New York Academy of Sciences*, (M. Weinstein, A.I. Hermalin, and M.A. Stoto, Eds.), Volume 954, December 2001, pp. 223-244. ISBN 1-57331-372-6.

## 2000

"*Non-Insured Home and Community-Based Long-Term Care Incidence and Continuance Tables.*" Actuarial Report issued by the Long-Term Care Experience Committee, Society of Actuaries, Schaumburg, IL, March 2000. (Eric Stallard and Robert K. Yee) http://www.soa.org/ccm/content/areas-of-practice/special-interest-sections/long-term-care-insurance/actuarial/papers-presentations-research-resources/ltci-home-and-community/

"Predicting 10-year care requirements for older people with suspected Alzheimer's disease." *Journal of the American Geriatrics Society* 48(6): 631-638. (Bruce Kinosian, Eric Stallard, Jason Lee, Max A. Woodbury, Arthur Zbrozek, and Henry A. Glick)

"Retirement and health: Estimates and projections of acute and long-term care needs and expenditures of the U.S. elderly population." Chapter 15 in *Retirement Needs Framework*, SOA Monograph M-RS00-1, pp 159-207, Society of Actuaries, Schaumburg, IL.

**1999**

"The limits of longevity and their implications for health and mortality in developed countries. " In *Proceedings of the UN-CBGS Symposium on Health and Mortality*. (Kenneth G. Manton, Eric Stallard, and Larry S. Corder)

**1998**

"The dynamics of dimensions of age related disability 1982 to 1994 in the U.S. elderly population." *Journal of Gerontology: Biological Sciences* 53A: B59-B70. (Kenneth G. Manton, Eric Stallard, and Larry S. Corder)

"Economic effects of reducing disability." *American Economic Review* 88(2):101-105, 1998. (Kenneth G. Manton, Eric Stallard, and Larry S. Corder)

"Forecasting methods for HIV/AIDS and aging." In *Research on Aging* 20(6) (Special Issue: Ory, MG, Zablotsky, D. eds) pp. 846-864, 1998. (Kenneth G. Manton and Eric Stallard)

**1997**

"Non-white and white age trajectories of mortality: Evidence from extinct cohort analyses, 1950 to 1992." Chapter 2 in *Minorities, Aging, and Health* (K. Markides and M. Miranda, Eds.), Sage Publications. (Kenneth G. Manton and Eric Stallard)

"Changes in the age dependence of mortality and disability: Cohort and other determinants." *Demography* 34(1):135-157. (Kenneth G. Manton, Eric Stallard, and Larry Corder)

"Chronic disability trends in elderly United States populations 1982–1994." *Proceedings of the National Academy of Sciences* 94:2593-2598. (Kenneth G. Manton, Larry S. Corder, and Eric Stallard)

"Education specific estimates of life expectancy and age specific disability in the U.S. elderly population: 1982 to 1991." *Journal of Aging & Health* 9(4):419-450. (Kenneth G. Manton, Eric Stallard, and Larry Corder)

"Health and disability differences among racial and ethnic groups." Chapter 3 in *Racial and Ethnic Differences in the Health of Older Americans*. Committee on Population, National Research Council, Washington, DC, pp. 43-104. (Kenneth G. Manton and Eric Stallard)

"Monitoring changes in the health of the U.S. elderly population: Correlates with biomedical research and clinical innovations." *The FASEB Journal* 11(12):923-930. (Kenneth G. Manton, Larry S. Corder, and Eric Stallard)

## ACTUARIAL PUBLICATIONS (44)

### 2007

"An actuarial perspective on the 2007 Social Security Trustees' report." *Issue Brief*, American Academy of Actuaries, Washington, DC, May 2007.  (Buffin KG, Burrows EE, Callahan ME, Gebhardsbauer R, Klieber EJ,  Mindilin DD, Schobel BJ, Stallard E, Steiner KA, Weisz LM)

"Investing Social Security assets in the securities markets." *Issue Brief*, American Academy of Actuaries, Washington, DC, March 2007.  Buffin KG, Burrows EE, Callahan ME, Gebhardsbauer R, Klieber EJ, Mindlin DD, Schobel BJ, Sinclair SH, Stallard E, Steiner KA, Weiss J, Weisz LM)

"Women and Social Security." *Issue Brief*, American Academy of Actuaries, Washington, DC, June 2007.  Buffin KG, Burrows EE, Callahan ME, Gebhardsbauer R, Klieber EJ, Mindilin DD, Schobel BJ, Sinclair SH, Stallard E, Steiner KA, Weiss J, Weisz LM:

### 2006

"An actuarial perspective on the 2006 Social Security Trustees' Report." *Issue Brief*, American Academy of Actuaries, Washington, DC, May 2006.  (Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Klieber, E.J.,  Randall, R.J., Robberson, P.W., Schobel, B.J., Stallard, E., Steiner, K.A., and Weiss, J.)

"Social Security reform: Changes to the benefit formula and taxation of benefits." *Issue Brief*, American Academy of Actuaries, Washington, DC, October 2006.  (Buffin KG, Burrows EE, Gebhardsbauer R, Klieber EJ, Randall RJ, Robberson PW, Schobel BJ, Stallard E, Steiner KA, Weiss J, , Weisz LM)

### 2005

"A guide to the use of stochastic models in analyzing Social Security." *Issue Brief*, American Academy of Actuaries, Washington, DC, October 2005.  (Klieber EJ, Buffin, KG, Burrows EE, Gebhardsbauer R, Randall RJ, Rasiej RM, Robberson PW, Schobel BJ, Stallard E, Steiner KA, Weiss J, and Wiseman JA)

"An actuarial perspective on the 2005 Social Security Trustees Report." *Issue Brief*, American Academy of Actuaries, Washington, DC, April 2005.  (Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Rasiej, R.M., Robberson, P.W., Schobel, B.J., Stallard, E., Steiner, K.A., Weiss, J., and Wiseman, J.A.)

"Reply to 'The life settlements market: An actuarial perspective on consumer economic value.'" (Singer, H.J. and Stallard, E.)  In *Criterion Economics News*, Criterion Economics, Washington, D.C., 2005.
Available at http://www.criterioneconomics.com/docs/Reply_Deloitte_Final__ane.pdf

### 2004

"An actuarial perspective on the 2004 Social Security Trustees Report." *Issue Brief*, American Academy of Actuaries, Washington, D.C., April 2004.  (Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

"Assumptions used to project Social Security's financial condition." *Issue Brief*, American Academy of Actuaries, Washington, DC, January 2004. (Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

"Means testing for Social Security." *Issue Brief* (American Academy of Actuaries), Washington, DC, January 2004. (Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

"Morbidity improvement and its impact on LTC insurance pricing and valuation." *Record of the Society of Actuaries* 30(1): Session #107PD, September 2004. (Stallard, E., Wolf, R.M., Weltz, S.A.)

"Social adequacy and individual equity in Social Security." *Issue Brief*, American Academy of Actuaries, Washington, DC, January 2004. (Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

**2003**

"An actuarial perspective on the 2003 Social Security Trustees Report." *Issue Brief*, American Academy of Actuaries, Washington, D.C., April 2003. (Schobel, B.D., Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., Wiseman, J.A.)

"Long-Term Care Insurance Compliance with the NAIC LTCI Model Regulation Relating to Rate Stability." *Health Practice Council Practice Note – May 2003,* American Academy of Actuaries, Washington, DC, 2003. (Stallard, E., Abroe, M.S., Boerner, M.W., Carroll, W., Foley, T.C., Glickman, J.M., Jay, B.D., Munson, B.L., Sperka, S.P., Stahl, B.A., Weller, W.C., and Yee, R.K.W.)

"Social Security individual accounts: Design questions." *Issue Brief*, American Academy of Actuaries, Washington, DC, Fall 2003. (Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

**2002**

"An actuarial perspective on the 2002 Social Security Trustees Report." *Issue Brief*, American Academy of Actuaries, Washington, DC, April 2002. (Bruce D. Schobel, Kenneth G. Buffin, Edward E. Burrows, Ronald Gebhardsbauer, Eric J. Klieber, Robert J. Randall, Richard G. Schreitmueller, Ronald L. Solomon, Eric Stallard, and Cori E. Uccello)

"Automatic adjustments to maintain Social Security's long-range actuarial balance." *Issue Brief*, American Academy of Actuaries, Washington, DC, September 2002. (Schobel, B.D., Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Ucello, C.E., Weiss, J., and Wiseman, J.A.)

"*Factors Affecting Retirement Mortality*." Society of Actuaries, Schaumburg, Illinois, 2002. http://www.soa.org/sections/farm/farm.html (Sze, M., Brown, R., Campbell, R., Gutterman. S., Rappaport, A., Schobel, B., Stallard, E., and Wade, A.)

"Long-Term Care Insurance:  Compliance with the NAIC LTCI Model Regulation Relating to Rate Stability." *Health Practice Note* 2002-1 (Exposure Draft), American Academy of Actuaries, Washington, D.C. (Eric Stallard, Abroe, M.S., Boerner, M.W., Carroll, W., Foley, T.C., Glickman, J.M., Jay, B.D., Munson, B.L., Sperka, S.P., Stahl, B.A., Weller, W.C., and Yee, R.K.W.)

"Long-term care strategies for baby-boomers." *The Proceedings*, Conference of Consulting Actuaries, Vol. LII (2002), pp. 438-446.

"Quantitative measures for evaluating Social Security reform proposals." *Issue Brief*, American Academy of Actuaries, April 2002. (Bruce D. Schobel, Kenneth G. Buffin, Edward E. Burrows, Ronald Gebhardsbauer, Eric J. Klieber, Robert J. Randall, Richard G. Schreitmueller, Ronald L. Solomon, Eric Stallard, and Cori E. Uccello)

"Raising the retirement age for Social Security." *Issue Brief*, American Academy of Actuaries, Washington, DC, October 2002. (Schobel, B.D., Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

"Social Security benefits: Changes to the benefit formula and taxation – October 2002." *Issue Brief*, American Academy of Actuaries, Washington, DC, October 2002. (Schobel, B.D., Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

"Social Security reform:  Voluntary or mandatory individual accounts." *Issue Brief*, American Academy of Actuaries, September 2002. (Bruce D. Schobel, Eric J. Klieber, Kenneth G. Buffin, Edward E. Burrows, Ronald Gebhardsbauer, Robert J. Randall, Richard G. Schreitmueller, Eric Stallard, Joan Weiss, and James A. Wiseman)

**2001**

"An actuarial perspective on the Social Security Trustees Report." *Issue Brief*, American Academy of Actuaries, Washington, DC, May 2001. (Bruce D. Schobel, Edward E. Burrows, Eli N. Donkar, Ronald Gebhardsbauer, Stephen G. Goss, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Richard G. Schreitmueller, Ronald L. Solomon, Eric Stallard, and Cori E. Uccello)

"Annuitization of Social Security individual accounts." *Issue Brief*, American Academy of Actuaries, Washington, DC, November 2001. (Bruce D. Schobel, Edward E. Burrows, Eli N. Donkar, Ronald Gebhardsbauer, Stephen G. Goss, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Richard G. Schreitmueller, Ronald L. Solomon, Eric Stallard, and Cori E. Uccello)

"Assumptions used to project Social Security's financial condition." *Issue Brief*, American Academy of Actuaries, Washington, DC, May 2001. (Bruce D. Schobel, Edward E. Burrows, Eli N. Donkar, Ronald Gebhardsbauer, Stephen G. Goss, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Richard G. Schreitmueller, Ronald L. Solomon, Eric Stallard, and Cori E. Uccello)

"Federal tax incentives for long-term care insurance:  Actuarial issues and public policy implications." *Issue Brief*, American Academy of Actuaries, Summer 2001. (Eric Stallard, Malcolm A. Cheung, James M. Glickman, Timothy Gustafson, Paul Janus, Walter T. Liptak, Bartley L. Munson, Julia Philips, Alwyn V. Powell, Bruce A. Stahl, Gordon R. Trapnell, and Robert K. Yee)

"Social Security benefits: Changes to the benefit formula and taxation – October 2001." *Issue Brief*, American Academy of Actuaries, Washington, DC, October 2001. (Schobel, B.D., Buffin, K.G., Burrows, E.E., Donkar, E.N., Gebhardsbauer, R., Klieber, E.J LaBombarde, A.R., Schreitmueller, R.G., Solomon, R.L., Stallard, E., and Uccello, C.E.)

"The new face of aging: Panel discussion on aging and health" moderated by Anna M. Rappaport. *The Actuary* 35(7): 4-8, September, 2001.

**2000**

"Product of the future? The role of long-term care insurance." Panel discussion moderated by Anna M. Rappaport. *The Actuary* 34(7): 1-14, September 2000.

"Quantitative measures for evaluating Social Security reform proposals." *Issue Brief*, American Academy of Actuaries, Spring 2000. (Bruce D. Schobel, Edward E. Burrows, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Richard G. Schreitmueller, Eric Stallard, and Cori E. Uccello)

"Social Security reform: Trust fund investments." *Issue Brief*, American Academy of Actuaries, Washington, DC, December 2000. (Bruce D. Schobel, Edward E. Burrows, Ronald Gebhardsbauer, Eric J. Klieber, Adrien R. LaBombarde, Richard G. Schreitmueller, Ronald L. Solomon, Eric Stallard, and Cori E. Uccello)

**1999**

"Assumptions used to project Social Security's financial condition." *Issue Paper*, American Academy of Actuaries, July 1999. (Edward E. Burrows, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Julie D. Pope, Richard G. Schreitmueller, Bruce D. Schobel, Eric Stallard, and Cori E. Uccello)

"Discussion of 'Combining life table data' by Gilbert W. Fellingham and H. Dennis Tolley." *North American Actuarial Journal* 3(3): 38-39, 1999.

"Women and Social Security." *Issue Brief*, American Academy of Actuaries, February 1999. (Edward E. Burrows, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Julie D. Pope, Richard G. Schreitmueller, Bruce D. Schobel, Eric Stallard, and Cori E. Uccello)

**1998**

"Automatic adjustments to maintain Social Security's long-range actuarial balance." *Issue Brief*, American Academy of Actuaries, Summer 1998. (Dwight K. Bartlett III, Jerald L. Bogart, Edward E. Burrows, C. David Gustafson, Michael O. Khalil, Eric J. Klieber, Krzysztof M. Ostaszewski, Julie D. Pope, Bruce D. Schobel, Eric Stallard, and Cori E. Uccello)

"Issues regarding Social Security individual accounts." *Issue Brief*, American Academy of Actuaries, Winter 1998. (Dwight K. Bartlett III, Edward E. Burrows, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Julie D. Pope, Bruce D. Schobel, Richard G. Schreitmueller, Eric Stallard, and Cori E. Uccello)

"Non-insured home and community-based care." *Record* (*Society of Actuaries*) 24(3) Session 95PD: 8-15 (http://www.soa.org/library/8ny95pd.pdf).

"Social adequacy and individual equity in Social Security." *Issue Brief*, American Academy of Actuaries, Fall 1998.  (Dwight K. Bartlett III, Jerald L. Bogart, Edward E. Burrows, C. David Gustafson, Michael O. Khalil, Eric J. Klieber, Adrien R. LaBombarde, Julie D. Pope, Bruce D. Schobel, Eric Stallard, and Cori E. Uccello)

*Social Insurance.*  (Actuarial Standard of Practice No. 32), Actuarial Standards Board, 1998. (Jerald L. Bogart, Joseph A. Applebaum, Edward E. Burrows, Richard S. Foster, Stephen C. Goss, C. David Gustafson, Krzysztof M. Ostaszewski, Julie D. Pope, Bruce D. Schobel, Ronald L. Solomon, Eric Stallard, Kenneth A. Steiner, and John A. Wandishin)

**1997**

"Raising the retirement age for Social Security." *Issue Brief*, American Academy of Actuaries, Fall 1997.  (Jerald L. Bogart, Edward E.Burrows, C. David Gustafson, Michael O. Khalil, Julie D. Pope, Bruce D. Schobel, Eric Stallard, and Kenneth A. Steiner)

"Social Security benefits:  Changes to the benefit formula and taxation." *Issue Brief*, American Academy of Actuaries, Fall 1997.  (Jerald L. Bogart, Edward E. Burrows, C. David Gustafson, Michael O. Khalil, Julie D. Pope, Bruce D. Schobel, Eric Stallard, and Kenneth A. Steiner)


**OTHER PUBLICATIONS (4)**

**2002**

Abstract of "Estimates of prevalence and trends in old-age disability: Another look using data from the National Long-Term Care Surveys." In *Final Program and Abstracts*, Population Association of America, 2002 Annual Meeting, Session 140, 2002. (Corder, L.S., Land, K.C., and Stallard, E.)

Abstract of "Trajectories of disability and mortality for the U.S. elderly population from 1984 to 1994." *The Gerontologist* 42(Special Issue I):195, 2002.

"Underlying and multiple cause mortality at advanced ages: United States 1980–1998." Presented at the Society of Actuaries Conference, Living to 100, Orlando, January 17-18, 2002.
Available    at    http://www.soa.org/ccm/content/research-publications/research-projects/living-to-100-and-beyond-survival-at-advanced-ages/

**1999**

"Decreasing morbidity will affect LTC insurance." *LTC News & Comment: News and Views on the Financing of Long-Term Care* 9(11): 1-3, 1999.

# APPENDIX B

# APPENDIX B:  CURRICULUM VITAE

## P. J. Eric Stallard, A.S.A., M.A.A.A., F.C.A

Research Professor
Department of Sociology
&
Center for Population Health and Aging
Duke University
PO Box 90408
009 Trent Hall
Durham, NC 27708-0408


Phone & Voicemail: (919) 668-2724
Fax: (919) 684-3861
Email: eric.stallard@duke.edu


## Personal Data

| | |
|---|---|
| Home Address: | PO Box 71717, Durham, NC 27722-1717 |
| Year of Birth: | 1949 |
| Citizenship: | U.S. |


## Current Positions

Research Professor, Department of Sociology (2006–2011) & Center for Population Health and Aging (2007–2011), Duke University, Durham, NC

Member of the 2007 Technical Panel on Assumptions and Methods, Social Security Advisory Board, Washington, DC (2006–2007)

Member of the Medical Advisory Council, Genworth Financial, Inc. (2005–2007)

Deputy Editor, *Demography* (2007–2010)


## Previous Positions

| | |
|---|---|
| 2006 | Instructor, Department of Sociology, Duke University, Durham, NC |
| 2003–2006 | Member of the Board of Directors of the American Academy of Actuaries |
| 2002 | Instructor, Department of Sociology, Duke University, Durham, NC |
| 2001–2003 | President of the Triangle Area Population Society |
| 2000 | Instructor, Department of Sociology, Duke University, Durham, NC |
| 1999–2001 | Vice President of the Triangle Area Population Society |
| 1998 | Instructor, Department of Sociology, Duke University, Durham, NC |
| 1996–2006 | Associate Director for Management and Planning, Center for Demographic Studies, Duke University, Durham, NC |
| 1995–2006 | Research Professor of Demographic Studies, Center for Demographic Studies, Duke University, Durham, NC |
| 1992–1995 | Associate Research Professor, Center for Demographic Studies, Duke University, Durham, NC |
| 1989–1992 | Research Associate, Center for Demographic Studies, Duke University, Durham, NC |

| | |
|---|---|
| 1979–1989 | Statistical Research Analyst, Center for Demographic Studies, Duke University, Durham, NC |
| 1976–1979 | Senior Computer Programmer, Center for Demographic Studies, Duke University, Durham, NC |
| 1973–1975 | Senior Computer Programmer, Center for Demographic Studies and Dept. of Sociology, Duke University, Durham, NC |
| 1972–1973 | Computer Programmer, Dept. of Sociology, Duke University, Durham, NC |
| 1971–1973 | Research Technician, Adult Psychiatric Division, Duke University Medical Center, Durham, NC |

## Awards/Honors

| | |
|---|---|
| 2006 | Appointed Deputy Editor, *Demography* (2007–2010) |
| 2006 | Appointed Member of the 2007 Technical Panel on Assumptions and Methods, Social Security Advisory Board |
| 2003 | Elected Member of the Board of Directors of the American Academy of Actuaries (2003–2006) |
| 2003 | Awarded Membership as a Fellow of the Conference of Consulting Actuaries |
| 2002 | Appointed Chair of the American Academy of Actuaries Federal and State Long-Term Care Task Forces |
| 2002 | Appointed Member of the Scientific Review Board of the journal *Demographic Research*, published by the Max Planck Institute for Demographic Research (MPIDR) |
| 2002 | Elected Member of the Society of Actuaries Long-Term Care Insurance Section Council (2002–2005) |
| 2001 | Appointed Chair of the American Academy of Actuaries Long-Term Care Work Group |
| 1999 | Elected Member of the National Academy of Social Insurance |
| 1999 | Elected Vice-President and President-Elect (2001–2003) of the Triangle Area Population Society |
| 1999 | First Prize for paper "Retirement and health: Estimates and projections of acute and long-term care needs and expenditures of the U.S. elderly population." Society of Actuaries: Retirement Needs Framework Conference (Dec. 1998) |
| 1998 | Appointed Chair of the American Academy of Actuaries Task Force on Long-Term Care |
| 1997 | Appointed Vice-Chair of the American Academy of Actuaries Committee on Long-Term Care |
| 1996 | James A. Shannon Director's Award, National Institutes of Health, National Institute on Aging |
| 1993 | Society of Actuaries Educational Institution Grant for Full-Time Faculty Member Attaining ASA/FSA Status |

## Major Areas of Interest

Medical Demography
Health/LTC Actuarial Practice
Social Insurance

**Education**

| | |
|---|---|
| Professional: | Associate, Society of Actuaries, 1992 |
| | Member, American Academy of Actuaries, 1993 |
| | Fellow, Conference of Consulting Actuaries, 2003 |
| University: | B.S., Psychology, Duke University, 1988 |
| Secondary: | Diploma, Fordham Preparatory School, 1967 |

**Courses Taught**

Sociology 224E:  Demography of Aging, Fall 1998, Fall 2000, Fall 2002, Spring 2006
    (all with Kenneth C. Land)

**Professional Memberships**

American Academy of Actuaries (1993–Present)
American Association for the Advancement of Science (1997–Present)
American Statistical Association (1992–Present)
Conference of Consulting Actuaries (2003–Present)
Gerontological Society of America (1995–Present)
National Academy of Social Insurance (1999–Present)
Population Association of America (1988–Present)
Réseau Espérance de Vie en Santé (International Network on Health Expectancy and the
    Disability Process 1990–Present)
Society for Industrial and Applied Mathematics (1985–2000)
Society of Actuaries (1992–Present)
- Computer Science Section (1993–Present)
- Health Section (1993–Present)
- Investment Section (1993–Present)
- Long-Term Care Insurance Section (1999–Present)

Southern Demographic Association (1984–Present)
Triangle Area Population Society (1988–Present; President 2001–2003; Vice-President
    1999–2001)

**Professional Committees**

American Academy of Actuaries
- Board of Directors (2003–2006)
- Federal Long-Term Care Task Force, Chairperson (2002–Present)
- Health Practice Council (2002–Present)
- Long-Term Care Committee (1994–1998; Vice Chairperson: 1997–1998)
- Long-Term Care Task Force, Chairperson (1998–2002)
- Long-Term Care Work Group (1993–1994)
- Medicare Cost Containment Work Group (1997–1998)
- Social Insurance Committee (1995–Present)
- State Health Committee (1998–Present)
- State Long-Term Care Principles-Based Work Group (2005–Present)
- State Long-Term Care Reserving Work Group (2003–2005)
- State Long-Term Care Task Force (2002–Present; Chairperson: 2002–2004)
- State Long-Term Care Work Group, Chairperson (2001–2003)

Social Security Advisory Board
- 2007 Technical Panel on Assumptions and Methods (2006–2007)

Society of Actuaries
- CCRC Experience Task Force (2000–2002)
- CCRC Peer Review Work Group (2000–2002)
- Long-Term Care Experience Committee (1993–2000)
- Long-Term Care Insurance Section Council (2002–2005)
- Work Group on Factors Affecting Retirement Mortality (2000–2003)

## Center for Demographic Studies Committees

Anatoli I. Yashin Promotion Committee (2002–2003)
Elizabeth H. Corder Promotion Committee, Chair (1997–1998)
Larry S. Corder Promotion Committee (1997–1998)
Zeng Yi Promotion Committee, Chair (2001–2002)
Zeng Yi Reappointment Committee (2005)
NIA P20 Exploratory Center on the Demography of Aging at Duke University
- Pilot Project Review Committee (1994–1999; Chair: 1995–1999)
- General Advisory and Planning Group (1994–1999)
NIA P30 Center for Longitudinal Analysis in Medical Demography at Duke University
- Pilot Project Review Committee, Chair (1999–2004)
- General Advisory and Planning Group (1999–2004)

## Duke University Committees

Arts and Sciences Council (1999–2003, 2004–2006)
Committee on Retirement Policy – Office of the Provost (1998–2003)

## Scientific Journal Peer-Review

*Demography* (1987–1988, 1990–1992, 1995–1998, 2002, 2006; Deputy Editor: 2007–2010)
*Demographic Research* (2002–Present)
*Experimental Gerontology* (1995, 1996)
*The Gerontologist* (1994–1995)
*International Journal of Epidemiology* (1984, 1986, 1988, 1990–1991, 1993)
*International Journal of Forecasting* (1992)
*Journal of Aging and Health* (1995–1996)
*Journal of Gerontology* (1987–1990)
*Journal of the American Statistical Association* (1997–1998)
*Journal of Risk and Insurance* (2006)
*Mathematical Population Studies* (1992–1993, 1996)
*The Milbank Quarterly* (1994–1995)
*North American Actuarial Journal* (1996, 1999, 2001–2006)
*Population Research and Policy Review* (1994)
*Radiation Biology Radioecology* (2006)
*Research on Aging* (1999–2000, 2006)
*Social Biology* (1999)
*Statistics in Medicine* (2005)

**Expert Witness Testimony**

1994                    U. S. District Court, Eastern District of New York  In re: *Findley v. Falise* (Manville Personal Injury Settlement Trust), March 15 and May 11, 1994.

**Academic Consulting**

2003–2005              Consultant, National Institute on Aging SBIR Grant (through Households and Consumption Forecasting, Inc.):  Demographic Tool and Database for Household Forecasting (Phase I).

2001–2004              Economic Determinants of Mortality – National Institute of Child Health and Human Development Grant to the University of North Carolina, William H. Dow, Ph.D., Principal Investigator.

2000                    Health Care Organizations – National Institute on Aging; Georgeanne Patmios, Ph.D., Project Director.

1997–1998              PACE Rate Work – Health Care Financing Administration Contract with the Center for Health Systems Research and Analysis, University of Wisconsin-Madison; James M. Robinson, Ph.D., FSA, Principal Investigator.

1997–1998              Multi-Stage Cancer Models for Chloroform – U.S. Environmental Protection Agency Contract through Cadmus Group, Inc., Durham, N.C.; William Warren-Hicks, Ph.D., Project Director.

1997                    Impact of Disability Reductions on National Health Costs – National Institute on Aging; Richard M. Suzman, Ph.D., Project Director.

1995                    Chloroform Cancer Quantification Study – U.S. Environmental Protection Agency Contract through WMA/Cadmus Group, Inc., Durham, N.C.; Jonathan Butcher, Ph.D., Project Director.

1993–1998              Continuing Care Retirement Communities Study – National Institute on Aging SBIR Grant to Actuarial Forecasting and Research, Holicong, Pennsylvania; Harold Barney, FSA, Principal Investigator.

1993                    Long-Term Care Needs in Kansas – Kansas Association of Homes for the Aging, Topeka, Kansas; John Grace, Project Director.

1992–1998              Seventh Day Adventist Study – National Institute on Aging Grant to Loma Linda University, California; Gary Fraser, M.D., Principal Investigator.

1992                    Health Forecasting Models for the Elderly and Oldest Old Populations – National Institute on Aging; Richard M. Suzman, Ph.D., Project Director.

## Current Research Projects

| | |
|---|---|
| 2007 | Principal Investigator, Wyeth Pharmaceuticals Grant:  Development of an Alzheimer's Disease Cost Effectiveness Model. |
| 2005–2010 | Senior Investigator, National Institute on Aging Grant 1R01 AG028259:  Healthy Life at Risk: The Role of Senescence. |
| 2004–2008 | Principal Investigator, Veterans Health Administration:   Aging Veterans Health Policy Model. |
| 2003–2008 | Senior Investigator, ASPE Basic Ordering Agreement RFP-15-02-HHS-OS (through Urban Institute Subcontract):  Conduct Health, Disability and Long-Term Care Data, Services and Policy Analysis. |
| 2004–2007 | Principal Investigator, National Council on the Aging Grant:  Decision Support Software for Financing Long Term Care. |

## Pending Research Projects

| | |
|---|---|
| 2008–2012 | Senior Investigator, National Institute on Aging Grant:  Analysis of Health/Well-Being/Survival Status of the US Elderly: A New Approach. |
| 2007–2012 | Senior Investigator, National Institute on Aging Grant:  Evaluating New Genetic Effects on Health and Aging from Longitudinal Data. |
| 2007–2012 | Senior Investigator, National Institute on Aging Grant:  Dynamics of unhealthy life span in the U.S.: Demographic models and analyses. |
| 2007-2011 | Principal Investigator, National Institute on Aging Grant (through Purdue University):  Lack of Personal Assistance among ADL Disabled Older Adults. |

## Completed Research Projects

| | |
|---|---|
| 2005–2006 | Senior Investigator, Project 4 of National Institute on Aging Grant 1P01-AG17937:  Population Models of Factors Affecting Health Trends – Project 4: Prevalence and Cost of Dementia. |
| 2003–2006 | Senior Investigator, National Institute on Aging Grant No. U01-AG07198:  Functional and Health Changes of the Elderly. |
| 2003 | Principal Investigator, Veterans Health Administration Grant:  Veterans Health Administration Long-Term Care Model. |
| 2002–2007 | Project Leader, Supplement to National Institute on Aging Grant 1P01-AG17937:  Population Models of Factors Affecting Health Trends – Project 8:  Projections of Acute & Long-Term Care Needs & Expenditures. |

2002–2003    Principal Investigator, Wyeth Pharmaceuticals Grant:    Updated Alzheimer's Disease Cost Effectiveness Model.

2002–2003    Principal Investigator, National Institute on Aging SBIR Grant (through Informed Decisions, Inc.):  Internet-Based Dissemination of NLTCS Data (Phase I).

2001–2003    Principal Investigator, General Electric Capital Assurance Company Grant:  The National Long Term Care Index Project:  Phase I.

2001–2003    Senior Investigator, National Institute on Aging Grant:  Demographic Effects on Elderly Households and Caregiving Needs.

2001–2002    Senior Investigator, National Institute on Aging SBIR Grant (through Unicon Corporation):  NLTCS Documentation and Extraction Utilities.

2000–2006    Senior Investigator, Project 1 of National Institute on Aging Grant 1P01-AG17937:    Population Models of Factors Affecting Health Trends – Project 1: Methodological Development of Health Forecasting Model to Integrate Data.

2000–2005    Core Leader, Core C of National Institute on Aging Grant 1P01-AG17937:  Population Models of Factors Affecting Health Trends – Core C:  Forecasts of Changes in Health and Costs of Illness.

2000–2005    Senior Investigator, Project 2 of National Institute on Aging Grant 1P01-AG17937:    Population Models of Factors Affecting Health Trends – Project 2—Cohort Data.

1999–2006    Mentor, National Institute on Aging Grant 1K12-AG00982:  Scientific Recruitment for the Demography of Aging.

1999–2005    Senior Investigator, National Institute on Aging Grant 1K07-AG00892:  Academic Career Leadership Award.

1999–2005    Senior Investigator, Core A of National Institute on Aging Grant 2P30-AG12852:  Center for Longitudinal Analysis in Medical Demography—Core A—Administration and Research.

1999–2005    Senior Investigator, Core D of National Institute on Aging Grant 2P30-AG12852:  Center for Longitudinal Analysis in Medical Demography—Core D—External Research Resources Support.

1999–2004    Senior Investigator, Project 5 of National Institute on Aging Grant No. 7P01-AG08761:  Oldest Old Mortality – Demographic Models and Analyses.

1998–2004    Senior Investigator, National Institute on Aging Grant No. 2R01-AG07469:  Active Life Expectancy in the Old and Oldest Old Populations.

1997–2005    Senior Investigator, ASPE Basic Ordering Agreement RFP-29-96-HHS-OS (through Urban Institute Subcontract):  Policy Analysis, Program Assessments, Evaluation and Data Analysis.

| 1998–2000 | Principal Investigator, National Institute on Aging SBIR Grant (through NCOA Development Corporation): Decision Support Software for Financing Long Term Care. |
|---|---|
| 1997–1998 | Senior Investigator, Charles A. Dana Foundation Grant: Analysis of Medical Treatments and Techniques. |
| 1997 | Principal Investigator, Department of Defense Grant (through 3M Subcontract GS02091): Application of Empirical Bayes Strategies for Generation of Rates of Use Maps. |
| 1996–2000 | Principal Investigator, National Institute on Aging Grant No. 1R55-AG/OD13986: Forecasting Models for Acute and Long-Term Care. |
| 1996–2000 | Senior Investigator, National Institute on Aging Grant No. 5R01-AG13254: Population Effect of Chronic Disease and Mortality. |
| 1996–1998 | Principal Investigator, Bayer Corporation Pharmaceutical Division Grant: The Economic Impact of Slowing the Progression of Alzheimer's Disease. |
| 1996–1998 | Principal Investigator, Society of Actuaries Grant: Noninsured Noninstitutional Long Term Care Experience. |
| 1996–1997 | Senior Investigator, National Institute on Aging Grant No. 1R03-AG14191: U.S. Female Breast Cancer Incidence/Mortality & Screening. |
| 1995–2000 | Senior Investigator, Department of Defense Grant GS02091 (through 3M/HIS): Defense Medical Information System. |
| 1994–2007 | Senior Investigator, National Institute on Aging Grant No. 5T32-AG00139, Medical Demography and Social Epidemiology of Aging. |
| 1994–1999 | Senior Investigator, National Institute on Aging Grant No. 5P20-AG12852: Center for Longitudinal Analysis in Medical Demography. |
| 1994–1999 | Senior Investigator, National Institute on Aging Grant (through Syracuse University): Dynamic Simulation of Elders' Health and Well-Being. |
| 1993–1995 | Principal Investigator, Manville Personal Injury Settlement Trust: Johns-Manville Asbestos Litigation Project. |
| 1993–1995 | Senior Investigator, HCFA Contract No. 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 (subcontract with Lewin-VHI, Inc.): Long Term Care Studies. |
| 1992–1993 | Senior Investigator, Parke-Davis Pharmaceutical Division: U.S. Mortality Data Research Project. |
| 1991–1996 | Senior Investigator, National Institute on Aging Grant No. 1R01-AG08523: A Collaborative Study of Aging in the U.S. and Australia. |

| | |
|---|---|
| 1991–1992 | Senior Investigator, Commonwealth of Pennsylvania Department of Public Welfare:  HealthPASS External Assessment. |
| 1991–1992 | Senior Investigator, Manville Personal Injury Settlement Trust:  Johns-Manville Asbestos Litigation Project, Phase I. |
| 1991–1992 | Senior Investigator, National Institute on Aging Grant No. 2R44-AG03796-02:  Making Aging Data Available to Researchers. |
| 1989–1993 | Senior Investigator, U.S. Environmental Protection Agency Cooperative Agreement No. CR-815811:  Development and Use of Statistical and Biological Models in Assessing Environmental Health Effects. |
| 1987–2003 | Senior Investigator, National Institute on Aging Grant No. 5R01-AG07198:  Functional and Health Changes of the Elderly. |
| 1987–2003 | Senior Investigator, National Institute on Aging Grant No. 5R37-AG07025:  Forecasting Life Expectancy and Active Life Expectancy. |
| 1986–1992 | Senior Investigator, World Health Collaborating Center for Research and Training in the Methods of Assessing Risk and Forecasting Health Status Trends, Duke University. |
| 1986 | Programmer Analyst, National Institute on Aging and National Center for Health Statistics Interagency Agreement 3D/0IESP:  Development of Person-Based Data File from NHIS 1969–1981. |
| 1985–1991 | Statistical Analyst/Programmer Analyst, Health Care Financing Administration Grant No. 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:  Evaluation of Social/Health Maintenance Organization Demonstrations. |
| 1985–1986 | Member, Sloan Foundation Grant No. 85-6-19:  Interdisciplinary Program for Population-Based Model Development, Duke University. |
| 1985–1986 | Statistical Analyst/Programmer Analyst, Veteran's Administration Grant No. 83-27:  Spinal Cord Injury Mortality Study – Validation and Pilot Study. |
| 1984–1990 | Senior Research Analyst, Health Care Financing Administration Cooperative Agreement No. 18-C-98641:  A National and Cross-National Study of the Long-Term Care Population. |
| 1984–1985 | Statistical Analyst, Health Care Financing Administration Grant No. 18-P-97710/4-04S1&S2:  Extension (of 18-P-97710) to Examine Characteristics of the Type D Facility (Nursing Home) Residents of the Supplemental Security Income Population using Multivariate Statistical Procedures. |
| 1984–1985 | Statistical Programmer/Consultant, United Nations Children Fund project:  Ethiopian Local Area Estimation. |
| 1983–1986 | Statistical Analyst/Programmer Analyst, National Science Foundation Grant No. SES8219315:  Management Science Models of Complex Human Institutional Processes. |

| | |
|---|---|
| 1982–2000 | Senior Investigator, National Institute on Aging Grant No. 5R37-AG03188: Longitudinal Models of Correlates of Aging and Longevity. |
| 1982–1985 | Programmer Analyst, Social Security Administration Contract No. SSA-82-0153 & 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: Development of File of Multiple Causes of Death for Decedents of the Retirement History Survey Study Population. |
| 1982–1983 | Statistical Analyst/Programmer Analyst, Congressional Research Office, Library of Congress, Contract No. 82-62:  Evaluation of Methodology Used to Estimate Population at Risk from Asbestos-Related Disease. |
| 1981–1990 | Statistical Analyst/Programmer Analyst, National Institute of Mental Health Grant No. 2U01-MH35386:  Epidemiologic Catchment Area Program, Duke University. |
| 1980–1990 | Senior Research Analyst, Environmental Protection Agency Cooperative Agreement Nos. CR807465 & CR811090-01-0: Methods for Ecological Mortality and Morbidity Analysis. |
| 1980–1984 | Statistical Analyst, Health Care Financing Administration Grant No. 18-P-97710:  Bioactuarial Estimates and Forecasts of Health Care Needs and Disability. |
| 1979 | Programmer Analyst, U.S. Centers for Disease Control Contract No. 7590943, PHS-1979: Multiple Cause Mortality Data and Life Tables. |
| 1978–1983 | Programmer Analyst, National Cancer Institute Grant No. 23399: Certification of Cancer-Related Deaths. |
| 1978 | Statistical Analyst/Consultant, Office of Technology Assessment, U.S. Congress, Washington, D.C.  Effects on life expectancy of eliminating pneumonia: preparation of prevalence estimates using multiple cause of death (death certificate) data, in conjunction with a cost-benefit study of a pneumonia vaccine. |
| 1976–2006 | Senior Investigator, National Institute on Aging Grant No. 5R01-AG01159: A Demographic Study of Multiple Cause of Death. |
| 1976 | Statistical Programmer, Simulation of morbidity and mortality processes in the U.S. veteran population, Duke University (for the National Academy of Sciences). |
| 1975–1977 | Statistical Programmer/Analyst, Development of mathematical procedures and computer software for the Markov Network analysis of covariance matrices, Duke University. |
| 1975 | Statistical Programmer, Designed and implemented generalized spreadsheet program for demographic and actuarial analyses of mortality and morbidity data, Duke University. |

| | |
|---|---|
| 1975 | Statistical Programmer/Analyst, Designed and implemented procedures for the discriminant analysis of differentially weighted population samples, Duke University. |
| 1974–1975 | Statistical Programmer, Designed and implemented a program to prepare reports on inconsistencies of response codes to sample survey questions in large data files, Duke University. |
| 1974 | Statistical Programmer, Modified and implemented programs to process the public use sample files of the 1970 U.S. Census, Duke University. |
| 1973 | Statistical Programmer/Analyst, Designed and implemented a set of programs to perform regression, canonical, discriminant, multicollinearity, two and three stage least squares, and factor analysis, Duke University. |
| 1972–1973 | Statistical Programmer, Computer production runs involving the analysis of political party workers in the U.S. and Canada, Duke University. |
| 1971–1973 | Statistical Programmer/Analyst, Research into the statistical problems of using Q-methodology as an evaluation method for the study of change in a clinical setting, Duke University. |
| 1971 | Statistical Programmer/Consultant, Rhine Research Center/Institute for Parapsychology, Durham, N.C. |

## BOOKS AND MONOGRAPHS (7)

*Chronic Disease Modelling,* Charles Griffin Limited, London, England, 1988. (Kenneth G. Manton and Eric Stallard)

*Forecasting Product Liability Claims: Epidemiology and Modeling in the Manville Asbestos Case.* Springer Verlag, New York, 2005. (Eric Stallard, Kenneth G. Manton, and Joel E. Cohen)

*Long Term Care: Actuarial Implications of Health Care Reform*, No. 16 in Monograph Series on Health Care Reform. American Academy of Actuaries, Washington, DC, 1994. (Harold L. Barney, Bartley L. Munson, Dennis L. Dewitt, Malcolm A. Cheung, Eric Stallard, and Vincent L. Bodnar)

*Long Term Care: Actuarial Issues in Designing Voluntary Federal-Private LTC Insurance Programs.* American Academy of Actuaries, Washington, DC, 1999 (http://www.actuary.org/pdf/health/LTC.pdf). (Harold L. Barney, Eric Stallard, Vincent L. Bodnar, Malcolm A. Cheung, Loretta Jacobs, Paul Janus, Walter T. Liptak, Bartley L. Munson, Alwyn V. Powell, Gordon R. Trapnell, and Robert K. Yee)

*Recent Trends in Mortality Analysis*, Academic Press, Orlando, 1984. (Kenneth G. Manton and Eric Stallard)

*Social Security Reform Options.* Public Policy Monograph, American Academy of Actuaries, Washington, DC, 2007. (Buffin KG, Burrows EE, Gebhardsbauer R,

Klieber EJ,  Randall RJ, Robberson PW, Schobel BJ, Stallard E, Steiner KA, Weiss J, Weisz LM)

*U.S. Cancer Mortality Rates and Trends, 1950–1979.* Vol. IV: Maps. USEPA.600, USGPO, Washington, D.C., 1987. (W.B. Riggan, J.P. Creason, W.C. Nelson, K.G. Manton, M.A. Woodbury, Eric Stallard, and A.C. Pellom)

## SCIENTIFIC ARTICLES (112)

### IN PREPARATION

"Estimates of the incidence, prevalence, duration, intensity, and cost of chronic disability among the U.S. elderly." To be presented at the Society of Actuaries Conference, *Living to 100: Survival to Advanced Ages*, Orlando, January 7–9, 2008.

"The expected outcomes and costs of U.S. patients with incident suspected Alzheimer's disease (AD) over 15 years." (Kinosian, B., Stallard, E., Manton, K.G., Straley, D.L., Zbrozek, A., and Glick, H.A.)

"Report to the Social Security Advisory Board." Social Security Advisory Board, Washington, DC, 2007. (2007 Technical Panel on Assumptions and Methods [Dan Crippen, Eric Stallard, et al.]).

### IN REVIEW

"Analysis of the natural history of dementia using longitudinal Grade of Membership models." In review at *Demographic Research*. (Stallard, E., Sloan, F.)

### 2007

"Aging: Long-term care." In press at the *Encyclopedia of Public Health* (H. Kristian Heggenhougen, Ed.), Elsevier Inc., Oxford, U.K., 2007.

"Projected use of long term care services among enrolled veterans." In press at *The Gerontologist*. (Kinosian, B., Stallard, E., Wieland, D.)

"The random walk model of human aging and mortality: The Fokker-Planck, state-space, and force of mortality equations." *First International Workshop on Constructal Theory of Social Dynamics*, Duke University, April 4–5, 2006. Accepted for publication by Springer in special volume edited by Adrian Bejan and Kenneth Land. (Kenneth G. Manton, Kenneth C. Land, and Eric Stallard)

"Trajectories of morbidity, disability, and mortality among the U.S. elderly population: Evidence from the 1984–1999 NLTCS." In press at the *North American Actuarial Journal*.

### 2006

"Demographic issues in longevity risk analysis." *Journal of Risk and Insurance* 73(4):575–609.

"Disease patterns in multiple-cause data at advanced ages: United States 1980–1998."
In *Proceedings of the International Collaborative Effort on Automating Mortality
Statistics, Volume III* (Heron, M., Miniño, A.M., and Rosenberg, H.M., eds.),
National Center for Health Statistics, Hyattsville, MD, pp. 73–96.

## 2005

"Endothelial progenitor cell therapy for atherosclerosis: The philosopher's stone for an
aging population." *Science of Aging Knowledge Environment* 2005(25), pe18,
June 22, 2005.  (Julia Kravchenko, Pascal J. Goldschmidt-Clermont, Tiffany
Powell, Eric Stallard, Igor Akushevich, Michael S. Cuffe, and Kenneth G. Manton)

"Trajectories of disability and mortality among the U.S. elderly population: Evidence
from the 1984–1999 NLTCS." Chapter in *Living to 100 and Beyond Monograph*,
Society of Actuaries Online Monographs, 2005.
http://library.soa.org/library-pdf/m-li05-1_XXVII.pdf

## 2004

"Computing time-varying sex-age-specific rates of marriage/union formation and
dissolution in family household projection or simulation." *Demographic Research*
11:263–304, December 2004.  (Zeng, Y., Stallard, E., and Wang, Z.)

## 2003

"Diseases, chronic and degenerative." In *The Encyclopedia of Population*, *Revised
Edition* (Paul Demeny and Geoffrey McNicoll, eds.), Macmillan Reference USA,
New York, 2003, Vol. 1, pp. 253-258.

"Underlying and multiple cause mortality at advanced ages: United States 1980–1998."
In *Living to 100 and Beyond: Survival at Advanced Ages Symposium*, Society of
Actuaries Online Publications, 2003.
http://www.soa.org/ccm/content/research-publications/research-projects/living-to-
100-and-beyond-survival-at-advanced-ages/

## 2002

"Underlying and multiple cause mortality at advanced ages: United States 1980–1998."
*North American Actuarial Journal* 6(3): 64-87.
http://library.soa.org/library/naaj/1997-09/naaj0207_7.pdf

## 2001

"Product liability forecasting for asbestos-related personal injury claims:    A
multidisciplinary approach."    Chapter 13 in *Population Health and Aging:
Strengthening the Dialogue Between Epidemiology and Demography – Annals of
the New York Academy of Sciences*, (M. Weinstein, A.I. Hermalin, and M.A. Stoto,
Eds.), Volume 954, December 2001, pp. 223-244.  ISBN 1-57331-372-6.

## 2000

"*Non-Insured Home and Community-Based Long-Term Care Incidence and
Continuance Tables.*" Actuarial Report issued by the Long-Term Care Experience

Committee, Society of Actuaries, Schaumburg, IL, March 2000.  (Eric Stallard and Robert K. Yee) (http://www.soa.org/ccm/content/areas-of-practice/special-interest-sections/long-term-care-insurance/actuarial/papers-presentations-research-resources/ltci-home-and-community/)

"Predicting 10-year care requirements for older people with suspected Alzheimer's disease." *Journal of the American Geriatrics Society* 48(6): 631-638.  (Bruce Kinosian, Eric Stallard, Jason Lee, Max A. Woodbury, Arthur Zbrozek, and Henry A. Glick)

"Retirement and health:  Estimates and projections of acute and long-term care needs and expenditures of the U.S. elderly population."  Chapter 15 in *Retirement Needs Framework*, SOA Monograph M-RS00-1, pp 159-207, Society of Actuaries, Schaumburg, IL.

## 1999

"The limits of longevity and their implications for health and mortality in developed countries. " In *Proceedings of the UN-CBGS Symposium on Health and Mortality*. (Kenneth G. Manton, Eric Stallard, and Larry S. Corder)

## 1998

"The dynamics of dimensions of age related disability 1982 to 1994 in the U.S. elderly population." *Journal of Gerontology:   Biological Sciences* 53A:   B59-B70.  (Kenneth G. Manton, Eric Stallard, and Larry S. Corder)

"Economic effects of reducing disability."  *American Economic Review* 88(2):101-105, 1998.  (Kenneth G. Manton, Eric Stallard, and Larry S. Corder)

"Forecasting methods for HIV/AIDS and aging."  In *Research on Aging* 20(6) (Special Issue:  Ory, MG, Zablotsky, D. eds) pp. 846-864, 1998.  (Kenneth G. Manton and Eric Stallard)

## 1997

"Non-white and white age trajectories of mortality:  Evidence from extinct cohort analyses, 1950 to 1992." Chapter 2 in *Minorities, Aging, and Health* (K. Markides and M. Miranda, Eds.), Sage Publications.  (Kenneth G. Manton and Eric Stallard)

"Changes in the age dependence of mortality and disability:   Cohort and other determinants." *Demography* 34(1):135-157.  (Kenneth G. Manton, Eric Stallard, and Larry Corder)

"Chronic disability trends in elderly United States populations 1982–1994." *Proceedings of the National Academy of Sciences* 94:2593-2598.  (Kenneth G. Manton, Larry S. Corder, and Eric Stallard)

"Education specific estimates of life expectancy and age specific disability in the U.S. elderly population:  1982 to 1991."  *Journal of Aging & Health* 9(4):419-450. (Kenneth G. Manton, Eric Stallard, and Larry Corder)

"Health and disability differences among racial and ethnic groups." Chapter 3 in *Racial and Ethnic Differences in the Health of Older Americans*. Committee on Population, National Research Council, Washington, DC, pp. 43-104. (Kenneth G. Manton and Eric Stallard)

"Monitoring changes in the health of the U.S. elderly population: Correlates with biomedical research and clinical innovations." *The FASEB Journal* 11(12):923-930. (Kenneth G. Manton, Larry S. Corder, and Eric Stallard)

**1996**

"Change in health, mortality, and disability and their impact on long term care needs." Co-published simultaneously in *Journal of Aging & Social Policy* 7(3/4):25-52; and in *From Nursing Homes to Home Care* (M.E. Cowart and J. Quadagno, Eds.), pp. 25-52, Haworth Press, New York. (Kenneth G. Manton and Eric Stallard)

"Longevity in the U.S.: Age and sex specific evidence on life span limits from mortality patterns 1960–1990." *Journal of Gerontology: Biological Sciences* 51A(5):B362-B375. (Kenneth G. Manton and Eric Stallard)

"Means testing and Social Security." *Contingencies (American Academy of Actuaries)* 8(6):24-26. (Jerald L. Bogart, James A. Beirne, Richard S. Foster, Stephen C. Goss, Benjamin I. Gottlieb, C. David Gustafson, Gregory J. Savord, Bruce D. Schobel, Ronald L. Solomon, Eric Stallard, and Michael M.C. Sze)

"Privatizing Social Security." *Contingencies (American Academy of Actuaries)* 8(4):24-30. (Jerald L. Bogart, James A. Beirne, Richard S. Foster, Stephen C. Goss, Benjamin I. Gottlieb, C. David Gustafson, Gregory J. Savord, Bruce D. Schobel, Ronald L. Solomon, Eric Stallard, and Michael M.C. Sze)

**1995**

"Changes in morbidity and chronic disability in the U.S. elderly population: Evidence from the 1982, 1984, and 1989 National Long Term Care Surveys." *Journal of Gerontology: Social Sciences* 50B:S194-S204. (Kenneth G. Manton, Eric Stallard, and Larry S. Corder)

"The effects of health histories on stochastic process models of aging and mortality." *Journal of Mathematical Biology* 33:1-16. (Anatoli I. Yashin, Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

"Program payment and utilization trends for Medicare beneficiaries with disabilities." Chapter 6 in *Persons with Disabilities: Issues in Health Care Financing and Service Delivery* (J.M. Wiener, S.B. Clauser, and D.L. Kennell, Eds.). Brookings Institution, Washington, pp. 117-163. (Kenneth G. Manton and Eric Stallard)

"Sex differences in human mortality and aging at late ages: The effects of mortality selection and state dynamics." *The Gerontologist* 35:597-608. (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

"Strategies to maximize health and functioning as well as to increase life expectancy." Chapter in *Resources and Population* (B. Colombo, P. Demeny, and M. Perutz, Eds.). Oxford University Press, New York, earlier version published in *Scripta Varia*, 1993. (Kenneth G. Manton and Eric Stallard)

**1994**

"Home health and skilled nursing facility use:  1982 to 1990." *Health Care Financing Review* 16(1):155-186, 1994.  (Kenneth G. Manton, Eric Stallard, and Max A. Woodbury)

"Medical demography:  Interaction of disability dynamics and mortality."  Chapter 7 in *The Demography of Aging* (L. Martin and S.H. Preston, Eds.). National Academy Press, Washington, DC, pp. 217-277.  (Kenneth G. Manton and Eric Stallard)

"Methods for projecting the future size and health status of the U.S. elderly population." Chapter 2 in *Studies of the Economics of Aging* (David A. Wise, Ed.).  University of Chicago Press, pp. 41-77.  (Kenneth G. Manton, Eric Stallard, and Burton H. Singer)

"Time varying covariates of human mortality and aging:  Multidimensional generalizations of the Gompertz."  *Journal of Gerontology:  Biological Sciences* 49:B169-B190.  (Kenneth G. Manton, Eric Stallard, Max A. Woodbury, and J. Edward Dowd)

**1993**

"Cancer forecasting:  Cohort models of disease progression and mortality."  Chapter 5 in *Forecasting the Health of Elderly Populations* (K.G. Manton, B. Singer, and R. Suzman, Eds.).  Springer-Verlag, New York, pp. 109-136.  (Kenneth G. Manton, Burton H. Singer, and Eric Stallard)

"Changes in the use of personal assistance and special equipment 1982 to 1989:  Results from the 1982 and 1989 NLTCS."  *The Gerontologist* 33:168-176.  (Kenneth G. Manton, Larry S. Corder, and Eric Stallard)

"The effects of risk factors on male and female cardiovascular risks in middle and late age."  Chapter 6 in *Forecasting the Health of Elderly Populations* (K.G. Manton, B. Singer, and R. Suzman, Eds.).  Springer-Verlag, New York, pp. 137-158. (Kenneth G. Manton, J. Edward Dowd, and Eric Stallard)

"Estimates of change in chronic disability and institutional incidence and prevalence rates in the U.S. elderly population from the 1982, 1984, and 1989 National Long Term Care Survey."  *Journal of Gerontology:  Social Sciences* 48(4):S153-S166. (Kenneth G. Manton, Larry S. Corder, and Eric Stallard)

"Forecasts of active life expectancy:  Policy and fiscal implications."  *Journal of Gerontology* 48 (Special Issue):11-26.  (Kenneth G. Manton, Eric Stallard, and Korbin Liu)

"Frailty and forecasts of active life expectancy in the United States."  Chapter 7 in *Forecasting the Health of Elderly Populations* (K.G. Manton, B. Singer, and R. Suzman, Eds.).  Springer-Verlag, New York, pp. 159-182.  (Kenneth G. Manton, Eric Stallard, and Korbin Liu)

"The influence of disease risk factors on health status and mortality projections for  aged populations."    Chapter in *Health and Mortality Trends among Elderly Populations:  Determinants and Implications,* Proceedings of the Conference

sponsored by the United Nations, the World Health Organization, IUSSP Committee on Adult Mortality, City of Sendai, and Japan Aging Research Center, Sendai City, Japan, June 21-25, 1993. IUSSP: Liege, Belgium, 1993. (J. Edward Dowd, Kenneth G. Manton, Eric Stallard, and Max A. Woodbury)

"Projecting morbidity and mortality in developing countries during adulthood." Chapter 5 in *The Epidemiological Transition: Policy and Planning Implications for Developing Countries* (J.N. Gribble and S.H. Preston, Eds.). Committee on Population of the U.S. National Research Council, National Academy of Sciences. National Academy Press, Washington, DC, pp. 101-125. (Kenneth G. Manton and Eric Stallard)

"Strategies to maximize health and functioning as well as to increase life expectancy." *Scripta Varia.* (Kenneth G. Manton and Eric Stallard)

"Use of Medicare services before and after Introduction of the Prospective Payment System." *Health Services Research* 28(3):269-292. (Kenneth G. Manton, Max A. Woodbury, James C. Vertrees, and Eric Stallard)

## 1992

"An analysis of demographic underwriting factors for the AAPCC." *Health Care Financing Review* 14:117-132. (Kenneth G. Manton and Eric Stallard)

"Compartment models of the temporal variation of population lung cancer risks." *Biomedical Modeling and Simulation* (J. Eisenfeld, D.S. Levine, and M. Witten, Eds.). Elsevier Sciences Publishers B.V. (North-Holland), pp. 75-81. (Kenneth G. Manton and Eric Stallard)

"Demographics (1950–1987) of breast cancer in birth cohorts of older women." *Journal of Gerontology* 47 (Special Issue):32-42. (Kenneth G. Manton and Eric Stallard)

"Longitudinal models of disability changes and active life expectancy in elderly populations: The interaction of sex, age and marital status." In *Models of Noncommunicable Diseases: Health Status and Health Service Requirements* (W. Morgenstern, E. Cigan, R. Prokhorskas, M. Rusnak, and G. Schettler, Eds.). Springer-Verlag, Berlin Heidelberg, pp. 113-130. (Kenneth G. Manton, Eric Stallard, and Max A. Woodbury)

"Projecting the future size and health status of the U.S. elderly population." *International Journal of Forecasting* 8:433-458. (Kenneth G. Manton, Eric Stallard, and Burton H. Singer)

"Risk factor dynamics, mortality, and life expectancy differences between eastern and western Finland: The Finnish cohorts of the Seven Countries Study." *International Journal of Epidemiology* 21(2):406-419. (Juha Pekkanen, Kenneth G. Manton, Eric Stallard, Aulikki Nissinen, and Martti J. Karvonen)

"The use of Grade of Membership to estimate regression relationships." *Sociological Methodology, 1992* (P. Marsden, Ed.). Basil Blackwell, Ltd., pp. 321-381. (Kenneth G. Manton, Max A. Woodbury, Eric Stallard, and Larry S. Corder)

## 1991

"Active life expectancy." *Proceedings* of the Third International Workshop on Health Life Expectancy:  Methods of Calculation and Other Methodological Considerations.  International Research Network for the Interpretation of Observed Values of Healthy Life Expectancy (REVES), Durham, N.C.  (Kenneth G. Manton and Eric Stallard)

"Analyses of black and white differentials in the age trajectory of mortality in two closed cohort studies." *Statistics in Medicine* 10:1043-1059.  (Kenneth G. Manton, Eric Stallard, and Steve Wing)

"Assessment of spatial variation of risks in small populations." *Environmental Health Perspectives*  96:223-238.  (Wilson B. Riggan, Kenneth G. Manton, John P. Creason, Max A. Woodbury, and Eric Stallard)

"Compartment models of the temporal variation of population lung cancer risks." *Proceedings* of the 13th IMACS World Congress on Computation and Applied Mathematics.  July 22–26, 1991, Dublin, Ireland.  International Association for Mathematics and Computers in Simulation, Rutgers University, New Brunswick, NJ.  (Kenneth G. Manton and Eric Stallard)

"Cross-sectional estimates of active life expectancy for the U.S. elderly and oldest-old populations." *Journal of Gerontology:  Social Sciences* 46:S170-S182.  (Kenneth G. Manton and Eric Stallard)

"Limits to human life expectancy:  Empirical and theoretical evidence." *Population and Development Review* 17:603-638.  (Kenneth G. Manton, Eric Stallard, and H. Dennis Tolley)

"A multivariate event history model based upon fuzzy states:  Estimation from longitudinal surveys with informative nonresponse." *Journal of Official Statistics* 7:261-293.  (Kenneth G. Manton, Eric Stallard, and Max A. Woodbury)

"Should the presence of carcinogens in breast milk discourage breast feeding?" *Regulatory Toxicology and Pharmacology* 13:228-240.  (Walter J. Rogan, Patricia J. Blanton, and Christopher J. Portier, and Eric Stallard)

"Statistical and measurement issues in assessing the welfare status of aged individuals and populations." *Journal of Econometrics* 50:151-181.  (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

### 1990

"Changes in health functioning and mortality."  Chapter 7 in *The Legacy of Longevity: Health and Health Care in Later Life* (S.M. Stahl, Ed.).  Sage Publications, Newbury Park, CA, pp. 140-162.  (Kenneth G. Manton and Eric Stallard)

### 1989

"Empirical Bayes procedures for stabilizing maps of U.S. cancer mortality rates." *Journal of the American Statistical Association* 84:637-650.  (Kenneth G. Manton, Max A. Woodbury, Eric Stallard, Wilson B. Riggan, John P. Creason, and Alvin C. Pellom)

"The propagation of uncertainty in human mortality processes operating in stochastic environments." *Theoretical Population Biology* 35:119-141. (Anatoli I. Yashin, Kenneth G. Manton, and Eric Stallard)

## 1988

"Models of the interaction of mortality and the evolution of risk factor distribution: A general stochastic process formulation." *Statistics in Medicine* 7:239-256. (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

## 1987

"Grade of Membership techniques for studying complex event history processes with unobserved covariates." Chapter 10 in *Sociological Methodology 1987* (C.C. Clogg, Ed.), 309-346. (Kenneth G. Manton, Eric Stallard, Max A. Woodbury, H. Dennis Tolley, and Anatoli I. Yashin)

"Statistically adjusted estimates of geographic mortality profiles." *Journal of the National Cancer Institute* 78:805-815. (Kenneth G. Manton, Eric Stallard, Max A. Woodbury, Wilson B. Riggan, John P. Creason, and Thomas J. Mason)

## 1986

"Alternative models of the heterogeneity of mortality risks among the aged." *Journal of the American Statistical Association* 81:635-644. (Kenneth G. Manton, Eric Stallard, and James W. Vaupel)

"Applications of the Grade of Membership technique to event history analysis: Extensions to multivariate unobserved heterogeneity." *Mathematical Modelling* 7:1375-1391. (Kenneth G. Manton, Eric Stallard, Max A. Woodbury, and Anatoli I. Yashin)

"Chronic disease evolution and human aging: A general model for assessing the impact of chronic disease in human populations." *Mathematical Modelling* 7:1155-1171. (Kenneth G. Manton, Eric Stallard, and Max A. Woodbury)

"Compartment model approaches for estimating the parameters of a chronic disease process under changing risk factor exposures." *Computers and Biomedical Research* 19:151-169. (Kenneth G. Manton, Eric Stallard, John P. Creason, Wilson B. Riggan, and Max A. Woodbury)

"A composite estimation model for producing stabilized health rate estimates for small areas using sample surveys: Experience from health surveys in Ethiopia, India, and Indonesia." In *Small Area Statistics,* Proceedings of an International Symposium, 1985 (R. Platek and M.R. Singh, Eds.). Laboratory for Research in Statistics and Probability, Carleton University, Ottawa University, pp. 182-206. (Kenneth G. Manton, Max A. Woodbury, Eric Stallard, and J. Edward Dowd)

"Dependent competing risks: A stochastic process model." *Journal of Mathematical Biology* 24:119-140. (Anatoli I. Yashin, Kenneth G. Manton, and Eric Stallard )

"Evaluating the effects of observed and unobserved diffusion processes in survival analysis of longitudinal data." *Mathematical Modelling* 7:1353-1363. (Anatoli I. Yashin, Kenneth G. Manton, and Eric Stallard)

**1985**

"The black/white mortality crossover:  Investigation in a community-based study." *Journal of Gerontology* 40:78-84.  (Steve Wing, Kenneth G. Manton, Eric Stallard, C.G. Hames, and H.A. Tyroler)

"U.S. cancer mortality 1950–1978:  A strategy for analyzing spatial and temporal patterns." *Environmental Health Perspectives* 60:369-380.  (Kenneth G. Manton, Eric Stallard, John P. Creason, and Wilson B. Riggan)

**1984**

"Heterogeneity and its effect on mortality measurement."  Chapter 12 in *Methodologies for the Collection and Analysis of Mortality Data* (J. Vallin, J.H. Pollard, and L. Heligman, Eds.).  International Union for the Scientific Study of Population, Liege, Belgium, pp. 265-299.  (Kenneth G. Manton and Eric Stallard)

**1983**

"The economic impact of health policy interventions."  *Risk Analysis* 3(4):265-275.  (Kenneth G. Manton, Eric Stallard, and H. Dennis Tolley)

**1982**

"Bioactuarial models of national mortality time series data."  *Health Care Financing Review* 3(3):89-106.  (Kenneth G. Manton and Eric Stallard)

"A cohort analysis of U.S. stomach cancer mortality 1950–1977." *International Journal of Epidemiology* 11(1):49-61.  (Kenneth G. Manton and Eric Stallard)

"Compartment model methods in estimating cancer costs." *Transactions of the Society of Actuaries 1982*, pp. 399-413.  (H. Dennis Tolley, Kenneth G. Manton, and Eric Stallard)

"A population-based model of respiratory cancer incidence, progression, diagnosis, treatment and mortality."  *Computers and Biomedical Research* 15:342-360.  (Kenneth G. Manton and Eric Stallard)

"Strategies for analyzing ecological health data:  Models of the biological risk of individuals."  *Statistics in Medicine* 1:163-181.  (Kenneth G. Manton, Eric Stallard, and Wilson B. Riggan)

"Temporal trends in U.S. multiple cause of death mortality data:  1968 to 1977." *Demography* 19(4):527-547.  (Kenneth G. Manton and Eric Stallard)

"The use of mortality time series data to produce hypothetical morbidity distributions and project mortality trends." *Demography* 19:223-240.  (Kenneth G. Manton and Eric Stallard)

**1981**

"A dynamic analysis of chronic disease development:  A study of sex specific changes in coronary heart disease incidence and risk factors in Framingham." *International*

*Journal of Epidemiology* 10(4):355-366.  (Max A. Woodbury, Kenneth G. Manton, and Eric Stallard)

"Longitudinal models for chronic disease risk:  An evaluation of logistic multiple regression and alternatives."  *International Journal of Epidemiology* 10(2):187-197.  (Max A. Woodbury, Kenneth G. Manton, and Eric Stallard)

"Methods for comparing the mortality experience of heterogeneous populations."  *Demography* 18:389-410.  (Kenneth G. Manton, Eric Stallard, and James W. Vaupel)

"Methods for evaluating the heterogeneity of aging processes in human populations using vital statistics data:  Explaining the black/white mortality crossover by a model of mortality selection."  *Human Biology* 53(1):46-67.  (Kenneth G. Manton and Eric Stallard)

"Methods for the analysis of mortality risks across heterogeneous small populations:  Examinations of space-time gradients in cancer mortality in N.C. counties, 1970–75."  *Demography* 18(2):217-230.  (Kenneth G. Manton and Eric Stallard)

"A variance components approach to categorical data models with heterogeneous cell populations:  Analysis of spatial gradients in county lung cancer mortality rates in North Carolina counties."  *Biometrics*  37:259-269.  (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

## 1980

"Estimates of U.S. multiple cause life tables."  *Demography* 17:85-102.  (Kenneth G. Manton, Eric Stallard, and Sharon S. Poss)

"Mortality of the chronically impaired."  *Demography* 17:189-206.  (Kenneth G. Manton and Eric Stallard)

"Mortality model based on delays in progression of chronic diseases:  Alternatives to cause elimination model."  *Public Health Reports* 95:580-588.  (Kenneth G. Manton, Clifford H. Patrick, and Eric Stallard)

"Population impact of mortality reduction:  The effects of elimination of major causes of death on the 'saved' population."  *International Journal of Epidemiology* 9(2):111-120.  (Kenneth G. Manton, Clifford H. Patrick, and Eric Stallard)

"A stochastic compartment model representation of chronic disease dependence:  Techniques for evaluating parameters of partially unobserved age inhomogeneous stochastic processes."  *Theoretical Population Biology* 18(1):57-75.  (Kenneth G. Manton and Eric Stallard)

"A two-disease model of female breast cancer:  Mortality in 1969 among white females in the United States."  *Journal of the National Cancer Institute* 64:9-16.  (Kenneth G. Manton and Eric Stallard)

## 1979

"Analysis of the components of CHD risk in the Framingham Study: New multivariate procedures for chronic disease development." *Computers and Biomedical Research* 12:109-123. (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

"The impact of heterogeneity in individual frailty on the dynamics of mortality." *Demography* 16(3):439-454. (James W. Vaupel, Kenneth G. Manton, and Eric Stallard)

"Longitudinal analysis of the dynamics and risks of coronary heart disease in the Framingham Study." *Biometrics* 35:575-585. (Max A. Woodbury, Kenneth G. Manton, and Eric Stallard)

"Maximum likelihood estimation of a stochastic compartment model of cancer latency: Lung cancer mortality among white females in the U.S." *Computers and Biomedical Research* 12:313-325. (Kenneth G. Manton and Eric Stallard)

"A stochastic compartment model of stomach cancer with correlated waiting time distributions." *International Journal of Epidemiology* 8:283-291. (Kenneth G. Manton, Eric Stallard, D. Burdick, and H. Dennis Tolley)

### 1978

"A compartment model approach to the estimation of tumor incidence and growth: Investigation of a model of cancer latency." *Biometrics* 34:377-389. (H. Dennis Tolley, D. Burdick, Kenneth G. Manton, and Eric Stallard)

### 1976

"Equivalences among canonical factor analysis, canonical reliability analysis, and principal components analysis: Implications for data reduction of fallible measures." *Educational and Psychological Measurement* 36:619-625. (Anthony J. Conger and Eric Stallard,).

## ACTUARIAL PUBLICATIONS (51)

### 2007

"An actuarial perspective on the 2007 Social Security Trustees' Report." *Issue Brief*, American Academy of Actuaries, Washington, DC, May 2007. (Buffin KG, Burrows EE, Callahan ME, Gebhardsbauer R, Klieber EJ, Mindilin DD, Schobel BJ, Stallard E, Steiner KA, Weisz LM)

"Investing Social Security assets in the securities markets." *Issue Brief*, American Academy of Actuaries, Washington, DC, March 2007. Buffin KG, Burrows EE, Callahan ME, Gebhardsbauer R, Klieber EJ, Mindlin DD, Schobel BJ, Sinclair SH, Stallard E, Steiner KA, Weiss J, Weisz LM)

"Women and Social Security." *Issue Brief*, American Academy of Actuaries, Washington, DC, June 2007. Buffin KG, Burrows EE, Callahan ME, Gebhardsbauer R, Klieber EJ, Mindilin DD, Schobel BJ, Sinclair SH, Stallard E, Steiner KA, Weiss J, Weisz LM:

### 2006

"An actuarial perspective on the 2006 Social Security Trustees' Report." *Issue Brief*, American Academy of Actuaries, Washington, DC, May 2006. (Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Klieber, E.J., Randall, R.J., Robberson, P.W., Schobel, B.J., Stallard, E., Steiner, K.A., and Weiss, J.)

"Social Security reform: Changes to the benefit formula and taxation of benefits." *Issue Brief*, American Academy of Actuaries, Washington, DC, October 2006. (Buffin KG, Burrows EE, Gebhardsbauer R, Klieber EJ, Randall RJ, Robberson PW, Schobel BJ, Stallard E, Steiner KA, Weiss J, , Weisz LM)

## 2005

"A guide to the use of stochastic models in analyzing Social Security." *Issue Brief*, American Academy of Actuaries, Washington, DC, October 2005. (Klieber EJ, Buffin, KG, Burrows EE, Gebhardsbauer R, Randall RJ, Rasiej RM, Robberson PW, Schobel BJ, Stallard E, Steiner KA, Weiss J, and Wiseman JA)

"An actuarial perspective on the 2005 Social Security Trustees Report." *Issue Brief*, American Academy of Actuaries, Washington, DC, April 2005. (Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Rasiej, R.M., Robberson, P.W., Schobel, B.J., Stallard, E., Steiner, K.A., Weiss, J., and Wiseman, J.A.)

"Reply to 'The life settlements market: An actuarial perspective on consumer economic value.'" (Singer, H.J. and Stallard, E.) In *Criterion Economics News*, Criterion Economics, Washington, D.C., 2005.
Available at
http://www.criterioneconomics.com/docs/Reply_Deloitte_Final__ane.pdf

## 2004

"An actuarial perspective on the 2004 Social Security Trustees Report." *Issue Brief*, American Academy of Actuaries, Washington, D.C., April 2004. (Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

"Assumptions used to project Social Security's financial condition." *Issue Brief*, American Academy of Actuaries, Washington, DC, January 2004. (Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

"Means testing for Social Security." *Issue Brief* (American Academy of Actuaries), Washington, DC, January 2004. (Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

"Morbidity improvement and its impact on LTC insurance pricing and valuation." *Record of the Society of Actuaries* 30(1): Session #107PD, September 2004. (Stallard, E., Wolf, R.M., Weltz, S.A.)

"Social adequacy and individual equity in Social Security." *Issue Brief*, American Academy of Actuaries, Washington, DC, January 2004. (Klieber, E.J., Buffin,

K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

## 2003

"An actuarial perspective on the 2003 Social Security Trustees Report." *Issue Brief*, American Academy of Actuaries, Washington, D.C., April 2003. (Schobel, B.D., Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., Wiseman, J.A.)

"Long-Term Care Insurance Compliance with the NAIC LTCI Model Regulation Relating to Rate Stability." *Health Practice Council Practice Note – May 2003,* American Academy of Actuaries, Washington, DC, 2003. (Stallard, E., Abroe, M.S., Boerner, M.W., Carroll, W., Foley, T.C., Glickman, J.M., Jay, B.D., Munson, B.L., Sperka, S.P., Stahl, B.A., Weller, W.C., and Yee, R.K.W.)

"Social Security individual accounts: Design questions." *Issue Brief*, American Academy of Actuaries, Washington, DC, Fall 2003. (Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

## 2002

"An actuarial perspective on the 2002 Social Security Trustees Report." *Issue Brief*, American Academy of Actuaries, Washington, DC, April 2002. (Bruce D. Schobel, Kenneth G. Buffin, Edward E. Burrows, Ronald Gebhardsbauer, Eric J. Klieber, Robert J. Randall, Richard G. Schreitmueller, Ronald L. Solomon, Eric Stallard, and Cori E. Uccello)

"Automatic adjustments to maintain Social Security's long-range actuarial balance." *Issue Brief*, American Academy of Actuaries, Washington, DC, September 2002. (Schobel, B.D., Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Ucello, C.E., Weiss, J., and Wiseman, J.A.)

"*Factors Affecting Retirement Mortality*." Society of Actuaries, Schaumburg, Illinois, 2002. http://www.soa.org/sections/farm/farm.html (Sze, M., Brown, R., Campbell, R., Gutterman. S., Rappaport, A., Schobel, B., Stallard, E., and Wade, A.)

"Long-Term Care Insurance: Compliance with the NAIC LTCI Model Regulation Relating to Rate Stability." *Health Practice Note* 2002-1 (Exposure Draft), American Academy of Actuaries, Washington, D.C. (Eric Stallard, Abroe, M.S., Boerner, M.W., Carroll, W., Foley, T.C., Glickman, J.M., Jay, B.D., Munson, B.L., Sperka, S.P., Stahl, B.A., Weller, W.C., and Yee, R.K.W.)

"Long-term care strategies for baby-boomers." *The Proceedings*, Conference of Consulting Actuaries, Vol. LII (2002), pp. 438-446.

"Quantitative measures for evaluating Social Security reform proposals." *Issue Brief*, American Academy of Actuaries, April 2002. (Bruce D. Schobel, Kenneth G. Buffin, Edward E. Burrows, Ronald Gebhardsbauer, Eric J. Klieber, Robert J. Randall, Richard G. Schreitmueller, Ronald L. Solomon, Eric Stallard, and Cori E. Uccello)

"Raising the retirement age for Social Security." *Issue Brief*, American Academy of Actuaries, Washington, DC, October 2002. (Schobel, B.D., Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

"Social Security benefits: Changes to the benefit formula and taxation – October 2002." *Issue Brief*, American Academy of Actuaries, Washington, DC, October 2002. (Schobel, B.D., Klieber, E.J., Buffin, K.G., Burrows, E.E., Gebhardsbauer, R., Randall, R.J., Schreitmueller, R.G., Stallard, E., Weiss, J., and Wiseman, J.A.)

"Social Security reform:  Voluntary or mandatory individual accounts." *Issue Brief*, American Academy of Actuaries, September 2002. (Bruce D. Schobel, Eric J. Klieber, Kenneth G. Buffin, Edward E. Burrows, Ronald Gebhardsbauer, Robert J. Randall, Richard G. Schreitmueller, Eric Stallard, Joan Weiss, and James A. Wiseman)

**2001**

"An actuarial perspective on the Social Security Trustees Report." *Issue Brief*, American Academy of Actuaries, Washington, DC, May 2001. (Bruce D. Schobel, Edward E. Burrows, Eli N. Donkar, Ronald Gebhardsbauer, Stephen G. Goss, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Richard G. Schreitmueller, Ronald L. Solomon, Eric Stallard, and Cori E. Uccello)

"Annuitization of Social Security individual accounts." *Issue Brief*, American Academy of Actuaries, Washington, DC, November 2001. (Bruce D. Schobel, Edward E. Burrows, Eli N. Donkar, Ronald Gebhardsbauer, Stephen G. Goss, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Richard G. Schreitmueller, Ronald L. Solomon, Eric Stallard, and Cori E. Uccello)

"Assumptions used to project Social Security's financial condition." *Issue Brief*, American Academy of Actuaries, Washington, DC, May 2001. (Bruce D. Schobel, Edward E. Burrows, Eli N. Donkar, Ronald Gebhardsbauer, Stephen G. Goss, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Richard G. Schreitmueller, Ronald L. Solomon, Eric Stallard, and Cori E. Uccello)

"Federal tax incentives for long-term care insurance:  Actuarial issues and public policy implications." *Issue Brief*, American Academy of Actuaries, Summer 2001. (Eric Stallard, Malcolm A. Cheung, James M. Glickman, Timothy Gustafson, Paul Janus, Walter T. Liptak, Bartley L. Munson, Julia Philips, Alwyn V. Powell, Bruce A. Stahl, Gordon R. Trapnell, and Robert K. Yee)

"Social Security benefits: Changes to the benefit formula and taxation – October 2001." *Issue Brief*, American Academy of Actuaries, Washington, DC, October 2001. (Schobel, B.D., Buffin, K.G., Burrows, E.E., Donkar, E.N., Gebhardsbauer, R., Klieber, E.J LaBombarde, A.R., Schreitmueller, R.G., Solomon, R.L., Stallard, E., and Uccello, C.E.)

"The new face of aging:  Panel discussion on aging and health" moderated by Anna M. Rappaport. *The Actuary* 35(7): 4-8, September, 2001.

**2000**

"Product of the future?  The role of long-term care insurance."  Panel discussion moderated by Anna M. Rappaport. *The Actuary* 34(7): 1-14, September 2000.

"Quantitative measures for evaluating Social Security reform proposals."  *Issue Brief*, American Academy of Actuaries, Spring 2000.  (Bruce D. Schobel, Edward E. Burrows, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Richard G. Schreitmueller, Eric Stallard, and Cori E. Uccello)

"Social Security reform: Trust fund investments."  *Issue Brief*, American Academy of Actuaries, Washington, DC, December 2000.  (Bruce D. Schobel, Edward E. Burrows, Ronald Gebhardsbauer, Eric J. Klieber, Adrien R. LaBombarde, Richard G. Schreitmueller, Ronald L. Solomon, Eric Stallard, and Cori E. Uccello)

### 1999

"Assumptions used to project Social Security's financial condition."  *Issue Paper*, American Academy of Actuaries, July 1999.  (Edward E. Burrows, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Julie D. Pope, Richard G. Schreitmueller, Bruce D. Schobel, Eric Stallard, and Cori E. Uccello)

"Discussion of 'Combining life table data' by Gilbert W. Fellingham and H. Dennis Tolley." *North American Actuarial Journal* 3(3): 38-39, 1999.

"Women and Social Security."  *Issue Brief*, American Academy of Actuaries, February 1999.  (Edward E. Burrows, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Julie D. Pope, Richard G. Schreitmueller, Bruce D. Schobel, Eric Stallard, and Cori E. Uccello)

### 1998

"Automatic adjustments to maintain Social Security's long-range actuarial balance." *Issue Brief*, American Academy of Actuaries, Summer 1998.  (Dwight K. Bartlett III, Jerald L. Bogart, Edward E. Burrows, C. David Gustafson, Michael O. Khalil, Eric J. Klieber, Krzysztof M. Ostaszewski, Julie D. Pope, Bruce D. Schobel, Eric Stallard, and Cori E. Uccello)

"Issues regarding Social Security individual accounts."  *Issue Brief*, American Academy of Actuaries, Winter 1998.  (Dwight K. Bartlett III, Edward E. Burrows, C. David Gustafson, Eric J. Klieber, Adrien R. LaBombarde, Julie D. Pope, Bruce D. Schobel, Richard G. Schreitmueller, Eric Stallard, and Cori E. Uccello)

"Non-insured home and community-based care." *Record* (*Society of Actuaries*) 24(3) Session 95PD: 8-15 (http://www.soa.org/library/8ny95pd.pdf).

"Social adequacy and individual equity in Social Security."  *Issue Brief*, American Academy of Actuaries, Fall 1998.  (Dwight K. Bartlett III, Jerald L. Bogart, Edward E. Burrows, C. David Gustafson, Michael O. Khalil, Eric J. Klieber, Adrien R. LaBombarde, Julie D. Pope, Bruce D. Schobel, Eric Stallard, and Cori E. Uccello)

*Social Insurance.* (Actuarial Standard of Practice No. 32), Actuarial Standards Board, 1998.  (Jerald L. Bogart, Joseph A. Applebaum, Edward E. Burrows, Richard S. Foster, Stephen C. Goss, C. David Gustafson, Krzysztof M. Ostaszewski, Julie D.

Pope, Bruce D. Schobel, Ronald L. Solomon, Eric Stallard, Kenneth A. Steiner, and John A. Wandishin)

## 1997

"Raising the retirement age for Social Security." *Issue Brief*, American Academy of Actuaries, Fall 1997. (Jerald L. Bogart, Edward E.Burrows, C. David Gustafson, Michael O. Khalil, Julie D. Pope, Bruce D. Schobel, Eric Stallard, and Kenneth A. Steiner)

"Social Security benefits: Changes to the benefit formula and taxation." *Issue Brief*, American Academy of Actuaries, Fall 1997. (Jerald L. Bogart, Edward E. Burrows, C. David Gustafson, Michael O. Khalil, Julie D. Pope, Bruce D. Schobel, Eric Stallard, and Kenneth A. Steiner)

## 1996

"Means testing for Social Security." *Issue Brief*, American Academy of Actuaries, Fall 1996. (Jerald L. Bogart, James A. Beirne, Benjamin I. Gottlieb, C. David Gustafson, Michael O. Khalil, Julie D. Pope, Bruce D. Schobel, Eric Stallard, Kenneth A. Steiner, and Michael M.C. Sze)

"Social Security privatization: Individual accounts." *Issue Brief*, American Academy of Actuaries, Spring 1996. (Jerald L. Bogart, James A. Beirne, Richard S. Foster, Stephen C. Goss, Benjamin I. Gottlieb, C. David Gustafson, Gregory J. Savord, Bruce D. Schobel, Ronald L. Solomon, Eric Stallard, and Michael M.C. Sze)

"Social Security privatization: Trust fund investment." *Issue Brief*, American Academy of Actuaries, Spring 1996. (Jerald L. Bogart, James A. Beirne, Richard S. Foster, Stephen C. Goss, Benjamin I. Gottlieb, C. David Gustafson, Gregory J. Savord, Bruce D. Schobel, Ronald L. Solomon, Eric Stallard, and Michael M.C. Sze)

## 1995

"Incidence and continuance for noninstitutional long term care." *Record (Society of Actuaries)* 21(3B):557-591. (P.J. Eric Stallard, Robert K.W. Yee and James M. Robinson)

## 1994

"*Projections of asbestos-related personal injury claims against the Manville Personal Injury Settlement Trust, males 1990–2049, by occupation, date of first exposure, and type of claim.*" Submitted to U.S. District Court, Eastern District of New York, as sworn testimony, Judge Jack B. Weinstein presiding, March 15, 1994. (Eric Stallard and Kenneth G. Manton)

"Report on LTC non-insured non-institutional experience." *Record (Society of Actuaries)* 20(3B):1025-1050. (P.J. Eric Stallard and Robert K.W. Yee)

## 1993

"*Estimates and projections of asbestos-related diseases and exposures among Manville Personal Injury Settlement Trust claimants, 1990–2049.*" Presented to U.S. District Court, Eastern District of New York, Judge Jack B. Weinstein presiding,

September 7, 1993, and entered into testimony March 15, 1994.  (Eric Stallard and Kenneth G. Manton)

## OTHER PUBLICATIONS (15)

### 2002

Abstract of "Estimates of prevalence and trends in old-age disability: Another look using data from the National Long-Term Care Surveys." In *Final Program and Abstracts*, Population Association of America, 2002 Annual Meeting, Session 140, 2002. (Corder, L.S., Land, K.C., and Stallard, E.)

Abstract of "Trajectories of disability and mortality for the U.S. elderly population from 1984 to 1994." *The Gerontologist* 42(Special Issue I):195, 2002.

"Underlying and multiple cause mortality at advanced ages: United States 1980–1998." Presented at the Society of Actuaries Conference, Living to 100, Orlando, January 17-18, 2002.
Available at http://www.soa.org/ccm/content/research-publications/research-projects/living-to-100-and-beyond-survival-at-advanced-ages/

### 1999

"Decreasing morbidity will affect LTC insurance."  *LTC News & Comment: News and Views on the Financing of Long-Term Care* 9(11): 1-3, 1999.

### 1995

"National Long-Term Care Survey nears completion." *LTC News & Comment* 6(2): 10, October, 1995.

### 1991

*Cancer Mortality in the U.S. Population, 1950–1979: Color Atlas of Rates and Trends.* USEPA, USGPO, Washington, D.C., 1991.  (W.B. Riggan, J. Beaubier, J.P. Creason, K.G. Manton, M.A. Woodbury, Eric Stallard, A.C. Pellom, D.B. Marder, and A.E. Johnson)

"*The Cancer Mortality Atlas Data Management System*."  EPA publication available from the National Technical Information Service.  (Alvin C. Pellom, Eric Stallard, and Wilson B. Riggan)

### 1988

Letter to the Editor:  "Importance of ECG for coronary risk factor surveys."  *Lancet*, September 10, 1988.  (Hermann K. Wolf, Pennti M. Rautaharju, Kenneth G. Manton, and Eric Stallard)

Response to Dr. Halperin on "Models of the interaction of mortality and the evolution of risk factor distribution: A general stochastic process formulation."  *Statistics in Medicine* 7:293-295.  (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

### 1983

Letter to the Editor in response to C. Chuang re. "Re-evaluate the logistic multiple regression and alternatives: Longitudinal models for chronic disease risk." *International Journal of Epidemiology* 21(1), 1983. (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

Letter to the Editor in response to Paul D. Allison re. "A variance components approach to categorical data models with heterogeneous cell populations: Analysis of spatial gradients in county lung cancer mortality rates in North Carolina counties." *Biometrics* 39:259-269, 1983. (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

### 1980

Letter to the Editor in response to P.R.J. Burch re. "A stochastic compartment model of stomach cancer with correlated waiting time distributions." *International Journal of Epidemiology* 8:283-291, 1979, (Kenneth G. Manton, Eric Stallard, D. Burdick, and H. Dennis Tolley). *International Journal of Epidemiology* 9(3):287-288. (Kenneth G. Manton, Eric Stallard, D. Burdick, and H. Dennis Tolley)

Letter to the Editor in response to Suresh Moolgavkar re. "A two-disease model of female breast cancer: Mortality in 1969 among white females in the United States." *Journal National Cancer Institute* 64:9-16. (Kenneth G. Manton and Eric Stallard). *Journal of the National Cancer Institute* 65:215-216. (Kenneth G. Manton and Eric Stallard)

"Procedures for monitoring the effects of geography on the product form of the hazard rate." Presented at *Environmetrics 81*, sponsored by the Environmental Protection Agency, Society for Industrial and Applied Mathematics, and SIAM Institute for Mathematics and Society, Washington, D.C., April 6–8, 1981. In *Summaries of Conference Presentations* 1981, pp. 268-269. (Kenneth G. Manton, H.O. Hartley, Max A. Woodbury, Eric Stallard, and Wilson B. Riggan)

"A stochastic compartment model of environmentally induced local health effects." Presented at *Environmetrics 81*, sponsored by the Environmental Protection Agency, Society for Industrial and Applied Mathematics, and SIAM Institute for Mathematics and Society, Washington, D.C., April 6–8, 1981. In *Summaries of Conference Presentations* 1981, pp. 216-217. (Kenneth G. Manton, H.O. Hartley, Max A. Woodbury, Eric Stallard, and Wilson B. Riggan)

### RESEARCH REPORTS AND WORKING PAPERS (16)

#### 2005

Trajectories of ADL Loss and Cognitive Impairment Among the U.S. Elderly Population. Report to the Medical Advisory Council, Genworth Financial, Inc., May 2005.

#### 2003

"Demand for long-term care services among enrolled veterans." Commissioned paper presented at the State of the Art Conference, *Leading the Way to Quality Long-Term Care: Lessons from the Past, Strategies for the Future*. Department of

Veterans Affairs' Office of Research and Development, Health Services Research and Development Service, September 15–17, 2003, Alexandria, VA. (Kinosian, B., Stallard, E., Wieland, D.)

## 2002

"Estimating age-status-specific demographic rates that are consistent with the projected summary measures in family households projection." Working Paper WP 2002–033, Max Planck Institute for Demographic Research, Rostock, Germany. (Zeng Yi, Eric Stallard, and Zhenglian Wang)

"Report of the Provost's Committee on Retirement Policy." Duke University, 2002 (O'Rand, A., Cox, J., Davidson, H.C., Kelley, A., and Means, A.R.).

## 1998

"*Application of empirical Bayes strategies for generation of rate of use maps: Statistical analysis and map products.*" Report prepared for the Department of Defense under the D/SIDDOMS prime contract delivery order 0006. (Kenneth G. Manton and Eric Stallard)

"*Developing a general biologically based dose-response model of carcinogenesis.*" Report prepared by the Cadmus Group, Inc. for the U.S. Environmental Protection Agency, 1998. (Eric Stallard and Jonathan B. Butcher)

## 1995

"*A model for simulating life histories of the elderly: Model design and implementation plans.*" Working Paper, Maxwell School of Citizenship and Public Affairs, Syracuse University. (Douglas A. Wolf, Jan Ondrich, Kenneth G. Manton, Eric Stallard, and Max A. Woodbury)

## 1994

"*Medicare utilization and expenditures for the U.S. elderly population 1982 to 1990: Structural changes.*" Report to Health Care Financing Administration under Contract No. 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, "Long-Term Care Studies", 1994. (Kenneth G. Manton, Larry S. Corder, Eric Stallard, and Max A. Woodbury)

## 1992

"*Health forecasting models for the elderly and oldest old populations.*" Special Report for the National Institute on Aging. (Kenneth G. Manton and Eric Stallard)

"*A national and cross-national study of long-term care populations. Volume 2.*" Final Report for HCFA Cooperative Agreement No. 18-C-9864. (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

## 1990

"*Methods for ecological mortality and morbidity analysis.*" Final Report for Environmental Protection Agency Cooperative Agreement No. 811090, January 1990. (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

**1988**

"*Bioactuarial estimates and forecasts of health care needs and disability.*" Final Report for HCFA Cooperative Agreement No. 18-P-97710. (Kenneth K. Manton, Max A. Woodbury, Eric Stallard, and Gene L. Lowrimore)

"*A national and cross-national study of long-term care populations. Volume 1.*" Final Report for HCFA Cooperative Agreement No. 18-C-98641/4. (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

**1986**

"*Assessment of multicause stroke mortality rates, 1979–81.*" Report prepared under order no. 263-MD-514001, NIH-NINCDS. (Kenneth G. Manton and Eric Stallard)

**1984**

"*Analytic approaches for determining incidence from prevalence and reported disease duration.*" Duke University Center for Demographic Studies Working Paper No. W16. (Max A. Woodbury, Kenneth G. Manton, and Eric Stallard)

**1979**

"*What demographic difference does it make that the frail die first? A model of mortality and some suggestive results based on Swedish mortality since 1778.*" Working paper No. 1079, Institute of Policy Sciences and Public Affairs, Duke University, Durham, N.C., 1979. (James W. Vaupel, Kenneth G. Manton, and Eric Stallard)

**IN-PERSON PRESENTATIONS (63)**

**2008**

"Estimates of the incidence, prevalence, duration, intensity, and cost of chronic disability among the U.S. elderly." To be presented at the Society of Actuaries Conference, *Living to 100: Survival to Advanced Ages*, Orlando, January 7–9, 2008.

**2007**

"Introduction to Medical Demography." To be presented at the Society of Actuaries *2007 Annual Meeting*, Washington, DC, October 14-17, 2007.

"Multivariate Fixed-Effects Longitudinal Grade of Membership Models for Panel Data with Applications to Disability and Dementia in the NLTCS." Presented at the *DuPRI Colloquia Series*, Duke University, April 26, 2007.

**2006**

"Demographic issues in longevity risk analysis." Presented at *The Eighth Bowles Symposium and The Second International Longevity Risk and Capital Market Solutions Symposium*, Chicago, IL, April 24, 2006.

"Differences in the utilization of LTC services at late ages by sex, socioeconomic status, and marital status." Presented at the *Fifth Annual Medical Advisory Council Conference*, Genworth Financial Long Term Care Division, Washington, DC, September 21, 2006.

"Longitudinal Grade of Membership Analysis and its Application." Presented at the *Demography, Life Course, and Aging Workshop*, Duke University, April 25, 2006.

"Principles-based Methodology and Health: LTC and Beyond." Presented at *American Academy of Actuaries 2006 Spring Meeting*, Washington, DC, May 16, 2006. (Lautzenheiser, B., Stallard, E., and Bykerk, C.)

## 2005

"Forecasting LTC needs and expenditures for elderly individuals." Presented at the *Fourth Annual Medical Advisory Council Conference*, Genworth Financial Long Term Care Division, Washington, DC, September 21, 2005.

"Morbidity and mortality among the non–LTC-insured U.S. elderly population 1984–1999." Presented at *The 5th Annual Intercompany Long-Term Care Insurance Conference*, Society of Actuaries, January 24–26, 2005.

"Trajectories of disability and mortality among the U.S. elderly population: Evidence from the 1984–1999 NLTCS." Presented at the *Living to 100 and Beyond: Survival at Advanced Ages Symposium*, Society of Actuaries, January 12–14, 2005.

## 2004

"Morbidity improvement and its impact on LTC insurance pricing and valuation." Panel Discussion at the Society of Actuaries *Anaheim Spring Meeting*, Anaheim, CA, May 19–21, 2004.

"Temporal trends in morbidity, disability, and mortality rates among the U.S. elderly." Presented at the *Demography, Life Course, and Aging Workshop*, Duke University, November 11, 2004.

"Temporal trends in rates of severe disability among the U.S. elderly, 1984–1999." Presented at the *NLTCS Fall Conference – Spotlight on Research*, Washington, DC, November 22, 2004.

"Trajectories of disability and mortality among the U.S. elderly population: Evidence from the NLTCS." Presented at the *Research Workshop on Longevity*, Duke University, Durham, NC, March 11–13, 2004.

"Trajectories of disability and mortality among the U.S. elderly population: Evidence from the NLTCS." Presented at the *Demography, Life Course, and Aging Workshop*, Duke University, Durham, NC, April 7, 2004.

## 2003

"Discussant, Session 456: Longitudinal Relations between Aspects of Health and Disability." Presented at the PAA Annual Meeting, May 1–3, 2003, Minneapolis.

"Looking into the LTC crystal ball." Presented at the 16th Private Long Term Care Insurance Conference, February 12–14, 2003, San Antonio, TX.

"Disease Patterns in Multiple Cause of Death Data at Advanced Ages: United States 1980–1998." Presented at the *Third Meeting of the International Collaborative Effort on Automating Mortality Statistics.* Washington, DC, April 7–10, 2003.

## 2002

"American Academy of Actuaries Practice Note on Long-Term Care Insurance Pricing." Presented at the Society of Actuaries Spring Meeting, June 24–26, 2002, San Francisco.

"Long-term care strategies for baby-boomers." Presented at the Conference of Consulting Actuaries 2002 Annual Meeting, November 3–6, 2002, Amelia Island, FL.

"The policy applications of different definitions of disability." Presented at the NCHS Workshop *Progress in Estimating Active Life Expectancy*, Hyattsville, MD, October 9, 2002.

"Underlying and multiple cause mortality at advanced ages: United States 1980–1998." Presented at the Society of Actuaries Conference, Living to 100, Orlando, January 17-18, 2002.
Paper available at http://www.soa.org/ccm/content/research-publications/research-projects/living-to-100-and-beyond-survival-at-advanced-ages/

"Understanding Secondary Differences in LTC Experience." Presented at the Society of Actuaries Spring Meeting, June 24–26, 2002, San Francisco.

## 2001

"Estimates of the incidence, prevalence, and duration of chronic disability among the U.S. elderly." Presented at the 2001 Annual Meeting of the Population Association of America, Washington, D.C., March 29–31, 2001.

"Multivariate trajectories of disability and mortality at advanced ages: United States 1984–1994." Presented at the Southern Demographic Association Annual Meeting, Miami, October 11–13, 2001. (Eric Stallard and Max A. Woodbury)

"Product liability forecasting for asbestos-related personal injury claims: A multidisciplinary approach." Presented at the National Institute on Aging Conference: *Demography and Epidemiology: Strengthening Common Ties in Studies of Health and Aging.* Washington, DC, February 9–10, 2001. Chapter in *Population Health and Aging: Strengthening the Dialogue Between Epidemiology and Demography, Annals of the New York Academy of Sciences*, (M. Weinstein, A.I. Hermalin, and M.A. Stoto, Eds.), Volume 954, December 2001. ISBN 1-57331-372-6.

## 2000

"Actuarial applications of the National Long Term Care Survey." Keynote presentation at the Alumni Reunion of Statistics and Actuarial Science Programs, University of Western Ontario, London, ON, September 22, 2000.

"Actuarial applications of the National Long Term Care Survey." Presented at the Demography, Life Course, and Aging Workshop, Duke University Department of Sociology, September 27, 2000.

**1999**

"Changes in the age dependence of mortality and disability: Cohort and other determinants." Presented at the Demography, Life Course, and Aging Workshop, Duke University Department of Sociology, January 20 and 27, 1999.

"Retirement and health: Estimates and projections of acute and long-term care needs and expenditures of the U.S. elderly population." Presented at the Demography, Life Course, and Aging Workshop, Duke University Department of Sociology, September 23, 1999. Chapter 15 in *Retirement Needs Framework*, SoA Monograph M-RS00-1, January 2000, Society of Actuaries: Schaumburg, IL, pp. 159-208.

**1998**

"National Long Term Care Survey: Trends in Disability Prevalence." Invited lecture presented at the University of North Carolina Medical School, Chapel Hill, N.C., March 4, 1998. (Eric Stallard and Kenneth G. Manton)

"Non-insured home and community-based long-term care incidence and continuance tables--Report of the Non-Insured Home and Community Experience Subcommittee of the Long-term Care Experience Committee." Presented at the Society of Actuaries Annual Meeting, New York, October 20, 1998. In *Record* 24(3) Session 95PD: 8-15 (http://www.soa.org/library/8ny95pd.pdf).

"Retirement and health: Estimates and projections of acute and long-term care needs and expenditures of the U.S. elderly population." Presented at the Society of Actuaries Seminar Series: Retirement Needs Framework, Orlando, Florida, December 11, 1998. Chapter 15 in *Retirement Needs Framework*, SoA Monograph M-RS00-1, January 2000, Society of Actuaries: Schaumburg, IL, pp. 159-208.

**1997**

"Forecasting methods for HIV/AIDS and aging." Presented at the conference sponsored by NIA, NIMH, and NINRS and the OAR/NIH – AIDS and Aging: Identifying a Prevention Research Agenda. Bethesda, MD, September 22-23, 1997. In *Research on Aging* 20(6) (Special Issue: Ory, MG, Zablotsky, D. eds) pp. 846-864, 1998. (Eric Stallard and Kenneth G. Manton)

"The impact of disability definition on estimates of incidence and prevalence of long term care." Presented at the Southern Demographic Association Annual Meeting, Orlando FL, September 27, 1997. (Eric Stallard and Kenneth G. Manton)

"Living to 130." Interview segment on *Early Prime*, CNN-TV, Atlanta, Georgia, January 30, 1997.

"National Long Term Care Survey."  Presented at the American Society on Aging's Business Forum on Aging, Nashville, Tennessee, March 24, 1997.

"The natural history of Alzheimer's disease in the National Long Term Care Survey." Presented at the Alzheimer's Disease Economic Model Meeting, Bayer Corporation Pharmaceutical Division, Philadelphia, Pennsylvania, April 30, 1997.

## 1996

"Long term care noninsured noninstitutional experience report."  Presented at the Society of Actuaries Spring Meeting, Colorado Springs, Colorado, June 26–28, 1996.  (Eric Stallard and Robert K.W. Yee)

"Longevity in the United States."  Interview segment on *North Carolina Now*, WUNC-TV, Research Triangle Park, N.C., September 16, 1996.

## 1995

"Data on older adults:  Some comments."  Presented at the Meeting on Disability Data for Disability Policy, sponsored by the ASPE Office of Disability, Aging, and Long-Term Care Policy, U.S. Dept. of Health and Human Services, Washington, D.C., March 31, 1995.

"Incidence and continuance for noninstitutional long term care."  Presented at the Society of Actuaries Spring Meeting, Vancouver, British Columbia, June 26–28, 1995.  In *Record (Society of Actuaries)* 21(3B):557-591.  (P.J. Eric Stallard, Robert K.W. Yee, and James M. Robinson)

"The trajectory of mortality from age 80 to 110."  Presented at the Southern Demographic Association Annual Meeting, Richmond, Virginia, October 19–20, 1995.  (Eric Stallard and Kenneth G. Manton)

## 1994

"Change in health, mortality, and disability and their impact on long term care." Presented at the Florida State University Conference on Long Term Care, Tallahassee, Florida, Sept. 22–23, 1994.

"Changes in Part A and B Medicare use by the U.S. elderly, disabled population." Presented at the conference on Long Term Care:  Current Issues in Financing and Delivery, Brookings Institution, Washington, D.C., Nov. 3, 1994.

"Estimates and projections of asbestos-related diseases and exposures among Manville Personal Injury Settlement Trust claimants, 1990–2049."  Presented to U.S. District Court, Eastern District of New York, Judge Jack B. Weinstein presiding, September 7, 1993, and entered into testimony March 15, 1994.

"Ethnic health and disability differences in the U.S. elderly population."  Presented at the Workshop on Racial and Ethnic Differences in Health in Late Life, sponsored by the National Institute on Aging and the National Research Council Commission on Behavioral and Social Sciences and Education, Washington, D.C., December 12–13, 1994.

Discussant for "Financing reform for long-term care:  Strategies for public and private long-term care insurance," by Joshua M. Wiener.  Presented at the Florida State University Conference on Long Term Care, Tallahassee, Florida, Sept. 22–23, 1994.

"Projections of asbestos-related personal injury claims against the Manville Personal Injury Settlement Trust, males 1990–2049, by occupation, date of first exposure, and type of claim."  Submitted to U.S. District Court, Eastern District of New York, as sworn testimony, Judge Jack B. Weinstein presiding, March 15, 1994.

### 1993

Discussant for "Quality assessment of alternative sources of U.S. data," by James W. Vaupel.  Presented at the Research Workshop on Oldest-Old Mortality, sponsored by the National Institute on Aging, Duke University, Durham, N.C., March 4–6, 1993.

"Generalizations of the Gompertz model for describing mortality at advanced ages:  The role of time varying covariates."  Presented at the Research Workshop on Oldest-Old Mortality, sponsored by the National Institute on Aging, Duke University, Durham, N.C., March 4–6, 1993.

"Grade of Membership analysis made simple."  Presented at the Population Studies Seminar Series, sponsored by the Center for Demographic Studies and the Department of Sociology, Duke University, Durham, N.C., April 22, 1993.

### 1992

"Medical demography of aging:  Cohort analysis, staging of disease in the life cycle, models of disability and mortality, and long-term care."  Presented at the National Research Council, National Academy of Sciences Committee on Population Workshop on The Demography of Aging, Washington, D.C., Dec. 10–11, 1992. (Eric Stallard and Kenneth G. Manton)

"The projected demand for cancer care, the supply of facilities and the personnel needed to meet it."  Presented at the Workshop on the Burden of Formal and Informal Costs of Cancer on the Family, National Cancer Institute, Bethesda, Maryland, April 23–24, 1992.

### 1991

"Compartment models of the temporal variation of population lung cancer risks."  Presented at the 13th IMACS World Congress on Computation and Applied Mathematics, Dublin, Ireland, July 22–26, 1991.

"Morbidity and mortality issues in developing countries in the post-reproductive years."  Presented at the Workshop on the Policy and Planning Implications of the Epidemiological Transition in Developing Countries, Committee on Population, National Research Council, National Academy of Sciences, Washington, D.C., November 20–22, 1991.

### 1990

"Demographics of breast cancer in older women." Presented at the Forum for Breast Cancer Screening in Older Women, sponsored by National Cancer Institute, National Institute on Aging, Health Care Financing Administration, and University of Massachusetts, July 30 to August 2, 1990.

"The long term care market place: Issues and marketing strategies." Presented at the Seventh Annual Midyear Meetings of the Pharmaceutical Manufacturers Association, Short Hills, N.J., Sept. 26–28, 1990. (Eric Stallard and Joshua S. Pollatsek)

### 1985

"Estimating the parameters of a nonnegative definite quadratic form using a Cholesky decomposition." Presented at the Second SIAM Conference on Applied Linear Algebra, Society for Industrial and Applied Mathematics, Raleigh, N.C., April 30, 1985.

### 1984

"Recent trends in multiple cause mortality in the United States, 1968 to 1980: Select observations." Presented at Southern Regional Demographic Group meetings, Orlando, Florida, October 17, 1984.

### 1982

"Estimating parameters of a positive semi-definite quadratic form." Poster session presented at the Society for Industrial and Applied Mathematics meeting, Raleigh, N.C., April 26, 1982. (Eric Stallard and Max A. Woodbury)

"Matrix methods for compartmental model estimation of demographic health state and mortality transitions." Presented at the Society for Industrial and Applied Mathematics meeting, Raleigh, N.C., April 26, 1982.

### 1976

"Odds and the order of finish in horse racing." Presented at the Third Gamblers' Conference sponsored by the Western Regional Economics Society, Las Vegas, Nevada, December 20–22, 1976. (Harold Schiffman and Eric Stallard)

## OTHER PRESENTATIONS (38)

### 2006

"Extensions of the Random Walk Model of Human Aging and Mortality: Generalization of the Fokker-Planck Equations." *First International Workshop on Constructal Theory of Social Dynamics*, Duke University, April 4–5, 2006. (Manton, K.G., Land, K.C., and Stallard, E.)

### 2004

"Geographic Limits on Nursing Home Access Among Priority Group 1a Veterans." Poster Session at the American Geriatrics Society 2004 Annual Scientific Meeting,

Las Vegas, NV, May 17–21, 2004.  (Kinosian, B., Martindale, M.E., Ripley, B., Stallard, E.)

"The Expected Outcomes and Costs of U.S. Patients with Incident Suspected Alzheimer's Disease (AD) over 15 Years."  Poster Session at the 9th International Conference on Alzheimer's Disease and Related Disorders, Presented by the Alzheimer's Association, July 17–22, 2004, Philadelphia, PA.  (Kinosian, B., Stallard, E., Manton, K.G., Straley, D.L., Zbrozek, A., and Glick, H.A.)

## 2003

"Demand for long-term care services among enrolled veterans."  Commissioned paper presented at the State of the Art Conference, *Leading the Way to Quality Long-Term Care: Lessons from the Past, Strategies for the Future.*  Department of Veterans Affairs' Office of Research and Development, Health Services Research and Development Service, September 15–17, 2003, Alexandria, VA.  (Kinosian, B., Stallard, E., Wieland, D.)

## 2002

"Estimates of Prevalence and Trends in Old-Age Disability: Another Look Using Data from the National Long-Term Care Surveys."  Presented at the Population Association of America Annual Meeting, May 9–11, 2002, Atlanta. (Larry S. Corder, Eric Stallard, and Kenneth C. Land)

## 2000

"Does treatment for Alzheimer's disease save money?"  Presented at the 22nd Annual Meeting of the Society for Medical Decision Making, Cincinnati, OH, September 24–27, 2000.  (Henry A. Glick, Eric Stallard, Jason Lee, Max A. Woodbury, Arthur Zbrosek, and Bruce Kinosian)

## 1999

"Predicting 10-year outcomes of Alzheimer's disease."  Presented at the International Society of Technology Assessment in Health Care 15th Annual Meeting, Edinburgh, U.K., June 19–23, 1999.  (Henry A. Glick, Eric Stallard, Jason Lee, Max A. Woodbury, Arthur Zbrosek, and Bruce Kinosian)

## 1998

"A comparison of the Mini-Mental State Exam and the Short Portable Mental Status Questionnaire in Alzheimer's disease."  Presented at the American Geriatrics Society Annual Meeting, Seattle, Washington, May 6–10, 1998. (Jason Lee, Bruce Kinosian, Eric Stallard, Max A. Woodbury, Richard Berzon, Arthur Zbrosek, and Henry A. Glick)

"Economic effects of reducing disability."  Presented at the ASSA meeting, Chicago, Illinois, January 3–5, 1998.  In *American Economic Review* 88(2):101-105, 1998. (with Kenneth G. Manton and Larry S. Corder)

"Home health and SNF use by chronically disabled persons."  Presented at the American Public Health Association Annual Meeting, Washington, D.C., November 15–19, 1998. (Kenneth G. Manton, Larry S. Corder, and Eric Stallard)

"Predicting 5-year outcomes of Alzheimer's disease."  Presented at the American Geriatrics Society Annual Meeting, Seattle, Washington, May 6–10, 1998. (Bruce Kinosian, Eric Stallard, Jason Lee, Max A. Woodbury, Richard Berzon, Arthur Zbrosek, M. Eugene Smith, and Henry A. Glick)

"Predicting 5-year outcomes of Alzheimer's disease."  Presented at the American Medical Directors Association 21st Annual Symposium, San Antonio, Texas, March 5–8, 1998. (Bruce Kinosian, Eric Stallard, Jason Lee, Max A. Woodbury, Richard Berzon, Arthur Zbrosek, M. Eugene Smith, and Henry A. Glick)

"Prostate cancer in Danish twins: Recurrence risk for MZ vs DZ pairs using a conditional approach based on Risch, Biometrics 1983." Presented at the Nordic Cancer Collaboration Meeting, Stockholm, Sweden, January 9, 1998. (Elizabeth H. Corder, Eric Stallard, Lars Hvidberg, Kaare Christensen, and Niels V. Holm)

### 1997

"The limits of longevity and their implications for health and mortality in developed countries."  Presented at the U.N. Symposium on Health and Mortality, Brussels, Belgium, November 19–22, 1997.  In *Proceedings of the UN-CBGS Symposium on Health and Mortality.* (Kenneth G. Manton, Larry S. Corder, and Eric Stallard)

### 1995

"Multivariate analyses of longitudinal survey data and estimation of health changes at older ages."  Presented at the International Conference on Survey Measurement and Process Quality, Bristol, U.K., April 1–4, 1995. (Kenneth G. Manton, Larry S. Corder, Max A. Woodbury, and Eric Stallard)

"Use of Medicare home health and skilled nursing facilities by specific health subgroups of the elderly and very elderly U.S. population 1982–1994."  Presented at the Gerontological Society of America meetings, Los Angeles, California, Nov. 15–10, 1995. (Kenneth G. Manton, Larry S. Corder, and Eric Stallard)

### 1994

"Is oldest-old mortality lower in the United States than in Japan and Western Europe?" Presented at the Odense Research Workshop on Oldest-Old Trajectories: Twins and Centenarians.  Hindsgavl, Denmark, Sept. 1–3, 1994. (James W. Vaupel, Kenneth G. Manton, and Eric Stallard)

"Longitudinal models of disability changes and active life expectancy in elderly populations:  The interaction of sex, age and marital status." Presented at the Meeting of the Working Group on Modelling Noncommunicable Diseases: Methodological Issues, sponsored by the World Health Organization and the Heidelberg Academy for the Humanities and Sciences, Heidelberg, Sept. 19–21, 1994. (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

"Multidimensional generalization of the Gompertz population mortality model." Presented at the Gerontological Society of America/American Geriatrics Society Meeting, Atlanta, Georgia, Nov. 18–22, 1994. (Kenneth G. Manton, J. Edward Dowd, Max A. Woodbury, and Eric Stallard)

"Report on LTC non-insured non-institutional experience." Presented at the Society of Actuaries Spring Meeting, San Antonio, Texas, June 15–17, 1994. In *Record (Society of Actuaries)* 20(3B):1025-1050. (Robert K.W. Yee and Eric Stallard)

## 1993

"The influence of disease risk factors on health status and mortality projections for aged populations." Presented at the Conference sponsored by the United Nations, the World Health Organization, IUSSP Committee on Adult Mortality, City of Sendai, and Japan Aging Research Center, Sendai City, Japan, June 21–25, 1993. (J. Edward Dowd, Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

"Recent trends in chronic disability and institutionalization in the U.S. elderly population: Results from the 1982, 1984, and 1989 National Long Term Care Surveys." Presented at the 46th Annual Scientific Meeting of the Gerontological Society of America, "Adding Life to Years", New Orleans, Nov. 19–23, 1993. (Kenneth G. Manton, Larry S. Corder, and Eric Stallard)

## 1992

"An integrated model of mortality differentials between men and women." Presented at the IUSSP Seminar on Premature adult mortality in developed countries: From description to explanation. Taormina, Italy, June 1–5, 1992. (Kenneth G. Manton and Eric Stallard)

## 1991

"The selection of strategies to maximize health and functioning as well as to increase life expectancy." Presented at the Conference on Resources and Population, Pontifical Academy of Sciences, Vatican City, Nov. 17–22, 1991. (Kenneth G. Manton and Eric Stallard)

## 1990

"Assessment of spatial variation of risks in small populations." Presented at the Second International Meeting of the International Society for Environmental Epidemiology, Berkeley, California, Aug. 13–15, 1990. (Wilson B. Riggan, Kenneth G. Manton, John P. Creason, Max A. Woodbury, and Eric Stallard)

"Cross-sectional estimates of active life expectancy for the U.S. elderly and oldest-old populations with an application to forecasts of the aged institutionalized population." Presented at the meetings of the Population Association of America, Toronto, May 1990. (Kenneth G. Manton, Larry S. Corder, and Eric Stallard)

## 1989

"Forecasts of active life expectancy: Policy and fiscal implications." Presented at the Meetings of the Gerontological Society of America, Minneapolis, Nov. 17–21, 1989. (Kenneth G. Manton, Korbin Liu, and Eric Stallard)

## 1988

"Cohort differentials in the severity of causes of death: United States, 1968–1982." Presented at Southern Demographic Association meetings, San Antonio, Texas, October 21, 1988. (J. Michael Wrigley, Eric Stallard, and Kenneth G. Manton)

"Forecasts of the theoretical limits to human life expectancy." Presented at the Workshop on Estimating an Upper Limit to Human Life Expectancy, sponsored by the National Institute on Aging and the University of California, Berkeley, California, April 28–30, 1988. (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

## 1987

"A system for mapping U.S. mortality data." Presented at American Statistical Association Winter Conference, Orlando, Florida, January 1987. (Gene R. Lowrimore, Max A. Woodbury, Kenneth G. Manton, Eric Stallard, Wilson B. Riggan, and John P. Creason)

## 1986

"Application of the Grade of Membership technique to event history analysis: Extensions to multivariate unobserved heterogeneity." Presented at Annual Meeting of the Population Association of America, San Francisco, April 3–5, 1986. (Kenneth G. Manton, Max A. Woodbury, Eric Stallard, and Anatoli I. Yashin)

"Empirical Bayes approaches to the analysis of psychiatric disorder rates in small populations: Uses in synthetic estimation and forecasting." Presented at Small Area Estimation Conference sponsored by NIMH, Center for Demographic Studies, March 27–28, 1986. (Kenneth G. Manton, Max A. Woodbury, Eric Stallard, David J. Jackson, and Harold F. Goldsmith)

"Models of the interaction of mortality and the evolution of risk factor distribution: A general stochastic process formulation." Presented at Methods for Longitudinal Data Analysis in Epidemiological and Clinical Studies Workshop, Risk Factors and Survival, sponsored by the National Heart, Lung, and Blood Institute, Bethesda, Maryland, September 25–26, 1986. (Kenneth G. Manton, Max A. Woodbury, and Eric Stallard)

## 1985

"A composite estimation model for producing stabilized health rate estimates for small areas using sample surveys: Experience from health surveys in Ethiopia, India, and Indonesia." Presented at the International Symposium on Small Area Estimates, Ottawa, Canada, sponsored by Statistics Canada, May 1985. (Kenneth G. Manton, J. Edward Dowd, Max A. Woodbury, and Eric Stallard)

## 1980

"Procedures for monitoring the effects of geography on the product form of the hazard rate." Presented at *Environmetrics 81,* sponsored by the Environmental Protection Agency, Society for Industrial and Applied Mathematics, and SIAM Institute for Mathematics and Society, Washington, D.C., April 6–8, 1981. In *Summaries of Conference Presentations* 1981, pp. 268-269. (Kenneth G. Manton, H.O. Hartley, Max A. Woodbury, Wilson B. Riggan, and Eric Stallard)

"A stochastic compartment model of environmentally induced local health effects."
Presented at *Environmetrics 81,* sponsored by the Environmental Protection
Agency, Society for Industrial and Applied Mathematics, and SIAM Institute for
Mathematics and Society, Washington, D.C., April 6–8, 1981.  In *Summaries of
Conference Presentations* 1981, pp. 216-217.  (Kenneth G. Manton, H.O. Hartley,
Max A. Woodbury, Wilson B. Riggan, and Eric Stallard)

### 1977

"Health status projections of the U.S. male veteran population."  Presented at the annual
meeting of the Population Association of America, St. Louis, Missouri, April 21–
23, 1977.  (Alfred M. Pitts, Roger Hillson, and Eric Stallard)

"A microsimulation model for health status projections."  Presented at the annual
meeting of the International Epidemiological Association, San Juan, Puerto Rico,
September 18–23, 1977.  (George C. Myers, Alfred M. Pitts, Roger Hillson, and
Eric Stallard)