# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.  R.  GRACE & CO., <u>et al.</u>, | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Related to Docket Nos. 9315, 15625
and 15988**

## ORDER DISALLOWING AND EXPUNGING
## PROPERTY DAMAGE CLAIMS, NOS. 11039, 11683, 12309, 12314, 12348,
## <u>12395, 12525, 12526, 12527, 12528, 12530, 12531, 12532</u>


AND NOW, this __ day of June, 2007, it is ORDERED, ADJUDGED and DECREED

that claim numbers 11039 (Fort Smith Convention Center); 11683 (Hamilton District School

Board), 12309 (Toronto District School Board), 12314 (Toronto District School Board), 12348

(Calgary Board of Education), 12395 (Carleton University), 12525 (Hudson's Bay Co.), 12526

(Hudson's Bay Co.), 12527 (Hudson's Bay Co.), 12528 (Hudson's Bay Co.), 12530 (Hudson's

Bay Co.), 12531 (Hudson's Bay Co.), and 12532 (Hudson's Bay Co.) are hereby disallowed and

expunged.


_____
Judith K. Fitzgerald
United States Bankruptcy Judge