IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related to Docket No. 15468 |

### NOTICE OF SERVICE OF MOTLEY RICE LLC'S OBJECTIONS AND RESPONSES TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS

PLEASE TAKE NOTICE that on June 22, 2007, Motley Rice, counsel for various asbestos personal injury claimants, caused a copy of Motley Rice's Objections and Responses to Debtors' (W.R. Grace & Co.) First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms to be served via United States Mail, first class, on Mr. David M. Bernick, P.C. of Kirkland & Ellis LLP at Citigroup Center, 153 East 53rd Street, New York, New York 10022.

Signature on following page.

1

Date:  June 22, 2007.

                                    RESPECTFULLY SUBMITTED,

                                    /s/ John E. Herrick
                                    JOHN E. HERRICK
                                    MOTLEY RICE LLC
                                    28 Bridgeside Blvd.
                                    P.O. Box 1792
                                    Mount Pleasant, SC 29465
                                    Tel. (843) 216-9000
                                    Fac. (843) 216-9440
                                    Email:  jherrick@motleyrice.com

                                    COUNSEL FOR VARIOUS
                                    ASBESTOS PERSONAL INJURY
                                    CLAIMANTS