## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**January 1, 2007 through January 31, 2007**
**(Deloitte Tax LLP)**

| Employee | Title | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|
| Robert Rothenberg | Director | 0.8 | $600 | $ 480.00 |
| **Total Consultation on Section 988 Fees** | | 0.8 | | $ 480.00 |
| | | | | |
| Bryan Collins | Partner | 1.5 | $600 | $ 900.00 |
| **Total IP Migration Fees** | | 1.5 | | $ 900.00 |
| | | | | |
| Bryan Collins | Partner | 3.0 | $600 | $ 1,800.00 |
| Matthew Gareau | Senior Manager | 2.0 | $515 | $ 1,030.00 |
| **Total Lonely Parent Fees** | | 5.0 | | $ 2,830.00 |
| | | | | |
| Carita Smith | Administrative | 0.5 | $70 | $ 35.00 |
| **Total Administrative Fees** | | $ .50 | | $ 35.00 |
| **Total Deloitte Tax LLP Fees for January 2007** | | 7.8 | | $ 4,245.00 |
| | | | Blended Rate | $ 544.23 |

## EXHIBIT C

| Date | Professional | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/29/2007 | Robert Rothenberg | Consultation on Section 988 | conversations on section 988 with Alan Gibbons | 0.5 | $600 | $ 300.00 | |
| 1/30/2007 | Robert Rothenberg | Consultation on Section 989 | conversations on section 988 with Alan Gibbons | 0.3 | $600 | $ 180.00 | |
| 1/24/2007 | Bryan Collins | IP Migration | Work on IP migration issue | 0.5 | $600 | $ 300.00 | |
| 1/30/2007 | Bryan Collins | IP Migration | Work re: offshore IP | 1.0 | $600 | $ 600.00 | |
| 1/18/2007 | Bryan Collins | Lonely Parent | Discussion with Carol Finke re: appeals process | 1 | $600 | $ 600.00 | |
| 1/19/2007 | Bryan Collins | Lonely Parent | Worked on appeals process with Mark Silverman | 1 | $600 | $ 600.00 | |
| 1/31/2007 | Bryan Collins | Lonely Parent | Work re: litigation issues | 1 | $600 | $ 600.00 | |
| 1/30/2007 | Matthew Gareau | Lonely Parent | call and research re: forum for possible lonely parent litigation | 2.0 | $515 | $ 1,030.00 | |
| 1/10/2007 | Carita Smith | Administrative | CAD Report for T. Tuerff | 0.5 | $70 | $ 35.00 | |
| | | | **TOTALS:** | **7.8** | | **$ 4,245.00** | **$ -** |