# EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**February 1, 2007 through February 28, 2007**
**(Deloitte Tax LLP)**

| Employee | Title | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|
| Bryan Collins | Partner | 12.0 | $600 | $ 7,200 | |
| James Dougherty | Director | 0.5 | $600 | $ 300 | |
| John Keenan | Director | 5.5 | $600 | $ 3,300 | |
| Matthew Gareau | Senior Manager | 14.0 | $515 | $ 7,210 | |
| **Total Lonely Parent Fees** | | **32.0** | | **$ 18,010** | **$ -** |
| | | | | | |
| Bryan Collins | Partner | 2.5 | $600 | $ 1,500 | |
| **Total Section 382 Trading Retriction Fees** | | **2.5** | | **$ 1,500** | **$ -** |
| | | | | | |
| Bryan Collins | Partner | 3.0 | $600 | $ 1,800 | |
| **Total Spanish Acquisition Fees** | | **3.0** | | **$ 1,800** | **$ -** |
| | | | | | |
| Jeffrey Van Gelder | Partner | 1.5 | $600 | $ 900 | |
| Matthew Gareau | Senior Manager | 1.5 | $515 | $ 773 | |
| **Total Repatriation Planning Fees** | | **3.0** | | **$ 1,673** | **$ -** |
| | | | | | |
| Lecia Ross | Administrative | 1.3 | $70 | $ 91 | $ - |
| **Total Administrative Fees** | | **1.3** | | **$ 91** | |
| | | | | | |
| **Total Deloitte Tax LLP Fees and Expenses for February 2007** | | **41.8** | | **$ 23,074** | |
| | | | Blended Rate | $ 552 | |

## **EXHIBIT C**

| Date | Professional | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 2/2/2007 | Bryan Collins | Lonely Parent | Worked on litigation strategy on tax issues. | 1 | $600 | $ 600 | |
| 2/5/2007 | Bryan Collins | Lonely Parent | Worked on choice of venue to hear consolidated return case | 3.5 | $600 | $ 2,100 | |
| 2/6/2007 | Bryan Collins | Lonely Parent | Work re: jurisdiction for tax litigation | 2 | $600 | $ 1,200 | |
| 2/7/2007 | Bryan Collins | Lonely Parent | Worked on litigation strategies. | 2 | $600 | $ 1,200 | |
| 2/8/2007 | Bryan Collins | Lonely Parent | Worked on jurisdiction for litigation on tax issues | 3 | $600 | $ 1,800 | |
| 2/23/2007 | Bryan Collins | Lonely Parent | Work re: tax court petition/petition bankruptcy court to lift the stay consideration. | 0.5 | $600 | $ 300 | |
| 2/27/2007 | Bryan Collins | Section 382 Trading Retriction | Work re: Bankruptcy issues on use of NOLs. | 1.0 | $600 | $ 600 | |
| 2/28/2007 | Bryan Collins | Section 382 Trading Retriction | Work re: Bankruptcy issues on use of NOLs. | 1.5 | $600 | $ 900 | |
| 2/15/2007 | Bryan Collins | Spanish Acquisition | Worked on Spanish acquisition; Worked on tax litigation forum. | 2.0 | $600 | $ 1,200 | |
| 2/16/2007 | Bryan Collins | Spanish Acquisition | Worked on Spanish Acquisition. | 1.0 | $600 | $ 600 | |
| 2/6/2007 | James Dougherty | Lonely Parent | Conference call with Bryan Collins, Matt Gareau and John Keenan. Procedural question regarding IRS Appeal before John Keenan contacted the client. | 0.5 | $600 | $ 300 | |

| Date | Professional | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 2/27/2007 | Jeffrey Van Gelder | Repatriation Planning | The time relates to post-emergence dividend planning for WR Grace | 1.5 | $600 | $ 900 | |
| 2/5/2007 | John Keenan | Lonely Parent | Respond to various emails from Matt Gareau on going to IRS Appeals while in bankruptcy | 0.75 | $600 | $ 450 | |
| 2/7/2007 | John Keenan | Lonely Parent | Conference call with Bryan Collins and Matt Gareau on going to Appeals while in bankruptcy, jurisdiction issues, research, etc. | 1.25 | $600 | $ 750 | |
| 2/8/2007 | John Keenan | Lonely Parent | Respond to questions/research issues from Bryan Collins and Matt Gareau; conference call with client | 3.5 | $600 | $ 2,100 | |
| 2/2/2007 | Matthew Gareau | Lonely Parent | bankr ct consol rtn cases | 2 | $515 | $ 1,030 | |
| 2/5/2007 | Matthew Gareau | Lonely Parent | call with Steptoe and client re: choice of venue for consolidated return case, follow-up research | 3 | $515 | $ 1,545 | |
| 2/6/2007 | Matthew Gareau | Lonely Parent | venue strategy for consolidated return litigation | 1.5 | $515 | $ 773 | |
| 2/7/2007 | Matthew Gareau | Lonely Parent | choice of venue | 2 | $515 | $ 1,030 | |
| 2/8/2007 | Matthew Gareau | Lonely Parent | choice of venue for litigating consolidated return issue | 3.5 | $515 | $ 1,803 | |
| 2/28/2007 | Matthew Gareau | Lonely Parent | Lonely parent call with Fresinius counsel | 2 | $515 | $ 1,030 | |
| 2/27/2007 | Matthew Gareau | Repatriation Planning | conf call with Elyse F re: repatriation planning | 1.5 | $515 | $ 773 | |
| 2/9/2007 | Lecia Ross | Adminstrative Costs | finalize bill summary and email to Tony Scoles | 0.3 | $70 | $ 21 | |
| 2/28/2007 | Lecia Ross | Adminstrative Costs | WRG invoice in DPS and update address information for client | 0.5 | $70 | $ 35 | |

| Date | Professional | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 2/28/2007 | Lecia Ross | Adminstrative Costs | WRG input invoice to match payment received | 0.5 | $70 | $ 35 | |
| | | | **TOTALS:** | **41.8** | | **$ 23,074** | - |