# EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**March 1, 2007 through March 31, 2007**
**(Deloitte Tax LLP)**

| Employee | Title | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|
| Bryan Collins | Partner | 6.0 | $600 | $ 3,600 | $ - |
| Harrison Cohen | Partner | 1.0 | $600 | $ 600 | $ - |
| Jeffrey Van Gelder | Partner | 2.0 | $600 | $ 1,200 | $ - |
| Robert Rothenberg | Director | 0.5 | $600 | $ 300 | $ - |
| Timothy Tuerff | Partner | 25.0 | $600 | $ 15,000 | $ - |
| Mark Gutwein | Senior Manager | 0.8 | $515 | $ 412 | $ - |
| Matthew Gareau | Senior Manager | 2.5 | $515 | $ 1,288 | $ - |
| Sally Morrison | Senior Manager | 2.0 | $515 | $ 1,030 | $ - |
| Mark Wanek | Manager | 63.0 | $475 | $ 29,925 | $ - |
| Jeremy Sina | Senior Manager | 1.8 | $325 | $ 569 | $ - |
| **Total Repatriation Planning Fees** | | **104.6** | | **$ 53,923** | **$ -** |
| | | | | | |
| Bryan Collins | Partner | 8.0 | $600 | $ 4,800 | $ - |
| John Keenan | Director | 4.8 | $600 | $ 2,850 | $ - |
| Matthew Gareau | Senior Manager | 3.5 | $515 | $ 1,803 | $ - |
| **Total Lonely Parent Fees** | | **16.25** | | **$ 9,453** | **$ -** |
| | | | | | |
| Lecia Ross | Administrative | 1.0 | $70 | $ 70 | $ - |
| Nhu-My Nguyen | Administrative | 1.0 | $70 | $ 70 | $ - |
| **Total Administrative Fees** | | **2.0** | | **$ 140** | **$ -** |
| | | | | | |
| **Total Deloitte Tax LLP Fees and Expenses for March 2007** | | **122.8** | | **$ 63,516** | **$ -** |
| | | | Blended Rate | $ 517 | |

91100-001\DOCS_DE:79005.1

**EXHIBIT C**

| Date | Professional | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/2/2007 | Bryan Collins | Lonely Parent | Worked on carryback motion and participated on conference call. | 3.5 | $ 600 | $ 2,100 | $ - |
| 3/5/2007 | Bryan Collins | Lonely Parent | Work regarding the motion to lift the stay. | 2 | $ 600 | $ 1,200 | $ - |
| 3/7/2007 | Bryan Collins | Lonely Parent | Work on motion. | 1 | $ 600 | $ 600 | $ - |
| 3/8/2007 | Bryan Collins | Lonely Parent | Work regarding the motion to lift the stay. | 1 | $ 600 | $ 600 | $ - |
| 3/20/2007 | Bryan Collins | Lonely Parent | Work regarding lifting the stay in bankruptcy court. | 0.5 | $ 600 | $ 300 | $ - |
| | Bryan Collins | Lonely Parent | Conference Call | 0 | $ 600 | $ - | $ - |
| 3/12/2007 | Bryan Collins | Repatriation Planning | Work regarding International restructuring | 2.5 | $ 600 | $ 1,500 | $ - |
| 3/13/2007 | Bryan Collins | Repatriation Planning | Phone call with J. Van Gelder regarding SMT issues | 0.5 | $ 600 | $ 300 | $ - |
| 3/26/2007 | Bryan Collins | Repatriation Planning | Repatriation Planning - D Reorg w/Mark Wanek | 1 | $ 600 | $ 600 | $ - |
| 3/29/2007 | Bryan Collins | Repatriation Planning | re: meeting in Florida | 1 | $ 600 | $ 600 | $ - |
| 3/30/2007 | Bryan Collins | Repatriation Planning | Repatriation Planning | 1 | $ 600 | $ 600 | $ - |
| 3/9/2007 | Harrison Cohen | Repatriation Planning | Question from Tim Tuerff re: German treaty | 1 | $ 600 | $ 600 | $ - |

| Date | Professional | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/8/2007 | Jeffrey Van Gelder | Repatriation Planning | Review of organizational charts and materials provided by the Company and participation on a conference call with Bryan Collins, Tim Tuerff and WR Grace personnel. | 1 | $ 600 | $ 600 | $ - |
| 3/13/2007 | Jeffrey Van Gelder | Repatriation Planning | Review of organizational charts and materials provided by the Company and participation on a conference call with Bryan Collins, Tim Tuerff and WR Grace personnel. | 1 | $ 600 | $ 600 | $ - |
| 3/12/2007 | John Keenan | Lonely Parent | Call from Alan Gibbons, discussed general questions regarding refund statute of limitations. See email dated 3/12/07 to Alan Gibbons | 2 | $ 600 | $ 1,200 | $ - |
| 3/14/2007 | John Keenan | Lonely Parent | Conference call on refund statute of limitations with Alan Gibbons and Jeff Van Gelder | 1 | $ 600 | $ 600 | $ - |
| 3/23/2007 | John Keenan | Lonely Parent | Conference call with Alan Gibbons on interest netting issues. Faxed recent IRS memo on interest netting, etc. | 0.75 | $ 600 | $ 450 | $ - |
| 3/27/2007 | John Keenan | Lonely Parent | Call with Alan Gibbons; research/email materials that a tentative refund (Form 1139) is not a refund claim for purposes of Section 6511. See email | 1 | $ 600 | $ 600 | $ - |
| 3/16/2007 | Robert Rothenberg | Repatriation Planning | Repatriation Planning - guidance on US tax implications of sale or license of intellectual property, royalty prepayment | 0.5 | $ 600 | $ 300 | $ - |
| 3/11/2007 | Timothy Tuerff | Repatriation Planning | Review org chart and E&P pools | 1 | $ 600 | $ 600 | $ - |
| 3/12/2007 | Timothy Tuerff | Repatriation Planning | prep and telecon with client | 2 | $ 600 | $ 1,200 | $ - |

| Date | Professional | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/13/2007 | Timothy Tuerff | Repatriation Planning | review repatriation alts | 1.5 | $ 600 | $ 900 | $ - |
| 3/16/2007 | Timothy Tuerff | Repatriation Planning | repatriation slides | 2 | $ 600 | $ 1,200 | $ - |
| 3/21/2007 | Timothy Tuerff | Repatriation Planning | prep for telecon; telecon with Debra Poole - report | 3 | $ 600 | $ 1,800 | $ - |
| 3/26/2007 | Timothy Tuerff | Repatriation Planning | repatriation alts | 1 | $ 600 | $ 600 | $ - |
| 3/27/2007 | Timothy Tuerff | Repatriation Planning | repatriation planning | 3 | $ 600 | $ 1,800 | $ - |
| 3/29/2007 | Timothy Tuerff | Repatriation Planning | repatriation alts | 4 | $ 600 | $ 2,400 | $ - |
| 3/30/2007 | Timothy Tuerff | Repatriation Planning | report options | 4 | $ 600 | $ 2,400 | $ - |
| 3/31/2007 | Timothy Tuerff | Repatriation Planning | changes to slides | 3.5 | $ 600 | $ 2,100 | $ - |
| 3/16/2007 | Mark Gutwein | Repatriation Planning | Review repatriation planning ideas | 0.8 | $ 515 | $ 412 | $ - |
| 3/2/2007 | Matthew Gareau | Lonely Parent | reviewed and commented on b/r court petition to lift automatic stay; t/c with client and Steptoe re: same | 3.5 | $ 515 | $ 1,803 | $ - |
| | Matthew Gareau | Lonely Parent | Conference Call | 0 | $ 515 | $ - | $ 1 |
| | Matthew Gareau | Lonely Parent | Conference Call | 0 | $ 515 | $ - | $ 7 |
| 3/12/2007 | Matthew Gareau | Repatriation Planning | Intl structuring call | 2.5 | $ 515 | $ 1,288 | $ - |

| Date | Professional | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/23/2007 | Sally Morrison | Repatriation Planning | Mark's questions re D/F reorg. | 1 | $ 515 | $ 515 | $ - |
| 3/26/2007 | Sally Morrison | Repatriation Planning | help Mark with repatriation planning - D vs. F vs. 304 | 1 | $ 515 | $ 515 | $ - |
| 3/12/2007 | Mark Wanek | Repatriation Planning | WR Grace - Repatriation Planning - client conf call with Tim Tuerff and WR Grace (Debra Poole, Alan Gibbons) re repatriation alternatives; post-call with Bryan Collins | 2 | $ 475 | $ 950 | $ - |
| 3/14/2007 | Mark Wanek | Repatriation Planning | WR Grace - Repatriation Planning - review structure, repat spreadsheet, notes from client conf call (2.0) start drafting ideas (1.0) | 3 | $ 475 | $ 1,425 | $ - |
| 3/15/2007 | Mark Wanek | Repatriation Planning | WR Grace - Repatriation Planning - initial cut at slides and related analysis, pull withholding rates (4.0) discuss with Tim Tuerff (0.5) discuss Mexican issues with Hector Esquivel (0.5) misc issues and revisions to slides (1.0) | 6 | $ 475 | $ 2,850 | $ - |
| 3/16/2007 | Mark Wanek | Repatriation Planning | WR Grace - meeting with Tim Tuerff re his review of slides (0.5) changes to slides and finalize (0.8) | 1.3 | $ 475 | $ 618 | $ - |
| 3/16/2007 | Mark Wanek | Repatriation Planning | WR Grace - Repatriation Planning - finish initial cut at slides and related analysis (2.0) meeting with Rob Rothenberg re royalty prepayments and IP transfer (0.7) follow up with Doug Connell/Hector Esquivel re Canada/Mexico issues (1.0) put changes based on discussions with Rob/Doug/Hector into slides and related research (2.0) | 5.7 | $ 475 | $ 2,708 | $ - |

| Date | Professional | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/20/2007 | Mark Wanek | Repatriation Planning | WR Grace - meeting with Tim Tuerff re slide deck with initial ideas and open issues; calls/correspondence to set up call for March 21 | 0.5 | $ 475 | $ 238 | $ - |
| 3/21/2007 | Mark Wanek | Repatriation Planning | WR Grace - correspondence/email follow up for local country input (Belgium, UK, Italy, Malaysia) | 0.5 | $ 475 | $ 238 | $ - |
| 3/21/2007 | Mark Wanek | Repatriation Planning | WR Grace - conference call with Debra Poole and post-call meeting with Tim Tuerff re action points | 2.5 | $ 475 | $ 1,188 | $ - |
| 3/21/2007 | Mark Wanek | Repatriation Planning | WR Grace - meeting with Tim Tuerff re slides and open issues, changes to slides and send to client as basis for call (1.3); research Belgium participation exemption rules and prep for call (0.7) | 2 | $ 475 | $ 950 | $ - |
| 3/22/2007 | Mark Wanek | Repatriation Planning | WR Grace - correspondence/call to follow up for local country input, coordinate schedules and provide background (Belgium, UK, Italy) | 1 | $ 475 | $ 475 | $ - |
| 3/23/2007 | Mark Wanek | Repatriation Planning | WR Grace - research technical issues associated with D reorganization; follow up with Bryan Collins and Sally Morrison for additional input on D reorganization | 1.5 | $ 475 | $ 713 | $ - |
| 3/23/2007 | Mark Wanek | Repatriation Planning | WR Grace - correspondence/email follow up regarding local country input, email and call to Belgium contact to discuss background and Belgium analysis, coordinate call | 1 | $ 475 | $ 475 | $ - |
| 3/24/2007 | Mark Wanek | Repatriation Planning | WR Grace - changes to slides for March 21 call, add discussion of issues raised on call (1.0); research re D reorganization, draft slides for Malaysia planning (1.5) | 2.5 | $ 475 | $ 1,188 | $ - |

| Date | Professional | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/25/2007 | Mark Wanek | Repatriation Planning | WR Grace - background email for local country contacts, compile and attach all relevant materials (0.7) call with Malaysian contact to provide background for March 26 call (0.5) Malaysia planning (0.3) | 1.5 | $ 475 | $ 713 | $ - |
| 3/26/2007 | Mark Wanek | Repatriation Planning | WR Grace - follow up on consequences of D reorganization and related issues, discuss with Sally Morrison, meet with Bryan Collins, changes to D reorganization slides (1.0); discuss status of planning and upcoming calls with Tim Tuerff (0.5) | 1.5 | $ 475 | $ 713 | $ - |
| 3/26/2007 | Mark Wanek | Repatriation Planning | WR Grace - follow up with local country contacts (Malaysia, UK, Italy, Belgium), circulate background email/materials, schedule calls, discuss Italian info requirements with Paolo Ippoliti (1.0); review local country financial info from Debra Poole (0.5) | 1.5 | $ 475 | $ 713 | $ - |
| 3/27/2007 | Mark Wanek | Repatriation Planning | WR Grace - conference call regarding UK/Belgium/Italy analysis with Debra Poole of WR Grace, Tim Tuerff, Christie Buck, Paolo Ippoliti and Francois Hinck; post-call meeting with Tim regarding analysis and action points | 1.5 | $ 475 | $ 713 | $ - |
| 3/27/2007 | Mark Wanek | Repatriation Planning | WR Grace - meeting with Tim Tuerff regarding organization for Mar 27 call; organize/review materials provided by the client | 2 | $ 475 | $ 950 | $ - |
| 3/27/2007 | Mark Wanek | Repatriation Planning | WR Grace - review Malaysia info (0.5); call with Ng Kim Lian in Malaysia office and Debra Poole of WR Grace regarding D reorganization and Malaysian tax considerations (1.0) | 1.5 | $ 475 | $ 713 | $ - |

| Date | Professional | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/28/2007 | Mark Wanek | Repatriation Planning | WR Grace - model foreign tax credit position and debt/equity analysis; review client's debt/equity computations; review other materials provided by client; work out overall plan and summarize information needs | 4 | $ 475 | $ 1,900 | $ - |
| 3/29/2007 | Mark Wanek | Repatriation Planning | WR Grace - modeling of overall plan and summarize action points (1.5); meet with Tim Tuerff on developing a presentation for client meeting (0.5) calls with Charles Taylor and Craig Cowan re Canada planning (0.5) | 2.5 | $ 475 | $ 1,188 | $ - |
| 3/29/2007 | Mark Wanek | Repatriation Planning | WR Grace - correspondence re status call with Debra Poole of WR Grace, open points on Germany analysis, Canada planning, Japan planning (1.5) call with Craig Cowan and Tim Tuerff re Canada planning (0.5) | 2 | $ 475 | $ 950 | $ - |
| 3/29/2007 | Mark Wanek | Repatriation Planning | WR Grace - model FTC utilization and gross income required | 2 | $ 475 | $ 950 | $ - |
| 3/30/2007 | Mark Wanek | Repatriation Planning | WR Grace - review Japan analysis | 0.3 | $ 475 | $ 143 | $ - |
| 3/30/2007 | Mark Wanek | Repatriation Planning | WR Grace - model FTC utilization and gross income required; first cut at slides for Apr 3 meeting | 3.7 | $ 475 | $ 1,758 | $ - |
| 3/30/2007 | Mark Wanek | Repatriation Planning | WR Grace - call with Debra Poole of WR Grace re FTC utilization chart, debt/equity analysis, status of repatriation plan; refine numbers in spreadsheet | 2.5 | $ 475 | $ 1,188 | $ - |

| Date | Professional | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/31/2007 | Mark Wanek | Repatriation Planning | WR Grace - rework numbers for changes raised on Mar 30 call with Debra Poole (2.5) meeting with Tim re his changes to the slides (1.5) review numbers and check treaty rates; add withholding tax implications to analysis (1.0) review slides, related analysis and revisions (2.0) | 7 | $ 475 | $ 3,325 | $ - |
| | Mark Wanek | Repatriation Planning | Conference Call - March 27 - Malaysia Restructuring | 0 | $ 475 | $ - | $ - |
| | Mark Wanek | Repatriation Planning | Conference Call - March 27 - UK/Italy/Belgium Analysis | 0 | $ 475 | $ - | $ - |
| | Mark Wanek | Repatriation Planning | Conference Call - March 30 - Call with Debra Poole on repatriation plan | 0 | $ 475 | $ - | $ - |
| 3/15/2007 | Jeremy Sina | Repatriation Planning | Treaty rates - Repatriation alternatives (M. Wanek; T. Tuerff) | 1.75 | $ 325 | $ 569 | $ - |
| 3/6/2007 | Lecia Ross | Administrative Costs | research regarding W R Grace invoice status | 0.1 | $ 70 | $ 7 | $ - |
| 3/7/2007 | Lecia Ross | Administrative Costs | call and email to Tim regarding W R Grace invoice status | 0.1 | $ 70 | $ 7 | $ - |
| 3/20/2007 | Lecia Ross | Administrative Costs | email and phone call to Tony Scoles regarding invoice formatting for bankruptcy court | 0.1 | $ 70 | $ 7 | $ - |
| 3/29/2007 | Lecia Ross | Administrative Costs | research and discuss flight plans to Boca Raton for client meeting | 0.7 | $ 70 | $ 49 | $ - |
| 3/30/2007 | Nhu-My Nguyen | Administrative Costs | Arranging travel | 1 | $ 70 | $ 70 | $ - |
| | | | **TOTALS:** | **122.8** | | **$ 63,516** | **$ -** |