## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
|  | ) | Jointly Administered |
| Debtors. | ) | |
|  | ) | Related to Docket No. 15951, 15950 |
|  | ) | [proposed] Response Date: June 14, 2007 |
|  | ) | [proposed] Hearing Date: June 21, 2007 |

**MODIFIED**      ORDER GRANTING MOTLEY RICE LLC'S MOTION FOR LEAVE TO
LIMIT TIME, SHORTEN NOTICE, AND MODIFY
CASE MANAGEMENT ORDER

Upon consideration of Motley Rice LLC's Motion for Leave to Limit Time, Shorten

Notice, and Modify Case Management Order; and due and adequate notice of the Motion for

Leave having been given; and objections, if any, having been resolved; and the Court having

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion for Leave

constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after deliberation and

sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion for Leave is GRANTED; and it is further

ORDERED, that a hearing on the Motley Rice's Motion for Protective Order, as defined

in the Motion for Leave, shall be heard on June 25, 2007; June 21, 2007, an it is further

ORDERED, that objections to the Motley Rice's Motion for Protective Order must be

filed with the Court and served on or before June 14th, 2007; and it is further

1

ORDERED that movant shall provide notice of the hearing and objection deadline to interested parties forthwith.

SO ORDERED AND ADJUDGED

Date: __June 25_____, 2007

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge