# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## MAY 1, 2007 THROUGH
## MAY 30, 2007

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE   19806
(302) 655-4200
EI #: 51-0328786

June 19, 2007

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC   20007--5135

File   WRG-AUS/JCP
Invoice number   69246

Re:   W. R. Grace & Co.
      David T. Austern
Case No.:   01-01139 (RLB)

Subtotal for FEES only: 05/31/07      $16,554.00
Subtotal for COSTS only: 05/31/07       $1,137.01
                                     ---------------
CURRENT PERIOD FEES AND COSTS: 05/31/07    $17,691.01
                                     ---------------

*******************************************************************

Please remit duplicate copy with payment.   Thank you.

*******************************************************************

**Phillips, Goldman & Spence, P.A.**

June 19, 2007

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number   69246

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 40.4 | 14,656.50 |
| FEE/EMPLOYMENT APPLICATIONS | 9.8 | 1,771.50 |
| CASE ADMINISTRATION | 0.9 | 126.00 |
| Subtotal for FEES only: 05/31/07 | 51.1 | $16,554.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 40.00 | 40.00 | 15,000.00 | 0.00 | 0.00 |
| 140.00 | CAH | 11.10 | 11.10 | 1,554.00 | 0.00 | 0.00 |
| Totals | | 51.10 | 51.10 | 16,554.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MRC For Transactions
-Fees-

06/19/07    Page 2

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  LITIGATION | CAH | 05/01/07 | Download and obtain signature on +ND of Gary Farrar; scan file and e-mail same to D. Felder and R. Meade. | 0.50 | 70.00 | Li |
| WRG  LITIGATION | CAH | 05/01/07 | E-mail (4x) re: Notice of Deposition of Farrar (.4); provide to John C. Phillips, Jr. for review; e-mail to Mark Hurford for signature (.2). | 0.60 | 84.00 | |
| WRG  LITIGATION | CAH | 05/02/07 | Conference with John C. Phillips, Jr. re: research Motion to Strike. | 0.40 | 56.00 | |
| WRG  LITIGATION | CAH | 05/29/07 | Download Re-Notice of Gary Ferrar's deposition and have John C. Phillips, Jr. execute and respond to email. | 0.30 | 42.00 | |
| WRG  LITIGATION | CAH | 05/29/07 | Upon approval from M. Harfoed, scan, file and serve Notice of Deposition and email to D. Felder. | 0.30 | 42.00 | |
| | | | | 2.10 | 294.00 | |
| WRG  LITIGATION | JCP | 05/01/07 | Review of Libby Claimants' Motion for Reconsideration of Order Striking Libby Claimants' Response to Debtors' Motion re: Noncompliance with X-Ray Order (.1); review of Libby Claimants' Response (.1); review of Libby Claimants' Motion for Leave to File late Response(.1); review of Debtors' Updated Objection to Certain Speights & Runyan Property Damage Claims(.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of Notice of Withdrawal of Motion to Shorten Notice re: Motion to File Exhibits Under Seal and Motion to File Exhibits Under Seal (.1); e-mail from Debbie Felder re: same (.1); e-mail from counsel for Personal Injury Committee approving same (.1); e-mail to local counsel for Personal Injury Committee approving same; execute Motion to Withdraw (.1); e-mail to local counsel for Personal Injury Committee forwarding same (.1); e-mail from Debbie Felder with enclosure (.1); review of Notice of Deposition of Gary Farrar (.1); e-mail from Rose Meade with enclosure (.1); review of Certificate of Service for Notice of Deposition (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of enclosure; review of and execute Notice of Deposition of Farrar (.1); conference with Celeste A. Hartman re: filing same (.1). | 1.70 | 637.50 | |
| WRG  LITIGATION | JCP | 05/02/07 | Review of Amended Agenda for 5/2/07 Hearing (.2); review of BNSF's Motion for Leave to File a Reply in Support of its Motion for Clarification of Scope of Preliminary Injunction (.2); review of BNSF's Reply (.1); review of California's Post-Trial Citations to Trial Record re: 3 Zonolite Claims (.3); Certification of Counsel re: Order Denying Baron & Budd's Motion to Extend Time to File Appeal and proposed Order (.1); Certificate of Service re: Order Denying Baron & Budd's Motion to Stay Compliance with Consulting Expert Order and proposed Orders (.2); Certification of Counsel | 5.20 | 1,950.00 | |

WRG-AUS                                    LEGALMASTER MRC For Transactions                     06/19/07   Page 3
                                                      -Fees-

| c1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG | | | re: Interrogatories and Affidavit of Compliance on Debtors' Motion to Compel Compliance with Consulting Expert Order with proposed Interrogatories, proposed Affidavit of Compliance and proposed Order (.2); prepare for and participate in phone conference with Judge Fitzgerald and all counsel (3.7). | | | |
| WRG | JCP | 05/03/07 | Review of 4/23/07 Hearing Transcript (voluminous) (.2); review of 4/24/07 Hearing Transcript (voluminous) (.2); review of 4/25/07 Hearing Transcript (.2). | 0.60 | 225.00 | LITIGATION |
| WRG | JCP | 05/04/07 | Review of Notice of 5/8/07 Hearing (.1); review of Agenda for 5/8/07 Hearing (.1); calendar same (.1); arrange for telephone participation in same (.1); review of Debtors' Response to California's Filing of Post-Trial Citations (.1); review of Order Granting Motion for Reconsideration of Order Striking Response to Debtors' Motion re: Noncompliance with X-Ray Order (.1); review of Order Granting Leave to Libby Claimants to File Response to Debtors' Motion re: Noncompliance (.1); review of Order Denying Baron & Budd's Motion to Extend Time to File Notice of Appeal (.1); review of miscellaneous pleadings re: Debtors' Omnibus Objections to Claims (.1); review of Order Disallowing Claims of One Beacon Insurance Co. (.1); review of Stipulation re: same (.1); review of Orders Granting Relief to Debtors' 21st and 22nd Omnibus Objections to Claims (.1); review of Orders Granting Motion to Allow Exhibits to be Filed Under Seal (.1); review of Notice of 5/9/07 Hearing (.1); arrange for telephonic participation in 5/9/07 Hearing and calendar same (.1). | 1.50 | 562.50 | LITIGATION |
| WRG | JCP | 05/05/07 | Memo to David A. Bilson re: 5/9/07 Hearing. | 0.10 | 37.50 | LITIGATION |
| WRG | JCP | 05/07/07 | Review of Maryland Casualty's Objections to Libby Claimants' Request for Production of Documents (.1); review of Certification of Counsel re: Order Resolving Claims by Berger & Montague (.1); review of Debtors' Response to Anderson Memorial's Motion to Compel Privilege Log; review of Libby Claimants' Response to Debtors' Motion re: Noncompliance with X-Ray Order (.1); review of California's Reply to Debtors' Response to Post-Trial Citations to Trial Record (.1); review of Certification of Counsel re: Debtors' Motion to Compel Compliance with Consulting Expert Order with enclosure (.2); review of Plaintiff's proposed Interrogatories, Affidavit of Compliance and proposed Order (.1). | 0.80 | 300.00 | LITIGATION |
| WRG | JCP | 05/08/07 | Review of 5/2/07 Hearing Transcript (.2); review of Order Resolving Claims of Berger & Montague; review of Certification of Counsel for Firms represented by Stutzman Bromberg re: Interrogatories re: Compliance with X-Ray Order with enclosure (.1); review of Firms proposed Interrogatories (.3); review of Anderson Memorial's Motion to Strike Debtors' Updated Objection to Speights & Runyan's | 7.20 | 2,700.00 | LITIGATION |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

06/19/07   Page 4

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| | | | Proper Damage Claims with Exhibits (.3); review of Mission Towers' Designation of Items to be Included in Appeal Record (.2); prepare for and participate in phone conference with Judge Fitzgerald and all counsel (6.1) | | | |
| LITIGATION | JCP | 05/09/07 | Review of multiple Statements of Issues Presented on Appeal and Designations of Items to be Included in the Record on Appeal (voluminous) (.3); review of Order Expunging Claims Paid Post-Petition (.1); review of Notice of Intent to Take the Deposition of Graeme New (.1); prepare for and participate in phone conference with Judge Fitzgerald and all counsel (1.4). | 1.90 | 712.50 | |
| LITIGATION | JCP | 05/10/07 | Review of Order Denying Baron & Budd's Motion to Stay Compliance with Consulting Expert Order; review of Order Scheduling 6/25/07 Hearing; review of Continental Casualty's Objections to Libby Claimants' Request for Production of Documents; review of Debtors' Motion for leave to Amend Objections to Property Damage Claims. | 0.50 | 187.50 | |
| LITIGATION | JCP | 05/11/07 | Review of Notice of Motion for Debtors' Motion for Leave to Amend Objections to Property Damage Claims; review of Notice and Debtors' Motion Authorizing Settlement of Property Damage Claim; review of Amended Notice of Intent to Depose Dr. Millette; review of Royal Indemnity's Objections to Libby Claimants' Request for Production of Documents. | 0.40 | 150.00 | |
| LITIGATION | JCP | 05/14/07 | Review of Debtors' Motion to Authorize Settlement; review of miscellaneous pleadings. | 0.20 | 75.00 | |
| LITIGATION | JCP | 05/15/07 | Review of Order Granting Creditors' Committee's Motion to Intervene in Exclusivity Appeal (.1); review of Debtors' Objection to Montana's Motion for Reconsideration of Order Denying Relief from Automatic Stay (.1); review of Personal Injury Committee's Opposition to Montana's Motion for Reconsideration (.2); review of miscellaneous pleadings; review of Agenda for 5/21/07 Hearing (.1); arrange for telephonic participation in same (.1); review of Montana Plaintiffs' Opposition to Debtors' Motion to Alter Court's Order Denying Request to Expand the Automatic Stay and Montana's Motion to Reconsider (.1); e-mail from counsel for Personal Injury Committee re: postponement of Egan and Cintani depositions (.1); e-mail from and e-mail to Debbie Felder re: 5/8/07 Hearing Exhibits (.1). | 0.90 | 337.50 | |
| LITIGATION | JCP | 05/16/07 | Review of Amended Notice of Deposition of Dr. Millette (.1); review of Debtors' Motion for Expedited Consideration of Agreed Protective Order and proposed Order (.1); review of Joint Motion for Entry of Protective Order and proposed Order (.1); e-mail from local counsel for Personal Injury Committee with enclosure; review of two Notices of Deposition (Egan and Cintani) (.1); e-mail to Debbie Felder and Ray Mullady re: signing same (.1); e-mail from counsel | 0.80 | 300.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

06/19/07   Page 5

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| | JCP | 05/17/07 | Review of 5/9/07 Hearing Transcript (.2); review of miscellaneous pleadings (.1); review of Continental Casualty's Motion for Leave to File Reply (.1); review of and execute Notices of Depositions (Egan and Cintani)(.1); e-mail to local counsel for Personal Injury Committee (2x) forwarding same (.1). | 0.60 | 225.00 | LITIGATION |
| | JCP | 05/18/07 | E-mail from local counsel for Personal Injury Committee (2x) with enclosure; review of fully executed Notice of Deposition for Egan and Cintani; review of Montana's Motion for Leave to File Reply in Support of Motion for Reconsideration; review of Reply and proposed Order; review of Certification of Counsel re: Corrected Order Expunging Four Claims; review of Debtors' Counter Designation of Items to be Included in Record on Appeal of Expungment of Property Damage Claims. | 0.50 | 187.50 | LITIGATION |
| | JCP | 05/19/07 | Review of miscellaneous pleadings. | 0.10 | 37.50 | LITIGATION |
| | JCP | 05/21/07 | Review of Property Damage Committee's Objection to Debtors' Motion for Leave to Amend Objections to Property Damage Claims (.2); review of Canadian Property Damage Claimants' Objection to same (.2); Joinder of Gulf Atlantic Properties to same (.1); review of miscellaneous pleadings (.2); review of Debtors' List of Claims to be Tried on 6/26/07 (.1); review of Debtors' 21 Notices of Deposition (Baron & Budd, Alwyn Luckey, Cooney & Conway, Edward Moody, Early Ludwick, Foster & Sear, Ferraro & Associates, Kazan McClain, Motley Rice, Weitz & Luxenburg, Waters & Kraus, Peter G. Angelos, LeBlanc & Waddell, Williams Bailey, Provost Umphrey, Maples & Lomax, Silber Pearlman, Paul Hanley & Harley, Reaud Morgan, Wartnick Law Firm and Kelley & Ferraro) (.5); review of Debtors' 11 Second Sets of Interrogatories (Reaud Morgan, Waters & Kraus, Edward Moody, Provost Umphrey, Paul Hanley & Harley, Maples & Lomax, Alwyn Luckey, Weitz & Luxenburg, Silber Pearlman, Peter G. Angelos and Kelly & Ferraro) (.3); prepare for and participate in conference with Judge Fitzgerald and all counsel (5.2). | 6.80 | 2,550.00 | LITIGATION |
| | JCP | 05/22/07 | Review of miscellaneous pleadings; review of Order Granting Montana Leave to File a Reply in Support of its Motion for Reconsideration. | 0.20 | 75.00 | LITIGATION |
| | JCP | 05/23/07 | Review of 32nd Continuation Order re: Debtors' 5th Omnibus Objection; review of Continuation Order re: Debtors' 18th Omnibus Objection; review of 5th Order re: Debtors' 20th Omnibus Objection; review of 2nd Order re: Debtors' 22nd Omnibus Objection; review of miscellaneous pleadings. | 0.50 | 187.50 | LITIGATION |
| | JCP | 05/24/07 | Review of Agenda for 5/30/07 Hearing (.1); arrange for telephone participation in same (.1); review of 5/8/07 | 1.00 | 375.00 | LITIGATION |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

06/19/07  Page 6

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 05/25/07 | Review of Amended Agenda for 5/30/07 Hearing; review of miscellaneous pleadings and Order; review of Debtors' Motion to Authorize Settlement of Trumbull Memorial's Property Damage Claim. | 0.50 | 187.50 | |
| LITIGATION | JCP | 05/29/07 | Review of Debtors' Response to Anderson Memorial's Motion to Strike Debtors' Responses to Anderson's Amended Requests for Production of Documents (.1); review of Settlement Stipulation re: Minnesota Pollution Control Agency's Claim (.1); review of Settlement/Release for 1114 6th Avenue Co.'s Claim (.1); e-mail from Debbie Felder with enclosure; review of Notice of Deposition (rescheduled) of Gary Farrar (.1); e-mail to Debbie Felder re: same (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of executed Notice of Deposition (.1); execute same; e-mail to local counsel for Personal Injury Committee re: same (.1); review of Certificate of Service for same (.1); e-mail to paralegal re: filing same (.1); e-mail from counsel for Personal Injury Committee authorizing filing same (.1); review of Joinder of Personal Injury Committee in Montana Claimants' Objection to Proposed Order Staying Montana Litigation (.1); review of Montana Claimants' Objection to Proposed Order Staying Montana Litigation (.1); review of counsel for Debtors two Certifications of Counsel re: Supplemental Order re: Production of X-Rays and re: Debtors' Motion to Expand Preliminary Injunction (.1); review of Debtors' and CRMC's Joint Motion for Entry of Protective Order (.1); e-mail from Debbie Felder to all counsel re: Farrar deposition (.1); e-mail from counsel for Equity Committee re: same (.1); e-mail from local paralegal for Personal Injury Committee re: Farrar deposition (.1); e-mail from Debbie Felder re: dial-in number for Farrar deposition (.1). | 1.90 | 712.50 | |
| LITIGATION | JCP | 05/30/07 | Review of Motley Rice's Notice and Emergency Motion to Reschedule (.1); e-mail from Clerk of Bankruptcy Court re: Appeal Record (.1); review of Second Amended Agenda for 5/30/07 Hearing (.1); review of Personal Injury Committee's Objection to Debtors' proposed Order re: Motion to Expand Preliminary Injunction (.2); Prepare for and participate in phone conference with Judge Fitzgerald and all counsel re: Debtors' Motion to Amend Objections to Property Damage Claims and Anderson's Motion to Strike Plaintiff's Discovery Responses (3.3); e-mail from local counsel for Personal Injury Committee re: Egan and Cintani deposition dates (.1); calendar new hearing dates (.1). | 4.00 | 1,500.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

06/19/07   Page 7

Cl  Code Grouping code description

WRG    LITIGATION

| Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|
| JCP | 05/31/07 | Review of counsel for BNSF's Certification of Counsel re: BNSF's Motion for Clarification of Scope of Preliminary Injunction and proposed Order; review of miscellaneous pleadings; review of Certificate of No Objection re: Amended Case Management Order re: Estimation of Personal Injury Claims and proposed Order. | 0.40 | 150.00 | Li |
| | | | 38.30 | 14,362.50 | |
| | | | 40.40 | 14,656.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

06/19/07   Page 8

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/02/07 | Scan and file Certificate of No Objection for Orrick's February Fee Application and Tower's February Fee Application. | 0.40 | 56.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/08/07 | E-mail to S. Bossey re: Quarterly Fee Application timelines and payments. | 0.20 | 28.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/08/07 | Pull information; draft Twelfth Quarterly Fee Application. | 1.70 | 238.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/10/07 | Draft Certificate of No Objection for Phillips, Goldman & Spence February Fee Application. | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/10/07 | Scan, file and serve Phillips, Goldman & Spence 12 Quarterly Fee Application after execution by John C. Phillips, Jr. | 0.60 | 84.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/10/07 | Scan file and serve Certificate of No Objection for February Fee Application of Phillips, Goldman & Spence. | 0.20 | 28.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/15/07 | Reconcile payments to invoices. | 0.40 | 56.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/18/07 | Download and file February and March 2007 Fee Applications of David Austern. | 0.50 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/18/07 | Download and file March Fee Application for Orrick Herrington. | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/18/07 | Download and file March Fee Applications of Towers Perrin. | 0.20 | 28.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/25/07 | Start coding pre-bill to conform to local rules. | 0.40 | 56.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/25/07 | Download and file Piper Jaffray's February and March Monthly Fee Application. | 0.50 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/29/07 | Complete coding of pre-bill to conform to local rules. | 0.60 | 84.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/30/07 | Draft Certificate of No Objection for Phillips, Goldman & Spence March fee application and forward to John C. Phillips, Jr. for execution. | 0.40 | 56.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/30/07 | Draft April fee application for Phillips, Goldman & Spence and forward to John C. Phillips, Jr. for execution. | 0.90 | 126.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/30/07 | Scan, file and serve Phillips, Goldman & Spence Certificate of No Objection for March fee application and scan, file & serve its April fee application. | 0.50 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 05/01/07 | Review of Certification of Counsel re: Amended Order and Fee Auditors' Report for 22nd Quarterly Period; review of proposed Amended Order; review of Fee Auditors' Approved | 0.20 | 75.00 | |
| | | | | 8.10 | 1,134.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

06/19/07   Page 9

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| | | | Payments. | | | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 05/04/07 | Review of Amended Order and Exhibit re: 22nd Quarterly Fee Applications. | 0.10 | 37.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 05/09/07 | Review of, revise and execute Phillips, Goldman & Spence, P.A.'s 12th Quarterly Fee Application; check calculations; conference with Celeste A. Hartman re: same. | 0.30 | 112.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 05/10/07 | Review of and execute Certification of Counsel re: Phillips, Goldman & Spence, P.A.'s 32nd Monthly Fee Application; conference with Celeste A. Hartman re: filing same. | 0.20 | 75.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 05/23/07 | Review of and revise April 2007 pre-bill (extensive). | 0.40 | 150.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 05/30/07 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence's 34th Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence's 35th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.50 | 187.50 | |
| | | | | ------------ | ------------ | |
| | | | | 1.70 | 637.50 | |
| | | | | ------------ | ------------ | |
| | | | | 9.80 | 1,771.50 | |
| | | | | ------------ | ------------ | |
| | | | | 51.10 | 16,554.00 | |
| | | | | ============ | ============ | |

55 records printed.

LEGALMASTER MIRC For Transactions
-Fees-

06/19/07  Page 1

Sort Fields:
  Grouping code              (Paginate)
  Client code
  Actual employee code       (Subtotals)
  Transaction date

Range Fields:
  Client code        I   WRG - WRG
  Invoice Number     I   69246 -   69246

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd | Ca |
|---------|---------------------------|---------|------------|-------------------------|---------------|------------------|--------|-----|
| WRG | CASE ADMINISTRATION | CAH | 05/10/07 | Update docket to system. | 0.20 | 28.00 | | Ca |
| WRG | CASE ADMINISTRATION | CAH | 05/15/07 | Update docket to system. | 0.20 | 28.00 | | |
| WRG | CASE ADMINISTRATION | CAH | 05/18/07 | Download and file 5th Declaration of Roger Frankel in support of Herrington's retention. | 0.30 | 42.00 | | |
| WRG | CASE ADMINISTRATION | CAH | 05/30/07 | update docket to system. | 0.20 | 28.00 | | |
| | | | | | ------- | ------- | | |
| | | | | | 0.90 | 126.00 | | |
| | | | | | ------- | ------- | | |
| | | | | | 0.90 | 126.00 | | |
| | | | | | ------- | ------- | | |