# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# MAY 1, 2007 THROUGH
# MAY 31, 2007

Phillips, Goldman & Spence, P.A.

June 19, 2007

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  69246

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 05/01/07 | Long distance phone charges | 1.71 |
| 05/04/07 | Check No.: 34097 - Parcels - document retrieval/service/copy/mail, etc. | 10.00 |
| 05/07/07 | Check No.: 34133 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 05/08/07 | Photocopies | 601.30 |
| 05/15/07 | Facsimile | 3.00 |
| 05/23/07 | Check No.: 34306 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 05/30/07 | Check No.: 34345 - John C. Phillips, Jr. - expense reimbursement (Court Call 4/26). | 116.00 |
| 05/30/07 | Check No.: 34345 - John C. Phillips, Jr. - expense reimbursement (Court Call 4/27). | 31.50 |
| 05/30/07 | Check No.: 34345 - John C. Phillips, Jr. - expense reimbursement (Court Call 5/07). | 116.00 |
| 05/30/07 | Check No.: 34345 - John C. Phillips, Jr. - expense reimbursement (Court Call 5/08). | 31.50 |
| 05/30/07 | Check No.: 34345 - John C. Phillips, Jr. - expense reimbursement (Court Call 5/10). | 168.00 |
| 05/30/07 | Check No.: 34345 - John C. Phillips, Jr. - expense reimbursement (Court Call 5/11). | 38.00 |

Subtotal for COSTS only: 05/31/07    $1,137.01