IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01139-JKF |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF SERVICE OF OBJECTIONS OF KAZAN, McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD PLC ("KAZAN") TO DEBTORS' SECOND SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY that on June 19, 2007, one copy of the **OBJECTIONS OF KAZAN, McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD PLC ("KAZAN") TO DEBTORS' SECOND SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following party by OVERNIGHT DELIVERY to:

David Bernick, Esq.
Jan Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Dated: June 25, 2007

        MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By:    /s/ Noel C. Burnham
    Noel C. Burnham, Esquire (3483)
    1105 North Market Street, 15th Floor
    Wilmington, DE 19801
    (302) 504-7800
    (302 504-7820 facsimile

2197018v1