| Name / Address | Case Number | Debtor | Claim Number | Amount | (U) | Disposition |
|---|---|---|---|---|---|---|
| CHEMICAL CORP C/O DILWORTH PAXSON LLP ANNE MARIE P KELLEY ESQ LIBERTYVIEW- STE 700 457 HADDONFIELD RD PO BOX 2570 CHERRY HILL NJ 08034- | 01-01140 | W.R. GRACE & CO.-CONN. | 13934 | $6,500,000.00 | (U) | NO LIABILITY, EXPUNGE CONTINUED TO 7/23/2007 2:00PM |
| INC C/O JOHN N FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL INC. | 26250 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE CONTINUED TO 7/23/2007 2:00PM |
| INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 26260 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE CONTINUED TO 7/23/2007 2:00PM |
| INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01139 | W.R. GRACE & CO. | 26271 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE CONTINUED TO 7/23/2007 2:00PM |

91100-001\DOCS_DE:123589v1

| | | | | |
|---|---|---|---|---|
| INC C/O JOHN N FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL, INC. | 2625 UNKNOWN (U) | UNLIQUIDATED, EXPUNGE 2:00PM CONTINUED TO 7/23/2007 |
| INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 2626 UNKNOWN (U) | UNLIQUIDATED, EXPUNGE 2:00PM CONTINUED TO 7/23/2007 |
| INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01139 | W.R. GRACE & CO. | 2627 UNKNOWN (U) | UNLIQUIDATED, EXPUNGE 2:00PM CONTINUED TO 7/23/2007 |

91100-001\DOCS_DE:123599v1