IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 14063 |
| | ) | 6/25/07 Agenda Item No. 3 |

### SIXTH ORDER REGARDING RELIEF SOUGHT IN DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) (DOCKET NO. 14063)

Upon the Twentieth Omnibus Objection to Claims (Substantive) (the "Twentieth Omnibus Objection") filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order expunging and disallowing, reclassifying or reducing, as appropriate, certain claims (collectively, the "Claims" and, each a "Claim"); and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Twentieth Omnibus Objection having been given, it is hereby

ORDERED that, the Objection to each of the Claims listed on Exhibit A to this Order under the heading "Continued" is continued to the July 23, 2007 omnibus hearing; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any Claim listed on Exhibit A to this Order for any reason are expressly preserved; and it is further

DOCS_DE:127617.2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: June 25, 2007

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge