# EXHIBIT A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20th | CENDANT MOBILITY SERVICES CORPORATION | 14217 | 8637 | $270,250.82 | U | Reduce and Allow | Reduce and Allow | Continued to July 23, 2007 |
| 20th | ESTATE OF ROSARIO RAPISARDI | 14219, 14545 | 15073 | $680,060.44 | U | No Liability | Expunge | Continued to July 23, 2007 |
| 20th | GRAU JAMES AND ANNA | 1 | 9588 | $800,000.00 | U | No Liability | Expunge | Continued to July 23, 2007 |
| 20th | HARY GRAU & SONS INC | 1 | 9587 | $800,000.00 | U | No Liability | Expunge | Continued to July 23, 2007 |

91100-001\DOCS_DE:128482v1