# EXHIBIT A

| | | | | | P U A | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | Georgia Department of Revenue | 15079 | 17048 | $65,198.00 $10,489.00 | U | No Liability | Expunge | Continued to July 23, 2007 |
| 22 | NY State Department of Taxation and Finance | 15108 | 17769 | $24,021.84 | A | No Liability | Expunge | Continued to July 23, 2007 |

91100-001\DOCS_DE:128482v1