IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 15920)

On June 1, 2007, Buchanan Ingersoll & Rooney PC, ("Buchanan"), co-counsel to the Official Committee of Equity Holders, filed its Twenty-Fourth Quarterly Fee Application of Buchanan Ingersoll & Rooney, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from January 1, 2007 through March 31, 2007 (the "Application").  The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on June 1, 2007.  The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Buchanan respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By   /s/ Teresa K.D. Currier
     Teresa K. D. Currier (No. 3080)
     The Brandywine Building
     1000 West St. - Suite 1410
     Wilmington, DE 19801

-and-

KRLS/Wilm 58748v1

|  |  |
|---|---|
|  | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|  | Philip Bentley, Esquire |
|  | Robert T. Schmidt, Esquire |
|  | 919 Third Avenue |
|  | New York, NY 10022 |
|  | (212) 715-9100 |
|  | Counsel to the Official Committee of |
|  | Equity Holders |
| Dated: June 26, 2007 | Co-Counsel to the Official Committee |
|  | of Equity Holders |

KRLS/Wilm 58748v1