IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 15921)

On June 1, 2007, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Twentieth Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from Januaryr 1, 2007 through March 31, 2007 (the "Application").  The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on June 20, 2007.  The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                                                     BUCHANAN INGERSOLL & ROONEY PC

                                    By:    /s/ Teresa K.D. Currier
                                             Teresa K. D. Currier (No. 3080)
                                             The Brandywine Building
                                             1000 West St. - Suite 1410
                                             Wilmington, DE 19801

                                                           -and-

KRLS/Wilm 58403v1

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP  
                                      Philip Bentley, Esquire  
                                        Gary M. Becker, Esquire  
                                        919 Third Avenue  
                                        New York, NY 10022  
                                        (212) 715-9100  
                                        Counsel to the Official Committee of  
                                        Equity Holders  

Dated: June 26, 2007                Co-Counsel to the Official Committee  
                                        of Equity Holders

KRLS/Wilm 58403v1