**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Frederick J. Jekel of Motley Rice LLC, 28 Bridgeside Blvd., P.O. Box 1792, Mount Pleasant, SC 29465, to represent Counsel for the Motley Rice LLC Claimants, in this action.

Dated: June 26, 2007     */s/ Laurie Schenker-Polleck*
Laurie Schenker-Polleck (#4300)
**JASPAN SCHLESINGER HOFFMAN LLP**
913 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____   _____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

#18432.1