CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of South Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 21st, 2007

                                            Frederick J. Jekel, Esquire
                                            MOTLEY RICE LLC
                                            28 Bridgeside Blvd.
                                            P.O. Box 1792
                                            Mount Pleasant, SC 29465
                                            Telephone: (843) 216-9188
                                            Facsimile: (843) 216-9440
                                            E-mail: fjekel@motleyrice.com

                                            Co-Counsel for Motley Rice LLC Claimants