IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 26, 2007 at 4:00 p.m.** |
| | ) | **Hearing Date: September 24, 2007 at 2:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 15986

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Notice of Amended Twenty-Fourth Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from January 1, 2007 through March 31, 2007 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than June 26, 2007[1] at 4:00 p.m.

Dated: June 27, 2007                           FERRY, JOSEPH & PEARCE, P.A.

                                        /s/ Lisa L. Coggins
                                      Michael B. Joseph (No. 392)
                                      Theodore J. Tacconelli (No. 2678)
                                      Lisa L. Coggins (No. 4234)
                                      824 Market Street, Suite 904
                                      P.O. Box 1351
                                      Wilmington, DE 19899
                                      Tel:    (302) 575-1555
                                      Fax:   (302) 575-1714

*Counsel to the Official Committee of*
*Asbestos Property Damage Claimants*

---

[1] The applicant may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.