IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>          Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered<br><br>Re: Docket No. 14992 |

### CERTIFICATION OF COUNSEL REGARDING MOTION TO MODIFY ORDER ALLOWING RETENTION OF LEXECON LLC AS ASBESTOS CLAIMS CONSULTANT TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

The undersigned hereby certifies that:

1. On April 9, 2007, counsel for the Official Committee of Equity Security Holders (the "Equity Committee") communicated with Richard L. Schepacarter, of the U.S. Trustee's office regarding approval of the Motion to Modify Order Allowing Retention of Lexecon LLC As Asbestos Claims Consultant to the Official Committee of Equity Security Holders (the "Motion") (Docket No. 14992).

2. The U.S. Trustee requested certain changes to the proposed Order approving the Motion. Attached hereto as Exhibit A is a revised form of the proposed Order reflecting those changes.

3. On April 13, 2007, the Official Committee of Asbestos Personal Injury Claimants filed an Objection to the Official Committee of Equity Security Holders Motion to Modify Order Allowing Retention of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders (Docket No. 15171).

4. During the Omnibus Hearing that took place on Monday, June 25, 2007 at 2:00 p.m., the Honorable Judith K. Fitzgerald granted the Motion.

5.	Accordingly, the Equity Committee hereby requests that the Court, at its convenience, enter the proposed order as modified and attached hereto.

          **BUCHANAN INGERSOLL & ROONEY PC**

          By:	/s/ Teresa K. D. Currier
                Teresa K. D. Currier (No. 3080)
                1000 West Street, Suite 1410
                Wilmington, DE 19801
                (302) 552-4200

                -and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Gregory Horowitz, Esquire
Gary M. Becker, Esquire
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Counsel to the Official Committee of Equity Holders

Dated: June 27, 2007

2