# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

— — — — — — — — — — — — — — — — x
:
In re:                                          :       Chapter 11
                                                :
W.R. GRACE, et al.,                             :       Delaware Bankruptcy
                                                :       Case No. 01-01139 (JFK)
                              Debtors.          :
                                                :       Jointly Administered
                                                :
                                                :
— — — — — — — — — — — — — — — — x

## MODIFIED ORDER AUTHORIZING AND APPROVING
## THE EMPLOYMENT AND RETENTION OF LEXECON LLC,
## *NUNC PRO TUNC* FROM OCTOBER 29, 2004,
## AS ASBESTOS CLAIMS CONSULTANT
## THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

Upon the motion of the Official Committee of Equity Security Holders (the

"**Equity Committee**") of the above-captioned debtors and debtors in possession (the

"**Debtors**"), seeking modification of the Court's Order, dated  February 14, 2005 (Dkt. #7769),

authorizing and approving the employment and retention of Lexecon LLC ("**Lexecon**"), *nunc*

*pro tunc* from October 29, 2004, as asbestos claims consultant to the Equity Committee, and

good cause appearing therefore, IT IS HEREBY ORDERED:

　　　　　1.　　　　Lexecon shall be employed in accordance with its ordinary and customary

rates to perform the necessary services required by the Equity Committee.

　　　　　2.　　　　The compensation to be paid to Lexecon for professional services

rendered and disbursements incurred on behalf of the Equity Committee shall be fixed by the

Court upon appropriate application therefor in accordance with Bankruptcy Code sections 328,

330 and 331 and such Bankruptcy Rules, Local Rules of Bankruptcy Procedure, and any other

procedures fixed by this Court as may then be applicable.

KL2 2496572.5

_____

THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE

Dated: _____, 2007

KL2 2496572.5