# EXHIBIT B

# HUGHES · LUCE LLP
### ATTORNEYS AND COUNSELORS

1717 Main Street, Suite 2800
Dallas, Texas 75201
214 939.5500
214 939 6100 fax

April 12, 2007

hughesluce.com

Beth W. Bivans
214 939 5815
bivansb@hughesluce.com

Ellen T. Ahern
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, Illinois 60601

Re: *In re W.R. Grace & Co. et al.*, Subpoena Duces Tecum to DII Industries, LLC Asbestos PI Trust, served on March 30, 2007

Dear Ms. Ahern:

This firm represents the DII Industries, LLC Asbestos PI Trust (the "Trust"). The Trust has received a Subpoena Duces Tecum to Produce Documents or Things (the "Subpoena") requesting the production of certain records related to some 2100 individual asbestos claimants in connection with the W.R. Grace & Co. bankruptcy case.

The Trust hereby objects to the Subpoena in its entirety. First, the Trust objects to Subpoena as the document requests are unduly burdensome and overly broad. In addition, the Trust hereby objects to the Subpoena insofar as compliance would require the Trust to produce confidential information that is subject to the protections of Federal Rule of Civil Procedure 45(c) or Federal Rule of Evidence 408, or other applicable state or federal law.

The Trust further objects to the Subpoena insofar as it purports to improperly subject the Trust to the jurisdiction and venue of a court other than the United States Bankruptcy Court for the Western District of Pennsylvania.

The Trust further objects to the Subpoena, insofar as it was issued from the incorrect federal district court pursuant to Federal Rule of Civil Procedure 45(a)(2) or is otherwise defective under the Federal Rules of Civil Procedure.

Accordingly, the Trust will not be producing any information or documents in the absence of a court order requiring the Trust to do so. If you have any questions, please feel free to contact me at (214) 939-5815.

016923.00010 1027980.01

# HUGHES·LUCE LLP

Ellen T. Ahern
April 12, 2007
Page 2

Regards,

Beth W. Bivans

cc: Marcellene Malouf, executive director, DII Industries LLC Abestos PI Trust

# HUGHES·LUCE LLP
ATTORNEYS AND COUNSELORS

# FAX

Austin
Dallas
Fort Worth

## TO:

| # | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | Ellen T. Ahern | Kirkland & Ellis LLP | (312) 861-2200 | (312) 861-2000 |

## FROM:

**NAME:** Beth W. Bivans
**PHONE:** 214.939.5815
**# PGS.:** 3

**DATE:** April 12, 2007
**C/M #:** 016923.00010

## COMMENTS:

Please Check One:
☐ Confidential ☐ Rush ☐ Deadline __:__ am/pm ☐ Normal Processing

If After Normal Business Day transmission fails: ☐ OK to send next business day; or ☐ Notify sender immediately and get further instructions.
Sending party notified: Name:_____ Date:_____ Time:_____ Notified by:_____

Machine: (Circle One)  A(00)  B(01)  C(02)  D(03)  E(04)  F(05)  G(06)

This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Thank you!

If you do not receive all pages, please call us at 214.939.5681 as soon as possible
1717 Main Street • Suite 2800 • Dallas, Texas 75201 • 214.939.5500 • 214.939.6100 (FAX), 214.939.5849 (PC FAX)