# EXHIBIT D

# HUGHES · LUCE LLP
### ATTORNEYS AND COUNSELORS

1717 Main Street, Suite 2800
Dallas, Texas 75201
214.939.5500
214 939 6100 fax

hughesluce.com

Beth W. Bivans
214 939.5815
bivansb@hughesluce.com

June 14, 2007

**VIA FACSIMILE 312.861.2200**

Matthew E. Nirider, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Re: *In re W.R. Grace & Co. et al.*, Subpoena to DII Industries, LLC Asbestos PI Trust, dated June 12, 2007

Dear Matt:

As you know, this firm represents the DII Industries, LLC Asbestos PI Trust (the "Trust"). I am in receipt of your Subpoena (the "Subpoena"), requesting the production of certain Trust records related to asbestos claimants in the W.R. Grace & Co. bankruptcy case. This letter will confirm that I have agreed to accept service on behalf of the Trust and that the Subpoena has been received by me.

Your letter correctly states that the Trust intends to reassert and stand on its objections to the prior subpoena dated March 30, 2007, as those objections were articulated in my April 12, 2007 letter and on our May 9, 2007 conference call. These objections are reasserted and fully incorporated by reference herein to the extent necessary.

This will also confirm that the parties have been unable to reach a resolution to these objections despite efforts to do so. You may consider this letter the necessary certificate of conference for your motion to compel.

If you have any questions, please feel free to contact me at (214) 939-5815. Thank you for your courtesies.

Very truly yours,

*Beth Bivans*

Beth W. Bivans

016923 00010-1038620 01

# HUGHES·LUCE LLP
ATTORNEYS AND COUNSELORS

# FAX

Austin
Dallas
Fort Worth

## TO:

| # | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | Matthew E. Nirider | Kirkland & Ellis LLP | (312) 861-2200 | (312) 861-2000 |

## FROM:

**NAME:** Beth W. Bivans          **DATE:** June 14, 2007
**PHONE:** 214.939.5815            **C/M #:**
**# PGS.:** 2

## COMMENTS:

**Please Check One:**
☐ Confidential      ☐ Rush           ☐ Deadline ___ am/pm      ☐ Normal Processing

| If After Normal Business Day transmission fails. ☐ OK to send next business day; or ☐ Notify sender immediately and get further instructions |
|---|
| Sending party notified: Name:_____ Date:_____ Time:_____ Notified by._____ |

Machine: (Circle One)   A(00)   B(01)   C(02)   D(03)   E(04)   F(05)   G(06)

This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Thank you!

**If you do not receive all pages, please call us at 214.939.5681 as soon as possible**

1717 Main Street • Suite 2800 • Dallas, Texas 75201 • 214.939.5500 • 214.939.6100 (FAX), 214.939.5849 (PC FAX)

016923.00010:1038642.01