# EXHIBIT F

```
              UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF DELAWARE

                              .
IN RE:                        .    Chapter 11
                              .
W.R. Grace & Co., et al.,     .
                              .
        Debtor(s).            .    Bankruptcy #01-01139 (JKF)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

                         Wilmington, DE
                         May 21, 2007
                         2:00 p.m.

             TRANSCRIPT OF OMNIBUS HEARING
       BEFORE THE HONORABLE JUDITH K. FITZGERALD
             UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:

| | |
|---|---|
| For The Debtor(s): | David M. Bernick, Esq.<br>Kirkland & Ellis, LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601 |
| | Janet S. Baer, Esq.<br>Kirkland & Ellis, LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005 |
| | James O'Neill, Esq.<br>Pachulski, Stang, Ziehl,<br>Young, Jones & Weintraub<br>919 North Market Street<br>Wilmington, DE 19801 |
| | Kevin T. Lantry, Esq.<br>Sidley Austin, LLP<br>555 W. Fifth St.<br>Los Angeles, CA 90013 |
| For Official Committee of:<br>Unsecured Creditors | Kenneth Pasquale, Esq.<br>Stroock Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038 |

                                                                    209

1  essentially saying is that they can make out the case. They
2  can make out, for estimation purposes, what they choose to
3  verify.
4           THE COURT: No, I'm saying that if you choose to
5  think that the claims are false, you can pursue it with the
6  Claimant, not with their lawyer. If you --
7           MR. BERNICK: The Claimant?
8           THE COURT: Yes.
9           MR. BERNICK: The Claimant doesn't have possession
10 of the document.
11          THE COURT: Well, the Claimant's the entity that
12 you're saying should verify the information. So if you want to
13 take a deposition of a Plaintiff to find out whether or not the
14 claim form is correct, do it.
15          MR. BERNICK: I read the --
16          THE COURT: I'm not going to let you get into lawyer
17 files. I don't see a basis for it.
18          MR. BERNICK: What I was gonna suggest also with
19 respect to these people is what about the other bankruptcy
20 forms that they submitted? Those are not secret. They're
21 public.
22          THE COURT: What other -- I'm sorry, what other
23 bankruptcy --
24          MR. BERNICK: These people also submitted forms to
25 other bankruptcy Trusts.

1          THE COURT: Well, they've been -- you've got
2    subpoenas outstanding to the other Trusts.
3          MR. BERNICK: Sure. If we get all that, then that's
4    hunky dory, but I'll reserve on that, and then if we have a
5    problem, maybe we'll come back to that, in the interest of
6    time.
7          THE COURT: All right. I think that's -- I mean
8    that's appropriate. I think you've got subpoenas outstanding
9    as to them.
10         MR. BERNICK: Okay.
11         THE COURT: You should be getting that information
12   that will not, hopefully, violate or compromise an
13   attorney/client relationship.
14         MR. BERNICK: Yes. Thank you, Your Honor.
15         THE COURT: All right?
16         MS. RAMSEY: Thank you, Your Honor.
17         THE COURT: We're adjourned. Thank you.
18      (Pause in proceedings)
19         THE COURT: I'm still ordering this record so that I
20   do not need an Order --
21         MR. BERNICK: That's fine.
22         THE COURT: -- with respect to this. Okay. Ms.
23   Fair?
24         MR. BERNICK: Thank you, Your Honor. Thanks for the
25   patience of your people tonight, and Your Honor as well.