IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. ___** |

## ORDER ON DEBTORS' MOTION TO COMPEL THE DII INDUSTRIES, LLC ASBESTOS PI TRUST TO PRODUCE SUBPOENAED MATERIALS

W.R. Grace & Company served a non-party subpoena on the DII Industries, LLC Asbestos PI Trust on March 30, 2007 pursuant to Federal Rules of Civil Procedure 45 seeking written and electronic discovery. The Debtors moved to compel production of the requested subpoena materials. The Court, having considered the pleadings, and having heard the arguments of counsel on _____ and being otherwise fully advised in the premises, Hereby Orders as follows:

1. The Motion for to Compel the DII Industries, LLC Asbestos PI Trust is GRANTED; and it is further ordered that

2. The DII Industries, LLC Asbestos PI Trust produce the materials requested in Debtor's subpoena, including electronic materials, within 10 days of the entry of this order.

3. The Protective Order proposed by Debtors provides reasonable and sufficient protection for the subpoenaed materials.

SO ORDERED AND ADJUDGED this the _____ day of _____, 2007.

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge