EXHIBIT F



| | |
|---|---|
| Ellen Ahern/Chicago/Kirkland-Ellis<br>06/22/2007 10:47 AM | To DDONNELLON@KMKLAW.com<br>cc Amanda Basta/Washington DC/Kirkland-Ellis@K&E<br>bcc Matt Nirider/Chicago/Kirkland-Ellis@K&E, Scott McMillin/Chicago/Kirkland-Ellis@K&E, Barbara Harding/Washington DC/Kirkland-Ellis@K&E, Elli Leibenstein/Chicago/Kirkland-Ellis@K&E<br>Subject GRACE Celotex Subpoena Communications |

Dan:

We've had a chance to review your recent letters, including the one below.

As an initial matter, we cannot agree to your proposed form of protective order. The acknowledgement provision, and the notice provisions -- among others -- simply are not workable given the complexity of the Grace bankruptcy and other issues. I would again urge you to consider the proposed draft protective order we sent to you following our initial call. But it seems you have already rejected Grace's proposed draft in favor of your own. While we both agree that a form of protective order is appropriate to govern any materials that are produced pursuant to the subpoena, we are so very far apart in terms of the actual provisions of such an agreement, that it appears we will not be able to resolve this point.

On the matching analysis, we are disappointed that you will not endeavor to attempt a match with anything less than full social security numbers. We believe the true matching of Grace claimants to Celotex Trust claimants is vastly in excess of the figure you have from your present matching efforts.

It seems that on these two issues, as with so many of the issues we have discussed previously (including confidentiality, notice to claimants, burden, relevance and the complete refusal to make available electronic/database information) we are at an impasse. As we discussed on our last call, the time has probably come to seek court intervention to help resolve some of these issues.

--Ellen Ahern


----- Forwarded by Ellen Ahern/Chicago/Kirkland-Ellis on 06/22/2007 10:32 AM -----



| | |
|---|---|
| mjtrue@KMKLAW.com<br>06/15/2007 02:33 PM | To eahern@kirkland.com, abasta@kirkland.com<br>cc<br>Subject FW: GRACE 5/21 Hearing Transcript |

```
The attached is sent at the request of Dan Donnellon.


-----Original Message-----
From: eahern@kirkland.com [mailto:eahern@kirkland.com]
Sent: Friday, June 15, 2007 3:08 PM
To: Donnellon, Daniel J.
Subject: RE: GRACE 5/21 Hearing Transcript


Thanks.  Email is fine.
```

DDONNELLON@KMKLAW.com 06/15/2007 01:59 PM

To
eahern@kirkland.com
cc
ABasta@kirkland.com
Subject
RE: GRACE 5/21 Hearing Transcript


Thanks. I am just finishing up a letter to you about the exposure issues. I can ask my assistant to send it via email if you wish.

-----Original Message-----
From: eahern@kirkland.com [mailto:eahern@kirkland.com]
Sent: Friday, June 15, 2007 2:48 PM
To: Donnellon, Daniel J.
Cc: ABasta@kirkland.com
Subject: GRACE 5/21 Hearing Transcript


Dan:

Here is the 5/21 hearing transcript. Judge Fitzgerald mentions discovery of the trusts for exposure information (including outstanding subpoenas0 toward the end of the portion dealing with Early Ludwick's motion for a protective order, which comes toward the very end of this transcript.

You were going to get back to me about matching issues, and if the number of matches would go up if Celotex matched to name plus 4 social security numbers. I'd like to get a sense of what sort of numbers we might have on a match if we went about it that way. I understand that, even if you give me numbers, Celotex might not be willing to conclude that a name plus 4 social security numbers would constitute a confirmed match. But to know what that number might be would be helpful given the things we are weighing here on the scope of discovery.

--Ellen Ahern

***************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***************************************************************

***************************************************
Daniel J. Donnellon

Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH  45202
Tel: 513-579-6989
Fax: 513-579-6457
Internet Address: ddonnellon@kmklaw.com
Website: www.kmklaw.com

--- CONFIDENTIALITY STATEMENT ---
This e-mail transmission contains information that is
intended to be privileged and confidential.  It is in-
tended only for the addressee named above.  If you re-
ceive this e-mail in error, please do not read, copy
or disseminate it in any manner.  If you are not the
intended recipient, any disclosure, copying, distri-
bution or use of the contents of this information is prohibited.  Please
reply to the message immediately by informing the sender that the message was
misdirected. After replying, please erase it from your computer system.  Your
assistance in correcting this error is appreciated.
**********************************************************


**************************************************************
The information contained in this communication is confidential, may be
attorney-client privileged, may constitute inside information, and is
intended only for the use of the addressee.  It is the property of Kirkland &
Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure
or copying of this communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this communication in error,
please notify us immediately by return e-mail or by e-mail to
postmaster@kirkland.com, and destroy this communication and all copies
thereof, including all attachments.
**************************************************************

*****************************************************
Maryjoy True
Legal Assistant
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH  45202
Tel: 513-579-6989
Fax: 513-579-6457
Internet Address: mjtrue@kmklaw.com
Website: www.kmklaw.com

--- CONFIDENTIALITY STATEMENT ---
This e-mail transmission contains information that is
intended to be privileged and confidential.  It is in-
tended only for the addressee named above.  If you re-
ceive this e-mail in error, please do not read, copy
or disseminate it in any manner.  If you are not the
intended recipient, any disclosure, copying, distri-
bution or use of the contents of this information is
prohibited.  Please reply to the message immediately by
informing the sender that the message was misdirected.
After replying, please erase it from your computer
system.  Your assistance in correcting this error is
appreciated.
**********************************************************


X-ALTERNATIVE.HTM  20070615142901759.pdf