EXHIBIT G

```
              UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF DELAWARE


IN RE:                          . Case No. 01-1139(JKF)
                                . Adv. No. 02-1657(JKF)
                                .
W.R. GRACE & CO.,               . 5414 USX Tower Building
                                . Pittsburgh, PA  15222
                                .
               Debtor.          .
                                . September 11, 2006
. . . . . . . . . . . . . . . . . 9:57 a.m.


                    TRANSCRIPT OF HEARING
          ARGUMENT ON MOTION TO EXTEND EXCLUSIVITY AND
              ARGUMENT ON QUESTIONNAIRE ISSUES
           BEFORE HONORABLE JUDITH K. FITZGERALD
              UNITED STATES BANKRUPTCY COURT JUDGE
```

APPEARANCES:

For the Debtor:              Kirkland & Ellis, LLP
                             By:  DAVID M. BERNICK, P.C., ESQ.
                                  BARBARA HARDING, ESQ.
                                  AMANDA BASTA, ESQ.
                                  SALVATORE BIANCA, ESQ.
                             Aon Center
                             200 East Randolph Drive
                             Chicago, IL  60601

Unsecured Creditors'         Stroock & Stroock & Lavan, LLP
Committee:                   By:  LEWIS KRUGER, ESQ.
                                  KENNETH PASQUALE, ESQ.
                             180 Maiden Lane
                             New York, NY  10048-4982

Audio Operator:              Janet Kozloski

Proceedings recorded by electronic sound recording, transcript
             produced by transcription service.

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609) 586-2311    Fax No.  (609) 587-3599

1  Manville Trust.
2          MR. BERNICK:  Well, in his capacity as the futures
3  rep that runs the Manville Trust, he's not here.  He's here as
4  the futures rep.
5          THE COURT:  He was here earlier.
6          MR. BERNICK:  But he's here as the futures rep in
7  this case.
8          THE COURT:  Yes.
9          MR. BERNICK:  It is extremely difficult to get
10 individual information in a reliable fashion.  And then you're
11 going to have to -- we have to sit here, this is all -- you
12 know -- we can spend two hours talking about this and we won't,
13 the claim forms in those trusts are different than the claim
14 forms here.
15         Supporting information is different.  The
16 requirements are different.  Now, the estimators have access to
17 a lot of that information.
18         THE COURT:  All right.  So they have it already.
19         MR. BERNICK:  But -- no.  It only gives you -- no.
20 No.  It only gives you where you have a trust.  So the Manville
21 Trust, we'll know if they have exposure to Manville product, in
22 some cases if they've submitted a claim.  We'll know if they've
23 got exposure to Eagle Picture Product in some cases if they
24 have a claim; what the exposure is, how much it was, when it
25 was.  We may know none of that.

1        So all you're doing -- and this has been a massive
2   problem for everybody dealing with asbestos forever -- is they
3   can never get with respect to any individual claimant what all
4   the exposures are, because there's only one organization that
5   knows it, and that's the law firm and the claimant themselves.
6   Nobody else has it, which is why we've got no choice but to ask
7   for it here.  Nobody is doing --
8        THE COURT:  Well, you're asking.  I've said you can
9   get it.  So fine.  I just was curious as to why that
10  information --
11       MR. BERNICK:  We would love --
12       THE COURT:  -- you can get it in an electronic format
13  wouldn't be better.
14       MR. BERNICK:  -- to have done this automatically.
15  There's no question about it.  Mr. Florence, as you've heard
16  from, Mr. Dunbar, who you've heard from, everybody would love
17  to get this information.  It's just not available.  Now, I then
18  get to the last question, which Mr. Finch can answer for us, I
19  hope, which is that, Your Honor, I can't -- we can't function
20  on the basis that we deal with the asbestos claimants'
21  committee, who is going in and asking for hundreds of boxes of
22  documents, who's making discovery requests, who's making
23  arguments, who's taking positions, and then deal with any
24  number of 20-25 law firms who all want to come in and say,
25  well, gee, I want to do this discovery or I want to take this