EXHIBIT O

# INDIVIDUALIZED REVIEW   Claim Form

## CELOTEX ASBESTOS SETTLEMENT TRUST

> **Submit completed claims to:**
> Celotex Asbestos Settlement Trust
> P.O. Box 1036
> Wilmington, DE 19899-1036

## Instructions for the Individualized Review Claim Form

Complete this claim form as thoroughly and accurately as possible. Please type or print neatly.

Should there be insufficient space to list all relevant information, please attach additional sheets.

In addition to filing the forms that follow, please ensure the following are enclosed, if applicable:

- ☐ Death Certificate (if applicable)
- ☐ Certificate of Official Capacity (if personal representative is filing form)
- ☐ Medical Records as requested in instructions
- ☐ Proof of Celotex or Carey Canada product exposure as set out in instructions

## Representation

**If Claimant is represented by counsel, please print or type the following information:**

**Attorney Name:** _____
(Please print full name)

**Paralegal or Contact Name:** _____
(Please print full name)

**Name of Law Firm:** _____
(Please print full name of firm)

**Firm Address:** _____
(Street/PO box number/suite number)

_____
(City, State and Zip)

**Attorney Phone:** _____   **Fax:** _____
(Area Code & Number)                         (Area Code & Number)

**Contact Phone:** _____   **Fax:** _____
(Area Code & Number)                         (Area Code & Number)

FRM-1.2298PPT

# Individualized Review Claim Form        Page 2

## Part 1: Injured Party Information

**Name:** _____        **Social Security #:** _____-____-_____
(Please print FULL NAME)

**Gender:** Male _____    Female _____        **Date of Birth:** _____/_____/_____
                                                                        (Month)  (Day)  (Year)

I. Is injured party living?   Yes_____   No_____

II. If injured party is living and not represented by counsel, please complete the following:

   **Mailing Address:**_____
                                  (Street/PO box)

   _____
   (City/State/Zip)

   **Daytime Phone:** (     ) _____-_____

III. If injured party is deceased: (*Death Certificate must be enclosed*)

   Date of Death:_____/_____/_____

   Was death asbestos related?   Yes _____   No _____

IV. If injured party has a personal representative other than, or in addition to, his/her attorney, please indicate the following information for the representative: **(Certificate of Official Capacity must be enclosed.)**

Name:_____        Social Security Number: _____-____-_____

Mailing Address: _____

_____

Daytime Phone:  (     ) _____-_____

Relationship to Injured Party:  I am party's:_____
                                                              (Guardian, Administrator, Brother, etc.)

**Individualized Review Claim Form**                                      Page 3

## Part 2: Diagnosed Asbestos-Related Injuries

Place an X next to <u>all injuries</u> below that have been or were diagnosed for the injured party **and** for which medical documentation is attached to this claim form. *See Instructions for listing of medical records that must be enclosed.*

| | Injury | Date of Diagnosis |
|---|---|---|
| ☐ | Other _____ (Specify) | ___/___/___ (Month) (Day) (Year) |
| ☐ | Bilateral Pleural Disease | ___/___/___ (Month) (Day) (Year) |
| ☐ | Non-disabling Bilateral Interstitial Lung Disease | ___/___/___ (Month) (Day) (Year) |
| ☐ | Disabling Bilateral Interstitial Lung Disease | ___/___/___ (Month) (Day) (Year) |
| **Other Cancer:** | | |
| ☐ | Colo-rectal | ___/___/___ (Month) (Day) (Year) |
| ☐ | Laryngeal | ___/___/___ (Month) (Day) (Year) |
| ☐ | Esophageal | ___/___/___ (Month) (Day) (Year) |
| ☐ | Pharyngeal | ___/___/___ (Month) (Day) (Year) |
| ☐ | Lung Cancer (One) | ___/___/___ (Month) (Day) (Year) |
| ☐ | Lung Cancer (Two) | ___/___/___ (Month) (Day) (Year) |
| ☐ | Malignant Mesothelioma | ___/___/___ (Month) (Day) (Year) |

Claims for all of the above injuries must include a diagnosis of the claimed disease by an internal medicine or pulmonary specialist or other specialist based on either a physical examination of the claimant by that doctor, a physical examination by another doctor whose physical examination and findings are reliable or a pathologist examination for a deceased claimant.

If reimbursement of medical expenses is being claimed, what was the total expenditure on diagnosis and treatment of asbestos-related diseases: $ ___,_____.___

# Individualized Review Claim Form                                  Page 4

## Part 3: Dependents and Beneficiaries

List any other persons who may have rights associated with this claim.

Be sure to include the injured party's spouse, any dependents who derive (or who did derive at the time of the injured person's death) at least one-half of their financial support from the injured party.

Also list beneficiaries who are entitled to pursue an action for wrongful death under applicable state law.

If more than four, please photocopy this page, and insert after current page.

---

Name: _____      Date of Birth: ____/____/____
                                                         (Month) (Day) (Year)

Relationship:   ☐ Spouse              Financially Dependent?
                ☐ Child                              Yes ☐
                ☐ Other: _____                  No  ☐

---

Name: _____      Date of Birth: ____/____/____
                                                         (Month) (Day) (Year)

Relationship:   ☐ Spouse              Financially Dependent?
                ☐ Child                              Yes ☐
                ☐ Other: _____                  No  ☐

---

Name: _____      Date of Birth: ____/____/____
                                                         (Month) (Day) (Year)

Relationship:   ☐ Spouse              Financially Dependent?
                ☐ Child                              Yes ☐
                ☐ Other: _____                  No  ☐

---

Name: _____      Date of Birth: ____/____/____
                                                         (Month) (Day) (Year)

Relationship:   ☐ Spouse              Financially Dependent?
                ☐ Child                              Yes ☐
                ☐ Other: _____                  No  ☐

# Individualized Review Claim Form  Page 5a

## Part 4: Occupational Exposure to Celotex or Carey Canada Products or Operations

**Proof of Celotex or Carey Canada product exposure must be enclosed.** (*See Instructions*)

*Please photocopy this page and list separately for each site, industry or occupation in which claimant alleges exposure to asbestos.*

Date Exposure Began: _____/_____/_____  Date Exposure Ended: _____/_____/_____
                    (Month)  (Day)  (Year)                       (Month) (Day)  (Year)

Was the injured party employed by Celotex, Philip Carey or a Philip Carey Contract Unit during this time?
            Yes_____   No_____

Did the injured party work at a site while Philip Carey, Carey Canada or Celotex employees were installing, ripping out, or otherwise handling asbestos-containing products during this time?
            Yes_____   No_____

Did the injured party work with Celotex, Philip Carey or Carey Canada employees during this time?
            Yes_____   No_____

Did the injured party live or work near or in the vicinity of a Carey Canada mine, or a Celotex or Philip Carey manufacturing plant or job-site where asbestos was present during this time?   Yes_____   No_____

Occupation: _____

Description of Job Duties: _____
_____

Industry in which exposure occurred: _____  If Code 37 (Other), specify: _____
                                    (Code)

### Industry Codes

| | |
|---|---|
| 10. Asbestos mining | 24. Petrochemical |
| 11. Aerospace/aviation | 25. Insulation |
| 12. Asbestos abatement | 27. Railroad |
| 13. Automobile/mechanical friction | 30. Shipyard-construction/repair |
| 16. Chemical | 31. Textile |
| 17. Construction trades | 32. Tire/rubber |
| 18. Iron/steel | 33. Utilities |
| 19. Longshore | 34. Asbestos products manufacturing |
| 20. Maritime | |
| 21. Military | 36. Building occupant/bystander |
| 23. Non-asbestos products manufacturing | 37. Other |

Describe how and why asbestos products were used at the site:
_____

Employer: _____

Site or Location of exposure:_____ Plant or Site Name:_____

Location at plant or site where exposure occurred: _____

         City: _____ State:_____

Describe how injured party was exposed to Celotex or Carey Canada product(s) or operations:
_____

Name of Celotex or Carey Canada product(s) or operations to which injured party was exposed:
_____

# Individualized Review Claim Form                                     Page 6

## Part 5:   Exposure to an Occupationally Exposed Person*

Is the claimant alleging an asbestos-related disease resulting solely from exposure to an occupationally exposed person, such as a family member (spouse, father, sister, etc.)?

        Yes_____     No_____

Date Exposure to Other Person Began:     Month_____     Year_____

Date Exposure to Other Person Ended:     Month_____     Year_____

Relationship to occupationally exposed individual:

I am his/her  _____
      (Brother, Son, Spouse, etc.)

Describe how injured party was exposed to the Celotex or Carey Canada product:

_____

_____

_____

_____


## *Part 4, page 5a, must be completed for the occupationally exposed person.

# Individualized Review Claim Form                                    Page 7

## Part 6:   Smoking/Tobacco History

For each item, indicate whether injured party has smoked or used the given product. If used, indicate the dates they were used, and the amount per day. Indicate fractional packs as appropriate, e.g. three and one-half packs would be entered as 3 . 5.

---

Has the injured party ever:

**Smoked Cigarettes?** Yes_____    No_____

From____/____    To: ____/____    Packs per day: _____._____
(Month) (Year)      (Month) (Year)

From____/____    To: ____/____    Packs per day: _____._____
(Month) (Year)      (Month) (Year)

From____/____    To: ____/____    Packs per day: _____._____
(Month) (Year)      (Month) (Year)

From____/____    To: ____/____    Packs per day: _____._____
(Month) (Year)      (Month) (Year)

---

Has the injured party ever:

**Smoked Cigars?**    Yes_____    No_____

From____/____    To: ____/____    Cigars per day: _____._____
(Month) (Year)      (Month) (Year)

From____/____    To: ____/____    Cigars per day: _____._____
(Month) (Year)      (Month) (Year)

From____/____    To: ____/____    Cigars per day: _____._____
(Month) (Year)      (Month) (Year)

From____/____    To: ____/____    Cigars per day: _____._____
(Month) (Year)      (Month) (Year)

# Individualized Review Claim Form                     Page 8

## Part 7: Asbestos Litigation

Has a lawsuit ever been filed on behalf of the injured party?

      Yes _____   No _____

Two-letter abbreviation of the state in which the suit was originally filed: ☐ ☐

Name of court in which suit was originally filed: _____

Date on which the suit was originally filed: _____
                             (Month/Year)

Has injured party received settlement money from Celotex or Carey Canada? Yes_____ No_____

Please provide the Aggregate Settlement Amount received from all asbestos defendants:
              $_____,_____.___

What is the current status of this suit?

                              ☐ Pending        ☐ Judgment
                              ☐ Dismissed     ☐ Settled

If this suit is pending, has a trial date been set?     Yes_____ No_____

    •If yes, when is the trial currently scheduled? _____/_____/_____
    •                                       (Month)  (Day)  (Year)
    •If no, what is the earliest date trial could be expected? _____/_____
                                                             (Month)  (Day)

**Unless you wish to waive your right to have your claim allowed,
evaluated and paid by the Trust, you must notify the Trust when a trial date is established.**

If this suit has been dismissed or has received a judgment, please provide the following information:

    Date of Verdict         Name of Defendant(s)      Verdict Amount

                                                                          $ _____
  _____    _____
    (Month / Year)

                          _____

                          _____

                          _____

# Individualized Review Claim Form                Page 9

## Part 8: Workers' Compensation/Other Disability Claims

Has the injured party ever received disability benefits related to asbestos?

   Yes _____    No _____

Name of organization granting benefits: _____
              *(FECA, WC, etc.)*

Date benefits began: _____/_____
       (month) (year)

Monthly benefit stipend: $ _____,_____._____

Name of company claim was filed against: _____

| Individualized Review Claim Form | Page 10 |
|---|---|

## Part 9: Employment Information

Current Employment Status:

- ☐ Full-time, outside the home
- ☐ Full-time, within the home
- ☐ Part-time, outside the home
- ☐ Part-time, within the home
- ☐ Retired
- ☐ Disabled

Amount of last annual wage: $ _____,_____._____

Date of last wage received: _____/_____
                                   (month)  (year)
*(enter current month and year if currently earning work-related compensation)*

**W-2 and first page of Form 1040 for last year of full employment must be enclosed, if lost wages are being claimed.**

**Individualized Review Claim Form**  Page 11

# PART 10: SIGNATURE PAGE

**All claims must be signed by the claimant, or the person filing on his/her behalf (such as the personal representative or attorney).**

I have reviewed the information submitted on this claim form and all documents submitted in support of this claim. To the best of my knowledge under penalty of perjury, the information submitted is accurate and complete.

<div style="border:1px solid black; height:60px;"></div>

*Signature of Claimant or Representative*

<div style="border:1px solid black; height:40px;"></div>

*Please print the name and relationship to the claimant of the signatory above.*

**Please review your submission to ensure it is complete.**
☐

☐ Death Certificate (if applicable)

☐ Certificate of Official Capacity (if personal representative is filing form)

☐ Medical Records as requested in instructions

   Proof of Celotex or Carey Canada product exposure as set out in instructions