IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## ORDER ON DEBTORS' MOTION TO COMPEL
## THE CELOTEX ASBESTOS SETTLEMENT TRUST
## TO PRODUCE SUBPOENAED MATERIALS

W.R. Grace & Company served a non-party subpoena on the Celotex Asbestos Settlement Trust on February 2, 2007 pursuant to Federal Rules of Civil Procedure 45 and 30(b)(6) seeking written and electronic discovery and materials as well as a corporate representative deposition. The Debtors moved to compel production of the requested subpoena materials. The Court, having considered the pleadings, and having heard the arguments of counsel on _____ and being otherwise fully advised in the premises, Hereby Orders as follows:

1. The Motion for to Compel the Celotex Asbestos Settlement Trust is GRANTED; and it is further ordered that

2. The Celotex Asbestos Settlement Trust produce the materials requested in Debtor's subpoena, including electronic materials, within 10 days of the entry of this order.

3. The Protective Order proposed by Debtors provides reasonable and sufficient protection for the subpoenaed materials.

SO ORDERED AND ADJUDGED this the _____ day of _____, 2007.

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge