IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**DEBTORS' MOTION FOR LEAVE FROM SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD OF MOTIONS TO COMPEL ASBESTOS TRUSTS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby move this Court (the "Motion to Shorten"), pursuant to Del. Bankr. LR 9006-1(e), Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 102 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), for an Order shortening the notice period with respect to the Debtors' Motion to Compel the Celotex Asbestos Settlement Trust and the Debtors' Motion to Compel the DII Industries, LLC Asbestos PI Trust (the "Motions to Compel") and for leave from this Court's *Amended Order Scheduling Omnibus*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Hearing Dates for 2007* [Docket 14068] (the "Scheduling Order"), dated December 19, 2006, so that the Celotex and DII Motions to Compel may be heard at the July 23, 2007 hearing.

Bankruptcy Rule 9006(c) provides that when an act is required to be done within a specified time by the Bankruptcy Rules "the court for cause shown may in its discretion with or without motion or notice order the period reduced." Similarly, Del.Bankr.LR 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these Rules or the Fed. R. Bankr. P. except by Order of the Court, on written motion . . . specifying the exigencies justifying shortened notice."

The information that Debtors seek to compel from the asbestos trusts is necessary to the Debtors' expert analysis because it will provide Debtors' experts with a benchmark against which to compare exposure data and other material facts. Because Rebuttal Expert Reports are due on August 8, 2007, expedited consideration of the Motions to Compel is necessary to enable the information sought from the asbestos trusts to be considered by the Debtors' experts and potentially included in Rebuttal Expert Reports.

The Debtors seek to expedite consideration of the Motions to Compel because it only became clear fairly recently that negotiations over the production of subpoenaed materials would break down. The Debtors made continued efforts to negotiate for the production of documents in response to the subpoenas. However, once it became plain that a negotiated resolution would not be possible, the Debtors immediately brought the instant Motions to Compel.

Expedited consideration of both motions will also be efficient. The Motions to Compel seek substantially the same types of information, and the asbestos trusts have raised many of the same objections in response. Moreover, this Court has already spoken as to the relevance of the information sought by the Debtors. *See, e.g.*, 9/11/06 Hr'g Tr. at 260-61 (Ex. G to the Debtors'

Motion to Compel the Celotex Asbestos Settlement Trust ). Therefore, the Debtors' motions present relatively few issues for the Court to decide.

Accordingly, the Debtors file this motion seeking an Order of this Court for leave of the Scheduling Order and shortening the notice period prescribed by Del. Bankr. LR 9006-1(c) to enable the Debtors to have the Motions to Compel heard at the next omnibus hearing. The Debtors also respectfully request that the Court establish July 10, 2007 at 4:00 p.m. as the deadline to object to the Motions to Compel.

Given Grace's urgent need for the subpoenaed materials, the Debtors respectfully submit that the shortened notice described above is appropriate, as is leave from the Scheduling Order.

WHEREFORE, the Debtors respectfully request the entry of an Order (i) granting the Debtors leave from the Scheduling Order, (ii) shortening the notice period with respect to the Motions to Compel, and (iii) and setting the objection deadline to the Motions to Compel at July 10, 2007 at 4:00 p.m., as set forth above.

Dated: June 27, 2007

                      KIRKLAND & ELLIS LLP
                      David M. Bernick, P.C.
                      Janet S. Baer
                      200 East Randolph Drive
                      Chicago, IL 60601
                      Telephone: (312) 861-2000
                      Facsimile: (312) 861-2200

                      and

                      PACHULSKI STANG ZIEHL YOUNG, JONES & WEINTRAUB LLP

                      */s/ James E. O'Neill*
                      Laura Davis Jones (Bar No. 2436)
                      James E. O'Neill (Bar No. 4042)
                      Timothy P. Cairns (Bar No. 4228)
                      919 North Market Street, 17th Floor
                      P.O. Box 8705
                      Wilmington, DE 19899-8705 (Courier 19801)
                      Telephone: (302) 652-4100
                      Facsimile: (302) 652-4400

                      Co-Counsel for the Debtors and Debtors in Possession