IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related to Docket Nos. _____ |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE FROM SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD OF MOTIONS TO COMPEL ASBESTOS TRUSTS**

Upon consideration of the Debtors' Motion for Leave From Scheduling Order and to Shorten Notice Period of Motions to Compel Asbestos Trusts (the "Motion")[1] and for good cause, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the notice period is hereby shortened such that the Motions to Compel shall be heard on July 23, 2007 at 2:00 p.m., prevailing eastern time; and it is further

ORDERED that July 10, 2007, shall be the deadline by which all responses, if any, to the Motions to Compel must be filed; and it is further

ORDERED that the notice and manner of service of the Motions to Compel, as set forth in the Motion, is hereby approved.

Dated: _____, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined in this Order shall have the respective meanings set forth in the Motion.