IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 16173** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

Linda M. Ellis being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP and that on the 28th day of June, 2007, she caused a copy of the following documents to be served upon the following service list(s) in the manner indicated:

**Certification of Counsel on Order concerning Amendments, Supplementations and Changes to Asbestos PD Claims [Docket No. 16173].**

_____
Linda M. Ellis

Sworn to and subscribed before
me this 28th day of June, 2007

_____
Notary Public

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

My Commission Expires: 03-21-08

91100-001\DOCS_DE:85961.55

W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 27348
07 – Hand Delivery
11 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
David B. Bernick, P.C.
Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

**PD Claimants Overnight Service List**
Case No. 01-01139 (JKF)
Document No. 121006
32 – Overnight Delivery

*Overnight Delivery*
Gerald George, Esquire
Pillsbury Winthrop LLP
50 Fremont Street
San Francisco, CA 94120-7880

*Overnight Delivery*
Avrum J Rosen, Esquire
38 New St.
Huntington, NY 11743

*Overnight Delivery*
Robert C McCall, Esquire
Baggett McCall & Burgess
3006 Country Club Rd
Lake Charles, LA 70605

*Overnight Delivery*
Fred H Sutherland, Esquire
Beard & Sutherland
400 Travis St. Ste. 1610
Shreveport, LA 71101-5564

*Overnight Delivery*
William L Adams, Esquire
County Of Sonoma Office Of County Counsel
575 Administration Dr Rm 105a
Santa Rosa, CA 95403

*Overnight Delivery*
Martin Dies, Esquire
Dies & Hile LLP
1601 Rio Grande Suite 330
Austin, TX 78701

*Overnight Delivery*
Jack A Grant, Esquire
Grant & Barrow
238 Huey P Long Ave.
Gretna, LA 70054

*Overnight Delivery*
Steven Mandelsberg, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
New York, New York 10022

*Overnight Delivery*
Kenneth F Sills, Esquire
Hammonds & Sills Quad
1111 S. Foster Dr. Ste. C
Baton Rouge, LA 70806

*Overnight Delivery*
Steven E Crick, Esquire
Humphrey Farrington & Mcclain
221 W. Lexington Suite 400
Independence, MO 64051

*Overnight Delivery*
Joseph Digiuseppe, Esquire
Law Department City Of Philadelphia One Parkway
1515 Arch St. 15th Flr.
Philadelphia, PA 19102

*Overnight Delivery*
Tom Lewis, Esquire
Lewis & Slovak PC
725 3rd Ave North
Great Falls, MT 59403

*Overnight Delivery*
Anne McGinness Kearse, Esquire
James M. Hughes, Esquire
Motley Rice LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464

*Overnight Delivery*
William R Wittenberg
6110 Panorama Dr NE
Tacoma, WA 98422

*Overnight Delivery*
John Michael Belferman
21600 Beallsville Road
Barnesville, MD 20838

*Overnight Delivery*
Jamie Guevara Shartzer
24172 Zorro Ct
Hayward, CA 94541

*Overnight Delivery*
Woodbury Place Apartments LTD
3942 Pleasure Hill
San Antonio, TX 78229

*Overnight Delivery*
Ronald Alan Skarie
7623 W Ryan Rd
Franklin, WI 53132

*Overnight Delivery*
Kenneth D Smith
1711 Milton Manor Dr
El Cajon, CA 92021

*Overnight Delivery*
First Presbyterian Church
516 12th Street
Dawson, MN 56232

*Overnight Delivery*
Clifford M Spingler
1233 Nw 199th Pl
Shoreline, WA 98177

*Overnight Delivery*
Virginia L Thrasher
3460 Pheasant Ct
Decatur, GA 30034

*Overnight Delivery*
Fanette L Stewart
621 East 40th Ave
Spokane, WA 99203

*Overnight Delivery*
Allegheny Center Associates
One And Two Allegheny Center
Pittsburgh, PA 15212

*Overnight Delivery*
Dale M Johnson
4974 N. Fresno St., Suite 526
Fresno, CA 93726

*Overnight Delivery*
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
1617 John F. Kennedy Blvd.
One Penn Center, 19th Floor
Philadelphia, PA 19103-1895

*Overnight Delivery*
Edward J Westbrook, Esquire
Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Blvd. Bldg. A
Mount Pleasant, SC 29464

*Overnight Delivery*
Joseph Schwartz, Esquire
Riker Danzig Scherer Hyland & PC
Headquarters Plaza
One Speedwell Ave
Morristown, NJ 07962

*Overnight Delivery*
(Counsel for Laborers Untion)
Richard L Stoper Jr. , Esquire
Susan L. Gragel, Esquire
Rotatori Bender Gragel Stoper & Alexander Co LPA
800 Leader Bldg
526 Superior Ave E
Cleveland, OH 44114-1498

*Overnight Delivery*
Daniel A Speights, Esquire
Speights & Runyan
200 Jackson Ave East
Hampton, SC 29924

*Overnight Delivery*
Christopher D Loizides
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801

*Overnight Delivery*
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

Grace PD Claimant E-mail Service List
Case Number: 01-1139 (JKF)
Document Number: 121012
15 - E-Mail

*E-mail: mwdies@aol.com*
(Counsel to Claimant)
Martin Dies, Esquire
Dies & Hile, LLP

*E-mail: smandelsberg@hahnhessen.com*
(Counsel to Claimant)
Steven Mandelsberg, Esquire
Hahn & Hesson, LLP

*E-mail: ckang@hahnhessen.com*
(Counsel to Claimant)
Christina J. Kang, Esquire
Hahn & Hesson, LLP

*E-mail: sec@hfmlegal.com*
(Counsel to Claimant)
Steven E. Crick, Esquire
Humphrey Farrington & McClain

*E-mail: joseph.digiuseppe@phila.gov*
(Counsel to Claimant)
Joseph Digiuseppe, Esquire
Law Department

*E-mail: akearse@motleyrice.com*
*jhughes@motleyrice.com*
(Counsel to Claimant)
Anne McGinness Kearse, Esquire
James M. Hughes, Esquire
Motley Rice LLC

*E-mail: alexander.barnes@obermayer.com*
(Counsel to Claimant)
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP

*E-mail: ewestbrook@rpwb.com*
(Counsel to Claimant)
Edward J. Westbrook, Esquire
Richardson Patrick Westbrook &Brickman LLC

*E-mail: jschwartz@riker.com*
(Counsel to Claimant)
Joseph Schwartz, Esquire
Riker Danzig Scherer Hyland & PC

*E-mail: rstoper@rotatori.com*
*sgragel@rotatori.com*
(Counsel to Laborers Untion)
Richard L. Stoper, Jr., Esquire
Susan L. Gragel, Esquire
Rotatori Bender Gragel Stoper & Alexander Co. LPA

*E-mail: dspeights@speightsrunyan.com*
(Counsel to Claimant)
Daniel A. Speights, Esquire
Speights & Runyan

*E-mail: sbaena@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Jay Sakalo, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-Mail: gerald.george@pillsburylaw.com*
(Counsel to Macerich)
Gerald George, Esquire
Pillsbury Winthrop Shaw Pittman LLP

W.R. Grace - PD Claimants Fax Service List
Case No. 01-1139 (JKF)
Document # 124834
**20 – Facsimile**

*Facsimile 415-983-1200*
P. Brosnahan, Esquire
Pillsbury Winthrop LLP

*Facsimile 631-423-4536*
Avrum J Rosen, Esquire

*Facsimile 337-478-8946*
Robert C McCall, Esquire
Baggett McCall & Burgess

*Facsimile 318-676-1516*
Fred H Sutherland, Esquire
Beard & Sutherland

*Facsimile 707-565-2624*
William L Adams, Esquire
County Of Sonoma Office Of County Counsel

*Facsimile 302-658-8051*
Martin Dies, Esquire
Dies & Hile LLP

*Facsimile 504-368-7263*
Jack A Grant, Esquire
Grant & Barrow

*Facsimile 212-478-7400*
Steven Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen, LLP

*Facsimile 225-923-0315*
Kenneth F Sills, Esquire
Hammonds & Sills Quad

*Facsimile 816-836-8966*
Steven E Crick, Esquire
Humphrey Farrington & McClain

*Facsimile 215-683-5298*
Joseph Digiuseppe, Esquire
Law Department

*Facsimile 406-761-5805*
Tom Lewis, Esquire
Lewis & Slovak PC

*Facsimile 843-216-9450*
Anne McGinness Kearse, Esquire
James M. Hughes, Esquire
Motley Rice LLC

*Facsimile 215-665-3165*
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP

*Facsimile 843-216-6509*
Edward J Westbrook, Esquire
Richardson Patrick Westbrook & Brickman LLC

*Facsimile 973-538-1984*
Joseph Schwartz, Esquire
Riker Danzig Scherer Hyland & PC

*Facsimile 216-928-1007*
Richard L Stoper Jr., Esquire
Susan L. Gragel, Esquire
Rotatori Bender Gragel Stoper & Alexander Co LPA

*Facsimile 803-943-4599*
Daniel A Speights, Esquire
Speights & Runyan

*Facsimile 302-654-0728*
Christopher D Loizides
Loizides & Associates

*Facsimile 305-374-7593*
Scott Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP