IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.<br><br>Debtor | ) In Proceedings for a Reorganization<br>) Under Chapter 11<br>)<br>) Case No. 01-01139 (JKF)<br>) Jointly Administered<br>)<br>)<br>) |

### SUPPLEMENTAL VERIFIED STATEMENT ON BEHALF OF KELLEY & FERRARO, LLP, PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE CONCERNING MULTIPLE REPRESENTATION OF CREDITORS

Thomas M. Wilson, on behalf of Kelley & Ferraro, LLP (Kelley & Ferraro), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure and this Court's October 22, 2004 Order Requiring Compliance with Bankruptcy Rule 2019 and Granting Other Relief (October 22, 2004 2019 Order), files this statement in connection with Kelley & Ferraro's representation of numerous unsecured creditors who have unliquidated tort claims against W.R. Grace & Co. (Debtor):

    1.    <u>Names and Address of Creditors Represented By Kelley & Ferraro</u>

Kelley & Ferraro serves as legal counsel to numerous unsecured creditors of W.R. Grace & Co., as set forth in Exhibit A, which is attached hereto and fully incorporated herein. This Exhibit sets forth information in columns labeled as follows: name, address, liquidated/unliquidated, date claim acquired and disease category.

2. <u>The Nature and Amount of Claims of the Parties in Interest and Times of Acquisition Thereof</u>

Each of the unliquidated creditors' claims are tort claims which arose due to the individual's exposure to W.R. Grace & Co.'s asbestos-containing products. While this exposure occurred at various times for each individual, the specific dates for the accrual of each creditor's cause of action is set forth under date acquired on Exhibit A, which is the underlying date of diagnosis. These claims arose in the ordinary course of business of Debtor W.R. Grace & Co. As it is an unliquidated claim, the approximate amount of each individual claim is unknown at this time.

3. <u>Pertinent Facts and Circumstances in Connection with the Employment of Kelley & Ferraro</u>

The unliquidated creditors retained Kelley & Ferraro either directly or through other legal counsel to provide legal representation in regard to the commencement and prosecution of their individual asbestosis related claims against various manufacturers, and distributors of asbestos-containing products, including Debtor W.R. Grace & Co.

4. <u>Claims or Interests Owned by Kelley & Ferraro</u>

Kelley & Ferraro presently does not own nor have they ever previously owned any claim or interest against the Debtor W.R. Grace & Co.

5.  Bankruptcy Proxies

Kelley & Ferraro believes that it has authority to vote for each claimant set forth on Exhibit A.  Kelley & Ferraro believes that Bankruptcy Proxies and/or Retainer Agreements ("Proxies"), or both, exist for all individuals set forth on Exhibit A.  Sample copies of these Proxies are set forth on Exhibit B.

Respectfully submitted this 28th day of June 2007.

                              KELLEY & FERRARO, LLP

                              /s/ Thomas M. Wilson
                              Thomas M. Wilson, Esq.
                              2200 Key Tower
                              127 Public Square
                              Cleveland, OH  44114
                              (216) 575-0777
                              Fax (216) 575-0799

## VERIFICATION

I, Thomas M. Wilson, an attorney in the law firm of Kelley & Ferraro, LLP, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

KELLEY & FERRARO, LLP


/s/ Thomas M. Wilson
Thomas M. Wilson, Esq.
2200 Key Tower
127 Public Square
Cleveland, OH 44114
(216) 575-0777