# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MAY 1, 2007 THROUGH MAY 31, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 2.4 | $1,224.00 |
| | | | | | |
| TOTAL | | | | 2.4 | $1,224.00 |



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 28, 2007
Invoice No.: 389497
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through May 31, 2007

                            Fees                      $1,224.00

                **Total Fees and Disbursements**      **$1,224.00**

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00088  Invoice No.: 389497
Re: Acton Site OU3  June 28, 2007
  Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 05/24/07 | Jaffe | Review Ms. Johns e-mail and EPA position regarding groundwater recharge (0.8). | 0.8 |
| 05/25/07 | Jaffe | Review EPA memorandum regarding groundwater recharge and e-mails with team regarding same (1.3). | 1.3 |
| 05/30/07 | Jaffe | Review documents from Mr. Bucens (0.3). | 0.3 |
|  |  | **Total Hours** | **2.4** |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00088  Invoice No.: 389497
Re: Acton Site OU3  June 28, 2007
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 2.4 |

| | |
|---|---|
| Total Fees | $1,224.00 |

| | |
|---|---|
| Total Fees | $1,224.00 |
| **Total Fees and Disbursements** | **$1,224.00** |

To ensure proper credit to your account,
please include remittance page with your payment.



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 28, 2007
Invoice No.: 389497
Matter No.: 08743.00088

Re: Acton Site OU3

Total Fees and Disbursements      $1,224.00

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #:** 08743.00088, **Invoice #:** 389497
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP       BOSTON       WASHINGTON, DC       www.foleyhoag.com

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 2.8 | $1,428.00 |
| | | | | | |
| TOTAL | | | | 2.8 | $1,428.00 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 28, 2007
Invoice No.: 389498
Matter No.: 08743.00100

Re:   **Woburn Lease Environmental Issues**

For Professional Services rendered through May 31, 2007

|  |  |
|---|---|
| Fees | $1,428.00 |
| **Total Fees and Disbursements** | **$1,428.00** |

Matter No.: 08743.00100 Invoice No.: 389498
Re: Woburn Lease Environmental Issues
June 28, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 05/11/07 | Jaffe | Review, revise draft report from Mr. Guswa and e-mails with team regarding same (1.4). | 1.4 |
| 05/22/07 | Jaffe | Review Mr. Guswa e-mail regarding soil contamination (0.5). | 0.5 |
| 05/23/07 | Jaffe | Team telephone conference and prepare for same (0.9). | 0.9 |
| | | **Total Hours** | **2.8** |

Matter No.: 08743.00100            Invoice No.: 389498  
Re: Woburn Lease Environmental Issues            June 28, 2007  
           Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 2.8 |

| | |
|---|---|
| Total Fees | $1,428.00 |

| | |
|---|---|
| Total Fees | $1,428.00 |
| **Total Fees and Disbursements** | **$1,428.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 28, 2007
Invoice No.: 389498
Matter No.: 08743.00100

Re: Woburn Lease Environmental Issues

Total Fees and Disbursements     $1,428.00

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #:** 08743.00100, **Invoice #:** 389498
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 1.3 | $663.00 |
| Adam P. Kahn | Partner | Environmental | $500.00 | 0.5 | $250.00 |
| Elizabeth A. Rice | Paralegal | Bankruptcy | $190.00 | 0.9 | $171.00 |
| | | | | | |
| TOTAL | | | | 2.7 | $1,084.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 55.08 |
| | |
| TOTAL | $ 55.08 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 28, 2007
Invoice No.: 389499
Matter No.: 08743.00101

Re: **Bankruptcy Matters**

For Professional Services rendered through May 31, 2007

|  |  |
|---|---|
| Fees | $1,084.00 |
| Disbursements | 55.08 |
| **Total Fees and Disbursements** | **$1,139.08** |

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 389499  
June 28, 2007  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 05/02/07 | Rice | Attention to monthly fee application (0.7). | 0.7 |
| 05/04/07 | Jaffe | Attention to quarterly fee application (1.3). | 1.3 |
| 05/08/07 | Rice | Email with N. Wilbur regarding filing deadlines (0.2). | 0.2 |
| 05/11/07 | Kahn | Attention to quarterly bankruptcy court filing (0.5). | 0.5 |
| | | **Total Hours** | **2.7** |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 389499  
June 28, 2007  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Kahn | 0.5 |
| Rice | 0.9 |
| Jaffe | 1.3 |

**Total Fees**     $1,084.00

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 05/31/07 | In-House Photocopying | 55.08 |

**Total Disbursements**     $55.08

**Total Fees**     $1,084.00  
**Total Disbursements**     55.08  
**Total Fees and Disbursements**     $1,139.08



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 28, 2007
Invoice No.: 389499
Matter No.: 08743.00101

Re:  Bankruptcy Matters

Total Fees and Disbursements                $1,139.08

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| Wire Instructions:<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #:** 08743.00101, **Invoice #:** 389499
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP    BOSTON    WASHINGTON, DC    www.foleyhoag.com