IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| _____ | ) | In Proceedings for a Reorganization |
|  | ) | Under Chapter 11 |
| IN RE: | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al. | ) | Jointly Administered |
|  | ) |  |
| Debtor | ) |  |
| _____ | ) |  |

## CERTIFICATE OF SERVICE

I, Thomas M. Wilson, hereby certify that on the 28th day of June, 2007, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

**Supplemental Verified Statement on Behalf of Kelley & Ferraro, LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure Concerning Multiple Representatives of Creditors along with all All Exhibits on CD.**

KELLEY & FERRARO, LLP

_____/s/ Thomas M. Wilson_____
Thomas M. Wilson, Esq.
2200 Key Tower
127 Public Square
Cleveland,  OH  44114
(216) 575-0777
Fax (216) 575-0799

1

Amanda Basta, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

And

David Klauder, Esq.
United States Trustee
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801