# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JUNE 14, 2007
                                              MATTER : 0066609-000002
                                              INVOICE : 10017174
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/02/07 | TC | Reviewed Debtors' Twenty-Third Quarterly Report of Asset Sales From January 1, 2007 through March 31, 2007 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets Filed by W.R. Grace & Co., et al. | .30 |
| 05/02/07 | TC | Reviewed Debtors' Twenty-Third Quarterly Report of Settlements From January 1, 2007 through March 31, 2007 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets Filed by W.R. Grace & Co., et al. | .40 |
| 05/23/07 | TC | Reviewed Debtors' Motion For Leave From Scheduling Order And To Shorten Notice Period Of Motion For Entry Of An Order Authorizing Settlement Of An Asbestos Property Damage Claim Filed By Trumbull Memorial Hospital And Protecting Confidentiality Of Certain Portions Thereof Filed by W.R. Grace & Co., et al.. | .50 |

```
              T I M E   S U M M A R Y
              -----------------------

                    RATE      HOURS        TOTALS
                    ----      -----        ------

T. Currier        500.00      1.20         600.00
          TOTALS               1.20         600.00
```

```
              TOTAL FEES :              600.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :     JUNE 14, 2007
                                             MATTER :   0066609-000002
                                             INVOICE :  10017174


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

    RE:  ASSET DISPOSITION


                        TOTAL DUE  :                        600.00

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JUNE 14, 2007
                                            MATTER :  0066609-000003
                                            INVOICE : 10017175
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

    RE:  BUSINESS OPERATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/02/07 | TC | Reviewed lengthy Debtor-In-Possession Monthly Operating Report for Filing Period March 2007 Filed by W.R. Grace & Co., et al | 1.20 |
| 05/29/07 | TC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period April 1, 2007 through April 30, 2007 Filed by W.R. Grace & Co., et al. | 1.60 |

```
                 T I M E   S U M M A R Y
                 -----------------------

                      RATE    HOURS        TOTALS
                      ----    -----        ------

  T. Currier          500.00   2.80       1400.00
             TOTALS            2.80       1400.00


             TOTAL FEES :                            1,400.00


             TOTAL DUE  :                            1,400.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 14, 2007
MATTER :  0066609-000004
INVOICE : 10017176

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/01/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/02/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/03/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/04/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/07/07 | TC | Reviewed Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Socha, Perczak, Setter & Anderson, P.C. | .30 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   JUNE 14, 2007
MATTER :  0066609-000004
INVOICE :  10017176

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---:|
| 05/07/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/08/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/09/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/10/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/14/07 | TC | Reviewed updated docket | .80 |
| 05/14/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/15/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

# Buchanan Ingersoll &Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JUNE 14, 2007
MATTER : 0066609-000004
INVOICE : 10017176

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07   6548

RE:   CASE ADMINISTRATION

| | | |
|---|---|---|
| 05/17/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/18/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/21/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/23/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/25/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/28/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

## Buchanan Ingersoll &amp; Rooney PC
#### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 14, 2007
MATTER :   0066609-000004
INVOICE : 10017176

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 05/29/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 05/30/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

## T I M E   S U M M A R Y
------------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | 1.10 | 550.00 |
| M. Flores | 165.00 | 18.00 | 2970.00 |
| TOTALS | | 19.10 | 3520.00 |

TOTAL FEES :            3,520.00

TOTAL DUE   :            3,520.00

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 14, 2007
MATTER :  0066609-000005
INVOICE : 10017177

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/02/07 | TC | Reviewed Status Report Debtors' Updated Objections To Certain Speights & Runyan Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al. | .60 |
| 05/02/07 | TC | Reviewed Order (MODIFIED) Granting Motion of the Committee of Asbestos Personal Injury Claimants and the Legal Representative for Future Asbestos Personal Injury Claimants for Leave to File Reply to W.R. Grace's Objection to Motion to Compel Testimony and Document Production Concerning Grace's Prepetition Estimates of its Personal Injury Asbestos Liability | .20 |
| 05/03/07 | TC | Reviewed Amended Motion to File Claim After Claims Bar Date Filed by State of New Jersey Department of Environmental Protection. | .50 |
| 05/04/07 | TC | Reviewed Order (Thirty-First Continuation) Regarding The Relief Sought In Debtors' Fifth Omnibus Objection To Claims (Substantive) (Fifth Omnibus Objection). | .50 |
| 05/04/07 | TC | Reviewed Order (Fourth) Regarding Relief Sought In Debtors' Twentieth Omnibus Objection To Claims (Substantive). | .40 |
| 05/04/07 | TC | Reviewed Order Disallowing And Expunging Certain of the Claims of Seaton Insurance Company and Onebeacon America Insurance Company | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :  JUNE 14, 2007
MATTER :  0066609-000005
INVOICE : 10017177

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---|
| 05/04/07 | TC | Reviewed Order (Second) Regarding Relief Sought In Debtors' Twenty First Omnibus Objection to Claims (Substantive). | .50 |
| 05/04/07 | TC | Reviewed Order Granting Relief Sought In Debtors' Twenty-Second Omnibus Objection To Claims (Substantive). | .40 |
| 05/04/07 | TC | Reviewed Order (Continuation) Regarding The Debtors' Eighteenth Omnibus Objection to Claims (Substantive) (Eighteenth Omnibus Objection). | .30 |
| 05/08/07 | TC | Reviewed Order Resolving Certain Claims Filed By Berger & Montague, P.C. And Richardson, Patrick, Westbrook & Brickman, LLC | .40 |
| 05/11/07 | TC | Reviewed Motion to Authorize Motion of Debtors for Entry of an Order Authorizing Settlement of an Asbestos Property Damage Claim and Protecting Confidentiality of Certain Portions Thereof Filed by W.R. Grace & Co., et al.. | 1.20 |
| 05/14/07 | TC | Reviewed Notice of the Debtors' Motion for Leave to Amend their Objections to Certain Property Damage Claims Filed by W.R. Grace & Co., et al. | 1.60 |
| 05/16/07 | TC | Reviewed Response to Order Disallowing and Expunging Property Damage Claims No 1724 Filed by William R. Wittenberg | .50 |
| 05/20/07 | TC | Reviewed Motion to Extend Time to 15th Omnibus Objection to Claim #6582. Filed by Ron Skarie | .20 |
| 05/20/07 | TC | Reviewed Objection to Debtors' Motion for Leave to Amend Their Objections to Certain Property Damage Claims Filed by Official Committee of Asbestos Property Damage Claimants | .80 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 14, 2007
MATTER :  0066609-000005
INVOICE : 10017177

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | |
|---|---|---|
| 05/20/07 TC | Reviewed Order (CORRECTED) Expunging Claim No. 14400 Filed By Phillip Shawn Moore And Claim Nos. 15352, 2360, And 2361 Filed By Marcella Paulette | .40 |
| 05/21/07 TC | Reviewed Objection to Canadian Claimants' Response to Debtors' Motion for Leave to Amend Their Objections to Certain Property Damage Claims. Filed by Speights & Runyan Claimants | .90 |
| 05/21/07 TC | Reviewed Objection to Joinder of Gulf Atlantic Properties, Inc. (Claim No. 6637) and Chicago Historical Society (Claim No. 11104) to Canadian Claimants' Response to Debtors' Motion for Leave to Amend Claims Objections.  Filed by Gulf Atlantic Properties, Inc., FL | .40 |
| 05/23/07 TC | Reviewed Order (Thirty-Second Continuation) Regarding The Relief Sought in Debtors' Fifth Omnibus Objection To Claims (Substantive) (Fifth Omnibus Objection) | .50 |
| 05/23/07 TC | Reviewed Order (Thirty-Second Continuation) Regarding The Relief Sought in Debtors' Fifth Omnibus Objection To Claims (Substantive) (Fifth Omnibus Objection) | .40 |
| 05/23/07 TC | Reviewed Order (Fifth) Regarding Relief Sought in Debtors' Twentieth Omnibus Objection To Claims (Substantive) | .40 |
| 05/24/07 TC | Reviewed Reply in Support of Their Motion for Leave to Amend Their Objections to Certain Property Damage Claims (Filed by W.R. Grace & Co., et al. | .70 |
| 05/24/07 TC | Reviewed Notice of Settlement , Thirteenth Claim, (MPCA) Filed by W.R. GRACE & CO. | .80 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JUNE 14, 2007
                                           MATTER :  0066609-000005
                                           INVOICE : 10017177

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07   6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


05/25/07 TC    Reviewed Notice of Settlement , Fourteenth          .80
               Claim, (TRIZEC) Filed by W.R. Grace & Co., et
               al..

05/31/07 TC    Reviewed joint motion for protective order on      1.60
               claims

05/31/07 TC    Reviewed montana plaintiffs objection to            .70
               proposed orders staying bnsf litigation

05/31/07 TC    Reviewed joint motion of debtors and claims         .90
               resolution management corporation for entry of
               a protective order


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

    T. Currier          500.00    17.10         8550.00
                 TOTALS           17.10         8550.00


                    TOTAL FEES :                8,550.00


                    TOTAL DUE  :                8,550.00


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney pc
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    JUNE 14, 2007
                                           MATTER :  0066609-000006
                                           INVOICE : 10017178


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07   6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/09/07 | TC | REVIEWED Motion for Leave To Amend Their Objections To Certain Property Damage Claims Filed by W.R. Grace & Co., et al. | .90 |
| 05/09/07 | TC | REVIEWED Certification of Counsel Regarding Stipulation and Agreed Order Expunging Property Damage Claims Filed by W.R. Grace & Co., et al. | .70 |
| 05/14/07 | TC | Reviewed Objection to The State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion for Relief from the Automatic Stay Filed by W.R. GRACE & CO. | .90 |
| 05/23/07 | TC | Reviewed Order (Second) Granting Relief Sought in Debtors' Twenty-Second Omnibus Objection To Claims (Substantive) | .40 |

```
                T I M E   S U M M A R Y
                -----------------------

                       RATE      HOURS          TOTALS
                       ----      -----          ------

T. Currier            500.00     2.90          1450.00
              TOTALS            2.90          1450.00


              TOTAL FEES :                         1,450.00


              TOTAL DUE  :                         1,450.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JUNE 14, 2007
                                            MATTER :  0066609-000007
                                            INVOICE : 10017179


       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

       RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
            EQUITY HOLDERS'
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/20/07 | TC | Reviewed materials for equity committee call this thursday | 1.30 |
| 05/23/07 | TC | Reviewed Motion of Debtors For Entry of An Order Authorizing Settlement Of An Asbestos Property Damage Claim Filed By Trumbull Memorial Hospital and Protecting Confidentiality of Certain Portions Thereof Filed by W.R. Grace & Co., et al.. | .90 |
| 05/24/07 | TC | Attended equity committee meeting | 1.20 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS        TOTALS
                          ----    -----        ------

     T. Currier          500.00    3.40       1700.00
                  TOTALS           3.40       1700.00


                  TOTAL FEES :                    1,700.00


                  TOTAL DUE  :                    1,700.00
```

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JUNE 14, 2007
                                            MATTER :  0066609-000008
                                            INVOICE : 10017180


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07   6548

   RE:  EMPLOYEE BENEFITS / PENSION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/22/07 | TC | Reviewed Debtors' Motion For Entry Of An Order Authorizing Debtors To Make Legally Required Minimum Contributions To Defined Benefit Pension Plans Covering Debtors' Employees Filed by W.R. Grace & Co., et al. | 1.10 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

                        500.00     1.10          550.00
   T. Currier   TOTALS              1.10          550.00


                TOTAL FEES :                    550.00


                TOTAL DUE  :                    550.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JUNE 14, 2007
                                              MATTER :  0066609-000011
                                              INVOICE : 10017181
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07   6548

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/04/07 | TC | Reviewed Order (Amended) Approving Quarterly Fee Applications For The Twenty-Second Period. | .40 |
| 05/07/07 | MNF | Emails to and from KB re: Quarterly order for July-September fee app of BIR | .50 |
| 05/15/07 | MNF | Review pre-bills for April 2007 | .50 |
| 05/15/07 | MNF | Draft 66th monthly fee app of BIR for April 2007 | .50 |
| 05/16/07 | MNF | Make edits to pre-bills for April 2007 (.4); coordinate same with accounting (.1) | .50 |
| 05/16/07 | MNF | Draft 66th monthly fee app of BIR for April 2007 | 1.00 |
| 05/17/07 | MNF | Continue work on 66th monthly fee app of BIR for April 2007 | 1.50 |
| 05/22/07 | MNF | Draft CNO re: 65th monthly fee app of BIR for March 2007 | .50 |
| 05/23/07 | TC | Reviewed buchanan cno for fees and ok'd for filing | .40 |
| 05/23/07 | MNF | E-file and serve CNO re: 65th monthly fee app of BIR | 1.00 |
| 05/23/07 | MNF | Finalize CNO re: 65th monhtly fee app of BIR and 68th monthly fee app of Kramer Levin | .50 |
| 05/28/07 | TC | Reviewed current fee application in preparation for filing same | .50 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 14, 2007
MATTER :  0066609-000011
INVOICE : 10017181

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:  FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 05/28/07 | MNF | E-file and serve 66th monthly fee app of BIR (1.0); Scan and send same to fee auditor (.4); calendar dates (.1) | 1.50 |
| 05/29/07 | TC | Reviewed our fee application (quarterly) and checked for revisions | .80 |
| 05/31/07 | MNF | Draft Notice re: 24th quarterly fee request of BIR for Jan-March 20007(.5); Draft 24th Quarterly fee request of BIR (1.5) | 2.00 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| | ---- | ----- | ------ |
| T. Currier | 500.00 | 2.10 | 1050.00 |
| M. Flores | 165.00 | 10.00 | 1650.00 |
| TOTALS | | 12.10 | 2700.00 |

TOTAL FEES :              2,700.00

TOTAL DUE  :              2,700.00

---

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll ▲ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 14, 2007
MATTER :  0066609-000012
INVOICE : 10017182

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07   6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 05/11/07 | MNF | E-file and serve February Monthly Fee and expense invoice of Lexecon | 1.00 |
| 05/11/07 | MNF | E-file and serve March fee and expense invoice of Lexecon | 1.00 |
| 05/22/07 | MNF | Draft CNO re: 68th monthly fee app of Kramer Levin | .50 |
| 05/23/07 | TC | Reviewed kramer levin for fees and ok'd for filing | .40 |
| 05/23/07 | MNF | E-file and serve CNO re: 68th monthly fee app of Kramer Levin | 1.00 |
| 05/24/07 | MNF | Draft and e-file AOS re: CNO's | .50 |
| 05/29/07 | TC | Reviewed kramer levin cnos for filing | .60 |
| 05/31/07 | MNF | Draft Notice re: 20th quarterly fee request of Kramer Levin for Jan-March 2007 | .60 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| T. Currier | 500.00 | 1.00 | 500.00 |
| M. Flores | 165.00 | 4.60 | 759.00 |
| TOTALS | | 5.60 | 1259.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 14, 2007
MATTER :  0066609-000012
INVOICE : 10017182


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:   FEE APPLICATIONS, OTHERS


                    TOTAL FEES :                    1,259.00

                    TOTAL DUE  :                    1,259.00

# Buchanan Ingersoll ∧ Rooney pc
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 14, 2007
MATTER :  0066609-000014
INVOICE : 10017183

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:   HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/03/07 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al. | .50 |
| 05/07/07 | TC | Reviewed Notice of Hearing Scheduled for May 8, 2007 at 9:00 AM Filed by W.R. Grace & Co., et al | .60 |
| 05/07/07 | TC | Reviewed Notice of Hearing to be held on May 9, 2007 at 3:00 PM Filed by W.R. Grace & Co., et al | .20 |
| 05/10/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. GRACE & CO | .40 |
| 05/10/07 | TC | Reviewed Order Scheduling Hearings For June 25, 2007 and calendared dates | .30 |
| 05/14/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing On May 21, 2007 | .70 |
| 05/24/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 5/30/2007 at 09:00 AM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA | .50 |
| 05/25/07 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 5/30/2007 at 09:00 AM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   JUNE 14, 2007
                                              MATTER :  0066609-000014
                                              INVOICE : 10017183


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07   6548

    RE:  HEARINGS


05/29/07 TC    Reviewed agenda letter for omnibus hearing            .60


                    T I M E   S U M M A R Y
                    -----------------------

                          RATE     HOURS          TOTALS
                          ----     -----          ------

 T. Currier             500.00     4.20           2100.00
                TOTALS             4.20           2100.00


              TOTAL FEES :                              2,100.00


              TOTAL DUE  :                              2,100.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 14, 2007
                                              MATTER :  0066609-000015
                                              INVOICE : 10017184


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

    RE:  LITIGATION AND LITIGATION CONSULTING
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/02/07 | TC | Reviewed Motion for Leave to File Late Response re: Debtors' Motion to Compel Motion Regarding NonCompliance with X-Ray Order Filed by Libby Claimants. | .70 |
| 05/02/07 | TC | Reviewed Debtors' Twenty-Third Quarterly Report of Asset Sales From January 1, 2007 through March 31, 2007 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets Filed by W.R. Grace & Co., et al. | .40 |
| 05/02/07 | TC | Reviewed Reply Of Official Committee Of Asbestos Personal Injury Claimants ("ACC") And David T. Austern, The Court Appointed Legal Representative For Future Asbestos Personal Injury Claimants ("FCR"), In Support Of Motion To Compel Testimony And Document Production Concerning Grace's Pre-Petition Estimates Of Its Personal Injury Asbestos Liability Filed by David Austern | .60 |
| 05/03/07 | TC | Reviewed Order (MODIFIED) Granting Motion to Shorten Notice With Respect to State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of State of Montana for Relief from Automatic Stay Entered April 16, 2007 | .40 |
| 05/03/07 | TC | Reviewed Post-Trial Citations and References to Trial Record Regarding Claimant's Three Claims Involving Debtors' Zonolite Acoustical Plastic and/or Zonolite Finish Coat Filed by State of California Department of General Service | .90 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⅍ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 14, 2007
MATTER :  0066609-000015
INVOICE : 10017184

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 05/03/07 TC | Reviewed Notice of Deposition of Gary Farrar Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants | .30 |
| 05/04/07 TC | Reviewed Order Granting Motion For Reconsideration of Order Striking Response To Debtors' Motion Regarding Alleged Noncompliance With X-Ray Order | .40 |
| 05/04/07 TC | Reviewed Order Denying Motion of Baron & Budd, P.C., Silber Pearlman, LLP And Leblanc & Waddell, LLP, To Extend The Time For Filing Their Notice of Appeal With Respect To The Consulting Expert Order | .30 |
| 05/07/07 TC | Reviewed Response to (Debtors' Response) to Claimant State of California's Improper Filing of Post-Trial Citations and References to the Trial Record Filed by W.R. Grace & Co., et al | .60 |
| 05/07/07 TC | Reviewed Order Authorizing The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, The Court Appointed Legal Representative For Future Asbestos Personal Injury Claimants, And Directing The Clerk Of The Court, To File Under Seal Three Exhibits Of The Motion Of The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, The Court Appointed Legal Representative For Future Asbestos Personal Injury Claimants To Compel Testimony And Document Production Concerning Grace's Pre-Petition Estimates Of Its Personal Injury Asbestos Liability | .20 |
| 05/07/07 TC | Reviewed Response to Anderson Memorial Hospital's Motion to Compel Privilege Log Filed by W.R. Grace & Co., et al. | .70 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   JUNE 14, 2007
MATTER :   0066609-000015
INVOICE :  10017184

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 05/07/07 TC | Reviewed Response to Debtors' Motion Regarding Alleged Noncompliance With X-Ray Order Filed by Libby Claimants | .70 |
| 05/07/07 TC | Reviewed Reply To Debtors' Response to Post-Trial Citations and References To Trial Record Filed by State of California, Department of General Services | .60 |
| 05/08/07 TC | Reviewed 44 designations of items for record on appeal in various appeals | 1.10 |
| 05/08/07 TC | Reviewed 44 statements of issues on appeal in various appeals | 1.80 |
| 05/08/07 TC | Reviewed Anderson Memorial Hospital's Motion to Strike Debtors' Updated Objection to Certain Speights & Runyan Asbestos Property Damage Claims Filed by Speights & Runyan | 1.20 |
| 05/09/07 TC | REVIEWED Notice of Deposition Notice of Intention to Take Deposition of Graeme Mew Filed by W.R. Grace & Co., et al.. | .30 |
| 05/10/07 TC | Reviewed Order Denying Baron & Budd, P.C., Leblanc & Waddell, LLP, and Silber Pearlman, LLP, Request to Stay Compliance with the Consulting Expert Order Pending Appeal | .20 |
| 05/10/07 TC | Reviewed Notice of Deposition (Amended) Notice of Intention to Take Deposition of Dr. James Millette, Ph.D. Filed by W.R. Grace & Co., et al. | .30 |
| 05/15/07 TC | Reviewed objection of plaintiffs to motions to expand the preliminary injunction | .80 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    JUNE 14, 2007
                                                MATTER :  0066609-000015
                                                INVOICE : 10017184


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING


| | | |
|---|---|---:|
| 05/15/07 TC | Reviewed objection of official committee of asbestos personal injury claimants to motion for reconsideration | .70 |
| 05/16/07 TC | Reviewed Joint Motion for Protective Order Of The Debtors' And The Claims Resolution Management Corporation For Entry Of Protective Order Filed by W.R. Grace & Co., et al. | 1.20 |
| 05/16/07 TC | Reviewed Notice of Deposition Amended Notice of Intention to Take Deposition of Dr. James Millette, Ph.D. Filed by W.R. Grace & Co., et al.. | .50 |
| 05/16/07 TC | Reviewed Motion to Shorten Time Debtors' Motion For Expedited Consideration Of Agreed Motion For Entry of Protective Order Filed by W.R. Grace & Co., et al.. | .40 |
| 05/18/07 TC | Reviewed Motion for Leave to FIle a Reply Pursuant to Chamber Procedure No. 3 in Further Support of Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 Filed by State of Montana | .70 |
| 05/18/07 TC | Reviewed Notice of Deposition (Rescheduled) of Thomas Egan for July 11, 2007 at 9:00 a.m. Filed by Official Committee of Asbestos Personal Injury Claimants. | .30 |
| 05/18/07 TC | Reviewed Appellee Designation of Additional Items for Inclusion in Record of Appeal /Counter-Designation of Items to be Included in the Record on Appeal of the Bankruptcy Court's Order Disallowing 71 Unauthorized Speights & Runyan Claims | .60 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 14, 2007
MATTER :  0066609-000015
INVOICE : 10017184

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---:|
| 05/18/07 | TC | Reviewed Notice of Service of Debtors' List of Claims to be Tried on June 26, 2007 Filed by W.R. Grace & Co., et al.. | .50 |
| 05/18/07 | TC | Reviewed Notice of Deposition (Rescheduled) of James Cintani for July 10, 2007 at 9:00 a.m. Filed by Official Committee of Asbestos Personal Injury Claimants. | .30 |
| 05/21/07 | TC | Reviewed Notice of Deposition of Alwyn H. Luckey, P.A. Filed by W.R. Grace & Co., et al. | .70 |
| 05/21/07 | TC | Reviewed Notice of Service of Debtors' Second Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms (Alwyn H. Luckey, PA) Filed by W.R. Grace & Co., et al. | .40 |
| 05/21/07 | TC | Reviewed Notice of Deposition of Baron & Budd, PC Filed by W.R. Grace & Co., et al. | .60 |
| 05/21/07 | TC | Reviewed Notice of Service of Debtors' Second Set Of Interrogatories To Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms (Baron & Budd, PC) Filed by W.R. Grace & Co., et al.. | .30 |
| 05/21/07 | TC | Reviewed Notice of Service of Debtors' Second Set Of Interrogatories To Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms (Kelley & Ferraro, LLP) Filed by W.R. Grace & Co., et al.. | .40 |
| 05/22/07 | TC | Reviewed Motion for Leave In Accordance With The Orders Authorizing The Debtors To Employ and Compensate Ordinary Course Professionals As It Pertains To Perkins Coie LLP Filed by W.R. Grace & Co., et al. | .70 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 14, 2007
MATTER :  0066609-000015
INVOICE : 10017184

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---:|
| 05/24/07 | TC | Reviewed ANDERSON MEMORIAL HOSPITAL?S MOTION TO STRIKE THE DEBTORS? DECEMBER 13, 2006 RESPONSES AND OBJECTIONS TO ANDERSON MEMORIALHOSPITAL?S OCTOBER 30, 2006 AMENDED REQUESTS FOR PRODUCTION ANDANDERSON MEMORIAL HOSPITAL?S MOTION TO COMPEL THE DEBTORS TO PROVIDE FULL AND COMPLETE RESPONSES TO ANDERSON MEMORIAL HOSPITAL?S OCTOBER 30, 2006 AMENDED REQUESTS FOR PRODUCTION Filed by Anderson Memorial Hospital on behalf of its certified class members in South Carolina | 1.30 |
| 05/25/07 | TC | Reviewed Objection to Montana Plaintiffs' Objection to Proposed Orders Staying the State of Montana and BNSF Litigation Filed by Libby Claimants | .70 |
| 05/25/07 | TC | Reviewed Joinder of the Official Committee of Asbestos Personal Injury Claimants to Montana Plaintiffs' Objection to Proposed Order Further Staying the State of Montana Litigation and Objection to Proposed Order Regarding State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 Filed by Official Committee of Asbestos Personal Injury Claimants. | .50 |
| 05/25/07 | TC | Reviewed Notice of Hearing for Joint Motion of the Debtors and the Claims Resolution Management Corporation For Entry of Protective Order Filed by W.R. Grace & Co., et al | .70 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚬ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  : JUNE 14, 2007
MATTER : 0066609-000015
INVOICE : 10017184

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 05/25/07 | TC | Reviewed Response to Anderson Memorial Hospital's Motion to Strike the Debtors' December 13, 2006 Responses and Objections to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production and Anderson Memorial Hospital's Motion to Compel the Debtors to Provide Full and Complete Responses to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production Filed by W.R. Grace & Co., et al | .90 |
| 05/25/07 | TC | Reviewed Emergency Motion to Approve /Reschedule Filed by Motley Rice LLC | .40 |
| 05/29/07 | TC | Reviewed transmittals of record on appeal for all the claims appeals | .80 |
| 05/30/07 | TC | Reviewed Notice of Deposition (Rescheduled) of Gary Farrar Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants | .60 |
| 05/30/07 | TC | Reviewed Objection to Certification of Debtors' Counsel on Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF Filed by Official Committee of Asbestos Personal Injury Claimants | .50 |
| 05/30/07 | TC | Reviewed Notice of Suspended Depositions Filed by W.R. Grace & Co., et al. | .40 |
| 05/30/07 | TC | Reviewed second set of interrogatories to certain asbestos personal injury prepetition litigation firms | 1.80 |
| 05/30/07 | TC | Reviewed Notice of Service /Notice of Subpoena [Dr. Michael G. Conner Filed by W.R. Grace & Co., et al.. | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚑ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JUNE 14, 2007
                                            MATTER : 0066609-000015
                                            INVOICE : 10017184

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07    6548

     RE:   LITIGATION AND LITIGATION CONSULTING


05/30/07 TC    Reviewed Notice of Service /Notice of Subpoena            .60
               [Dr. Edward H. Holmes Filed by W.R. Grace &
               Co., et al..

05/31/07 TC    Reviewed Order (MODIFIED) Newly Amended Case             .50
               Management Order for the Estimation of Asbestos
               Personal Injury Liabilities

05/31/07 TC    Reviewed objection of PI claimants committee to          .60
               certification of counsel on bnsf injunction
               issues


                    T I M E   S U M M A R Y
                    -----------------------

                              RATE      HOURS           TOTALS
                              ----      -----           ------

   T. Currier                500.00    31.50          15750.00
                    TOTALS             31.50          15750.00


                    TOTAL FEES :                        15,750.00


                    TOTAL DUE  :                        15,750.00


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚮ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 14, 2007
                                             MATTER :  0066609-001000
                                             INVOICE : 10017185


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/07   6548

    RE:  EXPENSES


        DESCRIPTION OF EXPENSE ADVANCES              AMOUNT
        ------------------------------              ------
05/08/07 Photocopies M. Flores                        42.45
05/10/07 Photocopies M. Flores                         1.95
05/16/07 Photocopies M. Flores                         7.20
05/17/07 Photocopies M. Flores                         7.20
05/22/07 Photocopies M. Flores                         6.00
05/29/07 Photocopies M. Flores                        10.20

                    TOTAL EXPENSE ADVANCES :            75.00

                    TOTAL DUE   :                       75.00

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA