REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1559711
One Town Center Road                      Invoice Date      06/27/07
Boca Raton, FL   33486                    Client Number       172573


=============================================================================

Re:  W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                            39,708.00
         Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $39,708.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1559711 |
| Invoice Date | 06/27/07 |
| Client Number | 172573 |
| Matter Number | 60026 |

===========================================================================

Re:  (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 05/01/07 | Cameron | Prepare for call with K&E and Grace regarding PI Estimation reports (0.7); review issues for rebuttal reports (0.4). | 1.10 |
| 05/01/07 | Klapper | Prepare for meeting with expert regarding rebuttal reports (3.1); meet with expert regarding same (6.2). | 9.30 |
| 05/01/07 | Salzberg | Research Montana population issues for M. Sanner. | .40 |
| 05/01/07 | Sanner | Prepare for and participate in conference call with A. Klapper and consultant staff re draft report issues. | 5.90 |
| 05/02/07 | Cameron | Review R.J. Lee original PI report (0.9); prepare for call regarding rebuttal report (0.7); e-mails with K&E regarding same (0.3). | 1.90 |
| 05/02/07 | Sanner | Complete review of background cited documents and provide comments to A. Klapper. | 3.10 |
| 05/03/07 | Cameron | Participate in call with R. Finke and K&E regarding rebuttal reports for PI Estimation (0.4); review materials for report (0.7). | 1.10 |

```
172573 W. R. Grace & Co.                      Invoice Number  1559711
60026  Litigation and Litigation Consulting   Page    2
June 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/04/07 | Cameron | Prepare for (.40) and participate in call with expert regarding PI rebuttal report (.70); review materials relating to report (.80). | 1.90 |
| 05/04/07 | Sanner | Consider expert issues. | .20 |
| 05/05/07 | Klapper | Review additional materials relied upon by expert for rebuttal reports. | 5.20 |
| 05/06/07 | Klapper | Review additional materials relied upon by expert for rebuttal reports. | 4.70 |
| 05/06/07 | Sanner | Review and comment to draft report. | 4.40 |
| 05/07/07 | Cameron | Telephone call with K&E regarding issues relating to PI expert reports. | 1.90 |
| 05/07/07 | Klapper | Continue review of additional materials relied upon by expert for rebuttal reports. | 2.30 |
| 05/07/07 | Sanner | Review and consider expert report issues and telephone conference with A. Klapper re same. | 4.90 |
| 05/08/07 | Cameron | Review issues relating to rebuttal expert reports for PI Estimation and telephone calls with client regarding same. | 1.40 |
| 05/08/07 | Klapper | Meet with expert regarding rebuttal report. | 6.70 |
| 05/08/07 | Sanner | Participate in conference call with A. Klapper on expert report issues. | 4.50 |
| 05/08/07 | Sanner | Review draft report in preparation for conference call. | 1.40 |
| 05/10/07 | Klapper | Respond to questions from B. Harding and others at Kirkland regarding exposure data. | 1.20 |
| 05/15/07 | Ament | Review 5/21/07 agenda and e-mails re: same. | .50 |

```
172573 W. R. Grace & Co.                        Invoice Number  1559711
60026  Litigation and Litigation Consulting     Page    3
June 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/15/07 | Sanner | Teleconference re expert report issues. | .20 |
| 05/16/07 | Cameron | Review PI materials. | .80 |
| 05/22/07 | Klapper | Meet with consultants regarding expert rebuttal reports. | 3.50 |
| 05/22/07 | Sanner | Telephone conference with expert re report issues. | .50 |
| 05/24/07 | Cameron | E-mails regarding PI rebuttal reports (0.2); review notes from prior calls (0.3). | .50 |
| 05/25/07 | Cameron | Review materials relating to PI expert rebuttal reports. | .90 |
| 05/28/07 | Cameron | Review expert reports and potential rebuttal issues. | 1.00 |
| 05/29/07 | Cameron | Prepare for (0.4) and participate in telephone call with expert witness regarding rebuttal report issues (0.7); review historical testing (0.4); e-mail regarding same (0.1). | 1.60 |
| 05/30/07 | Cameron | Attention to PI rebuttal report issues. | .70 |
| 05/30/07 | Klapper | Review and discuss expert rebuttal reports with consultants. | 5.50 |
| 05/30/07 | Lord | Update 2002 Service List. | .20 |
| 05/31/07 | Cameron | Review materials from K&E (0.5); e-mails regarding rebuttal reports (0.3). | .80 |

```
                                                         ------
                                          TOTAL HOURS    80.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 15.60 | at $ | 570.00 | = | 8,892.00 |
| Antony B. Klapper | 38.40 | at $ | 520.00 | = | 19,968.00 |
| Margaret L. Sanner | 25.10 | at $ | 425.00 | = | 10,667.50 |
| John B. Lord | 0.20 | at $ | 210.00 | = | 42.00 |
| Sharon A. Ament | 0.50 | at $ | 145.00 | = | 72.50 |

172573 W. R. Grace & Co.                      Invoice Number  1559711
60026  Litigation and Litigation Consulting    Page   4
June 27, 2007


        Anne L. Salzberg          0.40  at  $  165.00  =      66.00

                                  CURRENT FEES                    39,708.00


                                                              ------------
                                  TOTAL BALANCE DUE UPON RECEIPT   $39,708.00
                                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                            Invoice Number      1559712
5400 Broken Sound Blvd., N.W.          Invoice Date        06/27/07
Boca Raton, FL 33487                   Client Number        172573

============================================================================

Re:  W. R. Grace & Co.


(60027)  Travel-Nonworking

        Fees                          4,183.50
        Expenses                          0.00

                      TOTAL BALANCE DUE UPON RECEIPT       $4,183.50
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1559712
5400 Broken Sound Blvd., N.W.        Invoice Date        06/27/07
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60027


===========================================================================

Re:  (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2007

        Date    Name                                          Hours
     -------- -----------                                     -----

     05/02/07 Gatewood      Non-working portions of travel      1.50
                            from Pittsburgh to Seattle,
                            Washington to conduct deposition
                            examination of claimants' expert,
                            Dr. Hammar (one-half total time).

     05/04/07 Gatewood      Non-working portions of travel      3.00
                            from Seattle Washington to
                            Pittsburgh, PA after completing
                            deposition examination of
                            claimants' expert, Dr. Hammar
                            (one-half total time).

     05/10/07 Cameron       Non-working travel time to Atlanta  2.10
                            for Mew deposition (one-half total
                            time).

     05/11/07 Cameron       Non-working travel from deposition  2.20
                            in Atlanta back to Pittsburgh
                            (one-half total time).

                                                              ------
                                            TOTAL HOURS         8.80

```
172573 W. R. Grace & Co.                    Invoice Number  1559712
60027  Travel-Nonworking                    Page    2
June 27, 2007
```

```
TIME SUMMARY                Hours          Rate          Value
------------------------    ----------------------      -------
Douglas E. Cameron          4.30  at  $  570.00  =    2,451.00
Carol J. Gatewood           4.50  at  $  385.00  =    1,732.50
                            CURRENT FEES                           4,183.50
                                                                ------------

                            TOTAL BALANCE DUE UPON RECEIPT        $4,183.50
                                                                ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1559713
5400 Broken Sound Blvd., N.W.        Invoice Date        06/27/07
Boca Raton, FL 33487                 Client Number        172573

================================================================================

Re:  W. R. Grace & Co.


(60028)   ZAI Science Trial

          Fees                            11,874.50
          Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $11,874.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1559713
5400 Broken Sound Blvd., N.W.        Invoice Date       06/27/07
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

===========================================================================

Re:  (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 05/01/07 | Cameron | Review discovery (0.7); prepare for conference call with co-counsel and client regarding ZAI issues (0.9); participate in conference call regarding same (1.2); telephone call with J. Restivo regarding same (0.3). | 3.10 |
| 05/01/07 | Restivo | Prepare for and conference call with K&E (1.0); "ZAI Roadmap" from Westbrook (1.0). | 2.00 |
| 05/03/07 | Cameron | Review claimants' discovery. | .80 |
| 05/03/07 | Restivo | Communications with E. Westbrook. | .40 |
| 05/06/07 | Cameron | Review ZAI claimants' discovery requests. | .80 |
| 05/07/07 | Cameron | Prepare for (.30) and participate in conference call regarding ZAI discovery issues (.60); follow-up from call (.30). | 1.20 |
| 05/07/07 | Flatley | Review discovery requests and issues (0.9); conference call regarding discovery issues with R. Finke, W. Sparks et al. (0.6). | 1.50 |
| 05/08/07 | Flatley | Review "to do" list regarding discovery requests. | .20 |
| 05/09/07 | Flatley | E-mail and follow-up. | .20 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
June 27, 2007

Invoice Number  1559713
Page   2

| Date | Name | | Hours |
|------|------|------|-------|
| 05/15/07 | Flatley | Call with W. Sparks (0.4); begin review of memoranda (0.7). | 1.10 |
| 05/16/07 | Flatley | Review memoranda and outline analysis of issues (2.3); call with W. Sparks regarding consultant issues (0.5). | 2.80 |
| 05/18/07 | Flatley | Review notes and outlines regarding expert issue and collecting additional material (1.2); call with D. Cameron regarding consultant issues (0.2). | 1.40 |
| 05/21/07 | Flatley | Review M. Murphy communication (0.2); multiple calls with fact witness and follow-up (0.5). | .70 |
| 05/22/07 | Flatley | Review notes and background materials and drafting memorandum on consultant issues. | 2.60 |
| 05/23/07 | Flatley | Revising and circulating memorandum. | 1.10 |
| 05/29/07 | Restivo | Telephone call and emails with E. Westbrook. | .50 |

                                                    ------
                                    TOTAL HOURS   20.40


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 2.90 | at | $ 635.00 | = | 1,841.50 |
| Lawrence E. Flatley | 11.60 | at | $ 575.00 | = | 6,670.00 |
| Douglas E. Cameron | 5.90 | at | $ 570.00 | = | 3,363.00 |

                    CURRENT FEES                    11,874.50


                                                ------------
            TOTAL BALANCE DUE UPON RECEIPT        $11,874.50
                                                ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number     1559714
5400 Broken Sound Blvd., N.W.           Invoice Date       06/27/07
Boca Raton, FL 33487                    Client Number       172573


========================================================================

Re:  W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                        7,151.00
         Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $7,151.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number       1559714
5400 Broken Sound Blvd., N.W.            Invoice Date        06/27/07
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60029

=============================================================================

Re:  (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2007

| Date | Name | | Hours |
|------|------|--|-------|

| 05/01/07 | Ament | Review invoices and calculate fees and expenses for March monthly fee application (1.50); prepare spreadsheet re: same (.50); draft summary form for 69th monthly fee application (.50); e-mails and telephone calls re: same (.30); finalize and e-mail 69th monthly fee application and fee and expense details to J. Lord for DE filing (.20). | 3.00 |
| 05/01/07 | Lord | Revise, e-file and perfect service of Reed Smith's March monthly fee application. | 1.40 |
| 05/01/07 | Muha | Final review and revisions to March monthly fee application (1.0); e-mails to S. Ament re: same (0.3). | 1.30 |
| 05/02/07 | Lord | Prepare 24th quarterly fee application for e-filing and service re: draft of notice and service, research hearing date, prepare service and exhibits (1.3). | 1.30 |
| 05/03/07 | Ament | Review and respond to e-mail from J. Lord re: quarterly fee application (.10); begin calculating fees and draft spreadsheet for 24th quarterly fee application (.50). | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1559714
60029  Fee Applications-Applicant           Page   2
June 27, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| 05/03/07 | Lord | Review and revise quarterly fee application (.3); e-mail to S. Ament re: same (.1). | .40 |
| 05/04/07 | Ament | Draft narrative and summary of 24th quarterly fee application (.60); e-mails re: same (.10). | .70 |
| 05/06/07 | Ament | Continue calculating fees re: 24th quarterly fee application and drafting summary and narrative re: same. | 2.00 |
| 05/07/07 | Lord | Prepare exhibits to Reed Smith's quarterly fee application for e-filing. | .40 |
| 05/08/07 | Lord | Continue to prepare service for quarterly fee application. | .20 |
| 05/10/07 | Ament | Meet with A. Muha re: 24th quarterly fee application and e-mails with J. Lord re: same (.20); revisions to summary and narrative and provide to A. Muha (.40). | .60 |
| 05/10/07 | Muha | Extensive review and revisions to fee and expense detail for April monthly fee application, including multiple e-mails to/from various attorneys seeking additional description for time and expense entries and research of information re: same. | 3.10 |
| 05/11/07 | Ament | Meet with A. Muha re: 24th quarterly fee application (.10); finalize same and forward to J. Lord for DE filing (.30). | .40 |
| 05/11/07 | Lord | Revise, e-file and perfect service of Reed Smith 24th quarterly fee application (1.5); e-mail with S. Ament re: same (.1). | 1.60 |
| 05/11/07 | Muha | Review and revise quarterly fee application and meet with S. Ament re: same. | 1.30 |

```
172573 W. R. Grace & Co.                    Invoice Number   1559714
60029  Fee Applications-Applicant           Page   3
June 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/22/07 | Ament | E-mails re: April invoices and meet with A. Muha re: same. | .10 |
| 05/23/07 | Ament | Attend to fee application matters. | .20 |
| 05/23/07 | Muha | Continue extensive revisions and expand explanations for fee and expense entries on April 2007 monthly fee application. | 2.50 |
| 05/24/07 | Ament | Various e-mails and meetings with D. Cameron and A. Muha re: April monthly fee application (.10); begin drafting same (.40). | .50 |
| 05/24/07 | Muha | Multiple e-mails re: additional detail for expense entries on April fee application (0.5); review expense reports and prepare additional detail (0.4); e-mails to S. Ament and S. Greives re: expense and fee invoice issues (0.2). | 1.10 |
| 05/25/07 | Ament | Calculate fees and expenses for April fee application (1.0); continue drafting 70th monthly fee application (.50). | 1.50 |
| 05/25/07 | Lord | Research docket and draft CNO for Reed Smith March monthly fee application. | .40 |
| 05/29/07 | Ament | Continue calculating fees and expenses re: 70th monthly fee application (1.0); various e-mails, meetings and telephone calls re: Consultant invoices and respond to e-mail from J. Lord re: deadline (.30); continue drafting fee application (.40); provide same to A. Muha (.10). | 1.80 |
| 05/29/07 | Lord | E-file and perfect service for Reed Smith CNO to March fee application (.5); correspondence to R.Finke re: same (.2); e-mail with S.Ament re: April fee application (.1). | .80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1559714
60029  Fee Applications-Applicant           Page    4
June 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/29/07 | Muha | Attend to issue re: posting expert/consultant bills on invoices for April fee application. | .30 |
| 05/30/07 | Ament | E-mails and meet with A. Muha re: 70th monthly fee application (.20); e-mails re: Consultant invoices (.20); finalize 70th monthly fee application and provide to J. Lord for DE filing (.20). | .60 |
| 05/30/07 | Lord | E-mails with A. Muha and S. Ament re: expenses on April invoice (.3); revise, e-file and perfect service of Reed Smith April monthly fee application (1.3). | 1.60 |
| 05/30/07 | Muha | Final review and revisions to April 2007 monthly fee application and prepare same for filing. | 1.00 |

```
                                                         ------
                                    TOTAL HOURS    30.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 10.60 | at $ | 350.00 | = | 3,710.00 |
| John B. Lord | 8.10 | at $ | 210.00 | = | 1,701.00 |
| Sharon A. Ament | 12.00 | at $ | 145.00 | = | 1,740.00 |

```
                        CURRENT FEES                     7,151.00


                                                       ------------
                  TOTAL BALANCE DUE UPON RECEIPT          $7,151.00
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1559715
One Town Center Road                      Invoice Date       06/27/07
Boca Raton, FL    33486                   Client Number        172573

================================================================================

Re:  W. R. Grace & Co.


(60030)  Hearings

        Fees                          21,249.00
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $21,249.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number       1559715
One Town Center Road                      Invoice Date        06/27/07
Boca Raton, FL   33486                    Client Number         172573
                                          Matter Number          60030


=======================================================================

Re:  (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 04/02/07 | Restivo | Telephonic participation in Omnibus Hearing. | 2.00 |
| 05/01/07 | Ament | E-mails and telephone calls to assist K&E with hearing preparation for 5/2/07 omnibus hearing. | 2.00 |
| 05/01/07 | Garlitz | Meet with team regarding hearing preparation for Kirkland & Ellis (.7); review of e-mails re: same. (.5). | 1.20 |
| 05/02/07 | Garlitz | Meet with team regarding hearing preparation for Kirkland & Ellis (.5); review of e-mails re: same. (.5). | 1.00 |
| 05/02/07 | Restivo | Prepare for and attend pre-hearing meetings (1.5);  attend Omnibus Hearing to address ZAI property damage issues (8.0);  attend post-hearing meetings and address post-hearing issues (1.5). | 11.00 |
| 05/04/07 | Ament | E-mails and telephone calls with M. Rosenberg and assist K&E with hearing preparation for 5/8/07 hearing. | 1.00 |
| 05/07/07 | Ament | Assist K&E with hearing preparation. | 3.00 |

172573 W. R. Grace & Co.                           Invoice Number  1559715
60030  Hearings                                    Page    2
June 27, 2007

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 05/08/07 | Ament | Assist K&E with hearing preparation re: 5/8/07 PI hearing. | 3.50 |
| 05/10/07 | Ament | E-mails and telephone calls re: K&E hearing preparation for 6/25/07 PI hearing. | 1.00 |
| 05/10/07 | Garlitz | E-mails with Sharon Ament regarding upcoming hearings. | .50 |
| 05/11/07 | Ament | Attend to planning of logistical issues for K&E re: omnibus hearings in Pittsburgh. | 1.00 |
| 05/15/07 | Ament | Continue planning and logistics work for hearing preparation for K&E re: omnibus hearings in Pittsburgh (.50); various telephone calls and e-mails re: same (.50); arrange for J. Restivo and D. Cameron to participate in 5/21/07 omnibus hearing (.20). | 1.20 |
| 05/18/07 | Cameron | Review materials for omnibus hearing on 5/21 (1.1); attention to agenda issues for 5/30 arguments (0.6). | 1.70 |
| 05/21/07 | Cameron | Prepare for (1.1) and participate in portions of omnibus hearing (telephonically) (3.6); follow-up from hearing (0.9). | 5.60 |
| 05/21/07 | Restivo | Omnibus Hearing (participation by telephone) | 5.20 |
| 05/22/07 | Ament | E-mails and telephone calls for hearing preparation for K&E re: June hearings. | 1.50 |
| 05/23/07 | Ament | Continue to assist K&E with hearing preparation for June hearings. | .50 |
| 05/23/07 | Garlitz | Review of various e-mails regarding the June 21 and 25 hearings. | .30 |
| 05/24/07 | Cameron | Attention to agenda and May 30 hearing issues. | .80 |

172573 W. R. Grace & Co.
60030  Hearings
June 27, 2007

Invoice Number  1559715
Page    3

| Date | Name | | Hours |
|------|------|------|------|
| 05/25/07 | Cameron | Attention to agenda and binders for 5/30 hearing. | .80 |
| 05/26/07 | Cameron | Review materials in preparation for hearing. | 1.00 |
| 05/29/07 | Cameron | E-mails regarding hearing and agenda issues (0.3); review revised agendas (0.2); review binders (0.4). | .90 |
| 05/29/07 | Garlitz | Review of various e-mails from team. | .30 |
| 05/30/07 | Cameron | Attention to omnibus hearing issues. | .50 |
| 05/31/07 | Ament | Various e-mails and telephone calls to assist K&E with hearing preparation for June and July hearings. | 1.30 |
| 05/31/07 | Cameron | Follow-up from hearing. | .40 |
| 05/31/07 | Garlitz | E-mails regarding hearings (.3); Conference with S. Ament regarding June hearings (.2) | .50 |

TOTAL HOURS    49.70

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 18.20 | at | $ 635.00 | = | 11,557.00 |
| Douglas E. Cameron | 11.70 | at | $ 570.00 | = | 6,669.00 |
| Sharon A. Ament | 16.00 | at | $ 145.00 | = | 2,320.00 |
| Margaret A. Garlitz | 3.80 | at | $ 185.00 | = | 703.00 |

CURRENT FEES                        21,249.00

TOTAL BALANCE DUE UPON RECEIPT      $21,249.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1559716
One Town Center Road                    Invoice Date        06/27/07
Boca Raton, FL   33486                  Client Number        172573



==========================================================================

Re:  W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                          271,512.50
         Expenses                            0.00

                     TOTAL BALANCE DUE UPON RECEIPT      $271,512.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                      Invoice Number      1559716
One Town Center Road                  Invoice Date       06/27/07
Boca Raton, FL   33486                Client Number       172573
                                      Matter Number        60033

===============================================================================

Re:  (60033)  Claim Analysis Objection Resolution & Estimation
     (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2007

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 04/24/07 | Cameron | Prepare for and participate in product ID hearing (7.5); meetings with trial team after hearing (1.0); meet with R. Finke regarding same (0.3); attention to risk assessment issues (0.7); review materials for 4/25 argument (0.9); meet with J. Restivo regarding same (0.9). | 11.30 |
| 05/01/07 | Ament | E-mails re: product ID issues (.20); provide team with documents relating to same per request (.20); review database and provide various claims to R. Aten per request (.50); e-mails and telephone calls re: same (.40); e-mail transcripts from product ID trial to client and working group (.10). | 1.40 |
| 05/01/07 | Aten | Continue to review, analyze and summarize materials in preparation for deposition of claimants' expert (2.0); conference with T. Rea re: reviewing claims files and review claims files (1.7). | 3.70 |
| 05/01/07 | Cameron | Review J. Restivo status report and provide comments (0.8); review materials relating to Canadian claims and limitation periods arguments (0.9); e-mail regarding | 2.60 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
June 27, 2007

Invoice Number  1559716
Page    2

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | same (0.2); review CMO and outstanding issues for deadlines (0.7). |  |
| 05/01/07 | DiChiera | Final preparation for deposition of Dr. Hammar. | 8.00 |
| 05/01/07 | Flatley | Review J. Restivo memo and draft reply (0.9); organizing and e-mails to R. Aten regarding follow-up (0.5). | 1.40 |
| 05/01/07 | Garlitz | Access database, review claims and provide information to R. Aten per request (5.0); e-mails and telephone calls re: same (.5). | 5.50 |
| 05/01/07 | Gatewood | Prepare deposition examination materials and draft examination outline to use at scheduled deposition of claimants' expert, Dr. Hammar (8.5); communicate with R. Aten and with M. DiChiera concerning Dr. Hammar's prior testimony and publications (.5). | 9.00 |
| 05/01/07 | Rea | Work relating to property damage claims. | 4.60 |
| 05/01/07 | Restivo | Prepare for Status Conference hearing. | 3.50 |
| 05/02/07 | Aten | Continue to review claims files. | .50 |
| 05/02/07 | Cameron | Review materials relating to updated claims objections (0.8); telephone call with J. Restivo regarding hearing issues (0.5); review materials filed by State of California regarding product ID objections and record evidence (0.8); review draft reply to submission by State of California (0.7); telephone call with R. Finke regarding multiple issues before hearing (0.3). | 3.10 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
June 27, 2007

Invoice Number  1559716
Page   3

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 05/02/07 | DiChiera | Telephone conference with court reporter and conference room contact at Perkins Coie to confirm status for the deposition of Dr. Hammar per request of C. Gatewood | .60 |
| 05/02/07 | Gatewood | Prepare for deposition examination of claimants' expert, Dr. Hammar, including examination/analysis of reliance materials/studies. | 9.00 |
| 05/02/07 | Rea | Work relating to adjudication of property damage claims. | 9.30 |
| 05/03/07 | Ament | Provide team with documents relating to product ID issues (.50); various e-mails and meetings with team re: same (.50); review database per T. Rea request (.50); meet with T. Rea re: same (.20); telephone call from R. Baker re: 5/9/07 hearing (.10). | 1.80 |
| 05/03/07 | Aten | Cite checked document (.9); conference with L. Flatley re: remaining claims at issue and continue to review files (2.2). | 3.10 |
| 05/03/07 | Cameron | Prepare for (0.7) and meet with J. Restivo regarding issues relating to updated objections (0.8); review Canadian claims product ID issues (1.5); review limitation period issues for Canadian claims (0.8); review e-mails regarding local rules and amendment issues (0.6); meet with T. Rea regarding claims objection issues (0.3); review and revise response to State of California submission (0.9). | 5.60 |
| 05/03/07 | Flatley | E-mails to/from J. Restivo and call with him regarding 5/2/07 hearing (0.5); meet with R. Aten and follow-up regarding status (1.9); e-mails and replies (0.5). | 2.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1559716
60033  Claim Analysis Objection Resolution  Page   4
       & Estimation (Asbestos)
June 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/03/07 | Gatewood | Prepare for and appear and conduct deposition examination of claimants' expert, Dr. Hammar. | 8.50 |
| 05/03/07 | Rea | Work relating to property damage claims. | 4.30 |
| 05/03/07 | Restivo | Response to "waiver" argument (2.0); begin review of 26 "deferred" claims (1.5); emails with D. Speights (.5); prepare for next hearing (1.5). | 5.50 |
| 05/04/07 | Ament | Review database for supplements and provide information to team per request (1.0); various e-mails and meetings with team re: same (.50). | 1.50 |
| 05/04/07 | Aten | Conference with L. Flatley re: remaining claims at issue. | .20 |
| 05/04/07 | Cameron | Prepare for (.60) and meet with J. Restivo regarding product ID objections and motion for leave (.90); review claims files and expert reports regarding product ID objections (1.60); review risk assessment report and telephone call with J. Restivo and R. Finke regarding same (1.10); e-mails with K&E lawyers regarding same (.30); review materials relating to Canadian law expert deposition (1.40). | 5.90 |
| 05/04/07 | DiChiera | Review rough copy of Dr. Hammar's deposition transcript. | .90 |
| 05/04/07 | Flatley | E-mails and replies (0.1); general reorganizing after hearings and preliminary preparation for next round of hearings (2.1). | 2.20 |
| 05/04/07 | Gatewood | Examine deposition examination notes (taken during examination of Dr. Hammar) and outline/draft significant issues/testimony and follow-up items. | 3.00 |

172573 W. R. Grace & Co.                    Invoice Number  1559716
60033  Claim Analysis Objection Resolution  Page    5
       & Estimation (Asbestos)
June 27, 2007


| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 05/04/07 | Rea | Work relating to property damage claims. | 4.40 |
| 05/04/07 | Restivo | Analyze Speights & Runyan "deferred" claims (1.5); work on responses to various pleadings (1.0); meeting with D. Cameron and telephone conference with D. Cameron and R. Finke (1.0). | 3.50 |
| 05/05/07 | Cameron | Attention to materials regarding Canadian law expert deposition (1.90); attention to motion for leave to file amended objections (1.20); attention to statute of limitations issues (.90); attention to risk assessment materials (.90). | 4.90 |
| 05/06/07 | Cameron | Attention to Canadian limitations period issues (1.80); review product ID objections issues (1.20). | 3.00 |
| 05/07/07 | Ament | Review and summarize expert report (.20); assist team with property damage issues (.80). | 1.00 |
| 05/07/07 | Cameron | Attention to risk assessment report issues (2.40); attention to motion for leave to amend (1.80); attention to Canadian expert deposition (1.40); review product ID objections (.40). | 6.00 |
| 05/07/07 | Flatley | E-mails and replies (0.3); outlining hearing preparation (1.3); meet with D. Cameron and T. Rea about hearing plans (0.7). | 2.30 |
| 05/07/07 | Rea | Work relating to property damage claims. | 7.00 |
| 05/08/07 | Ament | Various meetings and e-mails with D. Cameron and T. Rea re: property damage hearing (1.20); various telephone calls and e-mails with R. Baker re: hearing binders and 5/9/07 property damage hearing (.50); prepare hearing binders | 3.40 |

172573 W. R. Grace & Co.                    Invoice Number  1559716
60033  Claim Analysis Objection Resolution   Page    6
       & Estimation (Asbestos)
June 27, 2007


| Date | Name | | Hours |
| ------- | ----------- | | ----- |
| | | (1.0); hand deliver same to Judge Fitzgerald's chambers (.20); prepare hearing binders for counsel (.50). | |
| 05/08/07 | Cameron | Prepare for Canadian law expert deposition (1.8); prepare notice regarding same (0.9); review and revise motion for leave to amend objections (2.5); multiple e-mails, telephone calls and meetings with Team members regarding same (1.4); attention to risk assessment report issues (1.3); telephone call with client regarding same (0.3); review materials regarding withdrawn claims and e-mails with claimant counsel regarding same (0.9). | 9.10 |
| 05/08/07 | Flatley | Review S & R motion (1.5); meet with D. Cameron regarding S & R motion (0.5); review of preparation for fact witness depositions (0.5); organizing and revisions of "to do" memo (0.4). | 2.90 |
| 05/08/07 | Gatewood | Communicate (multiple) with R. Aten, L. Flatley and M. DiChiera concerning testimony/deposition of claimants'' medical experts (.50); review/analyze open issues in connection with designated experts and depositions which were canceled/postponed at request of claimants (.50); outline outstanding issues to address for upcoming hearing (.50). | 1.50 |
| 05/08/07 | Muha | Research for T. Rea re: discussion of discovery in previous litigation. | .40 |
| 05/08/07 | Rea | Work relating to adjudication of Property Damage claims. | 8.00 |

```
172573 W. R. Grace & Co.                     Invoice Number  1559716
60033  Claim Analysis Objection Resolution   Page    7
       & Estimation (Asbestos)
June 27, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| 05/09/07 | Ament | Review e-mail and memo from L. Flatley re: status (.10); assist D. Cameron and T. Rea with hearing preparation for property damage hearing (1.50); update hearing binders re: same (.50); attend hearing (1.50); order expedited copy of hearing transcript (.10); various e-mails, telephone calls and meetings re: hearing (.50). | 4.20 |
| 05/09/07 | Aten | Continue to work on miscellaneous property damage Hearing issues. | .80 |
| 05/09/07 | Cameron | Prepare for argument on motion to strike amended objections (4.0); attend argument on motion to strike (1.5); follow-up from issues at hearing (0.9); attention to risk assessment report (1.1); prepare for deposition of Canadian law expert (3.9). | 11.40 |
| 05/09/07 | Flatley | Call with W. Sparks and follow-up (0.4); preparation and organizing for fact witness depositions, including long e-mails on scheduling and other issues (2.3); reviewing hazard expert materials (2.7). | 5.40 |
| 05/09/07 | Rea | Work relating to adjudication of Property Damage claims. | 6.60 |
| 05/10/07 | Ament | E-mails re: 5/9/07 property damage hearing and status (.30); review and summarize expert report (.30). | .60 |
| 05/10/07 | Aten | Conference with L. Flatley re: property damage Hearing issues. | .80 |
| 05/10/07 | Cameron | Meet with J. Restivo and T. Rea regarding status report and things-to-do (0.9); prepare for Mew deposition (2.8); prepare for (0.8) and meet with expert witness for deposition preparation (2.2). | 6.70 |

172573 W. R. Grace & Co.                      Invoice Number  1559716
60033  Claim Analysis Objection Resolution     Page    8
       & Estimation (Asbestos)
June 27, 2007


| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/10/07 | Flatley | E-mails and replies (0.3); call with W. Sparks and follow-up messages (0.4); working on hazard case expert issues (3.2); conference call with R. Senftleben, R. Aten and follow-up on call (0.7); scheduling issues regarding meetings and conference calls and other e-mail messages (0.8). | 5.40 |
| 05/10/07 | Kunkel | Preparation of articles of Dr. Lemen and index of same. | 2.70 |
| 05/10/07 | Rea | Work relating to adjudication of Property Damage claims. | 6.90 |
| 05/10/07 | Restivo | Planning (2.5); Speights' 26 "deferred" claims (1.5); Washington State claims (1.0). | 5.00 |
| 05/11/07 | Ament | Review and summarize expert report (.20); various e-mails and meetings with J. Restivo and T. Rea re: property damage claims (.50); review database and claims files and provide various information to J. Restivo per request (1.20). | 1.90 |
| 05/11/07 | Aten | Conference with C. Gatewood re depositions of medical experts. | .30 |
| 05/11/07 | Cameron | Prepare for (1.8) and attend G. Mew deposition (3.6); meet with expert before and after deposition (0.9); notes of deposition (0.5); telephone call with T. Rea and J. Restivo regarding open issues (0.5); multiple e-mails regarding same (0.6). | 7.90 |
| 05/11/07 | Engel | Review voice message from B. Fairey re postponement of J. Millette's deposition and leave voice message with him re same. | .10 |
| 05/11/07 | Flatley | With J. Restivo re: meeting schedule. | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1559716
60033  Claim Analysis Objection Resolution        Page    9
       & Estimation (Asbestos)
June 27, 2007


| Date | Name | | Hours |
|------|------|---|-------|

| 05/11/07 | Rea | Work relating to adjudication of property damage claims. | .90 |
| 05/11/07 | Restivo | Telephone calls re: Mew (0.3); correspondence with Speights (0.3); analysis of reviewing buildings for statutes of limitation and property damage (1.5). | 2.10 |
| 05/14/07 | Ament | Prepare for and attend status meeting (1.0); e-mails and telephone calls with team re: same (.50). | 1.50 |
| 05/14/07 | Cameron | E-mails regarding open issues and status. | 1.30 |
| 05/14/07 | Engel | Left voice message with B. Fairey re rescheduling J. Millete's deposition, discussion with him re same, and draft correspondence re same. | .40 |
| 05/14/07 | Flatley | Review e-mails and reply (0.2); preparation for status meeting (1.0); meeting with J. Restivo and S. Ament (0.8); follow-up on meeting including e-mail to J. Restivo and e-mails regarding fact witness deposition (1.0); e-mails and reorganizing (0.8). | 3.80 |
| 05/14/07 | Rea | Work relating to adjudication of property damage claims. | .50 |
| 05/14/07 | Restivo | Planning meetings and status reports. | 4.00 |
| 05/15/07 | Ament | Review and summarize expert report (.50); various e-mails and meetings with team re: PD claims (.50); draft agenda for 5/30/07 hearing and provide to T. Rea (.50); meet with team re: status and 5/30/07 hearing (1.50). | 3.00 |
| 05/15/07 | Aten | Conferences with L. Flatley and team re upcoming hearings. | 2.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1559716
60033  Claim Analysis Objection Resolution  Page  10
       & Estimation (Asbestos)
June 27, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 05/15/07 | Cameron | Prepare for (1.2) and attend meeting regarding open issues and strategy session (1.4); review risk assessment issues (0.9); attention to Canadian statute of limitations issues (1.7); attention to product ID issues (0.9). | 6.10 |
| 05/15/07 | Flatley | E-mails (0.1); reorganizing case materials (0.7); meet with R. Aten regarding status (0.5); calls with fact witnesses (0.6); emails to follow-up on fact witness calls (0.4); call with D. Cameron (0.3); preparation for meeting (0.3); team meeting and follow-up (1.7); e-mails and replies (0.3). | 4.90 |
| 05/15/07 | Rea | Work relating to adjudication of property damage claims. | 7.30 |
| 05/15/07 | Restivo | Strategy meeting and preparation for 5/21 Omnibus. | 3.50 |
| 05/15/07 | Sullivan | Assist S. Ament in review of claims. | .50 |
| 05/16/07 | Ament | Assist T. Rea with database issues and provide various claims to T. Rea per request (.80); various e-mails re: same (.20); meet with J. Restivo and review claim files (1.50). | 2.50 |
| 05/16/07 | Aten | Conference with L. Flatley re: hearing issues. | 1.80 |
| 05/16/07 | Cameron | Review draft motion and materials from T. Rea (1.2); meet with T. Rea regarding same (0.3); review materials regarding new expert reports (0.7); review Mew deposition transcript and e-mails regarding same (1.1); review claims regarding statute of limitations hearing (0.8); review claims regarding product ID issues (0.7). | 4.80 |

172573 W. R. Grace & Co.                    Invoice Number  1559716
60033  Claim Analysis Objection Resolution  Page  11
       & Estimation (Asbestos)
June 27, 2007


      Date   Name                                              Hours
      ------ -----------                                       -----


    05/16/07 Flatley        Meet with R. Aten regarding          6.00
                            preparation for conference call on
                            medical issues (0.6); review
                            summary judgment argument
                            transcript (0.2); conference call
                            on medical issues and follow-up
                            (1.2); call with D. Cameron (0.3);
                            review and analysis of summary
                            judgment trial proof issues (3.7).

    05/16/07 Rea            Work relating to adjudication of     5.70
                            property damage claims.

    05/16/07 Restivo        Trial preparation.                   4.80

    05/17/07 Ament          Various e-mails and meetings with    4.00
                            team re: property damage claims
                            and status (.50); access database
                            and assist with review of claims
                            (2.0); meet with T. Rea re: COC
                            relating to property damage claims
                            (.10); various e-mails and
                            telephone calls with T. Rea and
                            Judge Fitzgerald's office re: same
                            (.40); review claims files for J.
                            Restivo (.50); prepare and submit
                            order re: property damage claims
                            to be expunged (.50).

    05/17/07 Cameron        Prepare for (1.0) and meet with J.   7.30
                            Restivo and T. Rea regarding
                            status of claims and upcoming
                            hearing issues (1.2); review draft
                            motions, list of claims for trial
                            and proposed orders (0.7);
                            multiple e-mails regarding same
                            (0.6); review claims for res
                            judicata arguments (0.7); e-mails
                            regarding same (0.3); review
                            product ID discovery issues (0.9);
                            attention to Canadian statute of
                            limitations issues (1.2); review
                            J. Restivo revised status report
                            and e-mail regarding same (0.7).

    05/17/07 Gatewood       Examine/analyze claimaints'          4.00
                            experts' testimony in preparation
                            of drafting materials for hazard
                            hearing (3.5); communicate with L.
                            Flatley and R. Aten concerning

172573 W. R. Grace & Co.                          Invoice Number  1559716
60033  Claim Analysis Objection Resolution        Page  12
       & Estimation (Asbestos)
June 27, 2007


    Date    Name                                              Hours
   -------- -----------                                       -----
                        status of statute of limitations
                        and hazard issues (.50).

    05/17/07 Rea        Work relating to adjudication of        4.90
                        Property Damage claims.

    05/17/07 Restivo    Telephone calls with Speights,          4.30
                        Finke and Cameron (.5); update
                        strategy document (1.5); prepare
                        for 5/21 Omnibus (2.3).

    05/18/07 Ament      Assist team with property damage        4.00
                        claims (2.0); various e-mails and
                        meetings with team re: same (.50);
                        e-mails and telephone calls re:
                        agenda for 5/30/07 hearing (.50);
                        continue drafting agenda and
                        gathering documents for same (1.0).

    05/18/07 Aten       Emails re: depositions/exhibits          .20
                        re: Pacific Freeholds.

    05/18/07 Cameron    Attend to issues relating to            5.10
                        statute of limitations objections
                        and claims to be tried (1.8);
                        participate in call with J.
                        Restivo and W.R. Grace regarding
                        status of negotiations (0.5);
                        review materials for May 30
                        arguments (1.3); e-mails relating
                        to Klar and Spratt depositions
                        (0.6); attention to previously
                        adjudicated Canadian claims (0.9).

    05/18/07 Flatley    E-mails and replies on various          6.40
                        issues (0.4); outlining issues and
                        circulating outline regarding
                        statute of limitations trial
                        issues (4.3); e-mails and phone
                        calls regarding medical issues and
                        issues to be tried and initial
                        preparation for hearing (1.7).

    05/18/07 Rea        Work relating to adjudication of        4.80
                        Property Damage claims.

172573 W. R. Grace & Co.                          Invoice Number  1559716
60033  Claim Analysis Objection Resolution         Page  13
       & Estimation (Asbestos)
June 27, 2007


| Date | Name | | Hours |
|------|------|------|-------|
| 05/18/07 | Restivo | Telephone conference with R. Beber (.6); telephone conference with D. Speights (.6); prepare for arguments (1.2). | 2.40 |
| 05/19/07 | Ament | Continue gathering documents for agenda due 5/21/07 (.80); e-mails re: same (.20). | 1.00 |
| 05/19/07 | Cameron | Review Response to Motion for Leave to Amend (1.6); review materials relating to Canadian claims summary judgment motion (0.9); attention to statute of limitations hearing issues (1.3). | 3.80 |
| 05/19/07 | Flatley | Reviewing and outlining medical expert materials. | 4.20 |
| 05/19/07 | Rea | Review of Speights Response to Motion to Amend. | .30 |
| 05/20/07 | Cameron | Review materials for 5/21 hearing (1.7); attention to claims objections and potential trial issues (0.9); review res judicata issues (0.8). | 3.40 |
| 05/20/07 | Restivo | Prepare for 5/21 Hearing. | 1.00 |
| 05/21/07 | Ament | Review database and provide various claims to team per request (1.50); various e-mails and meetings with team re: agenda, property damage claims and status (1.0); finalize preliminary agenda re: 5/30/07 hearing (.50); review and update hearing binders received from Pachulski re: same (.50); various e-mails and telephone calls with Pachulski re: same (.50); hand deliver agenda and hearing binders to Judge Fitzgerald (.10); e-mail preliminary agenda to Judge Fitzgerald per request (.10). | 4.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1559716
60033  Claim Analysis Objection Resolution  Page  14
       & Estimation (Asbestos)
June 27, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 05/21/07 | Aten | Conference with L. Flatley re: Pacific Freeholds matter (.5); continue to read and analyze materials re: Pacific Freeholds (1.6). | 2.10 |
| 05/21/07 | Cameron | Review oppositions to motion for leave to amend objections and review record for preparation of response (0.9); e-mails regarding same (0.4); meet with J. Restivo and T. Rea regarding same (0.7); attention to statute of limitations trial issues (1.2); attention to issues for expert report (1.5); meet with T. Rea and J. Restivo regarding open issues and things to do (0.6). | 5.30 |
| 05/21/07 | Flatley | Call with W. Sparks (0.1); review medical expert materials, outline them and e-mails regarding medical expert materials (6.1); call with R. Senftleben (0.2); meet with R. Aten regarding various issues (0.3); meet with D. Cameron and e-mails (0.4). | 7.10 |
| 05/21/07 | Gatewood | Examine/analyze claimants' experts testimony addressing hazard issues and drafting of comparative positions on critical issues. | 3.50 |
| 05/21/07 | Rea | Work relating to adjudication of Property Damage claims. | 9.80 |
| 05/21/07 | Restivo | Strategy meeting. | 1.00 |
| 05/22/07 | Ament | Various e-mails and meetings to assist team with property damage claims (1.0); e-mails with Pachulski re: agenda and hearing binders (.20). | 1.20 |
| 05/22/07 | Aten | Miscellaneous medical expert issues (1.9); continue to review materials re: Pacific Freeholds (1.9). | 3.80 |

172573  W. R. Grace & Co.                          Invoice Number  1559716
60033  Claim Analysis Objection Resolution         Page  15
        & Estimation (Asbestos)
June 27, 2007


| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 05/22/07 | Cameron | Review draft reply brief regarding Motion for Leave to Amend and provide comments (1.1); review Canadian statute of limitations issues (0.6); review materials relating to medical expert (1.4); review J. Restivo strategy memo and things to do (0.8). | 3.90 |
| 05/22/07 | Flatley | E-mails regarding Pacific Freeholds preparation (0.3); e-mails regarding medical experts' issues and outline of issues to raise (1.6). | 1.90 |
| 05/22/07 | Rea | Work relating to Property Damage claims. | 3.70 |
| 05/22/07 | Restivo | Prepare for 5/30 hearing and P.D. trials (4.5); telephone call with R. Finke (.4); receipt and review of new material, pleadings and emails (.5). | 5.40 |
| 05/22/07 | Sullivan | Provide team with PD claims per request (.20); e-mail re: same (.10). | .30 |
| 05/23/07 | Ament | Update agenda and hearing binders (.50); provide team with various property damage claims per request (.50); various e-mails and meetings with team re: status, property damage claims and agenda (.30); various e-mails with Pachulski re: agenda and hearing binders (.20); hand deliver updated hearing binders to Judge Fitzgerald per request (.10). | 1.60 |
| 05/23/07 | Aten | Preparation for call re: medical expert issues (2.4); conference call with R. Senftleben et al. re: medical expert issues and follow-up (2.5). | 4.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1559716
60033  Claim Analysis Objection Resolution  Page  16
       & Estimation (Asbestos)
June 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 05/23/07 | Cameron | Continued review of issues relating to medical expert (1.2); prepare for and participate in calls regarding same (1.3); prepare for and participate in call with J. Restivo and T. Rea regarding reply for Motion to Amend (0.9); review revised draft reply and as filed version (0.7); review Canadian claims and res judicata issues (0.7). | 4.80 |
| 05/23/07 | Flatley | Call with J. Restivo and follow-up (0.3); preparation for call regarding medical expert issues (2.1); conference call with R. Finke, R. Senftleben and D. Cameron regarding medical expert issues (0.4); further preparation for conference call (0.7); conference call with R. Senftleben et al. regarding medical expert issues and follow-up (3.1). | 6.60 |
| 05/23/07 | Rea | Work relating to property damage claims. | 3.10 |
| 05/23/07 | Restivo | Meeting with P. Singer (.5); telephone calls with client (.5); reply to Speights' Response (1.5); prepare for 5/30 Hearing and subsequent trials (3.5). | 6.00 |
| 05/23/07 | Singer | Discussion with J. Restivo re: asbestos PD claims issues. | .50 |
| 05/24/07 | Ament | Assist team by providing various documents and property damage claims (.50); various meetings and e-mails with team re: same (.50); various meetings with D. Cameron and J. Restivo re: 5/30/07 hearing (.50); prepare hearing binders for team and opposing counsel (.90); assist team with hearing preparation for 5/30/07 hearing (1.0). | 3.40 |

172573 W. R. Grace & Co.                           Invoice Number  1559716
60033  Claim Analysis Objection Resolution         Page  17
       & Estimation (Asbestos)
June 27, 2007


     Date   Name                                              Hours
     -------- -----------                                      -----


     05/24/07 Aten          Conference with D. Rawls re: trial    3.00
                            brief re: Pacific Freeholds and
                            background materials (.4);
                            miscellaneous medical expert
                            issues (.3); continue to work on
                            issues relating to Pacific
                            Freeholds (2.3).


     05/24/07 Cameron       Prepare for (0.4) and participate    6.40
                            in call with Canadian counsel
                            regarding res judicata issues
                            (0.5); follow-up call (0.2);
                            prepare for (0.8) and meet with J.
                            Restivo regarding Motion for Leave
                            to Amend argument preparation
                            (0.9); review Pinchin deposition,
                            exhibits and expert reports
                            regarding argument (1.8); review
                            materials for medical expert and
                            e-mail regarding same (0.9);
                            attention to statute of
                            limitations trial issues (0.9).


     05/24/07 Flatley       Analyze and outline issues in        6.60
                            preparation for 5/25 conference
                            call (5.4); review and follow-up
                            on medical expert issues (0.7);
                            meet with D. Cameron (0.2);
                            e-mails (0.3).


     05/24/07 Rawls         Case law research for pleading        .70
                            preparation (0.50); conference w/
                            R. Aten re same (0.20).


     05/24/07 Restivo       Prepare oral argument (2.1);         3.00
                            meeting with D. Cameron (0.3);
                            emails with A. Kearse (0.4);
                            miscellaneous calls (0.2).


     05/24/07 Sullivan      Assist S. Ament with preparation     1.80
                            of hearing binders for 5/30/07
                            hearing.


     05/25/07 Ament         Assist team re: 5/30/07 hearing      1.50
                            preparation (.50); e-mails and
                            telephone calls re: same (.50);
                            e-mails and telephone calls re:
                            amended agenda and updated hearing
                            binders (.50).

172573  W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
     & Estimation (Asbestos)
June 27, 2007

Invoice Number  1559716
Page  18

| Date | Name | | Hours |
|------|------|------|-------|

| | | | |
|------|------|------|-------|
| 05/25/07 | Aten | Call with L. Flatley, D. Biderman et al. re: Pacific Freeholds (1.8); miscellaneous issues re: medical experts (.8); review disclosures re: Pacific Freeholds and continue to review materials re: same (2.0). | 4.60 |
| 05/25/07 | Cameron | Prepare for (0.8) and participate in conference call with counsel and client regarding Pacific Freehold's statute of limitations trial (1.1); review claims files regarding same (1.1); telephone call with R. Finke regarding miscellaneous issues (0.4); review materials for 5/30 argument (1.2). | 4.60 |
| 05/25/07 | Flatley | Review articles regarding medical expert issues (0.6); meet with R. Aten regarding status of various issues (0.4); preparation for conference call (0.3); conference call regarding preparation for 6/26 statute of limitations hearing and short follow-up on it (1.5); organizing regarding preparation for 6/26 statute of limitations hearing (1.7). | 4.50 |
| 05/25/07 | Rawls | Phone conference with L. Flatley, R. Aten, and client re case strategy (1.50); reviewing documents for pleading preparation (1.60). | 3.10 |
| 05/25/07 | Restivo | Argument planning. | 1.50 |
| 05/27/07 | Cameron | Attention to statute of limitations trial issues. | 1.00 |
| 05/28/07 | Aten | Inventoried materials received from Perkins Coie re: Pacific Freeholds. | .40 |
| 05/28/07 | Cameron | Review and revise outline for 5/30 oral argument (1.4); review Pinchin testimony and prepare summaries of testimony regarding same (1.3); attention to statute | 4.10 |

172573 W. R. Grace & Co.                    Invoice Number  1559716
60033  Claim Analysis Objection Resolution  Page  19
       & Estimation (Asbestos)
June 27, 2007


       Date   Name                                          Hours
    -------- -----------                                     -----
                          of limitations issues (0.8);
                          attention to expert report issues
                          (0.6).

    05/28/07 Flatley      Review notes and materials from       1.60
                          Friday call and e-mail regarding
                          preparation for 6/26 hearing.

    05/29/07 Ament        Various e-mails and meetings with     3.20
                          team re: property damage claims,
                          status and 5/30/07 hearing (.50);
                          assist team with hearing
                          preparation re: hearing (1.0);
                          update binders re: hearing and
                          provide to team (.40); hand
                          deliver updates to Judge
                          Fitzgerald (.10); telephone call
                          with R. Baker of Judge
                          Fitzgerald's office re: same
                          (.10); various e-mails with J.
                          O'Neill re: same (.10); prepare
                          for and attend status meeting with
                          team (1.0).

    05/29/07 Aten         Team meeting re: 5/30 and 6/26        2.60
                          hearings (.8); continue to work on
                          Pacific Freeholds related matters
                          (1.8).

    05/29/07 Cameron      Prepare for (0.8) and attend          6.60
                          meeting with trial team regarding
                          hearing preparation and
                          trial/strategy issues (1.1);
                          review deadline to prepare
                          proposed pretrial schedule (0.7);
                          meet with J. Restivo regarding
                          5/30 argument (0.9); review
                          deposition testimony and claims
                          files regarding same (1.8);
                          prepare for and participate in
                          call regarding statute of
                          limitations trial preparation
                          (0.9); review emergency motion
                          (0.4).

    05/29/07 Flatley      Review expert report and analysis     6.10
                          of statute of limitations trial
                          issues (2.6); team meeting and
                          follow-up (1.0); preparation for
                          conference call regarding statute

```
172573 W. R. Grace & Co.                    Invoice Number  1559716
60033  Claim Analysis Objection Resolution  Page   20
       & Estimation (Asbestos)
June 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | of limitations issues (0.8); conference call regarding statute of limitations trial issues and follow-up (1.7). | |
| 05/29/07 | Rea | Work relating to adjudication of property damage claims. | 2.50 |
| 05/29/07 | Restivo | Planning meeting (1.5); meeting with D. Cameron (1.0); prepare for Hearing (2.0). | 4.50 |
| 05/29/07 | Sullivan | Assist team with hearing preparation for 5-30-07 hearing. | 1.10 |
| 05/30/07 | Ament | Assist team with hearing preparation (1.0); attend beginning portion of hearing and assist team (2.50); review e-mail from R. Baker re: pleadings and e-mails with J. O'Neill re: same (.20); review pre-trial schedule and e-mails re: same (.10). | 3.80 |
| 05/30/07 | Aten | Miscellaneous medical expert issues. | .90 |
| 05/30/07 | Cameron | Prepare for (0.9) and attend hearing on Motion to Amend (5.0); meet with client and trial team after hearing (1.1); e-mails regarding expert witness issues (0.4); attention to Canadian statute of limitations issues (0.8). | 8.20 |
| 05/30/07 | Flatley | Review tentative schedule and comment to D. Cameron (0.4); review materials on Pacific Freeholds case (0.9); attending hearing at court on waiver and scheduling issues and follow-up with R. Finke, J. Restivo, D. Cameron and T. Rea (6.2); meet with R. Aten and follow-up regarding information for medical witness (0.7); call to R. Senftleben and e-mail (0.3). | 8.50 |

172573 W. R. Grace & Co.                    Invoice Number  1559716
60033  Claim Analysis Objection Resolution  Page  21
       & Estimation (Asbestos)
June 27, 2007

| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|--|-------|
| 05/30/07 | Gatewood | Receipt/review materials in relation to deposition of claimaints' expert, Dr. Hammar (0.50); communicate with R. Aten concerning status and statute of limitations issues (0.50). | 1.00 |
| 05/30/07 | Rawls | Confer with R. Aten re case status and case law research for pleading preparation | .10 |
| 05/30/07 | Rea | Work relating to property damage claims. | 7.20 |
| 05/30/07 | Restivo | Prepare for and P.D. Hearing. | 6.00 |
| 05/31/07 | Ament | Obtain and provide Longo Report and information re: Pacific Freeholds to R. Aten per request (.40); various meetings with R. Aten re: same (.20); access database and assist team with property damage claim issues (1.0); various e-mails and meetings with team re: same (.50). | 2.10 |
| 05/31/07 | Aten | Conference with L. Flatley re: preparing for Pacific Freeholds trial (.6); continue to review materials re: Pacific Freeholds in preparation for hearing (2.8). | 3.40 |
| 05/31/07 | Cameron | Prepare and revise draft Order from hearing (0.8); analyze claim file materials relating to product ID objections and Pinchin testimony (1.9); review draft Order regarding supplementation (0.2); review materials relating to statute of limitations adjudication of City of Philadelphia claim (0.9); telephone call with R. Finke regarding open issues (0.3); prepare multiple scheduling orders (0.7); review materials relating to Pacific Freehold's statute of limitations issues (1.8). | 6.60 |

172573 W. R. Grace & Co.                    Invoice Number  1559716
60033  Claim Analysis Objection Resolution   Page  22
       & Estimation (Asbestos)
June 27, 2007


|   Date   | Name    |                                                                  | Hours |
|----------|---------|------------------------------------------------------------------|-------|
| 05/31/07 | Flatley | Analysis of cases to be tried on 7/30 and preparation outline (7.30); call with R. Senftleben (.20). | 7.50 |
| 05/31/07 | Rea     | Work relating to adjudication of property damage claims.         | .50   |

                                             TOTAL HOURS   586.90


| TIME SUMMARY          | Hours  |    | Rate        |   | Value      |
|-----------------------|--------|----|-------------|---|------------|
| James J. Restivo Jr.  | 67.00  | at | $ 635.00    | = | 42,545.00  |
| Paul M. Singer        | 0.50   | at | $ 635.00    | = | 317.50     |
| Lawrence E. Flatley   | 98.30  | at | $ 575.00    | = | 56,522.50  |
| Douglas E. Cameron    | 160.80 | at | $ 570.00    | = | 91,656.00  |
| Traci Sands Rea       | 102.30 | at | $ 400.00    | = | 40,920.00  |
| Harold J. Engel       | 0.50   | at | $ 525.00    | = | 262.50     |
| Carol J. Gatewood     | 39.50  | at | $ 385.00    | = | 15,207.50  |
| Andrew J. Muha        | 0.40   | at | $ 350.00    | = | 140.00     |
| Rebecca E. Aten       | 39.50  | at | $ 295.00    | = | 11,652.50  |
| Danielle D. Rawls     | 3.90   | at | $ 240.00    | = | 936.00     |
| Maria E. DiChiera     | 9.50   | at | $ 210.00    | = | 1,995.00   |
| Sharon A. Ament       | 52.80  | at | $ 145.00    | = | 7,656.00   |
| Alice K. Kunkel       | 2.70   | at | $ 185.00    | = | 499.50     |
| Margaret A. Garlitz   | 5.50   | at | $ 185.00    | = | 1,017.50   |
| Linda Sullivan        | 3.70   | at | $  50.00    | = | 185.00     |

                       CURRENT FEES                       271,512.50


                                                          ------------
        TOTAL BALANCE DUE UPON RECEIPT                    $271,512.50
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1560157
One Town Center Road                      Invoice Date       06/27/07
Boca Raton, FL    33486                   Client Number       172573

===============================================================================

Re:  W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                          25,565.50
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $25,565.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1560157
One Town Center Road                    Invoice Date        06/27/07
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60035

===============================================================================

Re:  (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 05/01/07 | Taylor-Payne | Continued research re: submissions to regulatory agencies. | 2.30 |
| 05/02/07 | Taylor-Payne | Continued research re: submissions to regulatory agencies. | 3.90 |
| 05/03/07 | Taylor-Payne | Continued research re: submissions to regulatory agencies. | 3.80 |
| 05/04/07 | Taylor-Payne | Continued research re: submissions to regulatory agencies. | 3.90 |
| 05/07/07 | Ohri | Research of materials re: submissions to regulatory agencies. | 6.50 |
| 05/07/07 | Taylor-Payne | Continued research re: submissions to regulatory agencies. | 3.20 |
| 05/08/07 | Ohri | Research of materials re: submissions to regulatory agencies. | 4.90 |
| 05/08/07 | Taylor-Payne | Continued research re: submissions to regulatory agencies. | 5.50 |
| 05/09/07 | Cameron | Attention to EPA sample issues. | .80 |
| 05/09/07 | Sanner | Research and follow up correspondence with M. Glasser re expert issues. | .90 |
| 05/09/07 | Taylor-Payne | Continued research re: submissions to regulatory agencies. | 6.00 |

172573 W. R. Grace & Co.                    Invoice Number  1560157
60035  Grand Jury Investigation            Page    2
June 27, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| 05/10/07 | Cameron | Review and revise draft letter to government regarding samples. | .70 |
| 05/10/07 | Sanner | Work on analysis of OSHA docket submissions. | 6.60 |
| 05/10/07 | Taylor-Payne | Continued research re: submissions to regulatory agencies. | 3.90 |
| 05/11/07 | Cameron | Finalize government letter regarding samples. | .30 |
| 05/11/07 | Sanner | Consider and analyze OSHA submissions. | 5.10 |
| 05/11/07 | Taylor-Payne | Continued research re: submissions to regulatory agencies. | 4.60 |
| 05/14/07 | Cameron | Review materials relating to criminal indictment matter. | .70 |
| 05/15/07 | Cameron | Attention to expert witness issues. | .90 |
| 05/15/07 | Sanner | Telephonic conference with A. Klapper and others re expert report issues. | .90 |
| 05/15/07 | Taylor-Payne | Continued research re: key governmental records. | 1.50 |
| 05/16/07 | Cameron | Attention to expert witness work (0.8); review e-mails regarding same (0.4). | 1.20 |
| 05/16/07 | Taylor-Payne | Continued research re: key governmental records. | 3.20 |
| 05/17/07 | Cameron | Review expert back-up materials. | .80 |
| 05/17/07 | Taylor-Payne | Continued research re: key governmental records. | 2.20 |
| 05/21/07 | Sanner | Work on ongoing research on OSHA submissions. | 3.90 |
| 05/22/07 | Sanner | Continue research re submissions to OSHA. | 4.60 |
| 05/22/07 | Taylor-Payne | Continued research re: key governmental records. | 3.30 |

172573 W. R. Grace & Co.                    Invoice Number  1560157
60035  Grand Jury Investigation            Page    3
June 27, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 05/23/07 | Taylor-Payne | Continued research re: key governmental records. | 2.00 |
| 05/24/07 | Taylor-Payne | Continued research re: key governmental records. | 1.20 |
| 05/25/07 | Taylor-Payne | Continued research re: key governmental records. | 4.80 |
| 05/26/07 | Cameron | Review materials relating to expert testing. | 1.20 |

TOTAL HOURS    95.30

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 6.60 | at $ | 570.00 | = | 3,762.00 |
| Margaret L. Sanner | 22.00 | at $ | 425.00 | = | 9,350.00 |
| Sonya Ohri | 11.40 | at $ | 195.00 | = | 2,223.00 |
| Jennifer L. Taylor-Payne | 55.30 | at $ | 185.00 | = | 10,230.50 |

CURRENT FEES                                   25,565.50

TOTAL BALANCE DUE UPON RECEIPT              $25,565.50
                                           =============