IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Monique D. Almy, formerly of Orrick, Herrington & Sutcliffe LLP ("Orrick"), hereby withdraws her appearance as counsel to David T. Austern, in his capacity as the Future Claimants' Representative for future asbestos personal injury claimants (the "FCR") in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that this withdrawal of appearance applies only to the undersigned attorney, and that other attorneys at Orrick continue to represent David T. Austern, in his capacity as the FCR.

Respectfully submitted,

By: _____
Monique D. Almy
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2935
Facsimile: (202) 628-5116

Dated: June 28, 2007