IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u> ) | Case No. 01-1139 (JKF) |
| Debtors. ) | Objection Deadline: July 19, 2007 at 4:00 p.m |
|  ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO TWENTY-THIRD MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>APRIL 1, 2007 THROUGH APRIL 30, 2007</u>**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered January 21, 2004) |
| Period for which compensation is sought: | April 1, 2007 through April 30, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $337,172.50 |
| 80% of fees to be paid: | $269,738.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   3,617.62 |
| Total Fees @ 80% and 100% Expenses: | $273,355.62 |

This is an:   __  interim   _X_  monthly   __  final application.

## COMPENSATION SUMMARY
### April 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $625 | 139.70 | $87,312.50 |
| Julianne Callaway | Analyst (3 years) ACAS | $300 | 155.00 | $46,500.00 |
| Melissa Chung | Analyst (1 year) | $250 | 116.00 | $29,000.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 139.30 | $55,720.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $375 | 112.20 | $42,075.00 |
| Steve Lin | Consulting Actuary (11 years) | $425 | 28.50 | $12,112.50 |
| Adam Luechtefeld | Analyst (4 years) | $250 | 98.50 | $24,625.00 |
| Brent Petzoldt | Analyst (1 year) | $100 | 21.50 | $2,150.00 |
| Dave Powell | Consulting Actuary (22 years) FCAS | $675 | 11.60 | $7,830.00 |
| Rhamonda Riggins | Analyst (5 years) | $260 | 101.20 | $26,312.00 |
| Ollie Sherman | Consulting Actuary (21 years) FCAS | $675 | 2.00 | $1,350.00 |
| Aaron Tresnak | Analyst (2 years) | $155 | 5.50 | $852.50 |
| Patrick Yu | Analyst (1 year) | $215 | 6.20 | $1,333.00 |
| **Total Blended Rate: $359.77** | | | 937.20 | $337,172.50 |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 937.20 | $337,172.50 |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $1,631.18 |
| Taxi | $201.82 |
| Hotels | $1,335.49 |
| Meals | $281.17 |
| Use of Own Car | $65.96 |
| Parking | $102.00 |
| **Total Expenses** | $3,617.62 |

| April 2007 – Grand Total | $340,790.12 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: June 27, 2007

2