# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Apr-07** |
| Jenni Biggs | 4/2/2007 | 4.00 | $625 | $2,500.00 | Data Analysis |
| Jenni Biggs | 4/3/2007 | 1.50 | $625 | $937.50 | Data Analysis |
| Jenni Biggs | 4/4/2007 | 0.20 | $625 | $125.00 | Billing |
| Jenni Biggs | 4/4/2007 | 1.50 | $625 | $937.50 | Data Analysis |
| Jenni Biggs | 4/6/2007 | 6.00 | $625 | $3,750.00 | CMS/BMC/Rust data |
| Jenni Biggs | 4/9/2007 | 8.00 | $625 | $5,000.00 | Data Analysis |
| Jenni Biggs | 4/10/2007 | 8.70 | $625 | $5,437.50 | Data Analysis |
| Jenni Biggs | 4/11/2007 | 6.20 | $625 | $3,875.00 | Data Analysis |
| Jenni Biggs | 4/12/2007 | 8.00 | $625 | $5,000.00 | Data Analysis |
| Jenni Biggs | 4/13/2007 | 4.00 | $625 | $2,500.00 | Data Analysis |
| Jenni Biggs | 4/13/2007 | 0.30 | $625 | $187.50 | Billing |
| Jenni Biggs | 4/16/2007 | 2.00 | $625 | $1,250.00 | Data Analysis |
| Jenni Biggs | 4/17/2007 | 6.10 | $625 | $3,812.50 | Data Analysis |
| Jenni Biggs | 4/19/2007 | 4.70 | $625 | $2,937.50 | Data Analysis |
| Jenni Biggs | 4/20/2007 | 9.50 | $625 | $5,937.50 | Data Analysis |
| Jenni Biggs | 4/23/2007 | 9.50 | $625 | $5,937.50 | Data Analysis; Conference call with Orrick |
| Jenni Biggs | 4/24/2007 | 10.50 | $625 | $6,562.50 | Data Analysis |
| Jenni Biggs | 4/25/2007 | 10.50 | $625 | $6,562.50 | Data Analysis |
| Jenni Biggs | 4/26/2007 | 12.50 | $625 | $7,812.50 | Data Analysis |
| Jenni Biggs | 4/27/2007 | 9.00 | $625 | $5,625.00 | Data Analysis |
| Jenni Biggs | 4/28/2007 | 8.00 | $625 | $5,000.00 | Data Analysis |
| Jenni Biggs | 4/30/2007 | 9.00 | $625 | $5,625.00 | Data Analysis |
| | | 139.70 | | $87,312.50 | |
| | | | | | |
| Julianne Callaway | 4/2/2007 | 6.60 | $300 | $1,980.00 | Database work |
| Julianne Callaway | 4/3/2007 | 7.10 | $300 | $2,130.00 | Database work |
| Julianne Callaway | 4/4/2007 | 8.70 | $300 | $2,610.00 | Database work |
| Julianne Callaway | 4/5/2007 | 3.40 | $300 | $1,020.00 | Database work |
| Julianne Callaway | 4/6/2007 | 8.10 | $300 | $2,430.00 | Database work |
| Julianne Callaway | 4/9/2007 | 5.60 | $300 | $1,680.00 | Database work |
| Julianne Callaway | 4/10/2007 | 7.20 | $300 | $2,160.00 | Database work |
| Julianne Callaway | 4/11/2007 | 6.80 | $300 | $2,040.00 | Database work |
| Julianne Callaway | 4/12/2007 | 7.20 | $300 | $2,160.00 | Database work |
| Julianne Callaway | 4/13/2007 | 7.40 | $300 | $2,220.00 | Database work |
| Julianne Callaway | 4/16/2007 | 9.50 | $300 | $2,850.00 | Database work |
| Julianne Callaway | 4/17/2007 | 7.30 | $300 | $2,190.00 | Database work |
| Julianne Callaway | 4/18/2007 | 5.90 | $300 | $1,770.00 | Database work |
| Julianne Callaway | 4/19/2007 | 7.80 | $300 | $2,340.00 | Database work |
| Julianne Callaway | 4/20/2007 | 8.10 | $300 | $2,430.00 | Database work |
| Julianne Callaway | 4/22/2007 | 3.50 | $300 | $1,050.00 | Database work |
| Julianne Callaway | 4/23/2007 | 8.90 | $300 | $2,670.00 | Database work |
| Julianne Callaway | 4/24/2007 | 8.40 | $300 | $2,520.00 | Database work |
| Julianne Callaway | 4/25/2007 | 10.00 | $300 | $3,000.00 | Database work |
| Julianne Callaway | 4/26/2007 | 10.50 | $300 | $3,150.00 | Database work |
| Julianne Callaway | 4/30/2007 | 7.00 | $300 | $2,100.00 | Database work |
| | | 155.00 | | $46,500.00 | |
| | | | | | |
| Melissa Chung | 4/2/2007 | 2.00 | $250 | $500.00 | Manville matching |
| Melissa Chung | 4/4/2007 | 1.00 | $250 | $250.00 | Analysis |
| Melissa Chung | 4/6/2007 | 4.00 | $250 | $1,000.00 | Manville matching |
| Melissa Chung | 4/9/2007 | 10.50 | $250 | $2,625.00 | Manville matching |
| Melissa Chung | 4/10/2007 | 10.00 | $250 | $2,500.00 | Manville matching |
| Melissa Chung | 4/11/2007 | 11.50 | $250 | $2,875.00 | Manville matching |
| Melissa Chung | 4/12/2007 | 8.00 | $250 | $2,000.00 | Manville matching |
| Melissa Chung | 4/13/2007 | 1.00 | $250 | $250.00 | Manville matching |
| Melissa Chung | 4/16/2007 | 3.20 | $250 | $800.00 | Manville matching |
| Melissa Chung | 4/17/2007 | 8.30 | $250 | $2,075.00 | Manville matching |
| Melissa Chung | 4/18/2007 | 12.90 | $250 | $3,225.00 | Manville matching |
| Melissa Chung | 4/19/2007 | 11.70 | $250 | $2,925.00 | Manville matching |
| Melissa Chung | 4/20/2007 | 2.50 | $250 | $625.00 | Manville matching |
| Melissa Chung | 4/25/2007 | 7.80 | $250 | $1,950.00 | Manville matching |
| Melissa Chung | 4/26/2007 | 6.00 | $250 | $1,500.00 | Manville matching |
| Melissa Chung | 4/26/2007 | 2.00 | $250 | $500.00 | Tech review |
| Melissa Chung | 4/27/2007 | 0.70 | $250 | $175.00 | Manville matching summaries |
| Melissa Chung | 4/27/2007 | 5.80 | $250 | $1,450.00 | Tech review |
| Melissa Chung | 4/30/2007 | 1.80 | $250 | $450.00 | Manville matching |
| Melissa Chung | 4/30/2007 | 5.30 | $250 | $1,325.00 | Tech review |
| | | 116.00 | | $29,000.00 | |

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Bryan Gillespie | 4/2/2007 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 4/3/2007 | 1.30 | $400 | $520.00 | Analysis |
| Bryan Gillespie | 4/5/2007 | 1.20 | $400 | $480.00 | Analysis |
| Bryan Gillespie | 4/6/2007 | 1.60 | $400 | $640.00 | Analysis |
| Bryan Gillespie | 4/9/2007 | 3.10 | $400 | $1,240.00 | Analysis |
| Bryan Gillespie | 4/10/2007 | 7.40 | $400 | $2,960.00 | Teleconference and analysis |
| Bryan Gillespie | 4/12/2007 | 8.40 | $400 | $3,360.00 | Analysis |
| Bryan Gillespie | 4/13/2007 | 5.00 | $400 | $2,000.00 | Analysis |
| Bryan Gillespie | 4/16/2007 | 2.10 | $400 | $840.00 | Analysis |
| Bryan Gillespie | 4/17/2007 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 4/17/2007 | 2.80 | $400 | $1,120.00 | 50% travel |
| Bryan Gillespie | 4/18/2007 | 9.00 | $400 | $3,600.00 | Analysis |
| Bryan Gillespie | 4/19/2007 | 11.20 | $400 | $4,480.00 | Analysis |
| Bryan Gillespie | 4/20/2007 | 8.30 | $400 | $3,320.00 | Analysis |
| Bryan Gillespie | 4/20/2007 | 2.20 | $400 | $880.00 | 50% travel |
| Bryan Gillespie | 4/21/2007 | 5.60 | $400 | $2,240.00 | Analysis |
| Bryan Gillespie | 4/22/2007 | 2.60 | $400 | $1,040.00 | 50% travel |
| Bryan Gillespie | 4/23/2007 | 11.50 | $400 | $4,600.00 | Analysis |
| Bryan Gillespie | 4/24/2007 | 9.20 | $400 | $3,680.00 | Analysis |
| Bryan Gillespie | 4/25/2007 | 8.50 | $400 | $3,400.00 | Analysis |
| Bryan Gillespie | 4/26/2007 | 12.60 | $400 | $5,040.00 | Analysis |
| Bryan Gillespie | 4/27/2007 | 7.40 | $400 | $2,960.00 | Analysis |
| Bryan Gillespie | 4/27/2007 | 3.00 | $400 | $1,200.00 | 50% travel |
| Bryan Gillespie | 4/28/2007 | 2.80 | $400 | $1,120.00 | Analysis |
| Bryan Gillespie | 4/29/2007 | 2.70 | $400 | $1,080.00 | Analysis |
| Bryan Gillespie | 4/30/2007 | 5.20 | $400 | $2,080.00 | Analysis |
| | | 139.30 | | $55,720.00 | |
| Jeff Kimble | 4/9/2007 | 8.40 | $375 | $3,150.00 | Data analysis |
| Jeff Kimble | 4/10/2007 | 9.00 | $375 | $3,375.00 | Data analysis |
| Jeff Kimble | 4/11/2007 | 7.20 | $375 | $2,700.00 | Data analysis |
| Jeff Kimble | 4/12/2007 | 7.30 | $375 | $2,737.50 | Data analysis |
| Jeff Kimble | 4/16/2007 | 3.00 | $375 | $1,125.00 | Data analysis |
| Jeff Kimble | 4/18/2007 | 5.70 | $375 | $2,137.50 | Data analysis |
| Jeff Kimble | 4/19/2007 | 11.10 | $375 | $4,162.50 | Data analysis |
| Jeff Kimble | 4/20/2007 | 9.10 | $375 | $3,412.50 | Data analysis |
| Jeff Kimble | 4/23/2007 | 6.40 | $375 | $2,400.00 | Data analysis |
| Jeff Kimble | 4/24/2007 | 9.40 | $375 | $3,525.00 | Data analysis |
| Jeff Kimble | 4/25/2007 | 6.80 | $375 | $2,550.00 | Data analysis |
| Jeff Kimble | 4/26/2007 | 11.80 | $375 | $4,425.00 | Data analysis |
| Jeff Kimble | 4/27/2007 | 8.60 | $375 | $3,225.00 | Data analysis |
| Jeff Kimble | 4/29/2007 | 1.00 | $375 | $375.00 | Data analysis |
| Jeff Kimble | 4/30/2007 | 7.40 | $375 | $2,775.00 | Data analysis |
| | | 112.20 | | $42,075.00 | |
| Steve Lin | 4/17/2007 | 2.00 | $425 | $850.00 | Review filing patterns |
| Steve Lin | 4/19/2007 | 3.50 | $425 | $1,487.50 | Review filing patterns |
| Steve Lin | 4/20/2007 | 6.50 | $425 | $2,762.50 | Review filing patterns |
| Steve Lin | 4/23/2007 | 5.50 | $425 | $2,337.50 | Review filing patterns |
| Steve Lin | 4/24/2007 | 4.50 | $425 | $1,912.50 | Review expert report |
| Steve Lin | 4/24/2007 | 2.00 | $425 | $850.00 | Review expert testimony |
| Steve Lin | 4/25/2007 | 1.50 | $425 | $637.50 | Review filing patterns |
| Steve Lin | 4/26/2007 | 2.00 | $425 | $850.00 | Review filing patterns |
| Steve Lin | 4/30/2007 | 1.00 | $425 | $425.00 | Research |
| | | 28.50 | | $12,112.50 | |
| Adam Luechtefeld | 4/6/2007 | 4.00 | $250 | $1,000.00 | Updating exhibits; checking data |
| Adam Luechtefeld | 4/9/2007 | 7.00 | $250 | $1,750.00 | Checking matching strategy |
| Adam Luechtefeld | 4/11/2007 | 6.50 | $250 | $1,625.00 | Checking matching strategy |
| Adam Luechtefeld | 4/16/2007 | 7.00 | $250 | $1,750.00 | Checking filing pattern |
| Adam Luechtefeld | 4/17/2007 | 6.50 | $250 | $1,625.00 | Checking claim matches |
| Adam Luechtefeld | 4/18/2007 | 5.50 | $250 | $1,375.00 | Checking claim matches |
| Adam Luechtefeld | 4/19/2007 | 7.00 | $250 | $1,750.00 | Checking claim matches |
| Adam Luechtefeld | 4/20/2007 | 9.00 | $250 | $2,250.00 | Checking claim matches |
| Adam Luechtefeld | 4/23/2007 | 6.00 | $250 | $1,500.00 | Checking filing pattern |
| Adam Luechtefeld | 4/24/2007 | 6.50 | $250 | $1,625.00 | Working with exhibits |
| Adam Luechtefeld | 4/25/2007 | 5.50 | $250 | $1,375.00 | Checking matching method |
| Adam Luechtefeld | 4/26/2007 | 10.50 | $250 | $2,625.00 | Checking matching method; working with exhibits |
| Adam Luechtefeld | 4/27/2007 | 7.50 | $250 | $1,875.00 | Working with exhibits |
| Adam Luechtefeld | 4/30/2007 | 10.00 | $250 | $2,500.00 | Working with exhibits |
| | | 98.50 | | $24,625.00 | |

| | W.R. Grace (Bankruptcy) | | | | |
|---|---|---|---|---|---|
| | **Towers Perrin Time Records** | | | | |
| **Professional** | **Date** | **Hours** | **Rate** | **$ Fees** | **Description** |
| Brent Petzoldt | 4/6/2007 | 3.00 | $100 | $300.00 | Rust data |
| Brent Petzoldt | 4/13/2007 | 7.10 | $100 | $710.00 | Rust data |
| Brent Petzoldt | 4/18/2007 | 2.30 | $100 | $230.00 | Rust data |
| Brent Petzoldt | 4/20/2007 | 7.50 | $100 | $750.00 | Rust data |
| Brent Petzoldt | | 1.60 | $100 | $160.00 | Rust data |
| | | 21.50 | | $2,150.00 | |
| Dave Powell | 4/26/2007 | 2.10 | $675 | $1,417.50 | Peer review |
| Dave Powell | 4/27/2007 | 4.75 | $675 | $3,206.25 | Peer review |
| Dave Powell | 4/30/2007 | 4.75 | $675 | $3,206.25 | Peer review |
| | | 11.60 | | $7,830.00 | |
| Rhamonda Riggins | 4/1/2007 | 6.00 | $260 | $1,560.00 | Rust database |
| Rhamonda Riggins | 4/2/2007 | 7.50 | $260 | $1,950.00 | Rust database |
| Rhamonda Riggins | 4/3/2007 | 7.50 | $260 | $1,950.00 | Rust database |
| Rhamonda Riggins | 4/4/2007 | 7.00 | $260 | $1,820.00 | Rust database |
| Rhamonda Riggins | 4/5/2007 | 7.00 | $260 | $1,820.00 | Rust database |
| Rhamonda Riggins | 4/6/2007 | 2.70 | $260 | $702.00 | Rust database |
| Rhamonda Riggins | 4/10/2007 | 2.50 | $260 | $650.00 | Rust database |
| Rhamonda Riggins | 4/11/2007 | 7.50 | $260 | $1,950.00 | Rust database |
| Rhamonda Riggins | 4/12/2007 | 6.50 | $260 | $1,690.00 | PIQ documents |
| Rhamonda Riggins | 4/16/2007 | 5.30 | $260 | $1,378.00 | Rust documents |
| Rhamonda Riggins | 4/17/2007 | 7.50 | $260 | $1,950.00 | Rust documents |
| Rhamonda Riggins | 4/18/2007 | 1.50 | $260 | $390.00 | Rust database |
| Rhamonda Riggins | 4/19/2007 | 5.00 | $260 | $1,300.00 | Rust database |
| Rhamonda Riggins | 4/20/2007 | 2.50 | $260 | $650.00 | Rust database |
| Rhamonda Riggins | 4/23/2007 | 2.70 | $260 | $702.00 | Rust database |
| Rhamonda Riggins | 4/24/2007 | 6.50 | $260 | $1,690.00 | Rust database |
| Rhamonda Riggins | 4/25/2007 | 7.00 | $260 | $1,820.00 | Rust database |
| Rhamonda Riggins | 4/26/2007 | 3.50 | $260 | $910.00 | SEER data |
| Rhamonda Riggins | 4/27/2007 | 5.50 | $260 | $1,430.00 | Rust database |
| | | 101.20 | | $26,312.00 | |
| Ollie Sherman | 4/30/2007 | 2.00 | $675 | $1,350.00 | Review draft analysis |
| | | 2.00 | | $1,350.00 | |
| Aaron Tresnak | 4/3/2007 | 3.00 | $155 | $465.00 | SEER data |
| Aaron Tresnak | 4/10/2007 | 1.00 | $155 | $155.00 | SEER data |
| Aaron Tresnak | 4/11/2007 | 1.50 | $155 | $232.50 | SEER data |
| | | 5.50 | | $852.50 | |
| Patrick Yu | 4/10/2007 | 2.00 | $215 | $430.00 | Tech review |
| Patrick Yu | 4/13/2007 | 2.20 | $215 | $473.00 | Tech review |
| Patrick Yu | 4/18/2007 | 2.00 | $215 | $430.00 | Tech review |
| | | 6.20 | | $1,333.00 | |
| | | 937.20 | | $337,172.50 | |