# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| **May-07** | | | | | |
| Jenni Biggs | 5/1/2007 | 11.00 | $625 | $6,875.00 | Analysis |
| Jenni Biggs | 5/2/2007 | 10.50 | $625 | $6,562.50 | Report preparation |
| Jenni Biggs | 5/3/2007 | 9.00 | $625 | $5,625.00 | Preparation of draft report |
| Jenni Biggs | 5/4/2007 | 4.80 | $625 | $3,000.00 | Meeting preparation |
| Jenni Biggs | 5/5/2007 | 5.50 | $625 | $3,437.50 | Meeting preparation |
| Jenni Biggs | 5/6/2007 | 4.50 | $625 | $2,812.50 | Meeting preparation |
| Jenni Biggs | 5/7/2007 | 9.00 | $625 | $5,625.00 | Grace meeting preparation, meeting & follow-up |
| Jenni Biggs | 5/7/2007 | 3.20 | $625 | $2,000.00 | 50% non-working travel |
| Jenni Biggs | 5/8/2007 | 2.50 | $625 | $1,562.50 | Analysis |
| Jenni Biggs | 5/8/2007 | 0.70 | $625 | $437.50 | Billing |
| Jenni Biggs | 5/9/2007 | 3.00 | $625 | $1,875.00 | Analysis |
| Jenni Biggs | 5/10/2007 | 0.50 | $625 | $312.50 | Analysis |
| Jenni Biggs | 5/14/2007 | 3.50 | $625 | $2,187.50 | Report preparation |
| Jenni Biggs | 5/15/2007 | 4.50 | $625 | $2,812.50 | Report preparation |
| Jenni Biggs | 5/17/2007 | 3.20 | $625 | $2,000.00 | Analysis |
| Jenni Biggs | 5/18/2007 | 3.50 | $625 | $2,187.50 | Text preparation |
| Jenni Biggs | 5/20/2007 | 0.50 | $625 | $312.50 | Report preparation |
| Jenni Biggs | 5/21/2007 | 4.50 | $625 | $2,812.50 | Report preparation |
| Jenni Biggs | 5/22/2007 | 11.50 | $625 | $7,187.50 | Report preparation |
| Jenni Biggs | 5/23/2007 | 7.80 | $625 | $4,875.00 | Report preparation |
| Jenni Biggs | 5/24/2007 | 6.70 | $625 | $4,187.50 | Report preparation |
| Jenni Biggs | 5/25/2007 | 8.50 | $625 | $5,312.50 | Report preparation |
| Jenni Biggs | 5/29/2007 | 4.20 | $625 | $2,625.00 | Report preparation |
| Jenni Biggs | 5/30/2007 | 6.50 | $625 | $4,062.50 | Report preparation; data analysis |
| Jenni Biggs | 5/31/2007 | 2.70 | $625 | $1,687.50 | Report preparation |
| | | 131.80 | | $82,375.00 | |
| | | | | | |
| Julianne Callaway | 5/1/2007 | 10.00 | $300 | $3,000.00 | Conference call |
| Julianne Callaway | 5/2/2007 | 14.00 | $300 | $4,200.00 | Text |
| Julianne Callaway | 5/3/2007 | 4.00 | $300 | $1,200.00 | Text |
| Julianne Callaway | 5/4/2007 | 6.90 | $300 | $2,070.00 | Prepare for meeting |
| Julianne Callaway | 5/7/2007 | 11.00 | $300 | $3,300.00 | Meeting + 50% non-working travel |
| Julianne Callaway | 5/8/2007 | 5.00 | $300 | $1,500.00 | Database work |
| Julianne Callaway | 5/9/2007 | 1.50 | $300 | $450.00 | Planning |
| Julianne Callaway | 5/10/2007 | 1.00 | $300 | $300.00 | Database work |
| Julianne Callaway | 5/11/2007 | 7.20 | $300 | $2,160.00 | Database work |
| Julianne Callaway | 5/14/2007 | 3.50 | $300 | $1,050.00 | Database work |
| Julianne Callaway | 5/15/2007 | 4.50 | $300 | $1,350.00 | Database work |
| Julianne Callaway | 5/16/2007 | 6.10 | $300 | $1,830.00 | Database work; Prepare data for exhibits |
| Julianne Callaway | 5/17/2007 | 6.50 | $300 | $1,950.00 | Database work |
| Julianne Callaway | 5/18/2007 | 5.40 | $300 | $1,620.00 | Data work |
| Julianne Callaway | 5/21/2007 | 7.30 | $300 | $2,190.00 | Data work |
| Julianne Callaway | 5/22/2007 | 4.50 | $300 | $1,350.00 | Updates to draft report |
| Julianne Callaway | 5/23/2007 | 3.50 | $300 | $1,050.00 | Updates to draft report |
| Julianne Callaway | 5/24/2007 | 3.40 | $300 | $1,020.00 | Data work |
| Julianne Callaway | 5/25/2007 | 1.00 | $300 | $300.00 | Update numbers for text; Data work |
| Julianne Callaway | 5/30/2007 | 1.50 | $300 | $450.00 | Data work |
| | | 107.80 | | $32,340.00 | |
| | | | | | |
| Melissa Chung | 5/1/2007 | 7.50 | $250 | $1,875.00 | Manville matching |
| Melissa Chung | 5/2/2007 | 1.50 | $250 | $375.00 | Manville matching; summary for text |
| Melissa Chung | 5/2/2007 | 6.50 | $250 | $1,625.00 | Tech review exhibits |
| Melissa Chung | 5/3/2007 | 1.50 | $250 | $375.00 | Tech review filing patterns by disease |
| Melissa Chung | 5/8/2007 | 6.00 | $250 | $1,500.00 | Analysis |
| Melissa Chung | 5/9/2007 | 1.00 | $250 | $250.00 | Analysis |
| Melissa Chung | 5/11/2007 | 2.50 | $250 | $625.00 | Analysis |
| Melissa Chung | 5/13/2007 | 2.10 | $250 | $525.00 | Manville match |
| Melissa Chung | 5/14/2007 | 3.20 | $250 | $800.00 | Manville match |
| Melissa Chung | 5/15/2007 | 4.40 | $250 | $1,100.00 | Manville match |
| Melissa Chung | 5/16/2007 | 1.00 | $250 | $250.00 | Analysis |
| Melissa Chung | 5/17/2007 | 0.70 | $250 | $175.00 | Analysis |
| Melissa Chung | 5/22/2007 | 1.00 | $250 | $250.00 | Analysis |
| Melissa Chung | 5/24/2007 | 3.00 | $250 | $750.00 | Analysis |
| Melissa Chung | 5/25/2007 | 1.40 | $250 | $350.00 | Text |
| Melissa Chung | 5/29/2007 | 0.70 | $250 | $175.00 | Text update |
| Melissa Chung | 5/30/2007 | 2.70 | $250 | $675.00 | Analysis |
| Melissa Chung | 5/31/2007 | 2.20 | $250 | $550.00 | Update text |
| | | 48.90 | | $12,225.00 | |

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Bryan Gillespie | 5/1/2007 | 7.20 | $400 | $2,880.00 | Analysis |
| Bryan Gillespie | 5/2/2007 | 3.90 | $400 | $1,560.00 | Analysis |
| Bryan Gillespie | 5/3/2007 | 3.60 | $400 | $1,440.00 | Analysis |
| Bryan Gillespie | 5/4/2007 | 4.40 | $400 | $1,760.00 | Analysis |
| Bryan Gillespie | 5/5/2007 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 5/6/2007 | 1.10 | $400 | $440.00 | Analysis |
| Bryan Gillespie | 5/7/2007 | 6.00 | $400 | $2,400.00 | Meeting |
| Bryan Gillespie | 5/7/2007 | 2.60 | $400 | $1,040.00 | Analysis |
| Bryan Gillespie | 5/7/2007 | 2.20 | $400 | $880.00 | 50% of non-working travel |
| Bryan Gillespie | 5/8/2007 | 4.10 | $400 | $1,640.00 | Analysis |
| Bryan Gillespie | 5/9/2007 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 5/10/2007 | 1.40 | $400 | $560.00 | Analysis |
| Bryan Gillespie | 5/11/2007 | 6.60 | $400 | $2,640.00 | Analysis |
| Bryan Gillespie | 5/12/2007 | 0.50 | $400 | $200.00 | Analysis |
| Bryan Gillespie | 5/14/2007 | 1.30 | $400 | $520.00 | Analysis |
| Bryan Gillespie | 5/15/2007 | 1.40 | $400 | $560.00 | Teleconference, analysis |
| Bryan Gillespie | 5/16/2007 | 4.30 | $400 | $1,720.00 | Analysis |
| Bryan Gillespie | 5/17/2007 | 0.20 | $400 | $80.00 | Analysis |
| Bryan Gillespie | 5/21/2007 | 3.50 | $400 | $1,400.00 | Analysis |
| Bryan Gillespie | 5/22/2007 | 3.20 | $400 | $1,280.00 | Analysis |
| Bryan Gillespie | 5/23/2007 | 2.10 | $400 | $840.00 | Analysis |
| Bryan Gillespie | 5/24/2007 | 3.20 | $400 | $1,280.00 | Analysis |
| Bryan Gillespie | 5/25/2007 | 2.10 | $400 | $840.00 | Analysis |
| Bryan Gillespie | 5/29/2007 | 3.50 | $400 | $1,400.00 | Analysis |
| Bryan Gillespie | 5/30/2007 | 3.20 | $400 | $1,280.00 | Analysis |
| Bryan Gillespie | 5/31/2007 | 1.30 | $400 | $520.00 | Analysis |
| | | 77.50 | | $31,000.00 | |
| | | | | | |
| Jeff Kimble | 5/1/2007 | 8.50 | $375 | $3,187.50 | Analysis |
| Jeff Kimble | 5/2/2007 | 12.90 | $375 | $4,837.50 | Analysis |
| Jeff Kimble | 5/3/2007 | 7.40 | $375 | $2,775.00 | Analysis |
| Jeff Kimble | 5/4/2007 | 3.60 | $375 | $1,350.00 | Analysis |
| Jeff Kimble | 5/5/2007 | 1.50 | $375 | $562.50 | Analysis |
| Jeff Kimble | 5/6/2007 | 1.20 | $375 | $450.00 | Analysis |
| Jeff Kimble | 5/7/2007 | 10.50 | $375 | $3,937.50 | Meeting and 50% non-working travel |
| Jeff Kimble | 5/8/2007 | 0.70 | $375 | $262.50 | Analysis |
| Jeff Kimble | 5/9/2007 | 2.80 | $375 | $1,050.00 | Analysis |
| Jeff Kimble | 5/10/2007 | 2.90 | $375 | $1,087.50 | Analysis |
| Jeff Kimble | 5/11/2007 | 3.90 | $375 | $1,462.50 | Analysis |
| Jeff Kimble | 5/15/2007 | 4.10 | $375 | $1,537.50 | Analysis |
| Jeff Kimble | 5/16/2007 | 6.80 | $375 | $2,550.00 | Analysis |
| Jeff Kimble | 5/17/2007 | 6.70 | $375 | $2,512.50 | Analysis |
| Jeff Kimble | 5/21/2007 | 5.50 | $375 | $2,062.50 | Analysis |
| Jeff Kimble | 5/22/2007 | 1.40 | $375 | $525.00 | Analysis |
| Jeff Kimble | 5/23/2007 | 4.40 | $375 | $1,650.00 | Analysis |
| Jeff Kimble | 5/24/2007 | 1.00 | $375 | $375.00 | Analysis |
| | | 85.80 | | $32,175.00 | |
| | | | | | |
| Steve Lin | 5/3/2007 | 2.50 | $425 | $1,062.50 | Review of preliminary draft report |
| | | 2.50 | | $1,062.50 | |
| | | | | | |
| Adam Luechtefeld | 5/1/2007 | 4.50 | $250 | $1,125.00 | Working with the exhibits |
| Adam Luechtefeld | 5/2/2007 | 11.50 | $250 | $2,875.00 | Working with the exhibits |
| Adam Luechtefeld | 5/3/2007 | 4.50 | $250 | $1,125.00 | Working with the exhibits |
| Adam Luechtefeld | 5/4/2007 | 4.50 | $250 | $1,125.00 | Working with the exhibits |
| Adam Luechtefeld | 5/9/2007 | 1.00 | $250 | $250.00 | Working with the exhibits |
| Adam Luechtefeld | 5/10/2007 | 1.50 | $250 | $375.00 | Working with the exhibits |
| Adam Luechtefeld | 5/11/2007 | 0.50 | $250 | $125.00 | Working with the exhibits |
| Adam Luechtefeld | 5/14/2007 | 7.00 | $250 | $1,750.00 | Working with the exhibits |
| Adam Luechtefeld | 5/15/2007 | 3.50 | $250 | $875.00 | Working with the exhibits |
| Adam Luechtefeld | 5/16/2007 | 1.50 | $250 | $375.00 | Working with the exhibits |
| Adam Luechtefeld | 5/17/2007 | 2.00 | $250 | $500.00 | Working with the exhibits |
| Adam Luechtefeld | 5/18/2007 | 6.00 | $250 | $1,500.00 | Working with the exhibits |
| Adam Luechtefeld | 5/21/2007 | 7.50 | $250 | $1,875.00 | Working with the exhibits |
| Adam Luechtefeld | 5/22/2007 | 7.50 | $250 | $1,875.00 | Working with the exhibits |
| Adam Luechtefeld | 5/23/2007 | 9.50 | $250 | $2,375.00 | Working with the exhibits |
| Adam Luechtefeld | 5/25/2007 | 7.00 | $250 | $1,750.00 | Working with the exhibits |
| Adam Luechtefeld | 5/30/2007 | 2.00 | $250 | $500.00 | Working with the exhibits |
| Adam Luechtefeld | 5/31/2007 | 0.50 | $250 | $125.00 | Working with the exhibits |
| | | 82.00 | | $20,500.00 | |

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Alicia Oliver | 5/10/2007 | 6.50 | $150 | $975.00 | Rust data |
| Alicia Oliver | 5/14/2007 | 5.25 | $150 | $787.50 | Rust data |
| Alicia Oliver | 5/15/2007 | 4.00 | $150 | $600.00 | Rust data |
| Alicia Oliver | 5/18/2007 | 6.75 | $150 | $1,012.50 | Rust data |
| Alicia Oliver | 5/21/2007 | 8.50 | $150 | $1,275.00 | Rust data |
| Alicia Oliver | 5/22/2007 | 8.00 | $150 | $1,200.00 | Rust data |
| Alicia Oliver | 5/23/2007 | 6.75 | $150 | $1,012.50 | Rust data |
| Alicia Oliver | 5/24/2007 | 7.25 | $150 | $1,087.50 | Rust data |
| Alicia Oliver | 5/25/2007 | 7.00 | $150 | $1,050.00 | Rust data |
| Alicia Oliver | 5/29/2007 | 6.50 | $150 | $975.00 | Rust data |
| Alicia Oliver | 5/30/2007 | 0.50 | $150 | $75.00 | Rust data |
| | | 67.00 | | $10,050.00 | |
| | | | | | |
| Brent Petzoldt | 5/2/2007 | 8.00 | $210 | $1,680.00 | Rust data |
| | | 8.00 | | $1,680.00 | |
| | | | | | |
| Dave Powell | 5/1/2007 | 5.20 | $675 | $3,510.00 | Peer review |
| Dave Powell | 5/2/2007 | 1.80 | $675 | $1,215.00 | Peer review |
| Dave Powell | 5/3/2007 | 5.20 | $675 | $3,510.00 | Peer review |
| Dave Powell | 5/11/2007 | 0.70 | $675 | $472.50 | Peer review |
| Dave Powell | 5/23/2007 | 2.20 | $675 | $1,485.00 | Peer review |
| Dave Powell | 5/25/2007 | 0.50 | $675 | $337.50 | Peer review |
| Dave Powell | 5/30/2007 | 1.60 | $675 | $1,080.00 | Peer review |
| Dave Powell | 5/31/2007 | 0.20 | $675 | $135.00 | Peer review |
| | | 17.40 | | $11,745.00 | |
| | | | | | |
| Rhamonda Riggins | 5/2/2007 | 1.00 | $260 | $260.00 | Rust data |
| Rhamonda Riggins | 5/3/2007 | 0.50 | $260 | $130.00 | Rust data |
| Rhamonda Riggins | 5/8/2007 | 3.50 | $260 | $910.00 | Rust data |
| Rhamonda Riggins | 5/9/2007 | 6.00 | $260 | $1,560.00 | Rust data |
| Rhamonda Riggins | 5/10/2007 | 5.00 | $260 | $1,300.00 | Rust data |
| Rhamonda Riggins | 5/11/2007 | 1.50 | $260 | $390.00 | Rust data |
| Rhamonda Riggins | 5/14/2007 | 4.30 | $260 | $1,118.00 | Rust data |
| Rhamonda Riggins | 5/15/2007 | 2.00 | $260 | $520.00 | Rust data |
| Rhamonda Riggins | 5/16/2007 | 0.70 | $260 | $182.00 | Rust data |
| Rhamonda Riggins | 5/17/2007 | 6.80 | $260 | $1,768.00 | Rust data |
| Rhamonda Riggins | 5/18/2007 | 1.50 | $260 | $390.00 | Rust data |
| Rhamonda Riggins | 5/24/2007 | 0.50 | $260 | $130.00 | Rust data |
| Rhamonda Riggins | 5/29/2007 | 3.50 | $260 | $910.00 | Rust data |
| | | 36.80 | | $9,568.00 | |
| | | | | | |
| | | | | | |
| Ollie Sherman | 5/1/2007 | 3.50 | $675 | $2,362.50 | Review of draft report |
| Ollie Sherman | 5/7/2007 | 2.00 | $675 | $1,350.00 | Review of draft report |
| Ollie Sherman | 5/7/2007 | 6.00 | $675 | $4,050.00 | Meeting with Orrick |
| Ollie Sherman | 5/8/2007 | 2.00 | $675 | $1,350.00 | Review of draft report |
| Ollie Sherman | 5/9/2007 | 1.00 | $675 | $675.00 | Discussion of changes to report and work plan |
| | | 14.50 | | $9,787.50 | |
| | | | | | |
| Patrick Yu | 5/14/2007 | 5.00 | $215 | $1,075.00 | Database work |
| Patrick Yu | 5/15/2007 | 0.50 | $215 | $107.50 | Database work |
| | | 5.50 | | $1,182.50 | |
| | | | | | |
| | | 685.50 | | $255,690.50 | |