IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors ) | |

THIRTY- EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | March 1, 2007 through March 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $119,047.50): | $ 95,238.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $    472.38 |
| Total Amount Due: | $ 95,710.38 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for responding to U.S. Trustee inquiries regarding fees and for fee application preparation for the months of December 2006, January and February 2007 as well as the quarter ended December 31, 2006, is 22.1 hours and corresponding compensation requested is approximately $7,479.00.

This is the Thirty-Eighth Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

THIRTY- EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

THIRTY- EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

THIRTY- EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

THIRTY- EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |

THIRTY- EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 13, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 13, 2007 | February 1, 2007 Through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 27, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |

THIRTY- EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 3/1/07 through 3/31/07**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $595 | 15.50 | $9,222.50 |
| S. Cunningham | Member | $595 | 50.00 | $29,750.00 |
| R. Frezza | Consultant | $485 | 64.00 | $31,040.00 |
| J. Dolan | Consultant | $375 | 126.20 | $47,325.00 |
| M. Desalvio | Research | $160 | 8.50 | $1,360.00 |
| N. Backer | Paraprofessional | $100 | 3.50 | $350.00 |
| **For the Period 3/1/07 through 3/31/07** | | | **267.70** | **$119,047.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 3/1/07 through 3/31/07

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared analyses of recovery scenarios under various assumptions. | 4.70 | $2,488.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including tax impact of repatriation of cash and pending matters before the court, with counsel and Committee members. | 12.50 | $4,797.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the December, January and February monthly and the 4 Q 06 quarterly Fee Statements. Additionally, applicant responded to Fee Auditor and UST Inquiries. | 22.10 | $7,479.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding 4Q 06 quarterly results and January 2007 monthly results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A report to Committee was prepared thereon. | 11.70 | $4,805.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant analyzed data regarding the 2007 Business Plan, by comparing a detailed plan to prior year, prepared industry analysis as well as sensitivity analyses for inclusion in the Business Plan Report, as well as prepared a comprehensive report to the Committee based on extensive analysis of the plan and numerous discussions with the debtor and advisors. | 189.60 | $88,194.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant analyzed repatriation issues, analyzed NOL position and tax litigation issue. | 18.60 | $9,923.00 |
| 21. Research | During the Fee Application period, the Applicant Researched peer comparables, industry stats, and macroeconomic indicators to be included in report to the committee. | 8.50 | $1,360.00 |
| **For the Period 3/1/07 through 3/31/07** | | **267.70** | **$119,047.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 3/1/07 through 3/31/07

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| **03. Claims Analysis & Valuation** | | | |
| 3/20/2007 | J. Dolan | 1.40 | Reviewed 4th quarter 2006 peer analysis for inclusion in the revised recovery analysis. |
| 3/23/2007 | E. Ordway | 1.90 | Analyzed current valuation multiples for peer group. |
| 3/28/2007 | E. Ordway | 1.40 | Analyzed capital structures of peer group companies. |
| Subtotal | | 4.70 | |
| **04. Creditor Committee Matters** | | | |
| 3/1/2007 | J. Dolan | 2.50 | Meeting with Committee member to discuss the Plan presentation and give an update on the current operating results. |
| 3/2/2007 | J. Dolan | 0.90 | Participated in discussions with counsel regarding the tax impact of the repatriation of cash. |
| 3/6/2007 | J. Dolan | 1.00 | Prepared for and participated in follow up conference call with counsel regarding the tax impact of repatriation of cash. |
| 3/12/2007 | J. Dolan | 1.70 | Read and analyzed recent docket submissions. |
| 3/13/2007 | E. Ordway | 0.20 | Called Committee member to discuss case status. |
| 3/13/2007 | J. Dolan | 1.00 | Read and analyzed Counsel's memo related to the BNSF pre-injunction motion. |
| 3/19/2007 | J. Dolan | 1.10 | Reviewed and analyzed counsel's memo regarding several matters pending before the Court. |
| 3/19/2007 | J. Dolan | 1.00 | Read and analyzed recent docket items. |
| 3/20/2007 | J. Dolan | 2.80 | Prepared for and participated in discussion with counsel regarding status update on pending actions before the Court; and proposed tax litigation motion. |
| 3/28/2007 | E. Ordway | 0.30 | Called Committee member to discuss case calendar. |
| Subtotal | | 12.50 | |
| **07. Fee Applications & Invoices** | | | |

**Capstone Advisory Group, LLC**
**Invoice for the March Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/12/2007 | J. Dolan | 1.30 | Preparation of December fee application. |
| 3/12/2007 | J. Dolan | 1.20 | Preparation of February 2007 fee application. |
| 3/12/2007 | J. Dolan | 1.50 | Preparation of January 2007 fee application. |
| 3/13/2007 | J. Dolan | 1.10 | Finalized December 2006 fee application. |
| 3/13/2007 | J. Dolan | 1.20 | Revised January 2007 fee application. |
| 3/13/2007 | E. Ordway | 0.40 | Prepared fee application. |
| 3/14/2007 | N. Backer | 1.20 | Prepared Quarterly fee application for Oct – Dec. '06. |
| 3/14/2007 | N. Backer | 0.80 | Prepared fee application for December '06. |
| 3/15/2007 | N. Backer | 0.70 | Prepared fee application for January 2007. |
| 3/15/2007 | J. Dolan | 1.20 | Reconciliation of unpaid invoices with the Debtor. |
| 3/15/2007 | N. Backer | 0.80 | Prepared Quarterly fee application for February 2007. |
| 3/15/2007 | J. Dolan | 1.30 | Preparation of February fee application. |
| 3/16/2007 | J. Dolan | 2.60 | Read and analyzed UST auditors inquiry and prepared response. |
| 3/19/2007 | J. Dolan | 0.50 | Responded to US Trustee regarding 3Q06 inquiry. |
| 3/19/2007 | E. Ordway | 0.30 | Directed staff in responding to fee examiner inquiry. |
| 3/19/2007 | J. Dolan | 0.80 | Reviewed statement from the fee auditor for accuracy. |
| 3/19/2007 | J. Dolan | 0.80 | Responded to fee auditor regarding 3Q06 quarterly fee app. |
| 3/20/2007 | J. Dolan | 1.00 | Reviewed quarterly fee app for Oct 1 - Dec 31, 2006 period. |
| 3/20/2007 | J. Dolan | 1.40 | Finalized December fee app. |
| 3/26/2007 | J. Dolan | 1.00 | Fee analysis and follow up on outstanding receivable balances with the Company. |
| 3/27/2007 | J. Dolan | 1.00 | Preparation of 4Q06 fee application. |
| Subtotal | | 22.10 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/2/2007 | R. Frezza | 3.80 | Reviewed Q4 and YTD financial report from company and prepared questions; set up conf call with management. |
| 3/5/2007 | J. Dolan | 1.70 | Edited Q406 analyses based on additional information received from the Company. |
| 3/5/2007 | J. Dolan | 3.50 | Read and analyzed the Company's Executive Summary Financial Statements for the quarter ended December 31, 2006. |
| 3/5/2007 | J. Dolan | 2.70 | Read and analyzed Debtors' January 2007 operating report. |
| Subtotal | | 11.70 | |

09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/1/2007 | S. Cunningham | 2.30 | Read and analyzed FY 2007 divisional business plan. |
| 3/1/2007 | E. Ordway | 1.30 | Prepared condensed cash flow analysis for inclusion in committee report. |
| 3/1/2007 | J. Dolan | 1.10 | Analyzed the impact of the Company's cash repatriation issue. |
| 3/1/2007 | J. Dolan | 1.80 | Updated the 2007 business plan report to the Committee for information received. |
| 3/1/2007 | J. Dolan | 2.40 | Continued analysis of the detailed divisional 2007 business plans. |
| 3/2/2007 | E. Ordway | 0.40 | Analyzed undistributed foreign earnings data. |
| 3/2/2007 | J. Dolan | 2.30 | Updated productivity and other analyses for Q406 portion of Committee report. |
| 3/2/2007 | S. Cunningham | 2.75 | Read and analyzed FY 2007 divisional business plan. |
| 3/2/2007 | J. Dolan | 2.60 | Prepared commentary for Q406 portion of Committee report. |
| 3/5/2007 | J. Dolan | 1.00 | Finalized information request in anticipation of conference call with Debtor/Blackstone. |
| 3/5/2007 | R. Frezza | 3.10 | Obtained sampling of Chemical Industry Analyst reports and began reviewing and analyzing trends and issues impacting specialty chemical sector. |
| 3/5/2007 | R. Frezza | 2.60 | Commenced review and analysis of Peer Company financial data using data summarized from Bloomberg. |
| 3/5/2007 | R. Frezza | 2.70 | Summarized Peer Company information and prepared preliminary Peer Group market multiple analysis. |
| 3/6/2007 | J. Dolan | 2.90 | Summarized information from the 10K filing to be included in the 2007 Plan report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 3/6/2007 | R. Frezza | 2.70 | Continued review of Chemical Industry and Peer analyst report in connection with Peer Group update for purposes of 2007 Plan analysis. |
| 3/6/2007 | R. Frezza | 2.90 | Reviewed in detail analyst reports on Chemical Industry Update and "Americas: Chemicals" Reports (Goldman Sachs) Noted issues relevant to Grace. |
| 3/6/2007 | R. Frezza | 2.40 | Participated in call with management regarding repatriation of cash, tax impact of such repatriation and initial Q&A session regarding questions on 2007 Plan. |
| 3/6/2007 | J. Dolan | 3.00 | Read and analyzed the Company's recently filed Form 10K for the year ended December 31, 2006. |
| 3/7/2007 | R. Frezza | 2.10 | Reviewed and analyzed US Chemicals Industry 2007 Primer and US Chemicals Monthly reports UBS).  Noted key issues and trends relevant to Grace. |
| 3/7/2007 | R. Frezza | 2.50 | Prepared analysis summarizing preliminary findings, trends and observations based on industry reports review and analyzed. |
| 3/7/2007 | R. Frezza | 3.60 | Reviewed and analyzed Chemicals Industry 2007 Primer (Merrill Lynch over 300 pages).  Noted key issues and trends relevant to Grace. |
| 3/7/2007 | E. Ordway | 1.30 | Prepared/edited business plan report for the Committee. |
| 3/7/2007 | S. Cunningham | 3.20 | Analyzed divisional FY 07 Plan and related cash flow. |
| 3/7/2007 | J. Dolan | 2.50 | Continued analysis of 2007 business plan and preparation of report to the Committee. |
| 3/8/2007 | S. Cunningham | 3.00 | Analyzed FY 06 results versus prior year, prepared comparative analysis of 06 versus 07 Plan. |
| 3/8/2007 | R. Frezza | 2.60 | Reviewed and Analyzed press releases and analyst reports for Rohm & Haas; ALB and PPG re: 2006 performance and 2007 outlook. |
| 3/8/2007 | R. Frezza | 2.30 | Reviewed and analyzed press releases and analyst reports for IFF, DuPont and Dow re: 2006 performance and 2007 outlook. |
| 3/8/2007 | R. Frezza | 1.50 | Reviewed and analyzed press releases and analyst reports for Chemtura and HB Fuller re: 2006 performance and 2007 outlook. |
| 3/9/2007 | R. Frezza | 2.20 | Reviewed and analyzed additional Chem Industry analyst reports including "Major & Specialty Chemicals" (Credit Suisse) and monthly "Chemicals" reports (Morgan Stanley). |
| 3/9/2007 | R. Frezza | 2.10 | Prepared trend analysis taking into consideration price and volume trends noted re: feedstocks, raw materials and natural gas. |
| 3/9/2007 | R. Frezza | 1.10 | Created charts/graphs from peer analysis for use in Capstone report. |

**Capstone Advisory Group, LLC**
**Invoice for the March Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/9/2007 | R. Frezza | 2.80 | Prepared detail peer analysis incorporating information derived from information accumulated (see 3/8/07 descriptions). |
| 3/12/2007 | R. Frezza | 1.10 | Revised trend analysis of raw material, feedstocks and natural gas trends. |
| 3/12/2007 | E. Ordway | 0.70 | Directed staff in analyses of industry data for business plan report. |
| 3/12/2007 | R. Frezza | 1.70 | Updated Peer market multiple analysis and related charts based on updated financial information. |
| 3/12/2007 | R. Frezza | 1.40 | Revised report draft of Peer section of 2007 Capstone report. |
| 3/12/2007 | R. Frezza | 2.40 | Reviewed and analyzed additional Chem Industry analyst reports including "Chemicals Models" (Merrill Lynch) and certain other short updates of previously mentioned analyst releases. |
| 3/12/2007 | J. Dolan | 1.90 | Read and analyzed research data related to metals, housing and currency to be included in the Committee Report. |
| 3/13/2007 | R. Frezza | 3.10 | Considered new/updated analyst reports (UBS & Merrill Lynch) and revised Peer Analyses accordingly. |
| 3/13/2007 | S. Cunningham | 4.50 | Reviewed macroeconomic data included in 2007 Plan and prepared analysis. |
| 3/13/2007 | J. Dolan | 1.10 | Prepared corporate expenses analysis for business plan report. |
| 3/13/2007 | J. Dolan | 1.80 | Analyzed current currency rates as compared to currency rates in the 2007 business plan to assess risk. |
| 3/13/2007 | J. Dolan | 1.90 | Prepared analyses for 2007 business plan report to the Committee. |
| 3/13/2007 | R. Frezza | 0.60 | Coordinated with staff on progress of 2007 overall report. |
| 3/13/2007 | R. Frezza | 1.10 | Reviewed overall 2007 report outline. |
| 3/14/2007 | J. Dolan | 2.20 | Prepared base business growth analysis for business plan report. |
| 3/14/2007 | J. Dolan | 2.80 | Prepared summary of industry related macroeconomic indicators for use in 2007 business plan report. |
| 3/14/2007 | R. Frezza | 2.80 | Considered new/updated analyst reports (UBS & Merrill Lynch) and revised Peer Analyses accordingly. |
| 3/14/2007 | R. Frezza | 1.40 | Reviewed overall 2007 report outline. |
| 3/15/2007 | R. Frezza | 3.10 | Continued drafting/revising report explaining peer and industry trends based on additional updated information. |
| 3/15/2007 | J. Dolan | 2.50 | Prepared sensitivity analysis for the business plan report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/15/2007 | J. Dolan | 2.80 | Prepared commentary for business plan report. |
| 3/15/2007 | S. Cunningham | 4.00 | Reviewed draft report to the Committee and sensitivity analysis related to FY 2007. |
| 3/15/2007 | R. Frezza | 1.50 | Reviewed revised overall 2007 report and provided comments. |
| 3/16/2007 | J. Dolan | 2.50 | Prepared commentary for 2007 Business Plan report to the Committee. |
| 3/16/2007 | S. Cunningham | 2.50 | Analyzed impact of various sensitivities on FY 07 Plan EBITDA and cash flow. |
| 3/16/2007 | J. Dolan | 1.80 | Reviewed and analyzed requested information received from Blackstone for inclusion in the business plan report. |
| 3/16/2007 | E. Ordway | 2.40 | Prepared analyses and commentary for inclusion in business plan report regarding international cash flow. |
| 3/19/2007 | J. Dolan | 2.90 | Incorporated additional information received from the Company into the 2007 business plan report. |
| 3/19/2007 | E. Ordway | 1.80 | Analyzed financial reports for selected competitors to determine analyzed earnings. |
| 3/19/2007 | J. Dolan | 1.90 | Reviewed peer group trends and related financial summary for inclusion in 2007 Business Plan Report to the Committee. |
| 3/21/2007 | J. Dolan | 1.50 | Analyzed Chemical industry reports and related peer reports for inclusion in the 2007 Business Plan Report. |
| 3/22/2007 | J. Dolan | 1.70 | Review of overall 2007 business plan report. |
| 3/22/2007 | J. Dolan | 4.50 | Review of business plan report and subsequent changes / additions to report. |
| 3/22/2007 | J. Dolan | 2.30 | Analyzed latest housing starts data released and incorporated information into the 2007 business plan report. |
| 3/22/2007 | S. Cunningham | 3.75 | Read and analyzed updated peer group information and 2007 plan information. |
| 3/23/2007 | S. Cunningham | 3.00 | Read and analyzed financial analysis pertaining to Q4 performance and FY 2007 plan. |
| 3/26/2007 | J. Dolan | 1.80 | Updated Capstone sensitivity analysis in the Plan report. |
| 3/26/2007 | S. Cunningham | 5.50 | Read and analyzed Q406/ FY 2007 Report to Committee. |
| 3/26/2007 | J. Dolan | 2.40 | Review of 2007 plan report. |
| 3/26/2007 | J. Dolan | 2.80 | Changes to report to reflect additional analyses. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/27/2007 | J. Dolan | 2.40 | Edited and prepared updates to 2007 Plan report. |
| 3/27/2007 | J. Dolan | 3.50 | Updated schedules and commentary for 2007 business plan report. |
| 3/27/2007 | J. Dolan | 1.70 | Analyzed impact of housing starts on 2007 Plan. |
| 3/27/2007 | S. Cunningham | 3.50 | Read and analyzed Committee report, and provided comments thereon. |
| 3/27/2007 | J. Dolan | 1.50 | Prepared cash flow bridge from 2006 Plan to 2006 Actual for inclusion in Plan report. |
| 3/28/2007 | J. Dolan | 2.40 | Reviewed Plan report and made final revisions before distributing to Counsel for review. |
| 3/29/2007 | E. Ordway | 0.90 | Prepared/edited executive summary section of report to the Committee. |
| 3/29/2007 | J. Dolan | 2.00 | Updated commentary to report. |
| 3/29/2007 | J. Dolan | 3.00 | Prepared analysis of the impact of declining housing starts on the Plan. |
| 3/29/2007 | J. Dolan | 3.00 | Analyzed cash flow projections for non-recurring items. |
| 3/30/2007 | E. Ordway | 1.20 | Prepared analyses to summarize peer group observations for business plan report. |
| Subtotal | | 189.60 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/1/2007 | E. Ordway | 0.60 | Directed staff in analyzing repatriation issues. |
| 3/6/2007 | J. Dolan | 2.40 | Prepared for and participated in conference call with the Company regarding the tax impact of repatriation of cash. |
| 3/6/2007 | S. Cunningham | 3.00 | Analyzed NOL position and prepared for and participated in discussion regarding cash repatriation strategy with the Company. |
| 3/6/2007 | R. Frezza | 0.80 | Prepared for and participated in follow up conference call with counsel regarding the tax impact of repatriation of cash. |
| 3/20/2007 | E. Ordway | 0.40 | Read documents pertaining to tax litigation and summarized points for staff to follow-up on. |
| 3/20/2007 | S. Cunningham | 3.00 | Read and analyzed Fresenius tax sharing agreement. Reviewed motion. |
| 3/20/2007 | J. Dolan | 1.20 | Prepared a summary of pending motion issues in anticipation of discussion with Counsel. |
| 3/20/2007 | J. Dolan | 1.20 | Read and analyzed Debtors proposed motion and supporting documents related to tax litigation. |

Capstone Advisory Group, LLC
Invoice for the March Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/21/2007 | S. Cunningham | 3.50 | Read and analyzed lonely parent issues and request for automatic stay. |
| 3/29/2007 | S. Cunningham | 2.50 | Reviewed Tax memo & lonely parent issues. |
| Subtotal | | 18.60 | |
| 21. Research | | | |
| 3/1/2007 | M. Desalvio | 5.30 | Researched macroeconomic indicators, currency rates, and other economic data to be included in Plan Report to the Committee. |
| 3/7/2007 | M. Desalvio | 0.50 | Researched Enterprise Values for peer analysis to be used in Committee Report. |
| 3/8/2007 | M. Desalvio | 1.00 | Retrieve 2006 10K's for Grace peers. |
| 3/13/2007 | M. Desalvio | 0.50 | Retrieve sales & EBIT Growth for 2002 to 2006 for 8 Grace peers. |
| 3/19/2007 | M. Desalvio | 0.50 | Retrieve financial info for CEM and FUL, peers of GRA. |
| 3/21/2007 | M. Desalvio | 0.20 | Retrieved industry documents for Plan analysis. |
| 3/23/2007 | M. Desalvio | 0.50 | Researched Housing starts for Plan analysis. |
| Subtotal | | 8.50 | |
| **Total Hours** | | **267.70** | |

Capstone Advisory Group, LLC
Invoice for the March Fee Application

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 3/1/07 through 3/31/07

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Airfare/Train | | | |
| 3/1/2007 J. Dolan | | Train to Plan Presentation 2/20/07 | $26.50 |
| Subtotal - Airfare/Train | | | $26.50 |
| Copies | | | |
| 3/30/2007 Capstone Expenses | | March copies - 10 copies @ .10 ea | $1.00 |
| Subtotal - Copies | | | $1.00 |
| Parking/Tolls | | | |
| 3/1/2007 J. Dolan | | Parking for Committee member meeting | $38.00 |
| 3/1/2007 J. Dolan | | Train to Plan Presentation 2/20/07 | $2.50 |
| Subtotal - Parking/Tolls | | | $40.50 |
| Research | | | |
| 3/31/2007 Capstone Expenses | | March Factiva | $31.65 |
| 3/31/2007 Capstone Expenses | | March Bloomberg | $19.00 |
| 3/31/2007 Capstone Expenses | | Pacer quarterly - March | $11.12 |
| Subtotal - Research | | | $61.77 |
| Scans | | | |
| 3/30/2007 Capstone Expenses | | March scans - 10 Scans @ $1.00 each | $10.00 |
| Subtotal - Scans | | | $10.00 |
| Telecom Charges | | | |
| 3/31/2007 Capstone Expenses | | March Telephone - Saddle Brook Office | $332.61 |
| Subtotal - Telecom Charges | | | $332.61 |
| For the Period 3/1/07 through 3/31/07 | | | $472.38 |

Capstone Advisory Group, LLC
Invoice for the March Fee Application

Page 1 of 1