# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:     100055.WRG01

June 21, 2007                                               INVOICE:          217961

MATTER:  CLAIMANTS COMMITTEE

c/o Peter Van N. Lockwood, Esq.                             DATE:      June 21, 2007
Caplin & Drysdale                                           MATTER:    100055.WRG01
One Thomas Circle
Washington, DC 20005                                        INVOICE:         217961

**MATTER:** CLAIMANTS COMMITTEE                                        Robert M Horkovich

**PROFESSIONAL SERVICES through 05/31/07**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/02/07 | Hearing with Judge Fitzgerald. | W014 | RMH | 4.20 |
| 05/08/07 | Reviewed and revised time entries. | W011 | ACS | 0.40 |
| 05/14/07 | Follow-up on billing issues. | W011 | ACS | 0.30 |
| 05/14/07 | Reviewed and revised time entries. | W011 | ACS | 0.20 |
| 05/17/07 | Further revisions to time entries. | W011 | ACS | 0.20 |
| 05/18/07 | Finalized time entries and forwarded same to co-counsel. | W011 | ACS | 0.20 |
| 05/18/07 | Review, analysis and organization of case materials. | W001 | NJB | 1.00 |
| 05/21/07 | Review and comment upon fee applications. | W011 | RYC | 0.30 |
| 05/30/07 | Hearing with Judge Fitzgerald. | W014 | RMH | 4.40 |

**TOTAL FEES:**                                                                 **$6,800.50**

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 210.00 | 1.30 | 273.00 |
| Nicholas J Balsdon | 150.00 | 1.00 | 150.00 |
| Robert M Horkovich | 725.00 | 8.60 | 6,235.00 |
| Robert Y Chung | 475.00 | 0.30 | 142.50 |
| **TOTAL FEES:** | | | **$6,800.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:     100055.WRG01

June 21, 2007                                 INVOICE:         217961

MATTER:  CLAIMANTS COMMITTEE

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001      Asset Analysis and Recovery**

|                       | HOURS | TOTALS |
|-----------------------|-------|--------|
| Nicholas J Balsdon    | 1.00  | 150.00 |
| **TOTAL:**            | **1.00** | **150.00** |

**ACTIVITY CODE: W011      Fee Applications (Applicant)**

|                       | HOURS | TOTALS |
|-----------------------|-------|--------|
| Anne C Suffern        | 1.30  | 273.00 |
| Robert Y Chung        | 0.30  | 142.50 |
| **TOTAL:**            | **1.60** | **415.50** |

**ACTIVITY CODE: W014      Hearing**

|                       | HOURS | TOTALS |
|-----------------------|-------|--------|
| Robert M Horkovich    | 8.60  | 6,235.00 |
| **TOTAL:**            | **8.60** | **6,235.00** |

**TOTAL LEGAL FEES**                                        **$6,800.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| June 21, 2007 | INVOICE: | 217961 |

**COSTS through 05/31/07**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 05/14/07 | LIBRARY & LEGAL RESEARCH - - VENDOR: American Express - 2006 Annual A&E special report, asbestos & environmental losses rose during 2005 as asbestos funding neared completion for I. Feldgreber (A.M. Best) | E124 | 151.73 |
| 05/14/07 | LIBRARY & LEGAL RESEARCH - - VENDOR: American Express - Custom report for I. Feldgreber | E124 | 1,200.00 |
| **TOTAL COSTS:** | | | **$1,351.73** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| LB | LIBRARY & LEGAL RESEARCH | 1,351.73 |
| | **TOTAL COSTS:** | **$1,351.73** |