IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) Chapter 11<br>) <br>W.R. GRACE & CO., *et al.*, ) Case No. 01-1139 (JKF)<br>) <br>             Debtors. ) Jointly Administered<br>) <br>) **Objection deadline: July 19, 2007 @ 4:00 p.m.** | |

**SIXTY-SEVENTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., ET AL. FOR THE PERIOD MAY 1, 2007 THROUGH MAY 31, 2007**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2007 through May 31, 2007 |
| Amount of compensation sought as actual, reasonable and necessary: | $326,567.60 (80% of $408,209.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $131,750.91 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01<br>(First Interim) | 4/12/01 - 6/30/01 | $100,755.00 | $8,195.21 | $100,755.00 | $8,195.21 |

{D0088954.1 }
DOC# -171899

| | | | | | |
|---|---|---|---|---|---|
| 8/22/01 | 7/1/01 - 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,159.00) | $2,986.01 | $25,727.20 | $2,986.01 |
| 10/30/01 Second Interim | 7/01 through 9/01 (Includes September Monthly) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $34,684.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,088.80 (80% of $73,761.00) | $2,529.78 | $59,088.80 (80% of $73,761.00) | $2,529.78 |
| 5/3/02 Fourth Interim | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,771.34 | $96,452.60 (80% of $120,565.75) | $15,771.34 |
| 6/28/02 | 05/01/02 through 5/31/02 | $87,330.60 (80% of $109,163.25) | $9,853.93 | $87,330.60 (80% of $109,163.25) | $9,853.93 |
| 7/29/02 | 06/01/02 through 06/30/02 | $181,604.20 (80% of $227,005.25) | $31,099.93 | 06/01/02 through 06/30/02 | $31,099.93 |
| 9/03/02 | 07/01/02 through 07/31/02 | $185,378.20 (80% of $231,722.75) | $31,049.93 | $185,378.20 (80% of $231,722.75) | $31,049.93 |
| 9/30/02 | 08/01/02 through 08/31/02 | $197,381.00 (80% of $246,726.25) | $24,602.71 | $197,381.00 (80% of $246,726.25) | $24,602.71 |
| 10/30/02 | 09/01/02 through 09/30/02 | $58,214.20 (80% of $72,767.75) | $28,256.42 | $58,214.20 (80% of $72,767.75) | $28,256.42 |
| 12/03/02 | 10/01/02 through 10/31/02 | $28,861.20 (80% of $36,076.50) | $18,036.72 | $28,861.20 (80% of $36,076.50) | $18,036.72 |
| 12/30/02 | 11/01/02 through 11/30/02 | $29,528.00 (80% of $36,910.00) | $11,184.60 | $29,528.00 (80% of $36,910.00) | $11,184.60 |
| 1/28/03 | 12/01/02 through 12/31/02 | $12,712.00 (80% of $15,890.00) | $4,409.58 | $12,712.00 (80% of $15,890.00) | $4,409.58 |
| 2/28/03 | 1/01/03 through 1/31/03 | $12,007.20 (80% of $15,009.00) | $2,623.50 | $12,007.20 (80% of $15,009.00) | $2,623.50 |
| 3/31/03 | 2/01/03 through 2/28/03 | $8,050.40 (80% of $10,063.00) | $2,131.52 | $8,050.40 (80% of $10,063.00) | $2,131.52 |

| | | | | | |
|---|---|---|---|---|---|
| 4/29/03 | 3/01/03 through 3/31/03 | $7,086.40 (80% of $8,858.00) | $501.43 | $7,086.40 (80% of $8,858.00) | 501.43 |
| 6/02/03 | 4/01/03 through 4/30/03 | $9,834.80 (80% of $12,293.50) | $5,393.13 | $9,834.80 (80% of $12,293.50) | 5,393.13 |
| 7/01/03 | 5/01/03 through 5/31/03 | $5,660.40 (80% of $7,075.50) | $573.66 | $5,660.40 (80% of $7,075.50) | 573.66 |
| 8/05/03 | 6/01/03 through 6/30/03 | $6,848.80 (80% of $8,561.00) | $211.04 | $6,848.80 (80% of $8,561.00) | 211.04 |
| 8/28/03 | 7/01/03 through 7/31/03 | $7,598.80 (80% of $9,498.50) | $472.32 | $7,598.80 (80% of $9,498.50) | $472.32 |
| 9/29/03 | 8/01/03 through 8/31/03 | $5,573.80 (80% of $6,967.25) | $365.20 | $5,573.80 (80% of $6,967.25) | $365.20 |
| 10/29/03 | 9/01/03 through 9/30/03 | $7,728.80 (80% of $9,661.00) | $509.45 | $7,728.80 (80% of $9,661.00) | $509.45 |
| 12/01/03 | 10/01/03 through 10/31/03 | $18,119.60 (80% of $22,649.50) | $1,803.11 | $18,119.60 (80% of $22,649.50) | $1,803.11 |
| 1/05/04 | 11/01/03 through 11/30/03 | $18,351.20 (80% of $22,939.00) | $5,853.17 | $18,351.20 (80% of $22,939.00) | $5,853.17 |
| 1/29/04 | 12/01/03 through 12/31/03 | $13,748.80 (80% of $17,186.00) | $592.20 | $13,748.80 (80% of $17,186.00) | $592.20 |
| 3/1/04 | 1/1/04 through 1/31/04 | $5,894.00 (80% of $7,367.50) | $2,061.8 | $5,894.00 (80% of $7,367.50) | $2,061.8 |
| 3/31/04 | 2/1/04 through 2/29/04 | $14,763.60 (80% of $18,454.50) | $257.41 | $14,763.60 (80% of $18,454.50) | $257.41 |
| 4/30/04 | 3/1/04 through 3/31/04 | $22,870.00 (80% of $28,587.50) | $458.27 | $22,870.00 (80% of $28,587.50) | $458.27 |
| 6/2/04 | 4/1/04 through 4/30/04 | $4,204.80 (80% of $5,256.00) | $177.74 | $4,204.80 (80% of $5,256.00) | $177.74 |
| 7/1/04 | 5/1/04 through 5/31/04 | $10,607.60 (80% of $13,259.50) | $294.34 | $10,607.60 (80% of $13,259.50) | $294.34 |
| 8/3/04 | 6/1/04 through 6/30/04 | $34,432.00 (80% of $43,040.00) | $708.98 | $34,432.00 (80% of $43,040.00) | $708.98 |
| 8/30/04 | 7/1/04 through 7/31/04 | $14,077.00 (80% of $17,596.25) | $406.08 | $14,077.00 (80% of $17,596.25) | $406.08 |
| 10/4/04 | 8/1/04 through 8/31/04 | $43,276.60 (80% of $54,095.75) | $4,750.02 | $43,276.60 (80% of $54,095.75) | $4,750.02 |
| 10/29/04 | 9/1/04 through 9/30/04 | $10,076.80 (80% of $12,596.00) | $150.88 | $10,076.80 (80% of $12,596.00) | $150.88 |
| 11/30/04 | 10/1/04 through 10/31/04 | $21,180.00 (80% of $26,475.00) | $1,041.24 | $21,180.00 (80% of $26,475.00) | $1,041.24 |
| 12/30/04 | 11/1/04 through 11/30/04 | $60,159.60 (80% of $75,199.50) | $995.49 | $60,159.60 (80% of $75,199.50) | $995.49 |
| 1/31/05 | 12/1/04 though 12/31/04 | $92,563.20 (80% of $115,704.00) | $1,432.96 | $92,563.20 (80% of $115,704.00) | $1,432.96 |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/05 | 1/1/05 through 1/31/05 | $32,594.80 (80% of $40,743.50) | $6,485.54 | $32,594.80 (80% of $40,743.50) | $6,485.54 |
| 3/29/05 | 2/1/05 through 2/28/05 | $26,756.00 (80% of $33,445.00) | $2,136.83 | $26,756.00 (80% of $33,445.00) | $2,136.83 |
| 5/2/05 | 3/1/05 through 3/31/05 | $30,964.80 (80% of $38,706.00) | $736.24 | $30,964.80 (80% of $38,706.00) | $736.24 |
| 5/31/05 | 4/1/05 through 4/30/05 | $12,270.00 (80% of $15,337.50) | $1,229.57 | $12,270.00 (80% of $15,337.50) | $1,229.57 |
| 6/29/05 | 5/1/05 though 5/31/05 | $51,158.60 (80% of $63,948.25) | $3,844.79 | $51,158.60 (80% of $63,948.25) | $3,844.79 |
| 7/25/05 | 6/1/05 through 6/30/05 | $113,474.80 (80% of $141,843.50) | $15,185.96 | $113,474.80 (80% of $141,843.50) | $15,185.96 |
| 9/1/05 | 7/1/05 though 7/31/05 | $89,327.80 (80% of $111,659.75) | $4,752.54 | $89,327.80 (80% of $111,659.75) | $4,752.54 |
| 9/29/05 | 8/1/05 through 8/31/05 | $51,462.20(80% of $64,327.75) | $9,090.36 | $51,462.20(80% of $64,327.75) | $9,090.36 |
| 10/31/05 | 9/1/05 though 9/30/05 | $59,508.60(80% of $74,385.75) | $2,848.95 | $59,508.60(80% of $74,385.75) | $2,848.95 |
| 11/30/05 | 10/1/05 through 10/31/05 | $103,164.80(80% of $128,956.00) | $6,941.72 | $103,164.80(80% of $128,956.00) | $6,941.72 |
| 12/28/05 | 11/1/05 though 11/30/05 | $88,191.00(80% of $110,238.75) | $4,785.22 | $88,191.00(80% of $110,238.75) | $4,785.22 |
| 1/31/06 | 12/1/05 through 12/31/05 | $128,740.80(80% of $160,926.00) | $13,704.31 | $128,740.80(80% of $160,926.00) | $13,704.31 |
| 3/3/06 | 1/1/06 through 1/31/06 | $113,441.20(80% of $141,801.50) | $26,645.91 | $113,441.20(80% of $141,801.50) | $26,645.91 |
| 3/29/06 | 2/1/06 through 2/28/06 | $83,850.00 (80% of $104,812.50) | $20,191.61 | $83,850.00 (80% of $104,812.50) | $20,191.61 |
| 5/3/06 | 3/1/06 through 3/31/06 | $134,275.20 (80% of $167,844.00) | $37,705.46 | $134,275.20 (80% of $167,844.00) | $37,705.46 |
| 5/31/06 | 4/1/06 through 4/30/06 | $75,561.20 (80% of $94,451.50) | $90,476.29 | $75,561.20 (80% of $94,451.50) | $90,476.29 |

| | | | | | |
|---|---|---|---|---|---|
| 6/30/06 | 5/1/06 through 5/31/06 | $60,858.40 (80% of $76,073.00) | $32,797.15 | $60,858.40 (80% of $76,073.00) | $32,797.15 |
| 8/1/06 | 6/1/06 through 6/30/06 | $133,925.80 (80% of $167,407.25) | $17,463.90 | $133,925.80 (80% of $167,407.25) | $17,463.90 |
| 8/29/06 | 7/1/06 through 7/31/06 | $111,716.00 (80% of $139,645.00) | $9,631.15 | $111,716.00 (80% of $139,645.00) | $9,631.15 |
| 9/29/06 | 8/1/06 through 8/31/06 | $132,832.40 (80% of $166,040.50) | $16,135.48 | $132,832.40 (80% of $166,040.50) | $16,135.48 |
| 10/30/06 | 9/1/06 through 9/30/06 | $156,648.20 (80% of $195,810.25) | $61,839.80 | $156,648.20 (80% of $195,810.25) | $61,839.80 |
| 11/29/06 | 10/1/06 through 10/31/06 | $174,710.80 (80% of $218,388.50) | $62,131.15 | $174,710.80 (80% of $218,388.50) | $62,131.15 |
| 12/28/06 | 11/1/06 through 11/30/06 | $180,668.40 (80% of $225,835.50) | $48,923.35 | $180,668.40 (80% of $225,835.50) | $48,923.35 |
| 2/1/07 | 12/1/06 through 12/31/06 | $147,823.20 (80% of $184,779.00) | $43,014.23 | $147,823.20 (80% of $184,779.00) | $43,014.23 |
| 3/2/07 | 1/1/07 through 1/31/07 | $204,084.40 (80% of $255,105.50) | $51,706.15 | $204,084.40 (80% of $255,105.50) | $51,706.15 |
| 3/29/07 | 2/1/07 through 2/28/07 | $260,210.00 (80% of $325,262.50) | $19,808.70 | $260,210.00 (80% of $325,262.50) | $19,808.70 |
| 5/2/07 | 3/1/07 through 3/31/07 | $266,790.80 (80% of $333,488.50) | $78,966.62 | $266,790.80 (80% of $333,488.50) | $78,966.62 |
| 6/4/07 | 4/1/07 through 4/30/07 | $283,122.80 (80% of $353,903.50) | $84,829.83 | **Pending** | **Pending** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD MAY 1, 2007 THROUGH MAY 31, 2007**
<u>**CAPLIN & DRYSDALE, CHARTERED**</u>

| **Name, Position, Years in Position** | **Position** | **Years** | **Hours Billed** | **Hourly Rate** | **Amount of Fee** |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | Member | 45 | 9.2 | $875 | $8,050.00 |
| Peter V. Lockwood (PVL) | Member | 39 | 31.5 | $800 | $22,800.00 |

{D0088954.1}             5

| | | | | | |
|---|---|---|---|---|---|
| Walter B. Slocombe (WBS) | Member | 38 | 69.1 | $685 | $45,278.50 |
| Trevor W. Swett (TWS) | Member | 26 | .2 | $630 | $126.00 |
| Bernard S. Bailor (BSB) | Member | 36 | 147.2 | $600 | $88,320.00 |
| Nathan D. Finch (NDF) | Member | 15 | 174.6 | $580 | $95,700.00 |
| Jeffrey A. Liesemer (JAL) | Of Counsel | 14 | 41.7 | $445 | $18,556.50 |
| Rita C. Tobin (RCT) | Of Counsel | 16 | 8.0 | $480 | $3,840.00 |
| James P. Wehner (JPW) | Of Counsel | 11 | 138.3 | $425 | $58,777.50 |
| Adam L. VanGrack (ALV) | Associate | 6 | 50.4 | $275 | $13,860.00 |
| Jeanna M. Rickards (JMR) | Associate | 3 | 47.8 | $235 | $11,233.00 |
| J. Blake Pinard (JBP) | Summer Associate | 1 | 36.9 | $215 | $7,933.50 |
| Erroll G. Butts (EGB) | Paralegal | 12 | 4.6 | $225 | $1,035.00 |
| David B. Smith (DBS) | Paralegal | 4 | 70.1 | $225 | $15,772.50 |
| Andrew D. Katznelson (ADK) | Paralegal | 6 | 5.5 | $195 | $1,072.50 |
| Samira A. Taylor (SAT) | Paralegal | 5 | 11.5 | $185 | $2,127.50 |
| Carrie D. Kelly (CDK) | Paralegal | 2 | 74.2 | $185 | $13,727.00 |
| **Total** | | | **920.8** | | **$408,209.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 5/1/07 through 5/31/07 | Total Fees for the Period 5/1/07 through 5/31/07 |
|---|---:|---:|
| Asset Analysis & Recovery | .0 | $.00 |
| Asset Disposition | .0 | $.00 |
| Business Operations | .0 | $.00 |
| Case Administration | 91.4 | $18,811.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 16.1 | $12,880.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .2 | $160.00 |
| Committee Creditors', Noteholders' or Equity Holders' | 2.8 | $2,450.00 |
| Employee Benefits/Pension | .0 | $.00 |
| Employment Applications, others | .0 | $.00 |
| Fee Applications, Applicant | 7.0 | $2,362.50 |
| Fee Applications, Others | .3 | $206.00 |
| Financing | .0 | $.00 |
| Hearings | 7.9 | $6,387.50 |
| Litigation & Litigation Consult. | 760.7 | $353,393.50 |
| Plan & Disclosure Statement | .0 | $.00 |
| Travel Non-working | 31.2 | $10,023.00 |
| Valuation | .0 | $.00 |
| Fee Auditors Matters | 3.2 | $1,536.00 |
| Tax Issues | .0 | $.00 |
| Relief from Stay Proceedings | .0 | $.00 |
| **Grand totals** | **920.8** | **$408,209.50** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period 5/1/07 through 5/31/07 |
|---|---|---:|
| Outside Reproduction & Courier Service | | $814.28 |
| In-House Reproduction ($0.10 per page) | | $2,921.90 |
| Facsimile ($0.15 per page) | | $.00 |
| Filing Fees | | $.00 |
| Court Reporting/Transcript Svces | | $3,349.90 |
| Federal Express | | $348.76 |
| Long Distance Telephone Calls | | $4.74 |
| Charge of Cell and/or Home phone usage | | $92.86 |
| Air & Train Transportation | | $7,289.70 |
| Messenger Service | | $21.08 |
| Local Transportation | | $70.00 |
| Miscellaneous Exp | | $39.00 |
| Conference Meals | | $227.05 |
| Overtime Meals | | $.00 |
| Postage | | $119.89 |
| Research Material | | $74.32 |
| Westlaw/Lexis | | $3,880.91 |
| Professional Fees & Expert Witness Fees | | $109,411.65 |
| Travel – Meals | | $213.06 |
| Travel – Hotel | | $2,118.62 |
| Travel – Ground Transportation | | $726.44 |
| Travel-LD Calls on Hotel Bill | | $26.75 |
| **Total:** | | **$131,750.91** |

CAPLIN & DRYSDALE, CHARTERED


*/s/Elihu Inselbuch*
Elihu Inselbuch
375 Park Avenue
New York, NY  10152-3500
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W. 12th Floor
Washington, D.C.  20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC
Mark T. Hurford (I.D. #3299)
1201 N. Market Street
15th Floor
Wilmington, DE  19801
(302) 426-1900

Counsel for the Official Committee
  of Asbestos Personal Injury Claimants

Dated: June 29, 2007

{D0088954.1}                    9