### EXHIBIT A

### Case Administration (91.40 Hours; $ 18,811.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $875 | 262.50 |
| Peter Van N. Lockwood | 2.10 | $800 | 1,680.00 |
| Rita C. Tobin | 1.30 | $480 | 624.00 |
| Andrew D. Katznelson | 2.00 | $195 | 390.00 |
| Samira A. Taylor | 11.50 | $185 | 2,127.50 |
| Carrie D. Kelly | 74.20 | $185 | 13,727.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/07 | PVL | 800.00 | 0.20 | Review 28 miscellaneous filings. |
| 05/01/07 | CDK | 185.00 | 3.50 | Organize, review and digest pleadings and various documents in firm's master document repository for future reference, review and retrieval by the attorney group |
| 05/02/07 | PVL | 800.00 | 0.10 | Review 5 miscellaneous filings. |
| 05/02/07 | CDK | 185.00 | 1.70 | Organize, review and digest pleadings and various documents in firm's master document repository for future reference, review and retrieval by the attorney group |
| 05/03/07 | PVL | 800.00 | 0.20 | Review 56 miscellaneous filings. |
| 05/03/07 | CDK | 185.00 | 2.70 | Organize, review and digest pleadings and various documents in firm's master document repository for future reference, review and retrieval by the attorney group |
| 05/04/07 | PVL | 800.00 | 0.10 | Review miscellaneous filings. |
| 05/04/07 | CDK | 185.00 | 4.00 | Organize, review and digest pleadings and various documents in firm's master document repository for future reference, review and retrieval by the attorney group |
| 05/07/07 | PVL | 800.00 | 0.10 | Review 13 miscellaneous filings. |

| 05/07/07 | RCT | 480.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2). |
| 05/07/07 | CDK | 185.00 | 4.30 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and retrieval by the attorney group |
| 05/08/07 | CDK | 185.00 | 4.30 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and retrieval by the attorney group |
| 05/09/07 | ADK | 195.00 | 1.00 | Perform review of court docuemtns to identify relevant documents for EI and RCT. |
| 05/10/07 | PVL | 800.00 | 0.50 | Teleconference Esterkin. |
| 05/11/07 | PVL | 800.00 | 0.20 | Review Hurford memos. |
| 05/14/07 | RCT | 480.00 | 0.20 | Review docket and local counsel recommendation re EI update (.2). |
| 05/14/07 | CDK | 185.00 | 7.00 | Assist B. Bailor with preparing firm's medical document repository for future reference, review and retrieval by the attorney group |
| 05/15/07 | PVL | 800.00 | 0.20 | Review 7 miscellaneous filings (.1); review agenda and email (.1). |
| 05/15/07 | CDK | 185.00 | 5.00 | Assist B. Bailor with preparing firm's medical document repository for future reference, review and retrieval by the attorney group |
| 05/16/07 | CDK | 185.00 | 6.00 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and retrieval by the attorney group |
| 05/17/07 | SAT | 185.00 | 5.50 | Add bibliographic information to expert witness database as per BSB instructions. |
| 05/17/07 | CDK | 185.00 | 3.00 | Assist B. Bailor with preparing firm's medical document repository for future reference, review and retrieval by the attorney group |
| 05/18/07 | PVL | 800.00 | 0.10 | Review 7 miscellaneous filings. |
| 05/18/07 | RCT | 480.00 | 0.50 | TC RER re status (.5). |

| 05/18/07 | SAT | 185.00 | 6.00 | Add bibliographic information to expert witness database as per BSB instructions. |
| 05/18/07 | CDK | 185.00 | 3.50 | Assist B. Bailor with preparing firm's medical document repository for future reference, review and retrieval by the attorney group |
| 05/21/07 | PVL | 800.00 | 0.10 | Review 4 miscellaneous filings. |
| 05/21/07 | RCT | 480.00 | 0.20 | Review docket and local counsel recommendation re EI update (.2). |
| 05/22/07 | ADK | 195.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 05/22/07 | CDK | 185.00 | 5.50 | Assist B. Bailor with preparing firm's medical document repository for future reference, review, and retrieval by the attorney group |
| 05/23/07 | CDK | 185.00 | 2.00 | Assist B. Bailor with preparing firm's medical document repository for future reference, review, and retrieval by the attorney group |
| 05/24/07 | CDK | 185.00 | 4.00 | Assist B. Bailor with preparing firm's medical document repository for future reference, review, and retrieval by the attorney group |
| 05/25/07 | PVL | 800.00 | 0.10 | Review Hurford email and reply. |
| 05/25/07 | ADK | 195.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 05/25/07 | CDK | 185.00 | 5.50 | Assist B. Bailor with preparing firm's medical document repository for future reference, review, and retrieval by the attorney group |
| 05/29/07 | PVL | 800.00 | 0.10 | Review 12 miscellaneous filings. |
| 05/29/07 | RCT | 480.00 | 0.20 | Review docket and local counsel recommendation re EI update (.2). |
| 05/29/07 | CDK | 185.00 | 5.50 | Assist B. Bailor with preparing firm's medical document repository for future reference, review, and retrieval by the attorney group |
| 05/30/07 | PVL | 800.00 | 0.10 | Review 12 miscellaneous filings. |

| 05/30/07 | CDK | 185.00 | 1.70 | Assist B. Bailor with preparing firm's medical document repository for future reference, review, and retrieval by the attorney group |
|---|---|---|---|---|
| 05/31/07 | EI | 875.00 | 0.30 | Conf. Brad Rapp and Jimmy Sinclair (.5); t/c PVNL (.5); t/c Hildebrandt UST (.1); t/c Galluccio, AUSA (.1); memo (.3); conf. call PVNL/TWS/RER (.5); conferences RCT (.3); draft correspondence and memos (1.9); all re:  L Tersigni Consulting disclosure;  also, t/c Rapp (.1); t/c Sinclair (.2); t/c Paul Feldman (Anthony Tersigni's partner) (.1); t/c Milch (.1); t/c Campbell (.1). [Total time of 4.8 hours divided among 10 bankruptcies and 6 trusts.] |
| 05/31/07 | CDK | 185.00 | 5.00 | Assist B. Bailor with preparing firm's medical document repository for future reference, review, and retrieval by the attorney group |

**Total Task Code .04      91.40**

## Claim Analysis Objection & Resolution (Asbestos) (16.10 Hours; $ 12,880.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 16.10 | $800 | 12,880.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/07 | PVL | 800.00 | 1.60 | Confer NDF re hearing (1); review email (.1); prep for hearing (.4); review BNSF reply (.1). |
| 05/02/07 | PVL | 800.00 | 0.70 | Confer Hurford (.4); teleconference NDF (.3). |
| 05/03/07 | PVL | 800.00 | 0.40 | Review email (.2); review NDF email and reply (.1); review JR memo (.1). |
| 05/04/07 | PVL | 800.00 | 0.90 | Review email (.2); review Tillinghast draft report (.7). |
| 05/07/07 | PVL | 800.00 | 1.30 | Review email and reply (.3); review draft x-ray order and confer NDF re same (.5); review revised x-ray orders (.2); review Grace and FCR slides for hearing (.1); review Langer aff. and Placitella SJ brief (.2). |

| 05/09/07 | PVL | 800.00 | 0.70 | Confer NDF (.4); review email and reply (.2); teleconference EI (.1). |
| 05/11/07 | PVL | 800.00 | 1.20 | Teleconference EI, WBS, NDF and JPW (1.1); review email (.1). |
| 05/13/07 | PVL | 800.00 | 0.60 | Review JAL draft opposition re Montana injunction motion (.5); review Libby cls opposition re same (.1). |
| 05/14/07 | PVL | 800.00 | 0.80 | Review email and reply (.1); review motion re Laborers deal (.1); review Libby cls. opposition re Montana (.1); review ACC opposition re Montana (.1); review Speights motion to strike (.3); review Grace opposition to Speights motion (.1). |
| 05/15/07 | PVL | 800.00 | 1.50 | Review Grace opposition to Montana lift stay (.1); review revised draft CMO and Baer email and email NDF (.2); review Hanlon NYU article (1.2). |
| 05/16/07 | PVL | 800.00 | 0.50 | Review email (.2); review Grace rogs re B-readers (.1); review NDF slides (.1); review NDF revised CMO (.1). |
| 05/18/07 | PVL | 800.00 | 0.60 | Confer NDF (.2); review email (.1); review PD comm obj to motion to amend (.1); review Montana lift stay reply (.1); review Mullady slides (.1). |
| 05/20/07 | PVL | 800.00 | 0.40 | Review K&E slides (.1); prep for 5/21 hearing (.3). |
| 05/21/07 | PVL | 800.00 | 1.30 | Prep for hearing (1); review 26 miscellaneous Grace disc requests (.2); review email (.1). |
| 05/22/07 | PVL | 800.00 | 0.50 | Review NDF email and reply. |
| 05/23/07 | PVL | 800.00 | 0.10 | Confer NDF. |
| 05/24/07 | PVL | 800.00 | 1.50 | Review email and reply re stays and CMO (.4); confer NDF re Montana stay order (.4); review draft order and obj thereto and email Hurford re same (.3); review Anderson motion to strike (.2); teleconference EI (.2). |
| 05/25/07 | PVL | 800.00 | 0.90 | Review email (.2); review BNSF letter re stay and draft obj re Montana order (.2); review Libby Cls stay opposition (.1); review 9019 motion re Trumbull PD cls (.1); review Grace COC re BNSF (.1); confer NDF (.1); teleconference Hurford (.1). |

| 05/29/07 | PVL | 800.00 | 0.40 | Review draft obj re BNSF stay and teleconference Hurford (.1); review Libby CL obj re BNSF order (.1); review Grace response to Anderson motion to strike (.2). |
| 05/30/07 | PVL | 800.00 | 0.20 | Confer NDF (.1); review email (.1). |

**Total Task Code .05        16.10**


## Claims Analysis Objection & Resolution (Non-Asbestos) (.20 Hours; $ 160.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $800 | 160.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/04/07 | PVL | 800.00 | 0.20 | Review NJ motion to file late claim. |

**Total Task Code .06        .20**


## Committee, Creditors', Noteholders' or Equity Holders' (2.80 Hours; $ 2,450.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.80 | $875 | 2,450.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/03/07 | EI | 875.00 | 2.80 | T/cs Prills to prepare materials for meeting (.3); Committee meeting to review status and plan for trial (2.5). |

**Total Task Code .07        2.80**

**Fee Applications, Applicant (7.00 Hours; $ 2,362.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.50 | $480 | 1,680.00 |
| Andrew D. Katznelson | 3.50 | $195 | 682.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/03/07 | RCT | 480.00 | 0.50 | Address fee matters (.5). |
| 05/08/07 | RCT | 480.00 | 1.00 | Review prebills (1.0). |
| 05/10/07 | RCT | 480.00 | 0.80 | Review Exhibits (.8). |
| 05/11/07 | RCT | 480.00 | 0.50 | Review Interim fee applications (.5). |
| 05/11/07 | ADK | 195.00 | 0.50 | Preparation of fee and expense report for fee application. |
| 05/11/07 | ADK | 195.00 | 1.00 | Worked on interim fee application. |
| 05/14/07 | ADK | 195.00 | 0.50 | Worked on fee application. |
| 05/18/07 | ADK | 195.00 | 1.00 | Worked on fee application. |
| 05/21/07 | RCT | 480.00 | 0.50 | Review monthly fee applications (.5). |
| 05/21/07 | ADK | 195.00 | 0.50 | Worked on fee application. |
| 05/31/07 | RCT | 480.00 | 0.20 | Review fee schedule for June (.2). |

**Total Task Code .12      7.00**

**Fee Applications, Others (.30 Hours; $ 206.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $800 | 80.00 |
| Trevor W. Swett | .20 | $630 | 126.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/22/07 | PVL | 800.00 | 0.10 | Review 4 fee applications. |
| 05/31/07 | TWS | 630.00 | 0.20 | Telephone conference with EI, PVNL and RER regarding LTC  fee application; Conference with BSB regarding same. Edit. |

**Total Task Code .13**         **.30**

## Hearings (7.90 Hours; $ 6,387.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .90 | $875 | 787.50 |
| Peter Van N. Lockwood | 7.00 | $800 | 5,600.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/02/07 | PVL | 800.00 | 3.80 | Attend omni hearing. |
| 05/03/07 | EI | 875.00 | 0.50 | Report from NDF on hearing (.5). |
| 05/08/07 | EI | 875.00 | 0.20 | T/c NDF re: hearing results (.2). |
| 05/21/07 | PVL | 800.00 | 3.20 | Attend omni hearing. |
| 05/22/07 | EI | 875.00 | 0.20 | T/c NDF re: report on hearing (.2). |

**Total Task Code .15**         **7.90**

## Litigation and Litigation Consulting (760.70 Hours; $ 353,393.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 5.20 | $875 | 4,550.00 |
| Walter B. Slocombe | 63.10 | $685 | 43,223.50 |
| Bernard S. Bailor | 147.20 | $600 | 88,320.00 |

| | | | |
|---|---|---|---|
| Nathan D. Finch | 155.40 | $580 | 90,132.00 |
| Jeffrey A. Liesemer | 41.70 | $445 | 18,556.50 |
| James P. Wehner | 138.30 | $425 | 58,777.50 |
| Adam L. VanGrack | 50.40 | $275 | 13,860.00 |
| Jeanna M. Rickards | 47.80 | $235 | 11,233.00 |
| J. Blake Pinard | 36.90 | $215 | 7,933.50 |
| Erroll G. Butts | 4.60 | $225 | 1,035.00 |
| David B. Smith | 70.10 | $225 | 15,772.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/07 | BSB | 600.00 | 7.00 | Preparation for Hammar deposition (3.2); review of Whitehead study (3.8) |
| 05/01/07 | WBS | 685.00 | 3.50 | Meetings and conference calls with NDF, JPW, and review documents and reports re preparation for Committee meeting and for hearing on May 2. |
| 05/01/07 | EI | 875.00 | 0.60 | Conf. call NDF/JPW/WBS to prep for meeting (.5); t/c Sinclair re: meeting plan (.1). |
| 05/01/07 | NDF | 580.00 | 7.90 | Prepare for 5/2 omnibus hearing arguments (7.5); confer with PVNL re BNSF motion (0.4). |
| 05/01/07 | DBS | 225.00 | 3.30 | Compile pleadings, correspondence, deposition transcripts, and other discovery materials for electronic and hard case files. |
| 05/01/07 | JAL | 445.00 | 1.20 | Review of legal research in connection with preparing opposition to motion to reconsider Montana injunction decision. |
| 05/01/07 | JPW | 425.00 | 7.80 | Telephone conference with NDF and WBS re meeting (.7); e-mails re questionnaires (1.3); review notices (.5); questionnaire issues (3.6); telephone conference with EI, NDF and WBS re meeting (.5) analyze expert report issues (1.2) |
| 05/01/07 | JMR | 235.00 | 6.50 | Continue research regarding caselaw interpreting guidelines provided by the SEC to report contingent liabilities; revise memorandum; review auditing guidelines relevant to the reporting of contingent liabilities |
| 05/02/07 | BSB | 600.00 | 8.30 | Travel to Seattle for Hammar deposition |
| 05/02/07 | WBS | 685.00 | 6.10 | Monitor hearing by phone (4.2); review latest Rust figures on PIQs and compare to earlier figures (0.5); |

| | | | | |
|---|---|---|---|---|
| | | | | work on "Red Team" paper on likely Grace approach (1.4). |
| 05/02/07 | EI | 875.00 | 0.70 | Prep for meeting (.7). |
| 05/02/07 | NDF | 580.00 | 9.00 | Prepare for 5/2 omnibus hearing arguments (4.5); argue motion to compel (2.5); telephone conference with PVNL re remainder of hearing (0.5); prepare for Grace ACC meeting on 5/3/07 (1.5). |
| 05/02/07 | DBS | 225.00 | 4.00 | Compile, review, and reproduce materials to be used at upcoming Committee meeting (3.7); compile expert reports for attorney review (.3). |
| 05/02/07 | ALV | 275.00 | 4.10 | Review deposition and trial testimony from future estimation trial witnesses (2.6); draft Memorandum regarding future estimation trial witnesses (1.5). |
| 05/02/07 | JPW | 425.00 | 9.10 | Review and analyze expert reports (3.0); questionnaire issues (2.3); compile data for meeting with Committee (2.8); deposition scheduling (1.0) |
| 05/02/07 | JMR | 235.00 | 3.10 | Review transcripts from previous trials to locate admissions made by Grace regarding the amount of their liability |
| 05/03/07 | BSB | 600.00 | 8.00 | Hammar deposition in Seattle |
| 05/03/07 | WBS | 685.00 | 5.70 | Prepare for meeting with Committee (2.3); review new Rust tabulations analysis from Relles (0.2); Committee meeting to discuss status of case, preparation to meet Debtor's claims, financial condition of Debtor, and possible settlement approaches (2.8); follow-up discussion with JPW, NDF, and notes (0.4). |
| 05/03/07 | NDF | 580.00 | 7.90 | Prepare for ACC meeting re estimation strategy and negotiations (4.1); attend Grace ACC meeting and make presentation re status of case, estimation strategy, negotiations and discuss same with ACC committee member counsel (2.7); prepare outline of trial strategy for Grace and ACC (1.1). |
| 05/03/07 | DBS | 225.00 | 2.90 | Compile pleadings, correspondence, deposition transcripts, and other discovery materials for electronic and hard case files. |
| 05/03/07 | JPW | 425.00 | 8.20 | Prepare for Committee meeting (3.7); Committee meeting (2.5); travel from NY to DC (2.0) |

| 05/03/07 | JMR | 235.00 | 2.90 | Prepare memorandum summarizing deposition testimony of Thomas Egan |
| 05/04/07 | BSB | 600.00 | 8.20 | Return to DC from Hammar deposition |
| 05/04/07 | NDF | 580.00 | 2.30 | Review and respond to email communications re case issues (1.5); telephone conference with Ansbro re May 8 argument (0.8). |
| 05/04/07 | DBS | 225.00 | 2.00 | Compile pleadings, correspondence, deposition transcripts, and other discovery materials for electronic and hard case files. |
| 05/04/07 | JAL | 445.00 | 0.10 | Reviewed email from M. Hurford regarding opposition to motions to reconsider Montana Decision. |
| 05/04/07 | JAL | 445.00 | 3.70 | Review and analysis of legal research in connection with preparing opposition to motions to reconsider Montana stay decision. |
| 05/04/07 | JAL | 445.00 | 0.90 | Commenced drafting of opposition to motions to reconsider Montana stay ruling. |
| 05/04/07 | JPW | 425.00 | 5.80 | Review draft expert report (2.7); research jury verdict issues (2.1); e-mails re deposition schedule (1.0) |
| 05/06/07 | NDF | 580.00 | 1.40 | Review FCR demonstratives for use at 5/8 hearing (0.5); email to Ansbro re same (0.4); email Grace counsel re various (0.5). |
| 05/06/07 | ALV | 275.00 | 4.50 | Review deposition and trial testimony from future estimation trial witnesses (3.4); draft Memorandum regarding future estimation trial witnesses (1.1). |
| 05/07/07 | BSB | 600.00 | 5.50 | Read Lohrmann study for MESO case and related materials (1.2); read Weill transcript (4.3) |
| 05/07/07 | WBS | 685.00 | 1.30 | Start review of estimation report. |
| 05/07/07 | EI | 875.00 | 0.30 | T/c NDF re: calendar (.2); memo to Sinclair re: Libby data (.1). |
| 05/07/07 | NDF | 580.00 | 6.90 | Prepare for May 8 hearing on discovery issues (4.5); confer with Ansbro and Hurford re case issues (1.0); review and edit expert reports (0.5); review FCR expert report (0.9). |

{D0088955.1 }

| | | | | |
|---|---|---|---|---|
| 05/07/07 | DBS | 225.00 | 2.90 | Compile pleadings, correspondence, deposition transcripts, and other discovery materials for electronic and hard case files (2.3); review hearing transcript (.6). |
| 05/07/07 | JAL | 445.00 | 5.20 | Drafted and revised opposition to debtor's and Montana's motions to reconsider Court's denial of injunction. |
| 05/07/07 | JPW | 425.00 | 7.40 | Work with experts on supplemental reports (2.3); e-mails re expert issues (1.0); verdict research (3.0); e-mails re deposition schedule (1.1) |
| 05/07/07 | EGB | 225.00 | 1.70 | Review, prepare and load multiple transcripts into primary database for attorney review. |
| 05/07/07 | JMR | 235.00 | 6.20 | Review most recent Thomas Egan testimony; prepare memorandum summarizing the deposition and trial testimony of Thomas Egan |
| 05/08/07 | BSB | 600.00 | 5.30 | Review Ewing deposition transcript |
| 05/08/07 | NDF | 580.00 | 8.60 | Attend hearing and argue discovery issues and scheduling issues (7.8); telephone conference with EI re case issues (0.3); emails to various re case issues (0.5). |
| 05/08/07 | DBS | 225.00 | 2.50 | Compile pleadings, correspondence, deposition transcripts, and other discovery materials for electronic and hard case files. |
| 05/08/07 | JAL | 445.00 | 1.10 | Further drafting and revisions to opposition to Grace's and Montana's motions to reconsider ruling denying stay of litigation. |
| 05/08/07 | ALV | 275.00 | 1.20 | Review documents related to and for use at upcoming depositions of potential witnesses. |
| 05/08/07 | JPW | 425.00 | 3.90 | Verdict research (2.7); work with experts on reports (1.2) |
| 05/08/07 | EGB | 225.00 | 1.20 | Review, prepare and load multiple transcripts into primary database for attorney review. |
| 05/08/07 | JMR | 235.00 | 4.80 | Continue to prepare memorandum summarizing the deposition and trial testimony of Thomas Egan |

| 05/09/07 | BSB | 600.00 | 7.70 | Prepare digest of Ewing deposition (4.6); review expert reports Steven Haber (3.1) |
| 05/09/07 | WBS | 685.00 | 3.10 | Continue work on analysis of Tillinghast report (2.3); conference with NDF re response to decisions at hearing, strategy for dealing with delay, preparation for trial (0.8). |
| 05/09/07 | EI | 875.00 | 0.10 | T/c PVNL re: status (.1). |
| 05/09/07 | NDF | 580.00 | 8.20 | Prepare for asbestos estimatio hearing - review of FCR expert reports and Florence reports from other cases (3.5); review Sealed Air transcript to see what topics we can cover with Siegal and Beber (4.7). |
| 05/09/07 | DBS | 225.00 | 3.10 | Research and compile relevant court opinions from related estimation proceedings for attorney review (.4); compile pleadings, correspondence, deposition transcripts, and other discovery materials for electronic and hard case files (2.7). |
| 05/09/07 | JAL | 445.00 | 1.30 | Further drafting and revisions to opposition to debtor's and Montana's motions to reconsider. |
| 05/09/07 | JAL | 445.00 | 0.10 | Drafted and revised memo to PVNL and NDF regarding Montana's motion to reconsider lift-stay denial. |
| 05/09/07 | ALV | 275.00 | 6.30 | Review deposition and trial testimony from future estimation trial witnesses (4.9); draft Memorandum regarding future estimation trial witnesses (1.2); meet with JMR regarding witnesses (0.2). |
| 05/09/07 | JPW | 425.00 | 6.10 | Verdict research (4.2); e-mails re deposition scheduling (.8); work with experts on reports (.9); telephone call to Equity counsel re deposition (.2) |
| 05/09/07 | JMR | 235.00 | 2.30 | Revise memorandum |
| 05/10/07 | BSB | 600.00 | 7.40 | Continue review of medical expert reports - concerned scientists brief (4.1); research expert cited articles (3.3) |
| 05/10/07 | EI | 875.00 | 0.10 | T/c McGovern re: status (.1). |
| 05/10/07 | NDF | 580.00 | 6.90 | Prepare for Cintani and Egan depositions (3.5); prepare for Siegal deposition (2.5); email correspondence to various recipients re case issues (0.9). |

| 05/10/07 | DBS | 225.00 | 0.40 | Compile relevant deposition exhibit for attorney review (.1); compile Sealed Air deposition transcripts of R. Beber for attorney review (.3). |
| 05/10/07 | JAL | 445.00 | 0.60 | Review and analysis of Montana's motion to reconsider lift-stay ruling. |
| 05/10/07 | JAL | 445.00 | 0.30 | Legal research and analysis regarding opposition to Grace's and Montana's motions to reconsider injunction ruling. |
| 05/10/07 | JAL | 445.00 | 4.60 | Further drafting and revising of opposition to Grace's and Montana's motions to reconsider injunction ruling. |
| 05/10/07 | JAL | 445.00 | 0.10 | Telephone call with M. Hurford regarding opposition to motions to reconsider. |
| 05/10/07 | ALV | 275.00 | 6.20 | Review deposition and trial testimony from future estimation trial witnesses (4.2); draft Memorandum regarding future estimation trial witnesses (2.0). |
| 05/10/07 | JPW | 425.00 | 5.60 | Verdict research (2.0); meet with MSO (.2); research DeModulation, Inc. (1.0); questionnaire research (2.2); e-mails re questionnaire (.2) |
| 05/11/07 | BSB | 600.00 | 4.50 | Review materials cited by Hans Weill, MD |
| 05/11/07 | WBS | 685.00 | 3.70 | Conference call EI, PVNL, NDF re plans for dealing with delay, next steps (1.1); start preparation of submission on reasons for no more delay, review of prior orders, representations by debtor (2.1); review new material on established procedures/precedents (0.5). |
| 05/11/07 | EI | 875.00 | 1.20 | T/c Levy and memo NDF re: subpoena to Keene Trust (.2); conf. call PVNL, NDF, WBS to review strategy and tactics (1.0). |
| 05/11/07 | NDF | 580.00 | 4.40 | Telephone conference with EI et al. re case issues and strategy (1.2); review transcript and orders and prior pleadings to prepare for slide show about case on 5/21 (3.2). |
| 05/11/07 | DBS | 225.00 | 3.90 | Research and compile omnibus hearing transcripts for attorney review (3.6); compile deposition materials for attorney review in preparation for the deposition of D. Siegel (.3). |

| 05/11/07 | JAL | 445.00 | 1.60 | Further review and analysis of legal research in connection with preparing opposition to motions for reconsideration. |
| 05/11/07 | JAL | 445.00 | 4.70 | Further drafting and revisions to opposition to motions to reconsider Court's denial of stay of Montana litigation. |
| 05/11/07 | JAL | 445.00 | 0.20 | Telephone call with C. Candon regarding opposition to motions to reconsider. |
| 05/11/07 | ALV | 275.00 | 8.60 | Review deposition and trial testimony from future estimation trial witnesses (3.0); draft Memorandum regarding future estimation trial witnesses (2.1); review documents related to and for use at upcoming depositions of potential witnesses (3.1); meet with NDF and JMR regarding witnesses (0.4). |
| 05/11/07 | JPW | 425.00 | 7.40 | Telephone conference with EI, PVNL, NDF, and WBS re discovery issues (.7); verdict issues (1.1); deposition preparation (2.1); e-mails re deposition scheduling (.8); telephone conference with J. Ansboro re depositions (.3); expert report issues (2.4) |
| 05/12/07 | WBS | 685.00 | 2.60 | Work on material re exclusivity, schedule, delays. |
| 05/12/07 | JAL | 445.00 | 5.40 | Further drafting and revisions to opposition to Grace's and Montana's motions to reconsider denial of litigation stay. |
| 05/13/07 | NDF | 580.00 | 4.80 | Read transcript and orders to prepare for slide show presentation about case on 5/21. |
| 05/13/07 | DBS | 225.00 | 4.00 | Cite check brief for attorney review. |
| 05/14/07 | BSB | 600.00 | 6.90 | Research - Asbestosis and requirement of more than one B-read (5.6); start to review Hammar deposition transcript (.9); telephone conference with Hammar's office (.4) |
| 05/14/07 | WBS | 685.00 | 6.70 | Analysis of transcripts and filings for record of delays, maneuvers re questionnaire, and statements as to purpose, review NDF draft of presentation on these subjects and discuss with him. |
| 05/14/07 | EI | 875.00 | 0.50 | T/c NDF re: hearing schedule (.5). |

| 05/14/07 | NDF | 580.00 | 7.50 | Analyze case strategy for use in 5/21 hearing (2.5); work on slide show re same (2.0); telephone conference with Mullady re case issues (0.5); telephone conference with Harding re schedule (0.4); prepare for Siegal deposition (1.5); read memos about Cintani and Egan (0.6). |
| --- | --- | --- | --- | --- |
| 05/14/07 | DBS | 225.00 | 2.40 | Compile and reproduce trial transcripts from relevant bankruptcy proceeding for attorney review (1.2); compile pleadings, correspondence, deposition transcripts, and other discovery materials for electronic and hard case files (1.2). |
| 05/14/07 | JAL | 445.00 | 1.60 | Revised, edited, and finalized opposition to Grace's and Montana's motions to reconsider denial of litigation stay; Telephone calls with M. Hurford (2x) regarding same. |
| 05/14/07 | JAL | 445.00 | 0.60 | Review and analysis of recently-filed court submission. |
| 05/14/07 | JAL | 445.00 | 0.40 | Reviewed memos from M. Hurford regarding estimation issues. |
| 05/14/07 | ALV | 275.00 | 8.70 | Review documents related to and for use at upcoming depositions of potential witnesses (5.8); meet with NDF, JMR, and counsel for futures representative regarding trial planning, strategy, and witnesses (2.9). |
| 05/14/07 | JPW | 425.00 | 4.90 | Meet with JBP re evidence research (.5); review Mendelson letter (.4); review hearing memorandum (.3); deposition preparation (3.7) |
| 05/14/07 | JMR | 235.00 | 7.40 | Review deposition transcripts of Robert Beber to determine whether or not he was ever asked about communications between Grace and the SEC regarding Grace's asbestos estimations; prepare FOIA letter to the SEC seeking all communications between it and Grace regarding Grace's asbestos liability estimations; prepare document requests to Grace seeking documents regarding its communications to the SEC about its asbestos liability estimates; attend meeting regarding schedule for trial and discovery |
| 05/15/07 | BSB | 600.00 | 8.10 | Memo:  Asbestosis and B Readers (5.0); continue reading Hammar deposition transcript (3.1) |

| | | | | |
|---|---|---|---|---|
| 05/15/07 | EI | 875.00 | 0.20 | T/c NDF re: scheduling for hearing (.2). |
| 05/15/07 | NDF | 580.00 | 8.30 | Prepare slides and arguments for omnibus hearing (4.5); work on CMO (0.5); correspond with debtor re fact discovery and CMO (0.8); work up expert discovery on questionnaire issues (2.5). |
| 05/15/07 | DBS | 225.00 | 3.00 | Research and compile relevant pleadings, discovery materials, and case information for attorney review. |
| 05/15/07 | ALV | 275.00 | 7.20 | Review documents related to and for use at upcoming depositions of potential witnesses. |
| 05/15/07 | JPW | 425.00 | 0.30 | Scheduling issues |
| 05/15/07 | JMR | 235.00 | 3.70 | Finalize FOIA letter; prepare document request to Grace; review deposition transcripts to determine if questions regarding correspondence with the SEC were asked |
| 05/15/07 | JP | 215.00 | 7.50 | Research FRE 1006 |
| 05/16/07 | BSB | 600.00 | 6.90 | Continue reading Hammar deposition (2.8); begin database of articles cited by experts (4.1) |
| 05/16/07 | WBS | 685.00 | 2.50 | E-mails and telephone calls re schedule, Daubert analysis (1.5); review and comment on materials for 5/21/07 hearing and scheduling issues (1.0). |
| 05/16/07 | EI | 875.00 | 0.70 | T/cs NDF re: CMO issues (.5); t/c NDF re: discovery of CRMC (.2). |
| 05/16/07 | NDF | 580.00 | 8.90 | Prepare for Siegal deposition (6.8); prepare for 5/21 hearing (2.1). |
| 05/16/07 | DBS | 225.00 | 1.30 | Compile and reproduce documents for use as potential exhibits in upcoming deposition (.5); create list of Sealed Air related materials for attorney review (.8). |
| 05/16/07 | JAL | 445.00 | 0.20 | Reviewed recent interrogatories served by debtor pertaining to consulting expert discovery, and reviewed memo from NDF regarding same |
| 05/16/07 | ALV | 275.00 | 3.60 | Review documents related to and for use at upcoming depositions of potential witnesses. |

| 05/16/07 | JPW | 425.00 | 2.80 | Discovery issues - subpoenas (1.4); e-mails re document production (.4); review interrogatories and attachments (1.0) |
| 05/16/07 | EGB | 225.00 | 0.50 | Meeting with BSB and DBS regarding linking, collecting and putting images in Access for attorney retrieval. |
| 05/16/07 | JMR | 235.00 | 0.50 | Finalize and send out FOIA letter |
| 05/16/07 | JP | 215.00 | 9.00 | Research FRE 1006 |
| 05/17/07 | BSB | 600.00 | 7.00 | Work on medical articles database (3.8); research medical issues (3.2) |
| 05/17/07 | EI | 875.00 | 0.10 | Memo to NDF re: hearing prep (.1). |
| 05/17/07 | NDF | 580.00 | 0.80 | Confer with claimants' counsel re discovery issues. |
| 05/17/07 | DBS | 225.00 | 5.30 | Compile and reproduce documents for use as potential exhibits in upcoming deposition (4.1); research and compile transcripts, medical articles, and pleadings for use at upcoming hearing (.8); conduct meeting re expert reference material database (.4). |
| 05/17/07 | JPW | 425.00 | 4.40 | E-mails re questionnaire review (.2); questionnaire issues (1.2); deposition preparation (2.8); review proposed CMO (.2) |
| 05/17/07 | EGB | 225.00 | 1.20 | Conceptual regarding articles to be entered into database/Access. Talk with library regarding time and tools. |
| 05/17/07 | JP | 215.00 | 7.50 | Research FRE 1006 |
| 05/18/07 | BSB | 600.00 | 3.90 | Medical research: misuse of epidemiology |
| 05/18/07 | WBS | 685.00 | 1.40 | Start review of 5/8/07 transcript. |
| 05/18/07 | NDF | 580.00 | 4.80 | Prepare for 5/21 hearing (1.5); prepare for Siegal deposition (3.3). |
| 05/18/07 | JAL | 445.00 | 0.30 | Reviewed recommendation memo from local counsel and recently-filed notices of deposition |
| 05/18/07 | JPW | 425.00 | 1.50 | Subpoena review (.7); questionnaire issues (.8) |

{D0088955.1 }

| 05/18/07 | JP | 215.00 | 7.90 | Memo to JPW on FRE 1006 (5.4); research FRE 1006 (1.5); memo to JPW on FRE 1006 (1.0) |
|----------|-----|--------|------|------|
| 05/20/07 | NDF | 580.00 | 1.40 | Prepare for omnibus hearing. |
| 05/21/07 | BSB | 600.00 | 6.80 | Review of Hammar deposition (4.3); letters to counsel transmitting Hammar Reliance materials (.6); begin review of Hammar Reliance materials (1.9) |
| 05/21/07 | NDF | 580.00 | 9.50 | Prepare for omnibus hearing (3.5); attend omnibus hearing and argue re schedule, etc. (6.0). |
| 05/21/07 | DBS | 225.00 | 3.70 | Research and compile relevant pleadings, discovery materials, and case information for attorney review (2.3); create potential exhibit list for upcoming deposition (1.4). |
| 05/21/07 | JPW | 425.00 | 4.70 | Insurance research (3.2); alternative estimation issues (1.0); review deposition notices (.5) |
| 05/21/07 | JP | 215.00 | 4.00 | Research FRE 1006 (1.0); edit memo to JPW re FRE 1006 (3.0) |
| 05/22/07 | BSB | 600.00 | 6.70 | Study epidemiology report of Dr. Moolaukar - read references (3.6); review medical articles collected by Library (3.1) |
| 05/22/07 | WBS | 685.00 | 4.60 | Review documents and depositions for Siegel deposition on 5/23/07; conferences with NDF re approach. |
| 05/22/07 | NDF | 580.00 | 8.80 | Prepare for Siegal deposition. |
| 05/22/07 | DBS | 225.00 | 5.60 | Compile and review documents for use as potential exhibits in upcoming deposition. |
| 05/22/07 | JAL | 445.00 | 0.30 | Reviewed memo from NDF regarding Grace's deposition notices and interrogatories to law firms |
| 05/22/07 | JAL | 445.00 | 0.40 | Review and analysis of recent deposition notices and interrogatories in estimation case |
| 05/22/07 | JPW | 425.00 | 7.50 | Meeting with NDF, WBS re depositions (.6); insurance estimation research (3.9); read transcript of May 8 hearing (2.0); e-mails re motion practice (.8); read May 18 letter re documents (.2) |
| 05/22/07 | JP | 215.00 | 1.00 | Memo to JPW re FRE 1006 |

| 05/23/07 | BSB | 600.00 | 5.20 | Research medical issues - articles and reports by Moolaugar and Garabrondt |
| 05/23/07 | WBS | 685.00 | 9.00 | Prepare for and attend Siegel deposition. |
| 05/23/07 | EI | 875.00 | 0.10 | T/c PVNL re: pension motion (.1). |
| 05/23/07 | NDF | 580.00 | 12.40 | Prepare for Siegal deposition (2.2); take Siegal deposition (9.5); telephone conference with Glen Morgan (0.2); review order proposed by Grace (0.5). |
| 05/23/07 | DBS | 225.00 | 10.50 | Attend deposition of D. Siegel and assist attorney with exhibit (9.0); review and prepare potential exhibits for the deposition of D. Siegel (1.5). |
| 05/23/07 | JAL | 445.00 | 0.10 | Reviewed memo from M. Hurford regarding Committee meeting and developments |
| 05/23/07 | JPW | 425.00 | 5.80 | Research for Motion for Protective Order (2.6); draft Motion for Protective Order (2.3); review memo on evidence issue (.5); meet with JBP re evidence issue (.4) |
| 05/24/07 | BSB | 600.00 | 5.60 | Review medical articles cited by experts (3.1); review material from Grover Hutchins and David Henry (2.5) |
| 05/24/07 | WBS | 685.00 | 1.60 | Review draft independent hygiene expert report (1.2); conference call with expert (0.4). |
| 05/24/07 | NDF | 580.00 | 6.10 | Telephone conference with claimants' counsel re discovery issues (1.0); review Hays revised report (1.1); telephone conference with Hays and WBS (0.7); prepare follow-up discovery to Grace (2.8); memo to PVNL and EI re plan ideas (0.5). |
| 05/24/07 | DBS | 225.00 | 3.80 | Research and compile relevant pleadings, discovery materials, and case information for attorney review (3.3); create list of marked exhibits from the deposition of D. Siegel (.5). |
| 05/24/07 | JPW | 425.00 | 7.80 | Draft Motion for Protective Order (5.2); telephone conference with N. Ramsey, et al., re discovery (1.0); telephone conference with M. Hurford re order (.2); read Oct. 24, 2005 transcript (1.1); e-mails re protective order (.3) |
| 05/25/07 | BSB | 600.00 | 3.10 | Review materials on chrysotile defense |

| 05/25/07 | WBS | 685.00 | 5.30 | Comments on independent hygienist draft and on summary, compare to prior drafts, issues raised by debtors. |
|----------|-----|--------|------|----------|
| 05/25/07 | EI | 875.00 | 0.10 | Status inquiry to NDF (.1). |
| 05/25/07 | JAL | 445.00 | 0.10 | Reviewed recommendation memo from local counsel |
| 05/25/07 | JPW | 425.00 | 7.30 | E-mails re motion for protective order (.3); draft motion for protective order (6.8); read hearing transcript (.2) |
| 05/26/07 | NDF | 580.00 | 3.50 | Review edits to Hays report and make same (1.0); review IH literature cited in Hays report (2.5). |
| 05/27/07 | WBS | 685.00 | 0.70 | Review summary for independent hygienist report; e-mails to NDF, expert re same. |
| 05/27/07 | NDF | 580.00 | 5.20 | Emails to Hays and Garza re report (0.5); review Welch report and medical articles re same (3.7); review Tillinghast draft report (1.0). |
| 05/28/07 | BSB | 600.00 | 6.30 | Continue work on expert reports - review references cited by experts Garabrondt |
| 05/28/07 | JPW | 425.00 | 5.10 | Draft Motion for Protective Order |
| 05/29/07 | BSB | 600.00 | 5.80 | Review of expert report - David Weill (read references) |
| 05/29/07 | WBS | 685.00 | 3.70 | Review hearing transcript on discovery issues (0.5); review estimation report draft and comments (3.2). |
| 05/29/07 | NDF | 580.00 | 0.50 | Respond to emails from FCR counsel and local counsel. |
| 05/29/07 | DBS | 225.00 | 2.10 | Compile and review pleadings, correspondence, deposition transcripts, and other discovery materials for electronic and hard case files (1.7); research case information re number of fact witness depositions for attorney review (.4). |
| 05/29/07 | JAL | 445.00 | 0.30 | Review and analysis of Siegal deposition transcript |
| 05/29/07 | JPW | 425.00 | 8.80 | Draft Motion for Protective Order (6.2); telephone conference with M. Hurford re deposition (.2); telephone conference with J. Ansboro re deposition |

| | | | | (.4); revise document requests and interrogatories (2.0) |
|---|---|---|---|---|
| 05/29/07 | JMR | 235.00 | 3.60 | Prepare a digest for the deposition of David Siegel |
| 05/30/07 | BSB | 600.00 | 6.80 | Medical expert review - research epidemiology issues |
| 05/30/07 | WBS | 685.00 | 1.60 | Telephone conference independent hygienist experts (0.8); conference with NDF re estimation reports and issues to be addressed (0.5); review memo re estimation reports (0.3). |
| 05/30/07 | EI | 875.00 | 0.50 | Siegel transcript (.5). |
| 05/30/07 | NDF | 580.00 | 6.40 | Telephone conference with S. Hays re report (0.7); review Tillinghast expert draft (2.1); memo to Mullady re same (0.5); review Welch report draft and medical literature re same (2.5); telephone conference with Welch re report draft (0.6). |
| 05/30/07 | DBS | 225.00 | 2.30 | Compile and review pleadings, correspondence, deposition transcripts and exhibits, and other discovery materials for electronic and hard case files. |
| 05/30/07 | JPW | 425.00 | 8.20 | Deposition of G. Farrar (4.0); revise Motion for Protective Order (2.8); revise interrogatories and document requests (1.1); meet with NDF re discovery (.2); meet with JMR re document requests (.1) |
| 05/30/07 | JMR | 235.00 | 6.20 | Continue to prepare deposition digest for Siegel deposition |
| 05/31/07 | BSB | 600.00 | 6.20 | Memo to NDF re deposition strategy (3.4); begin work on deposition template for exam of medical experts (2.8) |
| 05/31/07 | NDF | 580.00 | 3.00 | Telephone conference with FCR re discovery (0.6); work on document requests and interrogatories (0.5); work on motion for protective order (0.7); review BSB memo re expert discovery (0.3); telephone conference with EI re case issues (0.2); review and respond to email correspondence from various parties (0.7). |
| 05/31/07 | DBS | 225.00 | 1.10 | Research and compile documents from relevant bankruptcy proceedings for expert review (.5); |

| | | | | compile interrogatories and document requests served on debtor for attorney review (.6). |
|---|---|---|---|---|
| 05/31/07 | JAL | 445.00 | 6.30 | Review and analysis of discovery materials relating to estimation of claims |
| 05/31/07 | JPW | 425.00 | 7.90 | Revise discovery to Grace (4.0); meet with JMR re discovery (.3); e-mails re redrafts (.8); telephone conference with Futures Representative re motions (1.0); read Beber & Seigel transcripts (1.8) |
| 05/31/07 | JMR | 235.00 | 0.60 | Review interrogatories and requests for documents |

**Total Task Code.16**      **760.70**

**Travel – Non Working (31.20 Hours; $ 10,023.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Peter Van N. Lockwood | 6.00 | $400 | 2,400.00 |
| Walter B. Slocombe | 6.00 | $342.50 | 2,055.00 |
| Nathan D. Finch | 19.20 | $290 | 5,568.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/07 | PVL | 400.00 | 1.40 | Travel to Pittsburgh (half). |
| 05/01/07 | NDF | 290.00 | 2.80 | Travel to Pittsburgh. |
| 05/02/07 | PVL | 400.00 | 2.70 | Travel to court (.3); return travel to DC (half) (2.4). |
| 05/02/07 | NDF | 290.00 | 2.50 | Travel to New York for Grace ACC meeting. |
| 05/03/07 | WBS | 342.50 | 6.00 | Travel to/and from NYC for  Committee meeting. |
| 05/03/07 | NDF | 290.00 | 3.40 | Return to D.C. |
| 05/07/07 | NDF | 290.00 | 2.80 | Travel to Pittsburgh. |
| 05/08/07 | NDF | 290.00 | 3.20 | Return to D.C. |
| 05/21/07 | PVL | 400.00 | 1.90 | Travel to/from Wilmington (half). |

| 05/21/07 | NDF | 290.00 | 4.50 | Travel to Wilmington for hearing (1.5); return to D.C. following hearing (3.0). |
|---|---|---|---|---|

**Total Task Code .21**        **31.20**

## Fee Auditor Matters (3.20 Hours; $ 1,536.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.20 | $480 | 1,536.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/10/07 | RCT | 480.00 | 0.50 | Address fee issues (.5). |
| 05/15/07 | RCT | 480.00 | 0.60 | Review Interim report (.2); address fee issues (.4). |
| 05/18/07 | RCT | 480.00 | 0.50 | Obtain information for Fee Auditor (.5). |
| 05/30/07 | RCT | 480.00 | 1.00 | Respond to Fee Auditor (1.0). |
| 05/31/07 | RCT | 480.00 | 0.60 | Email re Fee Auditor response (.1); draft/edit response (.5). |

**Total Task Code .32**        **3.20**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 7,289.70 |
| Air Freight & Express Mail | 348.76 |
| Charge of Cell and/or Home Phone Useage | 92.86 |
| Conference Meals | 227.05 |
| Court Reporting/Transcript Service | 3,349.90 |
| Database Research | 3,880.91 |
| Local Transportation - DC | 70.00 |
| Long Distance-Equitrac In-House | 4.74 |
| Meals Related to Travel | 213.06 |
| Miscellaneous: Client Advances | 39.00 |
| Outside Local Deliveries | 21.08 |
| Outside Photocopying/Duplication Service | 814.28 |
| Postage | 119.89 |
| Professional Fees & Expert Witness Fees | 109,411.65 |
| Research Material | 74.32 |
| Travel Expenses - Ground Transportation | 726.44 |
| Travel Expenses - Hotel Charges | 2,118.62 |
| Travel Expenses - LD Calls on Hotel Bill | 26.75 |
| Xeroxing | 2,921.90 |

**Total:**     **$131,750.91**