**EXHIBIT B**

**Case Administration (91.4 Hours; $ 18,811.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   91.4**


**Claim Analysis Objection & Resolution (Asbestos) (16.1 Hours; $ 12,880.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05   16.1**


**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 160.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06   .2**


**Committee, Creditors', Noteholders' or Equity Holders (2.8 Hours; $ 2,450.00)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07   2.8**


**Fee Applications, Applicant (7.0 Hours; $ 2,362.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   7.0**


**Fee Applications, Others (.3 Hours; $ 206.00)**

{D0088956.1 }
DOC#151898

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13** .3

**Hearings (7.9 Hours; $ 6,387.50)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15** 7.9

**Litigation and Litigation Consulting (760.7 Hours; $ 353,393.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16** 760.7

**Travel Non-Working (31.2 Hours; $ 10,023.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21** 31.2

**Fee Auditor Matters (3.2 Hours; $ 1,536.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32** 3.2

{D0088956.1 }