## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 7,289.70 |
| Air Freight & Express Mail | 348.76 |
| Charge of Cell and/or Home Phone Useage | 92.86 |
| Conference Meals | 227.05 |
| Court Reporting/Transcript Service | 3,349.90 |
| Database Research | 3,880.91 |
| Local Transportation - DC | 70.00 |
| Long Distance-Equitrac In-House | 4.74 |
| Meals Related to Travel | 213.06 |
| Miscellaneous: Client Advances | 39.00 |
| Outside Local Deliveries | 21.08 |
| Outside Photocopying/Duplication Service | 814.28 |
| Postage | 119.89 |
| Professional Fees & Expert Witness Fees | 109,411.65 |
| Research Material | 74.32 |
| Travel Expenses - Ground Transportation | 726.44 |
| Travel Expenses - Hotel Charges | 2,118.62 |
| Travel Expenses - LD Calls on Hotel Bill | 26.75 |
| Xeroxing | 2,921.90 |
| **Total:** | **$131,750.91** |

{D0088957.1}