```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                          Page:    1
Matter     000                     Disbursements                                                                     6/22/2007
                                                                                                                     Print Date/Time:
                                                                                                                     06/22/2007
                                                                                                                     12:23:27PM
Attn:                                                                                                                Invoice #

                                                    PREBILL / CONTROL REPORT
                                                        Trans Date Range:  1/1/1950 to: 5/31/2007
Matter     000
Disbursements
Bill Cycle:        Monthly          Style:          i1          Start:     4/16/2001
                                                                Last Billed : 5/22/2007                              13,655
```

Trust Amount Available

Total Expenses Billed To Date        $1,022,005.40

```
Billing Empl:        0120     Elihu  Inselbuch
Responsible Empl:    0120     Elihu  Inselbuch
Alternate Empl:      0120     Elihu  Inselbuch
Originating Empl:    0120     Elihu  Inselbuch
```

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | 6,661.48 | 0.00 | 3,927.48 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,111.96 | 0.00 | 1,111.96 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 722.80 | 0.00 | 722.80 |
| 0106 | TWS | Trevor W Swett | 0.00 | 52.90 | 0.00 | 52.90 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 12.91 | 0.00 | 12.91 |
| 0187 | NDF | Nathan D Finch | 0.00 | 115,252.17 | 0.00 | 115,252.17 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 0.60 | 0.00 | 0.60 |
| 0204 | AWG | Ann W Geier | 0.00 | 16.30 | 0.00 | 16.30 |
| 0212 | LJS | Lonita J Sheppard | 0.00 | 5.60 | 0.00 | 5.60 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 79.00 | 0.00 | 79.00 |
| 0222 | RK | Rhea  Knight | 0.00 | 8.50 | 0.00 | 8.50 |
| 0227 | RH | Roxana  Healy | 0.00 | 4.90 | 0.00 | 4.90 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 55.90 | 0.00 | 55.90 |
| 0251 | JO | Joan  O'Brien | 0.00 | 26.10 | 0.00 | 26.10 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 35.00 | 0.00 | 35.00 |
| 0308 | DBS | David B Smith | 0.00 | 790.07 | 0.00 | 790.07 |
| 0334 | JPW | James P Wehner | 0.00 | 2,604.90 | 0.00 | 2,604.90 |
| 0337 | EGB | Erroll G Butts | 0.00 | 814.28 | 0.00 | 814.28 |
| 0354 | JMR | Jeanna M Rickards | 0.00 | 25.00 | 0.00 | 25.00 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 6,204.54 | 0.00 | 6,204.54 |
|  |  |  | **0.00** | **134,484.91** | **0.00** | **131,750.91** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                        Page:    1
Matter      000                    Disbursements                                                                                   6/22/2007
                                                                                                                            Print Date/Time:
                                                                                                                                   06/22/2007
                                                                                                                                 12:23:27PM
Attn:                                                                                                                             Invoice #
```

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ACTUAL |  |  | BILLING |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2097107 | Federal Express to NDF c/o Peter Kraus on 3/29 | E | 04/13/2007 | 0187 | NDF | 0.00 |  | $84.58 | 0.00 |  | $84.58 | 84.58 |
| 2086155 | Equitrac - Long Distance to 3024261900 | E | 05/01/2007 | 0999 | C&D | 0.00 |  | $0.21 | 0.00 |  | $0.21 | 84.79 |
| 2086160 | Equitrac - Long Distance to 3024261900 | E | 05/01/2007 | 0999 | C&D | 0.00 |  | $0.27 | 0.00 |  | $0.27 | 85.06 |
| 2086164 | Equitrac - Long Distance to 3024261900 | E | 05/01/2007 | 0999 | C&D | 0.00 |  | $0.11 | 0.00 |  | $0.11 | 85.17 |
| 2086167 | Equitrac - Long Distance to 3128612200 | E | 05/01/2007 | 0999 | C&D | 0.00 |  | $0.18 | 0.00 |  | $0.18 | 85.35 |
| 2086168 | Equitrac - Long Distance to 2128069000 | E | 05/01/2007 | 0999 | C&D | 0.00 |  | $0.31 | 0.00 |  | $0.31 | 85.66 |
| 2086171 | Equitrac - Long Distance to 3024269947 | E | 05/01/2007 | 0999 | C&D | 0.00 |  | $0.12 | 0.00 |  | $0.12 | 85.78 |
| 2086173 | Equitrac - Long Distance to 2127158000 | E | 05/01/2007 | 0999 | C&D | 0.00 |  | $0.18 | 0.00 |  | $0.18 | 85.96 |
| 2086194 | Equitrac - Long Distance to 4122615066 | E | 05/01/2007 | 0999 | C&D | 0.00 |  | $0.06 | 0.00 |  | $0.06 | 86.02 |
| 2086414 | Photocopy | E | 05/01/2007 | 0334 | JPW | 0.00 |  | $11.20 | 0.00 |  | $11.20 | 97.22 |
| 2086415 | Photocopy | E | 05/01/2007 | 0227 | RH | 0.00 |  | $0.90 | 0.00 |  | $0.90 | 98.12 |
| 2086416 | Photocopy | E | 05/01/2007 | 0334 | JPW | 0.00 |  | $13.30 | 0.00 |  | $13.30 | 111.42 |
| 2086417 | Photocopy | E | 05/01/2007 | 0227 | RH | 0.00 |  | $4.00 | 0.00 |  | $4.00 | 115.42 |
| 2086710 | Postage | E | 05/02/2007 | 0999 | C&D | 0.00 |  | $30.92 | 0.00 |  | $30.92 | 146.34 |
| 2087634 | Photocopy | E | 05/02/2007 | 0999 | C&D | 0.00 |  | $13.50 | 0.00 |  | $13.50 | 159.84 |
| 2087644 | Photocopy | E | 05/02/2007 | 0308 | DBS | 0.00 |  | $4.00 | 0.00 |  | $4.00 | 163.84 |
| 2087666 | Photocopy | E | 05/02/2007 | 0999 | C&D | 0.00 |  | $1,000.50 | 0.00 |  | $1,000.50 | 1,164.34 |
| 2087667 | Photocopy | E | 05/02/2007 | 0308 | DBS | 0.00 |  | $4.30 | 0.00 |  | $4.30 | 1,168.64 |
| 2087673 | Photocopy | E | 05/02/2007 | 0999 | C&D | 0.00 |  | $138.00 | 0.00 |  | $138.00 | 1,306.64 |
| 2087683 | Photocopy | E | 05/02/2007 | 0334 | JPW | 0.00 |  | $0.50 | 0.00 |  | $0.50 | 1,307.14 |
| 2087689 | Photocopy | E | 05/02/2007 | 0232 | LK | 0.00 |  | $27.00 | 0.00 |  | $27.00 | 1,334.14 |
| 2087706 | Photocopy | E | 05/02/2007 | 0251 | JO | 0.00 |  | $0.10 | 0.00 |  | $0.10 | 1,334.24 |
| 2087720 | Photocopy | E | 05/02/2007 | 0334 | JPW | 0.00 |  | $9.20 | 0.00 |  | $9.20 | 1,343.44 |
| 2088717 | Photocopy | E | 05/03/2007 | 0232 | LK | 0.00 |  | $18.20 | 0.00 |  | $18.20 | 1,361.64 |
| 2088722 | Photocopy | E | 05/03/2007 | 0232 | LK | 0.00 |  | $4.50 | 0.00 |  | $4.50 | 1,366.14 |
| 2088725 | Photocopy | E | 05/03/2007 | 0999 | C&D | 0.00 |  | $3.00 | 0.00 |  | $3.00 | 1,369.14 |
| 2088726 | Photocopy | E | 05/03/2007 | 0199 | ADK | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 1,369.74 |
| 2088851 | NDF; Car service on travel to South Carolina for meeting with Joe Rice on 3/27 | E | 05/04/2007 | 0187 | NDF | 0.00 |  | $125.00 | 0.00 |  | $125.00 | 1,494.74 |
| 2088852 | NDF; Meals while on travel to Dallas for meeting with Peter Kraus on 3/30-31 | E | 05/04/2007 | 0187 | NDF | 0.00 |  | $21.39 | 0.00 |  | $21.39 | 1,516.13 |
| 2088856 | Pacer Service for January thru March 2007 | E | 05/04/2007 | 0999 | C&D | 0.00 |  | $74.32 | 0.00 |  | $74.32 | 1,590.45 |
| 2088874 | PVNL; Travel expenses to Pittsburgh for hearing and meetings on 5/1-2 (split between 5091,4642) for meals | E | 05/04/2007 | 0020 | PVL | 0.00 |  | $80.79 | 0.00 |  | $80.79 | 1,671.24 |
| 2088875 | PVNL; Travel expenses to Pittsburgh for hearing and meetings on 5/1-2 (split between 5091,4642) for Omni William hotel | E | 05/04/2007 | 0020 | PVL | 0.00 |  | $141.93 | 0.00 |  | $141.93 | 1,813.17 |
| 2089221 | Premier Global Services for Ready Conference calls by TWS in March | E | 05/04/2007 | 0106 | TWS | 0.00 |  | $52.90 | 0.00 |  | $52.90 | 1,866.07 |
| 2089229 | Premier Global Services for Ready Conference calls for NDF in March | E | 05/04/2007 | 0187 | NDF | 0.00 |  | $39.96 | 0.00 |  | $39.96 | 1,906.03 |
| 2089244 | Lasership, Inc to Orrick Herrington & Sutcliffe on 4/27 | E | 05/04/2007 | 0999 | C&D | 0.00 |  | $8.47 | 0.00 |  | $8.47 | 1,914.50 |
| 2089255 | Federal Express to Mark Hurford from DBS on 4/17 | E | 05/04/2007 | 0308 | DBS | 0.00 |  | $31.52 | 0.00 |  | $31.52 | 1,946.02 |
| 2089304 | Photocopy | E | 05/04/2007 | 0220 | SKL | 0.00 |  | $0.10 | 0.00 |  | $0.10 | 1,946.12 |
| 2089341 | Photocopy | E | 05/04/2007 | 0220 | SKL | 0.00 |  | $13.20 | 0.00 |  | $13.20 | 1,959.32 |
| 2089349 | Photocopy | E | 05/04/2007 | 0334 | JPW | 0.00 |  | $1.10 | 0.00 |  | $1.10 | 1,960.42 |
| 2089355 | Photocopy | E | 05/04/2007 | 0999 | C&D | 0.00 |  | $26.40 | 0.00 |  | $26.40 | 1,986.82 |
| 2089364 | Photocopy | E | 05/04/2007 | 0232 | LK | 0.00 |  | $1.20 | 0.00 |  | $1.20 | 1,988.02 |
| 2089421 | Red Top Executive Sedan; Car service for NDF on 4/19 from train station to office | E | 05/07/2007 | 0187 | NDF | 0.00 |  | $43.99 | 0.00 |  | $43.99 | 2,032.01 |
| 2089579 | Equitrac - Long Distance to 2123199240 | E | 05/07/2007 | 0999 | C&D | 0.00 |  | $0.33 | 0.00 |  | $0.33 | 2,032.34 |
| 2089687 | Photocopy | E | 05/07/2007 | 0220 | SKL | 0.00 |  | $0.10 | 0.00 |  | $0.10 | 2,032.44 |
| 2089697 | Photocopy | E | 05/07/2007 | 0220 | SKL | 0.00 |  | $1.50 | 0.00 |  | $1.50 | 2,033.94 |
| 2089700 | Photocopy | E | 05/07/2007 | 0255 | DAT | 0.00 |  | $3.00 | 0.00 |  | $3.00 | 2,036.94 |
| 2089728 | Photocopy | E | 05/07/2007 | 0999 | C&D | 0.00 |  | $20.20 | 0.00 |  | $20.20 | 2,057.14 |
| 2089760 | Photocopy | E | 05/07/2007 | 0222 | RK | 0.00 |  | $8.50 | 0.00 |  | $8.50 | 2,065.64 |
| 2089778 | Photocopy | E | 05/07/2007 | 0308 | DBS | 0.00 |  | $0.30 | 0.00 |  | $0.30 | 2,065.94 |
| 2089792 | Photocopy | E | 05/08/2007 | 0220 | SKL | 0.00 |  | $0.50 | 0.00 |  | $0.50 | 2,066.44 |
| 2089793 | Photocopy | E | 05/08/2007 | 0220 | SKL | 0.00 |  | $0.80 | 0.00 |  | $0.80 | 2,067.24 |
| 2089828 | Photocopy | E | 05/08/2007 | 0334 | JPW | 0.00 |  | $0.10 | 0.00 |  | $0.10 | 2,067.34 |
| 2089869 | Photocopy | E | 05/08/2007 | 0308 | DBS | 0.00 |  | $2.80 | 0.00 |  | $2.80 | 2,070.14 |
| 2089467 | Petty Cash Late night dinner for NDF on 4/16 | E | 05/08/2007 | 0187 | NDF | 0.00 |  | $75.43 | 0.00 |  | $75.43 | 2,145.57 |
| 2089468 | Petty Cash Food expense for PVNL on travel to Pittsburgh for hearing on 5/1-2 (split between | E | 05/08/2007 | 0020 | PVL | 0.00 |  | $9.34 | 0.00 |  | $9.34 | 2,154.91 |

| Client Number: 4642 | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| **Matter   000** | **Disbursements** | | | | | | | | 6/22/2007 |

Print Date/Time: 06/22/2007 12:23:27PM

Attn:
4642&5091)
Invoice #

| ID | Description | | Date | Code | User | | Amount | | | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 2089470 | Petty Cash   Parking expense for PVNL on travel to Pittsburgh for hearing on 5/1-2 (split between 4642&5091) | E | 05/08/2007 | 0020 | PVL | 0.00 | $17.00 | 0.00 | $17.00 | 2,171.91 |
| 2089491 | NDF;  Travel expenses to Pittsburgh for court appearance on 5/2 for Marriott hotel (room 229. tax 16.03 and occ. tax 16.03) | E | 05/09/2007 | 0187 | NDF | 0.00 | $261.06 | 0.00 | $261.06 | 2,432.97 |
| 2089492 | NDF;  Travel expenses to Pittsburgh for court appearance on 5/2 for cabs t/f hotel and airport | E | 05/09/2007 | 0187 | NDF | 0.00 | $86.00 | 0.00 | $86.00 | 2,518.97 |
| 2089495 | NDF;  Travel expenses to NY on 5/3 for meetings re case for Hotel Elysee (room 395., sales tax 33.08, occ tax 2.00, unit fee 1.50, city tax 19.75) | E | 05/09/2007 | 0187 | NDF | 0.00 | $451.33 | 0.00 | $451.33 | 2,970.30 |
| 2089496 | NDF;  Travel expenses to NY on 5/3 for meetings re case for cabs office and airport | E | 05/09/2007 | 0187 | NDF | 0.00 | $50.00 | 0.00 | $50.00 | 3,020.30 |
| 2089499 | JPW;  Travel expenses to NYC for meeting with Grace committee on 5/3 | E | 05/09/2007 | 0334 | JPW | 0.00 | $110.00 | 0.00 | $110.00 | 3,130.30 |
| 2089500 | BSB;  Travel expenses to Seattle for S. Hammar deposition on 5/2-3 for meals | E | 05/09/2007 | 0001 | BSB | 0.00 | $98.54 | 0.00 | $98.54 | 3,228.84 |
| 2089501 | BSB;  Travel expenses to Seattle for S. Hammar deposition on 5/2-3 for air fare (coach fare $1098.80) | E | 05/09/2007 | 0001 | BSB | 0.00 | $3,832.80 | 0.00 | $1,098.80 | 4,327.64 |
| 2089502 | BSB;  Travel expenses to Seattle for S. Hammar deposition on 5/2-3 for agency fee | E | 05/09/2007 | 0001 | BSB | 0.00 | $40.00 | 0.00 | $40.00 | 4,367.64 |
| 2089503 | BSB;  Travel expenses to Seattle for S. Hammar deposition on 5/2-3 for the Fairmont Olymic hotel | E | 05/09/2007 | 0001 | BSB | 0.00 | $991.84 | 0.00 | $991.84 | 5,359.48 |
| 2089504 | BSB;  Travel expenses to Seattle for S. Hammar deposition on 5/2-3 for cabs t/f airport and hotel | E | 05/09/2007 | 0001 | BSB | 0.00 | $78.00 | 0.00 | $78.00 | 5,437.48 |
| 2089505 | BSB;  Travel expenses to Seattle for S. Hammar deposition on 5/2-3 for parking at airport | E | 05/09/2007 | 0001 | BSB | 0.00 | $64.00 | 0.00 | $64.00 | 5,501.48 |
| 2089520 | Business Card;  C&D company credit card used by Nalini Rajguru on 3/28 for Synergy (science/asbestos article) | E | 05/09/2007 | 0999 | C&D | 0.00 | $39.00 | 0.00 | $39.00 | 5,540.48 |
| 2089936 | Equitrac - Long Distance to 3024261900 | E | 05/09/2007 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 5,540.89 |
| 2089968 | Photocopy | E | 05/09/2007 | 0220 | SKL | 0.00 | $1.10 | 0.00 | $1.10 | 5,541.99 |
| 2089986 | Photocopy | E | 05/09/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 5,542.09 |
| 2090049 | Photocopy | E | 05/09/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 5,542.29 |
| 2090050 | Photocopy | E | 05/09/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 5,542.39 |
| 2090382 | Snyder Miller & Orton;  Services rendered thru 4/30 | E | 05/09/2007 | 0187 | NDF | 0.00 | $40,531.65 | 0.00 | $40,531.65 | 46,074.04 |
| 2090383 | Verus Claims Service;  Services rendered thru 4/27/07 | E | 05/09/2007 | 0187 | NDF | 0.00 | $62,375.00 | 0.00 | $62,375.00 | 108,449.04 |
| 2090404 | Federal Express to Katie Hemming from EI on 4/24 | E | 05/09/2007 | 0120 | EI | 0.00 | $4.28 | 0.00 | $4.28 | 108,453.32 |
| 2090411 | NDF;  Travel expenses to Pittsburgh for court hearing on 5/7 for snacks | E | 05/10/2007 | 0187 | NDF | 0.00 | $3.00 | 0.00 | $3.00 | 108,456.32 |
| 2090412 | NDF;  Travel expenses to Pittsburgh for court hearing on 5/7 for Omni William Penn hotel (room 239., Co. Occ. tax 16.73, State Rad tax 2.39, State sales tax 14.34) | E | 05/10/2007 | 0187 | NDF | 0.00 | $272.46 | 0.00 | $272.46 | 108,728.78 |
| 2090413 | NDF;  Travel expenses to Pittsburgh for court hearing on 5/7 for cabs | E | 05/10/2007 | 0187 | NDF | 0.00 | $45.00 | 0.00 | $45.00 | 108,773.78 |
| 2090414 | NDF;  Travel expenses to Pittsburgh for court hearing on 5/7 for phone calls made from hotel | E | 05/10/2007 | 0187 | NDF | 0.00 | $26.75 | 0.00 | $26.75 | 108,800.53 |
| 2090613 | Photocopy | E | 05/10/2007 | 0999 | C&D | 0.00 | $10.30 | 0.00 | $10.30 | 108,810.83 |
| 2090750 | ADA Travel   Coach fare travel to Pittsburgh and New York for NDF on 5/1 | E | 05/11/2007 | 0187 | NDF | 0.00 | $1,657.20 | 0.00 | $1,657.20 | 110,468.03 |
| 2090751 | ADA Travel Agency fee on  Coach fare travel to Pittsburgh and New York for NDF on 5/1 | E | 05/11/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 110,508.03 |
| 2090753 | ADA Travel   Coach fare travel to Pittsburgh for PVNL on 5/1 (split between 5091 and 4642) | E | 05/11/2007 | 0020 | PVL | 0.00 | $659.40 | 0.00 | $659.40 | 111,167.43 |
| 2090755 | ADA Travel  Agency fee on PVNL travel on 5/1 to Pittsburgh (split between 5091,4642) | E | 05/11/2007 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 111,187.43 |
| 2090765 | Henderson Legal;  Deposition transcript of Frederick Zaremby | E | 05/11/2007 | 0334 | JPW | 0.00 | $1,794.70 | 0.00 | $1,794.70 | 112,982.13 |
| 2090879 | Equitrac - Long Distance to 6179512505 | E | 05/11/2007 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 112,982.37 |
| 2090912 | Photocopy | E | 05/11/2007 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 112,982.67 |
| 2090923 | Photocopy | E | 05/11/2007 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 112,983.27 |
| 2090928 | Photocopy | E | 05/11/2007 | 0220 | SKL | 0.00 | $1.40 | 0.00 | $1.40 | 112,984.67 |
| 2090937 | Photocopy | E | 05/11/2007 | 0232 | LK | 0.00 | $3.10 | 0.00 | $3.10 | 112,987.77 |
| 2090942 | Photocopy | E | 05/11/2007 | 0308 | DBS | 0.00 | $204.70 | 0.00 | $204.70 | 113,192.47 |
| 2091397 | Equitrac - Long Distance to 3024261900 | E | 05/14/2007 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 113,192.70 |

**Client Number:   4642**            **Grace Asbestos Personal Injury Claimants**                                                                          Page:   1

**Matter     000**                         **Disbursements**                                                                                               6/22/2007
                                                                                                                                                    Print Date/Time:
                                                                                                                                                        06/22/2007
                                                                                                                                                        12:23:27PM
Attn:                                                                                                                                                    Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Amount | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2091401 | Equitrac - Long Distance to 2126056260 | E | 05/14/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 113,192.75 |
| 2091436 | Photocopy | E | 05/14/2007 | 0999 | C&D | 0.00 | $49.80 | 0.00 | $49.80 | 113,242.55 |
| 2091459 | Photocopy | E | 05/14/2007 | 0220 | SKL | 0.00 | $1.20 | 0.00 | $1.20 | 113,243.75 |
| 2091476 | Photocopy | E | 05/14/2007 | 0999 | C&D | 0.00 | $195.50 | 0.00 | $195.50 | 113,439.25 |
| 2091483 | Photocopy | E | 05/14/2007 | 0999 | C&D | 0.00 | $225.50 | 0.00 | $225.50 | 113,664.75 |
| 2091489 | Photocopy | E | 05/14/2007 | 0999 | C&D | 0.00 | $20.00 | 0.00 | $20.00 | 113,684.75 |
| 2091554 | Equitrac - Long Distance to 3604797707 | E | 05/15/2007 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 113,685.03 |
| 2091597 | Photocopy | E | 05/15/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 113,685.13 |
| 2091604 | Photocopy | E | 05/15/2007 | 0999 | C&D | 0.00 | $8.60 | 0.00 | $8.60 | 113,693.73 |
| 2091606 | Photocopy | E | 05/15/2007 | 0999 | C&D | 0.00 | $22.30 | 0.00 | $22.30 | 113,716.03 |
| 2091607 | Photocopy | E | 05/15/2007 | 0220 | SKL | 0.00 | $8.20 | 0.00 | $8.20 | 113,724.23 |
| 2091622 | Photocopy | E | 05/15/2007 | 0255 | DAT | 0.00 | $24.00 | 0.00 | $24.00 | 113,748.23 |
| 2091631 | Photocopy | E | 05/15/2007 | 0999 | C&D | 0.00 | $43.20 | 0.00 | $43.20 | 113,791.43 |
| 2091648 | Photocopy | E | 05/15/2007 | 0220 | SKL | 0.00 | $9.90 | 0.00 | $9.90 | 113,801.33 |
| 2091199 | Petty Cash  Late night cab home for JMR on 5/8 | E | 05/15/2007 | 0354 | JMR | 0.00 | $25.00 | 0.00 | $25.00 | 113,826.33 |
| 2091202 | Petty Cash  Cab and parking expense for WBS on travel to NYC to attend committee meeting on 5/3 | E | 05/15/2007 | 0054 | WBS | 0.00 | $54.00 | 0.00 | $54.00 | 113,880.33 |
| 2091730 | Federal Express to Nathan Finch c/o of P. Milch on 5/1 | E | 05/16/2007 | 0187 | NDF | 0.00 | $31.35 | 0.00 | $31.35 | 113,911.68 |
| 2091734 | Federal Express to Nathan Finch in NY office from DBS on 5/2 | E | 05/16/2007 | 0308 | DBS | 0.00 | $146.25 | 0.00 | $146.25 | 114,057.93 |
| 2091962 | Equitrac - Long Distance to 3128612200 | E | 05/16/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 114,057.99 |
| 2091996 | Photocopy | E | 05/16/2007 | 0255 | DAT | 0.00 | $1.60 | 0.00 | $1.60 | 114,059.59 |
| 2092001 | Photocopy | E | 05/16/2007 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 114,059.69 |
| 2092006 | Photocopy | E | 05/16/2007 | 0232 | LK | 0.00 | $1.60 | 0.00 | $1.60 | 114,061.29 |
| 2092019 | Photocopy | E | 05/16/2007 | 0220 | SKL | 0.00 | $1.10 | 0.00 | $1.10 | 114,062.39 |
| 2092040 | Photocopy | E | 05/16/2007 | 0308 | DBS | 0.00 | $21.10 | 0.00 | $21.10 | 114,083.49 |
| 2092064 | Photocopy | E | 05/16/2007 | 0308 | DBS | 0.00 | $5.20 | 0.00 | $5.20 | 114,088.69 |
| 2092218 | Equitrac - Long Distance to 2125063741 | E | 05/17/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 114,088.76 |
| 2092256 | Photocopy | E | 05/17/2007 | 0308 | DBS | 0.00 | $2.20 | 0.00 | $2.20 | 114,090.96 |
| 2092266 | Photocopy | E | 05/17/2007 | 0308 | DBS | 0.00 | $10.00 | 0.00 | $10.00 | 114,100.96 |
| 2092270 | Photocopy | E | 05/17/2007 | 0999 | C&D | 0.00 | $18.30 | 0.00 | $18.30 | 114,119.26 |
| 2092278 | Photocopy | E | 05/17/2007 | 0308 | DBS | 0.00 | $6.10 | 0.00 | $6.10 | 114,125.36 |
| 2092284 | Photocopy | E | 05/17/2007 | 0308 | DBS | 0.00 | $8.90 | 0.00 | $8.90 | 114,134.26 |
| 2092289 | Photocopy | E | 05/17/2007 | 0308 | DBS | 0.00 | $3.00 | 0.00 | $3.00 | 114,137.26 |
| 2092295 | Photocopy | E | 05/17/2007 | 0308 | DBS | 0.00 | $5.90 | 0.00 | $5.90 | 114,143.16 |
| 2092347 | Photocopy | E | 05/17/2007 | 0308 | DBS | 0.00 | $4.80 | 0.00 | $4.80 | 114,147.96 |
| 2093075 | Equitrac - Long Distance to 3024269910 | E | 05/18/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 114,148.03 |
| 2093078 | Equitrac - Long Distance to 3024261900 | E | 05/18/2007 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 114,148.11 |
| 2093080 | Equitrac - Long Distance to 3024269910 | E | 05/18/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 114,148.18 |
| 2093117 | Photocopy | E | 05/18/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 114,148.28 |
| 2093139 | Photocopy | E | 05/18/2007 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 114,148.68 |
| 2093159 | Photocopy | E | 05/18/2007 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 114,149.28 |
| 2093176 | Photocopy | E | 05/18/2007 | 0220 | SKL | 0.00 | $15.00 | 0.00 | $15.00 | 114,164.28 |
| 2093192 | Photocopy | E | 05/18/2007 | 0220 | SKL | 0.00 | $4.80 | 0.00 | $4.80 | 114,169.08 |
| 2093276 | Photocopy | E | 05/21/2007 | 0220 | SKL | 0.00 | $1.20 | 0.00 | $1.20 | 114,170.28 |
| 2093326 | Photocopy | E | 05/21/2007 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 114,171.18 |
| 2093348 | Photocopy | E | 05/21/2007 | 0999 | C&D | 0.00 | $9.80 | 0.00 | $9.80 | 114,180.98 |
| 2093356 | Photocopy | E | 05/21/2007 | 0334 | JPW | 0.00 | $1.00 | 0.00 | $1.00 | 114,181.98 |
| 2093361 | Photocopy | E | 05/21/2007 | 0001 | BSB | 0.00 | $0.80 | 0.00 | $0.80 | 114,182.78 |
| 2092997 | NDF;  Luncheon meeting with expert on 4/12 | E | 05/21/2007 | 0187 | NDF | 0.00 | $35.77 | 0.00 | $35.77 | 114,218.55 |
| 2093018 | Brown & Gallo;  Deposition transcript of W.M. Ewing, CIH | E | 05/21/2007 | 0001 | BSB | 0.00 | $1,021.50 | 0.00 | $1,021.50 | 115,240.05 |
| 2093029 | Lasership to Orrick Herrington & Sutcliffe on 5/14 | E | 05/21/2007 | 0999 | C&D | 0.00 | $12.61 | 0.00 | $12.61 | 115,252.66 |
| 2093377 | Petty Cash  Cab home to office for NDF on 5/9 - arrived in late from Pittsburgh previous night | E | 05/22/2007 | 0187 | NDF | 0.00 | $20.00 | 0.00 | $20.00 | 115,272.66 |
| 2093380 | Petty Cash  Cab for NDF t/f meeting with Orrick on 5/10 | E | 05/22/2007 | 0187 | NDF | 0.00 | $25.00 | 0.00 | $25.00 | 115,297.66 |
| 2093656 | Equitrac - Long Distance to 2123197125 | E | 05/22/2007 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 115,297.75 |
| 2093700 | Equitrac - Long Distance to 4098381000 | E | 05/22/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 115,297.81 |
| 2093722 | Photocopy | E | 05/22/2007 | 0220 | SKL | 0.00 | $1.20 | 0.00 | $1.20 | 115,299.01 |
| 2093724 | Photocopy | E | 05/22/2007 | 0220 | SKL | 0.00 | $9.50 | 0.00 | $9.50 | 115,308.51 |
| 2093731 | Photocopy | E | 05/22/2007 | 0308 | DBS | 0.00 | $12.10 | 0.00 | $12.10 | 115,320.61 |
| 2093774 | Photocopy | E | 05/22/2007 | 0308 | DBS | 0.00 | $11.90 | 0.00 | $11.90 | 115,332.51 |
| 2093776 | Photocopy | E | 05/22/2007 | 0255 | DAT | 0.00 | $0.40 | 0.00 | $0.40 | 115,332.91 |
| 2093806 | Photocopy | E | 05/22/2007 | 0308 | DBS | 0.00 | $5.20 | 0.00 | $5.20 | 115,338.11 |
| 2093812 | Photocopy | E | 05/22/2007 | 0999 | C&D | 0.00 | $18.90 | 0.00 | $18.90 | 115,357.01 |
| 2093816 | Photocopy | E | 05/22/2007 | 0308 | DBS | 0.00 | $31.20 | 0.00 | $31.20 | 115,388.21 |
| 2093823 | Photocopy | E | 05/22/2007 | 0308 | DBS | 0.00 | $2.20 | 0.00 | $2.20 | 115,390.41 |
| 2093826 | Photocopy | E | 05/22/2007 | 0308 | DBS | 0.00 | $25.80 | 0.00 | $25.80 | 115,416.21 |
| 2093830 | Photocopy | E | 05/22/2007 | 0255 | DAT | 0.00 | $6.00 | 0.00 | $6.00 | 115,422.21 |

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                                              Page:    1
Matter      000                         Disbursements                                                                                                         6/22/2007
                                                                                                                                                        Print Date/Time:
                                                                                                                                                             06/22/2007
                                                                                                                                                           12:23:27PM
Attn:                                                                                                                                                         Invoice #
2093841     Photocopy                                          E   05/22/2007   0308   DBS    0.00      $21.00      0.00      $21.00    115,443.21
2093843     Photocopy                                          E   05/22/2007   0308   DBS    0.00       $0.20      0.00       $0.20    115,443.41
2093844     Photocopy                                          E   05/22/2007   0308   DBS    0.00       $7.20      0.00       $7.20    115,450.61
2093849     Photocopy                                          E   05/22/2007   0308   DBS    0.00       $4.80      0.00       $4.80    115,455.41
2093850     Photocopy                                          E   05/22/2007   0308   DBS    0.00       $0.40      0.00       $0.40    115,455.81
2093852     Photocopy                                          E   05/22/2007   0308   DBS    0.00      $14.50      0.00      $14.50    115,470.31
2093855     Photocopy                                          E   05/22/2007   0308   DBS    0.00       $2.40      0.00       $2.40    115,472.71
2094025     NDF;  Case status dinner meeting on 5/22 with      E   05/23/2007   0187   NDF    0.00      $90.35      0.00      $90.35    115,563.06
            JPW, KCM (split between 4642 and 5091)
2094040     Equitrac - Long Distance to 3024261900             E   05/23/2007   0999   C&D    0.00       $0.06      0.00       $0.06    115,563.12
2094087     Photocopy                                          E   05/23/2007   0308   DBS    0.00      $65.20      0.00      $65.20    115,628.32
2094088     Photocopy                                          E   05/23/2007   0220   SKL    0.00       $1.20      0.00       $1.20    115,629.52
2094090     Photocopy                                          E   05/23/2007   0999   C&D    0.00       $8.50      0.00       $8.50    115,638.02
2094142     Photocopy                                          E   05/23/2007   0308   DBS    0.00       $3.00      0.00       $3.00    115,641.02
2094147     Photocopy                                          E   05/23/2007   0308   DBS    0.00       $4.60      0.00       $4.60    115,645.62
2094153     Photocopy                                          E   05/23/2007   0308   DBS    0.00      $90.00      0.00      $90.00    115,735.62
2094154     Photocopy                                          E   05/23/2007   0251   JO     0.00      $17.20      0.00      $17.20    115,752.82
2094155     Photocopy                                          E   05/23/2007   0251   JO     0.00       $8.50      0.00       $8.50    115,761.32
2094172     Photocopy                                          E   05/23/2007   0999   C&D    0.00      $29.60      0.00      $29.60    115,790.92
2094186     Photocopy                                          E   05/23/2007   0220   SKL    0.00       $2.90      0.00       $2.90    115,793.82
2094221     Photocopy                                          E   05/23/2007   0308   DBS    0.00       $1.20      0.00       $1.20    115,795.02
2094321     Postage                                            E   05/24/2007   0999   C&D    0.00       $1.84      0.00       $1.84    115,796.86
2094590     Equitrac - Long Distance to 3024261900             E   05/24/2007   0999   C&D    0.00       $0.09      0.00       $0.09    115,796.95
2094670     Photocopy                                          E   05/24/2007   0999   C&D    0.00      $35.00      0.00      $35.00    115,831.95
2094685     Photocopy                                          E   05/24/2007   0220   SKL    0.00       $1.60      0.00       $1.60    115,833.55
2094689     Photocopy                                          E   05/24/2007   0220   SKL    0.00       $0.20      0.00       $0.20    115,833.75
2094723     Postage                                            E   05/25/2007   0999   C&D    0.00      $24.16      0.00      $24.16    115,857.91
2094774     Equitrac - Long Distance to 3024261900             E   05/25/2007   0999   C&D    0.00       $0.34      0.00       $0.34    115,858.25
2094802     Photocopy                                          E   05/25/2007   0220   SKL    0.00       $0.10      0.00       $0.10    115,858.35
2094815     Photocopy                                          E   05/25/2007   0251   JO     0.00       $0.30      0.00       $0.30    115,858.65
2094922     Postage                                            E   05/29/2007   0999   C&D    0.00      $24.16      0.00      $24.16    115,882.81
2095347     Equitrac - Long Distance to 2125063741             E   05/29/2007   0999   C&D    0.00       $0.13      0.00       $0.13    115,882.94
2095394     Photocopy                                          E   05/29/2007   0204   AWG    0.00       $3.50      0.00       $3.50    115,886.44
2095435     Photocopy                                          E   05/29/2007   0212   LJS    0.00       $5.60      0.00       $5.60    115,892.04
2095460     Photocopy                                          E   05/29/2007   0001   BSB    0.00       $0.30      0.00       $0.30    115,892.34
2095467     Photocopy                                          E   05/29/2007   0999   C&D    0.00      $20.90      0.00      $20.90    115,913.24
2095471     Photocopy                                          E   05/29/2007   0308   DBS    0.00       $5.40      0.00       $5.40    115,918.64
2095478     Photocopy                                          E   05/29/2007   0999   C&D    0.00       $1.50      0.00       $1.50    115,920.14
2095479     Photocopy                                          E   05/29/2007   0999   C&D    0.00      $54.50      0.00      $54.50    115,974.64
2095507     TSG Reporting;  Samuel Hammar deposition           E   05/30/2007   0001   BSB    0.00     $533.70      0.00     $533.70    116,508.34
2095509     ADA Travel     NDF 5/1 coach fare Pittsburgh to    E   05/30/2007   0187   NDF    0.00     $628.40      0.00     $628.40    117,136.74
            New York
2095510     ADA Travel     Agency fee on   NDF 5/1 coach fare  E   05/30/2007   0187   NDF    0.00      $40.00      0.00      $40.00    117,176.74
            Pittsburgh to New York
2095517     ADA Travel     JPW coach class  travel on 5/3 to   E   05/30/2007   0334   JPW    0.00     $628.80      0.00     $628.80    117,805.54
            NYC
2095518     ADA Travel     Agency fee  on  JPW travel on 5/3   E   05/30/2007   0334   JPW    0.00      $35.00      0.00      $35.00    117,840.54
            to NYC
2095519     ADA Travel    WBS coach class travel to NYC on 5/3 E   05/30/2007   0054   WBS    0.00     $628.80      0.00     $628.80    118,469.34
2095520     ADA Travel    Agency fee on   WBS coach class      E   05/30/2007   0054   WBS    0.00      $40.00      0.00      $40.00    118,509.34
            travel to NYC on 5/3
2095521     ADA Travel    NDF coach class travel to            E   05/30/2007   0187   NDF    0.00   $1,218.80      0.00   $1,218.80    119,728.14
            Pittsburgh on 5/7
2095522     ADA Travel   Agency fee on    NDF coach class      E   05/30/2007   0187   NDF    0.00      $40.00      0.00      $40.00    119,768.14
            travel to Pittsburgh on 5/7
2095526     ADA Travel    PVNL travel to Wilmington on 5/21    E   05/30/2007   0020   PVL    0.00     $183.50      0.00     $183.50    119,951.64
            (coach fare $213.00)  Travel split between 5091
            and 4642)  (train fare 163.50 and agency fee
            20.00)
2095535     ADA Travel     NDF travel to Wilmington on 5/21    E   05/30/2007   0187   NDF    0.00     $291.00      0.00     $291.00    120,242.64
            (coach fare $187.00)
2095536     ADA Travel    Agency fee on   NDF travel to        E   05/30/2007   0187   NDF    0.00      $40.00      0.00      $40.00    120,282.64
            Wilmington on 5/21  (coach fare $187.00)
2095544     Federal Express to Dan Relles from NDF on 5/7      E   05/30/2007   0187   NDF    0.00      $42.15      0.00      $42.15    120,324.79
2095572     Charge & Ride  car service for NDF, WBS, JPW to    E   05/30/2007   0187   NDF    0.00      $53.45      0.00      $53.45    120,378.24
            LaGuardia airport in NYC on 5/3 following meeting
2095574     Gobbell Hays;  Professional services               E   05/30/2007   0187   NDF    0.00   $6,505.00      0.00   $6,505.00    126,883.24
2095579     Federal Express to Katie Hemming from EI on 5/14   E   05/30/2007   0120   EI     0.00       $8.63      0.00       $8.63    126,891.87
2095598     Conference Meals - Lunch for NDF & WBS priorto     E   05/30/2007   0999   C&D    0.00      $25.50      0.00      $25.50    126,917.37
            Comm Mtg on 5/3.
2096072     Equitrac - Long Distance to 3024261900             E   05/30/2007   0999   C&D    0.00       $0.06      0.00       $0.06    126,917.43
2096116     Photocopy                                          E   05/30/2007   0308   DBS    0.00       $5.60      0.00       $5.60    126,923.03
```

```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                                                              Page:   1
Matter      000                  Disbursements                                                                                    6/22/2007
                                                                                                                           Print Date/Time:
                                                                                                                                06/22/2007
                                                                                                                               12:23:27PM
Attn:                                                                                                                           Invoice #
2096140    Photocopy                                   E  05/30/2007   0308  DBS       0.00        $8.70    0.00        $8.70   126,931.73
2096146    Photocopy                                   E  05/30/2007   0187  NDF       0.00        $1.10    0.00        $1.10   126,932.83
2096149    Photocopy                                   E  05/30/2007   0999  C&D       0.00       $12.60    0.00       $12.60   126,945.43
2096156    Photocopy                                   E  05/30/2007   0999  C&D       0.00       $35.60    0.00       $35.60   126,981.03
2096202    Photocopy                                   E  05/30/2007   0308  DBS       0.00        $0.20    0.00        $0.20   126,981.23
2096216    Document Tech;  C work - medium litigation  E  05/31/2007   0337  EGB       0.00      $814.28    0.00      $814.28   127,795.51
2096736    Equitrac - Long Distance to 4122817100      E  05/31/2007   0999  C&D       0.00        $0.51    0.00        $0.51   127,796.02
2096737    Equitrac - Long Distance to 4159624412      E  05/31/2007   0999  C&D       0.00        $0.07    0.00        $0.07   127,796.09
2096787    Photocopy                                   E  05/31/2007   0204  AWG       0.00       $12.80    0.00       $12.80   127,808.89
2096810    Photocopy                                   E  05/31/2007   0308  DBS       0.00        $2.80    0.00        $2.80   127,811.69
2096811    Photocopy                                   E  05/31/2007   0308  DBS       0.00        $3.40    0.00        $3.40   127,815.09
2097104    Xeroxing, color copier NYO office           E  05/31/2007   0999  C&D       0.00       $16.10    0.00       $16.10   127,831.19
2100746    Database Research - Westlaw by BSB on 5/21  E  05/31/2007   0999  C&D       0.00       $15.63    0.00       $15.63   127,846.82
2100747    Database Research - Westlaw by JBP on 5/23  E  05/31/2007   0999  C&D       0.00       $37.84    0.00       $37.84   127,884.66
2100748    Database Research - Westlaw by DBS on 5/9   E  05/31/2007   0999  C&D       0.00      $361.36    0.00      $361.36   128,246.02
2100749    Database Research - Westlaw by JPW on 5/4-29 E 05/31/2007   0999  C&D       0.00    $1,629.57    0.00    $1,629.57   129,875.59
2100750    Database Research - Westlaw by JAL on 5/1-14 E 05/31/2007   0999  C&D       0.00    $1,836.51    0.00    $1,836.51   131,712.10
2096016    Postage                                     E  05/31/2007   0999  C&D       0.00       $38.81    0.00       $38.81   131,750.91
Total Expenses                                                                         0.00  $134,484.91    0.00  $131,750.91


                    Matter Total Fees                                                              0.00                  0.00


                    Matter Total Expenses                                                    134,484.91            131,750.91


                    Matter Total                                                     0.00   134,484.91     0.00    131,750.91



                    Prebill Total Fees


                    Prebill Total Expenses                                                  $134,484.91           $131,750.91


                    Prebill Total                                                    0.00  $134,484.91     0.00   $131,750.91


Previous Billings

InvoiceNo      InvoiceDate           InvoiceTotal         OpenTotal

46,677         08/27/2004                 240.00             48.00
47,114         09/30/2004               6,171.50          1,234.30
48,027         12/27/2004               1,419.00            283.80
50,276         06/27/2005               8,030.50          1,606.10
56,243         11/30/2006             218,388.50         43,677.70
56,642         12/28/2006             225,835.50         45,167.10
56,922         01/25/2007             184,779.00         36,955.80
57,444         02/28/2007             255,105.50         51,021.10
57,767         03/23/2007             325,262.50         65,052.50
58,096         04/26/2007             412,455.12        412,455.12
58,439         05/22/2007             438,733.33        437,932.14
                                    2,076,420.45      1,095,433.66
```

```
Client Number:   4642           Grace Asbestos Personal Injury Claimants                                Page:    1
Matter      000                 Disbursements                                                         6/22/2007
                                                                                                 Print Date/Time:
                                                                                                      06/22/2007
                                                                                                      12:23:27PM
Attn:                                                                                                   Invoice #
```