THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*Objection Deadline: July 19, 2007 at 4:00p.m.*

FIFTY-FIRST APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P.
(FORMERLY THE BLACKSTONE GROUP L.P.) AS FINANCIAL ADVISORY TO
W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2007 through February 28, 2007 |

| Amount of Compensation sought as actual, reasonable and necessary: | Total $100,000.00 | (Holdback (@ 20%) ($20,000.00) |
|---|---|---|

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,260.82 |

This is a  x  monthly  __ interim    ___ final application

2572008.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | 20,000.00 |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | 20,000.00 |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | 20,000.00 |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | 10,000.00 |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | 20,000.00 |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | 20,000.00 |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 80,000.00 | 704.00 | 20,000.00 | 20,000.00 |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 140,000.00 | 1,104.42 | 35,000.00 | 35,000.00 |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 120,000.00 | 1,509.61 | 30,000.00 | 30,000.00 |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 80,000.00 | 5,412.84 | 20,000.00 | 20,000.00 |
| 06/28/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | -- | -- | -- | -- |

*2572008.DOC*

# Blackstone Advisory Services L.P.

June 28, 2007

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of February 1, 2007 through February 28, 2007: | | $ | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (20,000.00) |

Out-of-pocket expenses processed for the period through February 28, 2007:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 551.64 | |
| Communications | | 194.00 | |
| Meals | | 61.48 | |
| Lodging | | 213.70 | |
| Research | | 240.00 | 1,260.82 |
| **Total Amount Due** | | $ | **81,260.82** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 14535

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 14535**

|  | GL Detail Feb-07 | Total Expenses |
|---|---:|---:|
| Ground Transportation - Car Service - Elite | $ 232.96 | $ 232.96 |
| Ground Transportation - Out of Town Travel | 318.68 | 318.68 |
| Communications - Teleconferencing | 194.00 | 194.00 |
| Employee Meals | 61.48 | 61.48 |
| Lodging | 213.70 | 213.70 |
| Internal Research | 240.00 | 240.00 |
| **Total Expenses** | **$ 1,260.82** | **$ 1,260.82** |
| | | |
| **Ground Transportation** | | $ 551.64 |
| **Communications** | | 194.00 |
| **Meals** | | 61.48 |
| **Lodging** | | 213.70 |
| **Research** | | 240.00 |
| **Total Expenses** | | **$ 1,260.82** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through February 28, 2007**
**Invoice No. 14535**

**Ground Transportation - Car Service - Elite**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (car to Newark Airport in Newark, NJ from home) | 01/08/07 | 118.01 | |
| O'Connell (car home from Newark Airport in Newark, NJ) | 01/09/07 | 114.95 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | $ 232.96 |

**Ground Transportation - Out of Town Travel**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (taxi to hotel from airport in Boston, MA) | 12/12/06 | 30.00 | |
| O'Connell (taxi to client meeting in Cambridge, MA from hotel) | 12/13/06 | 26.00 | |
| O'Connell (taxi from hotel to BWI station in Baltimore, MD) | 12/14/06 | 50.00 | |
| O'Connell (Hertz car rental during stay in West Chester, OH) | 01/08/07 - 01/09/07 | 212.68 | |
| Subtotal - Ground Transportation - Out of Town Travel | | | 318.68 |

**Communications - Teleconferencing**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (fee for attending Court hearing telephonically) | 01/23/07 | 194.00 | |
| Subtotal - Communications - Teleconferencing | | | 194.00 |

**Employee Meals**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Istvan (weekend working meal @ Blackstone) | 12/17/06 | 12.51 | |
| O'Connell (meal @ airport in Newark, NJ) | 01/09/07 | 8.85 | |
| O'Connell (in-room meal @ hotel during stay in West Chester, OH) | 01/10/07 | 15.12 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 01/12/07 | 25.00 | |
| Subtotal - Employee Meals | | | 61.48 |

**Lodging**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (1 day hotel stay in West Chester, OH) | 01/08/07 - 01/09/07 | 213.70 | |
| Subtotal - Lodging | | | 213.70 |

**Internal Research**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Istvan (online data research) | 01/21/07 - 01/27/07 | 240.00 | |
| Subtotal - Internal Research | | | 240.00 |

| | | | |
|---|---|---|---|
| **Total Expenses** | | | $ 1,260.82 |

## BLACKSTONE ADVISORY SERVICES L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 62.6 |
| Jamie O'Connell | Vice President | 36.8 |
| Benjamin Istvan | Analyst | 16.2 |
| | Total | 115.6 |

## BLACKSTONE ADVISORY SERVICES L.P.
### HOURLY DETAIL FOR THE PERIOD OF
### FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/01/07 | 0.5 | Business Analysis | Discussions with Tarola, correspondence with third party re: investor call |
| Pamela Zilly | 02/02/07 | 1.0 | Business Analysis | Read monthly operating reports |
| Benjamin Istvan | 02/06/07 | 0.5 | Business Analysis | Analysis of unsecured recoveries in Delphi case in connection with Grace claim |
| Jamie O'Connell | 02/07/07 | 0.3 | Business Analysis | Analysis of unsecured recoveries in Delphi case in connection with Grace claim |
| Jamie O'Connell | 02/09/07 | 0.3 | Business Analysis | Call with claims trader regarding Delphi unsecured claims pricing |
| Jamie O'Connell | 02/09/07 | 0.5 | Business Analysis | Correspondence to J. McFarland regarding Delphi unsecured claims pricing |
| Jamie O'Connell | 02/12/07 | 0.5 | Business Analysis | Review documents posted to Project Gemini data room |
| Pamela Zilly | 02/13/07 | 0.3 | Business Analysis | Review materials re: Delphi claim |
| Pamela Zilly | 02/13/07 | 0.5 | Business Analysis | Review materials re: Project McClaren |
| Jamie O'Connell | 02/14/07 | 0.5 | Business Analysis | Review Project McClaren materials |
| Jamie O'Connell | 02/14/07 | 0.3 | Business Analysis | Coordinate Project Spaghetti conference call |
| Jamie O'Connell | 02/14/07 | 0.5 | Business Analysis | Call with K&E and Grace management regarding Project Spaghetti |
| Jamie O'Connell | 02/14/07 | 0.3 | Business Analysis | Follow-up call with P. Zilly and M. Shelnitz regarding Project Spaghetti |
| Pamela Zilly | 02/14/07 | 1.3 | Business Analysis | Review Project Spaghetti materials |
| Pamela Zilly | 02/14/07 | 0.4 | Business Analysis | Call with G. Poling |
| Pamela Zilly | 02/14/07 | 0.5 | Business Analysis | Call with G. Poling, G. Young, J. Baer re: Project Spaghetti |
| Pamela Zilly | 02/14/07 | 0.3 | Business Analysis | Follow-up call with M. Shelnitz |
| Pamela Zilly | 02/14/07 | 0.8 | Business Analysis | Analysis re: prior pension funding |
| Pamela Zilly | 02/14/07 | 0.5 | Business Analysis | Call with R. Tarola |
| Pamela Zilly | 02/14/07 | 0.3 | Business Analysis | Correspondence with J. Baer, R. McGowan re: pension funding order |
| Pamela Zilly | 02/16/07 | 0.8 | Business Analysis | Review insurance analysis |
| Pamela Zilly | 02/16/07 | 0.8 | Business Analysis | Call with R. Tarola re: insurance |
| Pamela Zilly | 02/16/07 | 1.2 | Business Analysis | Review insurance charts |
| Pamela Zilly | 02/17/07 | 1.5 | Business Analysis | Analysis re: insurance issues |
| Jamie O'Connell | 02/18/07 | 2.0 | Business Analysis | Review materials prepared for annual meeting with financial advisors |
| Jamie O'Connell | 02/20/07 | 0.3 | Business Analysis | Review documents posted to Project Gemini data room |
| Pamela Zilly | 02/20/07 | 1.5 | Business Analysis | Review materials for 2/20 meeting |
| Pamela Zilly | 02/20/07 | 1.0 | Business Analysis | Review business unit operating plan |
| Jamie O'Connell | 02/22/07 | 0.3 | Business Analysis | Correspondence to P. Zilly regarding various items |
| Pamela Zilly | 02/22/07 | 1.0 | Business Analysis | Read chemical industry conference materials inc. Festa materials |
| Jamie O'Connell | 02/26/07 | 0.5 | Business Analysis | Read transcript of F. Festa speech from industry conference |
| Pamela Zilly | 02/26/07 | 2.0 | Business Analysis | Analysis of cash flows and projections |
| Jamie O'Connell | 02/27/07 | 0.5 | Business Analysis | Read transcript of F. Festa speech from industry conference |
| Jamie O'Connell | 02/27/07 | 0.5 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Pamela Zilly | 02/28/07 | 0.5 | Business Analysis | Review materials re: subsidiary consolidation |
| | | **24.5** | | |

# BLACKSTONE ADVISORY SERVICES L.P.
## HOURLY DETAIL FOR THE PERIOD OF
## FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/21/07 | 1.0 | Case Administration | Read various motions re: pension funding, Estimation Status Report |
| | | 1.0 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/01/07 | 0.3 | Committee | Call with B. McGowan and Capstone regarding pension motion |
| Pamela Zilly | 02/01/07 | 0.4 | Committee | Call with Capstone, R. McGowan re: pension analysis |
| Pamela Zilly | 02/01/07 | 0.5 | Committee | Preparation for call with J. Radecki |
| Pamela Zilly | 02/01/07 | 0.4 | Committee | Call with J. Radecki |
| Benjamin Istvan | 02/05/07 | 0.2 | Committee | Correspondence with B. Sarikas and J. O'Connell regarding financial advisor meeting |
| Jamie O'Connell | 02/05/07 | 0.3 | Committee | Call with J. Sinclair regarding pension motion requests |
| Jamie O'Connell | 02/05/07 | 0.3 | Committee | Call with J. Forgach regarding committee request related to pension motion |
| Jamie O'Connell | 02/05/07 | 0.3 | Committee | Call with B. Sarikas regarding financial advisor meeting |
| Jamie O'Connell | 02/05/07 | 0.5 | Committee | Correspondence to financial advisors regarding financial advisor meeting |
| Jamie O'Connell | 02/05/07 | 0.3 | Committee | Follow-up call with J. Forgach regarding committee information request |
| Jamie O'Connell | 02/06/07 | 0.3 | Committee | Call with J. Forgach regarding committee request related to pension motion |
| Jamie O'Connell | 02/06/07 | 0.3 | Committee | Correspondence to B. Sarikas regarding committee information request |
| Jamie O'Connell | 02/06/07 | 0.3 | Committee | Correspondence with J. Sinclair regarding committee information request |
| Jamie O'Connell | 02/07/07 | 0.3 | Committee | Correspondence with J. Sinclair regarding committee information request |
| Jamie O'Connell | 02/08/07 | 0.3 | Committee | Correspondence with B. Sarikas regarding financial advisor meeting |
| Jamie O'Connell | 02/12/07 | 0.3 | Committee | Call with B. Frezza regarding claims |
| Jamie O'Connell | 02/13/07 | 0.3 | Committee | Correspondence to J. Dolan of Capstone regarding committee request |
| Jamie O'Connell | 02/15/07 | 0.3 | Committee | Correspondence to B. Sarikas regarding financial advisor meeting |
| Jamie O'Connell | 02/15/07 | 0.3 | Committee | Correspondence to financial advisors regarding operating plan review |
| Jamie O'Connell | 02/19/07 | 0.3 | Committee | Correspondence to B. Sarikas regarding financial advisor meeting |
| Benjamin Istvan | 02/20/07 | 2.5 | Committee | Attend annual meeting for financial advisors |
| Jamie O'Connell | 02/20/07 | 1.0 | Committee | Coordinate annual meeting for financial advisors |
| Jamie O'Connell | 02/20/07 | 4.0 | Committee | Attend annual meeting for financial advisors |
| Pamela Zilly | 02/20/07 | 4.0 | Committee | Operating plan review with management, and committees' financial advisors |
| Jamie O'Connell | 02/21/07 | 0.3 | Committee | Correspondence to J. Sinclair regarding pension information request |
| Jamie O'Connell | 02/22/07 | 0.3 | Committee | Call with J. Forgach regarding committee request related to pension motion |
| Jamie O'Connell | 02/22/07 | 0.3 | Committee | Review Capstone diligence list relating to annual meeting materials |
| Jamie O'Connell | 02/22/07 | 0.3 | Committee | Call with J. Forgach and J. Sinclair regarding committee information requests |
| Jamie O'Connell | 02/23/07 | 0.3 | Committee | Correspondence with B. Sarikas regarding Capstone information request |
| Jamie O'Connell | 02/26/07 | 0.3 | Committee | Call with J. Dolan of Capstone regarding committee information request |
| Jamie O'Connell | 02/26/07 | 0.3 | Committee | Correspondence to E. Filon regarding Capstone diligence request |
| Jamie O'Connell | 02/26/07 | 0.3 | Committee | Call with B. Sarikas regarding Capstone information request |
| Jamie O'Connell | 02/26/07 | 0.3 | Committee | Manage committee information request |
| Jamie O'Connell | 02/27/07 | 0.3 | Committee | Call with J. Dolan regarding information requests |
| Jamie O'Connell | 02/27/07 | 0.3 | Committee | Correspondence to J. Dolan regarding committee request |
| Jamie O'Connell | 02/27/07 | 0.3 | Committee | Manage committee information request |
| Jamie O'Connell | 02/28/07 | 0.3 | Committee | Correspondence to various committee professionals |
| | | **21.9** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/12/07 | 1.2 | Employee Benefits/Pension | Review retirement plan data and computations |
| Pamela Zilly | 02/27/07 | 1.6 | Employee Benefits/Pension | Research re: management incentive plans |
| Pamela Zilly | 02/27/07 | 0.5 | Employee Benefits/Pension | Call with P. Norris |
| | | 3.3 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/26/07 | 2.0 | Hearings | Participate telephonically in the February 26, 2007 court hearing |
| | | 2.0 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/01/07 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly and Grace management regarding case status |
| Pamela Zilly | 02/01/07 | 0.4 | Plan and Disclosure Statement | Preparation for call with management |
| Pamela Zilly | 02/01/07 | 0.5 | Plan and Disclosure Statement | Call with F. Festa, R. Tarola, M. Shelnitz |
| Pamela Zilly | 02/02/07 | 0.6 | Plan and Disclosure Statement | Review rights offerings precedents |
| Pamela Zilly | 02/02/07 | 0.9 | Plan and Disclosure Statement | Review historical claim accruals |
| Benjamin Istvan | 02/06/07 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 02/06/07 | 1.0 | Plan and Disclosure Statement | Claims and pro-forma balance sheet analysis |
| Jamie O'Connell | 02/06/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 02/07/07 | 0.8 | Plan and Disclosure Statement | Claims and pro-forma balance sheet analysis |
| Benjamin Istvan | 02/12/07 | 0.5 | Plan and Disclosure Statement | Review 12/31/06 claims and pro forma balance sheet with J. O'Connell |
| Benjamin Istvan | 02/12/07 | 0.5 | Plan and Disclosure Statement | Claims and pro-forma balance sheet analysis |
| Jamie O'Connell | 02/12/07 | 0.5 | Plan and Disclosure Statement | Review 12/31/06 claims and pro forma balance sheet with B. Istvan |
| Pamela Zilly | 02/12/07 | 0.8 | Plan and Disclosure Statement | Review interest accrual calculations |
| Pamela Zilly | 02/12/07 | 1.5 | Plan and Disclosure Statement | Read Dow Corning materials re: default interest rulings |
| Benjamin Istvan | 02/13/07 | 0.5 | Plan and Disclosure Statement | Call with L. Heaps, A. Clark and J. O'Connell regarding taxes and claims |
| Benjamin Istvan | 02/13/07 | 0.5 | Plan and Disclosure Statement | Claims and pro-forma balance sheet analysis |
| Jamie O'Connell | 02/13/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 02/13/07 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding weekly update call |
| Jamie O'Connell | 02/13/07 | 0.5 | Plan and Disclosure Statement | Call with L. Heaps, A. Clark and B. Istvan regarding taxes and claims |
| Pamela Zilly | 02/14/07 | 1.0 | Plan and Disclosure Statement | Prepare outline of financial analysis presentation |
| Pamela Zilly | 02/14/07 | 0.7 | Plan and Disclosure Statement | Read Congoleum materials re: court findings |
| Benjamin Istvan | 02/15/07 | 0.5 | Plan and Disclosure Statement | Claims and pro-forma balance sheet analysis |
| Jamie O'Connell | 02/15/07 | 0.3 | Plan and Disclosure Statement | Review 12/31/06 claims and pro forma balance sheet with B. Istvan |
| Jamie O'Connell | 02/15/07 | 0.3 | Plan and Disclosure Statement | Review correspondence regarding 12/31/06 claims balances |
| Pamela Zilly | 02/19/07 | 2.0 | Plan and Disclosure Statement | Review, reconcile updated 12/31/06 claims analysis |
| Pamela Zilly | 02/19/07 | 1.0 | Plan and Disclosure Statement | Review various financial analysis |
| Benjamin Istvan | 02/20/07 | 0.5 | Plan and Disclosure Statement | Analysis of pre-petition bank debt |
| Benjamin Istvan | 02/20/07 | 0.5 | Plan and Disclosure Statement | Meeting with J. O'Connell to discuss pre-petition bank debt analysis |
| Benjamin Istvan | 02/20/07 | 0.8 | Plan and Disclosure Statement | Claims and pro-forma balance sheet analysis |
| Jamie O'Connell | 02/20/07 | 2.0 | Plan and Disclosure Statement | Follow-up meetings after annual meeting for financial advisors |
| Jamie O'Connell | 02/20/07 | 0.5 | Plan and Disclosure Statement | Meeting with B. Istvan to discuss pre-petition bank debt analysis |
| Jamie O'Connell | 02/20/07 | 0.3 | Plan and Disclosure Statement | Correspondence to R. Lapidairo regarding pre-petition bank debt interest |
| Pamela Zilly | 02/20/07 | 2.0 | Plan and Disclosure Statement | Follow-up meetings with R. Tarola, M. Shelnitz |
| Pamela Zilly | 02/20/07 | 1.0 | Plan and Disclosure Statement | Analysis of funding mechanisms |
| Benjamin Istvan | 02/21/07 | 0.3 | Plan and Disclosure Statement | Call with R. Lapidairo and J. O'Connell regarding pre-petition bank debt |
| Benjamin Istvan | 02/21/07 | 1.3 | Plan and Disclosure Statement | Analysis of pre-petition bank debt |
| Benjamin Istvan | 02/21/07 | 2.5 | Plan and Disclosure Statement | Prepare analysis of sources and uses and update financial model |
| Jamie O'Connell | 02/21/07 | 0.3 | Plan and Disclosure Statement | Call with R. Lapidairo and B. Istvan regarding pre-petition bank debt |
| Jamie O'Connell | 02/21/07 | 1.3 | Plan and Disclosure Statement | Analysis of pre-petition bank debt |
| Pamela Zilly | 02/21/07 | 1.0 | Plan and Disclosure Statement | Review financial model re: various scenarios |
| Benjamin Istvan | 02/22/07 | 0.5 | Plan and Disclosure Statement | Review financial model with J. O'Connell |
| Jamie O'Connell | 02/22/07 | 0.5 | Plan and Disclosure Statement | Review updated financial model |
| Jamie O'Connell | 02/22/07 | 0.5 | Plan and Disclosure Statement | Review financial model with B. Istvan |
| Jamie O'Connell | 02/22/07 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 02/22/07 | 0.3 | Plan and Disclosure Statement | Correspondence to B. Tarola regarding pre-petition bank debt |
| Pamela Zilly | 02/22/07 | 0.4 | Plan and Disclosure Statement | Review interest analysis |

## BLACKSTONE ADVISORY SERVICES L.P.
## HOURLY DETAIL FOR THE PERIOD OF
## FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| Pamela Zilly | 02/22/07 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 02/23/07 | 2.3 | Plan and Disclosure Statement | Prepare analysis of sources and uses and update financial model |
| Pamela Zilly | 02/23/07 | 1.3 | Plan and Disclosure Statement | Analysis re: funding scenarios |
| Pamela Zilly | 02/23/07 | 1.0 | Plan and Disclosure Statement | Analysis re: debt markets |
| Pamela Zilly | 02/23/07 | 1.0 | Plan and Disclosure Statement | Analysis of funding mechanisms |
| Pamela Zilly | 02/25/07 | 0.9 | Plan and Disclosure Statement | Review tax calculations |
| Benjamin Istvan | 02/26/07 | 1.5 | Plan and Disclosure Statement | Prepare analysis of sources and uses and update financial model |
| Jamie O'Connell | 02/26/07 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 02/26/07 | 0.9 | Plan and Disclosure Statement | Review revised claims analyses |
| Pamela Zilly | 02/26/07 | 2.5 | Plan and Disclosure Statement | Research re: comparable bankruptcy insurance treatment |
| Pamela Zilly | 02/26/07 | 2.0 | Plan and Disclosure Statement | Review updated model, analysis re: capital structure, tax issues |
| Pamela Zilly | 02/26/07 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 02/27/07 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 02/27/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: pending motions and Court hearings |
| Pamela Zilly | 02/27/07 | 1.2 | Plan and Disclosure Statement | Review domestic and foreign balance sheets |
| Pamela Zilly | 02/27/07 | 0.8 | Plan and Disclosure Statement | Review revised claims analyses |
| Pamela Zilly | 02/27/07 | 1.8 | Plan and Disclosure Statement | Review updated model, analysis re: capital structure, tax issues |
| Pamela Zilly | 02/27/07 | 0.8 | Plan and Disclosure Statement | Analysis of liabilities subject to compromise |
| Jamie O'Connell | 02/28/07 | 0.5 | Plan and Disclosure Statement | Review claims and pro forma balance sheet analysis |
| Pamela Zilly | 02/28/07 | 1.0 | Plan and Disclosure Statement | Review revised claims analyses |
| | | 56.4 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/28/07 | 0.3 | Tax Issues | Correspondence to E. Filon regarding tax and treasury issues |
| | | 0.3 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/01/07 | 1.5 | Valuation | Review valuation analysis |
| Pamela Zilly | 02/02/07 | 1.0 | Valuation | Review valuation analyses, comparable companies |
| Pamela Zilly | 02/12/07 | 0.4 | Valuation | Call with S. Cunningham re: valuation |
| Pamela Zilly | 02/12/07 | 1.3 | Valuation | Review valuation analysis |
| Pamela Zilly | 02/21/07 | 2.0 | Valuation | Read comparable company materials |
| | | **6.2** | | |