**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Deadline: July 19, 2007 at 4:00 p.m. |

**FIFTY-SECOND APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. (FORMERLY THE BLACKSTONE GROUP L.P.) AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF MARCH 1, 2007 THROUGH MARCH 31, 2007**

| | | |
|---|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. | |
| Authorized to Provide Professional Services to: | Debtors | |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 | |
| Period for which compensation and reimbursement is sought: | March 1, 2007 through March 31, 2007 | |
| Amount of Compensation sought as actual, reasonable and necessary: | Total<br>$100,000.00 | (Holdback (@ 20%)<br>($20,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $535.30 | |

This is a _x_ monthly __ interim ___ final application

Summary of Monthly Applications:

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | 20,000.00 |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | 20,000.00 |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | 20,000.00 |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | 10,000.00 |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | 20,000.00 |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | 20,000.00 |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 80,000.00 | 704.00 | 20,000.00 | 20,000.00 |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 140,000.00 | 1,104.42 | 35,000.00 | 35,000.00 |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 120,000.00 | 1,509.61 | 30,000.00 | 30,000.00 |

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period(s) Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Holdback(s)** | **Holdbacks** |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 80,000.00 | 5,412.84 | 20,000.00 | 20,000.00 |
| 6/13/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | -- | -- | -- | -- |
| 6/13/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | -- | -- | -- | -- |

# Blackstone Advisory Services L.P.

June 28, 2007

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of March 1, 2007 through March 31, 2007: | | $ | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (20,000.00) |
| Out-of-pocket expenses processed for the period through March 31, 2007:[1] | | | |
| Ground Transportation | $ 169.07 | | |
| Communications | 143.94 | | |
| Meals | 74.13 | | |
| Document Production | 114.75 | | |
| Research | 33.41 | | 535.30 |
| **Total Amount Due** | | **$** | **80,535.30** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 14944

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 14944**

| | GL Detail Mar-07 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ 118.07 | $ 118.07 |
| Ground Transportation - Local Travel | 51.00 | 51.00 |
| Communications - Teleconferencing | 143.94 | 143.94 |
| Employee Meals | 74.13 | 74.13 |
| Document Production | 114.75 | 114.75 |
| External Research - Thomson Analytics | 33.41 | 33.41 |
| **Total Expenses** | $ 535.30 | $ 535.30 |

| | |
|---|---|
| **Ground Transportation** | $ 169.07 |
| **Communications** | 143.94 |
| **Meals** | 74.13 |
| **Document Production** | 114.75 |
| **Research** | 33.41 |
| **Total Expenses** | $ 535.30 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through March 31, 2007**
**Invoice No. 14944**

| Description | Date | Amount | Total |
|---|---|---|---|
| **Ground Transportation - Car Service - Elite** | | | |
| O'Connell (car to restaurant in New York, NY from working dinner meal with B. Tarola of W.R. Grace & P. Zilly) | 01/29/07 | 31.37 | |
| O'Connell (car home after working dinner meal with B. Tarola of W.R. Grace & P. Zilly) | 01/29/07 | 86.70 | |
| | **Subtotal - Ground Transportation - Car Service - Elite** | | **$ 118.07** |
| **Ground Transportation - Local Travel** | | | |
| Istvan (weeknight taxi home from Blackstone after working late) | 10/13/06 | 11.00 | |
| Istvan (weekend taxi to Blackstone from home) | 12/02/06 | 10.00 | |
| Istvan (taxi to Blackstone from LaGuardia Airport in Queens, NY) | 12/13/06 | 30.00 | |
| | **Subtotal - Ground Transportation - Local Travel** | | **51.00** |
| **Communications - Teleconferencing** | | | |
| O'Connell (fee for attending Court hearing telephonically) | 03/01/07 | 70.50 | |
| Zilly | 02/14/07 | 18.89 | |
| Zilly | 02/20/07 | 54.55 | |
| | **Subtotal - Communications - Teleconferencing** | | **143.94** |
| **Employee Meals** | | | |
| Istvan (weekend working meal @ Blackstone) | 12/03/06 | 24.13 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 01/22/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 01/26/07 | 25.00 | |
| | **Subtotal - Employee Meals** | | **74.13** |
| **Document Production** | | | |
| Istvan | 03/06/07 - 03/11/07 | 114.75 | |
| | **Subtotal - Document Production** | | **114.75** |
| **External Research - Thomson Analytics** | | | |
| Istvan (online data research) | 03/25/07 - 03/31/07 | 33.41 | |
| | **Subtotal - External Research - Thomson Analytics** | | **33.41** |
| | **Total Expenses** | | **$ 535.30** |

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MARCH 1, 2007 THROUGH MARCH 31, 2007**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 55.9 |
| Jamie O'Connell | Vice President | 43.3 |
| Benjamin Istvan | Analyst | 21.6 |
| | **Total** | **120.8** |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2007 THROUGH MARCH 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/02/07 | 0.5 | Business Analysis | Review materials re: subsidiary consolidation |
| Jamie O'Connell | 03/07/07 | 1.0 | Business Analysis | Call with K&E and Grace management regarding legal entity structure |
| Pamela Zilly | 03/07/07 | 1.0 | Business Analysis | Call with E. Filon, J. McFarland, J. Baer re: subsidiary consolidations |
| Pamela Zilly | 03/07/07 | 0.6 | Business Analysis | Review subsidiary/claim analysis |
| Pamela Zilly | 03/07/07 | 1.0 | Business Analysis | Call with management, K&E re: corporate structure |
| Jamie O'Connell | 03/08/07 | 0.3 | Business Analysis | Review correspondence regarding Project Gemini |
| Pamela Zilly | 03/08/07 | 0.3 | Business Analysis | Review correspondence re: Project Gemini |
| Jamie O'Connell | 03/09/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Pamela Zilly | 03/09/07 | 0.2 | Business Analysis | Review correspondence re: Project Gemini |
| Pamela Zilly | 03/09/07 | 0.4 | Business Analysis | Review buildup of geographic cash flows |
| Pamela Zilly | 03/13/07 | 0.2 | Business Analysis | Correspondence with E. Filon re: potential hedging programs |
| Benjamin Istvan | 03/14/07 | 2.5 | Business Analysis | Analysis of Vulcan acquisition of Florida Rock |
| Benjamin Istvan | 03/15/07 | 2.0 | Business Analysis | Analysis of Vulcan acquisition of Florida Rock |
| Jamie O'Connell | 03/15/07 | 1.5 | Business Analysis | Review of Grace 10-K for the year ended December 31, 2006 |
| Pamela Zilly | 03/15/07 | 0.8 | Business Analysis | Call with E. Filon, J. Baer re: currency hedging |
| Pamela Zilly | 03/15/07 | 0.6 | Business Analysis | Read operating reports |
| Pamela Zilly | 03/16/07 | 1.0 | Business Analysis | Review hedging materials |
| Pamela Zilly | 03/17/07 | 1.5 | Business Analysis | Read 10K, claims analysis |
| Jamie O'Connell | 03/20/07 | 0.5 | Business Analysis | Call with C. Schult and G. Demory regarding Project Gemini |
| Benjamin Istvan | 03/21/07 | 0.8 | Business Analysis | Analysis of Vulcan acquisition of Florida Rock |
| Jamie O'Connell | 03/21/07 | 1.8 | Business Analysis | Analysis of Vulcan acquisition of Florida Rock |
| Pamela Zilly | 03/21/07 | 0.5 | Business Analysis | Review analysis of comparable company |
| Pamela Zilly | 03/21/07 | 2.0 | Business Analysis | Dinner meeting with F. Festa |
| Pamela Zilly | 03/23/07 | 0.4 | Business Analysis | Call with F. Festa |
| Pamela Zilly | 03/26/07 | 1.4 | Business Analysis | Read materials re: possible acquisition |
| Pamela Zilly | 03/26/07 | 2.5 | Business Analysis | Read materials re: possible acquisition |
| Benjamin Istvan | 03/27/07 | 3.3 | Business Analysis | Analysis of comparable company |
| Pamela Zilly | 03/27/07 | 0.8 | Business Analysis | Call with third party |
| Pamela Zilly | 03/27/07 | 0.5 | Business Analysis | Correspondence with F. Festa re: business units |
| Benjamin Istvan | 03/28/07 | 1.8 | Business Analysis | Analysis of comparable company |
| Jamie O'Connell | 03/28/07 | 0.8 | Business Analysis | Analysis of comparable company |
| Pamela Zilly | 03/28/07 | 1.0 | Business Analysis | Review analysis re: possible acquisition |
| Benjamin Istvan | 03/29/07 | 1.5 | Business Analysis | Analysis of comparable company |
| Jamie O'Connell | 03/29/07 | 0.3 | Business Analysis | Call with C. Schult to discuss Project Gemini |
| Jamie O'Connell | 03/29/07 | 0.5 | Business Analysis | Analysis of comparable company |
| Pamela Zilly | 03/29/07 | 0.4 | Business Analysis | Correspondence with J. O'Connell re: Project Gemini |
| Pamela Zilly | 03/30/07 | 1.2 | Business Analysis | Make revisions to acquisition analysis |
| Pamela Zilly | 03/31/07 | 0.7 | Business Analysis | Make revisions to acquisition analysis |
| | | 38.4 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2007 THROUGH MARCH 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/02/07 | 0.5 | Case Administration | Read Debtors' objections to certain claims |
| Jamie O'Connell | 03/12/07 | 0.3 | Case Administration | Discussion with P. Zilly re: 2019 ruling |
| Pamela Zilly | 03/12/07 | 0.4 | Case Administration | Review articles on Northwest 2019 ruling |
| Pamela Zilly | 03/12/07 | 0.5 | Case Administration | Discussion with J. O'Connell. Correspondence with M. Shelnitz re: ruling ramifications |
| | | 1.7 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2007 THROUGH MARCH 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/05/07 | 0.3 | Committee | Correspondence to B. Sarikas regarding committee information request |
| Jamie O'Connell | 03/05/07 | 0.3 | Committee | Correspondence to E. Filon regarding conference call with committee professionals |
| Jamie O'Connell | 03/05/07 | 0.3 | Committee | Correspondence to financial advisors regarding Project Spaghetti |
| Benjamin Istvan | 03/06/07 | 0.5 | Committee | Call with Capstone, Stroock and Grace management regarding tax issues |
| Benjamin Istvan | 03/06/07 | 1.0 | Committee | Call with Capstone and Grace management regarding operating plan questions |
| Jamie O'Connell | 03/06/07 | 0.3 | Committee | Call with B. Sarikas regarding Capstone information requests |
| Jamie O'Connell | 03/06/07 | 0.5 | Committee | Call with Capstone, Stroock and Grace management regarding tax issues |
| Jamie O'Connell | 03/06/07 | 1.0 | Committee | Call with Capstone and Grace management regarding operating plan questions |
| Jamie O'Connell | 03/08/07 | 0.3 | Committee | Correspondence to Capstone regarding information request |
| Jamie O'Connell | 03/09/07 | 0.3 | Committee | Review correspondence from J. Sinclair regarding information request |
| Pamela Zilly | 03/09/07 | 0.4 | Committee | Correspondence re: Sinclair litigation expense request |
| Jamie O'Connell | 03/13/07 | 0.3 | Committee | Manage committee information request |
| Jamie O'Connell | 03/13/07 | 0.3 | Committee | Call with B. Sarikas regarding Capstone information requests |
| Jamie O'Connell | 03/13/07 | 0.3 | Committee | Call with J. Sinclair regarding legal defense cost information request |
| Jamie O'Connell | 03/14/07 | 0.3 | Committee | Call with Capstone regarding Project Gemini and diligence requests |
| Jamie O'Connell | 03/14/07 | 0.3 | Committee | Call with J. Sinclair regarding legal defense cost information request |
| Jamie O'Connell | 03/14/07 | 0.3 | Committee | Call with B. Sarikas regarding various committee information requests |
| Jamie O'Connell | 03/14/07 | 0.3 | Committee | Call with L. Heaps regarding committee information request |
| Pamela Zilly | 03/14/07 | 0.4 | Committee | Review requests, correspondence with J. O'Connell re: Sinclair and Libby defense costs |
| Jamie O'Connell | 03/15/07 | 0.3 | Committee | Call with J. Dolan and A. Rogers regarding committee information request |
| Jamie O'Connell | 03/15/07 | 0.3 | Committee | Call with J. Sinclair regarding legal defense cost information request |
| Jamie O'Connell | 03/16/07 | 0.3 | Committee | Correspondence to J. Sinclair regarding legal defense cost information request |
| Jamie O'Connell | 03/16/07 | 0.3 | Committee | Correspondence to B. Frezza and J. Dolan regarding operating plan due diligence requests |
| Jamie O'Connell | 03/19/07 | 0.8 | Committee | Draft correspondence to financial advisors regarding tax issue |
| Jamie O'Connell | 03/19/07 | 0.3 | Committee | Call with J. Sinclair regarding claims information request |
| Pamela Zilly | 03/19/07 | 0.5 | Committee | Review Sinclair request re: claims information; discussion with J. O'Connel |
| Jamie O'Connell | 03/20/07 | 0.3 | Committee | Correspondence to P. Zilly, B. Tarola and B. Sarikas regarding committee information request |
| Jamie O'Connell | 03/22/07 | 0.3 | Committee | Review correspondence from N. Finch regarding claim balance |
| Jamie O'Connell | 03/26/07 | 0.5 | Committee | Correspondence to financial advisors regarding tax issue |
| | | 11.6 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2007 THROUGH MARCH 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/21/07 | 1.5 | Employee Benefits/Pension | Analysis of Delta Air Lines post-bankruptcy compensation programs |
| Jamie O'Connell | 03/22/07 | 2.8 | Employee Benefits/Pension | Analysis of Delta Air Lines post-bankruptcy compensation programs |
| Pamela Zilly | 03/22/07 | 0.4 | Employee Benefits/Pension | Review Delta post confirmation compensation plans |
| | | 4.7 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2007 THROUGH MARCH 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/04/07 | 1.5 | Plan and Disclosure Statement | Review various financial analysis |
| Pamela Zilly | 03/05/07 | 1.0 | Plan and Disclosure Statement | Review of claims analyses, financing scenarios |
| Benjamin Istvan | 03/06/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 03/06/07 | 0.8 | Plan and Disclosure Statement | Call with B. Tarola, P. Zilly and J. O'Connell regarding claims balances and financial analysis |
| Benjamin Istvan | 03/06/07 | 1.0 | Plan and Disclosure Statement | Analysis of claims and financing scenarios |
| Jamie O'Connell | 03/06/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 03/06/07 | 0.5 | Plan and Disclosure Statement | Analysis of claims and financing scenarios |
| Jamie O'Connell | 03/06/07 | 0.3 | Plan and Disclosure Statement | Correspondence to B. Tarola regarding financial analysis |
| Jamie O'Connell | 03/06/07 | 0.8 | Plan and Disclosure Statement | Call with B. Tarola, P. Zilly and B. Istvan regarding claims balances and financial analysis |
| Jamie O'Connell | 03/06/07 | 2.3 | Plan and Disclosure Statement | Analysis of claims and financing scenarios |
| Pamela Zilly | 03/06/07 | 0.8 | Plan and Disclosure Statement | Call with management and counsel re: pending motions and Court hearings |
| Pamela Zilly | 03/06/07 | 2.0 | Plan and Disclosure Statement | Analysis of claims and financing structures |
| Pamela Zilly | 03/06/07 | 0.8 | Plan and Disclosure Statement | Call with B. Tarola, J. O'Connell, B. Istvan regarding claims balances and financial analysis |
| Benjamin Istvan | 03/07/07 | 1.0 | Plan and Disclosure Statement | Analysis of claims and financing scenarios |
| Jamie O'Connell | 03/07/07 | 2.8 | Plan and Disclosure Statement | Analysis of claims and financing scenarios |
| Jamie O'Connell | 03/07/07 | 0.5 | Plan and Disclosure Statement | Review of claims and financing scenarios with P. Zilly |
| Jamie O'Connell | 03/07/07 | 0.3 | Plan and Disclosure Statement | Correspondence to B. Tarola regarding financial analysis |
| Pamela Zilly | 03/07/07 | 1.5 | Plan and Disclosure Statement | Review of claims analyses, financing scenarios |
| Pamela Zilly | 03/07/07 | 0.5 | Plan and Disclosure Statement | Review of claims and financing scenarios with J. O'Connell |
| Pamela Zilly | 03/07/07 | 0.8 | Plan and Disclosure Statement | Read ZAI decision and appeal materials |
| Pamela Zilly | 03/07/07 | 0.6 | Plan and Disclosure Statement | Review insurance schedules |
| Pamela Zilly | 03/08/07 | 1.0 | Plan and Disclosure Statement | Review of claim and financing scenarios |
| Benjamin Istvan | 03/09/07 | 0.5 | Plan and Disclosure Statement | Analysis of claims and financing scenarios |
| Benjamin Istvan | 03/09/07 | 0.3 | Plan and Disclosure Statement | Correspondence to B. McGowan regarding options outstanding |
| Jamie O'Connell | 03/09/07 | 0.3 | Plan and Disclosure Statement | Correspondence to B. McGowan regarding options outstanding |
| Jamie O'Connell | 03/09/07 | 0.5 | Plan and Disclosure Statement | Analysis of claims and financing scenarios |
| Pamela Zilly | 03/09/07 | 1.3 | Plan and Disclosure Statement | Review revised financing scenarios materials |
| Jamie O'Connell | 03/12/07 | 0.5 | Plan and Disclosure Statement | Analysis of claims and financing scenarios |
| Jamie O'Connell | 03/12/07 | 0.3 | Plan and Disclosure Statement | Correspondence to B. Tarola regarding financial analysis |
| Pamela Zilly | 03/12/07 | 0.7 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 03/12/07 | 0.8 | Plan and Disclosure Statement | Review revised financing scenarios |
| Pamela Zilly | 03/12/07 | 0.8 | Plan and Disclosure Statement | Review prior projections |
| Pamela Zilly | 03/13/07 | 0.8 | Plan and Disclosure Statement | Call with management and counsel re: pending motions and Court hearings |
| Pamela Zilly | 03/13/07 | 1.0 | Plan and Disclosure Statement | Review financing model |
| Benjamin Istvan | 03/14/07 | 0.8 | Plan and Disclosure Statement | Claims comparison analysis |
| Pamela Zilly | 03/14/07 | 1.0 | Plan and Disclosure Statement | Review financing materials |
| Pamela Zilly | 03/15/07 | 1.2 | Plan and Disclosure Statement | Review financial analysis; sources and uses |
| Jamie O'Connell | 03/16/07 | 2.5 | Plan and Disclosure Statement | Analysis of claims and financing scenarios |
| Jamie O'Connell | 03/16/07 | 0.3 | Plan and Disclosure Statement | Call with B. Tarola and B. Sarikas regarding analysis of claims and financing scenarios |
| Pamela Zilly | 03/16/07 | 1.0 | Plan and Disclosure Statement | Review financing analysis |
| Benjamin Istvan | 03/20/07 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 03/20/07 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 03/20/07 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: pending motion and court hearing |
| Pamela Zilly | 03/20/07 | 0.7 | Plan and Disclosure Statement | Read Motions re: Amended Complaints and BNSF |
| Pamela Zilly | 03/20/07 | 1.0 | Plan and Disclosure Statement | Review financial model |
| Pamela Zilly | 03/21/07 | 0.4 | Plan and Disclosure Statement | Read Status Report, Motions re: Database |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2007 THROUGH MARCH 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/21/07 | 1.0 | Plan and Disclosure Statement | Review financing materials re: meeting with Festa |
| Benjamin Istvan | 03/27/07 | 0.8 | Plan and Disclosure Statement | Update financial model |
| Benjamin Istvan | 03/27/07 | 1.0 | Plan and Disclosure Statement | Internal meeting regarding financial analysis |
| Jamie O'Connell | 03/27/07 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 03/27/07 | 0.3 | Plan and Disclosure Statement | Call with B. Dockman and R. Lapidario regarding interest calculations |
| Jamie O'Connell | 03/27/07 | 1.0 | Plan and Disclosure Statement | Internal meeting regarding financial analysis |
| Pamela Zilly | 03/27/07 | 0.8 | Plan and Disclosure Statement | Call with management and counsel re: pending motions and Court hearings |
| Pamela Zilly | 03/27/07 | 0.3 | Plan and Disclosure Statement | Read ZAI Leave to Appeal decision |
| Pamela Zilly | 03/27/07 | 0.5 | Plan and Disclosure Statement | Review calculations re: accrued interest |
| Pamela Zilly | 03/27/07 | 1.0 | Plan and Disclosure Statement | Meeting with O'Connell, Istvan re: financial analysis |
| Jamie O'Connell | 03/28/07 | 0.3 | Plan and Disclosure Statement | Review correspondence from R. Lapidario regarding interest calculations |
| Jamie O'Connell | 03/28/07 | 0.5 | Plan and Disclosure Statement | Call with R. Lapidario regarding interest calculations |
| Jamie O'Connell | 03/28/07 | 0.3 | Plan and Disclosure Statement | Follow-up call with R. Lapidario regarding interest calculations |
| Pamela Zilly | 03/28/07 | 1.0 | Plan and Disclosure Statement | Review claims analysis |
| Pamela Zilly | 03/28/07 | 1.4 | Plan and Disclosure Statement | Reconcile claims analysis and 10K |
| Pamela Zilly | 03/28/07 | 0.7 | Plan and Disclosure Statement | Read Motions re: CMO, Database, Expert Reports, BSNF |
| | | 53.2 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2007 THROUGH MARCH 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/02/07 | 0.5 | Tax Issues | Call with C. Finke regarding tax issue |
| Benjamin Istvan | 03/05/07 | 0.5 | Tax Issues | Call with C. Finke and F. Zaremby regarding tax issue |
| Jamie O'Connell | 03/05/07 | 0.5 | Tax Issues | Review materials concerning tax issue |
| Jamie O'Connell | 03/05/07 | 0.5 | Tax Issues | Call with C. Finke and F. Zaremby regarding tax issue |
| Pamela Zilly | 03/05/07 | 0.4 | Tax Issues | Review materials re: tax issue and motion |
| Jamie O'Connell | 03/15/07 | 0.3 | Tax Issues | Call with C. Finke regarding tax issue |
| Jamie O'Connell | 03/16/07 | 0.3 | Tax Issues | Call with C. Finke regarding tax issue |
| Pamela Zilly | 03/16/07 | 1.0 | Tax Issues | Review tax motion; discussion with J. O'Connell re: motion and process |
| Jamie O'Connell | 03/19/07 | 2.5 | Tax Issues | Review materials concerning tax issue |
| Jamie O'Connell | 03/19/07 | 0.5 | Tax Issues | Call with C. Finke regarding tax issue |
| Pamela Zilly | 03/19/07 | 1.0 | Tax Issues | Review tax motion and related exhibits |
| Jamie O'Connell | 03/21/07 | 0.3 | Tax Issues | Call with C. Finke regarding tax issue |
| Jamie O'Connell | 03/26/07 | 0.3 | Tax Issues | Correspondence to C. Finke regarding tax motion |
| Jamie O'Connell | 03/26/07 | 0.3 | Tax Issues | Call with C. Finke regarding tax issue |
| Pamela Zilly | 03/26/07 | 1.0 | Tax Issues | Read revised tax motion and related exhibits |
| Jamie O'Connell | 03/27/07 | 0.3 | Tax Issues | Call with C. Finke regarding tax issue |
| | | 10.2 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2007 THROUGH MARCH 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/09/07 | 1.0 | Valuation | Valuation analysis |
| | | **1.0** | | |