**Hilsoft Notifications**
*123 E. Broad St*
*Souderton, PA 18964*

**Remit To Address:**
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX  75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/30/2007 | 44711 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod |
| Luisa Flores |
| First Union Financial Center, |
| 200 S. Biscayne Blvd. Suite 2500 |
| Miami, Florida  33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time and out of pocket expenses in connection with the W. R. Grace Bankruptcy. | | |
| | | | TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SLB: Sandy Lee Brown; JAK: Judith Kooker; SC: Sally Costello | | |
| GI | 0.4 | 4/3/2007 | Research source books on consumer behavior as a result of consist messages. | 325.00 | 130.00 |
| TH | 1.9 | 4/3/2007 | Review documentation and research, re constructive notice. | 450.00 | 855.00 |
| TH | 0.4 | 4/4/2007 | Correspondence, re: hearing; calls with staff. | 450.00 | 180.00 |
| TH | 0.4 | 4/12/2007 | Correspondence, re: hearing outcome and next steps on constructive notice issues. | 450.00 | 180.00 |
| COPY | 4 | | Photocopies of documents through April 30,2007. | 0.04 | 0.16 |

Fed. ID 23-2785427
Thank You

**Total** $1,345.16



**Hilsoft Notifications**
*123 E. Broad St*
*Souderton, PA 18964*

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX  75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/31/2007 | 44748 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Out of pocket expenses in connection with the W. R. Grace Bankruptcy. | | |
| Reim. research | | | Research materials for W. R. Grace deposition. | 190.39 | 190.39 |
| Reim. research | | | | 10.00 | 10.00 |

Fed. ID 23-2785427
Thank You

**Total**  $200.39



**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX  75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/29/2006 | 44618 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida  33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time in connection with the W. R. Grace Bankruptcy.<br><br>TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SLB: Sandy Lee Brown; JAK: Judith Kooker; SC: Sally Costello | | |
| TH | 2.3 | 12/7/2006 | Review documents and other motion papers on constructive notice issue; correspondence and call with counsel. | 425.00 | 977.50 |
| TH | 3.1 | 12/8/2006 | Review and study report; study motion papers and correspond with counsel and staff. | 425.00 | 1,317.50 |
| TH | 1.6 | 12/12/2006 | Review report; correspondence with and call with client, re: expert retention. | 425.00 | 680.00 |

Fed. ID 23-2785427
Thank You

**Total**      $2,975.00