# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

# INVOICE

June 12, 2007
Invoice No. HRA20071206

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of May, 2007.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.5 hours @ $ 600 per hour | $    900.00 |
| Paul K. Honig<br>8.5 hours @ $ 300 per hour | 2,550.00 |
| **TOTAL DUE:** | **$ 3,450.00** |

*Please remit to corporate address below:*

P.O. BOX 222681  CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA         LOS ANGELES                    NEW YORK

MAY, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>      <u>TIME</u>   <u>TASK</u>

05/09/07    1.5    Quick review of transcript of May 2, 2007.

TOTAL:      1.5

MAY, 2007 TIME LOG OF PAUL K. HONIG(PKH)

| DATE | TIME | TASK |
|------|------|------|
| 05/23/07 | 3.5 | Extract 13 PIQ tables & convert to stata files. |
| 05/24/07 | 3.5 | Create cross-table spreadsheet of PIQ fields - identify links, file ids & potential duplicate data. |
| 05/25/07 | 1.5 | Receive new memos & data from Bilzin - file with prior deliveries. |
| TOTAL: | 8.5 | |