### Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:    (302) 575-1714

WR Grace PD Committee                                        May 1, 2007 to May 31, 2007

Invoice No. 23970

RE:        WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------:|-------:|
| B14 | Case Administration - | 20.50 | 4,419.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.20 | 827.00 |
| B18 | Fee Applications, Others - | 12.90 | 1,514.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 28.70 | 7,382.00 |
| B25 | Fee Applications, Applicant - | 11.50 | 1,492.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.40 | 598.50 |
| B32 | Litigation and Litigation Consulting - | 9.00 | 2,255.00 |
| B33 | ZAI Science Trial | 0.50 | 130.00 |
| B36 | Plan and Disclosure Statement - | 0.60 | 156.00 |
| B37 | Hearings - | 29.20 | 7,587.00 |
| B40 | Employment Applications, Others - | 0.50 | 130.00 |
| B41 | Relief from Stay Litigation - | 1.70 | 425.00 |
| | **Total** | **120.70** | **$26,916.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 200.00 | 5.20 | 1,040.00 |
| Rick S. Miller | 250.00 | 1.80 | 450.00 |
| Steven G. Weiler | 175.00 | 3.10 | 542.50 |
| Theodore J. Tacconelli | 260.00 | 86.40 | 22,464.00 |
| Law Clerk | 100.00 | 0.90 | 90.00 |
| Legal Assistant - MH | 100.00 | 23.30 | 2,330.00 |
| **Total** | 100.00 | **120.70** | **$26,916.50** |

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Expense - | 2,240.76 |
| **Total Disbursements** | **$2,240.76** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-01-07 | *Case Administration* - Review case management Memo re week ending 4/20/07 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Hilsoft quarterly fee application & confer with M. Hedden re same | 0.20 | LLC |
| | *Fee Applications, Others* - Review HRA March, 2007 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin March, 2007 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Confer further with M. Hedden re Hilsoft quarterly fee application | 0.10 | LLC |
| | *Fee Applications, Others* - Review revised Hilsoft quarterly fee application & confer with M. Hedden re same | 0.10 | LLC |
| | *Case Administration* - 4/25/07 hearing follow-up | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Vartua Health re claim no. 11226 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Titusville Hospital re claim no. 11106 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order striking Libby Claimants' response to debtors' motion re noncompliance with xray order | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order striking sur reply by Maryland Casualty Co. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Maryland Casualty Company's motion for leave to file reply re debtors' motion to expand PI re BNSF | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Hotel Captain Hook re claim no. 11110 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with M. Hurford re PD claims issues and issues re hearing tomorrow | 0.30 | TJT |
| | *Case Administration* - Review order modifying stay to allow debtor to commence tax court litigation | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 4/20/07 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion for expedited consideration of motion by Early Ludwick for protective order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' response to Early Ludwick's motion for protective order with voluminous attachments | 1.80 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby Claimants' motion for leave to file late reply re noncompliance with xray order and review proposed reply | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby Claimants' motion for reconsideration of order striking response re noncompliance with xray order and review proposed response | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review order dismissing debtors' motion for expedited consideration of Early Ludwick's motion for protective order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review modified order re granting PI/FCR's motion for leave to file reply re motion to compel re prepetition estimates | 0.10 | TJT |

| | | |
|---|---|---|
| *Hearings* - Review matters on agenda for 5/2/07 hearing | 0.90 | TJT |
| *Hearings* - Teleconference with committee member re 5/2/07 hearing procedures | 0.10 | TJT |
| *ZAI Science Trial* - Review order denying ZAI's motion for reconsideration | 0.10 | TJT |
| *Fee Applications, Others* - Confer with L. Coggins re missing time on three Hilsoft monthly bills, e-mail to L. Flores re same | 0.20 | MH |
| *Fee Applications, Others* - e-mail from L. Flores with instructions re missing time on Hilsoft bills; further conference with L. Coggins; create "REDACTED" labels for insertion on each page of invoices, copy and scan same | 0.50 | MH |

May-02-07

| | | |
|---|---|---|
| *Fee Applications, Applicant* -  Email from M. Hedden re case billing issues | 0.10 | LLC |
| *Fee Applications, Applicant* - Email from M. Hedden re March, 2007 fee application | 0.10 | LLC |
| *Fee Applications, Applicant* - Review March, 2007 fee application for filing | 0.10 | LLC |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Gundersen Lutheran Medical Center re claim no. 11124 re order expunging 71 PD claims | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Baptist Health Medical Center re claim no. 11124 re order expunging 71 PD claims | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Abbeville General Hospital re claim no. 11133 re order expunging 71 PD claims | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by BNFS for leave to file reply to objections to BNFS' motion to clarify preliminary injunction and review proposed reply | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' updated objection to S&R claims re 15th omnibus objection to claims | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review order expunging claims paid post-petition | 0.10 | TJT |
| *Case Administration* - Review 23rd quarterly report of asset sales | 0.10 | TJT |
| *Case Administration* -  Review 23rd quarterly report of settlements | 0.10 | TJT |
| *Case Administration* - Review Certification of Counsel re 5th Quarterly Fee Application re Blackstone Group with proposed order | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review notice of withdrawal of document by PI/FCR re motion to compel production of prepetition estimates | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review reply by PI/FCR to objections to motion to compel production of prepetition estimates as modified by court order | 0.10 | TJT |
| *Hearings* - Correspond with committee member re hearing today | 0.10 | TJT |
| *Hearings* - Review amended agenda for 5/2/07 hearing | 0.10 | TJT |
| *Hearings* - prepare for and attend Bankruptcy Court | 4.30 | TJT |
| *ZAI Science Trial* - Review ZAI's request for production of documents to debtors re class action issues | 0.10 | TJT |
| *ZAI Science Trial* - Review ZAI's interrogatories to debtors' re class action issues | 0.10 | TJT |

|  | | | |
|---|---|---|---|
| | *ZAI Science Trial* - Review ZAI's request for admissions to debtors' re class action issues | 0.10 | TJT |
| | *ZAI Science Trial* - Review ZAI's 30(b)(6) deposition notice to debtors re class action issues and review attached subpoena | 0.10 | TJT |
| | *Case Administration* - Review dockets for any case changes | 0.10 | LC |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's March 07 prebill, modify Ferry, Joseph & Pearce's March bill in preparation for Ferry, Joseph & Pearce's March 07 Fee Application, draft summary, notice, and Certificate of Service re same | 1.50 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's March 07 Fee Application | 0.50 | MH |
| May-03-07 | *Case Administration* - Review notice of withdrawal & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - 5/2/07 hearing follow-up | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by St. Anthony Hospital re claim no. 11151 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Fulton County Health Center re claim no. 11158 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Ohio Savings Plaza re claim no. 11179 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting Libby Claimants' motion to file late reply re motion to expand PI | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 31st continuation order re 5th omnibus objection to claims with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re 8th omnibus objection to claim with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 4th order re 20th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review Certification of Counsel re amended order re 22nd interim period Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review order granting State of Montana's motion to shorten notice re motion for reconsideration of order denying motion for relief from stay | 0.10 | TJT |
| | *Case Administration* - Review amended notice by State of New Jersey re motion for leave to file late proof of claim | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of Jaspan Schlesinger and forward to paralegal | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition of G. Farrar by FCR/PI | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order denying Baron and Budd's motion to extend time to file notice of appeal | 0.10 | TJT |
| | *Hearings* - 5/3/07 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Prepare for 5/8/07 hearing | 0.10 | TJT |
| | *Hearings* - Review notice of 5/8/07 hearing | 0.10 | TJT |
| | *Hearings* - Review notice of 5/9/07 hearing | 0.10 | TJT |
| | *Hearings* - Prepare for 5/9 hearing | 0.10 | TJT |
| | *Hearings* - Correspond with S. Baena re 5/9/07 hearing | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Relief from Stay Litigation* - Correspond with S. Baena re motion by State of New Jersey for leave to file late proof of claim | 0.10 | TJT |
| | *Case Administration* - update service lists and labels | 0.10 | MH |
| May-04-07 | *Case Administration* - Review notice of appearance & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by YMCA, Des Moines, Iowa re claim no. 11153 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Scottish Rite Cathedral re claim no. 11200 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by First Tennessee Bank re claim no. 11722 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Virtua West Jersey Hospital re claim no. 11389 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re Seaton Ins. Co. claims with attachments | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review second order re 21st omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review amended order re 22nd Quarterly Fee Applications with attachment | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance by U.S. Dept. of Health and Human Services and forward to paralegal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting debtors' motion for reconsideration of order striking debtors' response re motion to compel compliance with supplemental order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certification of Counsel re proposed order denying Baron and Budd, et al., motion to stay compliance with xray order pending appeal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certification of Counsel re interrogatories from debtors re consulting expert discovery | 0.20 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re preparation for 5/8/07 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with J. Sakalo re PD issues | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review correspondence from S. Baena re State of New Jersey motion for leave to file late proof of claim | 0.10 | TJT |
| | *Case Administration* - update service lists and labels | 0.10 | MH |
| May-05-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Panda Prince re claim no. 11257 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by McKenzie Williamette Medical Center re claim no. 11262 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Keller Building re claim no. 11384 re order expunging 71 PD claims | 0.10 | TJT |
| May-06-07 | *Claims Analysis Obj. & Res. (Asbestos)* - continue review of 4/23/07 morning hearing transcript re PD claim litigation | 2.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - respond to PD creditor inquiry | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 20th omnibus | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | objection to claims with attachments | | |
| | *Employment Applications, Others* - Review order authorizing retention of Socha Perczak | 0.10 | TJT |
| May-07-07 | *Case Administration* - 5/2/07 hearing follow-up | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Mondavi Hospital re claim no. 11422 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Dodge County Hospital re claim no. 11550 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Casen-Pirie Scott Store re claim no. 11555 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - continue reviewing 4/23/07 hearing transcript re afternoon session | 1.90 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review transcript of PD claim trial on 4/24/07 | 1.60 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review article re WR Grace superfund liabilities and related issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review correspondence from S. Baena re trading of unsecured claims | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Mar. Fee Application | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 5/2/07 hearing follow-up | 0.10 | TJT |
| May-08-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certification of Counsel re resolution of Berger Westbrook claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Las Vegas Housing Authority re claim no. 11572 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Jordan Hospital re claim no. 11689 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by University of New England re claim no. 11701 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by 1199 SEIU re claim no. 11572 re order expunging 71 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re claims asserted by Berger and Westbrook | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney March Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certification of Counsel re Stutzman Brumberg firm's proposal re interrogatories re consulting expert order | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review order authorizing PI Committee/FCR to file 3 exhibits under seal re motion to compel prepetition estimates | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 5/8/07 hearing | 0.40 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 6.30 | TJT |
| May-09-07 | *Case Administration* - Review order setting omnibus hearing dates & forward same to M. Hedden | 0.10 | LLC |

| | | |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's motion to strike debtors' supplemental objections to claims with attachments | 1.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review Certification of Counsel re California PD claims with proposed order | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for leave to file amended claim objection re S&R claims with attachments | 0.40 | TJT |
| *Litigation and Litigation Consulting* - Teleconference with committee member re results of 5/8/07 hearing and exclusivity appeal issues | 0.30 | TJT |
| *Litigation and Litigation Consulting* - Review memo from M. Kramer re status of PI estimation and related issues | 0.20 | TJT |
| *Hearings* - Review agenda for 5/9/07 hearing | 0.10 | TJT |
| *Hearings* - Attend Bankruptcy Court | 0.70 | TJT |
| *Hearings* - Correspond with S. Baena and J. Sakalo re results of hearing today | 0.20 | TJT |
| *Case Administration* - Prepare weekly docket report | 0.20 | LC |
| *Case Administration* - review order re 6/25/07 hearing sent by L. Coggins, note on calendar | 0.10 | MH |
| *Case Administration* - Review case management Memo re week ending 4/27/07 | 0.10 | LLC |
| *Claims Analysis Obj. & Res. (Asbestos)* - complete review of 4/24/07 trial transcript re PD claim litigation | 0.70 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review California Dept. of General Services post-trial brief | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply to California Dept. of General Services' post-trial brief | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply to Anderson Memorial Hospital's motion to compel privilege log | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review reply by California Dept. of General Services' to debtors' response to post-trial brief | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review CCC's objection to Libby Claimants' request for production of documents | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of G. Mew by debtors | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of issues on appeal by Schuyler Hospital re claim no. 11003 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Santa Teresa Medical Office re claim no. 11018 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of issues on appeal by Nebraska Skilled Nursing Home re claim no. 11046 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Virtua Health re claim no. 11226 | 0.10 | TJT |
| *Case Administration* - Review W. Smith & Assoc.'s Jan. Fee Application | 0.10 | TJT |
| *Case Administration* - Review Holme Roberts' Dec. Fee Application | 0.10 | TJT |
| *Case Administration* - Review case status memo for week ending 4/27/07 | 0.10 | TJT |
| *Case Administration* - Review 8 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |

May-10-07 appears in the left margin at the "Review case management Memo" row.

| | | | |
|---|---|---|---|
| | *Hearings* - Review 4/25/07 hearing transcript | 0.30 | TJT |
| | *Hearings* - Review order re 6/25/07 hearing time change | 0.10 | TJT |
| | *Case Administration* - Review docket re weekly case status for week ending 4/27/07, prepare memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| May-11-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re sealed air trial exhibits | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended notice of deposition of J. Millette | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Baena re debtors' motion to settle PD claim with Building Laborers' Union | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by St. Anthony's Hospital re claim no. 11151 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Fulton County Health Center re claim no. 11158 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Ohio Savings Plaza re claim no. 11179 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by YWCA Des Moines, Iowa re claim no. 11153 | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Assoc. Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review monthly operating report for March 07 | 0.20 | TJT |
| | *Case Administration* - Review PWC Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Quarterly Fee Application by Day Pitney for Jan. - Mar. 07 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order denying Baron and Budd's motion to stay compliance with consulting expert order | 0.10 | TJT |
| | *Relief from Stay Litigation* - Correspond with J. Sakalo re State of Montana's motion for reconsideration of order denying lift stay motion | 0.10 | TJT |
| May-12-07 | *Claims Analysis Obj. & Res. (Asbestos)* Review correspondence from J. Sakalo re debtors' motion to settle PD claims with Building Laborer's Union | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze debtors' motion to authorize settlement and retain confidentiality re settlement with Building Laborer's Union PD claim | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Baptist Health Medical Center re claim no. 11128 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Abbeville General Hospital re claim no. 11133 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Scottish Rite Cathedral re claim no. 11200 | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 5/4/07 | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review W. Smith and Assoc. Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock Mar. Fee Application | 0.10 | TJT |
| | *Hearings* - Review debtors' notice of hearing re motion to amend 15th omnibus objection to claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Attention to exclusivity appeal documents | 0.20 | TJT |
| May-13-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by First Tennessee Bank re claim no. 11722 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Panda Prints re claim no. 11257 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by McKenzie Willamette Medical Center re claim no. 11262 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Keller Building re claim no. 11384 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Virtua re claim no. 11389 | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney 24th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Forman Perry April 06 - March 07 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review Holme Roberts' Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J 23rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Oglivey Renault corrected Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn Mar. Fee Application | 0.10 | TJT |
| May-14-07 | *Case Administration* - Review case management Memo re week ending 5/4/07 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 24th quarterly fee application for filing & confer with M. Hedden re same | 0.20 | LLC |
| | *Case Administration* - attend Committee teleconference | 0.50 | RSM |
| | *Case Administration* - confer with T. Tacconelli re State of N. Dakota motion | 0.30 | RSM |
| | *Case Administration* - 5/9/07 hearing follow-up | 0.10 | SGW |
| | *Fee Applications, Others* - Contact J. Bossay re extending deadline re 24th Quarterly Fee Application for co-counsel and committee professionals (.2); advise M. Hedden and T. Tacconelli re same (.1) | 0.30 | SGW |
| | *Relief from Stay Litigation* - Review motion for reconsideration re court's 4/16/07 order re State of Montana's motion for relief from stay and forward to T. Tacconelli for review | 0.20 | SGW |

| | | |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Mondavi Hospital re claim no. 11422 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Dodge County Hospital re claim no. 11550 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Carson Pirie re claim no. 11555 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Las Vegas Housing Authority re claim no. 11572 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Jordan Hospital re claim no. 11689 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal re University of New England re claim no. 11701 | 0.10 | TJT |
| *Case Administration* - Review Oglivey Renault Mar. Fee Application | 0.10 | TJT |
| *Case Administration* - Review K&E March Fee Application | 0.40 | TJT |
| *Case Administration* - Review Holme Roberts Nov. Fee Application | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| *Hearings* - 5/9/07 hearing follow-up | 0.10 | TJT |
| *Relief from Stay Litigation* - multiple conferences with S. Weiler re possible objection to State of Montana's motion for reconsideration | 0.20 | TJT |
| *Relief from Stay Litigation* - Review State of Montana's motion for reconsideration re possible objection | 0.20 | TJT |
| *Relief from Stay Litigation* - Review debtors' objection to State of Montana's motion for reconsideration re order denying lift stay motion | 0.30 | TJT |
| *Relief from Stay Litigation* - Correspond with J. Sakalo re State of Montana's motion for reconsideration denying lift stay motion | 0.10 | TJT |
| *Relief from Stay Litigation* - Review documents re preparation for possible objection to State of Montana's motion for reconsideration | 0.30 | TJT |
| *Fee Applications, Applicant* - Confer with paralegal re status of Ferry, Joseph & Pearce's 24th Quarterly Fee Application | 0.10 | TJT |
| *Case Administration* - Prepare weekly docket report | 0.20 | LC |
| *Fee Applications, Others* - trade e-mails with G. Boyer re 24th Quarterly Fee Application due date; confer with S. Weiler re request extension for CDG and co-counsel re same, e-mail to G. Boyer re extension | 0.20 | MH |
| *Fee Applications, Others* - trade e-mails with L. Flores re Bilzin, HRA and Hilsoft Quarterly Fee Applications forthcoming | 0.10 | MH |
| *Fee Applications, Applicant* - Prepare spreadsheet re Ferry, Joseph & Pearce's 24th Quarterly Fee Application; prepare Notice, Summary, and Certificate of Service re same; and prepare and compile exhibits re same for review by L. Coggins | 3.50 | MH |
| *Fee Applications, Applicant* - Prepare for e-filing and e-file Ferry, Joseph & Pearce's 24th Quarterly Fee Application, copy and service of same; prepare 2002 service list labels for notice of same; and arrange for copying and service of notice | 0.90 | MH |
| May-15-07 *Case Administration* -  Retrieve voice mail from W. Sparks re updated address & confer with M. Hedden re same | 0.20 | LLC |

| | | | |
|---|---|---|---|
| | *Case Administration* - Download & review agenda re 5/21/07 hearing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Royal Ins. Co.'s objection to Libby Claimants' request for production of documents | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review opposition by PI Committee to debtors and State of Montana's motion for reconsideration re motion to expand preliminary injunction | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review opposition by Montana plaintiffs re debtors re State of Montana's motion for reconsideration re motion to expand preliminary injunction with attachments | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by SEIU re claim no. 11703 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Titusville Hospital re claim no. 11106 and 11144 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Cayuga County Office Building re claim no. 10947 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Friendly Home re claim no. 10747 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Oneida County Office Building re claim no. 10767 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 2nd amended notice of deposition of J. Millette by debtors | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith 24th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS 12th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins 24th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit by Morgan Lewis and Bockius | 0.20 | TJT |
| | *Case Administration* - Review Beverage and Diamond Feb. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence from N. Finch re depositions of Egan, Cintini and Siegel | 0.10 | TJT |
| | *Hearings* - Review agenda for 5/21/07 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re preparation for 5/21/07 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order approving Unsecured Creditor Committee's motion to intervene in exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - Review docket re weekly case status for week ending 5/4/07, prepare memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| | *Fee Applications, Others* - trade e-mails with L. Flores re general fee application service list | 0.10 | MH |
| May-16-07 | *Fee Applications, Others* - Review Bilzin 24th interim fee application for filing | 0.20 | LLC |
| | *Committee, Creditors', Noteholders' or* - Review  transcript of 5/9/07 hearing | 0.50 | RSM |
| | *Case Administration* - Follow-up re 5/9/07 hearing materials re PD issues | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | designation of record on appeal by St. Mary's Medical Center re claim no. 10746 | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 5/9/07 hearing transcript re PD issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by St. Joseph's Infirmary re claim no. 10700 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Pierre LaClede Center re claim no. 10696 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by First Health Memorial Hospital re claim no. 10673 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by New Hanover Regional Medical Center re claim no. 10672 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Washington Township re claim no. 10668 | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards 23rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Protiviti Feb.-Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Deloitte Sept. Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re CDG 24th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to shorten re motion for protective order re CRMC discovery | 0.10 | TJT |
| | *Hearings* - Review correspondence from S. Weiler re 5/2/07 hearing follow-up | 0.10 | TJT |
| | *Fee Applications, Others* - download, review and revise Bilzin's 24th Quarterly Fee Application, incorporate our form notice, compile past monthly invoices; draft Certificate of Service re same | 1.30 | MH |
| | *Fee Applications, Others* - Prepare for e-filing and e-file Bilzin's 24th Quarterly Fee Application; copy and service of same; prepare 2002 service list labels for notice of same; and arrange for copying and service of notice | 1.20 | MH |
| May-17-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Gunderson Medical Center re claim no. 11124 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Hotel Captain Cook re claim no. 11110 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Bethesda Rehab Hospital re claim no. 10523 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by 99 Founders Plaza re claim no. 10762 | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Mission Towers re claim no. 10516 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Manor Oak re claim no. 10789 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by St. Luke's Hospital re claim no. 10998 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's motion for leave to file reply to debtors' objection to State of Montana's motion for reconsideration and review proposed reply | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certification of Counsel re expungement of two PD claims with attachments | 0.20 | TJT |
| | *Case Administration* - Review Deloitte Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards 24th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 7th Quarterly Fee Application of Foley Hoag | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Case Administration* - Review docket re weekly case status for week ending 5/11/07, prepare memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| May-18-07 | *Case Administration* - Review case management Memo re week ending 5/11/07 | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with M. Hedden re CDG quarterly fee application | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Prepare Certificate of Service and special service list re objection to motion to amend claims objection (.1); review docket re same (.1); review, prepare for e-filing, e-file and oversee service of same (.7); correspond with co-counsel re same  (.1) | 1.00 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by Palas Community Hospital re claim no. 11066 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by W. Wittenberg to order expunging claim re additional product identification | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues and designation of record on appeal by IBM Credit Union re claim no. 10722 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review claim list for 6/26/07 hearing | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Baena re 6/26/07 hearing claim list | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by R. Skarie requesting additional time to respond to order requesting supplemental claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re objection to debtors' motion for leave to file amended PD claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re objection to debtors' motion for leave to file amendment to PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re preparation for objection to debtors' motion for leave to file amended PD claims objections | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for leave to file amended claim objection re 15th omnibus objection | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with paralegal re objection to debtors' motion for leave to file amended PD claim objection | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with J. Sakalo re objection to debtors' motion for leave to file amended PD claim objection | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and revise objection to debtors' motion for leave to amend PD claim objection | 0.70 | TJT |
| | *Case Administration* - Review 7th Quarterly Fee Application of Beverage and Diamond | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni 24th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill 7th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS 20th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale 24th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Deloitte Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine 24th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of J. Aguilar | 0.10 | TJT |
| | *Case Administration* - Review BMC Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 5th supplemental affidavit by Orrick | 0.10 | TJT |
| | *Case Administration* - Review 5th amended 2019 statement by CWG | 0.10 | TJT |
| | *Case Administration* - Review D. Austern's Feb. Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re Bilzin 24th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion for protective order re CRMC discovery with attachments | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re renotice of depositions of debtors' employees | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review renotice of deposition of T. Egan | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review renotice of deposition of J. Cintani | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re service list and labels for objection to debtors' motion for leave to amend objections to PD claims; edit special list; prepare labels; arrange for service of same | 0.50 | MH |
| | *Fee Applications, Others* - trade e-mails with L. Flores re status of Hilsoft and HRA quarterly fee applications | 0.10 | MH |
| May-19-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Weiler re objection to motion for leave to file amended PD claim objection | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review K&E's 24th Quarterly Fee Application | 0.10 | TJT |
| May-20-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review corrected order expunging PD claims | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Case Administration* - Review case status memo for week ending 5/11/07 | 0.10 | TJT |
| | *Case Administration* - Review Orrick March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review TPT March Fee Application | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 5/21/07 hearing | 1.70 | TJT |
| May-21-07 | *Case Administration* - Call from Hale & Dorr re removal from service list | 0.10 | LLC |
| | *Case Administration* - Review returned mail & confer with M. Hedden re updating service list | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review PD claims list for 5/21 hearing (.1); 5/21 hearing follow-up and confer with T. Tacconelli re same (.2) | 0.30 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review materials re PD Committee's objection to debtors' motion to enjoin further amendment and supplementation of PD claims (possibility of having to argue motion in absence of co-counsel) | 0.60 | TJT |
| | *Hearings* - Correspond with J. Sakalo re preparation for 5/21/07 hearing | 0.10 | TJT |
| | *Hearings* - Confer with co-counsel prior to hearing | 0.50 | TJT |
| | *Hearings* - Confer with committee member prior to hearing | 0.20 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 5.50 | TJT |
| | *Case Administration* - Review docket re weekly case status for week ending 5/18/07, prepare memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| May-22-07 | *Fee Applications, Others* - Review Certificate of No Objection re Hilsoft Jan. - March, 07' monthly fee application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA 56th monthly fee application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin March, 07' fee application | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA 19th quarterly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Hilsoft 8th quarterly fee application & confer with M. Hedden re same | 0.20 | LLC |
| | *Case Administration* - Follow-up re 5/21/07 hearing | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Canadian Claimants' objection to debtors' motion for leave to file amended claim objection | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review joinder by Gulf Atlantic Properties and Chicago Historical Society in Canadian Claimants' objection to debtors' motion for leave to file amended claim objection | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review second order re 22nd omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 32nd continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re 18th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 5th continuation re 20th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Associates' 12/06 Fee Application | 0.10 | TJT |

| | | |
|---|---|---|
| *Case Administration* - Review 2nd amended 2019 statement by Reaud Morgan | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review notice of deposition of Baron and Budd | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' second set of interrogatories to Baron and Budd | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' notice of deposition of LeBlanc and Waddell | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' 2nd interrogatories to LeBlanc and Waddell | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review notice of deposition of Maples and Lomax | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' 2nd interrogatories to Maples and Lomax | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review notice of deposition of Paul Hanley | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' 2nd interrogatories to Paul Hanley | 0.10 | TJT |
| *Hearings* - 5/21/07 hearing follow-up | 0.10 | TJT |
| *Relief from Stay Litigation* - Review order granting State of Montana's motion for leave to file reply to objections to motion for reconsideration | 0.10 | TJT |
| *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| *Fee Applications, Others* - download, review and revise HRA's Jan. - Mar. 07 Quarterly Fee Application, incorporate our form of notice, compile exhibits re same; prepare Certificate of Service re same | 0.80 | MH |
| *Fee Applications, Others* - Prepare for e-filing and e-file HRA's Jan. - Mar. 07 Quarterly Fee Application; copy and service of same; prepare 2002 service list labels for notice of same; and arrange for copying and service of notice | 0.60 | MH |
| *Fee Applications, Others* - download, review and revise Hilsoft's Jan. - Mar. 07 Quarterly Fee Application, incorporate our form of notice, compile exhibits re same; prepare Certificate of Service re same, e-mail to and from L. Flores re expense chart not reflecting charges | 0.70 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve Hilsoft's Jan. - Mar. 07 Quarterly Fee Application | 0.50 | MH |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's March Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Mar. Fee Application | 0.50 | MH |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Hilsoft Jan. - Mar. combined monthly Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Hilsoft Jan. - Mar. combined monthly Fee Application | 0.50 | MH |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Mar. Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Mar. Fee Application | 0.50 | MH |
| *Fee Applications, Applicant* - Confer with L. Coggins re 5/23 preparation | 0.10 | MH |

|  | and filing of Certificate of No Objection re Ferry, Joseph & Pearce's Mar. Fee Application |  |  |
|---|---|---|---|
| May-23-07 | *Case Administration* - Review returned mail & forward same to M. Hedden | 0.10 | LLC |
|  | *Case Administration* - Download & review agenda re 5/30/07 hearing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review docket re objections to March, 07' fee application | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Prepare, finalize, e-file & coordinate service of Certificate of No Objection re March, 07' fee application | 0.70 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply to objections to motion to amend PD claim objections | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re debtors' reply to objections to motion to amend PD claim objections | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to shorten re 9019 motion re Trumbull Memorial Hospital | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion re 9019 motion re Trumbull Memorial Hospital with attachment | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re debtors' 9019 motion re Trumbull Memorial Hospital | 0.10 | TJT |
|  | *Case Administration* - Prepare e-mail to J. Sakalo re pension contribution motion | 0.10 | TJT |
|  | *Case Administration* - Review debtors' pension funding motion with attachments | 0.50 | TJT |
|  | *Case Administration* - Review Baker Donaldson Dec. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review BMC Nov. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review e-mail from S. Baena re recent congoleum decision | 0.10 | TJT |
|  | *Employment Applications, Others* - Review debtors' motion to retain and compensate Perkins Coie | 0.30 | TJT |
|  | *Employment Applications, Others* - Correspond with J. Sakalo re debtors' motion to retain and compensate Perkins Coie | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' notice of deposition of W. Bailey Law Firm | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' second set of interrogatories to W. Bailey Law Firm | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' notice of deposition of A. Luckey | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' second set of interrogatories to A. Luckey | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' notice of deposition of RMQ | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' second set of interrogatories to RMQ | 0.10 | TJT |
|  | *Hearings* - 5/8/07 hearing follow-up | 0.10 | TJT |
| May-24-07 | *Case Administration* - Confer with T. Tacconelli re upcoming filings | 0.10 | LLC |
|  | *Case Administration* - Review case management Memo re week ending 5/20/07 | 0.10 | LLC |
|  | *Case Administration* - Review amended agenda re 5/30/07 hearing | 0.10 | LLC |
|  | *Case Administration* - 5/21 hearing follow-up (.1); confer with T. Tacconelli re same | 0.20 | SGW |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Respond to PD creditor inquiry re Anderson motion to strike response to discovery | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting debtors' motion to shorten re Trumbull Memorial Hospital 9019 motion | 0.10 | TJT |
| | *Case Administration* - Review correspondence from J. Sakalo re recent Congoleum decision | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from M. Kramer re Siegel deposition summary | 0.10 | TJT |
| | *Hearings* - Review agenda for 5/30/07 hearing | 0.10 | TJT |
| | *Hearings* - Prepare for 5/30/07 hearing | 0.10 | TJT |
| May-25-07 | *Case Administration* - Follow up again re 5/21 hearing transcript | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to J. Sakalo re order granting debtors' motion to shorten notice re Trumbull Memorial Hospital 9019 motion | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' Certification of Counsel re order re motion to expand PI | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 5/20/07 | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 5/30/07 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 5/30/07 hearing | 0.10 | TJT |
| | *Case Administration* - Prepare weekly docket report | 0.20 | LC |
| May-26-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certification of Counsel by State of Montana re motion for reconsideration and related issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Montana plaintiffs' objection to State of Montana's Certification of Counsel re proposed order | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review joinder by PI Committee in Montana Plaintiffs' objection to State of Montana's Certification of Counsel re proposed order | 0.20 | TJT |
| | *Case Administration* - Review Piper Jaffery Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffery Mar. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting debtors' motion for expedited consideration of joint motion for entry of protective order | 0.10 | TJT |
| May-27-07 | *Case Administration* - Review memo from law clerk re status of pending 3rd Circuit, District Court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review BMC Group Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Memorial Hospital motion to strike and compel with attachments | 1.60 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' Certification of Counsel re supplemental x-ray order | 0.10 | TJT |
| May-29-07 | *Case Administration* - Review second amended agenda re 5/30/07 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA April, 07' fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin, April, 2007 fee application | 0.10 | LLC |

| | | |
|---|---|---|
| for filing | | |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review transmittal of record on appeal for appeal nos. 07-17 through 38 | 0.40 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' response to Anderson Memorial Hospital's motion to strike with attachments | 0.70 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review Motley Rice emergency motion to continue 6/26 trial re product ID | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review 13th notice of claim settlement with attachment | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review 14th notice of claim settlements with attachment | 0.20 | TJT |
| *Case Administration* - Review notice of hearing of agreement between debtors and CRMC for protective order | 0.10 | TJT |
| *Case Administration* - Review BMC Group Quarterly Fee Application for 23rd interim period | 0.10 | TJT |
| *Case Administration* - Review Steptoe and Johnson Quarterly Fee Application for 23rd interim period | 0.10 | TJT |
| *Case Administration* - Review Baker Donaldson 10th Quarterly Fee Application | 0.10 | TJT |
| *Case Administration* - Review BIR April Fee Application | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' notice of deposition of Silber Perlman | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' second set of interrogatories to Silber Perlman | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' notice of deposition to Weitz and Luxembourg | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' second set of interrogatories to Weitz and Luxembourg | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' notice of deposition of Ferraro and Associates | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' second set of interrogatories to Ferraro and Associates | 0.10 | TJT |
| *Hearings* - Review 2nd amended agenda for 5/30/07 hearing | 0.10 | TJT |
| *Hearings* - Review matters on agenda for 5/30/07 hearing | 0.40 | TJT |
| *Plan and Disclosure Statement* - Correspond with J. Sakalo re 5/30/07 hearing | 0.10 | TJT |
| *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's April 07 prebill | 0.90 | TJT |
| *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| *Fee Applications, Others* - download, review and revise Bilzin's April 07 Fee Application, incorporate our general form of notice and draft Certificate of Service re same | 0.50 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's April Fee Application | 0.50 | MH |
| *Fee Applications, Others* - download, review and revise HRA's April 07 Fee Application, incorporate our general form of notice and draft Certificate of Service re same | 0.50 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's April Fee Application | 0.50 | MH |
| May-30-07 | *Case Administration* -  Review notice of address change & forward same | 0.10 | LLC |

| | | | |
|---|---|---|---|
| | to M. Hedden | | |
| | *Fee Applications, Applicant* - Review April, 2007 fee application for filing | 0.20 | LLC |
| | *Hearings* -  Confer with T. Tacconelli re results of hearing | 0.50 | RSM |
| | *Case Administration* - Correspond with co-counsel re 5/21/07 follow-up (.1); confer with T. Tacconelli re same | 0.20 | SGW |
| | *Case Administration* - Follow-up re 5/30/07 hearing re PD matters | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review various transmissions of record on appeal re appeal nos. 07-39 through 59 | 0.30 | TJT |
| | *Case Administration* - Review notice of change of address for J. Ardoin and forward to paralegal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of deposition of Probost and Humphrey | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' second set of interrogatories to Probost and Humphrey | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 4.40 | TJT |
| | *Hearings* - Correspond with S. Weiler re 5/30/07 hearing follow-up | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's April 07 prebill | 0.20 | TJT |
| | *Case Administration* - Prepare weekly docket report | 0.20 | LC |
| | *Case Administration* - update 2002 service lists and labels | 0.10 | MH |
| | *Case Administration* - update 2002 service lists and labels | 0.10 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's April prebill | 0.40 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's April prebill | 0.30 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's April bill for filing with April Fee Application, prepare notice, summary, and Certificate of Service re same | 1.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's April Fee Application | 0.50 | MH |
| May-31-07 | *Case Administration* - Review returned mail & confer with M. Hedden re same | 0.10 | LLC |
| | *Case Administration* - 5/30/07 hearing follow-up re PD issues | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from J. Sakalo re PD claim settlements | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 5/21/07 hearing transcript re PI issues | 0.30 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certificates of No Objection by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review corrected Quarterly Fee Application for Steptoe & Johnson re 23rd interim period | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for April 07 | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.30 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re depositions of Egan and Cintani | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of deposition of Angelos | 0.10 | TJT |

Invoice No. 23970                          Page 21 of 22                          June 29, 2007

| | | | |
|---|---|---|---|
| *Litigation and Litigation Consulting* - Review debtors' second set of interrogatories to Angelos | | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review renotice of deposition of G. Farrar | | 0.10 | TJT |
| *Hearings* - Review from committee member re 5/30/07 hearing | | 0.10 | TJT |
| *Hearings* - Review correspondence from S. Weiler re 5/30/07 hearing follow-up | | 0.10 | TJT |
| Totals | | 120.70 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| May-01-07 | *Expense* - Copying cost  225 @ 0.10 | 22.50 |
| | *Expense* - Postage | 3.27 |
| May-02-07 | *Expense* - Postage  81 @ 0.10 | 8.10 |
| | *Expense* - Postage | 1.35 |
| May-03-07 | *Expense* - Pacer Service Center - 1/1/07 - 3/31/07 (RSM) | 18.00 |
| May-08-07 | *Expense* - J&J Court Transcribers | 426.80 |
| May-10-07 | *Expense* - Blue Marble Logistics cc 53.40; suppl 34.71; Postage 254.43 | 342.54 |
| May-11-07 | *Expense* - J&J Court Transcribers | 29.88 |
| May-14-07 | *Expense* - Copying cost  237 @ 0.10 | 23.70 |
| | *Expense* - Postage | 4.60 |
| | *Expense* - service supplies  267 @ 0.07 | 18.69 |
| May-16-07 | *Expense* - Blue Marble Logistics - hd | 44.00 |
| | *Expense* - Copying cost  408 @ 0.10 | 40.80 |
| | *Expense* - Postage | 6.55 |
| | *Expense* - service supplies  267 @ 0.07 | 18.69 |
| May-21-07 | *Expense* - J&J Court Transcribers | 187.00 |
| May-22-07 | *Expense* - Pacer Service Center - 1/1/07 - 3/31/07 (SGW) | 4.24 |
| | *Expense* - Copying cost  288 @ 0.10 | 28.80 |
| | *Expense* - Postage | 11.28 |
| | *Expense* - service supplies | 25.44 |
| May-23-07 | *Expense* - J&J Court Transcribers | 26.00 |
| | *Expense* - TriState Courier & Carriage - hand deliveries | 26.00 |
| | *Expense* - Copying cost | 4.50 |
| | *Expense* - Postage | 6.00 |
| May-29-07 | *Expense* - Copying cost  147 @ 0.10 | 14.70 |
| | *Expense* - Postage | 2.12 |
| May-30-07 | *Expense* - Parcels, Inc. - cc53.40; supplies 104.13; Postage 227.70 | 385.23 |
| | *Expense* - Copying cost  75 @ 0.10 | 7.50 |
| | *Expense* - Postage | 1.48 |
| May-31-07 | *Expense* - Parcel's, Inc.- hand deliveries | 205.00 |
| | *Expense* - TriState Courier & Carriage - hand deliveries | 13.00 |
| | *Expense* - Business Card - court call 4/19/07 | 38.00 |
| | *Expense* - Business Card - court call 5/8/07 | 200.50 |
| | *Expense* - Business Card - court call 5/9/07 | 44.50 |
| | Totals | $2,240.76 |

**Page** 22 of 22

    **Total Fees & Disbursements**                    **$29,157.26**

    **Balance Due Now**                    **$29,157.26**