alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 06/29/07 10:53:36
Client 056772 W.R. GRACE & CO. EQUITY COMMITTEE

Work Thru  05/31/07

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partner | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|--------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | 0.00 | 0.00 | 12.78 | 12.78 | BENTLEY PHILIP - 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 0.00 | 0.00 | 23.22 | 23.22 | BENTLEY PHILIP - 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 0.00 | 0.00 | 18.61 | 18.61 | BENTLEY PHILIP - 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 8,528.78 | 8,528.78 | BENTLEY PHILIP - 02495 | M | B |
| 00019 | HEARINGS | 0.00 | 0.00 | 1,907.65 | 1,907.65 | BENTLEY PHILIP - 02495 | M | B |
| | Client Total | 0.00 | 0.00 | 10,491.04 | 10,491.04 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

alp_113c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/29/2007 10:51:35
Client No./Sub: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Total Billed Rates Entry | Total Amount |
|------|-------------|--------------|--------------------------|--------------|
| 0820 | PHOTOCOPYING | 05/03/07 | 05/29/07 | 122.20 |
| 0842 | DOCUMENT PREP. | 05/30/07 | 05/30/07 | 10.00 |
| 0885 | LONG-DISTANCE TEL. | 05/31/07 | 05/31/07 | 12.78 |
| 0930 | OTHER MISCELLANEOUS CHARGES | 05/04/07 | 05/04/07 | 3.03 |
| 0930 | MESSENGER/COURIER | 05/22/07 | 05/04/07 | 31.83 |
| 0940 | CAB FARES | 04/22/07 | 05/21/07 | 349.24 |
| 0942 | KLNF IN-HOUSE | 05/21/07 | 05/21/07 | 3.50 |
| 0950 | OUT-OF-TOWN TRAVEL | 04/23/07 | 05/31/07 | 3,206.67 |
| 0951 | MEALS/T & E | 04/23/07 | 05/02/07 | 149.69 |
| 0965 | COURT REPORTER/VIDEO DEPOSITIO | 05/17/07 | 05/25/07 | 5,561.95 |
| 0980 | TRANSCRIPT FEES | 05/10/07 | 05/26/07 | 1,759.63 |
| 0990 | OTHER FEES | 03/20/07 | 03/20/07 | 554.45 |
|      | Total |  |  | 10,491.04 |
|      | **Grand Total** |  |  | **10,491.04** |

alp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  1

Run Date & Time: 06/29/2007 10:53:26
Client No: 056722
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: ... reduce fees ... 00/photo. 0.15/k/O manu. services

PRE-BILLING SUMMARY REPORT

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 09/12/9227 | TO: | 7/5/4.918 |
| UNBILLED DISB FROM: | 03/20/2007 | TO: | 05/31/2007 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 10/451.04 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 05/31/2007 |
| CLOSE MATTER/FINAL BILLING: | YES | OR | NO |
| EXPECTED DATE OF COLLECTION: | | 7/5/.918 |

BILLING PARTNER APPROVAL:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLES TOTALS                                    UNAPPLIED CASH

| | FEES | | | |
|---|---|---|---|---|
| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB. RETAINER: | 0.00 |
| DISB. RETAINER: | | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE: | |

BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 06/28/07 | LAST PAYMENT DATE: | 06/15/07 |
| LAST BILL NUMBER: | 466511 | ACTUAL FEES BILLED TO DATE: | 2,729,120.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 2,729,120.50 |
| LAST BILL THRU DATE: | 05/31/07 | FEES WRITTEN OFF TO DATE: | 242,572.18 |
| | | COSTS WRITTEN OFF TO DATE: | 25,032.14 |

FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
| | |
|---|---|
| (1) Exceeded Fixed Fee | (4) Excessive Legal Time | (7) Fixed Fee |
| (2) Late Time & Costs Posted | (5) Business Development | (8) Premium |
| (3) Pre-arranged Discount | (6) Summer Associate | (9) Rounding | (10) Client Arrangement |

DATE OF BILL: _____   Processed by: _____   FRC: _____

BILL NUMBER: _____

slp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 06/29/2007 10:53.25
Matter No: 056772.00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1281380
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER, THOMAS MOERS - 03976 Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:          05/31/2007                     TO:          05/31/2007
UNBILLED DISB FROM:          05/31/2007                     TO:

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 12.78 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 05/31/2007 |
| CLOSE MATTER/FINAL BILLING?   YES  OR  NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                   UNAPPLIED CASH

| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 06/28/07 | LAST PAYMENT DATE: | 06/05/07 |
|---|---|---|---|
| LAST BILL NUMBER: | 466511 | ACTUAL FEES BILLED TO DATE: | 269,260.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 269,260.50 |
| LAST BILL THRU DATE: | 05/31/07 | FEES WRITTEN OFF TO DATE: | 81,055.50 |
| | | COSTS WRITTEN OFF TO DATE: | 19,412.94 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development        (8) Premium
(3) Pre-arranged Discount     (6) Summary Disbalance          (9) Rounding
                                                              (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 06/29/2007 10:53:25

Matter No: 056772-00003                                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2282130
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status     : ACTIVE

B I L L E D   C O S T S   S U M M A R Y  ------------  Total Billed  ------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0885 | LONG-DISTANCE TEL. | 05/31/07 | 05/31/07 | 12.78 |
|      | Total | | | 12.78 |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| LONG-DISTANCE TEL.    0885 | | | | | | |
| PREPAY RE CONFERENCING | CATOX, A | 05/31/07 | 12.78 | 7926474 | 199552 | 06/06/07 |
| LONG-DIST. TELE. - VENDOR - PREMIERE | | | | | | |
| CONFERENCING | | | | | | |
| | 0885 LONG-DISTANCE TEL. Total : | | 12.78 | | | |
| | Costs Total : | | 12.78 | | | |

alp_11r2: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   3

Run Date & Time: 06/29/2007 10:53:25
Matter No: 056772/00001
Client Name: W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name: CASE ADMINISTRATION
Matter Opened: 07/20/2001

Proforma Number: 2882180
Orig Prtnr: CRED. RGTS - 06975
Bill Prtnr: BENTLEY PHILIP - 02495
Supv Prtnr: MAYER THOMAS MOERS - 03976
Bill Frequency: M
Status: ACTIVE

**BILLED COSTS SUMMARY**

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0885 LONG-DISTANCE TEL. | 12.78 | | | | |
| Costs Total : | 12.78 | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 06/29/2007 10:53:25

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06695
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER, THOMAS MOERS - 03976

Proforma Number: 2389188
Bill Frequency: M

Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                    TO:
UNBILLED DISB FROM: 05/04/2007                          TO: 06/04/2007

FEES                COSTS

GROSS BILLABLE AMOUNT:          0.00                    23.22
AMOUNT WRITTEN DOWN:
                    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                    THRU DATE:                         05/04/2007
CLOSE MATTER/FINAL BILLING?       YES      OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

FEES:                    0.00          UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:           0.00          PAID FEE RETAINER:             0.00
FEE RETAINER:            0.00          PAID DISB RETAINER:            0.00
DISB RETAINER:                         TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:       0.00
                                       TRUST BALANCE:
                                       BILLING HISTORY

DATE OF LAST BILL:       06/28/07      LAST PAYMENT DATE:         06/05/07
LAST BILL NUMBER:        466511        ACTUAL FEES BILLED TO DATE:    301,180.50
                                       ON ACCOUNT FEES BILLED TO DATE:
                                       TOTAL FEES BILLED TO DATE:     301,180.50
LAST BILL THRU DATE:     05/31/07      FEES WRITTEN OFF TO DATE:      22,515.50
                                       COSTS WRITTEN OFF TO DATE:      1,717.48

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee           (4) Excessive Legal Time       (7) Fixed Fee
(2) Late Time & Costs Posted     (5) Business Development        (8) Premium
(3) Pre-arranged Discount        (6) Summer Associate           (9) Rounding            (10) Client Arrangement

_____DATE OF BILL:           Processed by:_____                 FRC:_____               CRC:_____

BILL NUMBER:

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Run Date & Time: 06/29/2007 10:53:25

Matter No.: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2281186
Bill Frequency: M

Status : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y** ----- Total Billed -----

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0930 | MESSENGER/COURIER | 05/01/07 | 05/04/07 | 23.22 |
| | Total | | | 23.22 |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index | Batch No | Batch Date |
|------------------|----------|------|--------|-------|----------|------------|

MESSENGER/COURIER          0930
FEDERAL EXPRESS CORPORAT                    BECKER, G M       05/04/07       23.22     7910291   9958332   05/23/07
Lawson Inc

0930 MESSENGER/COURIER Total :                                              23.22

Costs Total :                                                              23.22

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Run Date & Time: 06/29/2007 10:53:25

Matter No: 056772-00002                                          Orig Prtnr : CRED RGTS - 06975              Proforma Number:  2382281
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0930 | MESSENGER/COURIER | 23.22 | | | | | |
| | Costs Total : | 23.22 | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE 7

Run Date & Time: 06/29/2007 10:53:25

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Proforma Number: 2382183
Bill Prtnr : CRED. RGHTS - 06975
Bill Frequency: M
Billg Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976
Status: ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: TO:
UNBILLED DISB FROM: 04/26/2007 TO: 05/30/2007

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 18.61 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 05/30/2007 |

CLOSE MATTER/FINAL BILLING? YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE: | |

BILLING HISTORY

DATE OF LAST BILL: 06/28/07
LAST BILL NUMBER: 466511
LAST BILL THRU DATE: 05/31/07

LAST PAYMENT DATE: 06/05/07
ACTUAL FEES BILLED TO DATE: 130,956.50
ON ACCOUNT FEES BILLED TO DATE: 
TOTAL FEES BILLED TO DATE: 130,956.50
FEES WRITTEN OFF TO DATE: 9,378.50
COSTS WRITTEN OFF TO DATE: 1,311.74

FOR ACCTG USE ONLY: Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee      (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted (5) Business Development       (8) Premium
(3) Pre-arranged Discount    (6) Summer Associate           (9) Rounding      (10) Client Arrangement

BILL NUMBER: DATE OF BILL: Processed by: FRC: CRC:

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Run Date & Time: 06/29/2007 10:53:25

Matter No.: 056772-00008                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2352582
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT.        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status   : ACTIVE

B I L L E D   C O S T S   S U M M A R Y  ------- Total Billed -------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0842 | DOCUMENT PREP. | 05/30/07 | 05/30/07 | 10.00 |
| 0930 | MESSENGER/COURIER | 04/26/07 | 04/26/07 | 8.61 |
|      | Total |  |  | 18.61 |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index | Batch No. | Batch Date |
|------------------|----------|------|--------|-------|-----------|------------|

DOCUMENT PREP.     0842
  DOCUM DENT PREP
  05/30/2007        BENTLEY, P    05/30/07    10.00    7928337    399733    06/05/07

                    0842 DOCUMENT PREP. Total :    10.00

MESSENGER/COURIER   0930
  FEDERAL EXPRESS CORPORAT    GAVIGAN, J C    04/26/07    8.61    7886279    398425    05/08/07
    Klett Rooney Lieber & Schorling

                    0930 MESSENGER/COURIER Total :    8.61

          Costs Total :    18.61

aip_l12r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

"PRIVILEGED AND CONFIDENTIAL"

Run Date & Time: 06/29/2007 10:53:25

Matter No.: 056772-00008

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Matter Name : FEE APPLICATIONS, APPLICANT

Matter Opened : 07/27/2001

Proforma Number: 2382163

Orig Prtnr : CRED. RGTS - 06975

Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M

Supv Prtnr : MAYER THOMAS MOERS - 03976

Status    : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0842 | DOCUMENT PREP. | 10.00 | | | | | |
| 0930 | MESSENGER/COURIER | 8.61 | | | | | |
| | Costs Total : | 18.61 | | | | | |

slp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Run Date & Time: 06/29/2007 10:53:25

Matter No: 056772a-00011                                    Orig Prtnr : CRED. RGTS. - 06975            Proforma Number:    2209430
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                        TO:
UNBILLED DISB FROM:    05/02/2007                          TO:    05/31/2007

                                        FEES            COSTS

GROSS BILLABLE AMOUNT:                   0.00            8,528.78
    AMOUNT WRITTEN DOWN:
          PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
          THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH

FEES:                            0.00
DISBURSEMENTS:                   0.00      UNIDENTIFIED RECEIPTS:         0.00
FEE RETAINER:                    0.00      PAID FEE RETAINER:            0.00
DISB RETAINER:                   0.00      PAID DISB RETAINER:           0.00
TOTAL OUTSTANDING:               0.00        TOTAL AVAILABLE FUNDS:       0.00
                                             TRUST BALANCE:
                                           BILLING HISTORY

DATE OF LAST BILL:        06/28/07         LAST PAYMENT DATE:        06/05/07
LAST BILL NUMBER:         466511    ACTUAL FEES BILLED TO DATE:     947,795.50
                                    ON ACCOUNT FEES BILLED TO DATE:       0.00
                                        TOTAL FEES BILLED TO DATE:  947,795.50
LAST BILL THRU DATE:      05/31/07      FEES WRITTEN OFF TO DATE:    44,435.50
                                        COSTS WRITTEN OFF TO DATE:    4,437.50
                                                                     2,905.84

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding             (10) Client Arrangement

BILL NUMBER:            DATE OF BILL:              Processed by:                    FRC:              CRC:

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE  11

Run Date & Time: 06/29/2007 10:53:25
Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975      Proforma Number: 2286450
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y** ------------- Total Billed ---------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 05/09/07 | 05/29/07 | 22.20 |
| 0905 | OTHER MISCELLANEOUS CHARGES | 05/02/07 | 05/02/07 | 40.00 |
| 0940 | CAB FARES | 05/02/07 | 05/02/07 | 90.00 |
| 0950 | OUT-OF-TOWN TRAVEL | 05/08/07 | 05/08/07 | 40.00 |
| 0965 | COURT REPORTER/VIDEO DEPOSITIO | 05/17/07 | 05/25/07 | 4,925.90 |
| 0980 | TRANSCRIPT FEES | 05/18/07 | 05/31/07 | 1,755.63 |
|      | Total |  |  | 8,843.78 |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|

PHOTOCOPYING          0820
PHOTOCOPYING

| | BENTLEY, P | 05/09/07 | 2.25 | 7852838 | 398593 | 05/10/07 |

BENTLEY PHILIP
BENTLEY PHILIP       | BENTLEY, P | 05/09/07 | 12.00 | 7893941 | 398654 | 05/11/07 |
BENTLEY PHILIP       | BENTLEY, P | 05/16/07 | 3.15 | 7892918 | 398847 | 05/17/07 |
PHOTOCOPYING

BENTLEY PHILIP
BENTLEY PHILIP       | BENTLEY, P | 05/29/07 | 7.80 | 7922179 | 399525 | 05/31/07 |
                     0820 PHOTOCOPYING Total :          22.20

OTHER MISCELLANEOUS    0905
GREGORY A. HOROWITZ    | HOROWITZ, G A | 05/02/07 | 40.00 | 7898402 | 398458 | 05/04/07 |
                     0905 OTHER MISCELLANEOUS Total :          40.00

CAB FARES              0940
GREGORY A. HOROWITZ    | HOROWITZ, G A | 05/02/07 | 90.00 | 7898461 | 398568 | 05/04/07 |
 - CAB FARES           0940 CAB FARES Total :          90.00

OUT-OF-TOWN TRAVEL     0950
GREGORY A. HOROWITZ    | HOROWITZ, G A | 05/08/07 | 40.00 | 7917262 | 399351 | 05/29/07 |
 - Road New York, Taxi Pittsburgh, Date 05/02/07
 - Travel Agent Fee
 DINERS CLUB CITICORP DIN
 OUT-OF-TOWN TRAVEL - VENTURE DANKER CLUB | HOROWITZ, G A | 05/31/07 | 1,655.05 | 7921802 | 399503 | 05/31/07 |
 CITICORP DINERS CLUB DEBANK, 05/07/07: IGA, LGA.
 PIT TO LGA
                     0950 OUT-OF-TOWN TRAVEL Total :          1,695.05

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Run Date & Time: 06/29/2007 10:53:25
Client No.:056772:00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2289430
Bill Frequency: M

Status : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| COURT REPORTER/VIDEO | 0965 | | | | | | |
| FERNANDEZ & ASSOCIATES, | | FARBER, P F | 05/17/07 | 685.25 | 7899125 | 398870 | 05/17/07 |
| COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- | | | | | | | |
| FERNANDEZ & ASSOCIATES, INC. | | | | | | | |
| A. WILLIAM ROBERTS, JR. | | GLASS, J J | 05/18/07 | 365.70 | 7901042 | 398950 | 05/18/07 |
| COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- | | | | | | | |
| A. WILLIAM ROBERTS, JR & ASSOCIATES | | | | | | | |
| A. WILLIAM ROBERTS, JR. | | GLASS, J J | 05/18/07 | 527.55 | 7901043 | 398950 | 05/18/07 |
| COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- | | | | | | | |
| A. WILLIAM ROBERTS, JR. & ASSOCIATES | | | | | | | |
| JANE ROSE REPORTING INC. | | FARBER, P F | 05/25/07 | 312.15 | 7915515 | 399257 | 05/25/07 |
| COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- | | | | | | | |
| JANE ROSE REPORTING INC. | | | | | | | |
| JANE ROSE REPORTING INC. | | FARBER, P F | 05/25/07 | 2,835.25 | 7915516 | 399257 | 05/25/07 |
| COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- | | | | | | | |
| JANE ROSE REPORTING INC. | | | | | | | |
| | | 0965 COURT REPORTER/VIDEO Total : | | 4,925.90 | | | |
| TRANSCRIPT FEES | 0980 | | | | | | |
| LEGALINK MANHATTAN | | FARBER, P F | 05/18/07 | 902.25 | 7901040 | 398850 | 05/18/07 |
| TRANSCRIPT FEES - VENDOR- LEGALINK MANHATTAN | | | | | | | |
| ESQUIRE DEPOSITION SERVIC | | FARBER, P F | 05/24/07 | 853.38 | 7914948 | 399229 | 05/24/07 |
| TRANSCRIPT FEES - VENDOR- ESQUIRE DEPOSITION | | | | | | | |
| SERVICES, INC. | | | | | | | |
| | | 0980 TRANSCRIPT FEES Total : | | 1,755.63 | | | |
| | | Costs Total : | | 8,528.78 | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  13

Run Date & Time: 06/29/2007 10:53:25
Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status   ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 22.20 | | | | | |
| 0885 WITTER/MISCELLANEOUS CHRG | 10.00 | | | | | |
| 0940 CAB FARES | 90.00 | | | | | |
| 0961 OUT-OF-TOWN TRAVEL | 1,959.15 | | | | | |
| 0965 COURT REPORTER/VIDEO DEPO | 4,925.90 | | | | | |
| 0980 TRANSCRIPT FEES | 1,755.90 | | | | | |
| Costs Total | 8,528.78 | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 14

Run Date & Time: 06/29/2007 10:51:25

Matter No: 056072-00009                                          Proforma Number: 2282186
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status      ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                          TO:
UNBILLED DISB FROM:   03/20/2007             TO:   05/31/2007

                            FEES                      COSTS

GROSS BILLABLE AMOUNT:      0.00                      1,907.65
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                            05/31/2007
CLOSE MATTER/FINAL BILLING?        YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

FEES:                      0.00           UNIDENTIFIED RECEIPTS:        0.00
DISBURSEMENTS:             0.00           PAID FEE RETAINER:            0.00
FEE RETAINER:              0.00           PAID DISB RETAINER:           0.00
DISB RETAINER:             0.00           TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:         0.00

                                          BILLING HISTORY

DATE OF LAST BILL:         06/28/07       LAST PAYMENT DATE:            06/05/07
LAST BILL NUMBER:          466511         ACTUAL FEES BILLED TO DATE:   252,366.50
                                          ON ACCOUNT FEES BILLED TO DATE:
LAST BILL THRU DATE:       05/31/07       TOTAL FEES BILLED TO DATE:    252,366.50
                                          FEES WRITTEN OFF TO DATE:     5,087.68
                                          COSTS WRITTEN OFF TO DATE:    11.04

BILLING INSTRUCTIONS FOR UNBILLED COSTS ONLY          Processed by:            FRC:            CRC:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time          (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development           (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate              (9) Rounding            (10) Client Arrangement

BILL NUMBER:            DATE OF BILL:            Processed by:            FRC:            CRC:

alp_112r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  15

Run Date & Time: 06/28/2007 10:53:25
Matter No.: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number : 2483186
Bill Frequency: M
Status : ACTIVE

B I L L E D   C O S T S   S U M M A R Y   ------------ Total Billed ------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0940 | CAB FARES | 04/22/07 | 05/21/07 | 259.24 |
| 0942 | MEALS/IN-HOUSE | 05/21/07 | 05/21/07 | 3.50 |
| 0950 | OUT-OF-TOWN TRAVEL | 04/23/07 | 05/31/07 | 671.52 |
| 0951 | MEALS/T & E | 04/24/07 | 05/02/07 | -43.69 |
| 0965 | CODE3 REPORTER/VIDEO DEPOSITIO | 05/25/07 | 05/25/07 | 636.65 |
| 0990 | OTHER FEES | 03/30/07 | 03/30/07 | -554.45 |
| | Total | | | 1,907.65 |

B I L L E D   C O S T S   D E T A I L
Description/Code

| | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| CAB FARES | 0940 | | | | | |
| GARY M. BECKER | | 04/22/07 | 40.00 | 7892415 | 398562 | 05/10/07 |
| GARY M. BECKER | BECKER, G M | 04/22/07 | 42.25 | 7892415 | 398562 | 05/10/07 |
| GARY M. BECKER | BECKER, G M | 04/24/07 | 64.99 | 7892416 | 398562 | 05/10/07 |
| GARY M. BECKER | BECKER, G M | 05/03/07 | 13.00 | 7892437 | 398562 | 05/10/07 |
| GARY M. BECKER | BECKER, G M | 05/02/07 | 9.00 | 7892438 | 398562 | 05/10/07 |
| GARY M. BECKER | BECKER, G M | 05/02/07 | 40.00 | 7892439 | 398562 | 05/10/07 |
| CAB FARES VENDOR- JULIET RAMDIN, CASHIER | BECKER, G M | 05/21/07 | 15.00 | 7914405 | 399308 | 05/29/07 |
| | | 0940 CAB FARES Total : | 259.24 | | | |
| MEALS/IN-HOUSE | 0942 | | | | | |
| JULIET RAMDIN - CASHIER | | | | | | |
| MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER | BECKER, G M | 05/21/07 | 3.50 | 7914400 | 399308 | 05/29/07 |
| | | 0942 MEALS/IN-HOUSE Total : | 3.50 | | | |
| OUT-OF-TOWN TRAVEL | 0950 | | | | | |
| GARY M. BECKER | | 04/23/07 | 100.00 | 7892434 | 398562 | 05/10/07 |
| From, Pittsburgh, To, Hartford, Date(s): 4/24/07 | BECKER, G M | | | | | |
| (Charge too change flight) | | | | | | |
| GARY M. BECKER | BECKER, G M | 04/24/07 | 571.52 | 7892439 | 398562 | 05/10/07 |
| Name: Marriott; City: Pittsburgh; Date(s): 4/22- | | | | | | |
| 4/24/07 (2N Included Meals) | | | | | | |
| OUT-OF-TOWN TRAVEL - VENDOR- JULIET RAMDIN, | BECKER, G M | 05/31/07 | 15.00 | 7916406 | 399330 | 05/29/07 |
| CASHIER | | | | | | |
| DINERS CLUB CITICORP DIN | BECKER, G M | 05/31/07 | 527.85 | 7921801 | 399503 | 05/31/07 |
| OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB | | | | | | |
| DINERS CLUB DEPART 05/02/07 JFK TO | | | | | | |
| PHL TO HVN | | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   16

Run Date & Time: 06/29/2007 10:53:25

Matter No: 056772-00019                                      Orig Prtnr : CRD_NY - 06975           Proforma Number:   2282186
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status   : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| DINERS CLUB CITICORP DIN | | BECKER, G M | 05/31/07 | 298.25 | 7921009 | 399503 | 05/31/07 |
| OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB | | | | | | | |
| CITICORP DINERS CLUB SERVICE 05/16/07 BEN NYC | | | | | | | |
| DCA TO PHL | | | | | | | |
| | | 0930 OUT-OF-TOWN TRAVEL Total : | | 1,513.62 | | | |
| MEALS/I A M BECKER | | BECKER, G M | 04/23/07 | 8.97 | 7832433 | 398562 | 05/10/07 |
| Establishment lunch; Guests: Gary Becker; Affil | | | | | | | |
| iation; Business Discussed: | | | | | | | |
| GARY M. BECKER | | BECKER, G M | 04/24/07 | 18.83 | 7892432 | 398562 | 05/10/07 |
| Establishment: lunch; Guests: g; Becker; Affiliat | | | | | | | |
| ion: ; Business Discussed: ; | | | | | | | |
| GARY M. BECKER | | BECKER, G M | 05/02/07 | 14.00 | 7892440 | 398562 | 05/10/07 |
| Establishment: lunch | | | | | | | |
| GARY M BECKER | | BECKER, G M | 05/02/07 | 7.89 | 7892441 | 398562 | 05/10/07 |
| Establishment: dinner | | | | | | | |
| | | 0951 MEALS/I A M Total : | | 49.69 | | | |
| COURT REPORTER/VIDEO | | BECKER, G M | 05/25/07 | 636.05 | 7915974 | 399284 | 05/25/07 |
| TSG REPORTING | | | | | | | |
| COURT REPORTER/VIDEO, DEPOSITION FEES - VENDOR- | | | | | | | |
| TSG REPORTING | | | | | | | |
| | | 0965 COURT REPORTER/VIDEO Total : | | 636.05 | | | |
| OTHER FEES | | BECKER, G M | 03/20/07 | 554.45 | 7885313 | 394374 | 05/07/07 |
| ATKINSON-BAKER INC | | | | | | | |
| Reversal from Void Check Number 310586 | | | | | | | |
| Bank ID: 0202 Voucher ID: 298607 | | | | | | | |
| Vendor: ATKINSON-BAKER, INC. | | | | | | | |
| | | 0990 OTHER FEES Total : | | 554.45 | | | |
| | | Costs Total : | | 10,907.63 | | | |

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

slp_132r: Billed Charges Analysis

PAGE 17

Run Date & Time: 06/29/2007 10:53:25

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2312162
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FINANCE                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                 Status : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0940 | CAB FARES | 259.24 | | | | | |
| 0942 | MEALS/IN-HOUSE | | | _____ | | | |
| 0950 | OUT-OF-TOWN TRAVEL | 1,511.62 | | _____ | | | |
| 0951 | MEALS/T & E | 18.69 | | _____ | | | |
| 0965 | COURT REPORTER/VIDEO DEPO | 616.05 | | | | | |
| 0990 | OTHER FEES | 554.45 | | | | | |

Costs Total : 1307.65