IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: July 23, 2007 at 4:00 p.m. |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
MAY 1, 2007 THROUGH MAY 31, 207

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

June 20, 2007  
Client/Matter #  01246-011548  
Invoice # 117075  
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/01/07 | K. Bourdeau | 1.25 | Email exchange with P. Marks re action items; further development on comments on "global settlement" language option. |
| 05/01/07 | P. Marks | 7.00 | Conference with client team at Columbia offices re technical issues; email exchange with K. Bourdeau. |
| 05/02/07 | K. Bourdeau | 0.50 | Finalize comments on draft revised "global settlement" option. |
| 05/03/07 | K. Bourdeau | 0.50 | Communications with P. Marks re technical and settlement issues; follow-up re same. |
| 05/03/07 | P. Marks | 1.00 | Work on radiological materials regulatory issues. |
| 05/06/07 | P. Marks | 1.50 | Work on settlement document and issues. |
| 05/07/07 | P. Marks | 1.00 | Evaluate Corps/MDE meeting preparation and technical issues. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  117075
                                                             June 20, 2007
                                                             PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/08/07 | P. Marks | 4.00 | Research and analysis re FS issues and MDE regulations; telephone conference with P. Bucens re same and email to client technical team re same. |
| 05/09/07 | P. Marks | 5.00 | Conference with team at Curtis Bay plant re FS issues. |
| 05/11/07 | P. Marks | 1.00 | Summarize results of client meeting. |
| 05/13/07 | P. Marks | 2.50 | Prepare draft settlement agreement; summarize results of client meeting. |
| 05/14/07 | K. Bourdeau | 0.25 | Communications with P. Marks re draft of settlement agreement. |
| 05/14/07 | P. Marks | 1.25 | Communications with K. Bourdeau; prepare and send to L. Duff draft settlement document and research materials. |
| 05/16/07 | K. Bourdeau | 1.50 | Review P. Marks email re results of technical discussions; review revised draft settlement agreement in preparation for conference with L. Duff and P. Marks re same; prepare comments and edits on same and transmit to P. Marks. |
| 05/17/07 | K. Bourdeau | 0.75 | Conference with P. Marks re issues relating to technical issues and settlement agreement issues; e-mail exchange with P. Marks re results of conference with J. Freeman. |
| 05/17/07 | P. Marks | 3.75 | Conference with K. Bourdeau re technical and negotiating issues; prepare for and conduct conference with L. Duff re settlement agreement draft; followup notes re same; telephone conference with J. Freeman re negotiations and email to client team re same. |
| 05/17/07 | P. Keller | 1.25 | Research re radiation regulations. |
| 05/18/07 | K. Bourdeau | 0.25 | Email communications re global settlement agreement, meeting with DOJ. |
| 05/18/07 | P. Marks | 1.00 | Email exchange with L. Duff and K. Bourdeau re coordination; work on settlement agreement. |
| 05/18/07 | P. Keller | 0.50 | Research re radiation regulations. |
| 05/19/07 | P. Marks | 4.00 | Prepare draft settlement agreement; review dates for scheduling next meeting; email to client team. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  117075  
June 20, 2007  
PAGE   3

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/20/07 | K. Bourdeau | 0.25 | Review dispute resolution provisions from model agreements. |
| 05/21/07 | K. Bourdeau | 0.25 | Email communications re settlement agreement issues. |
| 05/21/07 | P. Marks | 2.75 | Communications with L. Duff and K. Bourdeau re negotiations; prepare draft settlement agreement; email exchange with J. Freeman re scheduling and drafts. |
| 05/23/07 | P. Marks | 1.00 | Review relevant case law. |
| 05/24/07 | P. Marks | 2.75 | Evaluate draft documents and communications with A. Lombardo re FS issues. |
| 05/29/07 | P. Marks | 1.00 | Review and evaluate technical documents and related email; communications re scheduling. |
| 05/30/07 | P. Marks | 0.50 | Evaluate status and technical issues. |

**Total Hours :**      48.25

**Total Fees :**      $17,506.25

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  117075
                                                             June 20, 2007
                                                             PAGE   4

**Disbursements:**

| | |
|---|---|
| Postage | 1.35 |
| Long Distance Telephone | 44.76 |
| Travel Expenses | 19.88 |
| Client Meeting Meals | 263.60 |

                        Total Disbursements :                 $329.59

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 5.50 | $550.00 | $3,025.00 |
| P. Marks | 41.00 | $350.00 | $14,350.00 |
| P. Keller | 1.75 | $75.00 | $131.25 |

                        Total Fees :                          $17,506.25

                        Total Disbursements :                 $329.59

                        **TOTAL DUE :**                       **$17,835.84**