# EXHIBIT B

## (BANKRUPTCY FEE APPLICATION)

31397v1 Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

June 15, 2007  
Client/Matter #   01246-012629  
Invoice # 117003  
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

| | | | |
|---|---|---|---|
| 05/21/07 | P. Marks | 0.50 | Prepare documents; telephone conference with bankruptcy auditor. |

Total Hours :     0.50

Total Fees :     $175.00

BEVERIDGE & DIAMOND, P.C.  
INVOICE #  117003  
June 15, 2007  
PAGE  2

**Disbursements:**

| | |
|---|---|
| Postage | 6.60 |
| Duplicating | 53.10 |
| **Total Disbursements :** | **$59.70** |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $350.00 | $175.00 |
| | | **Total Fees :** | **$175.00** |
| | | **Total Disbursements :** | **$59.70** |
| | | **TOTAL DUE :** | **$234.70** |