# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: March 27, 2007 |

SIXTEENTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2007 through January 31, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $51,760.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $211.32 |

This is a: ___XX____ monthly ______ interim ______ final application.

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | Pending | Pending |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | Pending | Pending |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | Pending | Pending |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | Pending | Pending |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | Pending | Pending |
| | 12/1/06 - 12/31.06 | $43,924.00 | $ 338.42 | Pending | Pending |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $550.00 | 27.50 | $15,125 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 69.50 | $24,325 |
| Paul Edattel | Paralegal | $135.00 | 2.00 | $270 |
| Patricia Saint James | Principal; Joined Firm 2004; Member of Massachusetts Bar since 1985 | $425.00 | 13.50 | $5,737.50 |
| Stephen M. Richmond | Principal; Joined Firm 2004; Member of Massachusetts Bar since 1985 | $425.00 | .50 | $212.50 |
| Jeanine Grachuk | Of Counsel; Joined Firm 2004; Member of Massachusetts Bar since 1996 | $350.00 | 17.40 | $6,090.00 |

| | |
|---|---|
| Total Fees: | $51,760.00 |
| Total Hours: | 130.40 |
| Blended Rate: | $397.00 |

TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 130.40 | $51,760.00 |

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Postage | U. S. Mail | $1.86 |
| Long Distance Telephone | | $69.14 |
| Travel Expenses | | $24.00 |
| Information Services | Lexis Nexis Court Link | $116.32 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period January 1, 2007 through January 31, 2007, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $51,760.0 and actual and necessary expenses in the amount of $211.32 for a total allowance of $51,971.322, and payment of $41,408.00 (80% of the allowed fees) and reimbursement of $211.32 (100% of the allowed expenses) be authorized for a total payment of $41,619.32, and for such other and further relief as this Court may deem just and proper.

Dated: February 26th, 2007

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-1315
Facsimile: 410-230-1389
Counsel for Debtors and Debtors in Possession

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 26th day of February, 2007.

Notary Public
My Commission Expires: May 27, 2009

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JANUARY 1, 2007 THROUGH JANUARY 31, 207

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

February 21, 2007
Client/Matter # 01246-011548
Invoice # 114930
Federal ID# 52-1247549

---

For Legal Services Rendered Through 01/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| | | | |
|---|---|---|---|
| 01/04/07 | P. Marks | 1.50 | Review and evaluate draft summary of argument. |
| 01/05/07 | P. Marks | 0.25 | Telephone conference with L. Duff re status and settlement issues. |
| 01/09/07 | P. Marks | 1.25 | Prepare for and conduct update telephone conference with team and J. Freeman; followup telephone conference with team; coordinate with K. Bourdeau via email re tasks. |
| 01/12/07 | P. Marks | 2.00 | Review relevant case developments; prepare draft summary; research re same. |
| 01/13/07 | K. Bourdeau | 2.00 | Review materials forwarded by P. Marks re case law developments; review recent Supreme Court Cert petition filings re Aviall issues; prepare email to P. Marks re same. |
| 01/15/07 | P. Marks | 4.00 | Prepare draft summary; research re same. |
| 01/17/07 | P. Marks | 8.50 | Evaluate legal issues re remedy selection; memorandum to L. Duff re same; prepare summary paper; research re same. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/18/07 | K. Bourdeau | 1.75 | Review of case law right of action under CERCLA Section 107(a) for PRPs; email communications with P. Marks re same and Grace updated summary memorandum on lack of availability of Section 107(a) action for the U.S. and Curtis Bay; review client comments on memorandum; conference with P. Marks re path forward and approach to 1/23/07 settlement meeting with the U.S. |
| 01/18/07 | P. Marks | 1.75 | Evaluate issues in preparation for meeting with DOJ; conference with K. Bourdeau re same. |
| 01/19/07 | K. Bourdeau | 1.50 | Email communications and conferences with P. marks re issues posed by Aviall summary piece and approach to new settlement meeting with the U.S.; begin review of revised draft Aviall piece. |
| 01/19/07 | P. Marks | 6.00 | Prepare for settlement meeting; prepare Aviall summary; review and evaluate legislative history re same; communications with K. Bourdeau re same and settlement negotiation issues. |
| 01/20/07 | K. Bourdeau | 2.50 | Complete review of revised draft of Aviall piece and comments on same to P. Marks; review P. Marks preliminary outline related to settlement issues; review briefs and decisions in connection with Aviall summary paper; prepare email to P. Marks re all of the above. |
| 01/22/07 | K. Bourdeau | 1.50 | Finalize email to P. Marks re final comments on Aviall piece, issues to address with U.S., and result of review of caselaw; conference with P. Marks re same. |
| 01/22/07 | P. Marks | 5.00 | Prepare cost recovery (Aviall) summary of argument; telephone conference with K. Bourdeau re same and settlement negotiations; send summary argument to J. Freeman; prepare for negotiations re factual/historic issues. |
| 01/23/07 | P. Marks | 3.00 | Research and evaluation related to negotiations and technical issues. |
| 01/24/07 | K. Bourdeau | 0.50 | Conference with P. Marks re preparation for next negotiation session and issues to be addressed/arguments to be made. |
| 01/24/07 | P. Marks | 7.25 | Prepare for negotiations; telephone conference with K. Bourdeau re same. |

| | | | |
|---|---|---|---|
| 01/25/07 | P. Marks | 4.00 | Prepare for negotiations. |
| 01/26/07 | K. Bourdeau | 0.75 | Review of and response to various P. Marks email communications re issues to be addressed in preparation for next negotiation session with the U.S.; conference with P. Edattel re compilation of case law materials needed to prepare for settlement negotiation. |
| 01/26/07 | P. Marks | 5.00 | Telephone conference with client team re RWDA issues; prepare for negotiations; telephone conference with L. Duff re same. |
| 01/26/07 | P. Edattel | 2.00 | Legal research related to Cooper v. Aviall for K. Bourdeau. |
| 01/27/07 | P. Marks | 0.50 | Email communications with K. Bourdeau re negotiations; evaluate issues. |
| 01/28/07 | K. Bourdeau | 4.75 | Review allocation cases and other relevant materials in preparation for 1/30 negotiation with the U.S.; prepare notes thereto; communications with P. Marks re same. |
| 01/29/07 | K. Bourdeau | 4.50 | Review additional background materials from P. Marks in preparation for 1/30 meeting with U.S.; conference with P. Marks re strategy; conference with L. Duff re same; further preparation for meeting with U.S. re same. |
| 01/29/07 | P. Marks | 6.75 | Prepare for negotiations; telephone conference with K. Bourdeau re same; telephone conference with L. Duff re same; email to M. Obradovic re same. |
| 01/30/07 | K. Bourdeau | 7.00 | Prepare for negotiation session with the U.S.; participation in negotiation session with the U.S.; follow-up meeting with Grace team re path forward, action items. |
| 01/30/07 | P. Marks | 9.00 | Travel to and from DC; conduct meeting with client and government re allocation of liability; post meeting client discussion. |
| 01/31/07 | P. Marks | 1.50 | Review and update tasks; address audit letter. |

**Total Hours :** **96.00**

**Total Fees :** **$38,520.00**

**Disbursements:**

| | |
|---|---|
| Postage | 1.86 |
| Long Distance Telephone | 69.14 |
| Travel Expenses | 24.00 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA262629 dated 1/1/07 for data research services | 116.32 |

**Total Disbursements :** **$211.32**

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 26.75 | $550.00 | $14,712.50 |
| P. Marks | 67.25 | $350.00 | $23,537.50 |
| P. Edattel | 2.00 | $135.00 | $270.00 |

**Total Fees :** **$38,520.00**

**Total Disbursements :** **$211.32**

**TOTAL DUE :** **$38,731.32**

# EXHIBIT B

**(Curtis Bay Works)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

/. R. Grace & Co.
ıttn: Lydia Duff, Esq.
)ivision Counsel
'500 Grace Drive
:olumbia, MD 21044

February 21, 2007
Client/Matter # 01246-010001
Invoice # 114931
Federal ID# 52-1247549

---

'or Legal Services Rendered Through 01/31/07 in Connection With:

**urtis Bay Works**

| | | | |
|---|---|---|---|
| 1/31/07 | K. Bourdeau | 0.75 | Review new materials provided by client re EPA response to W.R. Grace's 12/4/06 Data Summary Report and Proposed Additional Investigation; evaluate issues posed by same and possible responses to EPA; communications with P. Marks re same. |
| 1/31/07 | P. Marks | 2.25 | Review and evaluate P. Bucens e-mails re EPA positions; communications with K. Bourdeau re same; review notes re communications with state re same; communications with K. Bourdeau re same. |

**Total Hours :** 3.00

**Total Fees :** $1,200.00

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 0.75 | $550.00 | $412.50 |
| P. Marks | 2.25 | $350.00 | $787.50 |

| | |
|---|---|
| **Total Fees :** | **$1,200.00** |
| **TOTAL DUE :** | **$1,200.00** |

# EXHIBIT C

## (Acton Real Estate)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 120
45 WILLIAM STREET
WELLESLEY, MA 02481
(781) 416-5700

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

February 13, 2007
Client/Matter # 01246-013093
Invoice # 114811
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Acton Real Estate Matter**

| | | | |
|---|---|---|---|
| 01/19/07 | P. Saint James | 0.20 | E-mail correspondence with P. Marks. |
| 01/22/07 | P. Saint James | 1.50 | Review of e-mail transmissions and site plan; telephone conference with P. Marks; telephone conference with J. Grachuk regarding environmental issues and site visit. |
| 01/22/07 | J. Grachuk | 1.90 | Conference with P. Saint James regarding review of environmental provisions of settlement agreement; review materials. |
| 01/23/07 | P. Saint James | 4.00 | Review of May 2006 proposed agreement; e-mail correspondence; discussion of agreement with J. Grachuk; conference call with client and J. Grachuk. |
| 01/23/07 | J. Grachuk | 4.50 | Review draft settlement agreement; review Record of Decision and Remedial Design Remedial Action Statement of Work and related research; participate in telephone conference with client environmental team and P. Saint James regarding project background. |
| 01/24/07 | J. Grachuk | 3.50 | Additional research on environmental conditions of site; begin to review draft agreement. |

| | | | |
|---|---|---|---|
| 01/25/07 | P. Saint James | 0.30 | Review of e-mails. |
| 01/26/07 | P. Saint James | 0.20 | E-mail correspondence with client. |
| 01/29/07 | P. Saint James | 1.00 | Meeting with J. Grachuk regarding environmental insurance; review of e-mails. |
| 01/29/07 | S. Richmond | 0.50 | Attention to RCRA corrective action questions. |
| 01/29/07 | J. Grachuk | 2.90 | Additional review of materials on site conditions and cleanup obligations including EPA and DEP orders. |
| 01/30/07 | P. Saint James | 3.00 | Review of e-mails; begin review of revised agreement; discussion of environmental provisions with J. Grachuk; telephone conference with L. Duff. |
| 01/30/07 | J. Grachuk | 3.80 | Review draft settlement agreement; work on developing proposal for addressing environmental conditions; conference with P. Saint James regarding draft agreement. |
| 01/31/07 | P. Saint James | 3.30 | Review of e-mails; review of revised agreement; conference call with L. Duff and J. Grachuk. |
| 01/31/07 | J. Grachuk | 0.80 | Telephone conference with L. Duff and P. Saint James regarding upcoming meeting with Acton; work on potential proposal resolving environmental issues. |

**Total Hours :** 31.40

**Total Fees :** $12,040.00

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Saint James | 13.50 | $425.00 | $5,737.50 |
| S. Richmond | 0.50 | $425.00 | $212.50 |
| J. Grachuk | 17.40 | $350.00 | $6,090.00 |

**Total Fees :** **$12,040.00**

**TOTAL DUE :** **$12,040.00**