# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: June 4, 2007 |

SEVENTEENTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2007 through February 28, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $36,245.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $94.79 |

This is a:     __XX__  monthly     _____  interim     _____  final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | Pending | Pending |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | Pending | Pending |
| 3/7/07 | 12/1/06 - 12/31.06 | $43,924.00 | $ 338.42 | Pending | Pending |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | Pending | Pending |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $550.00 | 11.00 | $6,050.00 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 31.75 | $11,112.50 |
| Patricia Saint James | Principal; Joined Firm 2004; Member of Massachusetts Bar since 1985 | $425.00 | 24.50 | $10,412.50 |
| Jeanine Grachuk | Of Counsel; Joined Firm 2004; Member of Massachusetts Bar since 1996 | $350.00 | 24.40 | $8,540.00 |
| Marc J. Goldstein | Associate; Joined Firm 2005; Member of Massachusetts Bar since 1997 | $325.00 | 0.40 | $130.00 |

Total Fees:      $36,245.00
Total Hours:          92.05
Blended Rate:     $394.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 92.05 | $35,245.00 |

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

3

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Postage | U. S. Mail | $0.63 |
| Long Distance Telephone | | $21.00 |
| Duplicating | | $5.20 |
| Meeting Meals | | ($60.00) |
| Information Services | Lexis Nexis Court Link | $127.96 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

February 1, 2007 through February 28, 2007, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $36,245.00 and actual and necessary expenses

in the amount of $94.79 for a total allowance of $36,339.79, and payment of $28,996.00 (80% of

the allowed fees) and reimbursement of $94.79 (100% of the allowed expenses) be authorized

for a total payment of $29,090.79, and for such other and further relief as this Court may deem

just and proper.

Dated: May __7__, 2007                    BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

4

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this ___7___ day of May, 2007.

_____
Notary Public
My Commission Expires:   May 27, 2009

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 207

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

## LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 15, 2007
Client/Matter #  01246-011548
Invoice # 115357
Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/07 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 2/01/07 | K. Bourdeau | 0.50 | Conference and e-mail communications with P. Marks re follow-up to negotiation with U.S., action items, and path forward. |
| 2/01/07 | P. Marks | 0.50 | Communications with K. Bourdeau re strategy and legal issues. |
| 2/02/07 | P. Marks | 1.50 | Telephone conference with client team re status and issues; followup telephone conference with L. Duff. |
| 2/05/07 | K. Bourdeau | 0.50 | Conference with P. Marks, L. Duff, and M. Obradovic re Grace settlement position, strategy. |
| 2/05/07 | P. Marks | 4.75 | Research and analysis; telephone conference with J. Freeman; prepare memorandum to client re same; telephone conference with L. Duff, M. Obradovic and K. bourdeau re negotiations. |
| 2/06/07 | K. Bourdeau | 0.50 | Conference with P. Marks re strategy on settlement approach. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  115357
March 15, 2007
PAGE  2

| 02/06/07 | P. Marks | 1.00 | Preparation in connection with negotiations; communications with client and with K. Bourdeau re same. |
| 02/07/07 | K. Bourdeau | 1.00 | Review allocation case decisions germane to arguments of the U.S.; prepare e-mail to P. Marks re same; review P. Marks e-mail re results of discussion with J. Freeman. |
| 02/07/07 | P. Marks | 4.00 | Followup re strategy discussions and research items; prepare for and conduct telephone conference with J. Freeman re settlement negotiations; communications with client team re same. |
| 02/08/07 | K. Bourdeau | 0.50 | Complete and transmit updated revised Aviall memorandum. |
| 02/12/07 | P. Marks | 2.00 | Prepare email to J. Freeman with revised summary of Aviall argument; prepare for next negotiation session. |
| 02/13/07 | K. Bourdeau | 0.25 | Review of recent relevant judicial developments. |
| 02/14/07 | K. Bourdeau | 1.25 | Conference with P. Marks re preparation for negotiation session with U.S., follow-up communications re legal issues; further preparation for negotiation session. |
| 02/14/07 | P. Marks | 3.50 | Prepare response to client audit letter; prepare for negotiations; email and telephone conference with K. Bourdeau re strategy and identification of issues to discuss with client. |
| 02/15/07 | K. Bourdeau | 6.00 | Meeting with P. Marks, L. Duff, and M. Obradovic to prepare for negotiation session with the U.S.; participate in negotiation session with the U.S.; follow-up meeting with P. Marks, L. Duff and M. Obradovic re action items, strategic considerations. |
| 02/15/07 | P. Marks | 8.00 | Prepare for and conduct conference with government and Grace negotiating teams at DC office (and associated travel; followup evaluation re same. |
| 02/26/07 | P. Marks | 1.50 | Prepare for and conduct telephone conference re past cost issues and negotiations. |

**BEVERIDGE & DIAMOND, P.C.**

INVOICE #  115357
March 15, 2007
PAGE  3

Total Hours :                    37.25

Total Fees :              $15,137.50

BEVERIDGE & DIAMOND, P.C.

**Disbursements:**

| | |
|---|---:|
| Postage | 0.63 |
| Long Distance Telephone | 21.00 |
| Duplicating | 5.20 |
| Local Meals - VENDOR: DEVON DYSON-Ck #83449 dated 2/22/07 for petty cash replenishment, government employee payment for luncheon, 2/15/07 | (30.00) |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA266327 dated 2/1/07 for data research services | 127.96 |
| Client Meeting Meals - VENDOR: DEVON DYSON-Ck #83299 dated 2/7/07 for petty cash replenishment, client meeting re W.R. Grace (Government Employee), 1/30/07 | (30.00) |

Total Disbursements :    $94.79

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 10.50 | $550.00 | $5,775.00 |
| P. Marks | 26.75 | $350.00 | $9,362.50 |

Total Fees :    $15,137.50

Total Disbursements :    $94.79

TOTAL DUE :    $15,232.29

# EXHIBIT B

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 15, 2007
Client/Matter #  01246-012629
Invoice # 115358
Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/07 in Connection With:

PLEASE REMIT PAYMENT TO :    **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

| | | | |
|---|---|---|---|
| 2/09/07 | P. Marks | 1.00 | Prepare fee petitions and bills. |

| | |
|---|---|
| Total Hours : | 1.00 |
| Total Fees : | $350.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  115358
March 15, 2007
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.00 | $350.00 | $350.00 |
|  | **Total Fees :** | | **$350.00** |
|  | **TOTAL DUE :** | | **$350.00** |

# EXHIBIT C

**(Curtis Bay Works)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia Duff, Esq.
Division Counsel
7500 Grace Drive
Columbia, MD  21044

March 15, 2007
Client/Matter #  01246-010001
Invoice # 115356
Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/07 in Connection With:

**Curtis Bay Works**

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/01/07 | K. Bourdeau | 0.50 | Conference with P. Marks re issues posed by, and possible responses of Grace to, EPA response to Grace Data Summary Report and Proposed Additional Investigation. |
| 2/01/07 | P. Marks | 1.00 | Prepare for and conduct telephone conference with K. Bourdeau re EPA comments and issue identification. |
| 2/26/07 | P. Marks | 3.00 | Review and evaluate draft work plan submitted to EPA and related notes and EPA correspondence; telephone conference with L. Duff, P. Bucens, and M. Shupe re issues raised by same. |

Total Hours :               4.50

Total Fees :          $1,675.00

BEVERIDGE & DIAMOND, P.C.

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 0.50 | $550.00 | $275.00 |
| P. Marks | 4.00 | $350.00 | $1,400.00 |
|  |  |  |  |
| **Total Fees :** |  |  | **$1,675.00** |
| **TOTAL DUE :** |  |  | **$1,675.00** |

# EXHIBIT D

## (Acton Real Estate Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 120
45 WILLIAM STREET
WELLESLEY, MA  02481
(781) 416-5700

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 12, 2007
Client/Matter #  01246-013093
Invoice # 115325
Federal ID# 52-1247549

_____

For Legal Services Rendered Through 02/28/07 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

Acton Real Estate Matter

| 2/01/07 | P. Saint James | 2.50 | Review of proposed agreement and DEP orders. |
| 2/02/07 | P. Saint James | 1.50 | E-mail correspondence; review of environmental documents and agreement. |
| 2/05/07 | P. Saint James | 2.00 | Review of e-mails; conference call with clients and J. Grachuk regarding environmental issues and business issues. |
| 2/05/07 | J. Grachuk | 2.60 | Prepare for negotiation session with Town; telephone conference with L. Duff, M. Johns, M. Obradovic and P. Saint James. |
| 2/06/07 | P. Saint James | 1.50 | Review of e-mails; interoffice conference with J. Grachuk; review of settlement agreement. |
| 2/06/07 | J. Grachuk | 3.00 | Prepare for negotiation session with Town, including develop proposal to address Town concerns; review correspondence relating to environmental insurance. |
| 2/07/07 | P. Saint James | 6.50 | Interoffice conference with J. Grachuk; comment on proposed agenda; meeting with client in Cambridge; travel to meeting. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 115325
March 12, 2007
PAGE  2

| | | | |
|---|---|---|---|
| 02/07/07 | J. Grachuk | 7.20 | Prepare for negotiation session with Town, including develop proposal to address Town concerns; review correspondence relating to environmental insurance; participate in team meeting to discuss environmental conditions at site and prepare for meeting with Town. |
| 02/07/07 | M. Goldstein | 0.40 | Telephone conference with P. Saint James regarding joint tortfeasor liability provision; research same. |
| 02/08/07 | P. Saint James | 7.00 | Attend meeting with Town, AIG and client; travel to and from meeting. |
| 02/08/07 | J. Grachuk | 8.50 | Participate in negotiation session with Town regarding environmental concerns (including travel). |
| 02/09/07 | P. Saint James | 1.50 | Meeting with J. Grachuk regarding agreement; conference call with L. Duff and J. Grachuk; e-mail to clients. |
| 02/09/07 | J. Grachuk | 0.90 | Conference with P. Saint James regarding next steps in light of negotiation meeting with Acton. |
| 02/12/07 | J. Grachuk | 1.20 | Draft and circulate to team list of environmental issues to be addressed in potential resolution with Town. |
| 02/14/07 | J. Grachuk | 0.30 | Telephone conference with P. Marks regarding audit response. |
| 02/20/07 | P. Saint James | 1.50 | Revision of summary of meeting; interoffice conference with J. Grachuk; e-mail correspondence. |
| 02/20/07 | J. Grachuk | 0.40 | Conference with P. Saint James regarding environmental provisions for settlement and next steps. |
| 02/21/07 | P. Saint James | 0.30 | E-mail correspondence regarding strategy. |
| 02/21/07 | J. Grachuk | 0.30 | Revise summary of key environmental provisions for proposed settlement and distribute to team. |
| 02/27/07 | P. Saint James | 0.20 | E-mail correspondence with L. Duff. |

Total Hours :                49.30

BEVERIDGE & DIAMOND, P.C.

.NVOICE # 115325
**March 12, 2007**
**PAGE  3**

**Total Fees :**          **$19,082.50**

BEVERIDGE & DIAMOND, P.C.

INVOICE # 115325
March 12, 2007
PAGE  4

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Saint James | 24.50 | $425.00 | $10,412.50 |
| J. Grachuk | 24.40 | $350.00 | $8,540.00 |
| M. Goldstein | 0.40 | $325.00 | $130.00 |

**Total Fees :**          **$19,082.50**

**TOTAL DUE :**          **$19,082.50**