# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: June 4, 2007 |

EIGHTEENTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2007 through March 31, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $33,840.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $480.06 |

This is a:      ___XX___ monthly      _____ interim      _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 -- 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 -- 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 -- 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 -- 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 -- 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 -- 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | Pending | Pending |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | Pending | Pending |
| 3/7/07 | 12/1/06 - 12/31.06 | $43,924.00 | $ 338.42 | Pending | Pending |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | Pending | Pending |
| | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | Pending | Pending |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $550.00 | 8.50 | $4,675.00 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 36.75 | 12,862.50 |
| Patricia Saint James | Principal; Joined Firm 2004; Member of Massachusetts Bar since 1985 | $425.00 | 12.10 | $5,142.50 |
| Jeanine Grachuk | Of Counsel; Joined Firm 2004; Member of Massachusetts Bar since 1996 | $350.00 | 29.10 | $10,185.00 |
| Marc J. Goldstein | Associate; Joined Firm 2005; Member of Massachusetts Bar since 1997 | $325.00 | 3.00 | $975.00 |

Total Fees:        $33,840.00
Total Hours:           89.45
Blended Rate:       $378.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 89.45 | $33,840.00 |

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

3

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Postage | U. S. Mail | $3.07 |
| Long Distance Telephone | | $51.48 |
| Duplicating | | $16.20 |
| Travel Expenses | | $72.93 |
| Air/Train Fare | | $57.00 |
| Meeting Meals | | $216.46 |
| Information Services | Lexis Nexis Court Link | $62.92 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

March 1, 2007 through Mrach 31, 2007, an interim allowance be made to Beveridge & Diamond,

P.C. for compensation in the amount of $33,840.00 and actual and necessary expenses in the

amount of $480.06 for a total allowance of $34,320.06, and payment of $27,072.00 (80% of the

allowed fees) and reimbursement of $480.06 (100% of the allowed expenses) be authorized for a

total payment of $27,552.06, and for such other and further relief as this Court may deem just

and proper.

Dated: May  7  , 2007                          BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this __7__ day of May, 2007.

Notary Public
My Commission Expires:   May 27, 2009

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

## FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD MARCH 1, 2007 THROUGH MARCH 31, 207

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 13, 2007
Client/Matter #  01246-011548
Invoice # 115883
Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/07 in Connection With:

PLEASE REMIT PAYMENT TO :     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Name | Hours | Description |
|---|---|---|---|
| 3/02/07 | K. Bourdeau | 0.50 | Communications with P. Marks regarding recent settlement discussions and path forward; communications with L. Duff and M. Obradovic re same. |
| 3/02/07 | P. Marks | 1.50 | Telephone conference with J. Freeman re negotiation progress; evaluation of same and prepare evaluation for client re same and related issues. |
| 3/05/07 | K. Bourdeau | 0.75 | Strategy conference with L. Duff, M. Obradovic, and P. Marks. |
| 3/05/07 | P. Marks | 1.00 | Prepare for and conduct telephone conference with client team re settlement discussions. |
| 3/07/07 | P. Marks | 1.00 | Prepare for negotiations; communications with J. Freeman re scheduling; communications with L. Duff. |
| 3/08/07 | K. Bourdeau | 1.50 | Review and evaluate legal developments; communications with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 115883
April 13, 2007
PAGE  2

| 03/08/07 | P. Marks | 0.50 | Prepare for and conduct telephone conference with J. Freeman; followup notes to file; communications with K. Bourdeau re legal developments. |
|---|---|---|---|
| 03/09/07 | P. Marks | 1.00 | Communications with client (email and telephone). |
| 03/13/07 | K. Bourdeau | 0.25 | Conference with P. Marks re legal developments. |
| 03/13/07 | P. Marks | 4.00 | Attend meeting at Curtis Bay plant with client team re RWDA issues; telephone conference with K. Bourdeau re legal developments. |
| 03/15/07 | K. Bourdeau | 0.50 | Research re FUSRAP cases; email communications with P. Marks re technical issue. |
| 03/15/07 | P. Marks | 1.50 | Evaluate client emails and Corps positions re technical issues; research and communications with K. Bourdeau re strategy and FUSRAP information. |
| 03/16/07 | P. Marks | 0.50 | Evaluate issues; email communications with K. Bourdeau. |
| 03/19/07 | P. Marks | 1.50 | Evaluate technical and negotiation issues. |
| 03/20/07 | P. Marks | 2.00 | Evaluate technical issues, including ARARS; telephone conference with P. Bucens re same; attempt to reach J. Freeman. |
| 03/21/07 | P. Marks | 5.00 | Research and evaluation re FS and technical issues; prepare for and conduct telephone conference with P. Bucens re same; research. |
| 03/22/07 | P. Marks | 1.25 | Prepare for and conduct telephone conference with P. Bucens re FS and remedy issues. |
| 03/23/07 | K. Bourdeau | 1.00 | Review and analyze legal developments; email to P. Marks and L. Duff re same. |
| 03/26/07 | K. Bourdeau | 1.50 | Research; review of background materials from P. Bucens re Grace position on technical issues in preparation for call re same. |
| 03/26/07 | P. Marks | 3.50 | Research; evaluate issues in preparation for client calls and meetings; review legal developments. |
| 03/27/07 | K. Bourdeau | 1.50 | Conference call with Grace team and P. Marks re strategic considerations; follow up conference with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  115883
April 13, 2007
PAGE   3

| | | | |
|---|---|---|---|
| 03/27/07 | P. Marks | 4.00 | Prepare for and conduct telephone conference with client team re remediation issues; telephone conference with K.Bourdeau re same; prepare for client meeting re FS ARARS. |
| 03/28/07 | K. Bourdeau | 0.25 | Email exchanges re results of P. Marks conference with J. Freeman. |
| 03/28/07 | P. Marks | 7.50 | Prepare for and conduct meeting with client team re ARARS and FS and Grace Columbia offices; telephone conference with J. Freeman; memorandum to client re same. |
| 03/30/07 | K. Bourdeau | 0.75 | Research; communication with P. Marks re same. |


Total Hours :            44.25

Total Fees :          $17,187.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  115883
April 13, 2007
PAGE  4

## Disbursements:

| | |
|---|---|
| Long Distance Telephone | 51.28 |
| Travel Expenses | 27.40 |
| Air/Train Fare | 57.00 |
| Client Meeting Meals | 216.46 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA270100 dated 3/1/07 for data research services | 62.92 |

Total Disbursements :                      $415.06

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 8.50 | $550.00 | $4,675.00 |
| P. Marks | 35.75 | $350.00 | $12,512.50 |

Total Fees :                      $17,187.50

Total Disbursements :                      $415.06

TOTAL DUE :                      $17,602.56

# EXHIBIT B

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 120
45 WILLIAM STREET
WELLESLEY, MA  02481
(781) 416-5700

W. R. Grace & Co. - Conn                        April 13, 2007
Attn: Lydia B. Duff, Esq.                       Client/Matter #  01246-012629
7500 Grace Drive                                Invoice # 115882
Columbia, MD  21044                             Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/07 in Connection With:

PLEASE REMIT PAYMENT TO :        **BEVERIDGE & DIAMOND, P.C.**
                                 **SUITE 700**
                                 **1350 I STREET, N.W.**
                                 **WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

**Disbursements:**

| | |
|---|---|
| Postage | 3.07 |
| Duplicating | 16.20 |

**Total Disbursements :**          **$19.27**

**TOTAL DUE :**          **$19.27**

# EXHIBIT C

**(Curtis Bay Works)**

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia Duff, Esq.
Division Counsel
7500 Grace Drive
Columbia, MD  21044

April 26, 2007
Client/Matter #  01246-010001
Invoice # 116080
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/07 in Connection With:

**Curtis Bay Works**

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/07/07 | P. Marks | 1.00 | Review technical document and communication with client re same. |

| | | |
|---|---|---|
| Total Hours : | 1.00 |
| Total Fees : | $350.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 116080
April 26, 2007
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.00 | $350.00 | $350.00 |

| | | | |
|---|---|---|---|
| | Total Fees : | | $350.00 |
| | TOTAL DUE : | | $350.00 |

# EXHIBIT D

**(Acton Real Estate Matter)**

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 120
### 45 WILLIAM STREET
### WELLESLEY, MA  02481
### (781) 416-5700

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 13, 2007
Client/Matter #  01246-013093
Invoice # 115877
Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

## Acton Real Estate Matter

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/06/07 | P. Saint James | 0.50 | Review of client e-mails; review of e-mail from S. Anderson regarding settlement issues; e-mail to client. |
| 03/07/07 | P. Saint James | 0.20 | E-mail correspondence. |
| 03/07/07 | J. Grachuk | 1.20 | Review proposal by Town of Acton; conference with P. Saint James and M. Goldstein regarding same. |
| 03/07/07 | M. Goldstein | 1.25 | Meeting with J. Grachuk and P. Saint James regarding comprehensive permitting issues. |
| 3/08/07 | P. Saint James | 2.50 | Interoffice conference with J. Grachuk; telephone conference with L. Duff; conference call with clients and L. Levine regarding response to counterproposal. |
| 3/08/07 | J. Grachuk | 1.00 | Prepare for and participate in team telephone conference regarding response of Town of Acton. |
| 3/08/07 | M. Goldstein | 0.75 | Telephone conference with B. Rodiger regarding 40B financial issues; telephone conference with P. Saint James. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 115877
April 13, 2007
PAGE  2

| 03/13/07 | P. Saint James | 0.80 | Review of e-mail correspondence; instructions to J. Grachuk. |
|---|---|---|---|
| 03/13/07 | J. Grachuk | 0.50 | Telephone conference with L. Duff regarding revising draft settlement agreement. |
| 03/14/07 | P. Saint James | 1.00 | Review of e-mail correspondence; review of proposed business terms. |
| 03/14/07 | J. Grachuk | 4.40 | Revise draft settlement agreement to incorporate environmental terms in light of change in conceptual agreement. |
| 03/15/07 | J. Grachuk | 4.70 | Work on revising draft settlement agreement; research on potential ways to address town liability for eminent domain action and conference with M. Goldstein regarding questions on 40B regarding water supply and town authority. |
| 03/19/07 | P. Saint James | 1.00 | Telephone conference with client; instructions to J. Grachuk. |
| 03/19/07 | J. Grachuk | 4.10 | Work on settlement agreement; conference with P. Saint James. |
| 03/19/07 | M. Goldstein | 1.00 | Review issues; meeting with J. Grachuk. |
| 03/20/07 | P. Saint James | 3.00 | Revision of proposed agreement; meeting with J. Grachuk; e-mail correspondence. |
| 03/20/07 | J. Grachuk | 7.40 | Work on settlement agreement; conference with P. Saint James; review draft agreement circulated by S. Anderson; draft timeline for major milestones in Phase I. |
| 03/21/07 | P. Saint James | 2.50 | Revision of J. Grachuk e-mail to client; telephone conference with L. Delaney regarding transfer issues; research of law; meeting with J. Grachuk regarding revised agreement. |
| 03/21/07 | J. Grachuk | 5.80 | Revise settlement agreement in light of discussion with P. Saint James; brief research on liability of easement holder; revise draft agreement in light of draft circulated by S. Anderson; draft e-mail to L. Duff enclosing revised draft settlement agreement. |
| 03/29/07 | P. Saint James | 0.30 | E-mail correspondence with client regarding proposed agreement. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 115877
April 13, 2007
PAGE  3

03/30/07    P. Saint James    0.30    Review of e-mail correspondence; e-mail to J. Grachuk.

Total Hours :                44.20

Total Fees :              $16,302.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 115877
April 13, 2007
PAGE   4

**Disbursements:**

| | |
|---|---|
| Long Distance Telephone | 0.20 |
| Travel Expenses | 20.00 |
| Local Transportation | 12.61 |
| Local Meals | 12.92 |

**Total Disbursements :**                    **$45.73**

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Saint James | 12.10 | $425.00 | $5,142.50 |
| J. Grachuk | 29.10 | $350.00 | $10,185.00 |
| M. Goldstein | 3.00 | $325.00 | $975.00 |

**Total Fees :**                    **$16,302.50**

**Total Disbursements :**                    **$45.73**

**TOTAL DUE :**                    **$16,348.23**