IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 29, 2007, true and correct copies of the **Requests to Produce to the Debtors** were served on the parties listed on the attached service list in the manner indicated thereon:

DATED: July 2, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:        loizides@loizides.com

*Local Counsel for Speights & Runyan Claimants*

070208122718.DOC

2

## SERVICE LIST

## VIA FIRST CLASS MAIL

James J. Restivo, Jr., Esquire
Reed Smith, LLP
345 Sixth Avenue
Pittsburgh, PA  15219