IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: July 23, 2007 at 4 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**FIFTEENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
APRIL 1, 2007 THROUGH APRIL 30, 2007**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | April 1, 2007 – April 30, 2007 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $123.70 |

This is a   _x_ monthly        __ interim            ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### APRIL 1-30, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 17.0 | NA |
| Case Administration Related | 39.6 | NA |
| Hearings | 32.0 | NA |
| Financial Analysis Related | 114.0 | NA |
| TOTAL | 202.6 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Meals                     $   26.00
Telephone                      97.70

**TOTAL**                 **$  123.70**


Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: June 29, 2007

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.