# EXHIBIT A

## W.R. Grace
### PJC Time Records
#### April-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 4/2/2007 | 1.0 | Case Administration | Review of motion to compel |
| Desiree Davis | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Geoffrey Zbikowski | 4/2/2007 | 1.0 | Case Administration | Review of motion to compel |
| Geoffrey Zbikowski | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Jason Solganick | 4/2/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/2/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jason Solganick | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Jonathan Brownstein | 4/2/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jonathan Brownstein | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Joseph Radecki | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Desiree Davis | 4/3/2007 | 0.5 | Case Administration | Review of amended CMO |
| Geoffrey Zbikowski | 4/3/2007 | 0.5 | Case Administration | Review of amended CMO |
| Jason Solganick | 4/3/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/3/2007 | 0.5 | Case Administration | Review of amended CMO |
| Jonathan Brownstein | 4/3/2007 | 1.0 | Case Administration | Review of amended CMO |
| Joseph Radecki | 4/3/2007 | 1.0 | Case Administration | Review of amended CMO |
| Jason Solganick | 4/4/2007 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 4/5/2007 | 2.0 | Case Administration | Review of motions to quash subpoenas |
| Desiree Davis | 4/5/2007 | 2.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Desiree Davis | 4/5/2007 | 2.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Geoffrey Zbikowski | 4/5/2007 | 4.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Geoffrey Zbikowski | 4/5/2007 | 3.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jason Solganick | 4/5/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/5/2007 | 2.0 | Case Administration | Review of motions to quash subpoenas |
| Jason Solganick | 4/5/2007 | 2.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jason Solganick | 4/5/2007 | 1.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jonathan Brownstein | 4/5/2007 | 1.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jonathan Brownstein | 4/5/2007 | 1.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Desiree Davis | 4/6/2007 | 1.5 | Case Administration | Review of responses and objections to motion to compel |
| Desiree Davis | 4/6/2007 | 0.5 | Case Administration | Review of agenda for 4/13 hearing |
| Jason Solganick | 4/6/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/6/2007 | 1.5 | Case Administration | Review of responses and objections to motion to compel |
| Jason Solganick | 4/6/2007 | 0.5 | Case Administration | Review of agenda for 4/13 hearing |
| Jonathan Brownstein | 4/6/2007 | 1.0 | Case Administration | Review of responses and objections to motion to compel |
| Jonathan Brownstein | 4/6/2007 | 0.5 | Case Administration | Review of agenda for 4/13 hearing |
| Joseph Radecki | 4/6/2007 | 1.0 | Case Administration | Review of responses and objections to motion to compel |
| Joseph Radecki | 4/6/2007 | 0.5 | Case Administration | Review of agenda for 4/13 hearing |
| Desiree Davis | 4/9/2007 | 2.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Geoffrey Zbikowski | 4/9/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 4/9/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/9/2007 | 1.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 4/9/2007 | 1.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 4/10/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/11/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 4/12/2007 | 1.0 | Financial Analysis | Review of press release re: debt offering (Valspar) |
| Geoffrey Zbikowski | 4/12/2007 | 1.0 | Financial Analysis | Review of press release re: debt offering (Valspar) |
| Jason Solganick | 4/12/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/12/2007 | 1.5 | Financial Analysis | Review of press release re: debt offering (Valspar) |
| Jonathan Brownstein | 4/12/2007 | 0.5 | Financial Analysis | Review of press release re: debt offering (Valspar) |
| Desiree Davis | 4/13/2007 | 2.0 | Case Administration | Review of motion and objections for retention of Lexecon |
| Desiree Davis | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |
| Desiree Davis | 4/13/2007 | 3.0 | Hearings | Court hearing |
| Geoffrey Zbikowski | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |
| Geoffrey Zbikowski | 4/13/2007 | 3.0 | Hearings | Court hearing |
| Jason Solganick | 4/13/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/13/2007 | 2.0 | Case Administration | Review of motion and objections for retention of Lexecon |
| Jason Solganick | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jason Solganick | 4/13/2007 | 3.0 | Hearings | Court hearing |
| Jonathan Brownstein | 4/13/2007 | 1.0 | Case Administration | Review of motion and objections for retention of Lexecon |
| Jonathan Brownstein | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jonathan Brownstein | 4/13/2007 | 3.0 | Hearings | Court hearing |
| Joseph Radecki | 4/13/2007 | 1.0 | Case Administration | Review of motion and objections for retention of Lexecon |
| Joseph Radecki | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### April-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 4/16/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 4/16/2007 | 5.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 4/16/2007 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 4/17/2007 | 3.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 4/17/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 4/17/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/17/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Desiree Davis | 4/18/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (Rohm) |
| Desiree Davis | 4/18/2007 | 2.5 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 4/18/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (Rohm) |
| Geoffrey Zbikowski | 4/18/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 4/18/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/18/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (Rohm) |
| Jonathan Brownstein | 4/18/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (Rohm) |
| Desiree Davis | 4/19/2007 | 2.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 4/19/2007 | 3.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 4/19/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/19/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Jonathan Brownstein | 4/19/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 4/19/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Jason Solganick | 4/20/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 4/23/2007 | 1.0 | Financial Analysis | Review of press release of 1Q earnings of comparable company (Albemarle) |
| Desiree Davis | 4/23/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 4/23/2007 | 1.0 | Financial Analysis | Review of press release of 1Q earnings of comparable company (Albemarle) |
| Geoffrey Zbikowski | 4/23/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 4/23/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/23/2007 | 1.0 | Financial Analysis | Review of press release of 1Q earnings of comparable company (Albemarle) |
| Jason Solganick | 4/23/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 4/23/2007 | 0.5 | Financial Analysis | Review of press release of 1Q earnings of comparable company (Albemarle) |
| Jonathan Brownstein | 4/23/2007 | 1.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Desiree Davis | 4/24/2007 | 3.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Geoffrey Zbikowski | 4/24/2007 | 4.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jason Solganick | 4/24/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 4/24/2007 | 2.5 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jonathan Brownstein | 4/24/2007 | 1.5 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Desiree Davis | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Desiree Davis | 4/25/2007 | 1.0 | Case Administration | Review of motion to compel |
| Desiree Davis | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Geoffrey Zbikowski | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Geoffrey Zbikowski | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Jason Solganick | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Jason Solganick | 4/25/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/25/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jason Solganick | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Jonathan Brownstein | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Jonathan Brownstein | 4/25/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jonathan Brownstein | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Joseph Radecki | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Joseph Radecki | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Desiree Davis | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Desiree Davis | 4/26/2007 | 4.0 | Financial Analysis | Discount rate analysis and research |
| Geoffrey Zbikowski | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Geoffrey Zbikowski | 4/26/2007 | 5.0 | Financial Analysis | Discount rate analysis and research |
| Jason Solganick | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Jason Solganick | 4/26/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/26/2007 | 1.5 | Financial Analysis | Review of discount rate analysis and research |
| Jonathan Brownstein | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Jonathan Brownstein | 4/26/2007 | 1.5 | Financial Analysis | Review of discount rate analysis and research |
| Joseph Radecki | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Joseph Radecki | 4/26/2007 | 1.0 | Financial Analysis | Review of discount rate analysis and research |
| Desiree Davis | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Desiree Davis | 4/27/2007 | 2.0 | Financial Analysis | Discount rate analysis and research |
| Geoffrey Zbikowski | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Geoffrey Zbikowski | 4/27/2007 | 4.0 | Financial Analysis | Discount rate analysis and research |
| Jason Solganick | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Jason Solganick | 4/27/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/27/2007 | 1.0 | Financial Analysis | Review of discount rate analysis and research |
| Jonathan Brownstein | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Jonathan Brownstein | 4/27/2007 | 2.0 | Financial Analysis | Review of discount rate analysis and research |
| Joseph Radecki | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Joseph Radecki | 4/27/2007 | 1.5 | Financial Analysis | Review of discount rate analysis and research |
| Desiree Davis | 4/30/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Geoffrey Zbikowski | 4/30/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 4/30/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Jason Solganick | 4/30/2007 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 4/30/2007 | 1.0 | Business Operations | Review of monthly operating report |