# EXHIBIT B

## W.R. Grace
## Detail of expenses (April 1, 2007 – April 30, 2007)

<u>Telephone</u>
| | | | |
|---|---|---|---|
| Jon Brownstein | 04/02/07 | $ 48.87 | |
| Jon Brownstein | 04/20/07 | $ 48.83 | |
| | **Total Telephone:** | | **$ 97.70** |

<u>Meals</u>
| | | | |
|---|---|---|---|
| Joe Radecki | 04/20/07 | $ 26.00 | |
| | **Total Meals:** | | **$ 26.00** |

**TOTAL EXPENSES:**                                                                 **$ 123.70**