# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., <u>et al</u>.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date: July 23, 2007 at 4 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**SIXTEENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO.,
FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS'
REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD
<u>MAY 1, 2007 THROUGH MAY 31, 2007</u>**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | May 1, 2007 – May 31, 2007 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $687.67 |

This is a ___x___ monthly ___ interim ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### MAY 1-31, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 65.5 | NA |
| Case Administration Related | 15.5 | NA |
| Fee Applications | 3.0 | NA |
| Hearings | 72.5 | NA |
| Financial Analysis Related | 146.0 | NA |
| **TOTAL** | **302.5** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Research                                    $  379.62
Telephone                                       308.05

**TOTAL**                                   **$  687.67**

Respectfully submitted,

PIPER JAFFRAY & CO.

By:_____

Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: Jun 29, 2007

---

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.