# EXHIBIT A

# W.R. Grace

## PJC Time Records

### May-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 5/1/2007 | 0.5 | Business Operations | Review of press release re: new facility |
| Desiree Davis | 5/1/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Desiree Davis | 5/1/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 5/1/2007 | 0.5 | Business Operations | Review of press release re: new facility |
| Geoffrey Zbikowski | 5/1/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Geoffrey Zbikowski | 5/1/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 5/1/2007 | 0.5 | Business Operations | Review of press release re: new facility |
| Jason Solganick | 5/1/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/1/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Jason Solganick | 5/1/2007 | 0.5 | Case Administration | Review of reply to motion to compel |
| Jason Solganick | 5/1/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 5/1/2007 | 0.5 | Business Operations | Review of press release re: new facility |
| Jonathan Brownstein | 5/1/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Jonathan Brownstein | 5/1/2007 | 1.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 5/1/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Joseph Radecki | 5/1/2007 | 1.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 5/2/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 5/2/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business of comparable company (Rohm) |
| Desiree Davis | 5/2/2007 | 4.5 | Hearings | Court hearing |
| Geoffrey Zbikowski | 5/2/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 5/2/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business of comparable company (Rohm) |
| Geoffrey Zbikowski | 5/2/2007 | 4.5 | Hearings | Court hearing |
| Jason Solganick | 5/2/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/2/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 5/2/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business of comparable company (Rohm) |
| Jason Solganick | 5/2/2007 | 4.5 | Hearings | Court hearing |
| Jonathan Brownstein | 5/2/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 5/2/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business of comparable company (Rohm) |
| Jonathan Brownstein | 5/2/2007 | 4.5 | Hearings | Court hearing |
| Joseph Radecki | 5/2/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 5/2/2007 | 4.5 | Hearings | Court hearing |
| Desiree Davis | 5/3/2007 | 0.5 | Case Administration | Review of agenda for 5/8 hearing |
| Desiree Davis | 5/3/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 5/3/2007 | 2.5 | Financial Analysis | Comparable company (IFF) conference call and related analysis |
| Geoffrey Zbikowski | 5/3/2007 | 0.5 | Case Administration | Review of agenda for 5/8 hearing |
| Geoffrey Zbikowski | 5/3/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 5/3/2007 | 3.0 | Financial Analysis | Comparable company (IFF) conference call and related analysis |
| Jason Solganick | 5/3/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/3/2007 | 0.2 | Case Administration | Review of order approving quarterly fee applications |
| Jason Solganick | 5/3/2007 | 0.5 | Case Administration | Review of agenda for 5/8 hearing |
| Jason Solganick | 5/3/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 5/3/2007 | 3.0 | Financial Analysis | Comparable company (IFF) conference call and related analysis |
| Jonathan Brownstein | 5/3/2007 | 0.5 | Case Administration | Review of agenda for 5/8 hearing |
| Jonathan Brownstein | 5/3/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 5/3/2007 | 1.5 | Financial Analysis | Comparable company (IFF) conference call and related analysis |
| Joseph Radecki | 5/3/2007 | 0.5 | Case Administration | Review of agenda for 5/8 hearing |
| Joseph Radecki | 5/3/2007 | 1.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 5/4/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 5/4/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 5/4/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/4/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 5/4/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 5/4/2007 | 1.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 5/7/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 5/7/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 5/7/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 5/7/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 5/7/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/7/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 5/7/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 5/7/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 5/7/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 5/7/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |

# EXHIBIT A

# W.R. Grace

## PJC Time Records

### May-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 5/8/2007 | 4.5 | Hearings | Court hearing |
| Geoffrey Zbikowski | 5/8/2007 | 4.5 | Hearings | Court hearing |
| Jason Solganick | 5/8/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/8/2007 | 4.5 | Hearings | Court hearing |
| Jonathan Brownstein | 5/8/2007 | 4.5 | Hearings | Court hearing |
| Joseph Radecki | 5/8/2007 | 4.5 | Hearings | Court hearing |
| Desiree Davis | 5/9/2007 | 1.5 | Business Operations | Review of 10-Q filing |
| Desiree Davis | 5/9/2007 | 2.5 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Desiree Davis | 5/9/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 5/9/2007 | 2.0 | Business Operations | Review of 10-Q filing |
| Geoffrey Zbikowski | 5/9/2007 | 3.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Geoffrey Zbikowski | 5/9/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 5/9/2007 | 1.5 | Business Operations | Review of 10-Q filing |
| Jason Solganick | 5/9/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/9/2007 | 3.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jason Solganick | 5/9/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 5/9/2007 | 1.5 | Business Operations | Review of 10-Q filing |
| Jonathan Brownstein | 5/9/2007 | 2.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jonathan Brownstein | 5/9/2007 | 1.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 5/9/2007 | 1.0 | Business Operations | Review of 10-Q filing |
| Desiree Davis | 5/10/2007 | 0.5 | Business Operations | Review of press release re: business realignment |
| Geoffrey Zbikowski | 5/10/2007 | 0.5 | Business Operations | Review of press release re: business realignment |
| Jason Solganick | 5/10/2007 | 0.5 | Business Operations | Review of press release re: business realignment |
| Jason Solganick | 5/10/2007 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 5/10/2007 | 0.5 | Business Operations | Review of press release re: business realignment |
| Joseph Radecki | 5/10/2007 | 0.5 | Business Operations | Review of press release re: business realignment |
| Desiree Davis | 5/11/2007 | 2.0 | Business Operations | Conference call re: Project Gemini and business realignment |
| Geoffrey Zbikowski | 5/11/2007 | 2.0 | Business Operations | Conference call re: Project Gemini and business realignment |
| Jason Solganick | 5/11/2007 | 2.0 | Business Operations | Conference call re: Project Gemini and business realignment |
| Jason Solganick | 5/11/2007 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 5/11/2007 | 2.0 | Business Operations | Conference call re: Project Gemini and business realignment |
| Desiree Davis | 5/14/2007 | 2.0 | Business Operations | Review of pension funding motion and materials |
| Desiree Davis | 5/14/2007 | 0.5 | Case Administration | Review of agenda for 5/21 hearing |
| Desiree Davis | 5/14/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Geoffrey Zbikowski | 5/14/2007 | 1.5 | Business Operations | Review of pension funding motion and materials |
| Geoffrey Zbikowski | 5/14/2007 | 0.5 | Case Administration | Review of agenda for 5/21 hearing |
| Geoffrey Zbikowski | 5/14/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 5/14/2007 | 2.0 | Business Operations | Review of pension funding motion and materials |
| Jason Solganick | 5/14/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/14/2007 | 0.5 | Case Administration | Review of agenda for 5/21 hearing |
| Jason Solganick | 5/14/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 5/14/2007 | 1.0 | Business Operations | Review of pension funding motion and materials |
| Jonathan Brownstein | 5/14/2007 | 0.5 | Case Administration | Review of agenda for 5/21 hearing |
| Jonathan Brownstein | 5/14/2007 | 1.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Joseph Radecki | 5/14/2007 | 1.0 | Business Operations | Review of pension funding motion and materials |
| Joseph Radecki | 5/14/2007 | 0.5 | Case Administration | Review of agenda for 5/21 hearing |
| Jason Solganick | 5/15/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 5/16/2007 | 1.5 | Business Operations | Review of Project Gemini motion and materials |
| Desiree Davis | 5/16/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 5/16/2007 | 2.0 | Business Operations | Review of Project Gemini motion and materials |
| Geoffrey Zbikowski | 5/16/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 5/16/2007 | 1.5 | Business Operations | Review of Project Gemini motion and materials |
| Jason Solganick | 5/16/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/16/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 5/16/2007 | 1.0 | Business Operations | Review of Project Gemini motion and materials |
| Jonathan Brownstein | 5/16/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 5/16/2007 | 1.0 | Business Operations | Review of Project Gemini motion and materials |
| Desiree Davis | 5/17/2007 | 2.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Geoffrey Zbikowski | 5/17/2007 | 3.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 5/17/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/17/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 5/17/2007 | 1.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |

# EXHIBIT A

# W.R. Grace

## PJC Time Records

### May-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 5/18/2007 | 0.5 | Business Operations | Conference call re: Q1 results |
| Desiree Davis | 5/18/2007 | 2.0 | Business Operations | Review of Project Gemini motion and materials |
| Geoffrey Zbikowski | 5/18/2007 | 0.5 | Business Operations | Conference call re: Q1 results |
| Geoffrey Zbikowski | 5/18/2007 | 2.5 | Business Operations | Review of Project Gemini motion and materials |
| Jason Solganick | 5/18/2007 | 0.5 | Business Operations | Conference call re: Q1 results |
| Jason Solganick | 5/18/2007 | 2.0 | Business Operations | Review of Project Gemini motion and materials |
| Jason Solganick | 5/18/2007 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 5/18/2007 | 0.5 | Business Operations | Conference call re: Q1 results |
| Jonathan Brownstein | 5/18/2007 | 1.5 | Business Operations | Review of Project Gemini motion and materials |
| Joseph Radecki | 5/18/2007 | 0.5 | Business Operations | Conference call re: Q1 results |
| Desiree Davis | 5/21/2007 | 1.5 | Business Operations | Review of pension funding motion |
| Desiree Davis | 5/21/2007 | 5.5 | Hearings | Court hearing |
| Geoffrey Zbikowski | 5/21/2007 | 1.5 | Business Operations | Review of pension funding motion |
| Geoffrey Zbikowski | 5/21/2007 | 5.5 | Hearings | Court hearing |
| Jason Solganick | 5/21/2007 | 1.0 | Business Operations | Review of pension funding motion |
| Jason Solganick | 5/21/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/21/2007 | 5.5 | Hearings | Court hearing |
| Jonathan Brownstein | 5/21/2007 | 1.5 | Business Operations | Review of pension funding motion |
| Jonathan Brownstein | 5/21/2007 | 5.5 | Hearings | Court hearing |
| Joseph Radecki | 5/21/2007 | 5.5 | Hearings | Court hearing |
| Jason Solganick | 5/22/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 5/23/2007 | 0.5 | Case Administration | Review of agenda for 5/30 hearing |
| Desiree Davis | 5/23/2007 | 2.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Geoffrey Zbikowski | 5/23/2007 | 0.5 | Case Administration | Review of agenda for 5/30 hearing |
| Geoffrey Zbikowski | 5/23/2007 | 3.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jason Solganick | 5/23/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/23/2007 | 0.5 | Case Administration | Review of agenda for 5/30 hearing |
| Jason Solganick | 5/23/2007 | 2.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jonathan Brownstein | 5/23/2007 | 0.5 | Case Administration | Review of agenda for 5/30 hearing |
| Jonathan Brownstein | 5/23/2007 | 2.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jason Solganick | 5/24/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/24/2007 | 3.0 | Fee Applications | Preparation of fee applications |
| Jason Solganick | 5/25/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/29/2007 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 5/30/2007 | 2.0 | Business Operations | Review of benefit plan analysis |
| Desiree Davis | 5/30/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Geoffrey Zbikowski | 5/30/2007 | 2.5 | Business Operations | Review of benefit plan analysis |
| Geoffrey Zbikowski | 5/30/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 5/30/2007 | 1.5 | Business Operations | Review of benefit plan analysis |
| Jason Solganick | 5/30/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 5/30/2007 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 5/30/2007 | 1.5 | Business Operations | Review of benefit plan analysis |
| Jonathan Brownstein | 5/30/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Joseph Radecki | 5/30/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Desiree Davis | 5/31/2007 | 0.5 | Financial Analysis | Review of press release re: ratings upgrade of comparable company (Albemarle) |
| Geoffrey Zbikowski | 5/31/2007 | 0.5 | Financial Analysis | Review of press release re: ratings upgrade of comparable company (Albemarle) |
| Jason Solganick | 5/31/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/31/2007 | 0.5 | Financial Analysis | Review of press release re: ratings upgrade of comparable company (Albemarle) |
| Jonathan Brownstein | 5/31/2007 | 0.5 | Financial Analysis | Review of press release re: ratings upgrade of comparable company (Albemarle) |