# EXHIBIT B

## W.R. Grace
## Detail of expenses (May 1, 2007 – May 31, 2007)

Research
Geoff Zbikowski              05/31/07              $ 379.62
                **Total Research:**                                    $  379.62


Telephone
Jason Solganick              05/10/07              $ 103.00
Joe Radecki                  05/04/07              $  71.96
Geoff Zbikowski              05/23/07              $ 133.09
                **Total Telephone:**                                   $  308.05



**TOTAL EXPENSES:**                                                  $  687.67