## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 2, 2007, true and correct copies of the

**Requests to Produce to the Debtors** were served on the parties listed on the attached

service list in the manner indicated thereon:

DATED:  July 2, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:     (302) 654-0248
Facsimile:     (302) 654-0728
E-mail:     loizides@loizides.com

*Local Counsel for Speights & Runyan
Claimants*

070702153752.DOCX

## SERVICE LIST

## VIA E-MAIL

Lisa Esayian, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
Email: lesayian@kirkland.com