```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 05/02/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4  170.00
 #5503     telephone Eveland re: analyzing additional Verus    425.00
           samples
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 2

                    W. R. Grace


Date/Slip# Description                                        HOURS/RATE    AMOUNT
---------------------------------------------------------------------------------
 05/01/07   Peterson   / (07) Committee, Creditors'                 0.7     490.00
 #5301      Telephone Wehner re: jury verdict data (.4);          700.00
            telephone Relles re same (.3)

 05/09/07   Relles     / (07) Committee, Creditors'                 0.3     127.50
 #5519      correspond with Wehner re: Grace verdict information  425.00

 05/14/07   Relles     / (07) Committee, Creditors'                 0.3     127.50
 #5527      review "Asbestos Changes" article sent by Finch       425.00
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 3

                    W. R. Grace


Date/Slip#  Description                                HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 05/01/07   Relles    / (28) Data Analysis                   3.2    1360.00
 #5501      work on jury verdict data                      425.00

 05/01/07   Relles    / (28) Data Analysis                   0.4     170.00
 #5502      Telephone Peterson re: jury verdict data       425.00

 05/03/07   Relles    / (28) Data Analysis                   1.3     552.50
 #5504      select sample of unknown diseases for addition Verus 425.00
            processing

 05/03/07   Relles    / (28) Data Analysis                   2.0     850.00
 #5505      build pdfs for unknown disease sample and send to  425.00
            Verus

 05/04/07   Peterson  / (28) Data Analysis                   4.2    2940.00
 #5302      Work on report                                 700.00

 05/04/07   Relles    / (28) Data Analysis                   0.8     340.00
 #5506      work on jury verdict data                      425.00

 05/05/07   Ebener    / (28) Data Analysis                   0.3      90.00
 #5801      review spreadsheet from Relles                 300.00

 05/05/07   Relles    / (28) Data Analysis                   1.5     637.50
 #5507      jury verdict edits                             425.00

 05/06/07   Ebener    / (28) Data Analysis                   1.8     540.00
 #5802      look up sample of  audit list cases            300.00

 05/06/07   Peterson  / (28) Data Analysis                   5.3    3710.00
 #5303      Work on report                                 700.00

 05/06/07   Peterson  / (28) Data Analysis                   8.1    5670.00
 #5304      Work on report                                 700.00

 05/06/07   Peterson  / (28) Data Analysis                   1.0     700.00
 #5305      Telephone Relles (several calls) re: analyses for  700.00
            report

 05/06/07   Relles    / (28) Data Analysis                   3.0    1275.00
 #5508      review methods for transitioning open claims,  425.00
            replicate old results

 05/06/07   Relles    / (28) Data Analysis                   1.5     637.50
 #5509      run more consistency checks on jury verdict data  425.00
```

{D0089017.1 }

```
Date: 06/30/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 4

                    W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 05/06/07  Relles    / (28) Data Analysis                      4.0   1700.00
 #5510     work on revisions to report                       425.00

 05/06/07  Relles    / (28) Data Analysis                      1.0    425.00
 #5511     Telephone Peterson (several calls) re: analyses for 425.00
           report

 05/07/07  Peterson  / (28) Data Analysis                      5.9   4130.00
 #5306     Work on report                                    700.00

 05/07/07  Relles    / (28) Data Analysis                      4.9   2082.50
 #5512     work on developing graphics and tables for report 425.00

 05/08/07  Peterson  / (28) Data Analysis                      6.8   4760.00
 #5307     Work on report                                    700.00

 05/08/07  Relles    / (28) Data Analysis                      2.3    977.50
 #5513     additional work on developing graphics and tables 425.00
           for report

 05/08/07  Relles    / (28) Data Analysis                      1.5    637.50
 #5514     examine recent increases in Manville Trust filings 425.00
           to adjust increasing propensity to sue models

 05/08/07  Relles    / (28) Data Analysis                      1.5    637.50
 #5515     prepare navigable database for conversion to      425.00
           analytic files

 05/08/07  Relles    / (28) Data Analysis                      2.0    850.00
 #5516     examine latest information on image disk          425.00

 05/08/07  Relles    / (28) Data Analysis                      1.8    765.00
 #5517     work on developing final duplicates identification 425.00
           models

 05/09/07  Peterson  / (28) Data Analysis                      4.0   2800.00
 #5308     Work on report                                    700.00

 05/09/07  Relles    / (28) Data Analysis                      1.2    510.00
 #5518     organize latest Rust data for downloading         425.00

 05/09/07  Relles    / (28) Data Analysis                      4.7   1997.50
 #5520     work on developing final duplicates identification 425.00
           models
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 5

                    W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 05/10/07  Relles    / (28) Data Analysis                       1.8    765.00
 #5521     work on matching history and Rust data             425.00

 05/11/07  Ebener    / (28) Data Analysis                       2.0    600.00
 #5803     analyze audit list cases against prior lists       300.00

 05/12/07  Peterson  / (28) Data Analysis                       4.6   3220.00
 #5309     Work on report                                     700.00

 05/12/07  Relles    / (28) Data Analysis                       2.0    850.00
 #5522     process latest Rust data, compare old and new     425.00

 05/12/07  Relles    / (28) Data Analysis                       2.4   1020.00
 #5523     Work on report                                     425.00

 05/13/07  Peterson  / (28) Data Analysis                       3.2   2240.00
 #5310     Work on report                                     700.00

 05/13/07  Relles    / (28) Data Analysis                       3.6   1530.00
 #5524     complete processing of latest Rust data, summarize 425.00
           differences between old and new shipments

 05/13/07  Relles    / (28) Data Analysis                       2.8   1190.00
 #5525     work on matching history and Rust data with new    425.00
           datasets

 05/14/07  Peterson  / (28) Data Analysis                       4.2   2940.00
 #5311     Work on report                                     700.00

 05/14/07  Relles    / (28) Data Analysis                       2.0    850.00
 #5526     review Peterson's changes to Grace report, plan    425.00
           revisions to report

 05/15/07  Ebener    / (28) Data Analysis                       2.0    600.00
 #5804     search audit list cases                            300.00

 05/15/07  Peterson  / (28) Data Analysis                       7.1   4970.00
 #5312     Work on report                                     700.00

 05/15/07  Relles    / (28) Data Analysis                       2.5   1062.50
 #5528     link history analysis file with Rust data; determine 425.00
           differences between responding and non-responding
           claimants

 05/16/07  Peterson  / (28) Data Analysis                       5.1   3570.00
 #5313     Work on report                                     700.00
```

{D0089017.1 }

```
Date: 06/30/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 6

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 05/16/07  Relles    / (28) Data Analysis                    3.2      1360.00
 #5529     Work on report                                  425.00

 05/17/07  Peterson  / (28) Data Analysis                    7.1      4970.00
 #5314     Work on report                                  700.00

 05/17/07  Relles    / (28) Data Analysis                    1.6       680.00
 #5530     work on sensitivity analysis: run projections with 425.00
           alternative dollar values

 05/17/07  Relles    / (28) Data Analysis                    3.0      1275.00
 #5531     Work on report                                  425.00

 05/18/07  Peterson  / (28) Data Analysis                    8.8      6160.00
 #5315     Work on report                                  700.00

 05/18/07  Relles    / (28) Data Analysis                    4.0      1700.00
 #5532     work on sensitivity analysis: run computations,  425.00
           create first draft of Section

 05/18/07  Relles    / (28) Data Analysis                    2.2       935.00
 #5533     Work on report                                  425.00

 05/19/07  Peterson  / (28) Data Analysis                    3.8      2660.00
 #5316     Work on report                                  700.00

 05/19/07  Relles    / (28) Data Analysis                    1.8       765.00
 #5534     Work on report                                  425.00

 05/20/07  Peterson  / (28) Data Analysis                    2.8      1960.00
 #5317     Work on report                                  700.00

 05/20/07  Relles    / (28) Data Analysis                    5.5      2337.50
 #5535     work on sensitivity analysis: vary the definition of 425.00
           stale claims by integrating the Rust and history
           data

 05/21/07  Peterson  / (28) Data Analysis                    0.6       420.00
 #5318     telephone Relles re: sensitivity analyses       700.00

 05/21/07  Peterson  / (28) Data Analysis                    6.3      4410.00
 #5319     Work on report                                  700.00
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 7

                        W. R. Grace


Date/Slip# Description                                HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 05/21/07  Relles    / (28) Data Analysis                    3.2   1360.00
 #5536     additional work on sensitivity analysis: vary the 425.00
           definition of stale claims by integrating the Rust
           and history data

 05/21/07  Relles    / (28) Data Analysis                    0.6    255.00
 #5537     telephone Peterson re: sensitivity analyses      425.00

 05/21/07  Relles    / (28) Data Analysis                    1.2    510.00
 #5538     work on sensitivity analysis tables and text     425.00

 05/21/07  Relles    / (28) Data Analysis                    2.5   1062.50
 #5539     summarize current Rust data and its linkages with 425.00
           history data

 05/22/07  Peterson  / (28) Data Analysis                    4.2   2940.00
 #5320     Work on report                                   700.00

 05/22/07  Relles    / (28) Data Analysis                    2.4   1020.00
 #5540     work on report                                   425.00

 05/23/07  Peterson  / (28) Data Analysis                    6.5   4550.00
 #5321     Work on report                                   700.00

 05/23/07  Relles    / (28) Data Analysis                    2.0    850.00
 #5541     work on report                                   425.00

 05/24/07  Peterson  / (28) Data Analysis                    5.1   3570.00
 #5322     Work on report                                   700.00

 05/24/07  Relles    / (28) Data Analysis                    3.4   1445.00
 #5542     work on report                                   425.00

 05/25/07  Peterson  / (28) Data Analysis                    5.8   4060.00
 #5323     Work on report                                   700.00

 05/25/07  Relles    / (28) Data Analysis                    3.4   1445.00
 #5543     work on report                                   425.00

 05/26/07  Peterson  / (28) Data Analysis                    7.2   5040.00
 #5324     Work on report                                   700.00

 05/26/07  Relles    / (28) Data Analysis                    5.6   2380.00
 #5544     work on report, develop draft of executive summary, 425.00
           work on tables and graphics
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 8

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 05/27/07  Peterson  / (28) Data Analysis                       6.8    4760.00
 #5325     Work on report                                     700.00

 05/27/07  Relles    / (28) Data Analysis                       4.9    2082.50
 #5545     work on tables and graphics for report             425.00

 05/28/07  Peterson  / (28) Data Analysis                       6.2    4340.00
 #5326     Work on report                                     700.00

 05/28/07  Peterson  / (28) Data Analysis                       1.3     910.00
 #5327     Read WRG motion                                    700.00

 05/28/07  Relles    / (28) Data Analysis                       4.5    1912.50
 #5546     work on report                                     425.00

 05/29/07  Peterson  / (28) Data Analysis                       9.3    6510.00
 #5328     Work on report                                     700.00

 05/29/07  Relles    / (28) Data Analysis                       5.0    2125.00
 #5547     work on report                                     425.00

 05/30/07  Peterson  / (28) Data Analysis                       7.8    5460.00
 #5329     Work on report                                     700.00

 05/30/07  Relles    / (28) Data Analysis                       3.7    1572.50
 #5548     work on report                                     425.00

 05/31/07  Peterson  / (28) Data Analysis                       5.9    4130.00
 #5330     Work on report                                     700.00
-------------------------------------------------------------------------------
```

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 9

                          W. R. Grace

                 Summary Of Time Charges, By Month and Activity
                            May 2007 - May 2007

   MONTH         ACTIVITY                                     HOURS     AMOUNT
   ----------------------------------------------------------------------------
   May      - (05) Claims Anal Objectn/Resolutn (Asbest)        0.4     170.00
   May      - (07) Committee, Creditors'                        1.3     745.00
   May      - (28) Data Analysis                              280.5  161075.00
   May      - (99) Total                                      282.2  161990.00

   Total    - (05) Claims Anal Objectn/Resolutn (Asbest)        0.4     170.00
   Total    - (07) Committee, Creditors'                        1.3     745.00
   Total    - (28) Data Analysis                              280.5  161075.00
   Total    - (99) Total                                      282.2  161990.00

   ----------------------------------------------------------------------------
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 10

                   W. R. Grace

              Summary Of Time Charges, By Month and Person
                       May 2007 - May 2007

   MONTH        PERSON                                    HOURS      AMOUNT
   ---------------------------------------------------------------------------
   May         - Relles                                   120.4   51170.00
   May         - Peterson                                 155.7  108990.00
   May         - Ebener                                     6.1    1830.00
   May         - Total                                    282.2  161990.00

   Total       - Relles                                   120.4   51170.00
   Total       - Peterson                                 155.7  108990.00
   Total       - Ebener                                     6.1    1830.00
   Total       - Total                                    282.2  161990.00

   ---------------------------------------------------------------------------
```

{D0089017.1 }

```
Date: 06/30/07           Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 11

                    W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                     May 2007 - May 2007

 MONTH       PERSON                              HOURS    RATE     AMOUNT
 -----------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 May       - Relles                                0.4    425.     170.00

 (07) Committee, Creditors'

 May       - Relles                                0.6    425.     255.00
 May       - Peterson                              0.7    700.     490.00

 (28) Data Analysis

 May       - Relles                              119.4    425.   50745.00
 May       - Peterson                            155.0    700.  108500.00
 May       - Ebener                                6.1    300.    1830.00

 -----------------------------------------------------------------------------
```

{D0089017.1 }