IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Related to: |
| ) | Docket Nos. 13406, 15527, 16149 |
| ) | |
| ) | |

## DEBTORS' LIST OF CLAIMS TO BE TRIED ON
## JULY 30, 2007 – AUGUST 1, 2007

Per the Scheduling Order for Adjudication of Asbestos PD Claims on July 30, 2007 – August 1, 2007 (Docket No. 16149), Debtors submit the following list of asbestos property damage claims to be tried on July 30, 2007 – August 1, 2007 on statute of limitations grounds:

| Claim No. | Claimant | State | Law Firm |
|---|---|---|---|
| 6943 | Washington State University | WA | Motley Rice |
| 6942 | Washington State University | WA | Motley Rice |
| 6944 | Washington State University | WA | Motley Rice |
| 6939 | Washington State University | WA | Motley Rice |
| 6940 | Washington State University | WA | Motley Rice |
| 9645 | Port of Seattle | WA | Motley Rice |
| 9646 | Port of Seattle | WA | Motley Rice |
| 9647 | Port of Seattle | WA | Motley Rice |

| 6938 | Edmonds Community College | WA | Motley Rice |
|---|---|---|---|
| 2977 | CHP Associates Inc. | NJ | Motley Rice |

There are additional asbestos property damage claims that are not subject to pending summary judgment motions for which Debtors have statute of limitations and other defenses and which will need to be tried. Due to the limited amount of time available for trial on July 30 – August 1, 2007, however, Debtors have limited the claims to be tried on that date to the claims and issues set forth above. This list is submitted without waiver of and specifically preserving to Debtors all applicable defenses to all of the asbestos property damage claims remaining in these Chapter 11 proceedings.

REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA   15219
(412) 288-3131

and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
Samuel Blatnick
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

and

- 3 -

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

*James E. O'Neill / by Curtis A.*
*Hehn with*
*permission*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and
Debtors in Possession