IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 5, 2007, AT 8:30 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA

**Per the directive of the Court, the Hearing shall commence at 8:30 a.m. and continue until 11:00 a.m. Thereafter, the Hearing shall recommence at 1:00 p.m. and continue until concluded by the Court.**

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY
MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE
(866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON
TUESDAY, JULY 3, 2007 AND OTHERWISE COMPLY WITH THE
*AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [DOCKET NO. 7709]

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:128429.2

1. Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)[2]

   Related Documents:

   a. [Proposed] Order Granting the Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

   Response Deadline: December 2, 2005, at 4:00 p.m.

   Responses Received:

   a. Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification [Filed: 12/2/05] (Docket No. 11245)

   Supplemental Briefing:

   a. Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice Program [Filed: 1/13/06] (Docket No. 11547)

   b. Debtors' Opposition to Anderson Memorial's Request for an Extension [Filed: 1/23/07] (Docket No. 11609)

   c. Motion to Shorten Notice and for Expedited Consideration of Anderson Memorial Hospital's Corrected Motion for an Extension of Time to Respond to Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice-Program and to Adjourn the hearing on Motion for Class Certification Now Scheduled for January 26, 2006 [Filed: 1/20/06] (Docket No. 11606)

      a. [Signed] Modified Order Granting the Motion to Shorten Notice and for Expedited Consideration of Anderson Memorial Hospital's Corrected Motion for an Extension of Time to Respond to Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice-Program and to Adjourn the hearing on Motion for Class Certification Now Scheduled for January 26, 2006 [Filed: 1/23/06] (Docket No. 11611)

   d. Anderson Memorial Hospital's Proposed Reply Memorandum to the Debtors' Brief Regarding the Notice Program and in Support of Class Certification [Filed: 1/25/06] (Docket No. 11627)

   e. Appendix of Documents in Support of Debtors' Opposition to Motion of Anderson Memorial for Class Certification [Filed: 9/8/06] (Docket No. 13186)

---

[2] All pleadings regarding this matter have been submitted on the CD of Exhibits provided to the Court by Debtors' counsel. No binders will be provided to the Court for this hearing.

  f.  Affidavit of Katherine Kinsella [Filed: 4/5/06] (Docket No. 12206)

Related Transcripts:

a.  Transcript of Hearing held on October 31, 2005 before the Honorable Judith K. Fitzgerald (Docket No. 11025)

b.  Transcript of Hearing held on December 19, 2005 before the Honorable Judith K. Fitzgerald (Docket No. 11473)

c.  Transcript of Hearing held on January 26, 2006 before the Honorable Judith K. Fitzgerald (Docket No. 11707)

d.  Transcript of Hearing held on August 21, 2006 before the Honorable Judith K. Fitzgerald. (Docket No. 13077), pp. 246 to 286

e.  Transcript of Hearing held on September 25, 2006 before the Honorable Judith K. Fitzgerald. (Docket No. 13342), pp. 86 to 126

f.  Transcript of Hearing held on October 23, 2006 before the Honorable Judith K. Fitzgerald. (Docket No. 13572), pp. 16 to 89

g.  Transcript of Hearing held on November 20, 2006 before the Honorable Judith K. Fitzgerald. (Docket No. 13894), pp. 14 to 106

Response Deadline: January 20, 2006, at 4:00 p.m.

Status: This matter will go forward.

Dated: July 2, 2007    KIRKLAND & ELLIS LLP
             David M. Bernick, P.C.
             Janet S. Baer
             Lisa G. Esayian
             Samuel Blatnick
             Michael Dierkes
             200 East Randolph Drive
             Chicago, IL 60601
             Telephone: (312) 861-2000
             Facsimile: (312) 861-2200

             –and–

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*James E. O'Neill / by Curtis A.*
*Hehn with*
*permission*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession