IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 15209, 15210, 15421 |
| | | Hearing Date: July 23, 2007 @ 2:00 p.m. |
| | | Objection Deadline: July 6, 2007 |

**MOTION TO SUPPLEMENT RECORD
REGARDING MOTION TO ALTER OR AMEND
THE COURT'S ORDER AND MEMORANDUM
OPINION DISALLOWING AND EXPUNGING 71
CLAIMS ENTERED ON APRIL 17, 2007**

Speights & Runyan Claimants Bayshore Community Hospital, Claim No. 6901, Children's Hospital of Pittsburgh of UPMC Health System, Claim No. 10962, and Jameson Memorial Hospital, Claim No. 14410 ("Movants"), respectfully ask this Court to permit them to supplement the record by the inclusion of the attached Declaration of Susan T. Murdaugh (Exhibit "1" hereto). The Declaration responds to questions raised at the hearing on the Motion to Alter or Amend (D.I. 15421) conducted on Monday, June 25, 2007. Specifically, the Declaration demonstrates that Speights & Runyan was prepared to submit the pre-Bar Date authorizations in support of these three claims at the January 2006 hearing if the Court had proceeded to consider the individual objections to the claims instead of first hearing argument and requesting additional briefing on the ratification issue which could have resolved the issues. In addition, contrary to the Debtors' representations, the Declaration demonstrates that at least two of the documents were provided to the Debtors several months before the hearing.

070702181311.DOC

DATED: July 2, 2007

_____
Christopher D. Loizides (#3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

Counsel to Movants

## **SUMMARY OF EXHIBITS**

EXHIBIT 1:   Declaration of Susan T. Murdaugh

070702181311.DOC