**EXHIBIT 1 – DECLARATION OF SUSAN T. MURDAUGH**

070702181311.DOC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## DECLARATION OF SUSAN TERRY MURDAUGH

PERSONALLY APPEARED before me SUSAN TERRY MURDAUGH, who being duly sworn, deposes and says:

1. I have been employed as a paralegal at the law firm of Speights & Runyan since October 1987 when this firm was formed. Prior to becoming employed at Speights & Runyan, I was a paralegal for Daniel A. Speights, Esquire. I have worked for Mr. Speights for 26 years.

2. I attended the hearing before this Court in Pittsburgh, Pennsylvania on January 25, 2006, at which time the parties argued the Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed by the Law Firm Speights & Runyan (Substantive). I was the custodian of the Speights & Runyan documents at the hearing, which were organized on a claim by claim basis in individual file folders, and I provided them to Mr. Speights as the claims were argued.

3. Attached to the Motion to Alter or Amend are three documents regarding the authority for Bayshore Community Hospital, Claim No. 6901, Children's Hospital of Pittsburgh of UPMC Health System, Claim No. 10962, and Jameson Memorial Hospital, Claim No. 14410. All three of those documents were in the individual file folders for those claims when and if the authority issues were argued during that hearing. However, because the individual authority objections to these claims were not discussed, they were not presented to the Court at that time.

4. Since the hearing, I have maintained the file folders for these three claims as they existed at the hearing.

5. In addition, on September 21, 2005, Speights & Runyan served Debtors' counsel with documents giving express written authority to Speights & Runyan to file bankruptcy claims. Attached hereto is the cover letter and the authorizations for the three claims. As reflected therein, two of the three authorizations are identical with those attached to the Motion to Alter or Amend.

6. The specific authorization attached for the Bayshore claim provided on September 21, 2005, was a September 1, 2003 written authorization for both Federal Mogul and W.R. Grace. As noted above, in light of the Debtors' objection, we located and had a copy of the March 2003 authorization for Grace only at the hearing in January 2006.

_____
SUSAN TERRY MURDAUGH

SWORN TO before me this

2nd day of July, 2007

_____ (L.S.)
Notary Public for South Carolina
My Commission Expires: 3/5/09

**SPEIGHTS & RUNYAN**
ATTORNEYS AT LAW
200 JACKSON AVENUE, EAST
POST OFFICE BOX 685
HAMPTON, SOUTH CAROLINA 29924
(803) 943-4444

TELECOPIER
(803) 943-4599

EMAIL: BFAIREY@SPEIGHTSRUNYAN.COM

MARION C. FAIREY, JR

September 21, 2005

<u>*VIA FACSIMILE US MAIL*</u>

Michelle H. Browdy
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

    Re:    *W. R. Grace & Co., et al, Debtors*
             *Chapter 11, Case No. 01-1139-JKF*
             *(U.S. Bankruptcy Court, District of Delaware)*

Dear Michelle:

    Pursuant to the Court's Order, I am sending you, via electronic means, a series of 21 scanned groups of documents which are copies of those documents giving express written authority to Speights & Runyan to file bankruptcy claims. These 21 batches are divided by claim. If you so request, I will send these hard copies of these documents by overnight mail as well.

    If you have any questions please do not hesitate to give me a call.

                                              Sincerely,

                                              Marion C. Fairey, Jr.

MCFjr/smh



Oct 01 03 10:55a
Sep 12 03 04:53p

6901/11236

p.2

RE: In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name, Physical Address and Square Footage of Material Applied if Known:

Bayshore Community Hospital
727 N Beers ST
Holmdel NJ 07733

Contact Person: CHARLES FAELLA
Phone Number: 732 739 5932
Fax Number: 732 290 7034
E-Mail Address: CFAELLA @ BCHS

ACKNOWLEDGED AND AGREED:

By: _____
    Name:



Batch # 8

W R Grace Authorization - PID
Claim No. 10952
Children's Hosp. Of Pittsburgh, PA

10962

Exhibit 2

March _____, 2003

RE:   In re Bankruptcy claims for asbestos-containing products

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.-CT. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:
Children's Hospital of Pittsburgh of UPMC Health System
3705 Fifth Avenue
Pittsburgh, PA 15213

Contact Person: Lorina W. Wise, Associate Counsel
Phone Number: (412) 692-8073
Fax Number: (412) 693-5639
E-Mail Address: lorina.wise@chp.edu

ACKNOWLEDGED AND AGREED:

By: [signature]
Name:

W. R. Grace-Authorization - PID
Claim No. 14410
Jameson Memorial Hospital, PA

Batch # 15

14410

Exhibit 2

March ____, 2003

RE: In re Bankruptcy claims for asbestos-containing products

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.,-Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:
Jameson Memorial Hospital
1211 Wilmington Ave
New Castle, PA 16105

Contact Person: Rachel Verdi
Phone Number: 724-656-4089
Fax Number: 724-656-4180
E-Mail Address: rverdi@jamesonhealthsystem.com

ACKNOWLEDGED AND AGREED:

By: _____
Name: