IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*[1], | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 15209, 15210 and 15421 |
| | ) | |
| | ) | Hearing Date: July 23, 2007 @ 2:00 p.m. |
| | ) | Objection Deadline: July 6, 2007 |

ORDER GRANTING THE
MOTION TO SUPPLEMENT RECORD
REGARDING MOTION TO ALTER OR AMEND
THE COURT'S ORDER AND MEMORANDUM
OPINION DISALLOWING AND EXPUNGING 71
CLAIMS ENTERED ON APRIL 17, 2007

Upon consideration of the above-referenced motion to supplement (the "Motion") of

Speights & Runyan claimants Bayshore Community Hospital, Claim No. 6901, Children's

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

070702181311.DOC

Hospital of Pittsburgh of UPMC Health System, Claim No. 10962, and Jameson Memorial Hospital, Claim No. 14410 (the "Moving Claimants"); and this Court having jurisdiction over this matter under 28 U.S.C. § 1334; and notice of the Motion having found to be sufficient and proper; and the Motion having been found to be well founded in fact and law and good cause appearing therefore; and any objections to the Motion having been considered and overruled; and after a hearing and considering the evidence and the arguments of the parties, it is hereby ORDERED and DECREED:

1. The Motion is hereby GRANTED.

2. The record as to the Movants' Motion to Alter or Amend (D.I. 15421) is supplemented to include the Declaration of Susan T. Murdaugh attached as Exhibit "1" to the Motion.

SO ORDERED THIS _____ DAY OF _____, 2007

                                                                          _____
                                                                          The Honorable Judith K. Fitzgerald
                                                                          United States Bankruptcy Court Judge