# EXHIBIT 2

## for WR Grace

Total number of parties: 4

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25059 | (GEORGIA DEPARTMENT OF REVENUE), OSCAR B FEARS, III, ASSISTANT ATTORNEY GENERAL, 40 CAPITOL SQUARE, S W, ATLANTA, GA, 30334 | US Mail (1st Class) |
| 25059 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |
| 25059 | STATE OF GEORGIA, DEPARTMENT OF REVENUE, P.O. BOX 161108, ATLANTA, GA, 30321USA | US Mail (1st Class) |
| 25059 | STATE OF NEW YORK, DEPT OF TAXATION & FINANCE, ELAINE Z COLE & BARBARA G BILLET ES, 340 E MAIN ST, ROCHESTER, NY, 14604 | US Mail (1st Class) |

Subtotal for this group: 4