# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )    Chapter 11
                                          )
W. R. GRACE & CO., et al.,                )    Case No. 01-01139 (JKF)
                                          )    (Jointly Administered)
        Debtors.                          )
                                               Related to Docket Nos. 9315, 15625
                                               and 15988 , 16139

## ORDER DISALLOWING AND EXPUNGING
## PROPERTY DAMAGE CLAIMS, NOS. 11039, 11683, 12309, 12314, 12348,
## 12395, 12525, 12526, 12527, 12528, 12530, 12531, 12532

AND NOW, this 26th day of June, 2007, it is ORDERED, ADJUDGED and DECREED

that claim numbers 11039 (Fort Smith Convention Center); 11683 (Hamilton District School

Board), 12309 (Toronto District School Board), 12314 (Toronto District School Board), 12348

(Calgary Board of Education), 12395 (Carleton University), 12525 (Hudson's Bay Co.), 12526

(Hudson's Bay Co.), 12527 (Hudson's Bay Co.), 12528 (Hudson's Bay Co.), 12530 (Hudson's

Bay Co.), 12531 (Hudson's Bay Co.), and 12532 (Hudson's Bay Co.) are hereby disallowed and

expunged.

*Judith K. Fitzgerald*

Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:128920.1