# EXHIBIT 2

# for WR Grace

**Total number of parties: 18**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25060 | CALGARY BOARD OF EDUCATION, COLONEL IRVINE JR.HIGH 412-NORTHLAND DR.NW, CALGARY, AB, T2K3H6CANADA | US Mail (1st Class) |
| 25060 | CARLETON UNIVERSITY, 1125 COLONEL BY DRIVE, OTTAWA, ON, K1S5B6CANADA | US Mail (1st Class) |
| 25060 | FORT SMITH CONVENTION CTR & CIVIC AUDITO, C/O AMANDA G STEINMEYER, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 25060 | HAMILTON DISTRICT SCHOOL BOARD, 700 MAIN STREET WEST, HAMILTON, ON, L8S1A5CANADA | US Mail (1st Class) |
| 25060 | HUDSON BAY COMPANY, 450 PORTAGE AVENUE, WINNIPEG, MB, R3C0E7CANADA | US Mail (1st Class) |
| 25060 | HUDSON'S BAY COMPANY, 100 BAYSHORE DRIVE UNIT 10- ZELLERS STORE 17, OTTAWA, ON, K2B8C1CANADA | US Mail (1st Class) |
| 25060 | HUDSON'S BAY COMPANY, 100 BAYSHORE DRIVE, OTTAWA, ON, K2B8C1CANADA | US Mail (1st Class) |
| 25060 | HUDSON'S BAY COMPANY, 100 ANDERSON ROAD SOUTH EAST, CALGARY, AB, T2J3V1CANADA | US Mail (1st Class) |
| 25060 | HUDSON'S BAY COMPANY, 32900 SOUTH FRASER WAY, ABOTSFORD, BC, V2C5A1CANADA | US Mail (1st Class) |
| 25060 | HUDSON'S BAY COMPANY, 3625 SHAGANAPPI TRAIL NORTH WEST, CALGARY, AB, T3A0E6CANADA | US Mail (1st Class) |
| 25060 | SPEIGHTS, DANIEL A, (RE: CALGARY BOARD OF EDUCATION), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 25060 | SPEIGHTS, DANIEL A, (RE: CARLETON UNIVERSITY), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 25060 | SPEIGHTS, DANIEL A, (RE: TORONTO DISTRICT SCHOOL BOARD), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 25060 | SPEIGHTS, DANIEL A, (RE: HUDSON BAY COMPANY), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 25060 | SPEIGHTS, DANIEL A, (RE: HAMILTON DISTRICT SCHOOL BOARD), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 25060 | SPEIGHTS, DANIEL A, (RE: HUDSON'S BAY COMPANY), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 25060 | STEINMEYER, AMANDA G, (RE: FORT SMITH CONVENTION CTR & CIVIC AUDITO), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 25060 | TORONTO DISTRICT SCHOOL BOARD, 401 ALLIANCE AVENUE, TORONTO, ON, M6N2J1CANADA | US Mail (1st Class) |

**Subtotal for this group: 18**