IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**AGREED MOTION OF THE DEBTORS AND CONGOLEUM CORPORATION
FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER**

The Debtors, together with the Congoleum Corporation ("Congoleum") respectfully request that this Court enter the attached stipulation and protective order ("Protective Order") agreed upon by W.R. Grace & Co. and subpoena recipient Congoleum. The Protective Order limits the use of the documents and electronic datasets that will be produced by Congoleum pursuant to Grace's April 13, 2007 subpoena for use by the parties to the asbestos personal injury estimation proceeding, their counsel, consultants and experts in connection with the above-captioned bankruptcy case (collectively, the "Parties").

### Background

1. On April 13, 2007, the Clerk of the United States Bankruptcy Court for the District of Delaware issued a subpoena pursuant to Federal Rule of Civil Procedure 45 that was served upon Congoleum on April 18, 2007. The subpoena sought the production of documents, materials and items that are relevant to the bankruptcy *See* 4/13/07 Subpoena (attached as Ex. A).

2

2. No formal objections or motions to quash have been filed with any court regarding the subpoena. Moreover, no informal objections have been brought to Grace's attention.

### Basis for Relief

3. Federal Rule of Civil Procedure 45(c) authorizes a court to enter an appropriate protective order governing the production of documents in response to a subpoena. *See Pearson v. Miller*, 211 F.3d 57, 65 (3d Cir. 2000). Such a protective order may guard against intrusions into legitimate interests, including confidentiality interests. *See id.*

4. Accordingly, Grace and Congoleum agree that a Protective Order in the form attached hereto is appropriate and that this Protective Order will sufficiently protect the confidential information contained in the electronic datasets maintained by Congoleum and subject to production pursuant to the subpoena. The Protective Order will bind all Parties to the asbestos personal injury estimation, their counsel, consultants, and experts.

### Conclusion

For the above referenced reasons, Grace hereby respectfully requests that the Protective Order attached to this motion and submitted by Grace consistent with its agreement with Congoleum be entered in order to facilitate Congoleum's non-party subpoena production

and to protect Congoleum's confidential information.

Date:   July 3, 2007

    KIRKLAND & ELLIS LLP
    David M. Bernick, P.C.
    Janet S. Baer
    Ellen Therese Ahern
    Salvatore F. Bianca
    200 East Randolph Drive
    Chicago, Illinois  60601
    (312) 861-2000

    KIRKLAND & ELLIS LLP
    Barbara M. Harding
    David Mendelson
    Amanda C. Basta
    Brian T. Stansbury
    655 Fifteenth Street, NW
    Washington, D.C.  20005
    Telephone:  (202) 879-5000
    Facsimile:  (202) 879-5200

    *and*

    PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

    */s/ Curtis A. Hehn*
    Laura Davis Jones (Bar No. 2436)
    James E. O'Neil (Bar No. 4042)
    Timothy P. Cairns (Bar No. 4228)
    Curtis A. Hehn (Bar No. 4264)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE  19899-8705
    (302) 652-4100

    Co-Counsel for the Debtors and Debtors in Possession