THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 2nd day of July, 2007, a true and correct copy of the *W. R. Grace & Co.'s Answer and Objections to the Official Committee of Asbestos Personal Injury Claimants' Supplemental (June 1, 2007) Set of Interrogatories and Requests for Production of Documents Directed to the Debtors* was served on the individuals listed on the letter attached hereto as Exhibit A in the manner indicated therein.

Dated: July 3, 2007

KIRKLAND & ELLIS LLP
David M. Bernick
Scott McMillin
Ellen Therese Ahern
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000
Facsimile:   (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David E. Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200

91100-001\DOCS_DE:128827.1

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Curtis A. Hehn (Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2