# EXHIBIT A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 655 Fifteenth Street, N.W. |  |
|---|---|---|
| David E. Mendelson | Washington, D.C. 20005 |  |
| To Call Writer Directly: |  |  |
| 202 879-5167 | (202) 879-5000 | Facsimile: |
| dmendelson@kirkland.com |  | (202) 879-5200 |
|  | www.kirkland.com |  |

July 2, 2007

**Via Electronic Mail &
First Class U. S. Mail**

Nathan D. Finch
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C. 20005

      Re:    W.R. Grace & Co.

Dear Mr. Finch:

      Attached please find W.R. Grace & Co.'s Answer And Objections To The Official Committee Of Asbestos Personal Injury Claimants' Supplemental (June 1, 2007) Set of Interrogatories And Requests For Production Of Documents Directed To The Debtors. The certification for the interrogatories will follow under separate cover.

      Sincerely,

      David E. Mendelson

Enc.

cc:    Kenneth Pasquale, Esp. (w/enc.)
      Matthew Kramer, Esq. (w/enc.)
      Gary Becker, Esq. (w/enc.)
      Raymond Mullady, Jr., Esq. (w/enc.)
      Daniel Cohn, Esq. (w/enc.)