IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | **Re: Docket No. 15078** |

## CERTIFICATION OF COUNSEL REGARDING
## SECOND NEWLY AMENDED CASE MANAGEMENT ORDER
## FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

      1.     As a result of various discussions among the parties and directions from the Court at the June 26, 2007 hearing, the parties to the Asbestos Personal Injury Estimation Proceeding have negotiated the form a second newly amended case management order to govern these proceedings.

      2.     Attached hereto as <u>Exhibit A</u> is the proposed form of Second Newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (the "Amended CMO") to which the parties have agreed.

      3.     The only remaining blank in the Amended CMO (which is on the second page) is the deadline by which the parties are to submit pre-trial binders and related pretrial materials to the Court. The parties request the Court set that date in entering the Amended CMO.

4.    The parties respectfully request the immediate entry of the attached

Amended CMO and are available if the Court has any questions or comments.

Dated:  July 3, 2007

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601-6636
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David Mendelson
Amanda Basta
655 Fifteenth Street, N.W.
Washington, DC  20005-5793
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

*and*

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB, LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession