**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Case No. 01-1139 (JKF) |
| | ) | |
| W. R. GRACE & CO., *et al.,* | ) | Chapter 11 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | Re: Docket Nos. 16176 and _____ |
| | ) | |
| | ) | |

**<u>ORDER DENYING DEBTORS' MOTION TO SHORTEN NOTICE</u>**

The Court, having considered the pleadings and being otherwise fully advised with respect to the Debtors' Motion for Leave from Scheduling Order and to Shorten Notice Period of Motions to Compel Asbestos Trusts [D.I. 16176] and the Celotex Asbestos Settlement Trusts' opposition thereto [D.I. TBD]; and after due deliberation and good case having been shown therefor; it is hereby

ORDERED that the Debtors' Motion to Shorten is DENIED; and it is further

ORDERED that a telephonic hearing on this matter shall be scheduled for _____, 2007 at _____ a.m./p.m. (ET).


_____
The Honorable Judith K. Fitzgerald

Dated: July _____, 2007