IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: August 2, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S SIXTY-EIGHTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2007 THROUGH MAY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/415194

# EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 2, 2007

Bill Number 06690
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through May 31, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/01/07 | RAM | Read selected documents filed in bankruptcy court. | 1.10 Hrs | $302.50 |
| 05/07/07 | MTM | Receipt and review of email from in-house counsel re: ZAI discovery (.1); respond to same (.2); receipt and review of various ZAI discovery requests at issue (.5); conference call with in-house counsel and Reed Smith counsel re: same (.4). | 1.20 Hrs | $288.00 |
| 05/10/07 | RAM | Telephone conference with in-house counsel re: extent to which we can recreate access plaintiffs' attorney had to repository and re: other matters (.2); conference with MTM re: same (.5). | 0.70 Hrs | $192.50 |
| 05/10/07 | MTM | Conference with RAM re: production questions from in-house counsel. | 0.50 Hrs | $120.00 |
| 05/10/07 | ARA | Document control (.5). Per MTM's request, produce product binder to RAM (.2). | 0.70 Hrs | $70.00 |
| 05/11/07 | RAM | Review product binders for application instructions; conference with DBM re: same (.3). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.50 Hrs | $137.50 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/11/07 | MTM | Receipt and review of email from K&E criminal defense counsel re: Libby photos (.1); conference with ARA re: same (.2). | 0.30 Hrs | $72.00 |
| 05/11/07 | ARA | Search for and locate product binders per MTM's request and produce binders to RAM (2.2). Per MTM, review Libby Common Exhibits for photographs (.6); discussion with MTM re: same (.2). | 3.00 Hrs | $300.00 |
| 05/14/07 | RAM | Read product brochures re: application instructions (.3). Read notice from MDL Clerk re: transfer of cases from District of Mass. to MDL; send Notice to in-house counsel (.1). | 0.40 Hrs | $110.00 |
| 05/14/07 | ARA | Produce Libby Common Exhibits to MTM (.2); return Exhibits to the repository (.8). | 1.00 Hrs | $100.00 |
| 05/16/07 | MTM | Telephone call from K&E counsel re: discs provided to PI Creditors' Committee (.2); search for copy of same to send to him (.6); letter to K&E counsel re: same (.1). | 0.90 Hrs | $216.00 |
| 05/17/07 | MTM | Email from in-house counsel re: Libby personnel file (.1); review indices and telephone call to ARA re: same (.1); work on gathering all discovery produced to ZAI plaintiffs per request of in-house counsel (3.8); letter to Reed Smith counsel re: same (.3); telephone call from in-house counsel re: Canadian asbestos products sales records re: Speights property PD claims (.2). | 4.50 Hrs | $1,080.00 |
| 05/17/07 | ARA | Telephone call from MTM to discuss past production files and Libby personnel files (.5). Search for and review deposition transcripts that K&E paralegal requested (6.5); arrange for transcripts to be copied (.5). | 7.50 Hrs | $750.00 |
| 05/18/07 | RAM | Conference with MTM re: discovery responses in Lindholm (.1); review notes and memos re: same (.2). | 0.30 Hrs | $82.50 |
| 05/18/07 | MTM | Continue gathering all discovery produced in the ZAI cases (3.2); conference with ARA re: depositions requested by K&E (.3). | 3.50 Hrs | $840.00 |
| 05/18/07 | ARA | Telephone call to MB to confirm location of depositions requested by K&E paralegal (.3); telephone call to Merrill re: pick-up of deposition transcripts (.2); telephone call to MTM re: same (.3); email to K&E paralegal re: depositions she requested that we don't have (.6). Quality control and return Libby personnel file to production set (.3). | 1.70 Hrs | $170.00 |
| 05/20/07 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | $55.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/21/07 | MTM | Review deposition transcript copies requested by K&E paralegal (.1); telephone call to ARA and letter to K&E paralegal re: same (.1). | 0.20 Hrs | $48.00 |
| 05/21/07 | ARA | Receipt of originals/deposition transcripts from Merrill re: K&E paralegal's request (.4). Receive expert's documents from MB to return to the repository (.3). | 0.70 Hrs | $70.00 |
| 05/23/07 | RAM | Read selected documents filed in bankruptcy court (.9). Read updated bankruptcy court docket entries to select documents to read (.3). | 1.20 Hrs | $330.00 |
| 05/25/07 | RAM | Read selected documents filed in bankruptcy court (.4). Emails from/to MTM re: planned document review by criminal defense attorney (.1). | 0.50 Hrs | $137.50 |
| 05/25/07 | MTM | Receipt and respond to email from counsel for criminal defendant re: possible Winthrop Square production (.2); review my file from last year re: same (.4). | 0.60 Hrs | $144.00 |
| 05/29/07 | MTM | Telephone call from K&E counsel re: product binders (.2); review same at Winthrop Square (2.0); receipt and review of emails and spreadsheet from criminal defendant's counsel re: possible Winthrop Square production (.6); review Cambridge and Winthrop Square inventories re: same (.8). | 3.60 Hrs | $864.00 |
| 05/30/07 | RAM | Telephone call to in-house counsel re: product binders and history of document reviews by plaintiffs; leave message. | 0.05 Hrs | No charge |
| 05/30/07 | MTM | Telephone call from criminal defendant's counsel re: Winthrop Square trip (.2); review inventories re: same (.8). | 1.00 Hrs | $240.00 |
| 05/31/07 | MTM | Telephone call from K&E counsel re: product binders and possible use by experts. | 0.20 Hrs | $48.00 |
| | | TOTAL LEGAL SERVICES | | $6,767.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.90 Hrs | 275/hr | $1,347.50 |
| ROBERT A. MURPHY | 0.05 Hrs | 275/hr | No charge |
| MATTHEW T. MURPHY | 16.50 Hrs | 240/hr | $3,960.00 |
| ANGELA R. ANDERSON | 14.60 Hrs | 100/hr | $1,460.00 |

Mark A. Shelnitz

|  |  |
|---|---|
| 36.05 Hrs | $6,767.50 |

| | |
|---|---|
| TOTAL THIS BILL | $6,767.50 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 2, 2007

Bill Number 06691
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through May 31, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/02/07 | RAM | Work on March fee application. | 0.30 Hrs | $82.50 |
| 05/04/07 | RAM | Review final draft of March fee application. Have it sent to in-house counsels to review. | 0.10 Hrs | $27.50 |
| 05/11/07 | RAM | Work on quarterly fee application (.4). Telephone conference with Delaware counsel to check on filing of previous quarterly fee application (.1). Send March and quarterly fee applications to Delaware counsel to file (.1). | 0.60 Hrs | $165.00 |
| 05/14/07 | RAM | Telephone call from and telephone conference with Delaware counsel re: when previous quarterly fee application was filed. | 0.10 Hrs | $27.50 |
| 05/26/07 | RAM | Work on April fee application. | 0.50 Hrs | $137.50 |
| 05/30/07 | RAM | Work on April fee application. Emails from/to fee auditor. | 0.10 Hrs | $27.50 |
| | | TOTAL LEGAL SERVICES | | $467.50 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.70 Hrs | 275/hr | $467.50 |
| | 1.70 Hrs | | $467.50 |
| | | TOTAL THIS BILL | $467.50 |

# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 2, 2007

Bill Number  06692
File Number  0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through May 31, 2007

EXCESS POSTAGE                                                                                       $6.08

FEDERAL EXPRESS

| 05/02/07 | To 5400 Broken Sound Blvd., W R Grace, Valerie Perez from Casner & Edwards on 04/13/07 by RAM. | 50.40 |

                                                                                                    $50.40

PHOTOCOPYING

| 05/14/07 | 17 copies at .10 per copy  | 1.70  |
| 05/17/07 | 136 copies at .10 per copy | 13.60 |
| 05/21/07 | 33 copies at .10 per copy  | 3.30  |

                                                                                                    $18.60

TELEPHONE

| 05/29/07 | 329 | 2028795167 | 0.44 |
| 05/31/07 | 329 | 2028795167 | 0.55 |

                                                                                                    $0.99

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through May 31, 2007

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 05/03/07 | Rent and utilities for document repository at One Winthrop Square - MAY 2007. | 12,287.96 | |
| | | | $12,287.96 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 05/08/07 | RECORDKEEPER ARCHIVE-Storage from 4/01/07 to 4/30/07 | 458.90 | |
| | | | $458.90 |
| | | TOTAL DISBURSEMENTS | $12,822.93 |
| | | TOTAL THIS BILL | $12,822.93 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 2, 2007

Bill Number 06693
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through May 31, 2007

**FEDERAL EXPRESS**

| | | |
|---|---|---|
| 05/02/07 | To 919 North Market St., Pachulski Stang Ziehl Young, Patricia Cuniff from Casner and Edwards on 04/06/07 by RAM. | 14.45 |
| | | $14.45 |
| | TOTAL DISBURSEMENTS | $14.45 |
| | TOTAL THIS BILL | $14.45 |

Page 1