IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: July 26, 2007 |
| | | Hearing Deadline: to be scheduled, if necessary |

FEE DETAIL FOR OGILVY RENAULT LLP'S FIFTH MONTHLY FEE
APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR
THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM MAY 1, 2007 THROUGH MAY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1285561\2



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

Client:     W.R. GRACE & CO.                              June 11, 2007
RE:         Litigation and litigation consulting           INVOICE: 719821
Matter No.: 01016442-0006

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:  Richard Finke
            Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending May 31, 2007

| | |
|---|---:|
| FEES | $18,103.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 127.54 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $18,230.54 |

Canadian Funds

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                          01016442-0006

RE:  Litigation and litigation consulting

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| P. Adams | 0.8 | $128.00 |
| K. Whibley | 2.4 | $516.00 |
| J. Caplan | 6.5 | $1,592.50 |
| A. Kuntz | 3.4 | $1,037.00 |
| J. Stam | 2.7 | $1,255.50 |
| I.A. Ness | 0.3 | $195.00 |
| D.C. Tay | 13.6 | $11,900.00 |
| T. Walsh | 2.9 | $1,479.00 |
| Total | 32.60 | $18,103.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/5/07 | Allison Kuntz | Exchanged voicemail messages with J. Znack at the Winnipeg facility regarding attending the facility on June 4, 2007 to review documents (0.3); e-mail exchange with T. Walsh regarding same (0.2). | 0.50 | $152.50 |
| 1/5/07 | Teresa Walsh | Finalizing index and documents to be provided to R. Finke in respect of document review conducted at Ajax office and Whitby storage facility. | 1.00 | $510.00 |
| 1/5/07 | Derrick C. Tay | Reviewing Judge Fitzgerald's decision in preparation for conference call (2.0); meeting with J. Stam and O. Pasparakis to discuss Canadian implications and potential Canadian litigation (0.5); participating in conference call with U.S. lawyers and Grace (2.0); following up on items discussed in call (1.0). | 5.50 | $4,812.50 |
| 1/5/07 | Ian A. Ness | Discussion with D. Tay and T. Walsh regarding litigation matters. | 0.30 | $195.00 |
| 1/5/07 | Jennifer Stam | Reviewing ZAI discovery request documents (1.00); internal meeting to discuss same (0.70); conference call regarding same (1.00). | 2.70 | $1,255.50 |
| 2/5/07 | Teresa Walsh | Conference with A. Kuntz regarding documents to be sent to R. Finke and upcoming document review in Winnipeg. | 0.30 | $153.00 |

INVOICE: 719821



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/5/07 | Derrick C. Tay | Reviewing papers served in Delaware proceedings. | 1.00 | $875.00 |
| 3/5/07 | Derrick C. Tay | Reviewing papers served by Delaware counsel. | 1.00 | $875.00 |
| 4/5/07 | Derrick C. Tay | Reviewing and revising letter and enclosures to R. Finke. | 1.00 | $875.00 |
| 8/5/07 | Derrick C. Tay | Following up on Delaware hearing and ZAI status conference (0.2); following up on preparation of responses for potential Canadian motion (0.5). | 0.70 | $612.50 |
| 9/5/07 | Karen Whibley | Email from and telephone conference with Debbie (0.1); locating audit inquiry letters (0.1); arranging for return to S. Hasham (0.1). | 0.30 | $64.50 |
| 14/5/07 | Derrick C. Tay | Reviewing report from J. Baer regarding ZAI plaintiffs (0.2); considering strategic implications and possibilities of same (0.7). | 0.90 | $787.50 |
| 17/5/07 | Derrick C. Tay | Reviewing documents from R. Finke and considering impact on Canadian proceedings. | 1.00 | $875.00 |
| 18/5/07 | Allison Kuntz | Travel arrangements for document review in Winnipeg. | 0.50 | $152.50 |
| 18/5/07 | Teresa Walsh | Review of information provided by client regarding medical problems associated with secondary exposure to asbestos (0.3); consideration of issues for upcoming document review in Winnipeg (0.3). | 0.60 | $306.00 |
| 24/5/07 | Allison Kuntz | Reviewed voicemail messages from T. Walsh regarding development of database for property damage claims and review of documents (0.3); discussion with K. Whibley and e-mail to T. Walsh with respect to same (1.0). | 1.30 | $396.50 |
| 25/5/07 | Allison Kuntz | E-mail to T. Walsh regarding property damage claims database and document review. | 0.30 | $91.50 |
| 25/5/07 | Penny Adams | Correspondence with Manitoba counsel. | 0.30 | $48.00 |
| 28/5/07 | Teresa Walsh | Conference with A. Kuntz regarding next week's document review in Winnipeg. | 0.10 | $51.00 |

INVOICE: 719821



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                    01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 28/5/07 | Derrick C. Tay | Checking on status of document review (0.3); considering further tactical responses for threatened motion by representative counsel (1.0); communications with Kirkland & Ellis (0.2). | 1.50 | $1,312.50 |
| 28/5/07 | Jessica Caplan | File review. | 0.50 | $122.50 |
| 29/5/07 | Jessica Caplan | Reviewing orders, affidavits and significant reports. | 3.50 | $857.50 |
| 29/5/07 | Teresa Walsh | Various communications with A. Kuntz and P. Adams regarding document review (0.3); telephone conference with I. Ness regarding status of Chapter 11 proceedings (0.1); email to R. Finke regarding Canadian property damage claims (0.1). | 0.50 | $255.00 |
| 29/5/07 | Derrick C. Tay | Reviewing documents served by Delaware counsel (0.5); considering Canadian items and implications of same (0.5). | 1.00 | $875.00 |
| 29/5/07 | Allison Kuntz | Discussion with T. Walsh and K. Whibley regarding status of document review and outsourcing of the documents for creation of a database. | 0.80 | $244.00 |
| 29/5/07 | Karen Whibley | Conference with A. Kuntz regarding status of documents. | 0.30 | $64.50 |
| 30/5/07 | Karen Whibley | Emails to and from Platinum Legal Group Inc. (0.2); organizing 27 boxes for pick up by Platinum Legal Group Inc. (1.5); telephone conference with A. Buchan of Platinum Legal Group Inc. (0.1). | 1.80 | $387.00 |
| 30/5/07 | Penny Adams | Memo to Ms. Caplan regarding the quarterly Information Officer's Reports. | 0.50 | $80.00 |
| 30/5/07 | Jessica Caplan | Reviewing recent Information Officer's Reports (1.5); correspondence with P. Adams and J. Stam regarding preparation of next report (0.5). | 2.00 | $490.00 |
| 31/5/07 | Jessica Caplan | Correspondence with T. Walsh regarding Information Officer's 23rd Report (0.2); reviewing Information Officer's 22nd Report (0.3). | 0.50 | $122.50 |

INVOICE: 719821



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                           01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 31/5/07 | Teresa Walsh | Follow-up with R. Finke regarding Canadian property damage claims (0.1); follow-up with J. Caplan regarding Information Officer's Report to court and update on same. (0.1) | 0.20 | $102.00 |
| 31/5/07 | Teresa Walsh | Follow up with R. Finke regarding Canadian property damage claims (0.1); follow up with P. Adams regarding document database (0.1). | 0.20 | $102.00 |
| | | **TOTAL FEES** | | **$18,103.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---:|
| Photocopies | 45.90 |
| Long distance calls | 3.12 |
| Courier service | 78.52 |
| | $127.54 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 1/5/07 | Teresa Walsh | Photocopies | 29.40 |
| 3/5/07 | Derrick C. Tay | Courier service Tracking Number: 689588749460. Date: 03052007. To: W.R. GRACE & CO. COLUMBIA MD. Client Matter: 01016442-0006, Litigation and litigation consulting. From: TkNo 16412, TORONTO, ON | 58.62 |
| 9/5/07 | Karen Whibley | Courier service - QA Courier - Inv 61439 | 19.90 |
| 9/5/07 | Derrick C. Tay | Photocopies | 14.50 |
| 9/5/07 | Derrick C. Tay | Photocopies | 2.00 |
| 29/5/07 | Teresa Walsh | Long distance calls 15613621533 | 0.81 |
| 30/5/07 | Allison Kuntz | Long distance calls 12047865681 | 0.69 |
| 31/5/07 | Teresa Walsh | Long distance calls 15613621533 | 1.62 |
| | | TOTAL | $127.54 |

INVOICE: 719821



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

Client: W.R. GRACE & CO.  
RE: Fee Applications, Applicant  
Matter No.: 01016442-0008

June 11, 2007  
INVOICE: 719822

GST: R111340006

W.R. GRACE & CO.  
7500 Grace Drive  
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke  
Senior Litigation Counsel

For professional services rendered and disbursements incurred for the period ending May 31, 2007

| | |
|---|---:|
| FEES | $3,750.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 169.44 |
| GST | 0.00 |
| **TOTAL FOR THIS INVOICE** | **$3,919.44** |

Please return a copy with payment to our address below.

Payable upon receipt

Bank Transfer  
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada  
Bank 003, Transit 00002, Acc. No. 106-030-0  
ABA # 021000021  
Swift Code # ROYCCAT2  
including invoice number on transfer order.

Suite 3800  
Royal Bank Plaza, South Tower  
200 Bay Street  
P.O. Box 84  
Toronto, Ontario  M5J 2Z4  
Canada

Telephone (416) 216-4000  
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                01016442-0008

RE:   Fee Applications, Applicant

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 1.8 | $918.00 |
| P. Adams | 17.7 | $2,832.00 |
| Total | 19.50 | $3,750.00 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/5/07 | Penny Adams | Drafting the third monthly fee application (0.80); reviewing and revising same (0.2). | 1.00 | $160.00 |
| 2/5/07 | Penny Adams | Reviewing and revising the third monthly fee application (0.70); drafting the quarterly application (0.50); reviewing and revising same (0.30). | 1.50 | $240.00 |
| 3/5/07 | Penny Adams | Reviewing and revising the third monthly application (1.00); reviewing and revising the quarterly fee application (1.30); correspondence with Kirkland & Ellis LLP regarding same (0.20). | 2.50 | $400.00 |
| 8/5/07 | Penny Adams | Reviewing and revising fee application materials (1.90); meeting with Ms. Walsh regarding same (0.10). | 2.00 | $320.00 |
| 8/5/07 | Teresa Walsh | Reviewing and revising corrected second monthly fee application, third monthly fee application and first quarterly interim application (1.0); preparing notes and memo to P. Adams regarding applications (0.3). | 1.30 | $663.00 |
| 9/5/07 | Penny Adams | Reviewing and revising fee applications (1.0); discussions with Ms. Walsh regarding same (0.20). | 1.20 | $192.00 |
| 10/5/07 | Penny Adams | Reviewing and revising fee application (1.50); correspondence with fee auditor, Ms. Cuniff, and others regarding same (0.50). | 2.00 | $320.00 |
| 11/5/07 | Penny Adams | Reviewing and revising quarterly application (1.50); drafting fourth monthly fee application (0.50). | 2.00 | $320.00 |

INVOICE: 719822



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.  01016442-0008

RE: **Fee Applications, Applicant**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 15/5/07 | Teresa Walsh | Review and revisions to Quarterly Report for payment of fees and disbursements. | 0.20 | $102.00 |
| 15/5/07 | Penny Adams | Telephone call to Ms. Cuniff regarding interim quarterly application (0.20); telephone call with fee auditor regarding quarterly application matters (0.30); reviewing and revising quarterly application (2.0); meeting with Ms. Walsh (0.20); correspondence with several parties regarding quarterly application (0.8). | 3.50 | $560.00 |
| 16/5/07 | Penny Adams | Letter to Ms. Cuniff regarding quarterly fee application (0.20); correspondence and discussions regarding same (0.10). | 0.30 | $48.00 |
| 20/5/07 | Penny Adams | Letter to P. Cuniff regarding fourth monthly fee application (0.25); reviewing and revising fourth monthly fee application (0.25). | 0.50 | $80.00 |
| 22/5/07 | Penny Adams | Correspondence regarding first monthly fee application issues. | 0.20 | $32.00 |
| 24/5/07 | Penny Adams | Telephone call with Ms. Bossay regarding monthly and quarterly applications (0.30); instructions to accounting department regarding expenses (0.30); dealing with issues related to same (0.40). | 1.00 | $160.00 |
| 28/5/07 | Teresa Walsh | Telephone conversation with P. Adams regarding her recent communications with fee auditor and changes needed to be made to our applications for approval of fees. | 0.30 | $153.00 |
| | | **TOTAL FEES** | | **$3,750.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Photocopies | 58.40 |
| Long distance calls | 19.26 |
| Courier service | 91.78 |
| | $169.44 |

INVOICE: 719822



W.R. GRACE & CO.  01016442-0008

RE: Fee Applications, Applicant

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 20/4/07 | Penny Adams | Courier service Tracking Number: 689588748544. Date: 20042007. To: PACHULSKISTANGZIEHLYOUNGJONES& WILMINGTON DE. Client Matter: 01016442-0008, Fee Applications, Applicant. From: TkNo , TORONTO, ON | 25.96 |
| 7/5/07 | Penny Adams | Photocopies | 30.60 |
| 10/5/07 | Derrick C. Tay | Courier service Tracking Number: 689588749919. Date: 10052007. To: PACHILSKI STANG ZIEL YOUNG JON WILMINGTON DE. Client Matter: 01016442-0008, Fee Applications, Applicant. From: TkNo 17133, TORONTO, ON | 26.20 |
| 15/5/07 | Penny Adams | Long distance calls 12146983868 | 12.15 |
| 15/5/07 | Penny Adams | Long distance calls 13027786442 | 3.06 |
| 16/5/07 | Derrick C. Tay | Courier service Tracking Number: 689588750198. Date: 16052007. To: PACHULSKI STANG ZIEHL YOUNG JO WILMINGTON DE. Client Matter: 01016442-0008, Fee Applications, Applicant. From: TkNo 17133, TORONTO, ON | 39.62 |
| 16/5/07 | Penny Adams | Photocopies | 11.10 |
| 24/5/07 | Penny Adams | Photocopies | 16.70 |
| 24/5/07 | Penny Adams | Long distance calls 12146983868 | 4.05 |
| | | TOTAL | $169.44 |

INVOICE: 719822