IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co. *et al.*                     Bankruptcy No. 01-1139-JKF
    Debtor(s)

                                                    Chapter 11

**Related to Dkt. No. 16176, Debtors' Motion to For Leave from Scheduling Order to Shorten Notice Period of Motions to Compel Asbestos Trusts. *Regarding* Dkt. No. 16175, Motion to Compel the Celotex Asbestos Settlement Trust to Produce Documents and Appear for Deposition; Dkt. No. 16174, Motion to Compel the DII Industries, LLC, Asbestos PI Trust to Produce Documents and Appear for Deposition.**

**ORDER SETTING RESPONSE AND REPLIES DATES WITH RESPECT TO DEBTORS' MOTIONS TO COMPEL AT DOCKET NOS. 16174 AND 16175**

    AND NOW, this **6th** day of **July, 2007**, it is **ORDERED** that on or before **5:00 p.m. Eastern time** on **July 20, 2007**, responses to Debtors' motions to compel shall be filed and served.

    It is **FURTHER ORDERED** that on or before **5:00 p.m. Eastern time** on **July 27, 2007,** replies, limited to 5 pages, may be filed and served by Debtors and thereafter Debtors shall cause a binder to be delivered to Pittsburgh Chambers on the next business day, July 29, 2007. The binder shall contain the motions, responses, and replies at which time the Court will determine whether to rule on the pleadings or set a hearing.

    It is **FURTHER ORDERED** that Debtors shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

                                              */s/ Judith K. Fitzgerald*
                                              Judith K. Fitzgerald    rmab
                                              United States Bankruptcy Judge