IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 01-01139 (JKF) |
| | : | |
| W.R. GRACE & CO., et al., | : | Chapter 11 |
| | : | |
| Debtor | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

      **IT IS CERTIFIED** that on the <u>6th</u> day of July, 2007, the United States Trustee's Objection to Debtor's Motion For an Order (A) Approving the Agreements By and Between W. R. Grace & Co.-Conn. And Rhodia, Inc., (B) Authorizing the Sale of Certain Assets of W. R. Grace & Co.-Conn.'s Wash coat Business to Rhodia Inc. Free and Clear of all Liens, Claims Encumbrances and other Interests; (C) Authorizing the Assumption and Assignment to Rhodia Inc. Of Certain Executory Contracts and Unexpired Leases; (D) Approving a Potential Break-Up Fee; and (E) Granting Certain Related Relief, was caused to be served electronically and/or by placing copies thereof in the United States Mail, postage prepaid, addressed as follows:

Janet S. Baer, Esquire
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601

James E. O'Neill, Esquire
PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP
919 North Market Street
Seventeenth Floor
P. O. Box 8705
Wilmington, DE 19899-8705

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
DUANE MORRIS
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Michael B. Joseph, Esquire
FERRY & JOSEPH, P. A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
BILZIN, SUMBERG, DUNN, BAENA
PRICE & AXELROD
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

Peter Van L. Lockwood, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DE 20005

Mark T. Hurford, Esquire
CAMPBELL & LEVINE, LLC
800 North King Street
Suite 300
Wilmington, DE 19801

Gary Becker, Esquire
KRAMER LEVIN NAFTALIS &
FRANKEL, LLP
919 Third Avenue
New York, NY 10022

Randall M. Walters, Esquire
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215

Richard H. Wyron, Esquire
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
3050 "K" Street, N. W.
Suite 300
Washington, DE 20007

John C. Phillips, Jr., Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806

Teresa K.D. Currier, Esquire
BUCHANAN, INGERSOLL &
ROONEY, P.C.
1000 West Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19899-1397

BY:   _/s/ Nancy J. Miller_
      Nancy J. Miller
      Legal Clerk