## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | **Hearing Date: July 23, 2007 at 2:00 p.m.** |
| | ) | |

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE DEBTORS' OBJECTION TO THE NJDEP'S MOTION SEEKING ORDER TO FILE A LATE CLAIM

The Official Committee of Unsecured Creditors of W. R. Grace & Co., <u>et al</u> (the "Creditors' Committee"), by and through its undersigned counsel, submits this joinder to the Debtors' Objection to the Motion Filed by the New Jersey Department of Environmental Protection Seeking Order to File a Late Claim (the "Debtors' Objection") [Docket No. TBD]. For the reasons set forth and arguments made in the Debtors' Objection, the Creditors' Committee concurs with the Debtors' position that the Motion should be denied.

### <u>Conclusion</u>

For the reasons set forth and arguments made in the Debtors' Objection, the Creditors' Committee respectfully requests that this Court deny NJDEP's Motion and grant such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
      July 6, 2007

Respectfully submitted,

**STROOCK & STROOCK & LAVAN LLP**
Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006

-and-

**DUANE MORRIS LLP**


/s/ Richard W. Riley
Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
William S. Katchen
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:     (973) 424-2000
Facsimile:     (973) 424-2001

Counsel for the Official Committee of
Unsecured Creditors

DM3\539046.1