IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al. | ) (Jointly Administered) <br> ) |
| Debtors. | ) <br> ) **Re: Docket No. 15307** <br> ) **07/23/07 Agenda Item No. 10** <br> ) |

## APPENDIX OF EXHIBITS IN SUPPORT OF DEBTORS' OBJECTION TO THE NJDEP'S MOTION SEEKING PERMISSION TO FILE A LATE PROOF OF CLAIM

91100-001\DOCS_DE:128948.1