# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### DECLARATION OF SERVICE REGARDING:

1. Claims Bar Date Notice Materials
2. Grace Non-Asbestos Proof of Claim Form
3. W.R. Grace and Co. Asbestos Property Damage Proof of Claim Form
4. W.R. Grace and Co. Asbestos Medical Monitoring Proof of Claim Form

I, _____Craig A. Zink_____, state as follows:

1.    I am over eighteen years of age and I believe the statements contained herein are true

based on my personal knowledge. My business address is c/o R.R. Donnelley,

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    On June 21, 2002, at the direction of the United States Bankruptcy Court for the District of Delaware, I caused service of the following documents:

        a.    Bar Date Notice Package attached hereto as Exhibit 1;

        b.    Form 10 attached hereto as Exhibit 2;

        c.    PD Form attached hereto as Exhibit 3; and

        d.    MM Form attached hereto as Exhibit 4;

to be effected as follows:

        a.    Exhibit 1 was served on those parties listed in Exhibit 5;

        b.    Exhibit 2 was served on those parties listed in Exhibit 6; and

        c.    Exhibits 1, 2, 3 and 4 were served on those parties listed in Exhibit 7.

3.    All address lists were provided by Bankruptcy Management Corporation. Service was effected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June _7 7_ , 2002
El Segundo, California

_Craig A. Zink_

State of California      )
                    ) ss
County of Los Angeles  )

Personally appeared before me on this _27 th_ day of June 2002, _Craig Zink_ , an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.



_Theresa M. Taylor_

Notarial Seal
Theresa M. Taylor, Notary Public
East Lampeter Twp., Lancaster County
My Commission Expires Dec. 6, 2003
Member, Pennsylvania Association of Notaries

## Exhibit 6
## Bar Date Notice & Non-Asbestos POC

NEW HORIZONS COMPUTER LEARNING CTR
7480 MIRAMAR ROAD  SUITE 202
SAN DIEGO, CA  92126
USA

NEW HORIZONS COMPUTER LEARNING CTR
P O LOCKBOX 931814
ATLANTA, GA  31193
USA

NEW HORIZONS COMPUTER LEARNING
2600 THOUSAND OAKS BLVD
MEMPHIS, TN  38118
USA

NEW HORIZONS COMPUTER LEARNING
2851 S PARKER ROAD #1300
AURORA, CO  80014-2734
USA

NEW HORIZONS COMPUTER LEARNING
601 BEACON PARKWAY WEST SUITE 106
BIRMINGHAM, AL  35209
USA

NEW HORIZONS DIAGNOSTICS CORP.
11301 BUCKLEBERRY PATH
COLUMBIA, MD  21044

NEW HORIZONS LANDSCAPING
PO BOX 338
FANWOOD, NJ  07023
USA

NEW HORIZONS
1231 E. DYER ROAD SUITE 140
SANTA ANA, CA  92705-5643
USA

NEW HORIZONS
14115 FARMINGTON ROAD
LIVONIA, MI  48154
USA

NEW HORIZONS
33 VILLA RD
GREENVILLE, SC  29615
USA

NEW HORIZONS
4660 N UNIVERSITY DR
FORT LAUDERDALE, FL  33351
USA

NEW HORIZONS
P O BOX 891554
DALLAS, TX  75389-1554
USA

NEW HORIZONS
P.O. BOX 23346
CHATTANOOGA, TN  37422-3346
US

NEW HOUSE ROYAL ATHLETIC CENTER
1910 EAST CAMPUS DRIVE
AUSTIN, TX  78705

NEW INTERSTATE CONCRETE SOUTH
3700 N. 13TH STREET
TERRE HAUTE, IN  47805
USA

NEW INTERSTATE CONCRETE
2213 MARGARET AVE
TERRE HAUTE, IN  47802
USA

NEW INTERSTATE CONCRETE
2213 MARGARET AVENUE
TERRE HAUTE, IN  47802
USA

NEW INTERSTATE CONCRETE
2223 E MARGARET DRIVE
TERRE HAUTE, IN  47802
USA

NEW INTERSTATE CONCRETE
PORTABLE PLANT, VARIOUS LOCATIONS
TERRE HAUTE, IN  47802
USA

NEW ISLE HOSPITAL
4295 HEMSTEAD TURNPIKE
BETHPAGE, NY  11714

NEW JERSEY CONCRETE &
1230 PARKWAY AVE STE 101
WEST TRENTON, NJ  08628

NEW JERSEY DEPT OF ENV PROTECTION
401 EAST STATE STREET
P. O. BOX 433
TRENTON, NJ  08625
USA

NEW JERSEY DEPT OF ENV PROTECTION
DIV OF RESPONSIBLE PARTY SITE REMED
401 EAST STATE STREET CN 028
TRENTON, NJ  08625-0028
USA

NEW JERSEY DEPT OF ENV PROTECTION
DIVISION OF SITE REMEDIATION
2 BABCOCK PLACE
WEST ORANGE, NJ  07052
USA

NEW JERSEY DEPT OF ENV PROTECTION
SOUTHERN AIR PROGRAM
2 RIVERSIDE DRIVE SUITE 201
CAMDEN, NJ  08103
USA

NEW JERSEY DEPT OF ENVIRONMENTAL
PROTECTION
401 E STATE STREET, PO BOX 402
TRENTON, NJ  08625-0402

NEW JERSEY DEPT OF ENVIRONMENTAL
BUREAU OF FUND MANAGEMENT
COMPLIANCE & RECOVERY
22 SOUTH CLINTON AVENUE
TRENTON, NJ  08625
USA

NEW JERSEY DEPT OF STATE BUILDING
225 WEST STATE STREET
TRENTON, NJ  08638
USA

NEW JERSEY DIV OF MOTOR VEHICLES
CN 008
TRENTON, NJ  08666-0008
USA

NEW JERSEY ECONOMIC DEVELOPMENT
22 SOUTH CLINTIN AVE
TRENTON, NJ  08625
USA

**Exhibit 6**

**Bar Date Notice & Non-Asbestos POC**

NIXON EXTERMINATING INC
P O BOX 1963
GASTONIA, NC 28053-1963
USA

NIXON HARGRAVE DEVANS & DOYLE
LINDOLN FIRST TOWER
PO BOX 1051
ROCHESTER, NY 14603

NIXON HARGRAVE DEVANS & DOYLE
ONE KEYCORP PLAZA
ALBANY, NY 12207
USA

NIXON
11860 OLD BALTIMORE PIKE
BELTSVILLE, MD 20705
US

NIXON
2925 NORTHEAST BLVD
WILMINGTON, DE 19802
US

NIXON
2925 NORTHEAST BLVD.
WILMINGTON, DE 19802
USA

NIXON
WILMINGTON, DE 19802
USA

NIXON, AMANDA
5631 PRESTON LANE
CHARLOTTE, NC 28270

NIXON, ARGUS
20515 RINGS ROAD
NEW CANEY, TX 77357

NIXON, BRIAN
714 29TH
SIOUX CITY IA, IA 51104

NIXON, CATHY
1014 VIGO AVE
ORLANDO, FL 32822

NIXON, DAVID
ROUTE 2 BOX 46
WILBURTON, OK 74578

NIXON, DEMPSEY
5530 WELLS ROAD
BARTOW, FL 338309455

NIXON, GERALD
1661 SNOWSHOE RD
LIBBY, MT 59923

NIXON, GWENDOLYN
2162-78TH AVE
BATON ROUGE, LA 70807

NIXON, JEREMIAH
SUPREME CT BLDG
207 W HIGH ST
JEFFERSON CITY, MO 65101
USA

NIXON, LEONARD
3141 HOUSTON RIVER ROAD
WEST LAKE, LA 70669

NIXON, LISA
229 CRESCENT
HEWITT, TX 76643

NIXON, PAMELA
6073 DORCHESTER CIR
KEITHVILLE, LA 71047

NIXON, ROBIN
22521 S W 66 ST
BOCA RATON, FL 33428

NIXON, T
3714 N. 32ND STREET
TAMPA, FL 33610

NIZAM USTA
62 WHITTEMORE AVE.
CAMBRIDGE, MA 02140
USA

NJ CHAPTER ACI
25 IRELAND BROOK DRIVE,RD#4
NORTH BRUNSWICK, NJ 08902
USA

NJ DEPT OF ENV PROTECTION AND ENERG
DEBORAH COWELL
2 BABCOCK PLACE
WEST ORANGE, NJ 07052
USA

NJ DEPT OF ENV PROTECTION AND ENERG
SECTION CHIEF
401 EAST STATE ST FIFTH FLOOR
TRENTON, NJ 08625
USA

NJ DEPT OF ENV PROTECTION
GARY GRUELICH PROJECT MANAGER
DIVISON SITE REMEDIATION
2 BABCOCK PLACE
WEST ORANGE, NJ 07052
USA

NJ DEPT OF ENV PROTECTION
ROBERT SHINN JR COMMISSIONER
401 E STATE ST - P O BOX 402
TRENTON, NJ 08625-0402
USA

NJ DEPT OF ENV PROTECTION
ROBERT SHINN JR COMMISSIONER
401 E STATE ST PO BOX 402
TRENTON, NJ 08625-0402
USA

NJ DIVISION OF FIRE SAFETY
PO 807
TRENTON, NJ 08625-0809
USA

NJ FRESHWATER WETLANDS MITIGATION
NJ DPT OF ENV PROT LAND USE PRGRAM
CN401
TRENTON, NJ 08625
USA