# EXHIBIT C

**Notification events for NJDEP and Hamilton Twp**

Feb 24, 2000 - EPA met with various departments at the Hamilton Twp office for help in determining actual location of site. The initial info received for this site was not definitive and EPA was assisted by the Township (Tax assessor, inspections department, Fire Department) during the initial stages of the investigation.

March 23, 2000 - joint EPA, NJDEP, and NYSDEC meeting held to brief states on EPA investigation of 20 vermiculite sites that have been identified to date.

Aug 2001 - Nov 2002 - site assessment activities, removal action plan development, discussion with PRPs to fund/perform removal action

May 2002 - WR Grace declines EPA request to undertake removal action

Nov 6, 2002 - Action Memorandum (2002 internal document) approved by ERRD Division Director for removal action. Copies forwarded to NJDEP. NJDEP also kept abreast of removal activities via POLREPS.

Nov 19, 2002 - EPA provides on-site briefing to Hamilton and Lawrence Twp Health Departments, NJDHSS

May 28, 2003 - Notice for public comment of the site Administrative record place in the Trenton Times newspaper. The complete Administrative Record placed in the Hamilton Twp Library concurrently with newspaper notification. No public comments were received.

September 19, 2003 - NJ Deputy Attorney General Div of Law notified of EPA actions

Nov 24, 2003 - EPA meets with Hamilton Twp construction official to discuss permit issues for placement of on-site trailer and electrical connection for same for purpose of removal action.

EPA 006110