# EXHIBIT
# E

 **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

REGION II

290 BROADWAY

NEW YORK, NEW YORK 10007-1866

September 19, 2003

BY FACSIMILE & REGULAR MAIL

Richard Engel, Esq.
Deputy Attorney General
State of New Jersey
Department of Law and Public Safety
Division of Law
Richard J. Hughes Justice Complex
25 W. Market Street
P.O. Box 093
Trenton, NJ 08625-0093

Re:    W.R. Grace/Zonolite Superfund Site, Hamilton Township, New Jersey

Dear Mr. Engel:

As we discussed today, pursuant to Section 106(a) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9606(a), this will advise that the United States Environmental Protection Agency ("EPA") intends to issue an Administrative Order on Consent for Removal Response Activities ("Order") to Amtrak and American Premier Underwriters, Inc. ("APU")(together, the "Respondents"). This site was evaluated as part of EPA's national investigation relating to potential asbestos contamination at facilities which may have handled vermiculite ore mined by W.R. Grace in Libby, Montana. The Order requires the Respondents to undertake various removal activities, including but not limited to excavation and off-site disposal of asbestos contaminated soil which was disposed of at the site by operations formerly conducted by W.R. Grace & Co. EPA expects to issue the Order by the end of September 2003.

Please contact me at (212) 637-3170 if you have any further questions.

Very truly yours,

Brian E. Carr
Assistant Regional Counsel

**EPA 003102**