IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Dkt. Nos. 16239, 15421** |

## ORDER GRANTING DEBTORS' EMERGENCY MOTION
## FOR TIME TO FILE RESPONSE TO SPEIGHTS'
## MOTION TO SUPPLEMENT RECORD

This matter, coming before the Court on the Debtors' Emergency Motion for Time to File Response to Speight' Motion to Supplement Record (the "Motion")[1]; the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was adequate under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED; and

2.     The Debtors are given until and including Friday, July 13, 2007, to file their response to the Motion to Supplement.

Dated: July _9_, 2007

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald    mab
United States Bankruptcy Judge

---

[1]    Capitalized terms used herein have the meanings ascribed to them in the Motion.