# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: July 30, 2007 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## SEVENTY-SECOND INTERIM FEE APPLICATION FOR THE PERIOD
## FROM MAY 1, 2007 THROUGH MAY 31, 2007

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD MAY 1, 2007 THROUGH MAY 31, 2007[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 05/02/07 | Revised March 2007 fee application and attention to filing and service of same. | | |
| 18 | K. Piper | 0.4 | 124.00 |
| 05/02/07 | Revise Quarterly fee application for the 24th interim period and attention to service of same. | | |
| 18 | K. Piper | 0.4 | 124.00 |
| 05/29/07 | Draft April 2007 fee application. | | |
| 18 | K. Piper | 2.3 | 713.00 |
| 05/30/07 | Review and revise DP's April, 2007 fee application. | | |
| 18 | S. Zuber | 0.3 | 136.50 |
| 05/31/07 | Revise April 2007 fee application and attention to service of same. | | |
| 18 | K. Piper | 0.5 | 155.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 455.00 | 136.50 |
| K. Piper | 18 | 3.6 | 310.00 | 1,116.00 |
| TOTAL | | 3.9 | | 1,252.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 05/01/07 | Follow up regarding information in opposition to state's brief on late claim; work with B. Moffitt and telephone call with J. Baer regarding same; telephone call with state regarding hearing dates and conference date with District Court Magistrate. | | |
| 14 | A. Marchetta | 1.7 | 1,003.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

1543252A01070607

| 05/01/07 | Preparation for and participation in conference call with J. Baer and A. Johnson regarding opposition to NJDEP motion to file late proof of claim; follow up regarding same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.2 | 456.00 |

| 05/01/07 | Review e-mails and letter regarding scheduling of conference call with Magistrate Bongiovanni; follow up regarding same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 114.00 |

| 05/01/07 | Attention to providing counsel with information; preparation of e-mail to counsel regarding same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 114.00 |

| 05/01/07 | Worked with B. Moffitt regarding preparation of opposition brief regarding NJDEP's motion to file late notice of claim. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 05/02/07 | Work with B. Moffitt regarding reply brief. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.4 | 826.00 |

| 05/03/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 05/04/07 | Telephone calls regarding conference with Magistrate Bongiovanni and work with B. Moffitt regarding opposition brief. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.7 | 413.00 |

| 05/04/07 | Worked with B. Moffitt regarding NJDEP's motion for late notice of claim. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 43.50 |

| 05/07/07 | Follow up regarding preparation of materials for motion and information for client regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 472.00 |

| 05/07/07 | Review NJDEP's amended notice of motion to file late proof of claim. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 76.00 |

| 05/07/07 | Review e-mails from co-counsel regarding scheduling conference call with Magistrate Bongiovanni. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 76.00 |

| 05/08/07 | Telephone call with W. Corcoran and follow up regarding issues; e-mails and telephone calls regarding court conference with Magistrate Bongiovanni. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.9 | 531.00 |

3

1543252A01070607

| 05/08/07 | Confer with A. Marchetta regarding telephone call with W. Corcoran and regarding opposition brief; follow up regarding same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 114.00 |

| 05/08/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; created electronic version of relevant document and forwarded same to A. Marchetta and B. Moffitt. | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 58.00 |

| 05/09/07 | Follow up with B. Moffitt regarding drafting of brief and information for same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |

| 05/10/07 | Follow up regarding documents for brief. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

| 05/10/07 | Assemble relevant documents for K. Begley use in drafting opposition to NJDEP motion; work with A. Marchetta and K. Begley regarding same; telephone call with co-counsel regarding same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.2 | 456.00 |

| 05/10/07 | Worked with B. Moffitt regarding preparation of opposition to NJDEP's motion. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 05/10/07 | Conferred with B. Moffitt regarding work on opposition; reviewed pleadings. | | |
|---|---|---|---|
| 3 | K. Begley | 1.7 | 272.00 |

| 05/11/07 | Follow up regarding status of brief and letter to Magistrate. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |

| 05/11/07 | Worked with B. Moffitt, conducted searches and reviewed parties' production document productions. | | |
|---|---|---|---|
| 14 | S. Parker | 2.7 | 391.50 |

| 05/11/07 | Reviewed materials in preparation for writing opposition brief. | | |
|---|---|---|---|
| 3 | K. Begley | 0.6 | 96.00 |

| 05/14/07 | Follow up with B. Moffitt and K. Begley regarding briefing. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.9 | 531.00 |

| 05/14/07 | Reviewed materials in preparation for writing opposition brief. | | |
|---|---|---|---|
| 3 | K. Begley | 0.9 | 144.00 |

4

| 05/15/07 | Follow up regarding briefing and conference call with Court. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |

| 05/15/07 | Worked with B. Moffitt, conducted searches and reviewed parties' document productions; Reviewed file documents regarding compilation of additional documents needed by K. Begley to prepare same; worked with K. Begley regarding same. | | |
|---|---|---|---|
| 14 | S. Parker | 5.6 | 812.00 |

| 05/15/07 | Reviewed materials in preparation for writing opposition brief; drafted opposition brief. | | |
|---|---|---|---|
| 3 | K. Begley | 4.9 | 784.00 |

| 05/16/07 | Follow up regarding briefing. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.7 | 413.00 |

| 05/16/07 | Worked with B. Moffitt, conducted searches and reviewed parties' document production for opposition to NJDEP's motion. | | |
|---|---|---|---|
| 14 | S. Parker | 1.9 | 275.50 |

| 05/16/07 | Continued drafting opposition brief and submitted draft to B. Moffitt for review; review of file materials regarding same. | | |
|---|---|---|---|
| 3 | K. Begley | 4.8 | 768.00 |

| 05/17/07 | Review draft brief and follow up regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 472.00 |

| 05/17/07 | Worked with B. Moffitt, conducted searches, reviewed Bankruptcy court documents, and reviewed parties' document productions for opposition to NJDEP's motion. | | |
|---|---|---|---|
| 14 | S. Parker | 3.6 | 522.00 |

| 05/17/07 | Conferred with A. Marchetta regarding status of opposition brief; circulated draft of same. | | |
|---|---|---|---|
| 3 | K. Begley | 0.2 | 32.00 |

| 05/18/07 | Work with S. Parker regarding identifying documents. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 76.00 |

| 05/18/07 | Worked with B. Moffitt, conducted searches, reviewed parties' document production for opposition brief. | | |
|---|---|---|---|
| 14 | S. Parker | 2.9 | 420.50 |

| 05/21/07 | Work on brief points with K. Begley; follow up with B. Moffitt regarding same. | | |
|---|---|---|---|

5

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |

| | | | |
|---|---|---|---|
| 05/21/07 | Work with A. Marchetta and K. Begley regarding drafting of opposition to NJDEP motion for leave to file late proof of claim. | | |
| 3 | B. Moffitt | 0.4 | 152.00 |

| | | | |
|---|---|---|---|
| 05/21/07 | Worked with B. Moffitt, conducted searches, reviewed parties' document productions for opposition. | | |
| 14 | S. Parker | 0.8 | 116.00 |

| | | | |
|---|---|---|---|
| 05/21/07 | Conferred with A. Marchetta regarding opposition brief; revised same. | | |
| 3 | K. Begley | 1.6 | 256.00 |

| | | | |
|---|---|---|---|
| 05/22/07 | Work with A. Marchetta regarding drafting of opposition to NJDEP motion for leave to file late proof of claim; follow up regarding same. | | |
| 3 | B. Moffitt | 0.4 | 152.00 |

| | | | |
|---|---|---|---|
| 05/22/07 | Worked with B. Moffitt, conducted searches, reviewed parties' document productions for opposition. | | |
| 14 | S. Parker | 1.0 | 145.00 |

| | | | |
|---|---|---|---|
| 05/23/07 | Work with S. Parker regarding drafting of opposition to NJDEP motion for leave to file late proof of claim. | | |
| 3 | B. Moffitt | 0.4 | 152.00 |

| | | | |
|---|---|---|---|
| 05/23/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of relevant document and forwarded same to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| | | | |
|---|---|---|---|
| 05/23/07 | Worked with B. Moffitt, conducted searches, reviewed parties' document productions for opposition. | | |
| 14 | S. Parker | 2.6 | 377.00 |

| | | | |
|---|---|---|---|
| 05/24/07 | Review and revise opposition brief. | | |
| 14 | A. Marchetta | 1.1 | 649.00 |

| | | | |
|---|---|---|---|
| 05/24/07 | Revise and supplement brief in opposition NJDEP motion to file late proof of claim; review file material regarding same. | | |
| 3 | B. Moffitt | 7.4 | 2,812.00 |

| | | | |
|---|---|---|---|
| 05/24/07 | Worked with B. Moffitt regarding preparation of reply to NJDEP's motion regarding amended notice of claim, and conducted searches to compile documents needed by B. Moffitt in preparation of same. | | |
| 14 | S. Parker | 1.8 | 261.00 |

| 05/25/07 | Follow up regarding revisions to brief. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

| 05/25/07 | Continued preparation of opposition to NJDEP; review file regarding same; work with A. Marchetta and revise same; prepare email forwarding same to client and co-counsel; assemble supporting documents and preparation of e-mail to co-counsel regarding same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.5 | 570.00 |

| 05/29/07 | Telephone call with B. Moffitt regarding court conference; follow up regarding further revisions to brief point. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.0 | 590.00 |

| 05/29/07 | Continued preparation of opposition to NJDEP motion to file late proof of claim; review file regarding same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.8 | 304.00 |

| 05/30/07 | Telephone conference with Court regarding stay, remand, proof of claim, etc.; follow up with client regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.4 | 826.00 |

| 05/30/07 | Participate in telephone conference call with Magistrate Bongiovanni; preparation for and follow up regarding same; confer with K. Begley regarding research. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.1 | 418.00 |

| 05/30/07 | Work with A. Marchetta, and W. Hatfield regarding issues; work with S. Parker regarding assembling information. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.6 | 228.00 |

| 05/30/07 | Worked with B. Moffitt, conducted searches and reviewed corresponding documents for remediation. | | |
|---|---|---|---|
| 14 | S. Parker | 2.8 | 406.00 |

| 05/30/07 | Conferred with A. Marchetta and B. Moffitt regarding research. | | |
|---|---|---|---|
| 3 | K. Begley | 0.9 | 144.00 |

| 05/31/07 | Review proposed letter to Judge Bongiovanni; follow up with B. Moffitt regarding strategy. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

| 05/31/07 | Draft letter to Judge Bongiovanni regarding case status. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.7 | 266.00 |

| 05/31/07 | Searched regarding compilation of information on current status of | | |

7

investigation of Hamilton plant and related issues; Created electronic version of relevant documents and forwarded same to A. Marchetta and B. Moffitt.

| 14 | S. Parker | | 0.6 | 87.00 |
|---|---|---|---|---|

05/31/07 Continued research.

| 3 | K. Begley | | 1.1 | 176.00 |
|---|---|---|---|---|

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 14.1 | 590.00 | 8,319.00 |
| B. Moffitt | 3 | 17.2 | 380.00 | 6,536.00 |
| S. Parker | 14 | 28.0 | 145.00 | 4,060.00 |
| K. Begley | 3 | 16.7 | 160.00 | 2,672.00 |
| | TOTAL | 76.0 | | 21,587.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 102292 TAHARI, LTD.

05/04/07 Telephone conference with G. Horowitz regarding execution of Releases, negative notice, and filing of Stipulation of Dismissal.

| 3 | B. Benjamin | 0.2 | 88.00 |
|---|---|---|---|

05/04/07 Draft correspondences with and to counsel of record regarding execution of Releases and filing dismissals.

| 3 | B. Benjamin | 0.2 | 88.00 |
|---|---|---|---|

05/06/07 Draft correspondence to V. Finkelstein regarding execution of Trizec release and status of negative notice in bankruptcy court; Draft correspondence to J. Baer regarding status of negative notice in bankruptcy court.

| 3 | B. Benjamin | 0.1 | 44.00 |
|---|---|---|---|

05/07/07 Multiple correspondences with L. Sinanyan, regarding procedures for negative notice.

| 3 | B. Benjamin | 0.3 | 132.00 |
|---|---|---|---|

05/08/07 Telephone conferences with E. Sherman regarding Kronish settlement.

| 3 | B. Benjamin | 0.2 | 88.00 |
|---|---|---|---|

05/10/07 Telephone conference with E. Sherman and G. Horowitz regarding finalizing settlement documents and service of negative notice in bankruptcy court.

| 3 | B. Benjamin | 0.2 | 88.00 |
|---|---|---|---|

8

| | | | |
|---|---|---|---|
| 05/11/07 | Draft correspondence to E. Sherman regarding escrow agreement for funds and executed settlement documents. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 05/11/07 | Draft correspondence to C. Boubol regarding execution of settlement documents, escrow of funds. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 05/11/07 | Telephone conference with E. Sherman regarding execution of settlement documents, required bankruptcy court language in releases. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 05/14/07 | Work on and revise Release and Settlement regarding inclusion of required bankruptcy court language. | | |
| 3 | B. Benjamin | 0.3 | 132.00 |
| 05/14/07 | Work on and revise . Release and Settlement regarding inclusion of required bankruptcy court language. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 05/14/07 | Work on and revise two (2) Stipulations of Discontinuance for state court action. | | |
| 3 | B. Benjamin | 0.3 | 132.00 |
| 05/14/07 | Draft correspondence to L. Sinanyan regarding revised Release for inclusion in bankruptcy negative notice. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 05/14/07 | Draft correspondences (2) to counsel of record regarding review and approval of revised Releases and Stipulations of Discontinuance. | | |
| 3 | B. Benjamin | 0.3 | 132.00 |
| 05/15/07 | Work on and revise Mutual Releases per V. Finkelstein. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 05/15/07 | Draft correspondence to counsel regarding revised Mutual Releases. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 05/15/07 | Draft correspondence to V. Finkelstein regarding revised Mutual Releases. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 05/17/07 | Draft correspondence to V. Finkelstein regarding execution of Mutual Release. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 05/17/07 | Review/analysis executed Kronish Lieb Release and cover correspondence | | |

9

| | | | |
|---|---|---|---|
| 3 | from E. Sherman.<br>B. Benjamin | 0.1 | 44.00 |
| 05/21/07<br>3 | Review/analysis revised Grace Tahari release per G. Horowitz.<br>B. Benjamin | 0.1 | 44.00 |
| 05/21/07<br>3 | Review/analysis revised Grace Trizec release per C. Boubol.<br>B. Benjamin | 0.1 | 44.00 |
| 05/21/07<br>3 | Review/analysis releases with Tahari and Trizec per L. Sinanyan.<br>B. Benjamin | 0.1 | 44.00 |
| 05/23/07<br><br>3 | Work on and revise Grace Tahari Release per G. Horowitz; Revisions and L. Sinanyan revisions.<br>B. Benjamin | 0.2 | 88.00 |
| 05/23/07<br><br>3 | Work on and revise Grace Trizec Release per G. Horowitz; Revisions and L. Sinanyan revisions.<br>B. Benjamin | 0.2 | 88.00 |
| 05/23/07<br><br>3 | Draft correspondence to L. Sinanyan regarding final versions of General Releases with Trizec and Tahari.<br>B. Benjamin | 0.1 | 44.00 |
| 05/23/07<br><br>3 | Draft correspondence to V. Finkelstein regarding executing final versions of General Releases.<br>B. Benjamin | 0.1 | 44.00 |
| 05/23/07<br><br>3 | Draft correspondence to G. Horowitz, C. Boubol and E. Sherman regarding executing final versions of General Releases and settlement.<br>B. Benjamin | 0.2 | 88.00 |
| 05/24/07<br><br>3 | Review/analysis C. Boulbol correspondence and executed releases, escrow agreement pending expiration of negative notice period.<br>B. Benjamin | 0.2 | 88.00 |
| 05/24/07<br><br>3 | Draft correspondence to G. Horowitz  regarding escrow agreement pending expiration of negative notice.<br>B. Benjamin | 0.1 | 44.00 |
| 05/24/07<br>3 | Draft correspondence to V. Finkelstein regarding execution of Releases.<br>B. Benjamin | 0.1 | 44.00 |
| 05/29/07<br><br>3 | Draft correspondence to C. Boulbol and G. Horowitz regarding executed originals of Release, holding in escrow pending negative notice period.<br>B. Benjamin | 0.2 | 88.00 |

| 05/30/07 | Draft correspondence to L. Sinyanan regarding timing of expiration of negative notice. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 44.00 |

| 05/30/07 | Draft correspondences (3) to counsel of record regarding timing of expiration of negative notice. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 44.00 |

| 05/31/07 | Telephone conference with G. Horowitz regarding execution of Releases, timing of transfer of funds. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 44.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| B. Benjamin | 3 | 5.4 | 440.00 | 2,376.00 |
| TOTAL | | 5.4 | | 2,376.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 05/01/07 | Review Spill Act costs and UST costs for Weja and potential settlement. | | |
|---|---|---|---|
| 14 | W. Hatfield | 1.0 | 390.00 |

| 05/01/07 | Prepare revision of Shell settlement agreement; telephone call from Weja counsel concerning calculation of Spill Act damages. | | |
|---|---|---|---|
| 14 | R. Rose | 1.1 | 522.50 |

| 05/02/07 | Address Spill Act cost issues and final order awards against Weja and memo on settlement issues and address prejudgment interest calculations. | | |
|---|---|---|---|
| 14 | W. Hatfield | 2.0 | 780.00 |

| 05/02/07 | Address Shell issues on settlement agreement and memo to RGR on same. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.5 | 195.00 |

| 05/02/07 | Memo to clients on CMC and settlement discussions with Judge Bariso; case strategy issues and discovery. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.7 | 273.00 |

| 05/02/07 | Memo to witness and experts on new trial date and Weja issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 156.00 |

| 05/02/07 | Review memorandum regarding court conference and follow up regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 118.00 |

11

| | | | |
|---|---|---|---|
| 05/02/07 | Work with W. Hatfield on status memo to client concerning case management conference; discuss calculation of Spill Act damages and interest. | | |
| 14 | R. Rose | 1.1 | 522.50 |
| | | | |
| 05/03/07 | Address Shell expert issue regarding Weja counsel request. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| | | | |
| 05/03/07 | Review interest calculations and revise Spill Act memo for R. Rose regarding Weja request for damages for settlement discussions. | | |
| 14 | W. Hatfield | 0.7 | 273.00 |
| | | | |
| 05/03/07 | Memos with experts on Dr. Ram and Shell/Weja issues. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| | | | |
| 05/03/07 | Memo to C. Marraro on Weja request for Interfaith and Honeywell transfer documents. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |
| | | | |
| 05/03/07 | Review and revise Spill Act damages calculations memo, forward same to Weja counsel; attention to e-mails with Washington counsel concerning Weja document request; telephone with Shell counsel concerning Weja use of Shell expert. | | |
| 14 | R. Rose | 1.7 | 807.50 |
| | | | |
| 05/04/07 | Address Shell settlement issues. | | |
| 14 | W. Hatfield | 0.1 | 39.00 |
| | | | |
| 05/04/07 | Review memos from C. Marraro on Interfaith documents and memos on same with R. Rose. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |
| | | | |
| 05/04/07 | Revise Shell settlement agreement; forward same to Shell counsel. | | |
| 14 | R. Rose | 0.6 | 285.00 |
| | | | |
| 05/07/07 | Memos with clients on Dr. Ram and Shell/Weja expert issues. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |
| | | | |
| 05/07/07 | Review e-mail from client concerning Dr. Neil Ram. | | |
| 14 | R. Rose | 0.1 | 47.50 |
| | | | |
| 05/08/07 | Work with W. Hatfield on information for client and settlement issues. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| | | | |
| 05/08/07 | Prepare memo on Weja claims, damages, and insurance issues; review file | | |

| | | | |
|---|---|---|---|
| 14 | and finalize memo.<br>W. Hatfield | 1.7 | 663.00 |
| 05/08/07<br>14 | Review e-mail to client concerning insurance coverage on claims for trial.<br>R. Rose | 0.1 | 47.50 |
| 05/08/07<br>3 | Reviewed file for insurance policy information.<br>J. Spielberg | 2.0 | 590.00 |
| 05/09/07<br>14 | Review Weja's proposed form of order and memos on comments to same<br>W. Hatfield | 0.3 | 117.00 |
| 05/09/07<br><br><br>14 | Call with M. Obradavich on Weja site and Honeywell status of cleanup; discuss strategy on settlement and claims/damages analysis; memos on same with AJM.<br>W. Hatfield | 0.9 | 351.00 |
| 05/09/07<br><br>14 | Review Richards insurance coverage and memo to AJM on same and settlement strategy.<br>W. Hatfield | 0.5 | 195.00 |
| 05/09/07<br><br>14 | E-mails and follow up regarding recovery of judgment as against Weja; e-mails and telephone call with client regarding recovery issues.<br>A. Marchetta | 0.7 | 413.00 |
| 05/09/07<br><br>14 | Review Weja's proposed form of order and discuss same with W. Hatfield; review notes on Weja insurance coverage.<br>R. Rose | 0.7 | 332.50 |
| 05/09/07<br>3 | Continued to review file for insurance policy information.<br>J. Spielberg | 0.4 | 118.00 |
| 05/10/07<br>14 | Review order and prepare letter to court with edits to same.<br>W. Hatfield | 0.5 | 195.00 |
| 05/10/07<br>14 | Address case issues on insurance and settlement strategy.<br>W. Hatfield | 0.6 | 234.00 |
| 05/10/07<br><br>14 | Work with W. Hatfield and telephone call to client regarding settlement evaluation on insurance.<br>A. Marchetta | 0.6 | 354.00 |
| 05/10/07<br>14 | Attention letter to Court concerning Weja's proposed form of order.<br>R. Rose | 0.1 | 47.50 |
| 05/11/07 | Follow up regarding proposed settlements. | | |

13

1543252A01070607

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |
| 05/11/07 14 | Address case issues on Sun settlement. W. Hatfield | 0.1 | 39.00 |
| 05/11/07 14 | Address case issues on Sun settlement. W. Hatfield | 0.1 | 39.00 |
| 05/11/07 14 | Address case issues on Sun settlement. W. Hatfield | 0.1 | 39.00 |
| 05/14/07 14 | Telephone conference with client regarding settlement and follow up regarding same. A. Marchetta | 0.7 | 413.00 |
| 05/14/07 14 | Telephone conference with client regarding settlement and follow up regarding same. A. Marchetta | 0.7 | 413.00 |
| 05/14/07 14 | Discuss settlement status with A. Marchetta and conference call with client. R. Rose | 0.5 | 237.50 |
| 05/14/07 14 | Telephone conference with client regarding settlement and follow up regarding same. A. Marchetta | 0.7 | 413.00 |
| 05/15/07 14 | Address Sun settlement issue. W. Hatfield | 0.2 | 78.00 |
| 05/15/07 14 | Address Sun settlement issues. W. Hatfield | 0.2 | 78.00 |
| 05/15/07 14 | Review notes concerning settlement strategy and defendants' insurance coverage for same; discuss with A. Marchetta and conference call with client concerning same. R. Rose | 0.6 | 285.00 |
| 05/16/07 14 | Address settlement issues and strategy. W. Hatfield | 0.2 | 78.00 |
| 05/17/07 14 | Memo to clients on Sun settlement authorization. W. Hatfield | 0.2 | 78.00 |
| 05/21/07 14 | Address Shell and Sunoco settlement issues. W. Hatfield | 0.4 | 156.00 |

14

| 05/21/07 14 | Memos with C. Marraro on Weja review of Interfaith Documents. W. Hatfield | 0.3 | 117.00 |
|---|---|---|---|
| 05/22/07 14 | Address settlement issues and memos with client on same. W. Hatfield | 0.4 | 156.00 |
| 05/22/07 14 | Address order to show cause for Shell expert as requested by Weja. W. Hatfield | 0.3 | 117.00 |
| 05/23/07 14 | Prepare Letter to F. Biehl with OSC motion papers and review document. W. Hatfield | 0.4 | 156.00 |
| 05/23/07 14 | Memos with client on settlement agreement issues and forward document for execution; memos with RGR on matter. W. Hatfield | 0.5 | 195.00 |
| 05/23/07 14 | Finalize form of settlement agreement with Sunoco and forward same to Sunoco counsel for signature; review Grace filing to disqualify Dr. N. Ram as Shell's expert. R. Rose | 0.8 | 380.00 |
| 05/24/07 14 | Follow up regarding settlement and pre-trial issues. A. Marchetta | 0.5 | 295.00 |
| 05/29/07 14 | Telephone and letter from Weja counsel concerning inspection of Interfaith documents in Washington and coordinate same with W. Hatfield. R. Rose | 0.4 | 190.00 |
| 05/29/07 14 | Address Weja request for documents and letter to F. Biehl on same. W. Hatfield | 0.4 | 156.00 |
| 05/29/07 14 | Calls to F. Biehl on Interfaith documents and status of order. W. Hatfield | 0.2 | 78.00 |
| 05/29/07 14 | Attend to memos with C. Marraro on Interfaith documents requested for review. W. Hatfield | 0.2 | 78.00 |
| 05/30/07 14 | Review signed case management order; outline issues for next conference and discuss with W. Hatfield. R. Rose | 0.8 | 380.00 |
| 05/30/07 14 | Conference with R. Rose regarding status on settlement and pre-trial conference/strategy; follow up regarding same. A. Marchetta | 0.4 | 236.00 |

1543252A01070607

| 05/30/07 | Address order and memos with D.C. counsel on file review. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |

| 05/30/07 | Address Remand research issues. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |

| 05/31/07 | Memos with DC counsel on discovery order and Honeywell documents. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |

| 05/31/07 | Researched issues pertaining to new discovery on remand. | | |
| 3 | J. Spielberg | 3.0 | 885.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 8.6 | 475.00 | 4,085.00 |
| A. Marchetta | 14 | 5.3 | 590.00 | 3,127.00 |
| W. Hatfield | 14 | 16.6 | 390.00 | 6,474.00 |
| J. Spielberg | 3 | 5.4 | 295.00 | 1,593.00 |
| TOTAL | | 35.9 | | 15,279.00 |

16