# EXHIBIT B

## EXHIBIT B

## **EXPENSES FOR THE FEE PERIOD MAY 1, 2007 THROUGH MAY 31, 2007**

Engagement Costs – Weja, Inc.

| | |
|---|---:|
| Parking[3] | 13.00 |
| Travel/Auto[4] | 26.68 |
| Matter Total Engagement Cost | 39.68 |

---

[3] Direct Engagement Cost Expense Report for Robert G. Rose dated 4/20/07 attached hereto as Exhibit 1.
[4] Direct Reimbursement Expense Report for William S. Hatfield dated 4/30/07 attached hereto as Exhibit 2.

17

1543252A01070607

# EXHIBIT 1

P122RGR

# DIRECT ENGAGEMENT COST EXPENSE REPORT

NAME  ROBERT G. ROSE

Period From 4/30/07 to 5/2/07    Note: Documentation must be attached for each individual expense of $25 or more

| DATE | DESCRIPTION | Auto Expense | | | Hotel or Lodging | (show details on reverse side) | | Total Expenses | Client No./ Matter No. or Firm Charge |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Miles | Amount | Parking Tolls | | Business Meals | Other Expenses | | |
| 4/30/07 | Travel to Hudson County Court House for conference before Judge Bariso | | | 13.00 | | | | $13.00 | 482910.065656 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | TOTAL | $23.00 | |

136461

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business

Signature _____  Date: 5/03/07

Expenses Reported $ 23.00
Cash Advance Applied $ _____
Balance Due $ _____

DATE _____  INIT _____
VENDOR# _____  N/A/O _____
INV # ROS042007
GL # _____
OFFICE _____  DEPT _____
S&U _____  TX/PR _____

RECEIVED
MAY 03 2007
DAY PITNEY LLP

# EXHIBIT 2

P19WSH

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME: William S. Hatfield

Period From: April 10, 2007
To: April 30, 2007

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
| | | Miles | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/30/2007 | Attend Case Management Conference in Jersey City | 55.00 | $26.68 | | | | | $26.68 | 482910.065656 |

135556

Expenses Reported $ 43.66

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____ Date 5/7/2007

DATE _____
VENDOR # _____
INV # 4/30/007
G.L. # _____
OFFICE E-9
S&U _____

73

RECEIVED
MAY 08 2007
DAY PITNEY LLP

5/4/2007

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: July 30, 2007 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1543253A01070907

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey  
Dated: July 9, 2007

Respectfully submitted,  
DAY PITNEY LLP

_____  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950

2

1543253A01070907