IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to: Docket No. 16149** |

### DEBTORS' FINAL WITNESS LIST FOR THE JULY 30-31, 2007 STATUTE OF LIMITATIONS HEARING ON CERTAIN MOTLEY RICE CLAIMANTS' ASBESTOS PROPERTY DAMAGE CLAIMS

In accordance with this Court's June 25, 2007 Scheduling Order for Adjudication of Asbestos PD Claims on July 30, 2007-August 1, 2007 [Docket No. 16149], the Debtors hereby submit their final witness list for the July 30-31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims.

Debtors do not anticipate calling any fact or expert witnesses at the July 30-31, 2007 hearing in their case-in-chief. In the event that Motley Rice objects to the admission of any exhibits submitted by the Debtors in their case-in-chief, Debtors reserve the right to call one or more witnesses for the purpose of authenticating documents and/or laying a foundation for their admission. Debtors further reserve the right to call witnesses in rebuttal to any evidence introduced by the Motley Rice claimants at the July 30-31, 2007 hearing.

Dated: July 9, 2007

REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3131

and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

      and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100

Co-Counsel for the Debtors and
Debtors in Possession