IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to:  Docket No. 16149** |

**DEBTORS' LIST OF PRE-MARKED EXHIBITS FOR THE
JULY 30– 31, 2007 STATUTE OF LIMITATIONS HEARING ON
CERTAIN MOTLEY RICE ASBESTOS PROPERTY DAMAGE CLAIMS**

In accordance with this Court's June 25, 2007 Scheduling Order for Adjudication of

Asbestos PD Claims on July 30, 2007-August 1, 2007, Docket No. 16149, the Debtors hereby

submit the following list of Debtors' pre-marked trial exhibits for the July 30-31, 2007 statute of

limitations hearing:

| **EXHIBIT NO.** | **DESCRIPTION** | **DATE** |
|---|---|---|
| 1 | Claim No. 6943 Claim Form | 3/25/03 |
| 2 | Claim No. 6939 Claim Form | 3/25/03 |
| 3 | Claim No. 6940 Claim Form | 3/25/03 |
| 4 | Claim No. 6942 Claim Form | 3/25/03 |
| 5 | Claim No. 6944 Claim Form | 3/25/03 |
| 6 | List of Asbestos Samples | 5/1/84 |
| 7 | NHS, Inc. letter to WSU RE: Asbestos Analysis | 5/15/84 |
| 8 | NHS, Inc. letter to WSU RE: Bulk Sample Analyses | 7/5/84 |
| 9 | Bulk Sample Report | 1/29/86 |
| 10 | WSU Memo to John E. Miller, Chair, Asbestos Abatement Committee RE: WSU Coliseum Risk Assessment Report – 1985 | 2/24/86 |

| EXHIBIT NO. | DESCRIPTION | DATE |
|---|---|---|
| 11 | WSU Memo RE: Asbestos Material in Coliseum and Murrow West | 3/5/86 |
| 12 | Asbestos Survey Form | 3/31/86 |
| 13 | WSU Complaint RE: Asbestos | 8/24/89 |
| 14 | WSU Memorandum RE: Bulk Asbestos Debris | 8/25/89 |
| 15 | Asbestos Bulk Sample Analysis | 8/29/89 |
| 16 | WSU Analyses of Six Bulk Samples | 9/8/89 |
| 17 | DOL letter RE: Industrial Hygiene Consultation | 10/4/89 |
| 18 | State letter RE: Notification of Intent to Remove or Encapsulate Asbestos Materials | 10/27/89 |
| 19 | WSU letter to DOL RE: written action plan proposal for clean-up of asbestos debris at Coliseum | 12/5/89 |
| 20 | WSU Memo RE: Asbestos Removal/Abatement – Coliseum | 6/28/91 |
| 21 | Asbestos Removal/Abatement for Coliseum Project | 10/1991 |
| 22 | WSU letter RE: Capital Project Request – Asbestos Removal Coliseum | 1991 |
| 23 | WSU letter of transmittal RE: Coliseum Asbestos Removal/Abatement | 11/13/91 |
| 24 | WSU letter of transmittal RE: Coliseum Asbestos Removal/Abatement | 12/12/91 |
| 25 | Asbestos Abatement and Removal Executive Summary | 1/17/92 |
| 26 | Bulk Sample Analysis RE: Dana Hall | 1/23/92 |
| 27 | Letter RE: Asbestos Removal/Abatement – Coliseum | 1/24/92 |
| 28 | WSU letter RE: Asbestos Removal/Abatement | 1/29/92 |
| 29 | WSU Inspection Reports | 6/24/92 |

| EXHIBIT NO. | DESCRIPTION | DATE |
|---|---|---|
| 30 | Daily Observation Reports | 7/9/92 |
| 31 | WSU Asbestos Abatement & Removal Project for Beasley Performing Arts Coliseum Minutes from Progress Meeting No. 4 | 7/14/92 |
| 32 | Post Asbestos Abatement Review | 1/26/93 |
| 33 | WSU Operations & Maintenance Plan – Beasley Performing Arts Coliseum | 6/17/93 |
| 34 | Bulk Sample RE: McCoy Hall | 4/13/95 |
| 35 | Bulk Asbestos Sample Analysis RE: Beasley | 1/5/98 |
| 36 | Bulk Asbestos Sample Analysis Summary RE: McAllister/Kreugal | 4/21/98 |
| 37 | Bulk Asbestos Sample Analysis Summary RE: Johnson Hall | 5/26/98 |
| 38 | Bulk Asbestos Sample Analysis Summary RE: Dana Hall | 5/28/98 |
| 39 | Bulk Asbestos Sample Analysis Summary RE: McCoy Hall | 10/22/98 |
| 40 | Claim No. 9645 Claim Form | 3/28/03 |
| 41 | Claim No. 9646 Claim Form | 3/28/03 |
| 42 | Claim No. 9647 Claim Form | 3/28/03 |
| 43 | Invoice RE: bulk samples & asbestos surveys | 11/30/84 |
| 44 | Invoice RE: Acoustical Insulation Removal | 12/7/84 |
| 45 | Invoice RE: Study of Fireproofing Materials | 12/11/84 |
| 46 | Port of Seattle's Proof of Claim in Johns-Manville Bankruptcy | 1/30/85 |
| 47 | Port of Seattle – Seattle Tacoma International Airport – Asbestos Analysis Project – Volume 1 | 7/1985 |
| 48 | Port of Seattle  - Seattle Tacoma International Airport Asbestos Analysis Project – Volume 2 | 10/1985 |

DOCS_DE:129003.1

| EXHIBIT NO. | DESCRIPTION | DATE |
|:---:|:---|:---:|
| 49 | Asbestos Survey | 9/28/89 |
| 50 | List of Asbestos Abatements | 1997-2005 |
| 51 | Fireproofing Sample Information | 1991 |
| 52 | Fireproofing Sample Information | 1991 |
| 53 | Fireproofing Sample Information | 1991 |
| 54 | Claim No. 6938 Claim Form | 3/25/03 |
| 55 | Edmonds Community College Lynwood Hall Asbestos Abatement Closeout Report | 9/1997 – 2/1998 |
| 56 | Waste Shipment Records for Asbestos Fireproofing | 12/11/97 |
| 57 | NVL Laboratories, Inc. Bulk Asbestos Fiber Analysis | 2/2/98 |
| 58 | PBS fax RE: Woodway/Brier, Lynnwood Halls | 7/17/97 |
| 59 | Asbestos Abatement Work Plan for Edmonds Community College Lynnwood Hall | 11/20/97 |
| 60 | Claim No. 2977 Claim Form | 1/24/03 |
| 61 | Phase I Environmental Site Assessment Preliminary Lead Based Paint/Asbestos Survey | 11/3/97 |
| 62 | Asbestos Removal Proposal | 12/2/97 |

Pre-marked copies of these exhibits have been provided to counsel for the claimants whose claims will be tried and will be supplied to the Court on July 18, 2007 in conformance

with the Court's June 25 Scheduling Order.  Debtors reserve the right to use additional

documents at the July 30-31 hearing in rebuttal to any evidence introduced by the claimants.

Dated:  July 9, 2007

REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA   15219
(412) 288-3131

and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
Co-Counsel for the Debtors and
Debtors in Possession