# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case no. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related Docket Nos,: 15950, 15955, 15959, 15966, 15987, 16059 & 16250 |

## ORDER ESTABLISHING THE NON-WAIVER OF PRIVILEGES CONTAINED IN ANSWERS TO THE DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY <u>PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS</u>

Before this Court are the following requests for protective orders: Memorandum in Support of Motley Rice LLC's Motion for Protective Order (Docket No. 15950), Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Legal Representative for Future Asbestos Claimants for Protective Order (Docket No. 15955), Motion of Certain Law Firms to Quash Deposition Notices and for a Protective Order (Docket No. 15966), Motion of the MMWR Cancer Firms for a Protective Order with Respect to Notices of Deposition Served on Them by W.R. Grace (Docket No. 15987), and Memorandum in Support of Cooney and Conway's Motion for Protective Order (Docket No. 15850).

Having reviewed these requests, together with the responses thereto and after having considered the arguments of counsel,

It is hereby ORDERED and DECREED as follows:

1. Any and all answers to the Debtors' Third Set of Interrogatories shall not represent any waiver of, and shall not be claimed to be a waiver of, any privilege.

2.      To the extent answers to Debtors' Third Set of Interrogatories contain confidential identifying information regarding individual claimants, Debtors and all participants in this discovery shall maintain those portions of the answers as confidential, and pursuant to 11 U.S.C. § 107(c), shall redact any references to such confidential, individual-claimant information from public filings in this case. Unredacted versions of such filings shall be filed under seal.

3.      Any and all information provided to the Debtors in response to the Third Set of Interrogatories may be used by the parties to the proceeding to estimate Grace's liability for pending and future asbestos personal injury claims, their counsel, agents, and experts for use in connection with this bankruptcy only and may not be used by any person for any other purpose.

Dated: July ___, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge