IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | **Related to Docket Nos. 14597, 16149** |

## CERTIFICATION OF COUNSEL REGARDING AMENDED SCHEDULING ORDER FOR ADJUDICATION OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMS

1. On June 25, 2007, the Court entered a Scheduling Order for Adjudication of Asbestos PD Claims on July 30, 20007-August 1, 2007 [Docket No. 16149]. At the June 25, 2007 Omnibus Hearing, however, certain adjustments to the schedule were made and certain additional matters were addressed.

2. As a result, the Court directed the Debtors to prepare an Amended Scheduling Order for Adjudication of Certain Asbestos Property Damage Claims (the "Amended Scheduling Order").

3. In conformance with the Court's directive, Debtors prepared the attached Amended Scheduling Order to reflect dates applicable to the adjudication of certain asbestos property damage claims.

4. Debtors circulated the Amended Scheduling Order to counsel for the property damage claimants whose claims are governed by the Amended Scheduling Order on June 29, 2007.

91100-001\DOCS_DE:129081.1

5.  Debtors have received no objections to the attached Amended Scheduling Order to date.

6.  Debtors accordingly request that the Court enter the attached Amended Scheduling Order at its earliest convenience.

Dated: July 10, 2007

        REED SMITH LLP
        James J. Restivo, Jr.
        Lawrence E. Flatley
        Douglas E. Cameron
        Traci S. Rea
        435 Sixth Avenue
        Pittsburgh, PA 15219
        (412) 288-3131

        and

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Lisa G. Esayian
        Janet S. Baer
        Samuel Blatnick
        200 East Randolph Drive
        Chicago, IL 60601
        (312) 861-2000

        and

        PACHULSKI STANG ZIEHL YOUNG JONES
        & WEINTRAUB LLP

        /s/ *signature*
        ―――――――――――――――――――――
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        Timothy Cairns (Bar No. 4228)
        919 North Market Street, 17th Floor
        P. O. Box 8705
        Wilmington, DE 19899-8705
        (302) 652-4100

        Co-Counsel for the Debtors and
        Debtors in Possession