IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | Re: Docket Nos. 14597, 16149 |
| | ) | |

**AMENDED SCHEDULING ORDER FOR ADJUDICATION
OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMS**

On June 25, 2007 the Court entered a Scheduling Order for Adjudication of Asbestos PD Claims on July 30, 2007-August 1, 2007 [Docket No. 16149](the "June 25 Order"). However, at the June 25, 2007 Omnibus Hearing, certain adjustments to the schedule were made and certain additional matters were addressed. As a result, the Court hereby amends the June 25 Order and otherwise sets the following dates for adjudication of certain asbestos property damage claims ("PD claims"):

- July 19, 2007--2:00 p.m.--Final pre-trial conference on limitation period objections to certain of the claims of the Motley Rice firm as set forth in Debtors' List of Claims to be Tried on July 30, 2007 - August 1, 2007 to be filed on July 2, 2007 per the June 25 Order (the "Motley Rice claims");

- July 30, 2007 – 11:00 a.m. - 5:00 p.m. – Hearing on the Motley Rice claims;

- July 31, 2007 – 9:00 a.m. - 5:00 p.m. – Continued hearing on the Motley Rice claims;

- August 1, 2007 – 9:00 a.m. - 11:00 a.m. – Argument on Debtors' Summary Judgment Motion re Canadian Limitations Period Objections [Docket No. 14597];

- September 6-7, 2007 – 9:00 a.m. - 5:00 p.m. – Hearing on Limitations Period Objections to Pacific Freeholds claim (Claim No. 10930).

- September 10, 2007 – 9:00 a.m. - Noon – Status conference with the Court, if necessary.

All other dates and deadlines provided for in the June 25 Order shall remain as stated therein.

**SO ORDERED**

This ___ day of _____, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge