IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF HEARING SCHEDULED ON JULY 19, 2007, AT 1:00 P.M.\***
**BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES**
**BANKRUPTCY COURT, IN PITTSBURGH, PENNSYLVANIA**
**\*(Please note time change to 1:00 P.M.)**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON TUESDAY, JULY 17, 2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

**PRE-TRIAL CONFERENCE RE: PD CLAIMS**

1. Final Telephonic Pre-Trial Conference Regarding Asbestos PD Claims going forward for Trial on July 30, 2007 through August 1, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Status: This matter will go forward.

**ARGUMENT ON MATTERS REGARDING ADVERSARY NO. 02-01657**

2.   Previously Filed Pleadings

    A.    Motion for Entry of Judgment Filed by Reaud, Morgan & Quinn, Inc and Environmental Litigation Group, P.C. [Filed: 6/16/06] (Adv. Pro. No. 02-01657, Docket No. 58)

    B.    Answering Brief of National Union Fire Insurance Company of Pittsburgh, PA in Opposition to Reaud, Morgan & Quinn, Inc.'s and Environmental Litigation Group, P.C.'s Motion for Entry of Judgment [Filed: 8/4/06] (Adv. Pro. No. 02-01657, Docket No. 62)

    C.    Debtors' Response to Reaud, Morgan & Quinn et al.'s Motion for Entry of Judgment [Filed: 8/4/06] (Adv. Pro. No. 02-1657, Docket No. 63)

    D.    Reply of Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, P.C. to National Union's Answering Brief and Debtors' Response to Motion for Entry of Judgment [Filed: 8/15/06] (Adv. Pro. No. 02-01657, Docket No. 66)

    E.    Debtors' Supplemental Brief in Opposition to Claimants' Motion for Summary Judgment [Filed: 10/25/06] (Adv. Pro. No. 02-01657, Docket No. 73)

    F.    Supplemental Answering Brief of National Union Fire Insurance Company of Pittsburgh, PA in Opposition to Reaud, Morgan & Quinn, Inc.'s and Environmental Litigation Group, P.C.'s Motion for Entry of Judgment [Filed: 10/25/06] (Adv. Pro. No. 02-01657, Docket No. 74)

    G.    Responsive Brief of Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, P.C. to National Union's Answering Brief and Debtors' Response to Motion for Entry of Judgment [Filed: 10/30/06] (Adv. Pro. No. 02-01657, Docket No. 78)

    H.    Supplemental Reply Brief of National Union Fire Insurance Company of Pittsburgh, PA in Opposition to Reaud, Morgan & Quinn, Inc.'s and Environmental Litigation Group, P.C.'s Motion for Entry of Judgment [Filed: 11/13/06] (Adv. Pro. No. 02-01657, Docket No. 80)

    I.    [Signed] Modified Order Regarding Supplemental Briefing Schedule for Motion for Entry of Judgment of Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, P.C. and Setting Status Hearing and Argument [Filed: 2/7/07] (Adv. Pro. No. 02-1657, Docket No. 89)

Current Matters:[2]

    J.    Debtors' Supplemental Brief Regarding Bankruptcy Code Section 108 Issues [Filed: 3/6/07] (Adv. Pro. No. 02-1657, Docket No. 92)

---

[2] Only documents for the current matters have been submitted with this Agenda. If the Court needs any additional documents, Counsel will provide upon request.

K. National Union Fire Insurance Company of Pittsburgh, PA's Joinder to the Debtors' Supplemental Brief Regarding Bankruptcy Code Section 108 Issues [Filed: 3/6/07] (Adv. Pro. No. 02-1657, Docket No. 93)

L. Brief of Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, P.C. Regarding Application of Section 108 of the Bankruptcy Code [Filed: 3/6/07] (Adv. Pro. No. 02-1657, Docket No. 94)

M. Debtors' Response Regarding Bankruptcy Code Section 108 Issues [Filed: 3/19/07] (Adv. Pro. No. 02-1657, Docket No. 96)

N. Brief of RMQ and ELG In Response to Debtors' Supplemental Brief Regarding Bankruptcy Code Section 108 Issues [Filed: 3/19/07] (Adv. Pro. No. 02-1657, Docket No. 97)

O. National Union Fire Insurance Company of Pittsburgh, PA's Joinder to the Debtors' Response Brief Regarding Bankruptcy Code Section 108 Issues [Filed: 3/20/07] (Adv. Pro. No. 02-1657, Docket No. 98)

P. Notice of Rescheduled Hearing [Filed: 4/20/07] (Adv. Pro. No. 02-1657, Docket No. 103)

Status: This matter will go forward.

Dated: July 12, 2007

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession