# Exhibit A

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

July 12, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1318630                     IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 18.10 hrs. at | $595.00 /hr. = | $10,769.50 | |
| RW RILEY | PARTNER | 2.20 hrs at | $480.00 /hr. = | $1,056.00 | |
| WS KATCHEN | OF COUNSEL | 5.90 hrs. at | $650.00 /hr. = | $3,835.00 | |
| MF HAHN | ASSOCIATE | 1.70 hrs. at | $360.00 /hr. = | $612.00 | |
| BA GRUPPO | PARALEGAL | 1.80 hrs. at | $235.00 /hr. = | $423.00 | |
| AT ASH | LEGAL ASSISTANT | 2.30 hrs. at | $175.00 /hr. = | $402.50 | |
| | | | | | $17,098.00 |

DISBURSEMENTS
MESSENGER SERVICE                                    469.95
OVERNIGHT MAIL                                        19.31
PRINTING & DUPLICATING                                12.60
PRINTING & DUPLICATING - EXTERNAL           176.00
TOTAL DISBURSEMENTS                                              $677.86

BALANCE DUE THIS INVOICE                                       $17,775.86

PREVIOUS BALANCE                                              $47,197.11

TOTAL BALANCE DUE                                             $64,972.97

File # K0248-00001                                          INVOICE #  1318630
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/3/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 4/4/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 4/6/2007 | 004 | RW RILEY | REVIEWING RECENT PLEADING WITH RESPECT TO ASBESTOS PD CLAIMS | 0.70 | $336.00 |
| 4/9/2007 | 004 | RW RILEY | REVIEWING OBJECTION TO SPEIGHTS & RUNYAN MOTION AND OTHER RECENT FILINGS IN CASE | 0.60 | $288.00 |
| 4/11/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 4/13/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 4/16/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

File # K0248-00001                                  INVOICE # 1318630
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 4/18/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 4/23/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 4/26/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 1.00 | $235.00 |
| 4/27/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J DIMASSA, L.J.KOTLER, M.LIPOWICZ, W M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| | | | Code Total | 3.10 | $1,047.00 |

File # K0248-00001                                    INVOICE # 1318630
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/3/2007 | 005 | MR LASTOWSKI | REVIEW GWL PROPERTIES CONSENT ORDER (SUPREME COURT OF BRITISH COLUMBIA) | 0.40 | $238.00 |
| 4/4/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS | 0.30 | $108.00 |
| 4/4/2007 | 005 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL'S AMENDED MOTION TO COMPEL | 0.20 | $119.00 |
| 4/5/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS | 0.20 | $72.00 |
| 4/5/2007 | 005 | MR LASTOWSKI | REVIEW ORDER GRANTING LIBBY CLAIMANT'S MOTION TO RESCHEDULE DEBTOR'S MOTION TO EXPAND INJUNCTION | 0.20 | $119.00 |
| 4/10/2007 | 005 | MF HAHN | REVIEW DOCKET; REVIEW TRANSCRIPT OF HEARING HELD 4/2/07 RE: MOTION TO COMPEL DEBTOR'S TO PREPARE NAVIGABLE DATABASE | 0.80 | $288.00 |
| 4/10/2007 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO DEBTORS' MOTION TO COMPEL COMPLIANCE WITH ORDER RELATING TO CONSULTING EXPERTS | 0.30 | $178.50 |
| 4/10/2007 | 005 | MR LASTOWSKI | REVIEW EARLY LUDWICK AND SWEENEY MOTION FOR PROTECTIVE ORDER RE: SUBPOENA ISSUED BY W.R. GRACE | 0.60 | $357.00 |
| 4/10/2007 | 005 | MR LASTOWSKI | REVIEW ZAI CLAIMAINT'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR LEAVE TO PURSUE INTERLOCUTORY APPEAL | 0.50 | $297.50 |
| 4/10/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AN ORDER CONERNING THE AMENDMENT OF CERTAIN PROPERTY DAMAGE CLAIMS | 0.30 | $178.50 |
| 4/10/2007 | 005 | MR LASTOWSKI | REVIEW MOTION TO STAY EXPERT ORDERS AND TO STAY APPEAL PERIOD FOR EXPERT ORDERS | 0.20 | $119.00 |
| 4/11/2007 | 005 | MR LASTOWSKI | REVIEW CLAIMANT'S OPPOSITION TO TO DEBTORS' MOTION TO COMPEL COMPLIANCE WITH THE COURT'S ORDER OF DECEMBER 22, 2006 | 0.40 | $238.00 |
| 4/11/2007 | 005 | MR LASTOWSKI | REVIEW MOTIONS TO STRIKE DECLARATION OF GRAEME MEW AND DEBTORS' RESPONSE THERETO | 0.20 | $119.00 |
| 4/11/2007 | 005 | MR LASTOWSKI | REVIEW MOTLEY RICE'S MOTION TO STRIKE DEBTORS' MOTION TO COMPEL RESPONSES TO ASBESTOS PERSONAL INJURY QUESTIONNAIRE | 0.50 | $297.50 |
| 4/17/2007 | 005 | MR LASTOWSKI | ANALYSIS OF ANDERSON MEMORIAL HOSPITAL'S MORTION TO COMPEL PRODUCTION OF PRIVILEGE LOG | 0.20 | $119.00 |

File # K0248-00001                                      INVOICE #  1318630
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/17/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS MOTION FOR EXPEDITED DISCOVERY | 0.40 | $238.00 |
| 4/17/2007 | 005 | MR LASTOWSKI | DEBTORS' OBJECTIONS TO ANDERSON MEMORIAL HOSPITAL'S DISCOVERY | 0.10 | $59.50 |
| 4/17/2007 | 005 | MR LASTOWSKI | REVIEW MOTLEY RICE'S MOTION TO STRIKE DEBTORS' MOTION TO COMPEL RESPONSES TO QUESTIONNAIRE | 0.20 | $119.00 |
| 4/17/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO ZAI CLAIMANTS' MOTION FOR DISCOVERY RE: DEBTORS' CONDUCT IN ZAI PROCEEDINGS | 0.50 | $297.50 |
| 4/17/2007 | 005 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S OPPOSITION TO DEBTORS' MOTION TO EXPAND THE LIBBY INJUNCTION | 0.20 | $119.00 |
| 4/30/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY RE: EXPANSION OF LIBBY INJUNCTION TO BNSF | 0.60 | $357.00 |
| 4/30/2007 | 005 | MR LASTOWSKI | ANALYSIS OF DEBTOR'S MOTION FOR EXPEDITED CONSIDERATION OF THE MOTION FOR A PROTECTIVE ORDER FILED BY EARLY, LUDWICK AND SWEENEY | 1.20 | $714.00 |
| 4/30/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING ON MOTION IN LIMINE TO EXCLUDE TESTIMONY OF RICHARD J. LEE | 0.80 | $476.00 |
| 4/30/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO ZAI CLAIMANT'S MOTION FOR DISCOVERY INTO DEBTOR'S CONDUCT DURING THE ZAI TRIAL | 0.30 | $178.50 |
| 4/30/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: MOTION TO COMPEL PRODUCTION OF GRACE'S PRE PETITION ESTIMATES OF ASBESTOS LIABILITY | 1.20 | $714.00 |
| | | | Code Total | 10.80 | $6,120.50 |

File # K0248-00001                                          INVOICE #  1318630
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/17/2007 | 006 | MR LASTOWSKI | ERVIEW GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' OMNIBUS CLAIM OBJECTION | 0.20 | $119.00 |
| | | | Code Total | 0.20 | $119.00 |

File # K0248-00001                                      INVOICE #  1318630
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/11/2007 | 009 | AT ASH | PREPARATION OF DUANE MORRIS 62ND MONTHLY APPLICATION. | 0.60 | $105.00 |
| | | | Code Total | 0.60 | $105.00 |

July 12, 2007
Page 8

File # K0248-00001                                                    INVOICE #  1318630
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/3/2007 | 010 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 12TH QUARTERLY APPLICATION FOR CAPSTONE. | 0 30 | $52.50 |
| 4/10/2007 | 010 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 71ST MONTHLY APPLICATION OF STROOCK | 0.30 | $52.50 |
| | | | Code Total | 0.60 | $105.00 |

File # K0248-00001                              INVOICE # 1318630
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/11/2007 | 012 | RW RILEY | ASSISTANCE IN PREPARATION OF 62 MONTHLY FEE APPLICATION FOR DUANE MORRIS | 0.50 | $240.00 |
| 4/23/2007 | 012 | AT ASH | PREPARATION OF 63RD MONTHLY APPLICATION OF DUANE MORRIS. | 0.70 | $122.50 |
| | | | Code Total | 1.20 | $362.50 |

File # K0248-00001                                                    INVOICE #  1318630
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/3/2007 | 013 | MR LASTOWSKI | SIGN NOTICE OF FILING OF CAPSTONE QUARTERLY FEE APPLICATIONS | 0.10 | $59.50 |
| 4/10/2007 | 013 | MR LASTOWSKI | SIGN NOTICE OF STROOCK 71ST FEE APPLICATION | 0 10 | $59 50 |
| 4/20/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 36TH MONTHLY APPLICATION OF CAPSTONE. | 0.20 | $35.00 |
| 4/20/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 37TH MONTHLY APPLICATION OF CAPSTONE. | 0 20 | $35.00 |
| 4/20/2007 | 013 | RW RILEY | REVIEWING AND EXECUTING 36TH MONTHLY APPLICATION OF CAPSTONE ( 2); REVIEWING AND EXECUTING 37TH MONTHLY APPLICATION OF CAPSTONE (.2) | 0 40 | $192.00 |
| | | | Code Total | 1.00 | $381.00 |

File # K0248-00001                                      INVOICE #  1318630
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/2/2007 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 4.70 | $2,796.50 |
| 4/26/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR 5/2/07 HEARING AND ITEMS IDENTIFIED THEREON | 3.30 | $1,963.50 |
| | | | Code Total | 8.00 | $4,760.00 |

File # K0248-00001                                    INVOICE #  1318630
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/23/2007 | 017 | MF HAHN | OBTAIN AND REVIEW FEDERAL-MOGUL REORG PLAN; PROVIDE COPY TO WSK | 0.40 | $144.00 |
| 4/30/2007 | 017 | MR LASTOWSKI | REVIEW MT. MCKINLEY'S PLAN OBJECTIONS | 0.20 | $119.00 |
| | | | Code Total | 0.60 | $263.00 |

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318630

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/2/2007 | 025 | WS KATCHEN | REVIEW REGARDING NONCOMPLIANCE WITH RAY ORDER; REVIEW SETTLEMENT NOTICE; REVIEW DEBTOR'S REPLY REGARDING RETENTION OF FORMAN, PERRY; REVIEW BARON, BUDD ET AL DESIGNATION OF RECORD; REVIEW DEBTORS OBJECTION TO CLAIM BY MASS. DEPT OF REVENUE; REVIEW MOTION REGARDING CHASE; TELEPHONE CONVERSATION WITH COMMITTEE MEMBERS; REVIEW NOTICE 22ND OMNIBUS OBJECTION; REVIEW MOTION 362(D) TO PERMIT TAX COURT LITIGATION. | 1.30 | $845.00 |
| 4/2/2007 | 025 | WS KATCHEN | REVIEW MOTION/OBJECTION CLAIMS, MOTION TO MODIFY ORDER REGARDING LEXICON, CERTIFICATION OF COUNSEL REGARDING CIRCLE BAR | 0.40 | $260.00 |
| 4/4/2007 | 025 | WS KATCHEN | REVIEW CAPSTONE CONFIDENTIAL REPORT. | 0.70 | $455.00 |
| 4/14/2007 | 025 | WS KATCHEN | PROSPECTIVE:  ASBESTOS CASE - CHAPTER 11 BUILDING. | 1.60 | $1,040.00 |
| 4/16/2007 | 025 | WS KATCHEN | REVIEW COMMITTEE EMAILS. | 0.20 | $130.00 |
| 4/17/2007 | 025 | WS KATCHEN | REVIEW - COMMITTEE MEMO FROM STROOCK | 0.20 | $130.00 |
| 4/23/2007 | 025 | WS KATCHEN | REVIEW ASSORTED PLEADINGS, ORDERS, MOTIONS AND OBJECTION TO ZAI MOTION FOR RECONSIDERATION. | 0.70 | $455.00 |
| 4/30/2007 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMOS RECEIVED ON APRIL 30TH REGARDING ZAI (2): REVIEW ASBESTOS COMMITTEE AND FUTURES MOTION TO COMPEL. | 0.80 | $520.00 |
| | | | Code Total | 5.90 | $3,835.00 |

File # K0248-00001                                    INVOICE #  1318630
    W.R. GRACE & CO.

TOTAL SERVICES                        32.00    $17,098.00

File # K0248-00001                                        INVOICE # 1318630
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|------|--------|
| 4/30/2007 | PRINTING & DUPLICATING - EXTERNAL | | 176.00 |
| | | Total: | $176.00 |
| | | | |
| 4/13/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL ESQ. AT SENIOR VP AND GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798151692308) | | 8 33 |
| 4/13/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQ. AT WARREN H. SMITH&ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791276353977) | | 10.98 |
| | | Total: | $19 31 |
| | | | |
| 4/30/2007 | MESSENGER SERVICE | | 469.95 |
| | | Total: | $469.95 |
| | | | |
| 4/30/2007 | PRINTING & DUPLICATING | | 12.60 |
| | | Total: | $12 60 |
| | | | |
| | TOTAL DISBURSEMENTS | | $677 86 |