# Exhibit A

DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

July 12, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001 Invoice# 1318631 IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED THROUGH 05/31/2007 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 24 50 | hrs. at | $595.00 /hr. = | $14,577.50 | |
| RW RILEY | PARTNER | 2.80 | hrs. at | $480.00 /hr. = | $1,344.00 | |
| WS KATCHEN | OF COUNSEL | 3.70 | hrs. at | $650.00 /hr. = | $2,405.00 | |
| MF HAHN | ASSOCIATE | 1 70 | hrs. at | $360.00 /hr. = | $612.00 | |
| BA GRUPPO | PARALEGAL | 1.30 | hrs. at | $235.00 /hr. = | $305.50 | |
| AT ASH | LEGAL ASSISTANT | 4.60 | hrs at | $175.00 /hr. = | $805.00 | |
| | | | | | | $20,049.00 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| MESSENGER SERVICE | 7060.60 | |
| OVERNIGHT MAIL | 46.67 | |
| PRINTING & DUPLICATING | 122.25 | |
| TELEPHONE | 310.00 | |
| WESTLAW LEGAL RESEARCH | 13.50 | |
| TOTAL DISBURSEMENTS | | $7,553.02 |
| BALANCE DUE THIS INVOICE | | $27,602.02 |
| PREVIOUS BALANCE | | $64,972.97 |
| TOTAL BALANCE DUE | | $92,574.99 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/3/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.20 | $47 00 |
| 5/3/2007 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO CASE STATUS. | 0.20 | $130.00 |
| 5/4/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/7/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/8/2007 | 004 | WS KATCHEN | REVIEW COMMITTEE REPORT. | 0 10 | $65.00 |
| 5/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R J.DIMASSA, L.J.KOTLER, M LIPOWICZ, W M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/14/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M HAHN | 0.10 | $23.50 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/16/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/17/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/23/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/24/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/24/2007 | 004 | WS KATCHEN | REVIEW MOTION TO AUTHORIZE PENSION PLAN CONTRIBUTION; REVIEW PD COMMITTEE OBJECTION TO DEBTORS' MOTION TO AMEND OBJECTIONS | 0.30 | $195.00 |
| 5/25/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/25/2007 | 004 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR EXPEDITED CONSIDERATION FOR PROTECTIVE ORDER AND JOINT MOTION OF DEBTOR'S CLAIMS RESOLUTION MANAGEMENT CORP. FOR PROTECTIVE ORDER | 0.30 | $195.00 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/29/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/29/2007 | 004 | RW RILEY | REVIEWING AGENDA FOR 5/30/07 HEARING AND MATTERS SCHEDULED FOR HEARING | 0.40 | $192.00 |
| 5/31/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| | | | Code Total | 2.60 | $1,082.50 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/1/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' MOTION FOR LEAVE TO FILE A LATE RESPONSE TO DEBTOR'S MOTION REGARDING NON COMPLIANCE WITH X RAY ORDER | 0.20 | $119.00 |
| 5/1/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' MOTION FOR RECONSIDERATION OF ORDER STRIKING RESPONSE TO DEBTOR'S MOTION REGARDING NON COMPLIANCE WITH X RAY ORDER | 0.20 | $119.00 |
| 5/1/2007 | 005 | MR LASTOWSKI | REVIEW UPDATED OBJECTIONS TO SPEIGHTS & RUNYAN'S CLAIMS | 0.10 | $59.50 |
| 5/2/2007 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE AND FUTURE CLAIMS REPRESENTATIVE'S REPLY IN SUPPORT OF MOTION TO COMPLY DISCOVERY OF GRACE'S PRE-PETITION ESTIMATES OF ASBESTOS PERSONAL INJURY LIABILITY | 0.10 | $59.50 |
| 5/7/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS; REVIEW TRANSCRIPT FILED ON DOCKET AND SEND SAME TO WSK | 0.30 | $108.00 |
| 5/8/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' RESPONSE TO DEBTOR'S MOTION REGARDING ALLEGED NON-COMPLIANCE WITH X-RAY ORDER | 0.10 | $59.50 |
| 5/8/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO ANDERSON MEMORIAL HOSPITAL'S MOTION TO COMPEL PRODUCTION OF PRIVILEGE LOG | 0.10 | $59.50 |
| 5/9/2007 | 005 | MF HAHN | REVIEW DOCKET AND CONFERENCE WITH A. ASH REGARDING PULLING RECORDS ON APPEAL AND STATEMENTS OF ISSUES ON APPEAL | 0.20 | $72.00 |
| 5/9/2007 | 005 | MR LASTOWSKI | ANALYSIS OF DEBTORS' MOTION TO AMEND CLAIM OBJECTIONS | 0.20 | $119.00 |
| 5/9/2007 | 005 | MR LASTOWSKI | ANALYSIS OF SPEIGHTS & RUNYON'S MOTION TO STRIKE UPDATED CLAIM OBJECTIONS | 0.20 | $119.00 |
| 5/16/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF PROPERTY DAMAGE CLAIMS | 0.20 | $119.00 |
| 5/16/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR LEAVE TO AMEND PROPERTY DAMAGE CLAIMS | 0.30 | $178.50 |
| 5/21/2007 | 005 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S OBJECTION TO DEBTORS' MOTION FOR LEAVE TO AMEND PROPERTY DAMAGE CLAIMS | 0.30 | $178.50 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1318631

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/23/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT WITH TRUMBULL MEMORIAL HOSPITAL | 0.20 | $119.00 |
| 5/23/2007 | 005 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S MOTION TO STRIKE AND TO COMPEL | 0.20 | $119.00 |
| 5/29/2007 | 005 | MR LASTOWSKI | REVIEW MOTION OF DEBTORS AND OF THE CLAIMS RESOLUTION MANAGEMENT CORPORATION FOR A PROTECTIVE ORDER | 0.20 | $119.00 |
| | | | Code Total | 3.10 | $1,727.00 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/22/2007 | 008 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO MAKE CONTRIBUTIONS TO DEFINED BENEFIT PLAN | 0.20 | $119.00 |
| | | | Code Total | 0.20 | $119.00 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/1/2007 | 012 | AT ASH | FINALIZE 63RD MONTHLY APPLICATION OF DUANE MORRIS. | 0.50 | $87.50 |
| 5/1/2007 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 63RD MONTHLY APPLICATION OF DUANE MORRIS. | 0.30 | $52.50 |
| 5/7/2007 | 012 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION RE 61ST MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $35.00 |
| 5/7/2007 | 012 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION RE 62ND MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $35.00 |
| 5/16/2007 | 012 | AT ASH | DRAFT DUANE MORRIS 24TH QUARTERLY APPLICATION. | 1.10 | $192.50 |
| 5/23/2007 | 012 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 63RD MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $35.00 |
| 5/29/2007 | 012 | AT ASH | FINALIZE DUANE MORRIS' 24TH QUARTERLY APPLICATION, CONVERT TO PDF FORMAT AND E-FILE. DISTRIBUTE TO SERVICE LIST. | 0.80 | $140.00 |
| 5/29/2007 | 012 | MR LASTOWSKI | REVIEW AND SIGN 24TH QUARTERLY FEE APPLICATION | 0.70 | $416.50 |
| | | | Code Total | 4.00 | $994.00 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/1/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 72ND MONTHLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 5/2/2007 | 013 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION RE 71ST MONTHLY APPLICATION OF STROOCK. E-FILE SAME. | 0.30 | $52.50 |
| 5/15/2007 | 013 | AT ASH | DRAFT CERTIFICATIONS OF NO OBJECTION RE 36TH AND 37TH MONTHLY APPLICATIONS OF CAPSTONE | 0.40 | $70.00 |
| 5/23/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 72ND MONTHLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 5/23/2007 | 013 | MR LASTOWSKI | EXECUTE CNO FOR STROOCK 73RD MONTHLY | 0.10 | $59.50 |
| | | | Code Total | 1.40 | $287.00 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/2/2007 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING (TELEPHONICALLY) | 3.20 | $1,904.00 |
| 5/2/2007 | 015 | RW RILEY | TELEPHONIC APPEARANCE AT OMNIBUS HEARING | 2.40 | $1,152.00 |
| 5/8/2007 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING (BY TELEPHONE) | 7.10 | $4,224.50 |
| 5/18/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 5/21/07 OMNIBUS HEARING | 3.20 | $1,904.00 |
| 5/21/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 5.70 | $3,391.50 |
| 5/29/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 5/30/07 HEARING | 1.20 | $714.00 |
| | | | Code Total | 22.80 | $13,290.00 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/16/2007 | 018 | MR LASTOWSKI | ANALYSIS OF DEBTORS' OBJECTION TO STATE OF MONTANA'S MOTION TO RECONSIDER ORDER DENYING RELIEF FROM STAY | 0.20 | $119.00 |
| 5/16/2007 | 018 | MR LASTOWSKI | ANALYSIS OF LIBBY PLAINTIFFS' OBJECTION TO STATE OF MONTANA'S MOTION TO RECONSIDER ORDER DENYING RELIEF FROM STAY | 0.20 | $119.00 |
| | | | Code Total | 0.40 | $238.00 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/16/2007 | 025 | MF HAHN | REVIEW NEW OPINION REGARDING MONTANA CONTRIBUTION AND INDEMNIFICATION CLAIMS; REVIEW JOINT MOTION FOR PROTECTIVE ORDER; FORWARD SAME TO WSK FOR REVIEW | 1.20 | $432.00 |
| 5/16/2007 | 025 | WS KATCHEN | REVIEW EMAILS REGARDING EXIT. | 0.20 | $130.00 |
| 5/17/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO AUTHORIZE SETTLEMENT PD CLAIMS - §107 CONFIDENTIALITY ISSUE. | 0.50 | $325.00 |
| | | | Code Total | 1.90 | $887.00 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/1/2007 | 027 | MR LASTOWSKI | REVIEW MARCH MONTHLY OPERATING REPORT | 0.10 | $59.50 |
| | | | Code Total | 0.10 | $59.50 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/1/2007 | 029 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO MOTION OF EARLY LUDWICK | 0.50 | $325.00 |
| 5/16/2007 | 029 | WS KATCHEN | REVIEW 2007 WL 1129174 (CHAKARIAN OPINION) (BANKR. D. DEL. 2007) FOR EXPANSION MOTION. | 0.20 | $130.00 |
| 5/17/2007 | 029 | WS KATCHEN | REVIEW ACC OPPOSITION TO MOTION FOR RECONSIDERATION; REVIEW MONTANA PLAINTIFF'S OPPOSITION TO DEBTOR'S MOTION FOR RECONSIDERATION; REVIEW DEBTOR'S OBJECTION TO STATE OF MONTANA'S MOTION. | 0.60 | $390.00 |
| 5/25/2007 | 029 | WS KATCHEN | REVIEW CONFIDENTIAL COMMITTEE MEMO ON P.D. SETTLEMENT. | 0.20 | $130.00 |
| 5/29/2007 | 029 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO ANDERSON MEMORIAL HOSPITALS MOTION TO STRIKE; REVIEW DEBTOR'S MOTION FOR ENTRY OF PROTECTIVE ORDER (CLAIMS RESOLUTION MANAGEMENT CORP.); REVIEW COMMITTEE STATUS REPORT. | 0.60 | $390.00 |
| | | | Code Total | 2.10 | $1,365.00 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| | | |
|---|---|---|
| TOTAL SERVICES | 38.60 | $20,049.00 |

File # K0248-00001 INVOICE # 1318631
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 5/31/2007 | TELEPHONE | | 310.00 |
| | | Total: | $310.00 |
| 5/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798664723576) | | 8.48 |
| 5/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790729370445) | | 6.78 |
| 5/29/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791309543602) | | 6.89 |
| 5/29/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790257867910) | | 24.52 |
| | | Total: | $46.67 |
| 5/16/2007 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 13.50 |
| | | Total: | $13.50 |
| 5/31/2007 | MESSENGER SERVICE | | 7,060.60 |
| | | Total: | $7,060.60 |
| 5/31/2007 | PRINTING & DUPLICATING | | 122.25 |
| | | Total: | $122.25 |
| | TOTAL DISBURSEMENTS | | $7,553.02 |