IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: August 2, 2007 at 4:00 p.m. |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD MAY 1, 2007 THROUGH MAY 30, 2007**

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

| 05/14/2007 | GHL | Review of further results of testing of proposed cement dispersants, and commence revisions to draft opinion of non-infringement in view of same; | 0.70 |
|---|---|---|---|
| 05/15/2007 | GHL | Further revision of non-infringement opinion; | 2.00 |
| 05/17/2007 | GHL | Telephone conference with Mr. Leon regarding Grace test data to be analyzed in the opinion, further revision to, and finalization of, the opinion, and attendance to dispatch of the non-infringement opinion to Mr. Leon. | 0.90 |

SERVICES　　　　　　　　　　$　1,908.00

| | GHL | GARY H. LEVIN | 3.60 | hours @ | $530.00 |
|---|---|---|---|---|---|
| | | | | | |

**INVOICE TOTAL**　　　　　　　　　　$　1,908.00

## WRG-0081
## AUTOMATED YIELD MONITORING AND CONTROL

| 05/01/2007 | GHL | Work on development of patent application on improved SYM injection system, including meeting in our offices with inventors Mr. Hilton (Grace) and Mr. Lipford (Key Technologies) to review technical aspects of the invention, discussions regarding proposed claim scope. | 2.50 |
|---|---|---|---|
| 05/01/2007 | JEM | Participate in invention disclosure meeting with Mr. Lipford, Mr. Hilton and Mr. Levin. | 4.00 |
| 05/09/2007 | JEM | Review additional disclosure materials forwarded by Mr. Lipford relating to product currently under development. | 5.00 |
| 05/10/2007 | JEM | Continue consideration of disclosure materials and prior patent publication; begin preparing figures to be used in connection with draft application; correspond with Mr. Lipford regarding availability of additional disclosure materials. | 3.00 |
| 05/19/2007 | JEM | Consider software specification recently forwarded by Mr. Lipford; continue consideration of disclosure materials and areas for which claims should be drafted. | 6.00 |
| 05/21/2007 | JEM | Continue consideration of disclosure materials and preparing patent application figures. | 3.00 |
| 05/22/2007 | JEM | Continue consideration of disclosure materials, preparing patent application figures, and preparing draft patent claims. | 3.00 |
| 05/23/2007 | JEM | Continue drafting patent claims; begin drafting background section of the application. | 6.00 |
| 05/24/2007 | JEM | Continue revising draft patent claims; continue drafting background section; begin preparing detailed description. | 4.00 |
| 05/25/2007 | JEM | Continue preparing detailed description. | 2.00 |
| 05/27/2007 | JEM | Continue preparing detailed description of the patent application. | 6.50 |
| 05/29/2007 | JEM | Continue preparing draft patent application; forward draft application to client for review. | 9.00 |

SERVICES                                    $   22,697.50

|   | GHL | GARY H. LEVIN | 2.50 | hours @ | $530.00 |
|---|---|---|---|---|---|
|   | JEM | JOHN E. MCGLYNN | 51.50 | hours @ | $415.00 |

**INVOICE TOTAL**                                    $   22,697.50

## WRG-GEN

| 05/04/2007 | GHL | Preparation of monthly fee petition for March 2007 and Quarterly Summary for January-March 2007. | 1.20 |
|---|---|---|---|
| | | SERVICES                              $ | 636.00 |

| | GHL | GARY H. LEVIN | 1.20 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                              $     636.00