## Exhibit III

**Fee Application for the period**

**February 1, 2007 through February 28, 2007**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Objection Deadline:**
May 10, 2007 at 4:00 p.m.
**Hearing date: To be scheduled only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served its Thirty-Seventh Interim Application for

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses Incurred for the period from February 1, 2007 through February 28, 2007 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $69,696.40, representing 80% of $87,120.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $344.89.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 10, 2007 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official

Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

(fax number 302-573-6497); and (viii) the Fee Auditor, to Stephen L. Bossay, Warren H. Smith

and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.

Dated: April 20, 2007
      Wilmington, DE

                **RESPECTFULLY SUBMITTED,**

                Michael R. Lastowski, Esq. (DE I.D. No. 3892)
                Richard W. Riley, Esq. (DE I.D. No. 4052)
                DUANE MORRIS LLP
                1100 North Market Street, Suite 1200
                Wilmington, DE 19801
                Telephone:    (302) 657-4900
                Facsimile:     (302) 657-4901
                E-mail:        mlastowski@duanemorris.com
                                    rwriley@duanemorris.com

                William S. Katchen, Esquire (Admitted in NJ Only)
                DUANE MORRIS LLP
                One Riverfront Plaza
                Newark, New Jersey 07102
                Telephone:    (973) 424-2000
                Facsimile:     (973) 424-2001
                E-mail:        wskatchen@duanemorris.com

                         and

                Lewis Kruger, Esquire
                STROOCK & STROOCK & LAVAN LLP
                180 Maiden Lane
                New York, New York 10038-4982
                Telephone:    (212) 806-5400
                Facsimile:     (212) 806-6006
                E-mail:        lkruger@Stroock.com

                Co-Counsel for the Official Committee of
                Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors ) | |

THIRTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | February 1, 2007 through February 28, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $87,120.50): | $ 69,696.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $    344.89 |
| Total Amount Due: | $ 70,041.29 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for fee application preparation is 1.60 hours and corresponding compensation requested is approximately $600.00.

This is the Thirty-Seventh Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

THIRTY- SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007)

### ATTACHMENT A
### TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

THIRTY- SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $   435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

THIRTY- SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

THIRTY- SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |

THIRTY- SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 13, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $  166.00 | $44,562.40 |
| April 13, 2007 | February 1, 2007 Through February 28, 2007 | $87,120.50 | $344.89 | $69,696.40 |

THIRTY- SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 2/1/07 through 2/28/07

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $595 | 17.10 | $10,174.50 |
| S. Cunningham | Member | $595 | 47.50 | $28,262.50 |
| R. Frezza | Consultant | $485 | 3.80 | $1,843.00 |
| J. Dolan | Consultant | $375 | 120.30 | $45,112.50 |
| M. Desalvio | Research | $160 | 10.80 | $1,728.00 |
| **For the Period 2/1/07 through 2/28/07** | | | **199.50** | **$87,120.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 2/1/07 through 2/28/07

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant Finalized a report to the Committee regarding Project Gemini. | 3.0 | $1,455.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and debt capacity, recovery scenarios under various assumptions, and cash repatriation issues. | 26.8 | $15,154.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including the PI/PD proposal, pension financial results and acquisitions/divestitures with counsel and Committee members. | 20.2 | $8,631.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant prepared various analyses regarding pension motion and incentive compensation arrangements. | 7.0 | $3,373.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant Prepared various billing/invoice analyses. | 1.6 | $600.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data and prepared numerous detailed analyses regarding December monthly and 4Q06 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A comprehensive report to Committee was prepared thereon. | 46.6 | $19,697.00 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared numerous detailed analyses regarding the Debtors 2007 business plan, including an industry analysis as well as sensitivity analyses for inclusion in the Business Plan Report to the Committee. | 72.3 | $31,072.50 |
| 21. Research | During the Fee Application period, the Applicant gathered and analyzed industry group and peer analyses to assist in the review of the 2007 business plan. | 10.8 | $1,728.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant prepared for and participated in discussions regarding the 2007 Business Plan with the Debtors. | 11.2 | $5,410.00 |
| **For the Period 2/1/07 through 2/28/07** | | **199.50** | **$87,120.50** |

Capstone Advisory Group, LLC
Invoice for the February Fee Application

Page 1 of 1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 2/1/07 through 2/28/07

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Acquisitions/Divestitures** | | | |
| 2/1/2007 | R. Frezza | 1.20 | Revised Project Gemini Memo - followed up on additional questions raised by counsel. |
| 2/2/2007 | R. Frezza | 1.80 | Finalized Project Gemini Memo to the Committee. |
| Subtotal | | 3.00 | |
| **03. Claims Analysis & Valuation** | | | |
| 2/6/2007 | E. Ordway | 3.00 | Prepared report narrative regarding one-time items and normalized EBITDA. |
| 2/8/2007 | S. Cunningham | 3.50 | Updated and revised hypothetical claims and recovery analysis. |
| 2/9/2007 | S. Cunningham | 4.00 | Prepared debt capacity and updated Enterprise and Recovery analysis. |
| 2/12/2007 | E. Ordway | 3.70 | Reviewed current financial statements of comparable companies for non-recurring/unusual items that would require adjustment. |
| 2/13/2007 | E. Ordway | 1.20 | Reviewed POR analysis based on business plan assumptions regarding cash-on-hand. |
| 2/16/2007 | E. Ordway | 0.30 | Analyzed Sealed Air stock history and volatility. |
| 2/26/2007 | S. Cunningham | 3.50 | Reviewed cash repatriation proposal as discussed with Company at 2/20 meeting. |
| 2/27/2007 | J. Dolan | 2.30 | Updated distributable valuation analysis based on updated claims analysis, Plan 2007 EBITDA, Sealed Air stock price, etc. |
| 2/27/2007 | J. Dolan | 1.30 | Review of updated claims analysis received from Blackstone and analyzed compared to prior version received. |
| 2/28/2007 | S. Cunningham | 4.00 | Reviewed and updated environmental claims summary and analysis. |
| Subtotal | | 26.80 | |
| **04. Creditor Committee Matters** | | | |
| 2/1/2007 | R. Frezza | 0.80 | Discussed Pension Alternatives analysis with Company and Blackstone in greater detail; updated memo for counsel review. |

| Date | Professional | Hours | Detailed Time Description |
|------|------|------|------|
| 2/6/2007 | J. Dolan | 1.80 | Prepared for and participated in status call with Counsel regarding bi-weekly update received from the Company. |
| 2/6/2007 | J. Dolan | 2.50 | Prepared an informational package and various analyses for Committee member. |
| 2/8/2007 | J. Dolan | 2.80 | Prepared historical performance analyses at the request of the lenders. |
| 2/12/2007 | J. Dolan | 2.10 | Prepared 4Q06 analyses of sales and EBITDA compared to Plan and Prior Year in preparation for meeting with Committee member. |
| 2/12/2007 | J. Dolan | 0.50 | Reviewed SEC filing - Schedule 13G |
| 2/12/2007 | J. Dolan | 1.00 | Reviewed detailed claims summary from prior quarters in preparation of environmental claim discussion with Committee member. |
| 2/12/2007 | J. Dolan | 0.80 | Review and analysis of recent docket items. |
| 2/12/2007 | S. Cunningham | 3.50 | Participated in case update with chair and counsel. |
| 2/27/2007 | J. Dolan | 2.30 | Reviewed and analyzed recent docket items. |
| 2/27/2007 | J. Dolan | 1.20 | Status update call with Stroock regarding recent hearings and meetings with Debtors. |
| 2/28/2007 | E. Ordway | 0.30 | Called Committee member to discuss status of proposed acquisition. |
| 2/28/2007 | E. Ordway | 0.60 | Read and analyzed counsel's memo regarding recent omnibus hearing. |
| Subtotal | | 20.20 | |

05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|------|------|------|------|
| 2/1/2007 | S. Cunningham | 2.00 | Reviewed final pension analysis and report to committee. |
| 2/1/2007 | J. Dolan | 2.20 | Prepared report regarding Watson Wyatt pension update for 2008 and 2009 based on discussions with the Company. |
| 2/1/2007 | J. Dolan | 1.40 | Final edits to pension funding motion report to the Committee. |
| 2/14/2007 | E. Ordway | 1.40 | Summarized incentive compensation arrangements for senior management since inception of bankruptcy. |
| Subtotal | | 7.00 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|------|------|------|
| 2/1/2007 | J. Dolan | 1.60 | Prepared fee application. |
| Subtotal | | 1.60 | |

Capstone Advisory Group, LLC
Invoice for the February Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/1/2007 | J. Dolan | 1.70 | Read and analyzed December monthly operating report. |
| 2/5/2007 | J. Dolan | 2.60 | Read and analyzed prior year financials and business plan report in anticipation of upcoming 2007 plan review meeting with the Company. |
| 2/5/2007 | J. Dolan | 3.70 | Review and analysis of Grace press release regarding 4th quarter and full year 2006 results. |
| 2/6/2007 | J. Dolan | 1.60 | Preparation of analyses for 4Q06 and full 2006 year review. |
| 2/8/2007 | J. Dolan | 1.10 | Preparation of tables and analyses for the 4Q06 and Full Year Report to the Committee. |
| 2/13/2007 | S. Cunningham | 4.00 | Reviewed full year FY 2006 performance versus plan and prior year. |
| 2/13/2007 | J. Dolan | 2.70 | Reviewed and analyzed 2007 financial review meeting materials including the review of the 2006 Full Year results. |
| 2/13/2007 | J. Dolan | 0.60 | Reviewed and analyzed 2007 financial review meeting materials including the review of the Investment Report for the year ended December 31, 2006. |
| 2/14/2007 | J. Dolan | 2.50 | Prepared summary of 4Q06 results reported in press release and the Company's financial briefing. |
| 2/14/2007 | J. Dolan | 1.20 | Updated 4Q06 P&L and Balance Sheet analysis. |
| 2/14/2007 | S. Cunningham | 5.50 | Prepared historical analysis in preparation for annual plan / financial meeting with Company. |
| 2/14/2007 | J. Dolan | 2.90 | Prepared 4Q06 report outline. |
| 2/15/2007 | J. Dolan | 1.30 | Prepared analysis of cash flow items for 4Q06 report. |
| 2/15/2007 | E. Ordway | 0.60 | Read financial results press release and listed items for staff to investigate. |
| 2/15/2007 | J. Dolan | 2.80 | Prepared gross margin analysis for 4Q06 report. |
| 2/15/2007 | J. Dolan | 3.20 | Read and analyzed information prepared by the Debtors regarding 2006 results of operations. |
| 2/21/2007 | J. Dolan | 1.90 | Prepared 5-year CAGR analysis for 4Q06 results. |
| 2/21/2007 | J. Dolan | 3.40 | Prepared comparative analysis for 4Q06 and full year versus Plan. |
| 2/22/2007 | J. Dolan | 3.30 | Prepared comparative cash flow analysis for 4Q06 and full year versus prior year. |
| Subtotal | | 46.60 | |

Capstone Advisory Group, LLC
Invoice for the February Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 09. Financial Analysis - Business Plan | | | |
| 2/2/2007 | E. Ordway | 1.60 | Prepared outline for staff to follow in preparation of 2007 business plan report. |
| 2/5/2007 | E. Ordway | 1.90 | Prepared analysis of comparable cash flows - plan versus actual. |
| 2/6/2007 | J. Dolan | 2.70 | Began preparing supporting analyses for 2007 business plan review to be included in our report to the Committee. |
| 2/7/2007 | J. Dolan | 1.70 | Preliminary review of Grace comparable quarterly chemical industry reports to assist in analyzing the 2007 business plan and 4Q06 review. |
| 2/8/2007 | J. Dolan | 3.00 | Preparation of tables and analyses for the 2007 Business Plan Report to the Committee. |
| 2/9/2007 | E. Ordway | 0.80 | Directed staff in preparing comparable company analysis. |
| 2/12/2007 | J. Dolan | 1.60 | Preliminary review of comparable chemical industry reports to assist in our analysis of the 4Q06 results and 2007 business plan. |
| 2/13/2007 | J. Dolan | 2.60 | Reviewed and analyzed 2007 financial review meeting materials including the review of the 2007 Detailed Business Plans. |
| 2/13/2007 | J. Dolan | 2.20 | Reviewed and analyzed 2007 financial review meeting materials including the review of the 2007 Operating Plan and Capital Budget. |
| 2/14/2007 | J. Dolan | 1.70 | Prepared detailed work plan. |
| 2/15/2007 | J. Dolan | 1.00 | Read and analyzed information prepared by the Debtors regarding 2007 business plan. |
| 2/16/2007 | E. Ordway | 1.70 | Read sections of business plan related to revenue and margin growth and provided staff list of items to include/analyze for our report thereon. |
| 2/16/2007 | J. Dolan | 3.10 | Read and analyzed information prepared by the Debtors regarding 2007 business plan. |
| 2/19/2007 | J. Dolan | 1.80 | Prepared question list in anticipation of 2007 business plan meeting with Debtors. |
| 2/19/2007 | J. Dolan | 3.40 | Read 2007 Plan presentation materials and commenced limited analysis and prepared question list. |
| 2/20/2007 | J. Dolan | 1.70 | Further developed request list as a result of Plan presentation. |
| 2/20/2007 | J. Dolan | 1.30 | Participated in post-presentation discussions internally regarding next steps and Plan review work allocation. |
| 2/21/2007 | S. Cunningham | 4.00 | Prepared and analyzed FY 2007 plan information received from Debtor. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/21/2007 | J. Dolan | 1.50 | Prepared summary of issues with respect to the business plan. |
| 2/22/2007 | S. Cunningham | 3.50 | Prepared and analyzed FY 2007 plan information received from Debtor. |
| 2/22/2007 | J. Dolan | 2.50 | Directed research staff in updating economic indicators related to housing; current pricing and projections in certain currencies and current pricing and projections in certain energies and metals. |
| 2/22/2007 | J. Dolan | 1.80 | Updated and finalized latest information request list to Debtor regarding 2007 business plan issues. |
| 2/23/2007 | S. Cunningham | 4.50 | Prepared and analyzed FY 2007 plan information received from Debtor. |
| 2/23/2007 | J. Dolan | 2.60 | Review of analysts reports in the Chemical Industry in connection with the Company's 2007 business plan review. |
| 2/23/2007 | J. Dolan | 2.50 | Prepared summary of issues with respect to the 2007 business plan. |
| 2/26/2007 | J. Dolan | 1.40 | Prepared sales bridge for 2007 Plan from prior year on a consolidated basis. |
| 2/26/2007 | J. Dolan | 3.70 | Prepared comparative analysis for full year Plan versus prior year. |
| 2/26/2007 | J. Dolan | 3.50 | Prepared summary cash flow schedules and analysis of cash flow items for the 4q06 section of report. |
| 2/27/2007 | J. Dolan | 2.60 | Reviewed and analyzed the 2007 Plan by Quarter received from Blackstone. |
| 2/28/2007 | J. Dolan | 4.40 | Continued detail analysis of the 2007 business plan by quarter and full year. |
| Subtotal | | 72.30 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/7/2007 | M. Desalvio | 1.30 | Retrieved peer analysts reports for 4Q06 and related industry reports to be included in report to the Committee. |
| 2/26/2007 | M. Desalvio | 3.50 | Industry group and peer analyst research to assist in analyzing the 2007 Business Plan. |
| 2/27/2007 | M. Desalvio | 6.00 | Industry group and peer analyst research to assist in analyzing the 2007 Business Plan. |
| Subtotal | | 10.80 | |

26. Meetings with Debtors/Advisors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/20/2007 | S. Cunningham | 5.50 | Participated in annual plan review with Company. |
| 2/20/2007 | J. Dolan | 5.20 | Prepared for and attended Debtor's 2006 Performance and 2007 Plan Presentation. |

Capstone Advisory Group, LLC
Invoice for the February Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/23/2007 | J. Dolan | 0.50 | Coordinated a meeting with management and tax group to follow up on Capstone questions related to the 2007 Plan. |
| Subtotal | | 11.20 | |
| **Total Hours** | | **199.50** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 2/1/07 through 2/28/07

| Date | Professional | Detail | Amount |
|------|--------------|--------|--------|
| **Copies** | | | |
| 2/28/2007 | Capstone Expenses | Copies - 438 @ .10 each | $43.80 |
| Subtotal - Copies | | | $43.80 |
| **Parking/Tolls** | | | |
| 2/12/2007 | E. Ordway | Parking | $19.00 |
| 2/20/2007 | S. Cunningham | Parking and Tolls | $33.50 |
| Subtotal - Parking/Tolls | | | $52.50 |
| **Research-Billable** | | | |
| 2/28/2007 | Capstone Expenses | Pacer Invoice for February | $15.12 |
| Subtotal - Research-Billable | | | $15.12 |
| **Scans** | | | |
| 2/28/2007 | Capstone Expenses | Scans - 19 @ $1.00 each | $19.00 |
| Subtotal - Scans | | | $19.00 |
| **Telecom Charges- Billable** | | | |
| 2/28/2007 | Capstone Expenses | February telephone - Saddle Brook office | $214.47 |
| Subtotal - Telecom Charges- Billable | | | $214.47 |
| **For the Period 2/1/07 through 2/28/07** | | | $344.89 |