IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
|  | ) | Jointly Administered |
| Debtor | ) |  |

## CERTIFICATE OF SERVICE

I, Thomas M. Wilson, hereby certify that on the 13th day of July, 2007, I caused a copy of the following document to be served on the individuals on the attached service via regular mail:

**Response of Kelley & Ferraro, LLP to Debtors' Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms**

KELLEY & FERRARO, LLP

/s/ Thomas M. Wilson
Thomas M. Wilson, Esq.
2200 Key Tower
127 Public Square
Cleveland, OH 44114
(216) 575-0777
Fax (216) 575-0799

1

David M. Bernick, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

and

Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005