**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related to Docket Nos. 15950, 16259 |

## NOTICE OF SERVICE OF MOTLEY RICE LLC'S OBJECTIONS AND RESPONSES TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS

PLEASE TAKE NOTICE that on July 13, 2007, Motley Rice LLC ("Motley Rice"), counsel for various asbestos personal injury claimants, caused a copy of Motley Rice's Objections and Responses to Debtors' (W.R. Grace & Co.) Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms to be served via electronic and United States Mail, first class, on Mr. David M. Bernick, P.C. of Kirkland & Ellis LLP at Citigroup Center, 153 East 53rd Street, New York, New York 10022, dbernick@kirkland.com and Ms. Renee Smith of Kirkland & Ellis LLP via electronic mail at rdsmith@kirkland.com.

Signature on following page.

1

Date: July 13, 2007.

                                                          RESPECTFULLY SUBMITTED,

/s/ John E. Herrick
JOHN E. HERRICK
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Tel. (843) 216-9000
Fac. (843) 216-9440
Email: jherrick@motleyrice.com

COUNSEL FOR VARIOUS
ASBESTOS PERSONAL INJURY
CLAIMANTS