# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Re: Docket Nos. 15209, 15210, 15421**

**Objection Deadline: June 8, 2007 at 4:00 p.m.**
**Hearing Date: June 25, 2007 at 2:00 p.m.**

## DEBTORS' RESPONSE TO SPEIGHTS & RUNYAN'S MOTION TO ALTER OR AMEND THE COURT'S ORDER AND MEMORANDUM OPINION DISALLOWING AND EXPUNGING 71 CLAIMS ENTERED ON APRIL 17, 2007

1.      On April 17, 2007, this Court entered an Order and Memorandum Opinion disallowing and expunging 71 Asbestos PD claims filed by Speights & Runyan. This Opinion was the result of multiple rounds of briefing commencing with the Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed by the Law Firm of Speights & Runyan in September 2005 and two extensive hearings before this Court, in January 2006 and August 2006.

2.      On April 27, 2007, Speights & Runyan ("S&R") moved to "alter or amend" the Court's ruling solely with respect to three claims: Bayshore Community Hospital (Claim No. 6901), Children's Hospital of Pittsburgh of UPMC Health System (Claim No. 10962) and James Memorial Hospital (Claim No. 14410).[1]

3.      For these three claims, S&R attached to their Motion purported authority documents *that Speights & Runyan never before submitted to the Court or to the Debtors and that are different from the forms  provided by S&R in 2005 for these three claimants.*

---

[1] S&R has filed Notices of Appeal for 44 other claims. The balance of the claims are no longer at issue as a result of other rulings and withdrawals.

4.      Specifically, S&R now, at this incredibly late date, attached to its April 27, 2007 Motion purported claimant authority forms that seemingly show facsimile transmissions from the claimants to S&R in March 2003. Yet S&R has *never before* provided authority forms for these three claimants that show facsimile transmission in March 2003.

5.      In addition, the newly-provided authority form for claimant Bayshore is markedly different in several other respects from the Bayshore authority form produced by S&R in September 2005.

6.      Thus, as more fully set forth below, (i) the purported authority documents now provided by S&R are unreliable; and (ii) they are too late.

7.      As is also set forth below, the three claims at issue were NOT removed in January 2006 from the Debtors' lack-of-authority objections to S&R claims.

8.      Because S&R's Motion is factually incorrect, and the documents provided in support of it are unreliable and late, S&R's Motion must be denied.

<div align="center">**Argument**</div>

I.      **The Three Claims That Were Excluded On January 25, 2006 From the Debtors' No Authority / Late Authority Objections Were NOT The Three Claims That Are The Subject of Speights & Runyan's Current Motion.**

9.      In their Motion to Alter or Amend, Speights & Runyan asserts that the three claims that are the subject of its Motion were excluded from the Debtors' authority objections as of the January 25, 2006 hearing when those objections were heard. (Motion to Alter or Amend at ¶¶ 5-7.) Speights & Runyan's assertion is not correct.

10.     After several rounds of objections and briefing and withdrawal of numerous claims by Speights & Runyan, as of December 19, 2005, 71 (seventy-one) claims that the Debtors had addressed in the 13th Omnibus Objection still contained no proof of authority to

file as of the Bar Date and still had not been withdrawn by Speights & Runyan. Pursuant to a December 19, 2005 Scheduling Order, the Debtors' lack-of-authority objections to these 71 claims were scheduled to be heard on January 24 and 26, 2006. The Debtors listed these 71 claims in Schedule 5 to the December 19, 2005 Scheduling Order, attached hereto as Exhibit A. (Dkt. 11408).

11.    As stated in a January 20, 2006 Amended Notice of Agenda, arguments regarding the 71 no-authority claims were moved to January 25. See Exhibit B hereto (1/20/06 Amended Notice of Agenda, Dkt. 11608).

12.    On January 25, 2006, shortly before oral arguments commenced on various issues (including lack of authority) related to S&R PD claims, the Debtors and S&R entered into a Stipulation Regarding the Withdrawal of Certain Asbestos Property Damage Claims, attached hereto as Exhibit C (Dkt. 11696). Attached to the Stipulation were two Exhibits by which S&R withdrew 65 (sixty-five) Asbestos PD claims. Id.

13.    Of the 71 claims for which the Debtors continued to maintain lack-of-authority objections as of the January hearings, a comparison of (i) Schedule 5 to the 12/19/05 Order and (ii) the Stipulation signed by Debtors and S&R on 1/25/06 demonstrates that the ONLY lack-of-authority claims that were still present as of the 12/19/05 Order AND that were removed via the 1/25/06 stipulation were Immanuel Hospital (10782), Transamerica (10990), and Elliott Hospital (11579). See Exhibit C hereto.

14.    The Bayshore, Children's and Jameson claims that are the subject of the present Motion were NOT withdrawn by the 1/25/06 Stipulation.

15.    It was the stipulated removal of the Immanuel, Transamerica and Elliott claims that caused the number of lack-of-authority claims to drop from 71 in December 2005 to

3

68 as of the January 25, 2006 hearing.  It was NOT, as Speights & Runyan asserts in the present

Motion, any determination related to the Bayshore, Children's and Jameson claims that are the

subject of the present Motion.

      16.    Thus, the fact that 68 (rather than 71) claims were at issue as of 1/25/06 is

a red herring.  The Debtors continued to maintain their lack-of-authority objections to the

Bayshore, Children's and Jameson claims, and the Court correctly adjudicated those claims as

part of its April 17, 2007 Opinion and Order.

## II.    Speights & Runyan's Newly-Produced Purported Timely Authority for the Three Claims At Issue is Unreliable, Was Not Previously Provided, and Is Too Late.

      17.    Speights & Runyan attaches to their Motion *three documents that the*

*Debtors have never seen before.*

      18.    As Exhibits One, Two and Three, S&R attach documents that purport to

show facsimile transmission lines showing that claimants Bayshore, Children's and Jameson

supposedly faxed their authorizations to S&R prior to the March 31, 2003 Bar Date.

      19.    These documents are NOT the same as the documents that the Debtors

received from S&R in 2005 and relied on in connection with the 13th Omnibus Objection,

multiple rounds of briefing, and the January and August 2006 hearings.

      20.    The Bayshore, Children's and Jameson documents that the Debtors

received from S&R in 2005 are attached hereto as Exhibit D.  The September 21, 2005 cover

letter transmitting these documents to the Debtors is attached hereto as Exhibit E.

      21.    A comparison of the documents that S&R has now submitted, for the first

time, in April 2007 (Exhibits 1, 2 and 3 to S&R's Motion to Alter or Amend), with the

documents that S&R submitted to the Debtors in September 2005 (Exhibit D hereto) reveals:

4

(1)     Bayshore Community Hospital (6901): In September 2005, Speights & Runyan provided the Debtors with a purported authorization that bears facsimile transmission dates of October 1, 2003 and September 12, 2003 -- well after the March 31, 2003 Bar Date. In April 2007, Speights & Runyan produced -- for the first time -- a purported authorization bearing facsimile transmission dates of March 14, 2003 and March 24, 2003. *These pre-Bar Date dates are not on the document provided to the Debtors in September 2005.* Also, the document produced by S&R in April 2007 bears a March 2003 S&R "Received" stamp not present on the document provided by S&R to the Debtors in September 2005. And, the document provided by S&R in April 2007 also bears a different signature line than the document produced in September 2005. (Exhibit D)

Thus, the purported authorization produced by S&R in April 2007 (i) has never been produced before and (ii) is different from the document produced in September 2005.

(2)     Children's Hospital of Pittsburgh (10962): The undated document purporting to show authority provided by Speights & Runyan in September 2005 is clearly and undeniably different from the purported authority document produced by Speights & Runyan in April 2007. The September 2005 document has no readable facsimile transmission line at the top. The April 2007 document has a facsimile transmission line which, by its appearance, may have been pasted on to the document.

Thus, the purported authorization produced by S&R in April 2007 (i) has never been produced before and (ii) is different from the document produced in September 2005.

(3)     Jameson Memorial Hospital (14410): The undated document purporting to show authority provided by Speights & Runyan in September 2005 is clearly and undeniably different from the purported authority document produced by Speights & Runyan in April 2007. The September 2005 document has no readable facsimile transmission line at the top; nor does the April 2007 document. Thus, the facsimile transmission lines at the top of the page are of no value. The April 2007 document has a facsimile transmission line at the bottom of the page which, by its appearance, is different from the facsimile transmission line at the bottom of the document produced in September 2005.

Thus, the purported authorization produced by S&R in April 2007 (i) has never been produced before and (ii) is different from the document produced in September 2005.

22.     The documents produced by S&R at this late date are inherently unreliable

and cannot possibly be admitted now -- almost *two years* after the Debtors filed their 13th

Omnibus Objection -- as proof of authority for these claims.

23.    Moreover, it is clear that the purported Bayshore authorization is particularly suspect.  The purported authorization submitted in April 2007 is markedly different from the one submitted in September 2005 in multiple respects.

24.    As set forth in Paragraphs 10 through 14 above, S&R knew that the Bayshore, Children's Hospital and Jameson claims were still the subject of the Debtors' lack-of-authority objections as of January 2006, when those objections were heard by the Court.  Yet, S&R made no attempt to produce anything that might cure those objections.

25.    Speights & Runyan's attempt to seek to "alter or amend" a judgment of this Court based on documents that the Debtors have never seen in the course of more than two years of litigation of authority issues is extraordinarily inappropriate and cannot be permitted.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court deny Speights &
Runyan's Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing
and Expunging 71 Claims Entered on April 17, 2007 (Dkt. Nos. 15209 and 15210) and impose
whatever other relief may be necessary under the circumstances.


Dated:  June 8, 2007                          KIRKLAND & ELLIS LLP
                                              David M. Bernick
                                              Janet S. Baer
                                              Lisa G. Esayian
                                              200 East Randolph Drive
                                              Chicago, Illinois 60601
                                              Telephone:  (312) 861-2000
                                              Facsimile:  (312) 861-2200

                                              and

                                              PACHULSKI STANG ZIEHL YOUNG JONES
                                              & WEINTRAUB LLP


                                              Laura Davis Jones (Bar No. 2436)
                                              James E. O'Neill (Bar No. 4042)
                                              Timothy Cairns (Bar No. 4228)
                                              919 North Market Street, 17th Floor
                                              P.O. Box 8705
                                              Wilmington, Delaware 19899-8705 (Courier
                                              19801)
                                              Telephone: (302) 652-4100
                                              Facsimile: (302) 652-4400

                                              Co-Counsel for the Debtors and Debtors in
                                              Possession

## EXHIBIT A

DKT. 11408

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 9315 _and 9 311_ |
| | ) | |

_Modified_

**SCHEDULING ORDER REGARDING CERTAIN OF DEBTORS'**
**FIFTEENTH OMNIBUS OBJECTIONS TO CLAIMS (SUBSTANTIVE)**

WHEREAS, on August 29, 2005, the Court entered the Case Management Order for the

Adjudication of Asbestos Property Damage Claims Objections, which called for the Debtors to

make a good faith effort to have on file all of their objections to Asbestos PD Claims, including

but not limited to Gateway Objections, by September 1, 2005;

WHEREAS, on September 1, 2005, the Debtors filed the Fifteenth Omnibus Objection

(Substantive) to all PD Claims (the "Fifteenth Omnibus Objection")[2];

WHEREAS, on September 19, 2005 the Court entered an order (the "9/19 Order")

scheduling certain matters with respect to the Debtors' Fifteenth Omnibus Objection;

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]    Capitalized terms used but not defined herein are as defined in the Fifteenth Omnibus Objection.

K&E 10832406

WHEREAS, as of October 24, 2005, the Debtors had received over 1000 Responses to the Fifteenth Omnibus Objection and the Debtors determined, as outlined in the 9/19 Order at paragraph 5, that the schedule and objection process set forth in the 9/19 Order was unmanageable and it would be in the best interest of all parties to bifurcate the Fifteenth Omnibus Objections into batches;

WHEREAS, on October 24, 2005, the Court granted the Debtors' request to vacate certain dates outlined in the 9/19 Order and directed the Debtors to submit a new Order providing a proposal for the briefing and hearing of matters with respect to the Fifteenth Omnibus Objection;

WHEREAS, on November 10, 2005 the Court entered a Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objections to Claims (Substantive) (Docket No. 11035) (the "Scheduling Order") to which the PD Committee and Speights objected;

WHEREAS, upon consideration of the matters set forth herein and the Court being fully advised of the premises, it is hereby

ORDERED that the Scheduling Order entered by this Court on November 10, 2005 is hereby vacated and replaced by this Scheduling Order; and it is further

ORDERED that the following Objections to claims shall be heard on January 24, 2006 and January 26, 2006, commencing at 9:00 a.m. each day, pursuant to the Agenda set forth on the attached Schedule 1:

- Exhibit A Objections:[3] *Improperly submitted PD claims* ( wrong form);
- Exhibit B Objections: *Previously settled or adjudicated claims;*
- Exhibit C-1 (a, b, c, e) Objections: *Proof of Claim Forms Incomplete on their face* as they are missing basic address information, are not signed or assert claims for multiple properties;

---

[3] All Exhibit references are references to the Exhibits attached to the Fifteenth Omnibus Objection and the substantive categories of Objections outlined therein.

2

- Exhibit C-3 (a-c) Objections: *No Product Identification Documents of any kind submitted;*

- Exhibit D-1 (a)Objections:  Claims for *buildings built too late* to contain MK-3

- Certain Exhibit D 1-5 Objections:  *Claims brought too late* under the *statute of limitations* for Georgia and the *statute of repose* for Tennessee;

- Certain Exhibit F Objections: *Flawed Speights and Runyan ("S&R")* Claims: Certain S&R Claims remaining after withdrawals and disallowance pursuant to previous orders on the 13th and 15th Omnibus Objections;

- Exhibit G-1 Objections: *Category II* "stigma" claims from Minneapolis; and

- Exhibit H Objections: *Contribution and/or indemnification claims;* and it is further

ORDERED that the Objections which shall be heard on January 24, 2006 and January 26, 2006 shall be with respect to the specific Claims listed on Schedule 2 (Non-S&R Claims), Schedule 3 (S&R Claims addressed in the 15th Omnibus Objection), Schedule 4 (S&R claims addressed in the 13th Omnibus Objection containing no proof of authority to file); and Schedule 5 (S&R Claims addressed in the 13th Omnibus Objection containing no proof of authority to file as of the Bar Date); and it is further

ORDERED that the Debtors' Reply with respect to these Objections is due December 22, 2005 and in the Reply, the Debtors' shall set forth the specific omissions in the non-S&R claimant's claims in respect of those Objections based on the omission of "basic information" as outlined in the Exhibit C-1(c) Objections; and it is further

ORDERED that any Sur-replies claimants wish to file are due January 18, 2006, and it is further  20 at noon

ORDERED that if any claim in respect of which an Objection is heard pursuant to this Order is subject of an additional Objection(s) as set forth in the Fifteenth Omnibus Objection, such additional Objection(s) shall be set for hearing by a future scheduling order, provided,

3

K&H 10832840.6

absent consent of the claimant, no claim, other than potentially an S&R claim, shall be subjected to more than two hearings on Objections thereto; and it is further

ORDERED that the above schedule does not apply to any claims held by claimants represented by the firm of Dies & Hile or claims filed by claimants located in the State of Louisiana. Those claimants were granted additional time to respond to the Fifteenth Omnibus Objection pursuant to separate Orders and separate scheduling orders with respect to those claimants shall be entered at a later date; and it is further

ORDERED that nothing contained in this Order shall in any way abridge or abrogate the right of any claimant to take discovery or to present evidence in respect of the objections being asserted by the Debtors to such claimant's claims, as appropriate; and it is further

ORDERED that upon entry of this Order, the Debtors will send a copy of the Order and Schedules to counsel for all PD Claimants who have pending claims in these cases and to all pro se PD claimants whose claims are affected by this Order.

Dated: December 19, 2005

_JC Fitzgerald_
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

4

K&E K0122340.6

# Schedule 5 - Speights' Claims with No Proof of Authority to File as of the Bar Date
## *Total 71 Claims*

| Claim No | Claimant Name | Counsel | Building Name | Property Address | State of Property |
|---|---|---|---|---|---|
| 011703 | 310 W 43rd Street Building | Amanda G Steinmeyer | 310 W 43rd Street Building | 310 W. 43rd Street, New York, NY | NY |
| 011133 | Abbeville Hospital | Amanda G Steinmeyer | Abbeville Hospital | Abbeville LA | LA |
| 011128 | Arkansas Baptist Medical Center | Amanda G Steinmeyer | Arkansas Baptist Medical Center | Little Rock, AR | AR |
| 006901 | Bayshore Community Hospital | Amanda G Steinmeyer | Bayshore Community Hospital | 727 N Beers Street Holmdel, NJ 07733 | NJ |
| 011236 | Bayshore Hospital | Amanda G Steinmeyer | Bayshore Hospital | 727 N. Beers Street Holmdel, NJ 07733 | NJ |
| 010323 | Bethesda Hospital | Daniel A Speights | Bethesda Hospital | St. Paul, MN | MN |
| 011539 | Bristol Investments LTD & Bankfield Realty LTD | Daniel A Speights | Braemar Gardens | 1000 Brunette Avenue Coquitlam, BC V2H k3 | BC (Canada) |
| 011422 | Buffalo Memorial Hospital | Amanda G Steinmeyer | Buffalo Memorial Hospital | Mordovi, WI | WI |
| 011110 | Captain Cook Hotel | Amanda G Steinmeyer | Captain Cook Hotel | 5th & K Street, Anchorage, AK | AK |
| 011555 | Carson Pierre Scott Store | Daniel A Speights | Carson Pierre Scott Store | Wladkogan, IL | IL |
| 010847 | Cayuga Co. Office Building | Amanda G Steinmeyer | Cayuga Co. Office Building | Auburn, NY | NY |
| 010962 | Children's Hospital | Amanda G Steinmeyer | Children's Hospital | Corner Of 5th & Desoto Pittsburgh, PA | PA |
| 011550 | Dodge County Hospital Job | Daniel A Speights | Dodge County Hospital | Eastman GA | GA |
| 011979 | Elliott Hospital | Daniel A Speights | Elliott Hospital | Keene, NH | NH |
| 011144 | Farrell Hospital | Amanda G Steinmeyer | Farrell Hospital | Titusville, PA | PA |
| 010534 | First National Bank | Daniel A Speights | | Memphis, TN | TN |
| 010533 | First National Bank | Daniel A Speights | | Memphis, TN | TN |
| 010762 | Founders Plaza | Amanda G Steinmeyer | Founders Plaza | Gilbert Street Hartford, CT | CT |
| 010510 | Foxridge Office Building | Daniel A Speights | Foxridge Office Building | 57th Broadmore Kansas City, KS | KS |
| 010747 | Friendly Homes | Amanda G Steinmeyer | | 3165 East Avenue Rochester NY | NY |
| 011158 | Fulton County Health Center | Amanda G Steinmeyer | Fulton County Health Center | S. Shoop Avenue Wauseln OH | OH |
| 011389 | Garden State Hospital | Amanda G Steinmeyer | Garden State Hospital | Evesham Township, NJ | NJ |

*Tuesday, December 13, 2005*

Page 1 of 3

| Claim No | Claimant Name | Counsel | Building Name | Property Address | State of Property |
|---|---|---|---|---|---|
| 011572 | Harry C Levy Gardens | Daniel A Speights | | Las Vegas, NV | NV |
| 010782 | Immanuel Hospital | Amanda G Steinmeyer | Immanuel Hospital | Omaha, NE | NE |
| 011179 | Investment Tower Job | Amanda G Steinmeyer | | 1601 E. Ninth Street Cleveland, OH | OH |
| 014410 | Jamestown Memorial Hospital | Amanda G Steinmeyer | Jamestown Memorial Hospital | 1211 Wilmington Avenue New Castle, PA 16105 | PA |
| 011689 | Jordan Hospital | Amanda G Steinmeyer | Jordan Hospital | Plymouth, MA | MA |
| 011384 | Keller Memorial Hospital | Amanda G Steinmeyer | Keller Memorial Hospital | Fayette, MO | MO |
| 011124 | Lacrosse Lutheran Hospital | Amanda G Steinmeyer | Lacrosse Lutheran Hospital | Lacrosse, WI | WI |
| 011257 | Lehigh Tile/marble Warehouse | Amanda G Steinmeyer | Lehigh Tile/marble Warehouse | 335 N. 7th Street Allentown, PA | PA |
| 010789 | Manor Oak #2 | Amanda G Steinmeyer | Manor Oak #2 | Greentree, PA | PA |
| 010722 | Manufacturer Hanover | Amanda G Steinmeyer | | Bridge Plazer North At 41st Street Long Island City, NY | NY |
| 011262 | Mckenzie Hospital | Amanda G Steinmeyer | Mckenzie Hospital | Eugene, OR | OR |
| 011252 | Methodist Hospital | Amanda G Steinmeyer | Methodist Hospital | Omaha, NE | NE |
| 006697 | Methodist Hospital | Amanda G Steinmeyer | Methodist Hospital | Omaha, NE | NE |
| 011046 | Midicenters Of America | Amanda G Steinmeyer | | Omaha, NE | NE |
| 010673 | Montgomery Memorial Hospital | Amanda G Steinmeyer | Montgomery Memorial Hospital | Troy, NC | NC |
| 012426 | Morguard Real Estate Invesment Trust | Daniel A Speights | Devonian Building | 11150 Jasper Avenue Edmonton, AB T5k0l2 | AB (Canada) |
| 012425 | Morguard Real Estate Investment Trust | Daniel A Speights | United Kingdom Building | 409 Granville Street Vancouvere BC V6c1t2 | BC (Canada) |
| 011722 | National Bank Building | Amanda G Steinmeyer | National Bank Building | Memphis, TN | TN |
| 010672 | New Hanover Memorial Hospital | Amanda G Steinmeyer | New Hanover Memorial Hospital | Wilmington, NC | NC |
| 010758 | Oakwood Hospital | Amanda G Steinmeyer | Oakwood Hospital | Dearborn, MI | MI |
| 010767 | Oneida Co. Office Building | Amanda G Steinmeyer | Oneida Co. Office Building | Oneida, NY | NY |
| 011066 | Palos Hospital | Amanda G Steinmeyer | Palos Hospital | Palos, IL | IL |
| 010696 | Pierre Laclede Building | Amanda G Steinmeyer | Pierre Laclede Building | Clayton, MO | MO |
| 010805 | San Leandro Memorial Hospital | Amanda G Steinmeyer | San Leandro Memorial Hospital | 2800 Benedict Drive San Leandro, CA | CA |
| 011016 | Santa Teresa Medical Office Building | Amanda G Steinmeyer | Santa Teresa Medical Office Building | San Jose, CA | CA |

| Claim No | Claimant Name | Counsel | Building Name | Property Address | State of Property |
|---|---|---|---|---|---|
| 012470 | Saskatchewan Power Corporation | Daniel A Speights | Saskatchewan Power Corporation Head Office Building | 2025 Victoria Avenue Regina, SK S4p0s1 | SK (Canada) |
| 011003 | Schuyler Hospital | Amanda G Steinmeyer | Schuyler Hospital | Montour Falls, NY | NY |
| 011200 | Scottish Rights Cad. Temple | Amanda G Steinmeyer | Scottish Rights Cad. Temple | West & Linden Streets Allentown, PA | PA |
| 011151 | St. Anthony's Hospital | Amanda G Steinmeyer | St. Anthony's Hospital | Carroll, IA | IA |
| 010700 | St. Joseph Hill Infirmary | Amanda G Steinmeyer | St. Joseph Hill Infirmary | St. Louis MO | MO |
| 010998 | St. Luke's Hospital | Amanda G Steinmeyer | St. Luke's Hospital | Fountain Hill Section Bethlehem PA | PA |
| 010746 | St. Mary's Hospital | Amanca G Steinmeyer | St. Mary's Hospital | 1st Avenue & 29th Street Huntington WV | WV |
| 011194 | St. Vincent's Hospital | Amanda G Steinmeyer | St. Vincent's Hospital | Erie PA | PA |
| 011193 | St. Vincent's Hospital - Addition | Amanda G Steinmeyer | St. Vincent's Hospital - Addition | Erie PA | PA |
| 010669 | Sutter Hospital | Amanda G Steinmeyer | Sutter Hospital | Sacramento, CA | CA |
| 010757 | Sutter Place Office Building | Amanda G Steinmeyer | Sutter Place Office Building | San Francisco, CA | CA |
| 011227 | Teresa Office Building | Amanda G Steinmeyer | Teresa Office Building | San Jose, CA | CA |
| 312433 | The Record | Daniel A Speights | | | N/A |
| 015739 | The Record | Daniel A Speights | | 225 Fairway Rd South Kitchener ON N2g4a5 | ON (Canada) |
| 011106 | Titusville Hospital | Amanda G Steinmeyer | Titusville Hospital | Titusville PA | PA |
| 010990 | Transfamerica | Amanda G Steinmeyer | | San Francisco, CA | CA |
| 012329 | University Of Guelph | Daniel A Speights | University Of Guelph | 488 Gordon Street Guelph, ON N1g2w1 | ON (Canada) |
| 010668 | Washington Hospital | Amanda G Steinmeyer | Washington Hospital | Fremont, CA | CA |
| 011701 | Webber Hospital | Amanda G Steinmeyer | Webber Hospital | Biddeford, ME | ME |
| 011226 | West Jersey Hospital | Amanda G Steinmeyer | West Jersey Hospital | Voorhees Township, NJ | NJ |
| 011105 | Westmoreland Hospital | Amanda G Steinmeyer | Westmoreland Hospital | Greensburg, PA | PA |
| 011153 | Ymca | Amanda G Steinmeyer | | 8th & Grand Des Moines, IA | IA |
| 011253 | Ymca | Amanda G Steinmeyer | | NE | NE |
| 011005 | YWCA Of The Hartford Region | Amanda G Steinmeyer | | Hartford, CT | CT |

Tuesday, December 13, 2005

Page 3 of 3

## EXHIBIT B

Dkt 11608

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 24, 2006, AT 9:00 A.M., JANUARY 25, 2006
AT 1:30 P.M. AND JANUARY 26, 2006 AT 9:00 A.M. IN PITTSBURGH,
PENNSYLVANIA BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY WITH
THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND
HEARING SCHEDULE* [Docket No. 7709]**

1.    **Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage
      Claims [Filed: 9/1/05] (Docket No. 9315)**

      Related Documents:

      A.    Various Responses.  See below with respect to each Claim.

      B.    Debtors' Reply Brief in Support of Fifteenth Omnibus Objection to Claims
            (Substantive) [Filed 12/22/2005] (Docket No, 11428)

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

C.     Various Sur-Replies (to be filed by January 20, 2006 at 12 p.m.)·

      i.     **Surreply of the Prudential Insurance Company of America to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims as it Related to Damage at: (1) Century Center I (Claim No. 6945) and (2) Century Center IV (Claim No. 6948) [Filed: 1/20/06] (Docket No. 11592)**

      ii.    **Certain Speights & Runyan Claimants' Sur-Reply in Opposition to the Debtors' Thirteenth and Fifteenth Omnibus Objections [Filed: 1/20/06] (Docket No. 11594)**

D.     Modified Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objections to Claims (Substantive) [Filed: 12/22/05] (Docket No. 11408)

E.     Notice of Modification of Hearing Dates and Schedules of Objections to be Heard Regarding Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 1/6/06] (Docket No. 11503]

Consistent with the Scheduling Order dated December 22, 2005 (Docket No. 11408), the

specific objections from the Debtors' 15th Omnibus Objection to be heard are as follows:

I.     <u>**TRADITIONAL PD CLAIMS, OTHER THAN SPEIGHTS & RUNYAN CLAIMS**</u>
**(7 Claims – To be heard January 24, 2006)**

*A. Motley Rice Clients  (3 claims: B-2[2], previously settled)*

*Status: In light of the withdrawals noted below the Debtors will not be proceeding on Claims 6934, 6935 and 4075*

      Church of St. Joseph

        i.     Claim No. 4075[3]

        ii.    Claimant Church of St. Joseph Response to Debtors' Objections (Claim No. 4075) [Filed: 10/21/05] (Docket No. 9858)

          a.     **Church of St. Luke (Claim No. 6934), Church of St. Leo the Great (Claim No. 6935), and Church of St. Joseph's (Claim No. 4075) Withdrawal of Property Damage Claims [Filed: 11574] (Docket No. 11574)**

      Church of St. Luke

---

[2]  All Exhibit references are references to the Exhibits attached to the Fifteenth Omnibus Objection and the substantive categories of Objections outlined therein.

[3]  All Pleadings are included in the Hearing Binder. All Claims referenced in this Agenda are included in separate Claims Binders.

2

        iii. Claim No. 6934

        iv. Claimant the Church of St. Luke Response to Debtors' Objections (Claim No. 6934) [Filed: 10/21/05] (Docket No. 9868)

            **a. Church of St. Luke (Claim No. 6934), Church of St. Leo the Great (Claim No. 6935), and Church of St. Joseph's (Claim No. 4075) Withdrawal of Property Damage Claims [Filed: 11574] (Docket No. 11574)**

Church of St. Leo the Great

        v. Claim No. 6935

        vi. Claimant Church of St. Leo the Great Response to Debtors' Objection (Claim No. 6936) [Filed: 10/21/05] (Docket No. 9864)

            **a. Church of St. Luke (Claim No. 6934), Church of St. Leo the Great (Claim No. 6935), and Church of St. Joseph's (Claim No. 4075) Withdrawal of Property Damage Claims [Filed: 11574] (Docket No. 11574)**

**B. *The Prudential Insurance Company of America (2 claims: D-4, Georgia, actual notice and D-2, Georgia constructive notice)***

        i. Claim No. 6945

        ii. Claim No. 6948

        iii. Response of the Prudential Insurance Company of America to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims as it Related to Damage at: (1) Century Center I (Claim No. 6945) (2) Century Center IV (Claim No. 6948); (3) Brookhollow (Claim No. 6949); (4) First Florida Tower (Claim No. 6951); (5) Northwest Financial Center (Claim No. 6947); (6) Short Hills Office Building (Claim No. 6952); (7) Southdale Office Complex (Claim No. 6946); and (8) 1100 Milam (Claim No. 6950) [Filed 10/24/06] (Docket No. 10571)

**C. *Individual Pro se Claimants***

Phillip Shawn Moore, C-1(c), missing basic information

        i. Claim No. 14400

        ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/24/05] (Docket No. 10570)

Marcella Paulette, C-3(a), no product ID

        iii. Claim No. 15352

        iv. Letter Response of Marcella M. Paulette [Filed 10/27/05] (Docket No. 10916)

**II.** **NON-TRADITIONAL PD CLAIMS (110 Claims – To be heard January 24, 2006)**

    **A.** *Biersdorf & Associates' Clients*

        *54 claims: G-1, "Stigma" to Minneapolis properties*

            i. *Exemplar:*[4] Claim No. 11349

            ii. Northeast Minneapolis Residents' Response to Debtors' Fifteenth Omnibus Objection to Claims [Filed: 10/25/05] (Docket No. 10834)

        *1 claim: C-1(b), no signature*

            iii. Claim No. 11337

            iv. Northeast Minneapolis Residents' Response to Debtors' Fifteenth Omnibus Objection to Claims [Filed: 10/25/05] (Docket No. 10834)

    **B.** *G-I Holdings/GAF Corporation*

        *56 claims: H-1, contribution and indemnification, and C-3(a), no product ID, and C-1(c), missing basic information*

        · *Status: The parties are working on a stipulation to resolve this matter and the Debtors will not go forward with respect to the G-I Holdings Claims/GAF Corporation.*

            i. *Exemplar:* Claim No. 7825

            ii. Response of G-I Holdings Inc., Successor-in-Interest to GAF Corporation, and Its Affiliated Entities to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims as it Relates to Claim Nos. 7825-7829, 7831-7832, 7836-7864, and 7866-7885 [Filed: 10/24/05] (Docket No. 10656)

**III.** **TRADITIONAL PD CLAIMS, SPEIGHTS & RUNYAN**
    **(To be heard January 24, 25 and 26, 2006)**

    **A.** *Unauthorized Claims (per 13th omnibus objection)*

        38 claims, no proof of authority to file

        71 claims, no proof of authority to file as of Bar Date

            i. Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed By the Law Firm Speights & Runyan (Substantive) [Filed: 9/1/05] (Docket No. 9311)

            ii. Response of Speights & Runyan to Debtors' Thirteenth Omnibus Objection [Filed: 10/7/05] (Docket No. 9607)

            iii. Modified Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objections to Claims (Substantive) [Filed: 12/22/05] (Docket No. 11408)

---

[4]   Due to the volume of materials, exemplars have been provided where claims and responses are substantially similar. However, all claims and responses are available upon request and will be accessible at the hearing.

iv. Notice of Modification of Hearing Dates and Schedules of Objections to be Heard Regarding Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 1/6/06] (Docket No. 11503]

**B.** *Previously Adjudicated Claims,* 3 claims; Objection B-1:

    i.  Claim No. 10887

    ii.  Claim No. 10888

    iii.  Claim No. 11579

    iv.  Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/25/05] (Docket No. 10740)

**C.** *Previously Settled Claims,* 4 claims, Objection B-2:

    i.  Claim No. 11234

    ii.  Claim No. 10990

    iii.  Claim No. 12299

    iv.  Claim No. 12355

    v.  Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/25/05] (Docket No. 10740)

**D.** *Missing Basic Property Address,* 2 claims; Objection C-1(a):

    i.  Claim No. 11253

    ii.  Claim No. 11612

    iii.  Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

**E.** *No Signature,* 41 claims; Objection C-1(b):

    i.  *Exemplar:* Claim No. 12465

    ii.  Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

**F.** *Missing Basic Information,* 1 claim, Objection C-1(c):

    i.  Claim No. 12433

    ii.  Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

**G.** *No Product ID*

2 claims, Objection C-3(a)

372 claims, Objection C-3(c)

    i.  *Exemplar:* Claim No. 12415

        ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to
        Asbestos Property Damage Claims [Filed: 10/21/05]  (Docket No. 10000)

**H.  Built Too Late To Contain MK-3,** 2 claims, Objection D-1(a):

        i.   Claim No. 9908

        ii.  Claim No. 15497

        iii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to
        Asbestos Property Damage Claims [Filed: 10/25/05]  (Docket No. 10734)

**I.  Georgia Claims Barred By Constructive Notice,** 1 Claim, Objection D-2:

        i.   Claim No. 11550

        ii.  Response to Debtors' Fifteenth Omnibus Objection (Substantive) to
        Asbestos Property Damage Claims [Filed: 10/24/05] (Docket No. 10620)

**J.  Tennessee Claims Barred By Statute of Repose,** 2 claims, Objection D-5:

        i.   Claim No. 10533

        ii.  Claim No. 11722

        iii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to
        Asbestos Property Damage Claims [Filed: 10/22/05] (Docket No. 10111)

**K. Falsely Assert 2003 As Date Of Knowledge Of Asbestos,** 619 claims, Objection F-2:

        i.   *Exemplar*: Claim No. 9840

        ii.  Response to Debtors' Fifteenth Omnibus Objection (Substantive) to
        Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

2.      **Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05]
       (Docket No. 10014) (To heard January 26, 2006 at 9:00 a.m.)**

       <u>Related Documents:</u>

          a.  [Proposed] Order Granting the Motion of Anderson Memorial Hospital for Class
          Certification [Filed: 10/21/05] (Docket No. 10014)

       <u>Response Deadline:</u> December 2, 2005 at 4:00 p.m.

       <u>Responses Received:</u>

          a.  Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class
          Certification [Filed: 12/2/05] (Docket No. 11245)

       <u>Supplemental Briefing:</u>

          a.  Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors'
          Bar Date Notice Program [Filed: 1/13/06] (Docket No. 11547)

       <u>Response Deadline:</u>  January 20, 2006

91100-001\DOCS_DE:114551.1

**Related Matter:**

    a.    **Anderson Memorial Hospital's Corrected Motion for an Extension of Time to Respond to Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice Program and to Adjourn the Hearing on Motion for Class Certification Now Scheduled for January 26, 2006 [Filed: 1/20/06] (Docket No. 11604)**

    b.    **Motion to Shorten Time and for Expedited Consideration of Anderson Memorial Hospital's Corrected Motion for an Extension of Time to Respond to Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice Program and to Adjourn the Hearing on Motion for Class Certification Now Scheduled for January 26, 2006 [Filed: 1/20/06] (Docket No. 11606)**

**Status:**    *This matter will be going forward. By January 23, 2006, the Debtors intend to file an opposition to Anderson Memorial Hospital's Corrected Motion for an Extension of Time to Respond to Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice Program and to Adjourn the Hearing on Motion for Class Certification Now Scheduled for January 26, 2006.*

Dated: January 20, 2006

                    KIRKLAND & ELLIS LLP
                    David M. Bernick P.C.
                    Michelle Browdy
                    Janet S. Baer
                    Salvatore F. Bianca
                    200 East Randolph Drive
                    Chicago, IL  60601
                    Telephone: (312) 861-2000
                    Facsimile: (312) 861-2200

                    -and-

                    PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

                    By SGmS 4283

                    *James E. O'Neill*
                    Laura Davis Jones (Bar No. 2436)
                    James E. O'Neill, III (Bar No. 4042)
                    919 North Market Street, 16th Floor
                    P.O. Box 8705
                    Wilmington, DE  19899-8705 (Courier 19801)
                    Telephone:  (302) 652-4100
                    Facsimile:  (302) 652-4400

                    Co-Counsel for Debtors and Debtors in Possession

**<u>EXHIBIT C</u>**

Dkt. 11696

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | Re: Docket No. 9315 |

## STIPULATION BETWEEN THE DEBTORS
## AND SPEIGHTS & RUNYAN REGARDING
## THE WITHDRAWAL OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMS

This stipulation (the "Stipulation") is made this 25th day of January, 2006, by and between the above-captioned debtors (the "Debtors") and Speights & Runyan ("Speights", or together with the Debtors, the "Parties") regarding the withdrawal of certain asbestos property damage claims (the "PD Claims") that are identified in Exhibits "1" and "2" to the form of order approving this Stipulation attached hereto as Exhibit "A".

WHEREAS pursuant to Fed. R. Bankr. P. 3006, Speights wishes to withdraw, and the Debtors have agreed to the withdrawal, of the PD Claims.

WHEREAS, while the PD Claims identified on Exhibit "2" to the form of order attached hereto as Exhibit "A" have already been withdrawn, the Parties have agreed to include these claims in this Stipulation, as confirming their withdrawal herein does not prejudice any party-in-interest.

NOW THEREFORE, in consideration of the foregoing, the Parties hereby STIPULATE AND AGREE as follows:

1.    The Parties stipulate and agree to the withdrawal with prejudice of the PD Claims.

060124155633.doc

2.    The Debtors agree to make no argument that Speights' withdrawal of the PD Claims pursuant to this Stipulation, and/or the expungement of these claims, is in any way improper or in any way reflects improper conduct by Speights.

3.    The parties agree to submit to the Court the form of order approving this Stipulation, attached hereto as Exhibit "A".

Dated: January 25, 2006

By: _____
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

By: _____    Janet S Baer
Michelle Browdy, Esquire
KIRKLAND & ELLIS
200 E. Randolph Drive
Chicago, IL  60601-6636
Telephone: (312) 861-2162
Facsimile: (312) 861-2200

*Counsel to the Debtors*

650124155558

2

# EXHIBIT A

Proposed Order

060124155633.doc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. _9315_ |
| | ) | |

## ORDER DISALLOWING AND EXPUNGING CERTAIN
## ASBESTOS PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan firm have stipulated and agreed that all asbestos property damage claims identified on the attached Exhibits 1 and 2 shall be withdrawn and expunged;

WHEREAS, the claims identified on the attached Exhibit "2" have already been withdrawn but are being included herein merely for the avoidance of any doubt;

IT IS HEREBY ORDERED:

All PD claims identified on the attached Exhibits 1 and 2 are hereby withdrawn and expunged.

Dated: _1/30_____, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

060124155633.doc

# EXHIBIT 1

## LIST OF CLAIMS BEING WITHDRAWN

060124155633.doc

| BLDG # | STATE | Claimant | JOBSITE PHYSICAL ADDRESS | W/D Claim Number |
|---|---|---|---|---|
| | | **WITHDRAWN CLAIMS - JANUARY 24, 2006** | | |
| 1 | CA | Cal State - San Luis Obispo - Engineering West Addition | San Luis, CA | 15467 |
| 2 | CA | Crocker Plaza Company (1st Bldg. Claim) / McKesson Corporation (2nd Bldg. Claim) / West Coast Estates (3rd Bldg. Claim) | One Post Street, San Francisco, CA 94104 | 11012 |
| 3 | CA | Embarcadero Center #1 | One Embarcadero Center, San Francisco, CA 94111 | 10688 |
| 4 | CA | Embarcadero Center #2 | Two Embarcadero Center, San Francisco, CA 94111 | 10687 |
| 5 | CA | Pyramid Building a.k.a. TransAmerica Pyramid Properties, LLC f.k.a. Regency Hyatt House | 600 Montgomery Street, San Francisco, California 94104 | 10680 |
| 6 | IL | Advocate Illinois Masonic Medical Center f.k.a. Illinois Masonic Hospital | 836 W. Wellington, Chicago, IL 60657 | 11234 |
| 7 | NE | Alegent Health - Immanuel Medical Center f.k.a. Immanuel Hospital | 6901 North 72nd Street, Omaha, NE 68122 | 10762 |
| 8 | NH | Elliot Hospital | One Elliot Way, Manchester, NH 03103 | 11579 |
| 9 | TX | Hyatt Regency Dallas | Dallas | 9905 |
| 10 | CANADA | Calgary Board of Education - Bel Aire Elementary | 1011 Beverly Blvd, Calgary, AB | 12572 |
| 11 | CANADA | Calgary Board of Education - Bridgeland Elementary | 414 11A St. NE, Calgary, AB | 12611 |
| 12 | CANADA | Calgary Board of Education - Chinook Park | 1312 75 Ave., Calgary, AB | 12414 |
| 13 | CANADA | Calgary Board of Education - Collingwood | 3826 Collingwood Dr., Calgary, AB | 12574 |
| 14 | CANADA | Calgary Board of Education - Colonel Macleod | 1610 6th St., Calgary, AB | 12649 |
| 15 | CANADA | Calgary Board of Education - Crescent Heights | 1019 1st St. SW, Calgary, AB | 12357 |
| 16 | CANADA | Calgary Board of Education - Elbora Elementary | 4604 6th St., Calgary, AB | 12553 |
| 17 | CANADA | Calgary Board of Education - George P. Vanier | 509 32nd Ave., Calgary, AB | 12360 |
| 18 | CANADA | Calgary Board of Education - Lakeview School | 6304 Larkspur Way, Calgary, AB | 12459 |
| 19 | CANADA | Calgary Board of Education - Lansdowne Elementary | | 12460 |
| 20 | CANADA | Calgary Board of Education - Melville Scott Junior High | 1726 33 St. SW, Calgary, AB | 12465 |
| 21 | CANADA | Calgary Board of Education - Milton Williams School | 92 Malibou Rd SW, Calgary, AB | 12464 |
| 22 | CANADA | Calgary Board of Education - Mount Royal Junior High | 2234 14 St., Calgary, AB | 12556 |
| 23 | CANADA | Calgary Board of Education - Noble Junior High | 2550 Lake bonavista, Calgary, AB | 12566 |
| 24 | CANADA | Calgary Board of Education - North Haven | 4922 North Haveco Dr., Calgary, AB | 12567 |

Printed: 1/26/2006

4001241B3812.XLS

| Bldg # | STATE | Client | JOBSITE PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 25 | CANADA | Calgary Board of Education - Rideau Park Elementary | 629 Rideau Rd. SW, Calgary, AB | 12362 |
| 26 | CANADA | Calgary Board of Education - Sir John A. MacDonald | 6600 4th St., Calgary, AB | 12332 |
| 27 | CANADA | Calgary Board of Education - Sir Wilfrid Laurier | 619 32nd St., Calgary, AB | 12333 |
| 28 | CANADA | Calgary Board of Education - Stanelle | 535 Sonora Dr., Calgary, AB | 12294 |
| 29 | CANADA | City of Vancouver - Carnlie Centre | 301 W 1st Ave., Burnaby, BC | 12336 |
| 30 | CANADA | City of Vancouver - City Archive/Police Museum | 235-240 E. Cordova, Vancouver, BC | 12339 |
| 31 | CANADA | City of Vancouver - Commercial Building | 14020 Howe St., Vancouver, BC | 12335 |
| 32 | CANADA | City of Vancouver - Continental Hotel (old) | 1300 Granville St., Vancouver, BC | 12341 |
| 33 | CANADA | City of Vancouver - Maritime Museum | 1905 Ogden Ave., Vancouver, BC | 12345 |
| 34 | CANADA | Edmonton Public Schools - Bennett | 9703 94th St., Edmonton, AB | 12383 |
| 35 | CANADA | Edmonton Public Schools - DS MacKenzie | 4020 106 St., Edmonton, AB | 12555 |
| 36 | CANADA | Edmonton Public Schools - Forest Heights | 10304 81 St., Edmonton, AB | 12559 |
| 37 | CANADA | Edmonton Public Schools - Gamneau | 10925 87 Ave., Edmonton, AB | 12560 |
| 38 | CANADA | Edmonton Public Schools - Glenora | 13620 102 Ave., Edmonton, AB | 12561 |
| 39 | CANADA | Edmonton Public Schools - RA Gray | 12140 103 St., Edmonton, AB | 12562 |
| 40 | CANADA | Edmonton Public Schools - Londonderry | 7104 144 Ave., Edmonton, AB | 12581 |
| 41 | CANADA | Edmonton Public Schools - Spruce Avenue | 11424 102 St., Edmonton, AB | 12564 |
| 42 | CANADA | Edmonton Public Schools - Steele Heights | 14507 56th St., Edmonton, AB | 12565 |
| 43 | CANADA | Edmonton Public Schools - Westlawn | 9520 165 St., Edmonton, AB | 12551 |
| 44 | CANADA | Fraser Health Authority - MSA General Hospital | 2179 McCallum Rd., Abbotsford, BC | 12301 |
| 45 | CANADA | Fraser Health Authority - Royal Columbian Hospital | 330 E. Columbia St., New Westminster, BC | 12300 |
| 46 | CANADA | Fraser Health Authority - Surrey Memorial | 13750 96th Ave., Surrey, BC | 12296 |
| 47 | CANADA | Shell Canada Products - Shellbum Laboratory Office Building | 201 Kensington Ave., Burnaby, BC | 12516 |
| 48 | CANADA | Shell Canada Products - Shellburn Locker Building | 201 Kensington Ave., Burnaby, BC | 12515 |
| 49 | CANADA | Shell Canada Products - Shellbum Maintenance Building | 201 Kensington Ave., Burnaby, BC | 12516 |
| 50 | CANADA | Telus - William Farrel Building | 768 Seymour St., Vancouver, BC | 12473 |
| 51 | CANADA | Vancouver Board of Parks & Recreation - BC Pavilion @ Hastings Park | 3475 E. Hastings, Vancouver, BC | 12477 |

2-3

| BLDG # | STATE | Claimant | JOBSITE/PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 62 | CANADA | Vancouver Board of Parks & Recreation - Douglas Park C.C. | 801 W. 22nd Ave, Vancouver, BC | 12478 |
| 53 | CANADA | Vancouver Board of Parks & Recreation - Marpole Oak C.C. | 990 W 59 Ave., Vancouver, BC | 12461 |
| 54 | CANADA | Vancouver Board of Parks & Recreation - Mt. Pleasant C.C. | 3161 Ontario St, Vancouver, BC | 12462 |
| 55 | CANADA | Vancouver Board of Parks & Recreation - Riley Park Pool | 50 E. 30th Ave, Vancouver, BC | 12464 |
| 56 | CANADA | Vancouver Board of Parks & Recreation - Rupert Park Pitch & Putt Fieldhouse | East 1st Ave, Vancouver, BC | 12465 |
| 57 | CANADA | Vancouver Board of Parks & Recreation - Stanley Park Pavilion Restaurant | Pipeline Rd, Vancouver, BC | 12466 |

3-3

0061241B3512.XLS

# EXHIBIT 2

## LIST OF ADDITIONAL CLAIMS BEING WITHDRAWN

060124155633.doc

- Claim No.: 11612 – Holiday Inn, San Francisco,

- Claim No.: 11520 – First National Bank – Hutchinson, Kansas.

- Claim No.: 11212 – Chateau LeMoyne Hotel – New Orleans, Louisiana

- Claim No.: 11166 – Union Hospital – Elkston, Maryland.

- Claim No.: 10526 – Saint Luke's Hospital – Duluth, Minnesota

- Claim No.: 6640 – Exxon Research and Engineering – Florham Park, New Jersey.

- Claim No.: 6626 – Exxon Research and Engineering – Florham Park, New Jersey.

- Claim Nos.: 11079, 6740, 10522, 11237, 10971, 10870, & 10878.

# **EXHIBIT D**



W R Grace Authorization - PID
Claim No. 6901/11236
Bayshore Community Hospital, NJ

Oct 01 03 10:55a
Sep 12 03 04:53p

6901/11236

p. 2

RE:    In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name, Physical Address and Square
Footage of Material Applied if Known:

*BAYSHORE COMMUNITY HOSPITAL*
*727 N BEERS ST*
*HOLMDEL NS 07733*

Contact Person: *CHARLES FAELLA*
Phone Number: *732 739 5932*
Fax Number: *732 290 7034*
E-Mail Address: *CFAELLA @ BCHS*

ACKNOWLEDGED AND AGREED:

By: *Carolina Nowaczyk*
    Name:



W R Grace Authorization - PID
Claim No. 10962
Children's Hosp. Of Pittsburgh, PA

10962

Exhibit 2

March _____, 2003

RE:    In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the
following bankruptcies as deemed appropriate due to asbestos-containing products located or
previously located in our building:  Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.-
Ct.  By signing below, I acknowledge and agree that Speights & Runyan has the authority to file
proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:

Children's Hospital of Pittsburgh of UPMC

Health System

3705 Fifth Avenue

Pittsburgh, PA   15213

_____

Contact Person:  Lorina W. Wise, Associate Counsel

Phone Number:  (412) 692-8073

Fax Number:  (412) 693-5639

E-Mail Address:  lorina.wise@chp.edu

ACKNOWLEDGED AND AGREED:

By: _____

    Name:



W R Grace Authorization - PID
Claim No. 14410
Jameson Memorial Hospital, PA

14410

**Exhibit 2**

March _____, 2003

RB:    In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.- Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:

Jameson Memorial Hospital
1211 Wilmington Ave.
New Castle, PA 16105

Contact Person: Rachel Verdi

Phone Number: 724-656-4089

Fax Number: 724-656-4180

E-Mail Address: vverdi@jamesonhealthsystem.com

**ACKNOWLEDGED AND AGREED:**

By: _____
    Name:

**EXHIBIT E**

**SPEIGHTS & RUNYAN,**
**ATTORNEYS AT LAW**
**P.O. Box 685**
**200 Jackson Avenue, East**
**Hampton, SC  29924**
**(Ph.)  803-943-4444**
**(Fax) 803-943-4599**



************************************************************

## FACSIMILE TRANSMITTAL SHEET

**TO:**        Kirkland & Ellis, LLP

**ATTN:**      Michelle H. Browdy

**FROM:**      Marion C. Fairey, Jr.

**FAX #:**     (312) 861-2200

**DATE:**      September 22, 2005

**PAGES:**     ___ (including cover sheet)

**RE:**        Grace Bankruptcy

**MESSAGE:**

*Please route upon receipt.  If any pages are missing, please*
*contact Stephanie immediately at 803-943-4444.*

********************
The information contained in this facsimile message is attorney privileged and confidential information intended
for the use of the individual or entity named above. If the reader of this message is not the intended recipient,
you are hereby notified that any dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this fax in error, please immediately notify us by telephone and return the
original message to us at the above address via U.S. postal service. Thank you.

### SPEIGHTS & RUNYAN
ATTORNEYS AT LAW
200 JACKSON AVENUE, EAST
POST OFFICE BOX 685
HAMPTON, SOUTH CAROLINA 29924
(803) 943-4444

TELECOPIER
(803) 943-4599
EMAIL: BFAIREY@SPEIGHTSRUNYAN.COM

MARION C. FAIREY, JR.

September 21, 2005

*VIA FACSIMILE US MAIL*

Michelle H. Browdy
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

> Re:  *W. R. Grace & Co., et al, Debtors*
> *Chapter 11, Case No. 01-1139-JKF*
> *(U.S. Bankruptcy Court, District of Delaware)*

Dear Michelle:

Pursuant to the Court's Order, I am sending you, via electronic means, a series of 21 scanned groups of documents which are copies of those documents giving express written authority to Speights & Runyan to file bankruptcy claims. These 21 batches are divided by claim. If you so request, I will send these hard copies of these documents by overnight mail as well.

If you have any questions please do not hesitate to give me a call.

Sincerely,

Marion C. Fairey, Jr.

MCFjr/smh