IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | **Re Docket Nos. 16083, 16240, 16244 and 16246** |
| | ) | **7/23/07 Agenda Item No. 6** |

## DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF ITS TENTH MOTION FOR AN ORDER EXTENDING EXCLUSIVITY

The Debtors hereby request authority, pursuant to Del.Bankr.LR 9006-1(d), to file a reply in further support of *"Debtors' Tenth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods In Which To File A Chapter 11 Plan and To Solicit Votes Thereon"* (Docket No. 16083) (the "Motion").

On July 6, 2007, the Asbestos Personal Injury Committee, the Asbestos Property Damage Committee, and the Future Claimants' Representative (the "Asbestos Constituents") filed an objection to the Motion (Docket No. 16240) (the "Objection"). By the Objection, among other things, the Asbestos Constituents (1) inaccurately summarize the status of negotiations in these cases and (2) address an alleged new argument that is characterized as an argument in opposition to exclusivity, but in reality has little to do with whether exclusivity is extended, and instead is simply another argument in favor of more briefing related to the Debtors' plan of reorganization. As a result, the Debtors seek to file a brief Reply to correct factual misstatements regarding the negotiations that have been ongoing in these cases and to address the Asbestos Constituents'

91100-001\DOCS_DE:129176.1

alleged new argument and explain why such argument is (a) not new and (b) not helpful to resolving the Debtors' Motion specifically, and these cases more generally.

WHEREFORE, the Debtors respectfully request the entry of an Order granting it authority to file the Reply, which is attached hereto as Exhibit 1.

Dated: July 13, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Janet S. Baer
Deanna D. Boll
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302 652-4100
Facsimile: 302-652-4400

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:129176.1