IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Re: Docket Nos.: 16083, 16240, 16244 and 16246 and 16289
7/23/07 Agenda Item No. 6

## ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF ITS TENTH MOTION FOR AN ORDER EXTENDING EXCLUSIVITY

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") for leave to file the Debtors' Reply in Further Support of its Tenth Motion for an Order Extending Exclusivity (the "Reply") in support of the Debtors' Tenth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (the "Motion") (Docket No. 16083); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the Debtors to file the Reply with the Court.

Dated: Wilmington, Delaware
       Dated: 7/16/2007 , 2007
       14:44:38

_____
The Honorable Judith K. Fitzgerald

91100-001\DOCS_DE:129178.1