IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | **Related Docket No. 16149** |

**CLAIMANTS' OBJECTIONS TO DEBTORS' EXHIBITS FOR THE JULY 30-31, 2007 STATUTE OF LIMITATIONS HEARING ON CERTAIN MOTLEY RICE CLAIMANTS' ASBESTOS PROPERTY DAMAGE CLAIMS**

In accordance with this Court's June 25, 2007 Scheduling Order for Adjudication of Asbestos PD Claims on July 30-August 1, 2007 [Docket No. 16149], the claimants[1] hereby submit their Objections to Debtors' Exhibits for the July 30-31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants Asbestos Property Damage Claims.

Claimants object to the introduction of the following exhibits:

- **Federal Rule of Evidence 801-807:** 6-39, 43-53, 55-59, 61-62

- **Federal Rule of Evidence 901-902:** 6-39, 43-53, 55-59, 61-62

Furthermore, Claimants reserve the right to object to evidence based upon relevance or other bases depending upon the reason for and method in which the evidence is introduced.

---

[1] Claim No. 6939 (WSU-Kruegal), Claim No. 6940 (WSU-Johnson), Claim No. 6942 (WSU-Dana), Claim No. 6943 (WSU-Beasley), Claim No. 6944 (WSU-McCoy); Claim No. 6938 (Edmonds Community College); Claim No. 2977 (Cherry Hill Plaza); Claim Form No. 9645 (Port of Seattle-Main Terminal), Claim No. 9646 (Port of Seattle-North Satellite Bldg.), Claim No. 9647 (Port of Seattle-South Satellite Bldg.)

Mt. Pleasant, SC
July 16, 2007

    Respectfully Submitted by:

        JASPAN SCHLESINGER HOFFMAN LLP

        */s/ Laurie Schenker-Polleck*
        Laurie Schenker-Polleck, Esquire (No. 4300)
        913 N. Market Street, 12th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 351-8000
        Facsimile: (302) 351-8010

        And

        MOTLEY RICE LLC

        /s/ Anne McGinness Kearse
        Anne McGinness Kearse
        MOTLEY RICE LLC
        28 Bridgeside Blvd.
        P.O. Box 1792
        Mount Pleasant, SC 29465
        Telephone: (843) 216-9140
        Facsimile: (843) 216-9440
        E-mail: akearse@motleyrice.com