IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 23, 2007, AT 2:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, JULY 19, 2007
AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

## CONTINUED MATTERS

1. Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

b. [Signed] Thirty-Third Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 6/26/07] (Docket No. 16155)

Response Deadline: June 4, 2004, at 4:00 p.m.

Status: The hearing on the claims of Weatherford International, Inc. is continued to August 29, 2007, at 2:00 p.m.

2. Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

Related Documents:

a. [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 6/26/07] (Docket No. 16156)

Response Deadline: November 3, 2006, at 4:00 p.m.

Responses Received:

a. Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status: This matter is continued to August 29, 2007, at 2:00 p.m.

3. Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 12/18/06] (Docket No. 14063)

Related Documents:

a. [Signed] Sixth Order Granting Relief Sought Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 6/26/07] (Docket No. 16157)

Response Deadline: January 5, 2007, at 4:00 p.m.

Responses Received:

a. Response of Cartus Corporation, Formerly Known as Cendant Mobility Services Corporation, to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/3/07] (Docket No. 14217)

    b.    Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/4/07] (Docket No. 14219)

    c.    Response of Claimant Walter D. Pelett to Debtors' Twentieth Omnibus Objection to Claims [Filed: 2/9/07] (Docket No. 14525)

    d.    Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Request for Additional Documents [Filed: 2/22/07] (Docket No. 14645)

Status: This matter is continued to August 29, 2007, at 2:00 p.m.

4.    Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 3/28/07] (Docket No. 15012)

Related Documents:

    a.    [Signed] Second Order Granting Relief Sought in Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 5/22/07] (Docket No. 15761)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

    a.    Georgia Department of Revenue's Response to Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 4/3/07] (Docket No. 15079)

    b.    Response by New York State Department of Taxation and Finance to Debtors' Twenty-Second Omnibus Objection to Claims [Filed: 4/6/07] (Docket No. 15106)

Status: This matter is continued to August 29, 2007, at 2:00 p.m.

5.    Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Related Documents:

    a.    [Proposed] Order Granting Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

    a.    Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to August 29, 2007, at 2:00 p.m.

**EXCLUSIVITY MATTERS**

6.  Debtors' Tenth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 6/18/07] (Docket No. 16083)

    Related Documents:

    a.  [Proposed] Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 6/18/07] (Docket No. 16083)

    Response Deadline: July 6, 2007, at 4:00 p.m.

    Responses Received:

    a.  Asbestos Constituents' Opposition to Debtors' Tenth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 7/6/07] (Docket No. 16240)

    b.  United States Trustee's Objection to Debtors' Tenth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 7/6/07] (Docket No. 16244)

    c.  **Asbestos Personal Injury Claimants' Committee's Statement in Further Support of Opposition to Debtors' Tenth Motion for an Order Pursuant to 11 U.S.C. 1121(d) Extending Debtors' Exclusive Periods in which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 7/6/07] (Docket No. 16246)**

    Replies Received:

    a.  **Order Granting Debtors' Motion for Leave to File Reply in Further Support of Tenth Motion for Order Extending Exclusivity [Filed 7/16/07] (Docket No. 16295)**

    b.  **Debtors' Limited Reply to Objections to Tenth Motion for an Order Extending Debtors' Exclusive Periods [Filed: 7/16/07] (Docket No. 16297)**

    Status: This matter will go forward.

**CLAIM OBJECTIONS**

7.  Debtors' Twenty-Third Omnibus Objection to Certain IRS Claims (Substantive) [Filed: 6/08/07] (Docket No. 16069)

    Related Documents:

    a.  [Proposed] Order Granting Relief Sought in Debtors' Twenty-Third Omnibus Objection to Certain IRS Claims (Substantive) [Filed: 6/18/07] (Docket No. 16069)

b.  Motion for Leave from Certain Requirements of Del. Bankr. LR 3007-1 for the Purpose of Streamlining Objection to Claims of the Internal Revenue Service [Filed: 6/18/07] (Docket No. 16070)

  (i)  [Signed] Order Granting Motion for Leave From Certain Requirements of Del. Bankr. LR 3007-1 for the Purpose of Streamlining Objection to Claims of the Internal Revenue Service [Filed: 6/18/07] (Docket No. 16070)

Response Deadline: July 6, 2007, at 4:00 p.m.

Responses Received:

a.  Response to Debtors' Twenty-Third Omnibus Objection [Filed: 7/5/07] (Docket No. 16235)

Status: This matter will go forward.

**CONTESTED MATTERS**

8.  Brief in Support of Motion Seeking Order to File a Late Proof of Claim [Filed: 4/26/07] (Docket No. 15307)

Related Documents:

a.  [Proposed] Order Granting Motion of State of New Jersey, Department of Environmental Protection, for Leave to File a Late Proof of Claim [Filed: 4/26/07] (Docket No. 15307)

b.  Amended Notice of Motion Seeking an Order to File a Late Proof of Claim [Filed: 5/3/07] (Docket No. 15492)

Response Deadline: July 6, 2007, at 4:00 p.m.

Responses Received:

a.  Joinder of the Official Committee of Unsecured Creditors in the Debtors' Objection to the NJDEP's Motion Seeking Order to File A Late Claim [Filed: 7/6/07] (Docket No. 16247)

b.  Debtors' Objection to the NJDEP's Motion Seeking Permission to File A Late Proof of Claim [Filed: 7/6/07] (Docket No. 16248)

**Replies Received:**

a.  **Response to Debtors' Objection to the State of New Jersey, Department of Environmental Protection's Motion for Leave to File a Late Proof of Claim [Filed: 7/16/07] (Docket No. 16296)**

Status: This matter will go forward.

9.   Motion for an Order (A) Approving the Agreements By and Between W. R. Grace & Co.-Conn. and Rhodia Inc., (B) Authorizing the Sale of Certain Assets of W. R. Grace & Co.-Conn.'s Washcoat Business to Rhodia Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Rhodia, Inc. of Certain Executory Contracts and Unexpired Leases; (D) Approving a Potential Break-Up Fee; and (E) Granting Certain Related Relief [Filed: 6/18/07] (Docket No. 16084)

Related Documents:

a.   [Proposed] Order (A) Approving the Agreements By and Between W. R. Grace & Co.-Conn. and Rhodia Inc., (B) Authorizing the Sale of Certain Assets of W. R. Grace & Co.-Conn.'s Washcoat Business to Rhodia Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Rhodia, Inc. of Certain Executory Contracts and Unexpired Leases; (D) Approving a Potential Break-Up Fee; and (E) Granting Certain Related Relief [Filed: 6/18/07] (Docket No. 16084, Exhibit A)

b.   Amended Notice of Sale of Washcoat Business [Filed: 6/19/07] (Docket No. 16099)

Response Deadline: July 6, 2007, at 4:00 p.m. *(extended until July 10, 2007 for the United States Environmental Protection Agency and the Ohio Department of Environmental Protection)*

Responses Received:

a.   Limited Objection and Reservation of Rights of Fireman's Fund Insurance Company to Motion for an Order (A) Approving the Agreements By and Between W. R. Grace & Co. – Conn. and Rhodia Inc.; (B) Authorizing the Sale of Certain Assets of W. R. Grace & Co., - Conn.'s Washcoat Business to Rhodia Inc. Free and Clear of all Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Rhodia Inc. of Certain Executory Contracts and Unexpired Leases; (D) Approving a Potential Break-Up Fee; and (E) Granting Certain Related Relief [Filed: 7/5/07] (Docket No. 16236)

b.   United States Trustee's Limited Objection to Debtors' Motion for an Order (A) Approving the Agreements By and Between W. R. Grace & Co. – Conn. and Rhodia Inc.; (B) Authorizing the Sale of Certain Assets of W. R. Grace & Co., - Conn.'s Washcoat Business to Rhodia Inc. Free and Clear of all Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Rhodia Inc. of Certain Executory Contracts and Unexpired Leases; (D) Approving a Potential Break-Up Fee; and (E) Granting Certain Related Relief [Filed: 7/6/07] (Docket No. 16245)

Status: This matter will go forward.

10. Motion of the Official Committee of Asbestos Personal Injury Claimants to Alter and Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 6/14/07] (Adv. Pro. No. 01-771, Docket No. 458)

    Related Documents:

    a. [Signed] Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 6/6/07] (Adv. Pro. No. 01-771, Docket No. 453)

    b. [Proposed] Amended Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 6/14/07] (Adv. Pro. No. 01-771, Docket No. 458)

    c. Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 6/18/07] (Adv. Pro. No. 01-771, Docket No. 459)

    Response Deadline: July 6, 2007, at 4:00 p.m.

    Responses Received:

    a. **Limited Response to Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 7/6/07] (Adv. Pro. No. 01-771, Docket No. 462)**

    b. Debtors' Consolidated Response to Motions to Alter and Amend the Court's Temporary Stay Order Regarding Actions Against BNSF and the State of Montana [Filed: 7/6/07] (Adv. Pro. No. 01-771, Docket No. 463)

    Status: This matter will go forward.

11. Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 6/18/07] (Adv. Pro. No. 01-771, Docket No. 459)

    Related Documents:

    a. [Signed] Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 6/6/07] (Adv. Pro. No. 01-771, Docket No. 453)

    b. Motion of the Official Committee of Asbestos Personal Injury Claimants to Alter and Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 6/14/07] (Adv. Pro. No. 01-771, Docket No. 458)

    c. **BNSF Railway Company's Joinder in Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 6/22/07] (Adv. Pro. No. 01-771, Docket No. 461)**

Response Deadline: July 6, 2007, at 4:00 p.m.

Responses Received:

a. **Limited Response to Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 7/6/07] (Adv. Pro. No. 01-771, Docket No. 462)**

b. Debtors' Consolidated Response to Motions to Alter and Amend the Court's Temporary Stay Order Regarding Actions Against BNSF and the State of Montana [Filed: 7/6/07] (Adv. Pro. No. 01-771, Docket No. 463)

Status: This matter will go forward.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

12. Motion of Debtors for Entry of an Order Authorizing Settlement of an Asbestos Property Damage Claim File By Sempra Energy [Filed: 6/18/07] (Docket No. 16071)

    Related Documents:

    a. [Proposed] Order Authorizing Settlement with Sempra Energy, San Diego Gas & Electric, Enova Corporation and Granting Certain Related Relief [Filed: 6/18/07] (Docket No. 16071, Exhibit B)

    b. **Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing Settlement of an Asbestos Property Damage Claim File By Sempra Energy [Filed: 7/13/07] (Docket No. 16291)**

    Response Deadline: July 6, 2007, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    **Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

13. Status Conference on PD Claims Objection Issues

    Status: A status conference will go forward.

14. Debtors' Motion for Leave to File Expert Report of Dr. Elizabeth Anderson in Connection with the Lack of Hazard Hearing Relating to Asbestos Property Damage Claims [Filed: 6/12/07] (Docket No. 16026)

    Related Documents:

    a. [Proposed] Order Granting Debtors' Leave to File the Dr. Anderson Report [Filed: 6/12/07] (Docket No. 16026)

    b. **Certification of No Objection Regarding Debtors' Motion for Leave to File Expert Report of Dr. Elizabeth Anderson in Connection with the Lack of**

        **Hazard Hearing Relating to Asbestos Property Damage Claims [Filed: 7/13/07] (Docket No. 16290)**

Response Deadline: July 6, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

15. Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims [Filed: 4/6/07] (Docket No. 15112)

   Related Documents:

   a. Debtors' Certification of Counsel on Order Concerning Amendments, Supplementations and Changes to Asbestos PD Claims [Filed: 6/27/07] (Docket No. 16173)

      (i) [Proposed] Order Concerning Amendments, Supplementations and Changes to Asbestos PD Claims [Filed: 6/27/07] (Docket No. 16173)

   b. Certification of Counsel of the Official Committee of Asbestos Property Damage Claimants Regarding Debtors' Certification of Counsel on Order Concerning Amendments, Supplementations and Changes to Asbestos PD Claims [Filed: 6/27/07] (Docket No. 16177)

      (i) [Proposed] Order Concerning Amendments, Supplementations and Changes to Asbestos PD Claims [Filed: 6/28/07] (Docket No. 16177, Exhibit B)

   Response Deadline: April 23, 2007, at 4:00 p.m.

   Responses Received:

   a. Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Motion for Leave to Shorten Notice Period of Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims [Filed: 4/13/07] (Docket No. 15179)

   b. Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims [Filed: 4/23/07] (Docket No. 15271)

   c. Joinder of the Prudential Insurance Company of America to Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims [Filed: 4/23/07] (Docket No. 15273)

> **Status:** This matter will go forward. The Debtors and the Official Committee of Asbestos Property Damage Claimants have each filed certifications of counsel with proposed orders on the Motion.

16. Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

    Related Documents:

    a. Memorandum Opinion [Filed: 4/17/07] (Docket No. 15209)

    b. [Signed] Order [Filed: 4/27/07] (Docket No. 15210)

    c. [Proposed] Order Granting the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

    d. Debtors' Emergency Motion for Time to File Response to Speights' Motion to Supplement Record [Filed: 7/5/07] (Docket No. 16239)

        (i) **[Signed] Order Granting Debtors' Emergency Motion for Time to File Response to Speights' Motion to Supplement Record [Filed: 7/9/07] (Docket No. 16249)**

    Response Deadline: June 8, 2007, at 4:00 p.m. *(extended until July 13, 2007)*

    Responses Received:

    a. Debtors' Response to Speights & Runyan's Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 6/8/07] (Docket No. 15998)

    Status: This matter was argued on June 25, 2007. A status conference will go forward regarding the Court's review of the record.

17. Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/2/07] (Docket No. 16220)

    Related Documents:

    a. [Proposed] Order Granting the Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/2/07] (Docket No. 16220)

    Response Deadline: July 6, 2007, at 4:00 p.m.

    Responses Received:

    a. **Debtors' Response to Speights & Runyan's Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/13/07] (Docket No. 16287)**

Status: This matter will go forward.

18. Status Conference on ZAI Science Issues

    Status: This matter will go forward.

**MATTERS RELATING TO ASBESTOS PI CLAIMS**

19. Debtors' Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms

    Related Documents:

    a. Motion of Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Legal Representative for Future, Asbestos Personal Injury Claimants, for Protective Order [Filed: 6/4/07] (Docket No. 15955)

    b. Motion for Protective Order Filed by Motley Rice LLC [Filed: 6/4/07] (Docket No. 15950)

    c. Memorandum in Support of Motion for Protective Order Filed by Cooney and Conway [Filed: 6/4/07] (Docket No. 15959)

    d. Motion of Certain Law Firms to Quash Deposition Notices and for a Protective Order [Filed: 6/5/07] (Docket No. 15966)

    e. Motion of Early, Ludwick and Sweeney, LLC, Kazan McClain, Abrams, Lyons, Farrise & Greenwood, a Professional Law Corporation, Waters & Kraus, LLP, Paul, Hanley & Harley, LLP and the Wartnick Law Firm for a Protective Order with Respect to Notices of Deposition Served on them by W. R. Grace [Filed: 6/7/07] (Docket No. 15987)

    f. **Certification of Debtors' Counsel Regarding Protective Order on Debtors' Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms and Request for Telephonic Hearing [Filed: 7/10/07] (Docket No. 16256)**

        (i) **Order (MODIFIED) Establishing the Non-Waiver of Privileges Contained in Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers [Filed 7/10/07] (Docket No. 16259)**

    Status: This matter will go forward.

20.     Status Conference on PI Estimation Issues

   Status: A status conference will go forward.

Dated: July 16, 2007

                                 KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
Samuel Blatnick
Michael Dierkes
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession