IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | **Related Docket No. 16149** |

**CLAIMANTS' LIST OF PRE-MARKED EXHIBITS FOR THE JULY 30-31, 2007 STATUTE OF LIMITATIONS HEARING ON CERTAIN MOTLEY RICE CLAIMANTS' ASBESTOS PROPERTY DAMAGE CLAIMS**

In accordance with this Court's June 25, 2007 Scheduling Order for Adjudication of Asbestos PD Claims on July 30-August 1, 2007, Docket No. 16149, the Claimants hereby submit the following list of Claimants' Pre-marked Trial Exhibits for the July 30-31, 2007 statute of limitations hearing:

| EXHIBIT NUMBER | DESCRIPTION | DATE |
|---|---|---|
| 1 | Claim Form No. 9645 (Port of Seattle-Main Terminal) | March 28, 2003 |
| 2 | Claim Form No. 9646 (Port of Seattle-North Satellite Bldg.) | March 28, 2003 |
| 3 | Claim Form No. 9647 (Port of Seattle-South Satellite Bldg.) | March 28, 2003 |
| 4 | Affidavit of Craig Watson | July 13, 2007 |
| 5 | Claim Form No. 6943 (WSU-Beasley) | March 27, 2003 |
| 6 | Claim Form No. 6939 (WSU-Kruegal) | March 27, 2003 |
| 7 | Claim Form No. 6940 (WSU-Johnson) | March 27, 2003 |
| 8 | Claim Form No. 6942 (WSU-Dana) | March 27, 2003 |
| 9 | Claim Form No. 6944 (WSU-McCoy) | March 27, 2003 |
| 10 | Claim Form No. 6938 (Edmonds Community College) | March 27, 2003 |
| 11 | Affidavit of Keith Bloom | July 13, 2007 |
| 12 | Claim Form No. 2977 (Cherry Hill Plaza) | March 3, 2003 |
| 13 | Phase I Environmental Site Assessment | November 3, 1997 |

| **EXHIBIT NUMBER** | **DESCRIPTION** | **DATE** |
|---|---|---|
| 14 | Affidavit of Fred Berlinsky | July 12, 2007 |
| 15 | Grace Form Letters | April 7, 1986 |
| 16 | Robert A. Merther Letter | December 4, 1981 |
| 17 | R.T. Frohlich | March 14, 1983 |
| 18 | Form Letter Acoustical Plaster/Fireproofing | |
| 19 | Vote changing name to Dewey and Almy | July 9, 1936 |
| 20 | Nation Research Laboratories Progress Report | September 10, 1936 |
| 21 | C.A. Pratt Letter | May 26, 1954 |
| 22 | George K. Ziegler Letter | December 15, 1954 |
| 23 | C.A. Pratt Letter | December 21, 1954 |
| 24 | Zonolite Plaster Advertisement | August 1, 1955 |
| 25 | J.B. Myers Letter | December 21, 1955 |
| 26 | A.M. Gaudin Letter | June 26, 1957 |
| 27 | Benjamin F. Wake Letter | January 12, 1959 |
| 28 | A Report on the Industrial Hygiene Study of the Zonolite Company of Libby, Montana | April 19, 1962 |
| 29 | C.A. Pratt Letter | April 2, 1964 |
| 30 | Benjamin F. Wake Letter | October 28, 1965 |
| 31 | Walls and Ceilings Magazine with Grace Brochure | September 1, 1970 |
| 32 | Julie C. Yang Letter | May 19, 1983 |
| 33 | Washington State University Property Records | Forthcoming |
| 34 | Port of Seattle Property Records | Forthcoming |
| 35 | Edmonds Community College Property Records | Forthcoming |

Pre-marked copies of these exhibits will be provided to counsel for the Debtors and will be supplied to the Court on July 18, 2007 in conformance with the Court's June 25 Scheduling Order. Claimants reserve the right to use any exhibits listed on Debtors list of pre-marked exhibits. Claimants reserve the right to use additional documents at the July 30-31 hearing to rebut any evidence introduced by Debtors.

Date:  July 16, 2007

Respectfully submitted by:

JASPAN SCHLESINGER HOFFMAN LLP

*/s/ Laurie Schenker-Polleck*
Laurie Schenker Polleck, Esquire (No. 4300)
913 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010

And

MOTLEY RICE LLC


/s/ Anne McGinness Kearse_____
Anne McGinness Kearse
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9140
Facsimile: (843) 216-9440
E-mail: akearse@motleyrice.com

3