## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

July 13, 2007

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #   10871

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/1/2007 | MSH | Update database with e-detail for Buchanan 24th interim application and Kramer 24th interim application | 0.10 | 4.00 |
|  | SLB | begin draft of 23rd Interim final report - Caplin (2.3) | 2.30 | 322.00 |
|  | SLB | telephone conference with F. Childress @ Baker re 23rd Interim response (.2) | 0.20 | 28.00 |
|  | SLB | draft e-mail to T. Scoles @ Deloitte re filing of 23rd Interim quarterly app. (.1); e-mail to J. Sakalo @ Bilzin re 23rd Interim response (.1) | 0.20 | 28.00 |
| 6/2/2007 | WHS | receive and review agenda | 0.10 | 27.50 |
| 6/4/2007 | SLB | telephone conference with D. Fullem @ Orrick re 23rd Interim supplemental response (.1); t/c with F. Childress @ Baker re more information for 23rd Interim response (.1); t/c with J. Sakalo @ Bilzin re 23rd Interim response (.1) | 0.30 | 42.00 |
|  | SLB | begin draft of 23rd Interim final report - Baker Donelson (2.7) | 2.70 | 378.00 |
|  | SLB | complete draft of 23rd Interim final report - Orrick (4.4) | 4.40 | 616.00 |

W.R. Grace & Co.  Page 2

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/4/2007 | SLB | complete draft of 23rd Interim final report - Caplin (1.8) | 1.80 | 252.00 |
| | JAW | detailed review of Kirkland February 2007 monthly invoice (8.6). | 8.60 | 1,161.00 |
| 6/5/2007 | SLB | complete draft of 23rd Interim final report-Bilzin (3.6); complete same for Baker (3.3) | 6.90 | 966.00 |
| | SLB | telephone conference with J. Sakalo @ Bilzin re 23rd Interim final (.1); t/c with M. Hendrixson re Protiviti app. (.1) | 0.20 | 28.00 |
| | SLB | draft e-mail to P. Cuniff @ Pachulski re Protiviti application (.1); e-mail to J. Sakalo @ Bilzin re 23rd Interim response (.1); e-mail to F. Childress @ Baker re 23rd Interim response (.1) | 0.30 | 42.00 |
| | SLB | research regarding hotel rates in Beijing and Shanghai with regard to Baker 23rd Interim final report (.9) | 0.90 | 126.00 |
| | JAW | detailed review of Kirkland February 2007 monthly invoice (9.1). | 9.10 | 1,228.50 |
| 6/6/2007 | SLB | complete draft of 23rd Interim final report - No Objections (6.3) | 6.30 | 882.00 |
| | SLB | telephone conference with T. Scoles @ Deloitte re filing of 23rd Interim quarterly (.1); t/c with S. Eliot @ Ferry Joseph re 24th Interim app. (.1) | 0.20 | 28.00 |
| | SLB | draft e-mail to M. Hendrixson @ Protiviti re 23rd Interim quarterly filing (.1); e-mail to S. Eliot @ Ferry Joseph re amended 24th Interim app. (.2) | 0.30 | 42.00 |
| | JAW | detailed review of Kirkland February 2007 monthly invoice (5.2). | 5.20 | 702.00 |
| | JBA | Electronic filing with court of 23rd Interim Final Reports re: Richardson (.2), Scott Law (.2), K&E (.3), Piper Jaffray (.2), Duane Morris (.2), Blackstone (.2), and PI Comm. (.2) | 1.50 | 60.00 |
| | MSH | Update database with e-detail for Kirkland 2.07 | 0.10 | 4.00 |
| | MSH | update project catagory spreadsheet (.2) | 0.20 | 8.00 |

W.R. Grace & Co.  Page   3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/6/2007 | MSH | Update database with Reed 4.07, Ferry 4.07 (.1), Latham 23rd interim application, Richardson 23rd interim application (.1), Woodcock 24th interim application, Hamilton 4.07 (.1), Bizin 4.07, Steptoe 1.07 (.1), Steptoe 2.07, Steptoe 3.07 (.1), Day Pitney 4.07, Foley 4.07 (.1), Forman 4.07, Caplin response to 23rd interim (.1), Buchanan 24th interim application, Kramer 24th interim application (.1), and Stroock 24th interim application (.1) | 0.90 | 36.00 |
|  | MSH | Update database with e-detail for Campbell 4.07, Caplin 4.07 (.1), LAS 4.07, AKO 4.07 (.1), and Stroock 24th interim application (.1) | 0.30 | 12.00 |
| 6/7/2007 | SLB | first draft of 23rd Interim fee & expense charts (6.4) | 6.40 | 896.00 |
|  | JAW | draft summary of Kirkland February 2007 monthly invoice (7.0) | 7.00 | 945.00 |
|  | WHS | detailed review of Caplin 23rd Int FR | 0.20 | 55.00 |
|  | SLB | PACER research regarding 23rd Interim quarterly apps.- Protiviti, Deloitte Tax and L&W (1.1) | 1.10 | 154.00 |
|  | WHS | detailed review of Orrick 23rd Int FR | 0.20 | 55.00 |
| 6/8/2007 | WHS | detailed review of, and revisions to, Baker 23rd Int FR | 0.20 | 55.00 |
|  | JBA | Electronic filing with court of 23rd Interim Final Reports re: Bilzin (.2), Caplin (.2), and Orrick (.2) | 0.60 | 24.00 |
|  | MSH | Update database with AKO 4.07, Campbell 4.07 (.1), Caplin 4.07, and LAS 4.07 (.1) | 0.20 | 8.00 |
|  | SLB | draft e-mail to K. Green re Protiviti 23rd Interim final report (.2); e-mails to P. Cuniff re 23rd Interim fee hearing and late filings (.2) | 0.30 | 42.00 |
|  | SLB | telephone conference with K. Green re Protiviti filings for 23rd and 24th Interims (.2); t/c with P. Cuniff @ Pachulski re 23rd fee hearing schedule (.1) | 0.30 | 42.00 |

W.R. Grace & Co.                                                                                                                         Page    4

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/8/2007 | SLB | complete draft of Exhibit A/fee and expense chart for 23rd Interim (3.7); begin Exhibit A-1/ fee and expense chart with recommendations (2.8) | 6.50 | 910.00 |
|  | WHS | detailed review of, and revisions to, Bilzin 23rd Int FR | 0.20 | 55.00 |
|  | MSH | Update database with e-detail for Ogilvy 4.07 and Ogilvy 10.06-3.07 non-pdf (.1) | 0.10 | 4.00 |
| 6/10/2007 | WHS | detailed review of Sullivan 23rd Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of, and revisions to, Omnibus 23rd Int FR | 0.10 | 27.50 |
| 6/11/2007 | MSH | Update database with PwC 2.07 | 0.10 | 4.00 |
|  | MSH | Update database with e-detail for Pachulski 1.07, 2.07, 3.07 (.1) | 0.10 | 4.00 |
|  | MSH | update project catagory spreadsheet (.4) | 0.40 | 16.00 |
|  | SLB | draft e-mail to W.R. Grace Global list re 23rd Interim fees & expenses/project category spreadsheet (.3); e-mails (3) to J. O'Neil @ Pachulski re 23rd Interim charts (.3) | 0.60 | 84.00 |
|  | MSH | Update database with Casner 4.07 and Ogilvy 4.07 | 0.10 | 4.00 |
|  | SLB | PACER research regarding 23rd Interim Deloitte Tax application (.3); PACER final check of 23rd Interim filings (.4) | 0.70 | 98.00 |
|  | SLB | review app. and draft 18th Interim final report - David Austern (1.3); complete draft of 23rd Interim fee & expense chart A-1 with recommendations (2.2); update W.R. Grace Global e-mail list (1.8) | 5.30 | 742.00 |
|  | JBA | Electronic filing with court of 23rd Interim Final Reports re: David T. Austern (.2), William D. Sullivan (.2), and Omnibus No Objections (.2) | 0.60 | 24.00 |
| 6/12/2007 | JAW | detailed review of Bilzin March 2007 monthly invoice (2.8); draft summary of same (0.6) | 3.40 | 459.00 |

W.R. Grace & Co.  Page 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/12/2007 | JBA | Electronic filing with court of Amended Final Report re: Omnibus No Objections 23rd Interim (.2) | 0.20 | 8.00 |
| | WHS | draft e-mail to Steve Bossay re Protiviti | 0.20 | 55.00 |
| | MSH | Update database with Ferry amended 24th interim application (.1) | 0.10 | 4.00 |
| | SLB | draft revised Capstone 23rd Interim final report (3.3); revise 23rd Interim fee and expense charts (1.9) | 5.20 | 728.00 |
| | SLB | draft e-mails to Capstone (.1); Pachulski (.1); Reed Smith (.1); K&E (.1); PwC (.1) re 23rd Interim spreadsheets; distribute fee & expense charts and spreadsheet for review to all applicants (.8) | 1.30 | 182.00 |
| | MSH | Update database with Deloitte Tax 8.1.05-12.31.06 and Pachulski 24th interim application (.1) | 0.10 | 4.00 |
| 6/13/2007 | SLB | draft e-mails (3) to J. O'Neil @ Pachulski re Tersigni and Capstone changes for 23rd Interim fee hearing (.3) | 0.30 | 42.00 |
| | SLB | draft revised No Objections final for 23rd Interim to remove Tersigni (1.7) | 1.70 | 238.00 |
| | SLB | begin review of 24th Interim K&E app. (5.5) | 5.50 | 770.00 |
| | JAW | detailed review of Caplin March 2007 monthly invoice (4.1) | 4.10 | 553.50 |
| | MSH | update project catagory spreadsheet for the 23rd interim (.2) | 0.20 | 8.00 |
| | MSH | Update database with e-detail for Kramer 4.07 | 0.10 | 4.00 |
| | WHS | detailed review of revised amended omnibus 23rd | 0.20 | 55.00 |
| | JBA | Electronic filing with court of Revised version of Amended Final Report re: Omnibus 23rd Interim (.2), and Notice of Withdrawal re: Amended Omnibus Final Report (.1) | 0.30 | 12.00 |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| W.R. Grace & Co. | | | Page | 6 |
| 6/14/2007 | JAW | detailed review of Orrick March 2007 monthly invoice (5.4); draft summary of same (1.5) | 6.90 | 931.50 |
| | JAW | draft summary of Caplin March 2007 monthly invoice (1.3) | 1.30 | 175.50 |
| | SLB | continue review of 24th Interim fee app. - K&E (2.9) | 2.90 | 406.00 |
| | SLB | draft e-mail to K&E re changes to project category spreadsheet (.2); e-mail 23rd Interim charts to J. O'Neil @ Pachulski for submission to Court (.2) | 0.40 | 56.00 |
| | SLB | draft final changes for 23rd Interim fee and expense charts (1.5); update project category spreadsheet with 23rd interim changes (1.2) | 2.70 | 378.00 |
| | MSH | final updates to Project Catagory Spreadsheet for the 23rd interim (.5) | 0.50 | 20.00 |
| | MSH | Update database with Kramer 4.07 | 0.10 | 4.00 |
| 6/15/2007 | SLB | complete review of 24th Interim app. and begin initial report - K&E (4.6) | 4.60 | 644.00 |
| 6/18/2007 | SLB | draft e-mail to W. Sparks at Grace re. 23rd Interim fee totals (.2); e-mail Protiviti re hold and refiling of 23rd Interim app. (.2) | 0.40 | 56.00 |
| | MSH | Update database with e-detail for PwC 3.07, Capstone amended notice for 23rd interim application, and Orrick 4.07 (.1) | 0.10 | 4.00 |
| | SLB | begin review of of 24th interim app. - Stroock (6.5) | 6.50 | 910.00 |
| 6/19/2007 | SLB | continue review of 24th Interim app. - Stroock (4.9) | 4.90 | 686.00 |
| | SLB | PACER research regarding 23rd Interim apps. in preparation of fee hearing (2.3) | 2.30 | 322.00 |
| | JBA | draft of WHS 5.07 app and invoice | 0.20 | 22.00 |

W.R. Grace & Co. Page 7

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/19/2007 | MSH | Update database with PwC 3.07, and PwC 2.07 (.1) | 0.10 | 4.00 |
| | MSH | Update database with Orrick 4.07 and Beveridge 4.07 (.1) | 0.10 | 4.00 |
| | MSH | Draft of WHS May Invoice (.4) | 0.40 | 44.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 6/20/2007 | SLB | begin review of 24th Interim app. - Pachulski (3.1) | 3.10 | 434.00 |
| | SLB | complete draft of 24th Interim report - Stroock (4.4) | 4.40 | 616.00 |
| 6/21/2007 | SLB | continue review of 24th Interim app. - Pachulski (4.0) | 4.00 | 560.00 |
| | SLB | PACER research regarding 23rd Interim apps. (2.1) | 2.10 | 294.00 |
| | JBA | electronic filing of WHS 5.07 app and invoice | 0.20 | 22.00 |
| | WHS | receive and review e-mail re PwC notice | 0.10 | 27.50 |
| | JAW | detailed review of Reed Smith March 2007 monthly invoice (7.1); draft summary of same (1.2) | 8.30 | 1,120.50 |
| | MSH | Update database with Nelson 5.07 | 0.10 | 4.00 |
| 6/22/2007 | SLB | final PACER check regarding 23rd Interim apps. for fee hearing (.5) | 0.50 | 70.00 |
| | SLB | complete review and draft of 24th Interim final report - Pachulski (3.9) | 3.90 | 546.00 |

W.R. Grace & Co.                                                                                                         Page    8

|            |     |                                                                                                   | **Hours** | **Amount** |
|------------|-----|---------------------------------------------------------------------------------------------------|-----------|------------|
| 6/22/2007  | JAW | detailed review of Kirkland & Ellis March 2007 monthly invoice (6.1)                              | 6.10      | 823.50     |
|            | MSH | Update database with Pachulski 4.07                                                               | 0.10      | 4.00       |
| 6/25/2007  | JAW | detailed review of Kirkland & Ellis March 2007 monthly invoice (9.9)                              | 9.90      | 1,336.50   |
|            | WHS | telephone conference with Jan Baer re Forman Perry                                                | 0.20      | 55.00      |
|            | WHS | prepare for and appear at fee app hearing via telephone                                           | 0.40      | 110.00     |
|            | MSH | Update database with Deloitte Tax 1.07, 2.07 (.1); Deloitte Tax 3.07, and Stroock 4.07 (.1)       | 0.20      | 8.00       |
|            | MSH | Update database with e-detail for Stroock 4.07                                                    | 0.10      | 4.00       |
|            | MSH | Update database with e-detail for Phillips 5.07                                                   | 0.10      | 4.00       |
| 6/26/2007  | SLB | telephone conference with D. Fullem at Orrick re 24th Interim expenses (.2)                       | 0.20      | 28.00      |
|            | SLB | draft e-mail to D. Fullem at Orrick re 24th Interim expenses (.2)                                 | 0.20      | 28.00      |
|            | SLB | begin review of 24th Interim app. - Orrick (6.3)                                                  | 6.30      | 882.00     |
|            | JAW | detailed review of Kirkland & Ellis March 2007 monthly invoice (9.2)                              | 9.20      | 1,242.00   |
| 6/27/2007  | MSH | Update database with Phillips 5.07                                                                | 0.10      | 4.00       |
|            | SLB | continue review and draft of 24th Interim initial report - Orrick (7.2)                           | 7.20      | 1,008.00   |

W.R. Grace & Co. Page 9

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| 6/27/2007 | SLB | draft e-mail to Forman Perry re 24th Interim app. (.1) | 0.10 | 14.00 |
| | SLB | telephone conference with T. Scott at K&E re 24th Interim expenses (.1) | 0.10 | 14.00 |
| 6/28/2007 | MSH | Update database with Protiviti 23rd interim application (.1) | 0.10 | 4.00 |
| | SLB | complete draft of 24th Interim initial report - Orrick (5.9) | 5.90 | 826.00 |
| | SLB | begin review of 24th Interim app. - Reed Smith (1.2) | 1.20 | 168.00 |
| | MSH | Update database with e-detail for Kirkland 3.07 | 0.10 | 4.00 |
| 6/29/2007 | MSH | Update database with e-detail for Buchanan 5.07 | 0.10 | 4.00 |
| | MSH | Update database with e-detail for Reed 5.07, Towers 3.07 (.1), and Towers 4.07 (.1) | 0.20 | 8.00 |
| | SLB | continue review of 24th Interim app. - Reed Smith (5.8) | 5.80 | 812.00 |
| | MSH | Update database with e-detail for Capstone 3.07, 4.07 (.1); Hilsoft 12.06, 4.07 (.1); Hilsoft 5.07, Hamilton 5.07 (.1); Ferry 5.07, and Bilzin 5.07 (.1) | 0.40 | 16.00 |

**For professional services rendered**     **222.90 $30,217.00**

Additional Charges :

| | Price | |
|---|---:|---:|
| Third party copies & document prep/setup. for March 2007 | 589.32 | 589.32 |
| PACER charges for June 2007 | 12.24 | 12.24 |

W.R. Grace & Co. Page 10

**Amount**

**Total costs** **$601.56**

**Total amount of this bill** **$30,818.56**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James A. Wehrmann | 79.10 | 135.00 | $10,678.50 |
| Jeff B. Allgood | 0.40 | 110.00 | $44.00 |
| Jeff B. Allgood | 3.20 | 40.00 | $128.00 |
| Melinda S Helsley | 0.40 | 110.00 | $44.00 |
| Melinda S Helsley | 5.60 | 40.00 | $224.00 |
| Stephen L. Bossay | 131.90 | 140.00 | $18,466.00 |
| Warren H Smith | 2.30 | 275.00 | $632.50 |