## EXHIBIT B

December Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 15907 under Case No. 01-01139.  Also available upon request from Kirkland & Ellis LLP or Pachulski, Stang, Ziehl, Young, Jones & Weinbtraub P.C.

K&E 11965492.3