UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Mark T. Hurford, a member of the bar of this Court, pursuant to the District Court Local Rule 83.5, moves the admission *pro hac vice* of **James P. Wehner** of the law firm of Caplin & Drysdale, One Thomas Circle, N.W., Washington, DC 20005, to represent the Official Committee of Asbestos Personal Injury Claimants. Mr. Wehner is admitted, practicing, and in good standing in the District of Columbia, the States of New York and Virginia, the U.S. District Court for the District of Columbia, U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of Virginia, U.S. Court of Appeals for the District of Columbia Circuit, and U.S. Court of Appeals for the First Circuit.

Date: July 17, 2007

CAMPBELL & LEVINE, LLC

_____
Mark T. Hurford (No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
Phone: (302) 426-1900
Facsimile: (302) 426-9947

Attorneys for the Official Committee of Asbestos Personal Injury Claimants

Motion granted.

**BY THE COURT:**

Date:_____       _____
                                     UNITED STATES BANKRUPTCY JUDGE

{D0089612.1}

{D0089612.1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

The Admittee certifies that he is eligible for admission *pro hac vice* to this court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
James P. Wehner