# EXHIBIT A

# WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
### MAY 1, 2007 - MAY 31, 2007

| Matter | Project Category | Hours | Total Fees |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 119.7 | $ 80,144.50 |
| 0009 | Asset Dispositions, Sales, Uses and Lease | 2.2 | 1,331.00 |
| 0013 | Business Operations | 0.4 | 242.00 |
| 0014 | Case Administration | 75.6 | 18,906.50 |
| 0015 | Claims Analysis/Objections/Administration ( Non-Asbestos) | 4.8 | 2,904.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 44.7 | 24,543.50 |
| 0018 | Fee Application, Applicant | 37.9 | 13,664.00 |
| 0019 | Creditor Inquiries | 1.4 | 1,008.00 |
| 0020 | Fee Application, Others | 3.0 | 1,815.00 |
| 0021 | Employee Benefits, Pension | 6.8 | 4,526.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 6.8 | 4,726.50 |
| 0035 | Travel - Non Working | 12.1 | 7,780.50 |
| 0036 | Plan and Disclosure Statement | 0.2 | 121.00 |
| 0037 | Hearings | 68.9 | 48,115.00 |
| | | | |
| | Sub Total | 384.5 | $ 209,827.50 |
| | Less 50% Travel | (6.5) | (3,890.25) |
| | Total | 378.0 | $ 205,937.25 |

# STROOCK

## INVOICE

| DATE | July 12, 2007 |
|---|---|
| INVOICE NO. | 415695 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through May 31, 2007, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2007 | Attend to Debtors' reply in support of expanding preliminary injunction (1.1); attend to ACC/FCR's reply in support of motion to compel discovery concerning Grace's pre-petition asbestos liability estimates and selected case law (2.3); attend to Debtors' update of 15th omnibus objection to 65 PD Claims (.1); attend to Lewis Slovak claimants response to x-ray compliance motion (.1); attend to ZAI discovery requests (.3); attend to Debtors' motion to alter and amend Court's order denying expansion of preliminary injunction re: Montana actions (.2); attend to Speight's' motion to alter/amend Court's order disallowing 71 claims (.1); attend to ACC/FRC motions to file documents under seal (.1); attend to NFinch memo and ACC/FRC materials for 5/2/07 hearing (.6); attend to Gerard decision (.4); memorandum to A. Basta re Farrar deposition (.1); attend to ZAI claims and claimant's motion to strike same (.7). | Krieger, A. | 6.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1826883v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/02/2007 | Exchanged memoranda with KP re G. Farrar deposition (.1); attend to claimants' motion to strike ZAI claims (.4); attend to Debtors' submission re proposed interrogatories and related consulting expert order, affidavit (.3); attend to Debtors proposed slides, order re x-ray non compliance motion (.4); attend to PI Estimation schedule (.6); attend to Court's 12/06 ZAI decision (.7). | Krieger, A. | 2.5 |
| 05/02/2007 | Review BNSF Motion re pre-hearing injunction (.2); review Maryland Casualty motion re BNSF (.2); review Continental Casualty motion re injunction issue (.2). | Kruger, L. | 0.6 |
| 05/03/2007 | Attend to updated schedule of PI-related hearings, deadlines (.5); attend to Debtors and Rust objection to subpoenas served on Rust Consulting (.4); attend to multiple orders issued by the Court including order denying Barron & Budd motion to extend time to appeal, order granting reconsideration motion (x-ray noncompliance) (.5). | Krieger, A. | 1.4 |
| 05/03/2007 | Review RUST objection to subpoenas (.2); review updated PI schedule of hearings (.2). | Kruger, L. | 0.4 |
| 05/03/2007 | Attention to PI estimation issues, including conferring with Navigant. | Pasquale, K. | 1.1 |
| 05/04/2007 | Attend to Debtors' objection to subpoenas served on BMC and Rust (1.2); attend to Debtors' motion concerning amendment to PD claims and PD committee objection (1.1); attend to D. Siegel's Sealed Air deposition (2.9); attend to exclusivity, ZAI and other appeals (.8); Debtors response to Anderson Memorial motion to compel privilege log (.1); attend to proposed revised x-ray order (.1). | Krieger, A. | 6.2 |
| 05/04/2007 | Review debtors motion re amendment to PD claims and PD objections (.4); review non-party discovery from debtors (.6). | Kruger, L. | 1.0 |
| 05/04/2007 | Attention to PI estimation discovery and expert issues under CMO (1.0); attention to non-party discovery documents, etc. provided by debtors | Pasquale, K. | 3.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (2.3). | | |
| 05/06/2007 | Attend to D. Siegel's Sealed Air deposition transcript (1.4). | Krieger, A. | 1.4 |
| 05/07/2007 | Attend to K&E's proposed order re order further amending supplemental x-ray order and emails re ACC, and claimant's counsels', objections thereto (.3); attend to D. Siegel transcript (1.4); attend to Gerard case, Judge Fitzgerald's orders and Debtors and State of Montana's motions for reconsideration of Judge Fitzgerald's Opinions denying expansion of the preliminary injunction and relief from the stay (1.8); attend to competing orders re Baron & Budd motions to stay compliance with the consulting expert order and to extend time to file appeal (.3); attend to Montana Statutes and case law cited to in Court's opinion denying expansion of the preliminary Injunction (3.2). | Krieger, A. | 7.0 |
| 05/07/2007 | Review debtor slides for 5/8 hearing (.3); review FCR slides for 5/8 hearing (.2). Review PI expert issues (.4) and review PIQ information (.3). | Kruger, L. | 1.2 |
| 05/07/2007 | PI expert issues (1.8); attention to PIQs and information (2.0). | Pasquale, K. | 3.8 |
| 05/08/2007 | Attend to revised proposed competing orders re x-ray order from 5/2/07 hearing (.2); attend to PD statements of issues, designations of items for the appeal record (.3);attend to 3rd Circuit case law re "related to" jurisdiction (.9); attend to Anderson Memorial's motion to strike (.3); attend to Debtors' motion for leave to amend PD claims objections (.1). | Krieger, A. | 1.8 |
| 05/09/2007 | Conference call with Grace representatives re 5/8/07 hearing and PI Estimation schedule, settlement discussions, status of pending matters (.6); memorandum re status of criminal trial, other (.9); attend to Speight's motion to strike (.9); attend to Debtors' response to Anderson Memorial's motion to compel privilege log (.3); attend to case law re related jurisdiction and actions for preliminary-injunctions (1.2); attend to memorandum re 5/9/07 hearing (.9). | Krieger, A. | 4.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/10/2007 | Review of PIQ and discovery document. | Kruger, L. | 1.1 |
| 05/10/2007 | Attention to PIQs, discovery documents from debtors. | Pasquale, K. | 2.5 |
| 05/11/2007 | Review PI discovery and reports of PI experts. | Kruger, L. | 1.1 |
| 05/11/2007 | Attention to PI discovery and expert documents. | Pasquale, K. | 2.6 |
| 05/14/2007 | Review Montana stay pleadings. | Kruger, L. | 0.2 |
| 05/14/2007 | Preparation for Cintani, Egan depositions (1.5); attention to AD pleadings and status (.6). | Pasquale, K. | 2.1 |
| 05/14/2007 | Attention to Montana reconsideration stay pleadings. | Pasquale, K. | 0.8 |
| 05/15/2007 | Attend to recent filings in the BNSF matter involving certain insurers' objection to Libby claimants discovery demand (.2); attend ACC's oppositions to Debtors and Montana State's motion for reconsideration of preliminary injunction ruling and Debtors opposition to Montana' states reconsideration motion regarding stay relief motion (2.1). | Krieger, A. | 2.3 |
| 05/15/2007 | Attention to additional pleadings re Montana injunction issues. | Pasquale, K. | 0.8 |
| 05/15/2007 | Attention to debtors and Manville protection order motion (.3); continued review of non-party document productions from debtors (2.5). | Pasquale, K. | 2.8 |
| 05/16/2007 | Attend to Debtors' form of interrogatories (.2); attend to agreed order re expunging certain California PD claims (State University and Regents of U of C) (.1); attend to motion approving settlement of PD claims with Building Laborers Union Local 310 (.8); attend to joint motion for approval of protective order re CRMC (.4); memorandum to KP and then J. Baer re request for PD claim settlement amount information (.2); attend to transcript of 4/2/07 hearing (2.3); attend to correspondence from L. Esayian (.1). | Krieger, A. | 4.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/16/2007 | Review PI discovery issues. | Kruger, L. | 0.3 |
| 05/16/2007 | Attention to PD settlement motion and related issues (.3); attention to PI discovery and expert issues, documents (1.8). | Pasquale, K. | 2.1 |
| 05/17/2007 | Memorandum to LK, KP re PD claims settlement (.1); memorandum to L. Esayian re settlement (.1); attend to 4/2/07 hearing transcript (2.6); attend to State of Montana's motion for leave to file reply re supporting motion for stay relief (.2); attend to Early, Ludwick motion for protective order and Debtors' response (1.0); attend to deposition notices (.1). | Krieger, A. | 4.1 |
| 05/17/2007 | Review Gutierrez draft memo re experts (1.0); telephone conference J. McIntyre re status (.2); attention to expert-related issues (.6) | Pasquale, K. | 1.8 |
| 05/18/2007 | Attend to Building Laborers' Union proof of claim (.6); attend to modification of dates, deadline (.6). | Krieger, A. | 1.2 |
| 05/18/2007 | Review memo re Building Union claims (.4); review pleadings for 5/21 hearing (.3). | Kruger, L. | 0.7 |
| 05/19/2007 | Attend to review of selected portions of 5/2/07 hearing transcript in preparation for 5/21/07 hearing (.4); objection of PD Committee to Debtors' motion to amend their PD claims objections (.2); State of Montana's further motion and reply re stay relief (.2). | Krieger, A. | 0.8 |
| 05/21/2007 | Review Montana motion for leave to file reply (.2); review counter designation of record on appeal re Speight's and Runyon claims (.2) | Kruger, L. | 0.4 |
| 05/22/2007 | Attend to e-mails re revised PI CMO schedule (.2); attend to Debtors' motion to shorten notice re settlement of Trumbull Memorial claim (.1); attend to proposed revised x-ray order (1); attend to e-mails with Navigant re database (.2). | Krieger, A. | 0.6 |
| 05/22/2007 | Attention to PI estimation issues and emails to expert re same. | Pasquale, K. | 1.5 |
| 05/23/2007 | Attend deposition of David Siegel at the | Krieger, A. | 9.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1826883v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Washington, D.C. offices of Caplin & Drysdale. | | |
| 05/23/2007 | Review PI estimation issues (1.1); calls with A. Krieger re Siegel deposition (.1). | Kruger, L. | 1.2 |
| 05/23/2007 | T/c L. Chambers re: PI issues (.3); attention to PI issues raised by L. Chambers (2.0); attention to recently filed PD pleadings, settlement, amendment of objections (.5). | Pasquale, K. | 2.8 |
| 05/24/2007 | Office conference KP re D. Siegel deposition, hearings on PI motion to quash and PI CMO schedule and depositions of pi firms and doctors (.6); attend to deposition schedule (.3); office conference LK re D. Siegel deposition (.2); attend to Debtors' reply in support of motion to amend objection to certain PD claims (.2); attend to Committee's objection to Debtors' motion to amend (.4); attend to order re granting expedited consideration of motion for protective order (.1); attend to certification re State of Montana's order on reconsideration of stay relief order (.2); attend to memoranda re comments on the proposed revised x-ray order (.3); attend to PD related pleadings including those for 5/30/07 hearing (.9). | Krieger, A. | 3.2 |
| 05/24/2007 | Review expert reports and discovery (.8); review memo to committee re PD settlement (.2). | Kruger, L. | 1.0 |
| 05/24/2007 | Attention to Speight's' Motion re: Anderson Mem. discovery (.3); confer A. Krieger re: Siegel deposition (.3); expert reports and discovery (2.5). | Pasquale, K. | 3.1 |
| 05/25/2007 | Conference call with representatives from Grace, KP, LK and the Equity Committee re PI Estimation (.3); attend to further memoranda re revised x-ray order (.2). | Krieger, A. | 0.5 |
| 05/25/2007 | Preparation for and telephone conference with K. Pasquale, debtor and equity committee counsel re estimation (1.4) and review of PI issues (.6). | Kruger, L. | 2.0 |
| 05/25/2007 | Preparation for and conf. call w/ debtors' counsel, equity counsel re: PI estimation issues | Pasquale, K. | 3.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1826883v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (2.0); attention to PI issues (1.5). | | |
| 05/29/2007 | Attend to COC of Montana States counsel re order of reconsideration motion (.1); order re Debtors' motion for expedited consideration of protective order (.1); memo to KP re exhibits for D. Siegel deposition (.1); attend to memo re G. Farrar deposition (.1); attend to notice of transmittal of the record on PD claimants' appeal (.1); attend to committee's objection to debtors' COC re order extending the preliminary injunction and objection to Montana State's proposed order re reconsideration motion (.3). | Krieger, A. | 0.8 |
| 05/29/2007 | Review transcript of David Siegel deposition (1.6). | Kruger, L. | 1.6 |
| 05/29/2007 | O/c w/ K. Pasquale re: Farrar deposition; preparation for Farrar deposition. | Papir, R. | 1.4 |
| 05/29/2007 | Telephone conference G. Horowitz re PI issues (.4); attention to transcript of D. Siegel deposition and exhibits (2.5). | Pasquale, K. | 2.9 |
| 05/30/2007 | Attend to revised proposed PI CMO and revise schedule of dates. | Krieger, A. | 0.9 |
| 05/30/2007 | Office conference with K. Pasquale; call with L. Chambers et al. re estimation issues. | Kruger, L. | 1.0 |
| 05/30/2007 | Attended Farrar deposition (telephonically). | Papir, R. | 1.9 |
| 05/30/2007 | Preparation for and conference call with Navigant re PI issues (1.2); attention to PI issues and experts (1.5); confer A. Krieger re status (.4) | Pasquale, K. | 3.1 |
| 05/31/2007 | Attend to Debtors' motion for approval of settlement with Trumbull Memorial Hospital, Debtors' objection re: Trumbull's claim and Trumbull's response thereto (2.9); memorandum to L. Esayian re request for settlement amount information (.1); notice of suspended depositions of law firms and deposition of Holmes and Conner (.2). | Krieger, A. | 3.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1826883v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 62.0 | $ 605 | $ 37,510.00 |
| Kruger, Lewis | 13.8 | 860 | 11,868.00 |
| Papir, Ryan M. | 3.3 | 465 | 1,534.50 |
| Pasquale, Kenneth | 40.6 | 720 | 29,232.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 80,144.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 80,144.50 |
|---|---|

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
|---|---|
| | 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2007 | Exchanged memoranda with J. Dolan re Project Gemini. | Krieger, A. | 0.2 |
| 05/03/2007 | Conference call S. Cunningham and J. Dolan re Project Gemini (.7); review information re Project Gemini (.3). | Krieger, A. | 1.0 |
| 05/10/2007 | Exchanged memoranda with J. Dolan re Project Gemini. | Krieger, A. | 0.3 |
| 05/18/2007 | Telephone call R. Frezza and J. Dolan re modification of sale process and proposed breakup fee and follow-up exchange of emails with J. Dolan re discussion with J. O'Connell. | Krieger, A. | 0.5 |
| 05/22/2007 | Exchanged memoranda with J. Dolan and then memoranda to LK, KP re status of Project Gemini. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.2 | $ 605 | $ 1,331.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,331.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,331.00 |
|---|---|

# STROOCK

| RE | Business Operations<br>699843  0013 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/24/2007 | Exchanged memoranda with J. Dolan re Debtors' cash position. | Krieger, A. | 0.3 |
| 05/29/2007 | Attend to J. Dolan memo re non-core cash flow uses. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 605 | $ 242.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 242.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 242.00 |
|---|---|

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2007 | Attend to certifications, applications. | Krieger, A. | 0.6 |
| 05/01/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.8); attention to retrieval of certain pleadings for attorney review (.5); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 3.4 |
| 05/02/2007 | Attend to newly filed certifications, applications (.2); exchanged memoranda with KP re May 8 and 9, 2007 hearings (.1). | Krieger, A. | 0.3 |
| 05/02/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.9); retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.6); review civil action case docket no. 07-0005 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3); attention to retrieval of certain pleadings for attorney review (.4); review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5). | Mohamed, D. | 3.5 |
| 05/03/2007 | T/c's to Court call to arrange for telephonic attendance for hearing on 5/8 for attorneys. | Holzberg, E. | 0.4 |
| 05/03/2007 | Memorandum and office conference EH re Court call arrangements for 5/8 and 5/9 hearing (.1); exchanged memoranda with LK, KP and JBaer re Grace/Committee conference call re pending matters (.3); attend to newly entered claims' orders, applications (.3). | Krieger, A. | 0.7 |
| 05/03/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (2.5). | Mohamed, D. | 3.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/04/2007 | Exchange e-mails with J. Baer, KP and LK re Grace/Committee call (.2); attend to certifications, notices (.2). | Krieger, A. | 0.4 |
| 05/04/2007 | Emails re A. Krieger and K. Pasquale re Grace/committee call. | Kruger, L. | 0.2 |
| 05/04/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5); review case file documents in preparation for central file supplementation (1.4); retrieve and distribute recently filed pleading re adversary proceeding case docket no. 01-771 (.2); review civil action case docket no. 07-0005 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 4.1 |
| 05/07/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); retrieval of certain pleadings for attorney review (.7); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review civil action case docket no. 07-0005 (.2); review court of appeals for the third circuit case docket no. 07-1344 and 07-1378 (.3). | Mohamed, D. | 3.2 |
| 05/08/2007 | Attend to certifications, applications. | Krieger, A. | 0.3 |
| 05/08/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review case file documents in preparation for central file supplementation (.7); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 3.0 |
| 05/10/2007 | Attend to applications, certifications, notices. | Krieger, A. | 0.6 |
| 05/14/2007 | Reviewed legal docket to update status (1.1). Retrieved documents for file and distribute (2.4). | Holzberg, E. | 3.5 |
| 05/14/2007 | Office conferences EH re court call arrangements for 5/21 and 5/30/07 (.1); newly | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | filed pleadings (.1). | | |
| 05/15/2007 | T/c Court call to arrange for AGK to attend hearing on 5/21 and 5/30 Telephonically (.5). Reviewed legal docket to update status (.6). Retrieved documents and distribute (.5). | Holzberg, E. | 1.6 |
| 05/15/2007 | Exchanged memoranda with J. Baer re 5/21/07 agenda (.2); exchanged memoranda with DM re adversary dockets to be reviewed (.2); attend to newly filed notices, certifications (.3). | Krieger, A. | 0.7 |
| 05/15/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.3), review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5), review and update court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.4), review civil action case docket no. 07-0005 (.2), retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.4), attention to retrieval of pleadings for attorney review (.6). | Mohamed, D. | 3.9 |
| 05/16/2007 | T/c to Court call for Lewis Kruger to attend telephonically on 5/21. | Holzberg, E. | 0.2 |
| 05/16/2007 | Attend to fee applications and newly filed pleadings, notices. | Krieger, A. | 0.4 |
| 05/16/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.9), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), attention to retrieval of pleadings for attorney review (.5). | Mohamed, D. | 2.5 |
| 05/17/2007 | Attend to newly filed certifications, notices. | Krieger, A. | 0.2 |
| 05/17/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.8). | Mohamed, D. | 1.3 |
| 05/18/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.9), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), review civil | Mohamed, D. | 4.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | action case docket no. 07-0005 (.2), review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3), attention to retrieval of various pleadings for attorney review (.6). | | |
| 05/20/2007 | Attend to response to fee auditor's initial report on 23rd quarterly fee application. | Krieger, A. | 0.5 |
| 05/21/2007 | Attend to response to fee auditors initial report on the firm's 23rd quarterly application. | Krieger, A. | 2.8 |
| 05/21/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (2.2), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), review civil action case docket no. 07-0005 (.2), review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 3.8 |
| 05/22/2007 | Finalize response to Fee Auditor. | Krieger, A. | 2.2 |
| 05/22/2007 | Exchange memoranda with DM re deposition notices (.2); exchanged memoranda with N. Finch re D. Siegel deposition (.1) attend to orders, certifications, applications (.4). | Krieger, A. | 0.7 |
| 05/22/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (2.1), attention to retrieval of certain pleadings for attorney review (.9). | Mohamed, D. | 3.6 |
| 05/23/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.8), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), review district court docket no. 07-0005 (.2), review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3), prepare schedule of upcoming depositions re Grace Asbestos PI claimants questionnaire (.9), review case file documents in preparation for central file supplementation (.7). | Mohamed, D. | 4.0 |
| 05/24/2007 | Attend to response to Fee Auditor's initial report on Stroock's 23rd interim application | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | and forward same to S. Bossay. | | |
| 05/24/2007 | Attend to certifications, applications. | Krieger, A. | 0.4 |
| 05/24/2007 | Review response to fee examiner. | Kruger, L. | 0.2 |
| 05/24/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.7), attention to retrieval of pleadings pertaining to hearing scheduled on 5/30/2007 for attorney review (1.0). | Mohamed, D. | 2.2 |
| 05/24/2007 | Attention to draft response to fee examiner. | Pasquale, K. | 0.3 |
| 05/25/2007 | Attend to certifications, applications. | Krieger, A. | 0.3 |
| 05/25/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.6), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 1.7 |
| 05/29/2007 | Attend to applications, certifications. | Krieger, A. | 0.3 |
| 05/29/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (2.3), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), review civil action case docket no. 07-0005 (.2), review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3), attention to retrieval of various pleadings for attorney review (.7). | Mohamed, D. | 4.7 |
| 05/30/2007 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.7 |
| 05/30/2007 | Attend to Fee Auditor's final report on SSL's fee application (.1); attend to applications (.2). | Krieger, A. | 0.3 |
| 05/30/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.0), retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.4), attention to retrieval of certain pleadings for attorney review (.4). | Mohamed, D. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/31/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.3). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 6.4 | $ 255 | $ 1,632.00 |
| Krieger, Arlene G. | 12.3 | 605 | 7,441.50 |
| Kruger, Lewis | 0.4 | 860 | 344.00 |
| Mohamed, David | 56.2 | 165 | 9,273.00 |
| Pasquale, Kenneth | 0.3 | 720 | 216.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 18,906.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 18,906.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1826883v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/09/2007 | Attend to certificate of counsel and order resolving Berger & Montague and Richardson, Patrick claims (.1); attend to NJDEP motion for leave to file late proof of claim, case law, and exchange memoranda with J. Baer re same (1.4); attend to memorandum to M. Berg re NJDEP's motion to file late proof of claim (.2); telephone calls M. Berg re NJDEP claim issues (.3). | Krieger, A. | 2.0 |
| 05/11/2007 | Attend to case law re excusable neglect. | Krieger, A. | 2.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.8 | $ 605 | $ 2,904.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,904.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,904.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2007 | Attend to memorandum re Debtors' reply in support of expanding the preliminary injunction. | Krieger, A. | 1.2 |
| 05/02/2007 | Attend to memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 1.4 |
| 05/03/2007 | Attend to memorandum to the Committee May 2, 2007 hearings. | Krieger, A. | 2.9 |
| 05/03/2007 | Review RUST objection to subpoenas (.2); review updated PI schedule of hearings (.2). | Kruger, L. | 0.4 |
| 05/03/2007 | Office conf. with A. Krieger re results of 5/2 hearing (.1); review memo to committee re 5/2 hearing (.4); emails with K. Pasquale, A. Krieger re Grace; committee conf. call re pending matters (.2). | Kruger, L. | 0.7 |
| 05/03/2007 | Attention to draft memos to committee re omnibus hearing. | Pasquale, K. | 0.2 |
| 05/07/2007 | Attend to memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 2.8 |
| 05/08/2007 | Attend to memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 3.1 |
| 05/08/2007 | Memorandum to the Committee re 5/8/07 hearing (1.0); exchanged memoranda with LK re same (.1). | Krieger, A. | 1.1 |
| 05/09/2007 | Attend to memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 3.0 |
| 05/09/2007 | Exchanged memoranda with KP re Committee's position regarding the motions for reconsideration filed by the Debtors and the State of Montana to the Court's orders in respect of the stay relief and preliminary injunction expansion motions. | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/09/2007 | Calls with A. Krieger, Shelnitz, et al re court hearing of 5/8/07, agenda for 5/21 and related matters and strategy. | Kruger, L. | 0.6 |
| 05/10/2007 | Attend to memorandum summarizing expert reports filed by the W.R. Grace Debtors (.8). Began editing/revising same (.3). | Gutierrez, J. | 1.1 |
| 05/11/2007 | Continued editing and revising memorandum re: all asbestos expert reports submitted in W.R. Grace & Co.'s chapter 11 cases. | Gutierrez, J. | 0.8 |
| 05/16/2007 | Continued editing and revising memorandum re: all asbestos expert reports submitted in W.R. Grace & Co.'s chapter 11 cases. | Gutierrez, J. | 3.4 |
| 05/16/2007 | Memorandum to the Committee re settlement of PD claims asserted by Building Laborers Union Local 310. | Krieger, A. | 2.3 |
| 05/16/2007 | Review 4/2 transcript (.4); review memo to committee re settlement with local 310 (.4). | Kruger, L. | 0.8 |
| 05/17/2007 | Concluded editing and revising memorandum re: all asbestos expert reports submitted in W.R. Grace & Co.'s chapter 11 cases. | Gutierrez, J. | 2.9 |
| 05/17/2007 | Attend to memorandum to the Committee re pension motion (2.6); attend to memorandum to the Committee re PD settlement (.4). | Krieger, A. | 3.0 |
| 05/17/2007 | Review memo to committee re pension motion (.4); review memo to committee re PD settlement (.3); review Hamilton plea claim (.2); review draft memo by Gutierrez re experts (.2). | Kruger, L. | 1.1 |
| 05/18/2007 | Memorandum to K. Pasquale re: asbestos expert reports submitted in W.R. Grace & Co.'s chapter 11 cases. | Gutierrez, J. | 0.1 |
| 05/18/2007 | Attend to memorandum re settlement of Buildings Union's PD Claims. | Krieger, A. | 2.1 |
| 05/19/2007 | Attend to memorandum re PD Claims settlement. | Krieger, A. | 0.4 |
| 05/20/2007 | Attend to memorandum pension motion. | Krieger, A. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/21/2007 | Attend to memorandum re Building Laborers Union Claim settlement. | Krieger, A. | 0.5 |
| 05/24/2007 | Attend to memorandum to the Committee re pension motion (1.9); exchanged memoranda with J. Dolan re financial information requested for the Committee memorandum (.6); attend to memorandum to the Committee re PD Claims settlement (.3). | Krieger, A. | 2.8 |
| 05/30/2007 | Attend to memorandum to the Committee re pension motion. | Krieger, A. | 0.8 |
| 05/31/2007 | Attend to new Watson Wyatt report and revise memorandum of the Committee re pension motion (1.1); office conference MW re memorandum (.2); attend to memorandum for the Committee re Trumbull Memorial settlement (1.6). | Krieger, A. | 2.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Gutierrez, James S. | 18.6 | $ 420 | $ 7,812.00 |
| Krieger, Arlene G. | 22.3 | 605 | 13,491.50 |
| Kruger, Lewis | 3.6 | 860 | 3,096.00 |
| Pasquale, Kenneth | 0.2 | 720 | 144.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,543.50 | |
|------------------------------------------|-------------|--|

| TOTAL FOR THIS MATTER | $ 24,543.50 | |
|-----------------------|-------------|--|

# STROOCK

| RE | Fee Application, Applicant<br>699843 0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2007 | Made revisions to 72nd monthly fee application and prepare for filling and service. | Holzberg, E. | 2.5 |
| 05/01/2007 | Review Stroock's monthly fee statement for March 2007 in preparation for filing (.6); prepare affidavit of service re same and forward to local counsel for filing (.4); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.7 |
| 05/02/2007 | Disc. w/ AGK re: Quarterly Fee Application. Started to review Monthly Fee Application. | Holzberg, E. | 1.0 |
| 05/03/2007 | Worked on Quarterly Fee Application. | Holzberg, E. | 1.9 |
| 05/09/2007 | Edited Monthly Application. | Holzberg, E. | 1.6 |
| 05/10/2007 | Worked on Quarterly Fee Application. | Holzberg, E. | 1.5 |
| 05/10/2007 | Attend to preparation of quarterly application for the period January - March 2007. | Krieger, A. | 1.9 |
| 05/11/2007 | Worked on Quarterly Fee Application. | Holzberg, E. | 1.7 |
| 05/11/2007 | Attend to preparation of Fee Application. | Krieger, A. | 2.6 |
| 05/14/2007 | Attend to preparation of quarterly fee application. | Krieger, A. | 4.2 |
| 05/15/2007 | Reviewed and made revisions to Quarterly Fee Application. | Holzberg, E. | 0.9 |
| 05/15/2007 | Complete Quarterly Fee Application. | Krieger, A. | 1.7 |
| 05/16/2007 | Worked on Quarterly Fee Application. | Holzberg, E. | 1.7 |
| 05/17/2007 | Discussion with Accounting re: charts for Quarterly Fee Application. | Holzberg, E. | 0.3 |
| 05/21/2007 | Worked on Monthly Fee Application. | Holzberg, E. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/22/2007 | Revised time in prep of working on Monthly Fee Application. | Holzberg, E. | 2.6 |
| 05/23/2007 | Worked on Fee Application. | Holzberg, E. | 0.8 |
| 05/25/2007 | Worked on time edits for bill. | Holzberg, E. | 0.5 |
| 05/29/2007 | Work on Quarterly fee application and charts. | Holzberg, E. | 3.9 |
| 05/30/2007 | Completed charts on fee application and gave to AGK. | Holzberg, E. | 1.6 |
| 05/30/2007 | Office conference EH and then finalize 24th quarterly fee application. | Krieger, A. | 0.6 |
| 05/30/2007 | Attention to draft 24th quarterly fee application. | Pasquale, K. | 0.5 |
| 05/31/2007 | Completed Quarterly Fee Application, prepare for K. Pasquale's signature. | Holzberg, E. | 0.6 |
| 05/31/2007 | Revise fee application. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 24.5 | $ 255 | $ 6,247.50 |
| Krieger, Arlene G. | 11.2 | 605 | 6,776.00 |
| Mohamed, David | 1.7 | 165 | 280.50 |
| Pasquale, Kenneth | 0.5 | 720 | 360.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,664.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 13,664.00 |
|-----------------------|-------------|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2007 | Telephone conference debt holder re 5/2 hearing. | Pasquale, K. | 0.4 |
| 05/11/2007 | Telephone conference bank debt holder re status. | Pasquale, K. | 0.3 |
| 05/23/2007 | T/c bank debt holders re: status. | Pasquale, K. | 0.4 |
| 05/30/2007 | Telephone conference bank debt holder re PI status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 1.4 | $ 720 | $ 1,008.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,008.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,008.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/15/2007 | Attend to fee applications for other professionals. | Krieger, A. | 1.1 |
| 05/29/2007 | Attend to Navigant's April invoice. | Krieger, A. | 0.3 |
| 05/31/2007 | Attend to Navigant's April billing and memorandum to LK, KP re same (.7); memorandum to M. Lyman re same (.1); attend to newly filed fee applications (.8). | Krieger, A. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.0 | $ 605 | $ 1,815.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,815.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,815.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1826883v1

# STROOCK

| RE | Employee Benefits, Pension |
|----|----|
| | 699843 0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/15/2007 | Attend to Debtors' draft pension motion and memoranda to LK and KP, MW and MH re same (1.1); memorandum to J. Baer re inquiry re additional information on alternatives to continuing to fund the Salaried Plan (.1). | Krieger, A. | 1.2 |
| 05/22/2007 | Review motions for pension funding. | Holob, M. | 0.7 |
| 05/22/2007 | Memorandum to MW re 2007 actuarial report and Debtors' motion to make pension contributions (.2); attend to Debtors' filed motion seeking approval to make pension contributions (.9). | Krieger, A. | 1.1 |
| 05/23/2007 | Review Debtors' motion for pension plan funding. | Wintner, M. | 0.7 |
| 05/30/2007 | Exchanged memoranda with J. Baer re confirmation of access to information and discussions with other constituents (.3); exchanged memoranda with MW re pension information and memorandum (.2); exchanged memoranda with J. Dolan re updated Watson Wyatt analyses (.1). | Krieger, A. | 0.6 |
| 05/31/2007 | Discuss memo with M. Wintner. | Holob, M. | 0.1 |
| 05/31/2007 | Attend to Capstone's pension-related information and exchanged memoranda with J. Dolan re same. | Krieger, A. | 0.6 |
| 05/31/2007 | Review Debtors' draft Motion to Authorize Pension Funding, Pension Plan Valuations, Watson Wyatt study of alternative plans and impact on future annual pension costs, draft memo to Creditors Committee, o/c Arlene Krieger re: same. | Wintner, M. | 1.8 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holob, Marissa J. | 0.8 | $ 495 | $ 396.00 |
| Krieger, Arlene G. | 3.5 | 605 | 2,117.50 |
| Wintner, Mark | 2.5 | 805 | 2,012.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,526.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,526.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1826883v1

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/16/2007 | Search on WR Grace's Hamilton Plant for A. Krieger. | Jones, M. | 2.5 |
| 05/16/2007 | Research memo re Hamilton Plant contamination (.5); office conference MAS re NJDEP's motion to file a late claim, other (.8). | Krieger, A. | 1.3 |
| 05/17/2007 | Locate Hamilton Site Consent Order; NJ Open Public Records information; e-mails with A. Krieger re NJ action against debtor. | Berg, M. | 0.9 |
| 05/17/2007 | Hamilton Plant searches for A. Krieger. | Jones, M. | 1.0 |
| 05/17/2007 | Attend to Hamilton Plant claim information (.4); memoranda with M. Berg re same (.5); attend to USEPA Consent Order (.4). | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 1.2 | $ 605 | $ 726.00 |
| Jones, Margaret | 3.5 | 175 | 612.50 |
| Krieger, Arlene G. | 5.6 | 605 | 3,388.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,726.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,726.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1826883v1

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---:|
| Outside Messenger Service | $ 63.70 |
| Long Distance Telephone | 210.09 |
| Duplicating Costs-in House | 54.20 |
| Filing Fees | 831.50 |
| Court Reporting Services | 1804.70 |
| CT Corporation/CSC Networks | 581.05 |
| O/S Information Services | 224.64 |
| Word Processing | 24.00 |
| Lexis/Nexis | 39.51 |
| Travel Expenses - Transportation | 1565.55 |
| Travel Expenses - Lodging | 319.46 |
| Travel Expenses - Meals | 74.03 |
| Westlaw | 612.58 |

| TOTAL DISBURSEMENTS/CHARGES | $ 6,405.01 |
|---|---:|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/21/2007 | Travel attendant to omnibus hearing in Wilmington, DE. | Pasquale, K. | 4.0 |
| 05/22/2007 | Travel to Washington, DC for D. Siegel deposition. | Krieger, A. | 4.3 |
| 05/23/2007 | Travel from Washington DC to NY following D. Siegel deposition. | Krieger, A. | 3.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 8.1 | $ 605 | $ 4,900.50 |
| Pasquale, Kenneth | 4.0 | 720 | 2,880.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,780.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,780.50 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036                  |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/15/2007 | Telephone call S. Cunningham, J. Dolan re POR, structure, recovery  analysis. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 605 | $ 121.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 121.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 121.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1826883v1

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2007 | Attend to amended agenda notice for 5/2/07 hearing (.1); attend to ACC's, K&E's slides for 5/2/07 hearing (.3). | Krieger, A. | 0.4 |
| 05/01/2007 | Preparation for 5/2 hearing, review of pleadings, etc. | Pasquale, K. | 0.8 |
| 05/02/2007 | Memorandum to KP re amended agenda (.4); attend telephonically 5/2/07 omnibus hearing re ACC/FCR motion to compel discovery  of asbestos liability reserves, PD Scheduling matters, Debtors' motions to compel compliance re consulting privilege and supplemental x-ray orders (4.3); attend to memorandum re hearing results (.6). | Krieger, A. | 5.3 |
| 05/02/2007 | Attend court hearing re agenda. | Kruger, L. | 3.2 |
| 05/02/2007 | Review email from A. Krieger re hearing results and new dates. | Kruger, L. | 0.3 |
| 05/02/2007 | Travel to and from Pittsburgh for omnibus hearing (lengthy delays on return). | Pasquale, K. | 7.5 |
| 05/02/2007 | Preparation for and participated in omnibus hearing. | Pasquale, K. | 6.0 |
| 05/03/2007 | Office conference LK re 5/2/07 hearing results and 5/21/07 omnibus. | Krieger, A. | 0.1 |
| 05/03/2007 | Office conf. with A. Krieger re results of 5/2 hearing. | Kruger, L. | 0.1 |
| 05/04/2007 | Attend to notices of hearing for 5/8 and 5/9 hearings. | Krieger, A. | 0.2 |
| 05/07/2007 | Attend to FCR Debtors' slides for 5/8/07 hearing. | Krieger, A. | 0.3 |
| 05/07/2007 | Preparation for May 8 hearing and review of | Pasquale, K. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | parties' slides. | | |
| 05/08/2007 | Attend (telephonically) hearing re compliance with consulting privilege orders, PI Estimation schedule and other matters. | Krieger, A. | 6.3 |
| 05/08/2007 | Court hearing (telephonic) re PI estimation (4.2); review memo to committee re hearing (.4). | Kruger, L. | 4.6 |
| 05/08/2007 | Court hearing (telephonic) re PI estimation discovery. | Pasquale, K. | 6.4 |
| 05/09/2007 | Attend (telephonically) hearing on Speight's' motion to strike Debtors' updated objection to PD claims (.8); attend to Debtors' motion for leave to amend objections to PD claims (.3). | Krieger, A. | 1.1 |
| 05/10/2007 | Attend to order rescheduling 6/25/07 hearings. | Krieger, A. | 0.1 |
| 05/15/2007 | Attend to 5/21/07 agenda notice and memo to J. Baer re NJDEP matters. | Krieger, A. | 0.2 |
| 05/15/2007 | Review 5/21 agenda. | Kruger, L. | 0.3 |
| 05/18/2007 | Attend to parties' demonstratives for 5/21/07 hearing. | Krieger, A. | 0.4 |
| 05/18/2007 | Preparation for omnibus hearing and review pleadings. | Pasquale, K. | 1.5 |
| 05/21/2007 | Attend (telephonically) omnibus hearing before the Court re PI CMO, reconsideration of Court's ruling on Montana lift stay motion, expansion of preliminary injunction to include Montana State, BNSF Motion for clarification of preliminary injunction and related preliminary injunction expansion pleadings, PD claims related matters. | Krieger, A. | 5.3 |
| 05/21/2007 | Conf. call hearing with Court re PD and PI issues and estimation and discovery timetable. | Kruger, L. | 4.0 |
| 05/21/2007 | Preparation for and participated in omnibus hearing. | Pasquale, K. | 5.5 |
| 05/24/2007 | Attend to agenda notice for 5/30/07 hearing and pleadings to be reviewed. | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/25/2007 | Attend to amended agenda notice. | Krieger, A. | 0.1 |
| 05/29/2007 | Attend to second amended agenda for 5/30/07 hearing (.1); attend to pleadings to be considered during 5/30/07 hearing including Anderson Memorial's motion to strike Debtors' 12/13/06 responses and Debtors' response to the motion to strike (3.1). | Krieger, A. | 3.2 |
| 05/30/2007 | Court hearing on PD matters re amendment of claims objections, motions to strike, scheduling (4.5); office conference KP re hearing, 5/25/07 call and scheduling matters (.5). | Krieger, A. | 5.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 28.2 | $ 605 | $ 17,061.00 |
| Kruger, Lewis | 12.5 | 860 | 10,750.00 |
| Pasquale, Kenneth | 28.2 | 720 | 20,304.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 48,115.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 48,115.00 |
|-----------------------|-------------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 209,827.50 |
|------------------------------------------|--------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 6,405.01 |
| TOTAL BILL | $ 216,232.51 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1826883v1