# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## MAY 1, 2007 - MAY 31, 2007

|  | Hours | Rate | Total Fees |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 30.3 | $ 860 | $ 26,058.00 |
| Pasquale, Kenneth | 75.2 | 720 | 54,144.00 |
| Wintner, Mark | 2.5 | 805 | 2,012.50 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 1.2 | 605 | 726.00 |
| Gutierrez, James S. | 18.6 | 420 | 7,812.00 |
| Holob, Marissa J. | 0.8 | 495 | 396.00 |
| Krieger, Arlene G. | 163.8 | 605 | 99,099.00 |
| Papir, Ryan M. | 3.3 | 465 | 1,534.50 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 30.9 | 255 | 7,879.50 |
| Jones, Margaret | 3.5 | 175 | 612.50 |
| Mohamed, David | 57.9 | 165 | 9,553.50 |
| | | | |
| **Sub Total** | **388.0** | | **$ 209,827.50** |
| **Less 50% Travel** | **(6.5)** | | **(3,890.25)** |
| **Total** | **381.5** | | **$ 205,937.25** |

SSL-DOCS1 1826883v1