# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## MAY 1, 2007 - MAY 31, 2007

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 63.70 |
| Long Distance Telephone | | 210.09 |
| Duplicating Cost -in House | | 54.20 |
| Filing Fees | | 831.50 |
| Court Reporting Services | | 1,804.70 |
| O/S Information Services | | 224.64 |
| Word Processing | | 24.00 |
| Lexis/Nexis | | 39.51 |
| Travel Expenses- Transportation | | 2,146.60 |
| Travel Expenses- Lodging | | 319.46 |
| Travel Expenses-Meals | | 74.03 |
| Westlaw | | 612.58 |
| | | |
| Total | $ | 6,405.01 |

# STROOCK

## Disbursement Register

| DATE | July 17, 2007 |
|---|---|
| INVOICE NO. | 415695 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through May 31, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 05/01/2007 | VENDOR: UPS; INVOICE#: 0000010X827177; DATE: 04/28/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191946739 on 04/20/2007 | 6.24 |
| 05/01/2007 | VENDOR: UPS; INVOICE#: 0000010X827177; DATE: 04/28/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192594751 on 04/20/2007 | 6.24 |
| 05/01/2007 | VENDOR: UPS; INVOICE#: 0000010X827177; DATE: 04/28/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192686349 on 04/20/2007 | 8.60 |
| 05/01/2007 | VENDOR: UPS; INVOICE#: 0000010X827177; DATE: 04/28/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194591929 on 04/20/2007 | 6.24 |
| 05/07/2007 | VENDOR: UPS; INVOICE#: 0000010X827187; DATE: 05/05/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, | 6.24 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1826883v1

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | WILMINGTON, DE 19801 Tracking #:1Z10X8270190879073 on 05/01/2007 | |
| 05/07/2007 | VENDOR: UPS; INVOICE#: 0000010X827187; DATE: 05/05/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191205888 on 05/01/2007 | 6.24 |
| 05/07/2007 | VENDOR: UPS; INVOICE#: 0000010X827187; DATE: 05/05/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191877902 on 05/01/2007 | 6.24 |
| 05/07/2007 | VENDOR: UPS; INVOICE#: 0000010X827187; DATE: 05/05/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192677493 on 05/01/2007 | 8.60 |
| 05/14/2007 | VENDOR: UPS; INVOICE#: 0000010X827197; DATE: 05/12/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270195274565 on 05/04/2007 | 9.06 |
| **Outside Messenger Service Total** | | **63.70** |
| **Long Distance Telephone** | | |
| 05/01/2007 | EXTN.5562, TEL.202-973-7203, S.T.09:25, DUR.00:00:54 | 0.46 |
| 05/08/2007 | EXTN.5562, TEL.202-973-2400, S.T.08:48, DUR.00:01:06 | 0.92 |
| 05/08/2007 | EXTN.5562, TEL.202-973-4515, S.T.08:55, DUR.07:27:54 | 205.18 |
| 05/08/2007 | EXTN.5562, TEL.518-462-4715, S.T.17:11, DUR.00:05:54 | 1.69 |
| 05/11/2007 | EXTN.5544, TEL.202-661-2700, S.T.12:00, DUR.00:01:30 | 0.92 |
| 05/18/2007 | EXTN.3562, TEL.302-657-4928, S.T.10:41, DUR.00:01:18 | 0.92 |
| **Long Distance Telephone Total** | | **210.09** |
| **Duplicating Costs-in House** | | |
| 05/01/2007 | | 0.50 |
| 05/02/2007 | | 3.00 |
| 05/02/2007 | | 0.30 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03/2007 | | 1.00 |
| 05/03/2007 | | 0.70 |
| 05/03/2007 | | 0.20 |
| 05/04/2007 | | 3.00 |
| 05/07/2007 | | 0.30 |
| 05/08/2007 | | 0.10 |
| 05/08/2007 | | 6.80 |
| 05/10/2007 | | 0.40 |
| 05/16/2007 | | 0.10 |
| 05/16/2007 | | 4.70 |
| 05/18/2007 | | 0.20 |
| 05/18/2007 | | 0.20 |
| 05/18/2007 | | 0.10 |
| 05/22/2007 | | 24.10 |
| 05/22/2007 | | 0.20 |
| 05/25/2007 | | 2.90 |
| 05/29/2007 | | 0.20 |
| 05/29/2007 | | 0.20 |
| 05/30/2007 | | 4.80 |
| 05/31/2007 | | 0.20 |
| **Duplicating Costs-in House Total** | | **54.20** |
| **Filing Fees** | | |
| 05/16/2007 | VENDOR: Chase Card Services; INVOICE#: 050207; DATE: 5/2/2007 - visa charge 4/4/07 Court Call LLC | 38.00 |
| 05/16/2007 | VENDOR: Chase Card Services; INVOICE#: 050207; DATE: 5/2/2007 - visa charge 4/10/07 Court Call LLC | 226.50 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/16/2007 | VENDOR: Chase Card Services; INVOICE#: 050207; DATE: 5/2/2007 - visa charge 4/17/07 Court Call LLC | 90.00 |
| 05/16/2007 | VENDOR: Chase Card Services; INVOICE#: 050207; DATE: 5/2/2007 - visa charge 4/17/07 Court Call LLC | 103.00 |
| 05/16/2007 | VENDOR: Chase Card Services; INVOICE#: 050207; DATE: 5/2/2007 - visa charge 4/26/07 Court Call LLC | 200.50 |
| 05/16/2007 | VENDOR: Chase Card Services; INVOICE#: 050207; DATE: 5/2/2007 - visa charge 4/26/07 Court Call LLC | 135.50 |
| 05/16/2007 | VENDOR: Chase Card Services; INVOICE#: 050207; DATE: 5/2/2007 - visa charge 4/27/07 Court Call LLC | 38.00 |
| **Filing Fees Total** | | **831.50** |
| **Court Reporting Services** | | |
| 05/14/2007 | VENDOR: National Depo; INVOICE#: DC8039; DATE: 4/30/2007 - Transcript - copies / Witness:Frederick Zaremby - 04/25/07 | 1,804.70 |
| **Court Reporting Services Total** | | **1,804.70** |
| **O/S Information Services** | | |
| 05/04/2007 | Pacer Search Service on 2/13/2007 | 0.24 |
| 05/04/2007 | Pacer Search Service on 2/16/2007 | 15.44 |
| 05/04/2007 | Pacer Search Service on 2/21/2007 | 0.80 |
| 05/04/2007 | Pacer Search Service on 2/22/2007 | 0.08 |
| 05/04/2007 | Pacer Search Service on 2/26/2007 | 0.08 |
| 05/04/2007 | Pacer Search Service on 3/9/2007 | 0.40 |
| 05/04/2007 | Pacer Search Service on 3/12/2007 | 0.08 |
| 05/04/2007 | Pacer Search Service on 3/14/2007 | 0.40 |
| 05/04/2007 | Pacer Search Service on 3/16/2007 | 0.08 |
| 05/04/2007 | Pacer Search Service on 3/21/2007 | 0.16 |
| 05/04/2007 | Pacer Search Service on 3/26/2007 | 1.52 |
| 05/04/2007 | Pacer Search Service on 3/29/2007 | 0.08 |
| 05/04/2007 | Pacer Search Service on 2/2/2007 | 2.56 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04/2007 | Pacer Search Service on 1/8/2007 | 0.80 |
| 05/04/2007 | Pacer Search Service on 1/11/2007 | 0.32 |
| 05/04/2007 | Pacer Search Service on 3/6/2007 | 24.48 |
| 05/04/2007 | Pacer Search Service on 3/29/2007 | 0.40 |
| 05/04/2007 | Pacer Search Service on 2/16/2007 | 0.08 |
| 05/04/2007 | Pacer Search Service on 3/14/2007 | 2.24 |
| 05/04/2007 | Pacer Search Service on 3/21/2007 | 1.04 |
| 05/04/2007 | Pacer Search Service on 3/26/2007 | 0.16 |
| 05/04/2007 | Pacer Search Service on 3/29/2007 | 0.64 |
| 05/04/2007 | Pacer Search Service on 1/2/2007 | 4.80 |
| 05/04/2007 | Pacer Search Service on 1/2/2007 | 4.80 |
| 05/04/2007 | Pacer Search Service on 1/5/2007 | 1.84 |
| 05/04/2007 | Pacer Search Service on 1/8/2007 | 8.80 |
| 05/04/2007 | Pacer Search Service on 1/8/2007 | 0.40 |
| 05/04/2007 | Pacer Search Service on 1/11/2007 | 0.88 |
| 05/04/2007 | Pacer Search Service on 1/11/2007 | 7.20 |
| 05/04/2007 | Pacer Search Service on 1/16/2007 | 0.16 |
| 05/04/2007 | Pacer Search Service on 1/18/2007 | 1.52 |
| 05/04/2007 | Pacer Search Service on 1/22/2007 | 0.56 |
| 05/04/2007 | Pacer Search Service on 1/22/2007 | 4.80 |
| 05/04/2007 | Pacer Search Service on 1/23/2007 | 7.84 |
| 05/04/2007 | Pacer Search Service on 1/26/2007 | 0.48 |
| 05/04/2007 | Pacer Search Service on 1/31/2007 | 1.52 |
| 05/04/2007 | Pacer Search Service on 2/1/2007 | 2.56 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04/2007 | Pacer Search Service on 2/5/2007 | 1.20 |
| 05/04/2007 | Pacer Search Service on 2/7/2007 | 0.16 |
| 05/04/2007 | Pacer Search Service on 2/16/2007 | 0.96 |
| 05/04/2007 | Pacer Search Service on 2/16/2007 | 2.40 |
| 05/04/2007 | Pacer Search Service on 2/20/2007 | 4.16 |
| 05/04/2007 | Pacer Search Service on 2/20/2007 | 9.68 |
| 05/04/2007 | Pacer Search Service on 2/21/2007 | 11.04 |
| 05/04/2007 | Pacer Search Service on 2/21/2007 | 5.28 |
| 05/04/2007 | Pacer Search Service on 2/26/2007 | 10.48 |
| 05/04/2007 | Pacer Search Service on 2/26/2007 | 0.56 |
| 05/04/2007 | Pacer Search Service on 2/27/2007 | 0.88 |
| 05/04/2007 | Pacer Search Service on 2/27/2007 | 0.32 |
| 05/04/2007 | Pacer Search Service on 3/1/2007 | 0.32 |
| 05/04/2007 | Pacer Search Service on 3/2/2007 | 0.64 |
| 05/04/2007 | Pacer Search Service on 3/5/2007 | 0.80 |
| 05/04/2007 | Pacer Search Service on 3/6/2007 | 3.20 |
| 05/04/2007 | Pacer Search Service on 3/7/2007 | 0.24 |
| 05/04/2007 | Pacer Search Service on 3/9/2007 | 0.24 |
| 05/04/2007 | Pacer Search Service on 3/12/2007 | 2.96 |
| 05/04/2007 | Pacer Search Service on 3/13/2007 | 2.08 |
| 05/04/2007 | Pacer Search Service on 3/14/2007 | 0.08 |
| 05/04/2007 | Pacer Search Service on 3/15/2007 | 2.08 |
| 05/04/2007 | Pacer Search Service on 3/16/2007 | 10.00 |
| 05/04/2007 | Pacer Search Service on 3/20/2007 | 3.76 |
| 05/04/2007 | Pacer Search Service on 3/20/2007 | 1.52 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/04/2007 | Pacer Search Service on 3/21/2007 | 13.12 |
| 05/04/2007 | Pacer Search Service on 3/21/2007 | 0.56 |
| 05/04/2007 | Pacer Search Service on 3/26/2007 | 9.20 |
| 05/04/2007 | Pacer Search Service on 3/26/2007 | 0.48 |
| 05/04/2007 | Pacer Search Service on 3/27/2007 | 1.12 |
| 05/04/2007 | Pacer Search Service on 3/27/2007 | 0.96 |
| 05/04/2007 | Pacer Search Service on 3/28/2007 | 5.28 |
| 05/04/2007 | Pacer Search Service on 3/29/2007 | 0.96 |
| 05/04/2007 | Pacer Search Service on 3/30/2007 | 1.12 |
| 05/04/2007 | Pacer Search Service on 1/8/2007 | 15.76 |
| 05/04/2007 | Pacer Search Service on 1/11/2007 | 0.40 |
| 05/04/2007 | Pacer Search Service on 1/18/2007 | 0.08 |
| 05/04/2007 | Pacer Search Service on 1/22/2007 | 0.32 |
| **O/S Information Services Total** | | **224.64** |

**Lexis/Nexis**

| | | |
|---|---|---:|
| 05/16/2007 | Research on 05/16/2007 | 39.51 |
| **Lexis/Nexis Total** | | **39.51** |

**Travel Expenses - Transportation**

| | | |
|---|---|---:|
| 05/02/2007 | VENDOR: Ken Pasquale; INVOICE#: 4/27/2007; DATE: 5/2/2007 - 4/25 DEPOSITION IN WASH, DC | 346.00 |
| 05/02/2007 | VENDOR: Ken Pasquale; INVOICE#: 4/27/2007; DATE: 5/2/2007 - 4/25 DEPOSITION IN WASH, DC | 40.00 |
| 05/02/2007 | VENDOR: Ken Pasquale; INVOICE#: 4/27/2007; DATE: 5/2/2007 - 4/2 ATTEND COURT HEARING IN WILMINGTON, DE | 253.25 |
| 05/02/2007 | VENDOR: Ken Pasquale; INVOICE#: 4/27/2007; DATE: 5/2/2007 - 4/2 ATTEND COURT HEARING IN WILMINGTON, DE | 56.00 |
| 05/15/2007 | VENDOR: American Express; INVOICE#: 041707D; DATE: 4/17/2007 - amex law trav K Pasquale EWR PIT EWR 4/17 | 548.80 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/15/2007 | VENDOR: American Express; INVOICE#: 041707G; DATE: 4/17/2007 - amex law trav fee K Pasquale EWR PIT EWR 4/17 | 32.25 |
| 05/15/2007 | VENDOR: American Express; INVOICE#: 042507; DATE: 4/25/2007 - amex law trav K Pasquale EWR PIT EWR 4/25 | 548.80 |
| 05/15/2007 | VENDOR: American Express; INVOICE#: 042507D; DATE: 4/25/2007 - amex la wtrav fee K Pasquale 4/25 | 32.25 |
| 05/31/2007 | VENDOR: Arlene G. Krieger; INVOICE#: 5/24/2007; DATE: 5/31/2007 - 5/22-23 EXPENSES RE TRIP TO WASH, DC RE DEPOSITION OF D.SIEGEL | 18.50 |
| 05/31/2007 | VENDOR: Ken Pasquale; INVOICE#: 5/23/2007; DATE: 5/31/2007 - 5/2 TO/FROM AIRPORT TO COURT RE OMNIBUS HEARINGS IN PITTSBURGH | 130.00 |
| 05/31/2007 | VENDOR: Ken Pasquale; INVOICE#: 5/23/2007; DATE: 5/31/2007 - 5/21 TRANSP RE OMNIBUS HEARING IN WILM.DE | 140.75 |
| | **Travel Expenses - Transportation Total** | **2,146.60** |
| **Travel Expenses - Lodging** | | |
| 05/31/2007 | VENDOR: Arlene G. Krieger; INVOICE#: 5/24/2007; DATE: 5/31/2007 - 5/22-23 EXPENSES RE TRIP TO WASH, DC RE DEPOSITION OF D.SIEGEL | 319.46 |
| | **Travel Expenses - Lodging Total** | **319.46** |
| **Travel Expenses - Meals** | | |
| 05/02/2007 | VENDOR: Ken Pasquale; INVOICE#: 4/27/2007; DATE: 5/2/2007 - 4/25 DEPOSITION IN WASH, DC | 7.00 |
| 05/31/2007 | VENDOR: Arlene G. Krieger; INVOICE#: 5/24/2007; DATE: 5/31/2007 - 5/22-23 EXPENSES RE TRIP TO WASH, DC RE DEPOSITION OF D.SIEGEL | 67.03 |
| | **Travel Expenses - Meals Total** | **74.03** |
| **Westlaw** | | |
| 05/01/2007 | Transactional Search; by Krieger, Arlene G. | 14.84 |
| 05/01/2007 | Transactional Search; by Krieger, Arlene G. | 59.36 |
| 05/07/2007 | Transactional Search; by Krieger, Arlene G. | 139.33 |
| 05/08/2007 | Transactional Search; by Krieger, Arlene G. | 19.99 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/10/2007 | Transactional Search; by Krieger, Arlene G. | 99.96 |
| 05/11/2007 | Duration 0:14:18; by Krieger, Arlene G. | 279.10 |
| | **Westlaw Total** | **612.58** |

**Word Processing - Logit**
05/04/2007                                                                 24.00

    **Word Processing - Logit Total**                          **24.00**

---

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 63.70 |
| Long Distance Telephone | 210.09 |
| Duplicating Costs-in House | 54.20 |
| Filing Fees | 831.50 |
| Court Reporting Services | 1804.70 |
| O/S Information Services | 224.64 |
| Word Processing | 24.00 |
| Lexis/Nexis | 39.51 |
| Travel Expenses - Transportation | 2146.60 |
| Travel Expenses - Lodging | 319.46 |
| Travel Expenses - Meals | 74.03 |
| Westlaw | 612.58 |

---

**TOTAL DISBURSEMENTS/CHARGES**                                **$ 6,405.01**

---

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.