

1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

July 10, 2007  
Original Invoice Dated: June 20, 2007

Stroock, Stroock & Lavan  
180 Maiden Lane  
New York, NY 10038  
Attn: Kenneth Pasquale

## REVISED INVOICE

*For Services Rendered For*  
*WR Grace Creditor's Committee – May 2007*

**Professional Fees:**

| | | |
|---|---|---:|
| LC | 93.50 hrs. @ $550 | $51,425.00 |
| ML | 33.75 hrs. @ $325 | 10,968.75 |
| JM | 60.75 hrs. @ $325 | 19,743.75 |
| DW | 4.00 hrs. @ $275 | 1,100.00 |
| JS | 57.50 hrs. @ $270 | 15,525.00 |
| KE | 70.75 hrs. @ $225 | 15,918.75 |
| AH | 36.25 hrs. @ $200 | 7,250.00 |
| AM | 178.00 hrs. @ $200 | 35,600.00 |
| HH | 2.50 hrs. @ $60 | 150.00 |

**Total Professional Fees** .................................................................................... **$157,681.25**

**Expenses:**

| | | |
|---|---:|---|
| Airfare | $ 842.80 | |
| Copying / Reproduction | 1,467.24 | |
| Ground Transportation / Auto Expense | 25.00 | |
| Lodging | 2,179.25 | |
| Meals | 235.49 | |

**Total Expenses** ................................................................................................ **$4,749.78**

**Total Amount Due for May Services and Expenses** ................................. **$162,431.03**

**Outstanding Invoices:**

| Inv No. | 200520 | May 22, 2007 | $173,437.45 |
|---|---|---|---|

**Total Outstanding Invoices** .......................................................................... **$173,437.45**

**Total Amount Due For May Services, Expenses and Outstanding Invoices** ............. **$335,868.48**

Navigant Consulting, Inc. Project No.: 113758                                  Invoice No.: 206134



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 5/1/2007 | 2.00 | Work on estimation report. |
| CHAMBERS, LETITIA | 5/2/2007 | 8.00 | Work on estimation report. |
| CHAMBERS, LETITIA | 5/3/2007 | 8.00 | Work on estimation report. |
| CHAMBERS, LETITIA | 5/4/2007 | 4.50 | Work on estimation report. |
| CHAMBERS, LETITIA | 5/7/2007 | 6.00 | Work on estimation issues. |
| CHAMBERS, LETITIA | 5/8/2007 | 3.00 | Work on estimation issues. |
| CHAMBERS, LETITIA | 5/9/2007 | 1.50 | Work on estimation issues. |
| CHAMBERS, LETITIA | 5/10/2007 | 1.00 | Work on estimation issues. |
| CHAMBERS, LETITIA | 5/11/2007 | 1.50 | Work on estimation issues. |
| CHAMBERS, LETITIA | 5/14/2007 | 6.50 | Estimation issues |
| CHAMBERS, LETITIA | 5/15/2007 | 5.00 | Work on Estimation Issues |
| CHAMBERS, LETITIA | 5/16/2007 | 4.00 | Work on Estimation Issues |
| CHAMBERS, LETITIA | 5/17/2007 | 7.00 | Work on Estimation Issues |
| CHAMBERS, LETITIA | 5/18/2007 | 4.50 | Work on Estimation Issues |
| CHAMBERS, LETITIA | 5/22/2007 | 4.50 | Estimation Issues |
| CHAMBERS, LETITIA | 5/23/2007 | 7.00 | Estimation Issues |
| CHAMBERS, LETITIA | 5/24/2007 | 3.50 | Estimation Issues |
| CHAMBERS, LETITIA | 5/25/2007 | 2.00 | Estimation Issues |
| CHAMBERS, LETITIA | 5/29/2007 | 1.50 | Estimation Issues |
| CHAMBERS, LETITIA | 5/30/2007 | 5.50 | Estimation Issues |
| CHAMBERS, LETITIA | 5/31/2007 | 7.00 | Estimation Issues |
| ERTUG, KERIM CAN | 5/1/2007 | 9.25 | Review of POC and PIQ respondents, checking historical claims database, SAS programming and meeting with staff. |
| ERTUG, KERIM CAN | 5/2/2007 | 9.50 | Review of POC and PIQ respondents, checking historical claims database, SAS programming and meeting with staff. |
| ERTUG, KERIM CAN | 5/3/2007 | 1.50 | Meeting with staff to review case status. |
| ERTUG, KERIM CAN | 5/3/2007 | 3.75 | Prepare summary tables and SAS programming. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 5/10/2007 | 4.75 | Review of hearing results. Meeting with staff and SAS programming. |
| ERTUG, KERIM CAN | 5/14/2007 | 3.00 | Meeting with staff and reviewing new data received. |
| ERTUG, KERIM CAN | 5/17/2007 | 9.50 | Meeting with staff, SAS programming and claims data analysis. |
| ERTUG, KERIM CAN | 5/18/2007 | 7.00 | Meeting with staff, reviewing new data received, summarizing findings. |
| ERTUG, KERIM CAN | 5/19/2007 | 5.00 | Reviewing new data received, summarizing findings. |
| ERTUG, KERIM CAN | 5/20/2007 | 5.50 | SAS programming and claims data analysis. |
| ERTUG, KERIM CAN | 5/22/2007 | 3.00 | Review of case materials and claims database. |
| ERTUG, KERIM CAN | 5/23/2007 | 4.00 | Review of case materials and meeting with staff. |
| ERTUG, KERIM CAN | 5/24/2007 | 1.25 | Meeting with staff and review of case materials. |
| ERTUG, KERIM CAN | 5/30/2007 | 1.00 | Conference call with staff and client. |
| ERTUG, KERIM CAN | 5/30/2007 | 1.25 | Meeting with staff and review of claims data. |
| ERTUG, KERIM CAN | 5/31/2007 | 1.50 | Meeting with staff and review of claims data. |
| HEJNY, HELEN | 5/16/2007 | 2.50 | Research request |
| HLAVIN, ANDREW | 5/1/2007 | 6.50 | Matching historical claims to questionnaire database. |
| HLAVIN, ANDREW | 5/2/2007 | 4.00 | Analysis and summary of matching results. |
| HLAVIN, ANDREW | 5/3/2007 | 3.25 | Discussion with staff, summarize matching analyses. |
| HLAVIN, ANDREW | 5/4/2007 | 4.25 | Claims matching analyses and summary. Historical claims analysis. |
| HLAVIN, ANDREW | 5/7/2007 | 3.75 | Check duplicate claims for returning claims. |
| HLAVIN, ANDREW | 5/8/2007 | 1.00 | Review refiling rates. |



```
                                                            1801 K St. NW
                                                            Suite 500
                                                            Washington, DC 20006
                                                            202-973-2400 phone
                                                            202-973-2401 fax
```

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| HLAVIN, ANDREW | 5/9/2007 | 1.50 | Examine claim matching results. |
| HLAVIN, ANDREW | 5/10/2007 | 0.75 | Review progress with staff, update SAS programming. |
| HLAVIN, ANDREW | 5/11/2007 | 1.75 | Update 10-k database and matching programs. |
| HLAVIN, ANDREW | 5/23/2007 | 1.00 | Audit SQL programming. |
| HLAVIN, ANDREW | 5/24/2007 | 3.75 | Audit SQL programming. |
| HLAVIN, ANDREW | 5/25/2007 | 0.75 | Audit SQL programming for discovery. |
| HLAVIN, ANDREW | 5/31/2007 | 4.00 | Audit SQL programs and rerun matching programs with new data. |
| LYMAN, MARY | 5/3/2007 | 3.50 | Prep for and meet with expert and staff; staff discussion; revisions to draft report |
| LYMAN, MARY | 5/4/2007 | 1.25 | Worked on edits and additions to draft report |
| LYMAN, MARY | 5/7/2007 | 4.50 | Worked on additions and revisions to report, discussion with expert |
| LYMAN, MARY | 5/8/2007 | 7.00 | Monitored hearing; assisted with revisions and additions to draft report |
| LYMAN, MARY | 5/9/2007 | 0.50 | Meet with expert, staff discussion |
| LYMAN, MARY | 5/10/2007 | 1.00 | Staff discussion; assist with revisions to draft report |
| LYMAN, MARY | 5/11/2007 | 4.00 | Staff meetings; work on draft report |
| LYMAN, MARY | 5/14/2007 | 1.75 | Assisted with updated and revisions to draft report |
| LYMAN, MARY | 5/15/2007 | 2.25 | Meeting with expert and follow-up |
| LYMAN, MARY | 5/16/2007 | 3.25 | Assisted with edits to draft report |
| LYMAN, MARY | 5/17/2007 | 0.25 | Staff discussion |
| LYMAN, MARY | 5/22/2007 | 0.50 | Staff discussion, scheduling |
| LYMAN, MARY | 5/23/2007 | 2.25 | Call with expert; discussion with staff |
| LYMAN, MARY | 5/30/2007 | 1.50 | Conference call with client and expert; follow-up staff discussion; addition to state reform material |
| LYMAN, MARY | 5/31/2007 | 0.25 | Staff discussion and project administration |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 5/1/2007 | 1.25 | PIQ/POC matching |
| MCINTIRE, JAMES | 5/2/2007 | 0.50 | Review invoice |
| MCINTIRE, JAMES | 5/3/2007 | 0.50 | Scheduling issues |
| MCINTIRE, JAMES | 5/3/2007 | 2.00 | Team conference call |
| MCINTIRE, JAMES | 5/3/2007 | 1.50 | PIQ/POC match |
| MCINTIRE, JAMES | 5/4/2007 | 0.75 | Review data matching/duplicate issues |
| MCINTIRE, JAMES | 5/4/2007 | 2.00 | Review/edit draft report |
| MCINTIRE, JAMES | 5/7/2007 | 0.50 | Edit draft report |
| MCINTIRE, JAMES | 5/7/2007 | 1.25 | Review hearing presentation materials |
| MCINTIRE, JAMES | 5/8/2007 | 1.00 | Scheduling issues |
| MCINTIRE, JAMES | 5/9/2007 | 1.50 | Review data and edit draft report |
| MCINTIRE, JAMES | 5/10/2007 | 3.50 | Review data and edit draft report |
| MCINTIRE, JAMES | 5/11/2007 | 6.50 | Review data and edit draft report |
| MCINTIRE, JAMES | 5/12/2007 | 3.50 | Review data and edit draft report |
| MCINTIRE, JAMES | 5/14/2007 | 5.50 | Review data and edit draft report |
| MCINTIRE, JAMES | 5/15/2007 | 1.25 | Review vermiculite issues |
| MCINTIRE, JAMES | 5/15/2007 | 1.50 | Work with team on data assumptions |
| MCINTIRE, JAMES | 5/15/2007 | 2.50 | Review data and edit draft report |
| MCINTIRE, JAMES | 5/16/2007 | 2.50 | Review settlement value information |
| MCINTIRE, JAMES | 5/16/2007 | 2.25 | Summarize key assumptions and options |
| MCINTIRE, JAMES | 5/17/2007 | 2.25 | Work with staff on data for key assumptions |
| MCINTIRE, JAMES | 5/17/2007 | 1.50 | Team meeting on key assumptions |
| MCINTIRE, JAMES | 5/18/2007 | 1.75 | Review/discuss data on assumptions |
| MCINTIRE, JAMES | 5/21/2007 | 3.00 | Review/discuss data on assumptions |
| MCINTIRE, JAMES | 5/22/2007 | 1.25 | Review/discuss hearing results |
| MCINTIRE, JAMES | 5/23/2007 | 3.50 | Team call and follow-up discussion on assumptions and data issues |
| MCINTIRE, JAMES | 5/29/2007 | 0.50 | Call preparation |
| MCINTIRE, JAMES | 5/30/2007 | 1.50 | Client call |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 5/30/2007 | 1.50 | Follow-up team discussion and review work |
| MCINTIRE, JAMES | 5/31/2007 | 2.25 | Review and analyze unmatched results, report editing |
| MHATRE, ARCHANA | 5/1/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/2/2007 | 10.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/3/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/4/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/7/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/8/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/9/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/10/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/11/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/14/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/15/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/16/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/17/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/18/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/21/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/22/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/23/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/24/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/25/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/29/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/30/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 5/31/2007 | 8.00 | PIQ database - data analysis & reporting. |
| SIRGO, JORGE | 5/1/2007 | 2.50 | Assist with estimation analyses. |
| SIRGO, JORGE | 5/2/2007 | 3.00 | Assist with estimation analyses. |
| SIRGO, JORGE | 5/3/2007 | 2.50 | Assist with estimation analyses. |
| SIRGO, JORGE | 5/4/2007 | 1.50 | Assist with estimation analyses. |



1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SIRGO, JORGE | 5/7/2007 | 2.00 | Assist with data analyses. |
| SIRGO, JORGE | 5/8/2007 | 2.50 | Assist with data analyses. |
| SIRGO, JORGE | 5/9/2007 | 2.50 | Assist with data analyses. |
| SIRGO, JORGE | 5/14/2007 | 3.00 | Review of estimation methodology |
| SIRGO, JORGE | 5/15/2007 | 4.00 | Review of estimation methodology |
| SIRGO, JORGE | 5/16/2007 | 2.50 | Review of estimation methodology |
| SIRGO, JORGE | 5/17/2007 | 3.00 | Review of estimation methodology |
| SIRGO, JORGE | 5/18/2007 | 3.00 | Review of estimation methodology |
| SIRGO, JORGE | 5/22/2007 | 3.00 | Assist with estimation methodology. |
| SIRGO, JORGE | 5/23/2007 | 4.00 | Assist with estimation methodology. |
| SIRGO, JORGE | 5/24/2007 | 1.50 | Assist with estimation analyses. |
| SIRGO, JORGE | 5/24/2007 | 3.50 | Assist with estimation methodology. |
| SIRGO, JORGE | 5/25/2007 | 3.50 | Assist with estimation methodology. |
| SIRGO, JORGE | 5/29/2007 | 3.50 | Assist with analyses. |
| SIRGO, JORGE | 5/30/2007 | 3.00 | Assist with analyses. |
| SIRGO, JORGE | 5/31/2007 | 3.50 | Assist with analyses. |
| WHITE, DAVID | 5/17/2007 | 2.00 | PIQ documents review |
| WHITE, DAVID | 5/18/2007 | 2.00 | PIQ documents review |

Proforma

## NEW BILLING/CASH FAX NUMBER FOR ALL BILLERS: 312-583-3604

Project: WR GRACE CREDITOR'S COMMITTEE
Project No.: 113758
Client: Stroock & Stroock & Lavan

Invoice No.: 206134
Invoice Date: 06/20/07
Rev. Inv. Amt: $162,431.03

### FEE SUMMARY

| Employee # | Employee Name | Title | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 106075 | CHAMBERS, LETITIA | MANAGING DIR | 93.50 | 550.00 | 51,425.00 |
| 108978 | ERTUG, KERIM CAN | MNG CONSULTANT | 70.75 | 225.00 | 15,918.75 |
| 111489 | HEJNY, HELEN | SPECIALIST | 2.50 | 60.00 | 150.00 |
| 110636 | HLAVIN, ANDREW | CONSULTANT | 36.25 | 200.00 | 7,250.00 |
| 106083 | LYMAN, MARY | ASSOCIATE DIR | 33.75 | 325.00 | 10,968.75 |
| 106656 | MCINTIRE, JAMES | PROJECT EMP | 60.75 | 325.00 | 19,743.75 |
| 110651 | MHATRE, ARCHANA | SR CONSULTANT | 178.00 | 200.00 | 35,600.00 |
| 107747 | SIRGO, JORGE | ASSOCIATE DIR | 57.50 | 270.00 | 15,525.00 |
| 110662 | WHITE, DAVID | MNG CONSULTANT | 4.00 | 275.00 | 1,100.00 |

Fee Totals: 537.00   157,681.25

### EXPENSE SUMMARY

| Code | Description | Amount |
|---|---|---|
| AIRFARE | Airfare | 842.80 |
| COPY | Copying / Reproduction | 1,467.24 |
| GRTRANS | Ground Transportation / Auto Expense | 25.00 |
| LODGING | Lodging | 2,179.25 |

Page 1 of 2

Proforma

## NEW BILLING/CASH FAX NUMBER FOR ALL BILLERS: 312-583-3604

Project: WR GRACE CREDITOR'S COMMITTEE
Project No.: 113758
Client: Stroock & Stroock & Lavan

Invoice No.: 206134
Invoice Date: 06/20/07
Rev. Inv. Amt: $162,431.03

| Code | Description | Amount |
|---|---|---|
| MEALS | Meals | 235.49 |
| | Disbursements Total: | 4,749.78 |

### EXPENSE DETAIL

| Vendor Name | Code | Acct Period | Invoice Date | Trans. Date | Amount | Narrative |
|---|---|---|---|---|---|---|
| CENTER FOR CLAIMS RESOLUTION | COPY | 0507 | 4/20/2007 | 4/20/2007 | 500.00 | Copying / Reproduction    OTHER - Vendor: CENTER FOR CLAIMS RESOLUTION |
| COMPEX LITIGATION SUPPORT LLC | COPY | 0507 | 4/10/2007 | 4/10/2007 | 967.24 | Copying / Reproduction    OTHER - Vendor: COMPEX LITIGATION SUPPORT LLC |
| MCINTIRE, JAMES L | AIRFARE | 0507 | 5/17/2007 | 5/9/2007 | 842.80 | Round trip airfare Seattle to DC |
| MCINTIRE, JAMES L | GRTRANS | 0507 | 5/17/2007 | 5/17/2007 | 15.00 | Cab from office to airport |
| MCINTIRE, JAMES L | GRTRANS | 0507 | 5/17/2007 | 5/17/2007 | 10.00 | Cab from hotel to office |
| MCINTIRE, JAMES L | LODGING | 0507 | 5/17/2007 | 5/10/2007 | 1,840.03 | Seven nights lodging |
| MCINTIRE, JAMES L | LODGING | 0507 | 5/17/2007 | 5/9/2007 | 339.22 | One night (room not available at The River Inn) |
| MCINTIRE, JAMES L | MEALS | 0507 | 5/17/2007 | 5/17/2007 | 131.90 | Three meals (5/11 - 5/12 - 5/16) |
| MCINTIRE, JAMES L | MEALS | 0507 | 5/17/2007 | 5/15/2007 | 48.43 | Dinner |
| MCINTIRE, JAMES L | MEALS | 0507 | 5/17/2007 | 5/14/2007 | 13.24 | Breakfast and lunch food |
| MCINTIRE, JAMES L | MEALS | 0507 | 5/17/2007 | 5/12/2007 | 17.27 | Breakfast and lunch food |
| MCINTIRE, JAMES L | MEALS | 0507 | 5/17/2007 | 5/10/2007 | 24.65 | Breakfast and lunch food |
| TOTAL: | | | | | 4,749.78 | |