## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES'** *REVISED* **RESPONSE TO DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF ITS TENTH MOTION FOR AN ORDER EXTENDING EXCLUSIVITY**

I, Leslie C. Heilman, do hereby certify that on July 17, 2007, I caused a true and correct copy of State of California, Department of General Services' *Revised* Response to Debtors' Motion for Leave to File a Reply in Further Support of its Tenth Motion for an Order Extending Exclusivity, to be served upon the persons listed on the attached service list in the manner indicated.

Dated: Wilmington, Delaware
July 17, 2007

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By: /s/ Leslie C. Heilman
Leslie C. Heilman, Esq. (No. 4716)

Counsel for Claimant
State of California, Dep't of General Services

## SERVICE LIST

### VIA HAND DELIVERY

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane, Morris & Heckscher LLP
1110 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Marla Eskin, Esq.
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

David Bernick, P.C.
Janet Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena
Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Philip Bentley, Esq.
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007