# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| W.R. Grace & Co., e*t al.,* | Case No. 01-01139 (JKF) |
| Debtors. | |

## NOTICE OF SERVICE OF OBJECTIONS OF BRAYTON PURCELL LLP TO DEBTOR'S SUBPOENA

I HEREBY CERTIFY that on July 12, 2007, copies of Brayton Purcell LLP's OBJECTIONS TO SUBPOENA issued by Debtor's counsel were served on the following by electronic mail and U.S. First Class Mail, postage pre-paid:

David M. Bernick
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Scott McMillin
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Ellen Therese Ahern
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Salvatore F. Bianca
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Barbara Harding
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C.  20005

David E. Mendelson
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C.  20005

Brian T. Stansbury
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C.  20005

Amanda C. Basta
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C.  20005

Curtis A. Hehn
Pachulski Stang Ziehl Young Jones & Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, Delaware  19899

Laura Davis Jones
Pachulski Stang Ziehl Young Jones & Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, Delaware  19899

James E. O'Neill
Pachulski Stang Ziehl Young Jones & Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, Delaware  19899

Dated: July 17, 2007

                THE HOGAN FIRM

By:    /s/Daniel K. Hogan
       Daniel K. Hogan
       1311 Delaware Avenue
       Wilmington, Delaware 19806
       Telephone (302) 656-7540
       Facsimile (302) 656-7599
       *Attorneys for Brayton Purcell LLP*