IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** August 7, 2007, |
| | | at 4:00 p.m. (prevailing eastern time) |

**FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY
SPECIAL TAX COUNSEL FEE APPLICATION
FOR THE PERIOD MARCH 1, 2007 THROUGH MARCH 31, 2007**

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200  Fax: (202) 637-2201
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No: 95-2016373

**INVOICE**

March 31, 2007

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

For questions call:
Edith Parker at (202) 350-5039

Please identify your check with the following number:
Invoice No. 70305192
File No. 042362-0000

For professional services rendered through March 31, 2007
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/ Paralegal | Hours | Description |
|------|---------------------|-------|-------------|
| 03/23/07 | PBW | .60 | CORRESPONDENCE AND/OR TELECONFERENCE WITH N. DENOVIO OF LATHAM AND C. FINKE OF W.R. GRACE REGARDING DEDUCTIBILITY ISSUES CONCERNING CERTAIN BANKRUPTCY EXPENSES |
| 03/25/07 | PBW | 1.20 | RESEARCH REGARDING DEDUCTIBILITY OF CERTAIN BANKRUPTCY EXPENSES |
| 03/26/07 | NJD | 2.00 | REVIEW AUTHORITIES REGARDING SECTION 263 REGULATIONS; TREATMENT OF BANKRUPTCY FEES; POTENTIAL TREATMENT FOR FIN 48 ANALYSIS; REVIEW IRS RULINGS AND OTHER AUTHORITIES |
| 03/26/07 | PBW | 2.80 | CONTINUE RESEARCH REGARDING DEDUCTIBILITY ISSUES RELATED TO BANKRUPTCY EXPENSES; TELECONFERENCE WITH N. DENOVIO ON SAME |
| 03/27/07 | NJD | 3.60 | REVIEW DATA RE EXPENSES; REVIEW AND ANALYSIS OF ISSUES UNDER IRC SECTION 263, SPECIFICALLY TREATMENT OF BANKRUPTCY EXPENSES IN MASS TORT CASE; REVIEW REGULATORY HISTORY, PREAMBLE, COMMENT LETTERS FROM PUBLIC ON PROPOSED REGULATIONS; MULTIPLE CASES AND OTHER AUTHORITIES INCLUDING IRS RULINGS REGARDING SECTION 263 ISSUES |
| 03/27/07 | PBW | 4.10 | CONTINUE RESEARCH INTO DEDUCTIBILITY ISSUES CONCERNING CERTAIN BANKRUPTCY EXPENSES; TELECONFERENCE WITH C. FINKE OF |

| Date | Attorney/ Paralegal | Hours | Description |
|------|---------------------|-------|-------------|
| | | | W.R. GRACE AND N. DENOVIO OF LATHAM ON SAME |
| 03/28/07 | NJD | 3.50 | CONTINUE ANALYSIS OF SECTION 263 ISSUE; REVIEW REGULATIONS; CASE LAW AND OTHER AUTHORITIES REGARDING TREATMENT OF FEES INCURRED IN CHAPTER 11, POTENTIAL FOR DEDUCTION UNDER SECTION 162 AS OPPOSED TO CAPITALIZATION UNDER SECTION 263; CONFERENCE CALL WITH C. FINKE OF GRACE TAX |
| 03/28/07 | PBW | 2.90 | COMPLETE RESEARCH ON DEDUCTIBILITY ISSUES CONCERNING CERTAIN BANKRUPTCY EXPENSES; TELECONFERENCE WITH C. FINKE OF W.R. GRACE AND N. DENOVIO ON SAME |
| 03/28/07 | ECA | 3.10 | PREPARE DECEMBER, JANUARY AND FEBRUARY FEE APPLICATIONS; CORRESPOND WITH N. DENOVIO REGARDING SAME. |
| 03/29/07 | NJD | 1.80 | CONTINUE REVIEW OF SECTION 263 ISSUE; ANALYSIS OF CLAIMS ESTIMATION FUNCTION; ANALOGIES TO SIMILAR TYPES OF EXPENDITURES; REVIEW TREATMENT OF EXPENDITURES FOR ANALOGY UNDER SECTION 172(F) |
| 03/29/07 | PBW | 1.90 | RESEARCH FOLLOW-UP QUESTIONS FROM C. FINKE REGARDING DEDUCTIBILITY ISSUES CONCERNING CERTAIN BANKRUPTCY EXPENSES |
| 03/29/07 | ECA | .60 | REVIEW AND ASSEMBLE DECEMBER, JANUARY AND FEBRUARY FEE APPLICATIONS; FORWARD SAME TO P. CUNIFF FOR FILING. |
| 03/30/07 | NJD | .80 | TELEPHONE CONFERENCE WITH C. FINKE REGARDING SECTION 263 ISSUES; REVIEW MULTIPLE SECTION 263 AUTHORITIES REGARDING CLAIMS ESTIMATION, OTHER BANKRUPTCY RELATED EXPENSES AND SAME |
| 03/30/07 | PBW | .30 | TELECONFERENCE WITH C. FINKE OF W.R. GRACE AND N. DENOVIO OF LATHAM REGARDING DEDUCTIBILITY ISSUES CONCERNING CERTAIN BANKRUPTCY EXPENSES |
| 03/31/07 | NJD | 2.00 | SECTION 263 ISSUES; ANALYSIS OF CONSEQUENCES OF TREATING PROFESSIONAL COSTS AS BANKRUPTCY REORGANIZATION COSTS FOR FASB PURPOSES; REVIEW AUTHORITIES REGARDING SAME |

## Attorney Hours:

| | | | | | |
|------|------|------|------|------|------|
| N J DENOVIO | (PARTNER, SR.) | 13.70 hrs @ | $775.00 | /hr. | $10,617.50 |
| P B WHEELER | (ASSOCIATE) | 13.80 hrs @ | $455.00 | /hr. | $6,279.00 |

## Paralegal Hours:

| | | | | | |
|------|------|------|------|------|------|
| E C ARNOLD | (PARALEGAL) | 3.70 hrs @ | $235.00 | /hr. | $ 869.50 |

| Total Services | | 31.2 hrs | | | $17,766.00 |
|----------------|--|----------|--|--|------------|

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70305192

2

DC\979008.1

Other charges:

| | |
|---|---|
| PHOTOCOPYING | 3.40 |
| TELEPHONE | 4.19 |
| PARKING - LOCAL | 20.00 |

Total other charges                                                      27.59


Total current charges                                              17,793.59

        BALANCE DUE                                              $17,793.59

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70305192

DC\979008.1