IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline:** August 7, 2007, |
| | at 4:00 p.m. (prevailing eastern time) |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY
## SPECIAL TAX COUNSEL FEE APPLICATION
## FOR THE PERIOD APRIL 1, 2007 THROUGH APRIL 30, 2007

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\952181.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +202.637.2200  Fax: +202.637.2201
www.lw.com

Tax Identification No: 95-2018373

**REVISED INVOICE**

April 30, 2007

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA  19170

For questions call:
Edith Parker at (202) 350-5039

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Please identify your check with the following number:
Invoice No.  70306777
File No.  042362-0000

For professional services rendered through April 30, 2007
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| 04/01/07 | PBW | .80 | RESEARCH ACCOUNTING ISSUE RELATED TO PROFESSIONAL FEES IN A BANKRUPTCY REORGANIZATION; CORRESPONDENCE WITH N. DENOVIO ON SAME |
| 04/02/07 | NJD | 1.00 | REVIEW AND ANALYSIS OF SECTION 263 ISSUES |
| 04/02/07 | PBW | .20 | CORRESPONDENCE WITH C. FINKE OF W.R. GRACE AND N. DENOVIO OF LATHAM REGARDING ACCOUNTING ISSUE RELATED TO BANKRUPTCY EXPENSES |
| 04/09/07 | KSB | .50 | REVIEW REGULATIONS; TELEPHONE CONFERENCE WITH N. DENOVIO REGARDING POSSIBLE TAX OPINION ISSUES |
| 04/09/07 | NJD | 3.40 | ANALYSIS OF SECTION 263 ISSUE; REVIEW MULTIPLE AUTHORITIES REGARDING TREATMENT OF CERTAIN EXPENDITURES; BRIEF CALL WITH C. FINKE; REVIEW REGULATORY HISTORY OF 1.263-5(C)(4), VARIOUS CASES; REVENUE RULINGS AND OTHER AUTHORITIES REGARDING TREATMENT OF CREDITOR COMMITTEE FEES; DRAFT OF SUMMARY TO C. FINKE |
| 04/09/07 | PBW | .10 | TELECONFERENCES WITH C. FINKE OF W.R. GRACE AND N. DENOVIO OF LATHAM REGARDING DEDUCTIBILITY OF CERTAIN BANKRUPTCY EXPENSES |
| 04/10/07 | NJD | .80 | CONTINUE ANALYSIS OF SECTION 263 ISSUES |
| 04/11/07 | NJD | .20 | TELEPHONE CONFERENCE WITH C. FINKE; |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70306777

DC\986435.1

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 04/16/07 | NJD | 1.30 | EMAILS SUMMARY OF FIN 48 VIEW REVIEW AND ANALYSIS OF PREPAID ROYALTY ISSUES; CONFERENCE CALL WITH A. GIBBONS AND E. FILON; REVIEW PRIOR WORK PRODUCT REGARDING SAME |
| 04/19/07 | NJD | .40 | FOLLOW UP ON PREPAID ROYALTY ISSUES DISCUSSED WITH A. GIBBONS AND D. POOLE |
| 04/24/07 | NJD | .50 | COMPREHENSIVE REVIEW OF FILE AND ISSUES REGARDING INTERNATIONAL PLANNING IN PREPARATION FOR MEETING WITH E. FILON AND TAX DEPARTMENT |
| 04/25/07 | NJD | 2.50 | MEETING WITH D. POOLE AND E. FILON REGARDING INTERNATIONAL TAX PLANNING STRATEGIES |
| 04/26/07 | NJD | 1.30 | REVIEW OF ISSUES FROM MEETING WITH D. POOLE ON APRIL 25 CONCERNING 367, 959 AND BASIS ISSUES WITH REGARD TO GERMAN RESTRUCTURING |
| 04/26/07 | ECA | 2.40 | CONFERENCE WITH N. DENOVIO REGARDING FEE STATUS; REVIEW DOCKET; CONFERENCE WITH P. CUNIFF REGARDING SAME; FORWARD FEE APPLICATIONS, ORDERS AND CERTIFICATE OF NO OBJECTIONS TO N. DENOVIO. |

Attorney Hours:

| | | | | | |
|---|---|---|---|---|---|
| K S BRYAN | (PARTNER, SR.) | .50 hrs @ | $850.00 | /hr. | $ 425.00 |
| N J DENOVIO | (PARTNER, SR.) | 11.40 hrs @ | $775.00 | /hr. | $8,835.00 |
| P B WHEELER | (ASSOCIATE) | 1.10 hrs @ | $455.00 | /hr. | $ 500.50 |

Paralegal Hours:

| | | | | | |
|---|---|---|---|---|---|
| E C ARNOLD | (PARALEGAL) | 2.40 hrs @ | $235.00 | /hr. | $ 564.00 |

| Total Services | 15.4 hrs | $10,324.50 |
|---|---|---|

Other charges:

| | |
|---|---|
| PHOTOCOPYING | 8.16 |
| TELEPHONE | 47.37 |
| POSTAGE | 5.15 |

| Total other charges | 60.68 |
|---|---|

| Total current charges | **10,385.18** |
|---|---|
| **BALANCE DUE** | **$10,385.18** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70306777

2

DC\986435.1