## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John D. Hurst of Motley Rice LLC, 28 Bridgeside Blvd., P.O. Box 1792, Mount Pleasant, SC 29465, to represent Counsel for the Motley Rice LLC Claimants, in this case.

Dated:  July 17, 2007

*/s/ Laurie Schenker-Polleck*
Laurie Schenker-Polleck (DE No. 4300)
JASPAN SCHLESINGER HOFFMAN, LLP
913 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone:  (302) 351-8000
Facsimile:  (302) 351-8010
Email: lpolleck@jshllp-de.com

Co-Counsel for Motley Rice LLC Claimants

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated:  July 19, 2007

*Judith K. Fitzgerald*

The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

#18474.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of South Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 17, 2007

John D. Hurst, Esquire
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9501
Facsimile: (843) 216-9440
E-mail: jhurst@motleyrice.com

Co-Counsel for Motley Rice LLC Claimants