IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | **Re Dkt. No. 16319** |
| Debtors | ) | Related Docket Nos.: : 15703, 15705, 15707, |
| | ) | 15709, 15711, 15713, 15715, 15717, 15719, |
| | ) | 15721, 15723, 15730, 15732, 15734, 15735, |
| | ) | 15738, 15740, 15741, 15744, 15746, 15748, |
| | ) | 15950, 15955, 15959, 15966, 15987 & 16059 |
| | ) | |
| | ) | Hearing Date: July 23, 2007 @ 2:00 p.m. in |
| | ) | Wilmington, Delaware |
| | ) | |
| | ) | Related Agenda Item No. 19 |
| | ) | |

**ORDER GRANTING DEBTORS' MOTION FOR AN ORDER AUTHORIZING DEBTORS TO, AND DIRECTING THAT THE CLERK OF THE COURT, FILE UNDER SEAL DEBTORS' BRIEF IN FURTHER SUPPORT OF OPPOSITION TO MOTIONS FOR PROTECTIVE ORDERS TO PRECLUDE LAW FIRM DEPOSITIONS**

Upon the Debtors' Motion for an Order Authorizing Debtors to, and directing that the Clerk of the Court, File under Seal Debtors' Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions (the "Motion"),[1] and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief and

---

[1] Capitalized terms not defined herein shall be as defined in the Motion.

::ODMA\PCDOCS\DOCS_DE\129296\1

DOCS_DE:129296.1

that the relief requested under the Motion is in the best interests of the Debtors' estates and parties in interest; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are authorized to file the Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions (the "Brief"); and it is further

ORDERED that the Clerk of the Court is directed to file the Brief under seal; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

BY THE COURT:

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge    rmab

Dated: **July 19, 2007**