Appendices A and B Filed Under Seal