# Exhibit 2

PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

**a. GENERAL INFORMATION**

1. Name of Claimant:

2. Gender: Male

3. Race (for purposes of evaluating Pulmonary Function Test results): Not Available

4. Last Four Digits of Social Security Number:

5. Birth Date:

6. Mailing Address:

7. Daytime Telephone Number:

**b. LAWYER'S NAME AND FIRM**    REDACTED

1. Name of Lawyer: Joseph F. Rice, Esquire

2. Name of Law Firm With Which Lawyer is Affiliated: Motley Rice LLC

3. Mailing Address of Firm: Post Office Box 1792
Mount Pleasant, SC 29465

4. Law Firm's Telephone Number or Lawyer's Direct Line: 843-216-9000

[X]   Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

**c. CAUSE OF DEATH (IF APPLICABLE)**

1. Is the injured person living or deceased? Living
   If deceased, date of death:

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
   Primary Cause of Death (as stated in the Death Certificate):
   Contributing Cause of Death (as stated in the Death Certificate):

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire

1. Condition being alleged:  See attached Medical Profile and attached Medical Records

[ ] Asbestos-Related Lung Cancer         [ ] Mesothelioma

[ ] Asbestosis                           [ ] Other Cancer (cancer not related to lung cancer or mesothelioma)

[ ] Other Asbestos Disease               [ ] Clinically Severe Asbestosis

  a.  **Mesothelioma:**  If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

    [Objection 1] diagnosis from a pathologist certified by the American Board of Pathology

    [Objection 1] diagnosis from a second pathologist certified by the American Board of Pathology

1

003027141-200008

123822.000

## Motley Rice LLC Asbestos Exposure Profile



WR GRACE PIQ 51792-0023

**Exposee Name**
**Last 4 of SSN**

### REDACTED

**A. W.R. Grace & Company Exposure**

| Job Site | Start - End Date | Employer / Union | Industry | Occupation |
|----------|------------------|------------------|----------|------------|

**B. Other Asbestos Exposure**

| Job Site | Start - End Date | Employer / Union | Industry | Occupation |
|----------|------------------|------------------|----------|------------|

1

003027141-200024