# Exhibit 4

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL



WR GRACE PIQ 014486-0009

### a. GENERAL INFORMATION

1. Name of Claimant: _____
   First        MI        Last
2. Gender: ☐ Male  ☐ Female
3. Race (for purposes of evaluating Pulmonary Function Test results): .................... ☐ White/Caucasian
   ☐ African American
   **REDACTED**
   ☐ Other
4. Last Four Digits of Social Security Number: _____
5. Birth Date:
6. Mailing Address:
   Address        City        State/Province        Zip/Postal Code
7. Daytime Telephone Number: ............................................................. ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: Thomas M. Wilson, Esq
2. Name of Law Firm With Which Lawyer is Affiliated: Kelley & Ferraro LLP
3. Mailing Address of Firm: 1300 E. 9th Street, Suite 1901  Cleveland, OH  44114
   Address        City        State/Province        Zip/Postal Code
4. Law Firm's Telephone Number or Lawyer's Direct Line: ......................... ( 216 ) 575 - 0777

   X  Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ....................................................... X Living  ☐ Deceased
   If deceased, date of death: ......................................................... ___/___/_____
2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
   Primary Cause of Death (as stated in the Death Certificate): _If deceased, see attached death certificate_
   Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:

   X  Asbestos-Related Lung Cancer        ☐ Mesothelioma
   ☐ Asbestosis                           ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
   ☐ Other Asbestos Disease               ☐ Clinically Severe Asbestosis

   a. Mesothelioma: If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):
      ☐ diagnosis from a pathologist certified by the American Board of Pathology
      ☐ diagnosis from a second pathologist certified by the American Board of Pathology
      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition
      ☐ other (please specify): _Objection: See attached medical information_

1

000205900-200010



WR GRACE PIQ 014486-0026

# PHILLIP H. LUCAS, M. D.
RADIOLOGY·INTERNAL MEDICINE·NIOSH B-READER

1734 Madison Avenue
Memphis, Tennessee 38104
ph. (901) 726-0208  fx.(901) 726-0210

220 Winged Foot Circle
Jackson, Mississippi 39211
(601) 957-2262

REDACTED

-9445

PA chest radiograph dated 01/24/96 was evaluated for the presence and classification of asbestos related pneumoconiosis, utilizing the ILO 1980 guidelines.

The film quality is 1. Round and irregular interstitial opacities are found throughout both lungs, the size and shape of which are classified as p/t and the profusion is 2/2. There are two large opacities in the left upper lung zone and both classified as A and a single large opacity is observed in the right upper lung zone, classified as A. I cannot entirely rule out the possibility of a solid lesion such as a neoplasm and therefore the patient should seek his physician's advice regarding additional evaluation. There is volume loss in both upper lung zones. Bullae are found in the both upper lung zones. Pleural thickening is found along the right lateral thoracic wall with a width A and extent 1 and along the left lateral thoracic wall with a width B and extent 1, extending into and blunting the left costo-phrenic angle. No other defects are found.

OPINION: 1. Pleural and interstitial fibrotic changes consistent with mixed pneumoconiosis including asbestosis and silicosis in a patient who has had an adequate exposure history and latent period.
2. Possible right and/or left upper lobe masses which should be investigated by the patient's physician.

Phillip H. Lucas, M.D.
rh: 01/29/96

## PAUL C. VENIZELOS, MD FCCP FAASM

### Pulmonary Medicine Associates, Inc.
Board Certified in Internal Medicine, Pulmonary Disease and Sleep Medicine
NIOSH "B" READER

WR GRACE PIQ 014486-0029

June 8, 2004

John A. Sivinski
Kelley and Ferraro, LLP
Attorneys and Counselors at Law
1300 East Ninth Street, #1901
Cleveland, Ohio 44114

RE: :
SS#:        9445

Dear Mr. Sivinski,

REDACTED

The medical records supplied on :                _ were reviewed. They include Mr. Woodbridge's death certificate, medical records from Forum Health Southside Medical Center, and the Veteran's Affairs Medical Center. Also reviewed are reports from Phillip H. Lucas, M.D., Gordon Zellers, M.D., and Edward H. Holmes, M.D. . expired on September 24, 1997 from respiratory failure, aspiration pneumonia, and disseminated carcinoma of the lung.

At the age of seventy, :....         : was admitted with right-sided chest pain and progressive dyspnea. A PPD was placed and was noted to be positive. Chest radiograph revealed diffuse reticular nodular infiltrates, and the chest radiograph and CT scan of the thorax were felt to be consistent with silicosis. There was also a concern of superimposed infection from mycobacterium tuberculosis. He was treated empirically with pyrazinamide, isoniazid and rifampin. The is some reference to positive acid fast bacilli cultures, but this are not documented in the records supplied.

_ : underwent a chest radiograph and B read interpretation by Dr. Lucas who found pleural and interstitial changes consistent with asbestosis, silicosis and asbestos associated pleural fibrosis. There was also a concern for upper lobe masses. He was later evaluated by Dr. Zellers, who obtained pulmonary function studies that revealed a significant restrictive abnormality and a defect in diffusion measurement. Edward H. Holmes, M.D. evaluated :          _ in May of 1996 and concluded that he had asbestosis, silicosis, asbestos associated pleural fibrosis, and evidence for a possible lung neoplasm.



WR GRACE PIQ 014486-0030

In July of 1997 :                    presented with progressive dyspnea, weight loss and hemoptysis. A new left lower lobe lesion was appreciated on chest radiograph and he underwent a bronchoscopy that revealed an endobronchial polypoid lesion in the right upper lobe. There were also other lesions noted in the lingula and left lower lobe. A bronchial biopsy and cytology were non-diagnostic. In September of 1997 Mr. _____ suffered a seizure and was admitted with confusion. A CT scan of the brain revealed metastatic lesions. He was treated with Decadron and Dilantin but further deteriorated. He expired September 24, 1997 and death certificate lists the immediate cause of death to be cardiac arrest and respiratory failure with aspiration pneumonia and carcinoma of the lung with brain metastases.

Autopsy was performed and gross examination of the lung revealed a necrotic mass of the left lower lobe, emphysema and anthracosis. Sections of the left lung showed bizarre tumor cells, and the same tumor cells were noted in the brain sections. Final diagnostic conditions listed as the cause of death indicate pulmonary carcinoma with metastases to the brain.

The medical record documents significant exposure to cigarette smoke with an eighty pack-year cigarette smoking history. These records also document work in the coal mines. Your correspondence shows that                    was occupationally exposed to asbestos dust in his employment as a steelworker (planerman) for Valley Mold in Hebron, Ohio from 1967 to 1990.

_____ presents with a significant smoking history and a significant occupational exposure history to both asbestos and silica dust. Multiple chest radiographs and interpretations reveal interstitial lung disease consistent with both silicosis and asbestosis. There are also pleural abnormalities consistent with asbestos associated pleural disease. On the basis of these findings, the diagnoses of asbestosis, silicosis and asbestos associated pleural fibrosis are established within a reasonable degree of medical certainty.

A diagnosis of lung carcinoma, stage IV with brain metastases, was definitively established by autopsy. Cigarette smoke, asbestos dust and silica are known causative factors of lung carcinoma. When both asbestos dust and cigarette smoke exist in the same individual, there is an incidence of lung carcinoma greater than would be expected on the basis of independent exposures. Thusly, there is a synergistic reaction between these two agents as they relate to lung cancer causation.

REDACTED

Page 3 of 3
RE:



WR GRACE PIQ 014486-0031

REDACTED

Additionally, available data reveal that exposure to silica dust in doses high enough to cause silicosis produce an increased risk for bronchogenic carcinoma. The risk may also be increased by smoking and exposure to other carcinogens such as asbestos dust.

Therefore, it would be my opinion that asbestos and silica dust exposure, in this individual, would be considered to be significant contributing causes for the development of this lung carcinoma. Furthermore, it would be my opinion that asbestos dust and silica dust would be contributing causes of the death of

Please inform me if you require further information or evaluation.

Very Truly Yours,

Paul C. Venizelos, M.D., FCCP, FAASM

PCV/GA-016
DD: 06/08/2004
DT: 06/09/2004