# Exhibit 5

REDACTED

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

WR GRACE PIQ 28491-0009

### a. GENERAL INFORMATION

1. Name of Claimant: _____  _____  _____
   First           MI           Last
2. Gender: ☐ Male  ☐ Female
3. Race (for purposes of evaluating Pulmonary Function Test results): ☐ White/Caucasian
   ☐ African American
   ☐ Other
4. Last Four Digits of Social Security Number: _____
5. Birth Date:
6. Mailing Address:
   Address        City         State/Province    Zip/Postal Code
7. Daytime Telephone Number: ( ___ ) ___ - ____

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: Thomas M. Wilson, Esq
2. Name of Law Firm With Which Lawyer is Affiliated: Kelley & Ferraro LLP
3. Mailing Address of Firm: 1300 E. 9th Street, Suite 1901  Cleveland, OH  44114
   Address        City         State/Province    Zip/Postal Code
4. Law Firm's Telephone Number or Lawyer's Direct Line: ( 216 ) 575 - 0777

   X  Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ................ X Living  ☐ Deceased
   If deceased, date of death: ___/___/_____
2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
   Primary Cause of Death (as stated in the Death Certificate): _If deceased, see attached death certificate_
   Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:
   ☐ Asbestos-Related Lung Cancer        ☐ Mesothelioma
   X Asbestosis                          ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
   ☐ Other Asbestos Disease              ☐ Clinically Severe Asbestosis

   a. Mesothelioma: If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):
      ☐ diagnosis from a pathologist certified by the American Board of Pathology
      ☐ diagnosis from a second pathologist certified by the American Board of Pathology
      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition
      X other (please specify): _Objection: See attached medical information_

1

001739572-200010



Internal Medicine & Diseases of the Chest



WR GRACE PIQ 28491-0028

REDACTED

CITY: CLE-YNST     NO. 557     DATE OF FILM: 5/22/97

NAME: _____ SS# _____

Laxminarayana C. Rao, MD, FCCP

Neal C. Chadwick, MD, FCCP

Paul C. Venizelos, MD, FCCP

Timothy N. Taylor, DO

Linas F. Vaitkus, MD, FCCP

Gregory G. Hickey, DO, FCCP

Babu M. Eapen, MD, FCCP

Prasadarao G. Kondapalli, MD, FCCP

**CHEST X-RAY**

The soft tissues and bony thorax are normal. There is no hilar prominence or mass. Cardiomegaly is present. The lung fields show calcified granuloma at right base. There are irregular opacities present in both middle and lower lung fields. Diaphragm plaque formation is noted over both diaphragms.

**PULMONARY FUNCTION TEST:**

**CONCLUSION:**

With a significant history of exposure to asbestos dust, these findings would be consistent with asbestosis and asbestos associated pleural fibrosis.

DOCTOR: L. C. Rao, M.D., F.C.C.P., F.A.C.P.     DATE: 8/27/97

*Laxminarayana Rao, M.D.*
(Signature)

15805 Puritas Avenue
Cleveland, OH 44135
(216) 267-5139
(216) 267-5133 fax

001739572-200027

**LAXMINARAYANA C. RAO, M.D., F.C.C.P., F.A.C.P**

Pulmonary Medicine Associates, Inc.
*Board Certified in Internal Medicine and Pulmonary Diseases*
NIOSH "B" Reader

WR GRACE PIQ 28481-0027

REDACTED

PATIENT NAME _____  Social Security Number _____  TYPE OF READING [B]

| 1A. DATE OF X-RAY | 1B. FILM QUALITY | 1C. IS FILM COMPLETELY NEGATIVE? |
|---|---|---|
| 03 24 97 | 1 2 3 | YES ☐   NO ☐ |

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**    YES ☐    COMPLETE 2B and 2C    NO ☐    PROCEED TO SECTION 3

**2B. SMALL OPACITIES**
a. SHAPE/SIZE — PRIMARY / SECONDARY: p/s, q/t, r/u
b. ZONES: R L
c. PROFUSION: 0/- 0/0 0/1 / 1/0 1/1 1/2 / 2/1 2/2 2/3 / 3/2 3/3 3/+

**2C. LARGE OPACITIES**    SIZE [0][A][B][C]
PROCEED TO SECTION 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**    YES ☐    COMPLETE 3B, 3C and 3D    NO ☐    PROCEED TO SECTION 4

**3B. PLEURAL THICKENING**
a. DIAPHRAGM (plaque)  SITE [0][R][L]
b. COSTOPHRENIC ANGLE  SITE [0][R][L]

**3C. PLEURAL THICKENING — Chest Wall**
a. CIRCUMSCRIBED (plaque): SITE [0][R] [0][L]; IN PROFILE WIDTH [0][A][B][C] [0][A][B][C]; R. EXTENT [0][1][2][3] [0][1][2][3]; FACE ON W. EXTENT [0][1][2][3] [0][1][2][3]
b. DIFFUSE: SITE [0][R] [0][L]; IN PROFILE WIDTH [0][A][B][C] [0][A][B][C]; R. EXTENT [0][1][2][3] [0][1][2][3]; FACE ON W. EXTENT [0][1][2][3] [0][1][2][3]

**3D. PLEURAL CALCIFICATION**
SITE [0][R] EXTENT / [0][L] EXTENT
a. DIAPHRAGM [0][1][2][3] / [0][1][2][3]
b. WALL [0][1][2][3] / [0][1][2][3]
c. OTHER SITES [0][1][2][3] / [0][1][2][3]
PROCEED TO SECTION 4

**4A. ANY OTHER ABNORMALITIES?**    YES ☐    COMPLETE 4B and 4C    NO ☐    PROCEED TO SECTION 5

**4B. OTHER SYMBOLS (OBLIGATORY)**
[0] ax bu ca cn co cp cv di ef em es fr hi ho id ih kl pi px rp tb

Report Items which may be of present clinical significance in this section. (SPECIFY od)  [OD]    Date Personal Physician notified? _____

**4C. OTHER COMMENTS** _____
Evidence of calcified granuloma at right lower lung field.
_____

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C    YES ☐ NO ☐    PROCEED TO SECTION 6

**5. FILM READER'S INITIALS** [L][C][R]    **PHYSICIAN'S SOCIAL SECURITY NUMBER** [5][1][6][7][0][6][8][3][1]    **DATE OF READING** 08 27 97

L. C. RAO, M.D. (BOM), F.A.G.E.(MAN)
F.A.C.P., F.C.C.P., F.A.C.L.P., F.A.A.D.E.P., F.A.C.F.E.
B-READER NIOSH
TERM EXPIRES JANUARY 1999

*Laxminarayana Rao, M.D.*

Old Oak Medical Pavilion
7255 Old Oak Blvd.
Suite #101
Middleburg Hts., OH 44130
(440) 826-3030

Business & Insurance Office
15805 Puritas Avenue
Cleveland, OH 44135
(216) 267-5139
(800) 260-8054

# ALVIN J. SCHONFELD D.O., F.C.C.P., F.A.A.D.E.P.
## PULMONARY MEDICINE
## OCCUPATIONAL LUNG DISEASE



905 W. CASTLEWOOD TERRACE
CHICAGO, IL 60640-4218

PHONE: 1-773-878-6111
FAX: 1-773-878-9797

September 9, 1999

REDACTED

McCoy

RE:
SSN:
DOB:

This is a physician's report pertaining to the above named client.

**PAST MEDICAL HISTORY:** Cough and dyspnea for between 4 and 15 years. He has history of prostate cancer for which he has had radiation therapy treatments. He had back problems from degenerative disc disease. He has history of an appendectomy and has hypertension.

**MEDICATIONS:** Tenoretic.

**SMOKING HISTORY:** He smoked 1 pack of cigarettes a day between ages 18 and 41.

**OCCUPATIONAL HISTORY:** From 1940 to 1987 he worked at Crucible Steel on an on an off basis as a brick layer as well as other jobs. Intermittently during the same interval, he worked as other steel mills as a brick layer. During all work locations he indicates exposure to aerosolized asbestos.

**PHYSICAL EXAMINATION:** Physical exam revealed an alert, oriented male in no distress. Head and neck exam is unremarkable. Lungs were clear on auscultation. Cardiac exam revealed a regular rate and rhythm without murmurs. Abdomen was soft without masses. Extremities show no clubbing, cyanosis, or edema.

**CHEST X-RAY:** Chest x-ray dated 5-22-97 was read by Dr. Venizelos according to the ILO 1980 classification and showed interstitial changes bilaterally consistent with asbestosis as well as bilateral pleural thickening.

**SPIROMETRY:** Spirometry dated 9-24-99 was performed and met ATS guidelines and was normal.

**IMPRESSION:**
1. On the basis of the medical history review which is inclusive of a significant exposure to asbestos dust, the physical examination and the chest radiograph, the diagnosis of asbestosis as well as asbestos related pleural disease is established within a reasonable degree of medical certainty.

DIPLOMATE-AMERICAN BOARDS OF INTERNAL MEDICINE AND PULMONARY DISEASE
NIOSH B READER
CERTIFIED, AMERICAN BOARD OF INDEPENDENT MEDICAL EXAMINERS

001739572-200029

**ALVIN J. SCHONFELD D.O., F.C.C.P., F.A.A.D.E.P.**



WR GRACE PIQ 28491-0029

Page 2                           REDACTED

RECOMMENDATIONS:
1. He is at increased risk of lung cancer, mesothelioma, and other non-pulmonary malignancies associated with asbestos exposure.

2. He should be advised to have yearly chest x-rays, pulmonary function tests, and screening for gastrointestinal malignancy.

3. He should be advised that his chest x-ray and pulmonary function may deteriorate in the absence of further asbestos exposure.

4. He should be advised to refrain from use of any tobacco containing products.

I hope that the above information is useful to you.

This report serves only to establish the presence of asbestos related conditions and does not establish a doctor-patient relationship.

Sincerely,

Alvin J. Schonfeld, D.O., FCCP, FAADEP
AJS\cj/18