# Exhibit 6

REDACTED


WR GRACE SDA   010410-0007

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

### GENERAL INFORMATION

1. Name of Claimant: _____    _____    _____
   First    MI    Last

2. Gender: ☐ Male  ☐ Female
   X See medical diagnosis attached to original questionnaire.

3. Race (for purposes of evaluating Pulmonary Function Test results): ........ ☐ White/Caucasian
   ☐ African American
   X Unknown

4. Last Four Digits of Social Security Number: ____

5. Birth Date: _____

6. Mailing Address: _____
   Address    City    State/Province    Zip/Postal Code

7. Daytime Telephone Number: .......... ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

### LAWYER'S NAME AND FIRM

1. Name of Lawyer: Thomas M. Wilson, Esq
2. Name of Law Firm With Which Lawyer is Affiliated: Kelley & Ferraro LLP
3. Mailing Address of Firm: 1300 E. 9th Street, Suite 1901   Cleveland, OH   44114
   Address    City    State/Province    Zip/Postal Code
4. Law Firm's Telephone Number or Lawyer's Direct Line: .......... ( 216 ) 575 - 0777

   X Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? .......... X Living  ☐ Deceased
   If deceased, date of death: .......... ___/___/_____

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
   Primary Cause of Death (as stated in the Death Certificate):   _If deceased, see death certificate attached to original questionnaire._
   Contributing Cause of Death (as stated in the Death Certificate):   _If deceased, see death certificate attached to original questionnaire._

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:

   ☐ Asbestos-Related Lung Cancer        ☐ Mesothelioma
   X Asbestosis                          ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
   ☐ Other Asbestos Disease              ☐ Clinically Severe Asbestosis

   a. Mesothelioma: If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):
      ☐ diagnosis from a pathologist certified by the American Board of Pathology
      ☐ diagnosis from a second pathologist certified by the American Board of Pathology

{D0050647:1 }

001739572-300011

WR GRACE SDA 010410-0009

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

d. **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

- ☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine
- ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health
- ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health
- ☐ asbestosis determined by pathology
- ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating total lung capacity less than 65% predicted
- ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted
- ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis
- ☐ other (please specify): _____

e. **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

- ☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine
- ☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)
- ☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)
- ☐ asbestosis determined by pathology
- ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted
- ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis
- X other (please specify): <u>See ILO, PFT, Causal Report attached to original questionnaire</u>

001739572-300013

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE SDA   010410-0010

f.  **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify):_____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

001739572-300014

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE SDA 010410-0011

2. **Information Regarding Diagnosis**

   Date of Diagnosis: <u>See ILO, PFT, and causal report attached to original questionnaire.</u> .................................... 5/22/1997

   Diagnosing Doctor's Name: <u>See ILO, PFT, and causal report attached to original questionnaire.</u>

   Diagnosing Doctor's Specialty: <u>See ILO, PFT, and causal report attached to original questionnaire.</u>

   Diagnosing Doctor's Mailing Address: <u>See ILO, PFT, and causal report attached to original questionnaire.</u>
   Address

   _____
   City                                              State/Province              Zip/Postal Code

   Diagnosing Doctor's Daytime Telephone Number: <u>See ILO, PFT, and causal report attached to original questionnaire.</u>

   With respect to your relationship to the diagnosing doctor, check all applicable boxes:

   Was the diagnosing doctor your personal physician? ............................................................ ☐ Yes  X No

   Was the diagnosing doctor paid for the diagnostic services that he/she performed? .............. X Yes  ☐ No

   *If yes, please indicate who paid for the services performed:* <u>Claimant.</u>

   Did you retain counsel in order to receive any of the services performed by the
   diagnosing doctor? ............................................................................................................ ☐ Yes  X No

   Was the diagnosing doctor referred to you by counsel? ....................................................... X Yes  ☐ No

   Are you aware of any relationship between the diagnosing doctor and your
   legal counsel? .................................................................................................................. X Yes  ☐ No

   *If yes, please explain:* <u>Diagnosing doctor has worked with legal counsel in the past.</u>

   Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? <u>See ILO, PFT, and causal report attached to original questionnaire</u> .......... ☐ Yes  ☐ No

   Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? <u>See ILO, PFT, and causal report attached to original questionnaire</u> .............................. ☐ Yes  ☐ No

   Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? <u>See ILO, PFT, and causal report attached to original questionnaire</u> ..................... ☐ Yes  ☐ No

   Did the diagnosing doctor perform a physical examination? <u>See ILO, PFT, and causal report attached to original questionnaire</u> .................................................................................................. ☐ Yes  ☐ No

   Do you currently use tobacco products? <u>See ILO, PFT, and causal report attached to original questionnaire</u> ☐ Yes  ☐ No

   Have you ever used tobacco products? <u>See ILO, PFT, and causal report attached to original questionnaire</u> ☐ Yes  ☐ No

   *If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

   X  Cigarettes       Packs Per Day (half pack = .5) _____  Start Year ___ ___ ___  End Year ___ ___ ___
      <u>See causal report attached to original questionnaire.</u>

   ☐  Cigars           Cigars Per Day _____              Start Year ___ ___ ___  End Year ___ ___ ___

   ☐  If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
      Amount Per Day _____                              Start Year ___ ___ ___  End Year ___ ___ ___

   Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? <u>See causal report attached to original questionnaire</u> .................................................................................................. ☐ Yes  ☐ No

   *If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

3. **Information Regarding Chest X-Ray**

   Please check the box next to the applicable location where your chest x-ray was taken (check one):

   ☐ Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  X Other: <u>X-ray was taken by mobile x-ray machine.</u>

5

001739572-300015

**Address where chest x-ray taken:** <u>Unknown</u>
Address

City          State/Province          Zip/Postal Code

WR GRACE SDA  010410-0012

001739572-300016

| City | State/Province | Zip |
|---|---|---|

WR GRACE SDA  010410-0013

4. Information Regarding Chest X-Ray Reading  See ILO and Causal Report attached to original questionnaire.

   Date of Reading: __ __ / __ __ / __ __ __ __                ILO score: _____

   Name of Reader: _____

   Reader's Daytime Telephone Number:................................................( __ __ __ ) __ __ __ - __ __ __ __

   Reader's Mailing Address: _____
   　　　　　　　　　　　　　　Address

   _____
   City                              State/Province              Zip/Postal Code

   With respect to your relationship to the reader, check all applicable boxes:

   Was the reader paid for the services that he/she performed ................................................X Yes ☐ No

   *If yes, please indicate who paid for the services performed:* Claimant

   Did you retain counsel in order to receive any of the services performed

   by the reader? ........................................................................................................☐ Yes X No

   Was the reader referred to you by counsel? ..........................................................X Yes ☐ No

   Are you aware of any relationship between the reader and your legal counsel? ............X Yes ☐ No

   *If yes, please explain:* Reader worked with legal counsel in the past.

   Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?
   ........................................................................................................................X Yes ☐ No

   *If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

5. Information Regarding Pulmonary Function Test: See PFT and Causal Report attached to original questionnaire.
   Date of Test: __ __ / __ __ / __ __

   List your height in feet and inches when test given: See PFT and Causal Report attached to original questionnaire.

   _____ ft _____ inches

   List your weight in pounds when test given: See PFT and Causal Report attached to original questionnaire......____ lbs

   Total Lung Capacity (TLC): See PFT and Causal Report attached to original questionnaire..._____% of predicted

   Forced Vital Capacity (FVC): See PFT and Causal Report attached to original questionnaire. _____% of predicted

   FEV1/FVC Ratio: See PFT and Causal Report attached to original questionnaire. .................._____% of predicted

   Name of Doctor Performing Test (if applicable):  See PFT and Causal Report attached to original questionnaire.

   Doctor's Specialty: See PFT and Causal Report attached to original questionnaire.

   Name of Clinician Performing Test (if applicable): See PFT and Causal Report attached to original questionnaire.

   Testing Doctor or Clinician's Mailing Address: _See PFT and Causal Report attached to original questionnaire._
   　　　　　　　　　　　　　　　　　　　　　Address

   _____
   City                              State/Province              Zip/Postal Code

   Testing Doctor or Clinician's Daytime Telephone Number: See PFT and Causal Report attached to original questionnaire. __ __ __ __

   Name of Doctor Interpreting Test: _See PFT and Causal Report attached to original questionnaire._

   Doctor's Specialty: See PFT and Causal Report attached to original questionnaire.

   Interpreting Doctor's Mailing Address:  See PFT and Causal Report attached to original questionnaire.
   　　　　　　　　　　　　　　　　　　Address

   _____
   City                              State/Province              Zip/Postal Code

6

(001739572-300017)

**Interpreting Doctor's Daytime Telephone Number:** <u>See PFT and Causal Report attached to original questionnaire.</u>

WR GRACE SDA 010410-0014

001739572-300018

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

With respect to your relationship to the doctor or clinician who performed the pulmonary f  WR GRACE SDA 010410-0015
applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician? .................................. ☐ Yes  X No

Was the testing doctor and/or clinician paid for the services that he/she performed? ..................... X Yes ☐ No

*If yes, please indicate who paid for the services performed:* Claimant..............................................................

Did you retain counsel in order to receive any of the services performed by the testing doctor
or clinician? .................................................................................................................................... ☐ Yes  X No

Was the testing doctor or clinician referred to you by counsel? ............................................................ X Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal

counsel? ........................................................................................................................................... X Yes ☐ No

*If yes, please explain* __Doctor worked with legal counsel in the past.__

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?** See PFT and causal report attached to original questionnaire ...... ☐ Yes ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? ........................................................................................ ☐ Yes  X No

Was the doctor paid for the services that he/she performed? ............................................................ X Yes ☐ No

*If yes, please indicate who paid for the services performed:* .................................... __Claimant_____

Did you retain counsel in order to receive any of the services performed by the
doctor? ☐ Yes  X No

Was the doctor referred to you by counsel? ................................................................................... X Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ........................... X Yes ☐ No

*If yes, please explain*      Doctor worked with legal counsel in the past.

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?** ............................. ☐ Yes ☐ No
See PFT and Causal report attached to original Questionnaire.

6. **Information Regarding Pathology Reports:**

   Date of Pathology Report: See pathology report if applicable attached to original questionnaire. __/__/_____

   Findings:  See pathology report if applicable attached to original questionnaire.

   Name of Doctor Issuing Report: See pathology report if applicable attached to original questionnaire.

   Doctor's Specialty: See pathology report if applicable attached to original questionnaire.

   Doctor's Mailing Address: See pathology report if applicable attached to original questionnaire.
   Address
   _____
   City                              State/Province              Zip/Postal Code

   Doctor's Daytime Telephone Number: See pathology report if applicable attached to original questionnaire.(___ ___ ___)
   ___ ___ ___ - ___ ___ ___ ___

   With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

   Was the doctor your personal physician? ..................................................................................... ☐ Yes  X No

   Was the doctor paid for the services that he/she performed? ....................................................... X Yes ☐ No

   *If yes, please indicate who paid for the services performed:*   __Claimant_____

   Did you retain counsel in order to receive any of the services performed by the
   doctor?  ........................................................................................................................................ ☐ Yes  X No

   Was the doctor referred to you by counsel? ................................................................................. X Yes ☐ No

   Are you aware of any relationship between the doctor and your legal counsel? ......................... X Yes ☐ No

{D0050647:1 }

*If yes, please explain:* ............ Doctor worked with legal counsel in the past.

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?**

See pathology report, if applicable, attached to original questionnaire....................................................□ Yes □ No

WR GRACE SDA  010410-0016

7

001739572-300020

WR GRACE SDA   010410-0017

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

7. With respect to the condition alleged, have you received medical treatment from a doctor for the condition?
   See ILO, PFT and causal report attached to original questionnaire. ............ ☐ Yes ☐ No

   *If yes, please complete the following:*

   **Name of Treating Doctor:** See ILO, PFT and causal report attached to original questionnaire.

   **Treating Doctor's Specialty:** See ILO, PFT and causal report attached to original questionnaire.

   **Treating Doctor's Mailing Address:** See ILO, PFT and causal report attached to original questionnaire.
   Address

   _____
   City                    State/Province              Zip/Postal Code

   **Treating Doctor's Daytime Telephone number:** See ILO, PFT and causal report attached to original questionnaire.
   ___ ___ - ___ ___ ___ ___

   Was the doctor paid for the services that he/she performed? See ILO, PFT and causal report attached to original questionnaire. ............ ☐ Yes ☐ No

   *If yes, please indicate who paid for the services performed:* See ILO, PFT and causal report attached to original questionnaire.

   Did you retain counsel in order to receive any of the services performed by the doctor? No. ............

[REMAINDER OF PAGE INTENTIONALLY BLANK]

001739572-300021