IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No.: 16319 |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 19th day of July 2007 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:119174.33

-2-

MOTION FOR AN ORDER AUTHORIZING DEBTORS TO, AND DIRECTING THAT THE CLERK OF THE COURT, FILE UNDER SEAL DEBTORS' BRIEF IN FURTHER SUPPORT OF OPPOSITION TO MOTIONS FOR PROTECTIVE ORDERS TO PRECLUDE LAW FIRM DEPOSITIONS;

DEBTORS' BRIEF IN FURTHER SUPPORT OF OPPOSITION TO MOTIONS FOR PROTECTIVE ORDERS TO PRECLUDE LAW FIRM DEPOSITIONS [PARTIALLY REDACTED]; and

[PROPOSED] ORDER GRANTING DEBTORS' MOTION FOR AN ORDER AUTHORIZING DEBTORS TO, AND DIRECTING THAT THE CLERK OF THE COURT, FILE UNDER SEAL DEBTORS' BRIEF IN FURTHER SUPPORT OF OPPOSITION TO MOTIONS FOR PROTECTIVE ORDERS TO PRECLUDE LAW FIRM DEPOSITIONS.

Dated: July 19, 2007

Patricia E. Cuniff

Sworn to and subscribed before me this 19th day of July, 2007

Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

9

**W. R. Grace 7/19/07 Special Service List**
Case No. 01-1139 (JKF)
Document Number: 129298v2
01 – Overnight Delivery

***Overnight Delivery***
Federick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464