**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  August 9, 2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF**
**RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT**
**OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM**
**PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007**

Name of Applicant:                    Richardson Patrick Westbrook
                                                              & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:              July 22, 2002

Period for which compensation and
Reimbursement is sought:         March 1, 2007 through
                                                        March 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:       $ 35,875.00

Amount of Expenses Reimbursement:       $ 0

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2005 | 1/1/2005-<br>1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-<br>2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-<br>3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-<br>4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-<br>5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-<br>6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-<br>7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-<br>8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-<br>9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-<br>10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-<br>11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-<br>12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 3/10/2006 | 1/1/2006-<br>1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 2/1/2006 –<br>2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 3/1/2006 –<br>3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 4/1/2006-<br>4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 5/1/2006-<br>5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 6/1/2006-<br>6/30/2006 | $4.312.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 7/1/2006-<br>7/31/2006 | $2,250.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 8/1/2006-<br>8/31/2006 | $4,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 9/1/2006-<br>9/30/2006 | $5,937.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/29/2007 | 10/1/2006-<br>10/31/2006 | $6,500.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/29/2007 | 11/1/2006-<br>11/30/2006 | $4,750.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/29/2007 | 12/1/2006-<br>12/31/2006 | $22,917.5 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 1/1/2007-<br>1/31/2007 | $57,062.50 | $ 0 | Pending | Pending |
| 7/20/2007 | 2/1/2007-<br>2/28/2007 | $6,867.50 | $ 0 | Pending | Pending |

This is the Fifty-Fourth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 55.0 | $35,750.00 |
| TOTALS | | | | | 55.0 | $35,750.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 1.0 | $125.00 |
| TOTALS | | | | | 1.0 | $125.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant<br>20-Tvel–Non-working<br>22-ZAI Science Trial | 56.0 | $35,875.00 |
| TOTALS | 56.0 | $35,875.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated: July 20, 2007
　　　　 Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone:  (302) 428-8191
FAX:  (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 19th day of July , 2007.

Kimberly a. garua
Notary Public for South Carolina
My Commission Expires: 02/04/14

05/07/2007                                                                                                      1

# Time and Expense report
### 03/01/2007 - 03/31/2007

| Date Timekeeper | Client No. | Client Name Matter No. | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **03/01/2007** | | | | |
| 03/01/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.00 | $3,900.00 |
| ewestbrook | | 0000 | Work on oral argument notes (5.2); participate in asbestos property damage committee conference call (.8) | | | |
| **Day:** | | **03/03/2007** | | | | |
| 03/03/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.10 | $1,365.00 |
| ewestbrook | | 0000 | Receive and review Grace's sur-reply memo and communicate with local counsel regarding same | | | |
| **Day:** | | **03/04/2007** | | | | |
| 03/04/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 4.50 | $2,925.00 |
| ewestbrook | | 0000 | Work on outline in preparation for oral argument on motion for leave to appeal (review record and cases) | | | |
| **Day:** | | **03/05/2007** | | | | |
| 03/05/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 15.50 | $10,075.00 |
| ewestbrook | | 0000 | Work in office preparing for ZAI motion for interlocutory appeal argument (2.5); travel to Philadelphia, meet with Darrell Scott and Bill Sullivan, attend argument, with with Darrell and Bill thereafter and return to Charleston, preparing for argument en route to Philadelphia and making and reviewing notes en route back to Charleston (13) | | | |
| **Day:** | | **03/06/2007** | | | | |
| 03/06/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.30 | $845.00 |
| ewestbrook | | 0000 | Review memos from Bill Sullivan and local counsel regarding ZAI-related matters, review relevant cases concerning legal issues involved | | | |
| **Day:** | | **03/07/2007** | | | | |
| 03/07/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.90 | $4,485.00 |
| ewestbrook | | 0000 | Review cases regarding ZAI issue (1.1); work on draft of motion regarding ZAI (4.1); review prior transcripts involving ZAI issues (1.7) | | | |
| **Day:** | | **03/08/2007** | | | | |
| 03/08/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 3.20 | $2,080.00 |
| ewestbrook | | 0000 | Work on ZAI motions | | | |
| 03/08/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| lkerrison | | 0000 | Review ZAI transcript summary for various quotes by Judge Fitzgerald (cannot resolve this case in summary judgment) | | | |

05/07/2007 01:27 PM Jones, Kimberly

05/07/2007

# Time and Expense report
### 03/01/2007 - 03/31/2007

| Date<br>Timekeeper | Client No. | Client Name<br>Matter No. | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **03/09/2007** | | | | |
| 03/09/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.20 | $780.00 |
| ewestbrook | | 0000 | Work on ZAI motion and read cases concerning motion | | | |
| **Day:** | | **03/13/2007** | | | | |
| 03/13/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.60 | $1,040.00 |
| ewestbrook | | 0000 | Work on discovery motion and review recent transcript in connection therewith | | | |
| 03/13/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.10 | $1,365.00 |
| ewestbrook | | 0000 | Further work on ZAI motion | | | |
| **Day:** | | **03/22/2007** | | | | |
| 03/22/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.80 | $1,170.00 |
| ewestbrook | | 0000 | Review recent Supreme Court Opinion on bankruptcy court needing to apply state law, prepare supplemental authority notice to district court judge | | | |
| **Day:** | | **03/27/2007** | | | | |
| 03/27/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 3.20 | $2,080.00 |
| ewestbrook | | 0000 | Review District Court Order, conversations with co-counsel regarding same (.8); work on ZAI motion for discovery, including revisions from co-counsel (2.4) | | | |
| **Day:** | | **03/30/2007** | | | | |
| 03/30/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 5.60 | $3,640.00 |
| ewestbrook | | 0000 | Work on motion for reconsideration | | | |

| | |
|---|---|
| **Grand Total:** | **$35,875.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$35,875.00** |
| **Total Hours/Report:** | **56.00** |
| **Count:** | **14** |