## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 9, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

| | |
|---|---|
| Name of Applicant: | William D. Sullivan, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | March 1, 2007 through March 31, 2007 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 8,591.25 |
| Amount of Expenses Reimbursement: | $ 5,143.33 |

This is a: X monthly  _ quarterly  _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the third application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | Pending | Pending |
| 3/12/07 | 1/1/06-1/31/07 | $7,248.75 | $13.92 | Pending | Pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 26.20 | $7,860.00 |
| Elihu E. Allinson | Associate | 10 | Bankruptcy | $225.00 | 3.25 | $731.25 |
| TOTALS | | | | | 29.45 | $8,591.25 |

No paraprofessional rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 1.2 | $360.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 2.5 | $742.5 |
| TOTALS | 3.7 | $1,102.50 |

2

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying (Parcels, Inc.) | $3,698.11 |
| Courier Service (Parcels, Inc.) | $176.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $1,269.22 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $5,143.33 |

Dated: July 20, 2007
      Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

*/s/ William D. Sullivan*

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 9, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007**

## William D Sullivan, LLC

4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax:(302) 428-8195

Tax ID # 20-5238500

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

April 18, 2007
Invoice #    10140

**In Reference To:**   W.R. Grace - ZAI Claimants
C.A. 01-01139 (JKF)

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/2/2007 | EEA | E-mail Ed Westbrook re: J. Sontchi's direct appeal decision | 0.25 | 56.25 |
| | EEA | Review sur-reply and e-mail, telephone message to co-counsel | 1.00 | 225.00 |
| 3/5/2007 | WDS | Review pleadings in preparation for argument | 2.50 | 750.00 |
| | WDS | Travel to and attend hearing on motion for leave to appeal | 4.50 | 1,350.00 |
| | WDS | Follow-up meeting with co-counsel re: strategy going forward | 1.20 | 360.00 |
| 3/6/2007 | WDS | Review Professional Conduct rules applicable in bankruptcy cases (.9); correspondence with co-counsel re: same (.2) | 1.10 | 330.00 |
| | WDS | Review Notes to Financial Statements re: role of ZAI in decision to file | 0.40 | 120.00 |
| | WDS | Review scheduling order and correspondence with E. Westbrook re: filing considerations | 0.30 | 90.00 |
| 3/7/2007 | WDS | Review excerpts of Monthly Operating Reports; forward to E. Westbrook | 0.60 | 180.00 |
| | WDS | Prepare 22nd Quarterly Fee Application of William D. Sullivan, LLC (first such quarterly application) | 2.20 | 660.00 |
| 3/9/2007 | WDS | Review draft pleading received from co-counsel | 0.40 | 120.00 |
| | WDS | Review, file and serve Richardson Patrick Westbrook & Brickman 22nd Quarterly fee application | 0.50 | 150.00 |
| 3/12/2007 | WDS | Review and revise William D. Sullivan, LLC fee applications for December 2006 and January 2007; prepare for filing | 0.80 | 240.00 |
| 3/19/2007 | WDS | Review fee auditor chart and e-mail correction re: 22nd Quarterly Application | 0.30 | 90.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/20/2007 | WDS | Review correspondence from counsel for PI Committee re: emergency hearing | 0.10 | 30.00 |
| 3/22/2007 | WDS | Telephone conversation with Ed Westrook (.2); review procedures and contact information (.4); review Travelers decision (.3); revise Notice of Supplemental Authority (.2); follow-up with co-counsel (.2) | 1.30 | 390.00 |
|  | EEA | Research issue re: submission of intervening case law; revise and file notice of supplemental authority | 1.25 | 281.25 |
|  | WDS | Telephone conversation with co-counsel re: postponement of ZAI status conference | 0.10 | 30.00 |
|  | WDS | Prepare monthly fee application for February 2007 | 0.30 | 90.00 |
| 3/23/2007 | WDS | Telephone conversation with Clerk's office; e-mail co-counsel re: submission to Judge Buckwalter | 0.30 | 90.00 |
| 3/27/2007 | WDS | Review decision changing relief from stay; review transcript; forward to co-counsel | 0.50 | 150.00 |
|  | WDS | Review agenda for April 2 hearing | 0.20 | 60.00 |
|  | WDS | Correspondence with E. Westbrook re: motion and objection deadlines | 0.30 | 90.00 |
|  | WDS | Review document for filing (.3); correspondence with E. Westbrook re: same (.2); review applicable legal provisions (.9) | 1.40 | 420.00 |
| 3/28/2007 | EEA | Review collateral estoppel issues | 0.25 | 56.25 |
|  | EEA | Review ZAI discovery motion and comment | 0.50 | 112.50 |
|  | WDS | Review revised pleading; review all exhibits; conference with co-counsel re: additional items to include and review of caselaw supporting it; prepare further revisions; conference with co-counsel re: applicable rules; prepare notice of motion, order, certificate of service; file and serve motion for discovery on Grace's conduct on ATSDR study | 5.00 | 1,500.00 |
| 3/29/2007 | WDS | Revise and file William D. Sullivan, LLC February fee application | 0.20 | 60.00 |
| 3/30/2007 | WDS | Telephone conversation with counsel for Canadian ZAI Claimants (.2); correspondence with Ed Westbrook re: motion for reargument (.1) | 0.30 | 90.00 |
|  | WDS | Review cases and applicable provisions re: standards and procedures for direct appeal to 3rd Circuit | 1.40 | 420.00 |
|  |  | For professional services rendered | 29.45 | $8,591.25 |
|  |  | Additional Charges : |  |  |
| 3/7/2007 |  | Copying and service of fee applications |  | 109.25 |
|  |  | Copying and service of fee applications |  | 243.65 |
| 3/22/2007 |  | Copying and Service of ZAI Claimants' Notice of Supplemental Authority in Support of ZAI Attic Insulation Property Damage Claimants' Motion for Leave to Appeal |  | 63.64 |

ZAI Claimants                                                                                                    Page    3

|  |  | Amount |
|---|---|---|
| 3/28/2007 | Copying and Service of ZAI Claimants' Motion for Discovery Concerning W.R. Grace's Conduct in the ZAI Summary Judgment Proceedings | 4,550.79 |
|  | Service of ZAI Claimants' Motion for Discovery Concerning W.R. Grace's Conduct in the ZAI Summary Judgment Proceedings | 176.00 |
|  | Total additional charges | $5,143.33 |
|  | Total amount of this bill | $13,734.58 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 26.20 | 300.00 | $7,860.00 |
| Zeke Allinson | 3.25 | 225.00 | $731.25 |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 9, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

I, William D. Sullivan, do hereby verify the following with respect to the Application Of William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From March 1, 2007 Through March 31, 2007:

1. I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted to appear before this Court.

2. I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3. I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the Order.

Dated: July 20, 2007
      Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

*/s/ William D. Sullivan*

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants