**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Case No. 01-1139 (JKF) |
| | ) | |
| W. R. GRACE & CO., *et al.,* | ) | Chapter 11 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | Re: Docket Nos. 16176, |
| | ) | |
| | ) | |

**ORDER DENYING DEBTORS' MOTION TO COMPEL THE CELOTEX**
**ASBESTOS SETTLEMENT TRUST TO PRODUCE DOCUMENTS AND**
**APPEAR FOR DEPOSITION**

The Court, having considered the pleadings and being otherwise fully advised with respect to the Debtors' Motion to Compel the Celotex Asbestos Settlement Trust to Produce Documents and Appear for Deposition [D.I. 16175] (the "Motion to Compel") and the Celotex Asbestos Settlement Trusts' opposition thereto [D.I. TBD]; and after due deliberation and good case having been shown therefor; it is hereby

ORDERED that the Debtors' Motion to Compel is DENIED.

_____
The Honorable Judith K. Fitzgerald

Dated: July _____, 2007