IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Chapter 11 |
| ) | |
| ) | Case No. 01-01139 (JKF) |
| ) | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the Delaware office of the undersigned has a new address effective immediately. The firm's new Delaware office address is:

**Montgomery, McCracken, Walker & Rhoads, LLP
1105 North Market Street, Suite 1500
Wilmington, DE 19801**

The telephone numbers and e-mail address remain the same.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that all future notices given or required to be given and all papers hereinafter served or required to be served in this matter be given to and served at the firm's new address as set forth above.

Dated: July 20, 2007                          respectfully submitted,

Montgomery, McCracken, Walker & Rhoads, LLP

/s/ Noel C. Burnham
Noel C. Burnham, Esquire [DE No. 3483]
1105 North Market Street, Suite 1500
Wilmington, DE 19801
302/504-7890
302/504-7820 (facsimile)
nburnham@mmwr.com

2188855v1