## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
|  | ) | Chapter 11 |
| W. R. GRACE & CO., *et al.*, | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

Stefanie B. Boyle, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Celotex Asbestos Settlement Trust in the within captioned matter, and that on the 20th day of July, 2007, she caused a copy of the following documents:

- Celotex Asbestos Settlement Trust's Opposition to Debtors' Motion to Compel the Celotex Asbestos Settlement Trust to Produce Documents and Appear for Deposition [Docket No. 16337]

to be served on the parties listed on the attached service list in the manner indicated.

_____
Stefanie B. Boyle

SWORN TO AND SUBSCRIBED before me this 20th day of July, 2007

_____
Notary Public
My Commission expires:

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

066555.1001

# 2002 SERVICE LIST

## 7/20/2007

David G. Aelvoet, Esq
Travis Park Plaza Building
Linebarger Goggan Blair Pena & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
*First Class Mail*

Jonathan H. Alden, Esq.
Dept. of Environmental Protection
Assistant General Cousnel
3900 Commonwealth Blvd., MS 35
Tallahassee, FL 32399-3000
*First Class Mail*

Julie A. Ardoin
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard, Suite 210
Kenner, LA 70062-4032
(Ancel Abadie & 410 Additional Claimants)
*First Class Mail*

Robert T. Aulgur, Jr
Kristi J. Doughty
Whittington & Aulgur
313 N. Dupont Hwy., Suite 110
P.O. Box 617
Odessa, DE 19730
(Toyota Motor Credit Corporation)
*First Class Mail*

J. Douglas Bacon, Esq.
Timothy A. Barnes, Esq.
Latham & Watkins
233 South Wacker Drive
Suite 5800, Sears Tower
Chicago, IL 60606
(DIP Lenders)
*First Class Mail*

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
(Property Damage Claims Administrator)
*First Class Mail*

Paul Baisier
Seyfarth Shaw LLP
1545 Peachtree St., Suite 700
Atlanta, GA 30309
*First Class Mail*

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(Sealed Air Corporation)
*First Class Mail*

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
*First Class Mail*

Craig Barbarosh, Esq
Gerald George, Esq.
Pillsbury Winthrop, L.L.P.
1540 Broadway #9
New York, NY 10036
(Welss Fargo Bank)
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Craig A. Barbarosh, Esq
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626
(Wells Fargo Bank Minnesota)
*First Class Mail*

Gary L. Barnhart, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105
(Missouri Dept. of Rev.)
*First Class Mail*

Mr. Jon Bauer
Contrarian Capital Management L.L.C.
411 West Putnam Ave., Suite 225
Greenwich, CT 06830
*First Class Mail*

Ronald Beacher, Esq.
Pitney Hardin Kipp & Szuch LLP
7 Times Square
New York, NY 10036
(GECC)
*First Class Mail*

Thomas Bean
McDermott Will & Emery
28 State Street, 34th Fl.
Boston, MA 02109
*First Class Mail*

Christopher Beard, Esq.
The Beard Group
502 W. Patrick Street
Frederick, MD 21701
*First Class Mail*

Gary M. Becker, Esq
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Baupost Group LLC)
*First Class Mail*

Belz Investco LP
Attn: Credit Manager
100 Peabody Place, Suite 1400
Memphis, TN 38103
*First Class Mail*

Philip Bentley, Esq.
Kramer Leviin Naftalis & Frankel
919 Third Avenue
New York, NY 10022
(Equity Committee)
*First Class Mail*

Jonathan D. Berger, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Michael A. Berman, Esq.
Securities & Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, DC 20549
(Securities and Exchange Commission)
*First Class Mail*

Martin J. Bienenstock, Esq
Judy G.Z. Liu, Esq.
John J. Rapisardi, Esq.
Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(Ad Hoc Committee of Equity Security Holders)
*First Class Mail*

Barbara G. Billet, Esquire
Elaine Cole, Esquire
Elaine Z. Cole, Esq.
Department of Taxation and Finance (NY)
Building 9, Room 100, W A Harriman Campus
Albany, NY 12227
(New York Dept. of Taxation and Finance)
*First Class Mail*

Charles E. Boulbol, Esq.
26 Broadway, 17th Floor
New York, NY 10004
*First Class Mail*

Alan R. Brayton, Esq.
Brayton & Purcell
222 Rush Landing Rd.
P.O. Box 2109
Novato, CA 94945
*First Class Mail*

David Bernick
Jan Bear
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(W.R. Grace)
*First Class Mail*

Ian Connor Bifferato, Esq.
Joseph Koury Esq.
Megan N. Harper, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(Royal Insurance)
*Hand Delivery*

Bernard Bonn, Esq.
Dechert LLP
200 Clarendon Street, 27th Fl.
Boston, MA 02116
(LaVantage Solutions)
*First Class Mail*

William P. Bowden, Esq.
Amanda Winfree, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(Macerich Fresno LP)
*Hand Delivery*

Kay D. Brock, Esq.
Bankruptcy & Collections Division
Assistant Attorney General
P.O. Box 12548
Austin, TX 78711-2548
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Michael F. Brown, Esq.
Jeffrey M. Boerger, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(American Employers Ins. Co.)
*First Class Mail*

Mark Browning, Esq.
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711
(The Texas Workforce Commission)
*First Class Mail*

Hillary Browning-Jones
Assistant City Attorney
PO Box 1631
Knoxville, TN 37901
*First Class Mail*

Ms. Julie Bubnack
Debt Acquisition Company
1565 Hotel Cir S., Suite 310
San Diego, CA 92108
(Debt Acquisition Company)
*First Class Mail*

Russell W. Budd, Esq
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
*First Class Mail*

C. Randall Bupp, Esq.
Plastiras & Terrizzi
24 Profeesional Center Parkway, Suite 150
San Rafael, CA 94903
(Berry & Berry)
*First Class Mail*

Noel C Burnham, Esq.
RIchard Placey, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
(Novak Landfill RD/RA Group)
*Hand Delivery*

Elizabeth Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street, Suite 3000
Embacardero Center West
San Francisco, CA 94111-3339
(Zonolite Attic Litigation Plaintiffs)
*First Class Mail*

Stefano Calogero, Esq
Andrew Craig, Esq.
Cuyler Burk, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054
(Allstate Insurance Company)
*First Class Mail*

Peter A Chapman
572 Fernwood Lane
Fairless Hills, PA 19030
*First Class Mail*

## 2002 SERVICE LIST

### 7/20/2007

Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(Sealed Air Corporation)
*Hand Delivery*

Robert J. Cimino, Esq.
Attn:  Diane Leonardo Beckmann, Esq.
Suffolk County Attorney
100 Veterans Memorial Highway, H. Lee Dennison Bldg.
P.O. Box 6100
Hauppauge, NY 11788
(Suffolk County Treasurer)
*First Class Mail*

Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
The Atrium
Philadelphia, PA 19103
(Federal Insurance Co.)
*First Class Mail*

Daniel C. Cohn, Esq.
Christopher Candon, Esq.
Kristin M. McDonough, Esq.
Cohn Whitesell  & Goldberg LLP
101 Arch Street
Boston, MA 02110
(Libby Mine Claimants)
*First Class Mail*

March Coleman
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036
(U.S. Fire Insurance Company)
*First Class Mail*

Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Chase Manhattan Bank)
*Hand Delivery*

Bernice Conn
Robins, Kaplan, Miller & Ciresi, LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
*First Class Mail*

Contrarian Capital Trade Claims, LP
Attn: Alisa Minsch
411 W. Putnam Avenue, Suite 225
Greenwich, CT 06830-6281
*First Class Mail*

Barbara M. Cook, Esquire
Katherine Taylor
Katherine L. Taylor, Sr. Asst. County Solicitor
Howard County Office of Law
3430 Courthouse Drive
George Howard Building
Ellicott City, MD 21043
*First Class Mail*

Mary Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Teresa K. Currier, Esq
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(Equity Committee)
*Hand Delivery*

Tobey M. Daluz
Leslie Heilman, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801
(Pechiney World Trade USA, Corp.)
*Hand Delivery*

Michael S. Davis, Esq.
Jantra Van Roy, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(National Union Fire Insurance Co.)
*First Class Mail*

Delta Chemical Corp.
Attn: Officer, General or Managing Agent
2601 Cannery Avenue
Baltimore, MD 21226
*First Class Mail*

Stephanie Deviney, Esq.
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 08096
(SAP America, Inc.)
*First Class Mail*

Jacqueline Dais-Visca, Esq.
Business Law Section
Ontario Regional Office, Suite 2400, Box 34
The Exchange Tower, 130 King Street West
Toronto, Ontario, Canada M5K 1K6
(Attorney General Canada)
*First Class Mail (International)*

DAP Products
c/o Julien A. Hecht, Esq.
2400 Boston Street, Suite 200
Baltimore, MD 21224
*First Class Mail*

Nancy Worth Davis, Esq.
Motley Rice LLC
28 Bridgewide Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
(Asbestos Claimants)
*First Class Mail*

John D. Demmy, Esq.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801
(First Union Leasing)
*Hand Delivery*

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208
(IKON Financial Services)
*First Class Mail*

Jerel Ellington
U.S. Dept. of Justice
1961 Stout St., 8th Fl.
Denver, COl 80294
(U.S. EPA)
*First Class Mail*

Marla Eskin
Mark Hurford, Esq.
Campbell & Levine, LLC
Chase Manhattan Center, 15th Fl.
1201 Market Street
Wilmington, DE 19801
(Asbestos PI Committee)
*Hand Delivery*

Scott Estelle
Crossroads Industrial Park, Inc.
Crossroads Industrial Park, Inc.
PO Box 220
Weedsport, NY 13166
*First Class Mail*

Fair Harbor Capital, LLC
Attn: Officer, General or Managing Agent
875 Avenue of the Americas, Suite 2305
New York, NY 10001
*First Class Mail*

Daniel Donnellon, Esquire
1400 Provident Tower
Daniel Donnellon, Esq.
Keating, Muething & Klekamp, P.L.L.
One East Fourth Street
Cincinnati, OH 45202
(Trust General Counsel)
*First Class Mail*

Enron Energy Services
Attn:  General Counsel
PO Box 1188
Houston, TX 77251
(Enron Energy Services)
*First Class Mail*

Sander L. Esserman, Esq.
Stutzman, Broomberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
(Reaud, Morgan & Quinn, Inc.)
*First Class Mail*

Michael S. Etkin, Esq.
Ira LEvee, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Keri Evans)
*First Class Mail*

Oscar B. Fears, III, Esquire
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334
(Georgia Dept. of Revenue)
*First Class Mail*

## 2002 SERVICE LIST

### 7/20/2007

Larry A. Feind
Georgia-Pacific Corporation
133 Peachtree Street, NE 7th Floor
Atlanta, GA 30303
*First Class Mail*

Robert M. Fishman, Esq
Allen J. Guon, Esq.
Shaw Gussis Fishman Glantz & Wolfson, LLC
321 N. Clark, Suite 800
Chicago, IL 60610
(Zonolite Attic Litigation Plaintiffs)
*First Class Mail*

Don C. Fletcher, Esq.
The Cavanagh Law Firm, P.A.
1850 N. Central Ave., Suite 2400
Phoenix, AZ 85004
(Westcor)
*First Class Mail*

Roger Frankel
The Washington Harbour
Orrick, Herrington, & Sutcliff, LLP
3050 K Street, NW, Suite 200
Washington, DC 20007
(David Austern, Future Claimants Rep.)
*First Class Mail*

William E. Frese
Sheree L. Kelly, Esq.
80 Park Plaza, T5D
PO Box 570
Newark, NJ 07101
(Public Service Electric and Gas Co)
*First Class Mail*

Charles Finke, Esq.
Brad Rogers, Esq.
Pension Benefit Guaranty Corporation
1200 K. Street, NW
Washington, DC 20005
(PBGC)
*First Class Mail*

Steven B. Flancher, Esq.
Assistant Attorney General
Attorney General's Office - State of Michigan
First Floor Treasury Building
Revenue Division
Lansing, MI 48922
(State of Michigan)
*First Class Mail*

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610
(HRCL and eaves)
*First Class Mail*

James Freeman, Esq.
Environmental Enforcement Section
U.S. Department of Justice
1961 Stout Street, Floor 8
Denver, CO 80294
*First Class Mail*

Brad Friedman, Esq
Rachel Fleishman, Esq.
Milberg Weiss Bershad Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

James A. Garner
Sher Garner Cahill Richter Klein McAllister & Hilb
909 Poydras Street, Suite 2800
New Orleans, LA 70112-1033
*First Class Mail*

General Motors Acceptance Corporation
PO Box 5055
Troy, MI 48007
*First Class Mail*

Gibson, Dunn & Crutcher LLP, Esq
200 Park Avenue, 47th Floor
New York, NY 10166-0193
(Snack Inc.)
*Federal Express*

Charles E. Gibson, III
The Gibson Law Firm
P.O. Box 6005
Ridgeland,, MS 39158-6005
*First Class Mail*

Jeffrey Glatzer, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
*First Class Mail*

Daniel M. Glosband, P.C.
Colleen A. Murphy, Esq.
Philip F. Coppinger, Esq.
Goodwin, Procter
Exchange Place, 53 State Street
Boston, MA 02109
(State Street Global Advisors)
*First Class Mail*

Leonard P. Goldberger, Esq.
John C. Kilgannon, Esq.
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
(Fireman's Fund Insurance Co.)
*First Class Mail*

Peter Goodman, Esq.
Dan Zinman
Andrews & Kurth
450 Lexington Avenue, 15th Fl.
New York, NY 10017
(Weatherford U.S. Inc. and Weatherford International Inc.)
*First Class Mail*

Ronald Gorsline, Esquire
1000 Tallan Building, Suite 1000
Chambliss Bahner & Stophel
Two Union Square
Chattanooga, TN 37402
(Lawson Electric)
*First Class Mail*

Kellen T. Grant
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Dr., Suite 3000
Chicago, IL 60606
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Ira S. Greene, Esq.
Brian J. Grieco, Esq.
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
*First Class Mail*

Greif, INc.
366 Greif Parkway
Delaware, OH 43015
*First Class Mail*

Joseph Grey, Esq.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801
*Hand Delivery*

Mark Hankin
Hanmar Asso.
PO Box 26767
Elkins Park, PA 19027
*First Class Mail*

Michael Hanners, Esq.
Silber & Pearlman
3102 Oak Lawn Ave., Suite 400
Dallas, TX 75219
(Asbestos Claimants)
*Federal Express*

Gina B. Hantel, Esq
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202
(Tennessee Attorney General)
*First Class Mail*

Jonathan C. Hantke
Pamela H. Walters
Aldine Independent School District
1490 aldine-Westfield Road
Houston, TX 77032
(Aldine Independent School District)
*First Class Mail*

Mr. Bart Hartman
Elizabeth Molina
Treasurer - Tax Collector
1600 Pacific Highway, Room 162
San Diego, CA 92101
(San Diego County Tax Collector of California)
*First Class Mail*

John Havins, Esq.
Havins & Asso.
1001 McKinney Street, Suite 500
Houston, TX 77002
(Occidental Permian)
*First Class Mail*

Jan M. Hayden, Esquire
William H. Patrick, Esquire
Heller Draper Hayden Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Andrea Hazzard, Esq.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
*First Class Mail*

Jon Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey
745 South Main Street
Kalispel, MT 59901
*First Class Mail*

Jeffrey S. Hebrank, Esq
Carl P. McNulty, II
Burroughs, Hepler, Broom, MacDonald, Hebrank et al
103 West Vandalia Street, Suite 300
PO Box 510
Edwardsville, IL 62025-0510
*First Class Mail*

David Heller, Esq.
Sears Tower, Suite 5800
Latham & Watkins
233 South Wacker Drive
Chicao, IL 60606
(DIP Lender)
*First Class Mail*

Cynthia C. Hemme, Esq.
Nortel Networks Law Dept.
4010 East Chapel Hill- Nelson Highway
Mailstop D17/03/0f2
Research Triangle Park, NC 27709
*First Class Mail*

Paul Henderson, Esq.
Paul D. Henderson, P.C.
712 W. Division Avenue
Orange, TX 77630-6320
*First Class Mail*

Daniel K Hogan, Esq.
Law Offices of Daniel K. Hogan
1311 Delaware Avenue
Wilmington, DE 19806
*First Class Mail*

Margaret A. Holland, Esq.
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law, R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625
*First Class Mail*

Lauren Holzman
Euler Hermes ACI
800 Red Brook Blvd.
Owings Mills, MD 21117
*First Class Mail*

Stephen T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Allan H Ickowitz, Esq.
Nossaman Guthner Knox & Elliott, LLP
445 South Figueroa Street, 31st Fl.
Los Angeles, CA 90071
(Hearthside Residential Corp.)
*First Class Mail*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201
*First Class Mail*

Robert Jacobs, Esq
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
*Hand Delivery*

Kevin James
Deputy Attorney General
California Department of Justice
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612
*First Class Mail*

Frederick Jekel, Esq.
Motley Rice
28 Bridgeside Blvd.
PO Box 1792
Mount Pleasant, SC 29465
(Certain Personal Injury Claimants)
*First Class Mail*

Elihu Inselbuch, Esq
Rita C. Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Fl.
New York, NY 10152
(Asbestos PI Committee)
*First Class Mail*

Edward Jacobs
Bankemper & Jacobs
26 Audobon Place
PO Box 70
Fort Thomas, KY 41075
(James Grau)
*First Class Mail*

David A. Jagolinzer, Esq
Ferraro & Associates, P.A.
4000 Ponce De Leon Blvd., Suite 700
Miami, FL 33146
(Clients of Robles Law Firm)
*First Class Mail*

M. Diane Jasinski, Esq.
New York CIty Corp. Counsel
100 Church St., Room 6-127
New York, NY 10007
*First Class Mail*

William Johnson, Esq.
Norfolk Southern Corporation
Three Commercial Place
Norfolk, VA 23510
(Norfolk Southern)
*First Class Mail*

## 2002 SERVICE LIST

### 7/20/2007

Steven Johnson, Esq.
Gibson Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
*First Class Mail*

Steven Johnson, Esq.
Gibson Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
*First Class Mail*

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young & Jones & Weintraub
LLP
919 N. Market Street, Suite 1600
Wilmington, DE 19801
(W.R. Grace)
*Hand Delivery*

Shelby A Jordan
Harlin C. Womble, Jr., Esq
Jordan, Hyden, Womble & Culbreth, PC
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471
*First Class Mail*

Michael B. Joseph, Esq.
Ferry, Joseph & Pearce, P.A.
824 N. Market Street, #904
P.O. Box 1351
Wilmington, DE 19899
(Asbestos PD Committee)
*Hand Delivery*

Elizabeth Kardos
Gibbons P.C.
One Gateway Center
Newark, NJ 07102
*First Class Mail*

Brian L. Kasprzak
Michael J. Joyce
Marks, O'Neill, O'Brien and Courtney
913 North Market Street, Suite 800
Wilmington, DE 19801
(Everest Reinsurance Co., Mt. McKinley Insurance
Co.)
*Hand Delivery*

William S. Katchen
Duane Morris
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
(Official Committee of Unsecured Creditors)
*First Class Mail*

Alan H. Katz, Esq.
Senior Counsel
Entergy Services, Inc.
639 Loyola Avenue, 26th Floor
New Orleans, LA 70113
(Entergy Gulf States, Inc.)
*First Class Mail*

Anne McGinness Kearse, Esq.
Motley Rice
28 Bridgeside Blvd.
PO Box 1792
Mount Pleasant, SC 29465
(Certain Personal Injury Claimants)
*First Class Mail*

## 2002 SERVICE LIST

### 7/20/2007

Carmella P. Keener, Esq.
Rosenthal Monhait & Goddess
919 Market St/Suite 1401 Mellon Bank Ctr
P.O. Box 1070
Wilmington, DE 19899-1070
(CNA Financial Corporation)
*Hand Delivery*

Steven J. Kherkher
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
*First Class Mail*

David Klauder, Esq
Office of the Unites States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
*Hand Delivery*

Charlotte Klenke, Esq.
Schneider National, Inc.
3101 S. Packerland
PO Box 2545
Green Bay, WI 54306
*First Class Mail*

Steven K. Kortanek, Esq.
James E. Huggett, Esq.
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801
(Libby Mine Claimants)
*Hand Delivery*

Anne Maire P. Kelley, Esq
Dilworth Paxson LLP
LibertyView - Suite 700, 457 Haddonfield Road
PO Box 2570
Cherry Hill, NJ 08002
*First Class Mail*

Ann Beimdiek Kinsella
Asst. Attorney General
445 Minnesota St., Suite 1200
St. Paul, MN 55101
(Minnesota State)
*First Class Mail*

Barry Kleban, Esq.
Adelman Lavine Gold & Levin
Four Penn Center, Suite 900
Philadelphia, PA 19103
(AON Consulting)
*First Class Mail*

Alan Kolod, Esq
Moses & Singer LLP
1301 Avenue of the Americas
New York, NY 10019
*First Class Mail*

Joseph T. Kremer, Esq
Lipsiptz, Green, Fahringer, Roll, et al.
42 Delaware Avenue, Suite 300
Buffalo, NY 14202
*First Class Mail*

## 2002 SERVICE LIST

### 7/20/2007

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
(Official Committee of Unsecured Creditors)
*First Class Mail*

Denise A. Kuhn, Esq.
Senior Deputy Attorney General
Office of the Attorney General of PA
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
(Pennsylvania Department of Revenue)
*First Class Mail*

Courtney Labson, Esquire
Ontario  Mills LP-Legal Dept.
1300 Wilson Blvd., Suite 400
Arlington, VA 22209
*First Class Mail*

Adam G. Landis, Esq
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(Libby Claimants)
*Hand Delivery*

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Harry Lee, Esq
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*First Class Mail*

Bruce Levin, Esq.
Peter McGlynn, Esq.
Bernkofp, Goodman & Baseman, LLP
125 Summer Street, Suite 1300
Boston, MA 02110
*First Class Mail*

Richard Levy, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022-4441
(Dies & Hile LLP)
*First Class Mail*

Peter Van N. Lockwood, Esq.
Julie Davis, Esq.
Trevor Swett, III, Esq.
Nathan Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
*First Class Mail*

Christopher D. Loizides, Esq.
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE 19801
(Anderson Memorial Hospital)
*Hand Delivery*

# 2002 SERVICE LIST

## 7/20/2007

Steven Mandelsberg, Esquire
Christina Kang, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10118
(California State)
*First Class Mail*

Steven J. McCardell
Durham Jones & Pinegar
111 East Broadway Suite 900
Salt Lake City, UT 84111
(PacificCorp)
*First Class Mail*

Andrew D. McNamee
Stearns Weaver Miller et al.
150 W. Flagler Street, Suite 2200
Miami, FL 33130
(City of Louisville)
*First Class Mail*

Todd C. Meyers, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
*First Class Mail*

M. David Minnick, Esq
MIchael Ellis, Esq.
Gerald George, Esq.
Pillsbury Winthrop, L.L.P.
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120
(Macerich Fresno LP)
*First Class Mail*

Paul M. Matheny, Esquire
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD 21214
*First Class Mail*

Mr Douglas P. McClurg
Hill, Ward & Henderson, P.A.
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5156
*First Class Mail*

Rachel B. Mersky, Esq.
Monzack and Monaco, P.A.
400 Commerce Center, 1201 Orange Street
P.O. Box 2031
Wilmington, DE 19899-2031
(Union Tank Car Co.)
*Hand Delivery*

Kathleen M. Miller
Smith Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19801
(Reaud, Morgan & Quinn, Inc. and Environmental
Litigation Group)
*Hand Delivery*

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Pennsylvania Attorney General' s Office
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Francis A. Monaco, Esq.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899-2031
(Ingersoll-Rand Fluid Products)
*Hand Delivery*

Janet J. Napolitano
Office of the Attorney General
Attorney General of Arizona
Dept of Law, 1275 West Washington Street
Phoenix, AZ 85007
*First Class Mail*

Lynn Neuner, Esq.
Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
(Travelers Casualty)
*First Class Mail*

Richard O'Halloran
Burns, White & Hickton, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462
(Burlington Northern & Santa Fe Railway)
*First Class Mail*

Anthony F Parise
Associate University Counsel
Office of the University Counsel, Cornell U.
300 CCC Building- Garden Avenue
Ithaca, NY 14853
*First Class Mail*

Colin Moore, Esq.
Provost & Umphrey
490 Park Street
P.O. Box 4095
Beaumont, TX 77704
*First Class Mail*

J. Robert Nelson
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
PO Box 45340
Salt Lake City, UT 84145
*First Class Mail*

Mr. Thomas Noonan
R & S Liquidating Company, Inc.
5 Lyons Mall, P.M.B. 530
Basking Ridge, NJ 07920-1928
*First Class Mail*

Deirde W. Pacheco, Esq
Wilentz, Goldman & Spitzer, PA
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
(Asbestos Claimants)
*First Class Mail*

Mr. Gerald Pecht
Fulbright & Jaworski, LLP
1301 McKinney Street, Suite 4100
Houston, TX 77010-3095
(Kaneb Pipe Line Operating Partnership)
*First Class Mail*

## 2002 SERVICE LIST

### 7/20/2007

Carl J. Pernicone
James Deaver
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
(Royal Insurance)
*First Class Mail*

Donna Petrone
ExxonMobile Chemical Corp
13501 Katy Freeway, Room W1-562
Houston, TX 77079
*First Class Mail*

John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(David Austern)
*First Class Mail*

Mark D. Plevin
Leslie A. Epley
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(Counsel for Century Indemnity Company, et al.)
*First Class Mail*

Portia Partners
One Sound Shore Dr., Suite 100
Greenwich, CT 06830
*First Class Mail*

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366
*First Class Mail*

John Preefer
128 Willow St., Apt. 6B
New York, NY 11201
*Hand Delivery*

David Primack, Esq
Drinker Biddle & Reath, LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801
(American Employers Ins. Co.)
*Hand Delivery*

Amy L. Pritchard- Williams, Esq.
Margaret Westbrook, Esq.
Kennedy Cobington Lobdell & Hickman
Hearts Tower, 47th Fl., 214 N. Tryon St.
Charlotte, NC 28202-4006
(Charlotte Transit Center, Inc.)
*First Class Mail*

Thomas J Quinn
Eileen T. McCabe, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019
(London Market Insurance Companies)
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Allison Reardon, Esq.
Deputy Attorney General
DOJ-Division of Revenue
102 W. Water Street, Suite 3, D480
Dover, DE 19901
(Delaware Division of Revenue)
*Hand Delivery*

Randal A. Rios, Esq
Floyd Jones Rios Wahrlich P.C.
Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002
(Huntsman Corporation)
*First Class Mail*

Martha E. Romero, Esq.
Romero Law Firm
6516 Bright Avenue
Whittier, CA 90601
(San DIego Countl)
*First Class Mail*

David Rosenbloom, Esq.
Jeffrey Stone, Esq.
McDermott, Will & Emery
227 West Monroe St.
Chicago, IL 60606
*First Class Mail*

Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
(West Group)
*First Class Mail*

James Restivo
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(Special Counsel to Debtors)
*First Class Mail*

Lori Robertson, Esq.
Linebarger Heard Goggan Blair Graham Pena & Sampso
1949 South IH 35 (78741)
PO Box 17428
Austin, TX 78760
(Ben Bolt-Palito-Blanco ISD, Brownsville ISD)
*First Class Mail*

Robert H. Rosenbaum, Esq.
M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Suite 400
Berkshire Building
Riverdale, MD 20737
*First Class Mail*

James P. Ruggeri, Esq.
Scott Shail, Esq.
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
*First Class Mail*

Russell W Savory, Esq.
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Michael B. Schaedle, Esq.
One Logan Sq.
Blank Rome LLP
130 North 18th St.
Philadelphia, PA 19103
*First Class Mail*

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE 19801
(General Electric Corporation)
*Hand Delivery*

Steven Schlesinger, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530
*Hand Delivery*

Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712
*First Class Mail*

Cindy Schultz
Ingersoll-Rand Co.
P.O. Box 151
Bryan, OH 43506
*First Class Mail*

Joseph L. Schwartz, Esq.
Riker, Danzig, Scherer, Hylan & Peretti, LLP
One Speedwell Avenue
P.O. Box 1981
Morristown, NJ 07962
*First Class Mail*

Sergio I. Scuteri, Esquire
Farr, Burke, Gambacorta & Wright
1000 Atrium Way, Suite 401
PO Box 669
Mount Laurel, NJ 08054-069
(Citicorp Del-Lease)
*First Class Mail*

Secretary of State
Division of Corporations
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Secretary of Treasure
Secretary of Treasury
PO Box 7040
Dover, DE 19903
*First Class Mail*

Michael Selig
Westover Investments
555 Old Garth Road
Charlottesville, VA 22901
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Maurie Shalome
Longacre Master Fund
810 7th Avenue, 22nd Fl.
New York, NY 10019
*First Class Mail*

Bryan A Shapiro
Bear, Stearns & Co., Inc
383 Madison Avenue
New York, NY 10179
*First Class Mail*

Mark Shelniz, Esq.
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
(W.R. Grace)
*First Class Mail*

Susan R. Sherrill, Esq
Branch of Reorganization
U.S. Securities & Exchange Commission
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232
(Government Agency)
*First Class Mail*

Matthew Siembieda, Esq.
Benjamin Stonelake, Esq.
Scott Coburn, Esq.
Blank Rome
One Logan Square
Philadelphia, PA 19103
(American Premier Underwriters)
*First Class Mail*

Sierra Asset Management
Attn: Officer, Manager or General Agent
2699 White Road, Suite 225
Irvine, CA 92614
*First Class Mail*

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
*Hand Delivery*

Danice Sims, Esq.
Department of Revenue, State of Louisiana
P.O. Box 66658
Baton Rouge, LA 70896
*First Class Mail*

Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071
*First Class Mail*

Thomas Sobol, Esq.
Hagens Berman
One Main Street, 4th Fl.
Cambridge, MA 02142
(Zonolite Attic Litigation Plaintiffs)
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Richard Specter, Esq.
Corbett Steelman & Specter
18200 Von Karman Ave., Suite 200
Irvine, CA 92715
(W.C. Baker, E.E. Jaques, B.H. Miller, Fisher Trust)
*First Class Mail*

Arthur Stein
1041 W. Lacey Road
PO Box 1070
Forked River, NJ 08731
*First Class Mail*

William H. Sudell, Jr.
Eric D. Schwartz
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Hand Delivery*

Michelle T. Sutter, Esq.
Assistant Attorney General
Ohio Department of Taxation, Recovery
150 East Gay Street, 23rd Fl.
Columbus, OH 43215
*First Class Mail*

Derrick Tay, Esq.
Royal Bank Plaza, South Tower
Ogilvy Renault
200 Bay Street, Suite 3800
PO Box 84
Toronto, Ontario, Cananda M5J 2Z4
(Canadian Debtor)
*First Class Mail (International)*

Daniel W. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
(Anderson Memorial Hospital)
*First Class Mail*

Diane Stewart
Peoples First Community Bank
PO Box 59950
Panama City, FL 32412
*First Class Mail*

Paul G. Summers
Attorney General of Tennessee
Tennessee Department of Revenue, Bankruptcy Division
PO Box 20207
Nashville, TN 37202
(Tennessee Dept. Environment and Conservation)
*First Class Mail*

James Sylvester
Intercat, Inc.
2399 Highway 34 #C1
Manasquan, NJ 08736
*First Class Mail*

William F. Taylor, Esq
Katharine L. Mayer, Esq.
McCarter & English, LLP
919 North Market Street
Suite 1800, P.O. Box 111
Wilmington, DE 19899
(Owens-Illinois, Inc.; L.A. Unified School District)
*Hand Delivery*

## 2002 SERVICE LIST

### 7/20/2007

Deborah L. Thorne, Esq.
Dennis E. Quaid, Esq.
Fagel Haber
55 East Monroe St., 40th Fl.
Suite 1400
Chicago, IL 60603
(Union Tank Car Co.)
*First Class Mail*

Trades Debt.Net
PO Box 1487
West Babylon, NY 11704
*First Class Mail*

Michael Urbis
Jordan Hyden Womble & Culbreth
1534 E. 6th St., Suite 104
Brownsville, TX 78520
*First Class Mail*

Anton Volovsek, Esq.
Rt2- Box 200 #42
Kamiah, ID 83536
*First Class Mail*

Dorine Vork, Esq.
Stibbe, P.C.
350 Park Avenue
New York, NY 10022
*First Class Mail*

Philip M. Ward, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
*First Class Mail*

Mary Warren
Brenda DiLuigi, Esq.
Linklaters
1345 Avenue of the Americas, 19th Fl.
New York, NY 10105
*First Class Mail*

John Waters, Esq.
Collections Section
Iowa Dept. of Revenue & Finance
P.O. Box 10457
Des Moines, IA 50306
(Iowa Department of Revenue)
*First Class Mail*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
(Dallas County)
*First Class Mail*

E. Katherine Wells, Esq.
South Carolina Department of Health and Environmen
2600 Bull Street
SC DHEC
Columbia, SC 29201
*First Class Mail*

# 2002 SERVICE LIST

## 7/20/2007

Scott Wert, Esq
Foster & Sear, LLP
524 E. Lamar Blvd.
Suite 200
Arlington, TX 76011
(Asbestos Claimants)
*First Class Mail*

Ted Weschler
Peninsula Capital Advisors
404 East Main Street, Second Fl.
Charlottesville, VA 22902
*First Class Mail*

Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
(Mark Hankin and HanMar Asso., Fireman's Fund Ins.)
*Hand Delivery*

Katherine White
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood, NJ 07407
*First Class Mail*

W.J. Bud Winterstein, Esq.
11 Penn Center, 29th Floor
John J. Winter, Esq.
William Aukamp, Esq.
Harvey, Pennington, Cabot, Griffith & Renneisen,
1835 Market Street
Philadelphia, PA 19103
(PPG Industries, Inc)
*First Class Mail*

David W. Wirt, Esq.
Winston & Strawn
35 West Wacker Drive, 42nd Floor
Chicago, IL 60601
(Potash Corp.)
*First Class Mail*

Jeffrey C. Wisler, Esq.
The Nemours Building
Christina M. Thompson, Esq.
Connolly Bove Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(Maryland Casualty)
*Hand Delivery*

Xerox Capital Services
Attn: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716
*First Class Mail*

James S. Yoder, Esq
White and Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(Allstate Insurance Co.)
*Hand Delivery*

Steven M. Yoder, Esq
Mary Augustine, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899
(DIP Lender)
*Hand Delivery*

# 2002 SERVICE LIST

## 7/20/2007

Jonathan W. Young, Esq.
T. Kellan Grant
Patricia L. McCarthy, Esq.
Wildman Harrold Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229
*First Class Mail*

Ms. Pamela D. Zilly
Richard Shinder, Barry Korn
The Blackstone Group
345 Park Avenue
New York, NY 10154
*First Class Mail*