# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> W. R. GRACE & CO., *et al.*, <br><br> Debtors. | Case No. 01-1139 (JKF) <br><br> Chapter 11 <br><br> (Jointly Administered) <br><br> Re: Docket No. 16174 |

### AFFIDAVIT OF MARCELLENE MALOUF IN SUPPORT OF DII INDUSTRIES, LLC ASBESTOS PI TRUST'S RESPONSE TO DEBTORS' MOTION TO COMPEL THE DII INDUSTRIES, LLC ASBESTOS PI TRUST TO PRODUCE DOCUMENTS AND APPEAR FOR DEPOSITION

**STATE OF TEXAS** §
§
**COUNTY OF DALLAS** §

**BEFORE ME**, the undersigned authority, on this day personally appeared Marcellene Malouf, known to me to be the person whose name is subscribed below as affiant, and did depose and state under oath as follows:

1. "My name is Marcellene Malouf. I am a citizen of the United States, over the age of 18 years and qualified in all respects to make this Affidavit. I am the Executive Director of the DII Industries, LLC Asbestos PI Trust (the "Trust"). I make this Affidavit based solely upon my personal knowledge.

2. A typical claim submitted to the Trust will include a Trust Claimant's detailed medical history, including doctor's reports, diagnoses, medications, and oftentimes reveal other medical conditions unrelated to asbestos exposure. Trust Claimants are also asked to submit information regarding economic damages, such as personal financial documents, and information about their dependents' financial and personal history.

AFFIDAVIT OF MARCELLENE MALOUF – PAGE 1

016923.00010:1043914.01

3.  The Trust's process of analyzing and settling asbestos claims is kept strictly confidential. While its general guidelines and requirements are published in the TDP, the Trust's internal, discretionary decision-making processes are proprietary and subject to work product protection. In many instances, decisions involve privileged communications with counsel and the Trustees.

4.  The Trust does not publish or disclose the analysis it undertakes in processing claims. Information relating to the Trust's acceptance or rejection of reports from medical professionals is proprietary to the Trust and is kept confidential to protect the integrity of the process. Information relating to the Trust's treatment of certain exposure sites is developed to assist the Trust in claims processing and involves internal work product and privileged communications. The information regarding exposure sites and products is unique to the Trust.

5.  The Trust segregates claim information by entity – one for Harbison-Walker claims and one for Non-Harbison-Walker (Halliburton) claims. Additionally, the Trust has a completely separate database for approximately 12,000 claims that were filed prior to November 20, 2006 and which have been processed manually. In order to determine which of the 2100 Grace Claimants may also be Trust Claimants would require searching each database. The Trust estimates that the process of entering names or social security numbers of these 2100 individuals would likely take a dedicated worker multiple, full work-days to complete. If the search were to be conducted in the Dallas office, the Trust would be at a significant disadvantage since there are only four full time and two part time employees. The office assistant who would have the skill set to perform the search is no longer with the Trust. As such, the Trust is currently short staffed and it would be a hardship for us to perform this work. The Trust claims are processed by the Delaware Claims Processing Facility. If they were to

perform the work, it would require substantial time and the Trust would be billed for the project. At this time, the Trust has 6 reviewers and a claims manager that perform work at DCPF. To require any of those individuals to perform the project would take them away from processing claims, which would work to the detriment of our claimants.

6. After the initial search identifies the parameters of the production, the Trust would then be tasked with notifying and obtaining consent from each of the affected Trust Claimants. Such a proposition could be expensive and could also prove time consuming, especially if any of the Trust Claimants are not represented by counsel. Moreover, this process could be lengthy, as the Trust's experience is that obtaining information from Claimants upon request is often a difficult and a drawn-out process.

**FURTHER AFFIANT SAYETH NOT.**

EXECUTED this 18 day of July 2007.

*[signature]*
MARCELLENE MALOUF

SUBSCRIBED AND SWORN TO BEFORE ME on this 18 day of July 2007.

*[signature]*
Notary Public, State of Texas

My Commission Expires:

April 18, 2011

DEONDRA M. SELPH
MY COMMISSION EXPIRES
April 18, 2011

AFFIDAVIT OF MARCELLENE MALOUF – PAGE 4

016923.00010:1043914.01