## **CERTIFICATE OF SERVICE**

    I, Christopher P. Simon, Esquire, hereby certify that on the 20th day of July, 2007, I caused a copy of the following document to be served on the individuals on the attached service list via hand delivery or in the manner indicated:

>**DII Industries, LLC Asbestos PI Trust's Response to Debtors' Motion to Compel the DII Industries, LLC Asbestos PI Trust to Produce Documents and Appear for Deposition**

      /s/ Christopher P. Simon  
    Christopher P. Simon (No. 3697)

## SERVICE LIST

**VIA HAND DELIVERY**

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones
James E. O'Neill
Paschulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski
Richard W. Riley
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

(Local Counsel to DIP Lender)
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899

(Local Counsel to Asbestos Claimants)
Marla Eskin
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE  19801

(Counsel for The Chase Manhattan Bank)
Mark D. Collins
Deborah E. Spivack
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

(Counsel for Property Damage Claimants)
Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE  19899

(United States Trustee)
David Klauder
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
100 West Street, Suite 1410
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**

(Counsel to Debtor)
David B. Bernick, P.C.
Janet Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

(W.R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

(Official Committee of Unsecured Creditors)
Lewis Kruger
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

(Official Committee of Personal Injury Claimants)
Elihy Inselbuch
Rita Robin
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152

(Official Committee of Property Damage Claimants)
Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131

(Equity Committee Counsel)
Philip Bentley
Thomas M. Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Peter Van N. Lockwood
Julie W. Davis
Trevor W. Swett, III
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NY  07102-3889

(Counsel to DIP Lender)
J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

(Counsel to David T. Austern – Claimant's Representative)
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NY
Washington, DC  20007

(Counsel to David T. Austern, Future Claimant's Representatives)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806