IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) <br> ) |
| Debtors. | ) <br> ) |

**RESCHEDULED NOTICE OF RULE 30(B)(6) DEPOSITION
AND SUBPOENA OF RUST CONSULTING, INC.**

TO:   Rust Consulting, Inc.

and

**PARTIES ON THE MASTER SERVICE LIST**

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the District of Minnesota issued a subpoena (a copy of which is attached hereto) for Rust Consulting, Inc. ("Rust"). This subpoena was served on March 30, 2007. The subpoena requires Rust to designate a corporate representative, and for that corporate representative to appear for deposition on April 27, 2007 beginning at 9:00 a.m., at the offices of Robins, Caplan, Miller & Ciresi LLP, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402. By agreement of counsel, the deposition has been rescheduled for August 14, 2007 beginning at 9:00 a.m., at the offices of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601.

TAKE FURTHER NOTICE that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction. Testimony shall be taken by stenographic means, and also by audio/visual means. You are invited to attend and cross-examine.

Dated: July 20, 2007

CAMPBELL & LEVINE, LLC

_____
Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

- and –

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

- and -

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y. 10103-0001
Telephone: (212) 506-5000

*Counsel for David T. Austern,
Future Claimants' Representative*

TAKE FURTHER NOTICE that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction. Testimony shall be taken by stenographic means, and also by audio/visual means. You are invited to attend and cross-examine.

Dated: July 20, 2007

| CAMPBELL & LEVINE, LLC | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| *signature* | |
| Marla R. Eskin (#2989) | John C. Phillips, Jr. (#110) |
| Mark T. Hurford (#3299) | 1200 North Broom Street |
| 800 King Street, Suite 300 | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Telephone: (302) 655-4200 |
| Telephone: (302) 426-1900 | |
| | - and - |
| - and - | |
| | Roger Frankel |
| Elihu Inselbuch | Richard H. Wyron |
| CAPLIN & DRYSDALE, CHARTERED | Raymond G. Mullady, Jr. |
| 375 Park Avenue, 35th Floor | Debra L. Felder |
| New York, NY 10152-3500 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Telephone: (212) 319-7125 | 3050 K Street, NW |
| | Washington, DC 20007 |
| Peter Van N. Lockwood | Telephone: (202) 339-8400 |
| Nathan D. Finch | |
| CAPLIN & DRYSDALE, CHARTERED | John Ansbro |
| One Thomas Circle, NW | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Washington, DC 20005 | 666 Fifth Avenue |
| Telephone: (202) 862-5000 | New York, N.Y. 10103-0001 |
| | Telephone: (212) 506-5000 |
| *Counsel for the Official Committee of Asbestos Personal Injury Claimants* | *Counsel for David T. Austern, Future Claimants' Representative* |