UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF MOTION FOR ORDER FOR ADMISSION PRO HAC VICE (D.I. 16307)

**PLEASE TAKE NOTICE,** that the Official Committee of Asbestos Personal Injury Claimants, hereby gives notice of the withdrawal of the filing of Docket No. 16307, Motion for Order for Admission Pro Hac Vice of James P. Wehner.

Date: July 20, 2007              **CAMPBELL & LEVINE, LLC**

/S/ Mark Hurford
Mark T. Hurford (No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
Phone: (302) 426-1900
Facsimile: (302) 426-9947

Attorneys for the Official Committee of Asbestos Personal Injury Claimants

{D0089638.1 }