IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01139-JKF |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF SERVICE OF EARLY, LUDWICK & SWEENEY, LLC'S CHART CLASSIFYING CLAIMANTS IDENTIFIED ON EXHIBIT 1 TO THE SUBPOENA DIRECTED TO EARLY, LUDWICK, SWEENEY & STRAUSS, LLC DATED MARCH 16, 2007 AS REFLECTED ON THE TRANSCRIPT OF THE MAY 21, 2007 HEARING**

I HEREBY CERTIFY that on July 20, 2007, one copy of the **EARLY, LUDWICK & SWEENEY, LLC'S CHART CLASSIFYING CLAIMANTS IDENTIFIED ON EXHIBIT 1 TO THE SUBPOENA DIRECTED TO EARLY, LUDWICK, SWEENEY & STRAUSS, LLC DATED MARCH 16, 2007 AS REFLECTED ON THE TRANSCRIPT OF THE MAY 21, 2007 HEARING** was served on the following party electronically:

Ellen Therese Ahern, Esq.
David Bernick, Esq.
Jan Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Dated: July 20, 2007

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By:      /s/ Noel C. Burnham
Noel C. Burnham, Esquire (3483)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 504-7800
(302 504-7820 facsimile