IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Re. Docket Nos. 16297 and 16310 |
| Debtors. | ) | July 23, 2007 Agenda Item No. 6 |

**AMENDMENT TO DEBTORS' LIMITED REPLY TO OBJECTIONS TO TENTH MOTION FOR AN ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS**

On July 16, 2007, the Debtors' filed their limited reply to objections to their Exclusivity Motion. [Docket No. 16297] On page 3 of the Reply, the Debtors report on the status of settlements with Asbestos PD claimants. In that paragraph, the Debtors indicate that they have reached settlements with the majority of the law firms representing PD claimants. The Debtors further indicate that settlement agreements have been reached with all but two firms. This statement has caused some confusion, which is reflected in a pleading filed by counsel for the State of California, Department of General Services ("California").[Docket No. 16310]. California states that the Debtors have not reached settlement with them and, in fact, no settlement discussions have taken place.

The Debtors' statements in their Reply address settlement discussions and settled claims. The Debtors acknowledge that, in addition to the claims represented by the Speights & Runyan firm and the Motley Rice firm, PD claims asserted by the State of California and by owners of the Macerich Fresno shopping mall, and a claim relating to the Solow case in New York, remain, and have not been the subject of settlement discussions. In the case of California and Macerich, the claims are the subject of dispositive motions argued to the Court that are currently under advisement. The Solow claim relates to a matter for which judgment was entered against the

Debtors pre-petition, the judgment is on appeal and this Court previously denied an effort to lift the stay to complete the appeal. The Debtors are not ignoring these claims. They simply were not addressed in the discussion of settled claims in the Reply due to their procedural posture.

Dated: July 20, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Janet S. Baer
Deanna D. Boll
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2