IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| ) | |
| ) | Related Docket No._____ |

**ORDER EXCLUDING TESTIMONY AND EVIDENCE OF *NULLUM TEMPUS* STATUS AT THE JULY 30-31, 2007 STATUTE OF LIMITATIONS HEARING ON CERTAIN MOTLEY RICE CLAIMANTS' ASBESTOS PROPERTY DAMAGE CLAIMS**

AND NOW upon consideration of Debtors' Motion in Limine to Exclude Testimony and Evidence of *Nullum Tempus* Status at the July 30-31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims and any opposition thereto, it is ORDERED, ADJUDGED and DECREED that said motion be and hereby is GRANTED, and that testimony and evidence relating to the Motley Rice Claimants' *nullum tempus* defense shall be stricken and excluded from the July 30-31, 2007 Statute of Limitations Hearing.

Dated: July ___, 2007

                                                                HONORABLE JUDITH K. FITZGERALD
                                                                United States Bankruptcy Court