# EXHIBIT A

| **UNITED STATES BANKRUPTCY COURT**<br>**District of Delaware** | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor:<br>**W.R. Grace & Co.** | Case No. 01-01139<br>Chapter 11 | |
| Name of Creditor:<br><br>State of Iowa<br>Name and address where notices should be sent:<br><br>Iowa Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 10471<br>Des Moines, IA 50306<br>Telephone Number: (515) 281-6763 | ☐ Check box if you are aware that anyone else filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>569949 | Check here if this claim ☐ Replaces ☐ Amends a previously filed claim, dated | |

| 1. **Basis for Claim:** | |
|---|---|
| ☑ Taxes<br>☐ Other | THE DEPARTMENT DOES NOT WAIVE ITS RIGHT TO SET-OFF TAX REFUNDS OR OTHER DEBTS OWED BY THE STATE OF IOWA TO THE DEBTOR. |

| 2. **Date debt was incurred:** due date of tax return | 3. **If court judgment, date obtained:** |
|---|---|

4. **Classification of Claim.** Check the appropriate boxes that best describe your claim and state the amount of the claim at the time case filed.

| **Unsecured Nonpriority Claim** $0.00 | **Secured Claim** $0.00 |
|---|---|
| ☐ Check this box if: a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | ☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>☐ Real Estate  ☐ Motor Vehicle  ☐ Other ** |
| **Unsecured Priority Claim** $62,575.58<br>☑ Check this box if you have unsecured priority claim.<br>Specify the priority of the claim:<br>☑ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Administrative Expense - 11 U.S.C. § 507(a)(1). | ** All of Debtor's property pursuant to Iowa Code § 422.26 |

| 5. Total Amount of Claim at Time Case Filed | $0.00<br>(Unsecured) | $0.00<br>(Secured) | $62,575.58<br>(Priority) | $62,575.58<br>(Total) |
|---|---|---|---|---|

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all other interest charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgage security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date:<br>Acct No. 569949<br><br>Prepared by:<br>Typed by: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim. |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

## For the Department of Revenue
## Itemized Statement

For the    District of    Delaware

In Re:    W.R. Grace & Co.

| | | | |
|---|---|---|---|
| Employer ID Number: | 13-5114230 | Case Number: | 01-01139 |
| Permit Number: | | Petition Date: | 04/02/01 |
| Account Number: | 569949 | Chapter: | 11 |

The debtor is indebted for taxes due pursuant to the revenue laws of the State of Iowa as follows:

**A. SECURED CLAIMS (Secured by a tax lien, or security interest as noted below) ***

| KIND OF TAX | PERIOD | TAX | PENALTY | INTEREST | FEES | TOTAL | DATE NOTICE OF LIEN FILED |
|---|---|---|---|---|---|---|---|
| | | | | | | **$0.00** | Secured Total |

**B. PRIORITY UNSECURED CLAIMS**

| KIND OF TAX | PERIOD | TAX | PENALTY | INTEREST | FEES | TOTAL | DATE TAX ASSESSED |
|---|---|---|---|---|---|---|---|
| Corp. | 12/31/86 | $33,679.00 | | $28,896.58 | | $62,575.58 | 07/05/2007 |
| | | | | | | **$62,575.58** | Priority Total |

**C. GENERAL UNSECURED CLAIMS**

| KIND OF TAX | PERIOD | TAX | PENALTY | INTEREST | FEES | TOTAL | DATE TAX ASSESSED |
|---|---|---|---|---|---|---|---|
| | | | | | | **$0.00** | Unsecured Total |
| | | | | | | **$62,575.58** | **GRAND TOTAL** |

*To the extent that the security interest, or lien, described above is insufficient to satisfy the department's claim in full, the balance is a priority or a general unsecured claim.

FILE COPY    CORPORATION INCOME TAX    240

2402001175721002400007941508200007941508 4

**IOWA DEPT. OF REVENUE**
HOOVER STATE OFFICE BUILDING
DES MOINES, IOWA 50319

| NOTICE DATE JUL 5, 2007 | DUE IF PAID BY JUL 31, 2007 | $79,415.08 | 2 |
| ACCOUNT NUMBER 001175721 002 4 | DUE IF PAID BY | | |

W R GRACE & CO CONN
5400 BROKN SOUND BLVD NW
STE 300
BOCA RATON    FL    33487-3511

FED ID 13-5114230

WITH REMITTANCE TO INSURE PROPER CREDIT

REASON FOR ASSESSMENT:
OFFICE ADJUSTMENT

NOTICE DATE JUL 5, 2007

BY _____
DIRECTOR OF REVENUE

W R GRACE & CO CONN

NOTICE OF ASSESSMENT: **CORPORATION INCOME TAX**

This is to inform you that the Iowa Department of Revenue is assessing you for the tax penalty, interest and fees shown below.

Pay this amount with a **separate check.** Do not include it as part of your regular monthly or quarterly tax payment.

This assessment will become final unless you appeal within 60 days or pay the amount shown and file a timely refund claim. If you do not appeal and you do not pay, we will begin additional collection steps after the due date shown above.

If this assessment is for **drug taxes,** you have 60 days to appeal, but you cannot pay the amount shown and then file a refund claim after repayment. If this assessment is a **jeopardy assessment,** the total shown above is immediately collectable, unless the director accepts a bond (IA Code 422.30). if you are in **bankruptcy,** see the reverse side of this form.

| TAX PERIOD(S) | TAX | PENALTY | INTEREST | FEES | TOTAL |
|---|---|---|---|---|---|
| 86-12-31 | 33679.00 | .00 | 45736.08 | | 79415.08 |
| 89-12-31 | .00 | .00 | .00 | | .00 |

THE AMOUNT ON THIS LINE IS DUE IF PAID BY JUL 31, 2007    $79,415.08

If you have any questions concerning this billing, please call

515-281-3663
TELEPHONE

001175721 002
ACCOUNT NUMBER

96-053  R6053A
625-0366 12/05