IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 01-01139 |
| W.R. GRACE & CO., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | Chapter 11 |

**CERTIFICATE OF SERVICE**

I, John Waters, hereby certify that on the 23rd day of July 2007, I caused copies of the following documents to be served on the persons on the attached Service List by U.S. Mail, postage prepaid:

1. Notice of Iowa Department of Revenue's Motion for Leave to File Late Claim

2. Iowa Department of Revenue's Motion for Leave to File Late Claim.

3. Proposed Order Granting the Iowa Department of Revenue's Motion for Leave to File Late Claim.

IOWA DEPARTMENT OF REVENUE

By:  /S/ John Waters – Monday, July 23, 2007
JOHN WATERS, Iowa Bar No. 5885
Attorney At Law
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306
(515) 281-6427
Fax: (515) 281-0763

BMC GROUP
NOTICING COORDINATOR
1330 E FRANKLIN AVE
EL SEGUNDO, CA 90245-4306

JUDITH GREENSPAN, ESQ
THE AMALGAMATED IND AND SVC WORKERS
730 BROADWAY, TENTH FL
NEW YORK, NY 10003-9511

SPEIGHTS & RUNYAN
DANIEL A SPEIGHTS, ESQ
200 JACKSON AVE, EAST
PO BOX 685
HAMPTON, SC 29924

SENIOR DEPUTY ATTORNEY GENERAL
CHRISTOPHER R MOMJIAN
ID NO 057482, OFFICE OF ATTY GEN
21 S 12TH ST, 3RD FL
PHILADELPHIA, PA 19107-3603

OGILVY-RENAULT
DERRICK TAY, ESQ
200 BAY ST, STE 3800
ROYAL BANK PLAZA, SOUTH TOWER
TORONTO, ON M5J2Z4
CANADA

THE SCHULTZ ORGANIZATION
MR HARVEY SCHULTZ
4 WOODS END
OCEAN, NJ 07712-4181

MENDES & MOUNT, LLP
THOMAS J QUINN, ESQ
750 SEVENTH AVE
NEW YORK, NY 10019-6829

THE STATE OF TE
BANKRUPTCY & COLLECTIONS DIVISION
KAY D BROCK, ESQ
PO BOX 12548
AUSTIN, TX 78711-2548

GOODWIN PROCTER LLP
DANIEL M GLOSBAND, P C
EXCHANGE PLACE
BOSTON, MA 02109

ROBERT T AULGUR, JR , ESQ
PO BOX 617
ODESSA, DE 19730

STEVEN T BARON, ESQ
SILBER PEARLMAN, LLP
2711 NORTH HASKELL AVE, 5TH FL, LLP
DALLAS, TX 75204

MOTLEY RICE LLC
NANCY WORTH DAVIS, ESQ
28 BRIDGESIDE BOULEVARD
PO BOX 1792
MOUNT PLEASANT, SC 29465

WILENTZ, GOLDMAN & SPITZER
DEIRDRE WOULFE PACHECO, ESQ
90 WOODBRIDGE CENTER DRIVE
PO BOX 10
WOODBRIDGE, NJ 07095

FERRY & JOSEPH, P A
M B JOSEPH & T J TACCONELLI, ESQS
824 MARKET ST, STE 904
PO BOX 1351
WILMINGTON, DE 19899

CAMPBELL & LEVINE, LLC
MARLA ESKIN, ESQ & MARK HURFORD ESQ
800 N KING ST
#301
WILMINGTON, DE 19801-3549

PLASTIRAS & TERRIZZI
C RANDALL BUPP, ESQ
24 PROFESSIONAL CENTER PARKWAY
STE 150
SAN RAFAEL, CA 94903

CORNELL UNIVERSITY
ANTHONY F PARISE
OFFICE OF UNIVERSITY COUNSEL
300 CCC BLDG, GARDEN AVE
ITHACA, NY 14853-2601

LINEBARGER GOGGAN BLAIR & SAMPSON
ELIZABETH WELLER
2323 BRYAN ST, STE 1720
DALLAS, TX 75201-2691

LAW OFFICES OF MARTHA E ROMERO & AS
MARTHA E ROMERO
7743 SOUTH PAINTER AVE, STE E
WHITTIER, CA 90602

KIRKLAND & ELLIS
JAMES H M SPRAYREGEN/JAMES KAPP III
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

LATHAM & WATKINS
DAVID S HELLER, ESQ
SEARS TOWER, STE 5800
CHICAGO, IL 60606

ENRON ENERGY SERVICES
GENERAL COUNSEL
1400 SMITH ST
EB 0889
HOUSTON, TX 77002

KLETT ROONEY LIEBER & SCHORLING
TERESA K D CURRIER, ESQ
1000 WEST ST, STE 1410
PO BOX 1397
WILMINGTON, DE 19899-1397

KRAMER LEVIN NAFTALIS & FRANKEL LLP
GARY M BECKER, ESQ
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
PHILIP BENTLEY, ESQ
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

STEVENS & LEE, P C
JOHN D DEMMY, ESQ
300 DELAWARE AVE
8TH FL, STE 800
WILMINGTON, DE 19801

BUCHANAN INGERSOLL PC
DAVID E WILKS, ESQ
THE NEMOURS BLDG
1007 N ORANGE ST, STE 1110
WILMINGTON, DE 19801

FLOYD, ISGUR, RIOS & WAHRLICH, P C
RANDALL A RIOS
700 LOUISIANA, STE 4600
HOUSTON, TX 77002

DECHERT PRICE & RHOADS
MATTHEW PORTER & BERNARD BONN III
200 CLARENDON ST
27TH FL
BOSTON, MA 02116-5021

CHAMBLISS, BAHNER, & STOPHEL, P C
RONALD D GORSLINE
1000 TALLAN BLDG, STE 1000
TWO UNION SQUARE
CHATTANOOGA, TN 37402-2552

| | | |
|---|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP<br>J WISLER & M MCMAHON, ESQS<br>1220 MARKET ST, 10TH FL<br>WILMINGTON, DE 19899 | WINSTON & STRAWN<br>DAVID W WIRT, ESQ<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 | BIFFERATO, BIFFERATOR & GENTILOTTI<br>MEGAN N HARPER, ESQ<br>1308 DELAWARE AVE<br>PO BOX 2165<br>WILMINGTON, DE 19899 |
| WILSON ELSER MOSKOWITZ EDELMAN DICK<br>CARL PERICONE, ESQ<br>150 EAST 42ND ST<br>NEW YORK, NY 10019-5639 | BROWN & CONNERY, LLP<br>STEPHANIE NOLAN DEVINEY<br>360 HADDON AVE<br>PO BOX 539<br>WESTMONT, NJ 08108 | ASSISTANT ATTORNEY GENERAL<br>ANN BEIMDIEK KINSELLA<br>445 MINNESOTA ST, STE 1200<br>ST PAUL, MN 55101-2127 |
| FABELHABER LLC<br>DEBORAH L THORNE, ESQ<br>55 EAST MONROE ST, 40TH FL<br>CHICAGO, IL 60603 | MONZACK AND MONACO, P A<br>RACHEL B MERSKY, ESQ<br>1201 N ORANGE ST, STE 400<br>WILMINGTON, DE 19801 | STEPTOE & JOHNSON LLP<br>G CALHOUN/MARCH COLEMANS<br>1330 CONNECTICUT AVE NW<br>WASHINGTON, DC 20036 |
| HELLMUTH & JOHNSON, PLLC<br>MICHAEL S SANDBERG, ESQ<br>10400 VIKING DRIVE, STE 560<br>EDEN PRAIRIE, MN 55344 | THE CAVANAGH FIRM, P A<br>DON C FLETCHER, ESQ<br>1850 NORTH CENTRAL AVE<br>STE 2400<br>PHOENIX, AZ 85004 | THE DOW CHEMICAL COMPANY<br>MICHAEL T KAY & NANCY DRAVES, ESQS<br>2030 DOW CENTER<br>MIDLAND, MI 48674 |
| PHELPS DODGE CORP<br>SCOTT BARKER, CREDIT MANAGER<br>ONE NORTH CENTRAL AVE<br>PHOENIX, AZ 85004 | PITNEY, HARDIN, KIPP & SZUCH LLP<br>RONALD S BEACHER, ESQ<br>685 3RD AVE<br>NEW YORK, NY 10017-4024 | ASSISTANT ATTORNEY GENERAL<br>OSCAR B FEARS, III<br>40 CAPITOL SQUARE, S W<br>ATLANTA, GA 30334 |
| NOSSAMAN GUTHNER KNOX & ELLIOTT LLP<br>ALLAN H ICKOWITZ, ESQ<br>445 SOUTH FIGUEROA ST, 31ST FL<br>LOS ANGELES, CA 90071 | MONZACK AND MONACO, P A<br>FRANCIS A MONACO, JR , ESQ<br>1201 N ORANGE ST, STE 400<br>PO BOX 2031<br>WILMINGTON, DE 19801 | FULBRIGHT & JAWORSKI, LLP<br>GERALD G PECHT, ESQ<br>1301 MCKINNEY, STE 5100<br>HOUSTON, TX 77010-3095 |
| MCCARTER & ENGLISH, LLP<br>WILLIAM F TAYLOR, JR , ESQ<br>MELLON BANK CENTER<br>919 MARKET ST, STE 1800<br>WILMINGTON, DE 19899 | STEVENS & LEE, P C<br>THOMAS G WHALEN, ESQ<br>300 DELAWARE AVE, STE 800<br>WILMINGTON, DE 19801 | MISSOURI DEPARTMENT OF REVENUE<br>GARY L BARNHART<br>BANKRUPTCY UNIT<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER ET AL<br>NOEL BURNHAM & RICHARD PLACEY, ESQS<br>123 SOUTH BROAD ST<br>AVE OF THE ARTS<br>PHILADELPHIA, PA 19109 | FOSTER & SEAR, LLP<br>SCOTT WERT, ESQ<br>524 E LAMAR BLVD , STE 200<br>ARLINGTON, TX 76011 | BURT BARR HAVINS & O'DEA, L L P<br>JOHN W HAVINS, ESQ<br>1001 MCKINNEY, STE 500<br>HOUSTON, TX 77002 |
| BILZIN SUMBERG DUNN BAENA ET AL<br>SCOTT L BAENA, ESQ<br>FIRST UNION FINANCIAL CENTER<br>200 S BISCAYNE BLVD, STE 2500<br>MIAMI, FL 33131 | DUANE, MORRIS & HECKSCHER LLP<br>MICHAEL R LASTOWSKI, ESQ<br>1100 NORTH MARKET ST, STE 1200<br>WILMINGTON, DE 19801-1246 | DUANE, MORRIS & HECKSCHER LLP<br>WILLIAM S KATCHEN, ESQ<br>1 RIVERFRONT PLAZA, 2ND FL<br>NEWARK, NJ 07102 |
| STROOCK & STROOCK & LAVAN LLP<br>LEWIS KRUGER, ESQ<br>180 MAIDEN LANE<br>NEW YORK, NY 10038-4982 | SNELLINGS BREARD SARTOR INABNETT &<br>MR CHARLES C TRASCHER III, ESQ<br>PO BOX 2055<br>MONROE, LA 71207 | SHEREE L KELLY & WILLIAM E FRESE<br>80 PARK PLAZA, T5D<br>PO BOX 570<br>NEWARK, NJ 07101 |

| | | |
|---|---|---|
| KATHERINE WHITE<br>200 RIVERFRONT BLVD<br>ELMWOOD PARK, NJ 07407 | GIBSON, DUNN & CRUTCHER LLP<br>200 PARK AVE<br>NEW YORK, NY 10166 | NEWCO MANAGEMENT COMPANY, LLC<br>VAHE MELKONIAN<br>6320 CANOGA AVE, STE 1430<br>WOODLAND HILLS, CA 91367 |
| REED SMITH LLP<br>JAMES J RESTIVO, ESQ<br>435 SIXTH AVE<br>PITTSBURGH, PA 15219 | TN ATTORNEY GEN'S OFFICE BANKR UNIT<br>PAUL G SUMERS, ESQ<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>GARY M BECKER, ESQ<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| BURNS WHITE & HICKTON LLC<br>RICHARD A O'HALLORAN ESQ<br>531 PLYMOUTH RD<br>STE 500<br>PLYMOUTH MEETING, PA 19462 | RICHARDS, LAYTON & FINGER, P A<br>MARK COLLINS & DEBORAH SPIVACK, ESQ<br>ONE RODNEY SQUARE<br>PO BOX 551<br>WILMINGTON, DE 19899 | DELAWARE DIVISION OF REVENUE<br>ALLISON E REARDON<br>820 N FRENCH ST<br>8TH FL<br>WILMINGTON, DE 19801 |
| KLEHR HARRISON HARVEY BRANZBURG & E<br>STEVEN K KORTANEK, ESQ<br>919 MARKET ST, STE 1000<br>WILMINGTON, DE 19801 | ROBERT J DEHNEY<br>MICHAEL G BUSENKELL<br>MORRIS, NICHOLS ARSHT & TUNNELL<br>1201 N MARKET ST<br>PO BOX 1347<br>WILMINGTON, DE 19899 | SIMPSON, THACHER, & BARTLETT<br>LYNN K NEUNER, ESQ<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017-3954 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>FRANK J PERCH, ESQ<br>844 KING ST, STE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801 | CORBETT & STEELMAN<br>RICHARD B SPECTOR & MARK MONACHINO<br>18200 VON KARMAN AVE, STE 200<br>IRVINE, CA 92612-1086 | ANDREWS & KURTH LLP<br>PETER S GOODMAN, ESQ<br>450 LEXINGTON AVE, 15TH FL<br>NEW YORK, NY 10017 |
| PILLSBURY WINTHROP LLP<br>CRAIG BARBAROSH, ESQ<br>650 TOWN CENTER DRIVE, 7TH FL<br>COSTA MESA, CA 92626-7122 | PILLSBURY WINTHROP LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1490 | LIEFF CABRASER HEIMANN & BERNSTEIN<br>ELIZABETH J CABRASER, ESQ<br>EMBACADERO CENTER WEST, 30TH FL<br>275 BATTERY ST<br>SAN FRANCISCO, CA 94111 |
| ADELMAN LAVINE GOLD & LEVIN<br>BARRY D KLEBAN<br>4 PENN CENTER<br>STE 900<br>PHILADELPHIA, PA 19103 | ALDINE INDEPENDENT SCHOOL DISTRICT<br>JONATHAN C HANTKE, ESQ<br>PAMELA H WALTERS, ESQUIRE<br>14910 ALDINE-WESTFIELD ROAD<br>HOUSTON, TX 77032 | ALLSTATE INSURANCE COMPANY<br>WHITE AND WILLIAMS LLP<br>JAMES S YODER ESQ<br>824 MARKET ST STE 902<br>WILMINGTON, DE 19899-0709 |
| AMERICAN EMPLOYERS INS CO<br>DRINKER BIDDLE & REATH LLP<br>DAVID P PRIMACK<br>1100 NORTH MARKET ST<br>STE 1000<br>WILMINGTON, DE 19801-1254 | AMERICAN EMPLOYERS INS CO<br>DRINKER BIDDLE & REATH LLP<br>MICHAEL F BROWN<br>ONE LOGAN SQUARE<br>18TH AND CHERRY STREETS<br>PHILADELPHIA, PA 19103-6996 | AMERICAN PREMIER UNDERWRITERS INC<br>BLANK ROME LLP<br>BENJAMIN G STONELAKE<br>1 LOGAN SQ<br>130 N 18TH ST<br>PHILADELPHIA, PA 19103 |
| AMERICAN PREMIER UNDERWRITERS INC<br>BLANK ROME LLP<br>MATTHEW J SIEMBIEDA<br>1 LOGAN SQ<br>130 N 18TH ST<br>PHILADELPHIA, PA 19103 | AMERICAN PREMIER UNDERWRITERS INC<br>BLANK ROME LLP<br>SCOTT E COBURN<br>1 LOGAN SQ<br>130 N 18TH ST<br>PHILADELPHIA, PA 19103 | ANDERSON, KILL & OLICK, P C<br>JEFFREY L GLATZER, ESQ<br>1251 AVE OF THE AMERICAS<br>NEW YORK, NY 10020-1182 |
| ANTON VOLOVSEK<br>RT2 – BOX 200 #42<br>KAMIAH, ID 83536-9229 | CAMPBELL & LEVINE<br>MATTHEW G ZALESKI III<br>800 KING ST<br>STE 300<br>WILMINGTON, DE 19801 | ASHBY & GEDDES PA<br>(RE: MACERICH FRESNO LIMITED PARTNERS)<br>WILLIAM BOWDEN & AMANDA WINFREE<br>500 DELAWARE AVE. 8TH FL<br>WILMINGTON, DE 19801 |

| | | |
|---|---|---|
| ASSISTANT ATTORNEY GENERAL<br>STEVEN B FLANCHER, ESQ<br>DEPARTMENT OF ATTORNEY GENERAL<br>REVENUE DIV, 1ST FL TREASURY BLDG<br>LANSING, MI 48992 | ASSISTANT GENERAL COUNSEL<br>JONATHAN H ALDEN, ESQ<br>3900 COMMONWEALTH BOULEVARD, MS 35<br>TALLAHASSEE, FL 32399-3000 | ATTORNEY AT LAW<br>CHARLES E GIBSON, III<br>620 NORTH ST, STE 100<br>JACKSON, MS 39202 |
| ATTORNEYS FOR PPG INDUSTRIES, INC<br>WILLIAM M AUKAMP, ESQUIRE<br>JOHN J WINTER & W J WINTERSTEIN, JR<br>ELEVEN PENN CENTER, 29TH FL<br>1835 MARKET ST<br>PHILADELPHIA, PA 19103 | AUTHUR STEIN, ESQ<br>1041 W LACEY ROAD<br>PO BOX 1070<br>FORKED RIVER, NJ 08731-6070 | BALLARD SPAHR ANDREWS & INGERSOLL<br>(RE: STATE OF CA DEPT GEN SERVICES)<br>LESLIE C HEILMAN ESQ<br>919 N MARKET ST 12TH FL<br>WILMINGTON, DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL<br>(RE: STATE OF CA DEPT GEN SERVICES)<br>TOBEY M DALUZ ESQ<br>919 N MARKET ST 12TH FL<br>WILMINGTON, DE 19801 | BANKERS TRUST COMPANY<br>THOMAS MOSKIE<br>FOUR ALBANY ST<br>FOURTH FL<br>NEW YORK, NY 10006 | BARBARA M COOK, COUNTY SOLICITOR<br>KATHERINE L TAYLOR SENIOR ASSISTANT<br>HOWARD COUNTY OFFICE OF LAW<br>GEORGE HOWARD BLDG<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| BARON & BUDD, P C<br>ALAN B RICH & RUSSELL W BUDD<br>3102 OAK LAWN AVE<br>PO BOX 8705<br>DALLAS, TX 75219 | BEAR, STEARNS & CO INC<br>BRYAN SHAPIRO<br>383 MADISON AVE<br>NEW YORK, NY 10179 | BELZ ENTERPRISES<br>CREDIT MANAGER<br>100 PEABODY PLACE, STE 1400<br>MEMPHIS, TN 38103 |
| BEN BOLT-PALITO-BLANCO ISD,<br>BROWNSVILLE ISD, CAME<br>LINEBARGER GOGGAN BLAIR PENA & SAMP<br>LORI GRUVER ROBERTSON<br>1949 SOUTH IH 35 (78741)<br>PO BOX 17428<br>AUSTIN, TX 78760 | BERGER & MONTAGUE, P C<br>JONATHAN BERGER/RUSSELL HENKIN ESQS<br>1622 LOCUST ST<br>PHILADELPHIA, PA 19103-6365 | BIFFERATO GENTILOTTI & BALICK LLC<br>(RE: US FIRE INS CO)<br>GARVAN F MCDANIEL<br>1308 DELAWARE AVE<br>PO BOX 2165<br>WILMINGTON, DE 19899 |
| BRAYTON & PURCELL<br>ALAN R BRAYTON, ESQ<br>222 RUSH LANDING ROAD<br>NOVATO, CA 94945 | BURROUGHS HEPLER BROOM<br>CARL P MCNULTY II<br>103 WEST VANDALIA ST STE 300<br>PO BOX 510<br>EDWARDSVILLE, IL 62025-0510 | BURROUGHS HEPLER BROOM<br>JEFFREY S HEBRANK<br>103 WEST VANDALIA ST STE 300<br>PO BOX 510<br>EDWARDSVILLE, IL 62025-0510 |
| BUSINESS LAW SECTION ONTARIO OFFICE<br>(RE: HER MAJESTY THE QUEEN)<br>JACQUELINE DAIS-VISCA<br>130 KING ST WEST<br>SUITE 2400 BOX 34<br>TORONTO ONTARIO, ON M5X 1K6<br>CANADA | C/O R& S LIQUIDATION COMPANY<br>THOMAS J NOONAN, JR<br>5 LYONS MALL PMB #530<br>BASKING RIDGE, NJ 07920-1928 | CAPLIN & DRYSDALE, CHARTERED<br>(RE: COUNSEL TO ASBESTOS PI COMMITTEE)<br>ELIHU INSELBUCH & RITA TOBIN, ESQS<br>375 PARK AVE, 35TH FL<br>NEW YORK, NY 10152-3500 |
| CAPLIN & DRYSDALE, CHARTERED<br>J DAVIS/P LOCKWOOD/T SWETT/N FINCH<br>ONE THOMAS CIRCLE, N W<br>WASHINGTON, DC 20005 | CAPSTONE ADVISORY GROUP LLC<br>DUANE MORRIS LLP<br>RICHARD W RILEY<br>1100 N MARKET ST<br>STE 1200<br>WILMINGTON, DE 19801-1246 | CAROL COOK ET AL<br>STANLEY LAW FIRM PA<br>JAMES STANLEY JR<br>301 N BROADWAY<br>LITTLE ROCK, AR 72114 |
| CAMPBELL CHERRY HARRISON DAVIS DOVE<br>DAVID E CHERRY<br>PO DRAWER 21387<br>WACO, TX 76702-1387 | MURPHY SPADARO & LANDON<br>J S SPADARO & C T BROCKSTEDT<br>1011 CENTRE ROAD<br>STE 210<br>WILMINGTON, DE 19805 | ZUCKERMAN SPAEDER LLP<br>JAMES SOTTILE ESQ<br>1201 CONNECTICUT AVE NW<br>STE 600<br>WASHINGTON, DC 20036 |
| ZUCKERMAN SPAEDER LLP<br>THOMAS G MACAULEY<br>919 MARKET ST<br>STE 1705<br>WILMINGTON, DE 19899 | LINKLATERS<br>MARY WARREN & BRENDA DILUIGI<br>1345 AVENUE OF THE AMERICAS<br>19TH FL<br>NEW YORK, NY 10105 | CHARLES E BOULBOL<br>26 BROADWAY 17TH FL<br>NEW YORK, NY 10004 |

| | | |
|---|---|---|
| CHARLOTTE TRANSIT CENTER INC<br>KENNEDY COVINGTON LOBDELL & HICKMAN<br>A PRITCHARD WILLIAMS/M R WESTBROOK<br>HEARST TOWER 47TH FLOOR<br>214 N TRYON ST<br>CHARLOTTE, NC 28202 | CHL ADMIN INC<br>BLANK ROME LLP<br>ELIO BATTISTA JR ESQ<br>1201 MARKET ST<br>STE 800<br>WILMINGTON, DE 19801-4226 | CHL ADMIN INC<br>BLANK ROME LLP<br>MICHAEL B SCHAEDLE ESQ<br>ONE LOGAN SQUARE<br>130 NORTH 18TH ST<br>PHILADELPHIA, PA 19103 |
| CITICORP DEL-LEASE INC<br>SERGIO I SCUTERI ESQ<br>211 BENIGNO BLVD<br>STE 201<br>BELLMAWR, NJ 08031 | CITY OF KNOXVILLE<br>ASSISTANT CITY ATTORNEY<br>HILLARY BROWNING-JONES<br>PO BOX 1631<br>KNOXVILLE, TN 37901 | CITY OF SOMERVILLE<br>ASSISTANT CITY SOLICITOR<br>AFSHIN MIRALY<br>93 HIGHLAND AVE<br>LAW DEPT - CITY HALL<br>SOMERVILLE, MA 02143 |
| BILZIN SUMBERG DUNN BAENA PRICE<br>ROBERT W TURKEN, ESQ<br>2500 FIRST UNION FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD<br>MIAMI, FL 33131-2336 | CONTRARIAN CAPITAL MANAGEMENT, LLC<br>JON BAUER<br>411 WEST PUTNAM AVE, STE 225<br>GREENWICH, CT 06830 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ALISA MINSCH<br>411 W PUTNAM AVE S-225<br>GREENWICH, CT 06830-6263 |
| COUDERT BROTHERS<br>J D FARRELL & E H TILLINGHAST III<br>1114 AVE OF THE AMERICAS<br>NEW YORK, NY 10036 | COUNSEL FOR ENRON CORP<br>TOGUT SEGAL & SEGAL LLP<br>NEIL BERGER<br>ONE PENN PLAZA<br>STE 3335<br>NEW YORK, NY 10119 | THE SCOTT LAW GROUP<br>DARRELL W SCOTT<br>926 W SPRAGUE AVE<br>STE 583<br>SPOKANE, WA 99201 |
| MCPHERSON MONK HUGHES BRADLEY<br>JAMES E WIMBERLEY<br>3120 CENTRAL MALL DR<br>PORT ARTHUR, TX 77642 | CROSSROADS INDUSTRIAL PARK, INC<br>SCOTT ESTELLE, PRESIDENT<br>PO BOX 220<br>WEEDSPORT, NY 13166 | CUYLER BURK PC<br>(RE: ALLSTATE INSURANCE COMPANY)<br>ANDREW K CRAIG ESQ<br>PARSIPPANY CORPORATE CENTER<br>FOUR CENTURY DRIVE<br>PARSIPPANY, NJ 07054 |
| CUYLER BURK PC<br>(RE: ALLSTATE INSURANCE COMPANY)<br>STEFANO CALOGERO ESQ<br>PARSIPPANY CORPORATE CENTER<br>FOUR CENTURY DR<br>PARSIPANNY, NJ 07054 | DACA V, LLC<br>JULIE BUBNACK<br>2120 W WASHINGTON ST<br>SAN DIEGO, CA 92110 | DANICE SIMS<br>PO BOX 66658<br>BATON ROUGE, LA 70896 |
| DAP PRODUCTS, INC<br>C/O JULIEN A HECHT, ESQ<br>2400 BOSTON ST, STE 200<br>BALTIMORE, MD 21224 | DAVID T AUSTERN<br>PHILLIPS GOLDMAN & SPENCE PA<br>JOHN C PHILLIPS<br>1200 NORTH BROOM ST<br>WILMINGTON, DE 19806 | DAY PITNEY LLP<br>(RE: SPECIAL COUNSEL TO WRG)<br>ANTHONY J MARCHETTA ESQ<br>PO BOX 1945<br>MORRISTOWN, NJ 07962-0950 |
| DEBT ACQUISITION CO OF AMERICA V LL<br>2120 W WASHINGTON ST<br>SAN DIEGO, CA 92110-2052 | DEBT ACQUISITION CO OF AMERICA V LLC<br>1565 HOTEL CIRCLE SOUTH<br>STE 310<br>SAN DIEGO, CA 92108 | DEBT ACQUISITION CO OF AMERICA V LLC<br>SYLVIA SERRANO<br>1565 HOTEL CIRCLE SOUTH<br>STE 310<br>SAN DIEGO, CA 92108 |
| DELTA CHEMICAL CORPORATION<br>2601 CANNERY AVE<br>BALTIMORE, MD 21226-1595 | DEPUTY ATTORNEY GENERAL<br>(RE: NJ DEPT OF EPA)<br>RACHEL JEANNE LEHR<br>R J HUGHES JUSTICE COMPLEX<br>25 MARKET ST<br>PO BOX 093<br>TRENTON, NJ 08625-0093 | DEPUTY ATTORNEY GENERAL<br>KEVIN JAMES<br>1515 CLAY ST, 20TH FL<br>OAKLAND, CA 94612-1413 |
| DILWORTH PAXSON, LLP<br>ANNE MARIE P KELLEY, ESQ<br>LIBERTY VIEW – STE 700<br>457 HADDONFIELD ROAD<br>PO BOX 2570<br>CHERRY HILL, NJ 08002 | DK ACQUISITION<br>WILLKIE FARR & GALLAGHER<br>MARC ABRAMS ESQ<br>787 SEVENTH AVE<br>NEW YORK, NY 10019-6099 | DK ACQUISITION PARTNERS LP<br>MICHAEL J LEFFELL<br>885 THIRD AVE<br>STE 3300<br>NEW YORK, NY 10022 |

| | | |
|---|---|---|
| DK AXQUISITION PARTNERS<br>KLEHR HARRISON HARVEY BRANZBERG<br>JOANNE B WILLS<br>919 MARKET ST<br>STE 1000<br>WILMINGTON, DE 19801 | DURHAM JONES & PINEGAR<br>(RE: PACIFICORP)<br>JARED INOUYE ESQ<br>111 E BROADWAY<br>STE 900<br>SALT LAKE CITY, UT 84111 | DURHAM JONES & PINEGAR<br>(RE: PACIFICORP)<br>STEVEN J MCCARDELL ESQ<br>111 E BROADWAY<br>STE 900<br>SALT LAKE CITY, UT 84000 |
| ECKERT SEAMANS CHERIN & MELLOTT LLC<br>(RE: AON CONSULTING INC LLC)<br>TARA L LATTOMUS, ESQ<br>300 DELAWARE AVE<br>STE 1210<br>WILMINGTON, DE 19801 | ENRON ENERGY SERVICES<br>GENERAL COUNSEL 4HC7.325<br>4 HOUSTON CENTER<br>1221 LAMAR ST #1600<br>HOUSTON, TX 77010 | ENTERGY SERVICES, INC<br>ALAN H KATZ, ESQ<br>693 LOYOLA AVE, STE 2600<br>NEW ORLEANS, LA 70113 |
| ENVIROCARE OF UTAH INC<br>CRAIG THORLEY<br>605 NORTH 5600 WEST<br>SALT LAKE CITY, UT 84116 | ERISA LITIGATION<br>LOWENSTEIN SANDLER PC<br>IRA M LEVEE<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 | ERISA LITIGATION<br>LOWENSTEIN SANDLER PC<br>MICHAEL S ETKIN<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 |
| EULER HERMES ACI<br>LAUREN HOLZMAN CLAIMS PROCESSOR<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | EVEREST REINSURANCE CO/MT<br>MCKINELY INS<br>CROWELL & MORING LLP<br>MARK A EPLEY<br>1001 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20004-2500 | EVEREST REINSURANCE CO/MT MCKINELY<br>INS<br>MARKS O'NEILL O'BRIEN AND COURTNEY<br>BRIAN L KASPRZAK<br>913 NORTH MARKET ST<br>STE 800<br>WILMINGTON, DE 19801 |
| EXXONMOBIL CHEMICAL COMPANY<br>DONNA J PETRONE, ESQ<br>LAW DEPARTMENT – BANKRUPTCY<br>13501 KATY FREEWAY, ROOM W1-562<br>HOUSTON, TX 77079-1398 | FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS<br>STE 2305<br>NEW YORK, NY 10001 | FEDERAL INS CO<br>COZEN O'CONNOR<br>JACOB C COHN ESQ<br>1900 MARKET ST<br>PHILADELPHIA, PA 19103 |
| FOSTER & SEAR LLP<br>(RE: VARIOUS CLAIMANTS)<br>SCOTT WERT<br>524 E LAMAR BLVD<br>STE 200<br>ARLINGTON, TX 76011 | FRANK GECKER LLP<br>(RE: CAMPBELL CHERRY HARRISON DAVIS DOVE)<br>JOSEPH D FRANK<br>325 NORTH LASALLE ST<br>STE 625<br>CHICAGO, IL 60610 | FRANK GECKER LLP<br>(RE: HEARD ROBINS CLOUD & LUBEL)<br>JOSEPH D FRANK<br>325 NORTH LASALLE ST<br>STE 625<br>CHICAGO, IL 60610 |
| FRANK GECKER LLP<br>(RE: THE EAVES LAW FIRM)<br>JOSEPH D FRANK<br>325 NORTH LASALLE ST<br>STE 625<br>CHICAGO, IL 60610 | GE CORP<br>WOLF BLOCK SCHORR & SOLIS-COHEN LLP<br>TODD C SCHILTZ<br>1100 N MARKET ST STE 1001<br>WILMINGTON, DE 19801-1246 | GENERAL ELECTRIC CORP<br>WOLF BLOCK SCHORR<br>TODD C SHILTZ ESQ<br>WILMINGTON TRUST CENTER<br>1100 MARKET ST #1001<br>WILMINGTON, DE 19801 |
| GENERAL ELECTRIC RAILCAR SERVICES CORP<br>DILWORTH PAXSON LLP<br>MARTIN J WEIS & D SAM ANDERSON<br>3200 MELLON BANK CENTER<br>1735 MARKET ST<br>PHILADELPHIA, PA 19103 | GENERAL MOTORS ACCEPTANCE CORP<br>PO BOX 5055<br>TROY, MI 48007-5055 | GIBBONS DEL DEO DOLAN GRIFFINGER<br>ELIZABETH S KARDOS, ESQ<br>& VECCHIONE PC<br>ONE RIVERFRONT PLAZA<br>NEWARK, NJ 07102-5497 |
| GIBSON, DUNN & CRUTCHER LLP<br>STEVEN J JOHNSON, ESQ<br>1530 PAGE MILL ROAD<br>PALO ALTO, CA 94304-1125 | GOLDENBERG, MILLER, HELLER & ANTOGN<br>MARK C GOLDENBERG & ELIZABETH V H<br>227 S STATE ROUTE 157<br>PO BOX 959<br>EDWARDSVILLE, IL 62025 | GOTTEN WILSON & SAVORY PLLC<br>RUSSELL W SAVORY<br>88 UNION AVE, 14TH FL<br>MEMPHIS, TN 38103 |
| GRAU MEMBERS,GRAU & SONS, INC.<br>BANKEMPER & JACOBS<br>EDWARD L JACOBS, ESQ<br>PO BOX 70<br>FORT THOMAS, KY 41075-0070 | GREG MORRIS & ASSOCIATES<br>ATTORNEY GREG MORRIS<br>2822 NORTH BLACKSTONE AVE<br>FRESNO, CA 93703 | GREIF, INC<br>CREDIT DEPARTMENT<br>366 GREIF PARKWAY<br>DELAWARE, OH 43015 |

| | | |
|---|---|---|
| GTE<br>HARTER SECREST & EMERY LLP<br>CRAIG A SLATER, ESQ<br>TWELVE FOUNTAIN PLAZA<br>STE 400<br>BUFFALO, NY 14202-2293 | HAGENS BERMAN LLP<br>THOMAS M SOBOL, ESQ<br>ONE MAIN ST<br>4TH FL<br>CAMBRIDGE, MA 02142 | HAHN & HESSEN LLP<br>(RE: STATE OF CA DEPT GEN SERVICES)<br>CHRISTINA J KANG ESQ<br>488 MADISON AVE<br>NEW YORK, NY 10022 |
| HAHN & HESSEN LLP<br>(RE: STATE OF CA DEPT GEN SERVICES)<br>STEVEN J MANDELSBERG ESQ<br>488 MADISON AVE<br>NEW YORK, NY 10022 | HANMAR ASSOCIATES, M L P<br>MARK HANKIN<br>PO BOX 26767<br>ELKINS PARK, PA 19027 | HAYNES & BOONE LLP<br>PATRICK L HUGHES, ESQ<br>1000 LOUISIANA ST, STE 4300<br>HOUSTON, TX 77002-5012 |
| HELLER DRAPER HAYDEN PATRICK ET AL<br>WILLIAM H PATRICK & JAN M HAYDEN<br>650 POYDRAS ST, STE 2500<br>NEW ORLEANS, LA 70130-6103 | HOGAN & HARTON L L P<br>SCOTT A SHAIL & JAMES P RUGGERI<br>555 THIRTEENTH ST, N W<br>WASHINGTON, 20004-1109 | HOGAN & HARTSON LLP<br>IRA S GREENE, ESQ<br>875 THIRD AVE<br>NEW YORK, NY 10022-6225 |
| HUGHES HUBBARD & REED LLP<br>ANDREA HAZZARD ESQ<br>350 SOUTH GRAND AVE<br>LOS ANGELES, CA 90071-3442 | HUGHES HUBBARD & REED LLP<br>DANIEL H SLATE, ESQ<br>350 SOUTH GRAND AVE<br>LOS ANGELES, CA 90071-3442 | INGERSOLL-RAND FLUID PRODUCTS<br>CINDY SCHULTZ<br>ONE ARO CENTER<br>PO BOX 151<br>BRYAN, OH 43506 |
| INTERCAT INC<br>JAMES A SYLVESTER<br>104 UNION AVE<br>MANASQUAN, NJ 08736 | INTERNAL REVENUE SERVICE<br>INSOLVENCY<br>31 HOPKINS PLAZA, ROOM 1150<br>BALTIMORE, MD 21201 | IOS CAPITAL, INC<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON, GA 31208-3708 |
| IOS CAPITAL, INC<br>ROSA DOMINY<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON, GA 31208-3708 | IRS<br>DISTRICT DIRECTOR<br>409 SILVERSIDE RD<br>WILMINGTON, DE 19809 | JAMES H HOSEPH<br>ERIC LOPEZ SCHNABEL<br>KLET<br>THE BRANDYWINE BLDG 1000 W<br>WILMINGTON, DE 19801 |
| JANET NAPOLITANO<br>ROBERT R HALL<br>RUSSELL W SAVORY<br>1275 WEST WASHINGTON ST<br>PHOENIX, AZ 85007-1278 | JASPAN SCHLESINGER HOFFMAN LLP<br>STEVEN R SCHLESINGER, ESQ<br>300 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530 | JORDAN HYDEN WOMBLE & CULBRETH P C<br>SHELBY JORDAN & NATHANIEL P HOLZER<br>500 N SHORELINE BLVD STE 900<br>CORPUS CHRISTI, TX 78471 |
| JORDAN HYDEN WOMBLE & CULBRETH PC<br>MICHAEL J URBIS<br>1534 E 6TH ST<br>STE 104<br>BROWNSVILLE, TX 78520 | JULIE ARDOIN LLC<br>(RE: ANCEL ABADIC ET AL)<br>JULIE A ARDOIN ESQ<br>2200 VETERANS MEMORIAL BLVD<br>STE 210<br>KENNER, LA 70062-4032 | KILPATRICK STOCKTON<br>TODD MEYER, ESQ<br>1100 PEACHTREE ST<br>ATLANTA, GA 30309 |
| KLAMANN & HUBBARD PA<br>(RE: CLAIMANTS)<br>DIRK L HUBBARD<br>929 WALNUT ST STE 800<br>KANSAS CITY, MO 64106 | KLAMANN & HUBBARD PA<br>(RE: CLAIMANTS)<br>JOHN M KLAMANN<br>929 WALNUT ST STE 800<br>KANSAS CITY, MI 64106 | LANDIS RATH & COBB LLP<br>(RE: PACIFICORP)<br>MEGAN N HARPER ESQ<br>919 MARKET ST<br>STE 600<br>WILMINGTON, DE 19801 |
| LANDIS RATH & COBB LLP<br>(RE: PACIFICORP)<br>RICHARD S COBB ESQ<br>919 MARKET ST<br>STE 600<br>WILMINGTON, DE 19801 | LARRY A FEIND<br>133 PEACHTREE ST, N E<br>7TH FL<br>ATLANTA, GA 30303 | LATHAM & WATKINS<br>J DOUGLAS BACON<br>SEARS TOWER #5800<br>CHICAGO, IL 60606 |

| | | |
|---|---|---|
| LAUZON BELANGER INC<br>(RE: CANADIAN ZAI CLAIMANTS)<br>MICHEL BELANGER<br>286 RE ST PAUL QUEST<br>BUREAU 100<br>MONTREAL, QC H2Y 2A3<br>CANADA | LAUZON BELANGER INC<br>(RE: CANADIAN ZAI CLAIMANTS)<br>YVES LAUZON<br>286 RE ST PAUL QUEST<br>BUREAU 100<br>MONTREAL, QC H2Y 2A3<br>CANADA | LEXECON LLC<br>(RE: ASBESTOS CLAIMS CONSULTANTS)<br>DR JAMES HECKMAN<br>332 SOUTH MICHIGAN AVENUE<br>CHICAGO, IL |
| COHN WHITESELL & GOLDBERG LLP<br>DANIEL COHN & C CANDON<br>101 ARCH ST<br>BOSTON, MA 02110 | LANDIS RATH & COBB LLP<br>ADAM LANDIS & K MUMFORD<br>919 MARKET ST<br>STE 600<br>WILMINGTON, DE 19801 | MCGARVEY HEBERLING SULLIVAN<br>JON HEBERLING<br>745 SOUTH MAIN<br>KALISPELL, MT 59904 |
| LINEBARGER GOGGAN BLAIR GRAHAM PENA<br>DAVID AELVOET, ESQ<br>TRAVIS PARK PLAZA BLDG<br>711 NAVARRO, STE 300<br>SAN ANTONIO, TX 78205 | LINEBARGER HEARD GOGGAN BLAIR<br>JOHN P DILLMAN, ESQ<br>GRAHAM PEÑA & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | LIPSIPTZ GREEN FAHRINGER ROLL ET AL<br>JOSEPH T KREMER, ESQ<br>42 DELAWARE AVE, STE 300<br>BUFFALO, NY 14202 |
| LONGACRE MASTER FUND, LTD<br>MAURIE SHALMONE<br>810 SEVENTH AVE<br>22ND FL<br>NEW YORK, NY 10019 | MARIA ROSOFF ESKIN<br>ROBERT JACOBS, ESQ<br>JACOBS & CRUMPLAR, P A<br>2 EAST 7TH ST<br>PO BOX 1271<br>WILMINGTON, DE 19899 | MCDERMOTT, WILL & EMERY<br>J STONE/D ROSENBLOOM/L ROSENBLOOM<br>227 WEST MONROE ST<br>CHICAGO, IL 60606-5096 |
| MEYERS, RODBELL & ROSENBAUM, P A<br>R H ROSENBAUM & M E MEYERS, ESQS<br>BERKSHIRE BLDG<br>6801 KENILWORTH AVE, STE 400<br>RIVERDALE, MD 20737-1385 | MICHAEL D HESS<br>M DIANE JASINSKI, ESQ<br>CORP COUNSEL OF CITY OF NEW YORK<br>100 CHURCH ST, ROOM 6-127<br>NEW YORK, NY 10007 | MILBERG WEISS BERSHAD HYNES LERACH<br>RACHEL FLEISHMAN & BRAD N FRIEDMAN<br>ONE PENNSYLVANIA PLAZA<br>NEW YORK, NY 10119-0165 |
| MORRIS, NICHOLS ARSHT & TUNNELL<br>ERIC D SCHWARTZ & WILLIAM SUDELL JR<br>1201 N MARKET ST<br>PO BOX 1347<br>WILMINGTON, DE 19899 | MOSES & SINGER LLP<br>ALAN KOLOD, ESQ<br>1301 AVE OF THE AMERICAS<br>40TH FL<br>NEW YORK, NY 10019-6076 | MOTLEY RICE LLC<br>JOSEPH F RICE<br>28 BRIDGESIDE BLVD<br>PO BOX 1792<br>MT PLEASANT, SC 29465 |
| MOTLEY RICE LLP<br>(RE: PD CLAIMANTS)<br>ANNE MCGINNESS KEARSE<br>28 BRIDGESIDE BLVD<br>PO BOX 1792<br>MOUNT PLEASANT, SC 29465 | NATIONAL FIRE INS CO OF PITTSBURG<br>ASHBY & GEDDES<br>WILLIAM BOWDEN & RICARDO PALACIO<br>222 DELAWARE AVE 17TH FL<br>PO BOX 1150<br>WILMINGTON, DE 19899 | NJ ATTORNEY GENERAL'S OFFICE<br>MARGARET A HOLLAND, DEPUTY ATTY GEN<br>DIVISION OF LAW<br>R J HUGHES JUSTICE COMPLEX<br>PO BOX 106<br>TRENTON, NJ 08625 |
| NL INDUSTRIES<br>ARCHER & GREINER PC<br>JOHN V FIORELLA<br>1300 N MARKET ST<br>STE 700<br>WILMINGTON, DE 19801 | NORFOLK SOUTHERN CORPORATION<br>WILLIAM H JOHNSON, ESQ<br>LAW DEPARTMENT<br>THREE COMMERCIAL PLACE<br>NORFOLK, VA 23510-9242 | NTL UNION FIRE INS CO OF PITTSBURG<br>ZEICHNER, ELLMAN & KRAUSE LLP<br>MICHAEL S DAVIS<br>575 LEXINGTON AVE<br>NEW YORK, NY 10022 |
| NUTTER, MCCLENNEN & FISH, LLP<br>STEVEN R BOURNE, ESQ<br>155 SEAPORT BLVD<br>BOSTON, MA 02210-2604 | OBERMAYER REBMANN MAXWELL & HIPPEL<br>(RE: SEMPRA ENERGY SAN DIEGO GAS)<br>D ALEXANDER BARNES<br>ONE PENN CENTER, 19TH FL<br>1617 JOHN F KENNEDY BLVD<br>PHILADELPHIA, PA 19103-1895 | OBERMAYER REBMANN MAXWELL & HIPPEL<br>(RE: SEMPRA ENERGY SAN DIEGO GAS)<br>STEVEN T DAVIS<br>3 MILL RD STE 306A<br>WILMINGTON, DE 19806 |
| OFFICE OF ATTORNEY GENERAL<br>DENISE A KUHN<br>21 S 12TH ST, 3RD FL<br>PHILADELPHIA, PA 19107-3603 | ONTARIO MILLS LTD PARTNERSHIP<br>COURTENAY M LABSON, ESQ<br>1300 WILSON BLVD, STE 400<br>ARLINGTON, VA 22209 | ORACLE USA INC<br>(RE: ORACLE USA INC)<br>JOHN WADSWORTH ESQ<br>500 ORACLE PARKWAY<br>MS 5OP772<br>REDWOOD SHORES, CA 94065 |

ORRICK HERRINGTON & SUTCLIFFE LLP
(RE: DAVID AUSTERN CLAIMANTS' REP)
RICHARD H WYRON
3050 K ST NW
STE 200
WASHINGTON, DC 20007-5135

ORRICK HERRINGTON & SUTCLIFFE LLP
(RE: DAVID AUSTERN CLAIMANTS' REP)
ROGER FRANKEL
3050 K ST NW
STE 200
WASHINGTON, DC 20007-5135

PARCELS, INC
VITO I DIMAIO
10TH & KING ST
WILMINGTON, DE 19801

PAUL D. HENDERSON, P.C
PAUL D HENDERSON, ESQ
712 DIVISION AVENUE
ORANGE, TX 77630-6320

PD CLAIMANTS
JASPAN SCHLESINGER HOFFMAN LLP
FREDERICK B ROSNER, ESQ
1201 N ORANGE ST
STE 1001
WILMINGTON, DE 19801

PD CLAIMANTS
JOHN PREEFER
JOHN PREEFER, ESQ
60 EAST 42ND ST
STE 1201
NEW YORK, NY 10165

PENINSULA CAPITAL ADVISORS, L L C
TED WESCHLER
404 EAST MAIN ST
SECOND FL
CHARLOTTESVILLE, VA 22902

PENSION BENEFIT GUARANTY CORP
BRAD ROGERS, ESQ
OFFICE OF THE GENERAL COUNSEL
CHARLES L FINKE, ASST GEN COUNSEL
1200 K ST, N W
WASHINGTON, 20005-4026

PEOPLES FIRST COMMUNITY BANK
DIANE STEWART
PO BOX 59950
PANAMA CITY, FL 32412-0950

PEPPER HAMILTON
AARON A GARBER
1201 MARKET ST #1600
WILMINGTON, DE 19899-1709

PEPPER HAMILTON LLP
(RE: BNSF RAILWAY COMPANY)
THOMAS A SPRATT JR
3000 TWO LOGAN SQ
EIGHTEENTH & ARCH STREETS
PHILADELPHIA, PA 19103

PETER A CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030

PETERS SMITH AND COMPANY
WERB & SULLIVAN
AMY D BROWN
300 DELAWARE AVE 13TH FL
PO BOX 25046
WILMINGTON, DE 19899

PILLSBURY WINTHROP SHAW PITTMANN
(RE: MACERICH FRESNO LIMITED)
DAVID MINNICK & MICHAEL ELLIS
50 FREMONT ST
SAN FRANCISCO, CA 94105-2228

PILLSBURY WINTHROP SHAW PITTMANN
(RE: MACERICH FRESNO LIMITED)
DAVID MINNICK & MICHAEL ELLIS
50 FREMONT ST
SAN FRANCISCO, CA 94105-2228

PILLSBURY WINTHROP SHAW PITTMANN
(RE: MACERICH FRESNO LIMITED)
GERALD F GEORGE ESQ
50 FREMONT ST
SAN FRANCISCO, CA 94105-2228

PORTIA PARTNERS LLC
ONE SOUND SHORE DR
STE 100
GREENWICH, CT 06830

POTTER ANDERSON & CORROON LLP
LAURIE SELBER SILVERSTEIN, ESQ
1313 N MARKET ST, 6TH FL
PO BOX 951
WILMINGTON, DE 19899

PROVOST & UMPHREY
COLIN D MOORE
LAW FIRM, L L P
490 PARK ST
BEAUMONT, TX 77701

PRYOR CASHMAN LLP
(RE: CO COUNSEL TO DIES & HILE LLP)
RICHARD LEVY JR ESQ
410 PARK AVE
NEW YORK, NY 10022-4441

PSZYJW LLP
HAMID R RAFATJOO
10100 SANTA MONICA BL #1100
LOS ANGELES, CA 90067-4100

PSZYJW LLP
JAMES E O'NEILL
919 N MARKET ST 16TH FL
PO BOX 870
WILMINGTON, DE 19899-8705

PSZYJW LLP
LAURA DAVIS JONES
919 N MARKET ST 16TH FL
PO BOX 870
WILMINGTON, DE 19899-8705

QUADRANGLE GROUP LLC
MORRIS NICHOLS ARSHT & TUNNELL
WILLIAM H SUDELL JR
1201 N MARKET ST
PO BOX 1347
WILMINGTON, DE 19899

RALPH R MABEY
PENROD W KEITH
LEBOEUF, LAMB, GREENE & MACRAE, LLP
1000 KEARNS BLDG
SALT LAKE CITY, UT 84101

RICHARDS PACKAGING, INC
FARLEIGH WADA & WITT PC
TARA J SCHLEICHER
121 SW MORRISION
STE 600
PORTLAND, OR 97204

RIKER DANZIG SCHERER HYLAND
(RE: PRUDENTIAL INSURANCE CO)
CRAIG T MORAN ESQ
HEADQUARTERS PLAZA
1 SPEEDWELL AVE
MORRISTOWN, NJ 07962-1981

RIKER DANZIG SCHERER HYLAND
(RE: PRUDENTIAL INSURANCE CO)
CURTIS M PLAZA ESQ
HEADQUARTERS PLAZA
1 SPEEDWELL AVE
MORRISTOWN, NJ 07962-1981

RIKER DANZIG SCHERER HYLAND
(RE: PRUDENTIAL INSURANCE CO)
JOSEPH L SCHWARTZ ESQ
HEADQUARTERS PLAZA
1 SPEEDWELL AVE
MORRISTOWN, NJ 07962-1981

ROBINS, KAPLAN, MILLER & CIRESI LLP
BERNICE CONN, ESQ
2049 CENTURY PARK EAST, STE 3700
LOS ANGELES, CA 90067

ROPES & GRAY
STEVEN T HOORT, ESQ
ONE INTERNATIONAL PLACE
BOSTON, MA 02110-2624

ROSENTHAL MONHAIT GROSS & GODDESS
(RE: CNA FINANCIAL CORP)
CARMELLA P KEENER
919 MARKET ST
STE 1401
WILMINGTON, DE 19899-1070

SC DEPT OF HEALTH AND ENVIRONMENT
E KATHERINE WELLS, ESQ
2600 BULL ST
COLUMBIA, SC 29201-1708

SCHNEIDER NATIONAL, INC
CHARLOTTE KLENKE, ESQ
3101 S PACKERLAND
PO BOX 2545
GREEN BAY, WI 54306

SEALED AIR CORPORATION
MARY A COVENTRY
PARK 80 EAST
SADDLE BROOK, NJ 07663

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 7040
DOVER, DE 19903

SECRETARY OF TREASURER
PO BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
3475 LENOX ROAD, N E, STE 1000
ATLANTA, GA 30326-1232

SECURITIES AND EXCHANGE COMMISSION
MICHAEL A BERMAN, ESQ
450 FIFTH ST, N W
(MAIL STOP 6-6)
WASHINGTON, DC 20549

SENIOR COUNSEL
CYNTHIA C HEMME, ESQ
NORTEL NETWORKS, INC
4010 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK, NC 27709

SEYFARTH SHAW
PAUL M BAISIER, ESQ
1545 PEACHTREE ST
STE 700
ATLANTA, GA 30309

SHER GARNER CAHILL RICHTER KLEIN MC
MICHAEL H PINKERSON/JAMES M GARNER
909 POYDRAS ST, STE 2800
NEW ORLEANS, LA 70112

SIERRA ASSET MANAGEMENT LLC
2699 WHITE RD STE 225
IRVINE, CA 92614-6264

SILBER PEARLMAN LLP
(RE: CERTAIN ASBESTOS PLAINTIFFS)
MICHAEL J HANNERS
3102 OAK LAWN AVE
STE 400
DALLAS, TX 75219-6403

SKADDEN ARPS SLATE MEAGHER
MARK S CHEHI
ONE RODNEY SQ
PO BOX 636
WILMINGTON, DE 19899-0636

SKADDEN ARPS SLATE MEAGHER & FLOM
(RE: SEALED AIR CORPORATION)
D J BAKER ESQ
FOUR TIMES SQUARE
NEW YORK, NY 10036

SKADDEN ARPS SLATE MEAGHER & FLOM
(RE: SEALED AIR CORPORATION)
MARK CHEHI ESQ
ONE RODNEY SQ
PO BOX 636
WILMINGTON, DE 19899-0636

SMITH KATZENSTEIN & FURLOW
SELINDA A MELNICK
800 DELAWARE AVE
PO BOX 410
WILMINGTON, DE 19899

SMITH KATZENSTEIN & FURLOW LLP
KATHLEEN M MILLER
THE CORPORATION PLAZA
800 DELAWARE AVE, 7TH FL
PO BOX 410
WILMINGTON, DE 19899

SPAULDING & SLYE CONSTRUCTION
BERNKOPF GOODMAN LLP
BRUCE D LEVIN ESQ
125 SUMMER ST
STE 1300
BOSTON, MA 02110

SPAULDING & SLYE CONSTRUCTION
BERNKOPF GOODMAN LLP
PETER B MCGLYNN
125 SUMMER ST
STE 1300
BOSTON, MA 02110

REED SMITH LLP
DOUGLAS E CAMERON
435 SIXTH AVE
PITTSBURG, PA 15230-2009

STATE LIBRARY OF OHIO
C/O MICHELLE T SUTTER
REVENUE RECOVERY
101 E TOWN ST, SECOND FL
COLUMBUS, OH 43215

STATE OF NEW YORK, DEPT OF TAXATION & FINANCE
ELAINE Z COLE & BARBARA G BILLET ES
340 E MAIN ST
ROCHESTER, NY 14604

STATE OF TENNESSEE
GINA BAKER HANTEL, ESQ
ATTY GENERAL OFFICE, BANKRUPTCY DIV
425 5TH AVE NORTH, FL 2
NASHVILLE, TN 37243

STEPTOE & JOHNSON LLP
HARRY LEE, ESQ
1330 CONNECTICUT AVE, N W
WASHINGTON, DC 20036

STEVENS & LEE
JOSEPH GREY
300 DELAWARE AV #800
WILMINGTON, DE 19801

STEVENS & LEE PC
(RE: FIREMAN'S FUND INS CO)
LEONARD P GOLDBERGER
1818 MARKET ST
29TH FL
PHILADELPHIA, PA 19103-1702

STEVENS & LEE PC
(RE: FIREMAN'S FUND INS CO)
THOMAS G WHALEN JR
1105 N MARKET ST
7TH FL
WILMINGTON, DE 19801

STIBBE, P C
DORINE VORK, ESQ
350 PARK AVE
NEW YORK, NY 10022

STUTZMAN BROMBERG ESSERMAN & PLIFKA
SANDER L ESSERMAN
A PROFESSIONAL CORPORATION
2323 BRYAN ST
DALLAS, TX 75201-2689

STUTZMAN BROMBERG ESSERMAN & PLIFKA
SANDER L ESSERMAN
A PROFESSIONAL CORPORATION
2323 BRYAN ST #2200
DALLAS, TX 75201-2689

SUEXIRDA PRAYAGA
7365 MACLEOD LANE
OFALLON, MO 63366

SUFFOLK COUNTY ATTORNEY
ROBERT CIMINO, ESQ
DIANE LEONARDO BECKMANN ASST COUNTY
H LEE DENNISON BLDG
100 VETERANS MEM HWY, PO BOX 6100
HAUPPAUGE, NY 11788-0099

SUPERFUND SECTION OF DIVISION OF WAST MANAGEMENT
ASSISTANT ATTORNEY GENERAL
W WALLACE FINLATOR, JR
NC DEPARTMENT OF JUSTICE
PO BOX 629
RALEIGH, NC 27602-0629

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
OFFICE OF THE ATTORNEY GENERAL
MARK BROWNING ESQ ASST ATTY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

THE BAYARD FIRM
(RE: COMMITTEE EQUITY SECURITY HOLDERS)
KATHRYN D SALLIE ESQ
222 DELAWARE AVE
STE 900
WILMINGTON, DE 19801

THE BAYARD FIRM
(RE: COMMITTEE EQUITY SECURITY HOLDERS)
NEIL GLASSMAN & STEVEN YODER
222 DELAWARE AVE
STE 900
WILMINGTON, DE 19801

THE BAYARD FIRM
STEVEN M YODER
222 DELAWARE AV #900
PO BOX 25130
WILMINGTON, DE 19899

THE BEARD GROUP
CHRISTOPHER L BEARD, ESQ
502 W PATRICK ST
FREDERICK, MD 21701-4002

THE BLACKSTONE GROUP
SHINDER/ZILLY/BLECHMAN/ALEXANDER
345 PARK AVE
NEW YORK, NY 10154

THE FURTH FRIM LLP
FREDERICK FURTH
225 BUSH ST
15TH FL
SAN FRANCISCO, CA 94104

THE HOGAN FIRM
(RE: CANADIAN ZAI CLAIMANTS)
DANIEL HOGAN
1311 DELAWARE AVE
WILMINGTON, DE 19806

THE HOGAN FIRM
DANIEL HOGAN
1311 DELAWARE AVE
WILMINGTON, DE 19806

THE LAW OFFICES OF PETER G ANGELOS
PAUL M MATHENY
5905 HARFORD RD
BALTIMORE, MD 21214

THE SCOTT LAW GROUP PS
DARRELL W SCOTT
926 W SPRAGUE AVE STE 583
SPOKANE, WA 99201

TIMOTHY KANE
CONROY SIMBERG GANON KREVANS & A
STUART E COHEN, ESQ
3440 HOLLYWOOD BLVD, 2ND FL
HOLLYWOOD, FL 33021

TN DEPARTMENT OF REVENUE
ATTORNEY GENERAL OFFICE
WILLIAM F MCCORMICK
425 5TH AVE NORTH
PO BOX 20207
NASHVILLE, TN 37202

TOWN OF ACTON, MA
NUTTER, MCCLENNEN & FISH LLP
THOMAS O BEAN
155 SEAPORT BLVD
BOSTON, MA 02210

TRADE-DEBT.NET
PO BOX 1487
WEST BABYLON, NY 11704-0487

TREASURER – TAX COLLECTOR
BART HARTMAN
ATTN: ELIZABETH MOLINA
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101

U S DEPARTMENT OF JUSTICE
(RE: US ENVIRONMENTAL PROTECTION AGENCY)
JAMES D FREEMAN, ESQ
ENVIRONMENTAL ENFORCEMENT SECTION
1961 STOUT ST 8TH FL
DENVER, CO 80294

U S DEPARTMENT OF JUSTICE
(RE: US ENVIRONMENTAL PROTECTION AGENCY)
JEREL L ELLINGTON, ESQ
ENVIRONMENTAL ENFORCEMENT SECTION
1961 STOUT ST 8TH FL
DENVER, CO 80294

US FIRE INSURANCE CO
STEPTOE & JOHNSON LLP
GEORGE R CALHOUN
1330 CONNECTICUT AVE NW
WASHINGTON, DC 20036

VAN COTT BAGLEY 401K PROFIT SHARING
VAN COTT BAGLEY CORNWALL & MCCARTHY
J ROBERT NELSON
50 SOUTH MAIN ST
STE 1600
SALT LAKE CITY, UT 84145

VORYS SATER SEYMOUR AND PEASE LLP
(RE: THE SCOTTS COMPANY LLC)
TIFFANY STRELOW COBB ESQ
52 EAST GAY ST
COLUMBUS, OH 43215

W R GRACE AND CO
(RE: (W. R. GRACE & CO.))
MARK SHELNITZ
7500 GRACE DRIVE
COLUMBIA, MD 21044

WACHOVIA BANK NATIONAL ASSOCIATION
KILPATRICK STOCKTON LLP
TODD MEYERS ESQ
1100 PEACHTREE ST, STE 2800
ATLANTA, GA 30309

WACHOVIA BANK NATIONAL ASSOCIATION
MCCARTER & ENGLISH LLP
THOMAS D WALSH ESQ
919 MARKET ST, STE 1800
PO BOX 111
WILMINGTON, DE 19899

WEIL GOTSHAL & MANGES LLP
(RE: COMMITTEE EQUITY SECURITY HOLDERS)
DAVID HICKERSON ESQ
1300 EYE ST NW
STE 900
WASHINGTON, DC 20005

WEIL GOTSHAL & MANGES LLP
(RE: COMMITTEE EQUITY SECURITY HOLDERS)
JUDY GZ LIU ESQ
767 FIFTH AVE
NEW YORK, NY 10153

WEIL GOTSHAL & MANGES LLP
(RE: COMMITTEE EQUITY SECURITY HOLDERS)
M JARRAD WRIGHT ESQ
1300 EYE ST NW
STE 900
WASHINGTON, DC 20005

WEIL GOTSHAL & MANGES LLP
(RE: COMMITTEE EQUITY SECURITY HOLDERS)
MARTIN J BIENENSTOCK ESQ
767 FIFTH AVE
NEW YORK, NY 10153

WEIL GOTSHAL & MANGES LLP
(RE: COMMITTEE EQUITY SECURITY HOLDERS)
RALPH I MILLER ESQ
200 CRESCENT COURT
STE 300
DALLAS, TX 75201

WEINGARTEN REALTY INVESTORS
JENNY J HYUN, ESQ
2600 CITADEL PLAZA DRIVE
HOUSTON, TX 77008

WESTOVER INVESTMENTS, L L C
MICHAEL SELIG
555 OLD GARTH ROAD
CHARLOTTESVILLE, VA 22901

WHITE AND WILLIAMS LLP
(RE: CENTURY INDEMNITY COMPANY)
MARC S CASARINO
824 N MARKET ST
STE 902
WILMINGTON, DE 19899-0709

WILDMAN, HARROLD, ALLEN & DIXON
JONATHAN W YOUNG
225 WEST WACKER DRIVE, STE 3000
CHICAGO, IL 60606-1229

WILDMAN, HARROLD, ALLEN & DIXON
T KELLAN GRANT
225 WEST WACKER DRIVE, STE 3000
CHICAGO, IL 60606-1229

WILLIAMS & CONNOLLY LLP
VICTORIA RADD ROLLINS/PHILIP J WARD
725 TWELFTH ST NW
WASHINGTON, DC 20005

WILLIAMS KHERKHER HART & BOUNDAS
S J KHERKHER & LAURENCE G TIEN ESQS
8441 GULF FREEWAY, STE #600
HOUSTON, TX 77017

XEROX CAPITAL SERVICES, LLC
CATHY FLOWERS
800 CARILLON PARKWAY
ST PETERSBURG, FL 33716-9876

RICHARDSON PARTRICK WESTBROOK & B
EDWARD J WESTBROOK, ESQUIRE
PO BOX 879
174 EAST BAY ST
CHARLESTON, SC 29401

THE SCOTT LAW GROUP
DARRELL W SCOTT
926 W SPRAGUE AVE
STE 583
SPOKANE, WA 99201

BUCHANAN INGERSOLL PC
WILLIAM D SULLIVAN ESQ
THE NEMOURS BLDG
1007 NORTH ORANGE ST, 11TH FL
WILMINGTON, DE 19801

SHAW GUSSIS DOMANSKIS FISHMAN ET AL
ROBERT M FISHMAN, ESQ
321 N CLARK ST
STE 800
CHICAGO, IL 60610