# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 145779 v1  
2850487-000001 3/1/2007

***EXHIBIT B***

## JANUARY 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 1/8 | 2 | Follow Committee restructuring; check the new Committees' jurisdictions and interests of various members |
| 1/10 | 2 | Follow Committee restructuring; check the new Committees' jurisdictions and interests of various members |
| 1/16 | 2 | Work with EPA regarding health studies pertinent to Libby, MT |
| 1/17 | 2 | Work with Grace officials and discuss reasons and need for Company to take an interest in climate change legislation proposals that are now being generated and will potentially be considered in Congress |
| 1/19 | 1 | Work on setting up meetings with potential allies from business community on upcoming issues that might concern Grace (climate change) |
| 1/25 | 1 | Follow Committee restructuring; check the new Committees' jurisdictions and interests of various members |
| 1/29 | 0.5 | Telephone conference with Grace official |

# EXPENSES FOR JANUARY 2007

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 01/31/2007**

| Description | Date | Amount |
|---|---|---|
| Photocopies | | $3.60 |
| Photocopies | | $9.60 |
| FedEx | | $26.13 |
| Photocopies | | $7.20 |
| FedEx | | $15.80 |
| Mobile/ Cell Phone Charges | | $15.00 |
| Photocopies | | $0.80 |
| **Itemized Totals** | | **$78.13** |

| Summarized: | Amount |
|---|---|
| Photocopies | $21.20 |
| FedEx | $41.93 |
| Mobile/ Cell Phone Charges | $15.00 |
| **Summarized Totals** | **$78.13** |