## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR  BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM    FEBRUARY 1, 2007  THROUGH FEBRUARY 28, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities:  W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*EXHIBIT B*

W JDR 146144 v1
2850487-000001 4/3/2007

### JANUARY 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 2/6 | 2 | Contact with Grace officials regarding matters in Libby, MT |
| 2/9 | 1 | Monitor Congress regarding issues concerning asbestos |
| 2/13 | 1 | Review materials regarding Libby, MT |
| 2/15 | 1 | Telephone calls to Congressional staff regarding issues affecting Grace |
| 2/27 | 2 | Telephone conferences with Grace officials regarding Libby, MT and upcoming Grace Board of Directors meeting |
| 2/28 | 2 | Attend meetings with Grace officials |

**EXPENSES FOR FEBRURY 2007**

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 02/28/2007**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 1/19/2007 | $2.10 |
| Long Distance Charge | 1/23/2007 | $1.40 |
| Long Distance Charge | 1/29/2007 | $0.70 |
| Long Distance Charge | 1/29/2007 | $1.05 |
| Mobile/ Cell Phone Charges | 2/16/2007 | $22.00 |
| Photo Reproduction Charge | 2/21/2007 | $0.40 |
| Photo Reproduction Charge | 2/12/2007 | $1.20 |
| Client Meals | 2/21/2007 | $118.45 |
| **Itemized Totals** | | **$147.30** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $5.25 |
| Mobile/ Cell Phone Charges | $22.00 |
| Photo Reproduction Charge | $1.60 |
| Client Meals | $118.45 |
| **Summarized Totals** | **$147.30** |

W JDR 146144 v1
2850487-000001 4/3/2007