## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT D**

W JLL3 146348 v1
9600000-000100 4/25/2007

## FEBRUARY, 2007 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
| --- | --- | --- |
| 2/1 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 2/12 | 6 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trip |
| 2/13 | 4 | Arrange meeting w/ W.R. Grace and the Ambassador to China |
| 2/15 | 4 | Contacted colleagues; Spoke with client regarding the Chinese Children's Program 2007 |
| 2/20 | 6 | Arrange meetings with China Government officials |
| 2/21 | 3 | Discuss CEO's trip in March to China |
| 2/27 | 5 | Discussed the agenda for technical meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR February, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 2/28/2007**
**Bill # 6890653 dated 3/16/2007**

| Description | Date | Amount |
| --- | --- | --- |
| Photo Reproduction Charge | 1/17/07 | 1.20 |
| Mobile/ Cell Phone charges | 1/17;2/15/07 | $50.15 |
| Transportation Vendor | 2/21/07 | $34.68 |
| **Bill #6890653 itemized totals** | | **$86.03** |

| Summarized: | Amount |
| --- | --- |
| Mobile Phone charges | $ 50.15 |
| Transportation Vendor /Photo Reproduction Charge | $35.88 |
| **Bill #6890653 summarized totals** | **86.03** |

W JLL3 146348 v1
9600000-000100 4/25/2007