## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

In re:                                        )    Chapter 11
                                              )
W.R.GRACE & CO., et al.[1]                    )    Case No. 01-01139 (JKF)
                                              )    (Jointly Administered)
                                              )

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 146167 v1
2850487-000001 4/5/2007

*EXHIBIT D*

Case 01-01139-AMC    Doc 16359-4    Filed 07/23/07    Page 2 of 3

## MARCH 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|---|---|---|
| 3/1 | .5 | Telephone conference with Grace official |
| 3/5 | 1 | Calls to Senate staff regarding legislation affecting Grace |
| 3/21 | .5 | Telephone conference with Grace official |
| 3/22 | 2 | Telephone calls to Senate staff regarding Homeland Security amendment in Emergency Supplemental Appropriations bill |
| 3/26 | 3 | Telephone calls to Senate offices regarding Chemical plant security issues that have risen in amendments to Supplemental Appropriations bill |
| 3/30 | 2 | Telephone conferences with Grace officials and Baker Donelson experts on issues regarding rare earth and China |

# EXPENSES FOR MARCH 2007

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 03/31/2007**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | | $2.80 |
| Long Distance Charge | | $3.15 |
| Long Distance Charge | | $0.35 |
| Long Distance Charge | | $3.50 |
| Long Distance Charge | | $0.35 |
| Long Distance Charge | | $3.50 |
| Cab fare | | $28.00 |
| Long Distance Charge | | $0.35 |
| Long Distance Charge | | $0.35 |
| Long Distance Charge | | $0.35 |
| **Itemized Totals** | | **$42.70** |

**Summarized:** — **Amount**

| | |
|---|---|
| Long Distance Charge | $14.70 |
| Cab fare | $28.00 |
| **Summarized Totals** | **$42.70** |

W JDR 146167 v1
2850487-000001 4/5/2007