IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date: July 30 – 31, 2007** |
| | | **Related Docket No: 16149, 16301** |

## DEBTORS' OBJECTIONS TO CLAIMANTS' PRE-MARKED EXHIBITS FOR THE JULY 30 – 31, 2007 STATUTE OF LIMITATIONS HEARING ON CERTAIN MOTLEY RICE CLAIMANTS' ASBESTOS PROPERTY DAMAGE CLAIMS

Debtors object to the following exhibits:

| **Exhibit No.** | **Reason for Objection** |
|---|---|
| 4 | Hearsay; Relevance (see Motion in Limine) |
| 11 | Hearsay; Relevance (see Motion in Limine) |
| 13 | Hearsay |
| 14 | Hearsay; Relevance |
| 15 | Relevance |
| 16 | Relevance |
| 17 | Relevance |
| 18 | Authenticity; Relevance |
| 19 | Relevance |
| 20 | Relevance |
| 21 | Relevance |
| 22 | Relevance |
| 23 | Relevance |
| 24 | Relevance |

| | |
|---|---|
| 25 | Relevance |
| 26 | Authenticity; Relevance |
| 27 | Relevance |
| 28 | Relevance |
| 29 | Relevance |
| 30 | Relevance |
| 31 | Relevance |
| 32 | Relevance |
| 33 | Failure to Timely Produce Per Scheduling Order |
| 34 | Failure to Timely Produce Per Scheduling Order |
| 35 | Failure to Timely Produce Per Scheduling Order |

Debtors reserve the right to object on other grounds to the extent claimants' exhibit list and/or any exhibits are supplemented, modified or amended.

Dated:  July 23, 2007

REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E.Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA   15219
(412) 288-3131

and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Michael R. Seidl (Bar No. 3889)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and
Debtors in Possession