# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.R. GRACE & COMPANY, et al[1], | Chapter 11 |
| Debtors. | Case No. 01-01139(JKF)<br>(Jointly Administered)<br>Objection Deadline: **August 12, 2007 at 4:00 pm**<br>Hearing Date: **September 24, 2007 at 2:00 pm** |

## NOTICE OF FILING OF QUARTERLY FEE APPLICATION

TO: (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel to the Debtor-in-Possession Lenders (the "DIP Lenders"); and (7) counsel to the Official committee of Equity Holders.

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson"), advisor to the above captioned Debtors and Debtors in Possession in the above captioned Chapter 11 cases (collectively the "Debtors"), filed and served their Eleventh Interim

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Application of Baker Donelson for Compensation and Reimbursement of Expenses for January 1, 2007 through March 31, 2007 seeking compensation for the reasonable and necessary services rendered to the Debtors in the amount of $90,000.00 and reimbursement for actual and necessary expenses in the amount of $453.61 (the "Fee Application").

Objections or responses to the Fee Application, if any must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, Delaware, 19801 on or before **August 12, 2007** at **4:00 p.m.**

At the same time, you must also serve a copy of the objection or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, P.C., Kirkland & Ellis, LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312.861.2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP, 919 North Market Street, Suite 1700, P. O. Box 8705, Wilmington, Delaware, 19899-8705 (fax number 302.652.4400); (ii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212.806.6006), and Michael R. Lastowski, Esquire, Duane Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware, 19801-1246 (fax number 302.657.4901); (iii) counsel to the Official committee of Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida, 33131 (fax number 305.374.7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P. O.

Box 1351, Wilmington, Delaware, 19899 (fax number 302.575.1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212.644.6755), and Marla Eskin, Esquire, Campbell & Levine, LLC, Chase Manhattan Center, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware, 19801 (fax number 302.426.9947; (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312.993.9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P. O. Box 25130, Wilmington, Delaware 19899 (fax number 302.658.6395);(vi) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware, 19801 (fax number 302.573.6497); (vii) counsel to the Office Committee of Equity Holders, Thomas M. Mayer, Esquire, Kramer, Levin, Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212.715.8000) and Teresa K.D. Currier, Esquire, Klett, Rooney, Lieber & Schorling, 1000 West Street, Suite 1410, Wilmington, Delaware 19801(fax number 302.552.4295).

A HEARING ON THE FEE APPLICATION WILL BE HELD ON September 24, 2007 at 2:00 p.m.            .

Dated: _____.

           KIRKLAND & ELLIS, LLP
           James H.M. Sprayregen, P.C.
           Janet Baer
           James W. Kapp, III
           Samuel L. Blatnick
           200 East Randolph Drive
           Chicago, Illinois 60601
           312.861.2000

M EFC 1034237 v1
2850487-000001 07/20/2007

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, LLP

*[signature]*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302.652.4100
Facsimile: 302.652.4400

Co-counsel for Debtors and Debtors in Possession