IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc:), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

### JANUARY 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 1/8 | 2 | Follow Committee restructuring; check the new Committees' jurisdictions and interests of various members |
| 1/10 | 2 | Follow Committee restructuring; check the new Committees' jurisdictions and interests of various members |
| 1/16 | 2 | Work with EPA regarding health studies pertinent to Libby, MT |
| 1/17 | 2 | Work with Grace officials and discuss reasons and need for Company to take an interest in climate change legislation proposals that are now being generated and will potentially be considered in Congress |
| 1/19 | 1 | Work on setting up meetings with potential allies from business community on upcoming issues that might concern Grace (climate change) |
| 1/25 | 1 | Follow Committee restructuring; check the new Committees' jurisdictions and interests of various members |
| 1/29 | 0.5 | Telephone conference with Grace official |

# EXPENSES FOR JANUARY 2007

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 01/31/2007**

| Description | Date | Amount |
|---|---|---|
| Photocopies | | $3.60 |
| Photocopies | | $9.60 |
| FedEx | | $26.13 |
| Photocopies | | $7.20 |
| FedEx | | $15.80 |
| Mobile/ Cell Phone Charges | | $15.00 |
| Photocopies | | $0.80 |
| **Itemized Totals** | | **$78.13** |

| Summarized: | Amount |
|---|---|
| Photocopies | $21.20 |
| FedEx | $41.93 |
| Mobile/ Cell Phone Charges | $15.00 |
| **Summarized Totals** | **$78.13** |

W JDR 145779 v1
2850487-000001 3/1/2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JLL3 146346 v1
9600000-000100 4/25/2007

## JANUARY, 2007 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 1/4  | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 1/8  | 6 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trips in 2007 |
| 1/10 | 4 | Sent letters to ICC/NDRC on Grace's upcoming visit |
| 1/11 | 4 | Contacted colleagues; Spoke with client regarding the meeting and focus |
| 1/18 | 6 | Arrange meetings with China Government officials |
| 1/19 | 3 | Discuss CEO's plans for W.R. Grace and BDBC for 2007 |
| 1/25 | 5 | Discussed the agenda for technical meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR JANUARY, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 1/1/2007**
**Bill # 6871884 dated 1/4/2007**

| Description | Date | Amount |
|---|---|---|
| No expenses | | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 146144 v1
2850487-000001 4/3/2007

## JANUARY 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 2/6  | 2 | Contact with Grace officials regarding matters in Libby, MT |
| 2/9  | 1 | Monitor Congress regarding issues concerning asbestos |
| 2/13 | 1 | Review materials regarding Libby, MT |
| 2/15 | 1 | Telephone calls to Congressional staff regarding issues affecting Grace |
| 2/27 | 2 | Telephone conferences with Grace officials regarding Libby, MT and upcoming Grace Board of Directors meeting |
| 2/28 | 2 | Attend meetings with Grace officials |

# EXPENSES FOR FEBRURY 2007

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 02/28/2007**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 1/19/2007 | $2.10 |
| Long Distance Charge | 1/23/2007 | $1.40 |
| Long Distance Charge | 1/29/2007 | $0.70 |
| Long Distance Charge | 1/29/2007 | $1.05 |
| Mobile/ Cell Phone Charges | 2/16/2007 | $22.00 |
| Photo Reproduction Charge | 2/21/2007 | $0.40 |
| Photo Reproduction Charge | 2/12/2007 | $1.20 |
| Client Meals | 2/21/2007 | $118.45 |
| **Itemized Totals** | | **$147.30** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $5.25 |
| Mobile/ Cell Phone Charges | $22.00 |
| Photo Reproduction Charge | $1.60 |
| Client Meals | $118.45 |
| **Summarized Totals** | **$147.30** |

W JDR 146144 v1
2850487-000001 4/3/2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**<u>FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007</u>**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JLL3 146348 v1
9600000-000100 4/25/2007

# FEBRUARY, 2007 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|---|---|---|
| 2/1 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 2/12 | 6 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trip |
| 2/13 | 4 | Arrange meeting w/ W.R. Grace and the Ambassador to China |
| 2/15 | 4 | Contacted colleagues; Spoke with client regarding the Chinese Children's Program 2007 |
| 2/20 | 6 | Arrange meetings with China Government officials |
| 2/21 | 3 | Discuss CEO's trip in March to China |
| 2/27 | 5 | Discussed the agenda for technical meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR February, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 2/28/2007**
**Bill # 6890653 dated 3/16/2007**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction Charge | 1/17/07 | 1.20 |
| Mobile/ Cell Phone charges | 1/17;2/15/07 | $50.15 |
| Transportation Vendor | 2/21/07 | $34.68 |
| **Bill #6890653 itemized totals** | | **$86.03** |

| Summarized: | Amount |
|---|---|
| Mobile Phone charges | $ 50.15 |
| Transportation Vendor /Photo Reproduction Charge | $35.88 |
| **Bill #6890653 summarized totals** | **86.03** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 146167 v1
2850487-000001 4/5/2007

## MARCH 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 3/1 | .5 | Telephone conference with Grace official |
| 3/5 | 1 | Calls to Senate staff regarding legislation affecting Grace |
| 3/21 | .5 | Telephone conference with Grace official |
| 3/22 | 2 | Telephone calls to Senate staff regarding Homeland Security amendment in Emergency Supplemental Appropriations bill |
| 3/26 | 3 | Telephone calls to Senate offices regarding Chemical plant security issues that have risen in amendments to Supplemental Appropriations bill |
| 3/30 | 2 | Telephone conferences with Grace officials and Baker Donelson experts on issues regarding rare earth and China |

W JDR 146167 v1
2850487-000001 4/5/2007

## EXPENSES FOR MARCH 2007

### W.R. Grace Expenses
### Client #2850487-000001
### Itemized and summarized through 03/31/2007

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | | $2.80 |
| Long Distance Charge | | $3.15 |
| Long Distance Charge | | $0.35 |
| Long Distance Charge | | $3.50 |
| Long Distance Charge | | $0.35 |
| Long Distance Charge | | $3.50 |
| Cab fare | | $28.00 |
| Long Distance Charge | | $0.35 |
| Long Distance Charge | | $0.35 |
| Long Distance Charge | | $0.35 |
| **Itemized Totals** | | **$42.70** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $14.70 |
| Cab fare | $28.00 |
| **Summarized Totals** | **$42.70** |

W JDR 146167 v1
2850487-000001 4/5/2007

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JLL3 146349 v1
9600000-000100 4/25/2007

## MARCH, 2007 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 3/1  | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 3/5  | 6 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trip |
| 3/7  | 4 | Contacted colleagues; Spoke with client regarding the Chinese Children's Program 2007 |
| 3/15 | 4 | Met w/ W.R. Grace and the Ambassador to China |
| 3/19 | 6 | Arrange meetings with China Government officials |
| 3/20 | 3 | Discuss CEO's trip in April to China |
| 3/27 | 5 | Discussed the agenda for technical meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR MARCH, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 3/31/2007**
**Bill # 6897726 dated 4/17/2007**

| Description | Date | Amount |
|---|---|---|
| Meeting on Behalf of Clients | 3/1/;3/7/07 | $65.70 |
| Meeting on Behalf of Clients | 3/2;3/7/07 | $33.75 |
| **Bill #6897726 itemized totals** | | **$99.45** |

**Summarized:** | | **Amount**

| Meetings on Behalf on Clients | | $ 99.45 |
|---|---|---|

**Bill #6897726 summarized totals**

W JLL3 146349 v1
9600000-000100 4/25/2007