# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co
**COURTROOM LOCATION:** Courtroom #6
**CASE NO.:** 01-1139(JKF)
**DATE:** July 23, 2007 @2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Eggman | Jones Day | Rhodia |
| Leslie Jennenlyn | Attorney General of New Jersey, State of NJ | State of NJ, DEP |
| John F. Dickerson Jr. | " | " |
| David Primack | Drinker Biddle & Reath | One Beacon America |
| Anne Anderson | Pepper Hamilton | BNSF |
| Lori Sinanyan | K&E | |
| Janet Baer | K&E | |
| Will Sparks | Grace | |
| Tony Marchetta | Day Pitney | |
| Renee Smith | K&E | Grace |
| Lewis Kruger | Stroock-Stroock & Lavan | Official Unsec Creditors Committee |
| Michael Lastowski | Duane Morris LLP | " |
| Dan Heely | United States Internal Revenue Service | Internal Revenue Service |
| Tara Lattomus | Eckert Seamans | Zurich |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co
**CASE NO.:** 01-1139(JKF)
**COURTROOM LOCATION:** Courtroom #6
**DATE:** July 23, 2007 @ 2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ted Weschler | Peninsula Capital | Equity Committee |
| Kerri Mumford | Landis Rath & Cobb | Equity Committee |
| Daniel Cohn | Cohn Whitesell Yockney | " |
| Kevin Manson | Womble Carlyle | State of Montana |
| Karin Ewing | Kirkland & Ellis | Grace |
| Mark Finch | Capuan + Drysdale | Grace ACC |
| James O'Neill | PSZYJW | Grace |
| Roger Frankel | Orrick | Grace FCR |
| John Ansbro | ORRICK | Grace FCR |
| Scott Baena | Bilzin Sumberg | PD Committee |
| Jay Sakalo | " | " |
| Alan Rich | Baron & Budd | Claimants |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Jeffrey Wisler | Connolly Bove | Maryland Casualty |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co
**CASE NO.:** 01-1139(JKF)
**COURTROOM LOCATION:** Courtroom #6
**DATE:** July 23, 2007 @ 2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sany Esserman | SBEP | Various Tors |
| Edward Busby | Montgomery McCracken | Grace CC MNJR ARMS |
| Noel Burnham | ~ | ~ |
| Dan Glosband | Goodwin Proctor LLP | CNA Insurance |
| Magdeline D. Coleman | Buchanan Ingersoll & Rooney | Equity Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting) Courtroom

Calendar Date: 07/23/2007
Calendar Time: 02:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1815493 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1817985 | Jay Hughes | 617-498-3826 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1818011 | Anne M. Kearse | 843-216-9140 | Motley Rice, LLC | Creditor, American Legion, et al. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1818048 | John C. Phillips, Jr. | 302-655-4200 | Phillips, Goldman & Spence, P.A. | Other Prof., David T. Austern, The Future Claimants Representative / LIVE |
| | | W.R. Grace & Co. | 01-01139 | Hearing | 1818051 | Robert Phillips | 618-259-2222 | Simmons Cooper, LLC | Claimant, Certain Asbestos Claimants / LISTEN ONLY |
| | | W.R. Grace & Co. | 01-01139 | Hearing | 1818052 | Rob Halder | 512-306-5242 | Tejas Securities Group | Creditor, Tejas Securities / LISTEN ONLY |
| | | W.R. Grace & Co. | 01-01139 | Hearing | 1818091 | Catherine Chen | 212-490-3000 | Wilson Elser | Creditor, Royal Indemnity / LISTEN ONLY |
| | | W. R Grace & Co. | 01-01139 | Hearing | 1818112 | Shayne Spencer | 212-269-4900 | Ford Marrin Esposito Witmeyer & Gleser LLP | Interested Party, Ford Marrin Esposito Witmeyer & Gleser LLP / LISTEN ONLY |
| | | W.R. Grace & Co. | 01-01139 | Hearing | 1816767 | Debra Felder | 202-339-8567 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, The Future Claimants Representative / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1816775 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, The Future Claimants Representative / LISTEN ONLY |
| | | W.R. Grace & Co. | 01-01139 | Hearing | 1816785 | Jonathan Brownstein | 212-284-9575 | Piper Jaffray & Co. | Other Prof., David T. Austern, The Future Claimants Representative / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1816813 | Jason Solganick | 212-284-9586 | Piper Jaffray & Co. | Other Prof., David T. Austern, The Future Claimants Representative / LISTEN ONLY |

Case 01-01139-AMC    Doc 16364    Filed 07/24/07    Page 5 of 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1816997 | John Herrick | 843-216-9100 | Motley Rice, LLC | Interested Party, Motley Rice LLC / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1817048 | Stephen Blauner | 212-754-1618 | Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1573640 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | Creditor, AIG / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1573832 | Robert Guttmann | 212-826-5322 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1748910 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Creditor, Scotts Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1814694 | Christina J. Kang | 212-478-7200 | Hahn & Hessen | Interested Party, State of California / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1814696 | Marc Casarino | 302-467-4520 | White & Williams LLP | Interested Party, Ace Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1814853 | Paul Matheny | 410-649-2014 | Law Office of Peter Angelos | Interested Party, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co | 01-01139 | Hearing | 1814854 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Debtor, W.R Grace & CO / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1815044 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1815051 | Walter Slocombe | 202-882-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1815098 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management, Inc. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1815115 | James Wehner | 202-862-5065 ext. 00 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1815126 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1815129 | Michael J. Joyce | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | In Propria Persona, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1815134 | Mark Plevin | 202-624-2689 | Crowell & Moring, LLP | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1815139 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1815291 | Jacob C. Cohn | 215-665-2147 | Cozen O'Connor | Interested Party, Federal Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1815301 | David J. Liebman | 215-665-2122 | Cozen O'Connor | Interested Party, AIG Companies / LIVE |

Janeth Arguelles     CourtConfCal     Page 9 of 12

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | | 1815365 | Curtis Plaza | 973-451-8488 | Riker, Danzig, Scherer, Hyland & | Interested Party, The Prudential Insurance Company of America / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1815421 | Irwin H. Zandman | 212-427-2636 | Irwin H. Zandman | Interested Party, Irwin H. Zandman / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1815468 | Sander L. Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1815480 | Van J. Hooker | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1815486 | David A. Klingler | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1816512 | Dale R. Cockrell | 406-751-6003 | Christensen, Moore, Cockrell, | Representing, State of Montana / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1806030 | Igor Volshteyn | 212-708-4051 | Millennium Partners | Interested Party, Millennium Partners / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1809618 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP (New | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1817314 | Andrew Hain | 973-226-8174 | Bank of New York | Interested Party, Andrew Hain / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1813025 | Barbara Seniawski | 212-455-3835 | Simpson Thacher & Bartlett | Interested Party, Travelers Casualty Insurance / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1813310 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Creditor, Share Holder for W. R. Grace & Co / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1813937 | Janet Baer | 312-861-2162 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1813944 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Creditor, Allstate Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1813945 | Barbara Harding | 202-879-5081 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1813959 | Lisa Esayian | 312-861-2226 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1813963 | Sam Blatnick | 312-861-2359 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1813968 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1814622 | Alex Mueller | 212-261-8296 | Mendes & Mount | Representing, London Market Insurers / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1814629 | Guy Baron | 212-301-8312 | Dune Capital Management | Interested Party, Dune Capital Management / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1814649 | Pamela Zilly | 212-583-5539 | The Blackstone Group | Financial Advisor, The Blackstone Group / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1814651 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1814654 | David Siegel | 802-253-9264 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1814656 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1814665 | Brian Mukherjee | 617-570-1477 | Goodwin Procter LLP | Interested Party, CNA / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1814666 | John Greene | 212-303-9455 | Halcyon Asset Management, LLC | Interested Party, Halcyon Asset Management, LLC / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1816490 | Alan Runyan | 803-943-4599 | Speights & Runyan | Claimant, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1804213 | David R. Beane | 610-478-2210 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1804214 | John D. Demmy | 302-425-3308 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1789228 | David Hickerson | 202-682-7105 | Weil Gotshal & Manges LLP | Creditor, Ad Hoc Committee of Equity Security Holders / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1789233 | Jarrad Wright | 202-682-7000 | Weil Gotshal & Manges LLP | Creditor, Ad Hoc Committee of Equity Secured / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1816405 | Daniel Chandra | 212-313-9764 | Brencourt Advisors | Interested Party, Daniel Chandra / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1816411 | Richard Levy | 212-326-0886 | Pryor Cashman LLP | Interested Party, Asbestos Property Damage Claimants represented by Dies & Hile, LLP / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1816440 | Terence D. Edwards | 415-989-1800 | Law Office of Thomas J. Brandi | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1816453 | Douglas E. Cameron | 412-288-4104 | Reed, Smith, Shaw & McClay | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1816457 | James J. Restivo | 412-822-3122 | Reed, Smith, Shaw & McClay | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1816474 | Sean Walsh | 202-973-9381 | LECG | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1816477 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1816478 | Daniel Speights | 803-943-4444 | Speights & Runyan | Cross-Defendant(s), W. R. Grace & Co. / LIVE |

| W. R. Grace & Co. | 01-01139 | Hearing | 1816481 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |

CourtConfCal

Janeth Arguelles