IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ORDER DISALLOWING AND EXPUNGING CERTAIN CLAIMS
AND REDUCING CERTAIN OTHER CLAIMS OF
THE INTERNAL REVENUE SERVICE**

WHEREAS the Debtors and the Service

have stipulated and agreed that:

(a) claims numbered 487, 501, 788-808, 810-812, 814-827, 829, 831-837, and 839 shall be disallowed and expunged to the extent provided herein; and

(b) claims numbered 830, 809, 828 and 2235 shall remain on the claims register as provided herein.

IT IS HEREBY ORDERED.

Date: 7/23, 2007

*JKFitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Error! Unknown document property name.