IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Re: Docket Nos. 13406, 15156 and 16026
7/23/07 Agenda Item No. 14

## ORDER GRANTING DEBTORS' LEAVE
## TO FILE THE DR. ANDERSON REPORT

AND NOW, this 23 day of July, 2007, upon consideration of Debtors' Motion For Leave to File The Expert Report of Dr. Elizabeth Anderson In Connection With the Lack of Hazard Hearing Relating To Asbestos Property Damage Claims ("Debtors' Motion"), it is ORDERED, ADJUDGED, and DECREED that Debtors' Motion is granted and Debtors are hereby granted leave to file the Expert Report of Dr. Elizabeth Anderson attached as Exhibit A to Debtors' Motion and Asbestos PD Claimants have until _a date to be determined_ to file rebuttal reports. A status conference will be held at the September 24, 2007 omnibus on this issue.

_JK Fitzgerald_
Judith K. Fitzgerald
United States Bankruptcy Judge

91100-001\DOCS_DE:128230.1