# EXHIBIT A

| Creditor Name / Addr | Case Number | Case Name | Claim Number | Total Claim Dollars | Claim Class | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| CHEMICAL CORP C/O DILWORTH PAXSON LLP ANNE MARIE P KELLEY ESQ LIBERTYVIEW- STE 700 457 HADDONFIELD RD PO BOX 2570 CHERRY HILL NJ 08034 | 01-01140 | W.R. GRACE & CO.-CONN. | 13934 | $6,500,000.00 | (U) | NO LIABILITY, EXPUNGE | CONTINUED TO 8/29/2007 2:00PM |
| INC C/O JOHN N FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL INC. | 2625 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | CONTINUED TO 8/29/2007 2:00PM |
| INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 2626 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | CONTINUED TO 8/29/2007 2:00PM |
| INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01139 | W.R. GRACE & CO. | 2627 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | CONTINUED TO 8/29/2007 2:00PM |

| | | | | |
|---|---|---|---|---|
| INC<br>C/O JOHN N<br>FIORELLA<br>ESQUIRE<br>ARCHER &<br>GREINER PC<br>PO BOX 3000<br>HADDONFIELD<br>NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL, INC. | 2625 | UNKNOWN | (U) | UNLIQUIDATED, EXPUNGE | CONTINUED TO 8/29/2007 2:00PM |
| INC<br>C/O JOHN V<br>FIORELLA<br>ESQUIRE<br>ARCHER &<br>GREINER PC<br>PO BOX 3000<br>HADDONFIELD<br>NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 2626 | UNKNOWN | (U) | UNLIQUIDATED, EXPUNGE | CONTINUED TO 8/29/2007 2:00PM |
| INC<br>C/O JOHN V<br>FIORELLA<br>ESQUIRE<br>ARCHER &<br>GREINER PC<br>PO BOX 3000<br>HADDONFIELD<br>NJ 08033-0968 | 01-01139 | W.R. GRACE & CO. | 2627 | UNKNOWN | (U) | UNLIQUIDATED, EXPUNGE | CONTINUED TO 8/29/2007 2:00PM |