# EXHIBIT A

| Omnibus Objection | Creditor Name | Docket No. of Response | Claim No(s). Attached | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|---|
| 22 | Georgia Department of Revenue | 15079 | 17048 | $10,489.00 | U | No Liability | Expunge | Continued to August 29, 2007 |
| 22 | NY State Department of Taxation and Finance | 15106 | 17769 | $24,021.84 | A | No Liability | Expunge | Continued to August 29, 2007 |