# EXHIBIT A

| Omnibus Objection | Creditor Name | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|---|
| 20th | CENDANT MOBILITY SERVICES CORPORATION | | 9837 | $270,250.62 | U | Reduce and Allow | Reduce and Allow | Continued to August 29, 2007 |
| 20th | ESTATE OF ROSARIO RAPISARDI | 14219, 14645 | 15073 | $680,060.44 | U | No Liability | Expunge | Continued to August 29, 2007 |
| 20th | GRAU JAMES AND ANNA | | 9688 | $800,000.00 | U | No Liability | Expunge | Continued to August 29, 2007 |
| 20th | HARY GRAU & SONS INC | | 9687 | $800,000.00 | U | No Liability | Expunge | Continued to August 29, 2007 |