# EXHIBIT B

## Transferred Contracts and Cure Amounts

K&E 11815113.8

LIST OF TRANSFERRED CONTRACTS

| Counter Party | Name of the Contract | Date of the Contract | Service | Cure Amount |
|---|---|---|---|---|
| Duke Realty Limited Partnership<br>4555 Lake Forest Drive, Suite 400<br>Cincinnati, OH 45242 | Agreement dated August 18, 1997 by and between Duke Realty Limited Partnership, and Grace Logistics Services, Inc. (predecessor in interest to Seller), as amended on November 20, 1997 and May 2, 2002. | 8/18/1997 as amended on November 20, 1997 and May 2, 2002. | Warehouse lease | $0.00 |
| Alpine Valley<br>10341 Julian Dr.<br>Cincinnati, OH 45215 | Commercial Service Agreement | 7/17/06 | Coffee and tea supplies | $0.00 |
| Beckman Coulter, Inc.<br>Mail Station E-31-B,<br>4300 North Harbor Blvd.<br>P.O. Box 3100<br>Fullterton, CA 92834-3100 | Total Plus Support Agreement | 10/1/06 | Lab instrumentation maintenance & calibration | $0.00 |
| Bethesda Healthcare, Inc.<br>11129 Kenwood Road<br>Cincinnati, OH 45242 | SHARE: Occupational Health Program | 12/31/05 | Occupational health and medical services | $0.00 |
| Cingular Wireless<br>5020 Ash Grove Road<br>Springfield, IL 62711-6329 | Wireless Line | Varies (multiple cell phones with contract dates of 10/20/05, 11/1/05, 2/7/03 [4 phones], 6/28/06, 10/20/05, and 3/29/07) | Cell phones | $0.00 |
| Cintas Corp.<br>5570 Ridge Ave<br>Cincinnati, OH 45213 | Standard Uniform Rental Service Agreement | 2/1/02 | Uniform rental service | $0.00 |
| Cintas Corp.<br>5570 Ridge Ave<br>Cincinnati, OH 45213 | SANIS Ultraclean Service Agreement | 3/29/07 | Cleaning locker rooms | $0.00 |
| Cummins Bridgeway, LLC<br>5400 Rialto Road,<br>West Chester, O 45089 | Planned Equipment Maintenance Agreement | 7/14/06 | Back-up generator service | $0.00 |
| Davey Commercial Grounds Management<br>6065 Guinea Pike<br>Milford, OH 45150 | 2006-2007 Snow & Ice Management Specifications and Contract | 9/25/06 | Snow removal and grass cutting | $0.00 |
| Engineering Excellence, Inc.<br>10 Knollcrest Drive<br>Cincinnati, OH 45237 | Maintenance Agreement | 1/22/07 | HVAC service | $0.00 |
| Honeywell International, Inc.<br>1232 Dayton-Yellow Springs Road,<br>Fairborn, OH 45324 | Industrial Control Services Agreement No. CMS #9018 | 9/25/01 | DCS and PLC Software and hardware service | $0.00 |
| Hunter Associates Laboratory, Inc.<br>11491 Sunset Hills Road<br>Reston, VA 20190-5280 | Annual Preventive Maintenance Agreement | 12/19/06 | Lab instrumentation maintenance & calibration | $0.00 |
| Jani-King of Cincinnati, Inc.<br>144 Merchant Street, Suite 255<br>Cincinnati, OH 45246 | Maintenance Agreement | 7/26/99 | Janitorial services | $0.00 |
| KCI Konecranes Group<br>9879 Crescent Park Drive<br>West Chester, OH 45069 | Inspection and Preventive Maintenance Program | 1/19/06 | Crane inspection | $0.00 |
| LensCrafters Inc.<br>8650 Governor's Hill Drive<br>Cincinnati, OH 45249-3303 | Safety Eyewear Authorization Form | 1/5/07 | Prescription safety glasses | $0.00 |
| Lowry Computer Products, Inc.<br>9420 Maltby Road<br>Brighton, MI 48116 | W8306 Three Year Maintenance Contract | 9/9/04 | Label printer service contract | $0.00 |
| Malvern Instruments, Inc.<br>10 Southville Road<br>Southborough, MA 01772 | Diffraction Service Agreement | 10/23/06 | Lab instrumentation maintenance & calibration | $0.00 |

LIST OF TRANSFERRED CONTRACTS

| Counter Party | Name of the Contract | Date of the Contract | Service | Cure Amount |
|---|---|---|---|---|
| Micromeritics<br>One Micromeritics Drive<br>Norcross, GA 30093-1877 | Renewal of Service Agreements and Maintenance Plans | 1/22/07 | Lab instrumentation maintenance & calibration | $0.00 |
| PANalytical Inc.<br>12 Michigan Drive<br>Natick, MA 01760 | Customer Support Maintenance Agreement | 8/28/06 | Lab instrumentation maintenance & calibration | $0.00 |
| Quench USA<br>4812 Peter Place<br>Cincinnati, OH 45246 | Rental Agreement | 1/23/02 | Coffee brewers | $0.00 |
| Rockwell Automation<br>6680 Beta Drive<br>Mayfield Village, OH 44143 | TechConnect Support Agreement | 3/06 | PLC software license tech support | $0.00 |
| SPECTRO Analytical Instruments, Inc.<br>450 Donald Lynch Blvd.<br>Marlborough, MA 01752 | Preventive Maintenance Contract | 8/28/06 | Lab instrumentation maintenance & calibration | $0.00 |
| Ace Exterminating Co.<br>1920 Losantiville Avenue<br>Cincinnati, OH 45237 | Pest Control | No date provided on the available documentation | Extermination service | $0.00 |
| Alpha-Liberty Co.<br>P.O. Box 276<br>West Chester, OH 45071-0276 | Purchase Order | 1/15/02 | Lab instrumentation maintenance & calibration | $0.00 |
| Associated Scale<br>4473 State Route 108<br>Cleves, OH 45002 | Purchase Order | 10/5/01 | Scale calibration | $0.00 |
| BGR, Inc.<br>6392 Gano Road<br>West Chester, OH 45069 | Work Order | 12/4/06 | Stretch wrap machine service | $0.00 |
| Cardinal Laboratories, Inc.<br>622 Buttermilk Pike,<br>Covington, KY 41017 | Purchase Order | 4/2/03 | Sewer sampling and analysis | $0.00 |
| C.W. Brabender Instruments, Inc.<br>50 East Wesley Street<br>P.O. Box 1227<br>South Hackensack, NJ 07608 | Invoice | 3/5/07 | Lab instrumentation maintenance & calibration | $0.00 |
| Dayton Water Systems<br>430 Leo Street<br>Dayton, OH 45404 | Purchase Order | 2/4/04 | Ultra pure and deionized water | $0.00 |
| EHS Technology Group, LLC<br>P.O. Box 3040,<br>Miamisburg, OH 45343-3040 | Purchase Order | 3/9/01 | Environmental consultants | $0.00 |
| Environmental Enterprises, Inc.<br>10163 Cincinnati-Dayton Road<br>Cincinnati, OH 45241 | Purchase Order | 9/26/03 | Hazardous and universal waste disposal | $0.00 |
| Global Dosimetry Solutions<br>2652 McGaw Avenue<br>Irvine, CA 92614 | Invoice | 1/31/07 | Radiation monitoring service | $0.00 |
| HOK Ltd, c/o Seibert Enterprises<br>P.O. Box 75228<br>Fort Thomas, KY 41075-0228 | Purchase Order | 10/26/01 | Calciner parts storage | $0.00 |
| McCormick Equipment Co.<br>P.O. Box 631504<br>Cincinnati, OH 45263-1504 | Planned Maintenance Program | 101/10/06 | Dock leveler service | $0.00 |
| Murphy Transportation<br>6720 Kilby Road<br>Harrison, OH 45030 | Blanket Purchase Order | 10/12/05 | Trucking shuttle service to warehouse | $0.00 |
| Portman Equipment Co.<br>4331 Rossplain Road<br>Cincinnati, OH 45236 | Blanket Order | 10/17/00 | Forklifts | $0.00 |

## LIST OF TRANSFERRED CONTRACTS

| Counter Party | Name of the Contract | Date of the Contract | Service | Cure Amount |
|---|---|---|---|---|
| Quality Battery Service & Industrial Supply, LLC<br>5854 Lynch Lane, Suite 1,<br>Liberty Township, OH 45044 | Invoice - Planned Maintenance | 2/8/07 | Battery charger service | $0.00 |
| Rumpke Sanitary Landfill<br>10795 Hughes Road<br>Cincinnati, OH 45247 | Purchase Order | 3/14/01 | Trash removal (dumpster service) | $0.00 |
| Tennant Sales and Services Company<br>P.O. Box 71414<br>Chicago, IL 60694-1414 | Invoice | 11/28/06 | Floor sweeper service | $0.00 |
| USA Lamp & Ballast<br>7806 Anthony Wayne Avenue<br>Cincinnati, OH 45216 | Purchase Order | 1/30/2006 | Recycling of bulbs, ballasts, and batteries | $0.00 |
| ProSource Leasing<br>4720 Glendale-Milford Road<br>Cincinnati, OH 45242 | Purchase Order | 1/17/2005 | Copier repairs | $0.00 |
| Veterans Security<br>P.O. Box 73223<br>Bellevue, OH 41073 | Purchase Order | 1/15/2007 | Guard service | $0.00 |
| Hodges Warehouse<br>PO Box 470028<br>Tulsa, OK 74147 | Warehouse Agreement | 6/1/07 | Warehouse use | $0.00 |
| Dr. Terry A. Ring<br>3295 E. Deer Hollow Drive<br>Sandy, UT 84092 | Expired Consulting Agreement with Residual Confidentiality Obligations | 4/16/04 | Consulting | $0.00 |
| Dr. Alessandro Trovarelli<br>University of Udine<br>Department of Chemical Science and Technology<br>Via Cotonifico, 108<br>Udine 33100<br>Italy | Expired Consulting Agreement with Residual Confidentiality Obligations | 2/21/02 | Consulting | $0.00 |

# LIST OF TRANSFERRED CONTRACTS

**Active Confidentiality Agreements**

| Counter Party | Contract Type | Org. Date | Contract ID | Cure Amount |
|---|---|---|---|---|
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | Signed 5/31/2007, Active 6/6/2006 | To be determined | $0.00 |
| Catalytic Solutions, Inc. 1640 Fiske Place Oxnard, CA93033 | Confidentiality Agreement | 4/12/2001 | 01-3169 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | 10/23/2002 | 02-3803 | $0.00 |
| Honeywell International Inc. 28399 Cedar Park Boulevard Perrysburg, OH43551 | Proprietary Information Agreement | 2/12/2004 | 04-4208 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | 6/2/2004 | 04-4330 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | 8/2/2004 | 04-4399 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Non-Disclosure Agreement | 5/1/2004 | 04-4537 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Non-Disclosure Agreement | 5/1/2004 | 04-4539 | $0.00 |
| Delphi Energy and Chassis Systems 5820 Delphi Drive Troy, MI48098 | Confidentiality Information Agreement | 5/2/2005 | 05-4882 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | 11/8/2005 | 05-5085 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | 4/18/2006 | 06-5225 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | 5/15/2006 | 06-5243 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | 6/9/2006 | 06-5292 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | 10/25/2006 | 06-5415 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | 12/20/2006 | 07-5483 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | 4/19/2007 | 07-5644 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | 4/19/2007 | 07-5646 | $0.00 |
| *Confidentiality obligations require that the counter party's name be withheld[1]* | Confidentiality Agreement | Signed 5/31/2007; Active 6/6/2006 | 07-5671 | $0.00 |

---

[1] Obligation not to disclose to others the fact that information was received from the other party

(Final) Gemini List of Transferred Contracts (5.14a and b)_(11885097_6).DOC

4

# LIST OF TRANSFERRED CONTRACTS

**Deal Confidentiality Agreements**

| Counter Party | Contract Type | Org. Date | Cure Amount |
|---|---|---|---|
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 11/21/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 2/16/2007 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 10/31/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 11/14/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 11/14/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 11/1/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 11/16/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 11/1/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 11/3/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 11/1/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 10/31/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 6/30/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 3/32/07 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 10/31/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 11/2/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 11/20/2006 | $0.00 |
| Confidentiality obligations require that the counter party's name be withheld | Confidentiality Agreement | 11/22/2006 | $0.00 |