EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection deadline: 3/09/07 at 4:00 p.m. |

## THIRTY-FOURTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 2007

Name of Applicant:                                   Protiviti Inc.

Authorized to Provide Services to:                   Debtors

Date of Retention:                                   Order dated November 17, 2003,
                                                     *nunc pro tunc* to June 30, 2003

Period for which compensation
and reimbursement is sought:                         January 1 through January 31, 2007

Amount of Compensation sought
as actual, reasonable and necessary                  $29,280.00

Amount of Expense Reimbursement
sought as actual, reasonable and necessary           $29.25

This is a(n):          X  interim                     ___ Final application


Prior applications:     None.

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marie Hendrixson | Managing Director 20 years | $300 | 2.0 | $600.00 |
| Kevin Strickler | Manager 7 years | $240 | 7.0 | $1,680.00 |
| Mike Lawler | Senior Consultant 1 year | $150 | 124.0 | $18,600.00 |
| Nicole King | Consultant 1 year | $150 | 56.0 | $8,400.00 |
| | | Totals | 189.0 | $29,280.00 |

1

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 0 | 0 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br><br>   • Sarbanes Oxley Compliance Services | 189.0 | $29,280.00 |
| Other (Explain) | 0 | 0 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | **189.0** | **$29,280.00** |

2

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $0 |
| Lodging | N/A | $29.25 |
| Sundry | N/A | $0 |
| Business Meals / Entertainment | N/A | $0 |
| **Total Expenses** | | **$29.25** |

3

**Fee Application Narrative**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection deadline: 3/9/07 at 4:00 p.m. |

### CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1.     I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for March 2006* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2.     I have read the Application and I certify as follows:

(a)     The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

(b)     To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

       (c)     To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

       (d)     The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

       (e)     Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

       (f)     In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

       (g)     In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

_Marie Hendrixson_
Marie Hendrixson

Dated:  February 7, 2007
        Philadelphia, PA

2

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered: January 2007**

**INTERNAL AUDIT - 8055**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | | Total Hours Billed | Total Fees | |
|---|---|---|---|---|---|---|---|
| Marie Hendrixson | Managing Director | 20 | $ | 300.00 | 2.0 | $ | 600.00 |
| Kevin Strickler | Manager | 7 | $ | 240.00 | 7.0 | $ | 1,680.00 |
| Mike Lawler | Consultant | 1 | $ | 150.00 | 124.0 | $ | 18,600.00 |
| Nicole King | Consultant | 1 | $ | 150.00 | 56.0 | $ | 8,400.00 |
| | | | **Totals** | | **189.0** | $ | **29,280.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: January 2007**

**Name:**   Marie Hendrixson
**Level:**   Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 4-Jan-07 | Review invoices and detailed support for the period of December 2006. | $ 300.00 | 1 | $    300.00 |
| 31-Jan-07 | Review and finalize Mike Lawler and Nicole King's performance evaluations. | $ 300.00 | 1 | $    300.00 |
| | **Totals** | | **2.0** | **$    300.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: January 2007**

**Name:**    Kevin Strickler
**Level:**    Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 4-Jan-07 | Discussion with Ed Bull, Brian Kenney and Marie Hendrixson regarding scheduling and client needs | $ 240.00 | 1.0 | $    240.00 |
| 8-Jan-07 | Develop Grace detailed time and expenses for the period of December 2006 | $ 240.00 | 2.0 | $    480.00 |
| 9-Jan-07 | Develop Grace detailed time and expenses for the period of December 2006 | $ 240.00 | 2.0 | $    480.00 |
| 30-Jan-07 | Review/ finalize and communicate Nicole and Mike's performance evaluations | $ 240.00 | 1.0 | $    240.00 |
| 31-Jan-07 | Dicussions with Mike Lawler, Ed Bull, and Ken Green (AU Project Manager) concerning extending Mike's schedule | $ 240.00 | 1.0 | $    240.00 |
| | **Totals** | | **7.0** | **$  1,680.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: January 2007**

**Name:**    Mike Lawler
**Level:**    Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 2-Jan-07 | IT testing for Barb Summerson | $ 150.00 | 4.0 | $    600.00 |
| 2-Jan-07 | Key account analysis for Ed Bull | $ 150.00 | 4.0 | $    600.00 |
| 3-Jan-07 | research for upcoming testing in Consignment testing for Davison | $ 150.00 | 6.0 | $    900.00 |
| 3-Jan-07 | Key account analysis for Ed Bull | $ 150.00 | 2.0 | $    300.00 |
| 8-Jan-07 | Significant Account updates for Q4 | $ 150.00 | 4.0 | $    600.00 |
| 8-Jan-07 | COSO Analysis Review/Control objectives | $ 150.00 | 4.0 | $    600.00 |
| 9-Jan-07 | waiting on client researching upcoming testing credit memos/consignments | $ 150.00 | 8.0 | $  1,200.00 |
| 10-Jan-07 | Portal Updates from Worms testing | $ 150.00 | 1.0 | $    150.00 |
| 10-Jan-07 | Obtain\review documentation for MB51 report testing and credit memos | $ 150.00 | 3.0 | $    450.00 |
| 10-Jan-07 | Testing/gathering information for Worms consignment testing. | $ 150.00 | 4.0 | $    600.00 |
| 11-Jan-07 | Testing/gathering information for credit memos testing (Davison) | $ 150.00 | 4.0 | $    600.00 |
| 11-Jan-07 | Testng of MB51 report (Davison) | $ 150.00 | 4.0 | $    600.00 |
| 12-Jan-07 | waiting on client researching upcoming testing rebate testing/consignments/worms retesting | $ 150.00 | 8.0 | $  1,200.00 |
| 15-Jan-07 | COSO Analysis Review/Control objectives | $ 150.00 | 8.0 | $  1,200.00 |
| 16-Jan-07 | Testing for credit memos | $ 150.00 | 4.0 | $    600.00 |
| 16-Jan-07 | Working with Greg demory on SAS70 summary report | $ 150.00 | 4.0 | $    600.00 |
| 17-Jan-07 | Testing/gathering information for rebate testing (Worms) | $ 150.00 | 4.0 | $    600.00 |
| 17-Jan-07 | Testng of Credit memos (davison) | $ 150.00 | 3.0 | $    450.00 |
| 17-Jan-07 | Updating Portal per testing | $ 150.00 | 1.0 | $    150.00 |
| 18-Jan-07 | Q4 scoping | $ 150.00 | 4.0 | $    600.00 |
| 18-Jan-07 | Consignment testing and gathering documents from Linda Anton | $ 150.00 | 4.0 | $    600.00 |
| 19-Jan-07 | Q4 scoping | $ 150.00 | 8.0 | $  1,200.00 |
| 23-Jan-07 | Q4 scoping | $ 150.00 | 4.0 | $    600.00 |
| 23-Jan-07 | consignment testing | $ 150.00 | 4.0 | $    600.00 |
| 24-Jan-07 | Q4 scoping instructions | $ 150.00 | 4.0 | $    600.00 |
| 24-Jan-07 | Tesitng for rebate testing (worms) | $ 150.00 | 4.0 | $    600.00 |
| 25-Jan-07 | Q4 Scoping | $ 150.00 | 8.0 | $  1,200.00 |
| 26-Jan-07 | Finalizing Rebate testing and updating portal | $ 150.00 | 4.0 | $    600.00 |
| | **Totals** | | **124.0** | **$ 18,600.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: January 2007**

**Name:**   Nicole King
**Level:**   Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 2-Jan-07 | Key Accounts - analysis for Level 1 sites | $ 150.00 | 8.0 | $   1,200.00 |
| 3-Jan-07 | Key Accounts - analysis for Level 1 sites | $ 150.00 | 8.0 | $   1,200.00 |
| 4-Jan-07 | Key Accounts - analysis for Level 1 sites | $ 150.00 | 8.0 | $   1,200.00 |
| 5-Jan-06 | COSO analysis for Ed Bull | $ 150.00 | 8.0 | $   1,200.00 |
| 8-Jan-07 | Resume Updating | $ 150.00 | 2.0 | $      300.00 |
| 8-Jan-07 | COSO analysis for Ed Bull | $ 150.00 | 5.0 | $      750.00 |
| 8-Jan-07 | Time and Expenses | $ 150.00 | 1.0 | $      150.00 |
| 9-Jan-07 | Significant account updates for Q4 | $ 150.00 | 5.0 | $      750.00 |
| 9-Jan-07 | Portal Updates | $ 150.00 | 3.0 | $      450.00 |
| 10-Jan-07 | Waiting on Client | $ 150.00 | 4.0 | $      600.00 |
| 10-Jan-07 | Portal Updates | $ 150.00 | 4.0 | $      600.00 |
| | **Totals** | | **56.0** | **$   8,400.00** |

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: January 2007**

| Expense Category | Service Provider | Total Expenses | |
|---|---|---|---|
| Transportation | N/A | $ | - |
| Lodging | N/A | $ | 29.25 |
| Sundry | N/A | $ | - |
| Business Meals | N/A | $ | - |
| **Total** | | **$** | **29.25** |

**Protiviti Inc.**
**W. R. Grace & Co. Expense Tracking**
**Period Covered: January 2007**

Name: Mike Lawler
Level: Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|------|------------------------|--------|----------------|---------|--------|------------------------------|--------|
| 15-Jan | Correction of currency translation error related to lodging cost for the December 2006 Worms, Germany site visit. | $ 29.25 | | $ 29.25 | | | $ 29.25 |
| | **Totals** | $ 29.25 | $ - | $ 29.25 | $ - | $ - | $ 29.25 |