IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**[FINAL] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 30 – 31, 2007, AT 11:00 A.M. BEFORE THE HONORABLE
JUDITH K. FITZGERALD AT THE UNITED STATES
<u>BANKRUPTCY COURT, IN PITTSBURGH, PENNSYLVANIA</u>**

**PARTIES WISHING TO LISTEN IN TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, JULY 26, 2007
AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE [DOCKET NO. 7709]***

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PARTIES WISHING TO PARTICIPATE MUST ATTEND THE TRIAL IN PITTSBURGH, PA

### BRIEFING (VOLUME I)

1. Debtors' List of Claims to be Tried on July 30, 2007 – August 1, 2007 [Filed July 2, 2007] (Docket No. 16218)

   Related Documents:

   a. Order [SCHEDULING] for Adjudication of Asbestos PD Claims on July 30, 2007, to August 1, 2007 [Entered June 25, 2007] (Docket No. 16149)

   b. Debtors' Trial Brief for the July 30 – 31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims [Filed July 9, 2007] (Docket No. 16251)

   Response Deadline: By close of business Eastern Time July 16, 2007

   Responses Received:

   a. Claimants' Trial Brief for the July 30 – 31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims [Filed July 16, 2007] (Docket No. 16298)

   Reply Deadline: By close of business Eastern Time July 23, 2007

   Replies Received:

   a. **Debtors' Reply Brief for the July 30 – 31, 2007 Statute of Limitations Hearings on Certain Motley Rice Claimants' Asbestos Property Damage Claims [Filed July 23, 2007] (Docket No. 16360)**

   Status: This matter will go forward.

### WITNESS LISTS

2. Debtors' Final Witness List for the July 30 – 31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims [Filed July 9, 2007] (Docket No. 16253)

3. Claimants' Final Witness List for the July 30 – 31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims [Filed July 16, 2007] (Docket No. 16302)

## TRIAL EXHIBITS

4. Debtors' List of Pre-Marked Exhibits for the July 30 – 31, 2007 Statute of Limitations Hearing on Certain Motley Rice Asbestos Property Damage Claims [Filed July 9, 2007] (Docket No. 16254) **(DEBTORS' EXHIBITS LOCATED IN VOLUME II)**

    Objection Deadline: By close of business Eastern Time July 16, 2007

    Objections Received:

    a. Claimants' Objections to Debtors' Exhibits for the July 30 – 31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims [Filed July 16, 2007] (Docket No. 16299)

    Status: This matter will go forward.

5. Claimants' List of Pre-Marked Exhibits for the July 30 – 31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims [Filed July 16, 2007] (Docket No. 16301) **(CLAIMANTS' EXHIBITS LOCATED IN VOLUME III)**

    Objection Deadline: By close of business Eastern Time July 23, 2007

    Objections Received:

    a. **Debtors' Objections to Claimants' Pre-Marked Exhibits for the July 30 – 31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims [Filed July 23, 2007] (Docket No. 16361)**

    Status: This matter will go forward.

## MOTIONS IN LIMINE (VOLUME IV)

6. **Debtors' Motion in Limine to Exclude Testimony and Evidence of *Nullum Tempus* Status at the July 30, 31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims [Filed July 20, 2007] [Docket No. 16353)**

Responses Deadline: By close of business Eastern Time July 24, 2007

Responses Received:

a. **Claimants' Response to Debtors' Motion in Limine to Exclude Testimony and Evidence of *Nullum Tempus* Status at the July 30 – 31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims [Filed July 24, 2007] (Docket No. 16377)**

Status: This matter will go forward.

Dated: July 25, 2007

REED SMITH LLP
James J. Restivo, Jr.
Lawrence Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

-and-

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
Samuel Blatnick
Michael Dierkes
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and–

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession