# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.**[1] | ) | |
| | ) | **Case No. 01-01139 (JKF)** |
| **Debtors.** | ) | **(Jointly Administered)** |

**FEE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S**
**FEE APPLICATION FOR THE PERIOD MAY 1, 2007 TO MAY 31, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| Date | Professional | Hours | Description |
|---|---|---|---|
| 5/1/2007 | Joshua Metcalf | 0.4 | Multiple correspondence with co-defense counsel regarding strategy for upcoming deposition of third party screening doctor in Jackson, Mississippi |
| 5/1/2007 | Joshua Metcalf | 0.5 | Continue to review and revise summary of screening doctor activities as they relate to Debtors' asbestos claimants |
| 5/1/2007 | Joshua Metcalf | 1.2 | Multiple correspondence with co-defense counsel regarding pro hac motions, notice of deposition, and logistics of upcoming screening doctor deposition in Jackson, Mississippi |
| 5/1/2007 | Mary Margaret Ratliff | 0.6 | On-going analysis of types of documents and materials produced by third party screening company and doctors in Austin, Texas in order to ensure compliance with subpoenas issued to same |
| 5/1/2007 | Ceejaye Sneddon | 6.3 | On-going analysis of types of documents and materials produced by third party screening company and doctors in Austin, Texas in order to ensure compliance with subpoenas issued to same |
| 5/1/2007 | Bill Deemer | 0.3 | Continue to analyze and obtain certain screening and diagnostic materials requested by counsel in preparation for upcoming deposition of subponeaed third party screening doctor in Jackson, Mississippi |
| 5/1/2007 | Justin Alderson | 6.3 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/1/2007 | Susan Breland | 6.3 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/1/2007 | Tracey Bates | 6.3 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/1/2007 | Priscilla Hutton | 6.7 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/2/2007 | Joshua Metcalf | 0.4 | Multiple correspondence with co-defense counsel regarding pro hac motions, notice of deposition, and logistics of upcoming screening doctor deposition |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| | | | |
|---|---|---|---|
| 5/2/2007 | Joshua Metcalf | 0.5 | Telephone conference with co-defense counsel regarding strategy for upcoming third party screening doctor deposition and suggested exhibits FPWKT needs to prepare in advance of same |
| 5/2/2007 | Mary Margaret Ratliff | 2.4 | Read documents produced by subpoenaed third party screening company in Jackson, Mississippi to determine relation to Debtors' asbstos claimants |
| 5/2/2007 | Mary Margaret Ratliff | 1.4 | Correspondence with Texas document production company and third party screening company in Austin, Texas regarding status of additional documents to be produced |
| 5/2/2007 | Ceejaye Sneddon | 6.5 | Prepare for and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/2/2007 | Justin Alderson | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/2/2007 | Susan Breland | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/2/2007 | Tracey Bates | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/2/2007 | Priscilla Hutton | 7.5 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/3/2007 | Joshua Metcalf | 0.6 | Multiple correspondence and conferences with co-defense counsel regarding pro hac admissions |
| 5/3/2007 | Joshua Metcalf | 3.2 | Continue to prepare for deposition of third party screening doctor in Jackson, Mississippi, including review of documents produced by witness and preparation of exhibits for use at deposition which demonstrate various aspects of doctor's screening practice |
| 5/3/2007 | Mary Margaret Ratliff | 2.2 | Continue to read documents produced by subpoenaed third party screening company in Jackson, Mississippi to determine relation to Debtors' asbstos claimants |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| | | | |
|---|---|---|---|
| 5/3/2007 | Mary Margaret Ratliff | 1.8 | Work with co-defense counsel regarding arrangements and preparation for upcoming deposition of subpoenaed third party screening doctor in Jackson, Mississippi and creation and presentation of necessary documents and exhibits by FPWKT for use at deposition |
| 5/3/2007 | Mary Margaret Ratliff | 1.4 | Continue to develop strategy and logistics for on-going document production by third party screening company and two screening doctors in Austin, Texas |
| 5/3/2007 | Ceejaye Sneddon | 1.2 | Review and revise motion for admission pro hac vice and accompanying amended notice of deposition to be filed with United States District Court for the Southern District of Mississippi to allow defense attorney to participate in deposition of litigation physician |
| 5/3/2007 | Anna Williamson | 0.3 | Prepare notice of deposition of third party screening doctor in Jackson, MS and motion for pro hac vice of co-counsel along with exhibits for filing on federal court electronic filing system |
| 5/3/2007 | Justin Alderson | 6.7 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/3/2007 | Susan Breland | 7 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/3/2007 | Tracey Bates | 6.7 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/4/2007 | Joshua Metcalf | 1.8 | Continue to prepare for deposition of third party screening doctor, including review of documents produced by witness and preparation of exhibits for use at deposition which demonstrate various aspects of doctor's screening practices as they relate to Debtors' asbestos claimants |
| 5/4/2007 | Joshua Metcalf | 5.8 | Meet with co-defense counsel regarding preparation for deposition of third party screening doctor, review of selected documents and materials prepared by FPWKT to be used at deposition, and strategy for utilizing same |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| | | | |
|---|---|---|---|
| 5/4/2007 | Mary Margaret Ratliff | 3.6 | Continue to prepare for upcoming deposition of subpoenaed third party screening doctor, including continued review of materials produced by screening doctor as they related to Debtors' asbestos claimants and preparation by FPWKT of necessary exhibits demonstrating patterns of practice utilized by screening doctor |
| 5/4/2007 | Mary Margaret Ratliff | 1.4 | Confirm and monitor on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/4/2007 | Kristie Rhodes | 2 | Assist counsel with preparation and creation of numerous exhibits to be used at oral deposition of subpoenaed third party screening doctor |
| 5/4/2007 | Justin Alderson | 4.5 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/4/2007 | Susan Breland | 3.7 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/4/2007 | Susan Breland | 3.5 | Prepare for and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/4/2007 | Tracey Bates | 3.5 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/4/2007 | Tracey Bates | 3.8 | Prepare for and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/4/2007 | Tonia Hales | 4 | Assist counsel with preparation and creation of numerous exhibits to be used at oral deposition of subpoenaed third party screening doctor |
| 5/5/2007 | Joshua Metcalf | 10 | Prepare for and attend as local Mississippi counsel the deposition of third party screening doctor in Jackson, Mississippi |
| 5/5/2007 | Mary Margaret Ratliff | 2.6 | Continue to create, summarize and prepare numerous exhibits for use at the deposition of third party screening doctor in Jackson, Mississippi |
| 5/5/2007 | Kristie Rhodes | 8.5 | Attend and participate in oral deposition of subpoenaed third party screening doctor and assist counsel with preparation, organization, and submission of numerous exhibits to be attached to deposition |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| | | | |
|---|---|---|---|
| 5/5/2007 | Tonia Hales | 8.5 | Attend and participate in oral deposition of subpoenaed third party screening doctor and assist counsel with preparation, organization, and submission of numerous exhibits to be attached to deposition |
| 5/6/2007 | Kristie Rhodes | 2 | Assist M. Ratliff in final preparations of numerous exhibits generated and created by FPWKT for deposition of third party screening doctor in Jackson, Mississippi |
| 5/7/2007 | Joshua Metcalf | 0.4 | Multiple correspondence with co-counsel regarding necessary follow-up to deposition of third party screening doctor |
| 5/7/2007 | Joshua Metcalf | 0.6 | Review transcript of deposition of third party screening doctor for accuracy |
| 5/7/2007 | Mary Margaret Ratliff | 3.4 | Determine necessary analysis and tasks to be completed in light of testimony of third party screening doctor as it relates to Debtors' asbestos claimants |
| 5/7/2007 | Mary Margaret Ratliff | 1 | Continue to develop strategy and logistics for on-going document production by third party screening company and two screening doctors in Austin, Texas |
| 5/7/2007 | Kristie Rhodes | 3 | Assist counsel in determining necessary analysis and tasks to be completed in light of testimony of third party screening doctor as it relates to Debtors' asbestos claimants |
| 5/7/2007 | Bill Deemer | 0.5 | Review and identify most current deposition, trial or hearing testimony and related work indexes and exhibits for third party screening doctor responsible for the diagnoses of tens of thousands of Debtors' asbestos claimants |
| 5/8/2007 | Joshua Metcalf | 0.6 | Telephone conference with co-counsel regarding necessary analysis to be completed by FPWKT in light of third party screening doctor's recent deposition testimony |
| 5/8/2007 | Mary Margaret Ratliff | 0.6 | Work with outside computer consultant regarding ongoing maintenance and production to co-counsel of documents and materials produced by third party screening company in Jackson, Mississippi |
| 5/8/2007 | Mary Margaret Ratliff | 0.8 | Correspondence with counsel for thid party screening company in Austin, Texas regarding on-going document production and location of electronic files |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| | | | |
|---|---|---|---|
| 5/9/2007 | Joshua Metcalf | 1.3 | Read prior deposition transcripts of various screening doctors responsible for the diagnosis of tens of thousands of Debtors' claimants for testimony inconsistent with recent deposition testimony of third party screening doctor in Jackson, Mississippi |
| 5/9/2007 | Mary Margaret Ratliff | 0.6 | Determine current status of analysis of documents and materials produced by third party screening company in Jackson, Mississippi by document analysts |
| 5/10/2007 | Joshua Metcalf | 1.5 | Continue to read prior deposition transcripts of various screening doctors responsible for the diagnosis of tens of thousands of Debtors' claimants for testimony inconsistent with recent deposition testimony of third party screening doctor in Jackson, Mississippi |
| 5/10/2007 | Mary Margaret Ratliff | 0.6 | Conference with counsel for third party screening company in Austin, Texas regarding on-going document production and location of electronic files |
| 5/14/2007 | Joshua Metcalf | 0.6 | Review information on accountant for third party screening doctor in Jackson, Mississippi in preparation for issuing a subpoena to same on behalf of Debtors |
| 5/14/2007 | Joshua Metcalf | 0.7 | Continue to analyze screening practices of third party screening company in Jackson, Mississippi as they relate to Debtors' asbestos claimants |
| 5/15/2007 | Joshua Metcalf | 0.3 | Draft subpoenas to accountant for third party screening doctor in Jackson, Mississippi |
| 5/15/2007 | Joshua Metcalf | 0.8 | Continue to draft summary of deposition of third party screening doctor in Jackson, Mississippi |
| 5/15/2007 | Mary Margaret Ratliff | 0.9 | Continue to determine status of, and logistics for, on-going document production by third party screening company in Austin, Texas |
| 5/16/2007 | Mary Margaret Ratliff | 1.3 | Correspondence with co-counsel and local counsel in West Virginia regarding pending pro hac issues and arrangements for payment for services regarding issuance of subpoenas |
| 5/16/2007 | Mary Margaret Ratliff | 0.8 | Phone conference with transcriptionist and videographer regarding request for expedited transcript from deposition of subpoenaed third party from co-counsel and finalization of same |
| 5/16/2007 | Mary Margaret Ratliff | 1.4 | Continue to determine status of, and logistics for, on-going document production by third party screening company in Austin, Texas |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| | | | |
|---|---|---|---|
| 5/17/2007 | Joshua Metcalf | 0.6 | Continue to draft summary of deposition of third party screening doctor in Jackson, Mississippi |
| 5/17/2007 | Mary Margaret Ratliff | 0.9 | Prepare for on-going document production by third party screening company in Austin, Texas |
| 5/18/2007 | Joshua Metcalf | 0.2 | Correspondence with co-counsel regarding status of outstanding subpoenas |
| 5/18/2007 | Joshua Metcalf | 0.1 | Review and finalize proposed order for pro hac vice motions |
| 5/18/2007 | Joshua Metcalf | 0.1 | Correspondence with co-counsel regarding status of pro hac vice motions |
| 5/18/2007 | Mary Margaret Ratliff | 1.2 | Prepare for on-going document production by third party screening company in Austin, Texas |
| 5/20/2007 | Susan Breland | 3.5 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/20/2007 | Dante Toigo | 3.5 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/20/2007 | Tracey Bates | 3.5 | Prepare for and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/20/2007 | Priscilla Hutton | 3.5 | Work with document production team on strategy and plan for on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/20/2007 | Bill Trolio | 3.5 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/21/2007 | Joshua Metcalf | 0.4 | Review and revise summary of screening practices relating the diagnosis of Debtors' asbestos claimants by third party screening doctor in West Virginia |
| 5/21/2007 | Mary Margaret Ratliff | 4.2 | Prepare for and attend on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/21/2007 | Justin Alderson | 5 | Prepare for and attend on-going production of documents and materials by third party screening company in Austin, Texas |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| | | | |
|---|---|---|---|
| 5/21/2007 | Susan Breland | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/21/2007 | Dante Toigo | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/21/2007 | Tracey Bates | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/21/2007 | Priscilla Hutton | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/21/2007 | Tonia Hales | 0.5 | Assist in setting up logistics for on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/21/2007 | Bill Trolio | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/22/2007 | Joshua Metcalf | 0.2 | Read correspondence from co-counsel regarding subpoena of accountant of third party screening doctor in Jackson, Mississippi |
| 5/22/2007 | Mary Margaret Ratliff | 4.7 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/22/2007 | Justin Alderson | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/22/2007 | Susan Breland | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/22/2007 | Dante Toigo | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/22/2007 | Tracey Bates | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/22/2007 | Priscilla Hutton | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| | | | |
|---|---|---|---|
| 5/22/2007 | Bill Trolio | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/23/2007 | Mary Margaret Ratliff | 1.3 | Determine status of current analysis of documents and materials produced by screening doctors and screening companies subpoenaed by Debtors |
| 5/23/2007 | Mary Margaret Ratliff | 1.2 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/23/2007 | Mary Margaret Ratliff | 2 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/23/2007 | Ceejaye Sneddon | 3.9 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/23/2007 | Justin Alderson | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/23/2007 | Susan Breland | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/23/2007 | Dante Toigo | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/23/2007 | Tracey Bates | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/23/2007 | Priscilla Hutton | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/23/2007 | Bill Trolio | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/24/2007 | Joshua Metcalf | 0.8 | Multiple correspondence and telephone conferences with co-counsel regarding upcoming deposition of third party screening company employee |
| 5/24/2007 | Joshua Metcalf | 0.5 | Continue to review background information on third party screening company employee in preparation for deposition of same |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| | | | |
|---|---|---|---|
| 5/24/2007 | Joshua Metcalf | 0.7 | Multiple correspondence with co-counsel regarding screening of Debtors' asbestos claimants by unlicensed screening doctors |
| 5/24/2007 | Mary Margaret Ratliff | 1.8 | Prepare and finalize subpoena, detailed exhibit, and notice to be served on third party screening company employee |
| 5/24/2007 | Mary Margaret Ratliff | 1.2 | Continue to determine the current status of analysis for documents and materials produced by screening doctors and screening companies subpoenaed by Debtors |
| 5/24/2007 | Mary Margaret Ratliff | 1.1 | Preparations and arrangements for on-going document production by third party screening company and screening doctors in Austin, Texas |
| 5/24/2007 | Ceejaye Sneddon | 6 | Prepare for and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/24/2007 | Justin Alderson | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas(7/1) |
| 5/24/2007 | Susan Breland | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/24/2007 | Dante Toigo | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/24/2007 | Tracey Bates | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/24/2007 | Priscilla Hutton | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/24/2007 | Bill Trolio | 6 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/25/2007 | Joshua Metcalf | 0.4 | Read correspondence from co-counsel regarding necessary preparation by FPWKT for upcoming third party screening company employee |
| 5/25/2007 | Mary Margaret Ratliff | 1.3 | Determine current status of service of process on all outstanding subpoenas issued by Debtors and status of productions relating to same |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| | | | |
|---|---|---|---|
| 5/25/2007 | Mary Margaret Ratliff | 0.6 | Preparations and arrangements for on-going document production by third party screening company and screening doctors in Austin, Texas |
| 5/25/2007 | Ceejaye Sneddon | 4.2 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/25/2007 | Justin Alderson | 7.7 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas(7/1) |
| 5/25/2007 | Susan Breland | 3.5 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/25/2007 | Susan Breland | 4.3 | Strategize and determine plan for document production with MDL document production task force regarding documents and additional materials to be produced by CPOM in Austin, TX |
| 5/25/2007 | Dante Toigo | 3.5 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/25/2007 | Dante Toigo | 4.2 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/25/2007 | Tracey Bates | 3.5 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/25/2007 | Tracey Bates | 4.3 | Prepare for and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/25/2007 | Priscilla Hutton | 7.8 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/25/2007 | Bill Trolio | 7.8 | Attend and participate in on-going production of documents and materials by third party screening company in Austin, Texas |
| 5/25/2007 | Jennifer Parks | 0.3 | Confer with process server, Lewis Watt via the telephone and meet with same regarding service of subpoena on third party screening company employee |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| | | | |
|---|---|---|---|
| 5/25/2007 | Jennifer Parks | 1 | Revise and finalize subpoena and detailed exhibits attached to same for third party screening company employee |
| 5/27/2007 | Mary Margaret Ratliff | 1.7 | Preparations and arrangements for on-going document production by third party screening company and screening doctors in Austin, Texas |
| 5/29/2007 | Joshua Metcalf | 0.9 | Multiple correspondence to co-counsel regarding analysis requested of FPWKT with respect to specific screening doctors and screening companies |
| 5/29/2007 | Joshua Metcalf | 1.2 | Read and revise summary of suspect screening activites by specific screening companies at issue with respect to Debtors' asbestos claimants |
| 5/29/2007 | Joshua Metcalf | 0.2 | Correspondence with co-counsel regarding upcoming deposition of third party screening company employee |
| 5/29/2007 | Jennifer Parks | 0.2 | Confer with process server via the telephone and meet with same regarding status of service on third party screening doctor |
| 5/29/2007 | Jennifer Parks | 0.4 | Receive and convert proof of service on third party to electronic format and forward same to co-defense counsel |
| 5/29/2007 | Jennifer Parks | 0.3 | Prepare proof of service on third party screening company |
| 5/30/2007 | Joshua Metcalf | 0.9 | Multiple correspondence with co-counsel regarding upcoming deposition of third party screening company employee |
| 5/30/2007 | Joshua Metcalf | 0.3 | Telephone conference with co-defense counsel regarding upcoming deposition of third party screening company employee |
| 5/31/2007 | Joshua Metcalf | 0.9 | Continue preparation and creation of exhibits demonstrating suspect screening practices in the diagnosis of Debtors' asbestos claimants in light of upcoming deposition |
| 5/31/2007 | Joshua Metcalf | 0.4 | Multiple correspondence with co-counsel regarding exhibits which FPWKT needs to prepare in advance of upcoming screening doctor deposition |
| 5/31/2007 | Mary Margaret Ratliff | 0.6 | Preparations and arrangements for on-going document production by third party screening company and screening doctors in Austin, Texas |

**Matter 21 – Claims Analysis Objection and Resolution (Asbestos) - Fees**

**Analysis of Diagnostic Materials and Third Party Discovery**

The following section details the work of the paraprofessionals-document analysts who read and analyze each item in the collection of over 1.5 million documents produced by asbestos screening companies and asbestos screening doctors pursuant to subpoenas in this action. During the applicable fee period, 16 paraprofessionals-document analysts completed 1832.2 hours of work reviewing these materials as they relate to the screening and diagnosis of the Debtor's asbestos claimants.

On a daily, weekly, and monthly basis, each paraprofessional conducts a detailed analysis of hundreds/thousands of documents relating to the diagnosis of Debtor's asbestos claimants. This work is typically summarized using the exact same time description for each analyst for every hour and day they spend on these efforts:

> Individual, detailed review and analysis of hundreds of records and documents, produced by various third party screening companies and screening doctors subpoenaed by client, in order to examine the screening and diagnosis of Debtors' asbestos claimants

To set forth each paraprofessional-document analyst's daily time entries with this same description would result in dozens of pages of repetitive time descriptions. Therefore, in the interest of economy, we have summarized for your convenience the hours worked by timekeeper for the May 1, 2007 through May 31, 2007 time period below. For each timekeeper and entry, the time description set forth above applies.

**Total Hours Worked by Paraprofessionals-Document Analysts**
**May 2007**

| Last Name, First Name | Hours |
|---|---|
| HUTTON, PRISCILLA | 89.0 |
| MITCHELL, DANA K. | 154.0 |
| MOORE, JONI L. | 159.5 |
| MORGAN, THERESA M. | 55.0 |
| NORWOOD, KELSEY N. | 97.1 |
| PAYTON, SHANTAYE Q. | 134.4 |
| PEETS, HALEY E. | 140.2 |
| PENNINGTON, SHARRON M. | 146.5 |
| REDMOND, TAMMIE A. | 84.0 |
| SAYLES, BARBARA | 150.5 |
| SCHOPMEYER, MAYA D. | 32.4 |
| SIMS, TYLER G. | 89.5 |
| SMITH, GLINDA R. | 105.6 |
| TOIGO, DANTE W. | 113.0 |
| TROLIO, BILL H. | 116.0 |
| YOUNG, ASHLEE C. | 165.5 |

**Matter 32 - Fee Applications, Applicant (Fees)**

| Date | Professional | Hours | Description |
|---|---|---|---|
| 5/9/2007 | Amanda Summerlin | 0.3 | Conference with co-counsel regarding status of Fee Application filed in April 2007 |
| 5/10/2007 | Marcy Croft | 3.8 | Continue to draft fee application to be filed in May 2007 covering excess fees and unreimbursed expenses from April 1, 2007 to April 30, 2007 |
| 5/22/2007 | Marcy Croft | 1.4 | Continue to draft the FPWKT Fee Application covering excess OCP fees and unreimbursed expenses from April 1, 2007 through April 30, 2007 |
| 5/24/2007 | Marcy Croft | 6.8 | Continue to draft the FPWKT Fee Application covering excess OCP fees and unreimbursed expenses from April 1, 2007 through April 30, 2007 |
| 5/24/2007 | Amanda Summerlin | 2 | Read and revise exhibits to FPWKT Fee Application covering excess OCP fees and unreimbursed expenses from April 1, 2007 through April 30, 2007 |
| 5/24/2007 | Ashley Calhoun | 7.5 | Draft and revise exhibits to FPWKT Fee Application covering excess OCP fees and unreimbursed expenses from April 1, 2007 to April 30, 2007 |
| 5/25/2007 | Amanda Summerlin | 0.2 | Electronic correspondence to M. Croft regarding revisions to FPWKT Fee Application |
| 5/25/2007 | Ashley Calhoun | 2.6 | Continue to draft and revise exhibits and charts for use in FPWKT Fee Application for excess OCP fees and unreimbursed expenses covering April 1, 2007 through April 30, 2007 |
| 5/29/2007 | Marcy Croft | 1.4 | Finalize Fee Application for excess OCP fees and unreimbursed expenses for the April 1, 2007 to April 30, 2007 fee period |
| 5/30/2007 | Marcy Croft | 0.4 | Read and respond to correspondence from co-counsel regarding FPWKT Fee Application for April 2007 |
| 5/31/2007 | Amanda Summerlin | 0.1 | Electronic correspondence with M. Croft regarding FPWKT Fee Application for April 2007 fee period |