# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |

**EXPENSE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S
FEE APPLICATION FOR THE PERIOD MAY 1, 2007 TO MAY 31, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.


## FPWKT Expense Summary for All Matters

| Matter Number | Expense Category | Total Expense |
|---|---|---|
| 21 | Airfare | $3,791.30 |
| 21 | Car Rental | $2,081.03 |
| 21 | Computer Research | 58.3 |
| 21 | Delivery Services | $6.79 |
| 21 | Equipment | $37.88 |
| 21 | Express Mail | $64.66 |
| 21 | Hotel | $8,569.46 |
| 21 | Miscellaneous Tips | $22.50 |
| 21 | Office Supplies | $18.33 |
| 21 | Other Travel Expenses | $164.52 |
| 21 | Outside Copy/Binding Services /Document Preparation Services | $6,718.99 |
| 21 | Photocopies | $4,328.32 |
| 21 | Remote Wireless Internet Access | $6.98 |
| 21 | Telephone Long Distance | 4.54 |
| 21 | Working Meal, FPWKT and Others | $497.21 |
| 21 | Working Meal, FPWKT Only | $1,715.89 |
| **TOTAL EXPENSES REQUESTED IN APPLICATION** | | **$28,086.70** |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 4/23/2007 | Amanda Sutherland, Attorney, Internet Charges for Remote Connection | $15.96 |
| 4/23/2007 | Amanda Sutherland, Marcy Croft, Working Meal, FPWKT-Only | $30.46 |
| 4/23/2007 | Amanda Sutherland, FPWKT-Only Meal | $4.12 |
| 5/1/2007 | Hotel, One Attorney, Austin, Texas, Attendance at Document Production, April 18, 2007 | $102.92 |
| 5/1/2007 | Hotel, One Attorney, Austin, Texas, Attendance at Document Production, April 19, 2007 | $102.93 |
| 5/1/2007 | Office Supplies for Use at Document Production in Austin, Texas, April 20, 2007 | $18.33 |
| 5/1/2007 | Working Meal, FPWKT Only, One Attorney and Three Staffmembers, April 18, 2007 | $18.46 |
| 5/1/2007 | Working Meal, FPWKT Only, One Attorney and Three Staffmembers, April 19, 2007 | $30.68 |
| 5/1/2007 | Working Meal, FPWKT Only, One Attorney and Three Staffmembers, April 19, 2007 | $48.63 |
| 5/1/2007 | Working Meal, FPWKT Only, One Attorney and Three Staffmembers, April 20, 2007 | $29.85 |
| 5/2/2007 | Airfare, Staffmember to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, April 30 - May 2, 2007 | $436.40 |
| 5/2/2007 | Airfare, Staffmember to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, April 30 - May 2, 2007 | $434.15 |
| 5/2/2007 | Airfare, Staffmember to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, April 30 - May 4, 2007 | $434.15 |
| 5/2/2007 | Airfare, Staffmember to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, April 30 - May 4, 2007 | $199.40 |
| 5/2/2007 | Airfare, Staffmember to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, April 30 - May 4, 2007 | $199.40 |
| 5/2/2007 | Car Rental, One Attorney and Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 24, 2007 | $76.09 |
| 5/2/2007 | Car Rental, One Attorney and Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 24, 2007 | $76.09 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/2/2007 | Car Rental, One Attorney and Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 24, 2007 | $76.09 |
| 5/2/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 16, 2007 | $61.48 |
| 5/2/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 17, 2007 | $61.48 |
| 5/2/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 18, 2007 | $61.48 |
| 5/2/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 19, 2007 | $61.48 |
| 5/2/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 20, 2007 | $61.49 |
| 5/2/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 21, 2007 | $61.49 |
| 5/2/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 22, 2007 | $61.49 |
| 5/2/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 23, 2007 | $61.49 |
| 5/2/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 24, 2007 | $61.49 |
| 5/2/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 25, 2007 | $61.49 |
| 5/2/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 26, 2007 | $61.49 |
| 5/2/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 27, 2007 | $61.49 |
| 5/2/2007 | Hotel, One Attorney, Austin, Texas, Attendance at Document Production, May 24, 2007 | $154.67 |
| 5/2/2007 | Hotel, One Attorney, Austin, Texas, Attendance at Document Production, May 24, 2007 | $154.68 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 20, 2007 | $106.21 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 21, 2007 | $106.21 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 22, 2007 | $106.21 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 23, 2007 | $106.21 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 24, 2007 | $106.21 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 25, 2007 | $106.21 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 26, 2007 | $106.21 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 20, 2007 | $97.99 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 21, 2007 | $97.99 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 22, 2007 | $97.99 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 23, 2007 | $98.00 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 24, 2007 | $98.00 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 25, 2007 | $98.00 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 26, 2007 | $98.00 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 20, 2007 | $97.99 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 21, 2007 | $97.99 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 22, 2007 | $97.99 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 23, 2007 | $98.00 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 24, 2007 | $98.00 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 25, 2007 | $98.00 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 26, 2007 | $98.00 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 20, 2007 | $97.99 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 21, 2007 | $97.99 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 22, 2007 | $97.99 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 23, 2007 | $98.00 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 24, 2007 | $98.00 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 25, 2007 | $98.00 |
| 5/2/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 26, 2007 | $98.00 |
| 5/2/2007 | Gas Purchase for Rental Car During Document Production in Austin, Texas, April 24, 2007 | $7.50 |
| 5/2/2007 | Parking Fees, Four Staffmembers, Austin, Texas, Document Production, April 16-27, 2007 | $30.00 |
| 5/2/2007 | Parking Fees, One Attorney and Four Staffmembers, Austin, Texas, Document Production, April 24 - 27, 2007 | $30.00 |
| 5/2/2007 | Gas Purchase for Rental Car During Document Production in Austin, Texas, April 20, 2007 | $12.50 |
| 5/2/2007 | Working Meal, FPWKT and Others, One Attorney and Four Staffmembers, April 25, 2007 | $86.02 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 21, 2007 | $1.09 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 22, 2007 | $1.89 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 23, 2007 | $1.62 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 21, 2007 | $0.50 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 20, 2007 | $1.00 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 27, 2007 | $15.85 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 21, 2007 | $0.50 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 26, 2007 | $12.48 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 24, 2007 | $2.79 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 22, 2007 | $2.27 |
| 5/2/2007 | Working Meal, FPWKT Only, One Attorney and Four Staffmembers, April 24, 2007 | $101.02 |
| 5/2/2007 | Working Meal, FPWKT Only, One Attorney and Four Staffmembers, April 25, 2007 | $21.28 |
| 5/2/2007 | Working Meal, FPWKT Only, One Attorney and Four Staffmembers, April 24, 2007 | $2.17 |
| 5/2/2007 | Working Meal, FPWKT Only, One Attorney and Four Staffmembers, April 24, 2007 | $9.69 |
| 5/2/2007 | Working Meal, FPWKT Only, One Attorney and Four Staffmembers, April 25, 2007 | $3.92 |
| 5/2/2007 | Working Meal, FPWKT Only, One Attorney and Four Staffmembers, April 24, 2007 | $53.63 |
| 5/2/2007 | Working Meal, FPWKT Only, One Attorney and Four Staffmembers, April 25, 2007 | $4.68 |
| 5/2/2007 | Working Meal, FPWKT Only, One Attorney and Four Staffmembers, April 24, 2007 | $0.50 |
| 5/2/2007 | Working Meal, FPWKT Only, One Attorney and Four Staffmembers, April 26, 2007 | $4.26 |
| 5/2/2007 | Working Meal, FPWKT Only, One Attorney and Four Staffmembers, April 26, 2007 | $0.75 |
| 5/2/2007 | Working Meal, FPWKT Only, One Attorney and Four Staffmembers, April 24, 2007 | $8.53 |
| 5/2/2007 | Working Meal, FPWKT Only, One Attorney, April 24, 2007 | $9.69 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 23, 2007 | $25.28 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 23, 2007 | $28.95 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 19, 2007 | $4.79 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 24, 2007 | $10.12 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 26, 2007 | $6.15 |
| 5/2/2007 | Working Meal, FPWKT Only, Four Staffmembers, April 21, 2007 | $42.98 |
| 5/2/2007 | Working Meal, FPWKT Only, Four Staffmembers, April 20, 2007 | $40.01 |
| 5/2/2007 | Working Meal, FPWKT Only, Three Staffmembers, April 24, 2007 | $32.19 |
| 5/2/2007 | Working Meal, FPWKT Only, Three Staffmembers, April 17, 2007 | $27.37 |
| 5/2/2007 | Working Meal, FPWKT Only, Four Staffmembers, April 21, 2007 | $21.85 |
| 5/2/2007 | Working Meal, FPWKT Only, Three Staffmembers, April 22, 2007 | $24.10 |
| 5/2/2007 | Working Meal, FPWKT Only, Four Staffmembers, April 22, 2007 | $37.33 |
| 5/2/2007 | Working Meal, FPWKT Only, Four Staffmembers, April 23, 2007 | $66.21 |
| 5/2/2007 | Working Meal, FPWKT Only, Three Staffmembers, April 18, 2007 | $22.04 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, , 2007 | $16.68 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 26, 2007 | $31.98 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 22, 2007 | $6.48 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 27, 2007 | $4.30 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 23, 2007 | $2.39 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 19, 2007 | $1.08 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 26, 2007 | $3.25 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 26, 2007 | $2.27 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 19, 2007 | $1.93 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 23, 2007 | $5.25 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 24, 2007 | $2.04 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 23, 2007 | $3.07 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 23, 2007 | $3.46 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 23, 2007 | $3.23 |
| 5/2/2007 | Working Meal, FPWKT Only, One Staffmember, April 26, 2007 | $2.36 |
| 5/4/2007 | Attorney Working Meal, FPWKT and Others, May 4, 2007 | $265.51 |
| 5/5/2007 | Attorney Working Meal, FPWKT and Others, May 2, 2007 | $145.68 |
| 5/9/2007 | Documents collected and duplicated during document production of third party doctor | $778.86 |
| 5/15/2007 | Airfare, Staffmember change to flight schedule regarding travel to document production, Jackson, Mississippi to Austin, Texas | $36.50 |
| 5/15/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, April 30, 2007 | $80.65 |
| 5/15/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, May 1, 2007 | $80.65 |
| 5/15/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, May 2, 2007 | $80.65 |
| 5/15/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, May 3, 2007 | $80.65 |
| 5/15/2007 | Car Rental, Four Staffmembers, Austin, Texas, Local Travel During Document Production, May 4, 2007 | $80.66 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, April 30, 2007 | $102.92 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 1, 2007 | $102.92 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 2, 2007 | $102.93 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 3, 2007 | $102.93 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, April 30, 2007 | $101.01 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 1, 2007 | $101.01 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 2, 2007 | $101.01 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, April 30, 2007 | $102.92 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 1, 2007 | $102.92 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 2, 2007 | $102.93 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 3, 2007 | $102.93 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, April 30, 2007 | $108.67 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 1, 2007 | $108.67 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 2, 2007 | $108.68 |
| 5/15/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 3, 2007 | $108.68 |
| 5/15/2007 | Miscellaneous Tips Related to Travel, Four Staffmembers, Austin Texas, Document Production, April 30 - May 4, 2007 | $10.00 |
| 5/15/2007 | Taxi Fare, One Staffmember, Attendance at Document Production in Austin, Texas | $10.00 |
| 5/15/2007 | Parking Fees, Four Staffmembers, Austin, Texas, Document Production, April 30 - May 4, 2007 | $10.00 |
| 5/15/2007 | Gas Purchase for Rental Car During Document Production in Austin, Texas, May 3, 2007 | $7.50 |
| 5/15/2007 | Gas Purchase for Rental Car During Document Production in Austin, Texas, May 4, 2007 | $5.00 |
| 5/15/2007 | Documents collected and duplicated during document production of third party doctor | $5,940.13 |
| 5/15/2007 | Wireless Access, One Attorney, Access Internet While Attending Document Production in Austin, Texas, April 27, 2007 | $4.99 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/15/2007 | Wireless Access, One Attorney, Access Internet While Attending Document Production in Austin, Texas, May 4, 2007 | $1.99 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, April 30, 2007 | $2.97 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, April 30, 2007 | $1.08 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 4, 2007 | $3.40 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 4, 2007 | $7.58 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 1, 2007 | $16.18 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 2, 2007 | $30.23 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 1, 2007 | $27.58 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 4, 2007 | $24.58 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 4, 2007 | $4.95 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 3, 2007 | $41.16 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 3, 2007 | $1.50 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 2, 2007 | $1.02 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 1, 2007 | $2.48 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 1, 2007 | $3.34 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, April 30, 2007 | $0.91 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, April 30, 2007 | $0.95 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 4, 2007 | $3.65 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 3, 2007 | $2.78 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, May 2, 2007 | $3.13 |
| 5/15/2007 | Working Meal, FPWKT Only, One Staffmember, April 30, 2007 | $3.03 |
| 5/23/2007 | Airfare, Attorney to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, May 21-23, 2007 | $432.40 |
| 5/23/2007 | Airfare, Staffmember to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, May 20-25, 2007 | $182.55 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/23/2007 | Airfare, Staffmember to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, May 20-25, 2007 | $182.55 |
| 5/23/2007 | Airfare, Staffmember to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, May 20-25, 2007 | $182.55 |
| 5/23/2007 | Airfare, Staffmember to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, May 20-25, 2007 | $182.55 |
| 5/23/2007 | Airfare, Staffmember to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, May 20-25, 2007 | $182.55 |
| 5/23/2007 | Airfare, Staffmember to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, May 21-25, 2007 | $438.35 |
| 5/23/2007 | Airfare, Staffmember to travel to document production, Jackson, Mississippi to Austin, Texas, Coach Fare, May 23-25, 2007 | $180.30 |
| 5/23/2007 | Airfare, Staffmember change to flight schedule for travel related to document production, Jackson, Mississippi to Austin, Texas, May 20-25, 2007 | $87.50 |
| 5/23/2007 | Hotel, One Attorney, Austin, Texas, Attendance at Document Production, April 30, 2007 | $102.92 |
| 5/23/2007 | Hotel, One Attorney, Austin, Texas, Attendance at Document Production, May 1, 2007 | $102.93 |
| 5/23/2007 | Taxi Fare, One Attorney, Attendance at Document Production in Austin, Texas, April 30, 3007 | $15.00 |
| 5/30/2007 | Car Rental, One Attorney and Four Staffmembers, Austin, Texas, Local Travel During Document Production, May 20, 2007 | $59.34 |
| 5/30/2007 | Car Rental, One Attorney and Four Staffmembers, Austin, Texas, Local Travel During Document Production, May 21, 2007 | $59.34 |
| 5/30/2007 | Car Rental, One Attorney and Four Staffmembers, Austin, Texas, Local Travel During Document Production, May 22, 2007 | $59.34 |
| 5/30/2007 | Car Rental, One Attorney and Four Staffmembers, Austin, Texas, Local Travel During Document Production, May 23, 2007 | $59.34 |
| 5/30/2007 | Car Rental, One Attorney and Four Staffmembers, Austin, Texas, Local Travel During Document Production, May 24, 2007 | $59.34 |
| 5/30/2007 | Car Rental, One Attorney and Four Staffmembers, Austin, Texas, Local Travel During Document Production, May 25, 2007 | $59.35 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/30/2007 | Miscellaneous Tips Related to Travel, Six Staffmembers, Austin Texas, Document Production, May 20 - 25, 2007 | $12.50 |
| 5/30/2007 | Gas Purchase for Rental Car During Document Production in Austin, Texas, May 24, 2007 | $20.02 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 25, 2007 | $2.04 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 25, 2007 | $1.52 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 24, 2007 | $1.73 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 24, 2007 | $1.07 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 24, 2007 | $3.66 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 24, 2007 | $0.94 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 20, 2007 | $5.76 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 21, 2007 | $0.94 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 23, 2007 | $2.89 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 21, 2007 | $3.08 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 24, 2007 | $3.02 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 24, 2007 | $2.70 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 23, 2007 | $0.87 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 25, 2007 | $0.54 |
| 5/30/2007 | Working Meal, FPWKT Only, Six Staffmembers, May 23, 2007 | $19.04 |
| 5/30/2007 | Working Meal, FPWKT Only, Two Staffmembers, May 25, 2007 | $10.18 |
| 5/30/2007 | Working Meal, FPWKT Only, Eight Staffmembers, May 24, 2007 | $98.13 |
| 5/30/2007 | Working Meal, FPWKT Only, Six Staffmembers, May 23, 2007 | $60.56 |
| 5/30/2007 | Working Meal, FPWKT Only, Six Staffmembers, May 21, 2007 | $55.94 |
| 5/30/2007 | Working Meal, FPWKT Only, Six Staffmembers, May 22, 2007 | $58.42 |
| 5/30/2007 | Working Meal, FPWKT Only, Five Staffmembers, May 21, 2007 | $35.09 |
| 5/30/2007 | Working Meal, FPWKT Only, Five Staffmembers, May 20, 2007 | $54.48 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/30/2007 | Working Meal, FPWKT Only, Six Staffmembers, May 22, 2007 | $72.05 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 24, 2007 | $18.46 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 25, 2007 | $15.31 |
| 5/30/2007 | Working Meal, FPWKT Only, Five Staffmembers, May 21, 2007 | $12.61 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 21, 2007 | $27.93 |
| 5/30/2007 | Working Meal, FPWKT Only, One Staffmember, May 20, 2007 | $6.89 |
| 5/31/2007 | Car Rental, Six Staffmembers, Austin, Texas, Local Travel During Document Production, May 21, 2007 | $71.12 |
| 5/31/2007 | Car Rental, Six Staffmembers, Austin, Texas, Local Travel During Document Production, May 22, 2007 | $71.12 |
| 5/31/2007 | Car Rental, Six Staffmembers, Austin, Texas, Local Travel During Document Production, May 23, 2007 | $71.12 |
| 5/31/2007 | Car Rental, Six Staffmembers, Austin, Texas, Local Travel During Document Production, May 24, 2007 | $71.12 |
| 5/31/2007 | Car Rental, Six Staffmembers, Austin, Texas, Local Travel During Document Production, May 25, 2007 | $71.13 |
| 5/31/2007 | Computer Usage Fee, One Attorney, Remote Location While Drafting Fee Application, May 2, 2007 | $19.95 |
| 5/31/2007 | Computer Research, One Attorney, May 21, 2007 | $22.39 |
| 5/31/2007 | Delivery Service, May 11, 2007 | $6.79 |
| 5/31/2007 | Computer Supplies, Six Staffmembers, Austin, Texas, Document Production, May 22, 2007 | $37.88 |
| 5/31/2007 | Express Mail, May 2, 2007 to Washington, D.C. | $16.51 |
| 5/31/2007 | Express Mail, May 2, 2007 to Chicago, Illinois | $31.64 |
| 5/31/2007 | Express Mail, May 10, 2007 to Chicago, Illinois | $16.51 |
| 5/31/2007 | Hotel, One Attorney, Austin, Texas, Attendance at Document Production, May 23, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Attorney, Austin, Texas, Attendance at Document Production, May 24, 2007 | $102.93 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/31/2007 | Hotel, One Attorney, Austin, Texas, Attendance at Document Production, May 21, 2007 | $147.61 |
| 5/31/2007 | Hotel, One Attorney, Austin, Texas, Attendance at Document Production, May 22, 2007 | $147.61 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 20, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 21, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 22, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 23, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 24, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 20, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 21, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 22, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 23, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 24, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 20, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 21, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 22, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 23, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 24, 2007 | $102.93 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 20, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 21, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 22, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 23, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 24, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 20, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 21, 2007 | $102.92 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 22, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 23, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 24, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 21, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 22, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 23, 2007 | $102.93 |
| 5/31/2007 | Hotel, One Staffmember, Austin, Texas, Attendance at Document Production, May 24, 2007 | $102.93 |
| 5/31/2007 | Parking Fees, Six Staffmembers, Austin, Texas, Document Production, May 23, 2007 | $17.00 |
| 5/31/2007 | Photocopy, $0.15 per page charge | $4,328.32 |
| 5/31/2007 | Long Distance Telephone Call from Jackson, Mississippi to Denver, Colorado, May 1, 2007 | $3.74 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 5/31/2007 | Long Distance Telephone Call from Jackson, Mississippi to Illinois, May 4, 2007 | $0.08 |
| 5/31/2007 | Long Distance Telephone Call from Jackson, Mississippi to Denver, Colorado, May 8, 2007 | $0.14 |
| 5/31/2007 | Long Distance Telephone Call from Jackson, Mississippi to Alabama, May 15, 2007 | $0.11 |
| 5/31/2007 | Long Distance Telephone Call from Jackson, Mississippi to Delaware, May 25, 2007 | $0.27 |
| 5/31/2007 | Long Distance Telephone Call from Jackson, Mississippi to Washington state, May 31, 2007 | $0.20 |
| 5/31/2007 | Working Meal, FPWKT Only, One Staffmember, May 21, 2007 | $0.86 |
| 5/31/2007 | Working Meal, FPWKT Only, One Staffmember, May 22, 2007 | $23.03 |
| 5/31/2007 | Working Meal, FPWKT Only, One Staffmember, May 21, 2007 | $2.12 |
| 5/31/2007 | Working Meal, FPWKT Only, One Staffmember, May 21, 2007 | $3.87 |
| 5/31/2007 | Working Meal, FPWKT Only, One Staffmember, May 21, 2007 | $4.86 |
| 5/31/2007 | Working Meal, FPWKT Only, One Staffmember, May 23, 2007 | $0.69 |
| 5/31/2007 | Working Meal, FPWKT Only, One Staffmember, May 21, 2007 | $7.88 |
| 5/31/2007 | Working Meal, FPWKT Only, One Staffmember, May 23, 2007 | $2.37 |
| 5/31/2007 | Working Meal, FPWKT Only, One Staffmember, May 23, 2007 | $10.41 |