IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W.R. GRACE & CO., et al., ) | **Case No. 01-1139 (JKF)** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John C. Phillips, Jr., a member of the bar of this Court, pursuant to D. Del. LR 83.5(c), moves for the admission *pro hac vice* of Catharine L. Zurbrugg, Esq. of Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, NY 10103-0001, to represent David T. Austern, the Future Claimants' Representative, in the above-referenced action. The Admittee is an attorney at law duly admitted to practice in the State of New York.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 N. Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

The Admittee certifies that she is eligible for admission to this Court and is admitted to practice and is in good standing in the jurisdiction shown above, and that she voluntarily submits herself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in D. Del. LR 83.6(e).

The Admittee is not currently, nor has she ever been, subject to any disciplinary action.

ORRICK, HERRINGTON & SUTCLIFFE, LLP

_____
Catharine L. Zurbrugg
666 Fifth Avenue
New York, NY 10103-0001
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

DATED: July 26, 2007

MOTION GRANTED.

Dated: _____        _____
                                      THE HONORABLE JUDITH K. FITZGERALD
                                      U.S. BANKRUPTCY COURT JUDGE

2