# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John C. Phillips, Jr., a member of the bar of this Court, pursuant to D. Del. LR 83.5(c), moves for the admission *pro hac vice* of Annie L. Hermele, Esq. of Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007, to represent David T. Austern, the Future Claimants' Representative, in the above-referenced action. The Admittee is an attorney at law duly admitted to practice in the State of New York.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 N. Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

The Admittee certifies that she is eligible for admission to this Court and is admitted to practice and is in good standing in the jurisdiction shown above, and that she voluntarily submits herself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in D. Del. LR 83.6(e).

The Admittee is not currently, nor has she ever been, subject to any disciplinary action.

ORRICK, HERRINGTON & SUTCLIFFE, LLP

*Annie Hermele*

Annie L. Hermele, Esq.
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400
Facsimile:   (202) 339-8500

DATED: July 26, 2007

MOTION GRANTED.

Dated: _____          _____
                                        THE HONORABLE JUDITH K. FITZGERALD
                                        U.S. BANKRUPTCY COURT JUDGE

2