IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | related #16312 |

### ORDER APPROVING STIPULATION CONCERNING CONSOLIDATING OF CERTAIN CLAIMS [CLAIM NOS. 4384 & 4385]

Upon consideration of the *Stipulation Concerning Consolidation of Certain Claims [Claim Nos.: 4384 & 4385]* (the "Stipulation"), attached hereto as Exhibit A; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Stipulation and all of the terms set forth therein are APPROVED and shall have the full force and effect of an order entered by the Court with respect thereto; and it is further

ORDERED that this Court retains jurisdiction to interpret, implement and enforce the provisions of this Order and the Stipulation.

Date: July 26, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:129254.1