IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: August 16, 2007 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## SEVENTY-THIRD INTERIM FEE APPLICATION FOR THE PERIOD
## FROM JUNE 1, 2007 THROUGH JUNE 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1547305A01072607

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD JUNE 1, 2007 THROUGH JUNE 30, 2007[2]

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 06/01/07 | Address proposed stipulations. | | | |
| 14 | W. Hatfield | | 0.5 | 195.00 |
| 06/01/07 | Review legal issues resolved in Appellate Division Opinion in connection with preparation for case management conference. | | | |
| 14 | R. Rose | | 0.8 | 380.00 |
| 06/01/07 | Confer with W. Hatfield regarding research regarding introducing new experts into trial on remand. | | | |
| 3 | J. Spielberg | | 0.2 | 59.00 |
| 06/02/07 | Continued to research issue of introducing new experts into trial on remand. | | | |
| 3 | J. Spielberg | | 2.4 | 708.00 |
| 06/04/07 | Address research on discovery and expert issues under remand. | | | |
| 14 | W. Hatfield | | 1.4 | 546.00 |
| 06/04/07 | Begin Draft of Stipulations of App Div decision. | | | |
| 14 | W. Hatfield | | 0.6 | 234.00 |
| 06/04/07 | Telephone from Shell counsel confirming settlement. | | | |
| 14 | R. Rose | | 0.4 | 190.00 |
| 06/04/07 | Review issue concerning Weja request for reopening of discovery on remand. | | | |
| 14 | R. Rose | | 0.4 | 190.00 |
| 06/04/07 | Continued to research case law pertaining to admissibility of new experts on remand. | | | |
| 3 | J. Spielberg | | 2.0 | 590.00 |
| 06/04/07 | Prepared memorandum to W. Hatfield regarding allowing new experts on remand. | | | |
| 3 | J. Spielberg | | 0.9 | 265.50 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/05/07<br>14 | Review case law on remand issues.<br>R. Rose | 0.9 | 427.50 |
| 06/05/07<br>14 | Address case issues on Interfaith issues and research for CMC.<br>W. Hatfield | 0.6 | 234.00 |
| 06/05/07<br>14 | Meet with W. Hatfield and J. Spielberg concerning issues for discussion at case management conference.<br>R. Rose | 0.5 | 237.50 |
| 06/05/07<br>3 | Review cases pertaining to expert witness issue.<br>J. Spielberg | 1.1 | 324.50 |
| 06/05/07<br>3 | Prepared memorandum of law regarding expert witnesses on remand.<br>J. Spielberg | 2.0 | 590.00 |
| 06/05/07<br>3 | Meeting w/ R. Rose and W. Hatfield regarding memorandum.<br>J. Spielberg | 0.6 | 177.00 |
| 06/06/07<br>14 | Travel to and attend CMC in Jersey City before Judge Bariso and discussions with counsel on discovery issues.<br>W. Hatfield | 3.0 | 1,170.00 |
| 06/06/07<br>14 | Prepare for CMC and address Honeywell settlement and discovery orders.<br>W. Hatfield | 1.2 | 468.00 |
| 06/06/07<br>14 | Review research memo on remand issues.<br>W. Hatfield | 0.4 | 156.00 |
| 06/06/07<br>14 | Review research on discovery and new experts on remand and prepare for case management conference.<br>R. Rose | 1.8 | 855.00 |
| 06/06/07<br>14 | Attend case management conference in Hudson County Court House in Jersey City, NJ.<br>R. Rose | 3.0 | 1,425.00 |
| 06/06/07<br>3 | Continued to prepare memorandum of law regarding expert witnesses on remand.<br>J. Spielberg | 1.9 | 560.50 |
| 06/07/07<br>14 | Memo to DC counsel and clients on CMC and discovery issues and follow up on same.<br>W. Hatfield | 0.9 | 351.00 |

3

1547305A01072307

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/07/07 14 | Call with C. Marraro and R. Rose on Weja review of documents and defense counsel inquiries on Interfaith issues.<br>W. Hatfield | 0.3 | 117.00 |
| 06/07/07 14 | Telephone with C. Marraro and W. Hatfield concerning defendant document review in Washington, D.C. of Interfaith documents.<br>R. Rose | 0.3 | 142.50 |
| 06/08/07 14 | Address issues on defense counsel Interfaith document review and memo to clients on same and CMC issues.<br>W. Hatfield | 1.5 | 585.00 |
| 06/08/07 14 | Attention status memo to client.<br>R. Rose | 0.1 | 47.50 |
| 06/11/07 14 | Address settlement agreement with Sunoco and letter to client on execution.<br>W. Hatfield | 0.3 | 117.00 |
| 06/12/07 14 | Confer with W. Hatfield regarding status and strategy.<br>A. Marchetta | 0.5 | 295.00 |
| 06/12/07 14 | Address case issues with A. Marchetta.<br>W. Hatfield | 0.2 | 78.00 |
| 06/14/07 14 | Telecomm with R. Senftleben and W. Hatfield concerning status of settlement discussions and strategy.<br>R. Rose | 0.4 | 190.00 |
| 06/14/07 14 | Address issues on Leasehold damages and call with client on same and proposed asset search.<br>W. Hatfield | 0.4 | 156.00 |
| 06/14/07 14 | Follow up with W. Hatfield regarding title/asset search and issues in settlement.<br>A. Marchetta | 0.3 | 177.00 |
| 06/15/07 14 | Follow up with B. Moffitt re Assembly Bill and related issues.<br>A. Marchetta | 0.6 | 354.00 |
| 06/15/07 14 | Address Teich asset search issues.<br>W. Hatfield | 0.2 | 78.00 |
| 06/15/07 3 | Research on assets of W. Teich and telephone call to B. Conrad.<br>J. Spielberg | 0.3 | 88.50 |
| 06/18/07 | Address Teich asset search issues. | | |

4

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 156.00 |
| 06/18/07 | Telephone conference w/ B. Conrad regarding asset search. | | |
| 3 | J. Spielberg | 0.3 | 88.50 |
| 06/18/07 | Prepared memorandum to W. Hatfield. | | |
| 3 | J. Spielberg | 0.5 | 147.50 |
| 06/18/07 | Teleconference with Southampton, NY Tax Assessor's office. | | |
| 3 | J. Spielberg | 0.3 | 88.50 |
| 06/18/07 | Telephone conference with West Orange Tax Assessor's office. | | |
| 3 | J. Spielberg | 0.3 | 88.50 |
| 06/21/07 | Attention e-mails concerning valuation of Teich properties. | | |
| 14 | R. Rose | 0.1 | 47.50 |
| 06/21/07 | Review memo on tax assessment issues and address transfer issues | | |
| 14 | W. Hatfield | 0.4 | 156.00 |
| 06/21/07 | Telephone conference with Southampton tax assessor's office. | | |
| 3 | J. Spielberg | 0.2 | 59.00 |
| 06/21/07 | Telephone conference with B. Conrad regarding title search. | | |
| 3 | J. Spielberg | 0.2 | 59.00 |
| 06/21/07 | Revised memorandum to W. Hatfield on assets. | | |
| 3 | J. Spielberg | 0.3 | 88.50 |
| 06/22/07 | Review findings of fact from Teich. | | |
| 14 | R. Rose | 1.8 | 855.00 |
| 06/25/07 | Telephone conference with B. Conrad regarding status of title search. | | |
| 3 | J. Spielberg | 0.3 | 88.50 |
| 06/26/07 | Attention preparation of findings of fact. | | |
| 14 | R. Rose | 1.3 | 617.50 |
| 06/27/07 | Draft stipulations of fact and law for retrial based on App Div Decision of 11/30/06. | | |
| 14 | W. Hatfield | 2.0 | 780.00 |
| 06/27/07 | Memo to C. Marraro on Weja review of Interfaith documents. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 06/27/07 | Memo to R. Rose on proposed stipulations. | | |

5

| Date | Task | Description | Timekeeper | Hours | Fee |
|---|---|---|---|---|---|
| | 14 | | W. Hatfield | 0.2 | 78.00 |
| 06/27/07 | 14 | Address case issues on settlement with Shell and memo on Bankruptcy issues to K&E counsel. | W. Hatfield | 0.5 | 195.00 |
| 06/28/07 | 14 | Review and revise stipulated facts and law for remand. | R. Rose | 3.3 | 1,567.50 |
| 06/28/07 | 14 | Contacts with bankruptcy counsel on settlement issues. | W. Hatfield | 0.2 | 78.00 |
| 06/28/07 | 14 | Correspondence with C. Marraro on Interfaith document review by defendants. | W. Hatfield | 0.2 | 78.00 |
| 06/29/07 | 14 | Review title reports and check real estate values on Internet. | R. Rose | 0.4 | 190.00 |
| 06/29/07 | 14 | Address asset search issues. | W. Hatfield | 0.2 | 78.00 |
| 06/29/07 | 3 | Reviewed title report for property. | J. Spielberg | 0.3 | 88.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 15.5 | 475.00 | 7,362.50 |
| A. Marchetta | 14 | 1.4 | 590.00 | 826.00 |
| W. Hatfield | 14 | 15.8 | 390.00 | 6,162.00 |
| J. Spielberg | 3 | 14.1 | 295.00 | 4,159.50 |
| TOTAL | | 46.8 | | 18,510.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Task | Description | Timekeeper | Hours | Fee |
|---|---|---|---|---|---|
| 06/04/07 | 18 | Receipt and review of amended CNO for March 2007 | K. Piper | 0.2 | 62.00 |
| 06/11/07 | 18 | Review fees and expenses regarding 23rd interim application. | K. Piper | 0.2 | 62.00 |
| 06/21/07 | 18 | Attention to CNO for April 2007 fee application. | K. Piper | 0.1 | 31.00 |

1547305A01072307

| 06/22/07 | Receipt and review of CNO for April 2007 and forward same. | | |
|---|---|---|---|
| 18 | K. Piper | 0.2 | 62.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Piper | 18 | 0.7 | 310.00 | 217.00 |
| | TOTAL | 0.7 | | 217.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 06/01/07 | Prepare letter to Judge Bongiovanni regarding procedural status of matter; follow up regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 472.00 |

| 06/01/07 | Continued preparation of letter to Judge Bongiovanni and preparation of e-mail to client re: same; review e-mail from co-defendant's counsel re: same; review e-mails from D.A.G. Dickinson and A. Marchetta re: same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.5 | 190.00 |

| 06/04/07 | Work with A. Marchetta and K. Begley regarding liability; conference with K. Begley regarding case. | | |
|---|---|---|---|
| 3 | J. O'Reilly | 0.8 | 400.00 |

| 06/04/07 | Work with A. Marchetta re: issues pertaining to co-defendants. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 76.00 |

| 06/04/07 | Searched regarding compilation of information on status of investigation of and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 06/04/07 | Work with A. Marchetta regarding research on liability. | | |
|---|---|---|---|
| 3 | K. Begley | 0.2 | 32.00 |

| 06/05/07 | Review issue of indemnification and discuss with S. Zuber. | | |
|---|---|---|---|
| 3 | P. Forgosh | 0.7 | 388.50 |

| 06/05/07 | Work with K. Begley regarding, and analysis of indemnity claims; prepare memo regarding preliminary legal analysis; confer with A. Marchetta regarding legal issues and analysis; confer with S. Sheldon regarding same. | | |
|---|---|---|---|
| 3 | S. Zuber | 1.9 | 864.50 |

| 06/05/07 | Work with S. Zuber regarding issue of claims and research regarding same. | | |

7

1547305A01072307

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 472.00 |

06/05/07 Legal research regarding liability.
3          S. Sheldon      1.2      360.00

06/05/07 Searched regarding compilation of information on status of investigation and related issues; Created electronic version of relevant documents and forwarded same to A. Marchetta and B. Moffitt.
14         S. Parker      0.5      72.50

06/05/07 Researched liability claims and conferred with S. Zuber regarding same.
3          K. Begley      0.6      96.00

06/06/07 Work with attorneys regarding information on reply to NJDEP motion and e-mails regarding same.
14         A. Marchetta      1.5      885.00

06/06/07 Address research issues on penalties.
14         W. Hatfield      0.3      117.00

06/06/07 Respond to request for information regarding claims asserted by NJDEP; review and analyze file material re: same; work with A. Marchetta, J. Spielberg and S. Parker re: same; draft analysis re: same for J. Baer; review J. Spielberg analyses re: same.
3          B. Moffitt      7.3      2,774.00

06/06/07 Review e-mails re: upcoming New Jersey Assembly vote on bill; confer with. A. Marchetta re: attending same.
3          B. Moffitt      0.2      76.00

06/06/07 Confer with B. Moffitt regarding violations; Research regarding same; Prepared memoranda to B. Moffitt.
3          J. Spielberg      6.1      1,799.50

06/06/07 Continue research and review NJDEP complaint.
3          S. Sheldon      5.2      1,560.00

06/06/07 Worked with B. Moffitt regarding response to motion; Conducted searches, reviewed file indices and corresponding documents to compile documents for response to same; Worked with A. Marchetta and B. Moffitt regarding same; Conducted additional searches and reviewed file documents regarding additional documents needed for same; Worked with B. Moffitt and J. Spielberg regarding same; Worked with B. Moffitt regarding review of same and preparation of draft email to co-counsel regarding same.
14         S. Parker      6.9      1,000.50

8

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/07/07 14 | Address research issues on damages.<br>W. Hatfield | 0.4 | 156.00 |
| 06/07/07 14 | Follow up regarding research for motion and e-mails regarding same.<br>A. Marchetta | 1.4 | 826.00 |
| 06/07/07 3 | Review memo; conference with A. Marchetta regarding motion; Confer with B. Hatfield regarding same<br>J. O'Reilly | 1.1 | 550.00 |
| 06/07/07 3 | Numerous discussions with S. Sheldon regarding, and continued analysis of, impact of claims.<br>S. Zuber | 1.0 | 455.00 |
| 06/07/07 3 | Continued preparation of response re: claims asserted by NJDEP; review and analyze file material re: same; work with A. Marchetta and K. Begley re: same; continued preparation of analysis.<br>B. Moffitt | 0.8 | 304.00 |
| 06/07/07 3 | Continue research.<br>S. Sheldon | 4.2 | 1,260.00 |
| 06/07/07 3 | Continued research.<br>S. Sheldon | 1.8 | 540.00 |
| 06/07/07 3 | Research fine issue; Prepared e-mail to K. Begley.<br>J. Spielberg | 3.7 | 1,091.50 |
| 06/07/07 14 | Searched regarding status of investigation and related issues; Prepared email to A. Marchetta and B. Moffitt regarding same.<br>S. Parker | 0.8 | 116.00 |
| 06/07/07 3 | Conferred with B. Moffitt regarding response; Revised email response.<br>K. Begley | 1.1 | 176.00 |
| 06/08/07 14 | Telephone calls and follow up regarding issues regarding motion; letter to court regarding status; review research regarding fines; follow up regarding hearing with B. Moffitt.<br>A. Marchetta | 1.3 | 767.00 |
| 06/08/07 3 | Numerous discussions with S. Sheldon regarding claims; continued analysis; review and revise drafts regarding same; several communications with A. Marchetta regarding issues.<br>S. Zuber | 2.4 | 1,092.00 |
| 06/08/07 | Revise and serve letter to Judge Bongiovanni. | | |

9

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | | | |
| 3 | | B. Moffitt | 0.2 | 76.00 |
| 06/08/07 | Review e-mail from J. Baer re: creditors' committee. | | | |
| 3 | | B. Moffitt | 0.1 | 38.00 |
| 06/08/07 | Review S. Sheldon analysis of effect of bankruptcy. | | | |
| 3 | | B. Moffitt | 0.3 | 114.00 |
| 06/08/07 | Legal research on third party claim. | | | |
| 3 | | S. Sheldon | 1.8 | 540.00 |
| 06/08/07 | Draft memorandum regarding claims and third party claims. | | | |
| 3 | | S. Sheldon | 4.6 | 1,380.00 |
| 06/08/07 | Compilation and organization of documents needed by B. Moffitt in preparation for upcoming hearing; Worked with B. Moffitt regarding same. | | | |
| 14 | | S. Parker | 0.5 | 72.50 |
| 06/08/07 | Attention to service of status letter to Judge Bongiovanni, including working with B. Moffitt. | | | |
| 14 | | S. Parker | 0.6 | 87.00 |
| 06/11/07 | Work with S. Zuber and S. Sheldon re claims; e-mails and follow up regarding same; follow up re hearing; e-mails and follow up with client regarding claims. | | | |
| 14 | | A. Marchetta | 1.9 | 1,121.00 |
| 06/11/07 | Further review and analysis of claims and confer with A. Marchetta and S. Sheldon regarding same; subsequent review of caselaw and several discussions regarding same with A. Marchetta and S. Sheldon. | | | |
| 3 | | S. Zuber | 1.8 | 819.00 |
| 06/11/07 | Attendance at hearing. | | | |
| 3 | | B. Moffitt | 7.6 | 2,888.00 |
| 06/11/07 | Review Judge Bongiovanni's Order re: providing future case updates; follow up re: same. | | | |
| 3 | | B. Moffitt | 0.2 | 76.00 |
| 06/11/07 | Review case law cited by S. Sheldon regarding claims. | | | |
| 3 | | B. Moffitt | 1.1 | 418.00 |
| 06/11/07 | Meeting with A. Marchetta and S. Zuber to discuss claims. | | | |
| 3 | | S. Sheldon | 0.3 | 90.00 |
| 06/11/07 | Legal research on claims. | | | |

10

1547305A01072307

| | | | |
|---|---|---|---|
| 3 | S. Sheldon | 1.1 | 330.00 |
| 06/11/07 | Searched regarding compilation of information on status of investigation and related issues. | | |
| 14 | S. Parker | 0.3 | 43.50 |
| 06/11/07 | Compilation of cases cited by S. Sheldon regarding claims. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| 06/12/07 | Work with B. Moffitt regarding hearings; work with B. Moffitt and confer with W. Hatfield regarding issues on motion and follow up regarding information request by counsel; follow up regarding memo to client. | | |
| 14 | A. Marchetta | 1.2 | 708.00 |
| 06/12/07 | Address status of litigation matter. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 06/12/07 | Review e-mail requesting summary; review file material re: same; various telephone calls and preparation of e-mail to client and counsel re: same. | | |
| 3 | B. Moffitt | 1.8 | 684.00 |
| 06/12/07 | Searched regarding compilation of information on status of investigation and related issues, Created electronic version of relevant documents and forwarded same to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| 06/12/07 | Worked with B. Moffitt regarding hearing; Compilation and organization of additional documents needed by B. Moffitt to prepare summary of same; Worked with B. Moffitt regarding same. | | |
| 14 | S. Parker | 0.6 | 87.00 |
| 06/15/07 | Preparation of e-mail to client re: hearing; confer with A. Marchetta re: same. | | |
| 3 | B. Moffitt | 0.5 | 190.00 |
| 06/15/07 | Review letters from counsel. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |
| 06/18/07 | Review articles concerning environmental statutes; confer with B. Moffitt regarding research on same forwarding to client. | | |
| 14 | A. Marchetta | 0.8 | 472.00 |
| 06/18/07 | Review article re: hearing; follow up with A. Marchetta; review prior memoranda re: same; draft analysis for client. | | |
| 3 | B. Moffitt | 2.2 | 836.00 |

11

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/18/07 | Review summary; revise and supplement same; review file material re: same; work with A. Marchetta and S. Parker re: same. | | | |
| 3 | | B. Moffitt | 1.3 | 494.00 |
| 06/18/07 | Worked with B. Moffitt regarding litigation update to client. | | | |
| 14 | | S. Parker | 0.2 | 29.00 |
| 06/18/07 | Searched regarding compilation of information on status of investigation and related issues; Created electronic version of relevant documents and forwarded same to A. Marchetta and B. Moffitt. | | | |
| 14 | | S. Parker | 0.4 | 58.00 |
| 06/18/07 | Worked with B. Moffitt regarding hearing; Conducted searches and compiled documents needed by B. Moffitt to prepare email to client regarding same. | | | |
| 14 | | S. Parker | 0.8 | 116.00 |
| 06/19/07 | Work with B. Moffitt regarding hearing; e-mail client regarding same; work on information regarding date; follow up e-mails regarding same. | | | |
| 14 | | A. Marchetta | 1.0 | 590.00 |
| 06/19/07 | Continued analysis re: article; follow up with A. Marchetta; review prior memoranda re: same; continued drafting of analysis for client. | | | |
| 3 | | B. Moffitt | 3.1 | 1,178.00 |
| 06/19/07 | Searched regarding compilation of information on status of investigation of Hamilton plant. | | | |
| 14 | | S. Parker | 0.3 | 43.50 |
| 06/19/07 | Worked with B. Moffitt regarding litigation update to client. | | | |
| 14 | | S. Parker | 0.2 | 29.00 |
| 06/20/07 | Follow up regarding environmental statute and information for motion. | | | |
| 14 | | A. Marchetta | 0.7 | 413.00 |
| 06/22/07 | Searched regarding compilation of information on status of investigation and related issues. | | | |
| 14 | | S. Parker | 0.4 | 58.00 |
| 06/25/07 | Follow up with B. Moffitt regarding issues and brief regarding same. | | | |
| 14 | | A. Marchetta | 0.4 | 236.00 |
| 06/26/07 | Follow up regarding statute of limitations issues and references in brief. | | | |
| 14 | | A. Marchetta | 0.8 | 472.00 |
| 06/26/07 | Respond to request of counsel for documents pertaining to opposition to | | | |

12

1547305A01072307

| | | | |
|---|---|---|---|
| | motion; work with S. Parker re: same; confer with A. Marchetta re: same. | | |
| 3 | B. Moffitt | 0.5 | 190.00 |
| 06/26/07 | Searched regarding compilation of information on status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| 06/26/07 | Conducted searches and reviewed production documents regarding response to request for documents for opposition to motion; Worked with B. Moffitt regarding same; Created electronic versions of same for distribution. | | |
| 14 | S. Parker | 0.8 | 116.00 |
| 06/27/07 | Follow up regarding request by counsel regarding motion papers. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |
| 06/27/07 | Respond to counsel's requests for documents cited in opposition to motion; work with S. Parker re: identifying relevant documents in support of motion; preparation of e-mail forwarding same. | | |
| 3 | B. Moffitt | 0.9 | 342.00 |
| 06/27/07 | Worked with B. Moffitt regarding response to requests for documents needed to oppose motion; Conducted searches, reviewed file documents, and reviewed production documents to compile same; Worked with B. Moffitt regarding same; Created electronic versions of same for distribution. | | |
| 14 | S. Parker | 1.8 | 261.00 |
| 06/28/07 | Follow up regarding briefing and information for same. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |
| 06/29/07 | Searched regarding compilation of information on status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 43.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 13.6 | 590.00 | 8,024.00 |
| P. Forgosh | 3 | 0.7 | 555.00 | 388.50 |
| S. Zuber | 3 | 7.1 | 455.00 | 3,230.50 |
| J. O'Reilly | 3 | 1.9 | 500.00 | 950.00 |
| W. Hatfield | 14 | 0.9 | 390.00 | 351.00 |
| B. Moffitt | 3 | 29.0 | 380.00 | 11,020.00 |
| J. Spielberg | 3 | 9.8 | 295.00 | 2,891.00 |
| S. Parker | 14 | 16.8 | 145.00 | 2,436.00 |

1547305A01072307

| | | | | |
|---|---|---|---|---|
| K. Begley | 3 | 1.9 | 160.00 | 304.00 |
| S. Sheldon | 3 | 20.2 | 300.00 | 6,060.00 |
| | TOTAL | 101.9 | | 35,655.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 102292 TAHARI, LTD.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/06/07 3 | Draft correspondence to L. Sinayan regarding details of settlement.<br>B. Benjamin | 0.2 | 88.00 |
| 06/12/07 3 | Draft correspondence to L. Sinyanan regarding settlement, legal costs, landlord's claims for damages.<br>B. Benjamin | 0.3 | 132.00 |
| 06/18/07 3 | Telephone conference with E. Sherman regarding bankruptcy court procedure and finalizing settlement.<br>B. Benjamin | 0.2 | 88.00 |
| 06/18/07 3 | Correspondence to L. Sinyanan regarding bankruptcy court procedures.<br>B. Benjamin | 0.1 | 44.00 |
| 06/18/07 3 | Draft correspondence to C. Boulbol, E. Sherman and T. Soloway regarding effectiveness of settlement, passage of negative notice time, lack of objection<br>B. Benjamin | 0.1 | 44.00 |
| 06/19/07 3 | Draft correspondence to G. Horowitz, D. Rozenholc, C. Boulbol, E. Sherman and T. Soloway regarding bankruptcy court notice expiration.<br>B. Benjamin | 0.2 | 88.00 |
| 06/19/07 3 | Draft correspondence to G. Horowitz regarding conclusion of bankruptcy court proceedings and timing of payment of settlement funds.<br>B. Benjamin | 0.1 | 44.00 |
| 06/20/07 3 | Draft correspondence to G. Horowitz regarding wiring instructions.<br>B. Benjamin | 0.1 | 44.00 |
| 06/21/07 3 | Draft correspondence to G. Horowitz regarding wiring instructions.<br>B. Benjamin | 0.2 | 88.00 |
| 06/27/07 14 | Follow up regarding settlement and payment.<br>A. Marchetta | 0.2 | 118.00 |
| 06/27/07 3 | Correspondence to G. Horowitz confirming receipt of settlement funds.<br>B. Benjamin | 0.1 | 44.00 |

14

1547305A01072307

| | | | |
|---|---|---|---|
| 06/27/07 | Draft correspondence to V. Finkelstein confirming receipt of settlement funds and wire transfer instructions. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 06/27/07 | Draft correspondence to G. Horowitz forwarding Release. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 06/27/07 | Draft correspondence to T. Soloway and E. Sherman regarding receipt of settlement of funds and release of executed Release. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 06/27/07 | Draft correspondence to C. Boulbol forwarding Release. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 06/27/07 | Telephone conference with C. Boulbol regarding Trizec Release. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 06/27/07 | Review/analysis G. Horowitz correspondence regarding status of wire transfer of settlement funds. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 06/27/07 | Attention to status of receipt of settlement funds via wire transfer. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 06/28/07 | Review/analysis G. Horowitz correspondence regarding executed Release, and attention to wiring funds to client. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 06/29/07 | Draft e-mail correspondence to V. Finkelstein re: wiring settlement funds. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 06/29/07 | Correspondence to G. Horowitz confirming release of settlement funds from escrow | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 06/29/07 | Draft correspondence to V. Finkelstein regarding fully executed Release. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.2 | 590.00 | 118.00 |
| B. Benjamin | 3 | 3.0 | 440.00 | 1,320.00 |
| TOTAL | | 3.2 | | 1,438.00 |

15

1547305A01072307