# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD JUNE 1, 2007 THROUGH JUNE 30, 2007

Engagement Costs – WEJA, INC.

|  |  |
|---|---|
| Computer Legal Research | 170.85 |
| Travel/Auto[3] | 38.84 |
| Matter Total Engagement Cost | 209.69 |

Engagement Costs - NJDEP V. W.R. GRACE ET AL.

|  |  |
|---|---|
| Computer Legal Research | 48.90 |
| Travel/Auto[4] | 52.42 |
| Matter Total Engagement Cost | 101.32 |

---

[3] Direct Reimbursement Expense Report for William Hatfield dated May 6, 2007 through June 11, 2007 attached hereto as Exhibit 1.

[4] Direct Reimbursement Expense Report for Brian E. Moffitt dated June 11, 2007 attached hereto as Exhibit 2.

16

1547305A01072307

# EXHIBIT 1

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME William Hatfield

Period From: June 6, 2007
To: Dec 4, 2007

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | | | | | | |
| 6/6/2007 | Attend Case Management Conference in Jersey City | 45.00 | $21.84 | $17.00 | | | | $38.84 | 482910.065656 |

Expenses Reported $ 52.34

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature [signed]  Date 6/11/07

RECEIVED
JUN 1? 2007
DAY PITNEY LLP

S# 45109
DATE 6.19.07  INIT
VENDOR# PNWSHWAO
INV # HAT0407
GL#___  PROJ#___
OFFICE EP  DEPT___
S&U___  TMKPR 4191

6/8/2007

145120

# EXHIBIT 2

# DIRECT REIMBURSEMENT EXPENSE REPORT

**NAME:** Brian E. Moffitt

**Period From:** June 11, 2007
**To:** June 11, 2007

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses - Miles | Auto Expenses - Amount | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| 6/11/2007 | Travel to and from Session in Trenton, New Jersey | 108.00 | $52.42 | | | | | $52.42 | 482810.114715 |

**Expenses Reported** $ 52.42

Signature: [signed]   Date: 6/14/07

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

PAID..........
APPROVED..........
VENDOR NO...........
CHECK NO............
CHARGE.............

141920

V# 05154   Counsel   4424

ENTERED IN COMPUTER BY [signed] 6/22/07
45182

INV# MDF 06/1/07

6/14/2007

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: August 16, 2007 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1547306A01072607

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: July 27, 2007

Respectfully submitted,
DAY PITNEY LLP

*/s/ Anthony J. Marchetta*
Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

2

1547306A01072607