IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | ) ) ) ) Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) ) Case No. 01-01139 (JKF) ) Jointly Administered |
| Debtors. | ) ) ) Related to Docket Nos. 15719, 15950, ) 16259, 16323 ) ) Hearing Date: August 1, 2007 |

**MOTION FOR AN ORDER AUTHORIZING MOTLEY RICE LLC TO, AND DIRECTING THAT THE CLERK OF THE COURT, FILE UNDER SEAL MOTLEY RICE LLC'S REPLY TO DEBTORS' BRIEF IN FURTHER SUPPORT OF OPPOSITION TO MOTIONS FOR PROTECTIVE ORDERS TO PRECLUDE LAW FIRM DEPOISTIONS**

COMES NOW, Motley Rice LLC, (hereinafter "Motley Rice") a law firm representing various asbestos personal injury claimants, and pursuant to Del.Bankr.LR 9006-1(d), 11 U.S.C. § 107(b), and Bankruptcy Rule 9018 hereby file this Motion for an Order Authorizing Motley Rice LLC to, and Directing that the Clerk of the Court to, File under Seal Motley Rice LLC's Reply to Debtors' Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions. In further support of its Motion, Motley Rice states as follows:

1. On May 18, 2007 Debtors sent a Notice of Deposition to Motley Rice LLC.

2. Motley Rice LLC subsequently filed a Motion for a Protective Order and a supporting brief on June 4, 2007.

3. On June 26, 2007, this Court heard argument concerning Motley Rice LLC's Motion for a Protective Order, together with other Plaintiff Law Firms' Motions for Protective Orders.

1

4. As a result of efforts to compromise, Motley Rice LLC agreed to answer Debtors' Third Set of Interrogatories served on June 27, 2007.

5. On July 10, 2007, this Court entered a Protective Order which included a provision which sealed the responses of Motley Rice LLC's responses to Debtors' Third Set of Interrogatories (D.I. 16259).

6. Subsequent to the service of Motley Rice LLC's responses, Debtors filed a Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions and filed Exhibits under seal ("Latest filing")(D.I. 16323).

7. During the hearing conducted on July 23, 2007, this Court stated that responses to Debtors' Latest filing were to be served at the close of business of July 27, 2007 and a hearing held on August 1, 2007.

8. In order to reply to Debtors' latest filing, Motley Rice LLC will necessarily have to refer to its responses that are subject to the Protective Order entered July 10, 2007.

WHEREFORE, Motley Rice LLC respectfully requests that an Order be entered that grants Motley Rice the authority to file a Reply to Debtors' Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions under seal, pursuant to this Court's July 10, 2007 Protective Order and Bankruptcy Rule 9018, and for such other necessary, just, and equitable relief as this Court deems proper.

Dated:  July 27, 2007

           RESPECTFULLY SUBMITTED,

           /s/ John E. Herrick
           JOHN E. HERRICK
           MOTLEY RICE LLC
           28 Bridgeside Blvd.
           P.O. Box 1792
           Mount Pleasant, SC 29465
           Tel. (843) 216-9000
           Fac. (843) 216-9440
           Email:  jherrick@motleyrice.com

           COUNSEL FOR VARIOUS
           ASBESTOS PERSONAL INJURY
           CLAIMANTS