**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ) | | |
| ) | | |
| **IN RE:** ) | | Chapter 11 |
| ) | | |
| **W.R. GRACE & CO.,** *et al.*, ) | | Case No. 01-01139 (JKF) |
| ) | | Jointly Administered |
| ) | | |
| **Debtors.** ) | | |
| ) | | Response Date: At the hearing |
| ) | | Hearing Date: August 1, 2007 @ 8:30 a.m. |
| ) | | |

**NOTICE OF MOTLEY RICE LLC'S MOTION FOR AN ORDER AUTHORIZING AND DIRECTING THAT THE CLERK OF THE COURT, FILE UNDER SEAL MOTLEY RICE LLC'S REPLY TO DEBTORS' BRIEF IN FURTHER SUPPORT OF OPPOSITION TO MOTIONS FOR PROTECTIVE <u>ORDERS TO PRECLUDE LAW FIRM DEPOSITIONS</u>**

**To All Interested Parties;**

Motley Rice LLC ("Motley Rice" or, alternatively, "Movant") has filed the attached Motion For An Order Authorizing And Directing That The Clerk Of The Court, File Under Seal Motley Rice LLC's Reply To Debtors' Brief In Further Support Of Opposition To Motions For Protective Orders To Preclude Law Firm Depositions ("Motion") which seeks, an order Directing That The Clerk Of The Court, File Under Seal Motley Rice LLC's Reply To Debtors' Brief In Further Support Of Opposition To Motions For Protective Orders To Preclude Law Firm Depositions.

You are required to file a response to the Motion on or before **August 1, 2007 at 8:30 a.m. E.S.T.** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon Movant's attorneys:

John E. Herrick, Esquire
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Tel. (843) 216-9000
Fax (843) 216-9440
Email:  jherrick@motleyrice.com

A HEARING ON THE MOTION WILL BE HELD ON **August 1, 2007 AT 8:30 A.M.** BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 5490 USX TOWER, PITTSBURGH, PA, 15219.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 27, 2007

/s/ John E. Herrick
JOHN E. HERRICK
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Tel. (843) 216-9000
Fax (843) 216-9440
Email:  jherrick@motleyrice.com

COUNSEL FOR VARIOUS
ASBESTOS PERSONAL INJURY
CLAIMANTS