## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ) ) | |
| IN RE: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | Related to Docket Nos. 15719, 15950, |
| ) | 259, 16323, ___ |
| ) | |
| ) | |
| ) | |

### ORDER GRANTING MOTLEY RICE LLC'S MOTION FOR AN ORDER AUTHORIZING MOTLEY RICE LLC TO, AND DIRECTING THAT THE CLERK OF THE COURT, FILE UNDER SEAL MOTLEY RICE LLC'S REPLY TO DEBTORS' BRIEF IN FURTHER SUPPORT OF OPPOSITION TO MOTIONS FOR PROTECTIVE ORDERS TO PRECLUDE LAW FIRM DEPOISTIONS

Upon consideration of Motley Rice LLC's Motion for an Order Authorizing Motley Rice LLC to, and Directing that the Clerk of the Court to, File under Seal Motley Rice LLC's Reply to Debtors' Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions; and due and adequate notice of the Motion having been given; and objections, if any, having been resolved; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

1

2

ORDERED, that Motley Rice LLC is authorized to file its Reply to Debtors' Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions; and it is further

ORDERED, that the Clerk of Court is to file Motley Rice LLC's Reply to Debtors' Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions under seal; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

SO ORDERED AND ADJUDGED

Date: _____, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge