IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
IN RE:                                      )
                                            )          Chapter 11
W.R. GRACE & CO., et al.,                   )
                                            )          Case No. 01-01139 (JKF)
Debtors.                                    )          Jointly Administered
                                            )
                                            )
                                            )
_____ )

CERTIFICATE OF SERVICE

I, Susan E. Kaufman, Esquire hereby certify that I caused a true and correct copy of the within **Motion For An Order Authorizing Motley Rice LLC To, And Directing That The Clerk Of The Court, File Under Seal Motley Rice LLC's Reply To Debtors' Brief In Further Support Of Opposition To Motions For Protective Orders To Preclude Law Firm Depositions** to be sent on July 27, 2007 to those on the attached list as indicated.

HEIMAN, GOUGE & KAUFMAN, LLP

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)
skaufman@hgkde.com

**Via Hand Delivery**

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

**Via Overnight Mail and Facsimile**

David Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
312-861-2200 (Fax)

**Via U.S. Mail, Postage Prepaid and Facsimile**

Theresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney, PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
302-552-4295 (Fax)

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
302-657-4901 (Fax)

David Klauder, Esq.
Office of the United States Trustee
844 King St., Suite 2311
Wilmington, DE 19801
302-573-6497 (Fax)

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801
302-575-1714 (Fax)

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine
800 N. King Street, Suite 300
Wilmington DE 19801
302-426-9947 (Fax)

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
410-531-4367 (Fax)

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price
& Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
305-374-7593 (Fax)

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
202-429-3301 (Fax)

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
212-644-6755 (Fax)

Lewis Kruger, Esquire
Robert Raskin, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
212-806-6606

Philip Bentley, Esq.
Gary M. Becker, Esq.
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
212-715-8000 (Fax)

Barbara Harding, Esq.
Kirkland & Ellis, LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793
202-879-5200 (Fax)

Richard H. Wyron, Esq.
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007
202-339-8500 (Fax)

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
302-655-4210 (fax)