# Exhibit 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                              .   Case No. 01-1139(JKF)
                                    .   Chapter 11
W.R. GRACE, et al.,                 .
                                    .   Bankruptcy Courtroom No. 2
                                    .   824 Market Street
               Debtors.            .   Wilmington, Delaware 19801
                                    .
                                    .
                                    .   September 25, 2006
. . . . . . . . . . . . . . ..      2:03 P.M.


TRANSCRIPT OF OMNIBUS HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtors:                Kirkland & Ellis
                            By:  DAVID M. BERNICK, ESQ.
                                 JANET BAER, ESQ.
                                 SAMUEL BLATNICK, ESQ.
                                 LISA G. ESAYIAN, ESQ.
                            200 East Randolph Drive
                            Chicago, Illinois 60601

                            Pachulski Stang Ziehl Young & Jones
                            By:  DAVID CARICKHOFF, JR., ESQ.
                            919 North Market Street, 16th Floor
                            Post Office Box 8705
                            Wilmington, Delaware 19899-8705


Audio Operator:             Brandon McCarthy


Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

---

## TRANSCRIPTS PLUS
435 Riverview Circle, New Hope, Pennsylvania 18938
e-mail courttranscripts@aol.com

215-862-1115   (FAX) 215-862-6639

1  haven't --

2          THE COURT:  This process is to help anybody's expert

3  that the information that they need to try to convince me of

4  what the existing and future asbestos personal injury claims

5  will be, and how much it's going to cost to resolve them.

6  That's what this is for.  And nothing else.

7          I can't say, and I'm sure the debtor can't at this

8  point in time, who and what they're going to file motions for

9  summary judgment about.  That's not a proper request at this

10 point in time.

11          But the issue is if somebody checks other, yes, I

12 have lung cancer, but I don't know why and I don't have a

13 diagnosis, there is going to be a serious question as to

14 whether it's related to asbestos, isn't there?

15          MR. FINCH:  No, not if --

16          THE COURT:  Yes.

17          MR. FINCH:  If they've been exposed --

18          THE COURT:  Yes, there is.

19          MR. FINCH:  If they have been exposed to asbestos and

20 they have lung cancer --

21          THE COURT:  And they don't check anything that

22 indicates that they have exposed -- been exposed to asbestos

23 and they don't know why they have it, that claim is going to be

24 challenged by experts.  How can they put it into a package

25 related to asbestos if there isn't any information related to

194

1          THE COURT:  Well, it --

2          MR. BERNICK:  I'll stipulate they'll collide.

3          THE COURT:  All right, we're off this -- we are off

4  the subject.  And I apologize.  I don't know how I led us down

5  that path.  We're off the subject.

6          The point was that this is for estimation purposes,

7  not for allowance and disallowance purposes.  So, I don't

8  expect to see something like I'm not going to tell you that my

9  client also worked for U.S.G. because it's work product.  Un-

10  un't.  If your client worked for U.S.G., that's a fact.  So,

11  put it in there.

12          MR. BERNICK:  Your Honor, on the objections, counsel

13  pointed out -- just to get us back on track.  Your Honor said

14  you want to know the objections within the 30-day

15  supplementation period.

16          Counsel then responded, well, a lot of those -- a lot

17  of objections have already been made.  And it is true that when

18  people submitted responses to our motion to compel, the kind of

19  global motion to compel, they stated a bunch of objections to

20  the questionnaire.  And some of them, as like lawyers do, maybe

21  are obliged to do, is I object to this, this, and this and

22  this.

23          Your Honor now has provided additional elucidation,

24  particularly with regard to the issue of relevance.  And I

25  think that it's only fair if there are objections that Your