# Exhibit 4

```
              UNITED STATES BANKRUPTCY COURT
                  DISTRICT OF DELAWARE


IN RE:                    .    Case No. 01-01139 JKF
                          .
W. R. GRACE & CO.,        .
et al.,                   .    USX Tower - 54th Floor
                          .    600 Grant Street
                          .    Pittsburgh, PA 15219
         Debtors.         .
                          .    June 26, 2007
. . . . . . . . . . . . . ..   8:54 a.m.


                   TRANSCRIPT OF HEARING
            BEFORE HONORABLE JUDITH K. FITZGERALD
             UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Asbestos           Campbell & Levine, LLC
Claimants Committee:       By:  MARK T. HURFORD, ESQ.
                           1700 Grant Building
                           Pittsburgh, PA 15219

For the Asbestos           Caplin & Drysdale
Claimants Committee:       By:  NATHAN D. FINCH, ESQ.
                           One Thomas Circle, N.W.
                           Washington, DC 20005



Audio Operator:            Cathy Younker



Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609) 586-2311          Fax No. (609) 587-3599

1  they get back the answers to interrogatories that the firms
2  have said they would respond to.  And then if they want to come
3  back and decide whether or not depositions are necessary.  They
4  then come back.  But the Court said, excuse me Your Honor, a
5  hard cap of 20 fact witness depositions per side.
6         If they want to use, they've taken 15 by my count.
7  If they want to use four of their five remaining left to go to
8  depose each firm that's fine.  But the issue that my papers
9  raised and Mr. Malady's papers raised was we don't want to be
10 going around in repetition --
11        THE COURT:  Yes, I am going to set a cap on the
12 number of depositions on all sides, yes.  The rules of civil
13 procedure have already set them and to the extent they've been
14 exceeded nobody has asked for authority to vary them.  This
15 case is not that unusual, it's just another case.  There is no
16 reason in this Court's view why massive numbers need to be
17 taken.  So yes, I think that is appropriate.
18        MR. FINCH:  Thank you, Your Honor.
19        MR. BERNICK:  Excuse me, this is now being
20 selectively invoked with respect to this issue.  All sides will
21 exceed the 10 depositions in this case.  We know that right
22 now.
23        THE COURT:  Yes.
24        MR. BERNICK:  So if we want to have in connection
25 with the omnibus proceeding in July a further cap the debtor