IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| ) |  |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| ) |  |
| Debtors. ) | [Related to Docket No. 16319] |
| ) |  |
| ) | Hearing Date: August 1, 2007 |
| ) |  |

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING MOTION OF BARON & BUDD AND CERTAIN OTHER LAW FIRMS FOR AN ORDER AUTHORIZING BARON & BUDD, P.C. AND OTHER CERTAIN LAW FIRMS TO, AND DIRECTING THAT THE CLERK OF THE COURT, FILE UNDER SEAL THEIR RESPONSE TO GRACE'S REQUEST FOR DEPOSITIONS AND TO SERVE ADDITIONAL INTERROGATORIES

1. On July 27, 2007, Baron & Budd, P.C. ("Baron & Budd"), and the law firms of Foster & Sear, L.L.P., LeBlanc & Waddell, L.L.P., Provost Umphrey, L.L.P., Reaud Morgan & Quinn, L.L.P., Silber Pearlman, LLP, Weitz & Luxenberg, P.C., and Williams Kherkher, L.L.P. (f/k/a Williams Bailey, L.L.P.) (collectively, the "Other Certain Law Firms") filed their Motion for an Order Authorizing Baron & Budd, P.C. and Other Certain Law Firms to, and Directing that the Clerk of the Court, File Under Seal their Response to Grace's Request for Depositions and to Serve Additional Interrogatories (the "Motion").

2. Attached hereto as Exhibit A is the proposed form of Order granting Baron & Budd and the Other Certain Law Firms' Motion for an Order Authorizing Baron & Budd, P.C. and Other Certain Law Firms to, and Directing that the Clerk

of the Court, File Under Seal their Response to Grace's Request for Depositions and to Serve Additional Interrogatories (the "Proposed Order").

Baron & Budd and the Other Certain Law Firms respectfully request that the Court enter the attached Proposed Order at its earliest convenience.

Dated: July 27, 2007

/s/ Daniel K. Hogan
Daniel K. Hogan (ID no. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone:  (302) 656-7540
Facsimile:   (302) 656-7599
E-mail:  dkhogan@dkhogan.com

Sander L. Esserman
Van J. Hooker
David A. Klingler
David J. Parsons
**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,**
**A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:   (214) 969-4999

**COUNSEL FOR BARON & BUDD, P.C. AND THE OTHER CERTAIN LAW FIRMS**