IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| ) |  |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| ) |  |
| Debtors. ) | [Related to Docket No. 16319] |
| ) |  |
| ) | Hearing Date: August 1, 2007 |
| ) |  |

## ORDER GRANTING MOTION OF BARON & BUDD AND CERTAIN OTHER LAW FIRMS FOR AN ORDER AUTHORIZING BARON & BUDD, P.C. AND OTHER CERTAIN LAW FIRMS TO, AND DIRECTING THAT THE CLERK OF THE COURT, FILE UNDER SEAL THEIR RESPONSE TO GRACE'S REQUEST FOR DEPOSITIONS AND TO SERVE ADDITIONAL INTERROGATORIES

Upon the Motion of Baron & Budd, P.C. ("Baron & Budd"), and the law firms of Foster & Sear, L.L.P., LeBlanc & Waddell, L.L.P., Provost Umphrey, L.L.P., Reaud Morgan & Quinn, L.L.P., Silber Pearlman, LLP, Weitz & Luxenberg, P.C., and Williams Kherkher, L.L.P. (f/k/a Williams Bailey, L.L.P.) (collectively, the "Other Certain Law Firms") for an Order Authorizing Baron & Budd, P.C. and Other Certain Law Firms to, and Directing that the Clerk of the Court, File Under Seal their Response to Grace's Request for Depositions and to Serve Additional Interrogatories (the "Motion") and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been

given, and it appearing that sufficient cause exists for granting the requested relief and that the relief requested under the Motion is in the best interests of the Debtors' estates and parties in interest; it is hereby

ORDERED that the Motion is Granted; and it is further

ORDERED that Baron & Budd and the Other Certain Law Firms are authorized to file the Response to Grace's Request for Depositions and to Serve Additional Interrogatories (the "Response"); and it is further

ORDERED that the Clerk of the Court is directed to file the Response under seal; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Signed this _____ day of _____, 2007

THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE