IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket Nos. 15950, 15955, 15959, 15966, 15987, 16256, 16259, 16322, 16323** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court has directed that a hearing (the "Hearing") be held on **August 1, 2007 at 8:30 a.m. in Pittsburgh, Pennsylvania** regarding *Debtors' Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms* as served by the Debtors on June 27, 2007 and related Law-firm discovery issues. All parties that wish to be heard on this matter shall participate in person at the Hearing. No telephonic appearances will be allowed at the hearing.

**PLEASE TAKE FURTHER NOTICE** only parties listed in the *Modified Order Establishing the Non-Waiver of Privileges Contained in Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers [Docket No. 16259]* may participate in this Hearing.

Dated: July 26, 2007

        KIRKLAND & ELLIS LLP
        David M. Bernick
        Janet S. Baer
        200 East Randolph Drive
        Chicago, IL 60601
        Telephone:   (312) 861-2000
        Facsimile:   (312) 861-2200

        and

        PACHULSKI STANG ZIEHL YOUNG JONES &
        WEINTRAUB LLP

        */s/ James E. O'Neill*
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        Timothy P. Cairns (Bar No. 4228)
        919 North Market Street, 17th Floor
        P. O. Box 8705
        Wilmington, DE 19899-8705
        Telephone:   (302) 652-4100
        Facsimile:   (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession