# EXHIBIT A



| | | | |
|---|---|---|---|
| | DDONNELLON@KMKLAW.com<br>07/13/2007 01:41 PM | To | eahern@kirkland.com, ABasta@kirkland.com |
| | | cc | |
| | | bcc | |
| | | Subject | Grace subpoena |

History:    🔁 This message has been forwarded.

We are reviewing the draft protective order and we believe we will have a
slightly modified version to send you next week. Of course, the protective
order would only cover what we have agreed to produce thus far. Accordingly,
we do not want it entered with the Court unless you are in agreement with the
items we have offered to produce and the terms of production.

With respect to the electronic database, unfortunately there is no area for
compromise. First, we still have the confidentiality issue unresolved. The
trust has agreed to keep claimant information confidential. Therefore, any
production of information that originated with the claimant could breach that
promise. Also, once we open the door to some element of production, then we
risk losing the proprietary nature. We do not believe you have the necessity
for the entire data base and we are comfortable leaving that to the court.

Please let me know if you are amenable to any production along the lines of
our proposal and, if so, then we will forward the revised protective order.

Finally, the match to the request 7 data is complete. The last name and 4
digit SSN revealed 73,345 matches. We can make those files available once
you resolve the confidentiality, cost and burden issues raised in my earlier
letters.
****************************************************
Daniel J. Donnellon
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH  45202
Tel: 513-579-6989
Fax: 513-579-6457
Internet Address: ddonnellon@kmklaw.com
Website: www.kmklaw.com

        --- CONFIDENTIALITY STATEMENT ---
This e-mail transmission contains information that is
intended to be privileged and confidential. It is in-
tended only for the addressee named above. If you re-
ceive this e-mail in error, please do not read, copy
or disseminate it in any manner. If you are not the
intended recipient, any disclosure, copying, distri-
bution or use of the contents of this information is
prohibited. Please reply to the message immediately by
informing the sender that the message was misdirected.
After replying, please erase it from your computer
system. Your assistance in correcting this error is
appreciated.
****************************************************