# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   JULY 16, 2007
MATTER  :   0066609-000001
INVOICE :   10026135

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

RE:  ASSET ANALYSIS AND RECOVERY

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/21/07 | TC | Reviewed Notice of Hearing for Amended Notice of Sale of Washcoat Business Filed by W.R. Grace & Co., et al | .20 |

### T I M E   S U M M A R Y

|              |        | RATE   | HOURS | TOTALS |
|--------------|--------|--------|-------|--------|
| T. Currier   |        | 500.00 | .20   | 100.00 |
|              | TOTALS |        | .20   | 100.00 |

TOTAL FEES :            100.00

TOTAL DUE  :            100.00

# Buchanan Ingersoll ⧄ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 16, 2007
                                            MATTER : 0066609-000002
                                            INVOICE : 10026136


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07   6548

    RE:  ASSET DISPOSITION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/19/07 | TC | Reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of an Asbestos Property Damage Claim Filed by Sempra Energy Filed by W.R. Grace & Co., et al.. | 1.80 |
| 06/20/07 | TC | Reviewed Motion to Approve Sale , Motion for an Order (A) Approving the Agreements By and Between W.R. Grace & Co.-Conn. and Rhodia Inc., (B) Authorizing the Sale of Certain Assets of W.R. Grace & Co.-Conn.'s Washcoat Business to Rhodia Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Rhodia Inc. of Certain Executory Contracts and Unexpired Leases; (D) Approving a Potential Break-up Fee; and (E) Granting Certain Related Relief Filed by W.R. Grace & Co., et al. | 1.90 |
| 06/21/07 | TC | Reviewed Order Authorizing Settlement With And Granting Related Relief | .20 |
| 06/21/07 | TC | Reviewed Order Authorizing Settlement With Trumbull Memorial Hospital And Granting Certain Related Relief | .20 |

# Buchanan Ingersoll & Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   JULY 16, 2007
MATTER :   0066609-000002
INVOICE :  10026136

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07   6548

RE:  ASSET DISPOSITION

## T I M E   S U M M A R Y
-----------------------

|            | RATE   | HOURS | TOTALS  |
|------------|--------|-------|---------|
| T. Currier | 500.00 | 4.10  | 2050.00 |
| TOTALS     |        | 4.10  | 2050.00 |

TOTAL FEES :              2,050.00

TOTAL DUE  :              2,050.00

# Buchanan Ingersoll ⚖ Rooney PC
### ATTORNEYS & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    JULY 16, 2007
                                                MATTER :  0066609-000004
                                                INVOICE : 10026137


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

    RE:  CASE ADMINISTRATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/05/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/06/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/07/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/08/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/11/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :  JULY 16, 2007
MATTER : 0066609-000004
INVOICE : 10026137

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07   6548

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 06/12/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/14/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/15/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/18/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/19/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/20/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 16, 2007
MATTER :  0066609-000004
INVOICE : 10026137

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07   6548

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 06/21/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/26/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/27/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/28/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 06/29/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | .50 |

# Buchanan Ingersoll &. Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    JULY 16, 2007
                                          MATTER :  0066609-000004
                                          INVOICE : 10026137

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07   6548

    RE:  CASE ADMINISTRATION


                    T I M E   S U M M A R Y
                    -----------------------

                              RATE     HOURS          TOTALS
                              ----     -----          ------

M. Flores                    165.00    15.50          2557.50
                    TOTALS            15.50          2557.50


                    TOTAL FEES :                      2,557.50


                    TOTAL DUE  :                      2,557.50

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

### ATTORNEYS & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 16, 2007
                                             MATTER :  0066609-000005
                                             INVOICE : 10026138


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/01/07 | TC | Reviewed Supplemental Interrogatories and Requests for Production Directed to Debtors | 1.10 |
| 06/01/07 | TC | Reviewed Certification of Counsel Regarding Stipulation and Agreed Order Expunging Property Damage Claims Filed by W.R. Grace & Co., et al.. | .60 |
| 06/01/07 | TC | Reviewed Notice of Service of the Official Committee Of Asbestos Personal Injury Claimants' SupplementalSet Of Interrogatories And Requests For Production Of Documents Directed To The Debtors Filed by Official Committee of Asbestos Personal Injury Claimants | .50 |
| 06/11/07 | TC | Reviewed Order Disallowing and Expunging Property Damage Claims | .30 |
| 06/11/07 | TC | Reviewed Order Disallowing and Expunging other Property Damage Claims | .30 |
| 06/12/07 | TC | Reviewed Order Disallowing and Expunging Claim No. 6941 For Daggy Hall And Allowing Claim Nos. 10648, 10649, 10650, 10651, 10652, 10653, 10655, 10656, 10657, 10658, 10659, 10660, 10661, 10662, And 14411 For The State Of California, Department of General Services | .50 |
| 06/18/07 | TC | Omnibus Objection to Claims - Debtors' Twenty-Third Omnibus Objection to Certain IRS Claims (Substantive) Filed by W.R. Grace & Co., et al | 1.60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ♠ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 16, 2007
                                             MATTER : 0066609-000005
                                             INVOICE : 10026138


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

    RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


| | | |
|---|---|---|
| 06/18/07 TC | Motion for Leave from Certain Requirements of Del Bankr. LR 3007-1 for the Purpose of Streamlining Objection to Claims of the Internal Revenue Service Filed by W.R. Grace & Co., et al | .50 |
| 06/20/07 TC | Reviewed Certification of Counsel on Order Authorizing Settlement with Trumbull Memorial Hospital Filed by W.R. Grace & Co., et al.. | .40 |
| 06/20/07 TC | Reviewed Certification of Counsel on Order Authorizing Settlement with Building Laborers Union Local 310 | .40 |
| 06/25/07 TC | Reviewed Order Granting Relief Sought In Debtors' Objection To The Claim Filed by Massachusetts Department of Revenue | .20 |
| 06/26/07 TC | Reviewed Order (Thirty-Third Continuation) Regarding Relief Sought In Debtors' Fifth Omnibus Objection To Claims (Substantive) | .40 |
| 06/26/07 TC | Reviewed Order (Continuation) Regarding The Debtors' Eighteenth Omnibus Objection To Claims (Substantive) | .40 |
| 06/26/07 TC | Reviewed Order (Thirty-Third Continuation) Regarding Relief Sought In Debtors' Fifth Omnibus Objection To Claims (Substantive) | .50 |
| 06/26/07 TC | Reviewed Order (Sixth) Regarding Relief Sought in Debtors' Twentieth Omnibus Objection To Claims (Substantive) | .30 |
| 06/26/07 TC | Reviewed Order (Third) Granting Relief Sought In Debtors' Twenty-Second Omnibus Objection To Claims (Substantive) | .20 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚹ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JULY 16, 2007
MATTER : 0066609-000005
INVOICE : 10026138

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

## T I M E   S U M M A R Y
------------------------

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| T. Currier   |        | 500.00 | 8.20  | 4100.00 |
|              | TOTALS |        | 8.20  | 4100.00 |

TOTAL FEES :            4,100.00

TOTAL DUE  :            4,100.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
**Attorneys &amp; Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 16, 2007
                                              MATTER :  0066609-000006
                                              INVOICE : 10026139
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/21/07 | TC | Reviewed Stipulation Resolving Claims of Louisiana Department of Environmental Quality By W.R. Grace & Co., et al. Filed by W.R. Grace & Co., et al.. | .40 |
| 06/22/07 | TC | Reviewed Notice of Motion for Leave From Certain Requirements of Del. Bankr. LR 3007-1 For The Purpose Of Streamlining Objection To Claims Of The Internal Revenue Service Filed by W.R. Grace & Co., et al.. | .20 |
| 06/22/07 | TC | Reviewed Motion to Alter and Amend the Court's Order Disallowing and Expunging Claim No. 6941 for Daggy Hall, and Allowing Claim Nos. 10648, 10649, 10651, 10653, 10655, 10656, 10657, 10658, 10659, 10660, 10661, 10662 and 14411 for the State of California, Department of General Services Filed by W.R. Grace & Co., et al. | .70 |
| 06/26/07 | TC | Reviewed Order Disallowing And Expunging Property Damage Claims | .10 |
| 06/26/07 | TC | Reviewed Order Concerning Debtors' Motion for Leave to Amend Their Objections to Certain Property Damage Claims | .20 |

# Buchanan Ingersoll & Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   : JULY 16, 2007
MATTER : 0066609-000006
INVOICE : 10026139

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


## T I M E   S U M M A R Y
------------------------

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T. Currier |        | 500.00 | 1.60  | 800.00 |
|            | TOTALS |        | 1.60  | 800.00 |

TOTAL FEES :               800.00

TOTAL DUE  :               800.00

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 16, 2007
                                              MATTER :  0066609-000008
                                              INVOICE : 10026140


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

   RE:  EMPLOYEE BENEFITS / PENSION



DATE   ATTY    DESCRIPTION OF SERVICES RENDERED                        HOURS
----   ----    -------------------------------                        -----

06/21/07 TC     Reviewed Order Authorizing The Debtors To Make          .20
                Legally Required Minimum Contributions To
                Defined Benefit Pension Plans Covering The
                Debtors' Employees

06/26/07 TC     Reviewed Order Authorizing The Debtors To Make          .20
                Legally Required Minimum Contributions To
                Defined Benefit Pension Plans Covering The
                Debtors' Employees


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

T. Currier              500.00    .40           200.00
                TOTALS            .40           200.00


                    TOTAL FEES :                    200.00


                    TOTAL DUE  :                    200.00
```

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 16, 2007
                                            MATTER : 0066609-000010
                                            INVOICE : 10026141


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07   6548

    RE:  EMPLOYMENT APPLICATIONS, OTHERS



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----    -------------------------------                  -----

06/21/07 TC     Reviewed Order Granting Leave In Accordance        .20
                With The Orders Authorizing The Debtors To
                Employ And Compensate Ordinary Course
                Professionals As It Pertains To Perkings Coie
                LLP

06/27/07 TC     Reviewed and revised certification; forwarded      .70
                to gary becker for his review; filed revised
                order and certification

06/27/07 MNF    Draft COC re: Modified Order for Lexecon          1.00
                Retention (.3); E-file and serve COC re:
                Modified Order for Lexecon Retention (.7)



                  T I M E   S U M M A R Y
                  -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

    T. Currier       .   500.00    .90        450.00
    M. Flores            165.00   1.00        165.00
                TOTALS            1.90        615.00


                TOTAL FEES :                          615.00


                TOTAL DUE  :                          615.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 16, 2007
                                              MATTER :  0066609-000011
                                              INVOICE : 10026142
```

```
     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

     RE:  FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/01/07 | MNF | E-file and serve 24th quarterly fee request of BIR; calendar dates | 1.00 |
| 06/13/07 | MNF | Review/make edits to pre-bills for May 2007 | .50 |
| 06/14/07 | MNF | Review final bills for May 2007 (.5); Draft 67th monthly fee app of BIR for May 2007(1.0) | 1.50 |
| 06/15/07 | TC | Reviewed interim fee charts; conf with barbara koester re fee review for interim fee hearing | .70 |
| 06/20/07 | MNF | Download order re: Quarterly fees for Oct.-Dec. 2006 (.2); send same to B. Koester (.2); emails to B.K. re: same (.2) | .60 |
| 06/21/07 | TC | Reviewed Order Approving Quarterly Fee Applications For The Twenty-Third Period | .40 |
| 06/21/07 | MNF | E-file and serve CNO re: 66th monthly fee app of BIR | 1.00 |
| 06/22/07 | MNF | Review docket re: objections to 24th quarterly fee request of BIR (.1) Draft CNO re: 24th quarterly fee app of BIR (.5) | .60 |
| 06/26/07 | MNF | E-file and serve CNO re: 24th quarterly fee request of BIR | 1.00 |
| 06/27/07 | TC | Reviewed and approved our Certification of Counsel Regarding Motion to Modify Order Allowing Retention of Lexecon LLC As Asbestos Claims Consultant to the Official Committee of Equity Security Holders Filed by Official Committee of Equity Holders | .30 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 16, 2007
                                              MATTER : 0066609-000011
                                              INVOICE : 10026142


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07   6548

     RE:  FEE APPLICATIONS, APPLICANT


06/27/07 TC    Reviewed and approved our fee application for        .70
               filing

06/29/07 MNF   E-file and serve 67th monthly fee app of BIR       1.50
               for May 2007 (1.0); Scan and send same to fee
               auditor(.5)



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS        TOTALS
                         ----     -----        ------

    T. Currier           500.00    2.10        1050.00
    M. Flores            165.00    7.70        1270.50
                  TOTALS           9.80        2320.50


              TOTAL FEES :                            2,320.50


              TOTAL DUE  :                            2,320.50
```

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 16, 2007
                                              MATTER :  0066609-000012
                                              INVOICE : 10026143


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07   6548

    RE:   FEE APPLICATIONS, OTHERS



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----    -------------------------------                  -----

06/01/07 MNF    E-file and serve 20th quarterly fee request of    1.00
                Kramer Levin for 1/1/07-3/31/07

06/13/07 MNF    E-file and serve 69th monthly fee app of Kramer   1.50
                Levin (1.0); calendar dates (.1); convert and
                send same to fee auditor(.4)

06/22/07 MNF    Review docket re: objections to 20th quarterly     .60
                fee request of Kramer Levin (.1); Draft CNO re:
                20th quarterly fee request of Kramer Levin (.5)

06/26/07 MNF    E-file and serve CNO re: 20th quarterly fee       1.00
                request of Kramer Levin


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

  M. Flores             165.00    4.10        676.50
                TOTALS            4.10        676.50


                    TOTAL FEES :                    676.50


                    TOTAL DUE  :                    676.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 16, 2007
                                            MATTER : 0066609-000014
                                            INVOICE : 10026144
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07   6548

    RE:  HEARINGS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/20/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al. | .50 |
| 06/21/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 6/26/2007 at 09:00 AM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA | .40 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                        RATE      HOURS           TOTALS
                        ----      -----           ------

    T. Currier          500.00      .90           450.00
                TOTALS              .90           450.00


                    TOTAL FEES :                     450.00


                    TOTAL DUE  :                     450.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JULY 16, 2007
                                            MATTER :  0066609-000015
                                            INVOICE : 10026145


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

     RE:  LITIGATION AND LITIGATION CONSULTING
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/01/07 | TC | Reviewed Conditional Objection Of The Official Committee Of Asbestos Personal Injury Claimants To The Summary Application Of Forman Perry Watkins Krutz & Tardy, LLP For Reimbursement Of Expenses And Compensation For Services In Excess Of The Ordinary Course Professional Cap For Period April 2006 To March 2007 Filed by Official Committee of Asbestos Personal Injury Claimants | .70 |
| 06/04/07 | TC | Reviewed Supplemental Notice of Service of the Official Committee of Asbestos Personal Injury Claimants' Supplemental (June 1, 2007) Set of Interrogatories and Requests for Production of Documents Directed to The Debtors Filed by Official Committee of Asbestos Personal Injury Claimants. | .30 |
| 06/04/07 | TC | Reviewed Certification of Counsel Regarding Scheduling Order for Adjudication of Asbestos PD Claim on June 26, 2007 Filed by W.R. Grace & Co., et al.. | .40 |
| 06/04/07 | TC | Reviewed Answering Motion for Moratorium In Support of Motion For Protective Order Filed by Cooney & Conway. | .80 |
| 06/04/07 | TC | Reviewed Motion to Shorten Time to Motley Rice LLC's Motion for Protective Order Filed by Motley Rice LLC | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    JULY 16, 2007
MATTER :  0066609-000015
INVOICE : 10026145

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 06/04/07 TC | Reviewed Motion for Protective Order (Motion of Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Legal Representative for Future Asbestos Personal Injury Claimants, for Protective Order Filed by Official Committee of Asbestos Personal Injury Claimants. Hearing | 2.10 |
| 06/05/07 TC | Reviewed Motion for Protective Order -MOTION OF EARLY, LUDWICK AND SWEENEY, LLC, KAZAN McCLAIN, ABRAMS, LYONS, FARRISE &amp; GREENWOOD, A PROFESSIONAL LAW CORPORATION, WATERS &amp; KRAUS, LLP, PAUL, HANLEY &amp; HARLEY, LLP, AND THE WARTNICK LAW FIRM FOR A PROTECTIVE ORDER WITH RESPECT TO NOTICES OF DEPOSITION SERVED ON THEM BY W.R. GRACE Filed by MMWR Cancer Firms | 1.30 |
| 06/05/07 TC | Reviewed Motley Rice motion for a protective order | 1.80 |
| 06/07/07 TC | Reviewed Motion for Protective Order of Certain Law Firms and to Quash Deposition Notices Filed by Certain Law Firms Represented By Stutzman, Bromberg, Esserman &amp; Plifka. | 1.10 |
| 06/07/07 TC | Reviewed Notice of Deposition [Rescheduled of Dr. Edward H. Holmes Rescheduled for June 14, 2007 @ 10:00 A.M. CDT Filed by W.R. Grace &amp; Co., et al. | .40 |
| 06/08/07 TC | Reviewed Response to Speights &amp; Runyan's Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 Filed by W.R. Grace &amp; Co., et al. | 1.20 |

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    JULY 16, 2007
                                             MATTER :  0066609-000015
                                             INVOICE : 10026145


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

     RE:   LITIGATION AND LITIGATION CONSULTING
```

| | | |
|---|---|---:|
| 06/11/07 TC | Reviewed Notice of Service of Responses of Dr. Alan C. Whitehouse and Dr. Arthur L. Frank to Expert Reports and Supplemental Expert Report by Dr. Alan C. Whitehouse Filed by Libby Claimants | .50 |
| 06/12/07 TC | Reviewed The Official Committee Of Asbestos Personal Injury Claimants' Notice Of Service Of The Supplemental And/Or Rebuttal Expert Reports Of Stephen M. Snyder, Esq., Mark Eveland, Laura S. Welch, M.D., And Steve M. Hays, P.E., CIH In Connection With The Asbestos Personal Injury Estimation Hearing Filed by Official Committee of Asbestos Personal Injury Claimants | .50 |
| 06/12/07 TC | Reviewed expert report of Victor L. Roggli, MD submitted by the Future Claimants' Representative | 1.10 |
| 06/13/07 TC | Reviewed joinder of royal indemnity in objection of maryland casualty to bnsf matter re clarification of scope of injunction | .30 |
| 06/13/07 TC | Reviewed libby claimants responses re dr. alan whitehouse and dr. arthur frank | 1.60 |
| 06/13/07 TC | Reviewed motion of early ludwick and sweeney re protective order litigation | .70 |
| 06/13/07 TC | Reviewed objection of maryland casualty to bnsf matter re clarification of scope of injunction | .60 |
| 06/13/07 TC | Reviewed Motion for Leave Debtors' Motion For Leave To File Expert Report Of Dr. Elizabeth Anderson In Connection With The Lack Of Hazard Hearing Relating To Asbestos Property Damage Claims Filed by W.R. Grace &amp; Co., et al. | .80 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 16, 2007
MATTER :  0066609-000015
INVOICE : 10026145

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 06/13/07 TC | Reviewed Notice of Service of Discovery re expert reports Filed by W.R. Grace & Co., et al | .30 |
| 06/14/07 TC | Reviewed hays expert report | 2.20 |
| 06/14/07 TC | Reviewed motion of law firms to quash depositions and for a protective order | .70 |
| 06/14/07 TC | Reviewed Notice of Service re: Responses to Debtor's First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants'Filed by Maples & Lomax, P.A. | .10 |
| 06/14/07 TC | Reviewed Notice of Service of Pleading of Debtor's First Set of Interrogatories to Certain Asbestos Personal Injury Claimants' related docket #[14150,14763,[14929.Filed by Maples & Lomax, P.A. | .10 |
| 06/15/07 TC | Reviewed Notice of Service (Statement of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Future Claimants Representative, Concerning the Case Management Order for Asbestos Estimation) Filed by Official Committee of Asbestos Personal Injury Claimants | .90 |
| 06/15/07 TC | Debtors' Brief On Outstanding Issues Regarding Newly Amended Case Management Order For The Estimation Of Asbestos Personal Injury Liabilities Filed by W.R. Grace & Co., et al. | .90 |
| 06/15/07 TC | Reviewed Response to Motions for Protective Orders Precluding Notices of Depositions of 21 Law Firms of Debtors [Combined | .80 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 16, 2007
                                             MATTER :  0066609-000015
                                             INVOICE : 10026145


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

    RE:   LITIGATION AND LITIGATION CONSULTING


| | | |
|---|---|---|
| 06/18/07 TC | Order Disallowing and Expunging Property Damage Claims (additional claims) | .20 |
| 06/18/07 TC | Order Disallowing and Expunging Property Damage Claims | .20 |
| 06/18/07 TC | Notice of Service of Response of Hanley & Harley, LLP to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigaion Claimants' Law Firms Filed by HANLEY & HARLEY, LLP | .20 |
| 06/18/07 TC | Response of The Wartnick Law Firm to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigaion Claimants' Law Firms Filed by The Wartnick Law Firm. | .20 |
| 06/18/07 TC | Notice of Service of Response of Kazan, McClain, Abrams, Lyons, Farrise & Greenwood PLC To Debtors' First Set of Interrogatories To Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms Filed by KAZAN, McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD PLC. | .20 |
| 06/18/07 TC | Notice of Service of Response of Early, Ludwick & Sweeney, LLC (the "Firm") to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigaion Claimants' Law Firms Filed by EARLY LUDWICK & SWEENEY LLC. | .20 |
| 06/19/07 TC | Reviewed Objections to Second Set of Interrogatories Filed by Maples & Lomax, P.A. | 1.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JULY 16, 2007
MATTER : 0066609-000015
INVOICE : 10026145

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---:|
| 06/19/07 TC | Reviewed The Expert Report Of Dr. Mark Peterson In Connection With The Asbestos Personal Injury Estimation Hearing | 1.20 |
| 06/19/07 TC | Reviewed The Official Committee Of Asbestos Personal Injury Claimants' Notice Of Service Of The Expert Report Of Dr. Mark Peterson In Connection With The Asbestos Personal Injury Estimation Hearing Filed by Official Committee of Asbestos Personal Injury Claimants | .20 |
| 06/20/07 TC | Reviewed expert report of Letitia Chambers of Navigant Consulting, submitted on behalf of the Official Committee of Unsecured Creditors. | .60 |
| 06/20/07 TC | Reviewed OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS NOTICE IN REGARD TO EXPERT REBUTTAL REPORT OF DR. JAMES HECKMAN Filed by Official Committee of Equity Security Holders | .10 |
| 06/20/07 TC | Examined Future Claimants' Representative's Notice of Service of Expert Reports of Jennifer L. Biggs, F.C.A.S., M.A.A.A., Joseph J. Radecki, Jr., and P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A. in Connection with Asbestos Personal Injury Estimation Filed by David Austern. | .50 |
| 06/20/07 TC | Examined Expert Reports of Jennifer L. Biggs, F.C.A.S., M.A.A.A., Joseph J. Radecki, Jr., and P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A. | 2.90 |
| 06/21/07 TC | Reviewed Notice of Service of Discovery Filed by W.R. Grace & Co., et al | .20 |
| 06/21/07 TC | Reviewed Expert Report of Dr. Letitia Chambers, Navigant Consulting, Inc., June 18, 2007 Filed by Official Committee of Unsecured Creditors. | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    JULY 16, 2007
     MATTER :   0066609-000015
     INVOICE : 10026145

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 06/21/07 TC | Reviewed Notice of Service OF OBJECTIONS OF WATERS & KRAUS LLP TO DEBTORS' SECOND SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS Filed by WATERS & KRAUS, LLP | .20 |
| 06/21/07 TC | Notice of Service of Response of Waters & Kraus to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms Filed by WATERS & KRAUS, LLP | .20 |
| 06/21/07 TC | Reviewed Notice of Service of Response of Early, Ludwick & Sweeney, LLC to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms Filed by EARLY LUDWICK & SWEENEY LLC | .20 |
| 06/21/07 TC | Reviewed Notice of Filing Interrogatories Filed by Cooney & Conway. | .10 |
| 06/21/07 TC | Reviewed Notice of Service of Motley Rice LLC's Objections and Responses to Debtors' Second Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms | .20 |
| 06/21/07 TC | Reviewed Notice of Filing of The Expert Report of Dr. Mark Peterson in Connection with the Asbestos Personal Injury Estimation Hearing) (related document(s) [16076 ) Filed by Official Committee of Asbestos Personal Injury Claimants. | .20 |
| 06/21/07 TC | Briefly reviewed Expert Report of Dr. Mark Peterson | 1.20 |

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JULY 16, 2007
MATTER :   0066609-000015
INVOICE :  10026145

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 06/22/07 TC | Reviewed NOTICE OF SERVICE OF OBJECTIONS OF PAUL, HANLEY &amp; HARLEY, LLP ("PHH") TO DEBTORS' SECOND SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS Filed by Paul, Hanley &amp; Harley, LLP | .10 |
| 06/22/07 TC | Reviewed Future Claimants' Representative's Notice of Filing of Expert Reports of Jennifer L. Biggs, F.C.A.S., M.A.A.A., Joseph J. Radecki, Jr., and P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A. In Connection with Asbestos Personal Injury Estimation | .20 |
| 06/22/07 TC | Reviewed Expert Reports of Jennifer L. Biggs, F.C.A.S., M.A.A.A., Joseph J. Radecki, Jr., and P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A. | 1.60 |
| 06/22/07 TC | Reviewed Notice of Service /Filing of Expert Reports Filed by W.R. Grace &amp; Co., et al.. | .30 |
| 06/22/07 TC | Reviewed Notice of Service of Motley Rice LLC's Objections and Responses to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms Filed by Motley Rice LLC. | .20 |
| 06/25/07 TC | Reviewed and calendared Order Scheduling Personal Injury Estimation Trial Dates in 2008 | .20 |
| 06/25/07 TC | Reviewed Notice of Service of RESPONSE OF THE WARTNICK LAW FIRM TO DEBTORS' SECOND SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS Filed by The Wartnick Law Firm. | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 16, 2007
                                              MATTER :  0066609-000015
                                              INVOICE : 10026145


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

     RE:   LITIGATION AND LITIGATION CONSULTING


06/25/07 TC    Reviewed Order Granting Motion to Shorten Time          .20
               Regarding Motion for Protective Order filed by
               Motley Rice LLC

06/25/07 TC    Order for Adjudication of Asbestos PD Claims on         .20
               July 30, 2007, to August 1, 2007

06/27/07 TC    Reviewed Motion to Shorten Time Debtors' Motion         .40
               For Leave From Scheduling Order And To Shorten
               Notice Period Of Motions To Compel Asbestos
               Trusts Filed by W.R. Grace & Co., et al.

06/27/07 TC    Reviewed Motion to Compel The DII Industries,          1.30
               LLC Asbestos PI Trust to Produce Documents and
               Appear for Deposition Filed by W.R. Grace &
               Co., et al.

06/27/07 TC    Reviewed Motion to Compel The Celotex Asbestos          .90
               Settlement Trust To Produce Documents And
               Appear For Deposition Filed by W.R. Grace &
               Co., et al.


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS         TOTALS
                         ----     -----         ------

  T. Currier             500.00   39.30       19650.00
                 TOTALS           39.30       19650.00


                    TOTAL FEES :                      19,650.00


                    TOTAL DUE   :                      19,650.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 16, 2007
                                             MATTER :  0066609-000016
                                             INVOICE : 10026146

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07   6548

    RE:  PLAN AND DISCLOSURE STATEMENT


DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                      HOURS
----  ----    -------------------------------                      -----

06/20/07 TC   Reviewed Motion to Extend Time [Tenth Pursuant         .80
              to 11 U.S.C. Section 1121(d) Extending Debtors'
              Exclusive Periods In Which to File a Chapter 11
              Plan and to Solicit Votes Thereon Filed by W.R.
              Grace & Co., et al..


                 T I M E   S U M M A R Y
                 -----------------------

                        RATE      HOURS           TOTALS
                        ----      -----           ------

T. Currier            500.00       .80            400.00
              TOTALS               .80            400.00


              TOTAL FEES :                          400.00


              TOTAL DUE  :                          400.00


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 16, 2007
MATTER :   0066609-001000
INVOICE :  10026147

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/07    6548

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 05/23/07 Messenger/Delivery Service - Parcels 45043 | 7.50 |
| 06/01/07 Photocopies M. Flores | 4.20 |
| 06/04/07 Photocopies M. Flores | 2.10 |
| 06/13/07 Photocopies M. Flores | 12.75 |
| 06/13/07 Messenger/Delivery Service - Parcels 45557 | 7.50 |
| 06/21/07 Messenger/Delivery Service - Parcels 45705 | 5.00 |
| 06/21/07 Photocopies M. Flores | 0.60 |
| 06/22/07 Photocopies M. Flores | 0.60 |
| 06/28/07 Photocopies M. Flores | 4.65 |
| 06/29/07 Photocopies M. Flores | 6.30 |
| 06/29/07 Photocopies M. Flores | 11.40 |

```
                     TOTAL EXPENSE ADVANCES :        62.60

                     TOTAL DUE   :                   62.60
```