alp_132rc: Client Analysis Sheet

PAGE 1

Run Date & Time: 07/11/07 10:59:23

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Worked 12/31/99 thru 07/11/07

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Prog | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | | | | | | | | |
| 00002 | CREDITOR COMMITTEE | 0.00 | 0.00 | 41.06 | 41.06 | BENTLEY PHILIP - 02495 | M | | B |
| 00008 | FEE APPLICATIONS, APPLIC | 0.00 | 0.00 | 17.55 | 17.55 | BENTLEY PHILIP - 02495 | M | | B |
| 00032 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 20.08 | 20.08 | BENTLEY PHILIP - 02495 | M | | B |
| | | 0.00 | 0.00 | 6,358.75 | 6,358.75 | BENTLEY PHILIP - 02495 | M | | B |
| | Client Total | 0.00 | 0.00 | 6,437.44 | 6,437.44 | | | | |

Client 056772 W.R. GRACE & CO. EQUITY COMMITTEE

alp_132o: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 07/11/2007 10:59:22

Client No: 056772

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D   C O S T S   S U M M A R Y ----- Total Unbilled -----
Code Description

|  |  | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|

U N B I L L E D   C O S T S   S U M M A R Y ----- Total Unbilled -----
Code Description

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 06/08/07 | 06/22/07 | 381.45 |
| 0840 | MANUSCRIPT SERVICE | 06/12/07 | 06/12/07 | 0.00 |
| 0885 | LONG-DISTANCE TEL. | 06/08/07 | 06/08/07 | 4.16 |
| 0911 | WESTLAW ON-LINE RESEARCH | 05/17/07 | 06/14/07 | 70.01 |
| 0921 | SRVCS/NEXIS ON-LINE RESEARCH | 05/24/07 | 06/19/07 | 4.37 |
| 0930 | MESSENGER/COURIER | 05/30/07 | 06/12/07 | 48.61 |
| 0940 | CAB FARES | 05/14/07 | 05/29/07 | 481.80 |
| 0942 | MEALS/IN-HOUSE | 05/08/07 | 05/08/07 | 14.35 |
| 0950 | OUT-OF-TOWN TRAVEL | 06/08/07 | 06/29/07 | 2,994.25 |
| 0951 | MEALS/T & E | 05/08/07 | 06/07/07 | 49.80 |
| 0985 | COURT REPORTING/VIDEO DEPOSITIO | 06/23/07 | 06/23/07 | 1,457.31 |
| 0940 | TRANSCRIPT FEES | 06/12/07 | 06/29/07 | 931.33 |
|  | Total |  |  | 6,437.44 |
|  | Grand Total |  |  | 6,437.44 |

alp_132c: Client Summary

PAGE 1

Run Date & Time: 07/11/2007 10:59.21
Client No: 056172
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

|  | FEES |  | COSTS |  |
|---|---|---|---|---|
| UNBILLED TIME FROM: | 05/12/2327 | | 7/5/.918 | |
| UNBILLED DISB FROM: | 05/28/2007 | TO: | 06/29/2007 | |
| | | TO: | | 6,437.44 |

GROSS BILLABLE AMOUNT:          0.00

AMOUNT WRITTEN DOWN:

PREMIUM:

ON ACCOUNT BILLED:

DEDUCTED FROM PAID RETAINER:

AMOUNT BILLED:

THRU DATE:               7/5/.918

CLOSE MATTER/FINAL BILLING?     YES   OR   NO         06/29/2007

EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

UNAPPLIED CASH

ACCOUNTS RECEIVABLE TOTALS

| | | | BILLING HISTORY | |
|---|---|---|---|---|
| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | | 0.00 |
| DISBURSEMENTS: | 6,437.44 | PAID FEE RETAINER: | | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | | 0.00 |
| DISB RETAINER: | | TOTAL AVAILABLE FUNDS: | | 0.00 |
| TOTAL OUTSTANDING: | 6,437.44 | TRUST BALANCE: | | |

BILLING HISTORY

| | DATE OF LAST BILL: | 06/29/07 | LAST PAYMENT DATE: | 06/05/07 |
| | LAST BILL NUMBER: | 469532 | ACTUAL FEES BILLED TO DATE: | 3,424,120.50 |
| | | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | | TOTAL FEES BILLED TO DATE: | 3,424,120.50 |
| | LAST BILL THRU DATE: | 05/31/07 | FEES WRITTEN OFF TO DATE: | 172,522.26 |
| | | | COSTS WRITTEN OFF TO DATE: | 25,048.78 |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee          (4) Excessive Legal Time          (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development          (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding          (10) Client Arrangement

DATE OF BILL:                Processed by:                    FRC:                CRC:

BILL NUMBER:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 07/11/2007 10:59:20
Matter No: 056772.00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASH ADMINISTRATION
Matter Opened : 07/27/2001

Proforma Number: 2270295
Bill Frequency: M
Status : ACTIVE

Orig Prtnr : CRED. RGTS - 06674
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                            TO:
UNBILLED DISB FROM:        06/08/2007          TO:        06/22/2007

GROSS BILLABLE AMOUNT:        0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                 06/22/2007
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495        WRITE OFF OF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

FEES:                        0.00
DISBURSEMENTS:              41.06        UNIDENTIFIED RECEIPTS:        0.00
FEE RETAINER:               0.00        PAID FEE RETAINER:            0.00
DISB RETAINER:              0.00        PAID DISB RETAINER:           0.00
TOTAL OUTSTANDING:         41.06        TOTAL AVAILABLE FUNDS:        0.00
                                        TRUST BALANCE:
                                        BILLING HISTORY

DATE OF LAST BILL:         06/28/07        LAST PAYMENT DATE:        06/05/07
LAST BILL NUMBER:                         ACTUAL FEES BILLED TO DATE:    269,260.50
                                          ON ACCOUNT FEES BILLED TO DATE:    0.00
                                          TOTAL FEES BILLED TO DATE:    269,260.50
LAST BILL THRU DATE:       05/31/07        FEES WRITTEN OFF TO DATE:    81,055.50
                                          COSTS WRITTEN OFF TO DATE:    19,421.26

FOR ACCTG USE ONLY:    WRITE DOWN/UP REASON CODES:

(1) Exceeded Fixed Fee            (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted      (5) Business Development        (8) Premium
(3) Pre-arranged Discount         (6) Summer Associate            (9) Rounding

BILL NUMBER:        DATE OF BILL:        Processed by:        FRC:        CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

Run Date & Time: 07/11/2007 10:59:20

Matter No.: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975/...
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2378...
Bill Frequency: M

Status : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y   ------------ Total Unbilled ------------

| Code | Description | Oldest Entry Date | Latest Entry Date | Total Amount |
|------|-------------|-------------------|-------------------|--------------|
| 0820 | PHOTOCOPYING | 06/20/07 | 06/22/07 | 36.90 |
| 0885 | LONG-DISTANCE TEL. | 06/08/07 | 06/08/07 | 4.16 |
|      | Total | | | 41.06 |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| PHOTOCOPYING                0820 | | | | | | |
| PHOTOCOPYING | RODRIGUEZ, V B | 06/20/07 | 17.65 | 13402347 | 400832 | 06/25/07 |
| PHOTOCOPYING | RODRIGUEZ, V B | 06/20/07 | 3.75 | 7934258 | 400832 | 06/25/07 |
| RODRIGUEZ VIVIAN E | | | | | | |
| PHOTOCOPYING | TRIVENTO, N | 06/22/07 | 15.50 | 13402559 | 400832 | 06/25/07 |
| TRIVENTO   NICK | | | | | | |
| | | 0820 PHOTOCOPYING Total : | 36.90 | | | |
| LONG-DISTANCE TEL.          0885 | | | | | | |
| PREMIERE CONFERENCING | CATON, A | 06/08/07 | 4.16 | 7934815 | 400224 | 06/08/07 |
| LONG DIST. TELE. - VENDOR- PREMIERE CONFERENCING | | | | | | |
| | | 0885 LONG-DISTANCE TEL. Total : | 4.16 | | | |
| | | Costs Total : | 41.06 | | | |

aip_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Run Date & Time: 07/11/2001 10:59:20

Matter No: 056772-00004                           Orig Prtnr : CRED RGTS - 06975            Proforma Number: 2078295
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description          Amount          Bill          W/o / W/u       Transfer  To    Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING         36.90

0885 LONG DISTANCE TEL.    4.16

         Costs Total    41.06

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 07/11/2007 10:59:20

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status  : ACTIVE

Special Billing Instructions:

                        PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:                      TO:
        UNBILLED DISB. FROM:  06/08/2007         TO:  06/20/2007

                               FEES            COSTS
                               ------           ------
GROSS BILLABLE AMOUNT:          0.00             17.55
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                       06/20/2007
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
        BENTLEY PHILIP - 02495                   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                       ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                       --------------------------                         --------------
        FEES:                      0.00           UNIDENTIFIED RECEIPTS:       0.00
        DISBURSEMENTS:            17.55           PAID FEE RETAINER:           0.00
        FEE RETAINER:             0.00           PAID DISB RETAINER:          0.00
        DISB RETAINER:            0.00           TOTAL AVAILABLE FUNDS:       0.00
        TOTAL OUTSTANDING:       17.55
                                                 TRUST BALANCE:

                                     BILLING HISTORY
                                     ---------------
        DATE OF LAST BILL:     06/28/07        LAST PAYMENT DATE:        06/05/07
        LAST BILL NUMBER:      46551   ACTUAL FEES BILLED TO DATE:       301,180.50
                                               ON ACCOUNT FEES BILLED TO DATE:    0.00
                                               ACTUAL FEES BILLED TO DATE:  301,180.50
        LAST BILL THRU DATE:   05/31/07        FEES WRITTEN OFF TO DATE:   22,515.50
                                               COSTS WRITTEN OFF TO DATE:   1,727.48

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee              (4) Excessive Legal Time          (7) Fixed Fee
        (2) Late Time & Costs Posted        (5) Business Development          (8) Premium
        (3) Pre-arranged Discount           (6) Summer Associate             (9) Rounding    (10) Client Arrangement

        DATE OF BILL:                   Processed by:                    FRC:            CRC:

        BILL NUMBER:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   5

Run Date & Time: 07/11/2007 10:59:20

Matter No: 056772-00000                        Orig Prtnr : CRED. RGTS - 06975        Proforma Number: 2378295
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE/EMPLOYMENT APPLICATIONS       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status     : ACTIVE

**U N B I L L E D   C O S T S   S U M M A R Y** ----------- Total Unbilled ----------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 06/08/07 | 06/20/07 | 15.30 |
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 06/13/07 | 06/19/07 | 2.25 |
|      | Total |  |  | 17.55 |

**U N B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| PHOTOCOPYING    0820 |  |  |  |  |  |  |
| PHOTOCOPYING | RODRIGUEZ, V.B | 06/08/07 | 4.35 | 7937810 | 400410 | 06/14/07 |
| PHOTOCOPYING | RODRIGUEZ, V.B | 06/20/07 | 10.95 | 7948260 | 400833 | 06/25/07 |
| VIVIAN B RODRIGUEZ | 0820 PHOTOCOPYING Total : |  | 15.30 |  |  |  |
| LEXIS/NEXIS ON-LINE   0921 |  |  |  |  |  |  |
| LEXIS/NEXIS ON-LINE | ECKERT, G.M | 06/19/07 | 2.25 | 7941439 | 400342 | 06/22/07 |
|  | 0921 LEXIS/NEXIS ON-LINE Total : |  | 2.25 |  |  |  |
|  | Costs Total : |  | 17.55 |  |  |  |

alp_132z: Matter Detail

PAGE 6

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/11/2007 10:59:20

Matter No.: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2378295
Bill Frequency: M

Status: ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 15.30 | | | | | |
| 0921 | LEXIS/NEXIS ON-LINE RESEA | 7.25 | | | | | |

Costs Total : 17.55

alp_132r: Matter Detail

Run Date & Time: 07/11/2007 10:59:20

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772.00038                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   2378295
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status : ACTIVE

Special Billing Instructions:

                                 PRE-BILLING SUMMARY REPORT

                                                    TO:
       UNBILLED TIME FROM:                          TO:       06/12/2007
       UNBILLED DISB. FROM:    05/30/2007
                                     FEES                        COSTS

GROSS BILLABLE AMOUNT:            0.00                           20.08
  AMOUNT WRITTEN DOWN
  PREMIUM
ON ACCOUNT BILLED:

DEDUCTED FROM PAID RETAINER:
  AMOUNT BILLED
  THRU DATE                                                     06/12/2007
CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                 ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
FEES:                                        0.00      UNIDENTIFIED RECEIPTS:         0.00
DISBURSEMENTS:                              20.08        PAID FEE RETAINER:           0.00
  FEE RETAINER:                              0.00        PAID DISB RETAINER:          0.00
  DISB RETAINER:                             0.00      TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:                          20.08      TRUST BALANCE:
                                 BILLING HISTORY
DATE OF LAST BILL:          06/28/07    LAST PAYMENT DATE:        06/05/07
LAST BILL NUMBER:           466511    ACTUAL FEES BILLED TO DATE:  130,966.50
                                      ON ACCOUNT FEES BILLED TO DATE:    0.00
LAST BILL THRU DATE:        05/31/07  TOTAL FEES BILLED TO DATE:  130,966.50
                                      FEES WRITTEN OFF TO DATE:    9,378.50
                                      COSTS WRITTEN OFF TO DATE:     431.74

                               Write Down/Up Reason Codes:
FOR ACCTG USE ONLY:
   (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
   (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
   (3) Pre-arranged Discount     (6) Summary Writedown          (9) Rounding    (10) Client Arrangement
                    DATE OF BILL:        Processed by:                         FRC:                        CRC:
BILL NUMBER:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Run Date & Time: 07/11/2007 10:59:20

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS. - 06975          Proforma Number: 2376295
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : W.R. APPLICATIONS, APPLICANT                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y   ----------- Total Unbilled -----------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0930 | MESSENGER/COURIER | 05/30/07 | 06/12/07 | 20.08 |
| | Total | | | 20.08 |

U N B I L L E D   C O S T S   D E T A I L
Description/Code

| | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|----------|------|--------|--------|----------|------------|
| MESSENGER/COURIER   0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | BENTLEY, P | 05/30/07 | 8.69 | 0953909 | 4043958 | 06/27/07 |
| Kiett Smoley Bieber & Shoefling | | | | | | |
| FEDERAL EXPRESS CORPORAT | RODRIGUEZ, V B | 06/12/07 | 11.39 | 7950373 | 4000862 | 06/25/07 |
| Kiett Rooney Lieber & Schorlin | | | | | | |
| | 0930 MESSENGER/COURIER Total : | | 20.08 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    9

Run Date & Time: 07/11/2007 10:59:20

Matter No: 056772-00006                          Orig Prtnr : CRED. RGTS - 06975        Prtnr/Atrny Number: 23798245
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976  Status     : ACTIVE
Matter Opened : 07/27/2001

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description                   Amount         Bill            W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
                                   -------         ----                                                      ------------

0930 MESSENGER/COURIER             20.08

                                   -------
          Costs Total :            20.08

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   10

Run Date & Time: 07/11/2007 10:59:20

Matter No: 056772-00000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : MARK ANALYSIS, OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Performance Number: 23982996
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Bill Frequency: M

Status    ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:
UNBILLED DISB FROM:        05/08/2007

TO:
TO:        06/29/2007

                                    FEES            COSTS

GROSS BILLABLE AMOUNT:              0.00            6,358.75
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                          06/29/2007
CLOSE MATTER/FINAL BILLING?     YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                                                            UNAPPLIED CASH
ACCOUNTS RECEIVABLE TOTALS
FEES:                       0.00
DISBURSEMENTS:              6,358.75        UNIDENTIFIED RECEIPTS:       0.00
FEE RETAINER:              0.00            PAID FEE RETAINER:           0.00
DISB RETAINER:             0.00            PAID DISB RETAINER:          0.00
TOTAL OUTSTANDING:         6,358.75        TOTAL AVAILABLE FUNDS:       0.00
                                           TRUST BALANCE:
                                           BILLING HISTORY
DATE OF LAST BILL:         06/28/07        LAST PAYMENT DATE:           06/05/07
LAST BILL NUMBER:          466511          ACTUAL FEES BILLED TO DATE:  947,795.50
                                           ON ACCOUNT FEES BILLED TO DATE:    0.00
                                           TOTAL FEES BILLED TO DATE:   947,795.50
LAST BILL THRU DATE:       05/31/07        FEES WRITTEN OFF TO DATE:    4,417.50
                                           COSTS WRITTEN OFF TO DATE:   2,414.16

FOR ACCTG USE ONLY:        Write Down/Up Reason Code:
  (1) Exceeded Fixed Fee              (4) Excessive Legal Time      (7) Fixed Fee
  (2) Late Time & Costs Posted        (5) Business Development      (8) Premium
  (3) Pre-arranged Discount           (6) Summer Associate          (9) Rounding         (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____        FRC:_____        CRC:_____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Run Date & Time: 07/11/2007 10:59:20

| | | |
|---|---|---|
| Matter No.: 056772-00012 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 2378235 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

U N B I L L E D   C O S T S   S U M M A R Y   -----   Total Unbilled   -----

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 06/04/07 | 06/12/07 | 329.25 |
| 0840 | MANUSCRIPT SERVICE | 05/12/07 | 06/12/07 | 0.00 |
| 0917 | WESTLAW ON-LINE RESEARCH | 06/13/07 | 06/13/07 | 70.00 |
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 06/14/07 | 06/14/07 | 32.12 |
| 0930 | MESSENGER/COURIER | 06/06/07 | 06/06/07 | 28.53 |
| 0940 | CAB FARES | 05/14/07 | 06/29/07 | 481.80 |
| 0942 | MEALS/IN-HOUSE | 05/08/07 | 06/06/07 | 14.35 |
| 0950 | OUT-OF-TOWN-TRAVEL | 06/08/07 | 06/29/07 | 2,794.25 |
| 0951 | MEALS/T & E | 05/08/07 | 06/07/07 | 49.80 |
| 0965 | COURT REPORTER/VIDEO DEPOSITIO | 06/29/07 | 06/29/07 | 1,457.31 |
| 0980 | TRANSCRIPT FEES | 06/22/07 | 06/29/07 | 1,101.33 |
| | Total | | | 6,358.75 |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING | | BENTLEY, P | 06/04/07 | 6.00 | 7930376 | 400201 | 06/08/07 |
| BENTLEY, PHILIP | | | | | | | |
| PHOTOCOPYING | | JONOAITIS, R | 06/06/07 | 20.45 | 7930377 | 400201 | 06/08/07 |
| NOROWITZ, ANDREW A. | | | | | | | |
| PHOTOCOPYING | | BENTLEY, P | 06/07/07 | 4.80 | 7935502 | 400308 | 06/12/07 |
| BENTLEY, PHILIP | | | | | | | |
| PHOTOCOPYING | | FARBER, P P | 06/12/07 | 14.25 | 7937331 | 400410 | 06/14/07 |
| FARBER, PEGGY | | | | | | | |
| PHOTOCOPYING | | FARBER, P P | 06/12/07 | 0.75 | 7937132 | 400410 | 06/14/07 |
| FARBER, PEGGY | | | | | | | |
| | | 0820 PHOTOCOPYING Total : | | 324.25 | | | |
| MANUSCRIPT SERVICE | 0840 | | | | | | |
| MANUSCRIPT SERVICE | | WIGGINS, C | 06/12/07 | 0.00 | 7938849 | 400464 | 06/15/07 |
| 06/12/2007 | | | | | | | |
| | | 0840 MANUSCRIPT SERVICE Total : | | 0.00 | | | |
| WESTLAW ON-LINE RESE | 0917 | | | | | | |
| WESTLAW ON-LINE RESE | | FARBER, P P | 06/14/07 | 70.00 | 7952008 | 401150 | 07/02/07 |
| | | 0917 WESTLAW ON-LINE RESE TOTAL : | | 70.00 | | | |
| LEXIS/NEXIS ON-LINE | 0921 | | | | | | |
| LEXIS/NEXIS ON-LINE | | FARBER, P P | 06/14/07 | 32.12 | 7951199 | 401152 | 07/02/07 |
| | | 0921 LEXIS/NEXIS ON-LINE TOTAL : | | 32.12 | | | |

alp_i32r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   12

Run Date & Time: 07/11/2007 10:59:20

Matter No.: 056772-00027                                      Proforma Number: 2379295
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Bill Frequency: M
Matter Opened : 07/27/2001                                    Supv Prtnr : MAYER THOMAS MOERS - 03976

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| MESSENGER/COURIER | | | | | | | |
| FEDERAL EXPRESS CORPORAT   0930 | | | | | | | |
| Lexecon | | HOROWITZ, G. A. | 06/06/07 | 20.53 | 7950372 | 400862 | 06/25/07 |
| | | | 0930 MESSENGER/COURIER Total : | 20.53 | | | |
| CAB FARES   0940 | | | | | | | |
| GREGORY A. HOROWITZ | | HOROWITZ, G A | 05/24/07 | 152.50 | 7935940 | 400362 | 06/13/07 |
| CAB FARES - | | HOROWITZ, G A | 06/06/07 | 113.99 | 7954620 | 401390 | 06/29/07 |
| CAB FARES - ODYSSEY | | | | | | | |
| GREGORY A. HOROWITZ | | HOROWITZ, G A | 06/06/07 | 100.00 | 7945915 | 400674 | 06/20/07 |
| PEGGY FARBER | | FARBER, P F | 06/07/07 | 43.50 | 7952514 | 400930 | 06/22/07 |
| ATX ENTERPRISES, INC. | | FARBER, P F | 06/25/07 | 71.01 | 7956984 | 401339 | 06/29/07 |
| CAB FARES - VENDOR- ATX ENTERPRISES, INC. | | | | | | | |
| 06/06/07 | | | 0940 CAB FARES Total : | 413.00 | | | |
| MEALS/IN-HOUSE   0942 | | | | | | | |
| JULIET RANDIN, CASHIER | | HOROWITZ, G A | 06/06/07 | 14.35 | 7940335 | 400486 | 06/15/07 |
| MEALS/IN-HOUSE   VENDOR   JULIET RANDIN, CASHIER | | | 0942 MEALS/IN-HOUSE Total : | 14.35 | | | |
| OUT-OF-TOWN TRAVEL   0950 | | | | | | | |
| GREGORY A. HOROWITZ | | HOROWITZ, G A | 06/06/07 | 1,639.05 | 7945914 | 400674 | 06/20/07 |
| From: New York, To: Chicago, Date(s): 6/6/07 Tic | | | | | | | |
| ket and Travel Agent Service Charge | | | | | | | |
| PEGGY FARBER | | FARBER, P F | 06/06/07 | 234.40 | 7946158 | 400710 | 06/21/07 |
| From: LaGuardia, To: Chicago, Date(s): 6/6/07 | | | | | | | |
| PEGGY FARBER | | FARBER, P F | 06/06/07 | 322.85 | 7946160 | 400730 | 06/21/07 |
| Name: Intercontinental Chicago; City: Chicago, I | | | | | | | |
| L; Date(s): 06/06/07 | | | | | | | |
| PEGGY FARBER | | FARBER, P F | 06/07/07 | 158.40 | 7946159 | 400710 | 06/21/07 |
| From: Chicago, IL; To: Minneapolis; Date(s): 06/ | | | | | | | |
| 07/07 | | | | | | | |
| DINERS CLUB CITICORP DIN | | BENTLEY, P | 06/29/07 | 431.05 | 7952289 | 401199 | 06/29/07 |
| CUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB | | | | | | | |
| CITICORP DINERS CLUB DEPART 06/25/07 | | | | | | | |
| PIT TO LGA | | | | | | | |
| | | | 0950 OUT-OF-TOWN TRAVEL Total : | 2,794.95 | | | |
| MEALS/N.E.P   0951 | | | | | | | |
| JESSICA J GLASS | | GLASS, J J | 05/08/07 | 19.80 | 7936706 | 400364 | 06/13/07 |
| Establishment: Lenny's; Guest: Jessica Glass, P | | | | | | | |
| eggy Farber; Affiliation: business; business/pla | | | | | | | |
| ce of deposition | | | | | | | |

alp_132r: Matter Detail

Run Date & Time: 07/11/2007 10:59:21

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   13

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2338295
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FEE APPLICATIONS, OBJECTION & RESOLUTION (ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PEGGY FARBER | | | | | | |
| Establishment lunch @?est Restaurant in Interaco | FARBER, P F | 06/07/07 | 30.00 | 7946162 | 400730 | 06/21/07 |
| ntinental Chicago/guests: Peggy Farber Affili |||||||
| (LCD) Kramer Levin Business/Discussed NYR |||||||
| 0951 MEALS/T & E Total : | | | 49.80 | | | |
| COURT REPORTER/VIDEO 0955 | | | | | | |
| JANE ROSS REPORTING INC. | FARBER, P F | 06/29/07 | 1,459.31 | 7960583 | 401305 | 07/02/09 |
| COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- |||||||
| JANE ROSS REPORTING INC. |||||||
| 0965 COURT REPORTER/VIDEO Total : | | | 1,459.31 | | | |
| TRANSCRIPT FEES 0980 | | | | | | |
| BROWN & GALLO LLC | BECKER, G M | 06/21/07 | 1,025.33 | 7947163 | 400793 | 06/22/07 |
| TRANSCRIPT FEES - VENDOR- BROWN & GALLO LLC |||||||
| CITIBANK | BECKER, G M | 06/29/07 | 25.00 | 7960826 | 401319 | 07/02/07 |
| TRANSCRIPT FEES - VENDOR- CITIBANK |||||||
| 04/24/07-Court Call |||||||
| CITIBANK | BECKER, G M | 06/29/07 | 11.00 | 7960627 | 401313 | 07/02/07 |
| TRANSCRIPT FEES - VENDOR- CITIBANK |||||||
| 04/30/07-Court Call |||||||
| CITIBANK | BECKER, G M | 06/29/07 | 38.00 | 7960628 | 401313 | 07/02/07 |
| TRANSCRIPT FEES - VENDOR- CITIBANK |||||||
| 05/05/07-Court Call |||||||
| 0980 TRANSCRIPT FEES Total : | | | 1,101.33 | | | |
| Costs Total : | | | 6,358.75 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 07/11/2007 10:59:21

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2378295
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976   Status: ACTIVE
Matter Opened : 07/27/2001

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description                    Amount    Bill    W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING                   329.25

0840 MANUSCRIPT SERVICE               0.00

0917 WESTLAW ON-LINE RESEARCH        70.01

0921 LEXIS/NEXIS ON-LINE RESEA       32.12

0930 MESSENGER/COURIER               28.53

0940 CAB FARES                      481.80

0942 MEALS/IN-HOUSE                  14.35

0950 OUT-OF-TOWN TRAVEL           2,394.25

0951 MEALS/T & E                     49.00

0953 COURT REPORTER/VIDEO DEPO    1,857.33

0980 TRANSCRIPT FEES              1,101.33

         Costs Total :           6,358.75