IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | In Proceedings for a Reorganization under Chapter 11 |
| ) | |
| W.R. Grace & Co., *et al.,* ) | Case No. 01-01139-JKF |
| ) | |
| Debtors. ) | Re; DI 16413 |
| ) | |
| ) | |

**NOTICE OF SERVICE OF BRIEF OF THE MMWR FIRMS IN OPPOSITION TO GRACE'S "BRIEF IN FURTHER SUPPORT OF OPPOSITION TO MOTIONS FOR PROTECTIVE ORDER TO PRECLUDE LAW FIRM DEPOSITIONS"**

I HEREBY CERTIFY that on July 30, 2007, one copy of the **BRIEF OF THE MMWR FIRMS IN OPPOSITION TO GRACE'S "BRIEF IN FURTHER SUPPORT OF OPPOSITION TO MOTIONS FOR PROTECTIVE ORDER TO PRECLUDE LAW FIRM DEPOSITIONS" [DI 16413]** was served on the following party by First Class U.S. Postal Service, postage pre-paid to:

SEE SERVICE LIST ATTACHED

Dated: July 30, 2007

                MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By:     /s/ Noel C. Burnham
        Noel C. Burnham, Esquire (3483)
        1105 North Market Street, 15th Floor
        Wilmington, DE 19801
        (302) 504-7800
        (302 504-7820 facsimile

2206927v1