IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 1, 2007, AT 8:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT, IN PITTSBURGH, PENNSYLVANIA**

**ALL PARTIES THAT WISH TO BE HEARD ON THIS MATTER SHALL PARTICIPATE IN PERSON AT THE HEARING. NO TELEPHONIC APPEARANCES WILL BE ALLOWED. ONLY PARTIES LISTED IN THE *MODIFIED ORDER ESTABLISHING THE NON-WAIVER OF PRIVILEGES CONTAINED IN ANSWERS TO THE DEBTORS' INTERROGATORIES AND THE SEALING AND CONFIDENTIALITY OF SUCH ANSWERS [DOCKET NO. 16259]* MAY PARTICIPATE IN THIS HEARING**

## MATTERS RELATING TO ASBESTOS PI CLAIMS

1. Debtors' Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. Motion of Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Legal Representative for Future, Asbestos Personal Injury Claimants, for Protective Order [Filed: 6/4/07] (Docket No. 15955)

b. Motion for Protective Order Filed by Motley Rice LLC [Filed: 6/4/07] (Docket No. 15950)

c. Memorandum in Support of Motion for Protective Order Filed by Cooney and Conway [Filed: 6/4/07] (Docket No. 15959)

d. Motion of Certain Law Firms to Quash Deposition Notices and for a Protective Order [Filed: 6/5/07] (Docket No. 15966)

e. Motion of Early, Ludwick and Sweeney, LLC, Kazan McClain, Abrams, Lyons, Farrise & Greenwood, a Professional Law Corporation, Waters & Kraus, LLP, Paul, Hanley & Harley, LLP and the Wartnick Law Firm for a Protective Order with Respect to Notices of Deposition Served on them by W. R. Grace [Filed: 6/7/07] (Docket No. 15987)

f. **Debtor's Combined Response to Motions for Protective Orders Precluding Notices of Depositions of 21 Law Firms of Debtors [Filed: 6/15/07] (Docket No. 16059)** [2]

g. Certification of Debtors' Counsel Regarding Protective Order on Debtors' Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms and Request for Telephonic Hearing [Filed: 7/10/07] (Docket No. 16256)

   (i) Order (MODIFIED) Establishing the Non-Waiver of Privileges Contained in Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers [Filed: 7/10/07] (Docket No. 16259)

h. Debtors' Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions [Filed: 7/19/07] (Docket No. 16323)

   (i) [Signed] Order Granting Debtors' Motion for an Order Authorizing Debtors to, and Directing that the Clerk of the Court, File Under Seal Debtors' Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions [Filed: 7/19/07] (Docket No. 16322)

i. **Notice of Hearing Regarding Debtors' Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms [Filed: 7/27/07] (Docket No. 16414)**

PI Claimants Deadline to File Briefs: July 27, 2007, at 4:00 p.m.

---

[2] All pleadings listed in bold type are new pleadings and are included with the supplemental package sent to chambers on July 30, 2007. All other pleadings listed in this Agenda were previously submitted to the Court as Agenda Item No. 19 in the July 23, 2007 hearing binders.

**Briefs Received:**

a. Motion to File Under Seal Motley Rice LLC's Reply to Debtors' Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions [Filed: 7/27/07] (Docket No. 16409)

b. Opposition of The Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Legal Representative for Future Asbestos Personal Injury Claimants, to Grace's Renewed Request for Attorney Depositions [Filed: 7/27/07] (Docket No. 16410)

c. Motion to File Under Seal the Response of Baron & Budd, P.C., Foster & Sear, LLP, LeBlanc & Waddell, LLP, Provost Umphrey, LLP, Reaud Morgan & Quinn, LLP, Silber Pearlman, LLP, Weitz & Luxenberg, PC, and Williams Kherkher, LLP (f/k/a Williams Bailey, LLP, to Grace's Request for Depositions and to Serve Additional Interrogatories [Filed: 7/27/07] (Docket No. 16411)

   (i) Certification of Counsel Regarding Order Granting Motion of Baron & Budd and Certain Other Law Firms for an Order Authorizing Baron & Budd, PC, and Other Certain Law Firms To, and Directing That the Clerk of The Court, File Under Seal Their Response to Grace's Request for Depositions and To Serve Additional Interrogatories [Filed: 7/27/07] (Docket No. 16412)

d. Brief of the MMWR Firms in Opposition to Grace's "Brief in Further Support of Opposition to Motions for Protective Order to Preclude Law Firm Depositions" [Filed: 7/27/07] (Docket No. 16413)

Status: This matter will go forward.

Dated: July 30, 2007

>KIRKLAND & ELLIS LLP
>David M. Bernick, P.C.
>Janet S. Baer
>Lisa G. Esayian
>Samuel Blatnick
>Michael Dierkes
>200 East Randolph Drive
>Chicago, IL 60601
>Telephone: (312) 861-2000
>Facsimile: (312) 861-2200
>
>-and-
>
>PACHULSKI STANG ZIEHL YOUNG JONES
>& WEINTRAUB LLP
>
>*/s/ James E. O'Neill*
>
>Laura Davis Jones (Bar No. 2436)
>James E. O'Neill (Bar No. 4042)
>Timothy P. Cairns (Bar No. 4228)
>919 North Market Street, 17th Floor
>Wilmington, DE 19801
>Telephone: (302) 652-4100
>Facsimile: (302) 652-4400
>
>Co-Counsel for the Debtors and Debtors in Possession