**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**April 2007**

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended April 30, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 30.7 | $ 21,032.88 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 4.6 | $ 2,817.68 |
| Robert F Eydt | Audit Partner | 25+ | Integrated Audit | $904.05 | 2.0 | $ 1,808.10 |
| James W Geary | Audit Partner | 25+ | Integrated Audit | $868.38 | 1.0 | $ 868.38 |
| Benjamin K Stanga | Tax Partner | 13 | Integrated Audit | $535.50 | 2.0 | $ 1,071.00 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 38.0 | $ 22,344.00 |
| Matias Luis Pedevilla | Tax Director | 10 | Integrated Audit | $519.75 | 10.5 | $ 5,457.38 |
| Jerry E Malcolm | Tax Director | 35 | Integrated Audit | $461.25 | 1.0 | $ 461.25 |
| Timothy C Dreyer | Tax Director | 35 | Integrated Audit | $519.75 | 18.0 | $ 9,355.50 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 27.1 | $ 10,670.63 |
| Jason R Natt | Audit Senior Manager | 10 | Integrated Audit | $685.11 | 1.5 | $ 1,027.67 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 66.0 | $ 25,977.60 |
| David Wiseman | Audit Senior Manager | 14 | Integrated Audit | $685.11 | 1.0 | $ 685.11 |
| Sandra A David | Audit Manager | 10+ | Integrated Audit | $297.66 | 21.0 | $ 6,250.86 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $297.66 | 40.0 | $ 11,906.40 |
| Josef Van Wyk | Audit Manager | 9 | Integrated Audit | $285.36 | 4.0 | $ 1,141.44 |

(02411)

| Name | Title | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Francois Barnard | Audit Manager | 10 | Integrated Audit | $285.36 | 4.0 | $ 1,141.44 |
| Theresa M Reiger | Tax Manager | 15 | Integrated Audit | $588.00 | 3.0 | $ 1,764.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 38.0 | $ 10,174.50 |
| Lyndsay B Signori | Audit Senior Associate | 3 | Integrated Audit | $193.11 | 18.5 | $ 3,572.54 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 30.0 | $ 6,531.30 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $217.71 | 99.2 | $ 21,596.83 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 6.5 | $ 1,375.14 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | $189.00 | 37.2 | $ 7,030.80 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $151.29 | 50.5 | $ 7,640.15 |
| Phillip Crosby | Audit Associate | <1 | Integrated Audit | $147.60 | 1.0 | $ 147.60 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $138.99 | 53.5 | $ 7,435.97 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $118.08 | 124.0 | $ 14,641.92 |
| | TOTAL | | | | 733.8 | $ 205,928.04 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 29.7 | | $ 3,622.47 |
|---|---|---|---|

**Summary of PwC's Fees By Project Category:**
**April 2007**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |

{02411}

| | Service Provider | |
|---|---|---|
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 29.7 | $3,622.47 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 733.8 | $205,928.04 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 763.5 | $209,550.51 |

Expense Summary
April 2007

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,220.34 |
| Lodging | N/A | $231.84 |

(02411)

| Sundry | N/A | | $4.05 |
| Business Meals | N/A | | $135.68 |
| TOTAL: | | | $1,591.91 |