# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended April 30, 2007

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 4/3/07 | $ 553.60 | | | | Airfare to Fort Lauderdale for tax meeting |
| | Integrated Audit | 4/3/07 | | $ 231.84 | | | Hotel- Boca Raton- one night |
| | Integrated Audit | 4/3/07 | | | | $ 83.82 | Lunch- A Gibbons, R Miranda (*Grace), G Baccash, B Shub-Gayer, D Spratt and D Parker (PwC) |
| | Integrated Audit | 4/3/07 | $ 34.00 | | | | Parking at airport- 2 days |
| George B. Baccash | Integrated Audit | 4/7/07 | $ 137.74 | | | | mileage- 284 miles |
| Timothy C Dreyer | Integrated audit | 4/12/07 | $ 228.80 | | | | Airfare |
| | Integrated audit | 4/12/07 | | | | $ 51.86 | meals with client |
| | Integrated audit | 4/12/07 | $ 22.31 | | | | mileage |
| | Integrated audit | 4/12/07 | $ 14.00 | | | | parking |
| Marvin de Guzman | Integrated audit | 4/18/07 | $ 35.89 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated audit | 4/24/07 | $ 35.89 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated audit | 4/25/07 | $ 35.89 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated audit | 4/27/07 | $ 35.89 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| Josef van Wyk | Integrated Audit | 4/18/07 | $ 38.80 | | | | SAP Business Warehouse implementation meeting with Barb.Summerson@grace.com, Edward.Slotwinski@grace.com@INTL, Francois C Barnard/US/ABAS/PwC@Americas-US, Greg.Covington@grace.com, Marvin L de Guzman/US/ABAS/PwC@Americas-US, William.Gerlach@grace.com |
| Francois C Barnard | Integrated Audit | 4/18/07 | $ 36.86 | | | | Travelling from Tyson's Corner to WR Grace to discuss the new SAP BCS module implemention. |
| Adam Lueck | Integrated Audit | 4/12/2007 | | | $ 4.05 | | Expenses incurred mailing Grace files |
| | Integrated Audit | 4/12/2007 | $ 10.67 | | | | Expenses incurred travelling from Baltimore to Grace's Columbia location |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 1,591.91 | $ 1,220.34 | $ 231.84 | $ 4.05 | $ 135.68 |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended April 30, 2007

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 4/3/07 | Audit Partner | $553.60 | Airfare to Fort Lauderdale for tax meeting |
| | 4/3/07 | Audit Partner | $231.84 | Hotel-Boca Raton- one night |
| | 4/3/07 | Audit Partner | $83.82 | Lunch- A Gibbons, R Miranda (Grace), G Baccash, B Shub-Gayer, D Spratt and D Parker (PwC) |
| | 4/3/07 | Audit Partner | $34.00 | Parking at airport - 2 days |
| | | | **$903.26** | |
| George B Baccash | 4/7/07 | Tax Partner | $137.74 | Mileage- 284 miles |
| | | | **$137.74** | |
| Timothy C Dreyer | 4/12/07 | Tax Director | $228.80 | airfare |
| | 4/12/07 | Tax Director | $51.86 | meals with client |
| | 4/12/07 | Tax Director | $22.31 | mileage |
| | 4/12/07 | Tax Director | $14.00 | parking |
| | | | **$316.97** | |
| Marvin de Guzman | 4/18/07 | Audit Manager | $35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 4/24/07 | Audit Manager | $35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 4/25/07 | Audit Manager | $35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 4/27/07 | Audit Manager | $35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | | | **$143.56** | |
| Josef Van Wyk | 4/18/2007 | Audit Manager | $38.80 | SAP Business Warehouse implementation meeting with Barb.Summerson@grace.com, Edward.Slotwinski@grace.com@INTL, Francois C Barnard/US/ABAS/PwC@Americas-US, Greg.Covington@grace.com, Marvin L de Guzman/US/ABAS/PwC@Americas-US, William.Gerlach@grace.com |
| | | | **$38.80** | |
| Francois C Barnard | 4/18/2007 | Audit Manager | $36.86 | Travelling from Tyson's Corner to WR Grace to discuss the new SAP BCS module implemention. |
| | | | **$36.86** | |
| Adam Lueck | 4/12/2007 | Audit Associate | $4.05 | Expenses incurred mailing Grace files |
| | 4/12/2007 | Audit Associate | $10.67 | Expenses incurred travelling from Baltimore to Grace's Columbia location |
| | | | **$14.72** | |