### Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:    (302) 575-1714

WR Grace PD Committee                                June 1, 2007 to June 30, 2007

Invoice No. 24217

**RE:**        WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|--------|-------|--------|
| B14 | Case Administration - | 24.60 | 4,926.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.70 | 818.00 |
| B18 | Fee Applications, Others - | 8.40 | 966.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 10.90 | 2,768.00 |
| B25 | Fee Applications, Applicant - | 7.40 | 1,047.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.90 | 234.00 |
| B32 | Litigation and Litigation Consulting - | 11.10 | 2,868.00 |
| B36 | Plan and Disclosure Statement - | 2.20 | 572.00 |
| B37 | Hearings - | 10.60 | 2,756.00 |
| | **Total** | **79.80** | **$16,955.50** |
| | **Grand Total** | **79.80** | **$16,955.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 200.00 | 8.00 | 1,600.00 |
| Rick S. Miller | 250.00 | 0.60 | 150.00 |
| Steven G. Weiler | 175.00 | 3.70 | 647.50 |
| Theodore J. Tacconelli | 260.00 | 48.80 | 12,688.00 |
| Law Clerk | 100.00 | 1.30 | 130.00 |
| Legal Assistant - MH | 100.00 | 17.40 | 1,740.00 |
| **Total** | | **79.80** | **$16,955.50** |

## DISBURSEMENT SUMMARY

| CA | Cost Advance - | | 3,817.52 |
|----|----------------|--|----------|
| | **Total Disbursements** | | **$3,817.52** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jun-01-07 | *Case Administration* - Download & review amended PI Estimation Certificate of No Objection | 0.10 | LLC |
| | *Case Administration* - Download & review agenda; re: 6/8 hearing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re proposed order re amendments to PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review proposed order re debtors' motion concerning amendments to PD claims | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris 24th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock and Washburn Quarterly Fee Application for 24th interim period | 0.10 | TJT |
| | *Case Administration* - Review five miscellaneous notice of withdrawal papers re L. Tersigni Fee Applications | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition of Motley Rice | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' second set of interrogatories to Motley Rice | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of deposition of Foster & Sear | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' second set of interrogatories to Foster & Sear | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of deposition of Kelly and Ferraro | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' second set of interrogatories to Kelly and Ferraro | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re amended CMO for PI estimation and review proposed CMO | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of suspended depositions by debtors re PI firms | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of subpoena of Dr. Holmes and review subpoena | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of subpoena of Dr. Conner and review subpoena | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI supplemental interrogatories and request for production to debtors | 0.10 | TJT |
| | *Hearings* - Review agenda for 6/8/07 hearing | 0.10 | TJT |
| Jun-02-07 | *Case Administration* - Review Richardson Patrick Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review e-mail from M. Miller re U.S. trustee's objection to Forman Perry Fee Application | 0.10 | TJT |
| | *Case Administration* - Review U.S. trustee's objection to Forman Perry Fee Application | 0.20 | TJT |
| | *Case Administration* - Review Scott Law Group Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district and adversary proceedings | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Jun-03-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed order re expunging PD claims with attachments | 0.20 | TJT |
| | *Case Administration* - Review Sochia Perzack Nov. Fee Application | 0.20 | TJT |
| | *Case Administration* - Review Sochia Perzack Dec. Fee Application | 0.20 | TJT |
| | *Case Administration* - Review Sochia Perzack Feb. Fee Application | 0.20 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review objection by PI Committee to Forman Perry's Fee Application | 0.20 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney Apr. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Apr. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Forman Perry Apr. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review newly amended CMO for PI estimation | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's supplemental interrogatories and request for production to debtors | 0.10 | TJT |
| Jun-04-07 | *Case Administration* - Review returned mail & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review Quarterly Fee Application for W. Sullivan for 23rd interim period | 0.10 | TJT |
| | *Case Administration* - Review Quarterly Fee Application of Scott Law Group for 23rd interim period | 0.10 | TJT |
| | *Case Administration* - Review Quarterly Fee Application of Richardson Patrick for 23rd interim period | 0.10 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith April Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Motley Rice motion to shorten notice re motion for a protective order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Motley Rice's motion for protective order and memorandum in support | 0.60 | TJT |
| | *Hearings* - Prepare for 6/8/07 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 6/8/07 hearing preparation | 0.10 | TJT |
| Jun-05-07 | *Case Administration* - Review notice to substitute attorney & forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection; re: 24th quarterly fee application for filing | 0.10 | LLC |
| | *Case Administration* - 5/30/07 hearing follow-up | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re BNSF proposed order | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review additional of MCC to Certificate of Counsel filed by BNSF with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re 6/26 PD trial for City of Philadelphia PD claim and review proposed order | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re PD claim settlements | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Protiviti 23rd interim period | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review Fee Auditor's Final Report re Stroock 23rd interim period | 0.10 | TJT |
| | *Case Administration* - Review K&E April Fee Application | 0.30 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report r LAS 23rd interim period | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 24th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's 24th Quarterly Fee Application | 0.50 | MH |
| Jun-06-07 | *Case Administration* - Confer with T. Tacconelli; re: committee tele-conference & upcoming filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin 24th quarterly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with M. Hedden; re: amendment to quarterly fee application | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review & revise notice of amended quarterly fee application & confer with M. Hedden; re: same | 0.30 | LLC |
| | *Case Administration* - 5/30/07 hearing follow-up | 0.10 | SGW |
| | *Fee Applications, Applicant* - Confer with T. Tacconelli re discrepancy in Ferry, Joseph & Pearce's 24th Quarterly Fee Application re T. Tacconelli's travel time on 3/5/07 (.1); teleconferences with S. Bossay re same (.3); advise T. Tacconelli and M. Hedden re same (.1) | 0.50 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re limited objection to PD settlement confidentiality provisions and settlement motions | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft of limited objection to debtors' motion to maintain confidentiality regarding PD settlements and confer with L. Coggins re same | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review four miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Quarterly Fee Application for 24th interim period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Reed Smith 23rd interim period | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee matters | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of rescheduled deposition of Dr. Holmes | 0.10 | TJT |
| | *Hearings* - Teleconference with committee member re 5/30/07 hearing and related issues | 0.20 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal and S. Weiler re Ferry, Joseph & Pearce's Mar. Fee Application and amended Quarterly Fee Application for subject period | 0.20 | TJT |
| | *Case Administration* - Prepare weekly docket report re pending 3rd Cir., district court, and adversary proceedings | 0.20 | LC |
| | *Case Administration* - determine allocation of monthly fee app payment by debtor, input information on computer, submit supporting documents re same to T. Tacconelli and accounts receivable for review | 0.20 | MH |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's 24th Quarterly Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's 24th Quarterly Fee Application | 0.50 | MH |
|  | *Fee Applications, Applicant* - Confer with T. Tacconelli and L. Coggins re discrepancy re T. Tacconelli's travel fee on March bill and possible resolution; teleconference with S. Weiler re instructions from S. Bossay re same | 0.20 | MH |
|  | *Fee Applications, Applicant* - trade e-mails with S. Weiler re amended notice of 24th Quarterly Fee Application, draft notice of amended notice re 24th Quarterly Fee Application, confer with L. Coggins re same, edit same, and prepare Certificate of Service re same | 0.50 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing and e-file Ferry, Joseph & Pearce's amended notice of 24th Quarterly Fee Application, print 2002 labels, arrange for service of same | 0.40 | MH |
| Jun-07-07 | *Committee, Creditors', Noteholders' or* -Attend PD Committee teleconference & confer with T. Tacconelli ; re: same | 1.50 | LLC |
|  | *Fee Applications, Applicant* - Confer with T. Corrigan & then M. Hedden; re: additional March, 2007 expense | 0.20 | LLC |
|  | *Committee, Creditors', Noteholders' or* - Prepare for and attend Committee teleconference | 0.60 | RSM |
|  | *Case Administration* - 5/30/07 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Columbia Casualty Co.'s joinder in objection of Maryland Casualty Co.'s objection to BNSF's Certificate of Counsel with proposed order | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review modified order re State of Montana's motion for reconsideration | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re negotiations re PD settlement confidentiality issues | 0.20 | TJT |
|  | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Review 2019 statement filed by E. Moody | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review supplemental order re x-ray production | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 5/30/07 hearing re PD issues | 0.10 | TJT |
|  | *Hearings* - Review 5/30/07 hearing transcript re PD issues | 0.40 | TJT |
|  | *Case Administration* - Review e-mail from S. Weiler re 5/30/07 transcript, download to appropriate file | 0.10 | MH |
|  | *Case Administration* - Review e-mail from S. Weiler re 5/30/07 hearing transcript, download same | 0.10 | MH |
| Jun-08-07 | *Litigation and Litigation Consulting* - Confer with T. Tacconelli; re: status of potential filing | 0.20 | LLC |
|  | *Litigation and Litigation Consulting* - Confer with T. Tacconelli; re: follow up on status of potential filing | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | S. Baena re proposed language for order re confidentiality requirements for PD settlement motions | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review CCC's notice of withdrawal of joinder in amended objection by MCC re BNSF Certificate of Counsel | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Royal Ins. Co.'s joinder in amended objection by MCC re BNSF's Certificate of Counsel | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re additional language in order re PD settlement motions | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with L. Coggins re possible resolution of objection to PD settlement confidentiality provisions | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from committee member re proposed language in order approving PD settlements | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J Mar. Fee Application | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 0.30 | TJT |
| | *Case Administration* - Review docket re case status for week ending 5/25, memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| | *Case Administration* - Review docket re case status for week ending 6/1, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Jun-09-07 | *Case Administration* - Review case status memo for week ending 5/25/07 | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re status of 3rd circuit, district and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J 24th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards April Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Attention to exclusivity appeal re new deadlines | 0.20 | TJT |
| Jun-10-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' response to S&R's motion to alter and amend order expunging 71 PD claims with attachments | 0.40 | TJT |
| | *Case Administration* - Review D&T's second Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel by debtors re Forman Perry April-March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Associates' 23rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of substitution of counsel for AON, Inc. and forward to paralegal | 0.10 | TJT |
| Jun-11-07 | *Case Administration* -  Review fee auditor's combined report; re: 23rd interim period & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case management memos; re: weeks ending 5/25 and 6/1 | 0.10 | LLC |
| | *Fee Applications, Others* - Review fee auditor's report; re: Bilzin 23rd interim fee application & forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 6/1/07 | 0.10 | TJT |
| | *Case Administration* - Review Stroock 24th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI/FCR's motion for | 0.40 | TJT |

| | | | |
|---|---|---:|---|
| | protective order to quash 21 deposition notices with attachments | | |
| | *Litigation and Litigation Consulting* - Review Cooney Conway's motion for protective order re deposition notice from debtor | 0.20 | TJT |
| Jun-12-07 | *Case Administration* - Review case management Memo ; re: week ending 6/8/07 | 0.10 | LLC |
| | *Case Administration* - Review scheduling order; re: PD Claims | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection Hilsoft 8th interim fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: HR&A 19th interim fee application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order disallowing certain California PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order disallowing certain Canadian PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review scheduling order re 6/26 hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re order re 6/26 hearing | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re expert report by V. Roggli | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re PI expert reports | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order rescheduling 6/21 PI hearing | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Correspond with J. Sakalo re order re 6/21 PI hearing | 0.10 | TJT |
| | *Case Administration* - review docket re case status for week ending 6/8/07, memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| | *Case Administration* - update 2002 service lists and labels documents | 0.10 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's Jan.-Mar. Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Jan.-Mar. Quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Hilsoft's Jan.-Mar. Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Hilsoft's Jan.-Mar. Quarterly Fee Application | 0.50 | MH |
| Jun-13-07 | *Case Administration* - Review combined fee auditor report; re: 23rd interim period | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order expunging PD claims re California claims and Dagi Hall claim | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re debtors' consultant fees and review same | 0.10 | TJT |
| | *Case Administration* - Review Baron & Budd, et al.'s motion for protective order with attachments | 0.40 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Duane Morris 23rd interim period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Blackstone's | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | 23rd interim period | | |
| | *Case Administration* - Review Fee Auditor's Final Report re K&E 23rd interim period with attachments | 0.20 | TJT |
| | *Case Administration* - Review notice of withdrawal of Fee Auditor's Final Report re Protiviti's 23rd interim period | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement filed by The Wartnick Law Firm | 0.10 | TJT |
| | *Case Administration* - Review Olgivey Renault April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement filed by Baron & Budd | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement filed by LeBlanc and Waddell | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of Fee Auditor's Final Report re no objections for 23rd interim period | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Early Ludwick motion for protective order with attachments | 0.20 | TJT |
| | *Case Administration* - Prepare weekly docket report re pending 3rd Cir., district court, and adversary proceedings | 0.20 | LC |
| Jun-14-07 | *Case Administration* - Review fee auditor amended combined report re 23rd interim period | 0.10 | LLC |
| | *Case Administration* - Review and attempt to email debtors' motion for leave to file expert report of Dr. Elizabeth Anderson to co-counsel for review (.3); teleconference with J. Snyder re same and advise T. Tacconelli re same (.1) | 0.40 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re order expunging PD claims for Folger Building | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re order allowing California Dept. of General Services claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re order allowing claims by California Dept. of General Services | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/8/07 | 0.10 | TJT |
| | *Case Administration* - Review 11th amended 2019 statement by Silber Perlman | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Piper Jaffery 23rd interim period | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| Jun-15-07 | *Fee Applications, Others* - Confer with M. Hedden; re: CDG quarterly fee applications | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final Reports for Scott Law Group and Richardson Patrick 23rd interim period | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re CDG Quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re designation of record on appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with J. Sakalo re designation of record on appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with D. Felder re designation of record on appeal and issues on appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review issues on appeal and | 0.30 | TJT |

| | | | |
|---|---|---|---|
| | designation of record on appeal | | |
| | *Plan and Disclosure Statement* - Teleconference with D. Felder re designation of record and issues on appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re designation of record and issues on appeal | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with T. Tacconelli re CDG overdue Quarterly Fee Application for Jan.-Mar. 07, confer with L. Coggins re same | 0.10 | MH |
| | *Fee Applications, Others* - reminder email to G. Boyer re overdue CDG 24th Quarterly Fee Application | 0.10 | MH |
| Jun-16-07 | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Prepare memo to S. Weiler re status of PD claim appeals | 0.10 | TJT |
| | *Case Administration* - Review Kramer Levine April Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Attention to exclusivity appeal documents | 0.30 | TJT |
| Jun-17-07 | *Case Administration* - Review PWC February Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by Harowitz and Tigerman | 0.10 | TJT |
| Jun-18-07 | *Case Administration* - Review case management Memo ; re: week ending 6/15/07 | 0.10 | LLC |
| | *Case Administration* - Confer with law clerk re preparation of memo re status of recently transmitted property damage appeals to District Court (.3); teleconference with District Court clerk re same (.1); review main case docket with law clerk re same (.1); review District Court docket with law clerk re same (.1); teleconferences with B. McCarthy and C. Younker re 6/8/07 transcript (.2) | 0.80 | SGW |
| | *Case Administration* - 6/8/07 hearing follow-up | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re order expunging five PD claims with proposed order | 0.10 | TJT |
| | *Hearings* - Correspond with committee member re 6/25/07 hearing | 0.10 | TJT |
| | *Case Administration* - Developed new docket report and reviewed entries on consolidated cases | 0.70 | LC |
| | *Case Administration* - Review docket re case status for week ending 6/15/07, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| Jun-19-07 | *Case Administration* - Review agenda; re: 6/25/07 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: HRA April, 2007 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin April, 2007 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Telephone call to J & J Transcribers re expediting 6/8/07 transcript request (.1); advise T. Tacconelli and other interested parties re same (.1); review 6/8 hearing materials and correspond with co-counsel and other interested parties (.2) | 0.40 | SGW |
| | *Litigation and Litigation Consulting* - Review e-mail from K. Pasquale re expert report by L. Chambers | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review two e-mails from D. Felder re FCR expert reports | 0.10 | TJT |
| | *Hearings* - Review agenda for 6/25/07 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 6/25/07 hearing | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re debtors' 10th motion to extend exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice from 3rd Circuit re briefing schedule in exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Weiler re 6/8/07 hearing transcript, download same | 0.10 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's April Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's April Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's April Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's April Fee Application | 0.50 | MH |
| Jun-20-07 | *Case Administration* - Review agenda; re: 6/26/07 hearing | 0.10 | LLC |
| | *Case Administration* - Review order approving 23rd quarterly fee applications & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review stipulation between debtors and State of Louisiana re environmental claims | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/15/07 | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Orrick 23rd interim period | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re debtors' motion to make pension contributions and review proposed order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review 6/18/07 expert report by L. Chambers with attachment | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' Notice of Service re supplemental and rebuttal expert report list and cover letter | 0.10 | TJT |
| | *Hearings* - Review agenda for 6/25/07 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re 6/26/07 hearing | 0.10 | TJT |
| | *Case Administration* - Prepare weekly docket report re pending 3rd Cir., district court, and adversary proceedings | 0.20 | LC |
| | *Case Administration* - Review e-mail from L. Coggins re order re 23rd Quarterly period, download same | 0.10 | MH |
| | *Case Administration* - File organization/scan of voluminous amount of appearance/withdrawal notifications | 0.60 | MH |
| Jun-21-07 | *Case Administration* - Email to & from M. Hedden; re: fee application & Certificate of No Objection status | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -Confer with T. Tacconelli; re: committee tele-conference | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -Attend committee tele-conference & confer with T. Tacconelli; re: same | 0.60 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection; re: April, 2007 fee application for e-filing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee and confer with L. Coggins re same | 0.20 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |

|  |  | | |
|---|---|---|---|
|  | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's April 07 Fee Application | 0.30 | MH |
|  | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's April 07 Fee Application | 0.50 | MH |
| Jun-22-07 | *Case Administration* - Review notice of firm name change & forward same to M. Hedden | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order expunging PD claims for Folger Building | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' motion to alter or amend judgment with attachments | 0.80 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review memo from law clerk re status of the consolidated appeal involving 44 PD claims and review orders entered by district court | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion for leave from Rule 3007 re 23rd omnibus objection to claims | 0.10 | TJT |
|  | *Case Administration* - Review 4th amended 2019 statement by Motley Rice | 0.10 | TJT |
|  | *Case Administration* - Review notice of change of name of W. Bailey Law Firm and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from M. Kramer re PI expert reports | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' motion for leave to file expert report by Dr. Anderson | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Correspond with J. Sakalo re debtors' motion for leave to file Dr. Anderson's expert report | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Certificate of Counsel re order expunging 13 PD claims and review order | 0.20 | TJT |
| Jun-23-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed order re settling PD claim of Building Laborers Local Union | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed order settling Trumball Memorial Hospital PD claim | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement of PD claim by Sempra Energy with attachments | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review PI Committee's motion to alter or modify order re preliminary injunction | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 23rd omnibus objection to claims with attachments | 0.30 | TJT |
|  | *Case Administration* - Review Certificate of Counsel re 23rd Quarterly Fee Application order with attachments | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel re 23rd quarterly project category summary | 0.10 | TJT |
|  | *Case Administration* - Review debtors' motion to sell Washcoat business with attachments | 0.40 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re no objections for 23rd interim period | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Bilzin Sumberg 23rd interim period | 0.10 | TJT |

|  |  | | |
|---|---|---|---|
|  | *Case Administration* - Review Fee Auditor's Final Report re Baker Donaldson 23rd interim period | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' combined reply to PI law firms and PI Committee's motion for protective order | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' 10th motion to extend exclusivity | 0.30 | TJT |
| Jun-24-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order disallowing 5 PD claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement of PD claims submitted by Trumball Memorial Hospital | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement of PD claim by Building Laborers Local Union | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 6/22/07 | 0.10 | TJT |
|  | *Case Administration* - Review Woodcock Washburn April Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Beverage and Diamond April Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review notice of intent to submit expert report of Dr. Hackman by Equity Committee | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Certificate of Counsel re proposed order re PI estimation trial dates | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' brief re outstanding issues re PI estimation with attachments | 0.40 | TJT |
|  | *Hearings* - Review matters on agenda for 6/25/07 hearing | 0.80 | TJT |
| Jun-25-07 | *Case Administration* - Review scheduling order; re: adjudication of PD claims | 0.10 | LLC |
|  | *Case Administration* - Review case management Memo ; re: week ending 6/22/07 | 0.10 | LLC |
|  | *Case Administration* - confer with M. Hedden; re: preparation of upcoming Certificate of No Objections | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed scheduling order for 7/30-8/1 hearings re PD claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed order re debtors' motion to amend PD claims objections with attachments | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review BNSF's joinder in Libby Claimants to alter/amend judgment re preliminary injunction | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review scheduling order re adjudication of PD claims re 7/30-8/1 hearings | 0.20 | TJT |
|  | *Case Administration* - Review amended notice of sale for Washcoat business with attachment | 0.10 | TJT |
|  | *Case Administration* - Review order approving Quarterly Fee Applications for 23rd interim period | 0.10 | TJT |
|  | *Case Administration* - Review order authorizing debtor to make pension contribution | 0.10 | TJT |
|  | *Case Administration* - Review order granting Perkins Coie fees | 0.10 | TJT |
|  | *Case Administration* - Review nine miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review statement by PI/FCR with attachments re CMO for PI estimation | 0.30 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review order rescheduling PI estimation hearing and calendar new dates | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review order granting Motley Rice's motion to shorten re motion for protective order | 0.10 | TJT |
|  | *Hearings* - Review matters on agenda for 6/26/07 hearing | 0.30 | TJT |
|  | *Hearings* - Prepare for and attend Bankruptcy Court | 4.30 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from S. Baena re exclusivity issues | 0.20 | TJT |
|  | *Case Administration* - Review docket re case status for week ending 6/22/07, memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| Jun-26-07 | *Case Administration* - 6/25 hearing follow-up | 0.30 | SGW |
|  | *Case Administration* - Review affidavit of P. Van Versclger | 0.10 | TJT |
|  | *Case Administration* - Review W. Smith and Associates' May Fee Application | 0.10 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 3.10 | TJT |
|  | *Hearings* - 6/25/07 hearing follow-up | 0.10 | TJT |
|  | *Hearings* - Prepare for 7/5/07 hearing | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's May prebill | 0.80 | TJT |
|  | *Case Administration* - Edit Ferry, Joseph & Pearce's May 07 prebill per T. Tacconelli's revisions | 0.30 | MH |
|  | *Case Administration* - update 2002 services lists and labels | 0.10 | MH |
| Jun-27-07 | *Fee Applications, Applicant* - Review Certificate of No Objection; re: notice of amended 24th quarterly fee application for filing | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from J. Sakalo re Certificate of Counsel filed by Debtor and related issues | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel filed by Debtors and Proposed Order | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconferences with J. Sakalo re Certificate of Counsel filed by Debtors | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review cont. order re 8th omnibus objection to claims | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review memo from M. Kramer re PI Estimation | 0.10 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 24th Quarterly Fee Application | 0.30 | MH |
|  | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's 24th Quarterly Fee Application | 0.50 | MH |
| Jun-28-07 | *Claims Analysis Obj. & Res. (Asbestos)* Call from T. Tacconelli; re: PD claim Certificate of counsel | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* Email from T. Tacconelli; re: PD claim Certificate of Counsel | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* Review; revise & finalize PD claim Certificate of Counsel & prepare Certificate of Service of same | 0.40 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* E-file & coordinate service of PD claim Certificate of Counsel | 0.30 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* Email to T. Tacconelli & co-counsel; re: filing of PD claim Certificate of Counsel | 0.10 | LLC |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* Confer with M. Hedden; re: service of PD claims Certificate of Counsel | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -Email from T. Tacconelli; re; status of weekly Committee tele-conference | 0.10 | LLC |
| | *Case Administration* - 6/25/07 hearing follow-up | 0.20 | SGW |
| | *Case Administration* - Confer with M. Hedden re R. Baker's contact information and e-mail same to L. Coggins | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Weiler re filing today | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re Certificate of Counsel re amendment to claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconferences with L. Coggins re Certificate of Counsel by PD Committee | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with S. Weiler re Certificate of Counsel by PD Committee | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and revise Certificate of Counsel and proposed order | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with L. Coggins re Certificate of Counsel  by PD Committee | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 33rd continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 6th Continuation Order re 20th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review correspondence from M. Kramer re sale of Washcoat business | 0.10 | TJT |
| | *Case Administration* - Review memo from CDG re sale of Washcoat business | 0.40 | TJT |
| | *Case Administration* - Review Stroock April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS May Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' Notice of Right to file Expert Rebuttal Reports | 0.10 | TJT |
| | *Case Administration* - Review e-mail S. Weiler re 6/25/07 hearing transcript; download same | 0.10 | MH |
| Jun-29-07 | *Case Administration* - Review notice of withdrawal of appearance & forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA May, 2007 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Hilsoft April-May, 2007 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin May, 2007 fee application for filing & confer with M. Hedden; re: same | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review May, 2007 fee application for filing | 0.10 | LLC |
| | *Case Administration* - 4/30/07 hearing follow-up (.2); 5/8/07 hearing follow-up (.2) | 0.40 | SGW |
| | *Case Administration* - Review correspondence from committee member re procedural question | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by Kelley & Ferraro | 0.10 | TJT |
| | *Case Administration* - Review BIR May Fee Application | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | *Case Administration* - Review Nelson Mullins May Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report of S. Snyder | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report of M. Eveland | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Supplemental Rebuttal Expert Report of L. Welch | 0.70 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report of S. Hayes with attachment | 1.50 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re rescheduled depositions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - start review of Peterson Expert Report | 0.70 | TJT |
| | *Hearings* - Review correspondence from S. Weiler re 6/25 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 6/25 hearing follow-up | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Hilsoft's Apr-May 07 monthly Fee Application, and draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Hilsoft's Apr.-May 07 monthly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's May 07 Fee Application, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's May 07 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's May 07 Fee Application and draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's May 07 Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's May 07 invoice for filing with May 07 Fee Application, prepare notice, summary and Certificate of Service re same | 0.80 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's May 07 Fee Application | 0.50 | MH |
| Jun-30-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review 6/25 hearing transcript re PD issues | 0.40 | TJT |
| | *Case Administration* - Review PWC March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review TPT April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of M. Almy and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Brayton & Purcell | 0.10 | TJT |
| | *Case Administration* - Review Deloitte Jan Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Order re Forman Perry Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Order re Mass Dept. of Revenue claim | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Continue reviewing Peterson Expert Report | 0.90 | TJT |
| | Totals | 79.80 | |

Invoice No. 24217             **Page 16 of 16**             **July 30, 2007**

## DISBURSEMENTS

| | | |
|---|---|---|
| Jun-06-07 | Cost Advance - Blue Marble Logistics - hand deliveries | 156.00 |
| | Cost Advance - Copying cost  90 @ 0.10 | 9.00 |
| | Cost Advance - Postage  8 @ 0.97 | 7.76 |
| | Cost Advance - service supplies  268 @ 0.07 | 18.76 |
| | Cost Advance - service supplies  15 @ 0.45 | 6.75 |
| Jun-07-07 | Cost Advance - Parcels - cc 200.97; supplies 101.79; postage 176.29 | 479.05 |
| Jun-11-07 | Cost Advance - Blue Marble Logistics -cc106.80; env 34.71; Postage 254.43 | 395.94 |
| Jun-12-07 | Cost Advance - Writer's Cramp Inc. | 1,103.53 |
| | Cost Advance - Copying cost  90 @ 0.10 | 9.00 |
| | Cost Advance - Postage  8 @ 0.97 | 7.76 |
| | Cost Advance - service supplies  15 @ 0.45 | 6.75 |
| Jun-14-07 | Cost Advance - Parcel's, Inc. - cc61.60; supp21.84; Postage 65.55 | 148.99 |
| Jun-15-07 | Cost Advance - Tristate Courier & Carriage - hand delivery | 13.00 |
| | Cost Advance - Federal Express | 20.38 |
| Jun-19-07 | Cost Advance - Copying cost  90 @ 0.10 | 9.00 |
| | Cost Advance - Postage  8 @ 0.97 | 7.76 |
| | Cost Advance - service supplies  15 @ 0.45 | 6.75 |
| Jun-21-07 | Cost Advance - Copying cost  45 @ 0.10 | 4.50 |
| | Cost Advance - Postage  8 @ 0.97 | 7.76 |
| | Cost Advance - service supplies  15 @ 0.45 | 6.75 |
| Jun-22-07 | Cost Advance - J&J Court Transcribers | 690.00 |
| Jun-26-07 | Cost Advance - Tristate Courier & Carriage - hand deliveries | 26.00 |
| | Cost Advance - Blue Marble Logistics -cc80.40; env 34.84; Postage 254.40 | 369.64 |
| Jun-27-07 | Cost Advance - Blue Marble Logistics - hand deliveries | 160.00 |
| | Cost Advance - J&J Court Transcribers | 99.00 |
| | Cost Advance - Copying cost  45 @ 0.10 | 4.50 |
| | Cost Advance - Postage  8 @ 0.97 | 7.76 |
| | Cost Advance - service supplies  15 @ 0.45 | 6.75 |
| Jun-29-07 | Cost Advance - Copying cost  255 @ 0.10 | 25.50 |
| | Cost Advance - Postage | 3.18 |
| | Totals | $3,817.52 |

**Total Fees & Disbursements**                         **$20,773.02**

**Balance Due Now**                                     **$20,773.02**

## CERTIFICATE OF SERVICE

I, Lisa L. Coggins, hereby certify that on this 30th day of July, 2007, I caused one copy of the foregoing *Seventy-Fourth Monthly Application Of Ferry, Joseph & Pearce, P.A. For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Asbestos Property Damage Claimants For The Period Of June 1, 2007 through June 30, 2007* to be served upon the following parties in the manner indicated:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

_/s/ Lisa L. Coggins_____
Lisa L. Coggins (No. 4234)

## SERVICE LIST

**By First Class Mail and E-mail:**

Warren H. Smith
Warren H. Smith and Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201
feeaudit@whsmithlaw.com

**By Hand Delivery:**

David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

William J.A. Sparks,Esq.
W.R. Grace & Co.
919 North Market Street
Suite 425
Wilmington, DE 19801
william.sparks@grace.com

**By E-mail:**

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl Young
  Jones & Weintraub LLP
919 Market Street, 17th Floor
Wilmington, DE  19801
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246
mlastowski@duanemorris.com

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
syoder@bayardfirm.com

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801
teresa.currier@bipc.com

James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
james_kapp@chicago.kirkland.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500
pvnl@capdale.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
david.heller@lw.com
carol.hennessey@lw.com

Lewis Kruger, Esquire
Stroock & Stroock &  Lavan
180 Maiden Lane
New York, NY 10038-4982
lkruger@stroock.com

Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131
jsakalo@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com