UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Objection Deadline: August 20, 2007 at 4:00 pm. |
| | ) | Hearing Date: Hearing will be held if necessary |

## SUMMARY OF MONTHLY FEE AND EXPENSE INVOICE

Name of Applicant:                                    Hamilton, Rabinovitz & Alschuler, Inc.

Authorized to Provide                                 The Official Committee of Asbestos Property
Professional Services to:                             Damage Claimants

Date of Retention:                                    Retention order entered on February 20, 2002,
                                                      Nunc Pro Tunc, to May 2, 2001

Period for which compensation and                     June 1, 2007 through June 30, 2007
Reimbursement is sought:

Amount of Compensation sought as actual,              $9,900.00
reasonably and necessary for matters other than
those related to the Sealed Air fraudulent
transfer lawsuit:

Amount of Expense Reimbursement sought as             $0.00
actual, reasonably and necessary for matters
other than those related to the Sealed Air
fraudulent transfer lawsuit:

This is a:___X___monthly_____Interim_____final Application

During the month of February 2002, the Court entered an order approving the retention Application, which such Order made the Applicant subject to the requirements under the Administrative Orders governing requests for compensation and reimbursement of expenses. Accordingly, the Applicant submits this statement.

---

[1] In order to save space, the PD Committee has refrained from listing all 62 Debtors. The list of all 62 Debtors maybe obtained from Bilzin Sumberg Baena Price & Axelrod LLP if requested.