# HR&A                                                              INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

July 18, 2007
Invoice No. HRA20071807

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida   33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of June, 2007.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>16.5 hours @ $ 600 per hour | $ 9,900.00 |
| **TOTAL DUE:** | **$ 9,900.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351

JUNE, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 06/11/07 | 3.0 | Quick review of Welch, Lemen, Frank, Brody, Hammer and Whitehouse reports. |
| 06/12/07 | 2.5 | Quick review of Haber and Henry reports. |
| 06/13/07 | 3.0 | Quick review of Peter Lees, Moolgavkar, Anderson, Lee and Rodricks reports. |
| 06/14/07 | 2.0 | Quick review of Roggli and Hays reports. |
| 06/20/07 | 6.0 | First read of Peterson, Biggs, Florence and Dunbar estimation reports. |
| TOTAL: | 16.5 | |