IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: Access Beyond Technologies, Inc | ) ) ) | |
| | ) | Bankruptcy No. 98-2276 (JKF) |
| Debtor(s) | ) ) ) | |
| | ) | Chapter 7 |
| IN RE: Just for Feet, Inc. | ) ) | |
| | ) | Bankruptcy No. 99-4110 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) ) | |
| | ) | Chapter 7 |
| | ) | |
| IN RE: Nixon Fork Mining, Inc. | ) ) | |
| | ) | Bankruptcy No. 99-2379 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) ) | |
| | ) | Chapter 7 |
| | ) | |
| IN RE: Chama, Inc. | ) ) | |
| | ) ) | Bankruptcy No. 98-2252 (JKF) |
| Debtors(s) | ) ) | |
| | ) | Chapter 7 |
| | ) | |
| IN RE: Combustion Engineering | ) ) | |
| | ) | Bankruptcy No. 03-10495 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) ) | |
| | ) | Chapter 11 |
| | ) | |
| IN RE: Owens Corning | ) ) | |
| | ) | Bankruptcy No. 00-3837 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) ) | |
| | ) | Chapter 11 |
| | ) | |

| | | |
|---|---|---|
| **IN RE: Advanced Glassfiber Yarns, LLC**<br><br>Debtors(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 02-13615 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: Federal Mogul Global, Inc.**<br><br>Debtors(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 01-10578 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: US Office Products**<br><br>Debtors(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 01-646 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: ACandS, Inc.**<br><br>Debtors(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 02-12687 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: USG Corporation**<br><br>Debtors(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 01-2094 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: Armstrong World Industries, Inc.**<br><br>Debtors(s) | )<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 00-4471 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |

| | |
|---|---|
| **IN RE: Kaiser Aluminum Corp.**  )<br>)<br>)<br>Debtors(s)   )<br>)<br>) | Bankruptcy No. 02-10429 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: A-Best Products Co., Inc.**  )<br>)<br>Debtors(s)   )<br>)<br>)<br>) | Bankruptcy No. 02-12734 (JKF)<br><br><br>Chapter 11 |
| **IN RE: The Flintkote Company**  )<br>)<br>Debtors(s)   )<br>)<br>)<br>) | Bankruptcy No. 04-11300 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: W.R. Grace & Co.**  )<br>)<br>)<br>Debtors(s)   )<br>)<br>)<br>)<br>) | Bankruptcy No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |

## ORDER SCHEDULING HEARINGS FOR AUGUST 29, 2007

AND NOW, this 30th day of **July, 2007** it is **ORDERED** that the following hearings are scheduled to be heard on **August 29, 2007** and to be held in **Pittsburgh, PA**:

**8:30 a.m.**

    99-4110 Just For Feet, Inc.

    98-2276 Access Beyond Technologies, Inc.

    99-2379 Nixon Fork Mining, Inc.

    98-2252 Chama, Inc.

    02-12734 A-Best Products Company, Inc.

    02-10429 Kaiser Aluminum Corporation

    02-13615 Advanced Glassfibers

**9:00 a.m.**

    00-3837 Owens Corning

    02-12687 ACandS, Inc.

    01-2094 USG Corporation

    04-11300 The Flintkote Company

    01-646 US Office Products

    03-10495 Combustion Engineering

**9:30 a.m.**

    01-10578 Federal Mogul Global, Inc.

**1:30 p.m.**

    00-4471 Armstrong World Industries

**2:00 p.m.**

    01-1139 W.R. Grace & Co.

It is further **ORDERED** that counsel for the debtor(s) and/or trustee(s) is to serve a copy of the Order on all parties in interest and file a certificate of service forthwith.

*Judith K. Fitzgerald*

The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge