UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **James P. Wehner** of the law firm of Caplin & Drysdale, One Thomas Circle, N.W., Washington, DC 20005, to represent the Official Committee of Asbestos Personal Injury Claimants in this action.

Date: July 20, 2007

CAMPBELL & LEVINE, LLC

Mark T. Hurford (No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
Phone: (302) 426-1900
Facsimile: (302) 426-9947

Attorneys for the Official Committee of Asbestos
Personal Injury Claimants

{D0089634.1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, the States of New York and Virginia, the U.S. District Court for the District of Columbia, U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of Virginia, U.S. Court of Appeals for the District of Columbia Circuit, and U.S. Court of Appeals for the First Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 20, 2007

James P. Wehner
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, DC 20005
Tel: 202.862.5000
Fax: 202.429.3301
jpw@capdale.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: July 30, 2007

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{D0089634.1 }