FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

2007 JUL 30  AM 9: 05

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| W.R. GRACE & CO., et al., | ) Chapter 11 |
| Debtors. | ) |
| | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| | ) |
| | ) [Related to Docket No. 16319] |
| | )     16435, 16412, 16411 |
| | ) Hearing Date: August 1, 2007 |
| | ) |

MOTION FOR AN ORDER AUTHORIZING BARON & BUDD, P.C. AND OTHER
CERTAIN LAW FIRMS TO, AND DIRECTING THAT THE CLERK OF THE
COURT, FILE UNDER SEAL THEIR RESPONSE TO GRACE'S REQUEST FOR
DEPOSITIONS AND TO SERVE ADDITIONAL INTERROGATORIES
[DOCKET NO. 16411]

"DOCUMENT TO BE KEPT UNDER SEAL"