FILED
2007 JUL 30  AM 9:05
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF) |
|  | Jointly Administered |
| Debtors. | Related to Docket No. 16409, 16436 |
|  | Hearing Date: August 1, 2007 @ 8:30 A.M. |

**MOTLEY RICE LLC'S REPLY TO DEBTORS' BRIEF IN FURTHER SUPPORT OF OPPOSITION TO MOTIONS FOR PROTECTIVE ORDERS TO PRECLUDE LAW FIRM DEPOISTIONS**

## DOCUMENT TO BE KEPT UNDER SEAL

/s/ Susan E. Kaufman
Susan E. Kaufman, (DSB# 3381)
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899-1674
(302) 658-1800

/s/ John E. Herrick
JOHN E. HERRICK
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29465
Tel. (843) 216-9000 / Fax (843) 216-9440
Email: jherrick@motleyrice.com

COUNSEL FOR VARIOUS
ASBESTOS PERSONAL INJURY
CLAIMANTS

Dated: July 27, 2007