## EXHIBIT A

### W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139
### Report on Settlements of Certain Claims and Causes of Action
### April 1, 2007 through June 30, 2007

NONE