# EXHIBIT A

DOCS_DE:129560.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Related to Docket Nos. 9315, 15625 &** |
| ) | **15988** |

## ORDER DISALLOWING AND EXPUNGING
## PROPERTY DAMAGE CLAIMS NOS. 12400, 12401, 12440 AND 13950

AND NOW, this __ day of _____, 2007, it is ORDERED, ADJUDGED and DECREED that claim numbers 12400 (City of Edmonton); 12401 (City of Edmonton), 12440 (Calgary Board of Education), and 13950 (Hamilton District School Board) are hereby disallowed and expunged.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:129560.1