REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1574175
One Town Center Road                    Invoice Date        07/30/07
Boca Raton, FL   33486                  Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                           43,752.00
        Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $43,752.00
                                                   =============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number      1574175
One Town Center Road                  Invoice Date      07/30/07
Boca Raton, FL   33486                Client Number       172573
                                      Matter Number        60026
```

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2007

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 06/01/07 | Cameron | Review materials relating to rebuttal report for PI. | .80 |
| 06/01/07 | Klapper | Review additional materials forwarded by consultant re rebuttal reports. | 3.60 |
| 06/04/07 | Cameron | Prepare for (.40) and participate in conference call with K&E and experts regarding rebuttal report issues (.60); review data and supporting materials for report (.90); multiple e-mails regarding same (.40). | 2.30 |
| 06/04/07 | Klapper | Prepare for meeting with testifying expert by reviewing additional backup materials and reports. | 5.20 |
| 06/05/07 | Cameron | Review materials for rebuttal report (1.5); e-mail to client regarding same (0.2). | 1.70 |
| 06/05/07 | Klapper | Meet with testifying expert re report and deposition prep. | 4.80 |
| 06/05/07 | Sanner | Prepare for conference call re expert issues. | 1.10 |
| 06/05/07 | Sanner | Participate in conference call re expert issues. | 2.30 |

172573  W. R. Grace & Co.                          Invoice Number  1574175
60026  Litigation and Litigation Consulting        Page    2
       July 30, 2007

| Date | Name | | Hours |
|------|------|---|-------|

| 06/06/07 | Cameron | Review materials relating to potential work by several Grace experts in PI (1.9); telephone call to consultant regarding same (0.3); e-mails with counsel (0.2). | 2.40 |
| 06/07/07 | Cameron | Extensive review of experts' materials relating to PI rebuttal/supplemental reports (2.9); participate in conference calls with counsel regarding same (0.8); e-mails to counsel regarding same (0.9). | 4.60 |
| 06/07/07 | Klapper | Review expert rebuttal reports for discussion with B. Harding. | 5.50 |
| 06/07/07 | Lord | Update 2002 Service List. | .10 |
| 06/08/07 | Cameron | Prepare for (0.4) and participate in conference call with K&E, Grace and expert witness (0.6); review expert materials regarding rebuttal reports (2.9); e-mail with comments to K&E regarding same (0.9). | 4.80 |
| 06/09/07 | Cameron | Review comments regarding draft report. | 1.20 |
| 06/10/07 | Cameron | Review draft expert report and discuss with expert (1.1); e-mails regarding same (0.8). | 1.90 |
| 06/11/07 | Cameron | Finalize expert reports for PI estimation proceeding (2.5); multiple e-mails with K&E and clients regarding same (0.9); multiple conference calls regarding same (1.1); review multiple expert reports (1.6); prepare and revise letter and service materials to counsel (0.6). | 6.70 |
| 06/11/07 | Klapper | Participate in discussions with counsel and consultants re expert rebuttal reports. | 2.20 |

```
172573  W. R. Grace & Co.                          Invoice Number   1574175
60026   Litigation and Litigation Consulting       Page    3
        July 30, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/12/07 | Cameron | Begin review of expert rebuttal reports filed by Grace and PI Claimants (1.9); telephone call with R. Finke regarding same (0.2). | 2.10 |
| 06/13/07 | Cameron | Continued review of expert reports filed by claimants and committees (1.9); e-mails regarding same (0.4). | 2.30 |
| 06/13/07 | Klapper | Review final expert supplemental reports for deposition prep purposes. | 4.20 |
| 06/15/07 | Cameron | Review multiple expert reports filed in PI Estimation. | 1.80 |
| 06/17/07 | Cameron | Continued review of reports for calls with client and experts. | 1.40 |
| 06/18/07 | Cameron | E-mail regarding expert reports (0.6); review same (0.9). | 1.50 |
| 06/19/07 | Klapper | Meet with consultants re plaintiffs' expert reports and responses. | 4.50 |
| 06/20/07 | Cameron | Review expert reports (0.9); e-mails regarding same (0.2). | 1.10 |
| 06/23/07 | Cameron | Attention to expert report issues. | 1.20 |
| 06/26/07 | Cameron | Prepare for (0.9) and participate in call with experts regarding supplemental reports (0.7). | 1.60 |
| 06/26/07 | Klapper | Meet with consultants re deposition prep issues. | 3.30 |
| 06/27/07 | Cameron | E-mails regarding supplemental report. | .50 |
| 06/28/07 | Cameron | Review expert reports and exposure materials for discussions with consultant (1.2); review estimation reports (0.7). | 1.90 |
| 06/28/07 | Klapper | Begin outline of additional deposition prep materials. | 2.20 |

```
                                                             ------
```

```
172573 W. R. Grace & Co.                    Invoice Number  1574175
60026  Litigation and Litigation Consulting  Page   4
       July 30, 2007
```

                                   TOTAL HOURS     80.80

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 41.80 | at $ | 570.00 | = | 23,826.00 |
| Antony B. Klapper | 35.50 | at $ | 520.00 | = | 18,460.00 |
| Margaret L. Sanner | 3.40 | at $ | 425.00 | = | 1,445.00 |
| John B. Lord | 0.10 | at $ | 210.00 | = | 21.00 |

                     CURRENT FEES                      43,752.00

                                                    ------------
            TOTAL BALANCE DUE UPON RECEIPT           $43,752.00
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1574176
5400 Broken Sound Blvd., N.W.        Invoice Date       07/30/07
Boca Raton, FL 33487                 Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

    Fees                              4,435.00
    Expenses                              0.00

              TOTAL BALANCE DUE UPON RECEIPT        $4,435.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W. R. Grace | Invoice Number | 1574176 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 07/30/07 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60027 |

===========================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 06/06/07 | Engel | Non-working travel to Atlanta for Millette deposition (one-half total time). | 1.50 |
| 06/08/07 | Engel | Non-working travel to D.C., returning from Millette deposition (one-half total time). | 1.50 |
| 06/14/07 | Cameron | Non-working travel to and from New York for meeting with consultant and client (one half time). | 3.00 |
| 06/14/07 | Flatley | One-half of non-billable travel time. | 2.00 |

------
TOTAL HOURS   8.00

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|---|-------|
| Lawrence E. Flatley | 2.00 | at | $  575.00 | = | 1,150.00 |
| Douglas E. Cameron | 3.00 | at | $  570.00 | = | 1,710.00 |
| Harold J. Engel | 3.00 | at | $  525.00 | = | 1,575.00 |

CURRENT FEES                                       4,435.00

------------
TOTAL BALANCE DUE UPON RECEIPT           $4,435.00
============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1574177
5400 Broken Sound Blvd., N.W.            Invoice Date        07/30/07
Boca Raton, FL 33487                     Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                              17,912.00
    Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $17,912.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1574177 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    07/30/07 |
| Boca Raton, FL 33487 | Client Number    172573 |
| | Matter Number    60028 |

=========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2007

| Date | Name | | Hours |
|------|------|------|-----|
| 06/04/07 | Flatley | Call with W. Sparks (0.1); arrangements for 6/5 conference call (0.2). | .30 |
| 06/05/07 | Cameron | Prepare for (0.8) and participate in conference call regarding consultants for ZAI issues (0.9); follow-up with potential consultant (0.6). | 2.30 |
| 06/05/07 | Flatley | Preparation for conference call (1.4); conference call with R. Finke, W. Sparks and D. Cameron (0.8); follow-up on call and scheduling of New York City meeting (0.6); call with W. Sparks (0.2). | 3.00 |
| 06/06/07 | Flatley | E-mails from/to D. Cameron regarding meeting. | .20 |
| 06/06/07 | Muha | Research re:  Consumer Protection Act laws of various states. | .30 |
| 06/08/07 | Muha | Review materials relating to CPA research. | .50 |
| 06/12/07 | Cameron | Review materials for 6/14 meeting. | .80 |
| 06/13/07 | Cameron | Attention to materials for meeting with consultant on ZAI issues. | 1.70 |

172573  W. R. Grace & Co.                          Invoice Number  1574177
 60028  ZAI Science Trial                          Page    2
        July 30, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 06/13/07 | Flatley | E-mails and replies (0.2); preparation for New York City trip (0.7). | .90 |
| 06/14/07 | Cameron | Prepare for (.7) and attend meeting with consultant, Grace and L. Flatley (3.5). | 4.20 |
| 06/14/07 | Flatley | Preparation for meeting in New York City (3.5); meeting in New York City with R. Finke, W. Sparks, D. Cameron et al. (3.5). | 7.00 |
| 06/15/07 | Cameron | Review materials from meeting with consultant. | .80 |
| 06/15/07 | Flatley | Review materials from trip to New York City. | .40 |
| 06/19/07 | Cameron | Review materials relating to ZAI status conference and discovery issues. | .80 |
| 06/20/07 | Cameron | Telephone call with R. Finke regarding Status Conference (0.4); e-mails regarding same (0.3); review notes of prior calls, etc. (0.6). | 1.30 |
| 06/21/07 | Cameron | Review motion for discovery on ATSDR report and ZAI claimants' discovery (0.8); review materials regarding status conference (0.3). | 1.10 |
| 06/22/07 | Cameron | Attention to materials relating to ZAI, including discovery and motion regarding ATSDR report. | 1.20 |
| 06/24/07 | Cameron | Prepare for (0.6); and participate in conference call regarding ZAI status conference issues (1.0). | 1.60 |
| 06/24/07 | Restivo | Preparation for Omnibus Hearing and telephone conference with R. Finke, R. Beber and D. Cameron. | 2.00 |
| 06/25/07 | Cameron | Attention to ZAI status issues (0.5); meet with J. Restivo, J. Baers and R. Finke regarding same (0.3). | .80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1574177
60028  ZAI Science Trial                    Page   3
       July 30, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/25/07 | Flatley | Message and follow-up on expert issues. | .20 |

```
                                                    ------
                                     TOTAL HOURS     31.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|---|-------|
| James J. Restivo Jr. | 2.00 | at $ | 635.00 | = | 1,270.00 |
| Lawrence E. Flatley | 12.00 | at $ | 575.00 | = | 6,900.00 |
| Douglas E. Cameron | 16.60 | at $ | 570.00 | = | 9,462.00 |
| Andrew J. Muha | 0.80 | at $ | 350.00 | = | 280.00 |

```
                   CURRENT FEES                          17,912.00


                                                       ------------
                   TOTAL BALANCE DUE UPON RECEIPT        $17,912.00
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1574178
5400 Broken Sound Blvd., N.W.        Invoice Date        07/30/07
Boca Raton, FL 33487                 Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                           4,482.50
    Expenses                           0.00

              TOTAL BALANCE DUE UPON RECEIPT        $4,482.50
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1574178
5400 Broken Sound Blvd., N.W.        Invoice Date        07/30/07
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2007

| Date | Name | | Hours |
|------|------|------|------|
| 06/01/07 | Ament | E-mails with J. Lord re: April monthly fee application (.10); telephone call from C. Brinda re: billing matters (.10); meet with D. Cameron re: same (.10); various e-mails re: same (.10). | .40 |
| 06/01/07 | Lord | Respond to inquiries from S. Ament re: possible amendment to April fee application. | .20 |
| 06/04/07 | Ament | Attend to billing matters and e-mails with A. Muha re: same. | .20 |
| 06/05/07 | Ament | E-mails with J. Lord re: 24th quarterly fee application (.10); attend to billing issues and e-mail to A. Muha re: same (.20). | .30 |
| 06/05/07 | Lord | E-mails with S. Ament re: quarterly fee application. | .10 |
| 06/05/07 | Muha | Attend to issues re:  addition of consultant expenses into invoice for May monthly fee application. | .20 |
| 06/06/07 | Ament | Meet with A. Muha re: May monthly fee application. | .10 |
| 06/08/07 | Muha | Begin extensive review and revisions (additions to fee/expense detail) to materials for May monthly fee application. | 2.10 |

```
172573  W. R. Grace & Co.                          Invoice Number  1574178
60029   Fee Applications-Applicant                 Page    2
        July 30, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| 06/13/07 | Muha | Continue work on supplementing fee and expense detail and prepare bills for incorporation into May monthly fee application. | 3.00 |
| 06/21/07 | Muha | Continue detailed review and revisions to fee and expense detail entries in May monthly fee application. | 2.00 |
| 06/25/07 | Ament | Meet with A. Muha re: May monthly fee application (.10); attend to billing matters (.30); e-mails and telephone calls re: same (.10). | .50 |
| 06/25/07 | Lord | Research docket and draft CNO for Reed Smith April monthly fee application. | .40 |
| 06/26/07 | Ament | Review e-mails re: 23rd quarterly fee application (.10); e-mails with J. Lord re: CNO's for April monthly and 24th quarterly fee applications (.10); meet with A. Muha re: May monthly fee application and Environ invoices (.10). | .30 |
| 06/26/07 | Lord | E-file and perfect service for CNO to Reed Smith's April monthly fee application (.3); e-mail with S. Ament re: same (.1); correspondence to R. Finke re: same (.1). | .50 |
| 06/26/07 | Muha | Make final revisions to invoices and additional information added to descriptions of fee and expense invoices for May monthly fee application. | .50 |
| 06/27/07 | Ament | Review May invoices and begin calculating fees and expenses (1.0); begin drafting spreadsheet re: same (.50); begin drafting 71st monthly fee application (.50); various e-mails with A. Muha and P. Dotterer re: same (.20). | 2.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1574178
60029  Fee Applications-Applicant           Page    3
       July 30, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/28/07 | Ament | Continue calculating fees and expenses re: 71st monthly fee application (1.0); continue drafting fee application (.50); meet with A. Muha re: same (.10); e-mails with J. Lord re: same (.10). | 1.70 |
| 06/28/07 | Lord | E-mail with S. Ament re: May monthly fee application (.1); draft COS and service for same (.3). | .40 |
| 06/29/07 | Ament | Meet with A. Muha re: May monthly fee application (.10); finalize same (.20); e-mail same to J. Lord for DE filing (.10). | .40 |
| 06/29/07 | Lord | Revise, e-file and perfect service of Reed Smith May 71st monthly fee application. | 1.20 |
| 06/29/07 | Muha | Final review of and revisions to May monthly fee application. | .80 |

```
                                     ------
                          TOTAL HOURS   17.50
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Andrew J. Muha | 8.60 at | $ 350.00 = | 3,010.00 |
| John B. Lord | 2.80 at | $ 210.00 = | 588.00 |
| Sharon A. Ament | 6.10 at | $ 145.00 = | 884.50 |

```
                          CURRENT FEES                   4,482.50

                                                    ------------
                          TOTAL BALANCE DUE UPON RECEIPT   $4,482.50
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 1574179 |
| One Town Center Road | Invoice Date | 07/30/07 |
| Boca Raton, FL   33486 | Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

| | | |
|---|---|---|
| Fees | 14,327.00 | |
| Expenses | 0.00 | |
| | TOTAL BALANCE DUE UPON RECEIPT | $14,327.00 |
| | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number        1574179
One Town Center Road                      Invoice Date         07/30/07
Boca Raton, FL   33486                    Client Number          172573
                                          Matter Number           60030


========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2007

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 06/01/07 | Ament | Meet with P. Garlitz re: June hearings and hearing preparation requested by K&E (.30); e-mails re: same (.20); telephone call and various e-mails with G. Vogt of K&E re: 5/30/07 hearing (.20); telephone call to J&J Court Transcribers to order audio re: said hearing for K&E per request (.10). | .80 |
| 06/01/07 | Garlitz | Meet with Sharon Ament re: June hearings | .40 |
| 06/04/07 | Ament | E-mails re: K&E hearing preparation for June hearings (.50); provide 6/8/07 agenda and hearing binder to T. Rea (.10). | .60 |
| 06/05/07 | Ament | Meet with P. Garlitz re: hearing preparation for K&E re: June hearings (.30); e-mails with M. Rosenberg re: same (.20); meet with J. Restivo re: 5/30/07 hearing (.10); conference call to G. Vogt re: same (.20); various e-mails and telephone calls re: said hearing (.20). | 1.00 |
| 06/05/07 | Garlitz | Meet with S. Ament re: hearing preparation for K&E (.30); review e-mail from M. Rosenberg re: same (.10). | .40 |

```
172573  W. R. Grace & Co.                    Invoice Number   1574179
60030   Hearings                             Page    2
        July 30, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/06/07 | Ament | E-mails and telephone calls to coordinate hearing preparation for K&E (1.10); meet with T. Martin re: same (.10). | 1.20 |
| 06/06/07 | Garlitz | Meet with S. Ament re: hearing preparation for K&E | .60 |
| 06/13/07 | Garlitz | Various e-mails re: June 26 hearing preparation for K&E. | .50 |
| 06/14/07 | Garlitz | Conference with team regarding June 26 hearing (.5); various e-mails re: June 26 hearing preparation for K&E (.7). | 1.20 |
| 06/15/07 | Garlitz | Various e-mails re: June 26 hearing preparation for K&E. (.20); conference with team regarding same (.20). | .40 |
| 06/18/07 | Cameron | Review draft agenda and comment. | .50 |
| 06/18/07 | Garlitz | Various e-mails re: June 26 hearing preparation for K&E. (.20); conference with team regarding same (.10). | .30 |
| 06/21/07 | Garlitz | Review of e-mails re: K&E June 26 hearing preparation. | .20 |
| 06/22/07 | Garlitz | Various e-mails re: June 26 hearing preparation for K&E. (.20); conference with team regarding same (.40). | .60 |
| 06/24/07 | Cameron | Review omnibus hearing materials and agenda (0.7); conference call regarding omnibus hearing issues (0.4). | 1.10 |
| 06/25/07 | Ament | Meet with P. Garlitz re: hearing preparation for K&E (.20); assist J. Restivo and T. Rea with hearing preparation for omnibus hearing (.80); assist K&E with hearing preparation for 6/26/07 hearing (.50). | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1574179
60030  Hearings                                   Page    3
       July 30, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 06/25/07 | Cameron | Prepare for (1.8); and attend omnibus hearing (4.5). | 6.30 |
| 06/25/07 | Garlitz | Various e-mails regarding K&E hearing preparation (.20); assist team with same (.40). | .60 |
| 06/25/07 | Restivo | Meetings with clients and co-counsel to prepare for Omnibus Hearing (5.0); attend Omnibus Hearing (5.0). | 10.00 |
| 06/26/07 | Ament | Assist K&E with hearing preparation. | .50 |
| 06/26/07 | Cameron | Meet with K&E regarding hearing (0.4); follow-up from same (0.3). | .70 |
| 06/26/07 | Garlitz | Various e-mails regarding K&E hearing preparation (.20); assist team with same (.1). | .30 |
| 06/28/07 | Ament | Respond to various e-mails from K&E attorneys re: June hearings and provide various information to K&E re: same. | .30 |
| 06/29/07 | Ament | Various e-mails and telephone calls to assist K&E with hearing preparation for July hearings. | 2.00 |
| 06/29/07 | Cameron | Prepare for (0.7) and participate in telephonic hearing (0.9). | 1.60 |

                                                            ------
                                            TOTAL HOURS     33.60

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 10.00 | at $ | 635.00 | = | 6,350.00 |
| Douglas E. Cameron | 10.20 | at $ | 570.00 | = | 5,814.00 |
| Sharon A. Ament | 7.90 | at $ | 145.00 | = | 1,145.50 |
| Margaret A. Garlitz | 5.50 | at $ | 185.00 | = | 1,017.50 |

                    CURRENT FEES                          14,327.00


                                                       ------------
             TOTAL BALANCE DUE UPON RECEIPT              $14,327.00
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number        1574180
One Town Center Road                     Invoice Date          07/30/07
Boca Raton, FL    33486                  Client Number          172573



================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                           184,851.50
    Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $184,851.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1574180
One Town Center Road                      Invoice Date       07/30/07
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60033


===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2007

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 06/01/07 | Ament | Access database and assist team with PD claim issues (1.0); various e-mails and meetings with team re: same (.50). | 1.50 |
| 06/01/07 | Aten | Conference with L. Flatley and T. Rea re: preparing for hearing re: Pacific Freeholds (1.0); continue to review and analyze deposition transcripts, memos, materials re: Pacific Freeholds (4.6). | 5.60 |
| 06/01/07 | Cameron | Review Pacific Freehold's statute of limitations materials (2.10); e-mails and telephone call with L. Flatley regarding same (.40); attention to City of Philadelphia statute of limitations issues, including Scheduling Order (1.10); attention to Canadian statute of limitations issues (1.20); attention to Order regarding May 30 hearing (.70); attention to Stipulation and Expungement Order (.60). | 6.10 |
| 06/01/07 | Flatley | Review and organize materials for statute of limitations hearing (0.9); meet with T. Rea and R. Aten regarding preparations for statute of limitations hearing (1.0); additional preparation for statute of limitations hearing | 4.10 |

172573 W. R. Grace & Co.                          Invoice Number  1574180
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       July 30, 2007


       Date   Name                                              Hours
    --------  -----------                                        -----

                            (2.2).

06/01/07 Garlitz            Meet with S. Ament re: PD Claims      .40
                            (.30); review database re: same
                            (.10)

06/01/07 Rea                Conference with R. Aten and L.       2.30
                            Flatley re: Pacific Freeholds
                            hearing (1.0);  draft order re:
                            motion to amend (0.7);  finalize
                            COC and stipulation for withdraw
                            of Speights claims (0.6).

06/01/07 Restivo            Receipt and review of new material.  1.00

06/02/07 Cameron            Attention to statute of             2.40
                            limitations materials (1.00);
                            review draft order for filing
                            (.50); attention to Canadian
                            statute of limitations briefs
                            (.90).

06/03/07 Aten               Continue to review and analyze      3.30
                            materials re Pacific Freeholds in
                            preparation for trial.

06/04/07 Ament              Prepare for and attend team status  2.50
                            meeting (1.0); assist team with
                            various issues relating to PD
                            claims (1.0); various e-mails and
                            meetings with team re: same (.50).

06/04/07 Aten               Team meeting re 6/26, 7/30 - 8/1    2.40
                            hearings (.9); continue to review
                            materials re: Pacific Freeholds
                            (1.5).

06/04/07 Cameron            Prepare for (.80) and participate   5.70
                            in meeting with trial team
                            regarding hearing issues and
                            things to do/status reports
                            (1.10); finalize COC and order
                            regarding June 26 hearing (.40);
                            e-mails regarding same (.30);
                            prepare and revise draft order for
                            7/30 - 8/1 hearing (.90);
                            conference call regarding S/L
                            trial issues (.30); review
                            Canadian claims of product ID
                            issues (1.50); review draft order

172573 W. R. Grace & Co.                          Invoice Number  1574180
60033  Claim Analysis Objection Resolution & Estimation Page   3
       (Asbestos)
       July 30, 2007


    Date   Name                                              Hours
    -------- -----------                                     -----

                          from 5/30 hearing (.40).

06/04/07 Engel            Prepare for deposition of J.        9.60
                          Millette.

06/04/07 Flatley          Call with W. Sparks and follow-up   6.10
                          regarding fact witnesses (1.2);
                          preliminary planning and
                          preparation for July 30 hearing
                          (3.7); conference with R. Aten
                          (0.3); team meeting and follow-up
                          (0.9).

06/04/07 Rea              Attention to statute of            2.90
                          limitations trial material (2.0);
                          team meeting re: statute of
                          limitations hearing (0.9).

06/04/07 Restivo          Prepare for and attend weekly      3.00
                          planning meeting (1.5); receipt
                          and review of correspondence,
                          emails, pleadings, draft
                          pleadings, etc. (1.5).

06/05/07 Ament            Assist team with various issues    2.00
                          relating to PD claims (1.0);
                          various e-mails and meetings with
                          team re: same (1.0).

06/05/07 Aten             Conference with S. Clancy re:      5.50
                          research (.5); conducted research
                          re: Rules of Evidence and
                          conference with L. Flatley re:
                          same (3.5); continue to review
                          materials re: Pacific Freeholds
                          (1.5).

06/05/07 Atkinson         Review Grace-ZAI files for J.        .30
                          Kilpatrick (plaintiff expert)
                          expert report and deposition, for
                          L. Flatley.

06/05/07 Cameron          Prepare for (0.8) and meet with J.  5.10
                          Restivo regarding product ID
                          issues (1.4); review claims files
                          regarding same (1.1); prepare and
                          revise draft order (0.7); e-mail
                          regarding same (0.3); telephone
                          call with Motley Rice regarding
                          trial dates (0.2); prepare revised

172573 W. R. Grace & Co.                                    Invoice Number  1574180
60033  Claim Analysis Objection Resolution & Estimation Page   4
       (Asbestos)
       July 30, 2007


| Date | Name | | Hours |
|------|------|--|-------|
| | | scheduling order (0.6). | |
| 06/05/07 | Engel | Complete preparation for J. Millette's deposition. | 4.40 |
| 06/05/07 | Flatley | E-mails regarding scheduling issues (0.3); call with medical experts' office (0.1); reviewing materials in preparation for Pacific Freeholds statute issue (1.5); meet with R. Aten regarding issue on use of declaration (0.5). | 2.40 |
| 06/05/07 | Garlitz | Meet with S. Ament re: PD claims. | .40 |
| 06/05/07 | Rea | Draft motion for leave to submit expert report (1.4); revise motion to amend (0.3). | 1.70 |
| 06/05/07 | Restivo | Correspondence re: Prudential (.5); review Canadian claim files and meeting with D. Cameron (2.5); review expungement orders, Motley Rice claims, Anderson Memorial Motions, and Speights U.S. claims (2.5). | 5.50 |
| 06/06/07 | Aten | Conference with L. Flatley re: issues, strategy materials for Pacific Freeholds hearing (3.3); continue to review, analyze materials re: Pacific Freeholds (4.6). | 7.90 |
| 06/06/07 | Atkinson | Review Grace - Mt. Lebanon file reports re: Grace briefing on statute of limitations/nullum tempus issue, per D. Cameron request. | .30 |
| 06/06/07 | Cameron | Review and comment on draft letters regarding claims adjudication (0.4); review and revise proposed scheduling order and e-mails regarding same (0.8); prepare and revise draft Motion for Leave to Submit Expert Report (1.3); review S/L law in Pennsylvania (0.6); telephone call with R. Finke and e-mails | 6.30 |

172573 W. R. Grace & Co.                                Invoice Number  1574180
60033  Claim Analysis Objection Resolution & Estimation Page    5
       (Asbestos)
       July 30, 2007


     Date    Name                                              Hours
   --------  -----------                                       -----

                            regarding same (0.5); review
                            Canadian claims forms regarding
                            product ID issues (1.8); review
                            Pinchin materials regarding same
                            (0.9).

   06/06/07 Flatley         Reviewing and organizing             8.60
                            preparation for statute of
                            limitations hearing (5.2); meet
                            with R. Aten to discuss details of
                            preparation for statute of
                            limitations hearing (3.2); e-mails
                            regarding California issue (0.1);
                            conference with R. Senftleben
                            (0.1).

   06/06/07 Garlitz         Review and summaries of PD claims     .20
                            for D. Cameron.

   06/06/07 Rea             Research re: PA statute of            .70
                            limitations (0.3); correspondence
                            re: expert deposition (0.2);
                            review Revised Scheduling Order
                            for statute of limitations hearing
                            (0.2).

   06/06/07 Restivo         Letter to Speights (.6); letter to   2.30
                            Runyon (.7); memo to team (.8);
                            correspondence (1.2).

   06/06/07 Williams        Conferences with S. Lyons             .60
                            regarding City of Philadelphia
                            property and online research
                            regarding same.

   06/06/07 Wrenshall       Office conference with Ms. Aten       .30
                            re: research project.

   06/07/07 Aten            Conference with S. Clancy and D.     5.60
                            Rawls re: review of articles (.8);
                            continue to review materials re
                            Pacific Freeholds (4.8).

   06/07/07 Atkinson        Review files for statute of          .50
                            limitations materials for Doug
                            Cameron.

172573 W. R. Grace & Co.                          Invoice Number   1574180
60033  Claim Analysis Objection Resolution & Estimation Page   6
       (Asbestos)
       July 30, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| 06/07/07 | Atkinson | Search internet re:  guidance documents, and provide copy to Rebecca Aten, per request. | .40 |
| 06/07/07 | Cameron | Attention to motion relating to Betty Anderson report (2.4); multiple e-mails regarding same (0.9); attention to issues relating to City of Philadelphia claim (0.4); attention to issues for July 30 - August 1 hearings (0.5); attention to Canadian claims (0.7); attention to issues relating to transcripts (0.4); attention to COC for resolved claims (0.3). | 5.60 |
| 06/07/07 | DiChiera | Review and respond to email from R. Aten regarding request for EPA documents (.10); prepare EPA document and send to R. Aten per request (.1). | .20 |
| 06/07/07 | Engel | Take expert (J. Millette's) deposition. | 6.00 |
| 06/07/07 | Garlitz | Review and summaries of PD claims for D. Cameron (.2); assist team with various issues relating to PD claims; (1.8) ; various e-mails with team regarding same (.60). | 2.60 |
| 06/07/07 | Muha | Research on PA statute of limitations issue (2.6); draft and revise email memo to D. Cameron re:  research (.7). | 3.30 |
| 06/07/07 | Rawls | Review and discuss materials re Pacific Freeholds claims (.4); document review and analysis for pleading preparation (.3). | .70 |
| 06/07/07 | Restivo | Review draft Motions and telephone call with D. Cameron re: same. | 1.00 |
| 06/07/07 | Williams | Travel to and from property site and provide update regarding same. | 1.70 |

172573 W. R. Grace & Co.                                Invoice Number   1574180
 60033  Claim Analysis Objection Resolution & Estimation Page   7
        (Asbestos)
        July 30, 2007


    Date    Name                                                    Hours
    ------- -----------                                             -----


    06/07/07 Wrenshall        Continued research re hearsay          6.50
                              exceptions.

    06/08/07 Aten             Conference with T. Rea re 7/30         5.20
                              hearing (.4); continue to review
                              and analyze deposition transcripts
                              and other materials re: Pacific
                              Freeholds in preparation for 7/30
                              hearing (4.8).

    06/08/07 Cameron          Review and revise motion relating     4.30
                              to risk assessment report (1.1);
                              e-mails regarding same (0.6);
                              e-mails regarding multiple
                              scheduling issues (0.6); attention
                              to things-to-do/status memo for
                              6/11/07 meeting (0.9); attention
                              to letter regarding Canadian
                              claims (0.7); e-mails regarding
                              City of Philadelphia claims and
                              hearing issues (0.4).

    06/08/07 Garlitz          Review and summaries of PD claims      .20
                              for D. Cameron.

    06/08/07 Rawls            Reviewing documents for pleading      3.10
                              preparation.

    06/08/07 Rea              Review motion for leave to file       1.40
                              expert report (0.6);  review draft
                              agenda for June 25 hearing (0.4);
                              review status memorandum (0.4).

    06/08/07 Restivo          Review pleadings and telephone         .60
                              conference with D. Cameron re:
                              same.

    06/08/07 Wrenshall        Continued research re hearsay         1.10
                              exceptions.

    06/09/07 Cameron          Attention to status memo issues      1.30
                              and prepare for 6/11 meetings.

    06/10/07 Aten             Continue to review and analyze       1.10
                              deposition transcripts and
                              materials re: Pacific Freeholds in
                              preparation for 7/3 hearing.

172573  W. R. Grace & Co.                                    Invoice Number  1574180
60033   Claim Analysis Objection Resolution & Estimation Page   8
        (Asbestos)
        July 30, 2007

| Date | Name | | Hours |
|------|------|------|------|
| 06/10/07 | Restivo | Receipt and review of new pleadings, emails, correspondence and drafts. | .50 |
| 06/11/07 | Aten | Team meeting (.8); continue to read, review and analyze materials re Pacific Freeholds in preparation for hearing (6.1). | 6.90 |
| 06/11/07 | Cameron | Prepare for (0.5) and attend weekly team meeting regarding status report and things-to-do (1.0); finalize draft motion to file expert report (0.7); e-mails with PD counsel and K&E regarding scheduling issues (0.6); review statute of limitations trial issues (0.8). | 3.60 |
| 06/11/07 | Flatley | Prepare for team meeting (0.5); team meeting and follow-up (1.0); review motion regarding expert report (1.4); meet with D. Cameron regarding motion and follow-up (0.5). | 3.40 |
| 06/11/07 | Garlitz | Review and provide summaries of PD claims for D. Cameron. | .20 |
| 06/11/07 | Rea | Preparation for team meeting (0.3);  team meeting (0.8); review claim information (0.3). | 1.40 |
| 06/11/07 | Restivo | Strategy meeting (1.0); review of 5/30/07 Transcript and preparation for conference/consult with attorneys (1.5); receipt and review of material re:  scheduling and arguments (1.0); Expert Report (.5). | 4.00 |
| 06/12/07 | Aten | Continue to review, analyze materials re Pacific Freeholds. | 2.40 |
| 06/12/07 | Cameron | Finalize materials to file Motion for leave to file expert report (1.4); attention to draft orders regarding May 30 hearing (0.8); meet with J. Restivo regarding same (0.3); e-mails regarding same | 4.10 |

172573 W. R. Grace & Co.                                    Invoice Number  1574180
60033  Claim Analysis Objection Resolution & Estimation Page   9
       (Asbestos)
       July 30, 2007


| Date | Name | | Hours |
| ------- | ----------- | --- | ----- |
| | | (0.5); attention to June 25 omnibus hearing and scheduling issues (0.4); attention to Canadian claims (0.7). | |
| 06/12/07 | Flatley | Review R. Aten memos regarding deposition designation and "to do" list (1.0); call with W. Sparks regarding meeting (0.1); e-mails regarding various issues (0.2); meet with R. Aten regarding deposition designations and declarations for July trial (0.8). | 2.10 |
| 06/12/07 | Garlitz | Review and provide summaries of PD claims for D. Cameron. | .20 |
| 06/12/07 | Rawls | Reviewing documents for pleading preparation. | .30 |
| 06/12/07 | Rea | Continue review and analysis of materials relating to property damage claims. | 4.20 |
| 06/12/07 | Restivo | Update P.D. status for D. Boll (1.0); for M. Rosenberg (.5); review 5/30 Transcript and competing Orders relating to Hearing (2.0); prepare for and telephone negotiations with D. Speights (1.5). | 5.00 |
| 06/12/07 | Wrenshall | Concluded research re hearsay exceptions (.2); met with Ms. Aten to discuss research (.3). | .50 |
| 06/13/07 | Aten | Continue to review and analyze materials in preparation for hearing re: Pacific Freeholds. | 3.80 |
| 06/13/07 | Cameron | Attention to Canadian claims and court orders (0.9); meet with J. Restivo and T. Rea regarding same (0.6); review materials for statute of limitations objections to Pacific Freeholds claim (1.8). | 3.30 |

172573 W. R. Grace & Co.                           Invoice Number  1574180
60033  Claim Analysis Objection Resolution & Estimation Page  10
       (Asbestos)
       July 30, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| 06/13/07 | Clancy | Review binders of newspaper/journal articles re: Pacific Freeholds claim. | 3.80 |
| 06/13/07 | Engel | Discussion with counsel re obtaining manufacturer's products' formulas. | .30 |
| 06/13/07 | Garlitz | Review and provide summaries of PD claims for D. Cameron. | .80 |
| 06/13/07 | Rea | Meet with J. Restivo and D. Cameron re: Canadian claims (0.6); correspondence re: stipulation to withdraw claims (0.2). | .80 |
| 06/13/07 | Restivo | Demand correspondence to Speights (.9); meeting with D. Cameron (.6); emails and telephone call with K&E (.5); trial preparation (2.0). | 4.00 |
| 06/14/07 | Aten | Continue to review and analyze depositions and other materials re: Pacific Freeholds in preparation for hearing. | 4.30 |
| 06/14/07 | Cameron | Review J. Restivo e-mail regarding various issues (0.3); telephone call with J. Restivo regarding same (0.4); review Court order regarding product ID (0.3); e-mails regarding scheduling issues (0.4). | 1.40 |
| 06/14/07 | Clancy | Reviewed discovery documents and newspaper articles. | .30 |
| 06/14/07 | Garlitz | Review and provide summaries of PD claims for D. Cameron. | .40 |
| 06/14/07 | Rawls | Reviewing documents for pleading preparation. | .50 |
| 06/14/07 | Rea | Review and analyze product identification order (1.5); review remaining PD cases (1.5); correspondence re: stipulations to expunge claims (0.2). | 3.20 |

172573 W. R. Grace & Co.                          Invoice Number  1574180
60033  Claim Analysis Objection Resolution & Estimation Page  11
       (Asbestos)
       July 30, 2007


| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 06/14/07 | Restivo | P.D. case review (1.9); confer and consult with D. Speights (1.3); email re: same (.5). | 3.70 |
| 06/15/07 | Aten | Conference with L. Flatley re: outstanding issues (.8); continue to review and analyze materials re: Pacific Freeholds in preparation for hearing (4.4). | 5.20 |
| 06/15/07 | Cameron | Review and revise draft Order relating to trial of Motley Rice claims on July 30 - August 1 (0.9); multiple e-mails regarding same (0.7); meet with L. Flatley and T. Rea regarding same (0.6); attention to Canadian claim issues (0.9); review materials for Washington claims (0.5). | 3.60 |
| 06/15/07 | Flatley | Emails and replies (0.2); with D. Cameron and T. Rea re: trial preparation status and plans (0.8); with R. Aten re: preparation for statute of limitations trials (0.9); follow-up on meeting, including emails re: deposition preparation (0.4); confer with D. Cameron (0.2). | 2.50 |
| 06/15/07 | Garlitz | Review and summaries of PD claims for D. Cameron. | .30 |
| 06/15/07 | Rawls | Reviewing documents for pleading preparation. | 3.00 |
| 06/15/07 | Rea | Draft motion to amend Product Identification Order. | 3.30 |
| 06/15/07 | Wrenshall | Continued research on hearsay issue in civil procedure rule 32 context (1.2); office conference with Rebecca Aten re findings (.2). | 1.40 |
| 06/17/07 | Aten | Continue to review and analyze materials re: Pacific Freeholds in preparation of hearing. | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number  1574180
60033  Claim Analysis Objection Resolution & Estimation Page  12
       (Asbestos)
       July 30, 2007


| Date | Name | | Hours |
|------|------|---|------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/17/07 | Cameron | Review claims file materials for S/L trial. | 1.40 |
| 06/18/07 | Aten | Continue to review, read, analyze material re: Pacific Freeholds in preparation for hearing. | 7.10 |
| 06/18/07 | Cameron | Prepare for (0.4); and meet with T. Rea regarding status of open issues (0.6); prepare and revise orders (0.4); multiple e-mails regarding same (0.4); review claims files regarding Washington claims and Canadian claims (2.1); attention to list of remaining claims (0.4); attention to M. Corn questions and e-mail (0.3). | 4.60 |
| 06/18/07 | Garlitz | Review and summaries of PD claims for D. Cameron. | .50 |
| 06/18/07 | Rea | Work on property damage claims issues. | 6.90 |
| 06/19/07 | Aten | Continue to read, review, analyze material for hearing re: Pacific Freeholds. | 6.30 |
| 06/19/07 | Cameron | Review material from T. Rea regarding S/L objections and proof in claims files (0.7); e-mails regarding scheduling issues for S/L trial (0.4); e-mail regarding product ID ruling (0.3); telephone call with T. Rea regarding same (0.2); review proposed orders (0.4); attention to Canadian claims (0.6);. | 2.60 |
| 06/19/07 | Clancy | Meet with R. Aten re: binder materials. | .20 |
| 06/19/07 | Garlitz | Review and provide summaries of PD claims for D. Cameron. | .90 |
| 06/19/07 | Rea | Preparation for Statute of Limitation trials (4.0); finalize motion to amend Product ID Order (0.6). | 4.60 |

172573 W. R. Grace & Co.                          Invoice Number  1574180
60033  Claim Analysis Objection Resolution & Estimation Page  13
       (Asbestos)
       July 30, 2007


| Date | Name | | Hours |
|------|------|------|-------|
| 06/20/07 | Aten | Continue to review and analyze materials re: Pacific Freeholds. | 8.50 |
| 06/20/07 | Cameron | Attention to issues relating to withdrawal of claims (0.8); e-mails regarding same (0.4); review scheduling order and COC (0.4); review motion to amend order (0.2); review Canadian claims product ID materials (0.8); review statute of limitations materials for July trial (0.8). | 3.40 |
| 06/20/07 | Garlitz | Review and provide summaries of PD claims for D. Cameron. | .50 |
| 06/20/07 | Rea | Correspondence and attention to issues re: withdrawal of claims. | 1.00 |
| 06/21/07 | Aten | Continue to review and analyze materials re: Pacific Freeholds. | 6.10 |
| 06/21/07 | Cameron | Continued review of revisions to COC's and orders relating to July 30 - August 1, 2007 hearing, withdrawal of claims and Debtors' Motion to Amend (1.7); multiple e-mails and calls regarding same (0.8); attention to claims files and product ID issues for remaining Canadian claims (1.2); attention to Pacific Freehold scheduling and statute issues (0.8); review claims file materials for Motley Rice claims regarding statute of limitations (0.9); e-mails regarding same (0.4). | 5.80 |
| 06/21/07 | Garlitz | Assist team with various issues relating to PD claims (.40) ; Various e-mails with team regarding same (.20);  review and provide summaries of PD claims for D. Cameron (0.6). | 1.20 |

172573  W. R. Grace & Co.                              Invoice Number  1574180
60033   Claim Analysis Objection Resolution & Estimation Page  14
        (Asbestos)
        July 30, 2007

| Date | Name | | Hours |
|------|------|------|-------|

| 06/21/07 | Rea | Preparation for Statute of Limitations trial (1.7); revisions to orders to file with court (0.5). | 2.20 |
| 06/22/07 | Cameron | Attention to status conference/scheduling conference issues (1.4); prepare and revise summary/outline of open issues and things-to-do (2.2); finalize various orders for court filing (0.6); review materials relating to pending Canadian claims, including product ID and statute of limitation issues (1.7). | 5.90 |
| 06/22/07 | Garlitz | Review and provide summaries of PD claims for D. Cameron. | .70 |
| 06/22/07 | Rea | Review to-do memorandum (0.5); negotiations re: claims to withdraw (0.5);  revisions to orders to file with court (0.5); prepare analysis of remaining claims (2.5). | 4.00 |
| 06/23/07 | Cameron | E-mails and attention to open issues. | .60 |
| 06/24/07 | Cameron | Review summary materials for status conference (0.7); meet with J. Restivo regarding same (0.9). | 1.60 |
| 06/24/07 | Restivo | Preparation for Omnibus Hearing and telephone conference with R. Finke, R. Beber and D. Cameron re: same. | 2.50 |
| 06/25/07 | Cameron | Attention to PD claims status (0.9); meet with R. Finke and J. Restivo regarding same (0.7); attention to statute of limitations objections to State of Washington claims and evidence issues (0.9). | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number   1574180
60033  Claim Analysis Objection Resolution & Estimation Page  15
       (Asbestos)
       July 30, 2007

| Date | Name | | Hours |
|------|------|------|-------|

| 06/25/07 | Flatley | Meet with W. Sparks on call (0.1); meeting with W. Sparks, R. Finke, D. Cameron and J. Restivo and follow-up on meeting (1.5); re-scheduling depositions (0.7); review correspondence and organize (0.6). | 2.90 |
| 06/25/07 | Rea | Review of claim files for Statute of Limitations trial. | 5.10 |
| 06/26/07 | Ament | Various e-mails and meetings with T. Rea and D. Cameron re: Pacific Freeholds (.30); telephone calls with Judge Fitzgerald's office requesting trial dates for same (.20); prepare for and meet with team re: status and planning (1.40). | 1.90 |
| 06/26/07 | Cameron | Prepare for (1.1) and attend weekly meeting regarding strategy and open issues (1.2); review claims file materials for list of claims and hearing evidence (1.4); e-mails regarding expunged claims (0.4); e-mails regarding scheduling for July 30 hearing (0.2); review and revise letter regarding product ID issues (0.6). | 4.90 |
| 06/26/07 | Flatley | Correspondence/e-mail review (0.6); team meeting and follow-up (1.9); messages to/from R. Aten (0.2); message for R. Senfteben (0.1); e-mails and replies (0.3). | 3.10 |
| 06/26/07 | Rea | Review of claims for Statute of Limitations trial (2.2);  attend trial team meeting (1.1). | 3.30 |
| 06/26/07 | Restivo | File review (1.4); attend planning meeting (1.0). | 2.40 |
| 06/27/07 | Ament | Various e-mails and meetings with team re: August trial dates relating to Pacific Freeholds (.50); telephone calls with Judge Fitzgerald's office re: same (.20). | .70 |

172573 W. R. Grace & Co.                          Invoice Number  1574180
60033  Claim Analysis Objection Resolution & Estimation Page  16
       (Asbestos)
       July 30, 2007


| Date | Name | | Hours |
| ------- | ---------- | | ----- |
| 06/27/07 | Cameron | Finalize discussions regarding scheduling for Pacific Freeholds (0.4); review materials relating to Pacific Freeholds claim (0.9); review materials for July 30-31 hearing (0.8); meet with T. Rea regarding same (0.2); begin outline of case for trial (0.9); meet with J. Restivo regarding Product ID issues (0.4); review and revise letter regarding same (0.8); e-mails regarding scheduling issues (0.4). | 4.80 |
| 06/27/07 | Flatley | E-mails and replies on various issues (0.4); arrange for fact witness depositions and preparation including call with W. Sparks and follow-up (0.6); e-mails from/to B. Harding (0.1); review scheduling issues for P. Freeholds hearing (1.5); call with R. Senftleben (0.1); additional schedule issues (0.4). | 3.10 |
| 06/27/07 | Rea | Preparation for Statute of Limitations trial. | 1.00 |
| 06/27/07 | Restivo | Emails, memos, and analysis re: Speights, Washington nullum tempus, trial dates, etc. | 4.50 |
| 06/28/07 | Ament | Telephone call from W. Kennelly re: Judge Fitzgerald's request for order relating to PD hearing dates (.10); e-mail to team re: same (.10); e-mails with J. Baer re: same (.10); additional telephone calls with W. Kennelly and R. Baker re: hearing dates (.20); various e-mails and meetings with team to assist with PD issues (.50); access PACER, review, obtain and provide T. Rea with information relating to PD claims (3.0). | 4.00 |

172573 W. R. Grace & Co.                              Invoice Number  1574180
60033  Claim Analysis Objection Resolution & Estimation Page  17
       (Asbestos)
       July 30, 2007


    Date   Name                                                   Hours
    -------- -----------                                          -----


 06/28/07 Cameron          Review and revise product ID            4.10
                           communication (0.5); telephone
                           call with R. Finke regarding same
                           (0.3); multiple e-mails regarding
                           scheduling and trial issues (0.8);
                           e-mails regarding July 30 - August
                           1 hearing evidence (0.9); meet
                           with T. Rea regarding same (0.3);
                           meet with J. Restivo regarding
                           Canadian claims and argument
                           (0.5); review Canadian statute of
                           limitations motions (0.8).


 06/28/07 Flatley          E-mails to medical expert (0.1);        3.90
                           scheduling issues re Pacific
                           Freeholds case (1.3); WSU statute
                           of limitations issues, including
                           review/analysis of legal
                           memorandum (0.9); with T. Rea
                           about statute of limitations
                           research (0.3); e-mails and calls
                           re: scheduling fact witness
                           depositions (1.3).


 06/28/07 Rea              Analysis of claims for Statute of       6.00
                           Limitations trial.


 06/28/07 Restivo          Strategic meeting (2.2);                4.70
                           negotiations with Speights (.8);
                           telephone calls and emails with
                           client and K&E (1.7).


 06/29/07 Ament            Review J. Restivo outline re:           1.50
                           status (.30); assist team with
                           various PD issues (.70); telephone
                           call to Judge Fitzgerald's Office
                           re: PD hearing dates (.10);
                           various e-mails and meetings with
                           D. Cameron and T. Rea re: same
                           (.40).


 06/29/07 Black            Initial meeting with assigning          1.50
                           attorney Traci Rea (0.1);
                           Washington State University online
                           history research re: state
                           affiliation and funding (1.4).

172573  W. R. Grace & Co.                                    Invoice Number   1574180
60033   Claim Analysis Objection Resolution & Estimation Page   18
        (Asbestos)
        July 30, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| 06/29/07 | Cameron | Multiple e-mails regarding settled claims (0.4); telephone call with R. Finke regarding open issues and scheduling (0.3); attention to list of claims to be tried July 30-August 1, 2007 (0.8); attention to legal research and evidence for said trial (1.4); multiple e-mails regarding scheduling orders requested by the Court (0.8); attention to issues relating to schedules for Canadian claim statute of limitations (0.9); attention to Pacific Freeholds scheduling issues (0.5). | 5.10 |
| 06/29/07 | Rea | Analysis of claims for Statute of Limitations trial. | 7.70 |
| 06/29/07 | Restivo | Emails and telephone calls re: status hearing. | 1.00 |
| 06/30/07 | Cameron | Review draft schedule and revise (0.6); attention to trial prep issues relating to 7/30 hearing (0.9); review list of claims regarding same (0.2); review Canadian statute of limitations issues (0.8). | 2.50 |

                                                              ------
                                        TOTAL HOURS   418.30

172573 W. R. Grace & Co.                          Invoice Number  1574180
60033  Claim Analysis Objection Resolution & Estimation Page  19
       (Asbestos)
       July 30, 2007

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 45.70 | at $ | 635.00 | = | 29,019.50 |
| Lawrence E. Flatley | 42.20 | at $ | 575.00 | = | 24,265.00 |
| Douglas E. Cameron | 102.60 | at $ | 570.00 | = | 58,482.00 |
| Traci Sands Rea | 63.70 | at $ | 400.00 | = | 25,480.00 |
| Harold J. Engel | 20.30 | at $ | 525.00 | = | 10,657.50 |
| Andrew J. Muha | 3.30 | at $ | 350.00 | = | 1,155.00 |
| Rebecca E. Aten | 89.70 | at $ | 295.00 | = | 26,461.50 |
| Danielle D. Rawls | 7.60 | at $ | 240.00 | = | 1,824.00 |
| Maureen L. Atkinson | 1.50 | at $ | 190.00 | = | 285.00 |
| Lynn D. Williams | 2.30 | at $ | 180.00 | = | 414.00 |
| Maria E. DiChiera | 0.20 | at $ | 210.00 | = | 42.00 |
| Sharon A. Ament | 14.10 | at $ | 145.00 | = | 2,044.50 |
| Margaret A. Garlitz | 9.50 | at $ | 185.00 | = | 1,757.50 |
| Stephanie J. Black | 1.50 | at $ | 190.00 | = | 285.00 |
| Mathew M. Wrenshall | 9.80 | at $ | 190.00 | = | 1,862.00 |
| Samantha M. Clancy | 4.30 | at $ | 190.00 | = | 817.00 |

                       CURRENT FEES                        184,851.50

                                                          ------------
            TOTAL BALANCE DUE UPON RECEIPT                 $184,851.50
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1574181
One Town Center Road                      Invoice Date       07/30/07
Boca Raton, FL   33486                    Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                          15,657.50
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $15,657.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number    1574181
One Town Center Road                Invoice Date      07/30/07
Boca Raton, FL   33486              Client Number      172573
                                    Matter Number        60035


================================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2007

|  Date  | Name | | Hours |
| --- | --- | --- | --- |
| 05/23/07 | Sanner | Continue work on OSHA project. | 4.70 |
| 06/02/07 | Cameron | Review expert materials. | 1.20 |
| 06/07/07 | Taylor-Payne | Research and compile repository of key governmental records. | 4.00 |
| 06/08/07 | Taylor-Payne | Continued researching and compiling repository of key governmental records. | 5.00 |
| 06/11/07 | Taylor-Payne | Continued researching and compiling repository of key governmental records. | 3.30 |
| 06/12/07 | Taylor-Payne | Continued researching and compiling repository of key governmental records. | 3.30 |
| 06/13/07 | Sheliga | Assisted Ms. Taylor-Payne with researching key governmental records. | .50 |
| 06/13/07 | Taylor-Payne | Continued researching and compiling repository of key governmental records. | 1.50 |
| 06/15/07 | Taylor-Payne | Continued researching and compiling key governmental documents. | 1.70 |

```
172573  W. R. Grace & Co.                      Invoice Number  1574181
60035   Grand Jury Investigation               Page    2
        July 30, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/18/07 | Taylor-Payne | Continued researching and compiling key governmental documents. | 1.80 |
| 06/19/07 | Taylor-Payne | Continued researching and compiling key governmental documents. | 1.60 |
| 06/20/07 | Sheliga | Assisted Ms. Taylor-Payne with researching key governmental records. | .40 |
| 06/20/07 | Taylor-Payne | Continued researching and compiling key governmental documents. | 2.40 |
| 06/21/07 | Taylor-Payne | Continued researching and compiling key governmental documents. | 1.80 |
| 06/22/07 | Taylor-Payne | Continued researching and compiling key governmental documents. | .70 |
| 06/25/07 | Taylor-Payne | Continued researching and compiling key governmental documents. | .60 |
| 06/26/07 | Cameron | Review expert reliance materials (0.7); prepare for call (0.9). | 1.60 |
| 06/26/07 | Taylor-Payne | Continued researching and compiling key governmental documents. | 2.00 |
| 06/27/07 | Cameron | Telephone call with R. Finke regarding open issues for criminal matter (0.4); review expert work (0.7). | 1.10 |
| 06/27/07 | Taylor-Payne | Continued researching and compiling key governmental documents. | 2.60 |
| 06/28/07 | Cameron | Review expert reliance materials. | 1.20 |
| 06/28/07 | Taylor-Payne | Continued researching and compiling key governmental documents. | 3.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1574181
60035  Grand Jury Investigation             Page   3
       July 30, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/29/07 | Sheliga | Assisted Ms. Taylor-Payne with researching key governmental records. | .50 |
| 06/29/07 | Taylor-Payne | Continued researching and compiling key governmental documents. | 2.60 |
| 06/30/07 | Sanner | Continue review and analysis of submissions to OSHA. | 7.80 |

```
                                              ------
                                  TOTAL HOURS   57.20
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|---|---|------|---|-------|
| Douglas E. Cameron | 5.10 | at | $ | 570.00 | = | 2,907.00 |
| Margaret L. Sanner | 12.50 | at | $ | 425.00 | = | 5,312.50 |
| Jennifer L. Taylor-Payne | 38.20 | at | $ | 185.00 | = | 7,067.00 |
| Nancy A. Sheliga | 1.40 | at | $ | 265.00 | = | 371.00 |

```
                     CURRENT FEES                       15,657.50


                                                      ------------
          TOTAL BALANCE DUE UPON RECEIPT               $15,657.50
                                                      ============
```