REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1574275
One Town Center Road                     Invoice Date      07/30/07
Boca Raton, FL   33486                   Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                  0.00
    Expenses                         15,250.46

        TOTAL BALANCE DUE UPON RECEIPT        $15,250.46
                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1574275 |
| Invoice Date | 07/30/07 |
| Client Number | 172573 |
| Matter Number | 60026 |

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Telephone Expense | 7.76 | |
| IKON Copy Services | 244.40 | |
| PACER | 25.92 | |
| Duplicating/Printing/Scanning | 48.50 | |
| Westlaw | 94.80 | |
| Postage Expense | 9.50 | |
| Transcript Expense | 1,716.75 | |
| Consulting Fees | 12,957.83 | |
| Secretarial Overtime | 22.50 | |
| Telephone - Outside | 122.50 | |
| CURRENT EXPENSES | | 15,250.46 |
| | | -------------- |
| TOTAL BALANCE DUE UPON RECEIPT | | $15,250.46 |
| | | ============ |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1574275
One Town Center Road                     Invoice Date      07/30/07
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 05/01/07 | Duplicating/Printing/Scanning | 18.20 |
| 05/01/07 | Secretarial Overtime-WR Grace: update fee application | 22.50 |
| 05/01/07 | Postage Expense-PLEADINGS | 4.20 |
| 05/01/07 | Postage Expense PLEADINGS | 5.30 |
| 05/21/07 | PACER | 8.80 |
| 05/30/07 | PACER | 17.12 |
| 06/04/07 | Duplicating/Printing/Scanning ATTY # 1398; 1 COPIES | .10 |
| 06/04/07 | Duplicating/Printing/Scanning ATTY # 0559: 33 COPIES | 3.30 |
| 06/05/07 | Telephone Expense 518-461-7106/ALBANY, NY/5 | .25 |
| 06/05/07 | Telephone Expense 843-216-9198/MTPLEASANT, SC/3 | .15 |
| 06/05/07 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .10 |
| 06/05/07 | Duplicating/Printing/Scanning ATTY # 0559: 33 COPIES | 3.30 |
| 06/06/07 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |

172573  W. R. Grace & Co.                          Invoice Number  1574275
60026  Litigation and Litigation Consulting        Page    2
        July 30, 2007

| 06/07/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/6 | .30 |
| 06/08/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/2 | .10 |
| 06/11/07 | Transcript Expense - RICHARD LEMEN 04/06/07<br>deposition | 1716.75 |
| 06/11/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/19 | .95 |
| 06/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 06/14/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .20 |
| 06/15/07 | Telephone Expense<br>33153465050/France/2 | .16 |
| 06/15/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/14 | .70 |
| 06/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .20 |
| 06/15/07 | Westlaw Legal research re: property damage<br>claims litigation. | 94.80 |
| 06/18/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/7 | .35 |
| 06/20/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/11 | .55 |
| 06/20/07 | Duplicating/Printing/Scanning<br>ATTY # 4010; 48 COPIES | 4.80 |
| 06/22/07 | IKON Copy Services - - copying and postage for<br>service of fee application materials. | 119.70 |
| 06/22/07 | IKON Copy Services - - copying and postage for<br>service of fee application materials. | 57.90 |
| 06/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 06/26/07 | Duplicating/Printing/Scanning<br>ATTY # 0718; 21 COPIES | 2.10 |

172573 W. R. Grace & Co.                          Invoice Number  1574275
60026  Litigation and Litigation Consulting       Page   3
       July 30, 2007

| 06/26/07 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPIES | .10 |
| 06/26/07 | Duplicating/Printing/Scanning ATTY # 0559: 11 COPIES | 1.10 |
| 06/26/07 | Duplicating/Printing/Scanning ATTY # 0559: 33 COPIES | 3.30 |
| 06/26/07 | Duplicating/Printing/Scanning ATTY # 0559: 33 COPIES | 3.30 |
| 06/26/07 | Duplicating/Printing/Scanning ATTY # 0559: 33 COPIES | 3.30 |
| 06/26/07 | Telephone Expense 410-531-4355/COLUMBIA, MD/34 | 1.70 |
| 06/27/07 | Telephone Expense 410-531-4355/COLUMBIA, MD/26 | 1.30 |
| 06/28/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/10 | .50 |
| 06/29/07 | Duplicating/Printing/Scanning ATTY # 0559: 11 COPIES | 1.10 |
| 06/29/07 | Duplicating/Printing/Scanning ATTY # 0559: 33 COPIES | 3.30 |
| 06/29/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/9 | .45 |
| 06/29/07 | Telephone Expense 312-207-6472/CHICAGO, IL/6 | .30 |
| 06/30/07 | IKON Copy Services - - copying and postage for service of fee application materials. | 66.80 |
| 06/30/07 | Telephone - Outside - - VENDOR: DOUGLAS E. CAMERON CALL IN TO COURT HEARING | 122.50 |
| 07/24/07 | Consulting Fees - - VENDOR: ENVIRON INT'L CORPORATION - DOC. REVIEW/DRAFTING OF DR. RODERICK'S EXPERT REPORT - Expert consultant fees for work on personal injury claims against W.R. Grace for June, 2007. | 12957.83 |

                              CURRENT EXPENSES              15,250.46
                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $15,250.46
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1574276
5400 Broken Sound Blvd., N.W.        Invoice Date        07/30/07
Boca Raton, FL 33487                 Client Number        172573

========================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

    Fees                                 0.00
    Expenses                           766.11

              TOTAL BALANCE DUE UPON RECEIPT          $766.11
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      1574276
5400 Broken Sound Blvd., N.W.                  Invoice Date       07/30/07
Boca Raton, FL 33487                           Client Number        172573
                                               Matter Number         60028


===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Telephone Expense                         3.55
      Duplicating/Printing/Scanning             5.90
      Parking/Tolls/Other Transportation       19.00
      Air Travel Expense                      586.51
      Taxi Expense                             78.00
      Mileage Expense                          52.38
      Meal Expense                             20.77

                  CURRENT EXPENSES                     766.11
                                                  -------------

                  TOTAL BALANCE DUE UPON RECEIPT      $766.11
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                            Invoice Number    1574276
5400 Broken Sound Blvd., N.W.          Invoice Date    07/30/07
Boca Raton, FL 33487                   Client Number      172573
                                       Matter Number       60028


========================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/05/07 | Telephone Expense<br>312-861-3412/CHICAGO, IL/14 | .70 |
| 06/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0885: 3 COPIES | .30 |
| 06/12/07 | Telephone Expense<br>803-943-4444/HAMPTON, SC/2 | .10 |
| 06/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 5 COPIES | .50 |
| 06/14/07 | Telephone Expense<br>843-987-0794/LOWCOUNTRY, SC/19 | .95 |
| 06/19/07 | Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY<br>PREPARATION FOR MEETINGS IN NYC W/R. FINKE, W.<br>SPARKS AND D. CAMERON 6/14/07 - - Driving<br>to/from Pittsburgh airport. | 29.10 |
| 06/19/07 | Parking/Tolls/Other Transportation - - VENDOR:<br>LAWRENCE E. FLATLEY PREPARATION FOR MEETINGS IN<br>NYC W/R. FINKE, W. SPARKS AND D. CAMERON<br>6/14/07 | 19.00 |
| 06/19/07 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON<br>TRAVEL TO NYC FOR MEETING WITH CONSULTANT<br>6/14/07 | 20.77 |
| 06/19/07 | Air Travel Expense - - VENDOR: DOUGLAS E.<br>CAMERON TRAVEL TO NYC FOR MEETING WITH<br>CONSULTANT 6/14/07 | 586.51 |

172573 W. R. Grace & Co.                          Invoice Number  1574276
60028  ZAI Science Trial                          Page    2
       July 30, 2007


06/19/07    Taxi Expense - - VENDOR: DOUGLAS E. CAMERON        78.00
            TRAVEL TO NYC FOR MEETING WITH CONSULTANT
            6/14/07

06/19/07    Mileage Expense - - VENDOR: DOUGLAS E. CAMERON     23.28
            TRAVEL TO NYC FOR MEETING WITH CONSULTANT
            6/14/07 - - Travel to/from PGH airport.

06/24/07    Duplicating/Printing/Scanning                        .60
            ATTY # 0349: 6 COPIES

06/24/07    Duplicating/Printing/Scanning                       1.20
            ATTY # 0349: 12 COPIES

06/25/07    Duplicating/Printing/Scanning                        .90
            ATTY # 0349: 9 COPIES

06/28/07    Duplicating/Printing/Scanning                        .60
            ATTY # 0349: 6 COPIES

06/28/07    Duplicating/Printing/Scanning                        .60
            ATTY # 0349: 6 COPIES

06/28/07    Duplicating/Printing/Scanning                        .60
            ATTY # 0349: 6 COPIES

06/28/07    Duplicating/Printing/Scanning                        .60
            ATTY # 0349: 6 COPIES

06/28/07    Telephone Expense                                    .85
            561-362-1533/BOCA RATON, FL/17

06/28/07    Telephone Expense                                    .30
            312-861-2162/CHICAGO, IL/7

06/28/07    Telephone Expense                                    .65
            803-943-4444/HAMPTON, SC/14

                        CURRENT EXPENSES                       766.11
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT        $766.11
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 1574277 |
| One Town Center Road | Invoice Date | 07/30/07 |
| Boca Raton, FL   33486 | Client Number | 172573 |

=============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 8,828.33 |

TOTAL BALANCE DUE UPON RECEIPT        $8,828.33
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1574277
One Town Center Road                      Invoice Date      07/30/07
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60033

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 9.15 |
| PACER | 305.52 |
| Documentation Charge | 204.90 |
| Duplicating/Printing/Scanning | 1,841.70 |
| Westlaw | 100.02 |
| Transcript Expense | 2,664.41 |
| Courier Service - Outside | 259.98 |
| Searches | 320.00 |
| Outside Duplicating | 186.04 |
| Secretarial Overtime | 555.00 |
| Lodging | 240.35 |
| Parking/Tolls/Other Transportation | 55.00 |
| Air Travel Expense | 144.20 |
| Taxi Expense | 46.00 |
| Meal Expense | 1,570.78 |
| Telephone - Outside | 303.96 |
| General Expense | 21.32 |

                    CURRENT EXPENSES              8,828.33
                                              -------------

          TOTAL BALANCE DUE UPON RECEIPT        $8,828.33
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1574277
One Town Center Road                      Invoice Date      07/30/07
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 04/05/07 | Meal Expense Coventry Deli Catering; lunch for 5 attorneys during W.R Grace mtg on 03/06/07. | 66.69 |
| 04/05/07 | Meal Expense Columbia Catering (LM); lunch for 9 during meeting on 03/28/07 with witnesses in PHL. | 103.31 |
| 05/02/07 | Secretarial Overtime-W.R. Grace - after hearing arrangements | 30.00 |
| 05/02/07 | Secretarial Overtime-W.R. Grace - hearing prep. | 82.50 |
| 05/02/07 | Secretarial Overtime-WR Grace - hearing co-counsel prep. | 45.00 |
| 05/03/07 | Meal Expense Jack Kramer's Catering - - breakfast  for 10 during meeting with witnesses in PHL on  04/17/07. | 118.90 |
| 05/03/07 | Meal Expense Jack Kramer's Catering - -  lunch for 10 during meeting with witnesses in PHL on 4/17/07. | 125.84 |
| 05/03/07 | Meal Expense Eadie's Catering (LM); Grace Hearing on 04/09/07 | 105.65 |
| 05/03/07 | Meal Expense Eadie's Catering (LM) - - lunch for 7 attorneys and 1 paralegal during  Grace Hearing on 04/09/07. | 114.89 |
| 05/03/07 | Meal Expense Eadie's Catering (LM); Client mtg on 04/12/07 | 119.06 |

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       July 30, 2007


| 05/03/07 | Meal Expense Eadie's Catering (LM); Kirkland Folks on 04/13/0 | 51.10 |
| 05/03/07 | Meal Expense Eadie's Catering (LM) - - lunch for 10 during K&E hearing prep. meeting on 04/13/07. | 134.25 |
| 05/03/07 | Meal Expense Quiznos - 6th Street - - lunch for 3 paralegals and 1 secretary while assembling hearing exhibits on 4/13/07. | 49.24 |
| 05/03/07 | Meal Expense Quiznos - 6th Street - - lunch for 3 attorneys and 2 paralegals during trial prep. on  04/20/07. | 57.34 |
| 05/03/07 | Meal Expense Eadie's Catering (LM) - - lunch for 7 attorneys and 2 paralegals during trial prep. on 04/20/07. | 108.77 |
| 05/03/07 | Meal Expense Eadie's Catering (LM) - - lunch for 7 attorneys and 2 paralegals during product ID trial on 04/24/07. | 132.06 |
| 05/03/07 | Meal Expense Mark's Grille and Catering (Reed Smith); PID Tri | 147.42 |
| 05/03/07 | Meal Expense Eadie's Catering (LM); PID Trial on 04/25/07 | 68.95 |
| 05/03/07 | Secretarial Overtime-WR Grace: Claim - revisions to trial materials. | 30.00 |
| 05/04/07 | Secretarial Overtime-WR Grace: Litigation - revisions to spreadsheet | 15.00 |
| 05/05/07 | Secretarial Overtime-WR Grace: Litigation - revisions to spreadsheet | 45.00 |
| 05/07/07 | Telephone - Outside Chorus Call Inv No: 0300394 -  REA - UNASSISTED | 7.96 |
| 05/07/07 | Secretarial Overtime-WR Grace-assist with hearing prep. | 30.00 |
| 05/08/07 | PACER | 2.80 |
| 05/08/07 | Secretarial Overtime-WR Grace-hearing prep. | 30.00 |
| 05/08/07 | Secretarial Overtime-WR Grace-hearing prep. | 30.00 |

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage   3
       (Asbestos)
       July 30, 2007


05/09/07   Secretarial Overtime-WR Grace-hearing prep.          52.50

05/09/07   Secretarial Overtime-WR Grace-Pre Trial prep.        45.00

05/09/07   Secretarial Overtime-WR Grace-Claims- assist         22.50
           with hearing prep.

05/10/07   Secretarial Overtime-WR Grace-Expert depo prep.      45.00

05/14/07   Telephone - Outside                                    .77
           Chorus Call Inv No: 0301232 -  AMENT -

05/18/07   Courier Service - UPS - Shipped from Douglas         10.20
           Cameron Reed Smith LLP - Pittsburgh to Richard
           C. Finke, W.R. Grace Company (BOCA RATON FL
           33487).

05/18/07   PACER                                                 2.40

05/18/07   PACER                                               102.56

05/18/07   WRGrace.Claims - printing documents for hearing      52.50
           preparation

05/24/07   Courier Service - UPS - Shipped from Rebecca         25.10
           Aten Reed Smith LLP - Pittsburgh to Ann Ellias
           Perkins Coie LLP (SANTA MONICA CA 90404).

05/24/07   Courier Service - UPS - Shipped from  REED            7.59
           SMITH LLP to Ann Ellias Perkins Coie LLP (SANTA
           MONICA CA 90404).

05/24/07   Telephone - Outside                                   9.38
           Chorus Call Inv No: 0301974 -  CAMERON -

05/25/07   Telephone - Outside                                  28.33
           Chorus Call Inv No: 0301974 -  ATEN - UNASSISTED

05/25/07   PACER                                                11.84

05/29/07   Telephone - Outside                                  14.90
           Chorus Call Inv No: 0302561 -  ATEN - UNASSISTED

05/30/07   PACER                                                23.28

05/31/07   PACER                                               162.64

06/01/07   Duplicating/Printing/Scanning                         .10
           ATTY # 3928: 1 COPIES

172573 W. R. Grace & Co.                                    Invoice Number   1574277
60033  Claim Analysis Objection Resolution & EstimationPage   4
       (Asbestos)
       July 30, 2007


06/01/07   Duplicating/Printing/Scanning                              .10
           ATTY # 3928: 1 COPIES

06/01/07   Duplicating/Printing/Scanning                              .20
           ATTY # 3928: 2 COPIES

06/01/07   Duplicating/Printing/Scanning                              .10
           ATTY # 3928: 1 COPIES

06/01/07   Duplicating/Printing/Scanning                              .10
           ATTY # 0349: 1 COPIES

06/01/07   Duplicating/Printing/Scanning                              .30
           ATTY # 0559: 3 COPIES

06/01/07   Duplicating/Printing/Scanning                              .30
           ATTY # 0559: 3 COPIES

06/01/07   Duplicating/Printing/Scanning                              .60
           ATTY # 0559: 6 COPIES

06/01/07   Duplicating/Printing/Scanning                              .30
           ATTY # 0559: 3 COPIES

06/01/07   Duplicating/Printing/Scanning                              .60
           ATTY # 0559: 6 COPIES

06/01/07   Duplicating/Printing/Scanning                              .60
           ATTY # 0559: 6 COPIES

06/01/07   Duplicating/Printing/Scanning                              .40
           ATTY # 0559: 4 COPIES

06/01/07   Duplicating/Printing/Scanning                              .50
           ATTY # 0559: 5 COPIES

06/01/07   Duplicating/Printing/Scanning                              .80
           ATTY # 0559: 8 COPIES

06/01/07   Duplicating/Printing/Scanning                              .10
           ATTY # 4810; 1 COPIES

06/01/07   Duplicating/Printing/Scanning                             5.90
           ATTY # 3928; 59 COPIES

06/01/07   Duplicating/Printing/Scanning                              .10
           ATTY # 4810; 1 COPIES

06/01/07   Duplicating/Printing/Scanning                              .40
           ATTY # 0559; 4 COPIES

172573  W. R. Grace & Co.                                   Invoice Number  1574277
60033   Claim Analysis Objection Resolution & Estimation Page    5
        (Asbestos)
        July 30, 2007


06/01/07    Duplicating/Printing/Scanning                               .10
            ATTY # 4810; 1 COPIES

06/01/07    Duplicating/Printing/Scanning                               .80
            ATTY # 4810; 8 COPIES

06/01/07    Courier Service - UPS - Shipped from Sharon              23.70
            Ament Reed Smith LLP - Pittsburgh to Gary M.
            Vogt Kirkland & Ellis LLP (Chicago IL 60601).

06/04/07    Telephone Expense                                          .10
            610-284-4940/UPPERDARBY, PA/3

06/04/07    Telephone Expense                                          .10
            610-284-4940/UPPERDARBY, PA/2

06/04/07    Telephone Expense                                          .30
            215-493-4786/YARDLEY, PA/6

06/04/07    Telephone Expense                                          .20
            610-284-4940/UPPERDARBY, PA/4

06/04/07    Telephone Expense                                          .55
            302-652-5340/WILMINGTON, DE/11

06/04/07    Duplicating/Printing/Scanning                               .10
            ATTY # 4810; 1 COPIES

06/04/07    Duplicating/Printing/Scanning                               .90
            ATTY # 4810; 9 COPIES

06/04/07    Duplicating/Printing/Scanning                              1.60
            ATTY # 4810; 16 COPIES

06/04/07    Duplicating/Printing/Scanning                               .20
            ATTY # 0559; 2 COPIES

06/04/07    Duplicating/Printing/Scanning                             68.80
            ATTY # 3928; 688 COPIES

06/04/07    Duplicating/Printing/Scanning                              2.20
            ATTY # 3928; 22 COPIES

06/04/07    Duplicating/Printing/Scanning                             63.30
            ATTY # 4810; 633 COPIES

06/04/07    Duplicating/Printing/Scanning                              7.90
            ATTY # 4810; 79 COPIES

06/04/07    Duplicating/Printing/Scanning                               .30
            ATTY # 0559; 3 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage   6
       (Asbestos)
       July 30, 2007

| Date | Description | Amount |
|---|---|---|
| 06/04/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 06/04/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 11 COPIES | 1.10 |
| 06/05/07 | Telephone Expense<br>310-788-9900/BEVERLYHLS, CA/13 | .65 |
| 06/05/07 | Telephone Expense<br>404-881-1300/ATLANTA, GA/3 | .10 |
| 06/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0856; 158 COPIES | 15.80 |
| 06/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0349; 3 COPIES | .30 |
| 06/05/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 06/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0887; 11 COPIES | 1.10 |
| 06/05/07 | Courier Service - UPS - Shipped from Natalie F.<br>Bridgewater Reed Smith LLP - Washington to<br>Olgetree, Deakins Lynda Shuler (ATLANTA GA<br>30308). | 32.01 |
| 06/05/07 | Telephone - Outside<br>Chorus Call Inv No: 0303229 -  ATEN - UNASSISTED | 12.76 |
| 06/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 06/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 21 COPIES | 2.10 |
| 06/06/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 223 COPIES | 22.30 |
| 06/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 06/06/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 120 COPIES | 12.00 |
| 06/06/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 392 COPIES | 39.20 |

172573 W. R. Grace & Co.                    Invoice Number  1574277
  60033 Claim Analysis Objection Resolution & EstimationPage    7
         (Asbestos)
         July 30, 2007


06/06/07    Duplicating/Printing/Scanning                      .80
            ATTY # 0349; 8 COPIES

06/06/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0349: 2 COPIES

06/06/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0349: 2 COPIES

06/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

06/06/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0349: 2 COPIES

06/06/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0349: 2 COPIES

06/06/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0349: 2 COPIES

06/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

06/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

06/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

06/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

06/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

06/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

06/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

06/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

06/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

06/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

06/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

172573  W. R. Grace & Co.                          Invoice Number   1574277
60033   Claim Analysis Objection Resolution & EstimationPage   8
        (Asbestos)
        July 30, 2007


06/06/07   Duplicating/Printing/Scanning                            .90
           ATTY # 0396: 9 COPIES

06/06/07   Duplicating/Printing/Scanning                            .40
           ATTY # 0396: 4 COPIES

06/06/07   Duplicating/Printing/Scanning                            .40
           ATTY # 0396: 4 COPIES

06/06/07   Duplicating/Printing/Scanning                            .10
           ATTY # 0349: 1 COPIES

06/06/07   Duplicating/Printing/Scanning                            .20
           ATTY # 0349: 2 COPIES

06/06/07   Duplicating/Printing/Scanning                            .40
           ATTY # 0559: 4 COPIES

06/06/07   Duplicating/Printing/Scanning                            .40
           ATTY # 0559: 4 COPIES

06/06/07   Duplicating/Printing/Scanning                            .40
           ATTY # 0559: 4 COPIES

06/06/07   Duplicating/Printing/Scanning                            .40
           ATTY # 0559: 4 COPIES

06/06/07   Duplicating/Printing/Scanning                            .40
           ATTY # 0559: 4 COPIES

06/06/07   Duplicating/Printing/Scanning                            .40
           ATTY # 0559: 4 COPIES

06/07/07   Telephone Expense                                        .55
           410-531-4355/COLUMBIA, MD/11

06/07/07   Duplicating/Printing/Scanning                           3.20
           ATTY # 3928; 32 COPIES

06/07/07   Duplicating/Printing/Scanning                          19.80
           ATTY # 3928; 198 COPIES

06/07/07   Duplicating/Printing/Scanning                            .90
           ATTY # 7029; 9 COPIES

06/07/07   Duplicating/Printing/Scanning                          11.80
           ATTY # 3928; 118 COPIES

06/07/07   Duplicating/Printing/Scanning                          24.80
           ATTY # 3928; 248 COPIES

172573  W. R. Grace & Co.                              Invoice Number  1574277
 60033  Claim Analysis Objection Resolution & EstimationPage   9
        (Asbestos)
        July 30, 2007


06/07/07    Duplicating/Printing/Scanning                        91.20
            ATTY # 3928; 912 COPIES

06/07/07    Duplicating/Printing/Scanning                        80.00
            ATTY # 3928; 800 COPIES

06/07/07    Duplicating/Printing/Scanning                         2.20
            ATTY # 0349; 22 COPIES

06/07/07    Duplicating/Printing/Scanning                          .70
            ATTY # 0349; 7 COPIES

06/07/07    Duplicating/Printing/Scanning                         5.00
            ATTY # 4722; 50 COPIES

06/07/07    Duplicating/Printing/Scanning                        23.30
            ATTY # 0559; 233 COPIES

06/07/07    Duplicating/Printing/Scanning                         8.60
            ATTY # 0559; 86 COPIES

06/07/07    Duplicating/Printing/Scanning                        78.50
            ATTY # 0349; 785 COPIES

06/07/07    Duplicating/Printing/Scanning                        24.50
            ATTY # 0349; 245 COPIES

06/07/07    Duplicating/Printing/Scanning                          .40
            ATTY # 3928: 4 COPIES

06/07/07    Duplicating/Printing/Scanning                          .30
            ATTY # 3928: 3 COPIES

06/07/07    Duplicating/Printing/Scanning                         2.80
            ATTY # 0559: 28 COPIES

06/07/07    Duplicating/Printing/Scanning                         2.90
            ATTY # 0559: 29 COPIES

06/07/07    Duplicating/Printing/Scanning                         1.50
            ATTY # 0559: 15 COPIES

06/07/07    Duplicating/Printing/Scanning                          .20
            ATTY # 0559: 2 COPIES

06/07/07    Duplicating/Printing/Scanning                          .30
            ATTY # 3928: 3 COPIES

06/07/07    Duplicating/Printing/Scanning                          .60
            ATTY # 3928: 6 COPIES

172573 W. R. Grace & Co.                        Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  10
       (Asbestos)
       July 30, 2007


06/07/07   Duplicating/Printing/Scanning                    .40
           ATTY # 0559: 4 COPIES

06/07/07   Telephone - Outside                           103.66
           Chorus Call Inv No: 0303232 -  ENGEL -

06/08/07   Documentation Charge - - VENDOR: INFORM       158.50
           RESEARCH SERVICES -- DOCUMENT RETRIEVAL - J
           LUKSIK

06/08/07   Documentation Charge - - VENDOR: INFORM        26.60
           RESEARCH SERVICES -- DOCUMENT RETRIEVAL -  J
           LUKSIK

06/08/07   Documentation Charge - - VENDOR: INFORM        19.80
           RESEARCH SERVICES -- DOCUMENT RETRIEVAL - J
           LUKSIK

06/08/07   Telephone Expense                               .10
           410-531-4355/COLUMBIA, MD/3

06/08/07   Telephone Expense                               .75
           410-531-4355/COLUMBIA, MD/16

06/08/07   Duplicating/Printing/Scanning                 15.80
           ATTY # 0349; 158 COPIES

06/08/07   Duplicating/Printing/Scanning                  .80
           ATTY # 7029; 8 COPIES

06/08/07   Duplicating/Printing/Scanning                 10.60
           ATTY # 0349; 106 COPIES

06/08/07   Duplicating/Printing/Scanning                  1.70
           ATTY # 0559; 17 COPIES

06/08/07   Duplicating/Printing/Scanning                  3.30
           ATTY # 0559; 33 COPIES

06/08/07   Duplicating/Printing/Scanning                 18.20
           ATTY # 3928; 182 COPIES

06/08/07   Duplicating/Printing/Scanning                  2.50
           ATTY # 3928; 25 COPIES

06/08/07   Duplicating/Printing/Scanning                  2.80
           ATTY # 0559; 28 COPIES

06/08/07   Duplicating/Printing/Scanning                  .10
           ATTY # 0559; 1 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  11
       (Asbestos)
       July 30, 2007


| | | |
|---|---|---:|
| 06/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 1.50 |
| 06/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 1.80 |
| 06/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 14 COPIES | 1.40 |
| 06/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 3 COPIES | .30 |
| 06/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .10 |
| 06/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 06/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 06/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 06/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 06/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 06/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 06/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | .70 |
| 06/11/07 | Transcript Expense - - VENDOR: TSG REPORTING,<br>INC. - ARNOLD BRODY 04/16/07 DEPOSITION EXPENSE | 1007.00 |
| 06/11/07 | Transcript Expense - - VENDOR: TSG REPORTING,<br>INC. - SAMUEL HAMMER 05/03/07 DEPOSITION<br>EXPENSE | 1416.00 |
| 06/11/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 8 COPIES | .80 |
| 06/11/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 12 COPIES | 1.20 |
| 06/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |

172573 W. R. Grace & Co.                              Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  12
       (Asbestos)
       July 30, 2007


| 06/11/07 | Duplicating/Printing/Scanning ATTY # 0559; 8 COPIES | .80 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 3928; 12 COPIES | 1.20 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 3928; 8 COPIES | .80 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 4218; 2 COPIES | .20 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 0559: 16 COPIES | 1.60 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 0559: 16 COPIES | 1.60 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .10 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 3928: 3 COPIES | .30 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 3928: 4 COPIES | .40 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 3928: 10 COPIES | 1.00 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 3928: 5 COPIES | .50 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 0559: 7 COPIES | .70 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .10 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .10 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |
| 06/11/07 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  13
       (Asbestos)
       July 30, 2007


06/11/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0559: 2 COPIES

06/11/07   Duplicating/Printing/Scanning                          .30
           ATTY # 0559: 3 COPIES

06/11/07   Duplicating/Printing/Scanning                          .30
           ATTY # 0559: 3 COPIES

06/11/07   Duplicating/Printing/Scanning                        99.40
           ATTY # 0887: 994 COPIES

06/11/07   Courier Service - UPS - Shipped from Douglas          15.27
           Cameron Reed Smith LLP - Pittsburgh to Gary
           Becker, Esquire Kramer Levin (NEW YORK NY
           10036).

06/11/07   Courier Service - UPS - Shipped from Douglas          16.74
           Cameron Reed Smith LLP - Pittsburgh to Matthew
           I. Kramer, Bilzin Sumberg (Miami FL 33131).

06/11/07   Courier Service - UPS - Shipped from Douglas          12.36
           Cameron Reed Smith LLP - Pittsburgh to Ray
           Mullady, Jr., Orrick Herrington (WASHINGTON DC
           20007).

06/11/07   Courier Service - UPS - Shipped from Douglas          10.04
           Cameron Reed Smith LLP - Pittsburgh to Scott
           McMillin, Kirkland & Ellis, LLP (Chicago IL
           60601).

06/11/07   Courier Service - UPS - Shipped from Douglas          15.27
           Cameron Reed Smith LLP - Pittsburgh to Daniel
           C. Cohn, Cohn Whitesell (BOSTON MA 02110).

06/11/07   Courier Service - UPS - Shipped from Douglas          12.36
           Cameron Reed Smith LLP - Pittsburgh to Nathan
           D. Finch, Caplin & Drysdale (WASHINGTON DC
           20005).

06/12/07   General Expense - - VENDOR: THE BOX COMPANY.COM        7.00
           - 4 STORAGE BOXES

06/12/07   Duplicating/Printing/Scanning                          .60
           ATTY # 0559; 6 COPIES

06/12/07   Duplicating/Printing/Scanning                          .60
           ATTY # 0559; 6 COPIES

06/12/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0559; 2 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  14
       (Asbestos)
       July 30, 2007


06/12/07    Duplicating/Printing/Scanning                      .90
            ATTY # 7029; 9 COPIES

06/12/07    Duplicating/Printing/Scanning                     2.80
            ATTY # 0559; 28 COPIES

06/12/07    Duplicating/Printing/Scanning                     2.30
            ATTY # 0559; 23 COPIES

06/12/07    Duplicating/Printing/Scanning                    73.60
            ATTY # 0559; 736 COPIES

06/12/07    Duplicating/Printing/Scanning                    20.70
            ATTY # 4218; 207 COPIES

06/12/07    Duplicating/Printing/Scanning                      .30
            ATTY # 3928: 3 COPIES

06/12/07    Duplicating/Printing/Scanning                      .30
            ATTY # 0559: 3 COPIES

06/12/07    Duplicating/Printing/Scanning                      .50
            ATTY # 0559: 5 COPIES

06/12/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0559: 1 COPIES

06/12/07    Duplicating/Printing/Scanning                      .30
            ATTY # 0559: 3 COPIES

06/12/07    Duplicating/Printing/Scanning                      .60
            ATTY # 3928: 6 COPIES

06/12/07    Westlaw Legal research re: property damage        32.40
            claims litigation.

06/13/07    Outside Duplicating - - VENDOR: IKON OFFICE      186.04
            SOLUTIONS, INC. - Production of oversize color
            hearing exhibits.

06/13/07    Duplicating/Printing/Scanning                    19.20
            ATTY # 7029; 192 COPIES

06/13/07    Duplicating/Printing/Scanning                    10.50
            ATTY # 0559; 105 COPIES

06/13/07    Duplicating/Printing/Scanning                    10.50
            ATTY # 0559; 105 COPIES

06/13/07    Duplicating/Printing/Scanning                    19.20
            ATTY # 7029; 192 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  15
       (Asbestos)
       July 30, 2007


| | | |
|---|---|---|
| 06/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 105 COPIES | 10.50 |
| 06/13/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 192 COPIES | 19.20 |
| 06/13/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 06/13/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 06/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 06/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 06/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .10 |
| 06/14/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 21 COPIES | 2.10 |
| 06/14/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 21 COPIES | 2.10 |
| 06/14/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 21 COPIES | 2.10 |
| 06/14/07 | Courier Service - UPS - Shipped from  REED<br>SMITH LLP to Ann Ellias Perkins Coie LLP (SANTA<br>MONICA CA 90404). | 21.02 |
| 06/14/07 | Courier Service - UPS - Shipped from Rebecca<br>Aten Reed Smith LLP - Pittsburgh to Ann Ellias<br>Perkins Coie LLP (SANTA MONICA CA 90404). | 32.96 |
| 06/14/07 | Telephone - Outside<br>Chorus Call Inv No: 0303852 -  ATEN - UNASSISTED | 16.70 |
| 06/15/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/2 | .10 |
| 06/15/07 | Telephone Expense<br>212-478-7465/NEW YORK, NY/2 | .10 |
| 06/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0349; 127 COPIES | 12.70 |

172573 W. R. Grace & Co.                              Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  16
       (Asbestos)
       July 30, 2007


06/15/07   Duplicating/Printing/Scanning                      7.00
           ATTY # 0559; 70 COPIES

06/15/07   Duplicating/Printing/Scanning                      1.30
           ATTY # 7029; 13 COPIES

06/15/07   Duplicating/Printing/Scanning                     12.70
           ATTY # 0349; 127 COPIES

06/15/07   Duplicating/Printing/Scanning                      4.40
           ATTY # 0559; 44 COPIES

06/15/07   Duplicating/Printing/Scanning                      7.00
           ATTY # 0559; 70 COPIES

06/15/07   Duplicating/Printing/Scanning                      4.40
           ATTY # 0559; 44 COPIES

06/15/07   Duplicating/Printing/Scanning                      1.30
           ATTY # 7029; 13 COPIES

06/15/07   Duplicating/Printing/Scanning                      7.00
           ATTY # 0559; 70 COPIES

06/15/07   Duplicating/Printing/Scanning                     12.70
           ATTY # 0349; 127 COPIES

06/15/07   Duplicating/Printing/Scanning                      1.30
           ATTY # 7029; 13 COPIES

06/15/07   Duplicating/Printing/Scanning                      4.40
           ATTY # 0559; 44 COPIES

06/15/07   Duplicating/Printing/Scanning                       .80
           ATTY # 0559: 8 COPIES

06/15/07   Duplicating/Printing/Scanning                       .40
           ATTY # 0559: 4 COPIES

06/15/07   Duplicating/Printing/Scanning                       .40
           ATTY # 0559: 4 COPIES

06/15/07   Duplicating/Printing/Scanning                       .40
           ATTY # 0559: 4 COPIES

06/15/07   Duplicating/Printing/Scanning                       .70
           ATTY # 3928: 7 COPIES

06/15/07   Duplicating/Printing/Scanning                       .10
           ATTY # 0349: 1 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  17
       (Asbestos)
       July 30, 2007


06/15/07   Duplicating/Printing/Scanning                    .10
           ATTY # 0559: 1 COPIES

06/17/07   Duplicating/Printing/Scanning                    .30
           ATTY # 3928: 3 COPIES

06/18/07   Meal Expense - - VENDOR: HAROLD J. ENGEL TRIP   55.73
           TO ATLANTA - - one dinner, one breakfast during
           travel for deposition.

06/18/07   Lodging - - VENDOR: HAROLD J. ENGEL TRIP TO    240.35
           ATLANTA

06/18/07   Air Travel Expense - - VENDOR: HAROLD J. ENGEL 144.20
           TRIP TO ATLANTA

06/18/07   Parking/Tolls/Other Transportation - - VENDOR:  22.00
           HAROLD J. ENGEL TRIP TO ATLANTA

06/18/07   General Expense - - VENDOR: HAROLD J. ENGEL      7.32
           TRIP TO ATLANTA

06/18/07   Telephone Expense                                .10
           212-478-7465/NEW YORK, NY/2

06/18/07   Telephone Expense                                .20
           302-778-6443/WILMINGTON, DE/4

06/18/07   Telephone Expense                                .65
           410-531-4355/COLUMBIA, MD/13

06/18/07   Duplicating/Printing/Scanning                   3.40
           ATTY # 0559; 34 COPIES

06/18/07   Duplicating/Printing/Scanning                   2.80
           ATTY # 0559; 28 COPIES

06/18/07   Duplicating/Printing/Scanning                    .50
           ATTY # 3928; 5 COPIES

06/18/07   Duplicating/Printing/Scanning                   2.10
           ATTY # 7029; 21 COPIES

06/18/07   Duplicating/Printing/Scanning                   2.10
           ATTY # 7029; 21 COPIES

06/18/07   Duplicating/Printing/Scanning                    .50
           ATTY # 3928; 5 COPIES

06/18/07   Duplicating/Printing/Scanning                   2.10
           ATTY # 7029; 21 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  18
       (Asbestos)
       July 30, 2007


06/18/07   Duplicating/Printing/Scanning                      .50
           ATTY # 3928; 5 COPIES

06/18/07   Duplicating/Printing/Scanning                      .40
           ATTY # 0559: 4 COPIES

06/18/07   Duplicating/Printing/Scanning                      .20
           ATTY # 0559: 2 COPIES

06/19/07   Parking/Tolls/Other Transportation - - VENDOR:   19.00
           DOUGLAS E. CAMERON TRAVEL TO NYC FOR MEETING
           WITH CONSULTANT 6/14/07

06/19/07   Meal Expense - - VENDOR: HAROLD J. ENGEL TRIP    11.58
           TO ATLANTA - - One lunch during travel for
           deposition.

06/19/07   Taxi Expense - - VENDOR: HAROLD J. ENGEL TRIP    46.00
           TO ATLANTA

06/19/07   Duplicating/Printing/Scanning                   187.90
           ATTY # 3928; 1879 COPIES

06/19/07   Duplicating/Printing/Scanning                      .40
           ATTY # 0349; 4 COPIES

06/19/07   Duplicating/Printing/Scanning                   302.50
           ATTY # 3928; 3025 COPIES

06/19/07   Duplicating/Printing/Scanning                    13.60
           ATTY # 7029; 136 COPIES

06/19/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0349: 1 COPIES

06/20/07   Duplicating/Printing/Scanning                      .20
           ATTY # 3928; 2 COPIES

06/20/07   Duplicating/Printing/Scanning                      .10
           ATTY # 3928; 1 COPIES

06/20/07   Duplicating/Printing/Scanning                     1.50
           ATTY # 3928; 15 COPIES

06/20/07   Duplicating/Printing/Scanning                      .20
           ATTY # 3928; 2 COPIES

06/20/07   Duplicating/Printing/Scanning                    13.50
           ATTY # 3928; 135 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  19
       (Asbestos)
       July 30, 2007


06/20/07   Duplicating/Printing/Scanning                        2.50
           ATTY # 7029; 25 COPIES

06/20/07   Duplicating/Printing/Scanning                         .40
           ATTY # 0396: 4 COPIES

06/20/07   Duplicating/Printing/Scanning                         .80
           ATTY # 3928: 8 COPIES

06/21/07   Duplicating/Printing/Scanning                        1.00
           ATTY # 0059; 10 COPIES

06/21/07   Duplicating/Printing/Scanning                        3.50
           ATTY # 0349; 35 COPIES

06/21/07   Duplicating/Printing/Scanning                         .40
           ATTY # 3928; 4 COPIES

06/21/07   Duplicating/Printing/Scanning                        3.10
           ATTY # 3928; 31 COPIES

06/21/07   Duplicating/Printing/Scanning                         .10
           ATTY # 0349: 1 COPIES

06/21/07   Duplicating/Printing/Scanning                         .20
           ATTY # 0559: 2 COPIES

06/21/07   Duplicating/Printing/Scanning                        1.80
           ATTY # 3928: 18 COPIES

06/21/07   Duplicating/Printing/Scanning                         .90
           ATTY # 3928: 9 COPIES

06/21/07   Duplicating/Printing/Scanning                        1.80
           ATTY # 3928: 18 COPIES

06/21/07   Duplicating/Printing/Scanning                         .90
           ATTY # 3928: 9 COPIES

06/21/07   Duplicating/Printing/Scanning                        2.70
           ATTY # 3928: 27 COPIES

06/21/07   Duplicating/Printing/Scanning                         .90
           ATTY # 3928: 9 COPIES

06/21/07   Duplicating/Printing/Scanning                         .20
           ATTY # 0559: 2 COPIES

06/21/07   Duplicating/Printing/Scanning                         .40
           ATTY # 0559: 4 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  20
       (Asbestos)
       July 30, 2007


06/21/07   Duplicating/Printing/Scanning                      .20
           ATTY # 0559: 2 COPIES

06/21/07   Duplicating/Printing/Scanning                      .40
           ATTY # 0559: 4 COPIES

06/21/07   Duplicating/Printing/Scanning                      .20
           ATTY # 0559: 2 COPIES

06/21/07   Duplicating/Printing/Scanning                      .20
           ATTY # 0559: 2 COPIES

06/21/07   Duplicating/Printing/Scanning                      .20
           ATTY # 0559: 2 COPIES

06/21/07   Duplicating/Printing/Scanning                      .70
           ATTY # 0559: 7 COPIES

06/21/07   Duplicating/Printing/Scanning                      .40
           ATTY # 0559: 4 COPIES

06/21/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0559: 1 COPIES

06/21/07   Duplicating/Printing/Scanning                      .50
           ATTY # 0559: 5 COPIES

06/21/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0559: 1 COPIES

06/21/07   Duplicating/Printing/Scanning                      .50
           ATTY # 0559: 5 COPIES

06/22/07   Courier Service - Outside - - VENDOR: JET       25.36
           MESSENGER CDS FROM DR.- RJ LEE GROUP INC

06/22/07   Duplicating/Printing/Scanning                    5.40
           ATTY # 0559; 54 COPIES

06/22/07   Duplicating/Printing/Scanning                    1.00
           ATTY # 0559; 10 COPIES

06/22/07   Duplicating/Printing/Scanning                    5.40
           ATTY # 3928; 54 COPIES

06/22/07   Duplicating/Printing/Scanning                    4.30
           ATTY # 7029; 43 COPIES

06/22/07   Duplicating/Printing/Scanning                     .30
           ATTY # 0559: 3 COPIES

172573  W. R. Grace & Co.                          Invoice Number  1574277
60033   Claim Analysis Objection Resolution & EstimationPage  21
        (Asbestos)
        July 30, 2007


06/22/07   Duplicating/Printing/Scanning                      .40
           ATTY # 0559: 4 COPIES

06/22/07   Duplicating/Printing/Scanning                      .50
           ATTY # 0559: 5 COPIES

06/22/07   Duplicating/Printing/Scanning                      .80
           ATTY # 0559: 8 COPIES

06/22/07   Duplicating/Printing/Scanning                      .50
           ATTY # 0559: 5 COPIES

06/22/07   Duplicating/Printing/Scanning                     1.00
           ATTY # 0559: 10 COPIES

06/22/07   Duplicating/Printing/Scanning                     1.00
           ATTY # 0559: 10 COPIES

06/22/07   Duplicating/Printing/Scanning                      .40
           ATTY # 0349: 4 COPIES

06/22/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0349: 1 COPIES

06/22/07   Duplicating/Printing/Scanning                      .90
           ATTY # 3928: 9 COPIES

06/22/07   Duplicating/Printing/Scanning                      .50
           ATTY # 0559: 5 COPIES

06/24/07   Telephone Expense                                 3.85
           410-531-4355/COLUMBIA, MD/78

06/25/07   Transcript Expense - - VENDOR: J&J COURT         241.41
           TRANSCRIBERS, INC. - 5/30/07 HEARING TRANSCRIPT

06/25/07   Duplicating/Printing/Scanning                      .20
           ATTY # 0349: 2 COPIES

06/25/07   Duplicating/Printing/Scanning                     1.90
           ATTY # 0559; 19 COPIES

06/25/07   Duplicating/Printing/Scanning                    14.60
           ATTY # 0349; 146 COPIES

06/25/07   Duplicating/Printing/Scanning                      .20
           ATTY # 0349; 2 COPIES

06/25/07   Duplicating/Printing/Scanning                     1.80
           ATTY # 0349; 18 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  22
       (Asbestos)
       July 30, 2007


06/25/07   Duplicating/Printing/Scanning                    .10
           ATTY # 0349; 1 COPIES

06/25/07   Duplicating/Printing/Scanning                    .90
           ATTY # 0349; 9 COPIES

06/25/07   Duplicating/Printing/Scanning                  22.10
           ATTY # 0349; 221 COPIES

06/25/07   Duplicating/Printing/Scanning                    .50
           ATTY # 0349; 5 COPIES

06/25/07   Duplicating/Printing/Scanning                   5.90
           ATTY # 0349; 59 COPIES

06/25/07   Duplicating/Printing/Scanning                  33.60
           ATTY # 0349; 336 COPIES

06/25/07   Duplicating/Printing/Scanning                   3.80
           ATTY # 4810; 38 COPIES

06/25/07   Duplicating/Printing/Scanning                   5.20
           ATTY # 0349; 52 COPIES

06/25/07   Duplicating/Printing/Scanning                    .50
           ATTY # 0559: 5 COPIES

06/25/07   Duplicating/Printing/Scanning                    .50
           ATTY # 0559: 5 COPIES

06/25/07   Duplicating/Printing/Scanning                    .10
           ATTY # 5120: 1 COPIES

06/25/07   Duplicating/Printing/Scanning                    .10
           ATTY # 5120: 1 COPIES

06/25/07   Duplicating/Printing/Scanning                    .10
           ATTY # 5120: 1 COPIES

06/26/07   General Expense - - VENDOR: THE BOX COMPANY.COM   7.00
           - 4 STORAGE BOXES

06/26/07   Parking/Tolls/Other Transportation - - VENDOR:   14.00
           TERESA A. MARTIN ASSIST K&K FOR W.R. GRACE
           HEARING 6/25/07

06/26/07   Telephone - Outside - - VENDOR: JAMES J.        109.50
           RESTIVO, JR. COURT CONFERENCE CALL

06/26/07   Duplicating/Printing/Scanning                   1.80
           ATTY # 4810; 18 COPIES

172573 W. R. Grace & Co.                           Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  23
       (Asbestos)
       July 30, 2007


06/26/07    Duplicating/Printing/Scanning                      .40
            ATTY # 0349; 4 COPIES

06/26/07    Duplicating/Printing/Scanning                     3.00
            ATTY # 0349; 30 COPIES

06/26/07    Duplicating/Printing/Scanning                     2.00
            ATTY # 0349; 20 COPIES

06/26/07    Duplicating/Printing/Scanning                     2.40
            ATTY # 0559; 24 COPIES

06/26/07    Duplicating/Printing/Scanning                      .60
            ATTY # 0559; 6 COPIES

06/26/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0559; 1 COPIES

06/26/07    Duplicating/Printing/Scanning                     1.90
            ATTY # 4810; 19 COPIES

06/26/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0349: 2 COPIES

06/26/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0349: 2 COPIES

06/26/07    Duplicating/Printing/Scanning                      .80
            ATTY # 0559: 8 COPIES

06/26/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0349: 2 COPIES

06/26/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0559: 1 COPIES

06/26/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0559: 2 COPIES

06/26/07    Telephone Expense                                  .10
            561-362-1551/BOCA RATON, FL/2

06/27/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0559: 2 COPIES

06/27/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0559: 2 COPIES

06/27/07    Duplicating/Printing/Scanning                      .30
            ATTY # 0559: 3 COPIES

172573  W. R. Grace & Co.                          Invoice Number  1574277
60033   Claim Analysis Objection Resolution & EstimationPage  24
        (Asbestos)
        July 30, 2007


06/27/07   Duplicating/Printing/Scanning                    .30
           ATTY # 0559: 3 COPIES

06/27/07   Duplicating/Printing/Scanning                    .30
           ATTY # 0559: 3 COPIES

06/27/07   Duplicating/Printing/Scanning                    .30
           ATTY # 0559: 3 COPIES

06/27/07   Duplicating/Printing/Scanning                    .30
           ATTY # 0559: 3 COPIES

06/27/07   Duplicating/Printing/Scanning                    .30
           ATTY # 0559: 3 COPIES

06/27/07   Duplicating/Printing/Scanning                    .30
           ATTY # 0559: 3 COPIES

06/27/07   Duplicating/Printing/Scanning                    .30
           ATTY # 0559: 3 COPIES

06/27/07   Duplicating/Printing/Scanning                    .60
           ATTY # 0559: 6 COPIES

06/27/07   Telephone Expense                                .25
           917-319-2202/NEW YORK, NY/5

06/27/07   Duplicating/Printing/Scanning                    .10
           ATTY # 0559; 1 COPIES

06/27/07   Duplicating/Printing/Scanning                    .20
           ATTY # 4810; 2 COPIES

06/27/07   Duplicating/Printing/Scanning                    .90
           ATTY # 4810; 9 COPIES

06/27/07   Duplicating/Printing/Scanning                   5.10
           ATTY # 8767; 51 COPIES

06/27/07   Duplicating/Printing/Scanning                    .80
           ATTY # 0559; 8 COPIES

06/27/07   Duplicating/Printing/Scanning                  19.20
           ATTY # 0559; 192 COPIES

06/28/07   Searches - - VENDOR: IDEX - EXPERT WITNESS;    320.00
           HAMMAR J LUKSIK

06/28/07   Duplicating/Printing/Scanning                    .20
           ATTY # 0396: 2 COPIES

172573  W. R. Grace & Co.                          Invoice Number  1574277
  60033  Claim Analysis Objection Resolution & EstimationPage  25
         (Asbestos)
         July 30, 2007


06/28/07   Duplicating/Printing/Scanning                          .80
           ATTY # 0396: 8 COPIES

06/28/07   Duplicating/Printing/Scanning                          .10
           ATTY # 0559: 1 COPIES

06/28/07   Duplicating/Printing/Scanning                          .30
           ATTY # 0559: 3 COPIES

06/28/07   Duplicating/Printing/Scanning                          .60
           ATTY # 0559: 6 COPIES

06/28/07   Duplicating/Printing/Scanning                          .30
           ATTY # 0559: 3 COPIES

06/28/07   Duplicating/Printing/Scanning                          .30
           ATTY # 0559: 3 COPIES

06/28/07   Duplicating/Printing/Scanning                          .10
           ATTY # 0559: 1 COPIES

06/28/07   Duplicating/Printing/Scanning                         1.90
           ATTY # 4810; 19 COPIES

06/28/07   Duplicating/Printing/Scanning                        10.80
           ATTY # 4810; 108 COPIES

06/28/07   Duplicating/Printing/Scanning                         2.90
           ATTY # 4810; 29 COPIES

06/29/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0396: 2 COPIES

06/29/07   Duplicating/Printing/Scanning                          .40
           ATTY # 0396: 4 COPIES

06/29/07   Duplicating/Printing/Scanning                          .10
           ATTY # 0349: 1 COPIES

06/29/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0349: 2 COPIES

06/29/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0559: 2 COPIES

06/29/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0559: 2 COPIES

06/29/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0559: 2 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1574277
60033  Claim Analysis Objection Resolution & EstimationPage  26
       (Asbestos)
       July 30, 2007


06/29/07   Duplicating/Printing/Scanning                         .70
           ATTY # 0559: 7 COPIES

06/29/07   Duplicating/Printing/Scanning                         .20
           ATTY # 0559: 2 COPIES

06/29/07   Duplicating/Printing/Scanning                         .20
           ATTY # 0559: 2 COPIES

06/29/07   Telephone Expense                                     .40
           561-362-1533/BOCA RATON, FL/8

06/29/07   Westlaw Legal research re: property damage          67.62
           claims litigation.

06/29/07   Duplicating/Printing/Scanning                       1.50
           ATTY # 0349; 15 COPIES

                        CURRENT EXPENSES                     8,828.33
                                                            ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $8,828.33
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1574278
One Town Center Road                      Invoice Date      07/30/07
Boca Raton, FL   33486                    Client Number      172573


================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                                0.00
    Expenses                          227.41

                    TOTAL BALANCE DUE UPON RECEIPT       $227.41
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1574278
One Town Center Road                    Invoice Date      07/30/07
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60035

===============================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        0.45
    Duplicating/Printing/Scanning           19.80
    Lexis                                   207.16

                CURRENT EXPENSES                         227.41
                                                   -------------

                TOTAL BALANCE DUE UPON RECEIPT          $227.41
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1574278
One Town Center Road                      Invoice Date    07/30/07
Boca Raton, FL    33486                   Client Number     172573
                                          Matter Number      60035


==========================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/12/07 | Telephone Expense<br>202-693-1648/WASHINGTON, DC/9 | .45 |
| 06/15/07 | Lexis - - Legal research related to government<br>records research project. | .34 |
| 06/15/07 | Lexis - - Legal research related to government<br>records research project. | 5.90 |
| 06/15/07 | Lexis - - Legal research related to government<br>records research project. | 21.09 |
| 06/15/07 | Lexis - - Legal research related to government<br>records research project. | 32.14 |
| 06/15/07 | Lexis - - Legal research related to government<br>records research project. | 147.69 |
| 06/18/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 66 COPIES | 6.60 |
| 06/18/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 66 COPIES | 6.60 |
| 06/18/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 66 COPIES | 6.60 |

CURRENT EXPENSES                227.41
                            ------------
TOTAL BALANCE DUE UPON RECEIPT      $227.41
                            ============