# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: August 20, 2007 at 4:00 p.m.<br>Hearing Date: To be determined. |

## SIXTY-SIXTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **June 1, 2007 through June 30, 2007** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$22,710.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,017.52** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the sixty-sixth monthly fee application of Duane Morris LLP.

DM3\540880.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

|  |  | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21, 2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

|              |               | Requested    |          | Approved for Payment |          |
| ------------ | ------------- | ------------ | -------- | -------------------- | -------- |
| Date Filed   | Period Covered | Fees        | Expenses | Fees                 | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006  | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006     | 1/1/06 – 1/28/06   | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006    | 2/1/06 – 2/28/06   | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006    | 3/1/06 – 3/31/06   | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006      | 4/1/06 – 4/30/06   | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006     | 5/1/06 – 5/31/06   | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006   | 6/1/06 – 6/30/06   | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006   | 7/1/06 – 7/31/06   | $27,754.00 | $260.05 | 27,754.00 | $260.05 |
| October 6, 2006   | 8/1/06 – 8/31/06   | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006  | 9/1/06 – 9/30/06   | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007   | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007  | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | Pending | Pending |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | Pending | Pending |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | Pending | Pending |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | Pending | Pending |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $650.00 | 14.80 | $9,620.00 |
| Michael R. Lastowski | Partner/27 years | $595.00 | 15.70 | $9,341.50 |
| Richard W. Riley | Partner/19 years | $480.00 | 6.20 | $2,976.00 |
| Beth A. Gruppo | Paralegal | $235.00 | 1.30 | $305.50 |
| Thelma J. Santorelli | Paralegal | $135.00 | 1.00 | $135.00 |
| Alison T. Ash | Legal Assistant | $175.00 | 1.90 | $332.50 |
| | | | 40.90 | $22,710.50 |

**Total Fees:**   $22,710.50
**Total Hours:**   40.90

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 12.70 | $7,103.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 8.40 | $4,745.00 |
| Fee Applications, Applicant (12) | 0.40 | $238.00 |
| Fee Applications, Others (13) | 2.30 | $524.50 |
| Hearings (15) | 9.10 | $5,414.50 |
| Other (25) | 2.50 | $1,110.00 |
| Business Analysis (27) | 0.60 | $390.00 |
| Data Analysis (29) | 4.90 | $3,185.00 |
| **TOTAL** | **40.90** | **$22,710.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $102.59 |
| Messenger Service | Parcels, Inc. | $648.52 |
| Meeting Expense | N/A | $162.00 |
| Postage | USPS | $0.41 |
| Printing & Duplicating-Internal | Duane Morris LLP | $36.00 |
| Research | Lexis Nexis | $67.00 |
| **TOTAL** | | **$1,017.52** |

DM3\540880.1

WHEREFORE, Duane Morris LLP respectfully requests that, for the period June 1, 2007 through June 30, 2007, an interim allowance be made to Duane Morris LLP for compensation in the amount of $18,168.40 (80% of allowed fees) and $1,017.52 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: July 31, 2007
Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com
              rwriley@duanemorris.com

*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

DM3\540880.1