# Exhibit A

DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

July 12, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001 Invoice# 1318632 IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 15.70 | hrs. at | $595.00 | /hr. = | $9,341.50 | |
| RW RILEY | PARTNER | 6.20 | hrs. at | $480.00 | /hr. = | $2,976.00 | |
| WS KATCHEN | OF COUNSEL | 14.80 | hrs. at | $650.00 | /hr. = | $9,620.00 | |
| BA GRUPPO | PARALEGAL | 1.30 | hrs. at | $235.00 | /hr. = | $305.50 | |
| TJ SANTORELLI | PARALEGAL | 1.00 | hrs. at | $135.00 | /hr. = | $135.00 | |
| AT ASH | LEGAL ASSISTANT | 1.90 | hrs. at | $175.00 | /hr. = | $332.50 | |
| | | | | | | | $22,710.50 |

| DISBURSEMENTS | | |
|---|---|---|
| LEXIS LEGAL RESEARCH | 67.00 | |
| MEETING EXPENSE | 163.00 | |
| MESSENGER SERVICE | 648.52 | |
| OVERNIGHT MAIL | 102.59 | |
| POSTAGE | .41 | |
| PRINTING & DUPLICATING | 36.00 | |
| TOTAL DISBURSEMENTS | | $1,017.52 |
| BALANCE DUE THIS INVOICE | | $23,728.02 |
| PREVIOUS BALANCE | | $92,574.99 |
| TOTAL BALANCE DUE | | $116,303.01 |

File # K0248-00001 INVOICE # 1318632
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/1/2007 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMORANDUM; REVIEW EMAIL | 0.30 | $195.00 |
| 6/1/2007 | 004 | WS KATCHEN | REVIEW OBJECTION OF ASBESTOS COMMITTEE TO CERTIFICATION; REVIEW JOINDER OF ASBESTOS PI COMMITTEE TO MONTANA PLAINTIFF'S OBJECTION | 0.20 | $130.00 |
| 6/5/2007 | 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE RE: CASE UPDATE; TELEPHONE CONFERENCE WITH L. KRUGER RE: STATUS; REVIEW COMMITTEE MEMORANDUM ON PD SETTLEMENT | 0.60 | $390.00 |
| 6/6/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF REQUEST FROM L.J.KOTLER REGARDING OBJECTIONS FILED AT BANKRUPTCY COURT | 0.10 | $23.50 |
| 6/6/2007 | 004 | BA GRUPPO | ONLINE WITH DISTRICT OF DELAWARE BANKRUPTCY COURT SYSTEM FOR RETRIEVAL OF DOCKET ENTRIES IN RE FEDERAL-MOGUL GLOBAL, INC. LEAD CASE WITH SEARCH/RETRIEVAL/DOWNLOAD OF CERTAIN OBJECTIONS AND ATTACHMENTS THERETO - SUBMITTED IMAGES OF DOWNLOADED ITEMS TO L.J.KOTLER, M.LIPOWICZ, R.J.DIMASSA, AND W.M.SIMKULAK | 0.30 | $70.50 |
| 6/6/2007 | 004 | WS KATCHEN | TELEPHONE CONFERENCES (2) WITH L. KRUGER RE: PLAN ISSUES | 0.30 | $195.00 |
| 6/7/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 6/8/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

File # K0248-00001 INVOICE # 1318632
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/11/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23 50 |
| 6/11/2007 | 004 | WS KATCHEN | REVIEW MOTION OF ACC AND FUTURES REPRESENTATIVES FOR PROTECTIVE ORDER | 0.20 | $130.00 |
| 6/11/2007 | 004 | WS KATCHEN | EMAILS; REVIEW COMMITTEE MEMORANDUM; REVIEW MOTION OF LAW FIRMS TO QUASH; REVIEW ROGGLI EXPERT REPORT | 0.70 | $455 00 |
| 6/11/2007 | 004 | WS KATCHEN | REVIEW JOINDER OF CONTINENTAL CASUALTY CO. | 0.10 | $65.00 |
| 6/13/2007 | 004 | RW RILEY | REVIEWING MATTERS FOR JUNE OMNIBUS HEARING | 2.20 | $1,056.00 |
| 6/14/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 6/14/2007 | 004 | WS KATCHEN | REVIEW COMMITTEE REPORT; REVIEW CONFIDENTIAL MEMORANDUM ON ESTIMATION ISSUE; TELEPHONE CONFERENCE WITH K. PASQUALE RE: STRATEGY; EMAIL STROOCK; TELEPHONE CONFERENCE WITH JJPM/CHASE RE: STRATEGY; COMMITTEE CONFERENCE CALL; REVIEW DEBTOR'S MOTION TOT FILE EXPERT REPORTS - DR. E. ANDERSON | 2.20 | $1,430.00 |
| 6/14/2007 | 004 | WS KATCHEN | REVIEW CAPSTONE REPORT | 0.40 | $260.00 |
| 6/18/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

File # K0248-00001 INVOICE # 1318632
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/19/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 6/20/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 6/21/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 6/22/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 6/24/2007 | 004 | WS KATCHEN | REVIEW EXPERT REPORTS ON CONFIRMATION | 2.80 | $1,820.00 |
| 6/29/2007 | 004 | RW RILEY | REVIEWING RECENT FILINGS IN CASE INCLUDING DEBTOR'S MOTION TO COMPEL DOCUMENTS FROM ASBESTOS PI TRUST | 1.40 | $672.00 |
| | | | Code Total | 12.70 | $7,103.50 |

File # K0248-00001 INVOICE # 1318632
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/18/2007 | 005 | MR LASTOWSKI | E-MAILS TO AND FROM K. PASQUALE RE: EXPERT REPORT | 0.20 | $119.00 |
| 6/18/2007 | 005 | MR LASTOWSKI | REVIEW SERVICE ISSUES RELATING TO EXPERT REPORT | 0.40 | $238.00 |
| 6/18/2007 | 005 | MR LASTOWSKI | REVIEW COMMITTEE EXPERT REPORT AND ARRANGE FOR SERVICE OF SAME | 1.40 | $833.00 |
| 6/18/2007 | 005 | RW RILEY | REVIEWING FUTURE CLAIMANTS' REPRESENTATIVE'S RECENTLY SERVED EXPERT REPORTS | 0.80 | $384.00 |
| 6/26/2007 | 005 | MR LASTOWSKI | REVIEW PARTIES' EXPERT REPORTS | 4.20 | $2,499.00 |
| 6/28/2007 | 005 | RW RILEY | REVIEWING EXPERT REPORTS FILED BY DEBTORS | 1.40 | $672.00 |
| | | | Code Total | 8.40 | $4,745.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1318632

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/11/2007 | 012 | MR LASTOWSKI | REVIEW PROPOSED FEE ORDER | 0.30 | $178.50 |
| 6/25/2007 | 012 | MR LASTOWSKI | EXECUTE CNO FOR DUANE MORRIS 23RD QUARTERLY FEE APPLICATION | 0.10 | $59.50 |
| | | | Code Total | 0.40 | $238.00 |

File # K0248-00001 INVOICE # 1318632
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/4/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 24TH QUARTERLY FEE APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 6/13/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 23RD QUARTERLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 6/15/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE AMENDED NOTICE OF 12TH QUARTERLY FEE APPLICATION. | 0.30 | $52.50 |
| 6/21/2007 | 013 | AT ASH | DRAFT, FINALIZE AND CONVERT TO PDF FORMAT CERTIFICATION OF NO OBJECTION RE 24TH QUARTERLY FEE APPLICATION. | 0.30 | $52.50 |
| 6/22/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 73RD MONTHLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 6/29/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 38TH AND 39TH MONTHLY APPLICATIONS OF CAPSTONE ADVISORY. | 0.40 | $70.00 |
| 6/29/2007 | 013 | RW RILEY | REVIEWING AND EXECUTING 38TH AND 39TH MONTHLY APPLICATION FOR CAPSTONE | 0.40 | $192.00 |
| | | | Code Total | 2.30 | $524.50 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1318632

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/23/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR OMNIBUS HEARING DATE AND ITEMS IDENTIFIED THEREON | 3.90 | $2,320.50 |
| 6/25/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING (TELEPHONICALLY) | 5.20 | $3,094.00 |
| | | | Code Total | 9.10 | $5,414 50 |

File # K0248-00001 INVOICE # 1318632
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/15/2007 | 025 | WS KATCHEN | SCHEDULING; 2ND COMMITTEE CONFERENCE CALL REGARDING NAVIGANT REPORT (D. BERNICK); 2ND TELEPHONE CONVERSATION WITH JPM CHASE; EMAILS. | 1.40 | $910.00 |
| 6/26/2007 | 025 | WS KATCHEN | EMAIL TO K. PASQUALE - STROOCK. | 0.10 | $65.00 |
| 6/28/2007 | 025 | TJ SANTORELLI | REVIEW DELAWARE ECF AND PRINT NJDEP MOTION REGARDING WASHCOAT TO RHODIA; | 1.00 | $135.00 |
| | | | Code Total | 2.50 | $1,110.00 |

File # K0248-00001 INVOICE # 1318632
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/25/2007 | 027 | WS KATCHEN | REVIEW TERSIGNI ISSUE (RAISED IN G-1); ADDITIONAL INQUIRY REGARDING STATUS OF SAME; FORWARD TO STROOCK. | 0.60 | $390.00 |
| | | | Code Total | 0.60 | $390 00 |

File # K0248-00001 INVOICE # 1318632
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/18/2007 | 029 | WS KATCHEN | REVIEW CHAMBERS REPORT; DELIVER TO COMMITTEE MEMBERS. | 0.20 | $130.00 |
| 6/18/2007 | 029 | WS KATCHEN | REVIEW J.L. BIGGS EXPERT REPORT ON ESTIMATION; REVIEW J. RADECKI EXPERT REPORT; REVIEW PJ ERIC STALLARD EXPERT REPORT. | 1.10 | $715.00 |
| 6/19/2007 | 029 | WS KATCHEN | REVIEW COMMITTEE MEMO ON 1121. | 0.10 | $65.00 |
| 6/25/2007 | 029 | WS KATCHEN | REVIEW AGENDA 6/25 CALENDAR - LATEST NJ SUPREME COURT OPINION - MASS TORT; FORWARD SAME TO STROOCK. | 0.50 | $325.00 |
| 6/26/2007 | 029 | WS KATCHEN | REVIEW DEBTOR'S COMBINED RESPONSE REGARDING PROTECTION ORDER. | 0.20 | $130.00 |
| 6/26/2007 | 029 | WS KATCHEN | REVIEW ANDERSON EXPERT REPORT; REVIEW NJ LEAD PAINT OPINION; REVIEW DEBTOR'S BRIEF ON OUTSTANDING ISSUES; CMO PI ASBESTOS, MOTION FOR LEAVE TO FILE LATE RESPONSE. | 1.50 | $975.00 |
| 6/28/2007 | 029 | WS KATCHEN | REVIEW COMMITTEE MEMO PREPARED BY STROOCK; (1) WASHBURN PROJECT; AND (2) NJDEP - REVIEW SECOND MEMOS. | 0.30 | $195.00 |
| 6/28/2007 | 029 | WS KATCHEN | REVIEW ADDITIONAL INFORMATION TERSIGNI; EMAIL STROOCK REGARDING SAME; REVIEW NJDEP NOTICE OF MOTION, AMENDED NOTICE OF MOTION AND NJDEP COMPLAINT V. WR GRACE. | 1.00 | $650.00 |
| | | | Code Total | 4.90 | $3,185.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1318632

| | | |
|---|---|---|
| TOTAL SERVICES | 40.90 | $22,710 50 |

File # K0248-00001 INVOICE # 1318632
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 6/30/2007 | POSTAGE | | 0.41 |
| | | Total: | $0.41 |
| 6/30/2007 | MEETING EXPENSE | | 163.00 |
| | | Total: | $163.00 |
| 6/26/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 67.00 |
| | | Total: | $67.00 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID MENDELSONESQ. AT BARBARA HARDINGESQ. - WASHINGTON, DC FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790764363857) | | 6.02 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO ELIHU INSELBUCHESQ. AT CAPLIN & DRYSDALECHARTERED - NEW YORK CITY, NY FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798199765595) | | 6.02 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO JOHN C.PHILLIPSESQ. AT PHILLIPS GOLDMAN & SPENCEP.A - WILMINGTON, DE FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791324548512) | | 6.02 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID M. BERNICKESQ. AT SCOTT MCMILLANESQ. - CHICAGO, IL FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798199755610) | | 8.49 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO RICHARD H. WYRONESQ. AT RAYMOND MULLADYJR.ESQ. - WASHINGTON, DC FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798699623225) | | 6.02 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO PHILIPBENTLEYESQ. AT GARY M. BECKERESQ. - NEW YORK CITY, NY FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798699650836) | | 6.02 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO PETER VAN N. LOCKWOODESQ. AT NATHAN FINCHESQ. - WASHINGTON, DC FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798699658675) | | 6.02 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO SCOTT BAENA ESQ JAY SAKALO ESQ AT BLZIN SUMBERG PENN BAENA PRICE - MIAMI, FL FROM M LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #846737374651) | | 8.49 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO DANIEL C. COHNESQUIRE AT CHRISTOPHER M. CANDONESQ. - BOSTON, MA FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790272851634) | | 6.99 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO PETER M.FRIEDMANESQ. AT DAVID A. HICKERSONESQ. - WASHINGTON, DC FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790764335960) | | 6.02 |

File # K0248-00001 INVOICE # 1318632
W.R. GRACE & CO.

| | | | |
|---|---|---|---|
| 6/22/2007 | OVERNIGHT MAIL PACKAGE SENT TO WILLIAM S. KATCHEN (TRACKING #798203904014) | | 36.48 |
| | | Total: | $102.59 |
| 6/30/2007 | MESSENGER SERVICE | | 648.52 |
| | | Total: | $648 52 |
| 6/30/2007 | PRINTING & DUPLICATING | | 36.00 |
| | | Total: | $36.00 |
| | TOTAL DISBURSEMENTS | | $1,017.52 |