IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 31st day of July, 2007, true and correct copies of the Expert Reports listed on the attached Exhibit A were caused to be served on the parties on the service list attached hereto as Exhibit B in the manner as indicated.

Dated: July 31, 2007

LANDIS RATH & COBB LLP

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel for Libby Claimants

393.001-17382

## Exhibit A
## List of Expert Reports

(a) Expert Report by Dr. Alan C. Whitehouse, dated July 23, 2007

(b) Supplemental Expert Report by Dr. Arthur L. Frank, dated July 23, 2007

(c) Libby Experts' Response to Dr. Haber Report, dated July 23, 2007

(d) Libby Experts' Response to Marais and Wecker Report, dated July 23, 2007

(e) Libby Experts' Response to Dr. Moolgavkar Report, dated July 23, 2007

(f) Libby Experts' Response to Dr. Weill Report, dated July 23, 2007

393.001-17382

**Exhibit B**
**Service List**

*Via Electronic Mail (Text Reports Only)*

Laura Davis Jones
James E. O'Neill, III
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899

David M. Bernick
Janet S. Baer
Andrew R. Running
Jonathan Friedland
Salvatore F. Bianca
Scott A. McMillin
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

David E. Mendelson
Barbara Harding
Brian T. Stansbury
Amanda C. Basta
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
Walter B. Slocombe
James P. Wehner
Adam L. VanGrack
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., 27th Floor
Washington, DC 20005

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Roger Frankel
Richard H. Wyron
Raymond Mullady
Garret G. Rasmussen
Debra L. Felder
Orrick Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, NW
Washington, DC 20007-5135

John Ansbro
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

John C. Phillips, Jr.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Scott L. Baena
Jay M. Sakalo
Matthew I. Kramer
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-2336

Theodore J. Tacconelli
Lisa L. Coggins
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Philip Bentley
Gregory Horowitz
Gary M. Becker
Kramer Levin
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Buchanan Ingersoll & Rooney P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801

393.001-17382

Lewis Kruger
Kenneth Pasquale
Arlene G. Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Richard W. Riley
William S. Katchen
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

David Klauder
Office of the United States Trustee
844 King Street
Room 2311
Wilmington, DE 19801

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive
Suite 200
P. O. Box 12003
Falls Church, VA 22042-0683

*Via Federal Express (Reports and Reliance Material CDs)*

Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., 27th Floor
Washington, DC 20005

Scott L. Baena
Bilzin Sumberg Dunn Baena Price
& Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Raymond Mullady
Orrick Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, NW
Washington, DC 20007-5135

Gary M. Becker
Kramer Levin
1177 Avenue of the Americas
New York, NY 10036

Scott A. McMillin
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

393.001-17382