IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 16260 |

**CERTIFICATION OF COUNSEL REGARDING THIRD NEWLY
AMENDED CASE MANAGEMENT ORDER FOR THE
ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

1. On July 9, 2007, the Court entered the Modified Second Newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (Docket No. 16260) which set various deadlines and trial dates.

2. Thereafter, the Debtors, the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants Representative negotiated certain revisions to some of the deadlines with respect to the matter. These new deadlines were discussed with the Court at the Debtors July 23, 2007 omnibus hearing.

3. The third newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("Amended PI CMO") negotiated and agreed to among the parties is attached hereto.

4. Accordingly, the Debtors respectfully request that the Court enter the Amended PI CMO.

Dated: July 31, 2007

    KIRKLAND & ELLIS LLP
    David M. Bernick, P.C.
    Barbara M. Harding
    Janet S. Baer
    200 East Randolph Drive
    Chicago, Illinois 60601
    (312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*
_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400