**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on July 31, 2007, I caused a copy of *Official Committee of Asbestos Personal Injury Claimants' Supplemental (July 31, 2007) Set of Interrogatories and Requests for Production of Documents Directed to the Debtors* to be served upon the following in the manner indicated:

**Hand Delivery**
Laura Davis Jones, Esquire
James O'Neill, Esquire.
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

**Federal Express**
David Bernick, Esquire
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

**Federal Express**
Barbara Harding, Esquire
Kirkland & Ellis
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793

In addition, I caused a copy of the *Official Committee Of Asbestos Personal Injury Claimants' Supplemental (July 31, 2007) Set Of Interrogatories And Requests For Production Of Documents Directed To The Debtors* to be served upon the individuals on the attached Exhibit A via e-mail.

Dated: July 31, 2007                    CAMPBELL & LEVINE, LLC

                                        /S/ Kathleen Campbell Davis
                                        Kathleen Campbell Davis (No. 4229)
                                        800 King Street, Suite 300
                                        Wilmington, DE 19801
                                        (302) 426-1900

{D0090255.1 }