## SERVICE VIA E-MAIL

| | |
|---|---|
| David Bernick<br>dbernick@kirkland.com | Amanda Basta<br>ABasta@kirkland.com |
| Barbara Harding<br>bharding@kirkland.com | Andrea Johnson<br>ALJohnson@kirkland.com |
| Salvatore Bianca<br>sbianca@kirkland.com | Michael Lastowski<br>mlastowski@duanemorris.com |
| Laura Davis Jones<br>ljones@pszyjw.com | John Phillips, Jr.<br>JCP@pgslaw.com |
| Richard Wyron<br>rwyron@orrick.com | Scott Baena<br>sbaena@bilzin.com |
| Roger Frankel<br>rfrankel@orrick.com | Jay Sakalo<br>jsakalo@bilzin.com |
| Raymond Mullady, Jr.<br>rmullady@orrick.com | Teresa Currier<br>currier@klettrooney.com |
| Debra Felder<br>dfelder@orrick.com | William Sullivan<br>bill@williamdsullivanllc.com |
| Garret Rasmussen<br>grasmussen@orrick.com | Philip Bently<br>pbently@kramerlevin.com |
| Lewis Kruger<br>lkruger@strook.com | David Klauder<br>david.klauder@usdoj.gov |
| Arlene Krieger<br>akrieger@stroock.com | Theodore Tacconelli<br>ttacconelli@ferryjoseph.com |
| Kenneth Pasquale<br>kpasquale@stroock.com | Janet Baer<br>jbaer@kirkland.com |
| Christopher Candon<br>candon@cwg11.com | Jamie O'Neill<br>joneill@pszyj.com |
| John Ansbro<br>jansbro@orrick.com | Elihu Inselbuch<br>ei@capdale.com |
| Brian Stansbury<br>BStansbury@kirkland.com | Peter Van N. Lockwood<br>pvnl@capdale.com |

| | |
|---|---|
| Nathan Finch<br>ndf@capdale.com | Adam Van Grack<br>alv@capdale.com |
| Jeffrey Liesemer<br>JAL@Capdale.com | David Smith<br>DBS@Capdale.com |
| Marla Rosoff Eskin<br>meskin@camlev.com | Dan Cohn<br>cohn@ckmw.com |
| David Mendelson<br>dmendelson@kirkland.com | Adam Landis<br>landis@lrclaw.com |
| Gary M. Becker<br>gbecker@kramerlevin.com | Danielle Graham<br>dkg@capdale.com |
| Walter Slocombe<br>wbs@capdale.com | Matthew Kramer<br>mkramer@bilzin.com |

{D0090256.1 }