**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on July 31, 2007, I caused a copy of the foregoing *Notice of Service of Official Committee of Asbestos Personal Injury Claimants' Supplemental (July 31, 2007) Set of Interrogatories and Requests for Production of Documents Directed to the Debtor* to be served upon the individuals on the attached 2002 service list via first-class mail unless otherwise indicated.

Date: July 31, 2007                                         CAMPBELL & LEVINE, LLC


                                                            */S/ Kathleen Campbell Davis*
                                                            Kathleen Campbell Davis (DE No. 4229)
                                                            800 N. King Street, Suite 300
                                                            Wilmington, DE  19801
                                                            (302) 426-1900

{D0090325.1 }