IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING OF THE SUPPLEMENTAL/REBUTTAL EXPERT REPORTS OF STEVE M. HAYS, P.E., LAURA S. WELCH, M.D., DR. WILLIAM LONGO AND DR. SAMUEL HAMMAR IN CONNECTION WITH THE <u>ASBESTOS PERSONAL INJURY ESTIMATION HEARING</u>**

PLEASE TAKE NOTICE that on July 31, 2007, the Official Committee of Asbestos Personal Injury Claimants filed the Supplemental/Rebuttal Expert Reports of Steve M. Hay, P.E., Laura S. Welch, M.D., Dr. William Longo, and Dr. Samuel Hammar in the above-referenced case.

PLEASE TAKE NOTICE that copies of the Expert Reports are being served on the parties listed on Exhibit A hereto.

Courtesy copies of these Expert Reports will be delivered to the chambers of the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge.

Dated: July 31, 2007	CAMPBELL & LEVINE, LLC

*/S/ Mark T. Hurford*
Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

- and –

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

{D0090259.1 }

Peter Van N. Lockwood
Nathan D. Finch
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

{D0090259.1 }