Laura S. Welch
Depositions and trials 2003- June 2007

|  | Date | Plaintiff/Party |  | Attorney | Location | Disease |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| **2007** |  |  |  |  |  |  |
|  | 6/4/07 | Anthony Smith | Deposition | Law Offices of Peter Angelos | Baltimore, MD | mesothelioma |
|  |  |  |  |  |  |  |
| **2006** |  |  |  |  |  |  |
|  | 02/01/06 | Joseph Kapraun | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |
|  | 04/04/06 | Charles Beeman | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |
|  | 04/25/06 | Armstrong ACC | Deposition | Caplin and Drysdale | Philadelphia | N/A |
|  | 5/23/06 | Armstrong ACC | Trial | Caplin and Drysdale | Philadelphia | N/A |
|  | 05/26/06 | Francis Grochowski | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |
|  | 5/31/06 | Roger Beckner | Deposition | Karlin and Associates | Silver Spring | peripheral neuropathy |
|  | 12/14/06 | Property Damage Committee, Grace bankruptcy | Deposition | Martin Dies Dies and Hile | Washington. DC | N/A |
| **2005** |  |  |  |  |  |  |
|  | 01/14/05 | Owens Corning ACC | Trial | Caplin and Drysdale | Philadelphia | N/A |
|  | 02/01/05 | Charles Winkler | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |
|  | 05/11/05 | Charles Winkler | Trial | Law Offices of Peter | Baltimore | mesothelioma |

| | | | | |
|---|---|---|---|---|
| 06/15/05 | Federal Mogul ACC | Trial | Angelos Caplin and Drysdale | Camden, NJ | N/A |
| **2004** | | | | | |
| 3/25/04 | Milton Cichy | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| 4/15/04 | Pittsburgh Corning ACC | Deposition | Caplin and Drysdale | Washington, DC | N/A |
| 9/08/04 | Kerrie and Sandra Gonella | Deposition | Law Offices of Peter Nichols | Baltimore | allergy |
| 11/17/04 | Owens Corning ACC | Deposition | Caplin and Drysdale | Washington, DC | N/A |
| **2003** | | | | | |
| 01/09/03 | Charles Bildstein | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| 01/31/03 | Frederick Arnold + Joseph Essex | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| 5/15/03 | Charles Bildstein | Trial | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| 05/07/03 | Richard Franz and Joseph Stewart | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| 05/19/03 | Carolyn Seemens | Deposition | David Hilton | Virginia | allergy |
| 10/07/03 | Jerome Bozek | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |

Welch, trials and depositions