IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on July 31, 2007 I caused a copy of the NOTICE OF FILING OF THE SUPPLEMENTAL/ REBUTTAL EXPERT REPORTS OF STEVE M. HAYS, P.E., LAURA S. WELCH, M.D., DR. WILLIAM LONGO AND DR. SAMUEL HAMMAR IN CONNECTION WITH THE ASBESTOS PERSONAL INJURY ESTIMATION HEARING (without the Expert Reports) to be served upon the individuals on the attached service list via first-class mail unless otherwise indicated.

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)

Dated: July 31, 2007

{D0090257.1 }