# EXHIBIT A

**Herman Gibb**            Rebuttal to Reports of Drs. Frank, Lemen, and Welch

**Gordon Bragg**          Rebuttal to the Expert Reports of Mr. Steve Hays, Dr. Victor Roggli and
                          Dr. Arthur Frank

**David Garabrant**       In Response to Plaintiffs' Experts Reports

**Steven Haber**          Response to the May 8, 2007 Whitehouse/Frank Report

**Daniel Henry**          Dr. Henry's Supplement to the Henry X-Ray Study

**Daniel Henry**          Rebuttal Report to Dr. Henry's October 3, 2006 Expert Report

**Daniel Henry**          Comments on the Libby Experts' Rebuttal to Dr. Henry's October 3, 2006
                          Expert Report

**Richard Lee**           Supplemental Expert Rebuttal Report of Richard J. Lee, Ph.D.

**Peter Lees**            The Role and Process of Exposure Assessment Regarding Asbestos-
                          Related Personal Injury Liability: Rebuttal to Report of Steve B. Hays, PE,
                          CIH

**Peter Lees**            The Role and Process of Exposure Assessment Regarding Asbestos-
                          Related Personal Injury: Revisions to the Supplemental Report

**Suresh Moolgavkar**     Supplemental/Rebuttal Report on Asbestos and Disease Causation

**John Parker**           Rebuttal Report of Dr. John Parker

**David Weill**           Supplemental and Rebuttal Report of Dr. David Weill

**Elizabeth Anderson**    The Scientific Credibility of Personal Injury Claims Related to Alleged
                          Exposure to W.R. Grace Asbestos-Containing Products: 2nd Supplemental
                          and Rebuttal Report of Elizabeth L. Anderson, Ph.D. A.T.S. Fellow

**William Wecker**        Rebuttal Report of Dr. M. Laurentius and Dr. William E. Wecker