# EXHIBIT B

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

www.kirkland.com

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

Facsimile:
(312) 861-2200

Dir. Fax: 312 861-2200

July 31, 2007

See Attached Service List

Re:   W.R. Grace's Supplemental and Rebuttal Expert Reports for the Estimation Trial

Dear Counsel:

Copies of all of W.R. Grace's supplemental and rebuttal expert reports for the asbestos personal injury estimation trial are being sent to each of you via email tonight. In addition, hard copies of the reports for the following experts have been overnighted to you for delivery tomorrow: Drs. Lees, Moolgavkar, Henry, Lee, Haber, Parker, Weill, Garabrant and Bragg. In addition, the exhibits, attachments and reliance materials for all expert reports except for Drs. Marais/Wecker are being overnighted to you for delivery tomorrow. The Marais/Wecker reliance materials will be sent out tomorrow for delivery on Thursday.

Please be advised that several of the enclosed reports and the information and data contained in the reliance materials are subject to the existing protective orders in this case. Each of you are already subject to the protective orders and are obligated to comply with such orders in the handling and dissemination of the attached reports and reliance materials. In particular, I want to point out that the report of Dr. Haber and the reliance materials for Dr. Weill, Dr. Parker, and Drs. Marais & Wecker contain information that is subject to the protective order entered by Judge Molloy in the criminal case as well as the order entered by Judge Fitzgerald on June 5, 2006.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Scott A. McMillin

SAM

## Service List for W.R. Grace Supplemental and Rebuttal Expert Reports

Nathan D. Finch
Caplin & Drysdale
One Thomas Circle, NW, 27th Floor
Washington, DC 20005

Scott Baena
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Raymond Mullady
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, NW,
Washington, DC 20007-5135

Gary Becker
Kramer Levin
1177 Avenue of the Americas
New York, NY 10036

Daniel C. Cohn
Cohn Whitesell & Goldberg, LLP
101 Arch Street
Boston, MA 02110