## EXHIBIT A

## Case Administration (107.90 Hours; $ 22,912.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $875 | 1,137.50 |
| Peter Van N. Lockwood | 1.60 | $800 | 1,280.00 |
| Trevor W. Swett | 1.50 | $630 | 945.00 |
| Rita C. Tobin | .80 | $480 | 384.00 |
| James P. Wehner | .40 | $425 | 170.00 |
| Jeanna M. Rickards | .80 | $235 | 188.00 |
| Andrew D. Katznelson | 3.00 | $195 | 585.00 |
| Samira A. Taylor | 28.00 | $185 | 5,180.00 |
| Carrie D. Kelly | 70.50 | $185 | 13,042.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/07 | PVL | 800.00 | 0.10 | Review four miscellaneous filings. |
| 06/01/07 | EI | 875.00 | 0.30 | Working on issues involving new financial advisor support, including t/c A. Tersigni (.2); t/c J. Sinclair (.3); t/c Brad Rapp (.2 t/c PVNL (.3); t/c TWS (.3); t/c NDF (.1); t/c Joe Frank (.1); t/c M. Bienenstock (.1); t/c RER (.2); t/c D. Gross (.2); memo of A. Tersigni call (.1); memo to all Committees re: situation and advice (.5); memo Volta (.1); misc. corres. (.2).  [Total time of 2.9 hours divided among 11 bankruptcies.] |
| 06/01/07 | SAT | 185.00 | 1.50 | Organize documents into case files. |
| 06/01/07 | ADK | 195.00 | 0.50 | Assisted RCT with review of Terisigni Consulting fee applications, calculated outstanding. |
| 06/01/07 | CDK | 185.00 | 6.00 | Research, classify and update firm's medical document repository for future reference, review, and retrieval by the attorney group |
| 06/02/07 | PVL | 800.00 | 0.10 | Review three miscellaneous filings. |
| 06/04/07 | PVL | 800.00 | 0.10 | Review twelve miscellaneous filings. |
| 06/04/07 | PVL | 800.00 | 0.20 | Review EI email and reply (.1); Review NDF memo (.1). |

| 06/04/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update (.2). |
| 06/04/07 | TWS | 630.00 | 0.20 | Conference with EI to prepare for meeting (.3); meet with J. Sinclair, B. Rapp, S. Plotzky, P. Rubsam, A. Prills, R. Lindsay and EI (1.5). [Total time of 1.8 hrs. divided among 11 bankruptcies] |
| 06/04/07 | TWS | 630.00 | 0.10 | Attention to LTC replacement issues [Total time of 1.8 hours, divided among 11 bankruptcies.] |
| 06/04/07 | EI | 875.00 | 0.30 | Conf. TWS to prepare for meeting (.3); conf. Sinclair, Rapp, Plotsky, Rubsam, Prills, Lindsay with TWS to review situation (1.5); correspondence to LTC and to A. Tersigni (.5); memo to Rice and Weitz re: LTC issues (.5); t/c Weitz (.1); t/c Esserman (.2); t/c RER (.1) all re: LTC replacement issues.  [Total time of 3.2 hours divided among 11 bankruptcies.] |
| 06/04/07 | SAT | 185.00 | 1.60 | Organize pleadings into case files. |
| 06/04/07 | ADK | 195.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 06/04/07 | CDK | 185.00 | 3.50 | Research and compile document related to relevant bank proceeding for expert review |
| 06/05/07 | TWS | 630.00 | 0.10 | Attention to LTC matter:  review memos and correspondence (.6); telephone conferences with EI (2x) (.4); telephone call from B. Rapp (.1). (Total of 1.10 hours divided among 11 clients) |
| 06/05/07 | EI | 875.00 | 0.10 | T/c Rapp re: status (.1); t/c A. Tersigni re: status (.1); t/c Bob Malone re: status (.3); memos of Tersigni and Malone calls (.2); t/c Joe Radecki re: status (.1); t/c Kress re: status (.1); t/c Lew Kruger re: status (.1); t/cs TWS to discuss program (.2).  [Total time of 1.2 hours divided among 11 bankruptcies.] |
| 06/05/07 | SAT | 185.00 | 0.40 | Organize pleadings into case files. |
| 06/05/07 | CDK | 185.00 | 8.00 | Research, classify and update firm's medical document repository for future reference, review, and retrieval by the attorney group |
| 06/06/07 | EI | 875.00 | 0.20 | T/c Sparks re: LTC issues (.2). |

| 06/06/07 | SAT | 185.00 | 2.70 | Research and retrieve articles for expert witness database. |
| 06/06/07 | CDK | 185.00 | 6.50 | Research, classify and update firm's medical document repository for future reference, review, and retrieval by the attorney group |
| 06/06/07 | JMR | 235.00 | 0.40 | Research re LTC issues and potential retention application. |
| 06/07/07 | TWS | 630.00 | 0.40 | Review materials re LTC fee application issues (.3); revise affidavit for retention of financial adviser (4.6). (Total of 4.9 hours divided among 11 clients.) |
| 06/07/07 | SAT | 185.00 | 5.00 | Research and retrieve articles for expert witness database. |
| 06/07/07 | CDK | 185.00 | 5.50 | Research, classify and update firm's medical document repository for future reference, review, and retrieval by the attorney group |
| 06/07/07 | JMR | 235.00 | 0.10 | Continue to research on LTC issues. |
| 06/08/07 | SAT | 185.00 | 5.10 | Research and retrieve articles for expert witness database. |
| 06/08/07 | CDK | 185.00 | 3.00 | Research, classify and update firm's medical document repository for future reference, review, and retrieval by the attorney group |
| 06/11/07 | PVL | 800.00 | 0.10 | Review 7 miscellaneous filings. |
| 06/11/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2). |
| 06/11/07 | SAT | 185.00 | 3.20 | Research and retrieve articles for expert witness database. |
| 06/11/07 | SAT | 185.00 | 1.60 | QC content of CDs containing expert witness back-up materials. |
| 06/11/07 | CDK | 185.00 | 6.00 | Research, classify and update firm's medical document repository for future reference, review, and retrieval by the attroney group |
| 06/12/07 | PVL | 800.00 | 0.10 | Review 12 miscellaneous filings. |

| | | | | |
|---|---|---|---|---|
| 06/12/07 | EI | 875.00 | 0.10 | Heller Ehrman letter (.2); t/c TWS re: same (.2); conf. ADK/RCT re: Tersigni materials (.1). [ Total of .5 divided among five clients.] |
| 06/12/07 | SAT | 185.00 | 1.50 | Research and retrieve articles for expert witness database. |
| 06/12/07 | SAT | 185.00 | 0.50 | QC content of DVDs containing expert witness back-up materials. |
| 06/12/07 | CDK | 185.00 | 2.00 | Research, classify and update firm's medical document repository for future reference, review, and retrieval by the attroney group |
| 06/13/07 | EI | 875.00 | 0.10 | T/c John Donley re: LTC (.1). |
| 06/13/07 | SAT | 185.00 | 3.60 | Research and retrieve articles for expert witness database. |
| 06/13/07 | CDK | 185.00 | 3.50 | Research, classify and update firm's medical document repository for future reference, review, and retrieval by the attroney group (2.0); quality checking expert reports for N. Finch (1.5) |
| 06/14/07 | EI | 875.00 | 0.10 | Donley call re: LTC and memo. |
| 06/14/07 | SAT | 185.00 | 0.50 | Research and retrieve articles for expert witness database. |
| 06/14/07 | CDK | 185.00 | 3.50 | Research, classify and update firm's medical document repository for future reference, review, and retrieval by the attroney group (2.0); quality checking expert reports for N. Finch (1.5) |
| 06/15/07 | PVL | 800.00 | 0.10 | Review 7 miscellaneous filings. |
| 06/15/07 | TWS | 630.00 | 0.10 | Telephone conference with EI re LTC matter (.10); review memos re LTC (.10); telephone call to L. Zweifach - left message (.10). (Total time of .30 hours divided among 3 bankruptcies.) |
| 06/15/07 | CDK | 185.00 | 4.00 | Research, classify and update firm's medical document repository for future reference, review, and retrieval by the attroney group (2.5); quality checking expert reports for N. Finch (1.5) |
| 06/18/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update (.2). |

| 06/19/07 | ADK | 195.00 | 2.00 | Coordinate with JPW and LAS re: service of reliance materials to Strook and Strook, Kramer Levin |
| 06/20/07 | TWS | 630.00 | 0.10 | Telephone conferences with A. Vara (2x) (.20). (Total time of .20 hours divided between two bankruptcies.) |
| 06/20/07 | CDK | 185.00 | 2.00 | Retrieve and scan exhibits for future reference by attorney group |
| 06/21/07 | CDK | 185.00 | 3.00 | Retrieve and scan exhibits for future reference by attorney group |
| 06/22/07 | PVL | 800.00 | 0.80 | Review 16 miscellaneous filings (.2); review accumulated filings re issues (.6). |
| 06/25/07 | TWS | 630.00 | 0.30 | Telephone conference with E. Kreisner and with EI (.30); review materials - LTC (1.20); telephone conference with L. Zweifach and JPW (.40); conference with JPW re LTC matter (.20); memo to file - LTC matter (.30); telephone conference with B. Becker and R. Malone (.20); prepare for meetings - LTC matter and replacement of FCR (1.30). (Total time of 3.90 hours divided among 11 bankruptcies.) |
| 06/26/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update (.2). |
| 06/27/07 | SAT | 185.00 | 0.80 | Organize pleadings into case files. |
| 06/28/07 | TWS | 630.00 | 0.20 | Telephone calls to and from E. Kreisner - left messages (.10); prepare for Hellen Ehrman meeting (.70); meet with E. Kreisner, R. Reed , Z. Taylor, EI, JPW, J. Prol (1.0);  follow up re same (.20).  (Total time of 2.0 hours divided among 11 bankruptcies.). |
| 06/28/07 | EI | 875.00 | 0.10 | Conf. TWS/JPW/Jeff Prol plus three from Heller Ehrman (1.0).  [Total time of 1.0 hour divided among tenbankruptcies.] |
| 06/28/07 | JPW | 425.00 | 0.30 | Meeting with Heller Ehrman re LTC (1.0); review LTC correspondence (1.7); meeting with EI and TWS re LTC issues (.6). (Total time of 3.3 hours divided among 11 clients.) |
| 06/28/07 | CDK | 185.00 | 5.50 | Search, classify and convert pleadings for future reference, retrieval and review by attorney group |
| 06/29/07 | JPW | 425.00 | 0.10 | Draft letter to Debtor re LTC |

| 06/29/07 | CDK | 185.00 | 8.50 | Search, classify and convert pleadings for future reference, retrieval and review by attorney group |
| 06/29/07 | JMR | 235.00 | 0.30 | Research re LTC issues. |

**Total Task Code .04        107.90**


Claim Analysis Objection & Resolution (Asbestos) (4.60 Hours; $ 3,644.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.50 | $800 | 3,600.00 |
| Jeffrey A. Liesemer | .10 | $445 | 44.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/07 | PVL | 800.00 | 0.20 | Conference with NDF (.1); Review emails (.1). |
| 06/03/07 | PVL | 800.00 | 0.10 | Review MD cas. objection re BNSF COC. |
| 06/05/07 | PVL | 800.00 | 0.20 | Review ACC motion for protective order (.1); review email (.1). |
| 06/06/07 | PVL | 800.00 | 0.50 | Review email and teleconference Hurford (.1); teleconference Heberting (.2); email to Hurford et al (.1); review email (.1). |
| 06/06/07 | JAL | 445.00 | 0.10 | Reviewed memo from EI regarding certain proposed PD claims settlements |
| 06/07/07 | PVL | 800.00 | 0.30 | Review draft motion to clarify and email Hurford et al re same. |
| 06/08/07 | PVL | 800.00 | 0.30 | Teleconference Hurford (.2); review email (.1). |
| 06/09/07 | PVL | 800.00 | 0.40 | Review Borg-Warner v. Flores opinion. |
| 06/11/07 | PVL | 800.00 | 0.30 | Review email. |
| 06/12/07 | PVL | 800.00 | 0.90 | Review 2 motions to quash depos on pls. firms (.2); review NDF memo (.1); review email (.2); review |

|  |  |  |  | revised draft motion to reconsider BNSF order and email Hurford (.4). |
|---|---|---|---|---|
| 06/13/07 | PVL | 800.00 | 0.10 | Review Cohn email and email Hurford. |
| 06/14/07 | PVL | 800.00 | 0.30 | Review Grace response re Speights motion to alter (.1); review email (.1); review ACC/FCR status report (.1). |
| 06/15/07 | PVL | 800.00 | 0.10 | Review Grace brief re CMO. |
| 06/18/07 | PVL | 800.00 | 0.40 | Teleconference NDF (.1); review Grace reply re law firm prot motion (.3). |
| 06/19/07 | PVL | 800.00 | 0.40 | Review email (.1); review Navigant report (.1); review Libby cls motion to alter (.2). |

**Total Task Code .05        4.60**

### Employee Benefits/Pension (.20 Hours; $ 175.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $875 | 175.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/18/07 | EI | 875.00 | 0.20 | Pension matters - memos. |

**Total Task Code .08        .20**

### Fee Applications, Applicant (5.00 Hours; $ 1,830.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.00 | $480 | 1,440.00 |
| Andrew D. Katznelson | 2.00 | $195 | 390.00 |

{D0090295.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/13/07 | RCT | 480.00 | 0.80 | Review prebills (.8). |
| 06/19/07 | RCT | 480.00 | 0.50 | Review Exhibits (.5) |
| 06/21/07 | ADK | 195.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 06/22/07 | ADK | 195.00 | 1.00 | worked on monthly fee application |
| 06/25/07 | RCT | 480.00 | 0.50 | Review monthly fee applications (.5). |
| 06/25/07 | ADK | 195.00 | 0.50 | Worked on fee application. |
| 06/26/07 | RCT | 480.00 | 1.00 | Address fee issues (1.0). |
| 06/28/07 | RCT | 480.00 | 0.20 | Review fee application schedules for July 1 (.2). |

**Total Task Code .12**     **5.00**

## Fee Applications, Others (.10 Hours; $ 80.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $800 | 80.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/07 | PVL | 800.00 | 0.10 | Review draft objection re FP fee application. |

**Total Task Code .13**     **.10**

## Litigation and Litigation Consulting (526.30 Hours; $ 236,094.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Elihu Inselbuch | 7.80 | $875 | 6,825.00 |
| Walter B. Slocombe | 39.30 | $685 | 26,920.50 |
| Bernard S. Bailor | 54.50 | $600 | 32,700.00 |
| Nathan D. Finch | 133.40 | $580 | 77,372.00 |
| Jeffrey A. Liesemer | 2.20 | $445 | 979.00 |
| James P. Wehner | 117.10 | $425 | 49,767.50 |
| Adam L. VanGrack | 59.10 | $275 | 16,252.50 |
| Jeanna M. Rickards | 4.80 | $235 | 1,128.00 |
| J. Blake Pinard | 17.30 | $215 | 3,719.50 |
| Erroll G. Butts | 50.00 | $225 | 11,250.00 |
| David B. Smith | 40.80 | $225 | 9,180.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/07 | BSB | 600.00 | 3.90 | Research expert witness reports (review cited articles) |
| 06/01/07 | EI | 875.00 | 0.30 | T/c M. Hurford re: exec. comp. (.3). |
| 06/01/07 | NDF | 580.00 | 3.60 | Review and edit motion for protective order (1.0); review Siegel transcript for use in Peterson report (1.5); telephone conference with Peterson re report issues (0.5); confer with BSB re expert issues (0.2); telephone conference with Mullady re case issues (0.4). |
| 06/01/07 | DBS | 225.00 | 3.80 | Attend meeting regarding compilation of expert reliance materials (.7); research and compile documents from relevant bankruptcy proceedings for expert review (.4); cite check brief for attorney review (2.7). |
| 06/01/07 | JAL | 445.00 | 0.40 | Reviewed recently filed court submissions regarding estimation-related depositions and discovery |
| 06/01/07 | JAL | 445.00 | 0.20 | Review and analysis of discovery materials relating to estimation proceeding |
| 06/01/07 | JPW | 425.00 | 7.40 | E-mails re motion (1.2); telephone conference with NDF re motion (x2) (.5); revise Motion for Protective Order (3.2); revise discovery (1.7); meet with NDF re Motion (.3); draft Proposed Order (.5) |
| 06/01/07 | EGB | 225.00 | 1.00 | Meeting with Library regarding retrieval and process for articles to be collected for B. Baylor. |

{D0090295.1 }

| 06/03/07 | DBS | 225.00 | 0.50 | Cite check and compile exhibits for brief for attorney review. |
| 06/04/07 | BSB | 600.00 | 6.00 | Review and research articles cited by expert medical witnesses (5.9); conference with NDF re IPO strategy (.1) |
| 06/04/07 | EI | 875.00 | 0.30 | T/c NDF re: Forman Perry obj. (.1); memo to NDF re: trial dates and t/c NDF re: same (.1); memo NDF re: CRMC (.1). |
| 06/04/07 | NDF | 580.00 | 7.60 | Edit motion for protective order (1.0); review expert reports for FCR witnesses (1.2); draft outlines for medical expert depositions (0.9); work on expert reports for estimation hearing (4.5). |
| 06/04/07 | JAL | 445.00 | 0.50 | Review and analysis of materials relating to claims estimation |
| 06/04/07 | JAL | 445.00 | 0.50 | Reviewed memo from NDF regarding estimation-related expert reports |
| 06/04/07 | JPW | 425.00 | 8.20 | Edit and finalize Motion for Protective Order (3.7); e-mails re motion (1.0); e-mails re expert reports (.8); work re experts reports (1.8); telephone conference with M. Peterson re backup (.5); review edited Motion (.4) |
| 06/05/07 | BSB | 600.00 | 6.20 | Continue deposition preparation - outline Garabandt |
| 06/05/07 | EI | 875.00 | 0.70 | T/c NDF re: discovery issues (.2); t/c PVNL and read memos re: Forman Perry legal fees issue (.2); reviewed memos and memo to Rice re: PD settlements (.3). |
| 06/05/07 | NDF | 580.00 | 3.70 | Telephone conference with Bernick re discovery issue (1.0); telephone conference with claimants' counsel re same issue (1.0); work on expert reports (1.7). |
| 06/05/07 | DBS | 225.00 | 2.60 | Compile and review pleadings, correspondence, deposition transcripts and exhibits, and other discovery materials for electronic and hard case files. |
| 06/05/07 | JAL | 445.00 | 0.40 | Review and analysis of materials relating to claims estimation |
| 06/05/07 | JPW | 425.00 | 4.60 | E-mails re scheduling and depositions (.5); work with experts on reports (2.3); review motion for |

{D0090295.1 }

| | | | | protective order (.8); review transcript of May 21 hearing (1.0) |
|---|---|---|---|---|
| 06/05/07 | JMR | 235.00 | 2.10 | Prepare deposition transcript |
| 06/06/07 | BSB | 600.00 | 4.30 | Research expert witness reports |
| 06/06/07 | EI | 875.00 | 0.80 | T/c M. Hurford re: Montana motions and orders (.5); memo re: pension plan motion (.3). |
| 06/06/07 | NDF | 580.00 | 2.30 | Work on expert reports. |
| 06/06/07 | DBS | 225.00 | 2.30 | Compile and review pleadings, correspondence, and other discovery materials for attorney review and case files. |
| 06/06/07 | JPW | 425.00 | 7.80 | Work with experts on reports (2.6); e-mails re discovery (1.1); review and edit 30(b)(6) notice (1.8); review Roggli report (.5); M. Behrans research (1.0); read Tillinghast report (.8) |
| 06/07/07 | EI | 875.00 | 0.60 | T/c Hurford re: Montana motions and orders (.5); t/c NDF re: same (.1). |
| 06/07/07 | NDF | 580.00 | 7.00 | Review JKF orders and telephone conference with Hurford re same (0.5); review and edit expert witness reports (5.5); review and edit memo re IH issues (0.5); read Texas case on exposure (0.5). |
| 06/07/07 | DBS | 225.00 | 3.30 | Compile and review pleadings, correspondence, and other discovery materials for electronic and hard case files (2.6); compile expert report reliance materials (.3); attend meeting re expert report logistics (.4). |
| 06/07/07 | JPW | 425.00 | 5.60 | Review x-ray order (.5); e-mails re discovery (.8); meeting with NDF, JMR, and DBS re expert reports (.5); estimation research (2.1); e-mails re estimation (.7); review claimant firm motions (1.0) |
| 06/07/07 | JMR | 235.00 | 0.20 | Meeting regarding the filing of expert witness reports |
| 06/08/07 | EI | 875.00 | 0.10 | T/c NDF re: Order, etc. |
| 06/08/07 | NDF | 580.00 | 12.50 | Review, revise and edit expert reports for Peterson, Hays and Welch. |
| 06/08/07 | DBS | 225.00 | 2.20 | Compile and review pleadings, correspondence, and other discovery materials for electronic and hard case |

| | | | | files (1.0); compile expert report reliance materials (1.2). |
|---|---|---|---|---|
| 06/08/07 | JPW | 425.00 | 5.90 | Prepare expert reports (1.7); analyze Verus mesothelioma data (3.5); e-mails re Verus data (.7) |
| 06/10/07 | NDF | 580.00 | 2.40 | Review Hays revised draft (1.2); telephone conference with Garza re same (0.2); review and revise motion to alter or amend order (1.0). |
| 06/10/07 | ALV | 275.00 | 2.50 | Review documents, pleadings, and various transcripts. |
| 06/11/07 | NDF | 580.00 | 5.20 | Final review and edits of Welch and Hays reports (1.0); draft memo re exclusivity argument (0.7); read and review Peterson report draft (1.5); telephone conference with Peterson re expert report (2.0). |
| 06/11/07 | ALV | 275.00 | 6.20 | Review expert reports, documents, pleadings, and various transcripts. |
| 06/11/07 | JPW | 425.00 | 7.20 | Review and prepare expert reports for service (5.1); telephone conferences with M. Hurford re expert reports (.8); meet with NDF re expert reports (.3); telephone conference with K. Garza re references (.2); meet with SAT re CDs (.3); review motion for protective order (.5) |
| 06/11/07 | EGB | 225.00 | 5.00 | Review Grace CD's for David Smith; Review and make copies of transcript for N. Finch; Quality check all materials. |
| 06/12/07 | EI | 875.00 | 0.40 | T/c JAL re: appeal status (.1); status inquiry re: Keene closing (.1); memo to NDF re: PD settlements (.1); memo re: Forman Perry app (.1). |
| 06/12/07 | NDF | 580.00 | 5.50 | Read and review Grace expert witness reports. |
| 06/12/07 | ALV | 275.00 | 8.20 | Review expert reports and documents (produced from Grace) for relevance; compile expert reports for review by ACC's experts. |
| 06/12/07 | JPW | 425.00 | 6.40 | Review Grace expert reports (3.7); e-mails re expert report backup and distribution (1.1); telephone conference with J. Ansboro re expert reports (.3); meet with ALV and EGB re backup (.5); e-mails re expert depositions (.8) |

| | | | | |
|---|---|---|---|---|
| 06/12/07 | EGB | 225.00 | 6.50 | Meeting with Adam and Jim regarding copies to be made of Expert reports; Copy and send document review materials. |
| 06/13/07 | WBS | 685.00 | 2.50 | Start reading Grace's experts' reports. |
| 06/13/07 | NDF | 580.00 | 8.50 | Read and review Grace reports (4.6); telephone conference with Mendelsohn re discovery issue (0.6); telephone conference with Horkovich re insurance discovery (0.5); telephone conference with Snyder re expert work (0.5); draft ACC/FCR statement on the scheduling order (2.1); telephone conference with Mullady re same (0.2). |
| 06/13/07 | ALV | 275.00 | 7.60 | Review expert reports, transcripts, and documents (produced from Grace) for relevance; compile expert reports for review by ACC's experts. |
| 06/13/07 | JPW | 425.00 | 3.20 | Telephone conference with S. Snyder re expert reports (.6); telephone conference with D. Mendelson re expert reports (.5); e-mails re expert report distributions (.5); review expert reports (1.2); review scheduling statement (.4) |
| 06/13/07 | EGB | 225.00 | 5.50 | Complete project for Adam and Jim regarding expert reports to be sent for review. |
| 06/13/07 | EGB | 225.00 | 4.00 | Update on articles project for B. Baylor. |
| 06/14/07 | WBS | 685.00 | 4.80 | Read Anderson, Rodricks and Moolgavkar reports and write comments. |
| 06/14/07 | NDF | 580.00 | 5.80 | Review Grace's expert reports (3.9); review edits to Peterson report (0.5); review CDC/NIOSH stats re mesothelioma deaths (0.5); telephone conference with NIOSH director of data collection for mesothelioma deaths (0.4); telephone conference with Dr. Welch re NIOSH data (0.5). |
| 06/14/07 | ALV | 275.00 | 4.00 | Review expert reports and documents for relevance (2.6); research issues related to permissible discovery (1.4). |
| 06/14/07 | JPW | 425.00 | 3.70 | Telephone conference with FCR re status conference (.6); review expert reports (3.1) |
| 06/14/07 | EGB | 225.00 | 4.50 | Make copies and create binder for N. Finch; Review materials and follow up with Fed. Ex. regarding program delivery. |

| | | | | |
|---|---|---|---|---|
| 06/15/07 | WBS | 685.00 | 3.10 | Read final Peterson report draft (0.4); conference with NDF re Grace reports (0.4); continue reading Grace expert reports (2.3). |
| 06/15/07 | EI | 875.00 | 0.10 | Memo to NDF re: DII subpoena (.1). |
| 06/15/07 | NDF | 580.00 | 4.50 | Work on Peterson report. |
| 06/15/07 | ALV | 275.00 | 3.50 | Review relevant pleadings and documents (1.7); research issues related to evidence and discovery (1.8). |
| 06/15/07 | JPW | 425.00 | 4.20 | Telephone conference with J. Ansboro re factual backup (.2); review Grace expert reports (2.8); work with experts on reports (1.2) |
| 06/15/07 | EGB | 225.00 | 4.50 | Create binder with C. Kelley for N. Finch; Assist with creation and updates of edits. |
| 06/18/07 | NDF | 580.00 | 6.80 | Final review and edits to Peterson report (2.5); review Grace non-estimation rebuttal reports (2.1); review CDC/NIOSH data re mesothelioma deaths (1.1); telephone conference with CDC person re same (0.5); review Grace pleadings re deposition issue (0.6). |
| 06/18/07 | ALV | 275.00 | 3.60 | Review pleadings and expert reports (2.1); review materials related to estimation experts (1.5). |
| 06/18/07 | JPW | 425.00 | 6.60 | Meet with NDF re expert reports (.4); telephone conference with A. Krazelton re reports (.2); report service issues (1.5); telephone conference with M. Hurford re reports (.2); review Peterson Report (1.0); cover letters (.8); review expert reports (2.5) |
| 06/19/07 | NDF | 580.00 | 7.00 | Review Florence and Dunbar reports (5.5); email to various re expert discovery tasks (1.5). |
| 06/19/07 | DBS | 225.00 | 2.00 | Compile expert reports and expert report reliance materials for attorney and expert review. |
| 06/19/07 | JPW | 425.00 | 7.50 | Production of back-up materials for Peterson Report (3.9); telephone conference with D. Relles re CDs (.3); telephone conference with A. Krazelton re back-up CDs (.5); e-mails re back-up materials (.8); meet with NDF re expert reports (.2); telephone conference with NDF re Florence back-up (.1); letter |

{D0090295.1 }

|          |     |        |      | to S. Snyder enclosing materials (.4); meet with DBS re back-up (.3); review expert reports (1.0) |
|----------|-----|--------|------|--------------------------------------------------------------------------------------------------|
| 06/19/07 | EGB | 225.00 | 5.50 | W.R. Grace expert reports for review and copies; Created 10 sets and quality check all work. |
| 06/20/07 | WBS | 685.00 | 3.00 | Read additional Grace expert reports. |
| 06/20/07 | DBS | 225.00 | 3.30 | Compile and reproduce videotaped deposition from similar bankruptcy proceeding for co-counsel review (.2); compile expert reliance materials for co-counsel review (.3); compile and review pleadings, correspondence, and other discovery materials for electronic and hard case files (2.8). |
| 06/20/07 | ALV | 275.00 | 0.90 | Review of expert materials and prior reports. |
| 06/20/07 | JPW | 425.00 | 1.50 | Review meso CDs (.2); read expert reports (1.3) |
| 06/21/07 | WBS | 685.00 | 4.20 | Review Florence report and write memo with analysis and questions, e-mails re supporting data. |
| 06/21/07 | NDF | 580.00 | 3.70 | Work on analysis of Florence estimate (2.6); emails to FCR counsel and others re case issues (1.1). |
| 06/21/07 | DBS | 225.00 | 6.30 | Compile and reproduce videotaped deposition from similar bankruptcy proceeding for co-counsel review (.8); research and compile certain experts' previous testimony and reports for attorney review (5.5). |
| 06/21/07 | JPW | 425.00 | 6.90 | Analyze expert reports (3.6); e-mails with D. Relles re back-up materials (.6); e-mails re deposition scheduling (.2); telephone conference with J. Ansboro re expert reports (.2); telephone conference with NDF re TDP data (.2); collect and distribute TDP data (1.8); e-mails re meeting schedules (.3) |
| 06/22/07 | WBS | 685.00 | 2.60 | Meeting with FCR counsel re strategy, experts. |
| 06/22/07 | NDF | 580.00 | 9.80 | Meet with FCR counsel to discuss expert discovery and case issues (2.9); telephone conference with plaintiff counsel re depositions of attorneys (1.8); prepare for 6/25 and 6/26 hearings (3.8); review CDC/NIOSH mesothelioma death statistics and send same to doctors (0.6); email to plaintiff counsel re attorney depositions (0.7). |

| 06/22/07 | DBS | 225.00 | 2.30 | Compile and review pleadings, correspondence, and other discovery materials for electronic and hard case files. |
|---|---|---|---|---|
| 06/22/07 | JPW | 425.00 | 9.60 | Review expert reports (2.9); e-mails re review of meso claims (.9); telephone conference with Committee re depositions (.8); meeting with FCR re expert reports (3.2); analyze back up materials (.3); review Dunbar report (1.5) |
| 06/23/07 | ALV | 275.00 | 3.00 | Review recent NIOSH details, expert materials, potentially relevant documents related to claimant settlements. |
| 06/24/07 | WBS | 685.00 | 2.50 | Read additional Grace expert reports and notes of needed actions. |
| 06/24/07 | EI | 875.00 | 0.20 | T/c NDF re: XBT issues. |
| 06/24/07 | NDF | 580.00 | 3.20 | Telephone conference with EI re case issue (.2); review email correspondence re deposition issue (0.5); prepare for 6/25 and 6/26 hearings (2.5). |
| 06/24/07 | ALV | 275.00 | 1.80 | Review recent NIOSH details, expert materials, potentially relevant documents related to claimant settlements. |
| 06/25/07 | BSB | 600.00 | 5.50 | Read expert reports (4.2); begin deposition preparation-experts (1.3) |
| 06/25/07 | EI | 875.00 | 1.20 | Conf. call re: hearing prep (1.0); t/c Rice re: same (.2). |
| 06/25/07 | NDF | 580.00 | 10.90 | Prepare for 6/25 and 6/26 hearings (2.8); attend omnibus hearing (4.8); confer with Mullady and Ansbro re Biggs preparation (0.6); telephone conference with Cooney re negotiations (0.2); telephone conference with claimant law firm counsel re deposition issue (1.0); prepare for 6/26 hearing (1.5). |
| 06/25/07 | DBS | 225.00 | 1.00 | Compile and review pleadings, correspondence, and other discovery materials for electronic and hard case files. |
| 06/25/07 | JPW | 425.00 | 3.30 | Telephone conference with D. Mendelson re backup (.2); e-mails re backup (.5); analysis of expert reports (2.6) |

| 06/25/07 | JP | 215.00 | 3.30 | Research new issues on appeal |
|---|---|---|---|---|
| 06/26/07 | BSB | 600.00 | 6.70 | Deposition preparation - Moolkgauer (4.8); NIOSH data – obtain certification for admission under Fed. R. Evid. (1.9) |
| 06/26/07 | WBS | 685.00 | 3.80 | Work on reports, rebuttals. |
| 06/26/07 | EI | 875.00 | 0.30 | T/c NDF re: hearing results. |
| 06/26/07 | NDF | 580.00 | 9.80 | Prepare for hearing (1.9); attend hearing and argue motion for protective order and other issues (4.5); review brief and emails re exclusivity (0.9); draft interrogatories to lawyers (0.8); telephone conference with EI re case issue (0.1); draft memo re tasks to do (0.7); review emails from experts (0.9). |
| 06/26/07 | DBS | 225.00 | 0.70 | Compile expert report materials and previous testimony for attorney review. |
| 06/26/07 | JPW | 425.00 | 2.90 | E-mails re backup for Henry report (.3); expert report analysis (2.6) |
| 06/26/07 | JP | 215.00 | 5.00 | Appeal research |
| 06/27/07 | BSB | 600.00 | 8.40 | Attend Hammos meeting (2.6); read Florence Report (1.7); telephone conference with Hamman's office (.2); work on rebuttal reports (3.9) |
| 06/27/07 | WBS | 685.00 | 6.90 | Meeting re work allocation, strategy, coverage of depositions, work with experts (2.5); work on analysis of x-ray report (0.8), of Anderson/Lees/Moolgavkar work (2.4) and of exposure data (1.2). |
| 06/27/07 | EI | 875.00 | 1.90 | T/c Frankel re: status (.5); t/c Cooney re:  status (.2); t/c Budd/Baron re: status (.2); read interrogatories and memos (.5); memo to NDF re: proposed interroagories and t/c NDF re: same (.5). |
| 06/27/07 | NDF | 580.00 | 7.60 | All hands meeting to discuss expert tasks (2.5); prepare outline of rebuttal reports for Peterson and Snyder (2.1); review Grace revised interrogatories (0.6); review Grace expert reports and analyze same (2.4). |
| 06/27/07 | DBS | 225.00 | 5.80 | Attend strategy meeting (2.5); compile expert reports and back-up materials for attorney and expert review |

| | | | | |
|---|---|---|---|---|
| | | | | (1.2); draft list of expert reports sent to various experts for their review (2.1). |
| 06/27/07 | JAL | 445.00 | 0.20 | Reviewed memos from M. Hurford and NDF regarding estimation issues |
| 06/27/07 | ALV | 275.00 | 7.10 | Meeting with NDF, JMR, BSB, WBS, JPW to discuss strategy and schedule for Estimation Trial (2.5); duties related to expert preparation and post-meeting assignments and memoranda (2.0); research related to privilege issues and discovery (2.6). |
| 06/27/07 | JPW | 425.00 | 5.10 | Meeting with discovery team re expert report (2.5); analyze backup to Henry Report (1.0); e-mails re expert discovery (.8); e-mails re deposition scheduling (.2); analyze Florence report (.6) |
| 06/27/07 | EGB | 225.00 | 7.00 | Create a W.R. Grace Expert Report database for B. Baylor. |
| 06/27/07 | JMR | 235.00 | 2.50 | Meeting regarding status of case, agenda and assignments; attempt to contact SEC FOIA contact person |
| 06/27/07 | JP | 215.00 | 0.20 | Conference with ALV re research for T. Florence/Daubert |
| 06/28/07 | BSB | 600.00 | 8.30 | Work on expert depositions (review expert report ref.) (5.9); review Huckendahl articles (.3); Moolganabar outline (2.1) |
| 06/28/07 | WBS | 685.00 | 3.80 | Work on Moolgavkar report and notes for telephone conferences with experts on that and other independent hygienist related reports. |
| 06/28/07 | EI | 875.00 | 0.50 | T/c Frankel re: status (.2); t/c NDF re: hearing report (.2); forwarding materials to NDF (.1). |
| 06/28/07 | NDF | 580.00 | 3.50 | Telephone conference with Bernick re interrogatories (0.5); telephone conferences with plaintiff lawyers re same (1.9); emails to experts setting up conference calls re reports (0.5); email to Mullady re case issues (0.6). |
| 06/28/07 | DBS | 225.00 | 0.40 | Compile expert reports for attorney and expert review. |
| 06/28/07 | ALV | 275.00 | 5.50 | Discussion with JBP regarding "Daubert" research topic (0.2); review expert related materials (1.7); |

| | | | | research related to privilege issues; permissible discovery; "Daubert" issues (3.6). |
|---|---|---|---|---|
| 06/28/07 | JPW | 425.00 | 3.90 | Analyze Dunston Report |
| 06/28/07 | JP | 215.00 | 4.70 | Research and memo to JAL re new arguments for on appeal exclusivity |
| 06/29/07 | BSB | 600.00 | 5.20 | Telephone conference with Hammar (.3); work on deposition preparation (4.9) |
| 06/29/07 | WBS | 685.00 | 2.10 | Conference call experts (Peterson) (1.0): review Grace report in preparation for conference call re rebuttal (1.1). |
| 06/29/07 | EI | 875.00 | 0.40 | Washcoat acquisition matters with Hurford (.3); t/c Frankel re: status (.1). |
| 06/29/07 | NDF | 580.00 | 2.50 | Telephone conference with Peterson re rebuttal report (1.0); telephone conference with Snyder re rebuttal report (0.5); telephone conference hearing on discovery issues (1.0). |
| 06/29/07 | DBS | 225.00 | 4.30 | Conduct research re potential expert for attorney review (1.7); compile expert report materials for attorney and expert review (2.6). |
| 06/29/07 | ALV | 275.00 | 5.20 | Tasks related to discovery review and expert rebuttal (1.6); research related to privilege issues; permissible discovery; "Daubert" issues (3.6). |
| 06/29/07 | JPW | 425.00 | 5.60 | Telephone conference with M. Peterson, D. Relles, P. Ebner re rebuttal reports (1.0); e-mails re backup materials (.9); analyze Florence back-up materials (2.7); telephone conference with S. Snyder re backup report (.5); telephone conference with D. Mendelson re Henry report (.1); telephone conference with M. Eveland re rebuttal analysis (.4) |
| 06/29/07 | EGB | 225.00 | 6.50 | Update and review Expert Report Database; Review database with B. Baylor. |
| 06/29/07 | JP | 215.00 | 4.10 | Memo to JAL re new issue on appeal and judicial notice |

**Total Task Code.16**        **526.30**

**Plan & Disclosure Statement (49.20 Hours; $ 21,894.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | 49.20 | $445 | 21,894.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/06/07 | JAL | 445.00 | 0.50 | Exchange of email correspondence with M. Hurford and D. Felder regarding preparation of joint appendix and merits brief in exclusivity appeal |
| 06/06/07 | JAL | 445.00 | 0.20 | Drafted and revised response email to M. Hurford regarding exclusivity appeal |
| 06/11/07 | JAL | 445.00 | 0.50 | Telephone conference with D. Felder and J. Sakalo regarding Third Circuit appeal on exclusivity extension |
| 06/11/07 | JAL | 445.00 | 0.50 | Review and analysis of materials relating to exclusivity appeal and briefing |
| 06/12/07 | JAL | 445.00 | 0.30 | Review and analysis of documents relating to exclusivity appeal in the Third Circuit |
| 06/12/07 | JAL | 445.00 | 0.10 | Telephone call with EI regarding Third Circuit exclusivity appeal |
| 06/12/07 | JAL | 445.00 | 0.10 | Telephone call with D. Felder regarding Third Circuit exclusivity appeal |
| 06/12/07 | JAL | 445.00 | 0.40 | Drafted and revised memo to EI regarding Third Circuit exclusivity appeal |
| 06/12/07 | JAL | 445.00 | 0.90 | Review and analysis of legal research relating to Third Circuit exclusivity appeal |
| 06/12/07 | JAL | 445.00 | 0.50 | Office conference with NDF regarding Third Circuit exclusivity appeal |
| 06/13/07 | JAL | 445.00 | 0.30 | Review and analysis of materials relating to preparation of merits brief in Third Circuit appeal |

| 06/14/07 | JAL | 445.00 | 0.20 | Exchange of correspondence with D. Felder and J. Sakalo regarding Joint Appendix in the Third Circuit exclusivity appeal |
| 06/15/07 | JAL | 445.00 | 0.40 | Telephone call with D. Felder regarding designation of materials for joint appendix |
| 06/15/07 | JAL | 445.00 | 0.30 | Telephone calls and correspondence with D. Felder and M. Hurford regarding the Joint Appendix and Statement of Issues in the Third Circuit exclusivity appeal |
| 06/18/07 | JAL | 445.00 | 2.10 | Edited and revised draft merits brief for exclusivity appeal |
| 06/18/07 | JAL | 445.00 | 3.80 | Review and analysis of legal research in connection with preparing merits brief in exclusivity appeal |
| 06/19/07 | JAL | 445.00 | 4.30 | Further drafting and revising of merits brief in Third Circuit exclusivity appeal |
| 06/19/07 | JAL | 445.00 | 0.60 | Review and analysis in connection with preparing brief in exclusivity appeal |
| 06/19/07 | JAL | 445.00 | 0.60 | Review and analysis of debtors' tenth motion to extend exclusivity |
| 06/20/07 | JAL | 445.00 | 0.40 | Exchanges of correspondence with R. Frankel and S. Baena regarding debtors' tenth motion to extend exclusivity |
| 06/20/07 | JAL | 445.00 | 7.10 | Revised and edited merits brief for exclusivity appeal |
| 06/21/07 | JAL | 445.00 | 8.40 | Further revisions and editing of merits brief for exclusivity appeal |
| 06/22/07 | JAL | 445.00 | 0.10 | Drafted email to D. Felder regarding debtor's tenth exclusivity motion |
| 06/22/07 | JAL | 445.00 | 0.20 | Drafted email to S. Baena and J. Sakalo regarding debtor's tenth exclusivity motion |
| 06/22/07 | JAL | 445.00 | 0.70 | Further review and analysis of Debtors' tenth motion to extend exclusivity |
| 06/22/07 | JAL | 445.00 | 0.20 | Telephone call with J. Sakalo regarding debtors' tenth motion to extend exclusivity |

| 06/22/07 | JAL | 445.00 | 0.30 | Office conference with JBP regarding legal research assignments for Third Circuit exclusivity brief |
| 06/22/07 | JAL | 445.00 | 1.50 | Further editing and revisions to Third Circuit Brief |
| 06/24/07 | JAL | 445.00 | 0.30 | Exchange of email correspondence with NDF regarding Grace's tenth motion to extend exclusivity |
| 06/24/07 | JAL | 445.00 | 4.90 | Further revisions and editing to Third Circuit exclusivity brief |
| 06/25/07 | JAL | 445.00 | 0.60 | Telephone conference with S. Baena and R. Frankel regarding Grace's tenth motion to extend exclusivity |
| 06/25/07 | JAL | 445.00 | 0.20 | Telephone call with EI regarding Grace's tenth motion to extend exclusivity |
| 06/25/07 | JAL | 445.00 | 0.20 | Telephone call with NDF regarding Grace's tenth motion to extend exclusivity |
| 06/25/07 | JAL | 445.00 | 4.60 | Further drafting and revisions to Third Circuit exclusivity brief |
| 06/26/07 | JAL | 445.00 | 1.30 | Edited and revised Third Circuit brief on exclusivity |
| 06/26/07 | JAL | 445.00 | 0.20 | Office conference with JBP regarding legal research for Third Circuit exclusivity brief |
| 06/26/07 | JAL | 445.00 | 1.20 | Drafted and revised memo to EI, NDF, and co-counsel regarding Third Circuit exclusivity brief and next steps |
| 06/26/07 | JAL | 445.00 | 0.20 | Reviewed exchange of correspondence among counsel for PD committee and FCR regarding objection to tenth motion to extend exclusivity |

**Total Task Code .17**      **49.20**

**Travel – Non Working (4.00 Hours; $ 1,172.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .50 | $315 | 157.50 |
| Nathan D. Finch | 3.50 | $290 | 1,015.00 |

{D0090295.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/04/07 | TWS | 315.00 | 0.40 | Travel to NYC for meeting; return travel to DC [Total time 5.0 hours, split among 11 bankruptcies] |
| 06/25/07 | NDF | 290.00 | 1.50 | Travel to Pittsburgh for hearings. |
| 06/26/07 | NDF | 290.00 | 2.00 | Return to D.C. |
| 06/28/07 | TWS | 315.00 | 0.10 | Travel to NYC for meetings; return travel to DC (Total time of 1.3 hours divided among 11 bankruptcies.) |

**Total Task Code .21**        **4.00**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,268.80 |
| Air Freight & Express Mail | 47.68 |
| Charge of Cell and/or Home Phone Useage | 129.20 |
| Conference Meals | 172.00 |
| Court Reporting/Transcript Service | 4,112.45 |
| Database Research | 4,027.61 |
| Local Transportation - DC | 45.00 |
| Long Distance-Equitrac In-House | 18.69 |
| Meals Related to Travel | 9.00 |
| NYO Long Distance Telephone | 681.00 |
| Outside Local Deliveries | 43.58 |
| Outside Photocopying/Duplication Service | 3,946.16 |
| Postage & Air Freight | 276.38 |
| Professional Fees & Expert Witness Fees | 110,508.46 |
| Research Material | 101.80 |
| Travel Expenses - Ground Transportation | 617.55 |
| Xeroxing | 2,023.10 |

**Total:**    **$128,028.46**

{D0090295.1 }