**EXHIBIT B**

**Case Administration (107.9 Hours; $ 22,912.00)**

　　　　　Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        107.9**

**Claim Analysis Objection & Resolution (Asbestos) (4.6 Hours; $ 3,644.50)**

　　　　　Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05        4.6**

**Employee Benefits/Pension (.2 Hours; $ 175.00)**

　　　　　Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08        .2**

**Fee Applications, Applicant (5.0 Hours; $ 1,830.00)**

　　　　　Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        5.0**

**Fee Applications, Others (.1 Hours; $ 80.00)**

　　　　　Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        .1**

**Litigation and Litigation Consulting (526.3 Hours; $ 236,094.00)**

{D0090296.1 }
DOC#151898

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        526.3**

**Plan & Disclosure Statement (49.2 Hours; $ 21,894.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        49.2**

**Travel Non-Working (4.0 Hours; $ 1,172.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        4.0**

{D0090296.1 }