## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,268.80 |
| Air Freight & Express Mail | 47.68 |
| Charge of Cell and/or Home Phone Useage | 129.20 |
| Conference Meals | 172.00 |
| Court Reporting/Transcript Service | 4,112.45 |
| Database Research | 4,027.61 |
| Local Transportation - DC | 45.00 |
| Long Distance-Equitrac In-House | 18.69 |
| Meals Related to Travel | 9.00 |
| NYO Long Distance Telephone | 681.00 |
| Outside Local Deliveries | 43.58 |
| Outside Photocopying/Duplication Service | 3,946.16 |
| Postage & Air Freight | 276.38 |
| Professional Fees & Expert Witness Fees | 110,508.46 |
| Research Material | 101.80 |
| Travel Expenses - Ground Transportation | 617.55 |
| Xeroxing | 2,023.10 |
| **Total:** | **$128,028.46** |