<u>Client Number:   4642</u>                      **<u>Grace Asbestos Personal Injury Claimants</u>**                                                       Page:   1

<u>Matter      000</u>                           <u>Disbursements</u>                                                                              7/24/2007
                                                                                                                                    Print Date/Time:
                                                                                                                                      07/24/2007
                                                                                                                                       4:14:21PM
Attn:                                                                                                                                   Invoice #

PREBILL  / CONTROL  REPORT
Trans Date Range:  1/1/1950  to: 6/30/2007

<u>Matter       000</u>
<u>Disbursements</u>
Bill Cycle:      Monthly          Style:      i1          Start:    4/16/2001

                                                            Last Billed : 6/29/2007                        13,655

Client Retainers Available        $2,431.66      Committed to Invoices:          $0.00      Remaining:      $2,431.66

Trust Amount Available

                          Total Expenses Billed To Date      $1,153,756.31

                                                         Billing Empl:         0120     Elihu   Inselbuch
                                                         Responsible Empl:      0120     Elihu   Inselbuch
                                                         Alternate Empl:        0120     Elihu   Inselbuch
                                                         Originating Empl:      0120     Elihu   Inselbuch

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0001 | BSB | Bernard  Bailor | 0.00 | 18.64 | 0.00 | 18.64 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 28.00 | 0.00 | 28.00 |
| 0106 | TWS | Trevor W Swett | 0.00 | 4.09 | 0.00 | 4.09 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 4.32 | 0.00 | 4.32 |
| 0128 | SAT | Samira A Taylor | 0.00 | 45.60 | 0.00 | 45.60 |
| 0187 | NDF | Nathan D Finch | 0.00 | 120,310.48 | 0.00 | 120,010.48 |
| 0201 | YMG | Yveline M Groff | 0.00 | 4.20 | 0.00 | 4.20 |
| 0204 | AWG | Ann W Geier | 0.00 | 4.50 | 0.00 | 4.50 |
| 0212 | LJS | Lonita J Sheppard | 0.00 | 11.00 | 0.00 | 11.00 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 70.40 | 0.00 | 70.40 |
| 0227 | RH | Roxana  Healy | 0.00 | 8.00 | 0.00 | 8.00 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 1.00 | 0.00 | 1.00 |
| 0234 | CK | Carl  Kessler | 0.00 | 0.60 | 0.00 | 0.60 |
| 0251 | JO | Joan  O'Brien | 0.00 | 11.90 | 0.00 | 11.90 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 22.60 | 0.00 | 22.60 |
| 0308 | DBS | David B Smith | 0.00 | 651.28 | 0.00 | 651.28 |
| 0334 | JPW | James P Wehner | 0.00 | 280.60 | 0.00 | 280.60 |
| 0337 | EGB | Erroll G Butts | 0.00 | 24.90 | 0.00 | 24.90 |
| 0350 | CDK | Carrie D Kelly | 0.00 | 250.20 | 0.00 | 250.20 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 6,576.15 | 0.00 | 6,576.15 |
| **Total Fees** | | | **0.00** | **128,328.46** | **0.00** | **128,028.46** |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | |
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **Total Fees** | | | | | | | | |

Client Number:  4642      Grace Asbestos Personal Injury Claimants      Page:  1

Matter    000      Disbursements      7/24/2007
Print Date/Time:
07/24/2007
4:14:21PM
Attn:      Invoice #

**Detail Time / Expense  by  Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2100920 | Photocopy | E | 06/01/2007 | 0350 | CDK | 0.00 | 0.00 | $17.50 | 0.00 | 0.00 | $17.50 | 17.50 |
| 2101005 | Photocopy | E | 06/01/2007 | 0308 | DBS | 0.00 | 0.00 | $5.80 | 0.00 | 0.00 | $5.80 | 23.30 |
| 2099648 | Equitrac - Long Distance to 2148712263 | E | 06/01/2007 | 0999 | C&D | 0.00 | 0.00 | $0.05 | 0.00 | 0.00 | $0.05 | 23.35 |
| 2099649 | Equitrac - Long Distance to 2143577252 | E | 06/01/2007 | 0999 | C&D | 0.00 | 0.00 | $0.05 | 0.00 | 0.00 | $0.05 | 23.40 |
| 2099652 | Equitrac - Long Distance to 8054993572 | E | 06/01/2007 | 0999 | C&D | 0.00 | 0.00 | $0.43 | 0.00 | 0.00 | $0.43 | 23.83 |
| 2099672 | Equitrac - Long Distance to 3024261900 | E | 06/01/2007 | 0999 | C&D | 0.00 | 0.00 | $0.55 | 0.00 | 0.00 | $0.55 | 24.38 |
| 2099684 | Equitrac - Long Distance to 8054993572 | E | 06/01/2007 | 0999 | C&D | 0.00 | 0.00 | $0.20 | 0.00 | 0.00 | $0.20 | 24.58 |
| 2099685 | Equitrac - Long Distance to 8054993572 | E | 06/01/2007 | 0999 | C&D | 0.00 | 0.00 | $0.20 | 0.00 | 0.00 | $0.20 | 24.78 |
| 2101012 | Photocopy | E | 06/02/2007 | 0251 | JO | 0.00 | 0.00 | $1.00 | 0.00 | 0.00 | $1.00 | 25.78 |
| 2101032 | Photocopy | E | 06/04/2007 | 0999 | C&D | 0.00 | 0.00 | $2.70 | 0.00 | 0.00 | $2.70 | 28.48 |
| 2101040 | Photocopy | E | 06/04/2007 | 0255 | DAT | 0.00 | 0.00 | $1.20 | 0.00 | 0.00 | $1.20 | 29.68 |
| 2101048 | Photocopy | E | 06/04/2007 | 0999 | C&D | 0.00 | 0.00 | $28.10 | 0.00 | 0.00 | $28.10 | 57.78 |
| 2101053 | Photocopy | E | 06/04/2007 | 0212 | LJS | 0.00 | 0.00 | $11.00 | 0.00 | 0.00 | $11.00 | 68.78 |
| 2101112 | Photocopy | E | 06/04/2007 | 0220 | SKL | 0.00 | 0.00 | $9.00 | 0.00 | 0.00 | $9.00 | 77.78 |
| 2101122 | Photocopy | E | 06/04/2007 | 0999 | C&D | 0.00 | 0.00 | $22.80 | 0.00 | 0.00 | $22.80 | 100.58 |
| 2101126 | Photocopy | E | 06/04/2007 | 0350 | CDK | 0.00 | 0.00 | $29.80 | 0.00 | 0.00 | $29.80 | 130.38 |
| 2101133 | Photocopy | E | 06/04/2007 | 0308 | DBS | 0.00 | 0.00 | $0.10 | 0.00 | 0.00 | $0.10 | 130.48 |
| 2101225 | Photocopy | E | 06/05/2007 | 0220 | SKL | 0.00 | 0.00 | $5.20 | 0.00 | 0.00 | $5.20 | 135.68 |
| 2101253 | Photocopy | E | 06/05/2007 | 0220 | SKL | 0.00 | 0.00 | $0.70 | 0.00 | 0.00 | $0.70 | 136.38 |
| 2101314 | Photocopy | E | 06/05/2007 | 0220 | SKL | 0.00 | 0.00 | $0.20 | 0.00 | 0.00 | $0.20 | 136.58 |
| 2100417 | Postage | E | 06/05/2007 | 0999 | C&D | 0.00 | 0.00 | $38.81 | 0.00 | 0.00 | $38.81 | 175.39 |
| 2100419 | Postage | E | 06/05/2007 | 0999 | C&D | 0.00 | 0.00 | $18.02 | 0.00 | 0.00 | $18.02 | 193.41 |
| 2100420 | Postage | E | 06/05/2007 | 0999 | C&D | 0.00 | 0.00 | $20.22 | 0.00 | 0.00 | $20.22 | 213.63 |
| 2100422 | Postage | E | 06/05/2007 | 0999 | C&D | 0.00 | 0.00 | $48.25 | 0.00 | 0.00 | $48.25 | 261.88 |
| 2099592 | Petty Cash  Cab and parking expense for PVNL on travel to Wilmington for hearing on 5/21 | E | 06/05/2007 | 0020 | PVL | 0.00 | 0.00 | $24.00 | 0.00 | 0.00 | $24.00 | 285.88 |
| 2099593 | Petty Cash  Meal expense for PVNL on travel to Wilmington for hearing on 5/21 | E | 06/05/2007 | 0020 | PVL | 0.00 | 0.00 | $4.00 | 0.00 | 0.00 | $4.00 | 289.88 |
| 2099605 | Petty Cash NDF lunch for Siegal deposition on 5/23 | E | 06/05/2007 | 0187 | NDF | 0.00 | 0.00 | $46.55 | 0.00 | 0.00 | $46.55 | 336.43 |
| 2099612 | Petty Cash  Cab expenses for NDF on travel to Wilmington for Court hearing on 5/21 | E | 06/05/2007 | 0187 | NDF | 0.00 | 0.00 | $38.00 | 0.00 | 0.00 | $38.00 | 374.43 |
| 2099613 | Petty Cash  Meal expense for NDF on travel to Wilmington for Court hearing on 5/21 | E | 06/05/2007 | 0187 | NDF | 0.00 | 0.00 | $5.00 | 0.00 | 0.00 | $5.00 | 379.43 |
| 2101346 | Postage | E | 06/06/2007 | 0999 | C&D | 0.00 | 0.00 | $16.72 | 0.00 | 0.00 | $16.72 | 396.15 |
| 2101403 | Equitrac - Long Distance to 3024261900 | E | 06/06/2007 | 0999 | C&D | 0.00 | 0.00 | $0.38 | 0.00 | 0.00 | $0.38 | 396.53 |
| 2101588 | Premiere Global Service; Long distanct conference calls by NDF on 4/11-30\ | E | 06/07/2007 | 0187 | NDF | 0.00 | 0.00 | $51.00 | 0.00 | 0.00 | $51.00 | 447.53 |
| 2101603 | Federal Express to Arlene Krieger from DBS on 5/24 | E | 06/07/2007 | 0308 | DBS | 0.00 | 0.00 | $24.72 | 0.00 | 0.00 | $24.72 | 472.25 |
| 2101606 | Federal Express  to BSB from Samuel Hammar on 5/21 | E | 06/07/2007 | 0001 | BSB | 0.00 | 0.00 | $18.64 | 0.00 | 0.00 | $18.64 | 490.89 |
| 2101619 | Equitrac - Long Distance to 4068621532 | E | 06/07/2007 | 0999 | C&D | 0.00 | 0.00 | $0.56 | 0.00 | 0.00 | $0.56 | 491.45 |
| 2101620 | Equitrac - Long Distance to 2123199240 | E | 06/07/2007 | 0999 | C&D | 0.00 | 0.00 | $0.25 | 0.00 | 0.00 | $0.25 | 491.70 |
| 2101622 | Equitrac - Long Distance to 2103921863 | E | 06/07/2007 | 0999 | C&D | 0.00 | 0.00 | $0.12 | 0.00 | 0.00 | $0.12 | 491.82 |
| 2101636 | Equitrac - Long Distance to 2122988639 | E | 06/07/2007 | 0999 | C&D | 0.00 | 0.00 | $0.44 | 0.00 | 0.00 | $0.44 | 492.26 |
| 2101780 | Photocopy | E | 06/07/2007 | 0350 | CDK | 0.00 | 0.00 | $0.10 | 0.00 | 0.00 | $0.10 | 492.36 |
| 2101869 | Federall Express to Katie Hemming from EI on 5/21 | E | 06/08/2007 | 0120 | EI | 0.00 | 0.00 | $4.32 | 0.00 | 0.00 | $4.32 | 496.68 |
| 2101875 | Equitrac - Long Distance to 2122988640 | E | 06/08/2007 | 0999 | C&D | 0.00 | 0.00 | $0.40 | 0.00 | 0.00 | $0.40 | 497.08 |
| 2101920 | Equitrac - Long Distance to 2103921863 | E | 06/08/2007 | 0999 | C&D | 0.00 | 0.00 | $0.16 | 0.00 | 0.00 | $0.16 | 497.24 |
| 2101921 | Equitrac - Long Distance to 2103921863 | E | 06/08/2007 | 0999 | C&D | 0.00 | 0.00 | $0.16 | 0.00 | 0.00 | $0.16 | 497.40 |
| 2102004 | Photocopy | E | 06/08/2007 | 0999 | C&D | 0.00 | 0.00 | $2.20 | 0.00 | 0.00 | $2.20 | 499.60 |
| 2102007 | Photocopy | E | 06/08/2007 | 0999 | C&D | 0.00 | 0.00 | $4.00 | 0.00 | 0.00 | $4.00 | 503.60 |
| 2102039 | Photocopy | E | 06/08/2007 | 0227 | RH | 0.00 | 0.00 | $8.00 | 0.00 | 0.00 | $8.00 | 511.60 |
| 2102100 | Lasership, Inc. to US Securities & Exchange Comm | E | 06/11/2007 | 0999 | C&D | 0.00 | 0.00 | $17.72 | 0.00 | 0.00 | $17.72 | 529.32 |
| 2102113 | Snyder Miller & Orton;  Consulting agreement | E | 06/11/2007 | 0187 | NDF | 0.00 | 0.00 | $22,675.81 | 0.00 | 0.00 | $22,675.81 | 23,205.13 |
| 2102119 | BostonCoach car service for NDF in NYC on 5/1-3 | E | 06/11/2007 | 0187 | NDF | 0.00 | 0.00 | $342.80 | 0.00 | 0.00 | $342.80 | 23,547.93 |
| 2102120 | BostonCoach car service for NDF in Pittsburgh on 5/7-8 | E | 06/11/2007 | 0187 | NDF | 0.00 | 0.00 | $208.66 | 0.00 | 0.00 | $208.66 | 23,756.59 |
| 2102524 | Equitrac - Long Distance to 3024261900 | E | 06/11/2007 | 0999 | C&D | 0.00 | 0.00 | $0.21 | 0.00 | 0.00 | $0.21 | 23,756.80 |
| 2102525 | Equitrac - Long Distance to 2123199240 | E | 06/11/2007 | 0999 | C&D | 0.00 | 0.00 | $0.12 | 0.00 | 0.00 | $0.12 | 23,756.92 |
| 2102559 | Equitrac - Long Distance to 3024261900 | E | 06/11/2007 | 0999 | C&D | 0.00 | 0.00 | $0.05 | 0.00 | 0.00 | $0.05 | 23,756.97 |
| 2102560 | Equitrac - Long Distance to 8054993572 | E | 06/11/2007 | 0999 | C&D | 0.00 | 0.00 | $3.60 | 0.00 | 0.00 | $3.60 | 23,760.57 |

Client Number:  4642            *Grace Asbestos Personal Injury Claimants*                                    Page:  1

Matter      000              Disbursements                                                                   7/24/2007
                                                                                                        Print Date/Time:
                                                                                                             07/24/2007
                                                                                                             4:14:21PM
Attn:                                                                                                         Invoice #

| Matter | Description | E | Date | Code1 | Code2 | | | | | Invoice # |
|--------|-------------|---|------|-------|-------|------|--------|------|--------|-----------|
| 2102602 | Photocopy | E | 06/11/2007 | 0255 | DAT | 0.00 | $0.60 | 0.00 | $0.60 | 23,761.17 |
| 2102618 | Photocopy | E | 06/11/2007 | 0220 | SKL | 0.00 | $3.30 | 0.00 | $3.30 | 23,764.47 |
| 2102654 | Photocopy | E | 06/11/2007 | 0220 | SKL | 0.00 | $2.20 | 0.00 | $2.20 | 23,766.67 |
| 2102674 | Photocopy | E | 06/11/2007 | 0232 | LK | 0.00 | $0.10 | 0.00 | $0.10 | 23,766.77 |
| 2102678 | Photocopy | E | 06/11/2007 | 0255 | DAT | 0.00 | $1.00 | 0.00 | $1.00 | 23,767.77 |
| 2102687 | Photocopy | E | 06/11/2007 | 0255 | DAT | 0.00 | $1.00 | 0.00 | $1.00 | 23,768.77 |
| 2102695 | Photocopy | E | 06/11/2007 | 0255 | DAT | 0.00 | $0.20 | 0.00 | $0.20 | 23,768.97 |
| 2102713 | Photocopy | E | 06/11/2007 | 0204 | AWG | 0.00 | $1.00 | 0.00 | $1.00 | 23,769.97 |
| 2102714 | Photocopy | E | 06/11/2007 | 0204 | AWG | 0.00 | $1.00 | 0.00 | $1.00 | 23,770.97 |
| 2102716 | Photocopy | E | 06/11/2007 | 0204 | AWG | 0.00 | $1.10 | 0.00 | $1.10 | 23,772.07 |
| 2102720 | Photocopy | E | 06/11/2007 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 23,772.37 |
| 2102752 | NDF;  Late night expenses on June 4th, 7th and 8th  re expert reports.  Dinner on the 7th | E | 06/12/2007 | 0187 | NDF | 0.00 | $49.70 | 0.00 | $49.70 | 23,822.07 |
| 2102753 | NDF;  Late night expenses on June 4th, 7th and 8th re expert reports.  Cabs all three nights | E | 06/12/2007 | 0187 | NDF | 0.00 | $45.00 | 0.00 | $45.00 | 23,867.07 |
| 2102755 | NDF;  Lunch with JPW, JMR, KCM (split between 5091 and 4642) | E | 06/12/2007 | 0187 | NDF | 0.00 | $75.75 | 0.00 | $75.75 | 23,942.82 |
| 2102757 | Document Tech;  IMG - DVD duplication | E | 06/12/2007 | 0308 | DBS | 0.00 | $211.50 | 0.00 | $211.50 | 24,154.32 |
| 2103144 | Equitrac - Long Distance to 2123199240 | E | 06/12/2007 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 24,154.42 |
| 2103169 | Equitrac - Long Distance to 8054993572 | E | 06/12/2007 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 24,154.62 |
| 2103191 | Photocopy | E | 06/12/2007 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 24,155.12 |
| 2103198 | Photocopy | E | 06/12/2007 | 0220 | SKL | 0.00 | $5.80 | 0.00 | $5.80 | 24,160.92 |
| 2103199 | Photocopy | E | 06/12/2007 | 0204 | AWG | 0.00 | $1.40 | 0.00 | $1.40 | 24,162.32 |
| 2103200 | Photocopy | E | 06/12/2007 | 0201 | YMG | 0.00 | $4.20 | 0.00 | $4.20 | 24,166.52 |
| 2103209 | Photocopy | E | 06/12/2007 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 24,167.32 |
| 2103211 | Photocopy | E | 06/12/2007 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 24,168.12 |
| 2103213 | Photocopy | E | 06/12/2007 | 0999 | C&D | 0.00 | $28.20 | 0.00 | $28.20 | 24,196.32 |
| 2103223 | Photocopy | E | 06/12/2007 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 24,197.12 |
| 2103230 | Photocopy | E | 06/12/2007 | 0999 | C&D | 0.00 | $180.90 | 0.00 | $180.90 | 24,378.02 |
| 2103233 | Photocopy | E | 06/12/2007 | 0999 | C&D | 0.00 | $62.40 | 0.00 | $62.40 | 24,440.42 |
| 2103234 | Photocopy | E | 06/12/2007 | 0999 | C&D | 0.00 | $57.90 | 0.00 | $57.90 | 24,498.32 |
| 2103239 | Photocopy | E | 06/12/2007 | 0999 | C&D | 0.00 | $155.70 | 0.00 | $155.70 | 24,654.02 |
| 2103240 | Photocopy | E | 06/12/2007 | 0999 | C&D | 0.00 | $193.00 | 0.00 | $193.00 | 24,847.02 |
| 2103245 | Photocopy | E | 06/12/2007 | 0999 | C&D | 0.00 | $21.60 | 0.00 | $21.60 | 24,868.62 |
| 2103255 | Photocopy | E | 06/12/2007 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 24,869.02 |
| 2103341 | Verus Claims Services; Services 4/28/07 thru 6/1/07 | E | 06/13/2007 | 0187 | NDF | 0.00 | $78,481.25 | 0.00 | $78,481.25 | 103,350.27 |
| 2103343 | Global Securities Infor;  Usage 5/1 thru 5/31 | E | 06/13/2007 | 0308 | DBS | 0.00 | $101.80 | 0.00 | $101.80 | 103,452.07 |
| 2103349 | Federal Express to  Stephen Snyder on 5/30 | E | 06/13/2007 | 0999 | C&D | 0.00 | $39.70 | 0.00 | $39.70 | 103,491.77 |
| 2103378 | VOID and DELETED Check from CheckRec - Federal Express to  Stephen Snyder on 5/30 | E | 06/13/2007 | 0999 | C&D | 0.00 | -$39.70 | 0.00 | -$39.70 | 103,452.07 |
| 2103422 | Equitrac - Long Distance to 4159624402 | E | 06/13/2007 | 0999 | C&D | 0.00 | $0.53 | 0.00 | $0.53 | 103,452.60 |
| 2103482 | Photocopy | E | 06/13/2007 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 103,452.70 |
| 2103495 | Photocopy | E | 06/13/2007 | 0350 | CDK | 0.00 | $0.10 | 0.00 | $0.10 | 103,452.80 |
| 2103498 | Photocopy | E | 06/13/2007 | 0999 | C&D | 0.00 | $4.40 | 0.00 | $4.40 | 103,457.20 |
| 2103513 | Photocopy | E | 06/13/2007 | 0350 | CDK | 0.00 | $15.90 | 0.00 | $15.90 | 103,473.10 |
| 2103550 | Photocopy | E | 06/13/2007 | 0337 | EGB | 0.00 | $24.90 | 0.00 | $24.90 | 103,498.00 |
| 2103566 | Database Research / Lexis Charges for 4/25/07-5/25/07 By: JMR 4/30 | E | 06/14/2007 | 0999 | C&D | 0.00 | $1,286.69 | 0.00 | $1,286.69 | 104,784.69 |
| 2103567 | Database Research / Lexis Charges for 4/25/07-5/25/07 By: JMR 4/30 | E | 06/14/2007 | 0999 | C&D | 0.00 | $573.16 | 0.00 | $573.16 | 105,357.85 |
| 2103686 | Photocopy | E | 06/14/2007 | 0999 | C&D | 0.00 | $16.20 | 0.00 | $16.20 | 105,374.05 |
| 2103734 | Photocopy | E | 06/14/2007 | 0220 | SKL | 0.00 | $1.10 | 0.00 | $1.10 | 105,375.15 |
| 2103826 | Equitrac - Long Distance to 8054993572 | E | 06/15/2007 | 0999 | C&D | 0.00 | $0.63 | 0.00 | $0.63 | 105,375.78 |
| 2103837 | Equitrac - Long Distance to 3023733090 | E | 06/15/2007 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 105,376.10 |
| 2103844 | Equitrac - Long Distance to 2125063741 | E | 06/15/2007 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 105,376.46 |
| 2103862 | Photocopy | E | 06/15/2007 | 0220 | SKL | 0.00 | $7.60 | 0.00 | $7.60 | 105,384.06 |
| 2103899 | Photocopy | E | 06/15/2007 | 0220 | SKL | 0.00 | $1.50 | 0.00 | $1.50 | 105,385.56 |
| 2103903 | Photocopy | E | 06/15/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 105,385.76 |
| 2103925 | Photocopy | E | 06/15/2007 | 0999 | C&D | 0.00 | $3.50 | 0.00 | $3.50 | 105,389.26 |
| 2103931 | Photocopy | E | 06/15/2007 | 0999 | C&D | 0.00 | $1.90 | 0.00 | $1.90 | 105,391.16 |
| 2103944 | Photocopy | E | 06/15/2007 | 0334 | JPW | 0.00 | $1.10 | 0.00 | $1.10 | 105,392.26 |
| 2103948 | Photocopy | E | 06/15/2007 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 105,392.86 |
| 2104023 | Equitrac - Long Distance to 8054993572 | E | 06/18/2007 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 105,392.99 |
| 2104023 | Equitrac - Long Distance to 2123082735 | E | 06/18/2007 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 105,393.08 |
| 2104075 | Equitrac - Long Distance to 3024261900 | E | 06/18/2007 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 105,393.32 |
| 2104080 | Equitrac - Long Distance to 8054993572 | E | 06/18/2007 | 0999 | C&D | 0.00 | $0.37 | 0.00 | $0.37 | 105,393.69 |
| 2104370 | Photocopy | E | 06/18/2007 | 0999 | C&D | 0.00 | $42.10 | 0.00 | $42.10 | 105,435.79 |
| 2104377 | Photocopy | E | 06/18/2007 | 0255 | DAT | 0.00 | $0.50 | 0.00 | $0.50 | 105,436.29 |
| 2104379 | Photocopy | E | 06/18/2007 | 0999 | C&D | 0.00 | $22.30 | 0.00 | $22.30 | 105,458.59 |
| 2104392 | Photocopy | E | 06/18/2007 | 0220 | SKL | 0.00 | $1.10 | 0.00 | $1.10 | 105,459.69 |
| 2104419 | Photocopy | E | 06/18/2007 | 0255 | DAT | 0.00 | $7.20 | 0.00 | $7.20 | 105,466.89 |

| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|

**Matter     000                          Disbursements**

7/24/2007
Print Date/Time:
07/24/2007
4:14:21PM
Attn:                                                                                                                                          Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2104422 | Photocopy | E | 06/18/2007 | 0255 | DAT | 0.00 | $7.20 | 0.00 | $7.20 | 105,474.09 |
| 2104430 | Photocopy | E | 06/18/2007 | 0255 | DAT | 0.00 | $0.50 | 0.00 | $0.50 | 105,474.59 |
| 2104434 | Photocopy | E | 06/18/2007 | 0999 | C&D | 0.00 | $11.30 | 0.00 | $11.30 | 105,485.89 |
| 2104439 | Photocopy | E | 06/18/2007 | 0220 | SKL | 0.00 | $1.10 | 0.00 | $1.10 | 105,486.99 |
| 2104440 | Photocopy | E | 06/18/2007 | 0255 | DAT | 0.00 | $0.60 | 0.00 | $0.60 | 105,487.59 |
| 2104459 | Photocopy | E | 06/18/2007 | 0999 | C&D | 0.00 | $16.00 | 0.00 | $16.00 | 105,503.59 |
| 2104460 | Photocopy | E | 06/18/2007 | 0999 | C&D | 0.00 | $113.00 | 0.00 | $113.00 | 105,616.59 |
| 2104983 | Equitrac - Long Distance to 3105819309 | E | 06/19/2007 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 105,616.72 |
| 2105001 | Equitrac - Long Distance to 2123082735 | E | 06/19/2007 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 105,616.84 |
| 2105014 | Equitrac - Long Distance to 3105819309 | E | 06/19/2007 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 105,616.95 |
| 2105016 | Equitrac - Long Distance to 3105819309 | E | 06/19/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 105,617.02 |
| 2105021 | Equitrac - Long Distance to 4068621532 | E | 06/19/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 105,617.07 |
| 2105022 | Equitrac - Long Distance to 2123082735 | E | 06/19/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 105,617.12 |
| 2105083 | Photocopy | E | 06/19/2007 | 0255 | SKL | 0.00 | $1.80 | 0.00 | $1.80 | 105,618.92 |
| 2105118 | Photocopy | E | 06/19/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 105,619.52 |
| 2105121 | Photocopy | E | 06/19/2007 | 0999 | C&D | 0.00 | $2.60 | 0.00 | $2.60 | 105,622.12 |
| 2105122 | Photocopy | E | 06/19/2007 | 0999 | C&D | 0.00 | $2.60 | 0.00 | $2.60 | 105,624.72 |
| 2105131 | Photocopy | E | 06/19/2007 | 0255 | DAT | 0.00 | $39.90 | 0.00 | $39.90 | 105,664.62 |
| 2105132 | Photocopy | E | 06/19/2007 | 0255 | DAT | 0.00 | $0.20 | 0.00 | $0.20 | 105,664.82 |
| 2105136 | Photocopy | E | 06/19/2007 | 0999 | C&D | 0.00 | $37.20 | 0.00 | $37.20 | 105,702.02 |
| 2105138 | Photocopy | E | 06/19/2007 | 0255 | DAT | 0.00 | $1.00 | 0.00 | $1.00 | 105,703.02 |
| 2105140 | Photocopy | E | 06/19/2007 | 0999 | C&D | 0.00 | $7.80 | 0.00 | $7.80 | 105,710.82 |
| 2105144 | Photocopy | E | 06/19/2007 | 0999 | C&D | 0.00 | $72.00 | 0.00 | $72.00 | 105,782.82 |
| 2105145 | Photocopy | E | 06/19/2007 | 0999 | C&D | 0.00 | $7.00 | 0.00 | $7.00 | 105,789.82 |
| 2105152 | Photocopy | E | 06/19/2007 | 0999 | C&D | 0.00 | $16.20 | 0.00 | $16.20 | 105,806.02 |
| 2105172 | Photocopy | E | 06/19/2007 | 0999 | C&D | 0.00 | $54.00 | 0.00 | $54.00 | 105,860.02 |
| 2105185 | Photocopy | E | 06/19/2007 | 0255 | DAT | 0.00 | $0.20 | 0.00 | $0.20 | 105,860.22 |
| 2105193 | Photocopy | E | 06/19/2007 | 0255 | DAT | 0.00 | $0.40 | 0.00 | $0.40 | 105,860.62 |
| 2105201 | Photocopy | E | 06/19/2007 | 0999 | C&D | 0.00 | $37.80 | 0.00 | $37.80 | 105,898.42 |
| 2105211 | Photocopy | E | 06/19/2007 | 0999 | C&D | 0.00 | $124.00 | 0.00 | $124.00 | 106,022.42 |
| 2105786 | Photocopy | E | 06/20/2007 | 0255 | DAT | 0.00 | $0.60 | 0.00 | $0.60 | 106,023.02 |
| 2104909 | TWS;  Travel expenses to NYC for LTC matter on 6/4 (split between 5518,3414,7123,5091,5334,5078,2705,5515,5028,5429 ,4642)  for airport parking and cabs | E | 06/20/2007 | 0106 | TWS | 0.00 | $4.09 | 0.00 | $4.09 | 106,027.11 |
| 2104941 | Postage | E | 06/20/2007 | 0999 | C&D | 0.00 | $44.23 | 0.00 | $44.23 | 106,071.34 |
| 2104942 | Postage | E | 06/20/2007 | 0999 | C&D | 0.00 | $29.37 | 0.00 | $29.37 | 106,100.71 |
| 2104943 | Postage | E | 06/20/2007 | 0999 | C&D | 0.00 | $15.56 | 0.00 | $15.56 | 106,116.27 |
| 2106142 | Equitrac - Long Distance to 2125063741 | E | 06/21/2007 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 106,116.37 |
| 2106177 | Photocopy | E | 06/21/2007 | 0308 | DBS | 0.00 | $18.80 | 0.00 | $18.80 | 106,135.17 |
| 2106185 | Photocopy | E | 06/21/2007 | 0234 | CK | 0.00 | $0.60 | 0.00 | $0.60 | 106,135.77 |
| 2106196 | Photocopy | E | 06/21/2007 | 0350 | CDK | 0.00 | $53.70 | 0.00 | $53.70 | 106,189.47 |
| 2106222 | Photocopy | E | 06/21/2007 | 0350 | CDK | 0.00 | $16.90 | 0.00 | $16.90 | 106,206.37 |
| 2106226 | Photocopy | E | 06/21/2007 | 0350 | CDK | 0.00 | $43.80 | 0.00 | $43.80 | 106,250.17 |
| 2106230 | Photocopy | E | 06/21/2007 | 0350 | CDK | 0.00 | $33.30 | 0.00 | $33.30 | 106,283.47 |
| 2106259 | Postage | E | 06/21/2007 | 0999 | C&D | 0.00 | $26.81 | 0.00 | $26.81 | 106,310.28 |
| 2106260 | Postage | E | 06/22/2007 | 0999 | C&D | 0.00 | $18.39 | 0.00 | $18.39 | 106,328.67 |
| 2106326 | National Depo;  Gary Farrar deposition transcript | E | 06/22/2007 | 0334 | JPW | 0.00 | $279.50 | 0.00 | $279.50 | 106,608.17 |
| 2106343 | ADA Travel    NDF 6/19 travel to Pittsburgh (Coach fare $1,228.00) | E | 06/22/2007 | 0187 | NDF | 0.00 | $1,528.80 | 0.00 | $1,228.80 | 107,836.97 |
| 2106344 | ADA Travel   Agency fee on  NDF 6/19 travel to Pittsburgh | E | 06/22/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 107,876.97 |
| 2106647 | Equitrac - Long Distance to 2125585500 | E | 06/22/2007 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 107,877.08 |
| 2106648 | Equitrac - Long Distance to 2165750777 | E | 06/22/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 107,877.14 |
| 2106666 | Equitrac - Long Distance to 2125063741 | E | 06/22/2007 | 0999 | C&D | 0.00 | $5.83 | 0.00 | $5.83 | 107,882.97 |
| 2106709 | Photocopy | E | 06/22/2007 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 107,883.57 |
| 2106733 | Photocopy | E | 06/22/2007 | 0220 | SKL | 0.00 | $8.10 | 0.00 | $8.10 | 107,891.67 |
| 2106740 | Photocopy | E | 06/22/2007 | 0220 | SKL | 0.00 | $8.20 | 0.00 | $8.20 | 107,899.87 |
| 2106748 | Photocopy | E | 06/22/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 107,899.97 |
| 2106761 | Photocopy | E | 06/22/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 107,900.17 |
| 2106770 | Photocopy | E | 06/22/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 107,900.37 |
| 2106771 | Photocopy | E | 06/22/2007 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 107,900.77 |
| 2106773 | Photocopy | E | 06/22/2007 | 0220 | SKL | 0.00 | $1.00 | 0.00 | $1.00 | 107,901.77 |
| 2106790 | Document Tech;  IMG - CD duplication | E | 06/25/2007 | 0308 | DBS | 0.00 | $63.45 | 0.00 | $63.45 | 107,965.22 |
| 2106791 | Document Tech;  IMG - CD and DVD duplication | E | 06/25/2007 | 0308 | DBS | 0.00 | $206.21 | 0.00 | $206.21 | 108,171.43 |
| 2106797 | C2 Legal;  Trial exhibits | E | 06/25/2007 | 0187 | NDF | 0.00 | $3,465.00 | 0.00 | $3,465.00 | 111,636.43 |
| 2106839 | Jane Rose Reporting  Siegel deposition 5/23 | E | 06/25/2007 | 0187 | NDF | 0.00 | $3,832.95 | 0.00 | $3,832.95 | 115,469.38 |
| 2106917 | Photocopy | E | 06/25/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 115,469.48 |
| 2106928 | Photocopy | E | 06/25/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 115,469.58 |
| 2106935 | Photocopy | E | 06/25/2007 | 0999 | C&D | 0.00 | $9.20 | 0.00 | $9.20 | 115,478.78 |
| 2107036 | NYO Long Distance Telephone / 5/1/07-5/31/07: 5/3 Committee Meeting (dial-ins) | E | 06/26/2007 | 0999 | C&D | 0.00 | $681.00 | 0.00 | $681.00 | 116,159.78 |

Client Number:  4642          **Grace Asbestos Personal Injury Claimants**                                    Page:  1

Matter      000              Disbursements                                                      7/24/2007
                                                                                                Print Date/Time:
                                                                                                07/24/2007
                                                                                                4:14:21PM
Attn:                                                                                           Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2107046 | Premiere Global;  Conference calls made during May 2007 | E | 06/26/2007 | 0999 | C&D | 0.00 | $5.39 | 0.00 | $5.39 | 116,165.17 |
| 2107052 | Premiere Global;  Conference calls made during May 2007 by NDF | E | 06/26/2007 | 0187 | NDF | 0.00 | $72.81 | 0.00 | $72.81 | 116,237.98 |
| 2107120 | Equitrac - Long Distance to 4159624400 | E | 06/26/2007 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 116,238.07 |
| 2107194 | Photocopy | E | 06/26/2007 | 0999 | C&D | 0.00 | $49.90 | 0.00 | $49.90 | 116,287.97 |
| 2107227 | Photocopy | E | 06/26/2007 | 0308 | DBS | 0.00 | $1.10 | 0.00 | $1.10 | 116,289.07 |
| 2107236 | Photocopy | E | 06/26/2007 | 0308 | DBS | 0.00 | $1.40 | 0.00 | $1.40 | 116,290.47 |
| 2107267 | Database Research / Lexis Charges for 5/26/07-6/24/07 By: $227.74   JMR on 6/12 | | 116,518.21 | E | 06/27/2007 | 0999 | C&D | 0.00 | $227.74 | 0.00 | $227.74 | 0.00 |
| 2107268 | Database Research / Lexis Charges for 5/26/07-6/24/07 By: $26.28   JMR on 6/12 | | 116,544.49 | E | 06/27/2007 | 0999 | C&D | 0.00 | $26.28 | 0.00 | $26.28 | 0.00 |
| 2107337 | Gobbell Hays;  Professional services 5/1-31 | E | 06/27/2007 | 0187 | NDF | 0.00 | $9,351.40 | 0.00 | $9,351.40 | 125,895.89 |
| 2108040 | Equitrac - Long Distance to 4122610310 | E | 06/27/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 125,895.94 |
| 2108066 | Equitrac - Long Distance to 2122988600 | E | 06/27/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 125,896.00 |
| 2108075 | Equitrac - Long Distance to 3604797707 | E | 06/27/2007 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 125,896.13 |
| 2108078 | Equitrac - Long Distance to 3024261900 | E | 06/27/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 125,896.18 |
| 2108160 | Photocopy | E | 06/27/2007 | 0128 | SAT | 0.00 | $22.80 | 0.00 | $22.80 | 125,918.98 |
| 2108161 | Photocopy | E | 06/27/2007 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 125,919.38 |
| 2108192 | Photocopy | E | 06/27/2007 | 0220 | SKL | 0.00 | $4.60 | 0.00 | $4.60 | 125,923.98 |
| 2110493 | Equitrac - Long Distance to 4122610310 | E | 06/27/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 125,924.03 |
| 2110519 | Equitrac - Long Distance to 2122988600 | E | 06/27/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 125,924.09 |
| 2110528 | Equitrac - Long Distance to 3604797707 | E | 06/27/2007 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 125,924.22 |
| 2110531 | Equitrac - Long Distance to 3024261900 | E | 06/27/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 125,924.27 |
| 2110870 | Photocopy | E | 06/27/2007 | 0128 | SAT | 0.00 | $22.80 | 0.00 | $22.80 | 125,947.07 |
| 2110871 | Photocopy | E | 06/27/2007 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 125,947.47 |
| 2110902 | Photocopy | E | 06/27/2007 | 0220 | SKL | 0.00 | $4.60 | 0.00 | $4.60 | 125,952.07 |
| 2110942 | Photocopy | E | 06/28/2007 | 0251 | JO | 0.00 | $4.00 | 0.00 | $4.00 | 125,956.07 |
| 2110943 | Photocopy | E | 06/28/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 125,956.17 |
| 2110946 | Photocopy | E | 06/28/2007 | 0350 | CDK | 0.00 | $6.80 | 0.00 | $6.80 | 125,962.97 |
| 2110952 | Photocopy | E | 06/28/2007 | 0999 | C&D | 0.00 | $6.00 | 0.00 | $6.00 | 125,968.97 |
| 2110987 | Photocopy | E | 06/28/2007 | 0999 | C&D | 0.00 | $16.60 | 0.00 | $16.60 | 125,985.57 |
| 2110990 | Photocopy | E | 06/28/2007 | 0308 | DBS | 0.00 | $16.40 | 0.00 | $16.40 | 126,001.97 |
| 2111005 | Photocopy | E | 06/28/2007 | 0251 | JO | 0.00 | $1.00 | 0.00 | $1.00 | 126,002.97 |
| 2111009 | Photocopy | E | 06/28/2007 | 0251 | JO | 0.00 | $5.90 | 0.00 | $5.90 | 126,008.87 |
| 2111015 | Photocopy | E | 06/28/2007 | 0350 | CDK | 0.00 | $32.30 | 0.00 | $32.30 | 126,041.17 |
| 2111058 | Photocopy | E | 06/28/2007 | 0255 | DAT | 0.00 | $0.20 | 0.00 | $0.20 | 126,041.37 |
| 2110610 | Equitrac - Long Distance to 7708663200 | E | 06/28/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 126,041.42 |
| 2108285 | Lasership to/from Goodwin Procter on 6/12-15 | E | 06/28/2007 | 0999 | C&D | 0.00 | $25.86 | 0.00 | $25.86 | 126,067.28 |
| 2108899 | Xeroxing  using color printer in NYO | E | 06/29/2007 | 0999 | C&D | 0.00 | $10.80 | 0.00 | $10.80 | 126,078.08 |
| 2110649 | Equitrac - Long Distance to 3024260166 | E | 06/29/2007 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 126,078.26 |
| 2110662 | Equitrac - Long Distance to 6094660427 | E | 06/29/2007 | 0999 | C&D | 0.00 | $0.26 | 0.00 | $0.26 | 126,078.52 |
| 2111141 | Photocopy | E | 06/29/2007 | 0999 | C&D | 0.00 | $33.30 | 0.00 | $33.30 | 126,111.82 |
| 2111170 | Photocopy | E | 06/29/2007 | 0999 | C&D | 0.00 | $2.90 | 0.00 | $2.90 | 126,114.72 |
| 2113698 | Database Research - WESTLAW by NDF on 6/4 & 5 | E | 06/30/2007 | 0999 | C&D | 0.00 | $46.83 | 0.00 | $46.83 | 126,161.55 |
| 2113699 | Database Research - WESTLAW by JBP on 6/25-29 | E | 06/30/2007 | 0999 | C&D | 0.00 | $423.24 | 0.00 | $423.24 | 126,584.79 |
| 2113700 | Database Research - WESTLAW by DBS on 6/1 & 7 | E | 06/30/2007 | 0999 | C&D | 0.00 | $110.66 | 0.00 | $110.66 | 126,695.45 |
| 2113701 | Database Research - WESTLAW by JAL on 6/18-25 | E | 06/30/2007 | 0999 | C&D | 0.00 | $1,307.42 | 0.00 | $1,307.42 | 128,002.87 |
| 2113702 | Database Research - WESTLAW bySAT/BSB on 6/6 | E | 06/30/2007 | 0999 | C&D | 0.00 | $25.59 | 0.00 | $25.59 | 128,028.46 |
| **Total Expenses** | | | | | | 0.00 | $128,328.46 | 0.00 | $128,028.46 | |

Matter Total Fees                                          0.00                    0.00

Matter Total Expenses                                      128,328.46              128,028.46

Matter Total                                    0.00       128,328.46       0.00   128,028.46

Prebill Total Fees

Client Number:  4642          Grace Asbestos Personal Injury Claimants

Matter      000          Disbursements

7/24/2007
Print Date/Time:
07/24/2007
4:14:21PM
Attn:                                                                                                     Invoice #

Prebill Total Expenses                                                    $128,328.46                    $128,028.46

Prebill Total                                              0.00      $128,328.46        0.00      $128,028.46

Previous Billings

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 56,922 | 01/25/2007 | 184,779.00 | 2,681.48 |
| 57,444 | 02/28/2007 | 255,105.50 | 51,021.10 |
| 57,767 | 03/23/2007 | 325,262.50 | 65,052.50 |
| 58,096 | 04/26/2007 | 333,488.50 | 66,697.70 |
| 58,439 | 05/22/2007 | 353,903.50 | 70,780.70 |
| 58,979 | 06/29/2007 | 539,960.41 | 539,960.41 |
|  |  | 2,008,360.41 | 799,366.09 |