# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

July 24, 2007                                     INVOICE:   218900

MATTER:  CLAIMANTS COMMITTEE

| | |
|---|---|
| c/o Peter Van N. Lockwood, Esq. | DATE: July 24, 2007 |
| Caplin & Drysdale | MATTER: 100055.WRG01 |
| One Thomas Circle | INVOICE: 218900 |
| Washington, DC 20005 | |

**MATTER:**  CLAIMANTS COMMITTEE                                Robert M Horkovich

### PROFESSIONAL SERVICES through 06/30/07

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/06/07 | Reviewed and revised time entries. | W011 | ACS | 0.10 |
| 06/13/07 | Provide material regarding W.R. Grace estimates for proofs of loss regarding insolvent estates (1.0); confer with Nate Finch regarding same (.50). | W001 | RMH | 1.50 |
| 06/13/07 | Digest Grace materials in connection with upcoming meeting with Libby claimants representative. | W001 | RYC | 4.20 |
| 06/14/07 | Premises policy analysis research. | W001 | HEG | 1.00 |
| 06/14/07 | Assisted with preparation of insurance policy information for meeting with Libby claimant representative. | W001 | IF | 1.00 |
| 06/14/07 | Review and digest documents related to Libby claims and research re. initial Libby claimant inquiries. | W001 | RYC | 4.50 |
| 06/15/07 | Continue review and digest documents related to Libby claims and follow-up research re. initial Libby claimant inquiries. | W001 | RYC | 2.80 |
| 06/18/07 | Review and comment upon fee application. | W011 | RYC | 0.40 |
| 06/21/07 | Finalized and forwarded time entries to local counsel. | W011 | ACS | 0.10 |
| 06/24/07 | Digest W.R. Grace analysis re. policies and settlements in preparation for Libby meeting. | W001 | RYC | 2.50 |
| 06/25/07 | Prepared for and attended hearing with Judge Fitzgerald. | W014 | RMH | 2.30 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

July 24, 2007                                  INVOICE:       218900

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/25/07 | Analysis and draft summary in preparation for meeting with Libby claimants. | W001 | RYC | 3.70 |
| 06/26/07 | Prepared for and attended hearing with Judge Fitzgerald. | W014 | RMH | 2.40 |
| 06/26/07 | Preparation for Libby meeting, including research and review of relevant coverage law (2.30); meeting with Libby claimant attorney re. Grace's insurance coverage portfolio and application to Libby claims (3.50); follow-up tasks from meeting with Libby (1.50). | W001 | RYC | 7.30 |
| 06/27/07 | Meeting with Dan Cohn re: coverage for Libby claims (3.5); prepare for same (1.5); follow-up (1.0). | W001 | RMH | 6.00 |
| 06/27/07 | Research re. opposition to challenges re. expert witness testimony concerning asbestos claims. | W001 | RYC | 5.80 |
| 06/28/07 | Research re. various coverage and factual issues of concern to Libby claimants. | W001 | RYC | 6.20 |
| 06/29/07 | Prepared for and attended hearing. | W014 | RMH | 0.50 |
| 06/29/07 | Research and analysis re. coverage issues applicable to Libby claimants. | W001 | RYC | 4.70 |

**TOTAL FEES:**                                                $29,707.00

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 210.00 | 0.20 | 42.00 |
| Harris E Gershman | 225.00 | 1.00 | 225.00 |
| Izak Feldgreber | 235.00 | 1.00 | 235.00 |
| Robert M Horkovich | 725.00 | 12.70 | 9,207.50 |
| Robert Y Chung | 475.00 | 42.10 | 19,997.50 |
| **TOTAL FEES:** | | | **$29,707.00** |

NYDOCS1-867760.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE         MATTER:   100055.WRG01

July 24, 2007                          INVOICE:      218900

MATTER:  CLAIMANTS COMMITTEE

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001    Asset Analysis and Recovery**

|                    | HOURS | TOTALS    |
|--------------------|-------|-----------|
| Harris E Gershman  | 1.00  | 225.00    |
| Izak Feldgreber    | 1.00  | 235.00    |
| Robert M Horkovich | 7.50  | 5,437.50  |
| Robert Y Chung     | 41.70 | 19,807.50 |
| **TOTAL:**         | 51.20 | 25,705.00 |

**ACTIVITY CODE: W011    Fee Applications (Applicant)**

|                 | HOURS | TOTALS |
|-----------------|-------|--------|
| Anne C Suffern  | 0.20  | 42.00  |
| Robert Y Chung  | 0.40  | 190.00 |
| **TOTAL:**      | 0.60  | 232.00 |

**ACTIVITY CODE: W014    Hearing**

|                    | HOURS | TOTALS   |
|--------------------|-------|----------|
| Robert M Horkovich | 5.20  | 3,770.00 |
| **TOTAL:**         | 5.20  | 3,770.00 |

**TOTAL LEGAL FEES**                                   **$29,707.00**

NYDOCS1-867760.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:       100055.WRG01

July 24, 2007                                                INVOICE:       218900

## COSTS through 06/30/07

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 06/14/07 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 210902225 Tracking Number: 790270450829 Reference: 100055 WRG01 Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americ as , NEW YORK CITY, NY, 10020, US To: Nathan Fi nch, Esq, Caplin & Drysdale, One Thomas Circle, N W  , WASHINGTON, DC, 20005, US | E107 | 10.12 |
| 06/25/07 | DI - PHOTOCOPYING - | E101 | 80.00 |
| 06/27/07 | DI - PHOTOCOPYING - | E101 | 8.50 |
| **TOTAL COSTS:** | | | **$98.62** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 10.12 |
| XE | DI - PHOTOCOPYING - | 88.50 |
| | **TOTAL COSTS:** | **$98.62** |

NYDOCS1-867760.1