## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W. R. GRACE & CO., et al., | ) Chapter 11 |
| | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Related Docket No: 16212, 16215 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2007, I caused a true and correct copy

of Debtors' Responses and Objections To Certain Canadian Claimants' Requests to Produce to

the Debtors to be served on the following counsel via facsimile, email and first class mail:

Daniel A. Speights Esq.
**Speights & Runyan**
200 Jackson Avenue, East
Post Office Box 685
Hampton, South Carolina 29924

*Co-Counsel for the Debtors and*
*Debtors in Possession*