# Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2007 THROUGH MARCH 31, 2007 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 5/31/07 | 1/1/07-1/31/07 | $45,071.50 | $28.09 | $36,017.20 | $28.09 | $9,004.30 |
| 5/31/07 | 2/1/07-2/28/07 | $71,630.00 | $783.33 | $57,304.00 | $783.33 | $14,326.00 |
| 5/31/07 | 3/1/07-3/31/07 | $43,373.00 | $48.07 | $34,698.40 | $48.07 | $8,674.60 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 6.70 | $ 3,517.50 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 318.90 | $ 156,507.00 |
| 42 | Travel (1/2 total hours billed) | | $ 0 |
| | Total | 325.60 | $160,024.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 70.65 |
| Copies – Matter 32 (Fee Applications) | $ 18.90 |
| Copies – Matter 46 (Tax Litigation) | $ 78.60 |
| Computer Database Research | $ 691.34 |
| Local Messenger | $ 0 |
| Federal Express/Overnight Messenger | $ 0 |
| Facsimile | $ 0 |
| Postage | $ 0 |
| Meals | $ 0 |
| Hotel | $ 0 |
| Local Transportation | $ 0 |
| Consultant Fee | $ 0 |
| Total | $ 859.49 |