# TAB 1

# EXHIBIT P

## Claims Lacking Claimant Signature

TAB 1

| # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | Signature | Building |
|---|---|---|---|---|---|---|---|---|---|
| 304 | 6898 | MERCER HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 446 BELLEVUE AVENUE<br>TRENTON, NJ<br>UNITED STATES | Y | Capital Health System - Mercer Campus f.k.a. Mercer Hospital | W-9 |
| 305 | 6899 | MERCEDES BENZ | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 1 GLENVIEW ROAD<br>MONTVALE, NJ 07645<br>UNITED STATES | Y | Mercedes Benz of Seagate f.k.a. Mercedes Benz | C |
| 306 | 6900 | LOCAL NO 274 GENERAL OFFICE | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 100 HENDRICKS CAUSEWAY<br>RIDGEFIELD, NJ 07657<br>UNITED STATES | Y | Pipefitters Local Union No. 274 - General Office | W-1 | B |
| 307 | 6901 | BAYSHORE COMMUNITY HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 727 N BEERS STREET<br>HOLMDEL, NJ 07733<br>UNITED STATES | Y | Bayshore Community Hospital | W-1 |
| 308 | 6902 | ACTORS FUND HOME | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 175 E HUDSON AVENUE<br>ENGLEWOOD, NJ 07631<br>UNITED STATES | Y | Actors Fund Home | C | B |
| 309 | 6903 | OUR LADY OF LOURDES CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 324 E CORINTH STREET<br>RAVENNA, NE 68869<br>UNITED STATES | N | | |
| 310 | 6904 | 350 PARK AVENUE BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 350 PARK AVENUE<br>NEW YORK CITY, NY<br>UNITED STATES | N | | |
| 311 | 6905 | 330 MADISON AVENUE BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 330 MADISON AVENUE<br>NEW YORK, NY<br>UNITED STATES | Y | 330 Madison Avenue Building | C | B |
| 312 | 6906 | 200 PARK AVENUE BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 200 PARK AVENUE<br>NEW YORK CITY, NY<br>UNITED STATES | Y | 200 Park Avenue Building | W-6 | B |
| 313 | 6907 | Y.M.C.A. | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 250 MAMARONECK<br>WHITE PLAINS, NY 10605<br>UNITED STATES | Y | Y.M.C.A. | C |
| 314 | 6908 | HOLY FAMILY VILLA | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 12175 MCCARTHY<br>LEMONT, IL 60439<br>UNITED STATES | Y | Holy Family Villa - Owner: Catholic Charities of the Archdiocese of Chicago | B-3 |
| 315 | 6909 | THORNAPPLE MANOR F N A BARRY COUNTY MEDICAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 2700 NASHVILLE ROAD<br>HASTINGS, MI 49058<br>UNITED STATES | Y | County of Barry, d/b/a Thornapple Manor f.k.a. Barry County Medical Care Facility | W-3 |
| 316 | 6910 | ST. RITA'S PARISH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 2318 S 61ST STREET<br>MILWAUKEE, WI 53219<br>UNITED STATES | Y | St. Rita's Parish | C |
| 317 | 6911 | Y.W.C.A. | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 613 5TH STREET<br>WAUSAU, WI 54403<br>UNITED STATES | Y | YWCA of Wausau f.k.a. Y.W.C.A. | W-4 |
| 318 | 6912 | CHARLESTON AREA MEDICAL CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | CHARLESTON, WV<br>UNITED STATES | N | | |
| 319 | 6913 | FOUNDERS PAVILION | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 203 EAST FIRST STREET<br>CORNING, NY 14830<br>UNITED STATES | Y | Corning Hospital/Founders Pavilion (Acut Care Hospital & Nursing Home) f.k.a. Corning Nursing Home | W-4 |
| 320 | 6914 | ST THOMAS HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 444 N MAIN STREET<br>AKRON, OH 44310<br>UNITED STATES | Y | St. Thomas Hospital | W-5 |