# TAB 2

# EXHIBIT P

## Claims Lacking Claimant Signature

TAB 2

Ex. P: Claims Lacking Claimant Signature

| Claim # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | Signature | Name of Property | W Form | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1355 | 10947 | CAYUGA CO. OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AUBURN, NY UNITED STATES | Y | Cuyuga County Office Building f.k.a. Cuyuga Company Office Building | W-8 | B |
| 1357 | 10948 | GLEN OAK COUNTRY CLUB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 151 POST AVENUE OLD WESTBERRY, NY UNITED STATES | Y | Glen Oaks Club Inc. Clubhouse f.k.a. Glen Oak Country Club | W-3 | |
| 1358 | 10949 | KLEINE DEPARTMENT STORE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BROADWAY STREET HICKSVILLE, LONG ISLAND, NY UNITED STATES | Y | Kleine Department Store (Broadway Street & Gerl Shopping Center - Same Bldg. | C | |
| 1369 | 10950 | MARINE MIDLAND BANK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 150 LAKE AVENUE ELMIRA, NY UNITED STATES | Y | Marine Midland Bank | C | |
| 1370 | 10951 | MARINE MIDLAND BANK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 520 SENECA STREET UTICA, NY UNITED STATES | Y | Marine Midland Bank (Utica, NY) | C | |
| 1371 | 10952 | RUDEN JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1 MADISON SQUARE 25TH & MADISON NEW YORK, NY UNITED STATES | Y | Rudin Management | C | |
| 1372 | 10953 | MARINE MIDLAND OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MAIN & SENECA STREET BUFFALO, NY UNITED STATES | Y | Marine Midland Building (Buffalo, NY) | C | B |
| 1373 | 10954 | SECURITY NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1/2 MILE NORTH L.I. EXPRESSWAY MELLVILLE, NY UNITED STATES | Y | Security National Bank | C | B |
| 1374 | 10955 | ST. MARY'S HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | RENO, NV UNITED STATES | Y | St. Mary's Regional Medical Center f.k.a. St. Mary's Hospital | C | |
| 1375 | 10956 | MGM GRAND HOTEL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | RENO, NV UNITED STATES | Y | MGM Grand Hotel and Casino | C | |
| 1376 | 10957 | SECURITY NATIONAL BANK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | RENO, NY UNITED STATES | Y | Nevada Security Bank f/k/a Security National Bank | C | |
| 1377 | 10958 | SACTO CONV. CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SACTO, NV UNITED STATES | Y | City of Sacramento Convention Center f.k.a. Sacramento (Saco) Convention Center | B-2 | B |
| 1378 | 10959 | AMERICAN RIVER HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 26TH STREET & MADISON AVENUE NEW YORK, NY UNITED STATES | N | | | |
| 1379 | 10960 | RUDEN MANAGEMENT | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SACTO, NV UNITED STATES | Y | Rudin Management | C | |
| 1383 | 10961 | NATIONAL CITY BANK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | EVANSVILLE, IN UNITED STATES | Y | Old National City Bank f.k.a. National City Bank | C | |
| 1381 | 10962 | CHILDREN'S HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CORNER OF 5TH & DESOTO PITTSBURGH, PA UNITED STATES | Y | Children's Hospital of Pittsburgh of UPMC Health System (DeSoto Wing Only) | W-3 | |
| 1382 | 10963 | NORTH HILLS PASSAVANT HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BABCOCK BLVD-MCCANDLESS TWP EPHRORA, PA UNITED STATES | N | | | |
| 1383 | 10964 | WACHOVIA BANK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | RALEIGH, NC UNITED STATES | N | | | |