IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 15307 + 16443 |
| | ) | 7/23/07 Agenda Item No. 8 |

### ORDER DENYING MOTION OF THE STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION, FOR LEAVE TO FILE A LATE PROOF OF CLAIM

This matter having been opened to the Court by Stuart Rabner, Attorney General of New Jersey, by Rachel Jeanne Lehr, Deputy Attorney General appearing, attorney for movant State of New Jersey, Department of Environmental Protection ("Department" or "State"); the Court having reviewed the State's motion, the Debtors' objection, the State's response brief, and the joinder of the Official Committee of Unsecured Creditors, and all exhibits thereto; and the Court having considered the arguments of counsel at the hearing, it is hereby

ORDERED that, for the reasons stated on the record at the July 23, 2007 hearing, the State's motion is denied.

Dated: Aug. 2, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

91100-001\DOCS_DE:129550.1