```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


IN RE:                         .      Case No. 01-1139 (JKF)
                               .
W. R. GRACE and COMPANY,       .
                               .      USX Tower - 54th Floor
                               .      600 Grant Street
                               .      Pittsburgh, PA 15219
          Debtor.              .
                               .      July 26, 2007
. . . . . . . . . . . . . ..          1:47 p.m.


                  TRANSCRIPT OF STATUS CONFERENCE
              BEFORE HONORABLE JUDITH K. FITZGERALD
               UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtor:           Reed Smith, LLP
                          By:  DOUG CAMERON, ESQ.
                          435 Sixth Avenue
                          Pittsburgh, PA 15219




Audio Operator:           Cathy Younker



Proceedings recorded by electronic sound recording, transcript
             produced by transcription service.
```
_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@optonline.net**

**(609)586-2311     Fax No. (609) 587-3599**

1          THE COURT:  This is the matter of W.R. Grace,
2 Bankruptcy Number 01-1139.  This is really just a status
3 conference at the moment concerning the Motley Rice claims.
4 Good afternoon.
5          MR. CAMERON:  Good afternoon, Your Honor.  Doug
6 Cameron from Reed Smith on behalf of the debtor.  As Your Honor
7 is aware we have scheduled for Monday and Tuesday of next week
8 the adjudication of the debtor's statute of limitation
9 objections to certain of the Motley Rice claimants.  I advised
10 Your Honor's staff earlier and they ask that I appear to put
11 this on the record that I'm glad and happy to announce that we
12 have reached agreement -- a tentative agreement with Motley
13 Rice claimants -- all of the Motley Rice claimants, which would
14 include the tem that were subject to the hearing on Monday and
15 Tuesday.  That settlement obviously is subject to documentation
16 and approval, but we believe, Your Honor, that those cases have
17 been tentatively resolved and we would no longer need to go
18 forward on Monday and Tuesday with the hearing on the
19 adjudication of the statute of limitation objections.
20          THE COURT:  Okay.  I just wanted to be sure because I
21 really don't want to have to get ready for that again.
22          MR. CAMERON:  I -- we certainly don't anticipate
23 that, Your Honor.  They are -- you know, we've just reached
24 agreement.  This afternoon we'll start working on the
25 documentations and the approvals and submissions to Your Honor,

1  but we certainly don't anticipate and certainly hope that
2  that's not the case.
3           THE COURT:  Okay, that's great, then I guess Monday
4  and Tuesday are cancelled.
5           MR. CAMERON:  Okay, thank you.
6           THE COURT:  Is anybody going to be asking me to put
7  something else in the place of that on Monday and Tuesday?
8           MR. CAMERON:  I don't believe so, Your Honor.  We
9  talked earlier about -- we had something scheduled for this
10 afternoon, a pretrial or scheduling conference on the Pacific
11 Freeholds matter.
12          THE COURT:  Yes.
13          MR. CAMERON:  Counsel for Pacific Freeholds was
14 unavailable so they asked that we kick that until Monday and we
15 were going to do that wile we were here.  We've tentatively set
16 that for 1:30 on Monday so I think that's already on Your
17 Honor's calendar.  We don't anticipate putting anything else
18 on.
19          THE COURT:  Okay, that's fine.  Thank you.  And is
20 that going to be by phone?
21          MR. CAMERON:  That would be by phone, correct.
22          THE COURT:  All right, that's fine.  Thank you, very
23 much.
24          MR. CAMERON:  Thank you, Your Honor.
25                          * * * * *

4

## **C E R T I F I C A T I O N**

     I, Lori Auletta, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

<u>/s/ Lori Auletta</u>                                             August 1, 2007

LORI AULETTA

J&J COURT TRANSCRIBERS, INC.