# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: August 23, 2007 at 4:00pm |
| | | **Hearing Deadline: to be scheduled, if necessary** |

## FEE DETAIL FOR OGILVY RENAULT LLP'S SIXTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Client:     W.R. GRACE & CO.                                                                                                           July 13, 2007
RE:        Litigation and litigation consulting                                          INVOICE: 728188
Matter No.:  01016442-0006

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:     Richard Finke
                    Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending June 30, 2007

| | |
|---|---:|
| FEES | $33,561.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 2,214.31 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $35,775.81 |

Canadian Funds

W.R. GRACE & CO.                                                01016442-0006

RE:  Litigation and litigation consulting

BILLING SUMMARY

|               |       | Hours  | Amount      |
|---------------|-------|--------|-------------|
| P. Adams      |       | 3.6    | $576.00     |
| K. Whibley    |       | 49.8   | $10,707.00  |
| J. Caplan     |       | 11.5   | $2,817.50   |
| A. Kuntz      |       | 22.5   | $6,862.50   |
| J. Stam       |       | 0.5    | $232.50     |
| I.A. Ness     |       | 2.5    | $1,625.00   |
| O. Pasparakis |       | 2.3    | $1,288.00   |
| D.C. Tay      |       | 4.8    | $4,200.00   |
| T. Walsh      |       | 10.3   | $5,253.00   |
|               | Total | 107.80 | $33,561.50  |

FEE DETAIL

| Date   | Timekeeper      | Description                                                                                                                        | Hours | Amount    |
|--------|-----------------|------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 1/5/07 | Ian A. Ness     | Communication with Reed Smith regarding Canadian property damage claims.                                                           | 0.30  | $195.00   |
| 1/6/07 | Teresa Walsh    | Preparation work for document review in Winnipeg next week.                                                                        | 0.20  | $102.00   |
| 1/6/07 | Jessica Caplan  | Correspondence with counsel regarding status of the Canadian proceedings.                                                          | 0.50  | $122.50   |
| 1/6/07 | Penny Adams     | Dealing with administrative issues relating to the file.                                                                           | 0.30  | $48.00    |
| 3/6/07 | Allison Kuntz   | Travel to Winnipeg, Manitoba in preparation for attendance at the W. R. Grace facility to review documents for relevance to the Chapter 11 proceeding. | 6.00  | $1,830.00 |
| 4/6/07 | Teresa Walsh    | Attendance at Winnipeg plant office to conduct document review with A. Kuntz.                                                      | 6.50  | $3,315.00 |
| 4/6/07 | Allison Kuntz   | Preparation for and attendance at the W. R. Grace facility in Winnipeg, Manitoba to review documents for relevance to the Chapter 11 proceeding. | 6.50  | $1,982.50 |
| 5/6/07 | Teresa Walsh    | Further document review at Winnipeg plant office.                                                                                  | 2.50  | $1,275.00 |

INVOICE: 728188

W.R. GRACE & CO.                                                        01016442-0006

<u>RE:   Litigation and litigation consulting</u>

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 5/6/07 | Allison Kuntz | Attendance at the W. R. Grace facility in Winnipeg, Manitoba to review documents for relevance to the Chapter 11 proceeding (3.0); travel from Winnipeg, Manitoba to Toronto, Ontario (6.0). | 9.00 | $2,745.00 |
| 7/6/07 | Teresa Walsh | Review and revisions to most recent Information Officer's Report to Court on latest developments in the United States and Canada. | 0.30 | $153.00 |
| 7/6/07 | Penny Adams | Correspondence with Ms. Caplan (0.10); reviewing and revising 23rd Report (0.90). | 1.00 | $160.00 |
| 7/6/07 | Allison Kuntz | Meeting with K. Whibley to discuss progress and plan for W. R. Grace document review. | 0.50 | $152.50 |
| 7/6/07 | Karen Whibley | Organizing documents for scanning (1.0); conference with A. Kuntz (0.1); reviewing documents for relevance (Vancouver collection) (0.7). | 1.80 | $387.00 |
| 7/6/07 | Jessica Caplan | Drafting the 23rd Report of the Information Officer (2.8); circulating same for review and comment (0.2). | 3.00 | $735.00 |
| 8/6/07 | Ian A. Ness | Review draft version of 23rd Information Officer's Report for Canadian Court. | 1.10 | $715.00 |
| 8/6/07 | Karen Whibley | Reviewing documents for relevance. | 2.90 | $623.50 |
| 11/6/07 | Derrick C. Tay | Reviewing materials received from U.S. counsel. | 1.00 | $875.00 |
| 11/6/07 | Ian A. Ness | Review draft version of the 23rd Information Officer's Report for Canadian Court. | 1.10 | $715.00 |
| 13/6/07 | Allison Kuntz | Reviewed and responded to e-mail correspondence from K. Whibley regarding Affidavit of Documents and content of document database. | 0.30 | $91.50 |
| 13/6/07 | Karen Whibley | Reviewing documents for relevance (3.0); email to T. Walsh and A. Kuntz (0.1). | 3.10 | $666.50 |
| 13/6/07 | Derrick C. Tay | Reviewing materials received from U.S. counsel. | 1.00 | $875.00 |
| 14/6/07 | Karen Whibley | Reviewing documents for relevance. | 1.30 | $279.50 |

INVOICE: 728188

W.R. GRACE & CO.                                                           01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 15/6/07 | Derrick C. Tay | Considering issue of disclosure of threatened action by representative plaintiff and advising on same. | 0.30 | $262.50 |
| 15/6/07 | Jessica Caplan | Revisions to draft 23rd Information Officer's Report. | 1.00 | $245.00 |
| 15/6/07 | Karen Whibley | Reviewing documents for relevance. | 1.60 | $344.00 |
| 15/6/07 | Penny Adams | Reviewing Information Officer's Report. | 0.30 | $48.00 |
| 15/6/07 | Orestes Pasparakis | Reviewing and revising court report (1.0); considering next steps and stragegy (0.8). | 1.80 | $1,008.00 |
| 18/6/07 | Derrick C. Tay | Reviewing litigation materials received from U.S. counsel. | 0.50 | $437.50 |
| 18/6/07 | Jessica Caplan | Further revisions to the 23rd Information Officer's Report (0.5); correspondence with U.S. counsel regarding comments on the 23rd Report (0.5). | 1.00 | $245.00 |
| 18/6/07 | Karen Whibley | Reviewing Edmonton documents for relevance (7.4); email to Platinum Legal Group Inc. (0.1); arranging for shipment of documents to Platinum Legal Group Inc. (0.1). | 7.60 | $1,634.00 |
| 18/6/07 | Derrick C. Tay | Reviewing draft Information Officer's Report (0.3); commenting on same (0.2). | 0.50 | $437.50 |
| 19/6/07 | Karen Whibley | Reviewing Edmonton documents for relevance. | 8.10 | $1,741.50 |
| 20/6/07 | Allison Kuntz | E-mail exchange with T. Walsh and K. Whibley regarding status of document review. | 0.20 | $61.00 |
| 20/6/07 | Karen Whibley | Reviewing documents for relevance (Edmonton sales orders). | 4.20 | $903.00 |
| 20/6/07 | Penny Adams | Discussions with J. Caplan regarding Information Officer's Report. | 0.20 | $32.00 |
| 21/6/07 | Karen Whibley | Reviewing Edmonton documents for relevance. | 6.10 | $1,311.50 |
| 21/6/07 | Jessica Caplan | Review of U.S. counsel's revisions to the 23rd Information Officer's Report. | 0.50 | $122.50 |
| 22/6/07 | Jessica Caplan | Final revisions to the 23rd Information Officer's Report (1.8); circulating same (0.2). | 2.00 | $490.00 |
| 22/6/07 | Jennifer Stam | Reviewing Report. | 0.50 | $232.50 |

INVOICE: 728188

W.R. GRACE & CO.                                                                       01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 22/6/07 | Penny Adams | Discussions with J. Caplan and J. Stam regarding the 23rd Report (0.2); reviewing same (0.2). | 0.40 | $64.00 |
| 22/6/07 | Derrick C. Tay | Reviewing revised form of Information Officer's Report. | 0.50 | $437.50 |
| 25/6/07 | Penny Adams | Discussions with J. Caplan regarding 23rd Report. | 0.40 | $64.00 |
| 26/6/07 | Jessica Caplan | Correspondence with P. Adams and J. Stam regarding serving and filing 23rd Information Officer's Report. | 0.50 | $122.50 |
| 26/6/07 | Karen Whibley | Reviewing Edmonton documents. | 4.80 | $1,032.00 |
| 27/6/07 | Teresa Walsh | Telephone conference call with D. Tay and O. Pasparakis regarding various matters (0.2); follow-up with co-defence counsel in Canadian proceedings regarding status of investigations (0.2); email to D. Tay and O. Pasparakis (0.1). | 0.50 | $255.00 |
| 27/6/07 | Penny Adams | Meeting with J. Caplan regarding 23rd Report (0.10); instructing J. Caplan on service methods (0.30); reviewing and revising materials to be served (0.60). | 1.00 | $160.00 |
| 27/6/07 | Derrick C. Tay | Telephone conference with R. Finke regarding Health Canada assessment and representative plaintiff issues (0.5); considering necessary action (0.3); conference with office to discuss and give instructions (0.2). | 1.00 | $875.00 |
| 27/6/07 | Jessica Caplan | Serving and filing 23rd Information Officer's Report (2.0); meeting with P. Adams regarding service of the Report (0.5). | 2.50 | $612.50 |
| 28/6/07 | Karen Whibley | Reviewing Edmonton documents for relevance. | 2.00 | $430.00 |
| 28/6/07 | Teresa Walsh | Conference with O. Pasparakis and P. Adams regarding various issues. | 0.30 | $153.00 |
| 28/6/07 | Jessica Caplan | Correspondence to R. Finke enclosing 23rd Information Officer's Report. | 0.50 | $122.50 |
| 28/6/07 | Orestes Pasparakis | Discussions with crown counsel regarding status (0.3); follow-up on same (0.1); discussions with Mr. Tay regarding strategy (0.1). | 0.50 | $280.00 |
| 29/6/07 | Karen Whibley | Reviewing Edmonton documents for relevance. | 6.30 | $1,354.50 |

INVOICE: 728188

W.R. GRACE & CO.                                                              01016442-0006

RE:  Litigation and litigation consulting

|  |  |
|---|---|
| **TOTAL FEES** | **$33,561.50** |

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Photocopies | 31.40 |
| Long distance calls | 8.58 |
| Hotel Accommodations | 728.74 |
| Car rental/gas | 111.33 |
| Meals-restaurants (Canada) | 32.84 |
| Taxis | 91.43 |
| Airfare | 1,209.99 |
| | $2,214.31 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 31/5/07 | Teresa Walsh | Airfare - TERESA WALSH | 459.68 |
| 3/6/07 | Allison Kuntz | Airfare - ALLISON KUNTZ | 367.03 |
| 3/6/07 | Allison Kuntz | Hotel Accommodations - ALLISON KUNTZ | 360.90 |
| 3/6/07 | Teresa Walsh | Car rental/gas - TERESA WALSH | 111.33 |
| 4/6/07 | Allison Kuntz | Meals-restaurants (Canada) - ALLISON KUNTZ | 32.84 |
| 5/6/07 | Teresa Walsh | Hotel Accommodations - TERESA WALSH | 367.84 |
| 5/6/07 | Allison Kuntz | Airfare - ALLISON KUNTZ | 302.52 |
| 5/6/07 | Allison Kuntz | Airfare - ALLISON KUNTZ | 40.38 |
| 5/6/07 | Teresa Walsh | Airfare - TERESA WALSH | 40.38 |
| 5/6/07 | Teresa Walsh | Taxis - TERESA WALSH | 40.95 |
| 5/6/07 | Allison Kuntz | Taxis - ALLISON KUNTZ | 50.48 |
| 14/6/07 | Karen Whibley | Photocopies | 8.10 |
| 14/6/07 | Karen Whibley | Photocopies | 12.30 |
| 14/6/07 | Karen Whibley | Photocopies | 2.30 |
| 15/6/07 | Karen Whibley | Photocopies | 1.50 |
| 18/6/07 | Karen Whibley | Photocopies | 0.70 |
| 27/6/07 | Teresa Walsh | Long distance calls 15142833525 | 8.58 |
| 27/6/07 | Jessica Caplan | Photocopies | 6.50 |
| | | TOTAL | $2,214.31 |

INVOICE: 728188

Client:      W.R. GRACE & CO.                               July 13, 2007
RE:          Fee Applications, Applicant                    INVOICE: 728189
Matter No.:  01016442-0008

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending June 30, 2007

| | |
|---|---:|
| FEES | $1,237.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 9.50 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,247.00 |

W.R. GRACE & CO.                                                                                    01016442-0008

RE:  Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.5 | $255.00 |
| D.C. Tay | 0.3 | $262.50 |
| P. Adams | 4.5 | $720.00 |
| Total | 5.30 | $1,237.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/6/07 | Teresa Walsh | Discussion with P. Adams regarding current fee application. | 0.20 | $102.00 |
| 4/6/07 | Penny Adams | Reviewing and revising fourth fee application (0.70); circulating draft thereof to Ms. Baer, Mr. Finke and others (0.10); correspondence regarding same (0.20). | 1.00 | $160.00 |
| 5/6/07 | Penny Adams | Correspondence with various parties relating to fee applications. | 0.20 | $32.00 |
| 6/6/07 | Penny Adams | Correspondence with Mr. Finke regarding fourth monthly fee application. | 0.10 | $16.00 |
| 7/6/07 | Teresa Walsh | Review and execution of latest fee application. | 0.30 | $153.00 |
| 7/6/07 | Penny Adams | Reviewing and revising fourth monthly fee application (0.40); correspondence with Mr. Finke and others regarding same (0.10); meeting with Ms. Walsh regarding same (0.10). | 0.60 | $96.00 |
| 8/6/07 | Derrick C. Tay | Reviewing fourth Monthly Fee Application. | 0.30 | $262.50 |
| 8/6/07 | Penny Adams | Letter to Ms. Cuniff enclosing fourth monthly fee application (0.20); email to fee auditor relating to same (0.20); correspondence with Ms. Walsh, Mr. Finke and others regarding fee application (0.60). | 1.00 | $160.00 |
| 11/6/07 | Penny Adams | Reviewing auditor's summary. | 0.20 | $32.00 |
| 13/6/07 | Penny Adams | Drafting fifth monthly fee application (0.5); reviewing and revising same (0.5). | 1.00 | $160.00 |
| 28/6/07 | Penny Adams | Correspondence with T. Walsh regarding GST and other accounting issues. | 0.40 | $64.00 |

                                                    **TOTAL FEES**                              $1,237.50

INVOICE: 728189

W.R. GRACE & CO.  01016442-0008

RE:  Fee Applications, Applicant

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Photocopies | 9.50 |
| | $9.50 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | | Amount |
|---|---|---|---|---:|
| 4/6/07 | Penny Adams | Photocopies | | 2.30 |
| 8/6/07 | Penny Adams | Photocopies | | 2.20 |
| 28/6/07 | Teresa Walsh | Photocopies | | 5.00 |
| | | | TOTAL | $9.50 |

INVOICE: 728189