IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 18, 2007 at 4:00 p.m. |
| | ) | Ref. No. 15816 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 15816
### (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Thirteenth Fee Application (the "Application") of Piper Jaffray & Co., Financial Advisor to David T. Austern, Future Claimants' Representative for the period from February 1, 2007 through February 28, 2007 (the "Period"), filed with the Court on May 25, 2007, and entered on the Court's docket as Docket No. 15816. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than June 18, 2007.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members entered April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals entered May 3, 2001 ("the Amended Administrative Order"), the Debtors are

authorized to pay Piper Jaffray & Co. $80,000.00 (80% of $100,000.00) and expenses in the amount of $1,015.72 for a total of $81,015.72 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                                   ORRICK, HERRINGTON & SUTCLIFFE LLP

                                   By: _____
                                      Roger Frankel, admitted *pro hac vice*
                                      Richard H. Wyron, admitted *pro hac vice*
                                      The Washington Harbour
                                      3050 K Street, NW
                                      Washington, DC  20007
                                      (202) 339-8400
                                      Co-Counsel to David T. Austern, Future Claimants Representative

                                —and—

                                   PHILLIPS, GOLDMAN & SPENCE, P.A.
                                   John C. Phillips, Jr. (#110)
                                   1200 North Broom Street
                                   Wilmington, DE 19806
                                   (302) 655-4200
                                   (302) 655-4210 (fax)
                                   Co-Counsel to David T. Austern, Future Claimants Representative

Dated: August 6, 2007