```
Date: 08/03/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 1


                      W. R. Grace, Inc. % Elihu Inselbuch
                      Caplin & Drysdale
                      399 Park Avenue, 27th Floor
                      New York, New York 10022


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 06/20/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.5    1062.50
 #5745     review ARPC hard disk, organize files                 425.00

 06/20/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.3     552.50
 #5748     work with Totten to convert the ARPC sas files to    425.00
           usable form

 06/22/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3     127.50
 #5749     telephone Eveland re: ARPC / Nera reports             425.00

 06/25/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7     297.50
 #5751     telephone Totten re: ARPC dataset                     425.00

 06/25/07  Totten    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7     140.00
 #6401     telephone Relles re: ARPC dataset                     200.00

 06/25/07  Totten    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.5     700.00
 #6402     convert ARPC's SAS datasets to ascii                  200.00

 06/26/07  Totten    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.0     600.00
 #6403     convert ARPC's Access datasets to ascii               200.00

 06/27/07  Totten    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3     460.00
 #6404     analyze contents of ARPC's SAS programs               200.00

 06/28/07  Ebener    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1      30.00
 #6015     Email Relles to request ARPC materials                300.00

 06/28/07  Ebener    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6     480.00
 #6016     Read ARPC report                                      300.00

 06/28/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2     840.00
 #5527     Review Florence materials                             700.00

 06/28/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5     350.00
 #5528     Telephone Ebener re: ARPC study                       700.00

 06/28/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.7     722.50
 #5752     convert and review ARPC files                         425.00

 06/28/07  Totten    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.0     400.00
 #6405     analyze contents of ARPC's SAS programs               200.00
```

{D0090470.1 }

```
Date: 08/03/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 2

                     W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 06/29/07  Ebener   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    30.00
 #6019     Email Peterson and Relles about meeting and ARPC    300.00
           materials

 06/29/07  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)  3.5  2450.00
 #5529     Review Florence report                              700.00

 06/29/07  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)  3.2  2240.00
 #5530     Review Florence materials                           700.00

 06/29/07  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0   425.00
 #5754     read Florence report                                425.00

 06/29/07  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6   680.00
 #5755     review data from ARPC                               425.00

 06/30/07  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)  3.2  2240.00
 #5532     Review Florence materials                           700.00

 06/30/07  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)  5.0  2125.00
 #5757     review data from ARPC                               425.00

 06/30/07  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0   425.00
 #5758     review ARPC report                                  425.00

 06/30/07  Totten   / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6   320.00
 #6406     run ARPC's SAS programs to generate additional      200.00
           outputs necessary to understand ARPC's analysis
```

```
Date: 08/03/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 3

                    W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 06/04/07  Peterson   / (07) Committee, Creditors'                1.0      700.00
 #5507     Conference call re: report: Finch, Relles, Wehner    700.00

 06/04/07  Relles     / (07) Committee, Creditors'                1.0      425.00
 #5707     Conference call re: report: Finch, Peterson, Wehner  425.00

 06/19/07  Relles     / (07) Committee, Creditors'                2.1      892.50
 #5743     sample PIQs for Snyder, produce extra copies of      425.00
           documentation for Wehner

 06/29/07  Peterson   / (07) Committee, Creditors'                0.9      630.00
 #5531     conference call with Finch, Slocombe, Relles, and    700.00
           Wehner re: rebuttal strategy

 06/29/07  Relles     / (07) Committee, Creditors'                0.9      382.50
 #5756     conference call with Finch, Slocombe, Peterson, and  425.00
           Wehner re: rebuttal strategy
```

{D0090470.1 }

```
Date: 08/03/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 4

                       W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 06/01/07  Peterson  / (14) Hearings                              1.6   1120.00
 #5502     Review Siegel deposition                            700.00

 06/02/07  Peterson  / (14) Hearings                              2.9   2030.00
 #5503     Review Siegel deposition                            700.00
```

{D0090470.1 }

```
Date: 08/03/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 5

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 06/01/07  Peterson  / (28) Data Analysis                       11.2  7840.00
 #5501     Work on report                                      700.00

 06/01/07  Relles    / (28) Data Analysis                        5.8  2465.00
 #5701     generate all graphics in report based on latest     425.00
           databases

 06/01/07  Relles    / (28) Data Analysis                        4.0  1700.00
 #5702     work on report                                      425.00

 06/02/07  Peterson  / (28) Data Analysis                        9.7  6790.00
 #5504     Work on report                                      700.00

 06/02/07  Relles    / (28) Data Analysis                        8.8  3740.00
 #5703     work on report                                      425.00

 06/03/07  Peterson  / (28) Data Analysis                       12.3  8610.00
 #5505     Work on report                                      700.00

 06/03/07  Relles    / (28) Data Analysis                        1.4   595.00
 #5704     update all computations related to sensitivity      425.00
           analyses

 06/03/07  Relles    / (28) Data Analysis                        6.7  2847.50
 #5705     work on report                                      425.00

 06/04/07  Peterson  / (28) Data Analysis                       10.9  7630.00
 #5506     Work on report                                      700.00

 06/04/07  Relles    / (28) Data Analysis                        2.0   850.00
 #5706     rerun projections, develop additional graphics     425.00

 06/04/07  Relles    / (28) Data Analysis                        5.4  2295.00
 #5708     work on report                                      425.00

 06/05/07  Peterson  / (28) Data Analysis                       13.1  9170.00
 #5508     Work on report                                      700.00

 06/05/07  Peterson  / (28) Data Analysis                        1.4   980.00
 #5509     Review verdict data                                 700.00

 06/05/07  Relles    / (28) Data Analysis                        2.5  1062.50
 #5709     develop additional graphics                         425.00

 06/05/07  Relles    / (28) Data Analysis                        6.0  2550.00
 #5710     work on report                                      425.00
```

```
Date: 08/03/07               Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 6

                       W. R. Grace


Date/Slip# Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 06/06/07  Peterson  / (28) Data Analysis                       13.1   9170.00
 #5510     Work on report                                      700.00

 06/06/07  Relles    / (28) Data Analysis                        2.5   1062.50
 #5711     work on report                                      425.00

 06/07/07  Peterson  / (28) Data Analysis                       12.6   8820.00
 #5511     Work on report                                      700.00

 06/07/07  Relles    / (28) Data Analysis                        2.4   1020.00
 #5712     telephone Radecki (.3), rerun projections with      425.00
           Radecki's discount rates (2.1)

 06/07/07  Relles    / (28) Data Analysis                        1.6    680.00
 #5713     update report based on new discount rates           425.00

 06/07/07  Relles    / (28) Data Analysis                        3.5   1487.50
 #5714     work on report                                      425.00

 06/08/07  Peterson  / (28) Data Analysis                       10.2   7140.00
 #5512     Work on report                                      700.00

 06/08/07  Relles    / (28) Data Analysis                        8.0   3400.00
 #5715     work on report                                      425.00

 06/09/07  Peterson  / (28) Data Analysis                       11.2   7840.00
 #5513     Work on report                                      700.00

 06/09/07  Relles    / (28) Data Analysis                        2.4   1020.00
 #5716     examine latest Verus data                           425.00

 06/10/07  Ebener    / (28) Data Analysis                        0.5    150.00
 #6001     review spreadsheet from Relles                      300.00

 06/10/07  Peterson  / (28) Data Analysis                       12.7   8890.00
 #5514     Work on report                                      700.00

 06/10/07  Relles    / (28) Data Analysis                        1.2    510.00
 #5717     update analysis of Grace judgments                  425.00

 06/10/07  Relles    / (28) Data Analysis                        1.0    425.00
 #5718     update text of report to deal with Grace judgments  425.00

 06/10/07  Relles    / (28) Data Analysis                        4.0   1700.00
 #5719     work on report                                      425.00
```

{D0090470.1 }

```
Date: 08/03/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 7

                       W. R. Grace


Date/Slip# Description                                 HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 06/11/07  Ebener    / (28) Data Analysis                    0.1      30.00
 #6002     phone Relles about new audit spreadsheet        300.00

 06/11/07  Peterson  / (28) Data Analysis                   14.0    9800.00
 #5515     Work on report                                  700.00

 06/11/07  Peterson  / (28) Data Analysis                    1.5    1050.00
 #5516     Conference call with lawyers re: report         700.00

 06/11/07  Relles    / (28) Data Analysis                    1.5     637.50
 #5720     update stale claims analysis                    425.00

 06/11/07  Relles    / (28) Data Analysis                    0.7     297.50
 #5721     update stale claims graphics                   425.00

 06/11/07  Relles    / (28) Data Analysis                    6.0    2550.00
 #5722     work on report                                  425.00

 06/11/07  Relles    / (28) Data Analysis                    0.1      42.50
 #5723     phone Ebener about new audit spreadsheet        425.00

 06/12/07  Ebener    / (28) Data Analysis                    0.6     180.00
 #6003     telephone Relles re: data problems              300.00

 06/12/07  Ebener    / (28) Data Analysis                    1.5     450.00
 #6004     check exclusion records                         300.00

 06/12/07  Peterson  / (28) Data Analysis                   13.2    9240.00
 #5517     Work on report                                  700.00

 06/12/07  Relles    / (28) Data Analysis                    0.6     255.00
 #5724     telephone Ebener re: data problems              425.00

 06/12/07  Relles    / (28) Data Analysis                    1.5     637.50
 #5725     prepare spreadsheets for Ebener review to solve 425.00
           problems

 06/12/07  Relles    / (28) Data Analysis                    0.5     212.50
 #5726     work on report graphics                         425.00

 06/12/07  Relles    / (28) Data Analysis                    7.3    3102.50
 #5727     work on text of report                          425.00

 06/13/07  Ebener    / (28) Data Analysis                    1.5     450.00
 #6005     check exclusion records                         300.00
```

{D0090470.1 }

```
Date: 08/03/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 8

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 06/13/07  Ebener    / (28) Data Analysis                     0.1       30.00
 #6006     send exclusion check results to Relles           300.00

 06/13/07  Ebener    / (28) Data Analysis                     0.1       30.00
 #6007     telephone Relles to confirm email receipt and verify 300.00
           next set of checks

 06/13/07  Peterson  / (28) Data Analysis                    13.8     9660.00
 #5518     Work on report                                   700.00

 06/13/07  Peterson  / (28) Data Analysis                     0.3      210.00
 #5519     telephone Relles re: graphics to describe verdict 700.00
           trends

 06/13/07  Relles    / (28) Data Analysis                     3.8     1615.00
 #5728     work on report                                   425.00

 06/13/07  Relles    / (28) Data Analysis                     1.3      552.50
 #5729     develop graphics to describe Mealeys trends (1.0); 425.00
           telephone Peterson (.3) re: same

 06/13/07  Relles    / (28) Data Analysis                     0.2       85.00
 #5730     telephone Ebener re: data problems               425.00

 06/13/07  Relles    / (28) Data Analysis                     2.0      850.00
 #5731     prepare spreadsheets for Ebener review to solve  425.00
           problems

 06/14/07  Ebener    / (28) Data Analysis                     1.0      300.00
 #6008     surname only check                               300.00

 06/14/07  Ebener    / (28) Data Analysis                     0.1       30.00
 #6009     send surname only check results to Relles        300.00

 06/14/07  Peterson  / (28) Data Analysis                    11.6     8120.00
 #5520     Work on report                                   700.00

 06/14/07  Relles    / (28) Data Analysis                     2.0      850.00
 #5732     produce draft of report for distribution to      425.00
           attorneys

 06/14/07  Relles    / (28) Data Analysis                     3.6     1530.00
 #5733     read report, check consistency between text and  425.00
           tables
```

{D0090470.1 }

```
Date: 08/03/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 9

                        W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/15/07  Ebener    / (28) Data Analysis                         0.1      30.00
 #6010     email Relles about results                           300.00

 06/15/07  Peterson  / (28) Data Analysis                        10.6    7420.00
 #5521     Work on report and backup                            700.00

 06/15/07  Relles    / (28) Data Analysis                         5.6    2380.00
 #5734     work on report                                       425.00

 06/15/07  Relles    / (28) Data Analysis                         3.4    1445.00
 #5735     assemble details on critique of Bates, review Bates' 425.00
           files

 06/16/07  Ebener    / (28) Data Analysis                         1.0     300.00
 #6011     prepare JV documentation                             300.00

 06/16/07  Peterson  / (28) Data Analysis                         6.2    4340.00
 #5522     Review report and backup                             700.00

 06/16/07  Relles    / (28) Data Analysis                         1.2     510.00
 #5736     set up Peterson mail files for review in preparing  425.00
           documentation

 06/16/07  Relles    / (28) Data Analysis                         7.6    3230.00
 #5737     review files relied upon, produce documentation     425.00

 06/17/07  Ebener    / (28) Data Analysis                         0.5     150.00
 #6012     prepare JV documentation                             300.00

 06/17/07  Peterson  / (28) Data Analysis                         4.5    3150.00
 #5523     Work on providing backup for report                  700.00

 06/17/07  Peterson  / (28) Data Analysis                         4.3    3010.00
 #5524     Review report and backup                             700.00

 06/17/07  Relles    / (28) Data Analysis                         6.0    2550.00
 #5738     work on documentation for files                      425.00

 06/17/07  Relles    / (28) Data Analysis                         3.0    1275.00
 #5739     work on report                                       425.00

 06/18/07  Ebener    / (28) Data Analysis                         0.1      30.00
 #6013     email JV documentation draft to Peterson, Relles    300.00

 06/18/07  Peterson  / (28) Data Analysis                         3.5    2450.00
 #5525     work on final draft of report                        700.00
```

{D0090470.1 }

```
Date: 08/03/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 10

                    W. R. Grace


Date/Slip#  Description                                    HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 06/18/07   Relles    / (28) Data Analysis                       5.5     2337.50
 #5740      work on final documentation for files              425.00

 06/18/07   Relles    / (28) Data Analysis                       1.2      510.00
 #5741      run additional checks of numbers in tables         425.00

 06/18/07   Relles    / (28) Data Analysis                       1.5      637.50
 #5742      work on final draft of report                     425.00

 06/19/07   Relles    / (28) Data Analysis                       2.3      977.50
 #5744      review Grace expert reports                       425.00

 06/20/07   Peterson  / (28) Data Analysis                       1.0      700.00
 #5526      Telephone Relles: review closed claims records    700.00

 06/20/07   Relles    / (28) Data Analysis                       0.4      170.00
 #5746      send summary memorandum to Caplin-Drysdale re:    425.00
            contents of hard disk

 06/20/07   Relles    / (28) Data Analysis                       1.0      425.00
 #5747      Telephone Peterson: review closed claims records  425.00

 06/25/07   Relles    / (28) Data Analysis                       1.5      637.50
 #5750      investigate and respond to question from          425.00
            Kirkland-Ellis

 06/28/07   Ebener    / (28) Data Analysis                       0.5      150.00
 #6014      Telephone Peterson about rebuttal                 300.00

 06/28/07   Ebener    / (28) Data Analysis                       0.1       30.00
 #6017      Email Peterson about conference call              300.00

 06/29/07   Ebener    / (28) Data Analysis                       0.9      270.00
 #6018      Conference Call about rebuttal report             300.00

 06/29/07   Ebener    / (28) Data Analysis                       0.3       90.00
 #6020      Download sample materials                         300.00

 06/29/07   Relles    / (28) Data Analysis                       0.5      212.50
 #5753      sample closed claims, send to Ebener              425.00

 06/30/07   Peterson  / (28) Data Analysis                       3.6     2520.00
 #5533      Work on rebuttal report                           700.00
-------------------------------------------------------------------------------
```

```
Date: 08/03/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 11

                       W. R. Grace

                Summary Of Time Charges, By Month and Activity
                        June 2007 - June 2007

   MONTH       ACTIVITY                                    HOURS      AMOUNT
   ---------------------------------------------------------------------------
   June      - (05) Claims Anal Objectn/Resolutn (Asbest)   41.6   17697.50
   June      - (07) Committee, Creditors'                    5.9    3030.00
   June      - (14) Hearings                                 4.5    3150.00
   June      - (28) Data Analysis                          356.5  207175.00
   June      - (99) Total                                  408.5  231052.50

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)   41.6   17697.50
   Total     - (07) Committee, Creditors'                    5.9    3030.00
   Total     - (14) Hearings                                 4.5    3150.00
   Total     - (28) Data Analysis                          356.5  207175.00
   Total     - (99) Total                                  408.5  231052.50

-------------------------------------------------------------------------------
```

{D0090470.1 }

```
Date: 08/03/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                             Page 12

                        W. R. Grace

                Summary Of Time Charges, By Month and Person
                         June 2007 - June 2007

  MONTH       PERSON                                          HOURS     AMOUNT
  -------------------------------------------------------------------------------
  June      - Relles                                          160.1   68042.50
  June      - Peterson                                        224.5  157150.00
  June      - Totten                                           13.1    2620.00
  June      - Ebener                                           10.8    3240.00
  June      - Total                                           408.5  231052.50

  Total     - Relles                                          160.1   68042.50
  Total     - Peterson                                        224.5  157150.00
  Total     - Totten                                           13.1    2620.00
  Total     - Ebener                                           10.8    3240.00
  Total     - Total                                           408.5  231052.50

  -------------------------------------------------------------------------------
```

{D0090470.1 }

```
Date: 08/03/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 13

                      W. R. Grace

           Summary Of Time Charges, By Activity, Month, and Person
                         June 2007 - June 2007

MONTH      PERSON                                HOURS    RATE    AMOUNT
-----------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

June    - Relles                                  15.1    425.    6417.50
June    - Peterson                                11.6    700.    8120.00
June    - Totten                                  13.1    200.    2620.00
June    - Ebener                                   1.8    300.     540.00

(07) Committee, Creditors'

June    - Relles                                   4.0    425.    1700.00
June    - Peterson                                 1.9    700.    1330.00

(14) Hearings

June    - Peterson                                 4.5    700.    3150.00

(28) Data Analysis

June    - Relles                                 141.0    425.   59925.00
June    - Peterson                               206.5    700.  144550.00
June    - Ebener                                   9.0    300.    2700.00

-----------------------------------------------------------------------------
```

{D0090470.1 }

```
Date: 08/03/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 14

           W. R. Grace

                                EXPENSES


Acquisition and use of Manville Data                        $12,500.00

----------------------------------------------------------------------

Supporting Detail


License fee for use of Manville data (Paragraph 3.1,
  below, shared equally among 4 clients)                     $2,500.00

Royalty fee for use of Manville data (Paragraph 3.2)        $10,000.00
                                                            ----------
                                                            $12,500.00
```

Data License Agreement between the Claims Resolution Management Corporation ("CRMC"), 3110 Fairview Park Drive, Suite 200, P.O. Box 12003, Falls Church, VA 22042-0683, and Legal Analysis Systems, Inc., 970 Calle Arroyo, Thousand Oaks, CA 91360 ("Licensee"):

   3.1  License Fee
   Licensee will pay to the CRMC a $10,000.00 License Fee for use of the Manville Trust Data.

   3.2  Royalties

   In addition to the License Fee described in Paragraph 3.1, Licensee will pay to the CRMC a royalty of $10,000.00 for each client of Licensee's for which Licensee performs consulting or other services that include use of the Manville Trust Data ("Royalties").  Upon written request, but not more than once every three months during the term hereof, Licensee will provide to the CRMC an affidavit sworn by an officer, partner, or principal of Licensee listing each of Licensee's customers for which Licensee has performed consulting work or other services that included use of the Manville Trust Data.

--------------------------------------------------------------------------------

{D0090470.1 }