**EXHIBIT 2**

# for WR Grace

**Total number of parties: 3**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25416 | DEPT OF THE TREASURY INTERNAL REVENUE SERVICE, 31 HOPKINS PLAZA RM 1150, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 25416 | DEPT OF THE TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 25416 | US DEPARTMENT OF JUSTICE, DANIEL J HEALY, (RE: IRS), PO BOX 227, BEN FRANKLIN STATION, WASHINGTON, DC, 20044 | US Mail (1st Class) |

**Subtotal for this group: 3**