# EXHIBIT 2

## for WR Grace

**Total number of parties: 1**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25417 | THE COMMONWEALTH OF MASSACHUSETTS, C/O ANNE CHAN, LITIGATION BUREAU BANKRUPTCY UNIT, BOX 9564, BOSTON, MA, 02114-9564 | US Mail (1st Class) |

**Subtotal for this group: 1**