# EXHIBIT 2

# for WR Grace

**Total number of parties: 4**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25418 | BARNES, D ALEXANDER, (RE: SEMPRA ENERGY), OBERMAYER REBMANN MAXWELL & HIPPEL LLP, ONE PENN CENTER 19TH FL, 1617 JOHN F KENNEDY BLVD, PHILADELPHIA, PA, 19103-1895 | US Mail (1st Class) |
| 25418 | DAVIS, STEVEN T, (RE: SEMPRA ENERGY), OBERMAYER REBMANN MAXWELL & HIPPEL LLP, 3 MILL RD STE 306A, WILMINGTON, DE, 19806 | US Mail (1st Class) |
| 25418 | OLANMENDI SMITH, RAUL, (RE: SEMPRA ENERGY), OFFICE OF THE GENERAL COUNSEL, SEMPRA ENERGY, 101 ASH ST STE 1200, SAN DIEGO, CA, 92101 | US Mail (1st Class) |
| 25418 | SEMPRA ENERGY, SAN DIEGO GAS&ELECTRIC, E, 101 ASH STREET, SUITE 1200, SAN DIEGO, CA, 92101 | US Mail (1st Class) |

**Subtotal for this group: 4**