# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. 14063** |
| | ) 7/23/07 Agenda Item No. 3 |

## SEVENTH ORDER REGARDING RELIEF SOUGHT IN DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) (DOCKET NO. 14063)

Upon the Twentieth Omnibus Objection to Claims (Substantive) (the "Twentieth Omnibus Objection") filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order expunging and disallowing, reclassifying or reducing, as appropriate, certain claims (collectively, the "Claims" and, each a "Claim"); and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Twentieth Omnibus Objection having been given, it is hereby

ORDERED that, the Objection to each of the Claims listed on Exhibit A to this Order under the heading "Continued" is continued to the August 29, 2007 omnibus hearing; and it is further

ORDERED that, the rights of the Debtors to object to any Claim listed on Exhibit A to this Order for any reason are expressly preserved; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July 23, 2007

                                                                 Honorable Judith K. Fitzgerald
                                                                  United States Bankruptcy Judge

# EXHIBIT A

| Hearing | Creditor Name | Claim No. | Schedule No. | Filed Claim Amount | Class | Relief Requested | Order Status | Status |
|---|---|---|---|---|---|---|---|---|
| 20th | CENDANT MOBILITY SERVICES CORPORATION | 14217 | 9637 | $270,250.62 | U | Reduce and Allow | Reduce and Allow | Continued to August 29, 2007 |
| 20th | ESTATE OF ROSARIO RAPISARDI | 14219, 14645 | 15073 | $680,060.44 | U | No Liability | Expunge | Continued to August 29, 2007 |
| 20th | GRAU JAMES AND ANNA | — | 9688 | $800,000.00 | U | No Liability | Expunge | Continued to August 29, 2007 |
| 20th | HARY GRAU & SONS INC | — | 9687 | $800,000.00 | U | No Liability | Expunge | Continued to August 29, 2007 |