# EXHIBIT A

**EXHIBIT A**

Remedium Issue:  Professional services rendered through: April 30, 2007

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/06/07 | L.M. Zarlenga | Review protest and Coltec and Black & Decker cases. | 0.50 |
| 04/08/07 | L.M. Zarlenga | Review protest and Coltec and Black & Decker cases. | 2.50 |
| 04/09/07 | L.M. Zarlenga | Pull Coltec and Black & Decker pleadings. | 0.30 |
| 04/26/07 | A.E. Moran | Start review of insurance issue. | 0.50 |
| 04/29/07 | L.M. Zarlenga | Review protest and NOPA and Coltec pleadings. | 1.80 |
| 04/30/07 | L.M. Zarlenga | Review Coltec and Black & Decker pleadings and note differences. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| L.M. Zarlenga | 5.60 | 535.00 | 2,996.00 |
| A.E. Moran | 0.50 | 525.00 | 262.50 |
| Total | 6.10 | | 3,258.50 |

Total Fees    $3,258.50

Disbursements:

Duplicating    33.15

Total Disbursements    $33.15

Consolidated Returns Issue:  Professional services rendered through: April 30, 2007

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/03/07 | M.D. Lerner | Calls to Bernie Long re Appeals scheduling. | 0.30 |
| 04/04/07 | G.N. Kidder | Review protest and Tax Court petition procedures in preparation for draft of Tax Court petition. | 1.50 |
| 04/04/07 | M.D. Lerner | Read decision forwarded by Ms. Finke. | 0.20 |
| 04/05/07 | G.N. Kidder | Draft Tax Court petition. | 1.00 |
| 04/06/07 | G.N. Kidder | Draft Tax Court petition. | 2.00 |
| 04/06/07 | S.B. Teplinsky | Review email from Ms. Finke. | 0.10 |
| 04/09/07 | G.N. Kidder | Discuss tax court petition with Matt Lerner. | 0.10 |
| 04/09/07 | M.D. Lerner | Call with Ms. Finke re petition and interest netting. | 0.90 |
| 04/09/07 | S.B. Teplinsky | Teleconference with Messrs. Lerner and Gibbons and Ms. Finke re interest netting. | 0.90 |
| 04/09/07 | S.B. Teplinsky | Prepare for teleconference. | 0.10 |

5

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/10/07 | G.N. Kidder | Draft tax court petition. | 1.50 |
| 04/10/07 | M.D. Lerner | Call with client re interest netting and refund. | 0.50 |
| 04/10/07 | M.D. Lerner | Netting questions. | 0.60 |
| 04/11/07 | G.N. Kidder | Revise draft of tax court petition. | 2.80 |
| 04/11/07 | K. Sieverding | Research section 6611(e) and interaction between that section and section 6611(f)(4)(B). | 4.30 |
| 04/12/07 | G.N. Kidder | Revise tax court petition. | 3.30 |
| 04/12/07 | K. Sieverding | Research interaction between global netting provision and offset method, and the 45-day rule set forth under section 6611(e). | 9.80 |
| 04/12/07 | M.D. Lerner | Read cases on interest netting. | 0.20 |
| 04/12/07 | M.D. Lerner | Edit letter to IRS re refund check in 1988. | 0.20 |
| 04/12/07 | M.D. Lerner | Edit Petition. | 0.60 |
| 04/13/07 | K. Sieverding | Research interaction between global netting provision and offset, and the 45-day rule set forth under section 6611(e). | 4.30 |
| 04/13/07 | S.B. Teplinsky | Review draft tax court petition. | 1.50 |
| 04/13/07 | S.G. Watters | Research history of 26 U.S.C. Sec. 6611(e)(2). | 1.00 |
| 04/16/07 | M.D. Lerner | Prepare cost estimate for litigation for Ms. Finke. | 0.10 |
| 04/16/07 | M.D. Lerner | Review draft petition. | 0.20 |
| 04/17/07 | K. Sieverding | Analyze issues related to Phone conference on interest netting; research interaction among sections 6621(d), 6601(f), and 6601(d) and review legislative history of section 6601(d). | 5.30 |
| 04/17/07 | M.D. Lerner | Call about interest netting and 6601(d) and (f). | 1.00 |
| 04/17/07 | S.B. Teplinsky | Teleconference with client re interest netting. | 0.50 |
| 04/17/07 | S.B. Teplinsky | Revise Tax Court Petition. | 1.50 |
| 04/17/07 | S.B. Teplinsky | Review outline re interest netting. | 1.00 |
| 04/18/07 | G.N. Kidder | Revise drafts of tax court petition. | 4.80 |
| 04/18/07 | K. Sieverding | Draft memorandum on interest netting and incorporate changes suggested by Mr. Lerner and Mr. Teplinsky. | 6.30 |
| 04/18/07 | M.D. Lerner | Edit draft petitions and review interest rules. | 0.80 |
| 04/18/07 | M.D. Lerner | Edit Petition drafts. | 0.50 |
| 04/18/07 | M.D. Lerner | Edit netting memo. | 0.10 |
| 04/18/07 | S.B. Teplinsky | Review and revise memo re interest netting. | 1.50 |
| 04/18/07 | S.B. Teplinsky | Make revisions to draft Petition. | 2.50 |
| 04/18/07 | S.G. Watters | Research legislative history of 26 U.S.C. Sec. 6601(d), Interest on Underpayments provision. | 1.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/19/07 | G.N. Kidder | Revise drafts of tax court petition based on comments from Matt Lerner. | 0.80 |
| 04/19/07 | K. Sieverding | Make changes to memorandum on interest netting. | 1.80 |
| 04/19/07 | M.D. Lerner | Edit netting memo. | 0.20 |
| 04/19/07 | M.D. Lerner | Edit and send draft petitions. | 0.20 |
| 04/19/07 | M.D. Lerner | Read email on interest netting. | 0.10 |
| 04/19/07 | M.D. Lerner | Edit memo on netting. | 0.50 |
| 04/19/07 | M.D. Lerner | Edit draft petitions. | 0.60 |
| 04/19/07 | S.B. Teplinsky | Review revised Tax Court Petitions. | 1.00 |
| 04/19/07 | S.B. Teplinsky | Review and revise memo re interest netting; conference with Mr. Sieverding re same. | 0.50 |
| 04/20/07 | K. Sieverding | Revise and complete draft of memorandum on interest netting, incorporating comments by Mr. Lerner. | 1.30 |
| 04/20/07 | M.D. Lerner | Work on netting memo and procedures. | 0.70 |
| 04/23/07 | K. Sieverding | Review draft of protective refund claim and Rev. Rul. 99-40. | 1.30 |
| 04/23/07 | M.D. Lerner | Read 99-40 and request from T. Borders. | 0.40 |
| 04/23/07 | M.D. Lerner | Call to Ms. Finke re 99-40. | 0.30 |
| 04/24/07 | M.D. Lerner | Call re interest suspension with Tom Borders. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| S.B. Teplinsky | 11.10 | 650.00 | 7,215.00 |
| M.D. Lerner | 9.70 | 650.00 | 6,305.00 |
| G.N. Kidder | 17.80 | 395.00 | 7,031.00 |
| K. Sieverding | 34.40 | 370.00 | 12,728.00 |
| S.G. Watters | 2.00 | 195.00 | 390.00 |
| Total | 75.00 | | 33,669.00 |

Total Fees $33,669.00

Disbursements:

| | |
|---|---|
| Duplicating | 23.40 |
| Long Distance Telephone | 45.85 |

Total Disbursements $69.25

7

Doc. # DC-1918523 v.1 8/6/07 04:50 PM