# EXHIBIT B

**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  525203

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE


Cost               Timekeeper
Code      Date     Number   Name                    Quantity    Rate    Amount
===============================================================================

DUPLDC    04/09/07 02915    MacIvor, Alexis Anne     125.00     0.15    18.75
DUPLDC    04/09/07 02915    MacIvor, Alexis Anne     125.00     0.20    25.00
125 PHOTOCOPIES MADE BY 02915

LASR      04/06/07 00206    Moran, Anne E.             3.00     0.15     0.45
LASR      04/06/07 00206    Moran, Anne E.             3.00     0.20     0.60
PC/Network Printing

PC LASER  3 Pages Zarlenga, Lisa
LASR      04/06/07 00206    Moran, Anne E.             5.00     0.15     0.75
LASR      04/06/07 00206    Moran, Anne E.             5.00     0.20     1.00
PC/Network Printing

PC LASER  5 Pages Zarlenga, Lisa
LASR      04/06/07 00206    Moran, Anne E.            44.00     0.15     6.60
LASR      04/06/07 00206    Moran, Anne E.            44.00     0.20     8.80
PC/Network Printing

PC LASER  44 Pages Zarlenga, Lisa
LASR      04/06/07 00206    Moran, Anne E.            44.00     0.15     6.60
LASR      04/06/07 00206    Moran, Anne E.            44.00     0.20     8.80
PC/Network Printing

PC LASER  44 Pages Zarlenga, Lisa
LASR      04/06/07 Total:                                               14.40

LASR               Total:                                               14.40

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE                33.15


Report Total:                                                           33.15
```

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  525204

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost              Timekeeper
Code     Date     Number    Name                 Quantity   Rate    Amount
============================================================================

DUPLDC   04/09/07 07530     Wieczorek, Joann E.     28.00   0.15      4.20
DUPLDC   04/09/07 07530     Wieczorek, Joann E.     28.00   0.20      5.60
28 PHOTOCOPIES MADE BY 07530

DUPLDC   04/23/07 00206     Moran, Anne E.           3.00   0.15      0.45
DUPLDC   04/23/07 00206     Moran, Anne E.           3.00   0.20      0.60
3 PHOTOCOPIES MADE BY 00206

DUPLDC Total:                                                         4.65

LASR     04/09/07 00206     Moran, Anne E.           5.00   0.15      0.75
LASR     04/09/07 00206     Moran, Anne E.           5.00   0.20      1.00
PC/Network Printing

PC LASER  5 Pages Kidder, Gregory
LASR     04/10/07 00206     Moran, Anne E.           6.00   0.15      0.90
LASR     04/10/07 00206     Moran, Anne E.           6.00   0.20      1.20
PC/Network Printing

PC LASER  6 Pages Kidder, Gregory
LASR     04/11/07 00206     Moran, Anne E.           6.00   0.15      0.90
LASR     04/11/07 00206     Moran, Anne E.           6.00   0.20      1.20
PC/Network Printing

PC LASER  6 Pages Kidder, Gregory
LASR     04/11/07 00206     Moran, Anne E.           6.00   0.15      0.90
LASR     04/11/07 00206     Moran, Anne E.           6.00   0.20      1.20
PC/Network Printing

PC LASER  6 Pages Kidder, Gregory
LASR     04/11/07 Total:                                              1.80
LASR     04/12/07 00206     Moran, Anne E.           6.00   0.15      0.90
LASR     04/12/07 00206     Moran, Anne E.           6.00   0.20      1.20
PC/Network Printing

PC LASER  6 Pages Kidder, Gregory
LASR     04/12/07 00206     Moran, Anne E.           6.00   0.15      0.90
LASR     04/12/07 00206     Moran, Anne E.           6.00   0.20      1.20
PC/Network Printing

PC LASER  6 Pages Kidder, Gregory
LASR     04/12/07 00206     Moran, Anne E.           6.00   0.15      0.90
LASR     04/12/07 00206     Moran, Anne E.           6.00   0.20      1.20
PC/Network Printing
```

```
PC LASER   6 Pages Kidder, Gregory
LASR       04/12/07 00206      Moran, Anne E.            6.00    0.15    0.90
LASR       04/12/07 00206      Moran, Anne E.            6.00    0.20    1.20
PC/Network Printing

PC LASER   6 Pages Kidder, Gregory
LASR       04/12/07 Total:                                               3.60

LASR       04/13/07 00206      Moran, Anne E.            6.00    0.15    0.90
LASR       04/13/07 00206      Moran, Anne E.            6.00    0.20    1.20
PC/Network Printing

PC LASER   6 Pages Kidder, Gregory
LASR       04/17/07 00206      Moran, Anne E.            3.00    0.15    0.45
LASR       04/17/07 00206      Moran, Anne E.            3.00    0.20    0.60
PC/Network Printing

PC LASER   3 Pages Sieverding, Keith
LASR       04/17/07 00206      Moran, Anne E.            2.00    0.15    0.30
LASR       04/17/07 00206      Moran, Anne E.            2.00    0.20    0.40
PC/Network Printing

PC LASER   2 Pages Sieverding, Keith

LASR       04/17/07 00206      Moran, Anne E.            2.00    0.15    0.30
LASR       04/17/07 00206      Moran, Anne E.            2.00    0.20    0.40
PC/Network Printing

PC LASER   2 Pages Sieverding, Keith
LASR       04/17/07 00206      Moran, Anne E.            9.00    0.15    1.35
LASR       04/17/07 00206      Moran, Anne E.            9.00    0.20    1.80
PC/Network Printing

PC LASER   9 Pages Teplinsky, Steven
LASR       04/17/07 Total:                                               2.40

LASR       04/18/07 00206      Moran, Anne E.            4.00    0.15    0.60
LASR       04/18/07 00206      Moran, Anne E.            4.00    0.20    0.80
PC/Network Printing

PC LASER   4 Pages Sieverding, Keith
LASR       04/18/07 00206      Moran, Anne E.            4.00    0.15    0.60
LASR       04/18/07 00206      Moran, Anne E.            4.00    0.20    0.80
PC/Network Printing

PC LASER   4 Pages Sieverding, Keith
LASR       04/18/07 00206      Moran, Anne E.            4.00    0.15    0.60
LASR       04/18/07 00206      Moran, Anne E.            4.00    0.20    0.80
PC/Network Printing

PC LASER   4 Pages Sieverding, Keith
LASR       04/18/07 00206      Moran, Anne E.            7.00    0.15    1.05
LASR       04/18/07 00206      Moran, Anne E.            7.00    0.20    1.40
PC/Network Printing
```

```
PC LASER   7 Pages Kidder, Gregory
LASR       04/18/07 00206     Moran, Anne E.        9.00   0.15    1.35
LASR       04/18/07 00206     Moran, Anne E.        9.00   0.20    1.80
PC/Network Printing

PC LASER   9 Pages Kidder, Gregory
LASR       04/18/07 00206     Moran, Anne E.        7.00   0.15    1.05
LASR       04/18/07 00206     Moran, Anne E.        7.00   0.20    1.40
PC/Network Printing

PC LASER   7 Pages Kidder, Gregory
LASR       04/18/07 00206     Moran, Anne E.        7.00   0.15    1.05
LASR       04/18/07 00206     Moran, Anne E.        7.00   0.20    1.40
PC/Network Printing

PC LASER   7 Pages Kidder, Gregory
LASR       04/18/07 00206     Moran, Anne E.        9.00   0.15    1.35
LASR       04/18/07 00206     Moran, Anne E.        9.00   0.20    1.80
PC/Network Printing

PC LASER   9 Pages Kidder, Gregory
LASR       04/18/07 00206     Moran, Anne E.        5.00   0.15    0.75
LASR       04/18/07 00206     Moran, Anne E.        5.00   0.20    1.00
PC/Network Printing

PC LASER   5 Pages Sieverding, Keith
LASR       04/18/07 Total:                                         8.40

LASR                Total:                                        18.75

TELEDC     04/19/07 00008     Lerner, Matthew D.    1.00   3.41    3.41
Long Distance Telephone-DC  Matthew D Lerner
from 704-372-9000 to Bacaration FL 561-362-1300

TELEDC     04/19/07 00008     Lerner, Matthew D.    1.00   2.28    2.28
Long Distance Telephone-DC  Matthew D Lerner
from 704-372-9000 to New York  NY 212-735-3475

TELEDC     04/19/07 00008     Lerner, Matthew D.    1.00   1.53    1.53
Long Distance Telephone-DC  Matthew D Lerner
from 704-372-9000 to Bocaraton FL 561-362-1300

TELEDC     04/19/07 00008     Lerner, Matthew D.    1.00   2.13    2.13
Long Distance Telephone-DC  Matthew D Lerner
from 704-372-9000 to New York NY 212-135-3475

TELEDC     04/19/07 00008     Lerner, Matthew D.    1.00   2.53    2.53
Long Distance Telephone-DC  Matthew D Lerner
from 704-372-9000 to New York NY 212-735-3475

TELEDC     04/19/07 00008     Lerner, Matthew D.    1.00   2.04    2.04
Long Distance Telephone-DC  Matthew D Lerner
from 704-372-9000 to Perrine FL 305-431-4491
```

```
TELEDC     04/19/07 00008      Lerner, Matthew D.         1.00    1.87       1.87
Long Distance Telephone-DC  Matthew D Lerner
from 954-602-6000 to New York  NY 212-735-3475

TELEDC     04/19/07 00008      Lerner, Matthew D.         1.00    1.03       1.03
Long Distance Telephone-DC  Matthew D Lerner
from 954-602-6000 to Boca Raton FL 561-362-1300

TELEDC     04/19/07 00008      Lerner, Matthew D.         1.00   14.15      14.15
Long Distance Telephone-DC  Matthew D Lerner
from 954-602-6000 to Washington DC 202-429-6245

TELEDC     04/19/07 00008      Lerner, Matthew D.         1.00    3.84       3.84
Long Distance Telephone-DC  Matthew D Lerner
from 954-602-6000 to Washignton DC 202-429-3000

TELEDC     04/19/07 00206      Moran, Anne E.             1.00    3.81       3.81
Long Distance Telephone-DC  Matthew D Lerner
from 954-602-6000 to Washignton DC 202-429-6245

TELEDC     04/19/07 00008      Lerner, Matthew D.         1.00    3.99       3.99
Long Distance Telephone-DC  Matthew D Lerner
from 954-602-6000 to New York NY 212-260-8198

TELEDC     04/19/07 Total:                                                  42.61

TELEDC     04/23/07 00008      Lerner, Matthew D.         1.00    3.24       3.24
Long Distance Telephone-DC Matthew D Lerner
from 404-659-1400 to Boca Raton FL 561-362-1300

TELEDC              Total:                                                  45.85

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                              69.25


Report Total:                                                               69.25
```