# EXHIBIT A

**EXHIBIT A**

Remedian Issue: Professional services rendered through: May 31, 2007

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/01/07 | L.M. Zarlenga | Review Coltec and Black & Decker pleadings. | 3.00 |
| 05/02/07 | L.M. Zarlenga | Review Black & Decker pleadings and draft outline summarizing differences between our case and Coltec and Black & Decker. | 3.20 |
| 05/03/07 | L.M. Zarlenga | Teleconference with Mr. Lerner, client and IRS Appeals. | 1.00 |
| 05/03/07 | M.D. Lerner | Participate in Appeals calls and follow-up. | 1.20 |
| 05/06/07 | L.M. Zarlenga | Review memo re Section 505. | 0.30 |
| 05/18/07 | A.E. Moran | Review of insurance materials. | 0.50 |
| 05/21/07 | A.E. Moran | Work on bills for first quarter 2007. | 0.80 |
| 05/23/07 | A.E. Moran | Work on bills for first quarter of 2007. | 3.70 |
| 05/24/07 | A.E. Moran | Correct quarterly bill application; telephone calls with auditor. | 1.00 |
| 05/24/07 | L.M. Zarlenga | Review protest and authorities; prepare slide presentation for Appeals. | 4.50 |
| 05/25/07 | L.M. Zarlenga | Research 4th Circuit economic substance cases. | 2.00 |
| 05/26/07 | L.M. Zarlenga | Review 4th Circuit case law. | 2.50 |
| 05/27/07 | L.M. Zarlenga | Review 4th Circuit case law and prepare slides for Appeals presentation. | 3.00 |
| 05/28/07 | L.M. Zarlenga | Additional research re economic substance and prepare slides for Appeals presentation. | 2.50 |
| 05/29/07 | A.E. Moran | Work on and send out bills for January-March 2007. | 0.90 |
| 05/29/07 | L.M. Zarlenga | Additional research re economic substance. | 1.00 |
| 05/29/07 | M.D. Lerner | Discuss power point with Ms. Zarlenga. | 0.10 |
| 05/29/07 | M.D. Lerner | Read interview transcripts from IRS audit of Remedium. | 1.90 |
| 05/30/07 | L.M. Zarlenga | Prepare slides for Appeals presentation; review and send article re Black & Decker case and email re Appeals' focus. | 1.50 |
| 05/30/07 | M.D. Lerner | Reading environmental deposition transcripts. | 1.10 |
| 05/31/07 | L.M. Zarlenga | Develop arguments and draft memo for Appeals. | 5.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 4.30 | 650.00 | 2,795.00 |
| L.M. Zarlenga | 30.30 | 535.00 | 16,210.50 |
| A.E. Moran | 6.90 | 525.00 | 3,622.50 |

5

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| Total | 41.50 | | 22,628.00 |

| | | | |
|--|--|--|--|
| | | Total Fees | $22,628.00 |

Disbursements:

| | |
|--|--|
| Overnight Messenger | 54.12 |
| Duplicating | 30.45 |

| | |
|--|--|
| Total Disbursements | $84.57 |

Consolidated Returns Issue: Professional services rendered through: May 31, 2007

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/03/07 | G.N. Kidder | Phone call with Carol Finke, Bryan Collins, Matt Lerner, and Steve Teplinsky to discuss draft of Tax Court petition. | 1.50 |
| 05/03/07 | G.N. Kidder | Review draft of tax court petition and notice of disallowance of refund claim. | 0.30 |
| 05/03/07 | G.N. Kidder | Revise draft Tax Court petition after comments made during conference call. | 1.50 |
| 05/03/07 | M.D. Lerner | Prepare for Appeals call. | 1.70 |
| 05/03/07 | M.D. Lerner | Participate in Appeals call. | 1.50 |
| 05/03/07 | S.B. Teplinsky | Teleconference with Messrs. Lerner, Kidder, Collins, Gereau and Ms. Finke re Tax Court Petition. | 1.50 |
| 05/03/07 | S.B. Teplinsky | Review letters sent by Ms. Finke re petition. | 0.70 |
| 05/04/07 | G.N. Kidder | Edit draft Tax Court petition. | 1.00 |
| 05/04/07 | S.B. Teplinsky | Review revised draft Tax Court Petition. | 1.00 |
| 05/07/07 | G.N. Kidder | Discuss revised Tax Court petition with Steve Teplinsky. | 1.00 |
| 05/07/07 | G.N. Kidder | Edit draft petition. | 0.50 |
| 05/07/07 | S.B. Teplinsky | Review email from Ms. Finke; and provide comments to Mr. Kidder re draft Tax Court Petition. | 1.00 |
| 05/07/07 | S.B. Teplinsky | Revise draft Petition. | 1.00 |
| 05/10/07 | G.N. Kidder | Review comments on draft tax court petition from Matt Lerner and circulate to group. | 0.50 |
| 05/10/07 | M.D. Lerner | Edit Tax Court Petition. | 0.50 |
| 05/10/07 | S.B. Teplinsky | Revise Tax Court Petition. | 2.00 |
| 05/14/07 | G.N. Kidder | Review comments on Tax Court petition and research ability for consolidated group to file Tax Court petition as a group, and tax court filing procedures. | 2.00 |

| | | | |
|---|---|---|---|
| 05/14/07 | M.D. Lerner | Read comments on position. | 0.50 |
| 05/14/07 | S.B. Teplinsky | Review Ms. Finke's comments and questions re draft Tax Court Petition as well as changes proposed by Messrs. Gareau and Lerner re same. | 1.50 |
| 05/15/07 | G.N. Kidder | Review e-mails re comments on: Tax Court petition and edit Tax Court petition. | 0.30 |
| 05/15/07 | S.B. Teplinsky | Review further revisions to draft Tax Court Petition. | 1.00 |
| 05/15/07 | S.B. Teplinsky | Review further revisions to draft Tax Court Petition. | 1.00 |
| 05/17/07 | A.E. Moran | Review, prepare and send out quarterly bill (4th, 2006). | 2.30 |
| 05/21/07 | M.D. Lerner | Call with Ms. Lopo. | 0.10 |
| 05/23/07 | G.N. Kidder | Review edits to draft Tax Court petition and draft additional language describing corresponding credit adjustments. | 0.80 |
| 05/23/07 | S.B. Teplinsky | Review comments from Ms. Filon re draft tax court petition and revise petition. | 1.50 |
| 05/23/07 | S.B. Teplinsky | Discuss petition with Mr. Kidder. | 0.50 |
| 05/24/07 | G.N. Kidder | Discuss edits to Tax Court petition with Steve Teplinsky. | 0.50 |
| 05/24/07 | G.N. Kidder | Research place of designation of trial. | 0.50 |
| 05/24/07 | S.B. Teplinsky | Teleconference with Mr. Finke re filing schedule and tax court petition. | 0.50 |
| 05/25/07 | G.N. Kidder | Phone call with Steve Teplinsky, Matt Lerner, and Carol Finke to discuss Tax Court petition and designation of place of trial. | 0.30 |
| 05/25/07 | M.D. Lerner | Call Ms. Finke re designation of trial. | 0.30 |
| 05/25/07 | M.D. Lerner | Edit Tax Court petition. | 0.20 |
| 05/25/07 | S.B. Teplinsky | Teleconference with Mr. Lerner and Ms. Finke re draft Tax Court Petition and filing schedule. | 0.30 |
| 05/29/07 | M.D. Lerner | Review bill and revise to preserve privilege. | 0.30 |
| 05/29/07 | S.B. Teplinsky | Prepare summary of tax court assignments. | 1.50 |
| 05/30/07 | M.D. Lerner | Review Judge assessment chart. | 0.10 |
| 05/31/07 | M.D. Lerner | Call re 872-T for 97 and keeping year open. | 0.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| S.B. Teplinsky | 15.00 | 650.00 | 9,750.00 |
| M.D. Lerner | 6.00 | 650.00 | 3,900.00 |
| A.E. Moran | 2.30 | 525.00 | 1,207.50 |
| G.N. Kidder | 10.70 | 395.00 | 4,226.50 |
| Total | 34.00 | | 19,084.00 |

|  | Total Fees | $19,084.00 |
|---|---|---|

Disbursements:

| | | |
|---|---|---|
| Color Copies | 5.70 | |
| Local Messenger | 27.28 | |
| Duplicating | 9.90 | |

|  | Total Disbursements | $42.88 |
|---|---|---|

Doc. # DC-1918528 v.1 8/6/07 04:40 PM