# EXHIBIT B

**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  525205

012046.00001 TAX LITIGATION


Cost              Timekeeper
Code     Date     Number  Name                    Quantity   Rate    Amount
===========================================================================
LASR     05/16/07 00206   Moran, Anne E.            11.00    0.15     1.65
LASR     05/16/07 00206   Moran, Anne E.            11.00    0.20     2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR     05/23/07 00206   Moran, Anne E.            13.00    0.15     1.95
LASR     05/23/07 00206   Moran, Anne E.            13.00    0.20     2.60
PC/Network Printing

PC LASER  13 Pages Moran, Anne
LASR     05/23/07 00206   Moran, Anne E.            18.00    0.15     2.70
LASR     05/23/07 00206   Moran, Anne E.            18.00    0.20     3.60
PC/Network Printing

PC LASER  18 Pages Moran, Anne
LASR     05/23/07 00206   Moran, Anne E.            12.00    0.15     1.80
LASR     05/23/07 00206   Moran, Anne E.            12.00    0.20     2.40
PC/Network Printing

PC LASER  12 Pages Moran, Anne
LASR     05/23/07 00206   Moran, Anne E.            13.00    0.15     1.95
LASR     05/23/07 00206   Moran, Anne E.            13.00    0.20     2.60
PC/Network Printing

PC LASER  13 Pages Moran, Anne
LASR     05/23/07 00206   Moran, Anne E.            13.00    0.15     1.95
LASR     05/23/07 00206   Moran, Anne E.            13.00    0.20     2.60
PC/Network Printing

PC LASER  13 Pages Moran, Anne
LASR     05/23/07 Total:                                             10.35
LASR     05/24/07 00206   Moran, Anne E.             1.00    0.15     0.15
LASR     05/24/07 00206   Moran, Anne E.             1.00    0.20     0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR     05/24/07 00206   Moran, Anne E.            15.00    0.15     2.25
LASR     05/24/07 00206   Moran, Anne E.            15.00    0.20     3.00
PC/Network Printing
```

```
PC LASER  15 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.        15.00    0.15      2.25
LASR      05/24/07 00206      Moran, Anne E.        15.00    0.20      3.00
PC/Network Printing

PC LASER  15 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.        13.00    0.15      1.95
LASR      05/24/07 00206      Moran, Anne E.        13.00    0.20      2.60
PC/Network Printing

PC LASER  13 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.         1.00    0.15      0.15
LASR      05/24/07 00206      Moran, Anne E.         1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.        18.00    0.15      2.70
LASR      05/24/07 00206      Moran, Anne E.        18.00    0.20      3.60
PC/Network Printing

PC LASER  18 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.         1.00    0.15      0.15
LASR      05/24/07 00206      Moran, Anne E.         1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.        18.00    0.15      2.70
LASR      05/24/07 00206      Moran, Anne E.        18.00    0.20      3.60
PC/Network Printing

PC LASER  18 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.        13.00    0.15      1.95

LASR      05/24/07 00206      Moran, Anne E.        13.00    0.20      2.60
PC/Network Printing

PC LASER  13 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.        13.00    0.15      1.95
LASR      05/24/07 00206      Moran, Anne E.        13.00    0.20      2.60
PC/Network Printing

PC LASER  13 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.        18.00    0.15      2.70
LASR      05/24/07 00206      Moran, Anne E.        18.00    0.20      3.60
PC/Network Printing

PC LASER  18 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.         1.00    0.15      0.15
LASR      05/24/07 00206      Moran, Anne E.         1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.         1.00    0.15      0.15
LASR      05/24/07 00206      Moran, Anne E.         1.00    0.20      0.20
PC/Network Printing
```

Doc. # DC-1918528 v.1 8/6/07 04:40 PM

```
PC LASER  1 Pages Ward, Brenda
LASR       05/24/07 00206     Moran, Anne E.         12.00    0.15        1.80
LASR       05/24/07 00206     Moran, Anne E.         12.00    0.20        2.40
PC/Network Printing

PC LASER  12 Pages Ward, Brenda
LASR       05/24/07 00206     Moran, Anne E.         13.00    0.15        1.95
LASR       05/24/07 00206     Moran, Anne E.         13.00    0.20        2.60
PC/Network Printing

PC LASER  13 Pages Ward, Brenda
LASR       05/24/07 Total:                                               22.95
LASR       05/29/07 00206     Moran, Anne E.         13.00    0.15        1.95
LASR       05/29/07 00206     Moran, Anne E.         13.00    0.20        2.60
PC/Network Printing

PC LASER  13 Pages Ward, Brenda
LASR       05/29/07 00206     Moran, Anne E.         18.00    0.15        2.70
LASR       05/29/07 00206     Moran, Anne E.         18.00    0.20        3.60
PC/Network Printing

PC LASER  18 Pages Ward, Brenda
LASR       05/29/07 00206     Moran, Anne E.         12.00    0.15        1.80
LASR       05/29/07 00206     Moran, Anne E.         12.00    0.20        2.40
PC/Network Printing

PC LASER  12 Pages Ward, Brenda
LASR       05/29/07 00206     Moran, Anne E.          1.00    0.15        0.15
LASR       05/29/07 00206     Moran, Anne E.          1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR       05/29/07 00206     Moran, Anne E.          1.00    0.15        0.15
LASR       05/29/07 00206     Moran, Anne E.          1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR       05/29/07 00206     Moran, Anne E.          1.00    0.15        0.15
LASR       05/29/07 00206     Moran, Anne E.          1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR       05/29/07 00206     Moran, Anne E.          1.00    0.15        0.15
LASR       05/29/07 00206     Moran, Anne E.          1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR       05/29/07 00206     Moran, Anne E.          4.00    0.15        0.60
LASR       05/29/07 00206     Moran, Anne E.          4.00    0.20        0.80
PC/Network Printing
```

Doc. # DC-1918528 v.1 8/6/07 04:40 PM

```
PC LASER  4 Pages Moran, Anne
LASR        05/29/07 00206    Moran, Anne E.              4.00    0.15        0.60
LASR        05/29/07 00206    Moran, Anne E.              4.00    0.20        0.80
PC/Network Printing

PC LASER  4 Pages Moran, Anne
LASR        05/29/07 00206    Moran, Anne E.              4.00    0.15        0.60
LASR        05/29/07 00206    Moran, Anne E.              4.00    0.20        0.80
PC/Network Printing

PC LASER  4 Pages Moran, Anne
LASR        05/29/07 00206    Moran, Anne E.              4.00    0.15        0.60
LASR        05/29/07 00206    Moran, Anne E.              4.00    0.20        0.80
PC/Network Printing

PC LASER  4 Pages Ward, Brenda
LASR        05/29/07 Total:                                                   9.45

LASR                 Total:                                                  44.40

Total: 012046.00001 TAX LITIGATION                                           44.40


Report Total:                                                                44.40
```

Doc. # DC-1918528 v.1 8/6/07 04:40 PM

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  525206

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

Cost                 Timekeeper
Code      Date       Number  Name                    Quantity  Rate    Amount
==============================================================================

DLFD      05/01/07 00206    Moran, Anne E.            1.00   54.12     54.12
DLFD      05/01/07 00206    Moran, Anne E.            1.00             54.12
Federal Express from Lisa Zarlenga
to Matt Lerner on May 01, 2007 - Tracking Number 850886291942

DUPLDC    05/01/07 08703    Brown, Carla            100.00    0.15     15.00
DUPLDC    05/01/07 08703    Brown, Carla            100.00    0.20     20.00
100 PHOTOCOPIES MADE BY 08703

LASR      05/16/07 00206    Moran, Anne E.            6.00    0.15      0.90
LASR      05/16/07 00206    Moran, Anne E.            6.00    0.20      1.20
PC/Network Printing

PC LASER  6 Pages Ward, Brenda
LASR      05/16/07 00206    Moran, Anne E.            1.00    0.15      0.15
LASR      05/16/07 00206    Moran, Anne E.            1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/16/07 00206    Moran, Anne E.            1.00    0.15      0.15
LASR      05/16/07 00206    Moran, Anne E.            1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/16/07 Total:                                              1.20

LASR      05/17/07 00206    Moran, Anne E.           11.00    0.15      1.65
LASR      05/17/07 00206    Moran, Anne E.           11.00    0.20      2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR      05/17/07 00206    Moran, Anne E.            7.00    0.15      1.05
LASR      05/17/07 00206    Moran, Anne E.            7.00    0.20      1.40
PC/Network Printing

PC LASER  7 Pages Ward, Brenda
LASR      05/17/07 00206    Moran, Anne E.            1.00    0.15      0.15
LASR      05/17/07 00206    Moran, Anne E.            1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/17/07 00206    Moran, Anne E.           11.00    0.15      1.65
LASR      05/17/07 00206    Moran, Anne E.           11.00    0.20      2.20
PC/Network Printing
```

```
PC LASER  11 Pages Ward, Brenda
LASR      05/17/07 00206    Moran, Anne E.        1.00   0.15        0.15
LASR      05/17/07 00206    Moran, Anne E.        1.00   0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/17/07 00206    Moran, Anne E.        2.00   0.15        0.30
LASR      05/17/07 00206    Moran, Anne E.        2.00   0.20        0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/17/07 00206    Moran, Anne E.        1.00   0.15        0.15
LASR      05/17/07 00206    Moran, Anne E.        1.00   0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/17/07 00206    Moran, Anne E.        7.00   0.15        1.05
LASR      05/17/07 00206    Moran, Anne E.        7.00   0.20        1.40
PC/Network Printing

PC LASER  7 Pages Ward, Brenda
LASR      05/17/07 Total:                                            6.15

LASR      05/22/07 00206    Moran, Anne E.        1.00   0.15        0.15
LASR      05/22/07 00206    Moran, Anne E.        1.00   0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/23/07 00206    Moran, Anne E.        3.00   0.15        0.45
LASR      05/23/07 00206    Moran, Anne E.        3.00   0.20        0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR      05/23/07 00206    Moran, Anne E.        1.00   0.15        0.15
LASR      05/23/07 00206    Moran, Anne E.        1.00   0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/23/07 00206    Moran, Anne E.        1.00   0.15        0.15
LASR      05/23/07 00206    Moran, Anne E.        1.00   0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/23/07 00206    Moran, Anne E.        7.00   0.15        1.05
LASR      05/23/07 00206    Moran, Anne E.        7.00   0.20        1.40
PC/Network Printing

PC LASER  7 Pages Ward, Brenda
LASR      05/23/07 00206    Moran, Anne E.        2.00   0.15        0.30
LASR      05/23/07 00206    Moran, Anne E.        2.00   0.20        0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/23/07 00206    Moran, Anne E.        2.00   0.15        0.30
LASR      05/23/07 00206    Moran, Anne E.        2.00   0.20        0.40
PC/Network Printing
```

Doc. # DC-1918528 v.1 8/6/07 04:40 PM

```
PC LASER  2 Pages Ward, Brenda
LASR      05/23/07 00206      Moran, Anne E.              2.00   0.15      0.30
LASR      05/23/07 00206      Moran, Anne E.              2.00   0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/23/07 00206      Moran, Anne E.              5.00   0.15      0.75
LASR      05/23/07 00206      Moran, Anne E.              5.00   0.20      1.00
PC/Network Printing

PC LASER  5 Pages Ward, Brenda
LASR      05/23/07 Total:                                                 3.45

LASR      05/24/07 00206      Moran, Anne E.              2.00   0.15      0.30
LASR      05/24/07 00206      Moran, Anne E.              2.00   0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.              1.00   0.15      0.15
LASR      05/24/07 00206      Moran, Anne E.              1.00   0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.              1.00   0.15      0.15
LASR      05/24/07 00206      Moran, Anne E.              1.00   0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/24/07 00206      Moran, Anne E.              9.00   0.15      1.35
LASR      05/24/07 00206      Moran, Anne E.              9.00   0.20      1.80
PC/Network Printing

PC LASER  9 Pages Moran, Anne
LASR      05/24/07 00206      Moran, Anne E.              7.00   0.15      1.05
LASR      05/24/07 00206      Moran, Anne E.              7.00   0.20      1.40
PC/Network Printing

PC LASER  7 Pages Moran, Anne
LASR      05/24/07 00206      Moran, Anne E.              1.00   0.15      0.15
LASR      05/24/07 00206      Moran, Anne E.              1.00   0.20      0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR      05/24/07 Total:                                                 3.15

LASR      05/29/07 00206      Moran, Anne E.              2.00   0.15      0.30
LASR      05/29/07 00206      Moran, Anne E.              2.00   0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/29/07 00206      Moran, Anne E.              1.00   0.15      0.15
LASR      05/29/07 00206      Moran, Anne E.              1.00   0.20      0.20
PC/Network Printing
```

Doc. # DC-1918528 v.1 8/6/07 04:40 PM

```
PC LASER  1 Pages Ward, Brenda
LASR      05/29/07 00206    Moran, Anne E.                    2.00    0.15      0.30
LASR      05/29/07 00206    Moran, Anne E.                    2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/29/07 00206    Moran, Anne E.                    2.00    0.15      0.30
LASR      05/29/07 00206    Moran, Anne E.                    2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/29/07 00206    Moran, Anne E.                    2.00    0.15      0.30
LASR      05/29/07 00206    Moran, Anne E.                    2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/29/07 Total:                                                       1.35

LASR             Total:                                                        15.45

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE                       84.57

Report Total:                                                                  84.57
```

16

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  525207

012046.00003 TAX LITIGATION AUDIT ISSUE


Cost                  Timekeeper
Code      Date        Number  Name                      Quantity   Rate    Amount
==================================================================================

CCOPY     05/31/07    09066   Merrill,                    38.00    1.00     38.00
CCOPY     05/31/07    09066   Merrill,                    38.00     .15      5.70
38 COLOR COPIES BY 09066

DELMES    05/25/07    08174   DEFAULT ATTORNEY,            1.00   27.28     27.28
DELMES    05/25/07    08174   DEFAULT ATTORNEY,            1.00             27.28
Local Messenger

Caller: WIECZOREK

Pick up company: STEPTOE  JOHNSON
Pick up address: "1330 CONN. AVE., NW"
Drop off company: MATTHEW LERNER
Drop off address: 5610 SUNSET LANE

DUPLDC    05/23/07    07530   Wieczorek, Joann E.         51.00    0.15      7.65
DUPLDC    05/23/07    07530   Wieczorek, Joann E.         51.00    0.20     10.20
51 PHOTOCOPIES MADE BY 07530


LASR      05/03/07    00206   Moran, Anne E.               8.00    0.15      1.20
LASR      05/03/07    00206   Moran, Anne E.               8.00    0.20      1.60
PC/Network Printing

PC LASER  8 Pages Kidder, Gregory
LASR      05/08/07    00206   Moran, Anne E.               7.00    0.15      1.05
LASR      05/08/07    00206   Moran, Anne E.               7.00    0.20      1.40
PC/Network Printing

PC LASER  7 Pages Kidder, Gregory

LASR                  Total:                                                2.25

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                             42.88

Report Total:                                                              42.88
```