# EXHIBIT A

**EXHIBIT A**

Remediam Issue: Professional services rendered through: June 30, 2007

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/01/07 | L.M. Zarlenga | Review interview transcripts and documents from Carol Finke. | 2.80 |
| 06/02/07 | L.M. Zarlenga | Draft memo to appeals. | 5.80 |
| 06/03/07 | L.M. Zarlenga | Prepare memo for Appeals. | 2.50 |
| 06/04/07 | L.M. Zarlenga | Review and revise memo to Appeals and send same to Mr. Lerner. | 1.80 |
| 06/04/07 | M.D. Lerner | Read deposition transcripts of environmental personnel. | 1.60 |
| 06/05/07 | M.D. Lerner | Edit memo to Appeals on Coltec case differences. | 0.60 |
| 06/06/07 | L.M. Zarlenga | Review Mr. Lerner's comments and revise memo to Appeals. | 1.30 |
| 06/06/07 | M.D. Lerner | Continue review of depositions taken in bankruptcy. | 0.60 |
| 06/07/07 | L.M. Zarlenga | Revise Appeals memo. | 3.00 |
| 06/07/07 | M.D. Lerner | Continue reading depositions taken in bankruptcy case. | 2.10 |
| 06/08/07 | L.M. Zarlenga | Review Mr. Lerner's comments and revise memo to Appeals; send to client. | 0.70 |
| 06/08/07 | M.D. Lerner | Edit memo explaining differences between Coltec and Remedium. | 0.70 |
| 06/10/07 | L.M. Zarlenga | Review documents and deposition transcripts. | 3.50 |
| 06/12/07 | L.M. Zarlenga | Teleconference with Mr. Lerner and Ms. Finke re Appeals memo. | 0.50 |
| 06/12/07 | L.M. Zarlenga | Revise appeals memo in light of additional comments and prepare slide presentation. | 4.50 |
| 06/12/07 | M.D. Lerner | Discuss power point presentation with Ms. Zarlenga. | 0.10 |
| 06/12/07 | M.D. Lerner | Call with Ms. Finke to go over memo to Appeals. | 0.50 |
| 06/13/07 | L.M. Zarlenga | Prepare slide presentation. | 2.00 |
| 06/14/07 | L.M. Zarlenga | Prepare binder of materials in preparation for Appeals and slide presentation and Form 2848 in order to finalize memo to Appeals and send same. | 6.80 |
| 06/14/07 | M.D. Lerner | List documents for review prior to appeals conference. | 0.10 |
| 06/14/07 | M.D. Lerner | Draft cover letter for submission to Appeals. | 0.10 |
| 06/14/07 | M.D. Lerner | Call with Ms. Finke re Bankruptcy Court filing. | 0.20 |
| 06/14/07 | M.D. Lerner | Re-read RAR. | 1.00 |
| 06/15/07 | L.M. Zarlenga | Prepare slide presentation in light of review Mr. Lerner's comments. | 3.80 |
| 06/15/07 | M.D. Lerner | Review correspondence for conference. | 0.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/15/07 | M.D. Lerner | Edit power point. | 1.40 |
| 06/17/07 | M.D. Lerner | Reread Coltec and Black & Decker. | 0.60 |
| 06/17/07 | M.D. Lerner | Edit power point for appeals. | 1.00 |
| 06/18/07 | L.M. Zarlenga | Review revised slide presentation and revise same and send to client. | 2.30 |
| 06/19/07 | A.E. Moran | Look at insurance issues. | 0.50 |
| 06/20/07 | L.M. Zarlenga | Meet with client at W.R. Grace Offices to prepare for Appeals Conference. | 6.30 |
| 06/20/07 | L.M. Zarlenga | Revise slide show, review ACM case and prepare bullets re Third Circuit economic substance test. | 3.20 |
| 06/20/07 | M.D. Lerner | Review and edit power point. | 0.90 |
| 06/20/07 | M.D. Lerner | Dry run of appeals presentation and meet with Carol Finke. | 6.30 |
| 06/21/07 | L.M. Zarlenga | Appeals Conference. | 7.80 |
| 06/21/07 | M.D. Lerner | Attend appeals conference. | 7.80 |
| 06/22/07 | L.M. Zarlenga | Prepare unanimated version and send power point presentation to IRS Appeals. | 0.50 |
| 06/26/07 | M.D. Lerner | Call Ms. Finke. | 0.10 |
| 06/28/07 | A.E. Moran | Telephone conference with government official re insurance issues. | 0.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 26.20 | 650.00 | 17,030.00 |
| L.M. Zarlenga | 59.10 | 535.00 | 31,618.50 |
| A.E. Moran | 1.30 | 525.00 | 682.50 |
| Total | 86.60 | | 49,331.00 |

Total Fees $49,331.00

Disbursements:

| | |
|---|---|
| Color Copies @ $1.00 per page, reduced to $.15. | 14.10 |
| Duplicating | 0.60 |
| Facsimile | 50.00 |
| Postage | 1.31 |

Total Disbursements $66.01

6

Consolidated Returns Issue: Professional services rendered through: June 30, 2007

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/08/07 | M.D. Lerner | Get comments on petition from counsel for Fresenius. | 0.40 |
| 06/08/07 | S.B. Teplinsky | Teleconferences with Messrs. Lerner and Borders and Ms. Finke re draft tax court petition. | 1.00 |
| 06/11/07 | A.E. Moran | Review auditor question on bill. | 0.30 |
| 06/11/07 | G.N. Kidder | Research filing procedures for Tax Court Petition and designation for trial on location of IRS appeals conference. | 0.80 |
| 06/11/07 | M.D. Lerner | Answer questions re petition. | 0.30 |
| 06/11/07 | M.D. Lerner | Call Ms. Finke re petition designation. | 0.10 |
| 06/11/07 | S.B. Teplinsky | Revise Tax Court Petition. | 1.00 |
| 06/12/07 | A.E. Moran | Work on bills - April & May 2007. | 0.80 |
| 06/12/07 | G.N. Kidder | Review procedures for filing tax court petition. | 0.30 |
| 06/12/07 | M.D. Lerner | Discuss petition with Ms. Finke. | 0.10 |
| 06/12/07 | M.D. Lerner | Call with Ms. Finke on petition. | 0.10 |
| 06/12/07 | S.B. Teplinsky | Conference with Mr. Lerner and Ms. Finke re filing Petition. | 0.50 |
| 06/14/07 | A.E. Moran | Work on insurance issues. | 0.60 |
| 06/14/07 | G.N. Kidder | Discuss tax court petition with Mark Silverman and Steve Teplinsky. | 0.50 |
| 06/14/07 | M.J. Silverman | Review and sign tax court petition. | 1.00 |
| 06/15/07 | G.N. Kidder | Discuss Tax Court Petition with Matt Lerner and and filing procedures with JoAnn Wieczorek. | 0.30 |
| 06/29/07 | M.D. Lerner | Call re 90-day letter. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 1.00 | 825.00 | 825.00 |
| S.B. Teplinsky | 2.50 | 650.00 | 1,625.00 |
| M.D. Lerner | 1.20 | 650.00 | 780.00 |
| A.E. Moran | 1.70 | 525.00 | 892.50 |
| G.N. Kidder | 1.90 | 395.00 | 750.50 |
| Total | 8.30 | | 4,873.00 |

Total Fees    $4,873.00

Disbursements:

| | |
|---|---|
| Local Messenger | 37.02 |
| Overnight Messenger | 30.16 |

7

8

|  |  |  |
|---|---|---|
|  | Duplicating | 16.50 |
| 06/12/07 | Filing Fees - CLERK, UNITED STATES TAX COURT - Filing Fee for Petition | 60.00 |