# EXHIBIT B

**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  530173
012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

Cost                 Timekeeper
Code       Date      Number    Name                       Quantity  Rate     Amount
=====================================================================================

CCOPY      06/25/07  09066     Merrill,                    94.00    1.00      94.00
CCOPY      06/25/07  09066     Merrill,                    94.00     .15      14.10
94 COLOR COPIES BY 09066

FAXDC      06/18/07  09066     Merrill,                    50.00    1.00      50.00
FAXDC      06/18/07  09066     Merrill,                    50.00    1.15      57.50
DC FAX 50 pages sent to 15613621323

LASR       06/13/07  00206     Moran, Anne E.               1.00    0.15       0.15
LASR       06/13/07  00206     Moran, Anne E.               1.00    0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       06/14/07  00206     Moran, Anne E.               1.00    0.15       0.15
LASR       06/14/07  00206     Moran, Anne E.               1.00    0.20       0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR       06/14/07  00206     Moran, Anne E.               2.00    0.15       0.30
LASR       06/14/07  00206     Moran, Anne E.               2.00    0.20       0.40
PC/Network Printing

PC LASER   2 Pages Wieczorek, JoAnn
LASR       06/14/07 Total:                                                     0.45

LASR Total:                                                                    0.60

POST       06/14/07  08174     DEFAULT ATTORNEY,            1.00    1.31       1.31
POST       06/14/07  08174     DEFAULT ATTORNEY,            1.00               1.31
Postage

Sent by S&J Mailroom via 4   1 item(s) x

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE                     66.01

Report Total:                                                                 66.01
```

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 530174
012046.00003 TAX LITIGATION AUDIT ISSUE

Cost              Timekeeper
Code     Date     Number   Name                  Quantity    Rate      Amount
==============================================================================

DELMES   06/18/07 08174    DEFAULT ATTORNEY,       1.00      26.44      26.44
DELMES   06/18/07 08174    DEFAULT ATTORNEY,       1.00                  26.44
Local Messenger

Caller: WIECZOREK
Pick up company: STEPTOE JOHNSON
Pick up address: 1330 Connecticut Ave NW
Drop off company: US TAX COURT
Drop off address: 400 2nd St NW

DELMES   06/18/07 08174    DEFAULT ATTORNEY,       1.00      10.58      10.58
DELMES   06/18/07 08174    DEFAULT ATTORNEY,       1.00                  10.58
Local Messenger

Caller: WIECZOREK
Pick up company: US TAX COURT
Pick up address: 400 2nd St NW
Drop off company: STEPTOE JOHNSON

Drop off address: 1330 Connecticut Ave NW
DELMES 06/18/07 Total:                                                   37.02

DELMES Total:                                                            37.02

DLFD     06/04/07 00206    Moran, Anne E.          1.00      15.08      15.08
DLFD     06/04/07 00206    Moran, Anne E.          1.00                  15.08
Federal Express from Joanne Wieczorek
to Matt Lerner C/o Marie Bender, on June 04, 2007.

Tracking Number 799651796865
DLFD     06/05/07 00206    Moran, Anne E.          1.00      15.08      15.08
DLFD     06/05/07 00206    Moran, Anne E.          1.00                  15.08
Federal Express from Steven B. Teplinsky
to Marie Bender on June 05, 2007.
Tracking Number 798690456978

DLFD Total:                                                              30.16

DUPLDC   06/19/07 00206    Moran, Anne E.         16.00       0.15       2.40
DUPLDC   06/19/07 00206    Moran, Anne E.         16.00       0.20       3.20
16 PHOTOCOPIES MADE BY 00206

DUPLDC   06/19/07 09066    Merrill,               33.00       0.15       4.95
DUPLDC   06/19/07 09066    Merrill,               33.00       0.20       6.60
33 PHOTOCOPIES MADE BY 09066

DUPLDC 06/19/07 Total:                                                    7.35
```

```
DUPLDC      06/27/07 00206      Moran, Anne E.           21.00    0.15          3.15
DUPLDC      06/27/07 00206      Moran, Anne E.           21.00    0.20          4.20
21 PHOTOCOPIES MADE BY 00206

DUPLDC Total:                                                                  10.50

FILFEEX     06/12/07 06515      Kidder, Gregory           1.00   60.00         60.00
Filing Fees - CLERK, UNITED STATES TAX COURT -

Filing Fee for Petition
LASR        06/11/07 00206      Moran, Anne E.            8.00    0.15          1.20
LASR        06/11/07 00206      Moran, Anne E.            8.00    0.20          1.60
PC/Network Printing

PC LASER    8 Pages Teplinsky, Steven
LASR        06/11/07 00206      Moran, Anne E.            8.00    0.15          1.20
LASR        06/11/07 00206      Moran, Anne E.            8.00    0.20          1.60
PC/Network Printing

PC LASER    8 Pages Teplinsky, Steven
LASR        06/11/07 Total:                                                     2.40
LASR        06/14/07 00206      Moran, Anne E.            8.00    0.15          1.20
LASR        06/14/07 00206      Moran, Anne E.            8.00    0.20          1.60
PC/Network Printing

PC LASER    8 Pages Kidder, Gregory
LASR        06/14/07 00206      Moran, Anne E.            2.00    0.15          0.30
LASR        06/14/07 00206      Moran, Anne E.            2.00    0.20          0.40
PC/Network Printing

PC LASER    2 Pages Kidder, Gregory
LASR        06/14/07 00206      Moran, Anne E.            1.00    0.15          0.15
LASR        06/14/07 00206      Moran, Anne E.            1.00    0.20          0.20
PC/Network Printing

PC LASER    1 Pages Kidder, Gregory
LASR        06/14/07 00206      Moran, Anne E.            2.00    0.15          0.30
LASR        06/14/07 00206      Moran, Anne E.            2.00    0.20          0.40
PC/Network Printing

PC LASER    2 Pages Kidder, Gregory
LASR        06/14/07 00206      Moran, Anne E.            9.00    0.15          1.35
LASR        06/14/07 00206      Moran, Anne E.            9.00    0.20          1.80
PC/Network Printing

PC LASER    9 Pages Kidder, Gregory
LASR        06/14/07 00206      Moran, Anne E.            2.00    0.15          0.30
LASR        06/14/07 00206      Moran, Anne E.            2.00    0.20          0.40
PC/Network Printing

PC LASER    2 Pages Kidder, Gregory
LASR        06/14/07 Total:                                                     3.60

LASR Total:                                                                     6.00
Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                                143.68

Report Total:                                                                 143.68
```