# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., <u>et al.</u>** [1] | ) | |
| | ) | **Case No. 01-01139 (JKF)** |
| **Debtors.** | ) | **(Jointly Administered)** |

## FEE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S
## FEE APPLICATION FOR THE PERIOD JUNE 1, 2007 TO JUNE 30, 2007

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/1/2007 | Joshua Metcalf | 3.1 | Review numerous screening and diagnostic materials generated by third party screening doctor scheduled for deposition in Meridian, Mississippi |
| 6/1/2007 | Joshua Metcalf | 0.5 | Telephone conference and correspondence with co-counsel regarding preparation for upcoming deposition of screening doctor |
| 6/1/2007 | Mary Margaret Ratliff | 1.7 | Work with co-defense counsel regarding arrangements for upcoming deposition of subpoenaed third party and work with computer consultants regarding screening and diagnostic documents available for analysis of same |
| 6/1/2007 | Justin Alderson | 1.0 | Work with counsel in review of all documents and materials produced by third party screening doctor scheduled for deposition in Meridian, Mississippi in order to prepare questions relating to screening activity for deposition outline |
| 6/1/2007 | Chan McLeod | 3.0 | Review and analyze financial documents from third party screening company in Flowood, Mississippi |
| 6/1/2007 | Mary Margaret Ratliff | 0.6 | Continue to prepare and make arrangements for ongoing document production by third party screening company and two screening doctors in Austin, Texas |
| 6/4/2007 | Joshua Metcalf | 0.3 | Multiple telephone conferences with court reporter and videographer regarding upcoming deposition of subpoenaed third party in Meridian, Mississippi |
| 6/4/2007 | Mary Margaret Ratliff | 1.3 | Continue to work with co-defense counsel regarding arrangements for upcoming deposition of subpoenaed third party and work with computer consultants regarding screening and diagnostic documents available for analysis regarding same |
| 6/4/2007 | Justin Alderson | 2.5 | Continue to work with counsel to review all documents and materials produced by third party screening doctor scheduled for deposition in Meridian, Mississippi in order to prepare questions relating to screening activity for deposition outline |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/4/2007 | Chan McLeod | 3.0 | Review and analyze expense invoices and doctor invoices from third party screening company in Flowood, Mississippi |
| 6/5/2007 | Joshua Metcalf | 2.3 | Multiple correspondence and telephone conferences with co-defense counsel, court reporter, and videographer regarding revised deposition subpoenas, deposition notices and logistics for upcoming third party deposition in Meridian, Mississippi |
| 6/5/2007 | Justin Alderson | 1.0 | Continue to work with counsel in preparation of questions, outline and exhibits for upcoming third party screening doctor deposition in Meridian, Mississippi |
| 6/5/2007 | Justin Alderson | 3.0 | Update cspreadsheets and memoranda detailing status of all subpoenas served on third parties for document productions and status of production and analysis of same |
| 6/5/2007 | Justin Alderson | 2.0 | Review results of new analyses of certain screening doctors and screening companies as they relate to their diagnoses of Debtors' asbestos personal injury claimants and update memoranda regarding same |
| 6/5/2007 | Chan McLeod | 3.1 | Continue to review and analyze financial documents from third party screening company in Flowood, Mississippi |
| 6/5/2007 | Mary Margaret Ratliff | 0.8 | Continue to prepare and make arrangements for ongoing document production by third party screening company and two screening doctors in Austin, Texas |
| 6/6/2007 | Joshua Metcalf | 0.3 | Review specific documentation produced by third party screening doctor in preparation for upcoming deposition in Meridian, Mississippi |
| 6/6/2007 | Joshua Metcalf | 0.4 | Correspondence with co-defense counsel regarding revised deposition subpoenas, deposition notices and logistics for upcoming third party deposition in Meridian, Mississippi |
| 6/6/2007 | Mary Margaret Ratliff | 0.4 | Prepare and finalize arrangements for upcoming deposition of subpoenaed third party screening doctor in Meridian, Mississippi |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/6/2007 | Justin Alderson | 4.0 | Continue to review results of new analyses of certain screening doctors and screening companies as they relate to their diagnoses of Debtors' asbestos personal injury claimants and update memoranda regarding same |
| 6/6/2007 | Chan McLeod | 3.6 | Continue to review and analyze financial documents from third party screening company in Flowood, Mississippi |
| 6/6/2007 | Mary Margaret Ratliff | 0.6 | Correspondence and telephone conference with document service in Austin, Texas and former employee of third party screening company regarding arrangements for copying and returning of electronic files and PFT machine manuals |
| 6/7/2007 | Marcy Croft | 0.7 | Telephone conference with co-counsel regarding status of upcoming third party screening doctor depositions in Mississippi and materials needed in advance of same |
| 6/7/2007 | Joshua Metcalf | 0.3 | Multiple telephone conferences with co-counsel regarding status of upcoming third party screening doctor depositions in Mississippi and materials needed in advance of same |
| 6/7/2007 | Mary Margaret Ratliff | 0.6 | Prepare and make arrangements for upcoming deposition of subpoenaed third party including amended notice of deposition and verification of pro hac orders |
| 6/7/2007 | Justin Alderson | 3.0 | Continue to review results of new analyses of certain screening doctors and screening companies as they relate to their diagnoses of Debtors' asbestos personal injury claimants and update memoranda regarding same |
| 6/7/2007 | Justin Alderson | 0.5 | Continue to assist counsel in preparation of exhibits for upcoming deposition of third party screening doctor in Meridian, Mississippi |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/7/2007 | Chan McLeod | 3.0 | Continue to review and analyze financial documents from third party screening company in Flowood, Mississippi |
| 6/8/2007 | Joshua Metcalf | 0.9 | Telephone conference with co-counsel regarding strategy for upcoming deposition of subpoenaed third party screening doctor in Meridian, Mississippi |
| 6/8/2007 | Mary Margaret Ratliff | 0.3 | Telephone conference with ACC committee counsel regarding arrangements for upcoming deposition of subpoenaed third party |
| 6/8/2007 | Chan McLeod | 3.3 | Read and analyze tax returns and IRS filings regarding the screening activity of third party screening company in Flowood, Mississippi |
| 6/8/2007 | Mary Margaret Ratliff | 0.7 | Work with document production service and document production team regarding ongoing scanning and initial review of documents produced by third party screening company and two screening doctors in Austin, Texas |
| 6/11/2007 | Joshua Metcalf | 0.2 | Correspondence with co-counsel regarding strategy for upcoming deposition of screening doctor in Meridian, Mississippi |
| 6/11/2007 | Joshua Metcalf | 0.6 | Correspondence with co-counsel regarding additional third party documents need for Debtors' brief |
| 6/11/2007 | Chan McLeod | 3.2 | Continue to review and analyze financial documents from third party screening company in Flowood, Mississippi |
| 6/11/2007 | Mary Margaret Ratliff | 0.7 | Work with document production service and document production team regarding ongoing scanning and initial review of documents produced by third party screening company and two screening doctors in Austin, Texas |
| 6/11/2007 | Tanya Dearman | 0.6 | Analyze forms produced by third party screening company in Jackson, Mississippi in order to determine process followed when screening potential claimants |
| 6/12/2007 | Joshua Metcalf | 0.7 | Multiple correspondence with co-counsel regarding strategy for upcoming deposition of screening doctor in Meridian, Mississippi |

A-5

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/12/2007 | Justin Alderson | 4.5 | Continue to review results of new analyses of certain screening doctors and screening companies as they relate to their diagnoses of Debtors' asbestos personal injury claimants and update memoranda regarding same |
| 6/12/2007 | Chan McLeod | 2.0 | Continue to review and analyze financial documents from third party screening company in Flowood, Mississippi |
| 6/12/2007 | Mary Margaret Ratliff | 0.8 | Work with document production service and document production team regarding ongoing scanning and initial review of documents produced by third party screening company and two screening doctors in Austin, Texas |
| 6/12/2007 | Tanya Dearman | 0.5 | Review financial analysis of third party screening company in Jackson, Mississippi, including documents and actual invoices, in order to determine dates and locations of each screening |
| 6/12/2007 | Tanya Dearman | 1.0 | Analyze documents produced by third party screening company in Jackson, Mississippi in order to determine what licenses the company acquired and in what states the company was licensed to do business |
| 6/12/2007 | Tanya Dearman | 1.6 | Continue to analyze forms produced by third party screening company in Jackson, Mississippi in order to determine process followed when screening potential claimants |
| 6/13/2007 | Joshua Metcalf | 11.2 | Extensive meeting and preparation session with co-counsel in advance of deposition of third party screening doctor, including review of all documents to be used as exhibits, review of analyses performed on doctor's screening activities, review of prior deposition testimony, and other relevant factors and materials |
| 6/13/2007 | Mary Margaret Ratliff | 0.3 | Meet with co-counsel to answer brief analysis questions regarding upcoming deposition of subpoenaed third party in Meridian, Mississippi |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/13/2007 | Mary Margaret Ratliff | 1.8 | Conduct ongoing maintenance and quality control check of documents produced by subpoenaed third party screening doctors and companies |
| 6/13/2007 | Justin Alderson | 0.5 | Continue to assist counsel in preparation of exhibits for upcoming deposition of third party screening doctor in Meridian, Mississippi |
| 6/13/2007 | Tonia Hales | 3.7 | Prepare and finalize exhibits for use at deposition of third party screening doctor in Meridian, Mississippi |
| 6/13/2007 | Chan McLeod | 1.6 | Continue to review and analyze financial documents from third party screening company in Flowood, Mississippi |
| 6/13/2007 | Tanya Dearman | 2.6 | Continue to analyze financial statements, invoices, tax returns, and check stubs produced by third party screening company in Jackson, Mississippi for information related to litigation and information regarding law firm associations |
| 6/14/2007 | Joshua Metcalf | 9.7 | Attend and participate in deposition of third party screening doctor in Meridian, Mississippi |
| 6/14/2007 | Ashley Calhoun | 0.4 | Work with co-defense counsel to identify statistics regarding the diagnostic patterns of a particular screening doctor to determine precisely how many contradictory diagnoses he issued for certain of Debtors' claimants |
| 6/14/2007 | Justin Alderson | 0.5 | Assist in finalizing exhibits for use at deposition of third party screening doctor in Meridian, Mississippi |
| 6/14/2007 | Chan McLeod | 2.2 | Review and analyze financial documents and tax records from third party screening company in Flowood, Mississippi |
| 6/14/2007 | Mary Margaret Ratliff | 0.6 | Work with document production service and document production team regarding ongoing scanning and initial review of documents produced by third party screening company and two screening doctors in Austin, Texas |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| <u>Date</u> | <u>Professional</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| 6/14/2007 | Tanya Dearman | 2.0 | Analyze third party screening company in Jackson, Mississippi financial documents for all references to litigation and potential litigation |
| 6/15/2007 | Joshua Metcalf | 0.4 | Multiple correspondence with co-counsel regarding documents to be used at upcoming third party screening doctor deposition |
| 6/15/2007 | Chan McLeod | 1.5 | Review and analyze accounts receivable and tax documents from third party screening company in Flowood, Mississippi |
| 6/15/2007 | Mary Margaret Ratliff | 0.0 | Work with document production service and document production team regarding ongoing scanning and initial review of documents produced by third party screening company and two screening doctors in Austin, Texas |
| 6/18/2007 | Joshua Metcalf | 5.5 | Prepare for deposition of third party screening doctor responsible for diagnosing thousands of Debtors' asbestos personal injury plaintiffs |
| 6/18/2007 | Justin Alderson | 2.0 | Continue to review results of new analyses of certain screening doctors and screening companies as they relate to their diagnoses of Debtors' asbestos personal injury claimants and update memoranda regarding same |
| 6/18/2007 | Chan McLeod | 2.5 | Review and analyze documents relating to financial activities and monies derived from screening activities by third party screening company in Flowood, Mississippi |
| 6/18/2007 | Mary Margaret Ratliff | 0.9 | Determine additional documents to be produced by two third party screening doctors in Austin, Texas |
| 6/19/2007 | Joshua Metcalf | 11.5 | Prepare for and attend deposition of third party screening doctor responsible for diagnosing thousands of Debtors' asbestos personal injury claimants |
| 6/19/2007 | Chan McLeod | 2.8 | Continue to review and analyze financial documents from third party screening company in Flowood, Mississippi |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/19/2007 | Mary Margaret Ratliff | 0.5 | Work with document production service and document production team regarding ongoing scanning and initial review of documents produced by third party screening company and two screening doctors in Austin, Texas |
| 6/19/2007 | Tanya Dearman | 1.5 | Continue to analyze financial statements, invoices, tax returns, and check stubs produced by third party screening company in Jackson, Mississippi for information related to litigation and information regarding law firm associations |
| 6/20/2007 | Joshua Metcalf | 0.1 | Correspondence with court reporter regarding deposition transcript from recent deposition of screening doctor |
| 6/20/2007 | Chan McLeod | 3.0 | Review and analyze financial documents from third party screening company in Flowood, Mississippi detailing screening activity revenue and expenses |
| 6/20/2007 | Mary Margaret Ratliff | 0.6 | Work with document production service and document production team regarding ongoing scanning and initial review of documents produced by third party screening company and two screening doctors in Austin, Texas |
| 6/21/2007 | Maya Dial | 0.4 | Assist defense counsel in review of diagnosing records generated by third party screening doctor from Jackson, Mississippi at issue in Debtors' asbestos personal injury claimants |
| 6/21/2007 | Justin Alderson | 2.0 | Continue to review results of new analyses of certain screening doctors and screening companies as they relate to their diagnoses of Debtors' asbestos personal injury claimants and update memoranda regarding same |
| 6/21/2007 | Chan McLeod | 2.8 | Continue to read and analyze financial documents produced by third party screening company in Flowood, Mississippi |
| 6/22/2007 | Chan McLeod | 2.6 | Read and analyze statements to/from law firms identifying outstanding balances and screening activities of third party screening company in Flowood, Mississippi |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/25/2007 | Mary Margaret Ratliff | 0.6 | Meet with outside computer consultants and paraprofessional document analysts regarding quality control and ongoing maintenance of documents produced in response to third party subpoenas |
| 6/25/2007 | Chan McLeod | 2.9 | Read and analyze financial correspondence produced by third party screening company in Flowood, Mississippi regarding screening activities |
| 6/25/2007 | Mary Margaret Ratliff | 1.8 | Read deposition testimony and documents previously produced by third party screening doctor in West Virginia to determine documents that were subpoenaed but not yet provided and additional documents to be obtained in preparation for meeting with counsel for same |
| 6/25/2007 | Tanya Dearman | 2.3 | Continue to analyze financial statements, invoices, tax returns, and check stubs produced by third party screening company in Jackson, Mississippi for information related to litigation and information regarding law firm associations |
| 6/26/2007 | Chan McLeod | 3.3 | Read and analyze financial correspondence documents between third party screening company in Flowood, Mississippi and law firms, doctors, banks, and various vendors |
| 6/26/2007 | Tanya Dearman | 1.8 | Continue to analyze financial statements, invoices, tax returns, and check stubs produced by third party screening company in Jackson, Mississippi for information related to litigation and information regarding law firm associations |
| 6/27/2007 | Chan McLeod | 2.4 | Continue to read and analyze financial reports of third party screening company in Flowood, Mississippi |
| 6/27/2007 | Chan McLeod | 1.0 | Read and analyze expense invoices and unpaid invoice registries of third party screening company in Flowood, Mississippi |
| 6/28/2007 | Joshua Metcalf | 0.1 | Correspondence with court reporter regarding transcript of recent deposition of third party screening doctor |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/28/2007 | Chan McLeod | 3.0 | Read and analyze expense reports and operating statements from third party screening company in Flowood, Mississippi |
| 6/29/2007 | Chan McLeod | 2.8 | Review and analyze financial documents regarding screening activities and financial arrangements between law firms, doctors and third party screening company in Flowood, Mississippi |
| 6/30/2007 | Chan McLeod | 1.0 | Review and analyze financial documents from third party screening company in Flowood, Mississippi |

**Matter 21 – Claims Analysis Objection and Resolution (Asbestos) - Fees**

<u>**Analysis of Diagnostic Materials and Third Party Discovery**</u>

The following section details the work of the paraprofessionals-document analysts who read and analyze each item in the collection of over 1.5 million documents produced by asbestos screening companies and asbestos screening doctors pursuant to subpoenas in this action. During the applicable fee period, 13 paraprofessionals-document analysts completed 1959.6 hours of work reviewing these materials as they relate to the screening and diagnosis of the Debtor's asbestos claimants.

On a daily, weekly, and monthly basis, each paraprofessional conducts a detailed analysis of hundreds/thousands of documents relating to the diagnosis of Debtor's asbestos claimants. This work is typically summarized using the exact same time description for each analyst for every hour and day they spend on these efforts:

> Individual, detailed review and analysis of hundreds of records and documents, produced by various third party screening companies and screening doctors subpoenaed by client, in order to examine the screening and diagnosis of Debtors' asbestos claimants

To set forth each paraprofessional-document analyst's daily time entries with this same description would result in dozens of pages of repetitive time descriptions. Therefore, in the interest of economy, we have summarized for your convenience the hours worked by timekeeper for the June 1, 2007 through June 30, 2007 time period below. For each timekeeper and entry, the time description set forth above applies.

**Total Hours Worked by Paraprofessionals-Document Analysts**
**June 2007**

| Last Name, First Name | Hours |
|---|---|
| HUTTON, PRISCILLA | 158.1 |
| MITCHELL, DANA K. | 156.1 |
| PEETS, HALEY E. | 158.7 |
| GRAY, SHIRLEY | 162.0 |
| SIMS, TYLER G. | 164.5 |
| CRUMP-RILEY, ESANDRA | 161.5 |
| TOIGO, DANTE W. | 165.5 |
| MILLER, VIRGINIA | 161.7 |
| FICKLIN, ASHLEY | 158.8 |
| BOLER, KIM | 154.5 |
| MAYS, SHEILA | 154.5 |
| EPPS, REGINA | 155.1 |
| DIAL, MAYA | 48.6 |

Matter 32 - Fee Applications, Applicant - Fees

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/1/2007 | Marcy Croft | 1.3 | Various telephone conferences with co-counsel, ACC representative, and U.S. Trustee regarding FPWKT Fee Application Covering Fee Periods April 2006 to March 2007 |
| 6/1/2007 | Marcy Croft | 0.8 | Read objection filed by U.S. Trustee to FPWKT Fee Application Covering Fee Periods April 2006 to March 2007 |
| 6/6/2007 | Marcy Croft | 2.9 | Prepare for and participate in telephone conference with U.S. Trustee and co-counsel regarding objection to FPWKT Fee Application Covering Fee Periods April 2006 to March 2007 and follow up with co-counsel regarding same |
| 6/6/2007 | Marcy Croft | 0.7 | Read and revise the draft Certification of Counsel relating to FPWKT Fee Application Covering Fee Periods April 2006 to March 2007 |
| 6/7/2007 | Marcy Croft | 1.4 | Read and edit proposed Certification of Counsel and order addressing the FPWKT Fee Application Covering Fee Periods April 2006 through March 2007, including telephone conferences with co-counsel regarding same |
| 6/8/2007 | Marcy Croft | 1.3 | Multiple conferences with co-counsel regarding FPWKT Fee Application Covering Fee Periods April 2006 through March 2007 and Certification of Counsel to be filed with the court |
| 6/13/2007 | Marcy Croft | 1.9 | Begin preparing the FPWKT Fee Application Covering May 2007 Fee Period |
| 6/13/2007 | Ashley Calhoun | 1.2 | Conduct preliminary analysis of entries to be included in expense summary for FPWKT Fee Application Covering May 2007 Fee Period |
| 6/21/2007 | Ashley Calhoun | 0.7 | Continue to draft and revise a portion of the FPWKT Fee Application Covering May 2007 Fee Period |
| 6/22/2007 | Ashley Calhoun | 0.9 | Draft Certification of No Objection regarding FPWKT Fee Application Covering April 2007 Fee Period |
| 6/25/2007 | Marcy Croft | 3.0 | Continue drafting the FPWKT Fee Application Covering May 2007 Fee Period |

Matter 32 - Fee Applications, Applicant - Fees

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/26/2007 | Amanda Summerlin | 1.8 | Draft and revise a portion of the exhibits to the FPWKT Fee Application Covering May 2007 Fee Period |
| 6/26/2007 | Amanda Summerlin | 0.4 | Conference with co-counsel regarding exhibits to FPWKT Fee Application Covering May 2007 Fee Period |
| 6/27/2007 | Amanda Summerlin | 1.2 | Continue to draft and revise a portion of the exhibits to the FPWKT Fee Application Covering May 2007 Fee Period |

Matter 30 - Hearings - Fees

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 6/22/2007 | W.G. Watkins | 1.5 | Meet with co-counsel regarding upcoming hearing on FPWKT Fee Applications, certification of counsel, and potential results of same |
| 6/24/2007 | Marcy Croft | 5.4 | Prepare for hearing on FPWKT Fee Application Covering Fee Periods April 2006 through March 2007, including review of all prior applications, prior court order on FPWKT fee applications, transcript from April 2007 hearing, and objections by US Trustee and ACC Committee |
| 6/25/2007 | Marcy Croft | 8.8 | Prepare for and participate in hearing on FPWKT Fee Application Covering Fee Periods April 2006 through March 2007 |