IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |

## EXPENSE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S FEE APPLICATION FOR THE PERIOD JUNE 1, 2007 TO JUNE 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT B

## SUMMARY OF FPWKT EXPENSES FOR ALL MATTERS

| Service Description | Amount |
|---|---|
| Airfare | $2,797.16 |
| Computer Research/Internet | $14.40 |
| Express Mail | $16.66 |
| FPWKT and Others Working Meals | $520.87 |
| FPWKT Only Working Meals | $141.63 |
| Hotel | $1,119.49 |
| Mileage Reimbursement | $369.33 |
| Outside Copy/Binding Services/Document Preparation Services | $18,144.71 |
| Parking Fees | $33.50 |
| Photocopies | $8,347.88 |
| Service of Subpoena | $606.05 |
| Telephone | $4.81 |
| Miscellaneous Tips | $12.00 |
| Taxi Fare | $80.00 |
| **Grand Total** | **$32,208.49** |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 6/1/2007 | Long Distance Call to Washington, D.C. | $0.17 |
| 6/1/2007 | Long Distance Call to Denver, Colorado | $0.20 |
| 6/1/2007 | Long Distance Call to Chicago, Illinois | $0.17 |
| 6/1/2007 | Long Distance Call to Philadelphia, Pennsylvania | $0.14 |
| 6/1/2007 | Long Distance Call to Chicago, Illinois | $0.12 |
| 6/5/2007 | Vendor service of subpoena to third party screening physician, travel of process server from Jackson, Mississippi to Meridian, Mississippi on May 25, 2007 to attempt to serve subpoena at residence and office of third party, second attempt by process server to serve subpoena at residence of third party on May 28, 2007 (travel not charged), travel of process server from Jackson, Mississippi to Meridian, Mississippi to serve subpoena -- attempt to serve third party at residence and successfully serve at office of third party on May 29, 2007 | $606.05 |
| 6/5/2007 | Long Distance Call to Chicago, Illinois | $0.86 |
| 6/7/2007 | Airfare, 1 Attorney, Joshua Metcalf, Jackson, Mississippi to Washington, D.C. for deposition of third party, June 6-7, 2007 | $860.66 |
| 6/7/2007 | FPWKT Only Working Meal, May 27, 2007 (1 Attorney, 3 Staff members) | $15.98 |
| 6/7/2007 | Attorney Computer Research/Internet, May 28, 2007 | $14.40 |
| 6/7/2007 | Long Distance Call to Washington, D.C. | $0.09 |
| 6/7/2007 | Long Distance Call to Millington, New Jersey | $0.74 |
| 6/7/2007 | Long Distance Call to Chicago, Illinois | $0.71 |
| 6/11/2007 | Expenses incurred by third party vendor in working with subpoenaed third party to prepare 58,006 pages in files to be copied and scanned, transport same, rebuild files after copies made, transport same back to subpoenaed third party office, and forward copies to FPWKT | $18,144.71 |
| 6/12/2007 | Long Distance Call to Millington, New Jersey | $0.09 |
| 6/13/2007 | Photocopies Requested by Attorney for Analysis of Documents Produced by Third Party ($0.10 per page) | $488.25 |

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 6/14/2007 | Airfare, 1 Attorney, Mary Margaret Ratliff, May 20 - 25, 2007, Fee for Change of Flight, Jackson, Mississippi to Austin, Texas | $87.50 |
| 6/15/2007 | Long Distance Call to Chicago, Illinois | $0.47 |
| 6/15/2007 | Photocopies Requested by Attorney for Analysis of Documents Produced by Third Party ($0.10 per page) | $36.90 |
| 6/19/2007 | Long Distance Call to Chicago, Illinois | $0.21 |
| 6/21/2007 | FPWKT and Others Working Meals June 13, 2007 (4 Attorneys) | $325.02 |
| 6/21/2007 | FPWKT Only Working Meal, June 14, 2007 (1 Attorney) | $17.62 |
| 6/21/2007 | Long Distance Call to Pittsburgh, Pennsylvania | $0.65 |
| 6/25/2007 | Long Distance Call to Pittsburgh, Pennsylvania | $0.11 |
| 6/25/2007 | Photocopies Requested by Attorney for Analysis of Documents Produced by Third Party ($0.10 per page) | $7,822.73 |
| 6/28/2007 | Attorney Mileage Reimbursement, Roundtrip Travel, Jackson, Mississippi to Birmingham, AL June 18-19, 2007 (1 Attorney) | $273.06 |
| 6/28/2007 | Attorney Hotel, Birmingham, Alabama. June 18, 2007 (1 Attorney) | $183.40 |
| 6/28/2007 | FPWKT Only Working Meal, June 18, 2007 (1 Attorney) | $26.53 |
| 6/28/2007 | FPWKT Only Working Meal, June 19, 2007 (1 Attorney) | $6.59 |
| 6/28/2007 | Attorney Mileage Reimbursement, Roundtrip Travel, Jackson, Mississippi to New Orleans, Louisiana, June 21-22, 2007 (1 Attorney) | $96.27 |
| 6/28/2007 | Attorney Hotel, New Orleans, Louisiana, June 21, 2007 (1 Attorney) | $103.89 |
| 6/28/2007 | FPWKT and Others Working Meal, June 21, 2007 (4 Attorneys) | $195.85 |
| 6/28/2007 | Attorney Parking, New Orleans, Louisiana, June 21, 2007 | $13.50 |
| 6/29/2007 | Long Distance Call to Birmingham, Alabama | $0.08 |
| 6/30/2007 | Express Mail to Chicago, Illinois on May 29, 2007 | $16.66 |

Matter 30 - Hearings - Expenses

| Date | Description | Amount |
|---|---|---|
| 6/28/2007 | Airfare, 1 Attorney, Walter G. Watkins, Jr., June 24, 2007, Cancellation Fee for Flight, Jackson, Mississippi to Pittsburgh, Pennsylvania | $76.40 |
| 6/30/2007 | Attorney Hotel, Pittsburgh, Pennsylvania, June 24, 2007 (1 | $416.10 |
| 6/30/2007 | Attorney Hotel Cancellation - Family Emergency, Pittsburgh, Pennsylvania, June 24, 2007 (1 Attorney) | $416.10 |
| 6/30/2007 | Attorney Parking, Airport, Jackson, Mississippi, June 24-25, 2007 | $20.00 |
| 6/30/2007 | Airfare, 1 Attorney, Marcy B. Croft, June 24-25, 2007, Flight from Jackson, Mississippi to Pittsburgh, Pennsylvania | $1,772.60 |
| 6/30/2007 | FPWKT Only Working Meal, June 25, 2007 (1 Attorney) | $22.38 |
| 6/30/2007 | FPWKT Only Working Meal, June 25, 2007 (1 Attorney) | $8.00 |
| 6/30/2007 | FPWKT Only Working Meal, June 25, 2007 (1 Attorney) | $18.54 |
| 6/30/2007 | FPWKT Only Working Meal, June 24, 2007 (1 Attorney) | $7.99 |
| 6/30/2007 | FPWKT Only Working Meal, June 24, 2007 (1 Attorney) | $18.00 |
| 6/30/2007 | Attorney Taxi Fare(s), 2 Trips, June 24-25, 2007 in Pittsburgh, Pennsylvania (1 Attorney) | $80.00 |
| 6/30/2007 | Attorney Miscellaneous Tips, June 24-25, 2007, Pittsburgh, Pennsylvania (1 Attorney) | $12.00 |