IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | . |

## <u>NOTICE OF SERVICE OF DISCOVERY</u>

PLEASE TAKE NOTICE that on the 7th day of August, 2007, a true and correct

copy of the **Debtors' Third Set of Interrogatories To Certain Law Asbestos Personal Injury**

**Pre-Petition Claimants' Law Firms** was served on the following individuals:

| | |
|---|---|
| Mr. Steven Kazan<br>Kazan, McClain, Abrams, Fernandez, Lyons,<br>Farrise, & Greenwood, A Professional Law<br>Corporation<br>171 Twelfth Street, Third Floor<br>Oakland, CA 94607 | Mr. Philip A. Harley<br>Paul, Hanley & Harley, LLP<br>1608 Fourth Street<br>Suite 300<br>Berkley, CA 94710 |
| Mr. Alwyn Luckey<br>Alwyn H. Luckey, PA<br>2016 Bienville Blvd.<br>Ocean Springs, MS 39566 | Mr. Colin Moore<br>Provost Umphrey, LLP<br>490 Park Street<br>Beaumont, TX 77704 |
| Ms. Kathy Byrne<br>Cooney & Conway<br>120 N. LaSalle<br>Chicago, IL 60602 | Mr. Chris Portner<br>Reaud Morgan & Quinn<br>801 Laurel Street<br>Beaumont, TX 77720 |
| Mr. Brian Kenney<br>Early Ludwick & Sweeney, LLC<br>One Century Tower<br>11th Floor<br>265 Church Street<br>New Haven, CT 06508 | Mr. Michael Hanners<br>Silber Pearlman, LLP<br>The Centrum<br>3102 Oak Lawn Avenue<br>Suite 400<br>Dallas, TX 75219 |
| Mr. David Jagolinzer<br>Ferraro & Associates, PA<br>200 S. Biscayne Blvd. | Mr. Stephen M. Tigerman<br>The Wartnick Law Firm<br>650 California |

| | |
|---|---|
| Suite 3800<br>Miami, FL 33131 | Fifteenth Floor<br>San Francisco, CA 94108 |
| Mr. Scott Wert<br>Foster & Sear, LLP<br>524 E. Lamar Blvd.<br>Suite 200<br>Arlington, TX 76011 | Mr. Peter Kraus<br>Waters & Kraus, LLP<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 |
| Ms. Jena LeBlanc Duncan<br>LeBlanc & Waddell, LLP<br>6955 Perkins Road<br>Suite 100<br>Baton Rouge, LA 70808 | Mr. Arthur Luxenburg<br>Weitz & Luxenburg, PC<br>180 Maiden lane<br>New York, NY 10038 |
| Mr. Scott Nelson<br>Maples & Lomax, PA<br>2502 Market Street<br>Pascagoula, MS 39568 | Mr. Robert Shuttlesworth<br>Williams Kherkher Hart Boundas, LLP<br>8441 Gulf Freeway<br>Suite 600<br>Houston, TX 77017 |
| Mr. Alan R. Brayton<br>Brayton Purcell, LLP<br>222 Rush Landing Road, P.O. Box 6169<br>Novato, CA 94948-6169 | Mr. Sander Esserman<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 |
| Mr. Leonard Busby<br>Ms. Natalie Ramsey<br>Montgomery McCracken Walker & Rhoads<br>123 South Broad Street<br>Philadelphia, PA 19109 | Mr. Edward O. Moody<br>Edward O. Moody, PA<br>801 W. 4th Street<br>Little Rock, AR 72201 |

2

Dated: August 7, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Ellen T. Ahern
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

Barbara M. Harding
David E. Mendelson
Amanda C. Basta
Brian T. Stansbury
655 15th Street, N.W.
Suite 1200
Washington, DC  20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

-and–

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

3