# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on August 7, 2007, I caused a copy of the foregoing to be served upon the individuals on the attached 2002 service list via first-class mail unless otherwise indicated.

        CAMPBELL & LEVINE, LLC

        */S/ Kathleen Campbell Davis*
        Kathleen Campbell Davis (No. 4299)
        800 N. King Street
        Suite 300
        Wilmington, DE  19801
        (302) 426-1900

Dated:  August 7, 2007

{D0090559.1 }