IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Related Dkt. No.: 16504 |

**ORDER GRANTING THE MOTION TO SHORTEN NOTICE PERIOD WITH RESPECT TO THE APPLICATION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR AN ORDER APPROVING AND AUTHORIZING THE RETENTION AND EMPLOYMENT OF CHARTER OAK FINANCIAL CONSULTANTS, LLC, AS FINANCIAL ADVISOR NUNC <u>PRO TUNC TO JULY 30, 2007</u>**

Upon the motion dated August 7, 2007 (the "Motion") of the Official Committee of Asbestos Personal Injury Claimants (the "Committee") for the entry of an order, pursuant to Del. Bankr. LR 9006-1(e), Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, and Sections 102 and 105 of Title 11 of the United States Code, for the entry of an order shortening the notice period of the Application Of The Official Committee Of Asbestos Personal Injury Claimants For An Order Approving And Authorizing The Retention And Employment Of Charter Oak Financial Consultants, LLC, As Financial Advisor Nunc Pro Tunc To July 30, 2007 (the "Retention Application"), and for leave from this Court's Second Amended Order Establishing Case Management Procedures and Hearing Schedule [DI 14028] and the Amended Order Scheduling Omnibus Hearing Dates for 2007 [DI 14068] to allow the Retention Application to be heard during the August 29, 2007 hearing; and any responses, replies or other filings related thereto; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1.      The Motion is hereby granted; and

{D0090491.1 }

2.	The Retention Application is hereby scheduled to be heard on August 29, 2007 at 2:00 p.m. in Pittsburgh, Pennsylvania.

3.	Any objections to the Retention Application must be filed and served so as to be received by August 21, 2007 at 4:00 p.m.  No reply will be filed.

4.	The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order, which is final.

5.	The Movant shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.


Date: _____, 2007        _____
                                             The Honorable Judith K. Fitzgerald
                                             United States Bankruptcy Judge

{D0090491.1 }