# EXHIBIT A

## W.R. Grace

### PJC Time Records
### June-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Desiree Davis | 6/1/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Geoffrey Zbikowski | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Geoffrey Zbikowski | 6/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Jason Solganick | 6/1/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Jason Solganick | 6/1/2007 | 0.5 | Case Administration | Review of agenda for 6/8 hearing |
| Jason Solganick | 6/1/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Jonathan Brownstein | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Jonathan Brownstein | 6/1/2007 | 0.5 | Case Administration | Review of agenda for 6/8 hearing |
| Joseph Radecki | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Joseph Radecki | 6/1/2007 | 0.5 | Case Administration | Review of agenda for 6/8 hearing |
| Desiree Davis | 6/4/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Desiree Davis | 6/4/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/4/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/4/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/4/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Jason Solganick | 6/4/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 6/4/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Jonathan Brownstein | 6/4/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/4/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Joseph Radecki | 6/4/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/5/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Desiree Davis | 6/5/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/5/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/5/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jason Solganick | 6/5/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/5/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/5/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jonathan Brownstein | 6/5/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/5/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/6/2007 | 1.0 | Case Administration | Review of order re: production of x-rays |
| Desiree Davis | 6/6/2007 | 4.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/6/2007 | 4.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/6/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/6/2007 | 1.0 | Case Administration | Review of order re: production of x-rays |
| Jason Solganick | 6/6/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 6/6/2007 | 1.0 | Case Administration | Review of order re: production of x-rays |
| Jonathan Brownstein | 6/6/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/6/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/7/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Desiree Davis | 6/7/2007 | 2.0 | Financial Analysis | Review of earnings of comparable company (JMAT) |
| Geoffrey Zbikowski | 6/7/2007 | 1.5 | Financial Analysis | Review of earnings of comparable company (JMAT) |
| Jason Solganick | 6/7/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/7/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Jason Solganick | 6/7/2007 | 1.5 | Financial Analysis | Review of earnings of comparable company (JMAT) |
| Jonathan Brownstein | 6/7/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Joseph Radecki | 6/7/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Jason Solganick | 6/8/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/11/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/11/2007 | 2.0 | Fee Applications | Preparation of quarterly fee application |
| Desiree Davis | 6/12/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Desiree Davis | 6/12/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Desiree Davis | 6/12/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/12/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/12/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 6/12/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 6/12/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/12/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/12/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 6/12/2007 | 2.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 6/12/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/12/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/13/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/13/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/13/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/13/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 6/13/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/13/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### June-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 6/14/2007 | 1.0 | Case Administration | Review of brief on outstanding issues re:  CMO |
| Desiree Davis | 6/14/2007 | 0.5 | Financial Analysis | Review of press release re:  acquisition of business by comparable company (RPM) |
| Desiree Davis | 6/14/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/14/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/14/2007 | 0.5 | Financial Analysis | Review of press release re:  acquisition of business by comparable company (RPM) |
| Jason Solganick | 6/14/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/14/2007 | 1.0 | Case Administration | Review of brief on outstanding issues re:  CMO |
| Jason Solganick | 6/14/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/14/2007 | 0.5 | Financial Analysis | Review of press release re:  acquisition of business by comparable company (RPM) |
| Jonathan Brownstein | 6/14/2007 | 1.0 | Case Administration | Review of brief on outstanding issues re:  CMO |
| Jonathan Brownstein | 6/14/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/14/2007 | 1.0 | Case Administration | Review of brief on outstanding issues re:  CMO |
| Joseph Radecki | 6/14/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/15/2007 | 2.0 | Case Administration | Review of response to motions for protective order |
| Desiree Davis | 6/15/2007 | 0.5 | Financial Analysis | Review of press release re:  acquisition of business by comparable company (Rohm) |
| Desiree Davis | 6/15/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/15/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/15/2007 | 0.5 | Financial Analysis | Review of press release re:  acquisition of business by comparable company (Rohm) |
| Jason Solganick | 6/15/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/15/2007 | 1.5 | Case Administration | Review of response to motions for protective order |
| Jason Solganick | 6/15/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/15/2007 | 0.5 | Financial Analysis | Review of press release re:  acquisition of business by comparable company (Rohm) |
| Jonathan Brownstein | 6/15/2007 | 1.5 | Case Administration | Review of response to motions for protective order |
| Jonathan Brownstein | 6/15/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/15/2007 | 1.5 | Case Administration | Review of response to motions for protective order |
| Joseph Radecki | 6/15/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/18/2007 | 0.5 | Business Operations | Review of Grace 8-K filing |
| Desiree Davis | 6/18/2007 | 3.0 | Business Operations | Review of sale motion and exhibits |
| Desiree Davis | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Desiree Davis | 6/18/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 6/18/2007 | 2.0 | Business Operations | Review of sale motion and exhibits |
| Geoffrey Zbikowski | 6/18/2007 | 0.5 | Business Operations | Review of Grace 8-K filing |
| Geoffrey Zbikowski | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Geoffrey Zbikowski | 6/18/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jason Solganick | 6/18/2007 | 2.5 | Business Operations | Review of sale motion and exhibits |
| Jason Solganick | 6/18/2007 | 0.5 | Business Operations | Review of Grace 8-K filing |
| Jason Solganick | 6/18/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/18/2007 | 0.5 | Case Administration | Review of agenda for 6/25 hearing |
| Jason Solganick | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Jason Solganick | 6/18/2007 | 2.5 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 6/18/2007 | 0.5 | Business Operations | Review of Grace 8-K filing |
| Jonathan Brownstein | 6/18/2007 | 2.0 | Business Operations | Review of sale motion and exhibits |
| Jonathan Brownstein | 6/18/2007 | 0.5 | Case Administration | Review of agenda for 6/25 hearing |
| Jonathan Brownstein | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Jonathan Brownstein | 6/18/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Joseph Radecki | 6/18/2007 | 1.5 | Business Operations | Review of sale motion and exhibits |
| Joseph Radecki | 6/18/2007 | 0.5 | Case Administration | Review of agenda for 6/25 hearing |
| Joseph Radecki | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Joseph Radecki | 6/18/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Desiree Davis | 6/19/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 6/19/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jason Solganick | 6/19/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 6/19/2007 | 0.5 | Case Administration | Review of agenda for 6/26 hearing |
| Jason Solganick | 6/19/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 6/19/2007 | 0.5 | Case Administration | Review of agenda for 6/26 hearing |
| Jonathan Brownstein | 6/19/2007 | 2.5 | Financial Analysis | Review of expert reports |
| Joseph Radecki | 6/19/2007 | 0.5 | Case Administration | Review of agenda for 6/26 hearing |
| Joseph Radecki | 6/19/2007 | 2.5 | Financial Analysis | Review of expert reports |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### June-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Desiree Davis | 6/20/2007 | 2.0 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Geoffrey Zbikowski | 6/20/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jason Solganick | 6/20/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Jason Solganick | 6/20/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Jonathan Brownstein | 6/20/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Joseph Radecki | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Joseph Radecki | 6/20/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jason Solganick | 6/21/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 6/22/2007 | 0.5 | Business Operations | Review of press release re: expert reports |
| Desiree Davis | 6/22/2007 | 0.5 | Case Administration | Review of order re: schedule of PI trial dates |
| Geoffrey Zbikowski | 6/22/2007 | 2.0 | Business Operations | Review of press release re: expert reports |
| Jason Solganick | 6/22/2007 | 0.5 | Business Operations | Review of press release re: expert reports |
| Jason Solganick | 6/22/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/22/2007 | 0.5 | Case Administration | Review of order re: schedule of PI trial dates |
| Jonathan Brownstein | 6/22/2007 | 0.5 | Business Operations | Review of press release re: expert reports |
| Jonathan Brownstein | 6/22/2007 | 0.5 | Case Administration | Review of order re: schedule of PI trial dates |
| Joseph Radecki | 6/22/2007 | 0.5 | Case Administration | Review of order re: schedule of PI trial dates |
| Desiree Davis | 6/25/2007 | 0.5 | Financial Analysis | Review of press release re: business expansion of comparable company (Albemarle) |
| Geoffrey Zbikowski | 6/25/2007 | 0.5 | Financial Analysis | Review of press release re: business expansion of comparable company (Albemarle) |
| Jason Solganick | 6/25/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/25/2007 | 0.5 | Financial Analysis | Review of press release re: business expansion of comparable company (Albemarle) |
| Jason Solganick | 6/25/2007 | 5.0 | Hearings | Court hearing |
| Jonathan Brownstein | 6/25/2007 | 5.0 | Hearings | Court hearing |
| Desiree Davis | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Desiree Davis | 6/26/2007 | 0.5 | Financial Analysis | Review of press release re: expansion of business of comparable company (Rohm) |
| Geoffrey Zbikowski | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Geoffrey Zbikowski | 6/26/2007 | 0.5 | Financial Analysis | Review of press release re: expansion of business of comparable company (Rohm) |
| Jason Solganick | 6/26/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Jason Solganick | 6/26/2007 | 0.5 | Financial Analysis | Review of press release re: expansion of business of comparable company (Rohm) |
| Jason Solganick | 6/26/2007 | 3.0 | Hearings | Court hearing |
| Jonathan Brownstein | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Jonathan Brownstein | 6/26/2007 | 3.0 | Hearings | Court hearing |
| Joseph Radecki | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Desiree Davis | 6/27/2007 | 2.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Geoffrey Zbikowski | 6/27/2007 | 3.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jason Solganick | 6/27/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/27/2007 | 2.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jason Solganick | 6/28/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 6/29/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business of comparable company (Rohm) |
| Geoffrey Zbikowski | 6/29/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business of comparable company (Rohm) |
| Jason Solganick | 6/29/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/29/2007 | 2.5 | Fee Applications | Preparation of monthly fee applications |
| Jason Solganick | 6/29/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business of comparable company (Rohm) |