# EXHIBIT B

**W.R. Grace**
**Detail of expenses (June 1, 2007 – June 30, 2007)**

N/A

**TOTAL EXPENSES:**                                                                                    $    0.00