# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Jun-07** |
| Jenni Biggs | 6/1/2007 | 6.50 | $625 | $4,062.50 | Report preparation |
| Jenni Biggs | 6/4/2007 | 3.70 | $625 | $2,312.50 | Report preparation |
| Jenni Biggs | 6/5/2007 | 10.30 | $625 | $6,437.50 | Report preparation |
| Jenni Biggs | 6/6/2007 | 2.00 | $625 | $1,250.00 | Report preparation |
| Jenni Biggs | 6/8/2007 | 1.00 | $625 | $625.00 | Report preparation |
| Jenni Biggs | 6/11/2007 | 8.00 | $625 | $5,000.00 | Report preparation |
| Jenni Biggs | 6/12/2007 | 18.50 | $625 | $11,562.50 | Report preparation |
| Jenni Biggs | 6/13/2007 | 9.50 | $625 | $5,937.50 | Report preparation |
| Jenni Biggs | 6/14/2007 | 10.20 | $625 | $6,375.00 | Report preparation |
| Jenni Biggs | 6/15/2007 | 0.50 | $625 | $312.50 | Report preparation |
| Jenni Biggs | 6/18/2007 | 0.50 | $625 | $312.50 | Expert report |
| Jenni Biggs | 6/19/2007 | 4.50 | $625 | $2,812.50 | Review expert reports |
| Jenni Biggs | 6/20/2007 | 2.00 | $625 | $1,250.00 | Review expert reports |
| Jenni Biggs | 6/20/2007 | 1.00 | $625 | $625.00 | Billing |
| Jenni Biggs | 6/21/2007 | 5.50 | $625 | $3,437.50 | Review expert reports |
| Jenni Biggs | 6/21/2007 | 0.50 | $625 | $312.50 | Billing |
| Jenni Biggs | 6/22/2007 | 2.00 | $625 | $1,250.00 | Review expert reports |
| Jenni Biggs | 6/25/2007 | 6.80 | $625 | $4,250.00 | Review expert reports |
| Jenni Biggs | 6/25/2007 | 0.20 | $625 | $125.00 | Billing |
| Jenni Biggs | 6/26/2007 | 5.20 | $625 | $3,250.00 | Review expert reports |
| Jenni Biggs | 6/27/2007 | 8.50 | $625 | $5,312.50 | Review expert reports |
| Jenni Biggs | 6/28/2007 | 9.00 | $625 | $5,625.00 | Review expert reports |
| Jenni Biggs | 6/29/2007 | 5.50 | $625 | $3,437.50 | Review expert reports |
| | | 121.40 | | $75,875.00 | |
| Julianne Callaway | 6/4/2007 | 2.30 | $300 | $690.00 | Text updates |
| Julianne Callaway | 6/5/2007 | 3.00 | $300 | $900.00 | Text updates |
| Julianne Callaway | 6/6/2007 | 1.00 | $300 | $300.00 | Text updates |
| Julianne Callaway | 6/7/2007 | 1.00 | $300 | $300.00 | Text updates |
| Julianne Callaway | 6/11/2007 | 0.50 | $300 | $150.00 | Text updates |
| Julianne Callaway | 6/12/2007 | 5.40 | $300 | $1,620.00 | Text updates |
| Julianne Callaway | 6/13/2007 | 3.90 | $300 | $1,170.00 | Text updates |
| Julianne Callaway | 6/22/2007 | 0.50 | $300 | $150.00 | Database work |
| Julianne Callaway | 6/26/2007 | 0.50 | $300 | $150.00 | Review other expert reports |
| Julianne Callaway | 6/27/2007 | 6.10 | $300 | $1,830.00 | Review other expert reports |
| Julianne Callaway | 6/28/2007 | 8.20 | $300 | $2,460.00 | Review other expert reports |
| Julianne Callaway | 6/29/2007 | 1.40 | $300 | $420.00 | Database work |
| | | 33.80 | | $10,140.00 | |
| Melissa Chung | 6/5/2007 | 2.90 | $250 | $725.00 | Update text |
| Melissa Chung | 6/11/2007 | 1.50 | $250 | $375.00 | Analysis |
| Melissa Chung | 6/12/2007 | 1.40 | $250 | $350.00 | Analysis |
| | | 5.80 | | $1,450.00 | |
| Bryan Gillespie | 6/1/2007 | 0.20 | $400 | $80.00 | Analysis |
| Bryan Gillespie | 6/4/2007 | 3.60 | $400 | $1,440.00 | Analysis |
| Bryan Gillespie | 6/6/2007 | 1.60 | $400 | $640.00 | Analysis |
| Bryan Gillespie | 6/7/2007 | 3.30 | $400 | $1,320.00 | Analysis |
| Bryan Gillespie | 6/8/2007 | 3.60 | $400 | $1,440.00 | Analysis |
| Bryan Gillespie | 6/9/2007 | 1.10 | $400 | $440.00 | Analysis |
| Bryan Gillespie | 6/11/2007 | 3.20 | $400 | $1,280.00 | Analysis |
| Bryan Gillespie | 6/12/2007 | 6.20 | $400 | $2,480.00 | Analysis |
| Bryan Gillespie | 6/13/2007 | 5.20 | $400 | $2,080.00 | Analysis |
| Bryan Gillespie | 6/14/2007 | 3.10 | $400 | $1,240.00 | Analysis |
| Bryan Gillespie | 6/15/2007 | 12.20 | $400 | $4,880.00 | Analysis |
| Bryan Gillespie | 6/17/2007 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 6/18/2007 | 8.10 | $400 | $3,240.00 | Analysis |
| Bryan Gillespie | 6/19/2007 | 0.30 | $400 | $120.00 | Analysis |
| Bryan Gillespie | 6/20/2007 | 2.10 | $400 | $840.00 | Analysis |
| Bryan Gillespie | 6/21/2007 | 1.20 | $400 | $480.00 | Analysis |
| Bryan Gillespie | 6/22/2007 | 2.70 | $400 | $1,080.00 | Analysis |
| Bryan Gillespie | 6/25/2007 | 0.30 | $400 | $120.00 | Analysis |
| Bryan Gillespie | 6/26/2007 | 2.90 | $400 | $1,160.00 | Analysis |
| Bryan Gillespie | 6/27/2007 | 6.80 | $400 | $2,720.00 | Analysis |
| Bryan Gillespie | 6/28/2007 | 4.60 | $400 | $1,840.00 | Analysis and teleconference |
| Bryan Gillespie | 6/29/2007 | 7.40 | $400 | $2,960.00 | Analysis |
| Bryan Gillespie | 6/30/2007 | 1.40 | $400 | $560.00 | Analysis |
| | | 83.40 | | $33,360.00 | |

| | | | | | W.R. Grace (Bankruptcy) |
| --- | --- | --- | --- | --- | --- |
| | | | | | Towers Perrin Time Records |
| Professional | Date | Hours | Rate | $ Fees | Description |
| Jeff Kimble | 6/4/2007 | 0.90 | $375 | $337.50 | Data analysis |
| Jeff Kimble | 6/5/2007 | 2.30 | $375 | $862.50 | Data analysis |
| Jeff Kimble | 6/8/2007 | 6.20 | $375 | $2,325.00 | Data analysis |
| Jeff Kimble | 6/12/2007 | 1.10 | $375 | $412.50 | Data analysis |
| Jeff Kimble | 6/13/2007 | 1.50 | $375 | $562.50 | Data analysis |
| Jeff Kimble | 6/14/2007 | 2.00 | $375 | $750.00 | Data analysis |
| Jeff Kimble | 6/18/2007 | 5.60 | $375 | $2,100.00 | Data analysis |
| Jeff Kimble | 6/20/2007 | 4.40 | $375 | $1,650.00 | Data analysis/Reviewing other expert reports |
| Jeff Kimble | 6/21/2007 | 6.10 | $375 | $2,287.50 | Data analysis/Reviewing other expert reports |
| Jeff Kimble | 6/22/2007 | 1.20 | $375 | $450.00 | Data analysis/Reviewing other expert reports |
| Jeff Kimble | 6/25/2007 | 2.40 | $375 | $900.00 | Data analysis/Reviewing other expert reports |
| Jeff Kimble | 6/26/2007 | 6.60 | $375 | $2,475.00 | Data analysis/Reviewing other expert reports |
| Jeff Kimble | 6/27/2007 | 0.40 | $375 | $150.00 | Data analysis/Reviewing other expert reports |
| Jeff Kimble | 6/28/2007 | 7.80 | $375 | $2,925.00 | Data analysis/Reviewing other expert reports |
| Jeff Kimble | 6/29/2007 | 6.20 | $375 | $2,325.00 | Data analysis/Reviewing other expert reports |
| | | 54.70 | | $20,512.50 | |
| Steve Lin | 6/1/2007 | 1.50 | $425 | $637.50 | Filing pattern |
| Steve Lin | 6/28/2007 | 3.50 | $425 | $1,487.50 | Reviewing expert reports |
| Steve Lin | 6/29/2007 | 1.00 | $425 | $425.00 | Reviewing expert reports |
| | | 6.00 | | $2,550.00 | |
| Adam Luechtefeld | 6/5/2007 | 1.50 | $250 | $375.00 | Working with the exhibits |
| Adam Luechtefeld | 6/8/2007 | 1.00 | $250 | $250.00 | Working with the exhibits |
| Adam Luechtefeld | 6/11/2007 | 3.00 | $250 | $750.00 | Working with the exhibits |
| Adam Luechtefeld | 6/12/2007 | 3.50 | $250 | $875.00 | Working with the exhibits |
| Adam Luechtefeld | 6/13/2007 | 5.00 | $250 | $1,250.00 | Working with the exhibits |
| Adam Luechtefeld | 6/14/2007 | 6.50 | $250 | $1,625.00 | Working with the exhibits |
| Adam Luechtefeld | 6/18/2007 | 5.50 | $250 | $1,375.00 | Working with the exhibits |
| Adam Luechtefeld | 6/22/2007 | 0.50 | $250 | $125.00 | Going through other expert reports |
| Adam Luechtefeld | 6/27/2007 | 7.00 | $250 | $1,750.00 | Working with the exhibits |
| Adam Luechtefeld | 6/28/2007 | 3.50 | $250 | $875.00 | Working with the exhibits |
| | | 37.00 | | $9,250.00 | |
| Alicia Oliver | 6/1/2007 | 3.70 | $150 | $555.00 | Rust data |
| Alicia Oliver | 6/4/2007 | 1.50 | $150 | $225.00 | Rust data |
| Alicia Oliver | 6/29/2007 | 1.50 | $150 | $225.00 | Expert reports |
| | | 6.70 | | $1,005.00 | |
| Brent Petzoldt | 6/7/2007 | 2.00 | $210 | $420.00 | Analysis |
| Brent Petzoldt | 6/28/2007 | 0.80 | $210 | $168.00 | Analysis |
| | | 2.80 | | $588.00 | |
| Dave Powell | 6/12/2007 | 4.70 | $675 | $3,172.50 | Peer review |
| Dave Powell | 6/13/2007 | 5.30 | $675 | $3,577.50 | Peer review |
| Dave Powell | 6/14/2007 | 2.70 | $675 | $1,822.50 | Peer review |
| | | 12.70 | | $8,572.50 | |
| Rhamonda Riggins | 6/4/2007 | 1.30 | $260 | $338.00 | RUST database |
| Rhamonda Riggins | 6/14/2007 | 0.50 | $260 | $130.00 | RUST database |
| Rhamonda Riggins | 6/27/2007 | 1.00 | $260 | $260.00 | RUST database |
| | | 2.80 | | $728.00 | |
| Ollie Sherman | 6/7/2007 | 0.50 | $675 | $337.50 | Review of report |
| Ollie Sherman | 6/11/2007 | 1.00 | $675 | $675.00 | Review of report |
| Ollie Sherman | 6/12/2007 | 3.00 | $675 | $2,025.00 | Review of report |
| Ollie Sherman | 6/13/2007 | 1.00 | $675 | $675.00 | Review of report |
| Ollie Sherman | 6/14/2007 | 2.00 | $675 | $1,350.00 | Review of report |
| Ollie Sherman | 6/15/2007 | 2.00 | $675 | $1,350.00 | Review of report |
| Ollie Sherman | 6/28/2007 | 2.50 | $675 | $1,687.50 | Review of other expert reports |
| | | 12.00 | | $8,100.00 | |
| Andrew Staudt | 6/6/2007 | 2.00 | $195 | $390.00 | Manville match text summaries |
| | | 2.00 | | $390.00 | |
| Jennifer Teter | 6/27/2007 | 6.00 | $260 | $1,560.00 | Exhibit macro |
| Jennifer Teter | 6/28/2007 | 1.00 | $260 | $260.00 | Exhibit macro |
| | | 7.00 | | $1,820.00 | |
| | | 388.10 | | $174,341.00 | |