## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) |  |

## NOTICE OF APPEARANCE AND
## <u>REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS</u>

PLEASE TAKE NOTICE that Brayton Purcell, LLP, ("Brayton Purcell") hereby appears by its counsel, Daniel K. Hogan and The Hogan Firm; such counsel hereby enters its appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following person at the following address, telephone and facsimile number:

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806
Telephone:  (302) 656-7540
Facsimile: (302) 656-7599

Counsel authorizes service by email to the following email address:dkhogan@dkhogan.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

telegraph, telex or otherwise, filed or made with regard to the above-captioned case and proceeding therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of Brayton Purcell's right (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Brayton Purcell; or (v) of any other rights, claims, actions, setoffs, or recoupments to which Brayton Purcell may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Brayton Purcell expressly reserves.


Dated:  August 8, 2007
      Wilmington, Delaware       Respectfully submitted,

/s/ Daniel K. Hogan
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone:  (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com
Counsel for Brayton Purcell, LLP