**CERTIFICATE OF SERVICE**

The undersigned attorney states that on **August 8, 2007**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed electronically. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system.

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE #2814)