# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 1/1/2007 | 2.0 | Business Operations | Review pension issues of comparable industrial companies |
| Jonathan Brownstein | 1/4/2007 | 3.3 | Business operations | Review research on specialty chemicals companies |
| Ritwik Chatterjee | 1/4/2007 | 2.0 | Financial Analysis | Review earnings release of comparable company (RPM International, Inc.) |
| Jonathan Brownstein | 1/5/2007 | 0.5 | Business operations | Review research on specialty chemicals companies |
| Geoffrey Zbikowski | 1/5/2007 | 3.3 | Financial Analysis | Review earnings release of comparable company (RPM International, Inc.)/ conduct financial analysis re: same |
| Joseph Radecki | 1/8/2007 | 1.8 | Business Operations | Review internal analysis on pension benefits |
| Ritwik Chatterjee | 1/8/2007 | 1.5 | Business Operations | Research and analysis re: pension funding issues |
| Joseph Radecki | 1/10/2007 | 2.5 | Financial Analysis | Read claims information received from Debtor's financial advisor |
| Jonathan Brownstein | 1/10/2007 | 4.0 | Financial Analysis | Review claims info from Blackstone; review related financial analysis |
| Ritwik Chatterjee | 1/10/2007 | 5.3 | Financial Analysis | Receive and review claims analysis from The Blackstone Group; related financial analysis |
| Geoffrey Zbikowski | 1/10/2007 | 5.0 | Financial Analysis | Review Grace claims analysis from Blackstone Group/ conduct financial analysis re: same |
| Joseph Radecki | 1/11/2007 | 1.8 | Business Operations | Attend call with Debtor's financial advisor on claims; internal discussion regarding the same topic |
| Jonathan Brownstein | 1/11/2007 | 2.0 | Financial Analysis | Conference call with Blackstone regarding claims and other various; internal conversations on the same |
| Ritwik Chatterjee | 1/11/2007 | 2.3 | Financial Analysis | Conf. call with The Blackstone Group re: claims; related analysis |
| Geoffrey Zbikowski | 1/11/2007 | 4.3 | Financial Analysis | Call with Blackstone Group re: claims/ conduct related analysis |
| Jonathan Brownstein | 1/12/2007 | 3.0 | Business operations | Review research on specialty chemicals companies |
| Joseph Radecki | 1/16/2007 | 2.8 | Business Operations | Receive and review pension funding motion |
| Jonathan Brownstein | 1/16/2007 | 2.0 | Business Operations | Review pension funding motion and review other related market data |
| Ritwik Chatterjee | 1/16/2007 | 2.8 | Business Operations | Receive and review pension funding motion |
| Geoffrey Zbikowski | 1/16/2007 | 2.8 | Business Operations | Receive and review pension funding motion |
| Joseph Radecki | 1/17/2007 | 1.0 | Financial Analysis | Read claims information received from Debtor's financial advisor |
| Jonathan Brownstein | 1/17/2007 | 2.0 | Financial Analysis | Review additional claims information supplied by Company and advisors |
| Ritwik Chatterjee | 1/17/2007 | 3.3 | Financial Analysis | Receive and review additional claims information; pension analysis |
| Geoffrey Zbikowski | 1/17/2007 | 5.3 | Financial Analysis | Conduct analysis on pension and benefit strategies at other specialty chemical companies |
| Joseph Radecki | 1/19/2007 | 1.0 | Business Operations | Call with Company re: pension and benefits |
| Jonathan Brownstein | 1/19/2007 | 1.0 | Business Operations | Call with Debtor regarding pension motion |
| Ritwik Chatterjee | 1/19/2007 | 4.8 | Business Operations | Call with Company re: pension motion; review additional  materials on same topic |
| Geoffrey Zbikowski | 1/19/2007 | 4.3 | Business Operations | Call with Company re: pension issues/ conduct review of claims info |
| Jonathan Brownstein | 1/23/2007 | 3.0 | Financial Analysis | Receive and review additional claims information; review information of comparable specialty chemicals companies' financials |
| Jonathan Brownstein | 1/23/2007 | 5.0 | Hearing attendance | Telephonic hearing attendance |
| Ritwik Chatterjee | 1/23/2007 | 3.0 | Financial Analysis | Receive and review additional claims information; review earnings release of comparable company (Albemarle Corp.) |
| Ritwik Chatterjee | 1/23/2007 | 5.0 | Hearing attendance | Telephonic hearing attendance |
| Joseph Radecki | 1/24/2007 | 1.3 | Financial Analysis | Review internal financial analysis on comparable companies |
| Ritwik Chatterjee | 1/24/2007 | 1.0 | Financial Analysis | Earnings call of comparable company; related analysis |
| Geoffrey Zbikowski | 1/24/2007 | 6.0 | Financial Analysis | Review quarterly financials of comparable company  - Albemarle Corporation/Review Grace claims information/various financial analysis |
| Jonathan Brownstein | 1/25/2007 | 2.8 | Financial Analysis | Review information of comparable specialty chemicals companies' financials |
| Ritwik Chatterjee | 1/25/2007 | 4.0 | Financial Analysis | Review Company earnings release; review earnings release of comparable company |
| Geoffrey Zbikowski | 1/25/2007 | 2.5 | Financial Analysis | Review Grace quarterly/yearly earnings release |
| Joseph Radecki | 1/26/2007 | 2.0 | Business Operations | Read pension information received from Debtor's financial advisor; review related internal financial analysis |
| Jonathan Brownstein | 1/26/2007 | 4.0 | Business Operations | Review materials on pension funding; review related analysis |
| Ritwik Chatterjee | 1/26/2007 | 6.5 | Business Operations | Receive and review materials on pension funding incl. full year report; related analysis |
| Geoffrey Zbikowski | 1/26/2007 | 6.0 | Business Operations | Read Rohm & Haas quarterly earnings/Review pension and benefit report from Grace/ conduct related analysis |
| Joseph Radecki | 1/30/2007 | 2.0 | Business operations | Call with FCR's counsel re: pension and benefits funding; review related analysis |
| Jonathan Brownstein | 1/30/2007 | 3.0 | Business operations | Call with Orrick attorneys regarding pension and benefit issues pension funding; perform related research |
| Ritwik Chatterjee | 1/30/2007 | 5.3 | Business operations | Call with FCR counsel re: pension funding; related analysis; review earnings release of comparable company (IFF) |
| Geoffrey Zbikowski | 1/30/2007 | 5.0 | Business operations | Call with Orrick team re: pension issues/ conduct related analysis |
| Joseph Radecki | 1/31/2007 | 1.5 | Business Operations | Meeting with Debtor's management regarding various case issues |
| Jonathan Brownstein | 1/31/2007 | 2.8 | Business operations | Review additional pension and benefit materials |
| Ritwik Chatterjee | 1/31/2007 | 3.8 | Business operations | Research and analysis re: pension funding issues |
| Geoffrey Zbikowski | 1/31/2007 | 4.8 | Business operations | Research and analysis re: pension funding issues/ conduct review of International Flavors & Fragrances Inc. quarterly release |

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbikowski | 2/1/2007 | 1.0 | Business Operations | Review of Q4 2006 financial results |
| Geoffrey Zbikowski | 2/1/2007 | 4.0 | Business Operations | Research and analysis re: pension issues |
| Geoffrey Zbikowski | 2/1/2007 | 5.0 | Financial Analysis | Preparation of comparable company analysis |
| Jonathan Brownstein | 2/1/2007 | 0.5 | Business Operations | Review of Q4 2006 financial results |
| Jonathan Brownstein | 2/1/2007 | 1.5 | Business Operations | Research and analysis re: pension issues |
| Jonathan Brownstein | 2/1/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 2/1/2007 | 0.5 | Business Operations | Review of Q4 2006 financial results |
| Joseph Radecki | 2/1/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Ritwik Chatterjee | 2/1/2007 | 0.7 | Business Operations | Review of Q4 2006 financial results |
| Ritwik Chatterjee | 2/1/2007 | 3.0 | Business Operations | Research and analysis re: pension issues |
| Ritwik Chatterjee | 2/1/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/1/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Geoffrey Zbikowski | 2/2/2007 | 3.0 | Business Operations | Research and analysis re: pension issues |
| Jonathan Brownstein | 2/2/2007 | 1.0 | Business Operations | Research and analysis re: pension issues |
| Joseph Radecki | 2/2/2007 | 1.0 | Business Operations | Research and analysis re: pension issues |
| Ritwik Chatterjee | 2/2/2007 | 2.0 | Business Operations | Research and analysis re: pension issues |
| Ritwik Chatterjee | 2/2/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 2/5/2007 | 1.0 | Business Operations | Conference call w/ Orrick re: Pensions |
| Geoffrey Zbikowski | 2/5/2007 | 2.0 | Business Operations | Research and analysis re: pension issues |
| Jonathan Brownstein | 2/5/2007 | 1.0 | Business Operations | Conference call w/ Orrick re: Pensions |
| Jonathan Brownstein | 2/5/2007 | 1.0 | Business Operations | Research and analysis re: pension issues |
| Joseph Radecki | 2/5/2007 | 1.0 | Business Operations | Conference call w/ Orrick re: Pensions |
| Joseph Radecki | 2/5/2007 | 1.0 | Business Operations | Research and analysis re: pension issues |
| Ritwik Chatterjee | 2/5/2007 | 1.0 | Business Operations | Conference call w/ Orrick re: Pensions |
| Ritwik Chatterjee | 2/5/2007 | 4.0 | Business Operations | Research and analysis re: pension issues |
| Ritwik Chatterjee | 2/5/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/6/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 2/7/2007 | 1.0 | Business Operations | Pension motion follow-up |
| Geoffrey Zbikowski | 2/7/2007 | 2.0 | Fee Applications | Preparation of quarterly fee application |
| Geoffrey Zbikowski | 2/7/2007 | 1.5 | Financial Analysis | Review of earnings release of comparable company (Albemarle) |
| Geoffrey Zbikowski | 2/7/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 2/7/2007 | 1.0 | Business Operations | Pension motion follow-up |
| Jonathan Brownstein | 2/7/2007 | 0.5 | Financial Analysis | Review of earnings release of comparable company (Albemarle) |
| Jonathan Brownstein | 2/7/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 2/7/2007 | 0.3 | Business Operations | Pension motion follow-up |
| Ritwik Chatterjee | 2/7/2007 | 1.0 | Business Operations | Pension motion follow-up |
| Ritwik Chatterjee | 2/7/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/7/2007 | 2.0 | Financial Analysis | Review of earnings release of comparable company (Albemarle) |
| Ritwik Chatterjee | 2/7/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 2/8/2007 | 1.0 | Fee Applications | Preparation of quarterly fee application |
| Geoffrey Zbikowski | 2/8/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Jonathan Brownstein | 2/8/2007 | 1.0 | Fee Applications | Preparation of quarterly fee application |
| Jonathan Brownstein | 2/8/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 2/8/2007 | 1.0 | Fee Applications | Preparation of quarterly fee application |
| Joseph Radecki | 2/8/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Ritwik Chatterjee | 2/8/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/8/2007 | 1.5 | Fee Applications | Preparation of quarterly fee application |
| Ritwik Chatterjee | 2/8/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Geoffrey Zbikowski | 2/9/2007 | 3.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 2/9/2007 | 1.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 2/9/2007 | 0.5 | Financial Analysis | Claims analysis |
| Ritwik Chatterjee | 2/9/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/9/2007 | 1.0 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 2/12/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) earnings call and related analysis |
| Jonathan Brownstein | 2/12/2007 | 1.0 | Financial Analysis | Comparable company (Valspar) earnings call and related analysis |
| Ritwik Chatterjee | 2/12/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/12/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) earnings call and related analysis |
| Geoffrey Zbikowski | 2/13/2007 | 1.0 | Financial Analysis | Review of collaboration agreement of comparable company (Johnson Matthey) |
| Ritwik Chatterjee | 2/13/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/13/2007 | 0.5 | Financial Analysis | Review of collaboration agreement of comparable company (Johnson Matthey) |

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbikowski | 2/14/2007 | 2.0 | Business Operations | Meeting w/ Orrick re: Case Issues |
| Jonathan Brownstein | 2/14/2007 | 2.0 | Business Operations | Meeting w/ Orrick re: Case Issues |
| Joseph Radecki | 2/14/2007 | 2.0 | Business Operations | Meeting w/ Orrick re: Case Issues |
| Ritwik Chatterjee | 2/14/2007 | 2.0 | Business Operations | Meeting w/ Orrick re: Case Issues |
| Ritwik Chatterjee | 2/14/2007 | 0.1 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 2/15/2007 | 4.0 | Business Operations | Settlement analysis |
| Jonathan Brownstein | 2/15/2007 | 1.5 | Business Operations | Settlement analysis |
| Joseph Radecki | 2/15/2007 | 1.0 | Business Operations | Settlement analysis |
| Ritwik Chatterjee | 2/15/2007 | 5.0 | Business Operations | Settlement analysis |
| Ritwik Chatterjee | 2/15/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 2/16/2007 | 0.8 | Business Operations | Pension follow-up |
| Geoffrey Zbikowski | 2/16/2007 | 3.0 | Business Operations | Research and analysis re: pension issues |
| Geoffrey Zbikowski | 2/16/2007 | 2.0 | Financial Analysis | Review of corporate guidance/business reorganization info of comparable company (HB |
| Geoffrey Zbikowski | 2/16/2007 | 3.0 | Business Operations | Review of 2007 operating plan |
| Jonathan Brownstein | 2/16/2007 | 0.8 | Business Operations | Pension follow-up |
| Jonathan Brownstein | 2/16/2007 | 1.5 | Business Operations | Research and analysis re: pension issues |
| Jonathan Brownstein | 2/16/2007 | 1.0 | Financial Analysis | Review of corporate guidance/business reorganization info of comparable company (HB |
| Jonathan Brownstein | 2/16/2007 | 2.0 | Business Operations | Review of 2007 operating plan |
| Joseph Radecki | 2/16/2007 | 0.8 | Business Operations | Pension follow-up |
| Joseph Radecki | 2/16/2007 | 1.0 | Business Operations | Research and analysis re: pension issues |
| Joseph Radecki | 2/16/2007 | 1.5 | Business Operations | Review of 2007 operating plan |
| Ritwik Chatterjee | 2/16/2007 | 0.8 | Business Operations | Pension follow-up |
| Ritwik Chatterjee | 2/16/2007 | 2.5 | Business Operations | Research and analysis re: pension issues |
| Ritwik Chatterjee | 2/16/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/16/2007 | 1.5 | Financial Analysis | Review of corporate guidance/business reorganization info of comparable company (HB |
| Ritwik Chatterjee | 2/16/2007 | 2.0 | Business Operations | Review of 2007 operating plan |
| Geoffrey Zbikowski | 2/20/2007 | 3.0 | Business Operations | Operating plan meeting |
| Geoffrey Zbikowski | 2/20/2007 | 1.0 | Financial Analysis | Review of information on business expansion of comparable company (Johnson |
| Geoffrey Zbikowski | 2/20/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Jonathan Brownstein | 2/20/2007 | 3.0 | Business Operations | Operating plan meeting |
| Jonathan Brownstein | 2/20/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 2/20/2007 | 3.0 | Business Operations | Operating plan meeting |
| Joseph Radecki | 2/20/2007 | 0.5 | Financial Analysis | Review of comparable company analysis |
| Ritwik Chatterjee | 2/20/2007 | 3.0 | Business Operations | Operating plan meeting |
| Ritwik Chatterjee | 2/20/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/20/2007 | 2.0 | Financial Analysis | Review of information on business expansion of comparable company (Johnson |
| Ritwik Chatterjee | 2/20/2007 | 3.0 | Financial Analysis | Review of comparable company analysis |
| Geoffrey Zbikowski | 2/21/2007 | 3.0 | Business Operations | Review of materials from Grace re: Global Retirement Program |
| Geoffrey Zbikowski | 2/21/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 2/21/2007 | 2.5 | Business Operations | Review of materials from Grace re: Global Retirement Program |
| Jonathan Brownstein | 2/21/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 2/21/2007 | 2.0 | Business Operations | Review of materials from Grace re: Global Retirement Program |
| Ritwik Chatterjee | 2/21/2007 | 2.0 | Business Operations | Review of materials from Grace re: Global Retirement Program |
| Ritwik Chatterjee | 2/21/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/21/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Ritwik Chatterjee | 2/22/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/23/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/26/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/27/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/28/2007 | 0.1 | Case Administration | Review court docket |

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbikowski | 3/1/2007 | 1.5 | Financial Analysis | Review of press release re: sale of business (Johnson Matthey) |
| Jonathan Brownstein | 3/1/2007 | 1.0 | Financial Analysis | Review of press release re: sale of business (Johnson Matthey) |
| Joseph Radecki | 3/1/2007 | 1.0 | Financial Analysis | Review of press release re: sale of business (Johnson Matthey) |
| Ritwik Chatterjee | 3/1/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/1/2007 | 1.5 | Financial Analysis | Review of press release re: sale of business (Johnson Matthey) |
| Geoffrey Zbikowski | 3/2/2007 | 5.0 | Business Operations | Review of 10-K filing and analysis |
| Geoffrey Zbikowski | 3/2/2007 | 2.0 | Financial Analysis | Review of press release re: acquisition of business (RPM) |
| Jonathan Brownstein | 3/2/2007 | 1.5 | Business Operations | Review of 10-K filing and analysis |
| Jonathan Brownstein | 3/2/2007 | 1.5 | Financial Analysis | Review of press release re: acquisition of business (RPM) |
| Joseph Radecki | 3/2/2007 | 1.5 | Business Operations | Review of 10-K filing and analysis |
| Joseph Radecki | 3/2/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (RPM) |
| Ritwik Chatterjee | 3/2/2007 | 2.0 | Business Operations | Review of 10-K filing |
| Ritwik Chatterjee | 3/2/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/2/2007 | 2.0 | Financial Analysis | Review of press release re: acquisition of business (RPM) |
| Ritwik Chatterjee | 3/5/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/6/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/7/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 3/7/2007 | 1.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Ritwik Chatterjee | 3/7/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/7/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Ritwik Chatterjee | 3/8/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/9/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/12/2007 | 0.1 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/13/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/14/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/15/2007 | 2.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jonathan Brownstein | 3/15/2007 | 1.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Ritwik Chatterjee | 3/15/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/15/2007 | 2.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Geoffrey Zbikowski | 3/16/2007 | 2.0 | Business Operations | Review of Grace funding analysis |
| Jonathan Brownstein | 3/16/2007 | 2.0 | Business Operations | Review of Grace funding analysis |
| Joseph Radecki | 3/16/2007 | 2.0 | Business Operations | Review of Grace funding analysis |
| Ritwik Chatterjee | 3/16/2007 | 1.5 | Business Operations | Review of Grace funding analysis |
| Ritwik Chatterjee | 3/16/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/19/2007 | 2.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Jonathan Brownstein | 3/19/2007 | 2.0 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Joseph Radecki | 3/19/2007 | 1.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Ritwik Chatterjee | 3/19/2007 | 2.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Ritwik Chatterjee | 3/19/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/20/2007 | 1.0 | Case Administration | Review of motion to compel production |
| Jason Solganick | 3/20/2007 | 3.0 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Jason Solganick | 3/20/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/20/2007 | 1.0 | Case Administration | Review of motion to compel production |
| Jonathan Brownstein | 3/20/2007 | 1.0 | Case Administration | Review of motion to compel production |
| Joseph Radecki | 3/20/2007 | 1.0 | Case Administration | Review of motion to compel production |
| Jason Solganick | 3/21/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/22/2007 | 1.0 | Financial Analysis | Review of press release re: new plant construction (Johnson Matthey) |
| Geoffrey Zbikowski | 3/22/2007 | 4.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 3/22/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/22/2007 | 1.0 | Financial Analysis | Review of press release re: new plant construction (Johnson Matthey) |
| Jason Solganick | 3/22/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 3/22/2007 | 0.5 | Financial Analysis | Review of press release re: new plant construction (Johnson Matthey) |
| Jonathan Brownstein | 3/22/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 3/22/2007 | 0.5 | Financial Analysis | Review of press release re: new plant construction (Johnson Matthey) |
| Joseph Radecki | 3/22/2007 | 0.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 3/23/2007 | 0.3 | Case Administration | Review court docket |

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbikowski | 3/26/2007 | 0.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Geoffrey Zbikowski | 3/26/2007 | 6.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 3/26/2007 | 2.5 | Hearings | Court hearing |
| Jason Solganick | 3/26/2007 | 0.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Jason Solganick | 3/26/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/26/2007 | 1.5 | Case Administration | Review of case management order |
| Jason Solganick | 3/26/2007 | 3.0 | Financial Analysis | Review of comparable company analysis |
| Jason Solganick | 3/26/2007 | 2.5 | Hearings | Court hearing |
| Jonathan Brownstein | 3/26/2007 | 0.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Jonathan Brownstein | 3/26/2007 | 2.5 | Hearings | Court hearing |
| Joseph Radecki | 3/26/2007 | 0.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Joseph Radecki | 3/26/2007 | 2.5 | Hearings | Court hearing |
| Geoffrey Zbikowski | 3/27/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 3/27/2007 | 1.5 | Financial Analysis | Review of earnings release of comparable company (HB Fuller) |
| Jason Solganick | 3/27/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/27/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Jason Solganick | 3/27/2007 | 1.5 | Financial Analysis | Review of earnings release of comparable company (HB Fuller) |
| Jonathan Brownstein | 3/27/2007 | 1.0 | Financial Analysis | Review of earnings release of comparable company (HB Fuller) |
| Joseph Radecki | 3/27/2007 | 0.5 | Financial Analysis | Review of earnings release of comparable company (HB Fuller) |
| Geoffrey Zbikowski | 3/28/2007 | 4.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jason Solganick | 3/28/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 3/28/2007 | 3.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jonathan Brownstein | 3/28/2007 | 2.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Joseph Radecki | 3/28/2007 | 1.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Geoffrey Zbikowski | 3/29/2007 | 2.5 | Case Administration | Review of zonolite motion |
| Geoffrey Zbikowski | 3/29/2007 | 3.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 3/29/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/29/2007 | 2.0 | Case Administration | Review of zonolite motion |
| Jason Solganick | 3/29/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Jonathan Brownstein | 3/29/2007 | 1.5 | Case Administration | Review of zonolite motion |
| Jonathan Brownstein | 3/29/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 3/29/2007 | 1.5 | Case Administration | Review of zonolite motion |
| Geoffrey Zbikowski | 3/30/2007 | 3.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 3/30/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/30/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Jonathan Brownstein | 3/30/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 3/30/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |