# EXHIBIT B

## W.R. Grace & Co.
## PJC Expense Detail Report (January 1, 2007 – March 31, 2007)

(Dates Represent Posting Date of Expense)

### January

Research
Geoffrey Zbikowski         1/9/07              $238.35

Telephone
Ritwik Chatterjee          1/23/07             56.10

### February

Telephone
Joe Radecki                02/07/07            68.20
Joe Radecki                02/07/07            69.81
Joe Radecki                02/07/07            69.01

Airfare
Joe Radecki                02/22/07            422.50
Joe Radecki                02/22/07            21.00

Transportation
Joe Radecki                02/22/07            33.00
Joe Radecki                02/22/07            15.00
Joe Radecki                02/22/07            158.60
Joe Radecki                02/22/07            158.60

### March

Research
Geoff Zbikowski            03/16/07            214.44

Telephone
Geoff Zbikowski            03/02/07            118.46
Rit Chatterjee             03/16/07            39.99
Geoff Zbikowski            03/16/07            55.26

**TOTAL EXPENSES:**                            **$1,738.32**