# EXHIBIT C TO PIPER'S FIFTH QUARTERLY: MONTHLY FEE APPLICATION RESEARCH

Geoff Zbikowski - Research charges

---

*Please detach this portion and return with your payment. Thank you!*

# PACER
Public Access to Court Electronic Records

*Visit http://pacer.psc.uscourts.gov for address changes!*

| LOGIN ID | DUE DATE |
|---|---|
| PJ0505 | 02/05/2007 |

Mail Payment to:

**PACER Service Center**
**P.O. Box 70951**
**Charlotte, NC 28272-0951**

| AMOUNT DUE |
|---|
| $428.88 |

35361 T78 ***********AUTO**3-DIGIT 101
Geoffrey Zbikowski
Piper Jaffray
405 Lexington Ave Fl 58
New York NY 10174-5899

- ½ - Grace
- ½ - New Business

**PUBLIC ACCESS TO COURT ELECTRONIC RECORDS**

- total W.R. Grace (R26004) = $214.44

← page 1 of 2 →