# EXHIBIT D TO PIPER'S FIFTH QUARTERLY: MONTHLY FEE APPLICATION TELEPHONE

*Paid* [handwritten]

# Your Statement

Statement For: **RITWIK CHATTERJEE**
Mobile Number: **(646) 409-7765**
Account Number: 336549423

Page 1 of 8

### Important Information
Dial 411 for all your information needs on the go:
phone numbers, movie times, and more!
Just $1.49 per call.

*Rit Chatterjee - phone charges* [handwritten]

AV 02 014557 51963H 87 A**5DGT

### Summary of Charges

| | | |
|---|---|---|
| Previous Balance | $ | 52.38 |
| Pmt Rec'd -Thank You | $ | (52.38) |
| Monthly Service Charges | $ | 56.10 |
| **Total Amount Due** | **$** | **56.10** |
| **Total Amount Due by** | | **1/05/07** |

RITWIK CHATTERJEE
401 E 80TH ST APT 25F
NEW YORK NY 10021-0653

*total W.R. Grace ▓▓▓▓ = $56.10* [handwritten]

### Monthly Service Summary
Monthly service charges from 11/09/06 - 12/08/06

| Mobile Number | Monthly Service Charges | Adjustments | Usage Charges | One Time Charges | Other Charges | Taxes & Surcharges | Total Charges |
|---|---|---|---|---|---|---|---|
| **646-409-7765** | $ 39.99 | $ - | $ 6.26 | $ - | $ - | $ 9.85 | $ 56.10 |

| Available Service | | Type | WHENEVER | | | WEEKEND |
|---|---|---|---|---|---|---|
| **NW Get More w/Nts** | Free Minutes | Minutes | 600 | | | - |
| | Use Them Or Lose Them | Minutes | - | | | Unlimited |
| **Used Service** | | Type | WHENEVER | PEAK | OFF PEAK | WEEKEND |
| | Included Plan Minutes | Minutes | - | 174 | 8 | 55 |

PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT PLEASE MAKE SURE ADDRESS SHOWS THROUGH WINDOW.

# T··Mobile·

Statement For: **RITWIK CHATTERJEE**
Mobile Number: (646) 409-7765
Account Number: 336549423

| Amount Due By 1/05/07 | Amount Enclosed |
|---|---|
| $56.10 | |

T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

☐ To pay this invoice using your credit card - check box and complete the reverse side

☐ For EasyPay Option - check box and complete the reverse side

☐ If you have changed your address - check box and record new address on the reverse side.

0 4033654942301050700000561041002l0653

*Geoff Zbikowski - phone charges - W.R. Grace*


**verizon**wireless
*We never stop working for you.®*

P.O. BOX 17120
TUCSON, AZ 85731-7120

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| My Account at www.verizonwireless.com | 111863755 | Past Due |
| | Invoice Number | 3229399631 |

10084981 01 AT 0.308 **AUTO T6 0 3201 10174-589958 1 3 E RNY10101

GEOFFREY C. ZBIKOWSKI
THE RESTRUCTIONING GROUP
405 LEXINGTON AVE FL 58
NEW YORK NY 10174-5899

**Quick Bill Summary**    Jan 02 – Feb 01

| | |
|---|---|
| Previous Balance *(see back for details)* | $57.91 |
| No Payment Received | $.00 |
| **Balance Forward Due Immediately** | **$57.91** |
| Account Charges and Credits | |
| Includes Late Fee of $5.00 | $5.00 |
| Monthly Access Charges | $43.98 |
| Usage Charges | |
| Voice | $1.49 |
| Data | $.25 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $4.17 |
| Taxes, Governmental Surcharges & Fees | $5.66 |
| **Total Current Charges Due by February 27, 2007** | **$60.55** |

**Total Amount Due**    $118.46

### Verizon Wireless News
**Save Time and Money**
It's never been easier to enroll in Auto Bill Pay. See back of Payment Coupon below for details.

*for:*
- *Dec. 02 - Jan. 01*
- *Jan. 02 - Feb. 01*
*FOR 2 MONTHS*

*Total W.R. Grace = $118.46*

Our records indicate your account is past due. Please send payment now to avoid service disruption.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Account at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

*Rit Chatterjee - phone charges*

## Your Statement

Statement For: **RITWIK CHATTERJEE**
Mobile Number: **(646) 409-7765**
Account Number: 336549423

Page 1 of 8

### Important Information

Dial 411 for all your information
needs on the go:
phone numbers, movie times,
and more!
Just $1.49 per call.

AV 01 015186 88794H 82 A**5DGT

RITWIK CHATTERJEE
401 E 80TH ST APT 25F
NEW YORK NY 10021-0653

### Summary of Charges

| | | |
|---|---|---|
| Previous Balance | $ | 56.10 |
| Pmt Rec'd -Thank You | $ | (56.10) |
| Monthly Service Charges | $ | 231.57 |
| **Total Amount Due** | **$** | **231.57** |
| **Total Amount Due by** | | **2/05/07** |

*total W.R. Grace ▮▮▮▮ = $39.99*

### Monthly Service Summary

Monthly service charges from 12/09/06 - 1/08/07

| Mobile Number | Monthly Service Charges | Adjustments | Usage Charges | One Time Charges | Other Charges | Taxes & Surcharges | Total Charges |
|---|---|---|---|---|---|---|---|
| 646-409-7765 | $ 39.99 | $ - | $ 173.34 | $ - | $ - | $ 18.24 | $ 231.57 |

| Available Service | | Type | WHENEVER | | WEEKEND |
|---|---|---|---|---|---|
| NW Get More w/Nts | Free Minutes | Minutes | 600 | | - |
| | Use Them Or Lose Them | Minutes | - | | Unlimited |
| **Used Service** | | Type | WHENEVER | PEAK   OFF PEAK | WEEKEND |
| | Included Plan Minutes | Minutes | - | 176       60 | 140 |

PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT PLEASE MAKE SURE ADDRESS SHOWS THROUGH WINDOW.

**T··Mobile·** *WR Grace*

T-MOBILE
PO BOX 790047
ST. LOUIS MO 63179-0047

Statement For: **RITWIK CHATTERJEE**
Mobile Number: (646) 409-7765
Account Number: 336549423

| Amount Due By 2/05/07 | Amount Enclosed |
|---|---|
| $231.57 | |

☐ To pay this invoice using your credit card - check box and complete the reverse side

☐ For EasyPay Option - check box and complete the reverse side

☐ If you have changed your address - check box and record new address on the reverse side.

04033654942302050700002315731002106530


**verizon**wireless
*We never stop working for you®*

P.O. BOX 17120
TUCSON, AZ 85731-7120

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| My Account at www.verizonwireless.com | 582642085-00001 | 03/27/07 |
| | Invoice Number | 1632262672 |

10084158 01 AT 0.308 **AUTO H8 1 1301 10174-589958 1 34 E NYMT0107

GEOFFREY C ZBIKOWSKI
THE RESTRUCTIONING GROUP
405 LEXINGTON AVE FL 58
NEW YORK, NY 10174-5899

*Geoff Zbikowski – phone charges*

### Quick Bill Summary — Feb 02 – Mar 01

| | |
|---|---|
| Previous Balance *(see back for details)* | $118.46 |
| Payment – Thank You | –$118.46 |
| **Balance Forward** | **$.00** |
| Monthly Access Charges | $43.98 |
| Usage Charges | |
|    Voice | $1.49 |
|    Data | $.25 |
| Verizon Wireless' Surcharges | |
|    and Other Charges & Credits | $3.89 |
| Taxes, Governmental Surcharges & Fees | $5.65 |
| **Total Current Charges** | **$55.26** |

**Total Charges Due by March 27, 2007**     $55.26

### Verizon Wireless News

**Manage Your Account Online with My Account**
With My Account you can manage your online account faster and easier. And, as always, use it at your convenience - 24/7.

*total W.R. Grace = $55.26*

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Account at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

**verizon**wireless
*We never stop working for you.®*

P.O. BOX 17120
TUCSON, AZ 85731-7120

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| My Account at www.verizonwireless.com | 104996590 | 11/09/06 |
| | Invoice Number | 3211735240 |

10032434 02 AV 0.530 **AUTO T9 0 4013 06840-400291 1234 E RCT11304

JOSEPH RADECKI
91 SUNSET HILL RD
NEW CANAAN CT 06840-4002

*JOE RADECKI —*

*PHONE CHARGES*

## Quick Bill Summary          Sep 14 – Oct 13

| | |
|---|---|
| Previous Balance *(see back for details)* | $141.63 |
| Payment – Thank You | –$141.63 |
| **Balance Forward** | **$.00** |
| Monthly Access Charges | $124.99 |
| Usage Charges | |
|     Voice | $.00 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $3.18 |
| Taxes, Governmental Surcharges & Fees | $8.24 |
| **Total Current Charges** | $136.41 |
| **Total Amount Due by November 09, 2006** | **$136.41** |

### Verizon Wireless News
**A New Look to Your Bill**
Thanks to customer input, we've redesigned your bill. Enclosed is a guide to your new bill. Visit our website at www.verizonwireless.com to view your bill and interactive demo.



*• total W.R. Grace ▬▬▬ = $68.20*

*$136.41* ✓

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Account at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

**verizon**wireless
We never stop working for you.®

P.O. BOX 17120
TUCSON, AZ 85731-7120

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| My Account at www.verizonwireless.com | 104996590 | 01/08/07 |
| | Invoice Number | 3221622243 |

10034314 01 AV 0.293 **AUTO T2 0 4213 06840-400291 1 3   E RCT11304

JOSEPH RADECKI
91 SUNSET HILL RD
NEW CANAAN CT 06840-4002

*JOE RADECKI –*
*PHONE CHARGES*

## Quick Bill Summary             Nov 14 – Dec 13

| | |
|---|---|
| Previous Balance *(see back for details)* | $138.02 |
| Payment – Thank You | –$138.02 |
| Balance Forward | $.00 |
| Monthly Access Charges | $124.99 |
| Usage Charges | |
| Voice | $2.98 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $3.24 |
| Taxes, Governmental Surcharges & Fees | $8.42 |
| **Total Current Charges** | **$139.63** |

**Verizon Wireless News**
**Save Time and Money**
It's never been easier to enroll in Auto Bill Pay. See back of Payment Coupon below for details.

**Total Amount Due by January 08, 2007**         $139.63 ✓

*total W.R. Grace ▬ $69.81*

$139.63 ✓

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Account at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

**verizon**wireless
We never stop working for you.®

P.O. BOX 17120
TUCSON, AZ 85731-7120

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| My Account at www.verizonwireless.com | 104996590 | 12/08/06 |
| | Invoice Number | 3216653223 |

10033028  01 AV 0.293  **AUTO  T1 0 4113 06840-400291 1 3   E RCT11304

JOSEPH RADECKI
91 SUNSET HILL RD
NEW CANAAN CT 06840-4002

JOE RADECKI –
PHONE CHARGES

## Quick Bill Summary                Oct 14 – Nov 13

| | |
|---|---|
| Previous Balance *(see back for details)* | $136.41 |
| Payment – Thank You | –$136.41 |
| **Balance Forward** | **$.00** |
| Monthly Access Charges | $124.99 |
| Usage Charges | |
|     Voice | $1.49 |
| Verizon Wireless' Surcharges | |
|     and Other Charges & Credits | $3.21 |
| Taxes, Governmental Surcharges & Fees | $8.33 |
| **Total Current Charges** | **$138.02** |

**Total Amount Due by December 08, 2006**     $138.02

total W.R. Grace  = $69.01

$138.02

### Verizon Wireless News

**Hooked on TXT?** Get unlimited IN messaging starting at $10 per month and enjoy unlimited IN messaging to over 52 million other Verizon Wireless customers so you can TXT your friends and family on their Verizon Wireless phone as much as you like. Call 1 800-779-5010 and sign up for an IN messaging package today.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Account at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |