# EXHIBIT E TO PIPER'S FIFTH QUARTERLY: MONTHLY FEE APPLICATION AIRFARE

Joe Radecki - Air fare charge - W.R. Grace



total = $422.50

# LaRuffa, Cori

| | |
|---|---|
| **From:** | CWT Aqua Communication 6 [CWTAQUAMail6@carlsonwagonlit.com] |
| **Sent:** | Friday, February 09, 2007 4:10 PM |
| **To:** | LaRuffa, Cori |
| **Subject:** | Itin For JOSEPH RADECKI 12FEB |

```
** The Mailbox which generated this email does not receive messages.  It is a distribution
box only.  If you need travel assistance, please contact your travel consultant.  Thank
you **                                                                February 9, 2007
```

```
        For:   JOSEPH RADECKI 050-90105-00-00

        Sales Person:
        Locator:
        Customer Number:
```


```
        Monday   February 12, 2007
        Delta Air Lines                            Flight Number: 1949
        Class of Service:Coach Class Y
        Depart: La Guardia, NY                     10:30 Am February 12, 2007
        Arrive: Ronald Reagan Natl, DC             11:46 Am February 12, 2007
        Total Flight Time:                         1 Hour 16 Minutes  Non-Stop
        Equipment: McDonnell Douglas MD-80
        Meal Service: None
        Status: Confirmed                          Confirmation Number: B5C1EQ

        DEPT TERMINAL Z
        ARRV TERMINAL B
        LOCAL TRAFFIC ONLY
        SEAT ASSIGNMENTS RESTRICTED TO AIRPORT CHECK-IN

        Monday   February 12, 2007
        Ronald Reagan Natl, DC
          THE LATHAM HOTEL
        3000 M STREET NW
        WASHINGTON DC 20007
        Phone Number: 1-202-7265000
        Fax Number: 1-202-295 2003
        Number of Rooms: 1
        Rate: 209.00 USD Per Night
        Check In: Feb 12, 2007
        Check Out: Feb 13, 2007
        Confirmation Number: 103405991
        Cancellation Policy: MUST BE CANCELLED 24 HOURS PRIOR TO ARRIVAL
        Room Reserved For: JOSEPH RADECKI
        NON SMOKING KING

        Monday   February 12, 2007
        Delta Air Lines                            Flight Number: 1958
        Class of Service:Coach Class Y
        Depart: Ronald Reagan Natl, DC             3:30 Pm February 12, 2007
        Arrive: La Guardia, NY                     4:39 Pm February 12, 2007
        Total Flight Time:                         1 Hour 9 Minutes  Non-Stop
        Equipment: McDonnell Douglas MD-80
```

```
Meal Service: None
Status: Confirmed                              Confirmation Number: B5C1EQ

DEPT TERMINAL B
ARRV TERMINAL Z
LOCAL TRAFFIC ONLY
SEAT ASSIGNMENTS RESTRICTED TO AIRPORT CHECK-IN



Name:                                 RADECKI/JOSEPH
Invoice / Ticket:                     256368/0067662171488

Base:                                         373.68
Tax 1:                                         14.00   XT
Tax 2:                                         28.02   US
Tax 3:                                          6.80   ZP
Total:                                        422.50    — air fare
------------------------------------------------
Name:                                 RADECKI/JOSEPH
Invoice / Ticket:                     256368/8908151563344

Base:
Tax 1:                                          0.00
Tax 2:                                          0.00
Tax 3:                                          0.00
Total:                                         21.00    — agent fee
------------------------------------------------

Total Amount:                                 443.50




DOMESTIC CHECK-IN MINIMUM 90 MINUTES
INTERNATIONAL CHECK-IN MINIMUM 3 HOURS
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS
WHICH ARE PART OF THIS TRANSACTION
AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS/INDEX.HTML
**PASSPORT REQUIREMENT FOR AIR TRAVEL EFFECTIVE JAN07**
BEGINNING JAN 2007-PASSENGERS TRAVELING TO/FROM THE U.S.
VIA AIR TO THE CARRIBBEAN-BERMUDA-MEXICO OR CANADA
ARE REQUIRED TO HAVE A VALID PASSPORT
**PLEASE REVIEW ALL DOCUMENTATION IMMEDIATELY**
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN
24 HOURS AFTER RECEIPT OF DOCUMENTS
THANK YOU AND HAVE A PLEASANT TRIP
FOR ASSISTANCE CALL 800-757-8317
AFTER HOURS OUTSIDE THE USA CALL
CALL 952-831-7888
INTERNATIONAL TRAVELERS SHOULD REGISTER WITH
THE STATE DEPARTMENT AT
HTTPS //TRAVELREGISTRATION.STATE.GOV/IBRS/
TSA SECURITY RULES RE LUGGAGE AND BOARDING PASSES
ARE CHANGING/CHECK WWW.TSA.GOV AND CLICK TRAVEL TIPS
OR CTCT YOUR TRAVEL AGENT TO VERIFY LATEST AIRPORT INFO.
050-90105-00-00
TOTAL FEES CHARGED THIS INVOICE 21.00
YOUR DELTA AIRLINES CONFIRMATION NUMBER IS B5C1EQ
```

2