# EXHIBIT F TO PIPER'S FIFTH QUARTERLY: MONTHLY FEE APPLICATION TRANSPORTATION

Joe Radecki - transportation - W.R. Grace ▮

## TAXICAB RECEIPT

Time: _____
Date: 2/12/07

Origin of trip: airport

Destination: Orrick offices

Fare: $17.00    Sign: _____

## TAXICAB RECEIPT

Time: _____
Date: 2/12/07

Origin of trip: Orrick offices

Destination: airport

Fare: $16.00    Sign: _____

$33.00

Joe Radecki - transportation - W.R. Grace

"2007 Leadership in Distressed Markets" - Event
(Argyle Executive Forum.)

```
I ♡ NEW YORK
MED #          8P89
TRIP #         3572
ST. TIME 12:00PM
END TIME 12:12PM
DATE   FEB-07-07
DIST           1.38
FARE $         7.70
to Contact TLC
Dial 3-1-1
```

1.30
$9.00

• Cab charge - $9.00

• plus 3 subway rides @ $2.00 each = $6.00

total transportation = $15.00

**LaRuffa, Cori**

*Joe Radecki - transportation -*
*W.R. Grace*

**From:** confirmation/receipt@chauffeuredlimo.com
**Sent:** Wednesday, February 14, 2007 2:07 PM
**To:** LaRuffa, Cori
**Subject:** Ride Receipt for Reservation# 73489



Chauffeured Limousine (800-762-6927)
Red Dot Airport Shuttle (800-673-3368)
1262 State St. Bridgeport, CT 06605
Phone: 203-332-0666 Fax: 203-366-5016
Email: confirmation/receipt@chauffeuredlimo.com
Web:

## Ride Receipt

MISCELLANEOUS

Account# : MSC
Invoice# :
Inv Date :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02/12/07 Stops | **Res#:** 73489  **PU:** 91 SUNSET HILL ROAD NEW CANAAN CT 06840  **Drop:** LGA DL  **Pickup:** 08:30AM **Dropoff:**   **Passenger:** RADECKI, JOE  Flat:                                                         SEDAN  Req By: Cori Laruffa    Chauf: 550  Wait Time: -                              Wait Chg:  Phone: - Mins                             Phone:                                                Stops:                                                Tolls:                                                STC:                                                Gratuity:                                                Discount:                                                Deposit:                                            Ride Total:                                      **Trip Amount Due:** | $115.00      $0.00    $10.25 $16.10 $17.25        $158.60 $0.00 | |

*total = $158.60*

2/14/2007

LaRuffa, Cori                    *Joe Radecki - transportation*

                                 *W.R. Grace*

| From: | confirmation/receipt@chauffeuredlimo.com |
|---|---|
| Sent: | Wednesday, February 14, 2007 3:08 PM |
| To: | LaRuffa, Cori |
| Subject: | Ride Receipt for Reservation# 73489-2 |



Chauffeured Limousine (800-762-6927)
Red Dot Airport Shuttle (800-673-3368)
1262 State St. Bridgeport, CT 06605
Phone: 203-332-0666 Fax: 203-366-5016
Email: confirmation/receipt@chauffeuredlimo.com
Web:

# Ride Receipt

MISCELLANEOUS

Account# : MSC
Invoice# :
Inv Date :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02/12/07 Stops | **Res#:** 73489-2  **PU:** LGA 1956 DL<br>**Drop:** 91 SUNSET HILL ROAD NEW CANAAN CT 06840<br>**Pickup:** 03:42PM **Dropoff:**  **Passenger:** RADECKI, JOE<br><br>Flat:                                                      SEDAN<br>Req By: Cori Laruffa     Chauf: 590<br>Wait Time: -                                          Wait Chg:<br>Phone: - Mins                                      Phone:<br>                                                         Stops:<br><br>                                                         Tolls:<br>                                                         STC:<br>                                                         Gratuity:<br>                                                         Discount:<br>                                                         Deposit:<br>                                                         Ride Total:<br>**Trip Amount Due:** | $115.00<br><br><br><br>$0.00<br><br>$10.25<br>$16.10<br>$17.25<br><br><br>$158.60<br>$0.00 | |



total = $158.60

2/14/2007