# EXHIBIT H TO PIPER'S FIFTH QUARTERLY: MONTHLY FEE APPLICATION FOR THE PERIOD <u>FEBRUARY 1-28, 2007</u>

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date:  June 18, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### THIRTEENTH MONTHLY INTERIM APPLICATION OF
### PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the

Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its Thirteenth Monthly Application of Piper Jaffray & Co. for Compensation for Services

Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period

February 1, 2007 through February 28, 2007 seeking payment of fees in the amount of

$80,000.00 (80% of $100,000.00) and expenses in the amount of $1,015.72 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE  19801, on or before **June 18, 2007 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe 3050 K Street, NW, Washington, DC  20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL  60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY  10038-4982  and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE  19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL  33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE  19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY  10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE  19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL  60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE  19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY  10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE  19801; and (ix) the Fee Auditor,

Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080,

Dallas, TX  75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON, & SUTCLIFFE LLP

By:_____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC  20007
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: May 25, 2007

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtor.** | ) | Objection Date:  June 18, 2007 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### THIRTEENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | February 1, 2007 – February 28, 2007 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $1,015.72 |

This is a    __x__ monthly       __ interim       ___ final application

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**FEBRUARY 1-28, 2007**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 94.2 | NA |
| Case Administration Related | 4.2 | NA |
| Fee Applications | 6.5 | NA |
| Financial Analysis Related | 65.5 | NA |
| **TOTAL** | **170.4** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

Telephone    $207.02
Airfare    443.50
Transportation    365.20

**TOTAL**    **$1,015.72**

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: May 24, 2007

---

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### February-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbikowski | 2/1/2007 | 1.0 | Business Operations | Review of Q4 2006 financial results |
| Geoffrey Zbikowski | 2/1/2007 | 4.0 | Business Operations | Research and analysis re:  pension issues |
| Geoffrey Zbikowski | 2/1/2007 | 5.0 | Financial Analysis | Preparation of comparable company analysis |
| Jonathan Brownstein | 2/1/2007 | 0.5 | Business Operations | Review of Q4 2006 financial results |
| Jonathan Brownstein | 2/1/2007 | 1.5 | Business Operations | Research and analysis re:  pension issues |
| Jonathan Brownstein | 2/1/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 2/1/2007 | 0.5 | Business Operations | Review of Q4 2006 financial results |
| Joseph Radecki | 2/1/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Ritwik Chatterjee | 2/1/2007 | 0.7 | Business Operations | Review of Q4 2006 financial results |
| Ritwik Chatterjee | 2/1/2007 | 3.0 | Business Operations | Research and analysis re:  pension issues |
| Ritwik Chatterjee | 2/1/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/1/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Geoffrey Zbikowski | 2/2/2007 | 3.0 | Business Operations | Research and analysis re:  pension issues |
| Jonathan Brownstein | 2/2/2007 | 1.0 | Business Operations | Research and analysis re:  pension issues |
| Joseph Radecki | 2/2/2007 | 1.0 | Business Operations | Research and analysis re:  pension issues |
| Ritwik Chatterjee | 2/2/2007 | 2.0 | Business Operations | Research and analysis re:  pension issues |
| Ritwik Chatterjee | 2/2/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 2/5/2007 | 1.0 | Business Operations | Conference call w/ Orrick re:  Pensions |
| Geoffrey Zbikowski | 2/5/2007 | 2.0 | Business Operations | Research and analysis re:  pension issues |
| Jonathan Brownstein | 2/5/2007 | 1.0 | Business Operations | Conference call w/ Orrick re:  Pensions |
| Jonathan Brownstein | 2/5/2007 | 1.0 | Business Operations | Research and analysis re:  pension issues |
| Joseph Radecki | 2/5/2007 | 1.0 | Business Operations | Conference call w/ Orrick re:  Pensions |
| Joseph Radecki | 2/5/2007 | 1.0 | Business Operations | Research and analysis re:  pension issues |
| Ritwik Chatterjee | 2/5/2007 | 1.0 | Business Operations | Conference call w/ Orrick re:  Pensions |
| Ritwik Chatterjee | 2/5/2007 | 4.0 | Business Operations | Research and analysis re:  pension issues |
| Ritwik Chatterjee | 2/5/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/6/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 2/7/2007 | 1.0 | Business Operations | Pension motion follow-up |
| Geoffrey Zbikowski | 2/7/2007 | 2.0 | Fee Applications | Preparation of quarterly fee application |
| Geoffrey Zbikowski | 2/7/2007 | 1.5 | Financial Analysis | Review of earnings release of comparable company (Albemarle) |
| Geoffrey Zbikowski | 2/7/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 2/7/2007 | 1.0 | Business Operations | Pension motion follow-up |
| Jonathan Brownstein | 2/7/2007 | 0.5 | Financial Analysis | Review of earnings release of comparable company (Albemarle) |
| Jonathan Brownstein | 2/7/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 2/7/2007 | 0.3 | Business Operations | Pension motion follow-up |
| Ritwik Chatterjee | 2/7/2007 | 1.0 | Business Operations | Pension motion follow-up |
| Ritwik Chatterjee | 2/7/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/7/2007 | 2.0 | Financial Analysis | Review of earnings release of comparable company (Albemarle) |
| Ritwik Chatterjee | 2/7/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 2/8/2007 | 1.0 | Fee Applications | Preparation of quarterly fee application |
| Geoffrey Zbikowski | 2/8/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Jonathan Brownstein | 2/8/2007 | 1.0 | Fee Applications | Preparation of quarterly fee application |
| Jonathan Brownstein | 2/8/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 2/8/2007 | 1.0 | Fee Applications | Preparation of quarterly fee application |
| Joseph Radecki | 2/8/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Ritwik Chatterjee | 2/8/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/8/2007 | 1.5 | Fee Applications | Preparation of quarterly fee application |
| Ritwik Chatterjee | 2/8/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Geoffrey Zbikowski | 2/9/2007 | 3.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 2/9/2007 | 1.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 2/9/2007 | 0.5 | Financial Analysis | Claims analysis |
| Ritwik Chatterjee | 2/9/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/9/2007 | 1.0 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 2/12/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) earnings call and related analysis |
| Jonathan Brownstein | 2/12/2007 | 1.0 | Financial Analysis | Comparable company (Valspar) earnings call and related analysis |
| Ritwik Chatterjee | 2/12/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/12/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) earnings call and related analysis |
| Geoffrey Zbikowski | 2/13/2007 | 1.0 | Financial Analysis | Review of collaboration agreement of comparable company (Johnson Matthey) |
| Ritwik Chatterjee | 2/13/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/13/2007 | 0.5 | Financial Analysis | Review of collaboration agreement of comparable company (Johnson Matthey) |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
### February-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbikowski | 2/14/2007 | 2.0 | Business Operations | Meeting w/ Orrick re: Case Issues |
| Jonathan Brownstein | 2/14/2007 | 2.0 | Business Operations | Meeting w/ Orrick re: Case Issues |
| Joseph Radecki | 2/14/2007 | 2.0 | Business Operations | Meeting w/ Orrick re: Case Issues |
| Ritwik Chatterjee | 2/14/2007 | 2.0 | Business Operations | Meeting w/ Orrick re: Case Issues |
| Ritwik Chatterjee | 2/14/2007 | 0.1 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 2/15/2007 | 4.0 | Business Operations | Settlement analysis |
| Jonathan Brownstein | 2/15/2007 | 1.5 | Business Operations | Settlement analysis |
| Joseph Radecki | 2/15/2007 | 1.0 | Business Operations | Settlement analysis |
| Ritwik Chatterjee | 2/15/2007 | 5.0 | Business Operations | Settlement analysis |
| Ritwik Chatterjee | 2/15/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 2/16/2007 | 0.8 | Business Operations | Pension follow-up |
| Geoffrey Zbikowski | 2/16/2007 | 3.0 | Business Operations | Research and analysis re:  pension issues |
| Geoffrey Zbikowski | 2/16/2007 | 2.0 | Financial Analysis | Review of corporate guidance/business reorganization info of comparable company (HB |
| Geoffrey Zbikowski | 2/16/2007 | 3.0 | Business Operations | Review of 2007 operating plan |
| Jonathan Brownstein | 2/16/2007 | 0.8 | Business Operations | Pension follow-up |
| Jonathan Brownstein | 2/16/2007 | 1.5 | Business Operations | Research and analysis re:  pension issues |
| Jonathan Brownstein | 2/16/2007 | 1.0 | Financial Analysis | Review of corporate guidance/business reorganization info of comparable company (HB |
| Jonathan Brownstein | 2/16/2007 | 2.0 | Business Operations | Review of 2007 operating plan |
| Joseph Radecki | 2/16/2007 | 0.8 | Business Operations | Pension follow-up |
| Joseph Radecki | 2/16/2007 | 1.0 | Business Operations | Research and analysis re:  pension issues |
| Joseph Radecki | 2/16/2007 | 1.5 | Business Operations | Review of 2007 operating plan |
| Ritwik Chatterjee | 2/16/2007 | 0.8 | Business Operations | Pension follow-up |
| Ritwik Chatterjee | 2/16/2007 | 2.5 | Business Operations | Research and analysis re:  pension issues |
| Ritwik Chatterjee | 2/16/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/16/2007 | 1.5 | Financial Analysis | Review of corporate guidance/business reorganization info of comparable company (HB |
| Ritwik Chatterjee | 2/16/2007 | 2.0 | Business Operations | Review of 2007 operating plan |
| Geoffrey Zbikowski | 2/20/2007 | 3.0 | Business Operations | Operating plan meeting |
| Geoffrey Zbikowski | 2/20/2007 | 1.0 | Financial Analysis | Review of information on business expansion of comparable company (Johnson |
| Geoffrey Zbikowski | 2/20/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Jonathan Brownstein | 2/20/2007 | 3.0 | Business Operations | Operating plan meeting |
| Jonathan Brownstein | 2/20/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 2/20/2007 | 3.0 | Business Operations | Operating plan meeting |
| Joseph Radecki | 2/20/2007 | 0.5 | Financial Analysis | Review of comparable company analysis |
| Ritwik Chatterjee | 2/20/2007 | 3.0 | Business Operations | Operating plan meeting |
| Ritwik Chatterjee | 2/20/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/20/2007 | 2.0 | Financial Analysis | Review of information on business expansion of comparable company (Johnson |
| Ritwik Chatterjee | 2/20/2007 | 3.0 | Financial Analysis | Review of comparable company analysis |
| Geoffrey Zbikowski | 2/21/2007 | 3.0 | Business Operations | Review of materials from Grace re:  Global Retirement Program |
| Geoffrey Zbikowski | 2/21/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 2/21/2007 | 2.5 | Business Operations | Review of materials from Grace re:  Global Retirement Program |
| Jonathan Brownstein | 2/21/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 2/21/2007 | 2.0 | Business Operations | Review of materials from Grace re:  Global Retirement Program |
| Ritwik Chatterjee | 2/21/2007 | 2.0 | Business Operations | Review of materials from Grace re:  Global Retirement Program |
| Ritwik Chatterjee | 2/21/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/21/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Ritwik Chatterjee | 2/22/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/23/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/26/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/27/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/28/2007 | 0.1 | Case Administration | Review court docket |

# EXHIBIT B

### W.R. Grace
### Detail of expenses (February 1, 2007 – February 28, 2007)

Telephone
| | | | |
|---|---|---|---|
| Joe Radecki | 02/07/07 | $ 68.20 | |
| Joe Radecki | 02/07/07 | $ 69.81 | |
| Joe Radecki | 02/07/07 | $ 69.01 | |
| **Total Telephone:** | | | **$ 207.02** |

Air fare
| | | | |
|---|---|---|---|
| Joe Radecki | 02/22/07 | $ 422.50 | |
| Joe Radecki | 02/22/07 | $ 21.00 | |
| **Total Air fare:** | | | **$ 443.50** |

Transportation
| | | | |
|---|---|---|---|
| Joe Radecki | 02/22/07 | $ 33.00 | |
| Joe Radecki | 02/22/07 | $ 15.00 | |
| Joe Radecki | 02/22/07 | $ 158.60 | |
| Joe Radecki | 02/22/07 | $ 158.60 | |
| **Total Transportation:** | | | **$ 365.20** |

**TOTAL EXPENSES:**                                    **$1,015.72**

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., <u>et al</u>.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

<u>**AFFIDAVIT**</u>

STATE OF NEW YORK          )
                                                   )  ss.:
COUNTY OF NEW YORK    )

Jason Solganick being duly sworn, deposes and says:

      1.      I am a Vice President of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

      2.      No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

      3.      I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.      I have reviewed the Thirteenth Monthly Interim Application of Piper Jaffray & Co. for the time period February 1, 2007 through February 28, 2007 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

Jason Solganick

Sworn to and subscribed before me
this 24th day of May, 2007

Cori A. LaRuffa
Notary Public, State of New York
No. 01LA6149999
Commission Expires 07-24-2010

My commission expires:

2