# EXHIBIT I TO PIPER'S FIFTH QUARTERLY: MONTHLY FEE APPLICATION FOR THE PERIOD MARCH 1-31, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: June 18, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## FOURTEENTH MONTHLY INTERIM APPLICATION OF
## PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its Fourteenth Monthly Application of Piper Jaffray & Co. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period March 1, 2007 through March 31, 2007 seeking payment of fees in the amount of $80,000.00 (80% of $100,000.00) and expenses in the amount of $428.15 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **June 18, 2007 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe 3050 K Street, NW, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

ORRICK, HERRINGTON, & SUTCLIFFE LLP

By: _____
Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: May 25, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) |  |
| Debtor. ) | Objection Date: June 18, 2007 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**FOURTEENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2007 THROUGH MARCH 31, 2007**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | March 1, 2007 – March 31, 2007 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $428.15 |

This is a    _x_ monthly            __ interim            ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### MARCH 1-31, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 31.0 | NA |
| Case Administration Related | 18.8 | NA |
| Hearings | 10.0 | NA |
| Financial Analysis Related | 79.0 | NA |
| **TOTAL** | **138.8** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Research | $ 214.44 |
| Telephone | 213.71 |
| **TOTAL** | **$ 428.15** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By:_____
Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: May 24, 2007

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

# W.R. Grace
## PJC Time Records
### March-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbikowski | 3/1/2007 | 1.5 | Financial Analysis | Review of press release re: sale of business (Johnson Matthey) |
| Jonathan Brownstein | 3/1/2007 | 1.0 | Financial Analysis | Review of press release re: sale of business (Johnson Matthey) |
| Joseph Radecki | 3/1/2007 | 1.0 | Financial Analysis | Review of press release re: sale of business (Johnson Matthey) |
| Ritwik Chatterjee | 3/1/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/1/2007 | 1.5 | Financial Analysis | Review of press release re: sale of business (Johnson Matthey) |
| Geoffrey Zbikowski | 3/2/2007 | 5.0 | Business Operations | Review of 10-K filing and analysis |
| Geoffrey Zbikowski | 3/2/2007 | 2.0 | Financial Analysis | Review of press release re: acquisition of business (RPM) |
| Jonathan Brownstein | 3/2/2007 | 1.5 | Business Operations | Review of 10-K filing and analysis |
| Jonathan Brownstein | 3/2/2007 | 1.5 | Financial Analysis | Review of press release re: acquisition of business (RPM) |
| Joseph Radecki | 3/2/2007 | 1.5 | Business Operations | Review of 10-K filing and analysis |
| Joseph Radecki | 3/2/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (RPM) |
| Ritwik Chatterjee | 3/2/2007 | 2.0 | Business Operations | Review of 10-K filing |
| Ritwik Chatterjee | 3/2/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/2/2007 | 2.0 | Financial Analysis | Review of press release re: acquisition of business (RPM) |
| Ritwik Chatterjee | 3/5/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/6/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/7/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 3/7/2007 | 1.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Ritwik Chatterjee | 3/7/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/7/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Ritwik Chatterjee | 3/8/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/9/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/12/2007 | 0.1 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/13/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/14/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/15/2007 | 2.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jonathan Brownstein | 3/15/2007 | 1.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Ritwik Chatterjee | 3/15/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/15/2007 | 2.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Geoffrey Zbikowski | 3/16/2007 | 2.0 | Business Operations | Review of Grace funding analysis |
| Jonathan Brownstein | 3/16/2007 | 2.0 | Business Operations | Review of Grace funding analysis |
| Joseph Radecki | 3/16/2007 | 2.0 | Business Operations | Review of Grace funding analysis |
| Ritwik Chatterjee | 3/16/2007 | 1.5 | Business Operations | Review of Grace funding analysis |
| Ritwik Chatterjee | 3/16/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/19/2007 | 2.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Jonathan Brownstein | 3/19/2007 | 2.0 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Joseph Radecki | 3/19/2007 | 1.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Ritwik Chatterjee | 3/19/2007 | 2.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Ritwik Chatterjee | 3/19/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/20/2007 | 1.0 | Case Administration | Review of motion to compel production |
| Jason Solganick | 3/20/2007 | 3.0 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Jason Solganick | 3/20/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/20/2007 | 1.0 | Case Administration | Review of motion to compel production |
| Jonathan Brownstein | 3/20/2007 | 1.0 | Case Administration | Review of motion to compel production |
| Joseph Radecki | 3/20/2007 | 1.0 | Case Administration | Review of motion to compel production |
| Jason Solganick | 3/21/2007 | 0.2 | Case Administration | Review court docket |

# EXHIBIT A
# W.R. Grace
## PJC Time Records
### March-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbikowski | 3/22/2007 | 1.0 | Financial Analysis | Review of press release re: new plant construction (Johnson Matthey) |
| Geoffrey Zbikowski | 3/22/2007 | 4.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 3/22/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/22/2007 | 1.0 | Financial Analysis | Review of press release re: new plant construction (Johnson Matthey) |
| Jason Solganick | 3/22/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 3/22/2007 | 0.5 | Financial Analysis | Review of press release re: new plant construction (Johnson Matthey) |
| Jonathan Brownstein | 3/22/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 3/22/2007 | 0.5 | Financial Analysis | Review of press release re: new plant construction (Johnson Matthey) |
| Joseph Radecki | 3/22/2007 | 0.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 3/23/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/26/2007 | 0.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Geoffrey Zbikowski | 3/26/2007 | 6.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 3/26/2007 | 2.5 | Hearings | Court hearing |
| Jason Solganick | 3/26/2007 | 0.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Jason Solganick | 3/26/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/26/2007 | 1.5 | Case Administration | Review of case management order |
| Jason Solganick | 3/26/2007 | 3.0 | Financial Analysis | Review of comparable company analysis |
| Jason Solganick | 3/26/2007 | 2.5 | Hearings | Court hearing |
| Jonathan Brownstein | 3/26/2007 | 0.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Jonathan Brownstein | 3/26/2007 | 2.5 | Hearings | Court hearing |
| Joseph Radecki | 3/26/2007 | 0.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Joseph Radecki | 3/26/2007 | 2.5 | Hearings | Court hearing |
| Geoffrey Zbikowski | 3/27/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 3/27/2007 | 1.5 | Financial Analysis | Review of earnings release of comparable company (HB Fuller) |
| Jason Solganick | 3/27/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/27/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Jason Solganick | 3/27/2007 | 1.5 | Financial Analysis | Review of earnings release of comparable company (HB Fuller) |
| Jonathan Brownstein | 3/27/2007 | 1.0 | Financial Analysis | Review of earnings release of comparable company (HB Fuller) |
| Joseph Radecki | 3/27/2007 | 0.5 | Financial Analysis | Review of earnings release of comparable company (HB Fuller) |
| Geoffrey Zbikowski | 3/28/2007 | 4.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jason Solganick | 3/28/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 3/28/2007 | 3.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jonathan Brownstein | 3/28/2007 | 2.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Joseph Radecki | 3/28/2007 | 1.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Geoffrey Zbikowski | 3/29/2007 | 2.5 | Case Administration | Review of zonolite motion |
| Geoffrey Zbikowski | 3/29/2007 | 3.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 3/29/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/29/2007 | 2.0 | Case Administration | Review of zonolite motion |
| Jason Solganick | 3/29/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Jonathan Brownstein | 3/29/2007 | 1.5 | Case Administration | Review of zonolite motion |
| Jonathan Brownstein | 3/29/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 3/29/2007 | 1.5 | Case Administration | Review of zonolite motion |
| Geoffrey Zbikowski | 3/30/2007 | 3.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 3/30/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/30/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Jonathan Brownstein | 3/30/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 3/30/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |

# EXHIBIT B

## W.R. Grace
## Detail of expenses (March 1, 2007 – March 31, 2007)

Research
Geoff Zbikowski                 03/16/07           $ 214.44
                    **Total Research:**                                     **$ 214.44**

Telephone
Geoff Zbikowski                 03/02/07           $ 118.46
Rit Chatterjee                   03/16/07           $   39.99
Geoff Zbikowski                 03/16/07           $   55.26
                    **Total Telephone:**                                 **$ 213.71**

**TOTAL EXPENSES:**                                                                **$428.15**

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Jason Solganick being duly sworn, deposes and says:

1. I am a Vice President of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.  I have reviewed the Fourteenth Monthly Interim Application of Piper Jaffray & Co. for the time period March 1, 2007 through March 31, 2007 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

_____
Jason Solganick

Sworn to and subscribed before me
this 24th day of May, 2007

_____
Carl A. LaRuffa

My commission expires:

Carl A. LaRuffa
Notary Public, State of New York
No. 01LA6149999
Commission Expires 07-24-2010

2