THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Date: |
| | ) | Hearing Date: |

**ORDER GRANTING FIFTH QUARTERLY INTERIM APPLICATION OF PIPER JAFFRAY & CO. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2007 THROUGH MARCH 31, 2007**

Piper Jaffray & Co. ("PJC"), as financial advisor to the Future Claimants' Representative, filed its Fifth Quarterly Interim Application for allowance of compensation and reimbursement of expenses for January 1, 2007 through March 31, 2007 (the "Fifth Quarterly Application"). The Court has reviewed the Fifth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Fifth Quarterly Application, and any hearing on the Fifth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fifth Quarterly Application. Accordingly, it is hereby ORDERED that the Fifth Quarterly Application of PJC is GRANTED on an interim basis. The Debtors shall pay to PJC the sum of $300,000.00 as compensation and $1,738.32 as reimbursement for expenses for a total of $301,738.32 for services rendered and disbursements incurred by PJC for the period January 1, 2007 through March 31, 2007, less any amounts which may have been previously paid in connection with the monthly fee applications.

Dated: _____

_____
United States Bankruptcy Judge