IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 01-1139 (JKF)<br>)<br>) Objection Deadline: September 7, 2007 at 4:00 p.m.<br>) Hearing: September 24, 2007 at 2:00 p.m. |

**COVER SHEET TO FIFTH QUARTERLY APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2007 THROUGH MARCH 31, 2007**

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 (pursuant to this Court's Order entered May 8, 2006) |
| Period for which compensation is sought: | January 1, 2007 through March 31, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,098,668.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   57,670.14 |

This is an:   _X_ interim     ___ monthly     ___ final application.

## PRIOR APPLICATIONS FILED

Orrick was retained effective February 6, 2006, pursuant to this Court's Order entered May 8, 2006. Orrick has previously filed the following quarterly fee applications:

a. First Quarterly Fee Application for the time period February 6, 2006 through March 31, 2006 in the amount of $206,292.25 in fees and $7,501.32 in expenses, for a total of $213,793.57.

b. Second Quarterly Fee Application for the time period April 1, 2006 through June 30, 2006 in the amount of $456,045.25 in fees and $14,568.92 in expenses, for a total of $470,614.17.

c. Third Quarterly Fee Application for the time period July 1, 2006 through September 30, 2006 in the amount of $558,019.75 in fees and $25,651.67 in expenses, for a total of $583,671.42

d. Fourth Quarterly Fee Application for the time period October 1, 2006 through December 31, 2007 in the amount of $841,070.00 in fees and $98,378.95 in expenses, for a total of $ 939,448.95.

## COMPENSATION SUMMARY
## JANUARY 1, 2007 THROUGH MARCH 31, 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| John Ansbro | Partner, 3 years in position; 12 years relevant experience; 1995, Litigation | $625 | 426.10 | $262,000.00[1] |
| Roger Frankel | Partner, 24 years in position; 36 years relevant experience; 1971, Bankruptcy | $770 | 172.80 | $126,357.00[2] |
| Jonathan P. Guy | Partner, 7 years in position; 14 years relevant experience; 1993, Bankruptcy | $650 | 50.00 | $32,500.00 |
| Raymond G. Mullady, Jr. | Partner, 14 years in position; 24 years relevant experience; 1983, Litigation | $635 | 272.20 | $179,973.75 |

---

1   This amount reflects a reduction of $2,218.75 (February 2007) and $1,625.00 (March 2007) for the 50% discount of hourly rates for non-working travel.

2   This amount reflects a reduction of $4,389.00 (January 2007), $1,155.00 (February 2007) and $1,155.00 (March 2007) for the 50% discount of hourly rates for non-working travel.

2

| Garret G. Rasmussen | Partner, 25 years in position; 33 years relevant experience; 1974, Litigation | $700 | 71.70 | $49,665.00 |
|---|---|---|---|---|
| Richard H. Wyron | Partner, 18 years in position; 28 years relevant experience; 1979, Bankruptcy | $700 | 68.30 | $46,410.00[3] |
| Jeffery D. Hermann | Of Counsel, 5 years in position; 30 years relevant experience; 1977, Bankruptcy | $570 | 2.2 | $1,331.00 |
| Joshua M. Cutler | Associate, 4 years in position; 4 years relevant experience; 2003, Litigation | $430 | 1.00 | $430.00 |
| Debra L. Felder | Associate, 5 years in position; 5 years relevant experience; 2002, Bankruptcy | $465 | 552.30 | $252,634.50[4] |
| Annie L. Hermele | Associate, 3 years in position; 3 years relevant experience; 2004, Litigation | $390 | 46.50 | $18,135.00 |
| Emily S. Somers | Associate, .5 years in position; .5 years relevant experience; 2006, Litigation | $270 | .60 | $162.00 |
| Katherine Thomas | Associate, 3 years in position; 3 years relevant experience; 2004, Bankruptcy | $390 | 1.70 | $663.00 |
| Shannon D. Venegas | Associate, 3 years in position; 3 years relevant experience; 2004, Litigation | $390 | 113.50 | $45,591.00 |
| Catharine L. Zurbrugg | Associate, 2 years in position; 2 years relevant experience; 2005, Litigation | $355 | 138.30 | $48,155.75 |
| Rachael M. Barainca | Legal Assistant | $150 | 107.00 | $16,050.00 |
| Caren Biberman | Manager, Research & Info Resources | $205 | .50 | $102.50 |
| James Cangialosi | Legal Assistant | $235 | 41.00 | $9,635.00 |
| Debra O. Fullem | Bankruptcy Research Specialist | $225 | 24.90 | $5,602.50 |
| Timothy J. Hoye | Practice Support Project Coordinator | $195 | .40 | $78.00 |
| John M. Mora | Litigation Tech Manager | $240 | 1.20 | $288.00 |
| Patricia M. Parker | Legal Assistant | $205 | 20.10 | $2,358.00 |
| Aaron R. Thorp | Project Coordinator | $195 | 9.60 | $1,872.00 |
| **Total** | | | **2,121.90** | **$1,098,668.00** |
| **Blended Rate: $517.78** | | | | |

---

[3]   This amount reflects a reduction of $700.00 (January 2007) and $700.00 (March 2007) for the 50% discount of hourly rates for non-working travel.

[4]   This amount reflects a reduction of $930.00 (January 2007) and $3,255.00 (February 2007) for the 50% discount of hourly rates for non-working travel.

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 1, 2007 THROUGH MARCH 31, 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 35.40 | $5,422.50 |
| Compensation of Professionals-Orrick | 45.70 | $10,152.50 |
| Compensation of Professionals-Other | 23.50 | $4,522.50 |
| Litigation | 1,935.60 | $1,046,768.00 |
| Plan and Disclosure Statement | 29.70 | $22,191.00 |
| Retention of Professionals-Orrick | 2.80 | $630.00 |
| Travel Time (Non-Working) | 4.50 | $1,262.50 |
| **TOTAL** | **2,121.90** | **$1,098,668.00** |

## FEE REDUCTION

After Orrick filed its monthly fee statements for this period but before it had filed the Fifth Quarterly Fee Application, the Fee Auditor provided Orrick with an initial report questioning certain time entries. In response, and in an effort to avoid disputes with the Fee Auditor, Orrick has agreed to reduce its total billed hours by 29.50 hours, and its total fees by $13,410.00, with respect to the following professionals:

| Professional | Billed Hours Reduction | Fee Reduction |
|---|---|---|
| John Ansbro | 2.50 | $1,562.50 |
| Jonathan P. Guy | 1.60 | $1,040.00 |
| Garret G. Rasmussen | 1.50 | $525.00 |
| Patricia M. Parker | 0.00 | $1,762.50 |
| Shannon D. Venegas | 13.20 | $4,368.00 |
| Richard H. Wyron | 3.70 | $2,590.00 |
| Catharine L. Zurbrugg | 7.00 | $1,562.00 |
| **Total** | **29.50** | **$13,410.00** |

The Compensation Summary and Compensation by Project Category set out above reflect Orrick's fees after taking these additional agreed reductions into account.

## EXPENSE SUMMARY[5]
## JANUARY 1, 2007 THROUGH MARCH 31, 2007

| Expense Category | Total |
|---|---|
| Court Call – conferencing services | $885.00 |
| Deposition Services | $1,619.06 |
| Document Technologies, Inc. | $9,608.55 |
| Duplicating | $7,161.30 |
| Experts: Fees and Expenses | $12,946.00 |
| Facsimile | $7.00 |
| Hotel | $3,746.84 |
| Subpoena Fees | $100.00 |
| Meals | $2,077.29 |
| Mileage | $141.34 |
| Pacer | $2,305.04 |
| Parking | $193.50 |
| Postage/Express Delivery | $3,172.32 |
| Secretarial Overtime | $44.25 |
| Telephone | $258.48 |
| Tolls | $3.00 |
| Travel – Airfare/Train | $6,157.37 |
| Travel - Taxi | $1,273.65 |
| Westlaw and Lexis Research | $5,970.15 |
| **TOTAL** | **$57,670.14** |

Orrick's Client Charges and Disbursements Policy effective January 1, 2006, are as follows:

  a. ***Duplicating*** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

  b. ***Long Distance Telephone and Facsimile Charges*** -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

  c. ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

  d. ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support

---

[5] All available expense back-up is attached as Exhibit D-O.

staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances. Orrick utilized secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case. Thus, certain charges were incurred by secretaries for overtime. (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

e.   *Computerized Research* -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so. The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick. Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost. There is no separate charge for free internet research.

                          Respectfully submitted,

                          ORRICK, HERRINGTON & SUTCLIFFE LLP

                          By: _____
                          Roger Frankel, admitted *pro hac vice*
                          Richard H. Wyron, admitted *pro hac vice*
                          3050 K Street, NW
                          Washington, DC  20007
                          (202) 339-8400
                          Co-Counsel to David T. Austern, Future Claimants'
                          Representative

Dated: August 9, 2007