# EXHIBIT D TO ORRICK'S FIFTH QUARTERLY: COURTCALL

| TRAN DATE | APP DATE | ATTORNEY | CCID# | REF | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Orrick, Herrington & Sutcliffe (CC-2041) | | | 01/30/2007 through 02/27/2007 | | | | |
| 2/5/07 | 2/2/07 | Debra Felder | 1620138 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139  *17367.2* | $38.00 | $0.00 | $38.00 | ($1,476.00) |
| 2/5/07 | 2/2/07 | Raymond Mullady | 1620170 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 " | $38.00 | $0.00 | $38.00 | ($1,438.00) |
| 2/5/07 | 2/2/07 | David Austern | 1620256 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 " | $25.00 | $0.00 | $25.00 | ($1,413.00) |
| 2/6/07 | 2/5/07 | Raymond Mullady | 1623659 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 " | $51.00 | $0.00 | $51.00 | ($2,057.00) |
| 2/6/07 | 2/5/07 | David Austern | 1623358 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 " | $51.00 | $0.00 | $51.00 | ($2,006.00) |
| 2/22/07 | 2/20/07 | Debra Felder | 1629890 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 " | $25.00 | $0.00 | $25.00 | ($1,981.00) |
| 2/22/07 | 2/20/07 | Raymond Mullady | 1629907 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 " | $25.00 | $0.00 | $25.00 | ($1,956.00) |

$253.00

Court Call Debit Account
CCDA-06-2041

Orrick, Herrington & Sutcliffe (CC-2041)
Attn: Diane Bannerman/ Rose Meade
3050 K. Street, NW
Washington, DC 20007
Tel: 202-339-8400
Fax: 202-339-8500

Printed on 02/27/07 9:59 AM

## Orrick, Herrington & Sutcliffe (CC-2041)   12/28/2006 through 01/30/2007

| TRAN DATE | APP DATE | ATTORNEY | CCID# | REF | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/26/07 | 1/23/07 | Jonathan Brownstein | 1601661 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $129.00 | $0.00 | $129.00 | ($2,198.00) |
| 1/26/07 | 1/23/07 | Ritwik Chatterjee | 1601637 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $135.50 | $0.00 | $135.50 | ($2,062.50) |
| 1/26/07 | 1/23/07 | Roger Frankel | 1601560 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $129.00 | $0.00 | $129.00 | ($1,933.50) |
| 1/26/07 | 1/23/07 | Richard Wyron | 1601621 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-1139 | $103.00 | $0.00 | $103.00 | ($1,830.50) |
| 1/26/07 | 1/23/07 | Debra Felder | 1601631 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $135.50 | $0.00 | $135.50 | ($1,695.00) |

$253+632=$885.00

632.00

Court Call Debit Account
CCDA-06-2041

Orrick, Herrington & Sutcliffe (CC-2041)
Attn: Diane Bannerman/ Rose Meade
3050 K. Street, NW
Washington, DC 20007
Tel: 202-339-8400
Fax: 202-339-8500

Printed on 01/30/07  8:03 AM