# EXHIBIT E TO ORRICK'S FIFTH QUARTERLY: DEPOSITION SERVICES



# JANE ROSE REPORTING
Professional Court Reporting Management

**SERVICES RENDERED TO**

John Ansbro, Esquire
ORRICK HERRINGTON
666 Fifth Avenue
New York, New York 10103

**MAKE PAYMENT TO**

Jane Rose Reporting Inc.
Tax ID 39-2003825
c/o Signature Bank
300 Park Avenue
New York, New York 10022

| BILLING REFERENCE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| W.R. Grace | 3/13/2007 | |
| | | PAYMENT DUE |
| | | 4/12/2007 |

| PROFESSIONAL COURT REPORTING SERVICES | QTY | RATE | AMOUNT |
|---|---|---|---|
| US District Court - Delaware<br>Chapter 11 - W.R. Grace<br>Location: Boca Raton, Florida<br>Attorney: John Ansbro and Debra Felder | | | |
| DEPOSITION OF: Robert Beber - February 21, 2007<br>One Copy - 263 Pages @ $5.47 - Two Day Expedite Delivery<br>Includes Full-Sized Transcript, Min-U-Script, ASCII & E-Transcript | 263 | 5.47 | 1,438.61 |
| 199 Hard Copy Tabbed/Scanned Exhibits @ $.55 each | 199 | 0.55 | 109.45 |
| Federal Express/Delivery Charges | 1 | 71.00 | 71.00 |

Payment Due in 30 Days
Interest @ 1.5% per mo. after 30 days

VISA, MasterCard, American Express
Call Jane Rose Reporting @ 1-800-825-3341

**TOTAL AMOUNT DUE   $1,619.06**

CLIENT MATTER _____ APPROVED BY_____ DATE_____

c/o Signature Bank / 300 Park Avenue / New York, NY 10022 / phone: 1-800-825-3341
Please make payment to: Jane Rose Reporting Inc. / Federal Tax ID 39-2003825