# EXHIBIT F TO ORRICK'S FIFTH QUARTERLY: DOCUMENT TECHNOLOGIES INC.



**Document Technologies, Inc.**

2000 M Street, NW
Suite LL03
Washington, DC  20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 295819

Invoice Date: 12/29/06

Bill To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135
Debbie Felder

Ship To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135

| Terms | Net 15 Days |
| SalesPerson | DC CRB |
| P.O. Number | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | IMG - DVD Master | 35.00 | 35.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Subtotal: 35.00
Total Sales Tax: 2.01
Total: 37.01

Accepted By: _____

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA  31193-3440



**Document Technologies, Inc.**
2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 303259

Invoice Date: 02/07/07

Bill To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135
Rose Meade

Ship To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135

Terms         Net 15 Days
SalesPerson   DC CRB
SalesPerson 2
Cust. P.O.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 4,590 | C Work - Medium Litigation | 0.12 | 550.80 |

Ordered 02-07-07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Accepted By: _(signature) 2/9 CB_

| | |
|---|---|
| Subtotal: | 550.80 |
| Total Sales Tax: | 31.67 |
| Total: | 582.47 |

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA  31193-3440



## Document Technologies, Inc.

2000 M Street, NW
Suite LL03
Washington, DC  20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  303880

Invoice Date:  02/13/07

Bill To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135
Debbie Felder

Ship To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135

Terms        Net 15 Days
SalesPerson  DC CRB
SalesPerson 2
Cust. P.O.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 35,128 | B Work - Light Litigation | 0.10 | 3,512.80 |
| 5 | Redwells | 2.00 | 10.00 |

Ordered on 2-10-07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

|  |  |
|---|---|
| Subtotal: | 3,522.80 |
| Total Sales Tax: | 202.56 |
| Total: | 3,725.36 |

Accepted By: 

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA  31193-3440



**Document Technologies, Inc.**
2000 M Street, NW
Suite LL03
Washington, DC  20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 304650

Invoice Date: 02/15/07

Bill To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135
Debbie Felder

Ship To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135

| Terms | Net 15 Days |
|---|---|
| SalesPerson | DC CRB |
| SalesPerson 2 | |
| Cust. P.O. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 44,975 | C Work - Medium Litigation | 0.10 | 4,497.50 |
| | Ordered 02-12-07 | | |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 4,497.50 |
| Total Sales Tax: | 258.61 |
| Total: | 4,756.11 |

Accepted By: 

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA  31193-3440



# Document Technologies, Inc.

2000 M Street, NW
Suite LL03
Washington, DC  20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  307097

Invoice Date:  02/28/07

Bill To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135
Debbie Felder

Ship To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135



| Terms | Net 15 Days |
|---|---|
| SalesPerson | DC CRB |
| SalesPerson 2 | |
| Cust. P.O. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 2 | IMG - DVD Master | 45.00 | 90.00 |
| 2 | IMG - DVD Duplication | 35.00 | 70.00 |
| | Ordered 02-09-07 | | |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 160.00 |
| Total Sales Tax: | 9.20 |
| Total: | 169.20 |

Accepted By: _Rene Meade_

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA  31193-3440

# Document Technologies, Inc.

2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 307082

Invoice Date: 02/28/07

**Bill To:**
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135
Debbie Felder

**Ship To:**
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135

| | |
|---|---|
| Terms | Net 15 Days |
| SalesPerson | DC CRB |
| SalesPerson 2 | |
| Cust. P.O. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 2 | IMG - DVD Master | 45.00 | 90.00 |
| 2 | IMG - DVD Duplication | 35.00 | 70.00 |

Ordered 02-09-07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 160.00 |
| Total Sales Tax: | 9.20 |
| Total: | 169.20 |

Accepted By: _____

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA  31193-3440



**Document Technologies, Inc.**
2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 306914

Invoice Date: 02/28/07

Bill To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135
Rose Meade

Ship To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135



Terms         Net 15 Days
SalesPerson   DC CRB
SalesPerson 2
Cust. P.O.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 2 | DVD Duplication | 35.00 | 70.00 |
| 2 | DVD Master | 45.00 | 90.00 |

Ordered on 2-21-07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Subtotal: 160.00
Total Sales Tax: 9.20
Total: 169.20

Accepted By: _Rose Meade_

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA  31193-3440