# EXHIBIT G TO ORRICK'S FIFTH QUARTERLY: EXPERTS

100 Pine Street
Suite 1500
San Francisco, California 94111
415 395 9300 Tel
415 395 7499 Fax

ALTMAN&CRONIN
BENEFIT CONSULTANTS, LLC

February 6, 2007

Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007-5135

**Invoice for Professional Services Rendered - #SP0107-7**

Dear Mr. Wyron:

The following is our invoice for services rendered in January and February 2007:

**Description of Services – W.R. Grace**



**Hours Rendered**

- I. Altman          6.70 hours x $460          $3,082
- N. Fischer         1.20 hours x $95           $114

**Total Invoice**                               **$3,196**

  **Please remit payment to:**   Altman & Cronin
                                 100 Pine Street, Suite 1500
                                 San Francisco, CA  94111

  **Payment due upon receipt**

Thank you for the opportunity to work with your organization. If you have any questions regarding this invoice, please call (415) 395-9300.

# JACOB JACOBY RESEARCH, INC.

THREE LINCOLN CENTER, SUITE 60A
160 WEST 66TH STREET, NEW YORK, NEW YORK 10023-6570
212 769-2700   FAX: 212 769-2763   E-MAIL: JJACOBY@JJRI.COM

Jacob Jacoby, Ph.D.
*President*

---

### INVOICE 6033-A

**TO:** Garrett Rasmussen, Esq.
Orrick, Herrington & Sutcliffe
3050 K Street, N.W.
Washington, D.C. 20007-5135

**DATE:** February 16, 2007

**RE:** W.R. Grace

**FOR:** [REDACTED]

**TOTAL AMOUNT DUE:**  $5,625

_____
Jacob Jacoby, Ph.D.

# JACOB JACOBY RESEARCH, INC.

THREE LINCOLN CENTER, SUITE 60A
160 WEST 66TH STREET, NEW YORK, NEW YORK 10023-6570
212 769-2700   FAX: 212 769-2763   E-MAIL: JJACOBY@JJRI.COM

Jacob Jacoby, Ph.D.
*President*

### INVOICE 6033-B

TO: Garrett Rasmussen, Esq.
Orrick, Herrington & Sutcliffe
3050 K Street, N.W.
Washington, D.C. 20007-5135

DATE: March 5, 2007

RE: W.R. Grace

FOR: 

**TOTAL AMOUNT DUE:**                    **$4,125**

*Jacob Jacoby, Ph.D.*