# EXHIBIT H TO ORRICK'S FIFTH QUARTERLY: HOTEL

Asbro



| | | | 5150 Town Center Circle |
|---|---|---|---|
| | | | Boca Raton, FL 33486 |
| | | | (561) 392-4600 |
| | | | Marriott.com/PBIBR |

BOCA RATON MARRIOTT                                    GUEST FOLIO

| 615 | ANSBRO/JOHN | 389.00 | 02/23/07 | 06:51 | 1121 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| NSDB | | | 02/20/07 | 18:05 | |
| TYPE | | | ARRIVE | TIME | |
| 11 | | PASSPORT: | | | |
| ROOM CLERK | | AXXXXXXXXXXXX2006 | | | |
| ROOM CLERK | ADDRESS | PAYMENT | | | MR#: |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 02/20 | ROOM | 615, 1 | 389.00 | |
| 02/20 | ROOM TAX | 615, 1 | 44.74 | |

433.74

| 02/21 | ROOM | 615, 1 | 389.00 | |
| 02/21 | ROOM TAX | 615, 1 | 44.74 | |

=$1,309.22

| 02/22 | ROOM | 615, 1 | 389.00 | |
| 02/22 | ROOM TAX | 615, 1 | 44.74 | |

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

1,309.22



**Marriott**
BOCA RATON
AT BOCA CENTER

**Marriott**
HOTELS & RESORTS

BOCA RATON MARRIOTT
BOCA CENTER
BOCA RATON, FL  33486
(561)392-4600

5150 Town Center Circle
Boca Raton, FL 33486
(561) 392-4600
Marriott.com/PBIBR

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill you in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

0-0000
Rev. 0/00      FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290

1 of 1
February 23, 2007



# Washington Duke Inn & Golf Club

3001 Cameron Boulevard   •   Durham, North Carolina 27705   •   (919) 490-0999

Reservation Number 100650

**Send to**    Orrick Herrington & Sutcliffe L

**Phone**

**Group**    Orrick Herrington & Sutcliffe

**Arrival Date**
2/15/2007

**Departure Date**
2/16/2007

**Bill To**    Orrick Herrington & Sutcliffe L

**Phone**

Folio Number 388286

| Trans Date | Description | Voucher | Amount |
|---|---|---|---|
| **Charges** | | | |
| 2/15/2007 | Banquet Charge | | 696.44 |
| 2/17/2007 | Audio Visual Charges | | 166.53 |
| | Total Charges | | 862.97 |
| **Payments** | | | |
| 2/5/2007 | Visa Card | | -500.00 |
| 2/23/2007 | Visa Card | | -362.89 |
| 2/23/2007 | Visa Card | | -0.08 |
| | Total Payments | | -862.97 |
| | | **Balance Due:** | 0.00 |

Total

Total Tax    $0.00

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies of charges must be made within five days after my departure.

Guest Signature: _____

**Marriott.**
BOCA RATON
HOTELS & RESORTS
AT BOCA CENTER

5150 Town Center Circle
Boca Raton, FL 33486
(561) 392-4600
Marriott.com/PBIBR

BOCA RATON MARRIOTT         GUEST FOLIO

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 916 | FELDER/DEBRA/MRS | 359.00 | 02/23/07 | 09:06 | 1109 |
| TYPE | | | ARRIVE | TIME | |
| DXKG | | | 02/20/07 | 18:03 | |
| ROOM CLERK | ADDRESS | | PASSPORT: BKXXXXXXXXXXXX9380 | | MR#: |
| 15 | 7969 BLITZ COURT | | | | |
| | DUNN LORING VA 22027 | | PAYMENT | | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 02/20 | ROOM | 420, 1 | 359.00 | |
| 02/20 | ROOM TAX | 420, 1 | 41.29 | |
| 02/21 | ROOM | 916, 1 | 359.00 | |
| 02/21 | ROOM TAX | 916, 1 | 41.29 | |
| 02/22 | ROOM | 916, 1 | 359.00 | |
| 02/22 | ROOM TAX | 916, 1 | 41.29 | |

**WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM**



1,200.87

**Marriott.**
BOCA RATON
AT BOCA CENTER

**Marriott.**
HOTELS & RESORTS

BOCA RATON MARRIOTT
BOCA CENTER
BOCA RATON, FL 33486
(561)392-4600

5150 Town Center Circle
Boca Raton, FL 33486
(561) 392-4600
Marriott.com/PBIBR

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290

0-0000
Rev. 0/00

Frankel

# OMNI HOTELS®

OMNI BERKSHIRE PLACE HOTEL
21 EAST 52ND STREET
NEW YORK CITY    NY    10022
Tele- 212-753-5800    Fax- 212-754-5020

FRANKEL, ROGER

Room Number: 1522
Daily Rate: 389
Room Type: EXKN
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 01/04/07 | 01/05/07 | | CCRA | CONS | 11700720249 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 01/04/07 | 1522 | ROOM CHARGE | #1522 FRANKEL, ROGER | $389.00 |
| 01/04/07 | 1522 | CITY TAX 5% | CITY TAX 5% | $19.45 |
| 01/04/07 | 1522 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | $3.50 |
| 01/04/07 | 1522 | SALES TAX 8.375% | SALES TAX 8.375% | $32.58 |

½ Grace = 222.27



TOTAL DUE:    $444.53

Wyron


# OMNI HOTELS

OMNI BERKSHIRE PLACE HOTEL
21 EAST 52ND STREET
NEW YORK CITY   NY   10022
**Tele-** 212-753-5800   **Fax-** 212-754-5020

WYRON, RICHARD(S2)

**Room Number:** 1812
**Daily Rate:** 389
**Room Type:** KNMAD
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 02/14/07 | 02/15/07 | | CCRA | CONS | 11700729861 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 02/14/07 | 1812 | ROOM CHARGE | #1812 WYRON, RICHARD(S2) | $389.00 |
| 02/14/07 | 1812 | CITY TAX 5% | CITY TAX 5% | $19.45 |
| 02/14/07 | 1812 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | $5.50 |
| 02/14/07 | 1812 | SALES TAX 8.375% | SALES TAX 8.375% | $32.58 |
| 02/15/07 | 1812 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($454.61) |

- 446.53
1/3 billed to Grace = $151.51

**CREDIT DUE:**   ($0.00)