# EXHIBIT I TO ORRICK'S FIFTH QUARTERLY: MEALS

Ansbro





PRIMO CAPPUCINO
PENNSYLVANIA STATION
LONG ISLAND RAIL ROAD LEVEL
NEW YORK N.Y 10001
DATE 01/29/2007 MON    TIME 06:48

MD COFFEE                 $1.65
MISC NO TAX               $1.90
        2.00xITEMS
TOTAL                     $3.55
CASH                      $5.00
CHANGE                    $1.45
                          00002



*SATURDAY*

**Cafe Metro**
22 West 52nd Street
New York,
212-28



Cntr 8675  02/10/07-A  12:27pm
Guests 1  BREAKFAST 2    Table (STANDEE)
-------------------------------------------
1..FRESH SQUEEZE OJ
    FRESH SQ'E OJ              2.99
1..COFFEE/TEA                  1.19
    SMALL
1..MISC. TAXABLE               2.25
                            --------
            Items             6.43
            Tax                .54
    TOTAL                     6.97

        CASH              20.00
    (Change due)          13.03
Check 8675 PAID 12:27pm FILESVR#1-B


    Thank you for Choosing Cafe Metro

        order online at cafemetrony.com
        and receive a 10% discount

---

*SUNDAY*

**Cafe Metro**
22 West 52nd Street
New York, NY 10017
212-265-4848

Cntr 7978  02/11/07-A  3:10pm
Guests 1  BREAKFAST 2    Table (STANDEE)
-------------------------------------------
1..FRESH SQUEEZE OJ
    FRESH SQ'E OJ              2.99
1..WATER
    SM WATER                  1.69
1..SOUP                       2.59
    SMALL
1..MISC. TAXABLE              2.75
1..MISC. TAXABLE              6.99
                            --------
            Items            17.01
            Tax               1.42
    TOTAL                    18.43

        CASH              20.00
    (Change due)           1.57
Check 7978 PAID  3:10pm FILESVR#1-A


    Thank you for Choosing Cafe Metro

        order online at cafemetrony.com
        and receive a 10% discount

---

**Cafe Metro**
22 West 52nd Street
New York, NY 10017
212-265-4848

Cntr 5132  02/17/07-A  12:57pm
Guests 1  BREAKFAST 1    Table (STANDEE)
-------------------------------------------
1..FRESH SQUEEZE OJ
    FRESH SQ'E OJ              2.99
1..MISC. TAXABLE              1.99
                            --------
*SATURDAY*  Items            4.98
            Tax               .42
    TOTAL                    5.40

        CASH               6.00
    (Change due)            .60
Check 5132 PAID 12:57pm CASH4#1-A


    Thank you for Choosing Cafe Metro

        order online at cafemetrony.com
        and receive a 10% discount



**Cafe Metro**
22 West 52nd Street
New York, NY 10017
212-265-4848

Cntr 5032  02/18/07-A  2:34pm
Guests 1 BREAKFAST 2    Table (STANDEE)
------------------------------------------
          Items        6.34
          Tax           .53
     TOTAL        6.87

          CASH      20.00
(Change  due)      13.13
Check 5032 PAID  2:34pm FILESVR#1-A

*Sunday*

Thank you for Choosing Cafe Metro

order online at cafemetrony.com
and receive a 10% discount

---

*Sunday*

**Cafe Metro**
22 West 52nd Street
New York, NY 10017
212-265-4848

Cntr 1298  02/25/07-A  12:39pm
Guests 1 BREAKFAST 1    Table (STANDEE)
------------------------------------------
          Items       13.72
          Tax          1.15
     TOTAL       14.87

          CASH      20.00
(Change  due)       5.13
Check 1298 PAID 12:39pm CASH4#1-B

Thank you for Choosing Cafe Metro

order online at cafemetrony.com
and receive a 10% discount

---

*President's Day*

**Cafe Metro**
·22 West 52nd Street
New York, NY 10017
212-265-4848

Cntr 3337  02/19/07-A  9:27am
Guests 1 BREAKFAST 2    Table (STANDEE)
------------------------------------------
1..FRESH SQUEEZE OJ
   FRESH SQ'E OJ                  2.99
1..COFFEE/TEA
   LARGE                          1.89
1..MISC. TAXABLE                  3.95
                              -------
          Items              8.83
          Tax                 .74
     TOTAL              9.57

          CASH      20.00
(Change  due)      10.43
Check 3337 PAID  9:27am FILESVR#1-A

Thank you for Choosing Cafe Metro

order online at cafemetrony.com
and receive a 10% discount



**FRONTIER** *Restaurant*

593 Third Avenue                                    New York

Phone: 685-6340-1

| SERVER | TABLE | GUESTS | CHECK NUMBER |
|--------|-------|--------|--------------|
|        |       |        | 59476        |

Bac. egg
Cheese   2.75
Roll

2.75   Sunday
       2-18-07

TAX

TOTAL

**PLEASE PAY CASHIER**





$6.97
18.43
5.40
2.75
5.50
6.87
14.87
+9.57
=$70.36

## Business Meals and Entertainment Over $25.00 (Required Substantiation)

*To be Reimbursable the Expenses should be incurred immediately before, during or after a meeting where bona fide business was discussed*

| Date | Time (From/To) | Attendee(s) & Position Held | Describe Purpose and Business Reason or Benefit Expected to be Derived | Place | Amount | Client/Matter or Firm No. |
|------|----------------|------------------------------|-----------------------------------------------------------------------|-------|--------|---------------------------|
| 2/21/2007 | | J. Ansbro | Room service dinner | Marriott | $27.64 | 17367-8 |
| 2/22/2007 | | J. Ansbro, D. Felder and N. Finch, A. Vangrack and D. Smith (Caplan & Drysdale) | Working dinner | Absinthe | $425.83 | 17367-8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL BUSINESS MEALS & ENTERTAINMENT | $453.47 | |

**Notes:**  Attach original receipts and explanation for all "other" items and any expenses over $75.00
Total by Date should agree to the first page of this form.



Marriott
BOCA RATON
AT BOCA CENTER

5150 Town Center Circle
Boca Raton, FL 33486
(561) 392-4600
Marriott.com/PBIBR

**BOCA RATON MARRIOTT**

GUEST FOLIO

| 615 | ANSBRO/JOHN | 389.00 | 02/23/07 | 06:51 | 1121 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| NSDB | | | 02/20/07 | 18:05 | |
| TYPE | | | ARRIVE | TIME | |
| 11 | | PASSPORT: | | | |
| ROOM CLERK | | AXXXXXXXXXXX2006 | | | |
| ROOM CLERK | ADDRESS | PAYMENT | | MR#: | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|

Meals

| 02/21 | RM SERV | 3404 615 | 19.61 | |
| 02/21 | RM SERV | 3451 615 | 27.64 | |

.00

**WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM**

1,509.22

$19.61
+27.64
=$47.25



Marriott
BOCA RATON
AT BOCA CENTER

Marriott
HOTELS & RESORTS

**BOCA RATON MARRIOTT
BOCA CENTER
BOCA RATON, FL  33486
(561)392-4600**

5150 Town Center Circle
Boca Raton, FL 33486
(561) 392-4600
Marriott.com/PBIBR

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill you in the manner described.) If the a provision the credit card company does not make payment on this account, you will owe us such amount. If you are directed to a third party, your room and tax will be collected on your check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X
Signature X

0-0000
Rev. 0/00

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



STEAK ESCAPE #232
NEWARK AIRPORT  (973) 596-1880

#187                    IN
1 1/2 HAM SUB               5.69
1 BOTLSODA                 2.69
------------------------------------
        TXTL              .59
        TOTL            8.97
        CASH           20.00
        CHNG           11.03
VISIT US AT WWW.SURVEYSE.COM
    OR CALL 1-877-689-0770
   AND WIN $1,000 CASH WEEKLY!
GINA
 6433 13:15 #08 FEB.20'07  REG0001

lunch

TRAVEL HOSPITALITY SERVICES
* Ft. Lauderdale International *
** Dunkin Donuts T1C **

1113 SUZE
--------------------------------
CHK  692 FEB23'07  7:44AM
--------------------------------

  1 DD Coffee MD        1.90
  2 DD Donut @ 0.95     1.90

    Subtotal            3.80
    Total Tax           0.23
    Total Paid...       4.03
    Cash (PRT)         20.00
    Change Owed.....   15.97

  NOW HIRING - ALL POSITIONS
  CALL 954-359-1500 EX 23114
  *****************************
  ENTER TO WIN A PRIZE UP TO $5000
  COMPLETE OUR GUEST SURVEY AT
  WWW.YOURFEEDBACK.TO/DNC
    ENTER CODE: 701006
  EXPIRATION DATE: JUL 31st 2007
  NO PURCHASE NEEDED. VOID IN
  QUEBEC & WHERE PROHIBITED. OPEN
  TO LEGAL RESIDENTS OF USA&CANADA
  RULES @ WWW.YOURFFEEDBACK.TO/DNC

*Breakfast*

$ 47.25
   8.97
   4.03
+425.83
=$486.08

ABSINTHE
MARRIOTT BOCA RATON

EARN 250 MARRIOTT REWARD POINTS
By Giving Us Your Feedback
CHECK:       1874
TABLE:       97/1
SERVER:      129 CHRISSY
DATE:        FEB22'07  9:35PM
CARD TYPE:   American Express
ACCT #:      XXXXXXXXXX2006
EXP DATE:    XX/XX
AUTH CODE:   562444
RESEARCH:    000000000000

             J ANSBRO


SUBTOTAL:       365.83

TIP             60.00

TOTAL $        425.83

X_____
          Signature

1) Within 3Days CALL or VISIT
800 785-2081/www.surveyfood.com
2) Enter Your Access Code:217641
3) Take a Brief Survey
4) Submit Marriott Rewards #

*John ANSBRO  } ORRICK.*
*Debbie FELDER*

*NATHAN Finch   } CAPLAN*
*ADAM VANGRACK  &*
*David Smith    } DRYSDALE*

Felder



OR
WWW.AMTRAK.COM
W:          AKING TRACKS

:            )00 12:20 PM
                2164-000016

                        $1.75
A CHIPS         $2.75
                        $4.50
        $4.50

KS FOR TRAVELING
AMTRAK***
NEXT RESERVATION
L   800 USA-RAIL

**0079**
Server: RICHARD D                    Rec: 26
02/15/07 13:29, Swiped   I: 124 Term: 2

ington Duke
)   -
HANT #:

TYPE        ACCOUNT NUMBER
            XXXXXXXXXXXX9380

: DEBRA L FELDER
RANSACTION APPROVED
ORIZATION #: 015081
h_#:_523_Sequence_#:_20
rence: 0215010000079
S TYPE: Credit Card SALE

ECK:              33.09

P:                5.89

DL. TIP: _____ . ___

TAL: _____ 38 .98

*Debra Felder*
*+*              *[Lunch]*
*Garret Rassmussen*

E: (     )   -
*Duplicate Copy***

HOLDER WILL PAY CARD ISSUER ABOVE
NT PURSUANT TO CARDHOLDER AGREEMENT
:opy -> customer

**Cibo Express**
Gourmet Market
Reagan Airport
Washington, DC 20001

* Yeshi
---------------------------------
:ck: 3852                    Guests: 1
      02/15/2007 10:30AM
---------------------------------
        **Market Central**
Fruit Piece                0.75
Horizon Straw Banana       1.99
CASH                      20.00

Food                       1.99
N/A Beverage               0.75
SUBTOTAL                   2.74
TAX                        0.25
PAYMENT                  [ 2.99 ]
.ange Due              $17.01

-------- Check Closed ----------
   02/15/2007 10:30:27AM

        **Thank You**
For visiting the DCA Market

       38.98
      + 2.99
      ------
       41.97



LEGAL SEA FOODS - RESTAURANT
REAGAN NATIONAL AIRPORT
NEW NORTH TERMINAL
WASHINGTON D.C., 20001
(703) 413-7810

CHECK:     1781
TABLE:     405/1
SERVER:    20664 BETHAR
DATE:      FEB20'07 1:09PM
CARD TYPE: MC/VISA
ACCT #:    XXXXXXXXXXXX9380
EXP DATE:  XX/XX
AUTH CODE: 020628
RESEARCH:  000000000000
           DEBRA L FELDER

SUBTOTAL:       11.40

GRATUITY        2.00

TOTAL          13.40

SIGNATURE

ROOM SERVICE
MARRIOTT BOCA RATON
250 MARRIOTT REWARDS POINTS

| SvcAM

20/1    CHK 3406   GST 1
    FEB21'07  6:58AM

GOOD START          10.9

Subtotal            10.95
10% Rm Svc Chg       2.19
Tax                  0.85
Total Due         13.99

#------------------------
  Last Name---------------

.ture--------
.ity----------      15.99
--------------------------
   Giving Us Your Feedback
ithin 3 Days Call or Visit
800 785-2081 / www.surveyfood.c
2)Enter Your Access Code:217641
    3) Take a Brief Survey
 4) Submit Marriott Rewards #

```
          ROOM SERVICE
      MARRIOTT BOCA RATON
      50 MARRIOTT REWARDS POINTS

      SvcAM
      ---------------------------
    6/1      CHK 3463  GST 1
       FEB22'07  6:50AM
      ---------------------------

    OD START          10.95

    btotal            10.95
    % Rm Svc Chg       2.19
    x                  0.85
    tal Due          13.99

    ---------------------------
    Last Name------------------

    ure-----------------------
    ity-----------------------
    ---------------------------
    Giving Us Your Feedback
    thin 3 Days Call or Visit
    35-2081 / www.surveyfood.co
    er Your Access Code:217641
    3) Take a Brief Survey
    ubmit Marriott Rewards #
```

Circled handwritten: 2.00 / 15.99

```
  RAVEL HOSPITALI
  t. Lauderdale International
       ** Americos T3 **
  CK:     8285
  VER:   1018 NAGELA
  E:      FEB23'07 10:28AM
  ) TYPE: Visa
  F #:   XXXXXXXXXXX9380
  DATE:   XX/XX
  CODE:  023803
  ARCH:  000000000000
       DEBRA L FELDER

  L:            11.18

       TIP  $_____

       TOTAL $_____

       -----------------------
            SIGNATURE
  IGN ONE COPY AND RETURN
  ***  THANK  YOU   ***
```

$13.40
15.99
15.99
+11.18
=$56.56



Frankel

**DEAN AND DELUCA**
GEORGETOWN
3276 M STREET NW
WASHINGTON, DC 20007

INVOICE



| 1/29/2007 | | ORRICK HERRINGTON SUTCLIFFE |
| MONDAY | 9:45 AM | 3050 K ST NW |
| **11:45 AM** | | WASHINGTON, DC 20007 |
| | | ATTN: ROSELY |
| | | 202-339-8588 |

ORRICK HERRINGTON
3050 K Street, NW
Suite 200
WDC
202 339-8400
202 339-8500

THE SHENANDOAH
ASSORTED SANDWICH PLATTER

PASTA SALAD
VEGETABLE SALAD

ASSORTED COOKIE AND BROWNIE PLATTER

ASSORTED SODAS
WATER

PAPER

DEAN & DELUCA DELIVERY

# DEAN & DELUCA

3276 M STREET NW, WASHINGTON DC 20007
202-342-2500

```
10 @ 16.50
              CATERING FOODS      165.00 T
10@1.75 CATERING FOODS            17.50 T
10@1.75 CATERING FOODS            17.50 T
              CATERING DELIVERY    25.00 T
    **** TAX     22.50  BAL       247.50
VF        HOUSE CHARGE            247.50

Dean & Deluca
3276 M Street NW
Washington, DC 20007

HOUSE CHARGE
TOTAL =     247.50
ACCT #        XXXXXXXX


1/29/07 08:48 0101 02 0006 233

           CHANGE               .00
TOTAL NUMBER OF ITEMS SOLD < 31
1/29/07  8:48 AM 0101 02 0006 233

     For Gifts or Catering
       call 202-342-2500
   To order a catalog or place an
    order call 1-800-221-7714.
Please visit us at www.deandeluca.com

  THANK YOU FOR YOUR PATRONAGE!
```





Jonathan Guy 9443    Jan. 22, 2007    17367.8

Guy





***AMTRAK***
1 800 USA-RAIL
OR
WWW.AMTRAK.COM
WE'RE MAKING TRACKS

3  00-00-2000 12:16 P
2164-00001

Lunch    GRe

A        $1.7
DWICH    $6.5
         $8.2
         $8.25

ANKS FOR TRAVELING
 AMTRAK    $9.25
OR NEXT RESERVATION
LL 1 800 USA RAIL

***AMTRAK***
1 800 USA-RAIL
OR
WWW.AMTRAK.COM
WE'RE MAKING TRACKS

3  01-22-2007 06:23 PM
2167-000116

VE SM    $5.00
BEER     $5.00
         $10.00
SH      $10.00     GRDe  (1

NKS FOR TRAVELING
***AMTRAK***
FOR NEXT RESERVATION
CALL 1 800 USA RAIL

9.25
+11.00
20.25

Lafayette





YOUR RECEIPT
THANK YOU

/28/200  9:24PM
0000#264    CLERK0

PT.01        $3.
PT.01        $3.
PT.01        $3.
PT.01        $3.
PT.01        $3.
SE ST       $16.
AX1          $1.

ITEMS      5Q
***TOTAL   $18.15
CASH       $20.00

Mullady

HOTEL DuPONT  WILMINGTON
GREEN ROOM
CHECK:       337
TABLE:       42/1
SERVER:      296 HAXHI
DATE:        JAN23 '07  7:49AM
CARD TYPE:   AMERICAN EXPRESS
ACCT #:      XXXXXXXXXXX2009
EXP DATE:    XX XX
AUTH CODE:   592413
RESEARCH:    000000000000
             RG JR.

               12.50
.ITY:           2.50
               15.00

CUSTOMER SIGNATURE

    I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
          AGREEMENT
THANK YOU FOR YOUR PATRONAGE

AMTRAK***
800 USA-RAIL
OR
WWW.AMTRAK.COM
WE'RE MAKING TRACKS

REG  01-23-2007 02:37
              2117-0000

NUTS            $2.
SODA            $1.
SALAD           $6.
CASH           $9.75

THANKS FOR TRAVELING
AMTRAK***
NEXT RESERVATION
1 800 USA-RAIL

Rasmussen

GARRET RASMUSSEN

SUBTOTAL:
GRATUITY          12 00
TAX:
TOTAL             89.55

D. Felder
E. Stallard
G. Rasmussen

SeamlessWeb Invoice



Orrick (

# Detail Invoice Report



| OrderID | Name | Date Time | Expense Code | InternID | Vendor | Vendor Type | Business Purpose | Prod | Tax | TipAmount | SpcOver InsBdgt | Amnd |
|---------|------|-----------|--------------|----------|--------|-------------|------------------|------|-----|-----------|-----------------|------|
| 46557462 | Venegas, Alex | 1/2/2007 | | | Takeout Taxi - | | Meals | $14.59 | $0.00 | $3.00 | $21.95  -  No | Y |

· AMTRAK ·

WE'RE MAKING TRACKS

REG  01-23-2007 07:49 AM
2154-000026

| | |
|---|---|
| BAGEL | $1.75 |
| HOT BEV | $1.75 |
| TL | $3.50 |
| TOTAL | $3.50 |
| CASH | $20.00 |
| CHANGE | $16.50 |

THANKS FOR TRAVELING
***AMTRAK***
FOR NEXT RESERVATION
CALL 1 800 USA-RAIL

17367-8

17367-8

# PRIMO CAPPUCCINO
## AMTRAK STATION
MLK Blvd. & French St.
Wilmington, DE 19801
Tel: 302-427-8190
Check: 251209

Server: Richard          Date: 01/23/2007
Table: 955               Time: 13:00
            Guests: 1

| | | |
|---|---|---|
| 1 | Trp Fla Capp/Latte | 3.50 |
| 1 | springwater | 1.70 |
| 1 | Chips | 0.75 |
| 1 | Apple Cinn | 1.95 |

TOTAL: 7.90

CASH        :    7.90

Thank You For Dining With Us.

3.50
+ 7.90
11.40





SeamlessWeb Invoice



| | | | | China Restaurant | | | | | | | |
| 47585784 | Venegas, Alex | 6:19 PM 1/18/2007 5:20 PM | | Takeout Taxi - Buca Di Beppo | Meals | | $22.25 | $0.00 | $2.75 | $29.54 - | No |

| | | | | Rilly | | | | | | | |
| 47496510 | Venegas, Alex | 1/17/2007 5:47 PM | | Armand's Chicago Pizzeria (19th | Meals | | $12.45 | $1.25 | $1.50 | $16.60 - | No |

SeamlessWeb Invoice    *Rhone & Meade*    Page 2 of 3



## Detail Invoice Report

Date Range: 12/4/2006 - 12/17/2006 11:59:00 PM
Department:

| OrderID | Name | Date Time | Expense Code | InternID | Vendor | Vendor Type | Business Purpose | Prod | Tax | Tip | Amount | Spc Ins | Over Bdgt | Amnd |
|---------|------|-----------|--------------|----------|--------|-------------|-----------------|------|-----|-----|--------|---------|-----------|------|
| 45727329 | Rhone, Carla | 12/13/2006 4:22 PM | | | Dutch Mill Catering | Catering | | $119.60 | $11.96 | $0.00 | $155.35 | - | No | |
| 45531120 | Meade, Rose | 12/11/2006 10:52 AM | | | Whos Cookin Catering | Catering | | $118.00 | $11.80 | $0.00 | $152.02 | - | No | |

17367-8

## DEAN AND DELUCA
GEORGETOWN
3276 M Street NW
Washington, DC 20007

INVOICE





| Invoice Number | 2080702 |
|---|---|

**Delivery Information**

| DELIVERY DATE | 2/8/2007 |
|---|---|
| DELIVERY DAY | THURSDAY |
| DELIVERY TIME | 12:30 PM |

OUT OF KITCHEN
10:30 AM

**DELIVER TO:**
ORRICK HERRINGTON SUTCLIFFE
3050 K ST NW
WASHINGTON, DC 20007
ATTN: ROSELY
202-339-8588    PHONE

**Billing Information**

ORRICK HERRINGTON
3050 K Street, NW
Suite 200
WDC
202 339-8400    PHONE
202 339-8500    FAX

**Payment Method**

**Item**

SHENANDOAH *13
ASSORTED SANDWICH PLATTER *NO PORK

PASTA SALAD WITH MUSHROOMS
HOUSE SALAD

COOKIE PLATTER *NO BROWNIES*

ASSORTED SODAS AND WATERS

PAPER

DEAN & DELUCA DELIVERY

**NOTES**

# DEAN & DELUCA

3276 M STREET NW, WASHINGTON DC 20007
202-342-2500

| CATERING FOODS | 214.50 T |
|---|---|
| CATERING BEVERAGES | 22.75 T |
| CATERING DELIVERY | 25.00 T |

**** TAX    26.23    BAL    288.48
VF    HOUSE CHARGE    288.48

Dean & Deluca
3276 M Street NW
Washington, DC 20007

HOUSE CHARGE
TOTAL =    288.48
ACCT #    XXXXXXXX

2/08/07 08:26 0101 03 0009 233

CHANGE    00
TOTAL NUMBER OF ITEMS SOLD = 3
2/08/07  8:26 AM 0101 03 0009 233

For Gifts or Catering
call 202-342-2500
To order a catalog or place an
order call 1-800-221-7714.
Please visit us at www.deandeluca.com

THANK YOU FOR YOUR PATRONAGE!

Wyron



BRASSERIE
100 East 53rd Street
New York, NY 10022
www.thebrasserieny.com
CHECK:        1284
TABLE:        334/1
SERVER:       108 AMY
DATE:         JAN25'07  2:22PM
CARD TYPE:    American Express
ACCT #:       XXXXXXXXXX1005
EXP DATE:     XX/XX
AUTH CODE:    575236
RESEARCH:     702519509941
              RH WYRON

SUBTOTAL:        62.32

TIP   $                12 —

TOTAL $               74.32

X
              SIGNATURE

X
         PLEASE PRINT NAME
Signed Copy-Merchant
Second Copy-Customer



P. Mullach



OMNI BERKSHIRE PLACE HOTEL
21 EAST 52ND STREET
NEW YORK CITY    NY    10022
**Tele-** 212-753-5800    **Fax-** 212-754-5020

| | |
|---|---|
| Room Number: | 1812 |
| Daily Rate: | 389 |
| Room Type: | KNMAD |
| No. of Guests: | 1 / 0 |

WYRON, RICHARD(S2)

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 02/14/07 | 02/15/07 | | CCRA | CONS | 11700729861 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 02/15/07 | 1812 | ROOM SERVICE | 1812/1027/07:47/ROOM SERVICE | $8.08 |

| | | |
|---|---|---|
| **CREDIT DUE:** | | ($0.00) |



```
          Kabooze Bar and Grille
        Penn Station - Amtrak Level
        ph 212-760-0848

             Thank You for Visiting
    ------------------------------------
             TABLE: 15 - 1 Guests
           Your Server was Fernando
       2/14/2007 1:43:52 PM - ID #006417:
                 Subtotal          $
                 Total Taxes       $
             ------------------------
                 Grand Total       $



    Name        : WYRON/RH
    CC Num      : Amex xxxx xxxxxx 61005
    Exp Date    : 10/10
    Server      : Fernando
    Ticket Name : 15

                 Amount:        $1

                 Tip:     _____

                 Total:   _____


    X_____
                 CUSTOMER COPY
    I agree to pay the amount shown above.

    ------------------------------------
             Please Come Back!
```

16.03
+ 8.08
24.11

1/2 billed to
Graue = 8.04

=

1 7367-08

**DEAN AND DELUCA**
GEORGETOWN
3276 M STREET NW
WASHINGTON, DC 20007

INVOICE

2120702

2/12/2007
**MONDAY**
**12:00 PM**

10:00 AM

ORRICK HERRINGTON SUTCLIFFE

3050 K ST NW

WASHINGTON, DC 20007

ATTN: ROSE

202 339-8588

ORRICK HERRINGTON
3050 K Street, NW
Suite 200
WDC
202 339-8400
202 339-8500

**THE SHENANDOAH**
　ASSORTED SANDWICHES***NO BACON

　PASTA SALAD

　GREEN SALAD

　COOKIE PLATTER***NO BROWNIE****

**DEAN & DELUCA DELIVERY**



# DEAN & DELUCA

3276 M STREET NW, WASHINGTON DC 20007
202-342-2500

| | |
|---|---|
| CATERING FOODS | 132.00 T |
| CATERING DELIVERY | 25.00 T |
| **** TAX 15.70 BAL | 172.70 |
| VI HOUSE CHARGE | 172.70 |

Dean & Deluca
3276 M Street NW
Washington DC 20007

HOUSE CHARGE
TOTAL          172.70
ACCT #        XXXXXXXX

2/12/07 08:16 0101 03 0003 233

CHANGE                    .00
TOTAL NUMBER OF ITEMS SOLD = 2
2/12/07  8:16 AM 0101 03 0003 233

For Gifts or Catering
call 202-342-2500
To order a catalog or place an
order call 1-800-221-7714
Please visit us at www.deananddeluca.com

THANK YOU FOR YOUR PATRONAGE!