# EXHIBIT J TO ORRICK'S FIFTH QUARTERLY: MILEAGE

**Orrick, Herrington Sutcliffe LLP**
**Travel Expense Report**

RECEIVED FEB 12 2007

COPY

| Name | Jonathan P. Guy | | 1/23/2007 |
| --- | --- | --- | --- |
| | | | Date |
| Home Office/Dept | Washington, DC | | |
| Client Name | David Austern - FCR (Grace) | | |
| Matter Name | Litigation | | |
| Office Charge Number | | | Court Hearing |
| | | | (This Must Be Completed) |

| | | REIMBURSABLE | | | | | | Prepaid |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date | | 1/22/2007 | | | | | | |
| City Visited | | | | | | | | |
| Train | | | | | | | | |
| Rental Car Including Gas | | | | | | | | |
| Taxi | | | | | | | | |
| Personal Auto Miles | | | | | | | | |
| Mileage X $0.485 | $0.00 | 6.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Parking | | | | | | | | |
| Tolls | | | | | | | | |
| Hotel Expense (Include Tax, Exclude Food) | | | | | | | | |
| Telephone & Facsimile | | | | | | | | |
| Tips (Non-Food) | | | | | | | | |
| Other | | | | | | | | |
| A = Total Non Food | | | | | | | | |
| Meals Under $25 (Attach Receipts) | | | | | | | | |
| Meals Over $25 (Complete Back and Attach Receipts) | | | | | | | | |
| B = Total Meals & Entertainment | | | | | | | | |

Total Non Food (From Line A)
Total Meals & Entertainment (From Line B)
Less Cash Advance
Amount Due/Owed

SIGNATURE: _____

APPROVAL SIGNATURE: _____

Instructions:
1. Attach original receipts for hotel bills and all expenditures $75 and greater.
2. Record each expense under the heading most closely describing the Expenditure, and in the appropriate date column.
3. Enter expenditures charged directly to the firm in the "Prepaid" column and attach a copy of the itinerary invoice.
    Do not include "Prepaid" amounts with "REIMBURSABLE" totals.
4. The total of all travel expenses and meals & entertainment expenses are entered on the "Total" lines for each category.
5. Deduct any travel advances and indicate the difference as amount Due/Owed.

**Orrick, Herrington Sutcliffe LLP**
**Travel Expense Report**

RECEIVED JAN 30 2007

| Name | Raymond G. Mullady, Jr. | | 1/25/2007 Date |
|---|---|---|---|
| Home Office/D | DC | | |
| Client Name | Austern/Grace | | |
| Matter Name | Litigation | | |
| Office Charge Number | | | 1/23/07 Omnibus Hearing |

| | REIMBURSABLE | | | | | | | Prepaid |
|---|---|---|---|---|---|---|---|---|
| Date | 1/23/2007 | | | | | | | |
| City Visited | | | | | | | | |
| Airline/Train | | | | | | | | |
| Rental Car Including Gas | | | | | | | | |
| Taxi | | | | | | | | |
| Personal Auto Miles: 50 | | | | | | | | |
| Mileage X $0.445 | $22.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Parking | | | | | | | | |
| Tolls | | | | | | | | |
| Hotel Expense (Include Tax, Exclude Food) * | | | | | | | | |
| Telephone & Facsimile | | | | | | | | |
| Tips (Non-Food) | | | | | | | | |
| Other (Itemize) (1) | | | | | | | | |
| A = Total Non Food | | | | | | | | |
| Meals Under $25 (Attach Receipts) | | | | | | | | |
| Meals Over $25 (Complete Back and Attach Receipts) | | | | | | | | |
| B = Total Meals & Entertainment | | | | | | | | |

Total Non Food (From Line A)
Enter-tainment (From Line B)
Less Cash Advance
Amount Due/Owed

SIGNATURE: Raymond G. Mullady, Jr. /g
APPROVAL SIGNATURE:

Instructions:
1. Attach original receipts for hotel bills and all expenditures $75 and greater.
2. Record each expense under the heading most closely describing the Expenditure, and in the appropriate date column.
3. Enter expenditures charged directly to the firm in the **"Prepaid"** column and attach a copy of the itinerary invoice. Do not include **"Prepaid"** amounts with **"REIMBURSABLE"** totals.
4. The total of all travel expenses and meals & entertainment expenses are entered on the "Total" lines for each category.
5. Deduct any travel advances and indicate the difference as amount Due/Owed.

(1) Travel Agent Fee

**Orrick, Herrington Sutcliffe LLP**
**Travel Expense Report**

| Name | Raymond G. Mullady, Jr. | | 2/8/2007 |
|---|---|---|---|
| | | | Date |
| Home Office/D | DC | | |
| Client Name | Austern/Grace | | FEB 13 2007 |
| Matter Name | Litigation | | |
| Office Charge Number | | | Strategy meeting at Caplin & Drysdale's NY Office |

COPY

| | REIMBURSABLE | | | | | | | Prepaid |
|---|---|---|---|---|---|---|---|---|
| Date | 1/25/2007 | | | | | | | |
| City Visited | | | | | | | | |
| Airline/Train | | | | | | | | |
| Rental Car Including Gas | | | | | | | | |
| Taxi | | | | | | | | |
| Personal Auto Miles: 20 | | | | | | | | |
| Mileage X $0.445 | $9.90  LTrV | | | | | | | |
| Parking | | | | | | | | |
| Tolls | | | | | | | | |
| Hotel Expense (Include Tax, Exclude Food) * | | | | | | | | |
| Telephone & Facsimile | | | | | | | | |
| Tips (Non-Food) | | | | | | | | |
| Other (Itemize) (1) | | | | | | | | |
| A = Total Non Food | | | | | | | | |
| Meals Under $25 (Attach Receipts) | | | | | | | | |
| Meals Over $25 (Complete Back and Attach Receipts) | | | | | | | | |
| B = Total Meals & Entertainment | | | | | | | | |
| Total Non Food (From Line A) | | | | | | | | |
| Enter-tainment (From Line B) | | SIGNATURE: Raymond G. Mullady, Jr. /ij | | | | | | |
| Less Cash Advance | | APPROVAL SIGNATURE: | | | | | | |
| Amount Due/Owed | | DIRECT DEPOSIT | | | | | | |

FEB 21 2007

Instructions:
1. Attach original receipts for hotel bills and all expenditures $75 and greater.
2. Record each expense under the heading most closely describing the Expenditure, and in the appropriate date column.
3. Enter expenditures charged directly to the firm in the **"Prepaid"** column and attach a copy of the itinerary invoice.
    Do not include **"Prepaid"** amounts with **"REIMBURSABLE"** totals.
4. The total of all travel expenses and meals & entertainment expenses are entered on the "Total" lines for each category.
5. Deduct any travel advances and indicate the difference as amount Due/Owed.

(1) Travel Agent Fee

**Orrick, Herrington Sutcliffe LLP**
**Travel Expense Report**

| | | |
|---|---|---|
| Name | Raymond G. Mullady, Jr. | 2/28/2007 |
| | | Date |
| Home Office/D | DC | |
| Client Name | David Austern | |
| Matter Name | Litigation | |
| Office Charge Number | | |

*COPY*

Attend Omnibus hearing

| | REIMBURSABLE | Prepaid |
|---|---|---|
| Date | 2/26/2007 | |
| City Visited | | |
| Airline/Train | | |
| Rental Car Including Gas | | |
| Taxi | | |
| Personal Auto Miles: 174 | | |
| Mileage X $0.485 | $84.39 | |
| Parking | | |
| Tolls | | |
| Hotel Expense (Include Tax, Exclude Food) | | |
| Telephone & Facsimile | | |
| Tips (Non-Food) | | |
| Other (Itemize) | | |
| A = Total Non Food | | |
| Meals Under $25 (Attach Receipts) | | |
| Meals Over $25 (Complete Back and Attach Receipts) | | |
| B = Total Meals & Entertainment | | |
| Total Non Food (From Line A) | | |
| Entertainment (From Line B) | | |
| Less Cash Advance | | |
| Amount Due/Owed | | |

SIGNATURE: *Raymond G. Mullady, Jr./rj*
APPROVAL SIGNATURE: *[signature]*

DIRECT DEPOSIT
MAR 07 2007

Instructions:
1. Attach original receipts for hotel bills and all expenditures $75 and greater.
2. Record each expense under the heading most closely describing the Expenditure, and in the appropriate date column.
3. Enter expenditures charged directly to the firm in the *"Prepaid"* column and attach a copy of the itinerary invoice.
    Do not include *"Prepaid"* amounts with **"REIMBURSABLE"** totals.
4. The total of all travel expenses and meals & entertainment expenses are entered on the *"Total"* lines for each category.
5. Deduct any travel advances and indicate the difference as amount Due/Owed.

# EXPENSE REPORT

NAME: Raymond G. Mullady, Jr. (6908)
Home Office: DC
Department: Litigation

Print or Type

TOTAL ALL MILEAGE

DATE: 02/28/0

COPY

## TRANSPORTATION

| DATE | TIME FROM/TO | BUSINESS PURPOSE | LOCATION (FROM/TO) | MILES | MILEAGE @ 48.5¢ | PARKING | TOLLS | TAXI | OTHER | CLIENT MATTER OR FIRM NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | |
| 1/23/2007 | | Omnibus hearing | | 50 | $2.00 | | | | | [redacted] |
| [redacted] | | | | | | | | | | |
| 1/25/2007 | | Strategy meeting at Caplin & Drysdale's NY office | | 20 | $0.80 | | | | | |
| [redacted] | | | | | | | | | | |
| 2/26/2007 | | Omnibus hearing | | 174 | $6.96 | | | | 9.76 | |
| | | | | | $0.00 | | | | | |
| | | | | | $0.00 | | | | | |
| | | | | | $0.00 | | | | | |

[redacted]

RECEIVED JAN 2 5 2007

**Orrick, Herrington Sutcliffe LLP**
**Travel Expense Report**

COPY

Name: Richard H. Wyron

Date: 1/23/2007

Home Office/Dept: DC/Corporate/Bankruptcy

Client Name: David Austern, FCR for WR Grace

Matter Name: Litigation

Office Charge Number:

Omnibus Hearing
(This Must Be Completed)

| U.S. DOLLAR | $ | REIMBURSABLE TRAVEL REPORT | | | | | | Prepaid |
|---|---|---|---|---|---|---|---|---|
| Date | 1/22/2007 | | | | | | | |
| City Visited | | | | | | | | |
| Train | | | | | | | | |
| Rental Car Including Gas | | | | | | | | |
| Taxi | | | | | | | | |
| Personal Auto Miles | | | | | | | | |
| Mileage X $0.485 | $2.91 Ltrv | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Parking | | | | | | | | |
| Tolls | | | | | | | | |
| Hotel Expense (Include Tax, Exclude Food) | | | | | | | | |
| Telephone & Facsimile | | | | | | | | |
| Tips (Non-Food) | | | | | | | | |
| Other (Itemize) | | | | | | | | |
| A = Total Non Food | | | | | | | | |
| Meals Under $25 (Attach Receipts) | | | | | | | | |
| Meals Over $25 (Complete Back and Attach Receipts) | | | | | | | | |
| B = Total Meals & Entertainment | | | | | | | | |

Total Non Food (From Line A)
Total Meals & Entertainment (From Line B)         SIGNATURE:
Less Cash Advance
Amount Due/Owed

APPROVAL SIGNATURE:

Instructions:
1. Attach original receipts for hotel bills and all expenditures $75 and greater.
2. Record each expense under the heading most closely describing the Expenditure, and in the appropriate date column.
3. Enter expenditures charged directly to the firm in the "Prepaid" column and attach a copy of the itinerary invoice.
    Do not include "Prepaid" amounts with "REIMBURSABLE" totals.
4. The total of all travel expenses and meals & entertainment expenses are entered on the "Total" lines for each category.
5. Deduct any travel advances and indicate the difference as amount Due/Owed.

JAN 31 2007

RECEIVED JAN 30 2007



**Orrick, Herrington Sutcliffe LLP**
**Travel Expense Report**

| | |
|---|---|
| Name | Richard H. Wyron |
| Home Office/Dept | DC/Corporate |
| Client Name | David Austern, FCR for W.R. Grace |
| Matter Name | Litigation |
| Office Charge Number | |

Date: 1/26/2007

Meeting with ACC
(This Must Be Completed)

| U. S. DOLLAR | $ REIMBURSABLE TRAVEL REPORT | | | | | | | Prepaid |
|---|---|---|---|---|---|---|---|---|
| Date | 1/25/2007 | | | | | | | |
| City Visited | | | | | | | | |
| ~~Train~~ AIRLINE | | | | | | | | |
| Rental Car Including Gas | | | | | | | | |
| Taxi | | | | | | | | |
| Personal Auto Miles | | | | | | | | |
| Mileage X $0.485 | $5.34 | Grv $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Parking | | | | | | | | |
| Tolls | | | | | | | | |
| Hotel Expense (Include Tax, Exclude Food) | | | | | | | | |
| Telephone & Facsimile | | | | | | | | |
| Tips (Non-Food) | | | | | | | | |
| Other (Itemize) | | | | | | | | |
| A = Total Non Food | | | | | | | | |
| Meals Under $25 (Attach Receipts) | | | | | | | | |
| Meals Over $25 (Complete Back and Attach Receipts) | | | | | | | | |
| B = Total Meals & Entertainment | | | | | | | | |

Total Non Food (From Line A)
Total Meals & Entertainment (From Line B)
Less Cash Advance
Amount Due/Owed

SIGNATURE: _/s/ R. Wyron_

APPROVAL SIGNATURE: _/s/_

**Instructions:**
1. Attach original receipts for hotel bills and all expenditures $75 and greater.
2. Record each expense under the heading most closely describing the Expenditure, and in the appropriate date column.
3. Enter expenditures charged directly to the firm in the **"Prepaid"** column and attach a copy of the itinerary invoice.
   Do not include **"Prepaid"** amounts with **"REIMBURSABLE"** totals.
4. The total of travel expenses and meals & entertainment expenses are entered on the "Total" lines for each category.
5. Deduct any travel advances and indicate the difference as amount Due/Owed.

FEB 07 2007