# EXHIBIT L TO ORRICK'S FIFTH QUARTERLY: PARKING

Jonathan Guy 9443   Jan. 22, 2007    17367.8

Guy

```
  USPG
  STATION GARAGE
 202-898-1950
----------------------------------
 al#:3 Cashier#:39
 /2007 11:36 AM
 /2007 7:57 PM - 08:21
 5868 / #172174
       : $      15.00
       : $      15.00
 SH    : $      15.00
----------------------------------
   THANK YOU FOR
   PARKING WITH US
   DRIVE CAREFULLY
```

Grace



Jonathan Guy 9443   Jan. 22, 2007    17367.8




17367-8

```
              RECEIPT
      WASHINGTON HARBOUR CENTER
------0003 03:13:04 12-01-2006 01------

32  1 123216 06:53 11/30 03:12 12/01

   PARKING            14.00

   CASH               14.00

------THANK YOU FOR PARKING WITH US------
```



```
THE MARC STATION
    THANKS YOU
PLEASE COME AGAIN


Rcpt# 18414
01/23/07 11:30   L#19 A# 1   Txn# 18441
01/23/07 06:11 In   01/23/07 14:30 Out
Tkt# 111248
Master Card         $ 9.00-
XXXXXXXXXXXXo515 06/10
Approval No. : 009779
Reference No. : 023323025
```



REAGAN NATIONAL AIRPORT
For Questions or Comments: (703)417-4300
Entrance: 18:38 01/25/07 Lane # 07
Exit    : 19:38 01/25/07 Lane # 32
License plate MD MER458
Cashier : 022        Seq. # 4675
Length of stay 0.000 00h. 00m.
Amount paid  $ 36.00 Card
    ***** Thank You for Flying *****
    ***** Reagan National Airport *****

RECEIPT
WASHINGTON HARBOUR CENTER
DOC: ...... 01-25-2007 ......

4 ...........................

PARKING       3.00

CASH          3.00

------ THANK YOU FOR PARKING WITH US ------

$36+5=$41



HarborParking
900Wisconsin_Ave.
Wash._DC_20007

Fee Computer Number:                    1
Cashier:                             ID #2
Transaction Number:                  70472
Entered:                  11/02/06  08:39
Exited:                   11/02/06  20:49
Ticket #58816                 Dispenser #1
Rate:                              Area 1
Total Fee:                          $11.00
Cash:                               $11.00

RECEIPT
WASHINGTON HARBOUR CENTER
------0002 20:29:33 11-07-2006 01-----

66  1 124917 09:05 11/07 20:29 11/07

PARKING                              7.00

CASH                                 7.00

-----THANK YOU FOR PARKING WITH US-----



```
HarborParking
900Wisconsin_Ave.
Wash._DC_20007


Fee Computer Number:                    1
Cashier:                            ID #2
Transaction Number:                 86641
Entered:                 12/05/06  08:15
Exited:                  12/05/06  21:16
Ticket #74366              Dispenser #1
Rate:                            Area 1
Total Fee:                       $11.00
Cash:                            $11.00
```



HarborParking
900Wisconsin_Ave.
Wash._DC_20007

Fee Computer Number:          1
Cashier:                  ID #3
Transaction Number:      99678
Entered:          01/02/07  15:17
Exited:           01/02/07  21:52
Ticket #87628         Dispenser #1
Rate:                     Area 1
**Total Fee:**           **$9.00**
Cash:                     $9.00

$7.00

$11+7+14+11+7+9=$59



Parking

```
    USPG
  STATION GARAGE
 202-898-1950
------------------------------------
 nal#:3 Cashier#:39
 /2007 11:40 AM
 /2007 8:05 PM - 08:25
 6112 / #172188
           : $      15.00
           : $      15.00
 SH        : $      15.00
------------------------------------
   THANK YOU FOR
   PARKING WITH US
 DRIVE CAREFULLY
```



REAGAN NATIONAL
AIRPORT
For Questions or Comments: (703)417-4300
   Entrance: 08:06 01/25/07  Lane # 08
   Exit   : 20:06 01/25/07  Lane # 31
License plate MD MVC575
 Cashier: 024              Seq. # 0961
   Length of stay  0/000 12h. 00mn.
   Amount Paid  :$ 36.00 Card
      ***** Thank You for Flying *****
      ***** Reagan National Airport *****



[redacted]

[redacted]

02/26/2007 ⊞ BWI Rail Station ParLinthicum MD $9.00 [redacted] Parking

[redacted]

1/2 billed to Grace $4.50

[redacted]

Bac

View Corporate Entities and Important Disclosures, Web Site Rules and Regulations, Trademarks and Privacy State

Copyright © 1995-2003 American Express Company. All Rights Reserved. Users of this site agree to be bound by the terms of the American Express Web Site Rules and Regulations.