# EXHIBIT M TO ORRICK'S FIFTH QUARTERLY: TOLLS

Mullady

TOLL RECEIPT

DELAWARE TURNPIKE

Thank You

To get E-ZPass please call
1-888-397-2773
or go online at
ww.ezpassde.com

02/26/07     17:02:32

LANE: 16     ID: 0001

CLASS: 02   $3.00   CASH