# EXHIBIT N TO ORRICK'S FIFTH QUARTERLY: AIRFARE/TRAIN

# AIRFARE

ANSBRO

(page 1)        Tuesday, February 27, 2007        00:55

```
WETR*4«
ELECTRONIC TICKET RECORD
INV:0005403          CUST:B90740                        PNR:LAKMLQ
TKT:0057814083655        ISSUED:22FEB07    PCC:UH6B    IATA:33601400
NAME:ANSBRO/JOHN                      FF:CODS850926
NAME REF:NY-017367-000008-5103
FOP: AX371295106342006*1209 /109420 S
CPN  A/L  FLT  CLS DATE    BRDOFF   TIME   ST F/B          STAT
1    CO   600   M  23FEB   FLLEWR   815A   OK MA0BN        USED

NONREF/0VALUAFTDPT/CHGFEE/NONREF VAL CO ONLY CHGE F
FARE     USD217.67 TAX   16.33US TAX    3.40ZP TAX    7.00XT
TOTAL    USD244.40

FLL CO EWR217.67MA0BN 217.67 END ZPFLL XT2.50AY4.50XFFLL4.5

ORIGINAL ISSUE: 0057804520430    26JAN07LGA
ORIGINAL FOP:  AX371295106342006
EXCHANGE TKT: 0057804520430
ADD COLLECT AMOUNT: 234.95
```



$234.95+
$52.25 (Travel
Agency Fee)
=$287.20

```
(page 1)        Tuesday, February 27, 2007     00:55

WETR*2«
ELECTRONIC TICKET RECORD
INV:0005159          CUST:B90740              PNR:LAKMLQ
TKT:0057804520430      ISSUED:26JAN07     PCC:UH6B  IATA:33601400
NAME:ANSBRO/JOHN                     FF:CODS850926
NAME REF:NY-017367-000008-5103
FOP: AX371295106342006*1209 /127505 S
CPN  A/L  FLT  CLS DATE    BRDOFF  TIME   ST F/B          STAT
1    CO   301  W   20FEB   EWRFLL  130P   OK WA7BN         USED
2    CO   200  W   22FEB   FLLEWR  845P   OK WA7BN         EXCH

NONREF/0VALUAFTDPT/CHGFEE
FARE    USD184.18 TAX    13.82US  TAX    6.80ZP  TAX    14.00XT
TOTAL    USD218.80

EWR CO FLL92.09WA7BN CO EWR92.09WA7BN 184.18 END    ZPEWRFLL XT5
.00AY9.00XFEWR4.5FLL4.5

SETTLEMENT AUTHORIZATION:  001CO71176151
```



$218.80
+52.25 (Travel Agency Fee)
=$271.05

$ 287.20
+271.05
=$559.25



[redacted]

USAA SAVINGS BANK

Account number 4120 [redacted]
Credit limit
Available credit

Questions? Call Customer Service
Lost or Stolen cards?

**Or write us at:**
P.O. BOX 65020, SAN ANTONIO, TX [redacted]

**Remit payment to:** USAA CREDIT CARD [redacted]
10750 MCDERMOTT [redacted]
SAN ANTONIO, TX [redacted]

**Visit us at www.usaa.com**

## Transactions

| Trans | Post | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| 02/05 | 02/05 | V | 240362115K8E5223PV | # AMERICAN AIR0017808467589 WASHINGTON DC | 438.80 |
| | | | 02/15/07 | FELDER/DEBRA | |
| | | | 1 AA V | WASHINGTON RALEIGH/DURHAM | |
| | | | 2 AA V | RALEIGH/DURHAM WASHINGTON | |
| [redacted] | | | | | |
| 02/05 | 02/05 | V | 247170515GWGD8X6PV | # AGENT FEE 8906140216964 PASSPORT EXEC DC | 45.00 |
| | | | 02/05/07 | FELDER/DEBRA | |
| | | | 1 XD X | XAA XAO | |
| [redacted] | | | | | |

–Airline 2/15 NC

Travel agent fee – NC

$438.80
\+ 45.00
=$483.80

**Notice: See reverse side for important information.**



[redacted]

Please detach and mail the coupon above with your payment.

USAA SAVINGS BANK

[redacted]

## Transactions

| Trans | Post | Card | Reference Number | Description | |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| [redacted] | | | [redacted] | #AGENT FEE 8908140216965 PASSPORT EXEC DC | 45.00 - Travel agent fee - FL |

Notice: See reverse side for Important Inf...

USAA SAVINGS BANK
P.O. BOX 14050
LAS VEGAS, NV 89114-4050

[redacted]

$ 45.00
+278.80
=$323.80

**Transactions**

| Trans | Post | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| | | | 02/05/07 | FELDER/DEBRA | |
| | | | 1 XD Y | XAA XAO | |
| 02/05 | 02/05 | V | 24792621575Y6KMZSV | # USAIRWAYS 0377808467588 WASHINGTON DC | 278.80 |
| | | | 02/20/07 | FELDER/DEBRA | |
| | | | 1 US T | WASHINGTON FORT LAUDERDALE | |
| | | | 2 US G | FORT LAUDERDALE WASHINGTON | |

- Airline 2/20 FL

[redacted]

## U. S. Dollar    $  Business Meals and Entertainment Over $25.00 (Required Substantiation)

*To be Reimbursable the Expenses should be incurred immediately before, during or after a meeting where bona fide business was discussed*

| Date | Attendee(s) & Position Held | Describe Purpose and Business Reason or Benefit Expected to be Derived | Place | Amount | Client/Matter or Firm No. |
|---|---|---|---|---|---|
| 1/4/2007 | R. Frankel | USAirways -Car Service from airport to NY office | NY | $25.00 | 17367.8 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL BUSINESS MEALS & ENTERTAINMENT | | | | $25.00 | |

**Notes:**    Attach original receipts and explanation for all "other" items and any expenses over $75.00
Total by Date should agree to the first page of this form.

PASSPORT EXECUTIVE TRAVEL
1025 THOMAS JEFFERSON ST NW
WASHINGTON DC 20007
TEL# 202-337-7718
FAX# 202-342-7475

Patrica Ciazza Account

Sale Invoice No: 1112562
Date Issued: 1/3/2007
Agent: Pat Ciazza

| Passenger Type From | Ticket/Conf No Ticket | Department Airline/Vendor Flight | Depart Date A/L | Return Date Depart | Remarks Itin Arrive | Total Fare |
|---|---|---|---|---|---|---|
| Frankel/Roger | | | 1/4/2007 | 1/5/2007 | | |
| Dom. Air | 7795413467 | USAir - US | | | DCA/LGA/DCA | 319.65 |
| DCA Washington | | LGA New York | 2174 | US | 1/4/2007 2:00:00 PM | 1/4/2007 3:11:00 PM |
| LGA New York | | DCA Washington | 2183 | US | 1/5/2007 5:00:00 PM | 1/5/2007 6:12:00 PM |
| | | | | | | |
| Frankel/Roger | | | 1/4/2007 | 1/5/2007 | Charged To: AX Ending In 2009 | |
| Hotel | 2008067957- | Omni Berkshire Place | | | | |
| | | 21 East 52nd Street | | | | |
| | | New York NY 10022 | | | | |
| | | | | | | |
| Frankel/Roger | | | 1/3/2007 | | | |
| Service Fee | 8138913909 | Ticketing Fee | | | | 45.00 |

Payments Applied To This Invoice

| | | | | |
|---|---|---|---|---|
| AX Ending In 2009 | CreditCard | 1/3/2007 | Pymt For Inv #1112562 | -45.00 |
| AX Ending In 2009 | CreditCard | 1/3/2007 | Pymt For Inv #1112562 | -319.65 |
| | | | | -364.65 |

| | |
|---|---|
| Invoice Total: | 364.65 |
| Payment Total: | -364.65 |
| Balance Due: | 0.00 |

$182.33
+ 25.00
=$207.33

GRACE — 182.32



1025 Thomas Jefferson St., NW
Washington, DC 20007
Tel: 202-337-7718 • Fax: 202-342-0475
PETRAVEL@PASSPORTEXECUTIVE.COM

SALES PERSON: PAT        ITINERARY/INVOICE NO. 1113311                DATE: 22 JAN 0
CUSTOMER REF: 0000040035                        WDS000                PAGE: 01

    TO: ROGER FRANKEL                ELECTRONIC TICKET
        ORRICK HERRINGTON            RECORD LOCATOR IOREMR
        3050 K STREET NW


FOR: FRANKEL/ROGER


25 JAN 07  -  THURSDAY
    AIR    US AIRWAYS            FLT:2164    COACH CLASS
           LV WASHINGTON REAGAN            900A                EQP: AIRBUS A319
           DEPART: TERMINAL C                                 01HR 14MIN
           AR NEW YORK LGA                 1014A              NON-STOP
           ARRIVE: USAIRWAYS LA GUARDIA TERM                  REF: IOREMR
           FRANKEL/ROGER                   US-1187366
    AIR    US AIRWAYS            FLT:2197    COACH CLASS
           LV NEW YORK LGA                 700P                EQP: AIRBUS A319
           DEPART: USAIRWAYS LA GUARDIA TERM                  01HR 21MIN
           AR WASHINGTON REAGAN            821P               NON-STOP
           ARRIVE: TERMINAL C                                 REF: IOREMR
           FRANKEL/ROGER                   US-1187366
MCO        XD8139644054
                                 BILLED TO AMERICAN EXPRESS                 45.00

AIR TICKET    US7808466735       FRANKEL ROGER
ELEC TKT                         BILLED TO AMERICAN EXPRESS                319.65
                                                                  ------------
                                 TOTAL BASE                               323.00
                                 TOTAL TAX                                 41.65
                                 NET CC BILLING                           364.65
                                                                  ------------
                                 TOTAL AMOUNT DUE                           0.00

CONTINUED ON PAGE 2

CUSTOMER'S COPY

Member
ASTA
American Society
of Travel Agents

Mullady

Prepared For
**TOM BEATTY/BTA**
**ORRICK HERRINGTON**

| | Reference Code | Amount $ |
|---|---|---|
| **Activity Continued** | | |

| 12/14/06 | US AIRWAYS | NEW YORK | NY | 06912310000 | 358.60 |
|---|---|---|---|---|---|

```
          TKT# 0377796379211                  12/13
          PASSENGER TICKET
          MULLADY/RAYMOND              US AIRWAYS
          THE LAWYERS TVL SERV     NEW YORK         NY
          FROM
            BALTIMORE MD
          TO                CARRIER CLASS
            PITTSBURGH PA        US   TA
          TO
            BALTIMORE MD         US   TA
```

Continued on next page



AMERICAN EXPRESS

Prepared For
TOM BEATTY/BTA
ORRICK HERRINGTON

[redacted]

Closing Date
12/27/06

## Activity Continued

| | | Reference Code | Amount $ |
|---|---|---|---|
| [redacted] | | | |
| 12/14/06 | TRAVEL AGENCY SERVICENEW YORK NY<br>TKT# 8908138001351 12/13<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>MULLADY/RAYMOND TRAVEL AGENCY SERVICE F<br>THE LAWYERS TVL SERV NEW YORK NY<br>FROM<br>NOT RECORDED<br>TO CARRIER CLASS<br>NOT RECORDED | 06592310000 | 52.25 |
| [redacted] | | | |

$358.60
+ 52.25
=$410.85

Continued on reverse

Prepared For
TOM BEATTY/BTA
ORRICK HERRINGTON

[redacted]

**Activity Continued**

| | | Reference Code | Amount $ |
|---|---|---|---|
| [redacted] | | | |
| 01/19/07 | TRAVEL AGENCY SERVICENEW YORK NY<br>TKT# 8908139510267 01/18<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>MULLADY/RAYMOND TRAVEL AGENCY SERVICE F<br>THE LAWYERS TVL SERV NEW YORK NY<br>FROM<br>NOT RECORDED<br>TO CARRIER CLASS<br>NOT RECORDED | 06591320000 | 52.25 |
| [redacted] | | | |



Prepared For
**TOM BEATTY/BTA**
**ORRICK HERRINGTON**

Closing Date
**01/26/07**

Page 169 of 184

---

**Activity Continued**

| | | Reference Code | Amount $ |
|---|---|---|---|
| | TRAVEL AGENCY SERVICENEW YORK    NY | 06581410000 | 52.25 |

NOT RECORDED

| 01/25/07 | TRAVEL AGENCY SERVICENEW YORK    NY | 06581410000 | 52.25 |

TKT# 8908139510305          01/24
MISC CHARGE ORDER/PREPAID TICKET AUTHORITY
MULLADY/RAYMOND          TRAVEL AGENCY SERVICE F
THE LAWYERS TVL SERV    NEW YORK      NY
FROM
   NOT RECORDED
TO                      CARRIER CLASS
   NOT RECORDED

Continued  on  reverse

Prepared For
**TOM BEATTY/BTA**
**ORRICK HERRINGTON**



**Activity Continued**                                    Reference Code                        Amount $

| 01/26/07 | TRAVEL AGENCY SERVICENEW YORK     NY | | 06581420000 | 52.25 |
| | TKT# 8908139510315          01/25 | | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | | |
| | MULLADY/RAYMOND          TRAVEL AGENCY SERVICE F | | | |
| | THE LAWYERS TVL SERV     NEW YORK      NY | | | |
| | FROM | | | |
| |     NOT RECORDED | | | |
| | TO                CARRIER CLASS | | | |
| |     NOT RECORDED | | | |

Prepared For
TOM BEATTY/BTA
ORRICK HERRINGTON

[redacted]

**Activity Continued**

| | | Reference Code | Amount $ |
|---|---|---|---|
| 02/23/07 | TRAVEL AGENCY SERVICENEW YORK NY<br>TKT# 8901962419180 02/22<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>MULLADY/RAYMOND TRAVEL AGENCY SERVICE F<br>THE LAWYERS TVL SERV NEW YORK NY<br>FROM<br>NOT RECORDED<br>TO CARRIER CLASS<br>NOT RECORDED | 06592420000 | 52.25 |

[redacted]

**Orrick, Herrington
and Sutcliffe**
666 Fifth Avenue
23rd Floor
New York, NY 10103-0001

212/506.3660
212/506.3636 fax

# OVATION
## T R A V E L   G R O U P

THE LAWYERS' TRAVEL SERVICE

OVATION CORPORATE TRAVEL

OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
**UH6B**

SALES PERSON: 2Q    ITINERARY/INVOICE NO. 0005134    DATE: 25 JAN 07
CUSTOMER NBR: B98512    MTDYUT    PAGE: 01

TO: ORRICK, HERRINGTON
AND SUTCLIFFE, LLP

FOR: MULLADY/RAYMOND    REF: DC-017367-000008-6908

```
            BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
            AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
            MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
            EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
            FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
            FOR A COMPLETE LIST OF CARRY ON
            BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV
25 JAN 07  -  THURSDAY
    AIR    DELTA AIR LINES INC  FLT:1950    COACH         SNACK
           LV WASHINGTON REAGAN          1130A           EQP: MD-80
           DEPART: TERMINAL B                                59MIN
           AR NEW YORK LGA               1229P           NON-STOP
           ARRIVE: MARINE AIR TERMINAL                   REF: PUHHDT
           MULLADY/RAYMOND              DL-2390013023
    AIR    DELTA AIR LINES INC  FLT:1965    COACH         SNACK
           LV NEW YORK LGA                629P           EQP: MD-80
           DEPART: MARINE AIR TERMINAL                   01HR 16MIN
           AR WASHINGTON REAGAN           745P           NON-STOP
           ARRIVE: TERMINAL B                            REF: PUHHDT
           MULLADY/RAYMOND              DL-2390013023
           SEAT IS DONE AT AIRPORT CHECKIN


24 JUL 07  -  TUESDAY
    OTHER INFORMATION
           HAVE A GREAT TRIP
MCO        XD8139510315
                                 BILLED TO AMERICAN EXPRESS        52.25*

AIR TICKET    DL7804520406      MULLADY RAYMOND
ELEC TKT                        BILLED TO AMERICAN EXPRESS       415.99*
                                                           ---------------
                                 TOTAL BASE                      419.87
                                 TOTAL TAX                        48.37
                                 NET CC BILLING                  468.24*
                                                           ---------------
                                 TOTAL AMOUNT DUE                  0.00
```

CONTINUED ON PAGE 2

Rasmussen

AMERICAN EXPRESS

Prepared For
TOM BEATTY/BTA
ORRICK HERRINGTON

[redacted]

Closing Date
02/25/07

**Activity Continued**

| | | Reference Code | Amount $ |
|---|---|---|---|
| 02/06/07 | AMERICAN AIRLINES NEW YORK NY<br>TKT# 0017814083539 02/05<br>PASSENGER TICKET<br>RASMUSSEN/GARRETT AMERICAN AIRLINES<br>THE LAWYERS TVL SERV NEW YORK NY<br>FROM<br>WASHINGTON NAT'L DC<br>TO CARRIER CLASS<br>RALEIGH NC AA VR<br>TO<br>WASHINGTON NAT'L DC AA VR | 06902160000 | 430.44 |

[redacted]

05109 R04ABANA 00587

Continued on reverse

Prepared For
**TOM BEATTY/BTA
ORRICK HERRINGTON**

Account Number
**3782-937008-11008**

Page 178 of 204

## Activity Continued

| | | Reference Code | Amount $ |
|---|---|---|---|
| 02/06/07 | TRAVEL AGENCY SERVICENEW YORK      NY | 06592160000 | 52.25 |
| | TKT# 8908140080190          02/05 | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | |
| | RASMUSSEN/GARRETT      TRAVEL AGENCY SERVICE F | | |
| | THE LAWYERS TVL SERV    NEW YORK      NY | | |
| | FROM | | |
| |    NOT RECORDED | | |
| | TO            CARRIER CLASS | | |
| |    NOT RECORDED | | |

$430.44
+ 52.25
=$482.69

*New York*



Prepared For
**TOM BEATTY/BTA**
**ORRICK HERRINGTON**

Closing Date
**01/26/07**

Page 99 of 184

## Activity Continued

| | | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 01/05/07 | AMTRAK | NEW YORK | NY | 04957110000 | -239.40 Credit |

TKT# 5547796379219        12/28
CREDIT OR ADJUSTMENT - UNUSED AIRLINE TICKET
MUSOFF/JAY             AMTRAK
THE LAWYERS TVL SERV   NEW YORK      NY
FROM
  NOT RECORDED
TO           CARRIER CLASS
  NOT RECORDED

| | | | | | |
|---|---|---|---|---|---|
| 01/05/07 | AMTRAK | SAN FRANCISCO CA | | 04958120000 | 252.00 |

TKT# 5547804430896        01/04
PASSENGER TICKET
TORPEY/MICHAEL D       AMTRAK
THE LAWYERS TVL SVC    SAN FRANCISCO CA
FROM
  WASHINGTON-UNIO,DC
TO           CARRIER CLASS
  NEW YORK - PENN,NY   2V   1P

| | | | | | |
|---|---|---|---|---|---|
| 01/03/07 | AMTRAK | NEW YORK | NY | 04958570000 | 152.00 |

TKT# 5547804520279        01/02
PASSENGER TICKET
DREFKE/KYLE            AMTRAK
THE LAWYERS TVL SERV   NEW YORK      NY
FROM



  BWI AIRPORT RAI,MD   2V   1K

| | | | | | |
|---|---|---|---|---|---|
| 01/18/07 | AMTRAK | SAN FRANCISCO CA | | 04958310000 | 207.00 |

TKT# 5547808320080        01/17
PASSENGER TICKET
VENEGAS/SHANNON        AMTRAK
THE LAWYERS TVL SVC    SAN FRANCISCO CA
FROM
  WASHINGTON-UNIO,DC
TO           CARRIER CLASS
  WILMINGTON      ,DE   2V   1K
TO
  WASHINGTON-UNIO,DC   2V   1K

*Continued on reverse*



AMERICAN EXPRESS

Prepared For
TOM BEATTY/BTA
ORRICK HERRINGTON

[redacted]

Closing Date
01/26/07

**Activity Continued**

| | | Reference Code | Amount $ |
|---|---|---|---|
| [redacted] | | | |
| 01/18/07 | TRAVEL AGENCY SERVICESAN FRANCISCOCA<br>TKT# 8908139485395 01/17<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>VENEGAS/SHANNON TRAVEL AGENCY SERVICE F<br>THE LAWYERS TVL SVC SAN FRANCISCO CA<br>FROM<br>NOT RECORDED<br>TO CARRIER CLASS<br>NOT RECORDED | 06591310000 | 52.25 |
| [redacted] | | | |

$207.00
+ 52.25
=$259.25

*Continued on reverse*



*Inbound*

Riders  **AMTRAK**  Baggage

1

Name of Passenger
WYRON/RICHARD

7005591578

From
PHILADELPHIA 30,PA

To
WASHINGTON,DC

Carrier 2V  Train 2167  Date 22JAN07

Accom KA  Space/Car

EXPRSS BSNESS

Form of Payment
AX123.00 1005

Rail Fare $123.00  Accom Charge $.00

Fare Plans  Total $123.00

AOAE

Ticket Number
0227595315176  No. 01 of 01

Date of Issue
22JAN07  Reservation # FFD31

PASSENGER RECEIPT

*Outbound*

Riders  **AMTRAK**  Baggage

Name of Passenger
WYRON/RICHARD

7005591578

From
WASHINGTON,DC

To
PHILADELPHIA 30,PA

Carrier 2V  Train 2164  Date 22JAN07

Accom KD  Space/Car

EXPRSS BSNESS

Form of Payment
AP83.00AX 1005

Rail Fare $83.00  Accom Charge $.00

Fare Plans  Total $83.00

OOAE

Ticket Number
0221181151012  No. 01 01

Date of Issue
22JAN07  Reservation # FFC75

PASSENGER RECEIPT



123
+ 83
200

$123
+83
=$206



1025 Thomas Jefferson St. NW
Washington, DC 20007
Tel: 202. 337-748 • Fax: 202-342-7475
PETRAVEL@PASSPORTEXECUTIVE.COM

```
SALES PERSON: PAUL        ITINERARY/INVOICE NO. 1113403        DATE: 24 JAN 07
CUSTOMER NBR: 0000000050                       CPCPNO         PAGE: 01

        TO: ORRICK HERRINGTON         ELECTRONIC TICKET
            3050 K ST. NW             RECORD LOCATOR MBAJAQ
            WASHINGTON DC 20007


FOR: WYRON/RICHARD H



25 JAN 07  -   THURSDAY
    AIR    US AIRWAYS           FLT:2164    COACH CLASS
           LV WASHINGTON REAGAN            900A           EQP: AIRBUS A319
           DEPART: TERMINAL C                             01HR 14MIN
           AR NEW YORK LGA                1014A           NON-STOP
           ARRIVE: USAIRWAYS LA GUARDIA TERM              REF: MBAJAQ
           WYRON/RICHARD H                US-1967792
    AIR    US AIRWAYS           FLT:2187    COACH CLASS
           LV NEW YORK LGA                 700P           EQP: AIRBUS A319
           DEPART: USAIRWAYS LA GUARDIA TERM              01HR 21MIN
           AR WASHINGTON REAGAN           821P            NON-STOP
           ARRIVE: TERMINAL C                             REF: MBAJAQ
           WYRON/RICHARD H                US-1967792
XCO        XD813964411Ø
                               BILLED TO AMERICAN EXPRESS          45.00*

AIR TICKET   US7808466824      WYRON RICHARD H
ELEC TKT                       BILLED TO AMERICAN EXPRESS         319.65*
                                                                ----------
                               TOTAL BASE                         323.00
                               TOTAL TAX                           41.65
                               NET CC BILLING                     364.65*
                                                                ----------
                               TOTAL AMOUNT DUE                     0.00
```

CONTINUED ON PAGE 2

CUSTOMER'S COPY



Member
ASTA
American Society
of Travel Agents

Print Booking confirmation                                                                 Page 1 of 1

      

### Confirmation

**Thank you for choosing Amtrak! Your reservation is complete.**

We look forward to serving you.

**Please Note:** All Amtrak trains (except the Auto Train) are non-smoking.

Please save or print this page for your records. THIS CONFIRMATION IS NOT A TICKET. You must obtain a ticket before boarding. Please follow the ticketing information instructions below.

**<THIS IS NOT A TICKET>**

**Reservation Number: 0C7410**
**Amtrak Guest Rewards Number: 7005591578**

**Departing:  Washington - Union Station, DC (WAS)  To  New York - Penn Station, NY (NYP)**

| Service | Departs | Arrives | Duration | Amenities | Seats/ Rooms |
|---------|---------|---------|----------|-----------|--------------|
| 2108 Acela Express | **Washington, DC -** Union Station (WAS) **10:00 am** 14-FEB-07 | **New York, NY -** Penn Station (NYP) **12:45 pm** 14-FEB-07 | 2h 45m | Snack car | 1 Business Class Seat |

### TICKET INFORMATION

THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding. You can pick up your tickets at any Amtrak Quik-Trak self-service ticketing kiosk, or at any Amtrak ticket window. Please check station operating hours before you depart, as Amtrak ticket window hours and/or Quik-Trak kiosk hours vary from station to station.

### FARE

| | |
|---|---|
| 1 Passenger: | |
| Passenger 1:  Richard Wyron (Adult) | |
| Rail Fare: | $157.00 |
| Accommodations Price: | $0.00 |
| Total: | $157.00 |

### BILLING INFORMATION

**Billed to:**
Richard Wyron
3050 K Street, N.W.
Washington, DC 20007
US

**Total Price:** $157.00

**Credit Card:** AmericanExpress
***********1005

### E-MAIL CONFIRMATION

**We have sent an e-mail confirmation to the following address(es):**

rwyron@orrick.com

*[handwritten notes:]*
Train reservation for Acela #2108
DC to NY —
used
204.83
+ 157.00
361.83
1/3 billed to Grace
$120.61

Prepared For
**TOM BEATTY/BTA**
**ORRICK HERRINGTON**

**Activity Continued**

| | | | Reference Code | Amount $ |
|---|---|---|---|---|

| 01/27/07 | AMTRAK | NEW YORK | NY | 04959430000 | 346.00 |
|---|---|---|---|---|---|
| | TKT# 5547804520433 | | 01/26 | | |
| | PASSENGER TICKET | | | | |
| | ZURBRUGG/CATHARINE | AMTRAK | | | |
| | THE LAWYERS TVL SERV | NEW YORK | NY | | |
| | FROM | | | | |
| | NEW YORK - PENN,NY | | | | |
| | TO | CARRIER CLASS | | | |
| | WASHINGTON-UNIO,DC | 2V 1K | | | |
| | TO | | | | |
| | NEW YORK - PENN,NY | 2V 1K | | | |

Continued on next page


AMERICAN EXPRESS

Prepared For
TOM BEATTY/BTA
ORRICK HERRINGTON

[redacted]

Closing Date
02/25/07

**Activity Continued**

| | | Reference Code | Amount $ |
|---|---|---|---|
| [redacted] | | | |
| 01/27/07 | TRAVEL AGENCY SERVICENEW YORK NY<br>TKT# 8908139510342 01/26<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>ZURBRUGG/CATHARINE TRAVEL AGENCY SERVICE F<br>THE LAWYERS TVL SERV NEW YORK NY<br>FROM<br>NOT RECORDED<br>TO CARRIER CLASS<br>NOT RECORDED | 06591430000 | 52.25 |

$346.00
+ 52.25
=$398.25

05174 R04ABAMA 00587

*Continued on reverse*

**TRAIN**

Ansbro

06 3426 9606
PASSENGER TICKET AND BAGGAGE CHECK
NOT TRANSFERABLE
XXXXXXXXXXXXXXXXX NY-PERSONAL-5103
MISCELLANEOUS CHARGES ORDER
A·R·C XXX PASSENGER RECEIPT

B90741 0005140 A2Q
XXXXXXXXXX

ISSUED BY: AIRLINES REPORTING CRP
NAME OF ISSUING AGENT: THE LAWYERS TRAVE
NAME OF PASSENGER: ANSBRO/JOHN
X/O FROM: AIRLINES REPORTING CORP
X/O TO: TRAVEL RELATED SERVICE FEE

AGENT CODE: A33601400
PLACE OF ISSUE: NEW YORK
ISO CODE / DATE OF ISSUE: NYUS25JAN07
PNR/CARRIER CODE: JXTORF/AA
FCI / SERV CARR. ID: 7 0011/
ISSUING AGENT ID: UH6BA2Q

NAME OF PASSENGER: MISCELLANEOUS CHARGES ORDER

FP AXXXXXXXXXXXX2006X 0109 / 187529

[redacted]

NOT VALID FOR TRAVEL

| | | | |
|---|---|---|---|
| FARE | USD 52.25 | EQUIV. FARE PD. | |
| TAX/FEE/CHARGE | 0.00 | STOCK CONTROL NO TX 889 | 38850361863 |
| TOTAL | USD 52.25 | DOCUMENT NUMBER | 890 8139510321 2 |

8901 AA33601400

06 3426 9606
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE
NY-PERSONAL-5103
PASSENGER RECEIPT
A·R·C XXX

B90741 0005140 A2Q
XXXXXXXXXX

ISSUED BY: AMTRAK
TOUR CODE: XXXXX
NAME OF ISSUING AGENT: THE LAWYERS TRAVE
NAME OF PASSENGER: ANSBRO/JOHN
AGENT CODE: 33601400
PLACE OF ISSUE: NEW YORK, NY
ISO CODE / DATE OF ISSUE: NY US25JAN07
PNR/CARRIER CODE: JXTORF/AA 1KABSNSS
FCI / SERV CARR. ID: 6 0011/

**NOT VALID FOR** THIS IS YOUR RECEIPT 29JAN27JUL
**TRANSPORTATION*
ISSUING AGENT ID: UH6B*2Q
AMTRAK-RAIL SERVICE 1FULL
FP AXXXXXXXXXXXX2006* 0109/ C 181279
FC RR1465BE 0254 1RIDER RF 346.00AC .00 NYPWAS/A
OAE 173.00WASNYP/AOAE 173.00ASK ABOUT RESTRICTION
S

NAME OF PASSENGER: ANSBRO/JOHN
FROM: NYP
XWAS 2V2103 KA29JAN1KABSNSS
TO: NYP 2V2172 KA29JAN1KABSNSS

[redacted]

| | | | |
|---|---|---|---|
| FARE | USD 346.00 | EQUIV. FARE PD. | |
| TAX/FEE/CHARGE | EXEMPT | STOCK CONTROL NO TX 889 | 38850361830 |
| TOTAL | USD 346.00 | DOCUMENT NUMBER | 0 554 7804520412 0 |

NOT VALID FOR TRAVEL
0 554 7804520412 0
AA3601400

IT IS UNLAWFUL TO PURCHASE OR RESALE THIS TICKET FROM/TO ANY ENTITY OTHER THAN THE ISSUING CARRIER OR ITS AUTHORIZED AGENTS

346
+ 52.25 (Travel Agency Fee)
398.25



1025 Thomas Jefferson St. NW
Washington, DC 20007
Tel: (202) 337-7718 • Fax (202) 342-7475
PETRAVEL@PASSPORTEXECUTIVE.COM

$239.00

+ 12 (upgrade)

251

Guy

```
=========================================================
Philadelphia - 30th Street Station, PA (PHL) to Washington - Union Station, DC (WAS) 22-
JAN-07; 6:07 pm - 22-JAN-07; 7:45 pm

=========================================================
```

Service: 2167 Acela Express
Duration: 1h 38m

    <Departs>
    Philadelphia - 30th Street Station, PA (PHL)
    22-JAN-07; 6:07 pm

    <Arrives>
    Washington - Union Station, DC (WAS)
    22-JAN-07; 7:45 pm

    <Seat(s)/Room(s)>
    1 Business Class Seat

Amenities:  Snack car

```
=========================================================
```

FARE INFORMATION
----------------
Rail Fare:              $224.00
Upgrades/bedroom Price: $0.00
Ticket Delivery Fee:
--------------------------------
Total:                  $224.00

BILLING INFORMATION
-------------------
Billed to:
Jonathan Guy
3714 Morrison Street, NW
Washington, DC 20015
US

Total Price:  $224.00

Credit Card:  MasterCard ***********4390

ADDITIONAL INFORMATION
----------------------
* We recommend that you arrive at the station at least 30 minutes prior to your scheduled
departure. Allow additional time if you need help with baggage or tickets.

* If you are traveling on the Auto Train you must check in at least two hours before
scheduled departure.

* You may cancel (but not modify) your reservation online. Cancellation fees and/or refund
fees may apply. To change your reservation, please call 1-800-USA-RAIL (1-800-872-7245).

* THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding.

HAVE A GREAT TRIP!
------------------
Questions? Contact us online at http://www.amtrak.com/contactus.html or call 1-800-USA-
RAIL (1-800-872-7245).



**OVATION**
T R A V E L   G R O U P

**Orrick, Herrington
and Sutcliffe**
666 Fifth Avenue
23rd Floor
New York, NY 10103-0001

212/506.3660
212/506.3636 fax

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

**Sabre Access Code
UH6B**

THE LAWYERS' TRAVEL SERVICE

OVATION CORPORATE TRAVEL

OVATION VACATIONS

SALES PERSON: 2Q     ITINERARY/INVOICE NO. 0005082     DATE: 18 JAN 07
CUSTOMER NBR: B98512          GXSAUD     PAGE: 01

TO: ORRICK, HERRINGTON
    AND SUTCLIFFE, LLP
    WASHINGTON HARBOUR
    3030 K STREET, NW
    WASHINGTON DC

FOR: MULLADY/RAYMOND     REF: DC-017367-000008-6908

```
                 BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
                 AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
                 MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
                 EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
                 FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
                 FOR A COMPLETE LIST OF CARRY ON
                 BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV
23 JAN 07  -  TUESDAY
     RAIL  AMTRAK SERVICE                  CONFIRMATION 2V0F5CFA
                 LV BWI AIRPORT ST MD 621A
                 AR WILMINGTON DE     715A
                 TRAIN 2100
                 AMTRAK 001KB BSNSS
     RAIL  AMTRAK SERVICE                  CONFIRMATION 2V0F5CFA
                 LV WILMINGTON DE      126P
                 AR BWI AIRPORT ST MD 221P
                 TRAIN 2117
                 AMTRAK 002KD BSNSS

22 JUL 07  -  SUNDAY
     OTHER INFORMATION
                 HAVE A GREAT TRIP
MCO           XD8139510266
                                    BILLED TO AMERICAN EXPRESS       52.25*

RAIL TICKET   2V7804520365        MULLADY RAYMOND
                                    BILLED TO AMERICAN EXPRESS      123.00*
                                                                 ---------------
                                    TOTAL BASE                      175.25
                                    TOTAL TAX                         0.00
                                    NET CC BILLING                  175.25*
                                                                 ---------------
                                    TOTAL AMOUNT DUE                  0.00

THANK YOU FOR USING THE LAWYERS TRAVEL SERVICE.
#
##################################################
9AM-530PM EST MONDAY THRU FRIDAY CALL 212-506-3660
AFTER HOURS PLEASE CALL 800-876-4922 - YOUR
TRAVEL HELPLINE MEMBER ID IS UH6B

                 CONTINUED ON PAGE 2
```

## Corporate Card Statement of Account

*Please check aut's yellow aut's Thanks*

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
R.G. MULLADY JR.
ORRICK HERRINGTON

Account Number
3794-091158-82009

Closing Date
02/25/07

Page 1 of 3

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 03/13/07 |
|---|---|---|---|---|---|---|
| 551.58 | 3,763.67 | 0.00 | 551.58 | 0.00 | 3,763.67 | For important information regarding your account refer to page 2. |

Your payment is due in full.  Please pay by 03/13/07.

For assistance or questions about your account, contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity   Date reflects either transaction or posting date

### Card Number 3794-091158-82009

| | | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 02/07/07 | PAYMENT RECEIVED ACH - THANK YOU | 02/07 | | 00082000000 | -551.58 |
| 01/31/07 | CAFE LA RUCHE   WASHINGTON   DC | | | | 28.09 |
| | REF#     0 RESTAURANT   01/31/07 | | | | |
| 02/01/07 | VIGILS'S   NEW YORKNY | | | | 53.18 |
| | CHK10105   FOOD/BEV   02/02/07 | | | | |
| |   FOOD/BEV   $45.18 | | | | |
| |   TIP   $8.00 | | | | |
| 02/02/07 | AMTRAK   WASHINGTON   DDC | | | 04950030000 | 55.00 |
| | TKT# 5545798353034   02/01 | | | | |
| | VENDOR SALE | | | | |
| | MULLADY/RAYMOND   AMTRAK | | | | |
| | AMTRAK   WASHINGTON   D DC | | | | |
| | FROM | | | | |
| |   WASHINGTON-UNIO,DC | | | | |
| | TO   CARRIER CLASS | | | | |
| |   NEW YORK - PENN,NY   2V  AO | | | | |
| 02/03/07 | WET BAR   212-6861600   NY | | | 00400126587 | 33.00 |
| | 400126587 FOOD/BEV   02/02/07 | | | | |
| |   FOOD/BEV   $33.00 | | | | |
| |   TIP | | | | |

$55
+$5(Service Charge)
=$60

*Please fold on the perforation below, detach and return with your payment*

*Continued on Page 3*

**(1)** *Previously disallowed train fare of $55.00 upgrade, plus change fee of $5.00.*
*Attached AMX bill is receipt for upgrade amount of $55.00 and R. Mullady paid $5.00 change fee.*

Breakdown of Charges for February 26, 2007
Travel to Wilmington DE for Hearings
In Re W.R. Grace and █████

| Expense Type | Total Amount | | Amount Attributable to W.R. Grace (17367.8) |
|---|---|---|---|
| Mileage (round-trip between home and BWI) | $ 38.90 | | $19.45 |
| Parking at BWI | $    9.00 | | $  4.50 |
| Train – BWI/Wilmington | $ 72.00 | | $ 36.00 |
| Train – Wilmington/BWI | $120.00 | | $ 60.00 |
| Passport Cancellation Fee for Amtrak Ticket to Wilmington | $  45.00 | | $ 22.50 |
| Non-refunded portion of cancelled Amtrak ticket | $11.20 | | ~~$5.60~~   2.81 |
| | 296.10 | | $150.84 |

19.45
36.00
60.00
22.50
2.81
————
140.76



