# EXHIBIT O TO ORRICK'S FIFTH QUARTERLY: TAXI

Ansora

# TAXICAB RECEIPT

Date: 1-29-07

Time: _____

Company: _____

Origin of Trip: OHS Office.

Destination: A.C Train Station

Fare: w/ T.P. $15.00    Sign: 17369-8/5703

*Hope you had a pleasant ride.*
*Thank you for your business*



# TAXICAB RECEIPT

Time: 1-29-07

Date: _____

Origin of trip: A.C Train Station

Destination: OHS Office

Fare: w/ TP = $15.00    Sign: 17367-8/5703

$15
 15
  7
+ 8
=45

17367-8/5703

```
I ♥ NEW YORK
MED #          5F38
DATE: 01/29/2007
START TIME 05:35
END TIME   05:42
TRIP #       2267
RATE No.        1
MILES        1.12
FARE $       6.10
EXTRAS $     0.50
TOTAL $      6.60
```

w/ T.P. $8.00

Contact TLC Dial
3-1-1

17367-8/5703

w/ T.P. $7.00



17367-8/5703

17367-8/5703

1 CAB NEW YORK
MED #         2LL1
TRIP #        2051
ST. TIME 09:18 M
END TIME 09:34 M
DATE    MAR 25-07
DIST        1.06
FARE $       6.10
EXTRA $      1.00
TOT FARE$    7.10
No Contact TLC
Dial 3-1-1

√ TIP = $8.00

√ TIP = $6.00

$8
 6
+6
=$20

17367-8/5103

1 CAB NEW YORK
MED #         2LT0
DATE  03/28/2007
END TIME 18:37
TRIP #        2252
REF #
DIST         1.11
FARE $       5.30

Contact TLC Dial
3-1-1

$6.00

17367-8/5103

SUNDAY 17367-8/503

```
I ♡ NEW YORK
MED #        5H51
TRIP #       3456
ST. TIME  05:36PM
END TIME  05:40PM
DATE      FEB-11-07
DIST          1.08
FARE $        4.50
to Contact TLC
Dial 3-1-1
```

SUNDAY
W/TIP
@ 6.00
17367-8/503

```
I ♡ NEW YORK
MED #        3H39
TRIP #       4129
ST. TIME  07:38PM
END TIME  07:45PM
DATE      FEB-12-07
DIST          1.07
FARE $        5.70
EXTRA $       1.00
TOT FARE$     6.70
to Contact TLC
Dial 3-1-1
```

17367-8/5103

w/ tip = $8.00
17367-8/503

w/ tip $8.00

w/ tip $7.00

SATURDAY

```
17367 8/5103
I ♡ NEW YORK     6K40
02/18/07 TR 6406
START   END MILES
09:46 09:51   1.1
FARE :    $    5.30
EXTRA:    $    0.00
TOTAL:    $    5.30
THANKS
TO CONTACT TLC
DIAL 3-1-1
```

w/ tip $7.00

w/ tip $7.00
19376-8/5103

w/ tip $6.00

```
Sunday
MED #         1L30
02/18/07 TR 7089
START   END MILES
19:32 19:35   1.1
FARE :    $    4.50
EXTRA:    $    0.00
TOTAL:    $    4.50
THANKS
TO CONTACT
DIAL 3-1-1
```

w/ tip $5.00
17367-8/5103

```
17367/8/5103
I ♡ NEW YORK
MED #         3M74
DATE: 02/13/2007
START TIME 23:47
END TIME   23:50
TRIP #        611
RATE No.        1
MILES        1.12
FARE $       4.90
EXTRAS $     0.50
TOTAL $      5.40
Contact TLC Dial
```

$6.00

DIAL 3-1-1
17367-8/503
MED # 2D70

17367-8/5103
1-414020

1-414020/5103
w/ tip = $6.00

$88

```
ON
OFF  05:56 P
FARE $    4.
EXTRA $   0.00
TOTAL $   4.90
TRIP DISTANCE:
0.79 Miles
To contact TLC
Dial: 3-1-1
```

Sunday

```
DIST     1.02 mi
FARE    $ 4.90
TOTAL   $ 4.90
CONTACT TLC
DIAL 3-1-1
```

w/ tip $6.00

w/ tip $6.00

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| | 02/28/07 | |
| **Payment Terms** | | |
| Due on Receipt | | |



| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE ID# | | Destinastion | | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 02/20/07 | 11:45 | 302 | 7227533 | ANSBOR | | 666 5 AVE | | 107 | 60.00 | 3.00 | 0.00 | 1.44 | 73.44 |
| 17367 | | 8 | | 5103 | | EWR | | 77701 | | | 9.00 | | 73.44 |

RECEIVED FROM

DATE 2-20-07

(7367-8/5103

**FOR CAB FARE** $ 72.00

FROM  W/ TiP

TO  Fort Lauderdale / Boca Raton

DRIVER              CAB #



(7367-8/505 **Yellow**  2-23-07

**Cab** ▪  BocA RAToN
to

Boca/Delray

**561-395-3221**  Ft. LAuDeR̶dALE
AirPorT

With $ 68.00
TiP=

• On demand and scheduled service 24 hours a day
• Airport service
• Package delivery

**www.yellowcabflorida.com**

RESERVATIONS MADE THROUGH DRIVER'S CELL PHONE ARE NOT GUARANTEED

PBC#VR7

$ 72
+ 68
=$140

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007 Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| [redacted] | 02/28/07 | [redacted] |

| Payment Terms |
|---|
| Due on Receipt |

[redacted]

| Date / CLIENT # | Time | Car # / MATTER # | Vchr# | Cust. Name / EMPLOYEE | Car-Pass # / ID# | PU Address / Destinastion | Zone / Zone | Fare / Stops | S.C. / W.T. | Tips / Tolls | Misc.* / Phone | Total / Disc Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | |
| 02/20/07 | 00:41 | 137 | 7216009 | CANGIALOSI | | 666 5 AVE | 107 | 154.00 | 3.00 | 0.00 | 3.26 | 166.01 |
| 17367 | | ~~908~~ | | 7417 | | REDDING, CT | 81214 | | | 5.75 | | 166.01 |
| [redacted] | | | | | | | | | | | | |

# Taxi Cab Receipts

DATE: 2/15/07    TIME: 9:45 am

TRIP ORIGIN: Orrick - DC

DESTINATION: National Airport

FARE: $ 20    SIGNATURE

# TAXICAB RECEIPT

Time: 2/15/07 8pm

Date:

Origin of trip: National Airport

Destination: Orrick - DC

Fare: 17    Sign:

## RECEIPT

## RDU AIRPORT TAXI SERVICE

Date 2/15/07

Fare Amount $ 41.00

From Raleigh/Durham Airport

Dest. Washington Duke Inn

Cab Number

20
17
41
$78





## TAXICAB RECEIPT

Time: _12:20 pm_
Date: _2/20/07_

Origin of trip: _Orrick - DC_
Destination: _National Airport_
Fare: _15_
Sign:

## TAXICAB RECEIPT

_DCA → Orrick DC_

Time:
Date:
Origin of trip:
Destination:
Fare:
Sign:

$15+15=$30



[redacted]

$30+74=$104

Marriott Boca to Ft. Lauderdale airport

**TAXI SERVICE**

**Gordon Stevens**

**(561) 573-1924**

*Airport Service*

(954) 480-9872

2/23/07 $ 74

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007 Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| [redacted] | 01/17/07 | [redacted] |

| Payment Terms |
|---|
| Due on Receipt |

[redacted]

| Date / CLIENT # | Time | Car # / MATTER # | Vchr# | Cust. Name / EMPLOYEE ID# | Car-Pass # | PU Address / Destinastion | Zone / Zone | Fare / Stops | S.C. / W.T. | Tips / Tolls | Misc. * / Phone | Total / Disc Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | |
| 01/05/07 | 15:05 | 128 | 2645583 | FRANKEL | | 666 5 AVE | 107 | 40.00 | 3.00 | 0.00 | 0.95 | 48.45 |
| 17367 | | 2 | | 9441 | | LGA | 11371 | | | 4.50 | | 48.45 |
| [redacted] | | | | | | | | | | | | |

# Taxi Cab Receipts

DATE: _1-5-07_ TIME: _7:00 Pm_

TRIP ORIGIN: _DCA_

DESTINATION: _Orrick (DC)_

FARE: $ _18.00_ SIGNATURE _RD_

½ EACH:

GRACE
FIRM

=$9.00



1/2 EACH

GRACE FIRM

=$6.50

$9+6.50=$15.50

# INVOICE

**XYZ Two Way Radio Service, Inc**

Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| | 01/31/07 | |
| **Payment Terms** | | |
| Due on Receipt | | |

| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE | ID# | Destinastion | | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 01/25/07 | 17:12 | 132 | 7197277 | FRANKEL | | 375 PARK AVE | | 106 | 40.00 | 3.00 | 0.00 | 0.86 | 43.86 |
| 17367 | | 8 | | 9441 | | LGA | | 11371 | | | | | 43.86 |

# Invoice

## Red Top Executive Sedan

P.O.BOX 100519
Arlington, VA 22210-0748
(703) 525-0900

Account No.: 6284701
Invoice No.: 1026939
Date: 1/31/2007
Page: 2

CARLA RHONE
ORRICK, HERRINGTON
3050 K STREET NW SUITE 200
WASHINGTON, DC 20007

| Vch# | Date | Time | Passenger | Destination | Rate | Wait | Tips | Other | Admin | Disc | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | |
| 4948910 | 1/25/2007 | 7:30AM | FRANKEL,ROGER | US AIR, DCA [redacted] | $27.25 | $0.00 | $4.50 | $0.00 | $1.11 | $0.00 | $32.86 |

[redacted]

Printed: 1/31/2007

# INVOICE

**XYZ Two Way Radio Service, Inc**

Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| | 02/21/07 | |
| **Payment Terms** | | |
| Due on Receipt | | |



| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE | IDf | Destinastion | | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 02/15/07 | 12:37 | 185 | 2646107 | AUSTERN | | 666 5 AVE | | 107 | 40.00 | 3.00 | 0.00 | 1.35 | 68.85 |
| 17367 | | 8 | | 9441 | | LGA | | 11371 | | 20.00 | 4.50 | | 68.85 |

Jonathan Guy 9443    Jan. 22, 2007    17367. 8

Guy





RECEIPT  Date  1-22-07

**LIBERTY**
Cab Co.

842 South 2nd St. Suite 6
Phila. PA 19147
Dispatch  (215) 389-8000
Office    (215) 389-8003

From  2000 Market Street    To  Amtrak

F___

Person  Q 8    Cab to Train Station

Driver  Grace

Thank You For Riding
Liberty Cab Co.

| CAB NO. |
| FARE |
| TIP |
| TOTAL |



CITY CENTER HOTEL
WASHINGTON DC

## TAXI CAB RECEIPT

Date: 11/28                    Time:

Trip Origin: Orrick

Destination: Home

Fare: w/Tip 11.00  Signature:

*Shula's*
AMERICAN
STEAK HOUSE

*Visit us at:* 1143 New Hampshire Avenue, Washington, D.C. 20037  202.775.0800
www.WashingtonDCCityCenterHotel.com



```
12/28/06                  BostonCoach Trip Receipt
 5:00a                    PITTSBURGH          SAME

Trip Receipt for Passenger.... RAYMOND MULLADY
Customer Contact............. ROXANNA JOHNSON/ADMN

Reservation#...... 12189105              Trip Date...... 12/18/06
Pickup Location... PIT                   Sched Time..... 09:55
                   US 4025 FROM BWI  9:  Pickup Time.... 10:00
Dropoff Location.. PITTSBURGH PA         End Time....... 11:00
                   5414 USX TOWER 600 G  Vechicle Type... SEDN

Payment Via....... AX
                         GET CC ADDRESS-FORM. Y
                         COMPANY NAME........ ORRICK,HERRINGT

                Charges
                    Fare.............    83.00
                    Service Fee......    14.94
                    Other............    10.81 ( F)
                    Total Charge        108.75

        For Billing Inquiries, please call (800) 672-7676
        Total price includes a temporary fuel surcharge.
```

**SEACOAST CAB CO.**
P.O. BOX 302 ST-GEORGES, DE 19733
*PHONE* **(302) 834 - 7575**

Date  1/23/07        Cab # _____

From  Train Station

To  847 N. Market St

Amount  $7 00        Driver _____

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007 Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| [redacted] | 01/31/07 | [redacted] |

| Payment Terms |
|---|
| Due on Receipt |

[redacted]

| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc. * | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE ID# | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| [redacted] | | | | | | | | | | | | |
| 01/25/07 | 12:15 | 251 | 7217058 | MULLADY | | LGA, DELTA SHUTTLE | 11371 | 40.00 | 3.00 | 0.00 | 1.67 | 85.17 |
| 17867-8 | | 8 | | 6908 | | 375 PARK AVE | 106 | | 36.00 | 4.50 | | 85.17 |
| [redacted] | | | | | | | | | | | | |

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
|  | 02/07/07 |  |
| Payment Terms | | |
| Due on Receipt | | |

| Date | Time | Car # Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | EMPLOYEE ID/ | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 01/25/07 16:45 | 271 | 7149442 | MULLADY | | 375 PARK AVE | 106 | 40.00 | 3.00 | 0.00 | | 56.61 |
| 17367-8 | 8. | | 6908 | | LGA | 13371 | | 8.00 | 4.60 | | 56.61 |

## *Invoice*
## *RED TOP CAB*

CARLA RHONE
ORRICK, HERRINGTON ET AL
3050 K STREET NW
SUITE 200
WASHINGTON, DC 20007

P.O. Box 100519
Arlington, VA 22210-0748
(703) 525-0900

Account No.:
Invoice No.:
Date:        12/31/06
Page:        2

| VOUCHER | DATE | PASSENGER | | | PICK-UP | DESTINATION | TIME | RATE | WAIT | PH | TIPS | OTHR | ADMN | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D 7790027 | 12/23/06 | ROXANNA JOHNSON | | | 3050 K ST NW | 1200 S ARLINGTON R | 1:21 | 10.25 | 0.00 | 0.00 | 2.00 | 0.00 | 0.43 | 12.68 |
| D 7742895 | 12/23/06 | VENEGAS, ALEX | | | 3050 K ST NW | 1000 N HERNDON ST | 17:00 | 9.95 | 0.00 | 0.00 | 2.00 | 0.00 | 0.42 | 12.37 |

Venegas

# *Invoice*
## *RED TOP CAB*

P.O. Box 100519
Arlington, VA 22210-0748
(703) 525-0900

CARLA RHONE
ORRICK,HERRINGTON ET AL
3050 K STREET NW
SUITE 200
WASHINGTON, DC 20007

Account No.: [redacted]
Invoice No.: [redacted]
Date: 01/31/07
Page: 2

| VOUCHER | DATE | PASSENGER | | | PICK-UP | DESTINATION | TIME | RATE | WAIT | PH | TIPS | OTHR | ADMN | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | |
| D 7790900 | 1/23/07 | VENEGAS, ALEX | [redacted] | 7694 | 1200 S ARLINGTON R | 1 UNION STATION | 6:32 | 12.95 | 0.00 | 0.00 | 2.00 | 0.00 | 0.52 | 15.47 |
| [redacted] | | | | | | | | | | | | | | |

[redacted]

17367-8

**TAXICAB RECEIPT**

Time:

Date: 1/23

Origin of trip: Union Station

Destination:

Fare: 16.—

Sign:

17367-8

Taxi
Dave's Taxi Cab Inc. of Delaware
Mobile: (302)-220-1241

Date: 1-23-07 Cab#: 1

From:

To: 8

Amount: 6.00 Driver:

$16
\+ 6
=$22

1/22 Expenses

Cab for Philly/30ª Street to 2000 Market          6.00

## THANK YOU FOR RIDING WITH US!

1/3 billed to braa = $17.00

Cab No. _____ Date 2/15/07

From _____ DCA

To _____ 1116 Betts Teric, Potomac

Fare 50⁰⁰ _____ Time 11:15 pm

Owner/Operator's Name _____