```
              UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE


IN RE:                        .    Case No.  01-1139 (JKF)
                              .
                              .
W.R. GRACE & CO.,             .    USX Tower - 54th Floor
et al.,                       .    600 Grant Street
                              .    Pittsburgh, PA  15219
              Debtors.        .
                              .    August 1, 2007
. . . . . . . . . . . . . ..       8:40 a.m.


                    TRANSCRIPT OF HEARING
          BEFORE HONORABLE JUDITH K. FITZGERALD
          UNITED STATES BANKRUPTCY COURT JUDGE

               S E A L E D   T R A N S C R I P T
```

APPEARANCES:

For the Debtors:         Kirkland & Ellis LLP
                         By:  DAVID BERNICK, ESQ.
                         200 East Randolph Drive
                         Chicago, IL  60601

                         Kirkland & Ellis, LLP
                         By:  AMANDA C. BASTA, ESQ.
                         655 15th Street, N.W.
                         Suite 1500
                         Washington, DC  20005


Audio Operator:          Cathy Younker


Proceedings recorded by electronic sound recording, transcript produced by transcription service.

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail: jjcourt@optonline.net

(609)586-2311        Fax No. (609) 587-3599