## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**April 1, 2007 through April 30, 2007**
**(Deloitte Tax LLP)**

| Professional | Title | Hours | Billing Rate | Professional Fees | | Expenses | |
|---|---|---|---|---|---|---|---|
| Bryan Collins | Partner | 8.0 | $600 | $ | 4,800 | $ | 2,253 |
| Timothy Tuerff | Partner | 19.2 | $600 | $ | 11,520 | $ | 620 |
| Mark Wanek | Manager | 77.8 | $475 | $ | 36,955 | $ | 803 |
| **Total Repatriation Planning Fees** | | **105.0** | | **$** | **53,275** | **$** | **3,676** |
| | | | | | | | |
| Bryan Collins | Partner | 2.0 | $600 | $ | 1,200 | $ | - |
| Matthew Gareau | Senior Manager | 2.0 | $515 | $ | 1,030 | $ | - |
| **Total Lonely Parent Fees** | | **4.00** | | **$** | **2,230.00** | **$** | **-** |
| | | | | | | | |
| Bryan Collins | Partner | 0.5 | $600 | $ | 300 | $ | - |
| Matthew Gareau | Senior Manager | 2.0 | $515 | $ | 1,030 | $ | - |
| **Total Section 382 Trading Restriction Fees** | | **2.5** | | **$** | **1,330** | **$** | **-** |
| | | | | | | | |
| John Keenan | Director | 4.0 | $600 | $ | 2,400 | $ | - |
| Randall Bessinger | Senior Manager | 3.0 | $515 | $ | 1,545 | $ | - |
| **Total Interest Computations Fees** | | **7.0** | | **$** | **3,945** | **$** | **-** |
| | | | | | | | |
| Lecia Ross | Administrative | 4.3 | $70 | $ | 301 | $ | - |
| **Total Administrative Fees** | | **4.3** | | **$** | **301** | **$** | **-** |
| | | | | | | | |
| **Total Deloitte Tax LLP Fees and Expenses for April 2007** | | **122.8** | | **$** | **61,081** | **$** | **3,676** |

91100-001\DOCS_DE:79005.1

## EXHIBIT C

**W.R. Grace**
**April 2007 billing detail**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/19/2007 | Bryan Collins | Lonely Parent | Worked on Tax Court petition | 1 | $ 600 | $ 600 | $ - |
| 4/26/2007 | Bryan Collins | Lonely Parent | Work re: Tax Court petition | 0.5 | $ 600 | $ 300 | $ - |
| 4/27/2007 | Bryan Collins | Lonely Parent | Work re: Tax Court petition | 0.5 | $ 600 | $ 300 | $ - |
| 4/2/2007 | Bryan Collins | Repatriation Planning | Repatriation Planning | 2 | $ 600 | $ 1,200 | $ - |
| 4/3/2007 | Bryan Collins | Repatriation Planning | Traveled and had meeting in Florida at client site. | 5 | $ 600 | $ 3,000 | $ - |
| 4/4/2007 | Bryan Collins | Repatriation Planning | re: Repatriation planning | 1 | $ 600 | $ 600 | $ - |
| | Bryan Collins | Repatriation Planning | TrvlAgency Trans Fee -B COLLINS Agency Trx Fee Ticket 7627644658 | | | | $ 20 |
| | Bryan Collins | Repatriation Planning | Miscellaneous Exp | | | | $ 40 |
| | Bryan Collins | Repatriation Planning | Travel Exp-Airline | | | | $ 1,577 |
| | Bryan Collins | Repatriation Planning | Travel Exp-Rental Car | | | | $ 85 |
| | Bryan Collins | Repatriation Planning | Traveling Exp-Hotel | | | | $ 278 |
| | Bryan Collins | Repatriation Planning | Travel Exp-Meal Exp | | | | $ 233 |
| | Bryan Collins | Repatriation Planning | TrvlAgency Trans Fee -B COLLINS Agency Trx Fee Ticket 7627642393 | | | | $ 20 |
| 4/5/2007 | Bryan Collins | Section 382 Trading Restriction | re: Section 382 issues | 0.5 | $ 600 | $ 300 | $ - |
| 4/2/2007 | Timothy Tuerff | Repatriation Planning | Preparation for meeting in Florida regarding repatriation issues | 1 | $ 600 | $ 600 | $ - |
| 4/3/2007 | Timothy Tuerff | Repatriation Planning | meeting in Boca Raton regarding repatriation | 5 | $ 600 | $ 3,000 | $ - |

91100-001\DOCS_DE:79005.1

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/5/2007 | Timothy Tuerff | Repatriation Planning | Internal meeting to discuss status of repatriation plan and action points from client meeting in Boca Raton; analysis of repatriation issues | 2 | $ 600 | $ 1,200 | $ - |
| 4/6/2007 | Timothy Tuerff | Repatriation Planning | review the plan for repatriation; meeting with Mark Wanek to discuss issues; telecom with Debra Poole | 2.5 | $ 600 | $ 1,500 | $ - |
| 4/9/2007 | Timothy Tuerff | Repatriation Planning | div repat issue analysis | 1 | $ 600 | $ 600 | $ - |
| 4/12/2007 | Timothy Tuerff | Repatriation Planning | germany - repatriation - rework #s | 2 | $ 600 | $ 1,200 | $ |
| 4/13/2007 | Timothy Tuerff | Repatriation Planning | revise slides for meeting german case | 1.5 | $ 600 | $ 900 | $ - |
| 4/16/2007 | Timothy Tuerff | Repatriation Planning | prep for call with Elyse; review slides | 1.5 | $ 600 | $ 900 | $ - |
| 4/17/2007 | Timothy Tuerff | Repatriation Planning | telecon with Debra and Elyse | 2.3 | $ 600 | $ 1,380 | $ - |
| 4/24/2007 | Timothy Tuerff | Repatriation Planning | Telecon with Mark to discuss latest dividend planning issues | 0.4 | $ 600 | $ 240 | $ - |
| | Timothy Tuerff | Repatriation Planning | Travel Exp-Airline | | | | $ 449 |
| | Timothy Tuerff | Repatriation Planning | TrvlExp-Oth Grnd Trn | | | | $ 134 |
| | Timothy Tuerff | Repatriation Planning | Travel Exp-Rental Car | | | | $ 20 |
| | Timothy Tuerff | Repatriation Planning | Travel Exp-Meal Exp | | | | $ 17 |
| 4/11/2007 | John Keenan | Interest Computations at Request of Alan Gibbons | Conference call with Alan Gibbons on interest questions- more specifically when is interest paid on NOL refund claims; research; send email response; exchange emails on FIN 48 interest netting | 2.25 | $ 600 | $ 1,350 | $ - |

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/12/2007 | John Keenan | Interest Computations at Request of Alan Gibbons | Interest questions from Alan Gibbons | 0.5 | $ 600 | $ 300 | $ - |
| 4/16/2007 | John Keenan | Interest Computations at Request of Alan Gibbons | Research on interest issue on deficiency allowed to be assessed under Section 6501(k) -- call with Alan Gibbons; draft email. | 1.25 | $ 600 | $ 750 | $ - |
| 4/20/2007 | Matthew Gareau | Lonely Parent | Lonely parent - review tax court petition | 2 | $ 515 | $ 1,030 | $ - |
| 4/3/2007 | Matthew Gareau | Section 382 Trading Restriction | 382 PLR - trading motion | 1.5 | $ 515 | $ 773 | $ - |
| 4/5/2007 | Matthew Gareau | Section 382 Trading Restriction | 382 trading restriction PLR | 0.5 | $ 515 | $ 258 | $ - |
| 4/12/2007 | Randall Bessinger | Interest Computations at Request of Alan Gibbons | Interest computations on tax overpayments and underpayments at the request of Alan Gibbons; calls with Alan Gibbons | 1 | $ 515 | $ 515 | $ - |
| 4/13/2007 | Randall Bessinger | Interest Computations at Request of Alan Gibbons | Interest computations on tax overpayments and underpayments at the request of Alan Gibbons; calls with Alan Gibbons | 0.5 | $ 515 | $ 258 | $ - |
| 4/16/2007 | Randall Bessinger | Interest Computations at Request of Alan Gibbons | Interest computations on tax overpayments and underpayments at the request of Alan Gibbons; calls with Alan Gibbons | 1.5 | $ 515 | $ 773 | $ - |

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/2/2007 | Mark Wanek | Repatriation Planning | WR Grace - client emails regarding Italian information requirements; circulate slides for client meeting; preparation for meeting | 0.5 | $ 475 | $ 238 | $ - |
| 4/2/2007 | Mark Wanek | Repatriation Planning | WR Grace - meeting with Tim Tuerff and Bryan Collins re repatriation planning; revisions to slides for Tim's comments and Debra Poole's comments; related analysis and final review; follow up with Italian contact regarding information requirements | 4.5 | $ 475 | $ 2,138 | $ - |
| 4/3/2007 | Mark Wanek | Repatriation Planning | WR Grace - meeting prep, review additional documents sent by Debra Poole; meeting at WR Grace in Boca Raton | 5 | $ 475 | $ 2,375 | $ - |
| 4/4/2007 | Mark Wanek | Repatriation Planning | WR Grace - follow up with UK contact regarding analysis required; various follow up from client meeting, summarize action points; client correspondence and calls regarding Italian financial information and local country contacts | 3 | $ 475 | $ 1,425 | $ - |

91100-001\DOCS_DE:79005.1

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/5/2007 | Mark Wanek | Repatriation Planning | WR Grace - meetings with Tim Tuerff: follow up points from client meeting; follow up with UK contact regarding UK analysis; client correspondence; identify German contact, calls and correspondence to follow up and communicate project background | 1.5 | $ 475 | $ 713 | $ - |
| 4/5/2007 | Mark Wanek | Repatriation Planning | WR Grace - US-Belgium treaty analysis | 0.5 | $ 475 | $ 238 | $ - |
| 4/6/2007 | Mark Wanek | Repatriation Planning | WR Grace - various action points from client meeting; meeting with Tim; call with Debra Poole of WR Grace regarding status of plan, UK analysis; set up call with German office, client correspondence; analyze information provided by Debra Poole of WR Grace (E&P schedule, thin cap computations for Germany, financial information for Germany, financial information for Japan); draft general workplan | 5 | $ 475 | $ 2,375 | $ - |

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/9/2007 | Mark Wanek | Repatriation Planning | WR Grace - create workplan/status summary by country (2.5) follow up with Belgium and German contacts and provide additional info received, schedule German call (1.0) meeting with Tim re status and action points (0.5) | 4 | $ 475 | $ 1,900 | $ - |
| 4/10/2007 | Mark Wanek | Repatriation Planning | WR Grace - written summary of Belgium analysis and follow up (1.4) send updated plan to Japan, provide additional info and set up call (0.5) client correspondence re meeting (0.1) | 2 | $ 475 | $ 950 | $ - |
| 4/10/2007 | Mark Wanek | Repatriation Planning | WR Grace - call with Debra Poole re local country contacts / outstanding info for Germany, Belgium and UK; related organization (0.5) follow up with UK colleagues, two conversations re thin cap computations (0.7) email correspondence for info required (0.5) | 1.7 | $ 475 | $ 808 | $ - |
| 4/10/2007 | Mark Wanek | Repatriation Planning | WR Grace - check in with Tim re Belgium analysis, general status and process for UK analysis | 0.5 | $ 475 | $ 238 | $ - |

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|-------------|-------------------|----------|
| 4/10/2007 | Mark Wanek | Repatriation Planning | WR Grace - call with Christian Ehlerman/Andreas Maywald of Deloitte Germany re German analysis: provide background, discuss thin cap computations, status of proposed legislation, escape clause, information required, issues with 304, withholding tax | 0.8 | $ 475 | $ 380 | $ - |
| 4/10/2007 | Mark Wanek | Repatriation Planning | WR Grace - review info and call with Francois Hinck re Belgium analysis: background, interest deductibility limits, computation of taxable income, loss carryforwards, WHT on dividends/interest to/from Belgium, qualifying holding company, treaty status | 2 | $ 475 | $ 950 | $ - |
| 4/11/2007 | Mark Wanek | Repatriation Planning | WR Grace - review Germany/Belgium info provided by Thomas Hirsch; emails to circulate info and set up Japan call; update to Tim (1.0) call with Francois Hinck re new info and impact on analysis, qualifying holding company status and WHT on interest (0.5) | 1.5 | $ 475 | $ 713 | $ - |

91100-001\DOCS_DE:79005.1

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/11/2007 | Mark Wanek | Repatriation Planning | WR Grace - prep for Japan call (0.3) Japan call to provide project background and limit scope on analysis (0.7) | 1 | $ 475 | $ 475 | $ - |
| 4/11/2007 | Mark Wanek | Repatriation Planning | WR Grace - calls with John Bird and Sarah Lord to provide background on project; circulate materials to UK analysis; provide update to Debra Poole of WR Grace on UK team/contact info | 1.5 | $ 475 | $ 713 | $ - |
| 4/12/2007 | Mark Wanek | Repatriation Planning | WR Grace - call with Francois Hinck re Belgium WHT on interest, update to Tim (1.0); review intercompany debt schedules provided by client, schedule UK call, client correspondence, circulate materials (0.5) | 1.5 | $ 475 | $ 713 | $ - |
| 4/12/2007 | Mark Wanek | Repatriation Planning | WR Grace - initial call regarding UK analysis with John Bird, Sarah Lord and Robert Nathan; talk through facts and UK team's conversations with client; initial thin cap computations based on 2005 accounts (1.0); analyze UK info to identify alternatives (0.5) | 1.5 | $ 475 | $ 713 | $ - |

91100-001\DOCS_DE:79005.1

-15-

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/12/2007 | Mark Wanek | Repatriation Planning | WR Grace - conf call with Deloitte Germany, Allen and Overy and Debra Poole of WR Grace re German analysis: discuss thin cap limitations, proposed legislation, withholding tax and real estate transfer tax | 1 | $ 475 | $ 475 | $ - |
| 4/12/2007 | Mark Wanek | Repatriation Planning | WR Grace - follow up call with John Bird, Tim Tuerff re UK analysis: discuss thin cap limit, info needed (e.g. forecasts), relevance of debt/equity, unallowable purpose, company law (0.5) additional follow up with John on OID instrument, related analysis (0.5) | 1 | $ 475 | $ 475 | $ - |
| 4/13/2007 | Mark Wanek | Repatriation Planning | WR Grace - conf call with UK team, Debra Poole of WR Grace and WR Grace UK finance team on thin cap analysis, unallowable purpose rules and info required | 1 | $ 475 | $ 475 | $ - |
| 4/13/2007 | Mark Wanek | Repatriation Planning | WR Grace - first draft of slides for client conf call on 4/17 | 3.5 | $ 475 | $ 1,663 | $ - |

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/13/2007 | Mark Wanek | Repatriation Planning | WR Grace - debrief with Tim Tuerff following UK and Belgium calls on status of plan and issues to discuss on next client conf call (0.5) meeting with Tim re first draft of slides, discuss Subpart F analysis (1.0) | 1.5 | $ 475 | $ 713 | $ - |
| 4/13/2007 | Mark Wanek | Repatriation Planning | WR Grace - call with Francois Hinck and Tim Tuerff re Belgium analysis: WHT on interest, alternatives to avoid WHT on interest | 1 | $ 475 | $ 475 | $ - |
| 4/14/2007 | Mark Wanek | Repatriation Planning | WR Grace - second draft of slides for client conf call on 4/17: revisions for Tim's review; review Subpart F implications (e.g. 954(c)(6)) and alternative to avoid Subpart F; check withholding tax rates, effective dates and status of treaties | 3 | $ 475 | $ 1,425 | $ - |
| 4/14/2007 | Mark Wanek | Repatriation Planning | WR Grace - second draft of slides for client conf call on 4/17: add various computations (e.g. cost of avoiding real estate transfer tax, qualifying holding company status in Belgium), tie out to client schedules, review slides | 1 | $ 475 | $ 475 | $ - |

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/14/2007 | Mark Wanek | Repatriation Planning | WR Grace - second draft of slides for client conf call on 4/17: rework numbers for updated info; changes to alternatives | 2 | $ 475 | $ 950 | $ - |
| 4/16/2007 | Mark Wanek | Repatriation Planning | WR Grace - review withholding tax rates and slides for 4/17 call (1.0) meeting with Tim Tuerff re status of plan and his review of slides (1.5) discuss UK analysis with Sarah Lord and John Bird (1.0) revisions to slides (2.0) UK analysis - computations to establish feasibility of share redemptions and amount; correspondence with Sarah Lord and John Bird (1.5) | 7 | $ 475 | $ 3,325 | $ - |

| <u>Date</u> | <u>Name</u> | <u>Project Category</u> | <u>Description</u> | <u>Hours</u> | <u>Billing Rate</u> | <u>Professional Fees</u> | <u>Expenses</u> |
|---|---|---|---|---|---|---|---|
| 4/17/2007 | Mark Wanek | Repatriation Planning | WR Grace - prep for call; call with Elyse Filon, Debra Poole and Tim Tuerff; client correspondence; Italian analysis, call with Paolo Ippoliti regarding background, information requirements; call with Francois Hinck on distribution of receivables; impact on qualifying holding company computation; discussion and legal requirements for distribution to ultimately communicate to WR Grace; call with Christie Buck re UK analysis | 5.5 | $  475 | $  2,613 | $  - |
| 4/18/2007 | Mark Wanek | Repatriation Planning | WR Grace - call with Paolo re info requirements for Italy analysis (0.3) call with UK team regarding alternatives and communicate analysis requested by client (0.7) follow up on Italian analysis | 1 | $  475 | $  475 | $  - |
| 4/19/2007 | Mark Wanek | Repatriation Planning | WR Grace - call with Paolo regarding options in Italy | 0.5 | $  475 | $  238 | $  - |
| 4/20/2007 | Mark Wanek | Repatriation Planning | WR Grace - follow up on UK and Italian analysis; summarize open points to discuss on next call | 2.5 | $  475 | $  1,188 | $  - |

91100-001\DOCS_DE:79005.1

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/23/2007 | Mark Wanek | Repatriation Planning | WR Grace - Call with Paolo Ippoliti re Italian thin cap computation and Italian issues (1.4) check in with Tim to discuss analysis, email Elyse/Debra to confirm call (0.5) note to Elyse/Debra re agenda for call (0.3) Italian summary, agenda for call (0.7) | 2.9 | $ 475 | $ 1,378 | $ - |
| 4/23/2007 | Mark Wanek | Repatriation Planning | WR Grace - review feasibility of part distribution/part redemption for Darex, run numbers (0.6) UK analysis and list of questions for UK colleagues to resolve in advance of call (0.7) | 1.3 | $ 475 | $ 618 | $ - |
| 4/23/2007 | Mark Wanek | Repatriation Planning | WR Grace - discuss German thin cap limit with Christian Ehlerman; confirm whether limit based on EOY balance sheet before distributions (0.5); rerun limit for 2007/08 based on draft numbers (0.5) | 1 | $ 475 | $ 475 | $ - |
| 4/23/2007 | Mark Wanek | Repatriation Planning | WR Grace - pull WHT rates under US-France treaty versus Belgium-France treaty | 0.3 | $ 475 | $ 143 | $ - |
| 4/24/2007 | Mark Wanek | Repatriation Planning | WR Grace - call with Paolo Ippoliti regarding result of Grace Italy shareholder meeting and open issues | 0.4 | $ 475 | $ 190 | $ - |

91100-001\DOCS_DE:79005.1

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/24/2007 | Mark Wanek | Repatriation Planning | WR Grace - conversation with Patrick Bullinger regarding his computation of German thin cap limit under proposed legislation relative to client's computation | 0.5 | $ 475 | $ 238 | $ - |
| 4/24/2007 | Mark Wanek | Repatriation Planning | WR Grace - pre conf call discussions with John Bird of Deloitte UK and Tim Tuerff | 0.5 | $ 475 | $ 238 | $ - |
| 4/24/2007 | Mark Wanek | Repatriation Planning | WR Grace - conf call with Elyse Filon, Debra Poole, Tim Tuerff, John Bird, Sarah Lord re UK analysis, Italian analysis and status of plan (0.7) post-call with Tim (0.2) touch base with Paolo Ippoliti re Italy cash balance and impact on thin cap (0.2) | 1.1 | $ 475 | $ 523 | $ - |
| 4/27/2007 | Mark Wanek | Repatriation Planning | WR Grace - touch base with Paolo Ippoliti re status of Grace Italy accounts; note to Debra with Italy info | 0.3 | $ 475 | $ 143 | $ - |
| | Mark Wanek | Repatriation Planning | Telephone-Business | | | | $ 10 |
| | Mark Wanek | Repatriation Planning | Conference Calls - Various Dates | | | | $ 40 |
| | Mark Wanek | Repatriation Planning | Travel Exp-Airline | | | | $ 472 |
| | Mark Wanek | Repatriation Planning | Traveling Exp-Hotel | | | | $ 281 |
| 4/2/2007 | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.3 | $ 70 | $ 21 | $ - |

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 4/2/2007 | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.3 | $ 70 | $ 21 | $ - |
| 4/4/2007 | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.2 | $ 70 | $ 14 | $ - |
| 4/6/2007 | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.4 | $ 70 | $ 28 | $ - |
| 4/6/2007 | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.4 | $ 70 | $ 28 | $ - |
| 4/9/2007 | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.2 | $ 70 | $ 14 | $ - |
| 4/11/2007 | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 1.5 | $ 70 | $ 105 | $ - |
| 4/12/2007 | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.5 | $ 70 | $ 35 | $ - |
| 4/13/2007 | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.5 | $ 70 | $ 35 | $ - |
| | **Grand Total** | | | **122.8** | | **$ 61,081** | **$ 3,676** |