**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| W.R. GRACE & CO., | : | Case No. 01-01139(JKF) (Jointly Administered) |
| Debtors, | : | |
| | | Re: Docket No. 15307 |

**NOTICE OF APPEAL**

The State of New Jersey, Department of Environmental Protection ("Department" or "State") hereby appeals under 28 U.S.C. §158(a) from the Order (Doc. No. 16467) of the Bankruptcy Court (Honorable Judith K. Fitzgerald, U.S.B.J.) denying the Motion of the State to file a late proof of claim, entered on August 2, 2007.

The names of all parties to the Order appealed from and the names and addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant**
**State of New Jersey, Department of Environmental Protection**
**Rachel Jeanne Lehr, Esquire**
**Deputy Attorney General**
Richard J. Hughes Justice Complex
25 Market Street
Post Office Box 093
Trenton, New Jersey 08625-0093
Tel:(609)984-6640
Fax (609)984-9315

**John F. Dickinson, Jr., Esquire**
Deputy Attorney General
Richard J. Hughes Justice Complex
25 Market Street

Post Office Box 093
Trenton, New Jersey 08625-0093
Tel:(609)984-4654
Fax (609)984-9315

**Debtors/Appellees**

**David M. Bernick, P.C.**
**Janet S. Baer, Esquire**
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago Illinois 60601
Tel: (302)861-2000

**Lori Sinanyan, Esquire**
KIRKLAND & ELLIS, LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, California 90017
Tel:(213) 680-8209
Fax: (213)808-8004

**Laura Davis Jones, Esquire**
**James E. O'Neill, Esquire**
**Timothy P. Cairns, Esquire**
PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-4100


                        ANNE MILGRAM
                        ATTORNEY GENERAL OF NEW JERSEY


                 By: /S/ *Rachel Jeanne Lehr*

                        Rachel Jeanne Lehr
                        Deputy Attorney General
                        Richard J. Hughes Justice Complex
                        25 Market Street
                        Post Office Box 093
                        Trenton, New Jersey 08625-0093
                        Tel:(609)984-6640
                        Attorney for Appellant


Dated: August 10, 2007