**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| W.R. GRACE & CO., | : | Case No. 01-01139(JKF) (Jointly Administered) |
| Debtors, | : | |
| | | Re: Docket No. 15307 |

DECLARATION OF SERVICE

     I, **RACHEL JEANNE LEHR**, being of full age, declare as follows:

1. I am a deputy attorney general employed by the State of New Jersey, Department of Law and Public Safety, Division of Law.

2. On August 10, 2007, I caused to be mailed by overnight mail a copy of the Notice of Appeal and this declaration of service to:

The Honorable Judith K. Fitzgerald, U.S.B.J.
United States Bankruptcy Court
824 North Market Street, 3d Floor
Wilmington, Delaware 19801

David M. Bernick, P.C.
Janet S. Baer, Esquire
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago Illinois 60601

Lori Sinanyan, Esquire
KIRKLAND & ELLIS, LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, California 90017

Laura Davis Jones, Esquire
James E. O'Neill, Esquire

```
Timothy P. Cairns, Esquire
PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market, Suite 1200
Wilmington, DE 19801-246

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
80 Maiden Lane
New York, NY 10038-4982
```

I declare under penalty of perjury that the foregoing is true and correct.

By: /S/ **Rachel Jeanne Lehr**

Rachel Jeanne Lehr
Deputy Attorney General
Attorney for Appellant

Dated: August 10, 2007