## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, do hereby certify that on August 10, 2007, I caused a true and correct copy of the Claimant State Of California, Department Of General Services' Response To Debtors' Motion To Alter And Amend The Court's Order Disallowing And Expunging Claim No. 6941 For Daggy Hall, And Allowing Claim Nos. 10648, 10649, 10651, 10652, 10653, 10655, 10656, 10657, 10658, 10659, 10660, 10661, 10662 And 14411 For The State Of California, Department Of General Services to be served upon the persons listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Janet Baer
Lisa Esayian
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

James J. Restivo, Jr.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

### VIA HAND DELIVERY

James E. O'Neill
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street
17th Floor
P.O. Box 8705
Wilmington, DE 19801

Dated: Wilmington, Delaware
August 10, 2007

        BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By: /s/ Leslie C. Heilman
    Leslie C. Heilman, Esq. (No. 4716)
    919 North Market Street, 12th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 252-4465
    Facsimile: (302) 252-4466
    Email: heilmanl@ballardspahr.com

    Counsel for Claimant
    State of California, Dep't of General Services