# EXHIBIT C

**Sixth Monthly**

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #16479 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.