**EXHIBIT "C"**



# HR&A                                          INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

May 10, 2007
Invoice No. HRA20071005

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of April, 2007.

**FEES**

| | |
|---|---|
| Francine F. Rabinovitz<br>5.5 hours @ $ 600 per hour | $ 3,300.00 |
| **TOTAL DUE:** | **$ 3,300.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA           LOS ANGELES                    NEW YORK

APRIL, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 04/09/07 | 0.5 | Review scheduling on PID and SOL objections. |
| 04/13/07 | 0.5 | Read M. Kramer memo on hearing. Ask for status of data from Claims Agent. Review correspondence from Bilzin on balance billing from Sealed Air phase. |
| 04/16/07 | 0.5 | Talk with M. Kramer re availability of data. |
| 04/17/07 | 0.5 | Talk with M. Kramer about "final" Rust data base just received by Bilzin. |
| 04/18/07 | 2.0 | Read transcript of Property Damage Summary Judgement hearing. |
| 04/30/07 | 1.5 | Read transcripts of Property Damage hearings on April 23-24, 2007. |
| TOTAL: | 5.5 | |

# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

# INVOICE

June 12, 2007
Invoice No. HRA20071206

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of May, 2007.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.5 hours @ $ 600 per hour | $    900.00 |
| Paul K. Honig<br>8.5 hours @ $ 300 per hour | 2,550.00 |
| **TOTAL DUE:** | **$ 3,450.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES          NEW YORK

MAY, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
| --- | --- | --- |
| 05/09/07 | 1.5 | Quick review of transcript of May 2, 2007. |
| TOTAL: | 1.5 | |

MAY, 2007 TIME LOG OF PAUL K. HONIG(PKH)

| DATE | TIME | TASK |
|---|---|---|
| 05/23/07 | 3.5 | Extract 13 PIQ tables & convert to stata files. |
| 05/24/07 | 3.5 | Create cross-table spreadsheet of PIQ fields - identify links, file ids & potential duplicate data. |
| 05/25/07 | 1.5 | Receive new memos & data from Bilzin - file with prior deliveries. |
| TOTAL: | 8.5 | |

# HR&A                                                              INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

July 18, 2007
Invoice No. HRA20071807

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of June, 2007.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz | |
| 16.5 hours @ $ 600 per hour | $ 9,900.00 |
| **TOTAL DUE:** | **$ 9,900.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351

JUNE, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
| --- | --- | --- |
| 06/11/07 | 3.0 | Quick review of Welch, Lemen, Frank, Brody, Hammer and Whitehouse reports. |
| 06/12/07 | 2.5 | Quick review of Haber and Henry reports. |
| 06/13/07 | 3.0 | Quick review of Peter Lees, Moolgavkar, Anderson, Lee and Rodricks reports. |
| 06/14/07 | 2.0 | Quick review of Roggli and Hays reports. |
| 06/20/07 | 6.0 | First read of Peterson, Biggs, Florence and Dunbar estimation reports. |
| TOTAL: | 16.5 | |