# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2007 - JUNE 30, 2007**

| Matter Code | Project Category | Hours | Total Fees |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 140.5 | $ 93,399.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 26.1 | 16,175.50 |
| 0013 | Business Operations | 1.4 | 847.00 |
| 0014 | Case Administration | 68.2 | 13,541.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 48.0 | 29,313.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 77.9 | 38,500.50 |
| 0018 | Fee Application, Applicant | 22.6 | 6,792.00 |
| 0019 | Creditor Inquiries | 0.6 | 363.00 |
| 0020 | Fee Application, Others | 10.6 | 4,345.00 |
| 0021 | Employee Benefits, Pension | 0.4 | 242.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 3.1 | 1,445.50 |
| 0035 | Travel - Non Working | 6.3 | 4,536.00 |
| 0036 | Plan and Disclosure Statement | 1.8 | 1,089.00 |
| 0037 | Hearings | 25.3 | 16,846.00 |
| 0040 | Employment Applications - Others | 0.2 | 121.00 |
| 0047 | Tax Issues | 0.6 | 363.00 |
| | | | |
| | Sub Total | 433.6 | $ 227,918.50 |
| | Less 50% Travel | (3.1) | $ (2,268.00) |
| | Total | 430.5 | $ 225,650.50 |

# STROOCK

## INVOICE

| DATE | July 31, 2007 |
|---|---|
| INVOICE NO. | 416393 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through June 30, 2007, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2007 | Attend to subpoena notices re Drs. Holmes and Carver and memorandum to KP re same (.2); attend to memorandum re 5/30/07 Court rulings on Anderson Memorial's request for discovery (1.6); exchanged memoranda with L. Esayian re Trumbull Memorial documents and settlement information (.3); attend to modified amended PI CMO entered by the Court (.1); telephone call L. Esayian re Trumbull Memorial documentation (.1); attend to Trumbull proof of claim (.7); attend to ACC Second Set of Interrogatories to Grace (.1). | Krieger, A. | 3.1 |
| 06/01/2007 | Attention to PI CMO (so ordered) (.2); attention to scheduling issues (.3); attention to PI estimation issues, expert issues (2.2). | Pasquale, K. | 2.7 |
| 06/03/2007 | Attend to Montana plaintiffs objection to proposed orders staying Montana and BNSF litigation and ACC joinder (.4); attend to ACC's 6/1/07 supplemental discovery requests (.1); attend to BNSF's COC re order on motion | Krieger, A. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | for clarification of preliminary injunction and Maryland Casualty's objection thereto (.3); attend to documentation re settlement of Trumbell Memorial Hospital claim (.8). | | |
| 06/04/2007 | Exchanged memoranda with L. Esayian re conference to discuss PD Settlements and memo to LK, KP re same (.3); conference with R. Finke, J. Baer and L. Esayian re PD claims (.5); attend to Motley Rice motion for a protective order and related pleadings (.2); attend to Cooney motion in support of protective order (.1). | Krieger, A. | 1.1 |
| 06/04/2007 | Review expert reports and issues. | Kruger, L. | 1.4 |
| 06/04/2007 | Telephone conference G. Horowitz re expert issues (.2); attention to expert witness issues and prior testimony (2.6). | Pasquale, K. | 2.8 |
| 06/05/2007 | Attend to Motley Rice motion to shorten time re motion for protective order (.1); motion for a protective order (.1). | Krieger, A. | 0.2 |
| 06/05/2007 | Attention to motions for protective order re debtors' depositions of PI law firms. | Pasquale, K. | 1.3 |
| 06/06/2007 | Attend to modified order vacating Montana stay decision (.1); attend to motions for protective order re Stutzman (.1). | Krieger, A. | 0.2 |
| 06/07/2007 | Attend to May 21, 2007 hearing transcript, BNSF's proposed order re clarification of the scope of the preliminary injunction and pleadings opposing same (1.7); attend to motions for protective order filed by Early, Ludwick (.1). | Krieger, A. | 1.8 |
| 06/07/2007 | Review PI expert issues (.4); review debtors motion re depositions, motion re PI firms (.3). | Kruger, L. | 0.7 |
| 06/07/2007 | Telephone conference L. Chambers re PI estimation issues (.3); attention to PI expert | Pasquale, K. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/08/2007 | issues (1.0); attention to additional motions re debtors deposition notices to PI firms (.5). Revise schedule of deadlines and dates (.3); attend to Debtors' response to Speights' motion to alter/amend Court's order (.2). | Krieger, A. | 0.5 |
| 06/08/2007 | Telephone conference L. Chambers re expert report and issues, and attention to same. | Pasquale, K. | 1.3 |
| 06/10/2007 | Attend to PI expert estimation issues. | Krieger, A. | 3.6 |
| 06/10/2007 | Attention to PI estimation expert issues. | Pasquale, K. | 3.0 |
| 06/11/2007 | Attend to PI expert estimation issues (1.6); office conferences KP re same (.8); attend to joint motion of Debtors and Claims Resolution Management Corp. for protective order (.1); attend to motions for protective orders filed by certain firms represented by MMWR, and certain firms represented by the Esserman firm (.4); attend to memorandum re conference call on PI expert estimation issues (.1); attend to orders disallowing certain Canadian claims and certain California State University claims (.2); attend to PI estimation expert issues (.8). | Krieger, A. | 4.0 |
| 06/11/2007 | Review Navigant draft report and K. Pasquale's and A. Krieger's comments (2.9); review PI estimation (.8). | Kruger, L. | 3.7 |
| 06/11/2007 | Attention to PI estimation expert issues (4.2); telephone conference L. Chambers re same (.3). | Pasquale, K. | 4.5 |
| 06/12/2007 | Attend to memoranda re submission of expert reports (.4); attend to expert rebuttal reports (2.1); conference call Debtors' representatives re PI estimation issues and follow-up office conference LK, KP re same (.6). | Krieger, A. | 3.1 |
| 06/12/2007 | Review expert rebuttal reports (3.2) and office conf. with K. Pasquale, A. Krieger and call with David Burnick re: strategy re: PI | Kruger, L. | 3.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | estimation issues and follow-up office conf. (.6). | | |
| 06/12/2007 | Attention to rebuttal expert reports of respective parties (5.5); preparation for and conference call with debtors' counsel re PI estimation issues (1.0). | Pasquale, K. | 6.5 |
| 06/13/2007 | Attend to PI expert estimation issues (3.8); attend to revised schedule of estimation and hearing dates (.2); attend to Court orders allowing and disallowing certain property damage claims (.2). | Krieger, A. | 4.2 |
| 06/13/2007 | Review rebuttal reports filed by debtor. | Kruger, L. | 1.2 |
| 06/14/2007 | Attend to PI expert estimation issues and office conferences KP re: same (6.1); telephone calls Navigant Consulting re: PI expert estimation issues (.7). | Krieger, A. | 6.8 |
| 06/14/2007 | Review expert estimation issues. | Kruger, L. | 0.3 |
| 06/14/2007 | Attention to PI estimation expert issues. | Pasquale, K. | 7.2 |
| 06/14/2007 | Represent unsecured creditors at deposition of Dr. Holmes. | Pearsall, A. | 4.8 |
| 06/15/2007 | Attend to PI expert estimation issues (4.2); office conference with Debtors' counsel re estimation issues (.5); attend to notice and service list for expert report (.3). | Krieger, A. | 5.0 |
| 06/15/2007 | Review PI expert estimation reports. | Kruger, L. | 1.1 |
| 06/15/2007 | Attention to PI estimation expert issues (5.0); attention to debtors PI CMO brief (.5). | Pasquale, K. | 5.5 |
| 06/18/2007 | Attend to expert reports (2.4); attend to memoranda re PI Estimation trial dates and revise events schedule (.3); attend to certifications re PD settlements (.1); attend to Debtors' brief re outstanding issues re PI CMO | Krieger, A. | 3.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.3). | | |
| 06/18/2007 | Review case law re neglect (.3); review expert reports (.6); review parties estimation reports (.8). | Kruger, L. | 1.7 |
| 06/18/2007 | Emails re expert reports (.5); attention to parties' PI estimation reports (2.0). | Pasquale, K. | 2.5 |
| 06/19/2007 | Uploading HDD and DVD's of data relied upon by expert witnesses. | Davison, A. | 1.7 |
| 06/19/2007 | Attend to orders entered by the Court expunging certain PD claims (.1); attend to ACC's motion to alter, amend Court's modified order re Debtors' motion to expand the preliminary injunction (.2); attend to expert reports (.6); telephone call J. Dolan re expert reports (.2); attend to Debtors' motion to settle PD claim (Sempra Energy) (.9); attend to debtors' notice of service of expert discovery (.1); attend to memorandum to L. Essayian re Sempra claim settlement (.2). | Krieger, A. | 2.3 |
| 06/19/2007 | Review debtor expert reports. | Kruger, L. | 1.1 |
| 06/19/2007 | Attention to parties' PI estimation expert reports and back-up materials (6.5); prepared memo to Committee re: same (.6). | Pasquale, K. | 7.1 |
| 06/19/2007 | Attend deposition on behalf of the Official Committee of Unsecured Creditors. | Pearsall, A. | 6.0 |
| 06/20/2007 | Uploading and copying DVD's. | Davison, A. | 0.5 |
| 06/20/2007 | Attend to orders approving PD settlements (.1); attend to expert rebuttal reports (.6). | Krieger, A. | 0.7 |
| 06/20/2007 | Review experts estimation reports (1.1); review memo to Committee re range of values by expert (.2). | Kruger, L. | 1.3 |
| 06/20/2007 | Attention to parties estimation expert reports, documentation and issues. | Pasquale, K. | 7.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/21/2007 | Attend to schedule of deadlines, dates (.5). | Krieger, A. | 0.5 |
| 06/21/2007 | Attention to PI estimation issues, expert reports. | Pasquale, K. | 4.5 |
| 06/22/2007 | Attend to order disallowing certain PD claims (.1); attend to Sempra claim documentation (.6); attend to slides for 6/25/07 hearing (.4). | Krieger, A. | 1.1 |
| 06/22/2007 | Attention to PI estimation issues, expert reports, data. | Pasquale, K. | 5.5 |
| 06/25/2007 | Telephone call L. Esayian re Sempra settlement and other PD claims' settlements (.4); attend to Court orders re scheduling PD claims' trials and pre-trial schedule, and scheduling hearing on Motley Rice's protective order (.3); attend to ACC/FRC statement re: PI CMO (.4). | Krieger, A. | 1.1 |
| 06/25/2007 | Continued review of expert estimation reports. | Kruger, L. | 1.6 |
| 06/26/2007 | Telephone call L. Esayian, R. Finke re Sempra settlement. | Krieger, A. | 0.4 |
| 06/27/2007 | Preparing estimation related documents for scanning. | Davison, A. | 0.4 |
| 06/27/2007 | Telephone conference E. Liebenstein re estimation reports (.3); attention to same (.5). | Pasquale, K. | 0.8 |
| 06/28/2007 | Attend to certifications re PD claims amendments, Claim Resolution's, protective order (.2); motion to compel Celotex Trust to produce documents (.2). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Davison, Andrew S. | 2.6 | $ 165 | $ 429.00 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 44.8 | 605 | 27,104.00 |
| Kruger, Lewis | 17.9 | 860 | 15,394.00 |
| Pasquale, Kenneth | 64.4 | 720 | 46,368.00 |
| Pearsall, Alison | 10.8 | 380 | 4,104.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 93,399.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 93,399.00 |
|---|---|

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843  0009 |
|----|--------------------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/05/2007 | Memorandum to S. Cunningham, J. Dolan re status of Washcoat sale negotiations. | Krieger, A. | 0.2 |
| 06/15/2007 | Telephone call J. Baer re motion to approve sale of Washcoat Business and prospective purchaser (.2); memorandum to LK, KP, Cunningham re: same (.1). | Krieger, A. | 0.3 |
| 06/18/2007 | Exchanged memoranda with J. Dolan, S. Cunningham re Project Gemini. | Krieger, A. | 0.2 |
| 06/19/2007 | Attend to Debtors' motion approving agreement to sell Washcoat business to Rhodia, Inc. | Krieger, A. | 1.6 |
| 06/20/2007 | Attend to Washcoat asset purchase agreement (5.1); exchanged memoranda with J. McFarland re intellectual property license agreement (.1). | Krieger, A. | 5.2 |
| 06/21/2007 | Memoranda to and conference call S. Cunningham, J. Dolan re sale of Washcoat business to Rhodia (.5); memorandum to M. Berg re sale provisions(.1); further extended conference call S. Cunningham and J. Dolan re: Washcoat sale and subsequent memoranda thereon (1.3). | Krieger, A. | 1.9 |
| 06/25/2007 | Telephone call J. Dolan and S. Cunningham re Washcoat business terms (.8); review sale agreement and telephone call J. McFarland re break-up fee and adequate assurance provisions (.9); attend to memorandum from M. Berg re indemnification and environmental provisions and office conference M. Berg re same (.9); | Krieger, A. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | telephone call S. Cho (K&E) re break-up fee and adequate assurance provisions (.4). | | |
| 06/26/2007 | Exchanged memoranda with J. Dolan re Washcoat sale provisions (.4); telephone call J. McFarland re break-up issues and license agreement (.4); memorandum to I. DiBernardo re Washcoat sale and IP license (.3); attend to proposed confidentiality agreement for Capstone (.4); attend to responses to indemnification and other inquiries on the Sale (.4). | Krieger, A. | 1.9 |
| 06/26/2007 | Review memos re Washcoat sale. | Kruger, L. | 0.3 |
| 06/27/2007 | Exchanged memoranda with I. DiBernardo re review of licensing documentation (.1); attend to proposed modification of Break-up Fee language in Sale Agreement and response thereto (.2); attend to proposed confidentiality agreement re Phase I report (.6); attend to proposed modification of the Sale Agreement (.2); telephone conference M. Condon (Grace) re Break-up fee provisions (.5); exchanged memoranda with KP re confidentiality agreement (.2); memorandum to S. Cunningham, J. Dolan re confidentiality agreement and break-up fee issues (.2). | Krieger, A. | 2.0 |
| 06/27/2007 | Attention to proposed Capstone confidentiality agreement. | Pasquale, K. | 0.2 |
| 06/28/2007 | Telephone call S. Cunningham, J. Dolan re confidentiality agreement, Capstone report on Washcoat business sale (.7); attend to case law re section 363 sales, higher and better bids (.6); attend to agreed form of confidentiality agreement (.1); attend to motion re sale provisions (.6); conference call J. McFarland, M. Connor, S. Cunningham re Sale provisions (.6). | Krieger, A. | 2.6 |
| 06/29/2007 | Review and comment on Purchase Agreement | DiBernardo, I. | 3.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | and License Agreement. | | |
| 06/29/2007 | Exchanged memoranda with S. Cunningham re sale motion (.1); memorandum to C. Freedgood re same (.1); attend to revised Capstone report re Washcoat sale (.6); review documentation and conference call C. Freedgood, S. Cunningham re sale motion provisions (.3); telephone calls S. Cunningham re memorandum for the Committee re sale motion (.9); attend to break-up fee provisions in other sale agreements (.6). | Krieger, A. | 2.6 |
| 06/29/2007 | Review Capstone Project Gemini memo. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| DiBernardo, Ian G. | 3.8 | $ 660 | $ 2,508.00 |
| Krieger, Arlene G. | 21.5 | 605 | 13,007.50 |
| Kruger, Lewis | 0.6 | 860 | 516.00 |
| Pasquale, Kenneth | 0.2 | 720 | 144.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,175.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,175.50 |
|---|---|

# STROOCK

| RE | Business Operations<br>699843  0013 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/12/2007 | Memo to J. Dolan and attend to Capstone's report on first quarterly results (.8); telephone call S. Cunningham and J. Dolan re Project Gemini, first quarter results, other (.2); exchanged memo with J. Dolan re first quarter report (.1). | Krieger, A. | 1.1 |
| 06/13/2007 | Telephone call J. Dolan re Capstone's first quarter report. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|-------------------|-------|------|-------|
| Krieger, Arlene G. | 1.4 | $ 605 | $ 847.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 847.00 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 847.00 |
|-----------------------|----------|

# STROOCK

RE    Case Administration
      699843  0014

| DATE | DESCRIPTION | NAME | HOURS |
|------|------------|------|-------|
| 06/01/2007 | Attend to K. Pasquale review of application (.2); call to court to arrange for telephonic appearance at hearing for A. Krieger and K. Pasquale on 6/8 (.3). | Holzberg, E. | 0.5 |
| 06/01/2007 | Attend to applications, certifications. | Krieger, A. | 0.3 |
| 06/01/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5); review civil action case docket no. 07-0005 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3); retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.3); attention to retrieval of certain pleadings for attorney review (.6). | Mohamed, D. | 3.2 |
| 06/04/2007 | Prepare and effectuate service re twenty-fourth quarterly fee application of Stroock (1.9); review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (2.1); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review civil action case docket no. 07-0005 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 5.6 |
| 06/05/2007 | Attend to recently filed pleadings. | Krieger, A. | 0.6 |
| 06/05/2007 | Review and update case docket no. 01-1139 | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.5); retrieve and distribute recently filed pleadings in main case (.8). | | |
| 06/06/2007 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5); retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.4); review and update court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.4). | Mohamed, D. | 2.3 |
| 06/07/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.3); review civil action case docket no. 07-0005 (.2); review case file documents in preparation for central file supplementation (1.6). | Mohamed, D. | 3.6 |
| 06/08/2007 | Reviewed legal docket to update status. | Holzberg, E. | 0.7 |
| 06/08/2007 | Attend to memoranda re rescheduling 6/21/07 hearing (.1); attend to memoranda re PI Estimation trial dates (.1). | Krieger, A. | 0.2 |
| 06/08/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5); retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.3); review and update court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 2.7 |
| 06/11/2007 | Memorandum to D. Mohamed re proposed order approving 23rd quarterly fee application. | Krieger, A. | 0.1 |
| 06/11/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed | Mohamed, D. | 2.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (1.1); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | | |
| 06/12/2007 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.3 |
| 06/12/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.2); retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.3); attention to retrieval of pleadings for attorney review (.5); prepare amended notice of 12th quarterly fee application of Capstone (.3). | Mohamed, D. | 2.9 |
| 06/13/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 2.3 |
| 06/14/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.4); review case file documents in preparation for central file supplementation (2.1); attention to retrieval of certain pleadings for attorney review (.8). | Mohamed, D. | 4.8 |
| 06/15/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 1.7 |
| 06/18/2007 | Call to Court Call to arrange for AGK to attend hearings on 6/25, 6/26 and 7/5 telephonically. | Holzberg, E. | 0.2 |
| 06/18/2007 | Office conferences DM re service of Navigant's expert report. | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/18/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.5); retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.4); review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3); revise expert report service list (.3); attention to retrieval of certain pleadings for attorney review (.7). | Mohamed, D. | 4.3 |
| 06/19/2007 | Exchanged memoranda with J. Baer and then with KP re conference call with Grace representatives. | Krieger, A. | 0.2 |
| 06/19/2007 | Review and update case docket no. 01-1139 (.7); retrieve and distribute recently filed pleadings in main case (1.6); review case file documents in preparation for central file supplementation (.5). | Mohamed, D. | 2.8 |
| 06/20/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.4); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.5 |
| 06/21/2007 | Attend to ZAI, other files (.7); attend to newly filed applications, certifications (.2). | Krieger, A. | 0.9 |
| 06/21/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3); review case file documents in preparation for central file supplementation (.8); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 3.1 |
| 06/22/2007 | Attend to certifications, notices. | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/22/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3); attention to retrieval of certain pleadings for attorney review (.6). | Mohamed, D. | 2.7 |
| 06/25/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); attention to retrieval of certain pleadings for review (.4); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.3). | Mohamed, D. | 2.2 |
| 06/26/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (2.1). | Mohamed, D. | 2.6 |
| 06/27/2007 | Reviewed legal docket to update status (1.2); retrieved documents and distributed them (1.3). | Holzberg, E. | 2.5 |
| 06/28/2007 | Retrieved document and distributed same, reviewed legal docket to update status; discuss with AGK re same. | Holzberg, E. | 2.3 |
| 06/28/2007 | Attend to newly filed certifications. | Krieger, A. | 0.4 |
| 06/28/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9). | Mohamed, D. | 1.4 |
| 06/29/2007 | Call with Court call to have AGK attend hearing telephonically on 7/5 at 10:30 am (.5); reviewed legal docket to update status (.8). | Holzberg, E. | 1.3 |
| 06/29/2007 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.5 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 8.8 | $ 255 | $ 2,244.00 |
| Krieger, Arlene G. | 3.4 | 605 | 2,057.00 |
| Mohamed, David | 56.0 | 165 | 9,240.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,541.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,541.00 |
|---|---|

# STROOCK

RE          Claims Analysis/Objections/Administration (Non-Asbestos)
            699843  0015

| DATE | DESCRIPTION | NAME | HOURS |
|------|------------|------|-------|
| 06/04/2007 | Attend to NJDEP motion for leave to file a proof of claim and related materials(1.4); office conference MAS re same, objection and research (1.0). | Krieger, A. | 2.4 |
| 06/04/2007 | Office conference A. Krieger re NJDEP motion to file late claim (.9); work on issues raised (.4). | Speiser, M. | 1.3 |
| 06/05/2007 | Attend to proposed settlement of claim of Minnesota Pollution Control Agency and memoranda to the Committee thereon (2.7); prepare and exchange memoranda with J. Baer re request for further information re NJDEP and Minnesota Pollution claim settlement and settlement with Trizechan and Tahari (.4); attend to Committee memorandum re Trizechan and Tahari litigation settlement (1.5); memorandum to L. Sinanyan re information on proposed settlement (.1); telephone call L. Sinanyan re settlements (.3). | Krieger, A. | 5.0 |
| 06/06/2007 | Research re excusable negligent standard. | Krieger, A. | 1.7 |
| 06/07/2007 | Attend to case law, factual information re NJDEP late claim motion (3.8); attend to information from L. Sinanyan re Minnesota Pollution Control Agency settlement and Trizechan settlement and follow-up memo to L. Sinanyan (.6); memorandum to M. Berg re Minnesota settlement (.2). | Krieger, A. | 4.6 |
| 06/08/2007 | Attend to case law re excusable neglect standards (2.3); exchange memoranda with J. Baer and with M. Berg re factual information | Krieger, A. | 3.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.4); office conferences Vivian Luo re research assignment and background information (.7); attend to case law for VL (.4). | | |
| 06/11/2007 | Exchanged memoranda with A. Johnson re information re NJDEP's seeking leave to file a claim. | Krieger, A. | 0.3 |
| 06/13/2007 | Exchanged memoranda with L. Sinanyan re additional information on the Minnesota and Trzechahn settlements. | Krieger, A. | 0.2 |
| 06/18/2007 | Attend to case law re excusable neglect (1.8); office conference V. Luo re case law (.1). | Krieger, A. | 1.9 |
| 06/19/2007 | Attend to memorandum to J. Baer re NJDEP late claim information (.5); memoranda to M. Berg re same (.2); attend to case law re excusable neglect (1.8); and office conference V. Luo re same (.2). | Krieger, A. | 2.7 |
| 06/20/2007 | Office conference KP re Committee position on NJDEP (.1); office conference V. Luo re case law and preparation of memorandum (.4); attend to case law re excusable neglect (.8). | Krieger, A. | 1.3 |
| 06/20/2007 | Attend to Amtrak and APU proofs of claim. | Krieger, A. | 0.2 |
| 06/21/2007 | Attend to case law re excusable neglect. | Krieger, A. | 0.9 |
| 06/22/2007 | Attend to objection to NJDEP's motion to file a late claims (2.7); office conference V. Luo re same (.2); telephone call L. Esayian re PD Claim settlement (.1). | Krieger, A. | 3.0 |
| 06/23/2007 | Attend to draft objection to NJDEP's motion for leave to file a late claim. | Krieger, A. | 6.2 |
| 06/24/2007 | Attend to draft objection to NJDEP's motion for leave to file late claims. | Krieger, A. | 1.7 |
| 06/25/2007 | Attend to Committee objection to NJDEP motion. | Krieger, A. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/26/2007 | Attend to multiple orders entered by the Court re objections to claims. | Krieger, A. | 0.1 |
| 06/27/2007 | Attend to objection to NJDEP late claim motion. | Krieger, A. | 3.5 |
| 06/28/2007 | Attend to objection to NJDEP motion. | Krieger, A. | 2.9 |
| 06/29/2007 | Attend to objection to NJDEP late claim motion. | Krieger, A. | 2.3 |
| 06/30/2007 | Attend to case law re excusable neglect and preparation of Committee's objection. | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 46.7 | $ 605 | $ 28,253.50 |
| Speiser, Mark A. | 1.3 | 815 | 1,059.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 29,313.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 29,313.00 |
|-----------------------|-------------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2007 | Finalize pension motion memorandum for the Committee (1.4); exchanged memoranda with J. Dolan re memorandum (.3); telephone call C. Freedgood re pension matter (.1). | Krieger, A. | 1.8 |
| 06/01/2007 | Call with K. Pasquale, A. Krieger, Bernick et al re expert reports, review memo to committee re pension issues and read deposition. | Kruger, L. | 0.4 |
| 06/01/2007 | Attention to draft memo re pension issues. | Pasquale, K. | 0.2 |
| 06/04/2007 | Attend to Committee memorandum re Trumbull Memorial settlement (.6); revise memorandum to reflect information from Debtors' representatives (2.1). | Krieger, A. | 2.7 |
| 06/05/2007 | Attend to memorandum to the Committee re PD claim settlements and memorandum to LK, KP re same. | Krieger, A. | 0.5 |
| 06/05/2007 | Office conf. with A. Krieger, K. Pasquale, call with J. Baer, debtor professionals re regular biweekly call re upcoming hearings (.5) and calls re Mark Shelnitz re status and strategy (.4); office conf. with K. Pasquale, A. Krieger re call with Shelnitz (.3). | Kruger, L. | 1.2 |
| 06/05/2007 | Conference call with debtors, professionals re status. | Pasquale, K. | 0.5 |
| 06/07/2007 | Revise memorandum to the Committee re Minnesota Pollution Control Settlement and Trizechan settlement. | Krieger, A. | 1.1 |

SSL-DOCS1 1831943v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/08/2007 | Attend to memorandum re Minnesota and Trizechan settlements. | Krieger, A. | 0.4 |
| 06/08/2007 | Meeting with A. Krieger re: Grace case and NJDEP motion to file a late claim. | Luo, V. | 1.0 |
| 06/11/2007 | Office conference C. Freedgood re Minnesota and Trizechan settlements and Committee call to discuss PI estimation issues (.3); exchanged memorandum with LK, KP re Committee call (.1); attend to memorandum to the Committee re pending settlements (.2); attend to memorandum to the Committee re 6/13/07 conference call (.3); attend to Committee memorandum re Montana lift stay and preliminary injunction expansion matters and selected portions of 5/21/07 transcript (3.1); office conference KP re Committee Conference call (.1). | Krieger, A. | 4.1 |
| 06/12/2007 | Attend to memorandum to the Committee re Montana motion for stay relief and Debtor's motion to expand the preliminary injunction (1.7); memorandum to the Committee re 6/13/07 conference call re PI estimation issues (.2). | Krieger, A. | 1.9 |
| 06/12/2007 | Review Capstone report on debtors' first quarter results (.2); review memo to committee re Montana request for stay relief (.4). | Kruger, L. | 0.6 |
| 06/12/2007 | Research and review re: late proof of claim. | Luo, V. | 2.0 |
| 06/13/2007 | Committee meeting re PI estimation issues (1.5); attend to memorandum re status of BNSF-related motion (2.3); office conference V. Luo re NJDEP late claim filing issue (.2). | Krieger, A. | 4.0 |
| 06/13/2007 | Conf call with K. Pasquale and A. Krieger and committee re filing of expert report (1.4); review PI estimation expert issues (.4). | Kruger, L. | 1.8 |
| 06/13/2007 | Research re: NJDEP late proof of claim. | Luo, V. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/13/2007 | Preparation for and telephonic committee meeting (1.5); telephone conference L. Chambers re: status (.2); attention to PI estimation issues expert (1.4). | Pasquale, K. | 3.1 |
| 06/14/2007 | Conference call meeting of the committee re PI expert estimation issues and follow-up office conference KP, LK. | Krieger, A. | 0.9 |
| 06/14/2007 | Telephone conf. with K. Pasquale, A. Krieger and committee re: expert estimation issues. | Kruger, L. | 0.9 |
| 06/14/2007 | Research re: excusable neglect. | Luo, V. | 1.6 |
| 06/14/2007 | Preparation for and telephonic committee meeting. | Pasquale, K. | 0.8 |
| 06/15/2007 | Telephone call C. Freedgood re 6/15/07 conference call meeting of the Committee (.3); memoranda to the Committee re conference call meeting (.3); office conference KP and conference call with the Committee, Debtors' representatives re PI estimation issues, follow-up office conference KP.(1.7). | Krieger, A. | 2.3 |
| 06/15/2007 | Call with A. Krieger, K. Pasquale and subsequent calls with A. Krieger, K. Pasquale, committee and Bernick re: PI estimation issues. | Kruger, L. | 1.5 |
| 06/15/2007 | Research and memo drafting re: late proof of claim. | Luo, V. | 2.9 |
| 06/15/2007 | Conference call with debtors' counsel, debtors and committee re PI estimation issues. | Pasquale, K. | 1.5 |
| 06/17/2007 | Research re: excusable neglect. | Luo, V. | 1.3 |
| 06/18/2007 | Research and drafted memo. | Luo, V. | 2.5 |
| 06/19/2007 | Attend to memorandum to the Committee re expert reports and liability estimates (.2); attend to memorandum re Sempra PD claim | Krieger, A. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | settlement (.2); attend to memorandum re exclusivity extension (1.6); exchanged memoranda with M. Rosenberg re Sempra proof of claim (.1); attend to proof of claim (.2). | | |
| 06/19/2007 | Research and memo drafting re: excusable neglect. | Luo, V. | 2.8 |
| 06/20/2007 | V. Luo - case search in 3rd circuit re: Bankruptcy Code, treatises. | Jones, M. | 0.5 |
| 06/20/2007 | Research and memo drafting re: excusable neglect. | Luo, V. | 3.5 |
| 06/20/2007 | Conference call with debtors, professionals re status. | Pasquale, K. | 0.6 |
| 06/21/2007 | Attend to memorandum to the Committee re NJDEP motion to file a late claim and Debtors' motion approving sale of Washcoat business. | Krieger, A. | 4.9 |
| 06/21/2007 | Review memo to committee re NJDEP late claim and Washcoat sale. | Kruger, L. | 0.4 |
| 06/21/2007 | Memo drafting re: excusable neglect. | Luo, V. | 3.6 |
| 06/22/2007 | Attend to Committee memoranda re NJDEP motion, Sempra claim settlement (2.3); exchanged memoranda with J. Dolan re Committee memo on NJDEP motion (.1). | Krieger, A. | 2.4 |
| 06/22/2007 | Memo drafting re: excusable neglect. | Luo, V. | 1.8 |
| 06/25/2007 | Attend to Committee memorandum re Sempra settlement. | Krieger, A. | 0.2 |
| 06/25/2007 | Memo drafting re: excusable neglect. | Luo, V. | 2.6 |
| 06/26/2007 | Attend to memorandum to the Committee re NJDEP late claim motion (1.9); attend to memorandum to the Committee re Sempra Energy settlement (.7). | Krieger, A. | 2.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/27/2007 | Finalize memorandum to the Committee re NJDEP late claim motion (.4); memoranda to LK, KP re proposed memoranda to the committee (.2); attend to draft memorandum describing the Sale Motion (1.4); telephone call S. Cunningham re confidentiality and break-up fee issues (.4). | Krieger, A. | 2.4 |
| 06/28/2007 | Attend to memoranda to C. Freedgood re Sempra PD Claim Settlement, Washcoat sale and NJDEP motion (.3); attend to memoranda to the Committee re pending matters (.3); attend to documentation requested by Committee member (.4). | Krieger, A. | 1.0 |
| 06/28/2007 | Review memo to committee re recent matters. | Kruger, L. | 0.4 |
| 06/29/2007 | Memorandum to J. Dolan re request by Committee member for documentation. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Jones, Margaret | 0.5 | $ 175 | $ 87.50 |
| Krieger, Arlene G. | 35.6 | 605 | 21,538.00 |
| Kruger, Lewis | 7.2 | 860 | 6,192.00 |
| Luo, Vivian | 27.9 | 210 | 5,859.00 |
| Pasquale, Kenneth | 6.7 | 720 | 4,824.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 38,500.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 38,500.50 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843 0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2007 | Attend to changes to fee application (.6); attend to April 2007 fee statement (.9); office conference EH re 24th quarterly fee application (.2). | Krieger, A. | 1.7 |
| 06/01/2007 | Review twenty-fourth quarterly fee application of Stroock in preparation for filing (1.3); prepare affidavit of service for same and forward both to local counsel for filing (.4). | Mohamed, D. | 1.7 |
| 06/04/2007 | Attend to April 2007 fee statement. | Krieger, A. | 0.3 |
| 06/07/2007 | Attend to & review of April bill. | Holzberg, E. | 1.8 |
| 06/08/2007 | Attend to preparation of April fee statement. | Holzberg, E. | 1.4 |
| 06/11/2007 | Review fee auditors report re fees and expenses for the 23rd interim period pertaining to Stroock's quarterly fee application. | Mohamed, D. | 0.6 |
| 06/12/2007 | Attend to May time for monthly fee application. | Holzberg, E. | 2.2 |
| 06/14/2007 | Attend to May 2007 fee statement. | Krieger, A. | 1.1 |
| 06/15/2007 | Reviewed and worked on monthly bill for May. | Holzberg, E. | 1.5 |
| 06/15/2007 | Attend to May 2007 fee statement. | Krieger, A. | 0.2 |
| 06/18/2007 | Attend to April 2007 fee statement. | Krieger, A. | 0.9 |
| 06/19/2007 | Work on 73rd monthly fee application for April. | Holzberg, E. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/21/2007 | Attention to retrieval of all fee orders in preparation for chart preparation. | Mohamed, D. | 0.9 |
| 06/22/2007 | Review Stroock's 73rd monthly fee statement for the month of April 2007 in preparation for filing (.6); prepare affidavit of service re same and forward to local counsel for filing (.4); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.7 |
| 06/25/2007 | Worked on bill for May. | Holzberg, E. | 1.8 |
| 06/27/2007 | Reviewed and worked on May fee application. | Holzberg, E. | 1.3 |
| 06/29/2007 | Discuss with accounting re monthly bill for May. | Holzberg, E. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 13.5 | $ 255 | $ 3,442.50 |
| Krieger, Arlene G. | 4.2 | 605 | 2,541.00 |
| Mohamed, David | 4.9 | 165 | 808.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,792.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 6,792.00 |
|-----------------------|-----------|

# STROOCK

| RE | Creditor Inquiries |
|----|--------------------|
|    | 699843  0019       |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/12/2007 | Telephone call creditor re status of estimation proceeding, default interest rate. | Krieger, A. | 0.3 |
| 06/18/2007 | Telephone call creditor re status. | Krieger, A. | 0.2 |
| 06/26/2007 | Telephone call bank debt holder re June 25, 2007 hearing. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 605 | $ 363.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 363.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 363.00 |
|-----------------------|----------|

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|----|----------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/01/2007 | Attend to notices withdrawing Tersigni Consulting fee applications (.2); attend to US Trustee's objection to Forman Perry application (.1). | Krieger, A. | 0.3 |
| 06/05/2007 | Attend to conditional objection to Forman Perry fee application (.2); office conferences LK re L. Tersigni fee application withdrawals (.1); attend to recently filed fee applications (.3). | Krieger, A. | 0.6 |
| 06/06/2007 | Attend to fee applications filed by various professionals in the case (1.2); attend to Fee Examiner's reports (.4). | Krieger, A. | 1.6 |
| 06/08/2007 | Attend to recently received fee applications. | Krieger, A. | 0.3 |
| 06/12/2007 | Attend to fee applications (.6); office conference M. Lyman re Navigant invoice (.1). | Krieger, A. | 0.7 |
| 06/13/2007 | Office conferences DM re preparation of revised notice regarding twelfth quarterly fee application. | Krieger, A. | 0.2 |
| 06/14/2007 | Revise amended notice re 12th quarterly application of Capstone Advisory Group (.5); prepare affidavit of service re same and forward to local counsel for filing (.3). | Mohamed, D. | 0.8 |
| 06/15/2007 | Attend to fee examiner's final reports and certifications regarding fee applications. | Krieger, A. | 0.6 |
| 06/15/2007 | Prepare and effectuate service re amended notice of Capstone's 12th quarterly fee | Mohamed, D. | 1.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | application (.8); file affidavit of service re same (.2). |  |  |
| 06/18/2007 | Exchanged memoranda with M. Lyman re Navigant's expense request. | Krieger, A. | 0.2 |
| 06/21/2007 | Memorandum to A. McIntosh re April 2007 invoice and attend to revised bill. | Krieger, A. | 0.3 |
| 06/22/2007 | Attend to fee applications. | Krieger, A. | 0.4 |
| 06/25/2007 | Attend to fee applications. | Krieger, A. | 0.3 |
| 06/29/2007 | Attend to newly filed applications. | Krieger, A. | 0.4 |
| 06/29/2007 | Review Capstone Advisory Group fee statements for the months of March 2007 and April 2007 in preparation for filing (.9); prepare notices and affidavits of service re same and forward to local counsel for filing (.8); prepare and effectuate service re fee statements (1.2). | Mohamed, D. | 2.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.9 | $ 605 | $ 3,569.50 |
| Mohamed, David | 4.7 | 165 | 775.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,345.00 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,345.00 |
|-----------------------|-----------|

# STROOCK

| RE | Employee Benefits, Pension<br>699843 0021 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/15/2007 | Attend to Debtors' proposed certificate of counsel and order re approval to make pension payments excluding April 2008 payment and memorandum re same. | Krieger, A. | 0.2 |
| 06/18/2007 | Memorandum to J. Baer re Committee position re modified proposed order and certifications. | Krieger, A. | 0.1 |
| 06/19/2007 | Attend to Debtors filed COC authorizing certain pension payments. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.4 | $ 605 | $ 242.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 242.00 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 242.00 | |
|---|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/07/2007 | A. Krieger - articles re:  The Hamilton Plant. | Jones, M. | 1.0 |
| 06/08/2007 | Review information re proposed MPEC settlement. | Berg, M. | 0.3 |
| 06/08/2007 | Exchanged memoranda with M. Berg re MPEC Settlement. | Krieger, A. | 0.3 |
| 06/25/2007 | Review proposed agreement for the sale of the Washcoat business; e-mail to A. Krieger; telephone conference with A. Krieger re Washcoat Agreement and NJDEP motion. | Berg, M. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 1.8 | $ 605 | $ 1,089.00 |
| Jones, Margaret | 1.0 | 175 | 175.00 |
| Krieger, Arlene G. | 0.3 | 605 | 181.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,445.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,445.50 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 67.57 |
| Meals | 18.20 |
| Long Distance Telephone | 114.16 |
| Duplicating Costs-in House | 216.40 |
| Filing Fees | 973.50 |
| Court Reporting Services | 2429.36 |
| Miscellaneous | 2.95 |
| In House Messenger Service | 23.83 |
| Lexis/Nexis | 1118.03 |
| Travel Expenses - Transportation | -220.55 |
| Westlaw | 1083.97 |
| Color Copying - In House | 102.55 |

| TOTAL DISBURSEMENTS/CHARGES | $ 5,929.97 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,929.97 |
|---|---|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/25/2007 | Travel to Pittsburgh for court hearings. | Pasquale, K. | 2.3 |
| 06/26/2007 | Travel from Pittsburgh - court hearings. | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 6.3 | $ 720 | $ 4,536.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,536.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 4,536.00 |
|-----------------------|------------|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|----|------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/05/2007 | Conference with Debtors' representatives and follow-up office conference LK, KP re hearing dates and PI meeting (.5); office conference LK re plan negotiations (.1). | Krieger, A. | 0.6 |
| 06/07/2007 | Attend to exclusivity appeal schedule and exchanged memoranda with D. Boll (K&E) re briefing schedule from the Third Circuit. | Krieger, A. | 0.4 |
| 06/08/2007 | Exchanged memoranda with KP re briefing schedule for appeal. | Krieger, A. | 0.1 |
| 06/19/2007 | Attend to Debtors' motion to extend exclusivity. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|-------------------|-------|------|-------|
| Krieger, Arlene G. | 1.8 | $ 605 | $ 1,089.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,089.00 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,089.00 |
|------------------------|------------|

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/03/2007 | Attend to memorandum re 5/30/07 hearing results. | Krieger, A. | 1.4 |
| 06/07/2007 | Review agenda for 6/8 hearing. | Kruger, L. | 0.2 |
| 06/08/2007 | Attend (telephonically) pre-trial conference re Anderson Memorial class certification hearing (.4); memorandum re hearing and exchanged memorandum with KP re same (.4). | Krieger, A. | 0.8 |
| 06/20/2007 | Attend to agenda notices for 6/25 and 6/26/07 hearings (.1); conference call J. Baer, other representatives from Grace re 6/25 and 6/26 hearings, other pending motions (.7). | Krieger, A. | 0.8 |
| 06/22/2007 | Preparation for 6/25 and 6/26 court hearings. | Pasquale, K. | 1.5 |
| 06/25/2007 | Preparation for and attend (telephonically) Grace omnibus hearing (4.4); office conference LK re hearing results (.2). | Krieger, A. | 4.6 |
| 06/25/2007 | Preparation for and participated in omnibus hearing. | Pasquale, K. | 6.0 |
| 06/26/2007 | Attend (telephonically) court hearing re PI matters (3.3); exchanged memoranda with KP re fact and expert discovery cut-off dates, 6/29/07 telephonic hearing (.1); office conference LK re 6/26/07 hearing results (.1). | Krieger, A. | 3.5 |
| 06/26/2007 | Office conf. with A. Krieger re court hearing. | Kruger, L. | 0.2 |
| 06/26/2007 | Preparation for and participation in court hearing re PI issues. | Pasquale, K. | 5.0 |
| 06/29/2007 | Attend (telephonically) hearing re | Krieger, A. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | | HOURS |
|------|-------------|------|--|-------|
| | interrogatories for claimants' counsel (.7); memorandum re hearing (.6). | | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 12.4 | $ 605 | $ 7,502.00 |
| Kruger, Lewis | 0.4 | 860 | 344.00 |
| Pasquale, Kenneth | 12.5 | 720 | 9,000.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,846.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 16,846.00 |
|-----------------------|-------------|

# STROOCK

| RE | Employment Applications - Others<br>699843  0040 |
|----|--------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/11/2007 | Attend to Debtors' motion for leave to employ Perkins Cole and exceed the monthly OCP cap. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 605 | $ 121.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 121.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 121.00 |
|-----------------------|----------|

# STROOCK

| RE | Tax Issues |
|----|------------|
|    | 699843 0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/19/2007 | Attend to Debtors' motion for leave to file omnibus objection to IRS claims (.1); attend to Debtors' omnibus objection to IRS claims (.5). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 605 | $ 363.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 363.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 363.00 |
|-----------------------|----------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 227,918.50 |
|------------------------------------------|--------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 5,929.97 |
| TOTAL BILL | $ 233,848.47 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.