# EXHIBIT B

SSL-DOCS1 1831943v1

WR GRACE & CO
SUMMARY OF FEES
JUNE 1, 2007 - JUNE 30, 2007

|  | Hours | Rate | Total Fees |
|---|---|---|---|
| **Partners** |  |  |  |
| DiBernardo, Ian G. | 3.8 | $ 660 | $ 2,508.00 |
| Kruger, Lewis | 26.1 | 860 | 22,446.00 |
| Pasquale, Kenneth | 90.1 | 720 | 64,872.00 |
| Speiser, Mark A. | 1.3 | 815 | 1,059.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Berg, Madelaine | 1.8 | 605 | 1,089.00 |
| Krieger, Arlene G. | 179.8 | 605 | 108,779.00 |
| Pearsall, Alison | 10.8 | 380 | 4,104.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Davison, Andrew S. | 2.6 | 165 | 429.00 |
| Holzberg, Ethel H. | 22.3 | 255 | 5,686.50 |
| Jones, Margaret | 1.5 | 175 | 262.50 |
| Luo, Vivian | 27.6 | 210 | 5,859.00 |
| Mohamed, David | 65.6 | 165 | 10,824.00 |
|  |  |  |  |
| Sub Total | 433.3 |  | $ 227,918.50 |
| Less 50% Travel | (3.1) |  | (2,268.00) |
| Total | 430.2 |  | $ 225,650.50 |

SSL-DOCS1 1831943v1