# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JUNE 1, 2007 - JUNE 30, 2007**

| | |
|---|---:|
| Outside Messenger Service | $        67.57 |
| Meals | 18.20 |
| Long Distance Telephone | 114.16 |
| Duplicating Costs-in House | 216.40 |
| Filing Fees | 973.50 |
| Court Reporting Services | 2,429.36 |
| Miscellaneous | 2.95 |
| In House Messenger Service | 23.83 |
| Lexis/Nexis | 1,118.03 |
| Travel Expenses - Transportation | (220.55) |
| Westlaw | 1,083.97 |
| Color Copying - In House | 102.55 |
| | |
| **Total** | **$5,929.97** |

# STROOCK

## Disbursement Register

| DATE | July 31, 2007 |
|---|---|
| INVOICE NO. | 416393 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through June 30, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 06/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827237; DATE: 06/09/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196342784 on 06/04/2007 | 6.43 |
| 06/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827237; DATE: 06/09/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270196910599 on 06/04/2007 | 6.43 |
| 06/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827237; DATE: 06/09/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196547009 on 06/04/2007 | 9.14 |
| 06/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827237; DATE: 06/09/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199368019 on 06/04/2007 | 6.43 |
| 06/25/2007 | VENDOR: UPS; INVOICE#: 0000010X827257; DATE: 06/23/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191628761 on | 6.43 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 06/15/2007 | |
| 06/25/2007 | VENDOR: UPS; INVOICE#: 0000010X827257; DATE: 06/23/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191930773 on 06/15/2007 | 6.43 |
| 06/25/2007 | VENDOR: UPS; INVOICE#: 0000010X827257; DATE: 06/23/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191393587 on 06/15/2007 | 9.14 |
| 06/25/2007 | VENDOR: UPS; INVOICE#: 0000010X827257; DATE: 06/23/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192881191 on 06/15/2007 | 6.43 |
| 06/25/2007 | VENDOR: UPS; INVOICE#: 0000010X827257; DATE: 06/23/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting  Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270190775934 on 06/20/2007 | 10.71 |

**Outside Messenger Service Total**                                   **67.57**

**Meals**

| 06/21/2007 | VENDOR: Seamless Web; Invoice#: 214766; Date: 06/17/2007 - Barbarini Alimentari;; Order Date: 06/14/07 11:57:00 | -18.20 |
|------------|----------------------------------------------------------------|--------|
| 06/21/2007 | VENDOR: Seamless Web; Invoice#: 214766; Date: 06/17/2007 - Barbarini Alimentari;; Order Date: 06/14/07 11:57:00 | -18.20 |
| 06/21/2007 | VENDOR: Seamless Web; Invoice#: 214766; Date: 06/17/2007 - Barbarini Alimentari;; Order Date: 06/14/07 11:57:00 | 18.20 |
| 06/21/2007 | VENDOR: Seamless Web; Invoice#: 214766; Date: 06/17/2007 - Barbarini Alimentari;; Order Date: 06/14/07 11:57:00 | 18.20 |
| 06/27/2007 | VENDOR: Seamless Web; Invoice#: 215455; Date: 06/24/2007 - Barbarini Alimentari;; Order Date: 06/19/07 12:32:00 | 18.20 |

**Meals Total**                                   **18.20**

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Long Distance Telephone** | | |
| 06/01/2007 | EXTN.5544, TEL.312-861-2226, S.T.15:51, DUR.00:02:42 | 1.38 |
| 06/01/2007 | EXTN.5562, TEL.518-213-6000, S.T.16:54, DUR.00:00:54 | 0.43 |
| 06/01/2007 | EXTN.5475, TEL.302-657-4900, S.T.12:30, DUR.00:01:18 | 0.92 |
| 06/01/2007 | EXTN.5475, TEL.302-657-4900, S.T.12:32, DUR.00:00:54 | 0.46 |
| 06/03/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-060307; DATE: 6/3/2007  -  Conference calls 5/29/07 - 6/3/07 | 14.86 |
| 06/11/2007 | EXTN.5562, TEL.202-973-2400, S.T.12:06, DUR.00:00:24 | 0.46 |
| 06/11/2007 | EXTN.5562, TEL.202-679-2661, S.T.12:07, DUR.00:11:48 | 5.52 |
| 06/12/2007 | EXTN.5475, TEL.201-587-7144, S.T.17:27, DUR.00:00:48 | 0.46 |
| 06/12/2007 | EXTN.5544, TEL.202-973-4515, S.T.14:36, DUR.00:03:00 | 1.38 |
| 06/13/2007 | EXTN.5475, TEL.302-657-4900, S.T.12:21, DUR.00:02:18 | 1.38 |
| 06/13/2007 | EXTN.5475, TEL.302-657-4900, S.T.16:24, DUR.00:02:36 | 1.38 |
| 06/13/2007 | EXTN.5562, TEL.267-321-6663, S.T.14:55, DUR.00:01:12 | 0.92 |
| 06/13/2007 | EXTN.5562, TEL.202-679-2661, S.T.14:57, DUR.00:06:48 | 3.22 |
| 06/14/2007 | EXTN.5475, TEL.302-657-4900, S.T.16:46, DUR.00:02:24 | 1.38 |
| 06/14/2007 | EXTN.5562, TEL.973-424-2031, S.T.11:22, DUR.00:09:36 | 4.60 |
| 06/14/2007 | EXTN.5562, TEL.202-973-2400, S.T.12:39, DUR.00:01:06 | 0.92 |
| 06/14/2007 | EXTN.5562, TEL.202-973-2400, S.T.12:40, DUR.00:15:06 | 7.36 |
| 06/15/2007 | EXTN.5475, TEL.302-657-4900, S.T.09:51, DUR.00:01:12 | 0.92 |
| 06/15/2007 | EXTN.5544, TEL.312-861-2162, S.T.16:15, DUR.00:11:24 | 5.52 |
| 06/15/2007 | EXTN.5562, TEL.312-861-2366, S.T.10:53, DUR.00:00:48 | 0.46 |
| 06/15/2007 | EXTN.5562, TEL.202-973-2400, S.T.11:01, DUR.00:01:12 | 0.92 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/15/2007 | EXTN.5562, TEL.202-679-2661, S.T.11:03, DUR.00:01:18 | 0.92 |
| 06/15/2007 | EXTN.5562, TEL.518-213-6000, S.T.13:02, DUR.00:00:54 | 0.43 |
| 06/15/2007 | EXTN.5562, TEL.973-424-2031, S.T.15:34, DUR.00:00:24 | 0.46 |
| 06/15/2007 | EXTN.5562, TEL.202-973-2400, S.T.15:59, DUR.00:00:12 | 0.46 |
| 06/15/2007 | EXTN.5562, TEL.202-679-2661, S.T.16:01, DUR.00:07:42 | 3.68 |
| 06/18/2007 | EXTN.5475, TEL.302-657-4900, S.T.15:44, DUR.00:01:00 | 0.46 |
| 06/19/2007 | EXTN.5544, TEL.202-835-0459, S.T.17:40, DUR.00:02:30 | 1.38 |
| 06/21/2007 | EXTN.5544, TEL.201-587-7111, S.T.14:06, DUR.01:01:06 | 28.52 |
| 06/21/2007 | EXTN.5562, TEL.973-467-8282, S.T.12:47, DUR.00:02:00 | 0.92 |
| 06/21/2007 | EXTN.5562, TEL.202-682-7058, S.T.16:55, DUR.00:01:30 | 0.92 |
| 06/22/2007 | EXTN.3544, TEL.312-861-2226, S.T.17:13, DUR.00:00:48 | 0.46 |
| 06/25/2007 | EXTN.5544, TEL.410-531-4222, S.T.12:04, DUR.00:17:06 | 8.28 |
| 06/29/2007 | EXTN.5544, TEL.312-861-2162, S.T.10:23, DUR.00:01:48 | 0.92 |
| 06/29/2007 | EXTN.5544, TEL.201-587-7111, S.T.15:19, DUR.00:03:36 | 1.84 |
| 06/29/2007 | EXTN.5544, TEL.201-587-7111, S.T.15:30, DUR.00:00:48 | 0.46 |
| 06/29/2007 | EXTN.5544, TEL.312-861-2162, S.T.15:32, DUR.00:04:06 | 2.30 |
| 06/29/2007 | EXTN.5544, TEL.201-587-7111, S.T.15:37, DUR.00:14:42 | 6.90 |
| | **Long Distance Telephone Total** | **114.16** |

**Duplicating Costs-in House**
| | | |
|---|---|---|
| 06/04/2007 | | 0.10 |
| 06/04/2007 | | 1.80 |
| 06/04/2007 | | 81.00 |
| 06/07/2007 | | 1.10 |
| 06/07/2007 | | 2.70 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/07/2007 | | 0.30 |
| 06/08/2007 | | 1.30 |
| 06/12/2007 | | 1.50 |
| 06/12/2007 | | 0.20 |
| 06/12/2007 | | 0.10 |
| 06/13/2007 | | 0.10 |
| 06/14/2007 | | 0.40 |
| 06/19/2007 | | 0.30 |
| 06/19/2007 | | 4.80 |
| 06/19/2007 | | 36.50 |
| 06/19/2007 | | 43.90 |
| 06/19/2007 | | 20.40 |
| 06/21/2007 | | 18.70 |
| 06/21/2007 | | 0.20 |
| 06/22/2007 | | 1.00 |
| | **Duplicating Costs-in House Total** | **216.40** |

**Filing Fees**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/18/2007 | VENDOR: Chase Card Services; INVOICE#: 060207; DATE: 6/2/2007 - visa charge 5/7/07 Court Call LLC | 77.00 |
| 06/18/2007 | VENDOR: Chase Card Services; INVOICE#: 060207; DATE: 6/2/2007 - visa charge 5/7/07 Court Call LLC | 122.50 |
| 06/18/2007 | VENDOR: Chase Card Services; INVOICE#: 060207; DATE: 6/2/2007 - visa charge 5/10/08 Court Call LLC | 207.00 |
| 06/18/2007 | VENDOR: Chase Card Services; INVOICE#: 060207; DATE: 6/2/2007 - visa charge 5/10/08 Court Call LLC | 57.50 |
| 06/18/2007 | VENDOR: Chase Card Services; INVOICE#: 060207; DATE: 6/2/2007 - visa charge 5/10/08 Court Call LLC | 200.50 |
| 06/18/2007 | VENDOR: Chase Card Services; INVOICE#: 060207; DATE: 6/2/2007 - visa charge 5/11/08 Court Call LLC | 44.50 |
| 06/18/2007 | VENDOR: Chase Card Services; INVOICE#: 060207; DATE: 6/2/2007 - visa charge 5/24/07 Court Call LLC | 116.00 |
| 06/18/2007 | VENDOR: Chase Card Services; INVOICE#: 060207; DATE: 6/2/2007 - visa charge 5/25/07 Court Call LLC | 148.50 |

**Filing Fees Total**      **973.50**

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Court Reporting Services** | | |
| 06/26/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 6132007; DATE: 6/13/2007 - Professional Court Reporting Services Deposition of: David Siegal - May 23, 2007 | 2,114.51 |
| 06/29/2007 | VENDOR: National Depo; INVOICE#: DC8753; DATE: 6/17/2007 - Transcript - copy/copies Witness: Gary Farrar - Job date: 5/30/07 | 314.85 |
| | **Court Reporting Services Total** | **2,429.36** |
| **Miscellaneous** | | |
| 06/18/2007 | VENDOR: Chase Card Services; INVOICE#: 060207; DATE: 6/2/2007 - visa charge 5/16/07 Star Ledger Elctrnc Library | 2.95 |
| | **Miscellaneous Total** | **2.95** |
| **In House Messenger Service** | | |
| 06/21/2007 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 6/5/2007 Vehicle Standard from  to KRAMER LEVIN, 1177 6TH AVE | 23.83 |
| | **In House Messenger Service Total** | **23.83** |
| **Lexis/Nexis** | | |
| 06/07/2007 | Research on 06/07/2007 | 0.03 |
| 06/12/2007 | Research on 06/12/2007 | 69.25 |
| 06/13/2007 | Research on 06/13/2007 | 40.75 |
| 06/19/2007 | Research on 06/19/2007 | 375.75 |
| 06/20/2007 | Research on 06/20/2007 | 614.00 |
| 06/22/2007 | Research on 06/22/2007 | 18.25 |
| | **Lexis/Nexis Total** | **1,118.03** |
| **Travel Expenses - Transportation** | | |
| 06/06/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE NYP.WAS NYP on 05/02/2007 | 296.00 |
| 06/06/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: | 32.25 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | KRIEGER/ARLENE on 05/02/2007 | |
| 06/21/2007 | VENDOR: American Express; INVOICE#: 042507A; DATE: 4/25/2007 - amex law trav 4/25 K Pasquale EWR PIT EWR | -548.80 |
| | **Travel Expenses - Transportation Total** | **-220.55** |

**Westlaw**

| | | |
|------|-------------|--------|
| 06/07/2007 | Transactional search by Krieger, Arlene G. | 157.54 |
| 06/12/2007 | Transactional search by Luo, Vivian | 168.18 |
| 06/14/2007 | Transactional search by Luo, Vivian | 68.21 |
| 06/15/2007 | Transactional search by Luo, Vivian | 202.21 |
| 06/18/2007 | Transactional search by Luo, Vivian | 102.32 |
| 06/20/2007 | Duration 0:17:32; by Jones, Margaret | 270.40 |
| 06/21/2007 | Transactional search by Krieger, Arlene G. | 6.50 |
| 06/28/2007 | Transactional search by Krieger, Arlene G. | 108.61 |
| | **Westlaw Total** | **1,083.97** |

**Color Copying - In House**

| | | |
|------|-------------|--------|
| 06/19/2007 | | 70.00 |
| 06/19/2007 | | 5.25 |
| 06/19/2007 | | 27.30 |
| | **Color Copying - In House Total** | **102.55** |

# STROOCK

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 67.57 |
| Meals | 18.20 |
| Long Distance Telephone | 114.16 |
| Duplicating Costs-in House | 216.40 |
| Filing Fees | 973.50 |
| Court Reporting Services | 2429.36 |
| Miscellaneous | 2.95 |
| In House Messenger Service | 23.83 |
| Lexis/Nexis | 1118.03 |
| Travel Expenses - Transportation | -220.55 |
| Westlaw | 1083.97 |
| Color Copying - In House | 102.55 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 5,929.97 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.