

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

August 9, 2007
Original Invoice Dated: July 17, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

## REVISED INVOICE

*For Services Rendered For*
*WR Grace Creditor's Committee - June 2007*

**Professional Fees:**

| | | | |
|---|---|---|---:|
| LC | 103.00 hrs. @ | $550 | $56,650.00 |
| RF | 2.00 hrs. @ | $350 | 700.00 |
| ML | 67.00 hrs. @ | $325 | 21,775.00 |
| JM | 65.00 hrs. @ | $325 | 21,125.00 |
| JH | 28.50 hrs. @ | $275 | 7,837.50 |
| JS | 42.50 hrs. @ | $270 | 11,475.00 |
| KE | 148.50 hrs. @ | $225 | 33,412.50 |
| AH | 34.00 hrs. @ | $200 | 6,800.00 |
| AM | 131.00 hrs. @ | $200 | 26,200.00 |
| MF | 40.50 hrs. @ | $175 | 7,087.50 |

**Total Professional Fees** ................................................................$193,062.50

**Expenses:**

| | | |
|---|---|---:|
| Airfare | $ | 1,862.88 |
| Copying / Reproduction | | 14.74 |
| Ground Transportation / Auto Expense | | 117.60 |
| Lodging | | 4,728.92 |
| Meals | | 236.12 |
| Overnight Delivery/Courier | | 59.24 |
| Research | | 209.96 |
| Telephone | | 2.85 |

**Total Expenses** ........................................................................**$7,232.31**

**Total Amount Due for June Services and Expenses**................$200,294.81

Navigant Consulting, Inc. Project No.: 113758           Invoice No.: 210930

Outstanding Invoices:

| | | | |
|---|---|---|---|
| Inv No. | 200520 | May 22, 2007 | $173,437.45 |
| Inv No. | 206134 | June 20, 2007 | <u>162,431.03</u> |

**Total Outstanding Invoices**..................................................................................<u>**$335,868.48**</u>

**Total Amount Due For June Services, Expenses and Outstanding Invoices**.............**$744,400.85**

Navigant Consulting, Inc. Project No.: 113758                                   Invoice No.: 210930



1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 6/4/2007 | 4.50 | Working on estimation issues. |
| CHAMBERS, LETITIA | 6/5/2007 | 2.00 | Working on estimation issues. |
| CHAMBERS, LETITIA | 6/6/2007 | 3.00 | Working on report. |
| CHAMBERS, LETITIA | 6/7/2007 | 6.00 | Working on report. |
| CHAMBERS, LETITIA | 6/8/2007 | 8.00 | Working on report |
| CHAMBERS, LETITIA | 6/11/2007 | 6.00 | Working on report. |
| CHAMBERS, LETITIA | 6/12/2007 | 6.00 | Working on report. |
| CHAMBERS, LETITIA | 6/13/2007 | 10.00 | Estimation issues. |
| CHAMBERS, LETITIA | 6/14/2007 | 8.00 | Estimation issues. |
| CHAMBERS, LETITIA | 6/15/2007 | 4.50 | Estimation issues. |
| CHAMBERS, LETITIA | 6/18/2007 | 2.00 | Estimation issues. |
| CHAMBERS, LETITIA | 6/20/2007 | 7.00 | Estimation issues. |
| CHAMBERS, LETITIA | 6/21/2007 | 8.00 | Estimation issues. |
| CHAMBERS, LETITIA | 6/25/2007 | 8.00 | Estimation issues. |
| CHAMBERS, LETITIA | 6/26/2007 | 8.00 | Estimation issues. |
| CHAMBERS, LETITIA | 6/27/2007 | 8.00 | Estimation issues. |
| CHAMBERS, LETITIA | 6/28/2007 | 4.00 | Estimation issues. |
| ERTUG, KERIM CAN | 6/1/2007 | 8.50 | Review of claims data and case materials. |
| ERTUG, KERIM CAN | 6/4/2007 | 10.75 | SAS programing, meeting with staff, and preparing summary tables. |
| ERTUG, KERIM CAN | 6/5/2007 | 10.00 | SAS programming, meeting with staff, and preparing summary tables. |
| ERTUG, KERIM CAN | 6/6/2007 | 10.50 | SAS programming, meeting with staff, and preparing summary tables. |
| ERTUG, KERIM CAN | 6/7/2007 | 10.75 | SAS programming, meeting with staff, and preparing summary tables. |
| ERTUG, KERIM CAN | 6/8/2007 | 11.00 | SAS programming, meeting with staff, and preparing summary tables. |
| ERTUG, KERIM CAN | 6/11/2007 | 11.75 | Claims data analysis, meeting with staff, and summary of findings. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 6/12/2007 | 15.50 | Claims data analysis, meeting with staff, and summary of findings. |
| ERTUG, KERIM CAN | 6/13/2007 | 10.75 | Claims data analysis, meeting with staff, and summary of findings. |
| ERTUG, KERIM CAN | 6/14/2007 | 8.75 | Claims data analysis, meeting with staff, and summary of findings. |
| ERTUG, KERIM CAN | 6/15/2007 | 8.00 | Claims data analysis and review of case materials. |
| ERTUG, KERIM CAN | 6/18/2007 | 1.75 | Review of case materials. |
| ERTUG, KERIM CAN | 6/19/2007 | 1.25 | Review of case materials. |
| ERTUG, KERIM CAN | 6/20/2007 | 9.25 | Review of case materials. |
| ERTUG, KERIM CAN | 6/22/2007 | 1.25 | Review of case materials. |
| ERTUG, KERIM CAN | 6/25/2007 | 4.50 | Review of other experts reports. |
| ERTUG, KERIM CAN | 6/27/2007 | 4.25 | Meeting with staff to review case materials. |
| ERTUG, KERIM CAN | 6/28/2007 | 3.25 | Review of other experts work materials. |
| ERTUG, KERIM CAN | 6/29/2007 | 6.75 | Review of other experts work materials. |
| FARRELL, RICHARD | 6/29/2007 | 2.00 | Researched and reported on government findings regarding vermiculite ore processing, health effects on Libby residents, and potential effect on claims against Grace. |
| FRAGALE, MATTHEW | 6/11/2007 | 8.50 | Organization of case materials and list of materials considered |
| FRAGALE, MATTHEW | 6/12/2007 | 8.50 | Organization of case materials and list of materials considered |
| FRAGALE, MATTHEW | 6/13/2007 | 6.50 | Organization of case materials and list of materials considered |
| FRAGALE, MATTHEW | 6/14/2007 | 8.50 | Organization of case materials and list of materials considered |
| FRAGALE, MATTHEW | 6/15/2007 | 8.50 | Organization of case materials and list of materials considered |
| HLAVIN, ANDREW | 6/1/2007 | 8.75 | Re-run matching analysis and check historical duplicates. |
| HLAVIN, ANDREW | 6/3/2007 | 2.00 | Summarize matching analyses. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| HLAVIN, ANDREW | 6/4/2007 | 6.50 | Update match summaries and audit tables. |
| HLAVIN, ANDREW | 6/5/2007 | 1.25 | Update and review logic of matching summaries. |
| HLAVIN, ANDREW | 6/6/2007 | 1.50 | Matching summaries and updates. |
| HLAVIN, ANDREW | 6/7/2007 | 2.00 | Update disease field and output matched and unmatched claims. |
| HLAVIN, ANDREW | 6/11/2007 | 1.25 | Update 10-K database and tables. |
| HLAVIN, ANDREW | 6/12/2007 | 0.50 | Review unmatched claims with historical ID. |
| HLAVIN, ANDREW | 6/13/2007 | 3.00 | Check unmatched POC claims with historical IDs. |
| HLAVIN, ANDREW | 6/15/2007 | 7.25 | Update SAS programs with dedup process and clean up programming. |
| HOREWITZ, JESSICA | 6/8/2007 | 3.25 | Reviewed draft report. |
| HOREWITZ, JESSICA | 6/14/2007 | 3.75 | Reviewed draft report. |
| HOREWITZ, JESSICA | 6/15/2007 | 1.25 | Reviewed case status and draft report. |
| HOREWITZ, JESSICA | 6/25/2007 | 3.75 | Reviewed expert reports. |
| HOREWITZ, JESSICA | 6/26/2007 | 1.25 | Reviewed Biggs report. |
| HOREWITZ, JESSICA | 6/27/2007 | 6.25 | Reviewed case materials. |
| HOREWITZ, JESSICA | 6/28/2007 | 4.25 | Reviewed case materials. |
| HOREWITZ, JESSICA | 6/29/2007 | 4.75 | Reviewed case materials. |
| LYMAN, MARY | 6/4/2007 | 0.25 | Discussion and transmittal of chart data |
| LYMAN, MARY | 6/8/2007 | 0.25 | Discussion with staff |
| LYMAN, MARY | 6/11/2007 | 4.00 | Discussions with expert and staff and work on draft report |
| LYMAN, MARY | 6/12/2007 | 12.25 | Worked on revisions to draft report |
| LYMAN, MARY | 6/13/2007 | 8.25 | Worked on revisions to draft report. |
| LYMAN, MARY | 6/14/2007 | 8.50 | Discussions with expert and client; worked on revisions to draft report |
| LYMAN, MARY | 6/15/2007 | 6.50 | Discussions with expert and staff, work on draft report, finalized and sent June 18 submission |
| LYMAN, MARY | 6/18/2007 | 0.50 | Project administration |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 6/19/2007 | 2.75 | Discussion with expert; reviewed other expert reports |
| LYMAN, MARY | 6/20/2007 | 2.00 | Call from expert; project administration; reviewed expert reports |
| LYMAN, MARY | 6/21/2007 | 5.00 | Reviewed other expert reports |
| LYMAN, MARY | 6/22/2007 | 0.25 | Downloaded, printed out reports for review |
| LYMAN, MARY | 6/25/2007 | 3.50 | Reviewed expert reports |
| LYMAN, MARY | 6/26/2007 | 3.25 | Reviewed expert reports |
| LYMAN, MARY | 6/26/2007 | 0.25 | Reviewed report. |
| LYMAN, MARY | 6/27/2007 | 6.75 | Meeting with staff and expert, follow-up work |
| LYMAN, MARY | 6/28/2007 | 2.25 | Prepared outlines of rebuttal points and assignments; phone call from expert |
| LYMAN, MARY | 6/29/2007 | 0.50 | Project administration |
| MCINTIRE, JAMES | 6/1/2007 | 2.00 | Report revisions |
| MCINTIRE, JAMES | 6/2/2007 | 2.00 | Report revisions |
| MCINTIRE, JAMES | 6/3/2007 | 3.50 | Report revisions |
| MCINTIRE, JAMES | 6/4/2007 | 1.25 | Data analysis methodology review |
| MCINTIRE, JAMES | 6/5/2007 | 2.00 | Data analysis methodology |
| MCINTIRE, JAMES | 6/6/2007 | 2.75 | Review draft report language and data |
| MCINTIRE, JAMES | 6/6/2007 | 2.00 | Data analysis |
| MCINTIRE, JAMES | 6/7/2007 | 1.25 | Client call, including prep and follow-up |
| MCINTIRE, JAMES | 6/7/2007 | 6.00 | Report drafting and revisions |
| MCINTIRE, JAMES | 6/8/2007 | 3.50 | Report drafting and revisions |
| MCINTIRE, JAMES | 6/9/2007 | 2.50 | Review data and draft report |
| MCINTIRE, JAMES | 6/10/2007 | 3.50 | Review draft report |
| MCINTIRE, JAMES | 6/11/2007 | 8.25 | Team discussions and revisions |
| MCINTIRE, JAMES | 6/12/2007 | 4.75 | Team discussions and revisions |
| MCINTIRE, JAMES | 6/13/2007 | 2.50 | Communication with client |
| MCINTIRE, JAMES | 6/13/2007 | 2.50 | Team discussions and revisions |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 6/14/2007 | 1.75 | Review draft report |
| MCINTIRE, JAMES | 6/21/2007 | 2.00 | Review other expert reports |
| MCINTIRE, JAMES | 6/22/2007 | 2.25 | Review other expert reports |
| MCINTIRE, JAMES | 6/27/2007 | 3.75 | Review other expert reports |
| MCINTIRE, JAMES | 6/28/2007 | 1.50 | Review other expert reports |
| MCINTIRE, JAMES | 6/30/2007 | 3.50 | Review other expert reports |
| MHATRE, ARCHANA | 6/1/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/4/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/5/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/6/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/7/2007 | 3.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/11/2007 | 7.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/12/2007 | 6.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/13/2007 | 7.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/14/2007 | 6.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/15/2007 | 6.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/18/2007 | 4.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/19/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/20/2007 | 7.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/21/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/22/2007 | 5.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/25/2007 | 5.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/26/2007 | 5.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/27/2007 | 5.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/28/2007 | 5.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 6/29/2007 | 8.00 | PIQ database - data analysis & reporting. |
| SIRGO, JORGE | 6/1/2007 | 4.50 | Assist with estimation methodology. |
| SIRGO, JORGE | 6/4/2007 | 3.50 | Assist with estimation methodology |
| SIRGO, JORGE | 6/5/2007 | 4.00 | Assist with estimation methodology |



1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SIRGO, JORGE | 6/6/2007 | 2.00 | Assist with estimation methodology |
| SIRGO, JORGE | 6/7/2007 | 2.00 | Assist with estimation methodology |
| SIRGO, JORGE | 6/8/2007 | 3.00 | Assist with estimation methodology |
| SIRGO, JORGE | 6/11/2007 | 1.50 | Assist with estimation methodology |
| SIRGO, JORGE | 6/12/2007 | 1.00 | Assist with estimation methodology |
| SIRGO, JORGE | 6/13/2007 | 2.00 | Assist with estimation methodology |
| SIRGO, JORGE | 6/14/2007 | 1.50 | Assist with estimation methodology |
| SIRGO, JORGE | 6/15/2007 | 1.50 | Assist with estimation methodology |
| SIRGO, JORGE | 6/18/2007 | 2.00 | Assist with data analyses. |
| SIRGO, JORGE | 6/19/2007 | 2.00 | Assist with data analyses. |
| SIRGO, JORGE | 6/20/2007 | 2.00 | Assist with data analyses. |
| SIRGO, JORGE | 6/21/2007 | 2.00 | Assist with data analyses. |
| SIRGO, JORGE | 6/22/2007 | 8.00 | Review opposing expert reports. |