IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

DECLARATION OF SERVICE REGARDING:

| | |
|---|---|
| NOTICE OF BAR DATES FOR PRE-PETITION ASBESTOS PERSONAL-INJURY LITIGATION CLAIMS (SETTLED AND NON-SETTLED) | Attached hereto as Exhibit 1 |
| PROOF OF CLAIM FORM (custom) | Sample attached hereto as Exhibit 2 |

I, Frank M. Rogers, hereby declare and testify under penalty of perjury as follows:

1. I am over eighteen years of age and not a party to the above-captioned action. I believe the statements contained herein are true based on my personal knowledge. I am an employee of RR Donnelley f/k/a R.R.Donnelley &

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Sons Company ("Donnelley") and my business address is 75 Park Place, New York, NY 10007.

2.     At the direction of BMC Group, Inc. ("BMC"), upon instructions from Kirkland & Ellis LLP, co-counsel to the Debtors and Debtors in Possession in the above-captioned cases, and in accordance with the Order as to All Pre-Petition Asbestos PI Litigation Claims, Including Settled Claims, (I) Establishing Bar Dates; (II) Approving Proof of Claim Form; and (III) Approving Notice of Pre-Petition Asbestos Personal-Injury Claims Bar Date [Docket No. 13061], I caused the documents attached hereto as Exhibits 1 and 2 to be served on the Parties listed in Exhibit 3 and referenced as Service Lists 21068, 21069 and 21072.

3.     Service commenced on August 31, 2006 and concluded on September 2, 2006. All parties were served via first-class mail with postage thereon fully prepaid and deposited with the United States Postal Service as follows:

- a. The Parties referenced in Service List 21069 were served via individual packaging by placing Exhibit 1, and Exhibit 2 the custom proof of claim form with the service address, in a window envelope, then mailing via 1st class mail;

- b. The Parties referenced in Service List 21068 were served via consolidated mail shipment. When fifty-one (51) or more Parties were to be served at the same address, those Parties were served via consolidated mail shipment. Exhibit 1, and Exhibit 2 the custom proof of claim form with the service address, were placed into a window envelope. Envelopes with the same service address were then packaged together for consolidated shipment and then mailed via 1st class mail;

- c. The Parties referenced in Service List 21072 with international addresses were also served via consolidated mail shipment and mailed via air mail (first-class mail for international packages).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: September 27, 2006
New York, New York

*Frank M. Rogers 4th*

Frank M. Rogers 4th
RR Donnelley
75 Park Place
New York, NY 10007

State of New York         )
                          ) ss
County of New York        )

Personally appeared before me on September 27, 2006, Frank M. Rogers 4th, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

JEAN-PAUL JEAN G.
NOTARY PUBLIC - NEW YORK STATE
N° 01JE6025050
Qualified in Kings County
Commission Expires May 17, 2007