# EXHIBIT 2

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ASBESTOS PI PROOF OF CLAIM FORM |
|---|---|---|
| Name of Debtor:  In re W.R. Grace & Co., et al. | 01-01139 (JKF) | |

**NOTE: Use this form only if you have a Non-Settled Pre-Petition Asbestos PI Claim or a Settled Pre-Petition Asbestos PI Claim (capitalized terms are defined in the "Notice of Bar Dates for Pre-Petition Asbestos Personal-Injury Litigation Claims (Settled and Non-Settled)").  This form should not be used to file a claim for a non-asbestos claim, an asbestos property-damage claim, a property-damage claim arising from Zonolite attic insulation, an asbestos medical-monitoring claim, or any other claim.**

Name of Creditor (The injured person or other person or entity to whom the Debtor(s) owe money or property):
      <CLAIMANT NAME>

Name and address where notices should be sent:
      <FIRMNAME>
      <ADDRESS1>
      <ADDRESS2>
      <ADDRESS3>
      <CITY> < ST>  <ZIP>
      <COUNTRY>
      <MAILLABELBARCODE> <MAILLABELBARCODENBR>

☐ Check if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check if you have never received any notices from the bankruptcy court in this case.

☐ Check if the address differs from the address on the envelope sent to you by the court.

☐ Check here if this claim amends or replaces a previously filed claim, dated _____

**THIS SPACE IS FOR COURT USE ONLY**

Last Four Digits of Creditor's Social Security Number: _____ | If primary party is deceased, indicate date of death: _____

---

**PART I**
**(Election to Use W.R. Grace Asbestos Personal Injury Questionnaire as Part of Your Proof of Claim**

☐ **Check here if you have completed and returned the W.R. Grace Asbestos Personal Injury Questionnaire ("Questionnaire") and elect to have the Questionnaire required by the Court's order on August 29, 2005 serve as part of your Proof of Claim.  If you check this box, you do not need to complete Part II of this Proof-of-Claim Form, but you still must complete Part III if you have a Settled Pre-Petition Asbestos PI Claim .  AND, IN ANY CASE, YOU MUST STILL FILE THIS FORM ON OR BEFORE OCTOBER 16, 2006 OR NOVEMBER 15, 2006, WHICHEVER OF THESE BAR DATES IS APPLICABLE TO YOU.**

---

**PART II**
**(To Be Completed by Claimants Holding Non-Settled Pre-Petition Asbestos PI Claims**
**Who Are Not Electing to Use the Questionnaire as Part of Their Proof of Claim)**

Please complete Part II if you did not elect to have the Questionnaire serve as part of your Proof of Claim in Part I.  Although completion of Part II satisfies the requirements of this Proof of Claim, it does not relieve you of the obligation to answer and return a Questionnaire.

1.  **Provide the following information with respect to the pre-petition lawsuit or civil action for which your Non-Settled Pre-Petition Asbestos PI Claim relates:**

    a.  **Title of Case:** _____

    b.  **Court Where Complaint was Filed** _____

    c.  **Court Where Case was Pending on April 2, 2001:** _____

    d.  **Case Number:** _____

    e.  **Date Complaint was Filed:** _____

    f.  **Name of Your Legal Counsel:** _____

    g.  **Address of Your Legal Counsel:** _____

                           _____

                            _____

<RUST ID BARCODE> <RUST ID BARCODE NBR>                                   <BMCBARCODE> <BMCBARCODE NBR>

K&E 11309803.1

2.  **If you have a court judgment against one or more of the W.R. Grace debtors or a settlement with one or more of the W.R. Grace debtors, provide the date obtained and amount of such judgment or settlement:**

Date of settlement or judgment:_____

Amount of settlement or judgment:_____

3.  **Date of diagnosis of injury for which you are filing this proof of claim:** _____

---

### PART III

### (To Be Completed By Claimants Holding Settled Pre-Petition Asbestos PI Claims)

☐ **Check here if you believe that one or more of the Debtors owes you money pursuant to an enforceable settlement agreement entered into between you and one or more of the Debtors, as of the commencement of these chapter 11 cases (April 2, 2001), but as for which you have not received full payment ("Settled Pre-Petition Asbestos PI Claim").**

**Identify which documents you have in support of your belief that you have a Settled Pre-Petition Asbestos PI Claim and attach the described documents (check all applicable boxes):**

☐ **A release that is signed and executed by you and was submitted to any of the Debtors before April 2, 2001.**

☐ **A written settlement agreement that is signed by both you and one or more of the Debtors in which you agree to release asbestos-related claims for personal injury or wrongful death against one or more of the Debtors in exchange for Debtors' agreement to pay you a certain sum.**

☐ **A written settlement agreement that is signed by both your attorney or authorized agent and one or more of the Debtors in which any of the Debtors and you agree to release asbestos-related claims for personal injury or wrongful death against one or more of the Debtors in exchange for Debtors' agreement to pay you a certain sum.**

☐ **A transcript or court order describing the terms and conditions of an asbestos-related personal injury claims settlement made in open court and entered on the record.**

☐ **Other documents supporting an enforceable settlement agreement between you and the Debtors (describe below; attach a supplemental list if necessary).**

_____

_____

_____

_____

---

### TO BE COMPLETED BY ALL CLAIMANTS
### ASSERTING PRE-PETITION ASBESTOS PI CLAIMS

IF YOU ARE ASSERTING A SETTLED PRE-PETITION PI CLAIM YOU MUST COMPLETE AND RETURN THIS PROOF OF CLAIM FORM TO THE CLAIMS PROCESSING AGENT, RUST CONSULTING, ON OR BEFORE THE **SETTLED PRE-PETITION PI CLAIMS BAR DATE OF OCTOBER 16, 2006**, OR ELSE YOUR CLAIM WILL BE BARRED.

IF YOU ARE ASSERTING A NON-SETTLED PRE-PETITION PI CLAIM YOU MUST COMPLETE AND RETURN THIS PROOF OF CLAIM FORM TO THE CLAIMS PROCESSING AGENT, RUST CONSULTING, ON OR BEFORE THE **NON-SETTLED PRE-PETITION PI CLAIMS BAR DATE OF NOVEMBER 15, 2006**, OR ELSE YOUR CLAIM WILL BE BARRED.

PLEASE SEE THE **"NOTICE OF BAR DATES FOR PRE-PETITION ASBESTOS PERSONAL-INJURY LITIGATION CLAIMS (SETTLED AND NON-SETTLED)"** FOR MORE DETAILED INSTRUCTIONS.

| | |
|---|---|
| **Acknowledgement:**  Upon receipt and processing of the Proof of Claim, you will receive an acknowledgement card indicating the date of filing and your unique claim number.  If you want a file stamped copy of the Proof of Claim itself, enclose a stamped, self-addressed envelope and copy of this proof of claim. | **THIS SPACE IS FOR COURT USE ONLY** |
| Date:  Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

2

K&E 11309803.1