# EXHIBIT 3

# for WR Grace PI

**Total number of parties: 189072**

## Exhibit 3 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068    AARON, SR, HUBERT T, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068    AARON, SR, JEWEL, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068    AARON, SR, JEWEL, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    AARON, SR, WALLS C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    AARON, SR., THEARTHUR, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    AARON, STANLEY, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    AARON, STANLEY, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    AARON, TROY N, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    AASNESS, JOHN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    ABADESSA, FRANK, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    ABADESSA, FRANK, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068    ABATE, TONY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    ABATIE, WALTER J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    ABBADINI, RENO, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    ABBATE, JOSEPH J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    ABBATE, SALVATORE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    ABBATIELLO, DOMINICK, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    ABBEY, BOB, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    ABBEY, CHARLES R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    ABBEY, CHARLES R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    ABBEY, CHESTER S, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    ABBEY, CHESTER S, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    ABBEY, EUGENE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    ABBEY, GALE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    ABBISS, SHIBLEY, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068    ABBITT, RONALD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    ABBONIZIO, TONY, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068    ABBOTT, BENNY B, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    ABBOTT, CHARLES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069    ABBOTT, CLIFFORD M, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

21068    ABBOTT, DAVID E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    ABBOTT, DAVID, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    ABBOTT, DAVID, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    ABBOTT, GEORGE M, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   ABBOTT, GEORGE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ABBOTT, GLEN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   ABBOTT, GLEN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   ABBOTT, GORDON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   ABBOTT, IRA H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ABBOTT, JAMES T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ABBOTT, JR, LOWELL, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   ABBOTT, LAMAR J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ABBOTT, LAMAR J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   ABBOTT, LESLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   ABBOTT, MICHAEL, KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS, 171 TWELFTH STREET, THIRD FLOOR, OAKLAND, CA, 94607

21068   ABBOTT, MICHAEL, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   ABBOTT, RICHARD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   ABBOTT, ROBERT W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ABBOTT, RONALD E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   ABBOTT, RONNIE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ABBOTT, RONNIE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ABBOTT, THOMPSON V, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ABBOTT, VIVIAN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ABBOTT, VIVIAN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ABBOTT, WELTON, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21069   ABBOTT, WELTON, RHODEN, LACY, DOWNEY & COLBERT, PO BOX 16845, JACKSON, MS, 39203

21068   ABBOTT, WILLARD M, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   ABBY, RICHARD T, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   ABDALLA, GERALD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ABDEGADIR, ARDELLO, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   ABDOO, GREG F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   ABDULAH, HASSAN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ABDULAH, HASSAN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ABDUSSALAAN, EDWARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   ABE, IVAN L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ABEL, ALVIN N, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ABEL, ALVIN N, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   ABEL, CHARLES T, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   ABEL, CHARLES T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | ABEL, CHARLES T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ABEL, EUGENE B, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | ABEL, GERALD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ABEL, HOWARD E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | ABEL, JAMES, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638 |
| 21068 | ABEL, PAUL E, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | ABEL, PHILLIP E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ABEL, SAMUEL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | ABELL, BEN S, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | ABELL, MICHAEL O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ABELL, MICHAEL O, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ABELS, LUCAS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | ABELS, WESLEY G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ABERCROMBIA, CAPERS, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612 |
| 21068 | ABERCROMBIE, BILL, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | ABERCROMBIE, BOYDENE, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | ABERCROMBIE, JACKIE G, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | ABERCROMBIE, L D, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21069 | ABERCROMBIE, RUBY FAYE C, EVANS FEIST, 331 MILAM STREET, SHREVEPORT, LA, 71166 |
| 21069 | ABERCROMBIE, T R, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712 |
| 21068 | ABERCROMBIE, T R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ABERCROMIE, GEORGE, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | ABERLE, GLENN, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | ABERNATHY, BILLY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ABERNATHY, BILLY J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | ABERNATHY, CHARLES, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21069 | ABERNATHY, DENNIS D, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601 |
| 21068 | ABERNATHY, HUGH C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ABERNATHY, JACK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ABERNATHY, JR., DANIEL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ABERNATHY, ROBERT J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | ABERNATHY, ROBERT L, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | ABERNATHY, ROBERT, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4261 |
| 21068 | ABERNATHY, SR, GEORGE B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ABERNATHY, WALTER, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | ABERNATHY, WILLIAM R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | ABERT, DONALD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ABERTI, ALBERT, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | ABIRACHED, RAYMOND, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | ABITZ, SR, DONALD, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | ABLES, GEORGE M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ABLES, HERBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21069 | ABLES, HERBERT, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636 |
| 21068 | ABLES, HERBERT, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339 |
| 21068 | ABNER, CAROL S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ABNER, CAROL S, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | ABNER, DAN E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | ABNER, ELGIE G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ABNER, ELGIE G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ABNER, EUGENE, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | ABNER, TRAVIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | ABNEY, BETTY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ABNEY, BETTY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ABNEY, DOISS, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | ABNEY, DOISS, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | ABNEY, DWIGHT, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329 |
| 21068 | ABNEY, DWIGHT, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | ABNEY, EDD, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | ABNEY, EMMA W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | ABNEY, JAMES, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | ABNEY, NED, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | ABNEY, RAYMOND, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | ABNEY, TOM, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | ABNEY, TOM, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | ABOHASEN, JOHN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | ABRAHAM, ALBERT, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | ABRAHAM, ALLEN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | ABRAHAM, GEORGE A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | ABRAHAM, GEORGE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ABRAHAM, JOSEPH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ABRAHAM, JOSEPH, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | ABRAHAM, PAUL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | ABRAHAM, PAUL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | ABRAHAM, PAULETTE W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ABRAHAM, PAULETTE W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ABRAHAMIAN, LEVON, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | ABRAHANSON, ELWOOD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | ABRAHMSEN, KAY, SACKS SACKS, 150 BROADWAY 4TH FL, NEW YORK, NY, 10038 |
| 21068 | ABRAM, ARTHUR, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ABRAM, BILLY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ABRAM, BILLY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ABRAM, EVELYN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ABRAM, EVELYN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ABRAM, JAMES B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ABRAM, JAMES B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ABRAM, MATTHEW, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ABRAM, RODNEY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ABRAM, RODNEY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ABRAM, SAM W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ABRAM, SR, AMOS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | ABRAM, WALTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ABRAMS, ALVA A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ABRAMS, ALVA A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | ABRAMS, EARL L, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | ABRAMS, GRACIE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | ABRAMS, JACK E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | ABRAMS, JR, JENKINS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | ABRAMS, LEE P, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | ABRAMS, LEE P, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | ABRAMS, LONNY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ABRAMS, MARGAREE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | ABRAMS, MARGAREE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | ABRAMS, PAUL C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | ABRAMS, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ABRELL, PAUL, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053 |
| 21068 | ABREO, DANIEL S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ABREU, DEISY, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   ABROM, JOSEPHINE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ABRON, JR, HOMER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ABRON, LEROY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ABRON, WALTER L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ABSHIER, JERRY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ABSHIRE, JOSEPH D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ABSHIRE, JR, WILSON J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ABSHIRE, LEVEN, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   ABSON, JEFRO J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   ABSTEN, LEROY, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   ABSTON, DONALD C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ABSTON, DONALD C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ABSTON, HOWELL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ABSTON, ROBERT H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ABSTON, TED, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ABSTON, TED, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   AC&S, INC, DANAHER TEDFORD LAGNESE & NEAL, 21 OAK ST, HARTFORD, CT, 06106-8003

21069   AC&S, INC, DANAHER TEDFORD LAGNESE & NEAL, 60 WASHINGTON STREET, HARTFORD, CT, 06106

21068   ACANDS, INC, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21069   ACANDS, INC, WHITEFORD TAYLOR PRESTONS, 7 SAINT PAUL ST, BALTIMORE, MD, 21202-1626

21068   ACCARDI, SR., ANTHONY, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   ACCARDO, VINCENT M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   ACCETTURA, MUZIO, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   ACCOLLA, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   ACELA, CHARLES D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ACEVEDO, MODESTO, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   ACEVEDO, ROBERTO, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068   ACEY, GEORGE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ACEY, SR, WILTON, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ACH, MANFRED  P, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   ACHAN, AARON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ACHORD, JAMES M, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   ACHORD, JAMES M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ACHORD, MILBURN E, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   ACHORD, MILBURN E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ACHS, NICHOLAS R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   ACKER, DAVID, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   ACKER, FRANK, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   ACKER, JR, CLARENCE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   ACKER, JR, JAMES B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ACKER, SR, CLARENCE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   ACKER, TERRY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   ACKERMAN, GARY D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ACKERMAN, GARY D, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   ACKERMAN, HAROLD E, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   ACKERMAN, HAROLD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   ACKERMAN, JOHN H, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   ACKERMAN, JOHN T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ACKERMAN, LOREN E, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   ACKERMAN, RAYMOND, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   ACKERMANN, CONLEY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ACKERMANN, NORMAN F, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   ACKERSON, MYRLE M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ACKEY, STEPHEN E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ACKEY, STEPHEN E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ACKISS, MATTIE G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ACKISS, MATTIE G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ACKLER, JR, PHILIP J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   ACKLEY, JAMES H, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   ACKMANN, LEWETTE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ACOCELLA, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   ACOFF, ABRAHAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ACOFF, ABRAHAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ACOFF, GEORGE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ACOFF, GEORGE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ACORD, ORVILLE D, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   ACORS, GILBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ACORS, GILBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ACOSTA, ANTONIO G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ACOSTA, CARLOS J, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  ACOSTA, FELIX, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ACOSTA, JERRY, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068  ACOSTA, JOSE, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068  ACOSTA, JR., HONORE M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  ACOSTA, JUSTO J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  ACOSTA, JUSTO J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  ACOSTA, ONEIL F, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  ACQUISTA, DOMINICK, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  ACREE, RICHARD E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  ACRES, WINFIELD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  ACTON, RUFUS B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  ACY, DARNELL, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  ACY, DARNELL, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  ACY, DARNELL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ACY, JAMES T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  ACY, JAMES T, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  ACY, LAMAR, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  ACY, LAMAR, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  ACY, LIMMIE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  ADAIR, EARL W, BRUEGGER & MCCULLOUGH, PC, TERRI CARPENTER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  ADAIR, HARLON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  ADAIR, HUELAND, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ADAIR, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  ADAIR, JOHN P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  ADAIR, JOHN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  ADAIR, KENNETH, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  ADAIR, OTIS D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  ADAIR, ROBERT, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  ADAIR, ROBERT, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  ADAIR, TERRY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ADAIR, TERRY D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  ADAIR, WILLIAM C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  ADAIR, WILLIAM H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  ADAM, RAYMOND, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  ADAMCZYK, DANIEL J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  ADAMO, RICHARD A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  ADAMS, A J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21069  ADAMS, ALBERT J, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | ADAMS, ALBERT L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | ADAMS, ALJAY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21069 | ADAMS, ALVIN, JARVIS MILLER, 123 SECOND STREET, SAN FRANCISCO, CA, 94105 |
| 21068 | ADAMS, ANNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | ADAMS, ARCHIE B, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | ADAMS, ARTHUR B, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 |
| 21068 | ADAMS, ARTHUR J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ADAMS, BEATRICE M, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | ADAMS, BENNY B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ADAMS, BETTY K, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | ADAMS, BETTY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21069 | ADAMS, BILL, MILES & STOCKBRIDGE, 10 LIGHT STREET, BALTIMORE, MD, 21202 |
| 21068 | ADAMS, BOBBY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ADAMS, BOBBY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | ADAMS, BOBBY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | ADAMS, BOOKER T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ADAMS, BOOKER T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ADAMS, CARLISS M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ADAMS, CHARLES E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | ADAMS, CHARLES J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21069 | ADAMS, CHARLES J, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301 |
| 21069 | ADAMS, CHARLES T, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630 |
| 21068 | ADAMS, CHARLES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ADAMS, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ADAMS, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | ADAMS, CHARLES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | ADAMS, CHARLES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | ADAMS, CHARLIE C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ADAMS, CHARLIE C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ADAMS, CLARENCE H, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | ADAMS, CLAUDE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ADAMS, CLYDE R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ADAMS, CLYDE R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ADAMS, CODY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | ADAMS, COLEMAN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | ADAMS, COLLIS, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  ADAMS, COLLIS, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  ADAMS, DAISY M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  ADAMS, DAISY M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  ADAMS, DALE L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  ADAMS, DALE, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S
       15TH ST, PHILADELPHIA, PA, 19102-4826

21068  ADAMS, DANE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  ADAMS, DANIEL W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE,
       MD, 21201-3101

21068  ADAMS, DANNY R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA,
       70433

21068  ADAMS, DARRIEL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA,
       70433

21068  ADAMS, DAVID H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA,
       MS, 39567

21068  ADAMS, DAVID H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  ADAMS, DAVID S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  ADAMS, DAVID S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  ADAMS, DAVID, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068  ADAMS, DONALD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL,
       33146-1434

21068  ADAMS, DONALD K, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  ADAMS, DONALD, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH,
       44067

21068  ADAMS, DORIS L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  ADAMS, DORIS L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  ADAMS, DOUGLAS J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  ADAMS, DOUGLAS J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF
       TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  ADAMS, DOYLE E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  ADAMS, DUANE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT,
       SC, 29465

21068  ADAMS, EARL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE
       1000, CLEVELAND, OH, 44115-1711

21068  ADAMS, EDDIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  ADAMS, EDGAR, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS,
       LA, 70113-1114

21068  ADAMS, EDWARD K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL,
       33146-1434

21068  ADAMS, EDWARD W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL,
       60607-5308

21069  ADAMS, ELI, MILLS, TIMMONS, PO BOX 1784, SHREVEPORT, LA, 71166

21068  ADAMS, ELIJAH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX,
       77002

21068  ADAMS, ELIJAH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS,
       39157-5134

21068  ADAMS, ELMO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ADAMS, ELTON J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA,
       70433

21068  ADAMS, ENOCH P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  ADAMS, ERIC, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-
       1620

21068  ADAMS, ETHEL M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  ADAMS, ETHEL M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS,
       39201

21068  ADAMS, EUGENE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | ADAMS, FRANCES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ADAMS, FRANCES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ADAMS, FRANK R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | ADAMS, FRANK, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | ADAMS, FRED E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | ADAMS, FREDERICK, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | ADAMS, G W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | ADAMS, GALE, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 |
| 21068 | ADAMS, GENE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ADAMS, GEORGE C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | ADAMS, GEORGE R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ADAMS, GEORGE W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21069 | ADAMS, GEORGE, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837 |
| 21068 | ADAMS, GEORGE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | ADAMS, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ADAMS, GEORGE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | ADAMS, GEORGE, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075 |
| 21068 | ADAMS, GERALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ADAMS, GLEN D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ADAMS, GLEN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | ADAMS, GLEN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21069 | ADAMS, GROVER C, HOWARD J CRESKOFF, 629 SPRUCE ST, PHILADELPHIA, PA, 19106-4113 |
| 21068 | ADAMS, HARVEY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ADAMS, HELEN J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ADAMS, HELEN J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ADAMS, HENRY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ADAMS, HERBERT P, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | ADAMS, HERMAN R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | ADAMS, HOBERT L, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | ADAMS, HOLLIS, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ADAMS, HOLLIS, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ADAMS, HOMER, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ADAMS, HOWARD, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | ADAMS, III, EARL R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | ADAMS, III, HARLEY C, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | ADAMS, IRENE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | ADAMS, J C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | ADAMS, J W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | ADAMS, J W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | ADAMS, JACK D, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517 |
| 21068 | ADAMS, JACK D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ADAMS, JACK L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | ADAMS, JACK L, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | ADAMS, JAMES A, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902 |
| 21068 | ADAMS, JAMES A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | ADAMS, JAMES E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ADAMS, JAMES E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ADAMS, JAMES F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ADAMS, JAMES G, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | ADAMS, JAMES H, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | ADAMS, JAMES H, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | ADAMS, JAMES H, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | ADAMS, JAMES M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | ADAMS, JAMES M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | ADAMS, JAMES R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | ADAMS, JAMES T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ADAMS, JAMES W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ADAMS, JAMES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ADAMS, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ADAMS, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ADAMS, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | ADAMS, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ADAMS, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ADAMS, JAMES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ADAMS, JERRY E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | ADAMS, JERRY E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ADAMS, JERRY E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | ADAMS, JESSIE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | ADAMS, JOE L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | ADAMS, JOE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ADAMS, JOHN A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | ADAMS, JOHN N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ADAMS, JOHN Q, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638 |
| 21068 | ADAMS, JOHN S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ADAMS, JOHN S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  ADAMS, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  ADAMS, JOHN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  ADAMS, JOHN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  ADAMS, JOHN, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  ADAMS, JOHNNIE T, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  ADAMS, JORRIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  ADAMS, JOSEPH E, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  ADAMS, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ADAMS, JOSEPH, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  ADAMS, JR, CECIL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  ADAMS, JR, EDWARD B, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  ADAMS, JR, JOHN B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  ADAMS, JR, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  ADAMS, JR, JULIUS C, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  ADAMS, JR, JULIUS C, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  ADAMS, JR, LEO, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  ADAMS, JR, LOUIS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  ADAMS, JR, OLLIE B, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  ADAMS, JR, OLLIE B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ADAMS, JR, OLLIE B, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  ADAMS, JR, RICHARD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  ADAMS, JR, ROGER, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068  ADAMS, JR, ROGER, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068  ADAMS, JR, RUSSELL M, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068  ADAMS, JR, WILLIAM, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  ADAMS, JUDY P, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  ADAMS, JUDY P, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  ADAMS, JUDY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069  ADAMS, KENNETH, MICKEY BUCHANAN, 231 W COMMERCE ST, ASHDOWN, AR, 71822

21069  ADAMS, KENNETH, PATTON, TIDWELL & SCHROEDER, LLP, 4605 TEXAS BLVD, PO BOX 5398, TEXARKANA, TX, 75505-5398

21068  ADAMS, LARRY C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  ADAMS, LARRY C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  ADAMS, LARRY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ADAMS, LARRY G, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  ADAMS, LEE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  ADAMS, LEE R, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | ADAMS, LEE R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | ADAMS, LEON W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | ADAMS, LEONARD, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210 |
| 21069 | ADAMS, LEONARD, MILLER, MOSELY, CLARE & TOWNES, 730 W MAINT STREET, SUITE 500, LOUISVILLE, KY, 40202 |
| 21068 | ADAMS, LEONARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ADAMS, LEROY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21069 | ADAMS, LOGUS L, BAILEY TRUSTY & COOK, PO BOX 151, BATESVILLE, MS, 38606 |
| 21068 | ADAMS, LONNIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ADAMS, LONNIE L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | ADAMS, LORNE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | ADAMS, LUCILLE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ADAMS, LUCILLE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ADAMS, LUCILLE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | ADAMS, MAJOR, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | ADAMS, MAJOR, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | ADAMS, MAJOR, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653 |
| 21068 | ADAMS, MAMIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ADAMS, MAMIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ADAMS, MARIE T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | ADAMS, MARVIN, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | ADAMS, MARY H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ADAMS, MARY H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ADAMS, MARY T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ADAMS, MARY T, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | ADAMS, MELVIN S, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | ADAMS, MELVIN, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | ADAMS, MELVIN, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113 |
| 21068 | ADAMS, MELVIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ADAMS, MICHAEL S, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | ADAMS, MILDRED L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ADAMS, MILLARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ADAMS, MORRIS, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | ADAMS, MORRIS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | ADAMS, MURRAY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ADAMS, MURRAY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ADAMS, NATHANIEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | ADAMS, NELL S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ADAMS, NELL S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   ADAMS, NICK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ADAMS, NOAH, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   ADAMS, NOAH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ADAMS, O D, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   ADAMS, ORA W, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   ADAMS, OSCAR W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ADAMS, PATRICIA D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ADAMS, PATRICIA D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ADAMS, PAUL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ADAMS, PHILLIP, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   ADAMS, PHILLIP, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ADAMS, RALPH C, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   ADAMS, RAY A, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   ADAMS, RAY E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   ADAMS, RAY H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ADAMS, RAY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   ADAMS, RAYMOND A, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   ADAMS, RAYMOND E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ADAMS, RAYMOND E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ADAMS, RAYMOND, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   ADAMS, RICHARD E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   ADAMS, RICHARD J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   ADAMS, RICHARD J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ADAMS, RICHARD, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   ADAMS, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ADAMS, ROBERT R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ADAMS, ROBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   ADAMS, ROLAND J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ADAMS, ROLAND J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ADAMS, RONALD D, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   ADAMS, RONALD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ADAMS, RONALD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ADAMS, ROOSEVELT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ADAMS, ROOSEVELT, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069 ADAMS, ROY H, HUMPHREY, FARRINGTON & MCCLAIN, P C, 221 WEST LEXINGTON, SUITE 400, PO BOX 900, INDEPENDENCE, MO, 64051

21069 ADAMS, ROY, COOK, DOYLE & BRADSHAW, LLP, 1211 LAMAR ST STE 1300, HOUSTON, TX, 77010-3015

21069 ADAMS, ROY, COOK, DOYLE & BRADSHAW, LLP, 1401 MC KENNY STE 1800, HOUSTON, TX, 77010

21068 ADAMS, RUBEN, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068 ADAMS, RUDOLPH, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 ADAMS, RUDOLPH, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068 ADAMS, SAMMY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068 ADAMS, SHELIA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 ADAMS, SHELIA, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068 ADAMS, SIDNEY, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068 ADAMS, SIDNEY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068 ADAMS, SILAS E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068 ADAMS, SILAS E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068 ADAMS, SR, BERNARD B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 ADAMS, SR, EDWARD, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068 ADAMS, SR, FREDERICK M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068 ADAMS, SR, JAMES G, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068 ADAMS, SR., ALVIN T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 ADAMS, SR., RICHARD D, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068 ADAMS, SYLVESTER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 ADAMS, THEADYS C, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068 ADAMS, THOMAS C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068 ADAMS, THOMAS D, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068 ADAMS, THOMAS S, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068 ADAMS, THOMAS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068 ADAMS, THOMAS, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068 ADAMS, THOMAS, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068 ADAMS, VIVIAN D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068 ADAMS, W B, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068 ADAMS, WILBUR, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068 ADAMS, WILLARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 ADAMS, WILLIAM B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 ADAMS, WILLIAM B, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068 ADAMS, WILLIAM B, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068 ADAMS, WILLIAM B, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068 ADAMS, WILLIAM B, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | ADAMS, WILLIAM N, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | ADAMS, WILLIAM N, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | ADAMS, WILLIAM O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ADAMS, WILLIAM, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | ADAMS, WILLIE C, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046 |
| 21068 | ADAMS, WILLIE C, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | ADAMS, WILLIE E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | ADAMS, WILLIE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ADAMS, WILLIE V, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ADAMSKI, CARL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ADAMSKI, RAYMOND T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | ADAMSON, ALTON J, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | ADAMSON, JAMES, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | ADAMSON, MARGIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | ADAY, ROBERT, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | ADAY, ROBERT, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | ADCOCK, BARTLEY L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | ADCOCK, BARTLEY L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | ADCOCK, BILLIE P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ADCOCK, HOWARD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ADCOCK, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ADCOCK, JAMES R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ADCOCK, JAMES R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ADCOCK, JANE C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | ADCOCK, JIMMY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ADCOCK, JR, EUGENE, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | ADCOCK, LEYVONE W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | ADCOCK, MARTHA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | ADCOCK, MARTHA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | ADCOCK, MCKEA, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | ADCOCK, OLEN F, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | ADCOCK, ROGER D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | ADCOCK, SR, CARL L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ADCOCK, SR, ROGER J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | ADCOCK, SR, ROGER J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | ADCOCK, WILLIAM C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ADCOCK, WILLIAM C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ADCOCK, WILLIAM H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | ADCOCK, WILLIAM H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | ADCOCKS, ILA R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | ADCOCKS, ILA R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | ADCOX, CECIL, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | ADCOX, CECIL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | ADCOX, HENRY G, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ADDERLEY, RODERICK R, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | ADDINGTON, DONALD J, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075 |
| 21068 | ADDINGTON, III, WILLIAM H, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | ADDINGTON, III, WILLIAM H, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | ADDINGTON, III, WILLIAM H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ADDINGTON, MARK J, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201 |
| 21068 | ADDIS, JOHN W, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | ADDIS, KEISLER, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | ADDIS, ROSS, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | ADDISON, SR, PRINCE, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | ADDISON, SR., OTIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ADDISON, SR., OTIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | ADDISON, WILLIAM R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ADDISS, JUSTUS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ADDISS, JUSTUS J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | ADDLESBERGER, JACK G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ADELER, JR, ALBERT S, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651 |
| 21069 | ADELMAN, CLIFTON, SALES TILLMAN WALLBAUM, BILL MIRACLE, 325 W MAIN ST STE 1900, LOUISVILLE, KY, 40202 |
| 21068 | ADELMAN, CLIFTON, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | ADELSBERGER, JOHN C, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969 |
| 21068 | ADEN, R L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ADEN, R L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ADERHOLD, MARY V, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | ADERHOLT, ARTHUR D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ADERHOLT, CLEBURN E, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | ADERHOLT, RALPH C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   ADERS, WILLIAM J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ADESMAN, ARTHUR, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   ADGER, WILLIE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   ADILETTO, SR, JOHN S, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   ADKINS, BERVIL D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   ADKINS, BERVIL D, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   ADKINS, BILLY M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ADKINS, BILLY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   ADKINS, BRUCE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   ADKINS, BURL, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   ADKINS, CARL E, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   ADKINS, CATHERINE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ADKINS, CATHERINE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ADKINS, CHARLES D, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   ADKINS, CLARENCE E, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   ADKINS, CLIFFORD E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   ADKINS, CLIFFORD E, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   ADKINS, DAFFICE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ADKINS, DANIEL W, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   ADKINS, DONALD R, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   ADKINS, DONALD W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   ADKINS, DOROTHY N, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   ADKINS, DOROTHY N, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   ADKINS, FRANKIE A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ADKINS, GARLAND L, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068   ADKINS, GARY L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   ADKINS, GLENN A, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   ADKINS, HARLEY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   ADKINS, HAROLD L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   ADKINS, HAROLD, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   ADKINS, HARVEY F, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   ADKINS, HENRY C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   ADKINS, HERON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21069   ADKINS, JACK C, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068   ADKINS, JACKIE E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ADKINS, JACKIE E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ADKINS, JAMES T, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   ADKINS, JAMES T, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   ADKINS, JERRY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   ADKINS, JOHNNY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ADKINS, JOSEPH L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ADKINS, JOYCE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   ADKINS, JOYCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ADKINS, JR, DELBERT, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   ADKINS, JR, HERBERT R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ADKINS, JR, HERBERT R, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   ADKINS, LARRY A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   ADKINS, LARRY D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   ADKINS, LUTHER W, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   ADKINS, MICHAEL E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   ADKINS, MYRTIS W, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   ADKINS, NORMA B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ADKINS, PAUL B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ADKINS, PAUL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ADKINS, PHILIP L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ADKINS, PHILIP L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ADKINS, RARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   ADKINS, RAYMOND D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ADKINS, RICHARD G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ADKINS, RICKY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ADKINS, RICKY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ADKINS, RICKY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ADKINS, RICKY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ADKINS, ROGER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   ADKINS, ROGER, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068   ADKINS, RONNIE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ADKINS, ROY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ADKINS, RUBEN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ADKINS, RUBEN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   ADKINS, SAMUEL E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ADKINS, SAMUEL E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ADKINS, SAMUEL L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ADKINS, SAMUEL L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ADKINS, STEVEN E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ADKINS, STEVEN E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ADKINS, WARREN, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   ADKINS, WAYNE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   ADKINS, WILLIE, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   ADKINSON, PHILLIP E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ADKINSON, PHILLIP E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ADKINSON, SHEILA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   ADKINSON, SR, ANTHONY M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   ADKISSON, REX, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   ADKISSON, REX, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   ADLER, ALBERT, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   ADLEY, EDWARD J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   ADOLPH, LAWRENCE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   ADOLPH, ROBERT G, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   ADVANT, SIDNEY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ADVANT, SIDNEY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   ADY, NORMAN, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   AEH, BRYAN K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   AEH, GERALD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   AEIKER SR., CHARLES R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   AEIKER, JR, KEITH G, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   AEIKER, SR, CHARLES R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   AEIKER, SR, CHARLES R, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068   AEMMER, JOHN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   AERY, PHILLIP L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   AFEMAN, JAKE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   AFFLECK, JOSEPH C, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   AFFLISIO, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   AGADO, WENCESLADO R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21069   AGATE, JOSEPH, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068   AGEE, CLINT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   AGEE, CLINT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   AGEE, EDNA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   AGEE, EDNA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   AGEE, EDWARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   AGEE, GEORGE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   AGEE, JAMES C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   AGEE, JAMES C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   AGEE, JAMES D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   AGEE, JAMES D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   AGEE, JEROME Z, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   AGEE, JEROME Z, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   AGEE, LEWIS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   AGEE, LYNN G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   AGEE, LYNN G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   AGEE, RALPH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   AGEE, RALPH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   AGEE, RICHARD L, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   AGEE, ROBERT J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   AGEE, RONALD F, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   AGEE, RONALD F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   AGEE, SR, WILLIAM J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   AGEE, VERNA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   AGEE, VERNON H, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   AGEE, WILLIAM R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   AGEE, WILLIAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   AGEE, WILLIAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   AGEE, WILLIE J, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068   AGEE, WILLIE J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   AGEN, HOWARD S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   AGENS, RALPH, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   AGERTON, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   AGERTON, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   AGES, WALTER, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   AGES, WALTER, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  AGGANIS, JAMES, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21069  AGGEN, KENNETH, NELSON J ROACH, 203 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  AGGER, RICHARD S, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  AGINSKY, DAVID A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  AGNES, JOHN L, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  AGNESS, JAMES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  AGNEW, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  AGNEW, DORIS, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  AGNEW, DORIS, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  AGNEW, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  AGNEW, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  AGOSTA, LOUIS, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  AGOSTA, ROBERTA, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  AGOSTINELLI, PASQUALE D, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068  AGOSTO, ROBERTO, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  AGREN, RICHARD C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  AGRUSTI, ROCCO, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  AGUAYO, JESUS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  AGUAYO, JOHN, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068  AGUILAR, ALFREDO A, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068  AGUILAR, ANASTACIO M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  AGUILAR, ANTONIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AGUILAR, DANIEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AGUILAR, EDUARDO L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AGUILAR, ELIAS J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  AGUILAR, FLORENCIO R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AGUILAR, JESUS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AGUILAR, JUAN L, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068  AGUILAR, JUAN S, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  AGUILAR, LUIS H, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  AGUILAR, ROBERT L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  AGUILAR, STANLEY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  AGUILAR, STANLEY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  AGUILAR, THOMAS M, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  AGUILAR, THOMAS M, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  AGUILERA, JOHN, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  AGUILERA, JOHN, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  AGUILERA, PABLO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AGUILLARD, JERRY C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  AGUILLARD, PAUL, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  AGUIRRE, CONRAD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AGUIRRE, JR, JUAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AGURRIES, RUDY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  AHAM, PETER, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  AHERN, DEC'D, JOHN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  AHERN, ROBERT, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  AHERN, SANDRA E, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068  AHERN, WILLIAM F, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068  AHERN, WILLIAM, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  AHL, RAYFORD L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  AHLBORN, RONALD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  AHLER, EDWARD J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  AHLERS, JAMES, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068  AHLERS, JOHN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AHLQUIST, LEONARD, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  AHMAD, RAHEEM, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  AHMED, MOHAMED B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  AHMED, MOHAMED B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  AHO, RICHARD E, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068  AHO, WILLIAM W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  AHRENS, JERRY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  AHRENS, MICHAEL R, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  AIELLO, JAMES, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  AIELLO, KARL A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  AIELLO, MICHAEL S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  AIKEN, BETTY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  AIKEN, BETTY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  AIKEN, CARRIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  AIKEN, ESTHER M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  AIKEN, ESTHER, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  AIKEN, JAMES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  AIKEN, JOHN S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  AIKEN, LINDBURGH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  AIKEN, MARY M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  AIKEN, ROSE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  AILEY, GEORGE M, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  AINGE, THOMAS L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  AINSWORTH, BILLIE J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  AINSWORTH, BILLIE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  AINSWORTH, BILLIE J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  AINSWORTH, BILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  AINSWORTH, DOUGLAS O, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  AINSWORTH, DOUGLAS O, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  AINSWORTH, GRADY W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  AINSWORTH, HENRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  AINSWORTH, IRMA N, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  AINSWORTH, JAMES C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  AINSWORTH, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  AINSWORTH, LIVINGSTON, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  AINSWORTH, MARVIN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  AINSWORTH, MARY G, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  AINSWORTH, RICHARD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  AINSWORTH, RUSSELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21069  AINSWORTH, THURMAN B, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712

21068  AINSWORTH, THURMAN B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  AINSWORTH, VELMA H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  AINSWORTH, VELMA H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21069  AINSWORTH, VELMA H, ROBERT SULLIVAN, PO BOX 45, LAUREL, MS, 39441-0045

21068  AINSWORTH, WILLIE M, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21069  AINSWORTH, WILLIE N, GORDON MYERS, 727 WATTS AVE, PASCAGOULA, MS, 39567

21068  AINSWORTH, WILLIE N, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21069  AINSWORTH, WILLIE N, MS MUNICIPAL COURT MOSS POINT MUNICIPALITY, HON JIM DAVIS HULL, 4900 MAIN ST, MOSS POINT, MS, 39563-2735

21068  AINSWORTH, WILLIE N, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069  AINSWORTH, WILLIE N, THE LAW FIRM OF WM WILSON, JR, 2506 LAKELAND DRIVE, SUITE 500, P O DRAWER 16689, JACKSON, MS, 39236

21068  AIRAUDI, AMBROSE M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  AISHMAN, ALFORD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AISSEN, WERNER, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 21068 | AKER, VANCE S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | AKERS, ALTHA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | AKERS, ARTHUR L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | AKERS, ARTHUR L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | AKERS, ARTHUR L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | AKERS, AVERY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | AKERS, BARRY J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | AKERS, BARRY J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | AKERS, EUGENE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | AKERS, EVERETT D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | AKERS, GLADYS L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | AKERS, JR, FLOYD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | AKERS, LARRY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | AKERS, LARRY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | AKERS, RALPH, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | AKERS, RALPH, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | AKIN, JOHNNY A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | AKIN, LEONARD, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | AKIN, LEONARD, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | AKIN, WENDELL R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | AKINES, JIREL O, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | AKINES, JIREL O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | AKINES, JIREL O, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21069 | AKINS, ALBERT, SALES TILLMAN WALLBAUM, BILL MIRACLE, 325 W MAIN ST STE 1900, LOUISVILLE, KY, 40202 |
| 21068 | AKINS, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | AKINS, DALE L, ELK & ELK, 6110 PARKLAND BLVD, MAYFIELD HEIGHTS, OH, 44124 |
| 21068 | AKINS, DALE L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | AKINS, J C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | AKINS, LESLEY C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | AKINS, LESLEY C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | AKINS, MARY E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | AKINS, RAMSEY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | AKINS, RAMSEY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | AKINS, SR, CECIL M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | AKINS, THOMAS H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | AKINS, WILLIAM J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | AKLES, ELLIS R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | AKLES, FRANK E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | AKRIDGE, BURFOR, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | AKRIDGE, C W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | AKRIDGE, C W, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | ALACK, CHARLES J, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | ALACK, IGNATIUS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ALACK, IGNATIUS J, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |
| 21068 | ALAIA, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | ALAIMO, ANGELO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | ALAKSIN, RICHARD P, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117 |
| 21069 | ALAMO, ALDO, 1208 MELWOOD ST, HOUSTON, TX, 77009 |
| 21068 | ALANEN, ROY L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ALANIS, ANDRES, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | ALANIZ, AGUSTIN R, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | ALANIZ, ARTURO R, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | ALANIZ, BALDOMERO R, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | ALANIZ, GUADALUPE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALANIZ, LORENZO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALANIZ, RICARDO E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | ALBAN, LUDWIG, FEINBERG & ALBAN P C, 1051 BEACON STREET, BROOKLINE, MA, 02146 |
| 21068 | ALBANESE, JR., ANTHONY S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ALBANESE, RICHARD, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | ALBANESE, THOMAS C, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | ALBANO, JACK A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | ALBANO, JOSEPH, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219 |
| 21068 | ALBARADO, MICHAEL C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALBERADO, SR, MARVIN J, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458 |
| 21068 | ALBERADO, SR, MARVIN J, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043 |
| 21068 | ALBERINO, ROBERT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | ALBERT, ART, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ALBERT, ART, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | ALBERT, DONALD, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | ALBERT, FRED, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | ALBERT, HARRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | ALBERT, JAMES, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202 |
| 21069 | ALBERT, JEROME J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    ALBERT, JOSEPH H, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    ALBERT, JOSEPH H, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    ALBERT, PETER, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068    ALBERT, PETER, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    ALBERT, ROBERT, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202

21068    ALBERT, ROY, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202

21068    ALBERTI, VICKY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    ALBERTIE, HERMAN, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    ALBERTSON, GEORGE, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21069    ALBERTSON, GEORGE, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068    ALBERTSON, LUCILLE K, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068    ALBIN, ROBERT, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    ALBINE, ARTHUR E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    ALBINO, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    ALBITZ, GARY C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    ALBITZ, GARY C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    ALBRECHT, BETTY F, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21069    ALBRECHT, CAROL B, THE LAW FIRM OF MICHAEL GALLIGAN, THE PLAZA, SUITE 5, 300 WALNUT STREET, DES MOINES, IA, 50309

21069    ALBRECHT, CAROL B, WEHR BERGER, 326 WEST THIRD STREET, SUITE 900, DAVENPORT, IA, 52801

21068    ALBRECHT, FRIEDA, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21069    ALBRECHT, FRITZ, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068    ALBRECHT, LAWRENCE E, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068    ALBRECHT, LINDY C, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068    ALBRECHT, ROBERT J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    ALBRECHT, WILBERT G, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    ALBRIDGE, DANNY E, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    ALBRIGHT, BILLY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    ALBRIGHT, EMETT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    ALBRIGHT, EMETT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    ALBRIGHT, GARY W, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    ALBRIGHT, HAROLD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    ALBRIGHT, JAMES I, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    ALBRIGHT, JERRY D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    ALBRIGHT, RONALD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  ALBRIGHT, TED W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  ALBRIGHT, TED W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  ALBRITTON, CHARLES E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  ALBRITTON, FLOYD J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  ALBRITTON, HERMAN K, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  ALBRITTON, HERMAN K, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  ALBRITTON, JAMES M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ALBRITTON, LARRY G, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  ALBRITTON, THESLY H, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  ALBURN, JOHN R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  ALBURN, JOHN R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  ALBUS, JOHN H, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  ALCARAZ, ROBERT, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  ALCORN, DENNIS, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  ALCORN, ISIE M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  ALCORN, ISIE M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  ALCORN, JR, OTIS C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ALCORN, WALTER A, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  ALCORN, WALTER A, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  ALDAN, JOHN W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  ALDER, SR, BENJAMIN H, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  ALDER, SR, BENJAMIN H, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068  ALDER, SR, BENJAMIN H, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  ALDERMAN, EUGENE H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  ALDERMAN, EUGENE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  ALDERMAN, GERALD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  ALDERMAN, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  ALDERMAN, JESSE J, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  ALDERMAN, JESSE J, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  ALDERMAN, LARRY, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  ALDERSON, ELBERT C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  ALDERSON, WILLIAM, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  ALDERSON, WILMA J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  ALDRED, JOHN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | ALDRICH, DAVID G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ALDRICH, DAVID G, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201 |
| 21068 | ALDRICH, JR, JOHN L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | ALDRICH, SR, HERBERT E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | ALDRICH, SR, ROBERT, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | ALDRIDGE, ALICE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ALDRIDGE, ALICE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ALDRIDGE, DONALD D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALDRIDGE, DORIS H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALDRIDGE, EPHRIAM T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ALDRIDGE, EUGENE C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ALDRIDGE, EUGENE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ALDRIDGE, EUGENE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ALDRIDGE, GENE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ALDRIDGE, GENE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ALDRIDGE, JAMES B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ALDRIDGE, JAMES, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | ALDRIDGE, JERRY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ALDRIDGE, JERRY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ALDRIDGE, LANDY D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ALDRIDGE, LARRY L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | ALDRIDGE, LEN F, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | ALDRIDGE, RALEIGH R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | ALDRIDGE, RALEIGH R, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | ALDRIDGE, RALEIGH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ALDRIDGE, REGINALD D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | ALDRIDGE, TERRY M, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | ALDRIDGE, TROY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | ALDRIDGE, TROY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | ALDRIDGE, WARNER N, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21068 | ALDRIDGE, WILLIE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ALEMAN, DAVID, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALEMAN, EDMUNDO M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALERETE, CARLOS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | ALESSANDRINI, FLORIO, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837 |
| 21068 | ALESSI, JOSEPH G, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | ALEWELT, BERNARD F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  ALEWELT, JOSEPH P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD
STE 1000, CLEVELAND, OH, 44115-1711

21068  ALEX, JR, HARVEY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL,
PORT ARTHUR, TX, 77642

21068  ALEXANDER JR., CHARLES R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE,
THIRD FLOOR, PITTSBURGH, PA, 15219

21068  ALEXANDER, ALBERT, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600,
PENSACOLA, FL, 32502

21068  ALEXANDER, ALLEN G, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600,
PENSACOLA, FL, 32502

21068  ALEXANDER, ARTHUR, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  ALEXANDER, BESSIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  ALEXANDER, BILLY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  ALEXANDER, BILLY G, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  ALEXANDER, BOMAN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ALEXANDER, BRADFORD E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON,
MS, 39095

21068  ALEXANDER, BRADFORD E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE,
LA, 70764

21068  ALEXANDER, BUDDY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON,
MS, 39201

21068  ALEXANDER, BUDDY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787,
BOONEVILLE, MS, 38829

21068  ALEXANDER, CARL R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D,
ATLANTA, GA, 30338-5169

21068  ALEXANDER, CARL R, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28
BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  ALEXANDER, CHARLES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ALEXANDER, CLANCY D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON
RD STE 1000, CLEVELAND, OH, 44115-1711

21068  ALEXANDER, CLARENCE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700,
BALTIMORE, MD, 21201-3101

21068  ALEXANDER, E L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT,
SC, 29465

21069  ALEXANDER, E L, WAGONER STEINBERG, 7445 AIRPORT HIGHWAY, HOLLAND, OH, 43528

21068  ALEXANDER, ERNEST, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON,
TX, 77002

21068  ALEXANDER, ERNEST, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND,
MS, 39157-5134

21068  ALEXANDER, ETHEL B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  ALEXANDER, EXCELL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON,
TX, 77002

21068  ALEXANDER, GEORGE W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228
EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  ALEXANDER, HAROLD D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  ALEXANDER, HAROLD D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET,
HATTIESBURG, MS, 39401

21068  ALEXANDER, HAROLD G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  ALEXANDER, HENRY C, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  ALEXANDER, HENRY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA,
94948-6169

21068  ALEXANDER, HERMAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  ALEXANDER, HUEY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON,
MS, 39201

21068  ALEXANDER, HUEY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787,
BOONEVILLE, MS, 38829

21068  ALEXANDER, III, PAUL, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL,
62095

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   ALEXANDER, JAMES H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ALEXANDER, JAMES M, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   ALEXANDER, JAMES W, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   ALEXANDER, JAMES, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068   ALEXANDER, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ALEXANDER, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ALEXANDER, JAN B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ALEXANDER, JOHN H, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ALEXANDER, JOHN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ALEXANDER, JOHN, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   ALEXANDER, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALEXANDER, JOHN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ALEXANDER, JR, HUBERT G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ALEXANDER, JR, JOHN C, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   ALEXANDER, JR, LAWRENCE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ALEXANDER, JR, ROBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   ALEXANDER, JR, STAFFORD, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   ALEXANDER, K D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ALEXANDER, K D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ALEXANDER, LENN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   ALEXANDER, LOUIS M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   ALEXANDER, LOWEY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   ALEXANDER, LUCIAN P, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   ALEXANDER, LUCIAN P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALEXANDER, LUCIAN P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ALEXANDER, LUCINDA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ALEXANDER, LUCINDA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   ALEXANDER, MAE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ALEXANDER, MAE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ALEXANDER, MARION W, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   ALEXANDER, MARSHALL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ALEXANDER, MARSHALL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ALEXANDER, MARTIN L, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   ALEXANDER, MARVIN D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ALEXANDER, MARVIN D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  ALEXANDER, MARY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  ALEXANDER, MELVIN, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  ALEXANDER, MELVIN, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  ALEXANDER, MONROE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  ALEXANDER, MONROE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ALEXANDER, MONROE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  ALEXANDER, NAOMA, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  ALEXANDER, NAOMA, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  ALEXANDER, NORMAN, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068  ALEXANDER, OTIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ALEXANDER, PAUL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  ALEXANDER, PAUL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ALEXANDER, PIRKEL J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  ALEXANDER, QUINCY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069  ALEXANDER, RALPH, BROWN FINNEY, GROWERS SQUARE, SUITE 680, 1676 NORTH CALIFORNIA BLVD, WALNUT CREEK, CA, 94596

21068  ALEXANDER, RALPH, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  ALEXANDER, RAYMOND H, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  ALEXANDER, RICHARD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ALEXANDER, RICHARD G, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  ALEXANDER, RICHARD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  ALEXANDER, RICHARD, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  ALEXANDER, RILEY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ALEXANDER, ROBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  ALEXANDER, RUFUS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ALEXANDER, SCOTT, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  ALEXANDER, SR, JOHNNIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ALEXANDER, SR, JOHNNIE L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  ALEXANDER, SR, LUTHER A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  ALEXANDER, STANLEY, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068  ALEXANDER, STEVE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  ALEXANDER, THOMAS E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  ALEXANDER, THOMAS M, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  ALEXANDER, THOMAS M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ALEXANDER, THOMAS M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  ALEXANDER, THOMAS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   ALEXANDER, WALTER G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   ALEXANDER, WALTER G, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   ALEXANDER, WILLIE J, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   ALEXANDER, WILLIE J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   ALEXANDER, WILSON, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   ALEXANDER, WILTON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ALEXANDER, WILTON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ALEXIS, LAWRENCE M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   ALEY, ROBERTA E, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   ALEZANDER, IRMA N, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   ALFARO, HENRY F, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   ALFARO, JR, MANUEL B, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   ALFARO, LOUIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ALFONSI, FRED, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   ALFONSI, RALPH, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   ALFORD, ALBEN, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   ALFORD, BILLY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ALFORD, CARRIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ALFORD, CARRIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ALFORD, CLARENCE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ALFORD, DEWEY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ALFORD, ELLSWORTH, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ALFORD, FRANK R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ALFORD, FRANK, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   ALFORD, GEORGE C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ALFORD, GEORGE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   ALFORD, HARLON, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ALFORD, HARLON, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ALFORD, HAROLD B, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   ALFORD, HAROLD B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALFORD, HELEN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   ALFORD, HELEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALFORD, J M, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   ALFORD, J M, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   ALFORD, JACK P, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ALFORD, JAMES T, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | ALFORD, JAMES W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ALFORD, JERRY W, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | ALFORD, JIMMY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ALFORD, JOYCE S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ALFORD, JOYCE S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ALFORD, JR, ARCHIE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ALFORD, JR, JOHN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | ALFORD, LAVELL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ALFORD, LENZIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ALFORD, LENZIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ALFORD, LESTER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | ALFORD, LETHA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ALFORD, LETHA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | ALFORD, LEWIS C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ALFORD, MELBA D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ALFORD, NORMAN D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ALFORD, RUSSELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ALFORD, RUSSELL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | ALFORD, STELLA, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | ALFORD, THOMAS J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ALFORD, WESLEY J, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | ALFRED, RAYNOR, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | ALFRED, RAYNOR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ALFRED, WILLIE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | ALFREY, JOHN S, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | ALFREY, ROBERT P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21069 | ALGER, JOHN, KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS, 171 TWELFTH STREET, THIRD FLOOR, OAKLAND, CA, 94607 |
| 21068 | ALGUIRE, CHESTER W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ALGUIRE, VERLIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALHOLM, ASKO, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21069 | ALI, JOSEPH, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837 |
| 21068 | ALI, YUSUF, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | ALIANO, FRANK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ALICEA, ALFREDA, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | ALICEA, ALFREDO, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | ALICEA, JULIAN, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | ALICEA, MICHAEL A, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | ALIFF, DAVID A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ALIFF, ELBA A, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | ALIFF, ELWIN, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | ALIFF, JOHNNY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ALIOTA, SALVATORE I, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21069 | ALKA, WILLIAM R, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601 |
| 21068 | ALKIRE, JR, RUSSELL R, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | ALKIRE, WILLIS C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | ALLAIN, EARLING D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ALLAIN, EARLING D, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712 |
| 21068 | ALLAMEL, GENE A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ALLAN, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ALLAN, WILLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | ALLARD, ALEXANDER C, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | ALLARD, GENE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | ALLARD, GENE, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108 |
| 21068 | ALLARD, JR, LLOYD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ALLARDYCE, SAMUEL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ALLBRITTON, GLORIA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | ALLBRITTON, L C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ALLBRITTON, SAMUEL, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | ALLDAY, JACK C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | ALLDREDGE, MONA, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | ALLEE, JAMES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALLEE, MARTHA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ALLEE, MARTHA, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | ALLEMAN, DON, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | ALLEMAN, GEORGE G, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | ALLEMAN, RAYMON, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | ALLEN, ALFRED M, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | ALLEN, ALICE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | ALLEN, ALIENE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ALLEN, ALVIN W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | ALLEN, ANDREW J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALLEN, ANNE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   ALLEN, ANNE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   ALLEN, ANNIE B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ALLEN, ANNIE B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   ALLEN, ANNIE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   ALLEN, ARDIS, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   ALLEN, ARNOLD A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ALLEN, ARNOLD A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   ALLEN, ARTHUR J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ALLEN, ARTHUR J, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   ALLEN, ARTHUR J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALLEN, ARTHUR J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ALLEN, ARTHUR L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   ALLEN, ARTHUR M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALLEN, AUTUMN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ALLEN, BARBARA, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   ALLEN, BARBARA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALLEN, BASIL R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ALLEN, BEN H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ALLEN, BENJAMIN R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ALLEN, BENJAMIN R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ALLEN, BENJAMIN S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ALLEN, BENJAMIN S, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21069   ALLEN, BENNIE RAY, GLASSMAN, EDWARDS, WADE AND WYATT, PC, 26 N SECOND ST, MEMPHIS, TN, 38103

21068   ALLEN, BERNARD R, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   ALLEN, BERT E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   ALLEN, BERTHA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   ALLEN, BILLY O, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ALLEN, BILLY O, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   ALLEN, BILLY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ALLEN, BILLY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ALLEN, BOB, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ALLEN, BOBBY J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   ALLEN, BOBBY J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   ALLEN, BOBBY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   ALLEN, BOBBY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   ALLEN, CARL, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

---

21068    ALLEN, CAROLYN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    ALLEN, CARROLL M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    ALLEN, CATHERINE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    ALLEN, CATHERINE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    ALLEN, CECIL C, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    ALLEN, CECIL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    ALLEN, CECIL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    ALLEN, CECIL, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    ALLEN, CHARLES E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    ALLEN, CHARLES E, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    ALLEN, CHARLES E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    ALLEN, CHARLES E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    ALLEN, CHARLES L, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068    ALLEN, CHARLES L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    ALLEN, CHARLES T, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    ALLEN, CHARLES T, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    ALLEN, CHARLES, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    ALLEN, CHARLES, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    ALLEN, CHARLIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    ALLEN, CHARLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    ALLEN, CHARLIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    ALLEN, CHESTER L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    ALLEN, CLARENCE E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    ALLEN, CLAUDE B, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    ALLEN, CURTIS M, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068    ALLEN, CURTIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    ALLEN, CURTIS, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    ALLEN, DANIEL J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ALLEN, DAVID H, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    ALLEN, DAVID, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    ALLEN, DAVID, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    ALLEN, DEWAYNE H, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    ALLEN, DONALD G, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068    ALLEN, DONALD L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    ALLEN, DORIS L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    ALLEN, EARL J, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

21068    ALLEN, EARNEST C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

---

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21069 | ALLEN, EDMOND, SHAPIRO & SHAPIRO, 1820 FIRST FEDERAL PLAZA, ROCHESTER, NY, 14614 |
| 21068 | ALLEN, EDWARD, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901 |
| 21068 | ALLEN, EDWARD, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | ALLEN, ELDON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ALLEN, ELDON, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | ALLEN, ELEANOR, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | ALLEN, ELLWOOD R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | ALLEN, ELSIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | ALLEN, ERMA F, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | ALLEN, ERNEST J, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | ALLEN, ETHEL C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | ALLEN, EURIA S, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | ALLEN, FINLEY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALLEN, FLORA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | ALLEN, FLORA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | ALLEN, FLOYD E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | ALLEN, FORREST, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | ALLEN, FRANK, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | ALLEN, G A, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | ALLEN, GEORGE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALLEN, GEORGE A, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702 |
| 21068 | ALLEN, GEORGE J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | ALLEN, GEORGE, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | ALLEN, GLEN E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21069 | ALLEN, GLENN D, J KEVIN KIMBALL, PO BOX 133, 876 N JEFFERSON AVE, PORT ALLEN, LA, 70767 |
| 21069 | ALLEN, GLENN D, THE LAW FIRM OF C D`AQUILA, 308 EAST MAIN, PO BOX 866, NEW ROADS, LA, 70760-0866 |
| 21069 | ALLEN, GLENN D, THE LAW FIRM OF TOMMY THOMPSON, 710 LOUISIANA AVE, PORT ALLEN, LA, 70767-2147 |
| 21068 | ALLEN, GRADY D, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | ALLEN, GWENDOLYN, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | ALLEN, HAROLD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | ALLEN, HARRY, MILLS, TIMMONS, PO BOX 1784, SHREVEPORT, LA, 71166 |
| 21068 | ALLEN, HAZEL C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | ALLEN, HENRY, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | ALLEN, HENRY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | ALLEN, HERMAN G, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | ALLEN, HERMAN G, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | ALLEN, HOMER L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    **Name and Address of Served Party**

21068    ALLEN, HONOLULU G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ALLEN, HORACE L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    ALLEN, HORACE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    ALLEN, HUBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    ALLEN, INEZ, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    ALLEN, INEZ, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    ALLEN, ISAAC C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    ALLEN, ISAAC C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    ALLEN, J C, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068    ALLEN, J R, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068    ALLEN, J R, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    ALLEN, J R, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    ALLEN, JACK C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ALLEN, JACK S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ALLEN, JACKIE, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068    ALLEN, JACKIE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    ALLEN, JACKIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    ALLEN, JACOB, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    ALLEN, JAMES B, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21069    ALLEN, JAMES L, BUSH LEWIS PLLC, 1240 ORLEANS ST, BEAUMONT, TX, 77701-3612

21068    ALLEN, JAMES Q, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    ALLEN, JAMES Q, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    ALLEN, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ALLEN, JAMES R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    ALLEN, JAMES R, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068    ALLEN, JAMES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    ALLEN, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    ALLEN, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    ALLEN, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    ALLEN, JAMES, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    ALLEN, JAMES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    ALLEN, JASON, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068    ALLEN, JERRY C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ALLEN, JERRY C, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    ALLEN, JERRY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    ALLEN, JERRY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    ALLEN, JERRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    ALLEN, JERRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    ALLEN, JESSE A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068    ALLEN, JIMMY L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    ALLEN, JOAN, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068    ALLEN, JOHN C, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068    ALLEN, JOHN F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    ALLEN, JOHN F, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    ALLEN, JOHN H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    ALLEN, JOHN L, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21069    ALLEN, JOHN R, JEFFREY B SIMON, ESQ, 3232 MCKINNEY AVE STE 610, DALLAS, TX, 75204-2429

21068    ALLEN, JOHN T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    ALLEN, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ALLEN, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    ALLEN, JOHNNIE W, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    ALLEN, JOHNNY, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    ALLEN, JOSIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    ALLEN, JOYCE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    ALLEN, JOYCE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    ALLEN, JR, GEORGE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    ALLEN, JR, HENRY A, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    ALLEN, JR, ROBERT L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    ALLEN, JR, ROMEY, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    ALLEN, JR., JOSEPH H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    ALLEN, JR., JOSEPH H, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    ALLEN, JUSTIN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ALLEN, JUSTIN D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    ALLEN, KEITH A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    ALLEN, KEITH A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    ALLEN, KENNETH E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    ALLEN, LARRY C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    ALLEN, LARRY D, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    ALLEN, LARRY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ALLEN, LARRY S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    ALLEN, LARRY S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    ALLEN, LAWRENCE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    ALLEN, LAWRENCE, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068    ALLEN, LEE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    ALLEN, LEE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    ALLEN, LEONARD W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    ALLEN, LEONARD W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    ALLEN, LEONARD, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068    ALLEN, LEROY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Svc Lst  Name and Address of Served Party**

21068   ALLEN, LEROY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   ALLEN, LEWIS W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ALLEN, LEWIS W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   ALLEN, LILLIE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ALLEN, LILLIE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ALLEN, LOUIS, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   ALLEN, LUTHER L, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068   ALLEN, MAGGIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21069   ALLEN, MAJOR, HAROLD J EISENMANN, PC, 2000 W LOOP SOUTH STE 1930, HOUSTON, TX, 77027

21068   ALLEN, MARSHALL, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   ALLEN, MARSHALL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALLEN, MARSHALL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ALLEN, MARVIN S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   ALLEN, MASSY, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   ALLEN, MELVIN R, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   ALLEN, MILDRED J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   ALLEN, MILFORD R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   ALLEN, MILTON E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ALLEN, MILTON E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ALLEN, MORRIS B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   ALLEN, NELDA, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   ALLEN, NELDA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   ALLEN, NORMAN, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965

21068   ALLEN, ODELL, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   ALLEN, ODIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   ALLEN, ODIS, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   ALLEN, PATRICIA ANN, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   ALLEN, PEGGY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ALLEN, PEGGY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ALLEN, RALPH E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ALLEN, RAY M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ALLEN, RAYMOND M, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   ALLEN, RICHARD L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   ALLEN, RICHARD L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALLEN, RICHARD R, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   ALLEN, RITA H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ALLEN, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | ALLEN, ROBERT E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | ALLEN, ROBERT, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21069 | ALLEN, ROBERT, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837 |
| 21068 | ALLEN, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | ALLEN, ROBERT, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | ALLEN, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | ALLEN, ROSWELL W, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | ALLEN, RUSSELL, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | ALLEN, RUSSELL, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | ALLEN, RUSSELL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ALLEN, SAMMY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | ALLEN, SAMUEL A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALLEN, SAMUEL A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | ALLEN, SAMUEL M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | ALLEN, SARAH J, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | ALLEN, SELENA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | ALLEN, SELMER, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ALLEN, SELMER, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ALLEN, SIDNEY L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | ALLEN, SR, DAVID, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | ALLEN, SR, DAVID, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | ALLEN, SR, HAROLD R, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | ALLEN, SR, JAMES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ALLEN, SR, JAMES R, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |
| 21068 | ALLEN, SR, JIMMY P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALLEN, SR, JIMMY P, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | ALLEN, SR, JUTIAN M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | ALLEN, SR, JUTIAN M, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | ALLEN, SR, RICHARD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALLEN, SR, RICHARD G, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | ALLEN, STANLEY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALLEN, TOMMY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | ALLEN, TOMMY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | ALLEN, VERA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | ALLEN, VERLON E, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | ALLEN, VINCENT J, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | ALLEN, VIRGIL L, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   ALLEN, WALTER, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD
        FLOOR, PITTSBURGH, PA, 15219

21068   ALLEN, WANDA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   ALLEN, WAYMAN, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG,
        DETROIT, MI, 48226

21068   ALLEN, WILLIAM A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ALLEN, WILLIAM A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET,
        HATTIESBURG, MS, 39401

21068   ALLEN, WILLIAM B, ACOSTA, RUFUIGO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ACROND, JR, LUKE C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ADCOCK, GEORGE W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, AGNES, WILLIAM J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, AGUILAR, DONISIO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, AGUILAR, LEROY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, AGUILAR, MANUEL O, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, AGUILAR, NICASIO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, AGUIRRE, SR, ARTURO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, AKIN, ROY M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ALARID, ALFREDO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ALBO, VINCENT P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ALEXANDER, HENRY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ALEXANDER, JOHNNIE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, ALEXANDER, SR, CURLI L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, ALMAREZ, ARTHUR, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ALVARADO, FLORENCIO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ANDERSON, DON E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ANDERSON, HAROLD D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ANDERSON, JR, WILLIAM T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ANDERSON, LAN C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ANDREWS, ROBERT N, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ANGTON, JAMES I, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ARAGON, CLEMENTE I, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ARAGON, JOE E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ARAGON, JR, SANTIAGO E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   ALLEN, WILLIAM B, ARCHIBEQUE, ROBERT, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ARCHULETA, RALPH L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ARELLANO, ADELMO A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ARMENDARIZ, ARTURO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ARMIJO, JOE E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ARMIJO, ROSALIE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ARMSTRONG, HOWARD J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ARMSTRONG, WILLIAM R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ARREDONDO, EVANGELINA, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ASHWORTH, VIRGIL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ASKEW, LARRIE D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BABER, BILLY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BACA, JOSE A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BAGLEY, CARROLL L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BAILEY, CHESTER L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BAINE, JR, JOHN H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BAKER, JOHN A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BALDWIN, BOB, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BALL, SR, KEITH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BANNISTER, BILLY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BARKER, BEN A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BARNES, BUFORD R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BARNES, QUENTIN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, BAROS, ANTHONY A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BAROS, JOE N, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BAROS, JOHN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BARR, JAMES T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BARTMESS, VERNON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BASEY, IRA L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BASTA, JOHNNIE T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | ALLEN, WILLIAM B, BATEMAN, JR, WILLIAM R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BEAL, PAUL R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BEARD, DENNIS R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BEARD, JOHNNY T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BEASON, DAN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BEDINGER, CHARLES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BELCHER, JOHN T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BELL, ALBERTA, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060 |
| 21068 | ALLEN, WILLIAM B, BELL, JR, FRANK B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BELL, JR, OSCAR L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BELL, MERVIN J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BENFORD, TROY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BENNETT, RICHARD W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BENTON, ARTHUR R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BERNARD, EVA, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BERRY, CHARLES A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BERRY, RICHARD G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BEXLEY, GEORGE M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BICHON, GLENN M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BIDDLE, EMERSON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BIERSDORFER, MARVIN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BIGGS, WALTER, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BIGLOW, HILTON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BILLINGER, JAMES M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BILLINGS, SR, JAMES W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BIRCH, ORION R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BLACK, BERNIE R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BLACK, JIMMY W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BLACKFORD, ALTON D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BLACKWELL, RAYMOND N, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |

WR Grace PI

**Svc Lst  Name and Address of Served Party**

21068   ALLEN, WILLIAM B, BLACKWELL, RUTH R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BLAKE, NOAH A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, BLAKE, PERCY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BLANTON, LORETTA, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BLEA, LAWRENCE J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BLEDSOE, TRACY A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BONDS, GARY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BOOKER, C E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, BOOKER, SAMUEL J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BOOTY, EUGENE C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BOURDIER, FREDERICK, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BRANSFORD, JR, EVERETTE R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BREALY, J B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BREAUX, BURTON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BREWER, GRANVILLE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BREWER, KENNETH W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BRISCOE, JR, EDDIE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROCK, ALLEN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROCK, ELROY C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROCK, WILLIAM C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROUSSARD, EDDIE E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROWN, DONALD P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROWN, ELBERT H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROWN, EVERETT N, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROWN, JOHNNY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROWN, JR, ELLIS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROWN, JR, HARRY O, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROWN, NEIL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROWN, SR, VICTOR W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, BROWN, WILLIAM D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | ALLEN, WILLIAM B, BRUCKNER, LARRY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BRYANT, LEONARD D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BUHLER, EDWARD E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BULLOCK, HORACE G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BURCH, ARCHIE G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BURTON, JIMMIE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BUSH, JIMMIE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BUTKOVICH, VICTOR M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BYNUM, ENNIS L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, BYRDLON, MELVIN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CAIN, LEWIS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CALDWELL, WALTER, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CALLOWAY, GEORGE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CAMARGO, EMILIO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CAMPBELL, DONALD E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CANIZALES, RUDOLPH J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CAPUTO, CHARLES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CARLINO, JR, CHARLES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CARPENTER, EUGENE A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CARROLL, KENNETH H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CARTER, JAMES D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CARTER, TERRY L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CASAUS, RUBEN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CASEY, BILLY D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CASEY, JOHNNY M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CASIAS, MIKE J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CASON, CARL R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CASTELLANO, ERNEST J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CASTILLEJA, JR, ALFONSO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, CASTILLO, EUGENE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   ALLEN, WILLIAM B, CHANO, JOSE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CHAPA, MIGUEL Y, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CHAPPEL, DAVID M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CHAVEZ, ALVINA M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CHAVEZ, JOSE E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, CHAVEZ, MANUEL E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CHAVEZ, TED P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CHIAPETTA, SAMUEL J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CHIARAMONTE, TONY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CHISEM, JAMES B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CHISOM, JR, PAUL C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CHOPP, JIMMY R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CICERO, WILLIE H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CISNEROS, MIGUEL E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CLARK, FRANK, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CLARK, JR, ANTHONY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CLARK, JR, RICHARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CLARK, REGINALD R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CLARKE, JAMES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CLAYTON, VICTORIA M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CLIFTON, EDWIN C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CLOUD, WALLACE F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CLOY, FRANK S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, CLYBURN, ALLAN L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, COBB, STEVE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, COBB, WILLIAM C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, COFER, IRA, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, COFFEY, BOBBY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, COLE, ANDREW J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, COLLINS, CHARLES W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125