**Svc Lst  Name and Address of Served Party**

21068  ALLEN, WILLIAM B, COLLINS, LAUNY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, COLLINS, WILLIAM G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, COLWELL, UTAH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, COMER, JIM E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CONAWAY, DANNY R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CONLEY, FRANCIS L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CONNOR, JOHN R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, COOK, LARRY D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, COOLEY, LEO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, COOPER, LARRY W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, COOPER, RAYMOND C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CORDOVA, ALBERTO A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CORDOVA, TOBY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068  ALLEN, WILLIAM B, COTTON, K E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, COX, CHARLES M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, COX, JR, GEORGE A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, COX, THOMAS C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CRAIG, RAYMOND L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CRAIN, SR, JAMES D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CRAVEN, DOROTHY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CRAVEY, CHARLES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CRAWFORD, CLARENCE E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CRAWLER, LOUIS H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CREDEUR, ELWOOD J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068  ALLEN, WILLIAM B, CROTHERS, WILLIAM C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CRUZ, JOE A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CRUZ, SR, ARMANDO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CURLEY, CLARENCE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CURRY, JAMES B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, CVAR, FRANKLIN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

**Svc Lst   Name and Address of Served Party**

21068   ALLEN, WILLIAM B, DALE, WILLIE D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DANIELS, CARDELL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DANIELS, JOSEPH L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DANSBY, CARY F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DARDEN, JAMES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, DARDEN, LONNIE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DAVIS, BILLY C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DAVIS, BILLY L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DAVIS, DARRYL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, DAVIS, DONALD L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, DAVIS, JAMES R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DAVIS, JAMES T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DAVIS, JAMES W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DAVIS, JR, MIGE P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DAVIS, JR, R D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DAVIS, OLETHA, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DAVIS, WESELY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DAWSON, LEELAND B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DAZEY, SR, LLOYD R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DEAN, HORACE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DECKARD, EVERETT, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DEHERRERA, EDWARD G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DEJOHN, RUSSELL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DELMARE, MATHEW L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DELOACH, EDWIN J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DENNIS, EARNEST, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DENNY, HERMAN H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DENSON, JR, NAMON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DEVRIES, JOHN D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DIAZ, ARTHUR E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   ALLEN, WILLIAM B, DIAZ, ERNESTO A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DINSMORE, BILLY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DIXON, LLOYD L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DOMEC, JUDY M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DOMINGUEZ, CRISELDA, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DONAHO, ROBERT C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DORRANCE, FRANK L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DORRANCE, SECUNDINO R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DORSEY, LEROY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, DOTSON, JOE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DOUGLAS, LEROY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DOWNEY, HERBERT J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, DOZIER, DON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DRYDEN, SR, CHARLES F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DUHON, RICHARD D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DUKE, DONNIE R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DUNCAN, SR, WILLIE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DUNLAP, JOE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DUNN, HAROLD J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DURAN, ARTHUR M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DURAN, WILLIE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, DYKES, CLYDE M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, EANES, THOMAS H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, EASTON, ALLEN L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, EDELMON, LOUIE V, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, EDISON, ROBERT C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, EDMOND, CLINTON J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, EDMONDSON, LUTHER, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, EDWARDS, COY W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, EDWARDS, JOHN A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

---

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   ALLEN, WILLIAM B, EICHELBERGER, GEORGE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, ELICH, SR, EDWARD J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ELLIFRITZ, FRANKLIN D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ELLIOTT, JR, OSCAR, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ENDERLI, FAYE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ENGLISH, BOBBY G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ERVIN, WALTER L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ESCOBEDO, MANUEL H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ESPINOZA, ALFONSO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, EURICH, EDWARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, EVANS, RAYMOND, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, EVERETT, CURTIS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FARMER, WILLIAM, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FELICE, JOSEPH R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FERGUSON, CARL J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FERRIS, CARLOS L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FINCH, NORMAN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FISHER, LADDY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FLANDERS, JOSEPH M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FLORES, BRIJIDO H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FLORES, JR, LEONARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FLORES, JUAN D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FLOURNOY, VAN A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FLOYD, KENNETH F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FOMBY, CHARLES L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FOMBY, LONNIE R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FONTENOT, BERNARD T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FORD, JOHN D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FOREMAN, LEON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, FORREST, JAMES L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | ALLEN, WILLIAM B, FORRESTER, HOLLIS M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FOSSCECO, LOUIS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FOSTER, DOROTHY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FOUTS, GLEN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FRANCIS, WALTER B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FRANK, JAMES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FRANKLIN, ALLEN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FRANKLIN, LOUIS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FRANKS, JR, CARSON E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FREDERICK, EARL D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FREEMAN, PRENTISS D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FRENCH, ERNEST, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FRENCH, JOHNNY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FRENCH, RICHARD W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FREY, SR, BERT L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FRICKS, FLAVIL P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FRYE, ALVA L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, FUENTEZ, TORIBIO L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, GACNIK, SR, ROBERT J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, GALLARDO, FERNANDO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, GALLEGOS, DAVE T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, GALVAN, RICHARD R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, GANDARA, ELVIRA, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, GARCIA, ADOLPH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, GARCIA, ALDOLFO G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, GARCIA, CARLOS H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, GARCIA, GUADALUPE M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060 |
| 21068 | ALLEN, WILLIAM B, GARCIA, JOE R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, GARCIA, TRINIDAD P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060 |
| 21068 | ALLEN, WILLIAM B, GARDUNO, EDWARD J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |

Svc Lst  Name and Address of Served Party

21068   ALLEN, WILLIAM B, GARDUNO, PLACIDO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GARNAND, DONALD L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GARZA, ELMO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GARZA, EUGENIO G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GARZA, PABLO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GARZA, PEDRO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GAYDEN, RICHARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GEE, JOHNNY H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GENTRY, CHARLES E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GEORGE, CLINTON A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GERMANN, GLORIA, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GERSICK, MARVIN A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GETTMAN, GARY W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GEYER, JR, CHARLES W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GIADONE, VICTOR, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GIBBS, CARL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GIBSON, JOE E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GILBREATH, ROBERT P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GILLESPIE, HENDER, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GLASPER, HUSHEL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GLASS, WILLIAM M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GOLAB, JOHN J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GOLAB, STANLEY E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GOMEZ, CHARLES L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GOMEZ, LEE O, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GONGORA, JOE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GONZALES, DIEGO J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GONZALES, EDMUNDO A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GONZALES, MOSES D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, GONZALES, OCTAVIANO F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

Svc Lst  **Name and Address of Served Party**

21068   ALLEN, WILLIAM B, GONZALES, SEVERO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GONZALES, SR, ADALBERTO, HISSEY KIENTZ & HERRON PLLC, 16800
        IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GONZALES, VALENTINE S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GONZALEZ, AUCENCIO D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GONZALEZ, GILBERT E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GONZALEZ, RAMON A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GOOLSBY, ARTHUR L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GORDON, BRADFORD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GRANADOS, NESTOR, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GRANGER, JOHN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GRANTHAM, JACK M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GRAVES, KENNETH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, GREEN, BERNICE K, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GREEN, EARL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GREEN, T B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE
        130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GREEN, WILLIAM, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GREENLEE, JR, ROBERT H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GREER, ROBERT L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GRIFFIN, ALFRED C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GRIFFIS, RALPH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GRIFFITH, JERRY D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GRIFFITH, JR, JAMES D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GRIMES, ARCHIE D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GROSS, HARRELL I, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GRUBB, HARVEY M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GUERRA, ANTIOCO H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GUERRERO, MANUEL M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GUERRERO, RAYMUNDO M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GUIDRY, PHILIP M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, GUILLIAME, CATHERINE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  ALLEN, WILLIAM B, GUMS, JR, ELRIDGE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, GUNDERMANN, DONALD M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, GURULE, RAMON J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, GUTIERREZ, PETE F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, GUTIERREZ, SR, RAY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, GUZMAN, ALFONSO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HADLEY, BOBBY L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HAGLER, JOANN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HALE, ALMA L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HALE, THOMAS P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HALL, LEROY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HAMMERS, EARL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HAMPTON, BERNARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HANCE, RICHARD L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HARE, ALTON E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HARGRAVE, DOYLE W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HARGROVE, CLYDE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HARMON, JR, CAROLL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HARMON, RALPH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HARRIMAN, RON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HARRIS, TOMMY L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HART, JESSE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HARVEY, LEROY E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HARVEY, WAYNE T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HARWOOD, RAYMOND E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068  ALLEN, WILLIAM B, HATTER, TOM D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HAVERLAND, EDWARD G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HAVIS, HOYT N, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HAWKINS, BILLY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, HAYES, ROLAND, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    ALLEN, WILLIAM B, HAYNES, BERNARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HEAD, JIMMY R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HEINTZE, PAUL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HENDERSON, KENNETH D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HENRY, JOHN B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HERNANDEZ, PAUL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HERRERA, LEANDRO S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HERRERA, PATRICO G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HILL, RICHARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HIPPLER, DON E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HIPPLER, JULIUS C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HOFFMAN, JOSEPH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HOLLAND, WAVERLY M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HOMMEL, GERHARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HOPKINS, KENNETH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HORTON, OTIS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HOWARD, HELEN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HRANICKY, LEONARD J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HUDSON, CURTIS N, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HUNT, CLINTON L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HUNTER, THOMAS E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HURTA, HOWARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HUTMAN, SR, GEORGE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HUTTO, JOE W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, HYLTON, VOLNEY R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, INGRAM, LYNN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, ISAACKS, JOSEPH E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, JACKSON, ANDREW, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, JACKSON, DANIEL W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068    ALLEN, WILLIAM B, JACKSON, SR, CHESTER W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   ALLEN, WILLIAM B, JACKSON, SR, EARNEST, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JACKSON, SR, ROBERT L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JACOB, ALLEN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JACQUETTE, ELTON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JAGNEAUX, JOSEPH L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JAMNIK, ALBERT B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JAQUEZ, ARMANDO A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JARMON, HUBERT T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JASSO, JUAN L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, JAYNES, JOHN W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JEANIS, CARROLL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JECHOW, CALVIN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JENKINS, JR, SHERMAN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JENKINS, SAM C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JIRON, EFRIN B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JOHNSON, BARRY G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JOHNSON, EDMOND, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JOHNSON, ELDON E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JOHNSON, GEORGE W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, JOHNSON, HOWARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JOHNSON, JR, JAMES R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JOHNSON, JR, LUTHER, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JOHNSON, LESLIE D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JOHNSON, RUBEN C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JOHNSON, SHERMAN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JOHNSON, THOMAS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JOHNSON, WENDELL D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JOHNSON, WILLIAM V, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JONES, CHARLES E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, JONES, DONALD R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

Svc Lst  **Name and Address of Served Party**

21068    ALLEN, WILLIAM B, JONES, ELDON D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, JONES, JIMMY D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, JONES, MAURICE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, JONES, TALBERT, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, JONES, WESLEY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, JORDAN, JR, HERMAN L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, JUSTICE, EARL C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KARKKAINEN, VEIKKO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KEITH, HAROLD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KELLEY, OSCAR, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KELLEY, ROBERT E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KELLY, SR, SALFUS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KENNEDY, HOMER, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KENNEDY, ROBERT J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KERVIN, NOVIE B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KINCAID, ALVIN L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KING, JR, RILEY W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KING, MURPHY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KIRVEN, MILDRED W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KIRVEN, WILLIAM J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KLOTZ, ALFRED, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068    ALLEN, WILLIAM B, KNEZEVICH, STEVE A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KOZLOWSKI, JOHN P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, KYLE, JOHN H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, LADAY, ROY B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, LAGRANGE, GORDON C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, LANCLOS, BERTRAND, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, LANGDON, TONY A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, LARA, ERNESTINA C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, LARAMORE, WYILIE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

Svc Lst  Name and Address of Served Party

---

21068   ALLEN, WILLIAM B, LARSON, ROLAND L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LARUE, RAYMON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LATKA, FRANK L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LATKA, RONALD M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LAVERGNE, CLINTON J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LAWSON, V A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEATHERWOOD, JOSEPH W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEBLANC, OTIS J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, LEDOUX, CHARLES R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEE, BONNIE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEE, ELVIN M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEE, KENNETH E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEFLEUR, DALE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEONARD, WILLIAM D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LERMA, FRANK I, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LESTER, JOHN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, LETURGEZ, BOB D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEVARIO, ARNALDO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEVINE, ALVIN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEWIS, GRADY R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEWIS, KENNETH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEWIS, LEROY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEWIS, SR, CLIFTON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LEWIS, SR, CLYDE V, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LOCKETT, THOMAS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, LONGACRE, EDDIE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LOOSIER, CHARLES A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LOPEZ, ALFRED, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LORENZ, BENJAMIN E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LOUIS, BLINE J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

---

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   ALLEN, WILLIAM B, LOVATO, JOHN A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LOVE, BILLY C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LOVE, JIMMY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LOVING, WAYLAND W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LUCERO, FIDEL E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LUCERO, JOE A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LUNA, DAVID H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LUNSFORD, RICHARD G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LUQUETTE, LAWRENCE J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, LYONS, JR, THOMAS F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MACALUSO, FIDEL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MACALUSO, SR, FRANK A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MADRILL, ALBERT B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MAESTAS, ROY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MAGER, LEONARD S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MALDONADO, ERWIN J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MALDONADO, JOHNNY G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MALLET, CECIL D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MALTESE, MICHAEL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, MANASCO, ROY L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MANUEL, ORA, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MANZANARES, CARMELITA L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MANZANARES, GILBERT E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MARASCOLA, JR, GUY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MARES, JOSE A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MARQUEZ, RUDOLPH P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MARQUEZ, TONY H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MARRS, GERALD R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MARTELLARO, JOSEPH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, MARTIN, JR, CLARENCE P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | ALLEN, WILLIAM B, MARTIN, TOMMY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MARTINEZ, LEE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MARTINEZ, LOUIS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MARTINEZ, MANUEL P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MARTINEZ, MICHAEL G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MARTINEZ, TONY P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MASIEL, SAM, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MASSARA, JOHN A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MASSEY, BILL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MAYFIELD, BILLY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MAYS, ROBERT, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCBRIDE, HAZEL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCCLELLAND, WILLIAM C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCCOY, LIMUEL J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCCRIMMON, FRANK D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCCURRY, DARYEL F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCCURRY, ROBERT, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCDADE, ROSIE M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCDONALD, RICHARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCFERREN, WALTER N, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCGEE, GARY D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCGILL, JAMES J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCKEE, FRANK C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCLEMORE, JAMES P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MCLEOD, KENNETH W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MEDINA, ALFREDO G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MEDINA, FLORENZIO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MEDINA, JOE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MEDINA, JR, VINCENT, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, MEDINA, LUCIO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    ALLEN, WILLIAM B, MELONCON, GEORGE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MENDIOLA, MANUEL H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MERCADO, JESUS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MERKA, JR, THOMAS J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, METOYER, FERNANDEZ, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MICKENS, SR, DONALD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MICKENS, SR, EDMOND, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MIFFLIN, JAMES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MIGUEZ, ANTHONY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MILES, ALFRED L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MILLARD, DON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MILLER, CHARLIE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MILSAPS, JOHN T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MIRELES, JOSE G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MITCHELL, BILLY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MITCHELL, BILLY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MITCHELL, JR, CLYDE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MITCHUSSON, JOHNNY L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MIZELL, JR, KIZER A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MOLLER, GEORGE H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MONASCO, JIMMY D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MONCHAK, EUGENE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MONDRAGON, JOSE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068    ALLEN, WILLIAM B, MONROE, JR, EDDIE C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068    ALLEN, WILLIAM B, MONTELONGO, FRANK A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068    ALLEN, WILLIAM B, MONTELONGO, FRANK, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MONTEZ, ALBERT, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MONTEZ, FERNANDO L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MONTEZ, RALPH J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, MONTEZ, SIMON A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

Svc Lst  Name and Address of Served Party

21068  ALLEN, WILLIAM B, MONTOYA, INEZ, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MONTOYA, LEO R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MONTOYA, LUIS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MONTOYA, PEDRO E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MONTOYA, RICHARD J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MONTOYA, SR, ROBERT, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MONTOYA, THOMAS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MONTOYA, TONY G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MOOR, LARRY R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MOORE, ELMER J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MOORE, ROBERT E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MORGAN, CLIFFORD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MORGAN, FREEMAN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MORGAN, KATHERINE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MORGAN, THELSTON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MORRIS, FRANCIS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068  ALLEN, WILLIAM B, MORRIS, LAFAYETTE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MORRIS, ROBBY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MORTON, LEE E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MOSES, MICHAEL W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MOSLEY, PHILIP, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MOTTE, SR, ALBERT J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MROZEK, PAUL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MUMPHREY, JOHN D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MUNIZ, EUFELIO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MUNIZ, SR, EUGENE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MUNOZ, JR, FRANCISCO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MURPHY, JR, HAROLD L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MURRY, JIMMIE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, MYERS, ROBERT R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  ALLEN, WILLIAM B, NELSON, JOHN W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, NICHOLAS, ROYAL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, NOE, ORVILLE D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, NOLAN, GARNETT L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, NORRIS, JAMES L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, NUNES, WALTER, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, OBRIEN, ALFRED E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, OBRIEN, JEAN L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, OCONNOR, CARL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, ORDONES, SR, FELIX, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, ORTEGA, JOE A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, ORTEGA, JOE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, ORTIZ, DAVID D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, OWENS, DARRELL W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PACHECO, CLAUDE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PACHECO, ELOY E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PACHECO, GILBERT A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PACHECO, GILBERT J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PACHECO, LLOYD L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PADILLA, FLORENTINE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PALMER, HAROLD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PARHMS, J C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PARKER, JOSEPH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PARKER, WAYNE G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PARKHILL, LEE R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PARKINSON, JACKIE N, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PARNELL, CHARLES J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PARR, SR, FLOYD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PASSARELLI, MARY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, PATTERSON, CHARLES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | ALLEN, WILLIAM B, PATTERSON, HARVEY D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PATTERSON, RANDY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PAVOL, JOHN A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PECORARO, MIKE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PEDRAZA, DANIEL T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PERKINS, CHARLES H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PERMENTER, PRINTIS C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PETERS, VAN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PFEIFER, DONALD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PHILLIPS, NOLAN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PHILLIPS, TRAVIS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PICKNEY, MURPHY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PIKE, EDWARD E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PITTMAN, JERRY D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PODER, RAY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, POKORNY, LADDIE S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, POND, GRADY O, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PONDER, WILLIAM N, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PORTER, JAMES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PORTER, LLOYD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PORTERIE, ALLEN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PORTWOOD, HOWARD R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PRESTON, MERLIN J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PRICE, BILLY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060 |
| 21068 | ALLEN, WILLIAM B, PRIMEAUX, RALEIGH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060 |
| 21068 | ALLEN, WILLIAM B, PUENTE, HILARIO M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, PURVIS, HENRY T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, QUIN, FRANCIS M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, RADUSCH, CHARLES H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |
| 21068 | ALLEN, WILLIAM B, RAEL, CANDIDO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 |

**Svc Lst  Name and Address of Served Party**

21068    ALLEN, WILLIAM B, RAEL, GUILLERMO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RAMSEY, HOUSTON C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RANDALL, SR, WILLIAM, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RANDOLPH, JR, JAMES L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RANDOLPH, NORMAN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RAVEN, LEONARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RAY, HUGH L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, REAVES, WILLIAM C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, REDICK, CARL M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, REDUS, ALVIN E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, REDWINE, JERRELL O, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, REEVES, GEORGE T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RENDON, RUBEN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RENDON, VALENTE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RHODES, JOE F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RICHARD, SAUL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RICHARDSON, ALEX, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RICHARDSON, CHARLES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RICHARDSON, WARREN G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RICHARDSON, WAYMOND E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RICHTER, ERNEST A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RIFE, SR, RONALD R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RIFFE, ROLAND N, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RIOS, TORIBIO S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RISINGER, AMOS W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RITELL, JUNIOR, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RIVAS, OCTAVIO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RIVERA, JOHN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, ROACH, WILLIAM, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, ROBERTS, ELMER D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

Svc Lst  Name and Address of Served Party

21068   ALLEN, WILLIAM B, ROBERTSON, ISSAC, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROBLES, MANUEL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, RODGERS, BOBBY E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, RODGERS, J D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, RODGERS, WILLIE B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, RODRIGUEZ, ALEX, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, RODRIGUEZ, FRANCISCO J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, RODRIGUEZ, JESSE C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, RODRIGUEZ, JR, JOSEPH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROGERS, JAMES R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROGERS, JERRY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROGERS, MICHAEL V, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROGRIGUEZ, PAUL S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROLLINS, JOHN D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROMERO, ALFONSO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROMERO, CURTIS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROMERO, DON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROMERO, FILBERT, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROMERO, JOSE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROMERO, OLLIE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROMO, GILBERT, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROMO, JOSE R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROQUE, GEORGE A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROSENBALM, KEITH A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROSS, NOLAN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROWE, JR, DOTRY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROY, JAMES C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROY, JR, HERBERT, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, ROYBAL, VICTOR, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, RUBIN, CLARK R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    ALLEN, WILLIAM B, RUSH, ALLIE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, RUTHERFORD, CAROL S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SALAZAR, BENNY L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SALAZAR, WILLIAM A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SALTER, JACK L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SALTERS, WILLIAM, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SAMORA, HENRY M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SANCHEZ, DORA P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SANCHEZ, JOHN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SANCHEZ, WILLIAM L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SANDERS, CARL A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SANDERS, J L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SANDERSON, SR, JAMES J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SANDUSKY, JR, JOHN J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SANFORD, ARCHIE E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SANGER, CHARLES E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SAUCEDO, ANDRES G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SAWEIKIS, FRANCIS J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SAXTON, JR, THOMAS C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SAXTON, SR, PERCY B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SCALES, JR, WILLIAM, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SCHADE, ERNIE A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SCHMIDT, JR, LESLIE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SCHNEIDER, ROLF A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SCHRADER, NEIL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SCHRAMM, CONNIE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SCHRIEFER, WILBERT F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SCHROCDER, RICHARD L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SCOTT, JR, MARSHALL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SCOTT, JULIUS W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

Svc Lst  **Name and Address of Served Party**

21068  ALLEN, WILLIAM B, SEAGERT, EDMON A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SEASTRUCK, CLYDE E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SEBRON, ROBERT L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SECORA, ROBERT J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SELLERS, BILL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SELLERS, EARNEST G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SELLERS, ELMER R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SELLMEYER, FRANCIS A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SENA, JOE N, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SENIGAL, FRED, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SEXTON, MELVIN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
DRIVE, SUITE 130, HOUSTON, TX, 77060

21068  ALLEN, WILLIAM B, SHANKLE, EUGENE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SHARP, CLARENCE E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SHARP, JERRY D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SHAVER, CLYDE M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SHEA, JAMES C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SHEFFIELD, CHARLES A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SHELTON, JAMES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SHELTON, SR, LEON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SHIRLEY, EUGENE E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SHOMO, MILLARD F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SHRINER, GOULD H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SILVERS, JIM R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SIMMONS, CLYDE D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SIMMONS, SR, FLOYD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SIMPSON, HAROLD E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SINGLETON, ARCHIE W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SINLENGO, ALBERT J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SISK, LLOYD D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SISNEROS, NICK T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    ALLEN, WILLIAM B, SISNEROS, TORIBIO A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SLY, JOHN L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMALL, SR, L J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, CLYDE D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068    ALLEN, WILLIAM B, SMITH, ERNEST, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, J D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, JAMES H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, JAMES R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, JAMES W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, JASON H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, JOHN M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, LESTER E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, OSCAR R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, PHILLIP, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068    ALLEN, WILLIAM B, SMITH, ROBERT A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, RODERICK M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, SAMUEL L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, WAYNE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SMITH, WILLIAM R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SOEFJE, BOBBY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SOFFES, CECIL D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SOLIS, JOE F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SOLIS, SR, DOMINGO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SONNIER, BYRON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SOTO, HERBERT, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SOUTHHALL, IRVING E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SPARKS, DORWIN D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SPINUZZI, RICHARD A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SPITZENBERGER, MARIE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, SPRUIELL, DEWEY L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  ALLEN, WILLIAM B, STANER, MILTON D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STARKS, RICHARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STARLING, JESSE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STATHAKOS, SAM G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STEBER, PAUL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STEEL, EDWIN S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STEFANICH, BILLY P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STEIN, JR, WILFRED, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STERLING, SR, WILLIAM F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STIDOM, PRINCE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STINSON, DOUGLAS C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STOKES, ALLAN H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STRAIGHT, JACKIE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STRAIT, ROBERT G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STREETMAN, RONALD W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STRIMPLE, JOHN L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STUESSER, R C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, STUTES, OREN D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SUIRE, PHILLIP, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SUMMERLIN, FRANKIE D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SWAN, CLEVELAND, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, SWINDLE, GLENN M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068  ALLEN, WILLIAM B, TAFOYA, J M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, TAYLOR, CALVIN L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, TAYLOR, JAMES M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, TAYLOR, JOHN D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, TAYLOR, KENNETH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, TAYLOR, THOMAS L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, TEMPLET, SR, DALE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, TENNYSON, CLYDE H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

Svc Lst  **Name and Address of Served Party**

21068   ALLEN, WILLIAM B, TERRELL, HOWARD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TESTA, DENNIS E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, THERIOT, LEROY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, THOMAS, GROVER C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, THOMAS, MELVIN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, THOMAS, WILLIE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, THOMPSON, ISAAC, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, THOMPSON, LEOLA B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, THOMPSON, WILBURN J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, THORNTON, JAMES A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, THORTON, WILLIE J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, THURMAN, QUEENA R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TILLMAN, KENNETH M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TIPTON, O P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TIPTON, ROBERT L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TOREZ, ANTONIO D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TORRES, JOHN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TORRES, PETE H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TORRI, ALBERT P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TRAINER, CHARLES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TRENT, VERNELL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TRICE, EUGENE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TRONTELL, RUDOLPH J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TROSCLAIR, WILLIAM L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TRUJILLO, ARNOLD R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TRUJILLO, FREDERICK E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TRUJILLO, JOE E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TRUJILLO, JOSEPH T, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, TRUJILLO, RONALD B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, TRUJILLO, TED, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  ALLEN, WILLIAM B, TRUJILLO, TONY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, TUCKER, CHARLES R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, TURNER, JOSEPH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, TYDLACKA, VINCENT H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, TYLER, JOHNNY M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068  ALLEN, WILLIAM B, TYNES, THOMAS H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, ULATE, NICK, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, ULIBARRI, NARCISO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, URBANI, ANGELO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, VALDEZ, ARMANDO, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, VALDEZ, MARVIN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, VALERO, ABEL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, VANLOON, HENRY P, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, VANNATTA, DONALD, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, VARGAS, JESUSA G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, VIGIL, CLODOVIO W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, VIGIL, JOE M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, VIGIL, PAUL J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068  ALLEN, WILLIAM B, VIGIL, WILLIE R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, VILLARREAL, MARTIN G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, VOLK, CARL A, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, VOSS, CLARENCE J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, WADE, KENNETH E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, WADY, MELVIN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, WALKER, BUDDY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, WALKER, HERMAN H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068  ALLEN, WILLIAM B, WARD, GEORGE S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, WARFIELD, CHARLIE F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, WASHINGTON, BEULAH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068  ALLEN, WILLIAM B, WASHINGTON, C E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   ALLEN, WILLIAM B, WASHINGTON, CARL, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WATTS, FREDDY L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WEISE, LOUIS L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WELCH, AARON, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WELLS, DEAN, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WELSH, FRED E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WHALEY, SETH, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, WHEELER, GARLAND R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WHITE, BILLY M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WHITE, CLOYS M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WHITE, DAVID S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WHITE, JR, JAMES D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WHITE, ROBERT E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WHITMILL, WILLIAM L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILEY, J W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE
        130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILKES, KENNETH Q, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILKINS, III, DANIEL W, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILKINSON, WILLIAM H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILLARD, OSCAR L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILLIAMS, HORACE, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILLIAMS, LEE O, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILLIAMS, TODD R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, WILLINGHAM, JAMES, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILLS, THOMAS M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILSON, ALEXANDER C, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL
        VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, WILSON, BARNEY D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILSON, IVORY, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR
        STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILSON, PETER G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

21068   ALLEN, WILLIAM B, WILSON, VADA M, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DRIVE, SUITE 130, HOUSTON, TX, 77060

21068   ALLEN, WILLIAM B, WILSON, WILLIAM O, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY
        DR STE 130, HOUSTON, TX, 77060-3125

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    ALLEN, WILLIAM B, WINN, JOHN F, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, WOLFE, CLIFTON B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, WOODARD, SR, DENNIS, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068    ALLEN, WILLIAM B, WOODS, VERNON G, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, WOOLDRIDGE, JOE H, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, WORLEY, JOHN B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, WORTHINGTON, JEFFERY J, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, WRIGHT, RICHARD S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, WRIGHT, TOMMIE L, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068    ALLEN, WILLIAM B, WYATT, WALKER, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DRIVE, SUITE 130, HOUSTON, TX, 77060

21068    ALLEN, WILLIAM B, YANCY, JOHN I, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, YARBROUGH, DELBERT R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, YOUNG, KENNETH R, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, YOUNG, NORMAN E, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, YOUNT, CLARENCE D, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM B, ZAMORSKY, WILLIE S, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125

21068    ALLEN, WILLIAM H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    ALLEN, WILLIAM J, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    ALLEN, WILLIAM S, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    ALLEN, WILLIAM S, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068    ALLEN, WILLIAM S, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068    ALLEN, WILLIAM, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    ALLEN, WILLIE G, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    ALLEN, WILLIE M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    ALLEN, WILLIE RAY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    ALLEN, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21069    ALLEN, ZAELON, HOLLORAN & STEWART, PC, JAMES P HOLLORAN, 1010 MARKET ST STE 1650, ST. LOUIS, MO, 63101

21068    ALLENBAUGH, BOBBY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    ALLENDE, ROSA M, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068    ALLENSWORTH, WAYNE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ALLEVA, DOMINICO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   ALLEY, HOWARD E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   ALLEY, M R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ALLEY, M R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ALLEY, MILTON W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ALLEY, MILTON W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ALLEY, RANSOM D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALLEY, RANSOM D, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   ALLEY, STEVE A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   ALLEYNE, LISLE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   ALLGEYER, BERNARD L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   ALLGIRE, WILBUR E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ALLGOOD, AARON, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   ALLGOOD, GEORGE G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ALLGOOD, JERRY, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   ALLGOOD, JR, OSCAR B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ALLGOOD, LARRY, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21069   ALLGOOD, LARRY, STANTON & SORENSEN, 22 N 3RD ST, CLEAR LAKE, IA, 50428-1811

21068   ALLGOOD, RITA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   ALLGOOD, RITA, STANTON & SORENSEN, 22 N 3RD ST, CLEAR LAKE, IA, 50428-1811

21068   ALLI, JESSE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ALLI, JESSE L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ALLIE, MIKE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   ALLIE, MIKE, JOHN J DUFFY & ASSOCIATES, 23823 LORAIN ROAD, SUITE 270, NORTH OLMSTED, OH, 44070

21068   ALLIGOOD, DENNARD L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ALLIGOOD, LUCILLE W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ALLIGOOD, LUCILLE W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ALLIGOOD, STANLEY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   ALLIGOOD, THOMAS E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ALLIGOOD, THOMAS E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   ALLINDER, TERRY A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ALLINSON, JR, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ALLISON, ALBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ALLISON, ALBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   ALLISON, DANA L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   ALLISON, DANA L, WHITNEY C BUCHANAN, ESQ, 5201 CONSTITUTION AVE NE, ALBUQUERQUE, NM, 87110-5813

21068   ALLISON, EUGENE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   ALLISON, EUGENE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ALLISON, GLEN A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   ALLISON, III, WILLIAM, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   ALLISON, JACK D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   ALLISON, JACK D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   ALLISON, JR, CLINTON, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   ALLISON, LINDA J, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   ALLISON, LUKE W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ALLISON, LYN J, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   ALLISON, LYN J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   ALLISON, SHEILA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALLISON, SHELTON, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   ALLISON, VOYT, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ALLISON, VOYT, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   ALLISON, VOYT, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   ALLISON, WILVON, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   ALLMAN, JACK D, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   ALLMAN, ROBERT D, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   ALLMAN, ROBERT D, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   ALLMAN, ROBERT, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   ALLMON, EVELYN J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALLOCA, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   ALLOCCO, MICHAEL, LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902

21068   ALLOTTA, EDWARD J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   ALLOWAY, JR, HARRY B, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   ALLRED, BRADY P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ALLRED, BRADY P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ALLRED, CARLOS E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ALLRED, CARY M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ALLRED, CARY M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ALLRED, CURTIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ALLRED, FELTON O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ALLRED, FRED D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ALLRED, HERBERT E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   ALLRED, KENNETH, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   ALLRED, ROGER D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   ALLRED, WILLIAM G, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   ALLSTON, NORBERT, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068   ALLSUP, WILLIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALLUMS, CECIL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ALLUMS, CECIL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ALLYN, GEORGE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ALLYN, HUGH R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   ALM, MAURITZ, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068   ALMAAS, OLE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   ALMAGUER, SR, JOSEPH F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ALMAN, LIONEL, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   ALMAND, LYNN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ALMAND, LYNN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   ALMARAZ, RODOLFO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ALMARAZ, VINCE G, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   ALMASY, DENNIS, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21069   ALMATO, GERALDINE E, WEISFUSE & WEISFUSE, 420 LEXINGTON AVE STE 2328, NEW YORK, NY, 10170

21068   ALMEDA, SR, JOSE E, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   ALMEDIA, TRINI, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   ALMEROTH, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   ALMOND, CLAYTON J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   ALMOND, COY, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21068   ALMOND, RUBY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ALMOND, RUBY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   ALMOND, SR, CARL R, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712

21068   ALMOND, SR, CARL R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ALMOND, VERLYN L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   ALMONTE, GUY S, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   ALONGI, DOMINICK S, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   ALONSO, MARIANA, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   ALONZO, DAVID F, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   ALONZO, INA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   ALONZO, JR, ALVIN F, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   ALONZO, JR, JOSE, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   ALONZO, JR, JOSE, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

Svc Lst  **Name and Address of Served Party**

21068   ALONZO, JR, JOSE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ALONZO, JUAN M, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   ALONZO, LUIS, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   ALONZO, NORMAN J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   ALONZO, ROBERTO, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   ALPERN, SIDNEY L, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068   ALPHONSE, ANNIBALE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   ALPIN, JAMES M, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   ALPOUGH, GREGORY T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ALRED, OATHER, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   ALRICH, GEORGE, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21069   ALSBURY, DEWAYNE S, THOMAS A BAIZ, JR, SUITE 316, 600 CENTRAL PLAZA, GREAT FALLS, MT, 59401

21068   ALSGOOD, SAMUEL, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   ALSOBROOKS, JR, JOHN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   ALSOBROOKS, JR, JOHN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   ALSTON, CLARENCE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ALSTON, DAVID P, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ALSTON, DAVID P, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ALSTON, FRANK, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ALSTON, HENRY E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   ALSTON, JESSIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ALSTON, JESSIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ALSTON, JR, WALTER, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ALSTON, JR, WALTER, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ALSTON, LAMONT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ALSTON, LEVI, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   ALSTON, LEVI, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALSTON, LEVI, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ALSTON, NATHANIEL, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   ALSTON, WALTER L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   ALSTON, WILLIAM, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   ALSTON, WILLIE M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   ALSTON, WILLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   ALSTROM, PHILLIP, SHERMOEN & JAKSA, PLLP, PO BOX 1072, 345 SIXTH AVENUE, INTERNATIONAL FALLS, MN, 56649-2445

21068   ALT, BRIAN D, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   ALT, BRIAN D, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   ALT, CHARLES V, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068   ALTADONNA, NUNZIO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   ALTENBERGER, JOSEPH, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   ALTES, FRED W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ALTHAUS, TRAVIS W, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   ALTHOFF, LAWRENCE F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ALTICE, WILLIAM T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ALTIERS, THEODORE A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALTITOTANTE, DOLORES, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21069   ALTITOTANTE, DOLORES, BROWN, GROWERS SQUARE, SUITE 680, 1676 NORTH CALIFORNIA BLVD, WALNUT CREEK, CA, 94596

21069   ALTIZER, JOHN, BLATT & FALES, PO BOX 365, BARNWELL, SC, 29812

21068   ALTKEN, FRANK, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   ALTMAN, KENNON L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   ALTMAN, KENNON L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALTMAN, KEVIN D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALTMAN, LOUIS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   ALTMAN, QUITMAN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   ALTMAN, REABY B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ALTMAN, TERRY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ALTMAN, TERRY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ALTOM, HARVEY W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ALTON, CHARLES D, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   ALTON, DAVID E, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   ALTON, DAVID E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   ALTON, RALPH M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   ALTRICHTER, RICHARD T, KIRSCHER WALTERS, 1608 WALNUT STREET, 10TH FLOOR, PHILADELPHIA, PA, 19103

21069   ALTRICHTER, RICHARD T, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21069   ALUM ROCK SCHOOL DIS, WARTNICK, CHABER, HAROWITZ & TIGERMAN, 101 CALIFORNIA STREET, SUITE 2200, SAN FRANCISCO, CA, 94111

21068   ALVA, JR, SALVADOR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ALVANIA, MICHAEL F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   ALVARADO, ABELINO S, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   ALVARADO, ABELINO S, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | ALVARADO, ABRAHAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ALVARADO, ADOLFO H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALVARADO, ALBERTO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ALVARADO, ARCADIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALVARADO, DAVID L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | ALVARADO, ELDER T, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | ALVARADO, JOE M, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | ALVARADO, JR, ALEJANDRO, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | ALVARADO, JUAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALVARADO, LORENZO, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ALVARADO, PROCOPIO, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | ALVARADO, PROCOPIO, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906 |
| 21068 | ALVARADO, RAYMOND J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ALVARADO, SALVADOR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALVARADO, SALVADOR, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | ALVARADO, SR, ERNESTO R, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | ALVAREZ, ADOLPH F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ALVAREZ, ARTURO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALVAREZ, ARTURO, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | ALVAREZ, DAVID, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | ALVAREZ, JOE E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | ALVAREZ, RANULFO D, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | ALVAREZ, RUDY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | ALVERSON, EDWARD H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | ALVERSON, JOHN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ALVERZS, RICHARD, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | ALVEY, GAYLE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ALVEY, GEAN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | ALVEY, JR, EULICE E, KAESKEREEVES LLP, 6301 GASTON AVENUE, SUITE 735, DALLAS, TX, 75214 |
| 21068 | ALVEY, JR, EULICE E, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702 |
| 21068 | ALVIAR, THOMAS G, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | ALVINO, ARMANDO A, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21069 | ALVIS MUCKLEROY (DECEASED), WILTON, CYNTHIA DUNAHOE, 202 BIRCHWOOD DR, SPRING, TX, 77386 |
| 21068 | ALVISON, LEE P, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339 |
| 21068 | ALVORD, SR, LLOYD E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

Svc Lst  Name and Address of Served Party

21068  ALWRAN, ARCHIBALD N, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  AMABILE, ANTHONY, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  AMACKER, JEFFIE W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  AMACKER, JOSEPH A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21069  AMADIO, ANTHONY, TIMBY & DILLON P C, PO BOX 99, 330 S STATE STREET, NEWTOWN, PA, 18940

21068  AMADOR, ALFONSO, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  AMADOR, CATARINO, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068  AMADOR, JR., ALBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  AMAKER, WOODROW, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  AMAKER, WOODROW, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  AMALONG, JERRY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  AMAN, EDWARD F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  AMANCIO, CLIFFORD, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  AMARAL, RICHARD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  AMARO, JOHNNY H, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  AMARO, JOHNNY H, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068  AMASON, CHARLES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AMATI, CONSTANCE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  AMATO, DOMENICO, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068  AMATO, GIUSEPPE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  AMATO, JAMES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  AMATO, JAMES J, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  AMATO, RONALD L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  AMATORE, DAN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  AMAYA, ANTHONY, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  AMAYA, ANTHONY, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  AMAYA, ARTURO R, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21069  AMAYA, BEN C, HARRISON AND DEGARMO, 1335 SUTTER ST 2ND FL, SAN FRANCISCO, CA, 94102

21068  AMAYA, JR, ZENON V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AMAYA, JUAN M, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  AMBER, STEVE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  AMBERS, WALTER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  AMBERSON, DAVID, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  AMBERSON, IMOGENE C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  AMBERSON, STAN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  AMBERSON, TOM, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068  AMBROSE, DAVID, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  AMBROSE, GARY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  AMBROSE, JEROME, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  AMBROSE, JESSE J, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  AMBROSE, STEPHEN, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  AMBROSINI, MICHAEL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  AMBROSO, JOHN J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  AMBURGEY, PAUL R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AMBURGEY, SHELLY R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  AMDOR, MICHAEL W, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21069  AMEDEE, JOSEPH P, DUGAS, LEBLANC, SOTILE, PO BOX 390, 406 HOUMAS STREET, DONALDSONVILLE, LA, 70346

21068  AMEDEE, JOSEPH P, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21069  AMELUNG, SR, ROGER E, DONALD L SCHLAPPRIZZI, P C, GATEWAY ONE ON THE MALL, 701 MARKET STREET, SUITE 1550, ST LOUIS, MO, 63101

21069  AMELUNG, SR, ROGER E, THE O`BRIEN LAW FIRM, LLC, ONE METROPOLITAN SQ, 211 N BROADWAY STE 1500, ST LOUIS, MO, 63102

21068  AMEMIYA, GEORGE, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  AMEMIYA, GEORGE, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21069  AMENT, GEORGE, HOWARD J CRESKOFF, 629 SPRUCE ST, PHILADELPHIA, PA, 19106-4113

21068  AMERICA, JR, RICHARD, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  AMERICA, WILLIAM C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  AMERSON, CURLEY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  AMERSON, CURLEY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  AMERSON, ELIZABETH H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  AMERSON, EUNICE O, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  AMERSON, EUNICE O, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  AMERSON, INEZ, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  AMERSON, INEZ, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  AMERSON, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  AMERSON, JAMES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  AMERSON, JESSE J, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068  AMERSON, RICHARD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  AMERSON, THELMA M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  AMERSON, THELMA M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  AMERSON, WILLIE J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  AMERSON, WILLIE J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  AMES, HAZEN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  AMES, JOHN M, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  AMES, ROBERT G, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068  AMES, ROBERT G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  AMESBURY, SR, WILLIAM G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AMESBURY, SR, WILLIAM G, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  AMEY, RICHARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AMICK, WAYNE, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068  AMICO, EMAUEL P, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068  AMICO, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  AMIDON, DAVID A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  AMIDON, EUGENE K, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  AMIE, JAMES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  AMIN, JR, AMIEL P, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  AMISANO, CONRAD A, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  AMISON, GARY M, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  AMISON, LUTHER, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  AMISON, LUTHER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  AMISON, LUTHER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  AMISON, WILLIE L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  AMMER, GEORGE W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  AMMERMAN, SR, CALVIN R, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  AMMONS, DELIA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  AMMONS, DORIS J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  AMMONS, DORIS J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  AMMONS, EARL R, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068  AMMONS, JAMES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  AMMONS, JIMMIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  AMMONS, JIMMIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  AMMONS, JOSEPH P, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  AMMONS, JR, JACK A, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068  AMMONS, KENNETH L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  AMMONS, MELVIN, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  AMMONS, SHERRILL E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   AMO, WARREN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   AMOR, ELDON A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   AMORE, CARMINE, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068   AMOS, ALLIE F, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   AMOS, BOBBY R, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   AMOS, HOUSTON B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   AMOS, IRAN I, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   AMOS, JAMES R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   AMOS, JAMES R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   AMOS, JR, JAMES E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   AMOS, LAWRENCE K, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21069   AMOS, OSCAR, MONTGOMERY, TWIBELL, UPP & GREENE, 901 ST LOUIS STREET, SUITE 601, SPRINGFIELD, MO, 65806

21068   AMOS, OSCAR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   AMOS, RAY, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   AMOS, RAY, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   AMOS, SCOTT, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   AMOS, WILLIAM, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   AMOS, WILLIAM, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   AMPELIOTIS, SAMUEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   AMRHEIN, ALFRED, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   AMSLER, DOUGLAS, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   ANANIA, FRANK J, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   ANANIA, FRANK J, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   ANAYA, CLARENCE, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   ANCEWICZ, EDWARD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   ANCHONDO, ANTONIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ANDALORA, SAMUEL A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   ANDERANIN, MICHAEL R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   ANDERS, CHESTER, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   ANDERS, CHESTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ANDERS, CHESTER, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   ANDERS, CLARENCE E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ANDERS, CLYDE, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   ANDERS, HARVEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ANDERS, JR, ALBERT M, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   ANDERS, MARION J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   ANDERS, PAUL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  ANDERS, WILLIAM F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  ANDERS, WILLIAM, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  ANDERS, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ANDERS, WILLIAM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069  ANDERSEN, DUANE, BRANDENBURG & BRANDENBURG PC, 715 TIJERAS NW, ALBURQUERQUE, NM, 87102

21068  ANDERSEN, DUANE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  ANDERSEN, GEORGE, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038

21068  ANDERSEN, ROBERT W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  ANDERSEN, WILLIAM, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  ANDERSON, ALEX O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  ANDERSON, ALEXANDER E, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068  ANDERSON, ALMAND E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  ANDERSON, ALVIN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  ANDERSON, ANNIE G, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  ANDERSON, ANNIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  ANDERSON, ANTHONY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  ANDERSON, ANTRONETTE, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  ANDERSON, ANTRONETTE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  ANDERSON, ARLENE L, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  ANDERSON, ARTHUR, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  ANDERSON, ASHLEY K, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  ANDERSON, AUSTIN B, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  ANDERSON, AUSTIN B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ANDERSON, AUSTIN B, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  ANDERSON, BARBARA A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  ANDERSON, BENNIE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ANDERSON, BENNIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  ANDERSON, BETTY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069  ANDERSON, BEVARD, J MICHAEL FITZGERALD, RR 1 BOX 85, FORT CALHOUN, NE, 68023

21068  ANDERSON, BEVARD, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  ANDERSON, BEVARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ANDERSON, BOBBIE R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  ANDERSON, BOBBIE R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  ANDERSON, BOBBY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   ANDERSON, BRUCE H, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   ANDERSON, C J, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   ANDERSON, C R, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   ANDERSON, CALVIN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ANDERSON, CALVIN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ANDERSON, CARL E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   ANDERSON, CARL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   ANDERSON, CARL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   ANDERSON, CECIL, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   ANDERSON, CEOPHUS, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   ANDERSON, CHARLES D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ANDERSON, CHARLES E, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   ANDERSON, CHARLES E, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068   ANDERSON, CHARLES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ANDERSON, CHARLES F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   ANDERSON, CHARLES F, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ANDERSON, CHARLES F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ANDERSON, CHARLES H, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   ANDERSON, CHARLES H, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   ANDERSON, CHARLES R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ANDERSON, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ANDERSON, CHARLES, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   ANDERSON, CHARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   ANDERSON, CHARLES, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   ANDERSON, CHARLIE D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   ANDERSON, CHARLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ANDERSON, CHARLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   ANDERSON, CLARA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   ANDERSON, CLARA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   ANDERSON, CLARENCE, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   ANDERSON, CLAUDE, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   ANDERSON, CLEMMIE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   ANDERSON, CLEMMIE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   ANDERSON, CLIFFORD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    ANDERSON, CLIFFORD G, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068    ANDERSON, CLINTON B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    ANDERSON, CURTIS, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068    ANDERSON, D B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    ANDERSON, D B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069    ANDERSON, D C, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712

21068    ANDERSON, D C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    ANDERSON, DAN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    ANDERSON, DANNY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    ANDERSON, DAVID D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    ANDERSON, DAVID J, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068    ANDERSON, DAVID R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    ANDERSON, DAVID S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ANDERSON, DAVID S, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    ANDERSON, DAVID W, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    ANDERSON, DEAN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069    ANDERSON, DENNIS N, SHAPIRO & SHAPIRO, 1820 FIRST FEDERAL PLAZA, ROCHESTER, NY, 14614

21068    ANDERSON, DEVON, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    ANDERSON, DEVON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    ANDERSON, DEWITT C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    ANDERSON, DEWITT C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    ANDERSON, DONALD L, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    ANDERSON, DONALD, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    ANDERSON, DONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    ANDERSON, DONALD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    ANDERSON, DONAVAN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    ANDERSON, DOROTHY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    ANDERSON, DOROTHY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    ANDERSON, DOROTHY N, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    ANDERSON, DOROTHY N, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    ANDERSON, DOROTHY, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    ANDERSON, DOROTHY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   ANDERSON, DOUGLAS E, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   ANDERSON, DOUGLAS E, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   ANDERSON, DOVIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   ANDERSON, DOVIE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   ANDERSON, DUANE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   ANDERSON, EARNESTINE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   ANDERSON, EARNESTINE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   ANDERSON, EDDIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   ANDERSON, EDDIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   ANDERSON, EDWARD F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ANDERSON, EDWARD P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ANDERSON, EDWIN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ANDERSON, ELDON, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   ANDERSON, ELIJAH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ANDERSON, ELIJAH, PEIRCE RAYMOND OSTERHOUT WADE, CARLSON & COULTER P, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219

21068   ANDERSON, ELIZABETH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   ANDERSON, ELMER L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   ANDERSON, ELMER L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   ANDERSON, EMMA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ANDERSON, EMMA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   ANDERSON, EMORY A, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068   ANDERSON, ERNEST, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   ANDERSON, ERNEST, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ANDERSON, ESTES L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   ANDERSON, ESTHER V, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   ANDERSON, EUGENE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   ANDERSON, EUGENE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   ANDERSON, FLETCHER, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ANDERSON, FLOYD L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   ANDERSON, FLOYD, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   ANDERSON, FLOYD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   ANDERSON, FRANK M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ANDERSON, FRANK M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ANDERSON, FRANK, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   ANDERSON, FRED M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Svc Lst  Name and Address of Served Party**

21068   ANDERSON, FRED M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   ANDERSON, GARY E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ANDERSON, GARY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ANDERSON, GEORGE D, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   ANDERSON, GEORGE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ANDERSON, GERALD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   ANDERSON, GORDEN L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   ANDERSON, GRANT H, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   ANDERSON, HAROLD E, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   ANDERSON, HAROLD E, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   ANDERSON, HAROLD R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   ANDERSON, HAROLD R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   ANDERSON, HAROLD, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   ANDERSON, HAROLD, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   ANDERSON, HARRY L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   ANDERSON, HARVEY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ANDERSON, HAYWOOD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069   ANDERSON, HAZEL L, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712

21068   ANDERSON, HAZEL L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ANDERSON, HENRY H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   ANDERSON, HENRY H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   ANDERSON, HENRY L, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   ANDERSON, HERBERT F, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   ANDERSON, HERBERT F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ANDERSON, HERBERT F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ANDERSON, HERMAN O, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   ANDERSON, HERMAN O, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   ANDERSON, HILRY A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   ANDERSON, HOWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ANDERSON, IDA L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   ANDERSON, IMA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   ANDERSON, IMELDA A, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   ANDERSON, ISAAC C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   ANDERSON, J  T, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   ANDERSON, J W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ANDERSON, J. T, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   ANDERSON, J. T, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   ANDERSON, JACK, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   ANDERSON, JAMES C, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   ANDERSON, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ANDERSON, JAMES L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   ANDERSON, JAMES L, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   ANDERSON, JAMES L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   ANDERSON, JAMES M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ANDERSON, JAMES M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ANDERSON, JAMES P, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ANDERSON, JAMES P, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069   ANDERSON, JAMES R, HARRISON, KEMP & JONES, LLP, 3800 HOWARD HUGHES PARKWAY, 17TH FL, LAS VEGAS, NV, 89109

21068   ANDERSON, JAMES R, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   ANDERSON, JAMES R, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   ANDERSON, JAMES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   ANDERSON, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ANDERSON, JANIE R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   ANDERSON, JEANETTE, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   ANDERSON, JEROME, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ANDERSON, JEROME, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   ANDERSON, JERRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ANDERSON, JESSE J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ANDERSON, JESSE J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ANDERSON, JESSE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ANDERSON, JESSIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ANDERSON, JIMMY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   ANDERSON, JOE A, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   ANDERSON, JOE E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   ANDERSON, JOE L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   ANDERSON, JOE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   ANDERSON, JOHN H, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   ANDERSON, JOHN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ANDERSON, JOHN L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   ANDERSON, JOHN S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   ANDERSON, JOHN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   ANDERSON, JOHN, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   ANDERSON, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ANDERSON, JOHN, PEIRCE RAYMOND OSTERHOUT WADE, CARLSON & COULTER P, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219

21068   ANDERSON, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ANDERSON, JOHNNIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ANDERSON, JOHNNIE L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   ANDERSON, JOHNNIE, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   ANDERSON, JOSEPH E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   ANDERSON, JOSEPH G, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   ANDERSON, JOSEPH G, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   ANDERSON, JR, BUNICE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   ANDERSON, JR, CHANDLER, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   ANDERSON, JR, EDDIE G, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   ANDERSON, JR, FRED, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   ANDERSON, JR, GENE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   ANDERSON, JR, GENE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   ANDERSON, JR, GEORGE M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   ANDERSON, JR, HENRY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ANDERSON, JR, HENRY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ANDERSON, JR, ISIAH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ANDERSON, JR, J C, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   ANDERSON, JR, J C, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   ANDERSON, JR, J C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   ANDERSON, JR, JAMES M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   ANDERSON, JR, JAMES W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ANDERSON, JR, JOHN H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ANDERSON, JR, JORDAN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ANDERSON, JR, JORDAN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    ANDERSON, JR, JOSEPH, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    ANDERSON, JR, LEEGUSTER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ANDERSON, JR, LEEGUSTER, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    ANDERSON, JR, MARCUS E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    ANDERSON, JR, ORVILLE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ANDERSON, JR, RANFORD, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    ANDERSON, JR, ROBERT O, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    ANDERSON, JR, URVAN S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    ANDERSON, JR, WILBERT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    ANDERSON, JR, WILLIAM M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    ANDERSON, JR, WILLIAM M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    ANDERSON, JR, WILLIE E, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068    ANDERSON, JR, WILLIE E, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068    ANDERSON, JR, WILLIE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21069    ANDERSON, JUANITA A, SHOR, LEVIN & DERITA, PC, LAWRENCE LEVIN, 261 OLD YORK RD STE 200, JENKINTOWN, PA, 19046

21068    ANDERSON, JUDY M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    ANDERSON, JUDY M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    ANDERSON, JULIA A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    ANDERSON, JULIA A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    ANDERSON, KATIE R, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    ANDERSON, KATIE R, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068    ANDERSON, KENNETH A, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068    ANDERSON, KENNETH D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    ANDERSON, KENNETH W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    ANDERSON, KIRVEN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    ANDERSON, KIRVEN E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    ANDERSON, L B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    ANDERSON, LAMAR H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    ANDERSON, LARRY C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    ANDERSON, LAWAYNE K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    ANDERSON, LAWRENCE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069    ANDERSON, LENA D, WIEDEMANN FRANSEN, 841 CARONDELET STREET, NEW ORLEANS, LA, 70190

21068    ANDERSON, LEONARD W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

**Svc Lst  Name and Address of Served Party**

21068  ANDERSON, LEONARD W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  ANDERSON, LESTER R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  ANDERSON, LESTER R, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  ANDERSON, LESTER, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  ANDERSON, LLOYD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  ANDERSON, LLOYD G, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068  ANDERSON, LORENZO D, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  ANDERSON, LORENZO D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  ANDERSON, LORENZO, JENKINGS & JENKINS, P C, 604 WEST MAIN STREET, WAXAHACHIE, TX, 75168

21068  ANDERSON, LORENZO, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  ANDERSON, LYNDA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ANDERSON, MARGARET C, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  ANDERSON, MARIE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  ANDERSON, MARION F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ANDERSON, MARK, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  ANDERSON, MARTHA L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  ANDERSON, MARTHA L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  ANDERSON, MARTIN B, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  ANDERSON, MARVIN, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  ANDERSON, MARY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  ANDERSON, MAURICE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  ANDERSON, MICHAEL J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  ANDERSON, NETTIE L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  ANDERSON, NETTIE L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  ANDERSON, NOLAN L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  ANDERSON, NORMAN W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  ANDERSON, NORMAN W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ANDERSON, OLIVER C, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068  ANDERSON, OLLIE, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068  ANDERSON, ORA L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  ANDERSON, ORVILLE R, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068  ANDERSON, ORVILLE R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

| 21068 | ANDERSON, OTHA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | ANDERSON, OTHEL E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ANDERSON, OTHEL E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | ANDERSON, PAMELA, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612 |
| 21068 | ANDERSON, PATSY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | ANDERSON, PATSY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21069 | ANDERSON, PAUL, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266 |
| 21069 | ANDERSON, PAUL, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309 |
| 21068 | ANDERSON, PAUL, RATINER, REYES & O'SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | ANDERSON, PAUL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | ANDERSON, PERCY L, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | ANDERSON, PRESTON R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ANDERSON, R O, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | ANDERSON, R O, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | ANDERSON, RANDOLPH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | ANDERSON, RAYE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | ANDERSON, RAYMOND, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | ANDERSON, RAYNDOL, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | ANDERSON, RICHARD F, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | ANDERSON, RICHARD R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ANDERSON, RICHARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | ANDERSON, ROBERT B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ANDERSON, ROBERT H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ANDERSON, ROBERT J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21069 | ANDERSON, ROBERT J, LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902 |
| 21068 | ANDERSON, ROBERT J, PEIRCE RAYMOND OSTERHOUT WADE, CARLSON & COULTER P, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219 |
| 21068 | ANDERSON, ROBERT L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | ANDERSON, ROBERT L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | ANDERSON, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ANDERSON, ROBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | ANDERSON, ROBERT L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ANDERSON, ROBERT L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | ANDERSON, ROBERT L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | ANDERSON, ROBERT T, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | ANDERSON, ROBERT W, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  ANDERSON, ROBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  ANDERSON, ROBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  ANDERSON, ROBERT, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  ANDERSON, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  ANDERSON, ROGER, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  ANDERSON, ROGERS, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  ANDERSON, RONALD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  ANDERSON, RONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ANDERSON, RONALD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  ANDERSON, RONNIE E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  ANDERSON, ROOSEVELT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  ANDERSON, ROOSEVELT, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068  ANDERSON, ROOSEVELT, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068  ANDERSON, ROOSEVELT, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  ANDERSON, ROOSEVELT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  ANDERSON, ROOSEVELT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  ANDERSON, ROOSEVELT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  ANDERSON, ROSA L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  ANDERSON, ROSETTA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  ANDERSON, ROSETTA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  ANDERSON, ROSS W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ANDERSON, ROZELL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  ANDERSON, ROZELL, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  ANDERSON, RUFUS O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ANDERSON, RUSSELL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  ANDERSON, RUSSELL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  ANDERSON, RUTH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  ANDERSON, SAMUEL N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  ANDERSON, SHIRLEY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  ANDERSON, SHIRLEY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  ANDERSON, SR, DAVID M, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  ANDERSON, SR, DAVID M, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  ANDERSON, SR, FRANK, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   ANDERSON, SR, HARVEY L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   ANDERSON, SR, JAMES, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   ANDERSON, SR, JAMES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   ANDERSON, SR, LAWRENCE E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   ANDERSON, SR, LAWRENCE E, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   ANDERSON, SR, MARTIN, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   ANDERSON, SR, RANDALL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ANDERSON, SR, THOMAS, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   ANDERSON, SR, THOMAS, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   ANDERSON, SR, WILLIAM, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   ANDERSON, SR., HENRY, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   ANDERSON, STEVEN, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   ANDERSON, STEVEN, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   ANDERSON, THEODORE J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ANDERSON, THEODORE J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   ANDERSON, THEODORE R, KRAFT, PALMER, DAVIES PLLC, LANCE PALMER, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   ANDERSON, THEODORE R, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   ANDERSON, THEODORE R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   ANDERSON, THOMAS J, BEZOU & MATTHEWS, 534 EAST BOSTON STREET, COVINGTON, LA, 70433

21068   ANDERSON, THOMAS J, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068   ANDERSON, THOMAS J, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   ANDERSON, THOMAS K, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   ANDERSON, THOMAS K, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   ANDERSON, THOMAS L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ANDERSON, THOMAS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   ANDERSON, THOMAS, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   ANDERSON, ULYSESS S, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   ANDERSON, ULYSESS S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ANDERSON, ULYSESS S, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   ANDERSON, UTHER, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   ANDERSON, VELMA M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ANDERSON, VELMA M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   ANDERSON, VICTOR J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ANDERSON, VICTOR, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602