**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    BENTON, JAMES F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    BENTON, JAMES F, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068    BENTON, JAMES O, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    BENTON, JANET, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BENTON, JR, CONRAD J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    BENTON, KATHLEEN P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    BENTON, KENNETH G, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    BENTON, L C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    BENTON, LEONARD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    BENTON, LINDA M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    BENTON, LINDA M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    BENTON, MICHAEL, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    BENTON, NATHANIEL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    BENTON, PRADIS, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    BENTON, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BENTON, ROBERT E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    BENTON, THOMAS E, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068    BENTON, VELMA A, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068    BENTON, WARDELL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    BENTON, WILLIAM, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    BENTZ, ELMER, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068    BENTZ, LYLE R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    BENWARE, ARTHUR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BENWARE, ROBERT A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BENZ, LOUIS W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    BERALDI, SALVATORE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    BERALDIN, DANILO, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    BERALDIN, DANILO, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BERARDI, EDWARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    BERARDILLI, JOSEPH A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BERARDO, VICTOR, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    BERAUD, LEONARD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    BERCEGEAY, VALMON J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    BERCH, WILLIAM L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    BERDA, JOE A, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068    BERDEN, FRANK, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068    BERENDT, EDWARD H, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068    BERENDT, GEORGE M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    BERENDT, WILLIAM E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    BERENDT, WILLIAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    BERENGER, CHARLES, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068    BERENS, OLIN, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    BERESTORY, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BEREZANSKI, JERRY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    BEREZANSKY, JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    BERG, C E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    BERG, EARL H, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068    BERG, EDWARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    BERG, ERIK, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068    BERG, HARVEY K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BERG, PHYLLIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BERG, WALTER P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    BERG, WARNER C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    BERG, WILLIAM, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    BERGAMO, HARRY J, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068    BERGEN, MARTIN T, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    BERGEON, KATHY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    BERGER, JAMES, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    BERGER, JOHN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    BERGER, KENNETH, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068    BERGER, SUSIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    BERGER, SUSIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    BERGERET, GASTON F, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    BERGERON, CLEMENT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    BERGERON, CLIFFORD E, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    BERGERON, JAMES D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BERGERON, JOSEPH, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    BERGERON, JR, JOSEPH J, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    BERGERON, L J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    BERGERON, ROBERT C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

Svc Lst  Name and Address of Served Party

21068    BERGERON, ROGER, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    BERGERON, SR, DAVID F, READ MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    BERGERON, WILFRED, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    BERGET, ANTHONY A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    BERGLAND, WALLACE E, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068    BERGLES, MIKE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BERGLES, MIKE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    BERGLES, WALTER G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BERGLES, WALTER G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    BERGLUND, LEROY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    BERGLUND, ROBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    BERGMAN, DEAN, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068    BERGMAN, ROBERT, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068    BERGOLD, ARTHUR E, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    BERGOLD, ARTHUR, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068    BERGOLD, ARTHUR, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    BERGSON, BRUCE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21069    BERGSTEDT, WILLIAM R, CASSIDY & MOTTL, NO 8 YORK SQUARE, 6285 PEARL ROAD, PARMA HEIGHTS, OH, 44130

21069    BERGSTROM, N G, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068    BERGSTROM, N G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    BERGUETSKI, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BERGUM, JR, ELMER, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068    BERGWIN, DAVID, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BERINI, LOUIS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    BERISFORD, ROBERT A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    BERISFORD, ROBERT A, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068    BERISFORD, SCOTT B, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    BERITAN, MARIO, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    BERKE, ADOLF, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    BERKENSTOCK, BILL W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    BERKERY, ALFRED, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    BERKLEY, ALVIN, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   **Name and Address of Served Party**

21068   BERKLEY, ELIZABETH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BERKLEY, ROBERT T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BERKO, MICHAEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   BERLAND, LOUIS, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   BERLETCH, LARRY L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BERLETICH, STEVE F, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   BERLIER, DONALD J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   BERLIER, DOUGLAS R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   BERLIN, CERRY C, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   BERLINE, CHARLES, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   BERLS, FRANK, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   BERMAN, HAROLD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   BERMAN, WALTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BERMUDEZ, ANTONIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BERNADOU, JOSEPH P, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068   BERNAL, DAVID, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   BERNAL, DAVID, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   BERNAL, JAIME, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BERNAL, JULIO O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   BERNAL, NORMAN G, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   BERNARD, ALVIN, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   BERNARD, DAVID J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BERNARD, FREDERICK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BERNARD, GABRIEL R, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   BERNARD, JAMES J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BERNARD, LYMAN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BERNARD, RODERICK J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   BERNARD, SAMUEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   BERNARD, STANLEY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BERNARDELLI, JOHN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   BERNARDI, STEVE J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BERNAT, STEVE M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BERNATAS, CHARLES J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BERNATCHE, JEROME, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21069 | BERNATOWICZ, FRED M, SPANGENBERG SHIBLEY & LIBER, 2400 NATIONAL CITY CENTER, 1900 EAST NINTH STREET, CLEVELAND, OH, 44114 |
| 21068 | BERNAUER, WALTER, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | BERNDT, JOHN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BERNER, RICHARD E, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614 |
| 21068 | BERNEY, HENRY E, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | BERNHAGEN, RICHARD, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611 |
| 21068 | BERNHARDT, DAVID, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BERNIER, RICHARD P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BERNIER, ROBERT W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BERNIER, ROGER, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BERNING, JOHN B, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749 |
| 21068 | BERNINGER, ARISTIDE J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | BERNINGER, JOSEPH W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BERNIS, GORDON, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BERNOSKI, JR, WALTER P, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | BERNT, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | BERO, CHARLES F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | BEROTTE, JOANNE, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550 |
| 21068 | BEROTTE, JOANNE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | BERQUAL, ROBERT, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465 |
| 21068 | BERRESFORD, KENNETH, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219 |
| 21068 | BERRESHEIM, GERALD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | BERRIOS, RUBEN, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 |
| 21069 | BERRY SPEARS (DECEASED), ROBERT, LORENE SPEARS, PO BOX 749, GALDEWATER, TX, 75647 |
| 21068 | BERRY, AARON B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BERRY, ANTHONY, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | BERRY, ARCHIE L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21069 | BERRY, BOOKER T, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216 |
| 21068 | BERRY, BOOKER T, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21069 | BERRY, BOOKER T, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533 |
| 21068 | BERRY, CARRIE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | BERRY, CARRIE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | BERRY, CECIL R, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550 |
| 21068 | BERRY, CECIL R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | BERRY, COLON H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | BERRY, DELMAR L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | BERRY, DORIS L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | BERRY, EARL L, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712 |
| 21068 | BERRY, EARL L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BERRY, EARNEST, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BERRY, EDGAR H, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180 |
| 21068 | BERRY, EDWARD B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BERRY, EDWARD, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | BERRY, EXCELL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | BERRY, FRANK, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BERRY, FRANK, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BERRY, FRED, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | BERRY, FRED, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | BERRY, GEORGE P, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | BERRY, GEORGE P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BERRY, GERALDINE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | BERRY, GERALDINE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | BERRY, HAROLD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BERRY, HAROLD R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | BERRY, HURLEY R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | BERRY, HURLEY R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | BERRY, INA M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | BERRY, INA M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | BERRY, IRA, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | BERRY, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BERRY, JAMES E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | BERRY, JAMES H, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 |
| 21068 | BERRY, JAMES, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 |
| 21068 | BERRY, JERRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BERRY, JESSE F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BERRY, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BERRY, JOHN C, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246 |
| 21068 | BERRY, JOHN M, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | BERRY, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

**Svc Lst  Name and Address of Served Party**

21068    BERRY, JOHN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    BERRY, JOHN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    BERRY, JOHN, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068    BERRY, JOHNNIE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    BERRY, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BERRY, JOSEPH, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068    BERRY, JR, JAMES W, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    BERRY, JR, WILMER S, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    BERRY, LELDON W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BERRY, LOLA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    BERRY, LOUISE V, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    BERRY, LUTHER A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BERRY, LUTHER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069    BERRY, LUTHER, THOMAS N LESLIE ESQ, 151 N DELAWARE ST STE 1810, INDIANAPOLIS, IN, 46204

21068    BERRY, MARGARET, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    BERRY, MELVIN, BRUEGGER & MCCULLOUGH, PC, TERRI CARPENTER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068    BERRY, PLEAS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    BERRY, RAPHE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BERRY, RAPHE M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    BERRY, RAY A, FRANKOVITCH & ANTEKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BERRY, RAY A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    BERRY, ROBERT G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BERRY, ROBERT J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    BERRY, ROBERT J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    BERRY, ROBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BERRY, ROBERT W, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    BERRY, ROBERT W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BERRY, ROBERT W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    BERRY, ROLAND W, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    BERRY, RONALD K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BERRY, ROOSEVELT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    BERRY, ROOSEVELT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    BERRY, ROY D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    BERRY, SHELBY P, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    BERRY, SR, CLYDE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    BERRY, SR, WILLIS, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  BERRY, STANLEY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  BERRY, TIMOTHY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  BERRY, TIMOTHY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  BERRY, TIMOTHY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  BERRY, VERA D, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  BERRY, VERNON L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  BERRY, W E, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  BERRY, WALLACE N, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  BERRY, WAYNE A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  BERRY, WAYNE A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  BERRY, WILL C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BERRY, WILL C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  BERRY, WILLIAM C, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  BERRY, WILLIAM W, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  BERRYHILL, EDDIE, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  BERRYHILL, J B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  BERRYHILL, J B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  BERRYMAN, JR, RUE S, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  BERRYMAN, LEE R, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  BERSUDER, SR, MAURICE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BERSUDER, SR, MAURICE C, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  BERT, SAMUEL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  BERTA, FRANK J, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  BERTA, JOHN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  BERTA, RICHARD E, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  BERTANI, RONALD D, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  BERTHELO, RONIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  BERTHELO, RONIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  BERTHELOT, CURVIN J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  BERTHELOT, LEO W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  BERTOLDI, LEO, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  BERTOLINI, CHARLES L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  BERTOLINO, SALVATORE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  BERTON, WAYNE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BERTON, WAYNE A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    BERTONIERE, GEORGE M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    BERTRAM, RONALD G, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    BERTRAND, BILLY J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    BERTRAND, DANIEL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    BERTRAND, GEORGE, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068    BERTRAND, GERALD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BERTRAND, WALLACE B, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    BERTSCH, BARRY A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    BERTSCH, RICHARD D, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    BERTUS, BERNARD F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    BERUMEN, ANDRES V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BERWIND, CHARLES A, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068    BERYL, DORNON, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    BESAW, JOHN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BESAW, LLOYD F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BESCAK, GEORGE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    BESCHONER, KAREN E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    BESCRIPT, FRANK, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068    BESENJAK, FRANK, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068    BESHEA, CLARENCE, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21069    BESHEA, CLARENCE, RHODEN, LACY, DOWNEY & COLBERT, PO BOX 16845, JACKSON, MS, 39203

21068    BESHEA, CLEAVE C, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068    BESHEA, CLEAVE C, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    BESHEA, CLEAVE C, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    BESHEARS, ALVIN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BESONEN, RUBEN, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BESONG, JR, JAMES A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    BESS, EARL G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    BESS, FRANK M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BESS, FRANK M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    BESSETTE, SR, CHARLES F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BEST, CHARLES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BEST, DAVID, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    BEST, FRANCIS, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    BEST, FREDERICK A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

| Svc Lst | Name and Address of Served Party |
|---|---|

| 21068 | BEST, GARY, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | BEST, GEORGE, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053 |
| 21068 | BEST, HERBERT O, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | BEST, JERRY W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | BEST, JR, ELBERT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BEST, JR, JOSHUA, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | BEST, LILLIAN, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | BEST, ROLAND J, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701 |
| 21069 | BEST, ROLAND J, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180 |
| 21069 | BEST, SEAPHUS, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965 |
| 21068 | BESTER, EDWARD L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BESTER, FLORISTINE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | BESTER, JOE H, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | BESTER, LEO, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BESTER, LEO, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BESTER, M C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BESTER, M C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BESTER, SR, TOMMY C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BESTHOFF, RICHARD, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | BESWETHERICK, JOEL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | BETANCOURT, VICTOR S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BETHA, JERRY, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21069 | BETHA, JERRY, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202 |
| 21068 | BETHANY, TERRY D, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21068 | BETHANY, TERRY D, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | BETHANY, TERRY D, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BETHEA, BERT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | BETHEA, BERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BETHEA, CLEO, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | BETHEA, CLEO, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BETHEA, DENNIS, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | BETHEA, DENNIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BETHEA, E R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | BETHEA, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | BETHEA, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BETHEA, JR, OSCAR W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | BETHEA, LOUIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   BETHEA, RUBY B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   BETHEA, WILLIAM, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   BETHEL, CHARLES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BETHEL, WILLIAM S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BETHEL, WILLIAM S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BETHERS, DEAN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BETHEY, DEWEY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BETHUNE, BARBARA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BETHUNE, BARBARA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BETHUNE, GEORGE H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BETHUNE, JAMES A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   BETHUNE, JAMES A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   BETHUNE, KENNETH N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069   BETHUNE, KENNETH N, SAVAGE, HERNDON & TURNER, P C, 304 EAST BAY STREET, SAVANNAH, GA, 31401

21068   BETHUNE, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BETKA, WILLIAM, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   BETSY, STEPHEN, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   BETSY, STEPHEN, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   BETTENHAUSEN, HENRI, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   BETTERLY, GERALD, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   BETTERTON, DONALD F, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   BETTIES, ROY, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   BETTIES, ROY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   BETTIES, ROY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BETTIS, JOHN S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BETTIS, L C, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BETTON, NATHAN, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   BETTON, NATHAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BETTON, NATHAN, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   BETTRIDGE, JOHN W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   BETTS, CALVESTER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   BETTS, CALVESTER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   BETTS, CHARLIE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   BETTS, JACKIE, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   BETTS, JOHN H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   BETTS, KAY F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BETTS, REUBEN, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   BETTS, SR, KENNETH D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BETTY, FLOYD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   BETZ, DUANE L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BETZ, JAMES W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BETZ, MARY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BETZ, PAUL, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   BETZLER, NORBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BEUTHER, KENNETH R, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   BEUTHIEN, ROBERT, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   BEUTLER, WILLIAM C, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   BEUTLER, WILLIAM C, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   BEVAN, EARL R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BEVANS, ANNIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   BEVARD, ARCHIE, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   BEVARD, JOSEPH L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   BEVEL, JEWEL E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BEVEL, JEWEL E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BEVEL, JR, CHARLES L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   BEVER, BILLY C, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   BEVER, BILLY C, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   BEVER, RONNIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   BEVER, RONNIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BEVERIDGE, RICHARD L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BEVERLIN, DANNY D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   BEVERLIN, DEAN, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   BEVERLIN, DEAN, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   BEVERLY, ETHEL M, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   BEVERLY, JR, WENDELL, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BEVERLY, LE A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BEVERLY, LEONARD H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BEVERLY, LINDA T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BEVERLY, LINDA T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    BEVERLY, MITCHELL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    BEVERLY, PAUL, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068    BEVERLY, POLLY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    BEVERLY, RANDOLPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    BEVERLY, RICHARD L, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068    BEVERLY, RICHARD L, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068    BEVERLY, VERNA, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BEVERLY, VERNA, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    BEVERLY, WILLIAM B, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    BEVERLY, WILLIAM H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BEVERLY, WILLIAM H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    BEVERLY, WYATT F, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    BEVIER, LOUIS, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068    BEVINGTON, CHARLES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BEVINS, NORVELL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    BEVINS, NORVELL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BEVIS, JERRY A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    BEVIS, THOMAS E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BEVIS, THOMAS E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    BEVLY, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    BEVLY, JR, JOHN T, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    BEWERSDORF, ERNEST C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BEWICK, DAVID, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    BEWICK, EVERETT M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BEXLEY, HOMER B, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068    BEXLEY, HOMER B, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    BEXLEY, JAMES B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    BEY, JAMES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069    BEYER, DONALD E, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068    BEYER, OSCAR, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068    BEYERS, ARTHUR, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    BEYNON, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    BEZET, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21069   BEZOU, JACQUES, AGUILAR, DANIEL, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   BEZOU, JACQUES, ALCORN, JR, OTIS C, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   BEZOU, JACQUES, ALONZO, JOSE M, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   BEZOU, JACQUES, DIXON, MANUEL, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   BEZOU, JACQUES, EDWARDS, TROY, BEZOU & MATTHEWS, 534 EAST BOSTON STREET, COVINGTON, LA, 70433

21069   BEZOU, JACQUES, FETTERMAN, WILLIAM J, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   BEZOU, JACQUES, FONTENOT, MURPHY, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   BEZOU, JACQUES, LEDOUX, RONALD J, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   BEZOU, JACQUES, LONGMIRE, LARRY E, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   BEZOU, JACQUES, MIZELL, WAYNE O, BEZOU & MATTHEWS, 534 EAST BOSTON STREET, COVINGTON, LA, 70433

21069   BEZOU, JACQUES, PATRAW, NEAL, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   BEZOU, JACQUES, ROBBERSON, DAVIE L, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   BEZOU, JACQUES, TUMLINSON, BILLY J, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   BEZOU, JACQUES, VALE, KENNETH E, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   BEZOU, JACQUES, WARD, JOHN I, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   BIACOFSKY, ALBERT J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   BIAGAS, PERCY, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   BIAGINI, ROBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BIANCA, FRANK, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   BIANCANIELLO, ANTONIO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   BIANCANIELLO, MARIA, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   BIANCANIELLO, RAFFAELE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   BIANCARDI, ANN E, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940

21068   BIANCHI, JOSEPH J, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   BIANCHI, JOSEPH J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BIANCO, DENNIS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   BIANCO, ONOFRIO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   BIANCONE, AMBROSE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BIAS, CARL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BIAS, CARL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BIAS, GOBLE S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   BIAS, JR, LEVI, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21069   BIAS, ROOSEVELT, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636

21068   BIAS, ROOSEVELT, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068   BIAS, WILLIAM L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   BIAS, WILLIAM L, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   BIAYOBZCKI, LEO, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   BIAZA, ROBERT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BIBB, HAYWOOD B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BIBB, HAYWOOD B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BIBB, LEONARD S, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   BIBB, LOUISE E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BIBB, LOUISE E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BIBBS, ALBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BIBBS, ANTHONY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BIBBS, ANTHONY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BIBBS, CHARLES, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   BIBBS, LUTHER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   BIBBS, LUTHER, PERKINS & FERRIS, PO BOX 570, MACON, MS, 39341

21068   BIBBS, WILLIE M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   BIBBS, WILLIE M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   BIBBY, WILLIAM R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   BIBER, RICHARD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BIBER, RICHARD J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   BIBINS, GENEVA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BIBLE, BETTY G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   BIBLE, JAMES ROY, 475 COUNTRY RD #474, ELGIN, TX, 78621

21068   BIBLE, LAWRENCE C, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   BIBLEY, ROBERT W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   BICA, DONALD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   BICE, GARY W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BICE, HAYDEN, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   BICE, JACK C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BICE, LAWRENCE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BICHARD, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BICKEL, ARTHUR, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21069   BICKEL, GEORGE P, BUTLER CINCIONE DI CUCCIO, 50 W BROAD ST STE 700, COLUMBIA, OH, 43215-3337

21068   BICKEL, RONALD M, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BICKELY, WILBUR B, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | BICKERDIKE, JAMES E, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | BICKERSTAFF, JOE W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BICKERSTAFF, WILLIAM J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BICKERSTAFF, WILLIAM R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BICKERSTAFF, WILLIAM R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | BICKERTON, HARRY M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | BICKETT, GARY O, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21069 | BICKFORD, SCOTT R, ROBERSON, KENNETH L, MARTZELL & BICKFORD, 338 LAFAYETTE ST, NEW ORLEANS, LA, 70130-3244 |
| 21068 | BICKFORD, TRACY A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | BICKHAM, ALBERT J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, DANIEL D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | BICKHAM, DANIEL D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | BICKHAM, DAVE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, DONALD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | BICKHAM, EDWIN D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BICKHAM, ELMO, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, JEREMIAH, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, JERRY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, JEWEL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, JR, ERBIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, JR, MARVIN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, LINDA M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, PAUL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, ROBERT L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, ROBERT W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BICKHAM, ROBERT W, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | BICKHAM, ROBERT, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, SR, ERBIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, SR, HUEY L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, SR, RAYFORD U, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BICKHAM, STANWOOD S, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   BICKHAM, TESSIE M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   BICKLE, DALE M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BICKLE, DONALD, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068   BICKLEY, DESMEL G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   BICKLEY, DESMEL G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   BICKLEY, GLENN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BICKLEY, GLENN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BICKLEY, HOWARD, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BICKLEY, HOWARD, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BICKLEY, LILLIAN I, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   BICKLEY, LILLIAN I, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   BICKMAN, MERLE E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   BIDDINGS, ANTHONY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BIDDINGS, BOBBY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   BIDDINGS, ERNEST, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   BIDDISON, SR, WILLIAM G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   BIDDLE, ALVIN R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BIDDLE, BILLY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   BIDDLE, JAMES, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BIDDLE, JR, CHARLES H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   BIDDLE, JULIUS A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BIDDLE, LESSIE, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   BIDDLE, TRUDELL, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   BIDDLE, WILLIE R, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   BIDDY, CLIFFORD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BIDDY, JOE W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BIDWELL, FLOYD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   BIDWELL, SR, JOHN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BIEBERDORF, RICHARD M, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BIEBERDORF, RICHARD M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BIEGA, BERNARD W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BIEGLER, DALE R, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   BIEHL, GLENN, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   BIEHL, HUGH B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BIEHL, SIDNEY R, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   BIEHL, SIDNEY R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BIEHL, SIDNEY R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   BIEHLE, ALBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BIEKER, DONALD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BIEKER, DONALD L, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   BIEKER, JOHN L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BIELAK, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BIELECKI, FLORIAN A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BIENICWICZ, EDWARD J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   BIENVENUE, SR, RAYMOND, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   BIENVENUE, SR, RAYMOND, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   BIERCE, PETER J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BIERKAMP, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BIERKAMP, JOHN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BIERLICH, KEITH, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   BIERMANN, RONALD T, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   BIERSCHWALE, GEORGE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BIERY, BERNARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BIERY, BERNARD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   BIETTLER, EUGENE C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   BIFFLE, JOHN T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BIFFLE, JOHN T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BIGBEE, RONALD W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BIGBEE, RONALD W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BIGELOW, JERRY M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   BIGGERS, DWIGHT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   BIGGERS, SR, CHARLES H, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   BIGGERSTAFF, KENNETH, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   BIGGLES, JOSEPHINE S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BIGGLES, JOSEPHINE S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BIGGS, BILLY S, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   BIGGS, BILLY S, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  BIGGS, BOYD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BIGGS, CARL D, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068  BIGGS, CARL D, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  BIGGS, CHARLIE B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BIGGS, CLARENCE E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  BIGGS, CLARENCE E, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  BIGGS, CLEMENT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  BIGGS, DAVID E, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  BIGGS, EARL F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  BIGGS, HAROLD, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  BIGGS, IDA M, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068  BIGGS, IDA M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  BIGGS, JIMMY N, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  BIGGS, LEON M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  BIGGS, ROBERT A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  BIGGS, ROBERT L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  BIGGS, SR, HENRY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  BIGGS, TED L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  BIGHAM, ROTHELLE R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  BIGLER, GARY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  BIGLER, ROBERT E, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068  BIGLEY, JAMES, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  BIGMAN, DAVID A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BIGMAN, PHILLIP, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BIGNESS, EVERETT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BIGSBY, LYLE, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  BIHM, JAMES B, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21069  BIL, JAMES R, LIPSITZ & PONTERIO LLC, 135 DELAWARE AVENUE, SUITE 506, BUFFALO, NY, 14202-2401

21068  BILAL, SAMUEL Z, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  BILBERRY, JOHNNY B, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  BILBO, GENEVA N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  BILBO, LANNIE W, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  BILBO, RUDOLPH L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21069  BILBROUGH, JOHN J, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940

**Svc Lst  Name and Address of Served Party**

21068  BILDER, JAMES, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068  BILDSTEIN, JR, HENRY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  BILDSTEIN, JR, HENRY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  BILEK, JAMES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  BILER, JR, JOHN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  BILES, BILLY G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  BILES, JUDGE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  BILGORAY, REUVEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  BILL, ADAMS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  BILL, LEONARD E, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21069  BILLAS, MICHAEL J, LAW OFFICE OF EDWARD V REEVES, LLC, THE ATRIUM STE 17-E, 4 TERRY DRIVE, NEWTOWN, PA, 18940

21068  BILLEAUD, GLENN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  BILLEAUD, LESTER W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069  BILLEN, PETER, TREADWELL, STETLER, ET AL, 4001 TAMIAMI TRAIL NORTH, SUITE 250, NAPLES, FL, 33940

21068  BILLETER, GLEN J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  BILLETER, GLENN J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  BILLICK, FREDERICK GERARD, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  BILLICK, FREDERICK GERARD, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  BILLINGER, JR, ARCHIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  BILLINGS, BILLY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BILLINGS, BILLY E, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  BILLINGS, BONNIE J, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21069  BILLINGS, BONNIE J, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180

21068  BILLINGS, DEWEY C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  BILLINGS, DEWEY C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  BILLINGS, DEWEY H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  BILLINGS, DEWEY H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  BILLINGS, FRANK L, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  BILLINGS, JAY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BILLINGS, OPAL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  BILLINGS, PAUL L, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068  BILLINGSLEA, ARTHUR, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  BILLINGSLEA, ARTHUR, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  BILLINGSLEA, BRUCE H, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  BILLINGSLEY, ARTHUR B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  BILLINGSLEY, CHARLIE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   BILLINGSLEY, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BILLINGSLEY, JAMES E, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   BILLINGSLEY, JOSEPH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   BILLINGSLEY, JOSEPH, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   BILLINGSLEY, WILLIE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   BILLINGSLEY, WILLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BILLINGSLEY, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BILLINGTON, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BILLINS, JERRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   BILLINS, JERRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BILLIOT, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BILLITZ, MICHAEL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BILLMEYER, FREDERICK B, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068   BILLOUPS, FELTON, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   BILLOUPS, FELTON, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   BILLS, DONALD R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BILLS, DONALD R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BILLS, FRANK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BILLS, LARRY J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BILLS, ROBERT L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   BILLUPS, JOE, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   BILLUPS, JR, DANDRIDGE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BILLUPS, NATHANIEL, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   BILLUPS, NATHANIEL, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   BILLUPS, ROBERT, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   BILLUPS, SARAH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BILLUPS, SR, RAYMOND L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BILLY, ROBERT J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   BILODEAU, DONALD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BILODEAU, LEON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BILODEAU, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BILSKI, SR, FLOYD E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BINDEL, CHARLES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BINDER, HOWARD L, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   BINFORD, GREENWOOD H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BINFORD, RODNEY, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   BINFORD, VICTOR, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   BING, ENNIS, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   BING, ENNIS, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   BINGHAM, BERNICE B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BINGHAM, CLEVELAND, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   BINGHAM, CORDELL, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   BINGHAM, DWAYNE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BINGHAM, DWAYNE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BINGHAM, EARL, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   BINGHAM, HARRY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BINGHAM, JAMES R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   BINGHAM, MICHAEL D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BINGHAM, MICHAEL D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BINGHI, VICTOR, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   BINGISSER, JOHN, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068   BINGLE, ROBERT L, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   BINGLE, WILLIAM, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   BINI, CRISTOFARO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   BINIKOS, GEORGE, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   BINIKOS, LOUIE, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   BINION, CATHERINE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BINION, SAMUEL, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   BINNS, FREDERICK L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   BINNS, G S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BIONDI, RICHARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   BIONDI, WALTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BIPS, HERMAN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   BIRCH, FRED W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BIRCH, FRED W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BIRCH, HAROLD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BIRCH, THOMAS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BIRCHAK, JOE E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BIRCHEM, JESSE D, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | BIRCHEM, JESSE D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BIRCHEM, JESSE D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21069 | BIRCHETT, THOMAS, DANAHER TEDFORD LAGNESE & NEAL, 21 OAK ST, HARTFORD, CT, 06106-8003 |
| 21069 | BIRCHETT, THOMAS, DANAHER TEDFORD LAGNESE & NEAL, 60 WASHINGTON STREET, HARTFORD, CT, 06106 |
| 21068 | BIRCHFIELD, CLYDE, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | BIRCHFIELD, THEO, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | BIRD, CHARLES A, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | BIRD, CHARLES A, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21069 | BIRD, DALE L, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266 |
| 21069 | BIRD, DALE L, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309 |
| 21068 | BIRD, DALE L, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | BIRD, EDWARD A, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | BIRD, EUGENE S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BIRD, FORREST, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BIRD, LEO W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BIRD, LEONARD A, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | BIRD, MELVIN LESTER, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | BIRD, MELVIN LESTER, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | BIRD, RODGER W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | BIRDEN, EZEL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BIRDEN, GILBERT, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BIRDEN, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BIRDEN, JR, VIRGIL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BIRDEN, SR, CLARENCE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BIRDNER, JAMES E, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | BIRDNER, JAMES E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BIRDON, ANDREW, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BIRDON, JR, JIMMIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BIRDON, ROY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BIRDSONG, DAVID E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BIRDWELL, BILLY, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | BIRDWELL, JOE, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BIRDWELL, LARRY J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BIRKBY, FRANCIS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BIRKELBACH, ROY, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | BIRKHOFER, ALFRED, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BIRMINGHAM, HELEN D, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | BIRMINGHAM, IDA F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BIRMINGHAM, JOHN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BIRMINGHAM, JOSEPH J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | BIRMINGHAM, JOSEPH J, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21069 | BIRMINGHAM, SUSAN, THE LAW FIRM OF HARRISON VICKERS, HARRISON VICKERS, 5718 WESTHEIMER RD STE 1310, HOUSTON, TX, 77057 |
| 21068 | BIRMINGHAM, VENOLIA V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BIRNESSER, JAMES, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | BIRNESSER, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BIRNESSER, THOMAS P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BIRO, EILEEN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BIRO, EILEEN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BIRO, STEPHEN J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BIROS, JOSEPH J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | BIROTTE, SR, WILLIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BIRTLEY, WILLIAM C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | BISBOCCI, MILTON E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BISCAN, RUTH F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BISCHOF, MATTHIAS, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21069 | BISCHOFF, KARL, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618 |
| 21068 | BISCOE, JOSEPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BISE, JAMES D, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | BISE, JR, JESSE A, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | BISH, JOHNNY, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | BISHNOW, JOE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | BISHOFF, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BISHOP JR., FRANK J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BISHOP, ANDREW J, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21069 | BISHOP, ANDREW J, HARDIN, LEWIS, TABER & TUCKER, 1037 22ND ST SOUTH, BIRMINGHAM, AL, 35205 |
| 21068 | BISHOP, ATHA D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | BISHOP, ATHA D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | BISHOP, BILLY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    BISHOP, BRADLEY, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068    BISHOP, CARL W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BISHOP, CARL W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    BISHOP, CARL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BISHOP, CHARLES A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BISHOP, CHARLES E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    BISHOP, CHESTER, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    BISHOP, CLARENCE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BISHOP, CLIFTON A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    BISHOP, CLIFTON A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    BISHOP, DANNY K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    BISHOP, DANNY K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    BISHOP, DAVID, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BISHOP, DIANE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    BISHOP, DIANE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    BISHOP, ELLETT W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    BISHOP, ERNEST A, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068    BISHOP, ERNEST A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    BISHOP, FARRELL S, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    BISHOP, GEORGE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    BISHOP, GLORIA J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    BISHOP, HOMER H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    BISHOP, JACK A, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    BISHOP, JACK A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BISHOP, JAMES E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    BISHOP, JAMES E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    BISHOP, JAMES M, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068    BISHOP, JAMES R, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    BISHOP, JAMES R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    BISHOP, JAMES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    BISHOP, JEFF, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BISHOP, JOANNE G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    BISHOP, JOHN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BISHOP, JOSEPH N, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    BISHOP, JOSEPH N, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    BISHOP, JR, LOUIS, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    BISHOP, JR, WILLIAM D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Svc Lst  Name and Address of Served Party**

21068  BISHOP, JR, WILLIAM D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  BISHOP, KATHERINE A, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  BISHOP, LEO H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  BISHOP, LEO, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068  BISHOP, LEO, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  BISHOP, MARSHALL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BISHOP, MYRON D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  BISHOP, ODIS L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BISHOP, ODIS L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  BISHOP, OLA, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  BISHOP, ROBERT, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  BISHOP, ROGER, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068  BISHOP, RONNIE L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  BISHOP, RUSSELL A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BISHOP, STEPHEN J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  BISHOP, TED, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  BISHOP, THELMA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  BISHOP, THELMA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  BISHOP, THOMAS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BISHOP, THOMAS J, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  BISHOP, VERNON J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  BISHOP, VICTORIA N, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  BISHOP, WALTER E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  BISHOP, WILLIE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  BISNETTE, JOHN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  BISNETTE, JOHN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  BISNETTE, WILLIAM, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  BISSETT, FRANK, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  BISSETT, JAY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  BISSING, VICTOR, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068  BISSON, DALE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  BISSON, DENNIS, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068  BISSON, LEO J, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  BISTLINE, SAMUEL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  BISTODEAU, DARRELL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BISTRANIN, WILLIAM, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BITNER, RAYMOND E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | BITO, JOHN E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BITSURA, JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BITTLE, ERNEST L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BITTLE, KEITH M, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | BITTLE, ROBERT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | BITTLE, TERRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BITTLE, TERRY, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | BITTNER JR., JOHN F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BITTNER, ALVIN, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465 |
| 21069 | BITTNER, CLARENCE E, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115 |
| 21068 | BITTNER, LOUIS W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BITTNER, LOUIS W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | BITTNER, MADLYN C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | BITZ, IRVING, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | BITZ, IRVING, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919 |
| 21068 | BIVENS, EDWARD, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | BIVENS, GILBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | BIVENS, KENNITH J, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | BIVENS, LULA M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | BIVENS, LULA M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | BIVENS, OTTO E, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | BIVENS, OTTO E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BIVENS, OTTO E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BIVENS, SPENCER L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BIVINS, C J, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | BIVINS, C J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BIVINS, C J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BIVINS, CLYDE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | BIVINS, JIMMY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BIVINS, JOE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BIVINS, JOHN L, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225 |
| 21068 | BIVINS, JOHN L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | BIVINS, JR, PERCY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | BIVINS, LONNIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BIVINS, SR, JIMMIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BIXBY, JIMMY L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | BIXBY, JIMMY L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | BIZEK, JR, STANLEY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BIZIER, PAUL A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BIZUB, JOHN S, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | BIZZELL, GRADY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BJANOWSKI, JULIUS, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550 |
| 21068 | BJANOWSKI, JULIUS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | BJORGO, ELMER, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | BJORNSON, DAVID, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | BJORNSON, EARL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | BJORNSON, HALVOR R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | BLACE, ANTE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | BLACHANIEC, ROBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BLACK, ALVA, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | BLACK, ALVA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BLACK, ALVA, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | BLACK, ALVIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | BLACK, ALVIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | BLACK, ARTHUR, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BLACK, BENJAMIN F, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | BLACK, BILLY T, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BLACK, BOBBY C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BLACK, CHARLES, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21068 | BLACK, CHARLES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BLACK, CHARLES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BLACK, CLYDE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | BLACK, CLYDE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | BLACK, DALLAS R, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | BLACK, DANIEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BLACK, DARRELL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BLACK, DONALD C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | BLACK, DONALD C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | BLACK, DONALD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    BLACK, EARL E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BLACK, ELDRED, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    BLACK, ELLA R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    BLACK, ELLA R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    BLACK, ELMER Q, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068    BLACK, EMMA J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    BLACK, EMMIT H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    BLACK, FRANK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    BLACK, FREDDIE J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    BLACK, FREDDIE J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    BLACK, GARY A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BLACK, GARY A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    BLACK, GENE A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    BLACK, GEORGE W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    BLACK, GEORGE W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    BLACK, GEORGE, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    BLACK, GLENN F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BLACK, GRADY L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    BLACK, HAROLD D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    BLACK, IRVING H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    BLACK, IRVING H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    BLACK, ISAAC W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    BLACK, ISSAC W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    BLACK, J J, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    BLACK, J J, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068    BLACK, JACK M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    BLACK, JAMES, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068    BLACK, JAMES, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069    BLACK, JANET W, ABELS, LUCAS, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307

21069    BLACK, JANET W, ADAMS, SAMMY, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, ALDRIDGE, RALEIGH, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, ALLEN, RICHARD L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, ALLISON, HORACE D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, ALLRED, DAVID, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, AMMONS, JAMES E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, ANDERSON, RAY N, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BLACK, JANET W, ARD, THOMAS M, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, ARTIS, DANNY, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, ARTIS, PERCY, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, ARTIS, WILLIAM P, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, ASHE, STEVE E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, ASPRAY, ROBERT E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BAILEY, DONNIE I, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BALDWIN, DANIEL T, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, BALDWIN, ROBERT K, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BALDWIN, ROBERT L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BALLARD, FRED T, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BALLARD, JR, THEODORE, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BALLARD, REGINALD B, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BARBER, KRIDER F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BARBOUR, JR, VASS A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BARNES, JAMES R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BARTON, FRANK H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BASINGER, RAYMOND L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BEAM, BOBBY E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BEAM, CAROLYN C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, BEAM, JOHNIE L, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, BEAM, KENNETH, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BEARD, GRADY H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BEAVER, EUGENE, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BEHELER, WAYNE, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BENNETT, JAMES, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BENSON, DONALD W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BIGHAM, ROTHELLE R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BILYEU, MICHAEL E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BLACK, GARY G, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | BLACK, JANET W, BLACK, WILLIAM S, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BLANTON, KENNETH R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BLANTON, LARRY E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BLYTHE, HAROLD T, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BLYTHE, HOMER R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BOLT, BEN, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, BOONE, BILLY H, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BOST, BRIAN D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BOST, ROBERT F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BOWMAN, FLOYD J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BRACKEN, SHIRLEY E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, BRADLEY, ARNOLD, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BRADLEY, WILLIAM H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BRATTEN, JOHNNIE J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BROMELOW, KENNETH, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BROOKS, EUGENE H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BROOME, LARRY K, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BROWN, DAVID K, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BROWN, GARY L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BROWN, SR, EVERETT C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BROWN, WALTER P, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BRYSON, FRED C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BURT, JR, WILLIE J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BURT, ZENO F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BURTON, ERNEST B, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BYERS, RONNER, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, BYNUM, STEVE W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, CAMERON, SR, WILLIAM W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, CARNES, EDNA, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, CARNES, MERLEY B, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BLACK, JANET W, CASHATT, JOHN A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, CHAPMAN, ALLEN E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, CHAPMAN, JOHN C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, CHAPMAN, SR, FRED, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, CHURCH, ROGER D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, CLARK, SHIRLEY, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, CLEMENTS, BOBBY N, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, COBB, JAMES L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, COBLE, LESLIE E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, COMER, JAMES D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, CONNER, HAROLD D, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, CORN, DAVID H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, CRADDOCK, BARNEY W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, CRISP, CHARLES L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, CROWE, ROBERT H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, CUPP, ORVIL L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, CUTHBERTSON, HOY V, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, DALTON, SR, HAROLD D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, DAVIS, ALLEN S, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, DAVIS, FRED, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, DAVIS, JAMES B, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, DAY, RICHARD D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, DICKINSON, RONALD, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, DUCKWORTH, DANNY L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, EARLS, DAVID L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, ELLIS, BANKS R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, ELLIS, OSCAR N, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, EZELL, JOHN D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, FAILE, QUINCY W, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, FARRIS, OLLEN J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21069 | BLACK, JANET W, FAULKNER, BRUCE, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, FAULKNER, JAMES D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, FEWELL, EDNA M, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, FINNEY, JERRY P, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, FLETCHER, CARROLL D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, FLOYD, ARNOLD R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, FOLDEN, ANTHONY W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, FOSTER, CECIL F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, FOWLER, WILLIAM A, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, FRANKLIN, BOYD M, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GADDY, SR, WILLIAM M, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GALLOWAY, CLYDE C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, GANTT, MICHAEL W, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GIBSON, HERBERT, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, GILBERT, STEVE R, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GILLESPIE, JAMES D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, GODFREY, WILLIE C, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GOFORTH, JAMES C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GOODSON, CLAUDE S, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GRANT, BARNEY M, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GRANT, ROBERT P, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, GREEN JR, E F, WARD BLACK LAW, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GREEN, SR, JULIOUS H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GREENE, JOHN K, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GREENE, JR, E F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GREGORY, LARRY W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GRICE, JOE W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GROGAN, BENJAMIN G, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GUFFEY, HOMER M, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, GUFFEY, HOWARD R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21069 | BLACK, JANET W, HACKETT, BILLY R, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HALL, JR, WILLIAM H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HANCOCK, BOBBY R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HANCOCK, MARION, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HARRON, WILLIE E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, HARTNESS, THOMAS E, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HEATON, THOMAS B, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HEFFINGER, DENZIL R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HELMS, FRANKLIN G, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HENLINE, JAMES C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, HENRY, RONALD W, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HENSLEY, MADGE L, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HESS, EARL G, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HESTER, ROBY H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HEWELL, JERRY L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HEWELL, SHELBY, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HICKS, DENNIS R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HICKS, JR, HERBERT W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HILL, JR, WILLIAM C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HILL, NORMAN H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HILTON, JOHN D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HINES, ROY L, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131 |
| 21068 | BLACK, JANET W, HISSA, RICHARD L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HODGE, JIMMY D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HOGLEN, FAYE V, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HOLLAND, DAVID J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HOLLARS, JACK F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HOLLIS, DONALD C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HOMAN, EDGAR E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HONGISTO, IVER O, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |

WR Grace PI

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BLACK, JANET W, HORD, CHARLIE R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HORNE, JIMMY R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HOUGHTON, HENRY M, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HUGHES, ALTON L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, HUGHES, ARTHUR A, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HUGHES, JACK B, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HUMPHRIES, BUDDY R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HUMPHRIES, JOHN F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HUMPHRIES, JR, ARCHIE, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, HUMPHRIES, LARRY K, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, INGLE, RONNIE L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, JACOBS, WILLIAM E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, JARRETT, BILLY B, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, JARRETT, DOUGLAS L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, JOHNSON, STEPHEN D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, JONES, JAMES M, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, JONES, RICHARD A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, JONES, RICHARD A, WARD BLACK LAW, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, JONES, WONNIE, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, JOYCE, WILLIAM D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, KEENE, CLEMENT, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, KETCHIE, RAY B, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, KIMBRELL, TOMMY G, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, KING, BOBBY D, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, KISNER, JAMES A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, KOEHLER, LEW, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, KRIDER, SR, THOMAS, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, LACKEY, PAUL G, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, LAMM, MATTHEW T, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, LANCASTER, ZENO B, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068    BLACK, JANET W, LANIER, JAMES E, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, LAVENDER, GARY, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21069    BLACK, JANET W, LAVENDER, PAUL, DONALDSON & BLACK, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, LEACH, RICHARD H, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, LEVERETT, ERNEST, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, LITTLE, THOMAS L, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21069    BLACK, JANET W, LOWMAN, THOMAS E, DONALDSON & BLACK, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, LUCKEY, CALVIN R, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, LUCKEY, SR, CLARENCE, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, LYNN, SAM L, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MABE, JR, WALTER H, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MAHAN, JAMES P, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MAHONEY, JR, JAMES T, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MANEY, ERNEST R, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MARTIN, RAY E, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MATTHEWS, LANIER E, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MAUNEY, EUNICE C, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MAUNEY, LEON B, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MAUNEY, ROBERT L, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MAXWELL, GENE, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MCALISTER, CLYDE R, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MCATEER, HAYWARD B, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MCCAIN, ROBERT D, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MCCALL, ARTHUR A, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MCCALL, BENJAMIN F, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21069    BLACK, JANET W, MCCALL, DONNIE, DONALDSON & BLACK, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MCCALL, FRANKLIN L, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MCCALL, JAMES D, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MCCALL, RUFUS S, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

21068    BLACK, JANET W, MCCASKILL, CALVIN, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
         GREENSBORO, NC, 27401-1307

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BLACK, JANET W, MCCRARY, SHERRELL P, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MCCRARY, SYLVIA G, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MCCRAW, PAUL C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MCGINNIS, CHARLES M, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MCKELVEY, WILLIAM P, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MCKEOWN, SR, LEE, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MCKNIGHT, CLYDE R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MCNAIR, GEORGE L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MERCER, BILLY, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MICHAEL, JOHN A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MILLER, HAYDEN C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MILLER, JIMMY G, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MILLER, RONDA W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MILLS, EDWARD R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, MILLS, HUBERT H, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MIXER, CARL M, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MOONEY, BENNY L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MOONEY, SR, WILLIAM L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MOORE, HARGET F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, MOORE, JOHN D, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MOORE, RAYMOND L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MOORE, TARLIE E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, MOOSE, PAUL G, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MOREE, KENNETH H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MORRIS, JAMES H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, MULKEY, JAMES W, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MULLIS, JAMES P, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, MULLIS, JERRY R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, MULLIS, L D, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, NATION, NEVERT L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | BLACK, JANET W, NAVEY, ERROLL, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, NAYLOR, WALTER M, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, NEAL, SR, JIMMY W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, NEWMAN, GEORGE H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, NOBLE, III, JOHN A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, OAKS, RACHEL H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, ODELL, BILLY, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, OWEN, CARROLL F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, OWEN, MARY M, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, OWENS, DONALD W, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, OWENS, PHILLIP E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PADGETT, OSWALD H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PAIGE, ROGER D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PARKER, CHARLES B, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, PARKER, ELMONIA R, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PARKER, JR, WILLIS L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PARKER, ROBERT C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PARRIS, JON A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PAYNE, JERRY, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PEELER, JOHN A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PETTY, DONALD E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PHILLIPS, TOMMY R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PONDER, ROSCOE H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, POOLE, FRANKLIN W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, POWELL, WILLIAM C, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, PRATT, GEORGE E, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PRESSLEY, DENNIS J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PRINCE, ONEAL, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, PURSLEY, KELLY D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, QUESINBERRY, EVERETTE L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BLACK, JANET W, RABY, CHARLES B, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, RAMSEY, ROY L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, REID, JERRY E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, RENDLEMAN, MELVIN E, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, RICHARDS, GERALD W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, ROBERTSON, DAVID M, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, ROGERS, JOE B, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, ROGERS, TONY E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, ROPER, REMUS L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, ROSEBORO, JOHNNY L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, RUSHING, KENNETH R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SAUNDERS, FRANK E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SAUNDERS, J A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SCHMIDT, ERWIN F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SCRUGGS, JOE, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SCRUGGS, ROGER, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SEAGLE, PAUL D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SENTELLE, DOUGLAS G, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SHAW, SR, RALPH G, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SHIRES, GENE A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SHOOK, VANCE F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SHOOK, VANCE R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SIEBER, WILLIAM A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SIMPSON, ROBERT J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SITTON, ED J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SITTON, NETTIE L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SLAUGHTER, EDWARD J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SMITH, ALBERT C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SMITH, BRUCE D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SMITH, CORRINE F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | BLACK, JANET W, SMITH, JACKSON J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SMITH, JOHN W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SMITH, KENNETH G, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, SMITH, RICHARD L, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SMITH, ROBERT A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SMITH, ROGER D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SMITH, TIMOTHY R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SMITH, WILLIAM E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SNIPES, BRADLEY H, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SPLAWN, LARRY, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SPLAWN, LISA J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, STALLINGS, CARLOS F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, STARNES, NICK W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, STARNES, RAY, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, STEELE, ERBIE L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, STEVENS, FRANK A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, STORY, FRANK T, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, STOUT, GARY L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, STROTHER, WILLIAM L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SUDDDRETH, CHARLES A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SUMMEY, CLYDE C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, SUTTON, LOYD L, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, TATE, BOBBY, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, TATE, JR, BEN J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, TEAGUE, JOHN D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, THOMAS, ROGER F, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, THOMAS, WILLIAM C, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, THOMPSON, CECIL B, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, THOMPSON, CHARLES E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, THOMPSON, WALTER D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   BLACK, JANET W, THORNTON, JAMES W, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, TIPTON, THOMAS C, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, TOLBERT, CLYDE L, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, TOLODZIECKI, JIMMY W, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, TOMLIN, ROBERT N, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, TUCKER, EDDIE, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, TURNER, DAVID R, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21069   BLACK, JANET W, UNDERWOOD, OSCAR, DONALDSON & BLACK, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21069   BLACK, JANET W, VINCENT, BEN G, DONALDSON & BLACK, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, VOGLER, ANDERSON L, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WAGNER, KENNETH L, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WALKER, JR, LUCIUS, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WALLER, LINDA C, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WALLER, SR, ROBERT L, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WALSER, WILFORD D, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21069   BLACK, JANET W, WALSH, JOSEPH A, DONALDSON & BLACK, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WALTERS, JAMES B, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WALTERS, SARAH B, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WARD, SEIBERT W, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WATSON, JUANITA W, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WATTS, JIMMIE G, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WEAST, ROGER C, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WHITE, FREDDIE W, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WHITEMIRE, CHARLES E, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WHITESIDE, SR, DAVID R, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WILLIAMS, ALBERT W, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WILLIAMS, JAMES H, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WILLIAMS, JAMES M, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21069   BLACK, JANET W, WILLIS, ROBERT S, DONALDSON & BLACK, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

21068   BLACK, JANET W, WILSON, CALVIN, DONALDSON & BLACK PA, 208 W WENDOVER AVE,
GREENSBORO, NC, 27401-1307

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BLACK, JANET W, WILSON, LARRY R, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21069 | BLACK, JANET W, WILSON, LINDA, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, WOODS, THOMAS J, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, WRIGHT, FELIX D, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, YOUNG, LARRY A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, YOUNG, SR, JAMES A, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JANET W, YOUNT, VICTOR E, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 |
| 21068 | BLACK, JIMMY L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLACK, JIMMY L, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530 |
| 21068 | BLACK, JOE M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BLACK, JOE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | BLACK, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BLACK, JOHN E, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339 |
| 21068 | BLACK, JOHN E, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | BLACK, JOHN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | BLACK, JOHN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | BLACK, JR, CHARLES, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | BLACK, JR, ROBERT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | BLACK, JR, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BLACK, JR, ROBERT, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | BLACK, KENNETH C, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | BLACK, KENNETH, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | BLACK, LAWRENCE R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | BLACK, LEROY W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | BLACK, LLOYD C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BLACK, LLOYD C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BLACK, MARY A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | BLACK, MARY A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | BLACK, MAURICE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BLACK, NEWTON, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | BLACK, PAMELA, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | BLACK, PAUL E, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | BLACK, PAUL E, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | BLACK, PAUL T, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | BLACK, PAUL V, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BLACK, RALPH W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BLACK, RALPH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BLACK, RAY J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | BLACK, RAY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | BLACK, ROBERT A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BLACK, ROBERT A, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225 |
| 21068 | BLACK, ROBERT A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | BLACK, ROBERT T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21069 | BLACK, ROGER, LIPSITZ, GREEN, FAHRINGER, ROLL, SAILSBURY & CAMBR, 42 DELAWARE AVENUE, BUFFALO, NY, 14202-2401 |
| 21068 | BLACK, RONALD, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BLACK, RONNIE O, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | BLACK, RONNIE O, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | BLACK, STANLEY, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLACK, STANLEY, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530 |
| 21068 | BLACK, VERNA M, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | BLACK, VERNA M, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | BLACK, VERNA M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BLACK, VICTOR E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BLACK, WADE N, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | BLACK, WILLIAM B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | BLACK, WILLIAM H, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298 |
| 21068 | BLACK, WILLIAM H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BLACK, WILLIAM H, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602 |
| 21068 | BLACK, WILLIAM L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | BLACK, WILLIAM M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BLACK, WILLIAM S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BLACK, WILLIE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BLACK, WILLIE H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | BLACK, WINSTON, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322 |
| 21068 | BLACKARD, MIDDLETON E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BLACKARD, MIDDLETON E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21069 | BLACKARD, WILLIAM G, HUNTON & WILLIAMS, RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD ST, RICHMOND, VA, 23219-4074 |
| 21069 | BLACKARD, WILLIAM G, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298 |
| 21068 | BLACKARD, WILLIAM G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BLACKBURN, BENJAMIN C, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | BLACKBURN, CHARLES W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   BLACKBURN, CHARLES W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BLACKBURN, DARWIN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   BLACKBURN, DONALD, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   BLACKBURN, DONALD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BLACKBURN, EDWARD Z, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   BLACKBURN, ERNEST R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BLACKBURN, ERNEST R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BLACKBURN, FREDDIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   BLACKBURN, FREDDIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   BLACKBURN, GENE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   BLACKBURN, GEORGE D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLACKBURN, GERALD L, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21068   BLACKBURN, HAZE, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21069   BLACKBURN, JACK, KAESKEREEVES LLP, 6301 GASTON AVENUE, SUITE 735, DALLAS, TX, 75214

21068   BLACKBURN, JIMMY E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   BLACKBURN, JOE W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLACKBURN, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BLACKBURN, JR, EDDIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BLACKBURN, MELVIN G, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   BLACKBURN, NORMAN E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   BLACKBURN, PAUL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BLACKBURN, PHILLIP, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   BLACKBURN, WILLIAM K, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757

21068   BLACKBURN, WILLIAM K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLACKEN, MELVIN L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLACKERBY, FRED C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BLACKERBY, LEON E, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   BLACKERBY, RODNEY W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BLACKERBY, ROY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   BLACKETER, JAMES, MALONEY, MARTIN & MITCHELL, LLP, MIKE MARTIN, 3401 ALLEN PARKWAY STE 100, HOUSTON, TX, 77019

21068   BLACKLEDGE, CHARLES R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   BLACKLEDGE, CHARLES R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   BLACKLEDGE, CHARLES T, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   BLACKLEDGE, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BLACKLEDGE, CHARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | BLACKLEDGE, CLYDE E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLACKLEDGE, CLYDE E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BLACKLEDGE, DAVID A, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BLACKLEDGE, DAVID A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21069 | BLACKLEDGE, DAVID A, ROBERT SULLIVAN, PO BOX 45, LAUREL, MS, 39441-0045 |
| 21068 | BLACKLEDGE, GLENN H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLACKLEDGE, GLENN H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BLACKLEDGE, JASPER X, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLACKLEDGE, JEFFIE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | BLACKLEDGE, JEFFIE R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | BLACKLEDGE, JOHN B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLACKLEDGE, JOHN B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BLACKLEDGE, JOHN D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLACKLEDGE, JOHN D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BLACKLEDGE, JR, J D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLACKLEDGE, LAMAR, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLACKLEDGE, LAMAR, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BLACKLEDGE, LARRY W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLACKLEDGE, LAVELLE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLACKLEDGE, LAVELLE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BLACKLEDGE, LEROY D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BLACKLEDGE, LEROY D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21069 | BLACKLEDGE, LEROY D, ROBERT SULLIVAN, PO BOX 45, LAUREL, MS, 39441-0045 |
| 21068 | BLACKLEDGE, MAE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | BLACKLEDGE, S L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BLACKLEDGE, VICTOR, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | BLACKLEDGE, VICTOR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BLACKLEDGE, VICTOR, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BLACKLEDGE, WINFRED L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BLACKLIDGE, KENNETH, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLACKMAN, BILLY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | BLACKMAN, CHARLIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   BLACKMAN, CHARLIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BLACKMAN, JIMMY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BLACKMER, CORAL, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   BLACKMER, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BLACKMON, ANNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   BLACKMON, ANNIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   BLACKMON, ARTHUR L, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   BLACKMON, BRENDA W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   BLACKMON, BRENDA W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   BLACKMON, DONALD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   BLACKMON, FRED L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BLACKMON, HOWARD N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLACKMON, JAMES A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BLACKMON, JAMES E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   BLACKMON, JAMES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BLACKMON, JIMMIE L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   BLACKMON, JR, CHESTER, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   BLACKMON, JR, HENRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLACKMON, JR, HENRY, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   BLACKMON, JR, SAM, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   BLACKMON, KENNETH, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   BLACKMON, LEE R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BLACKMON, LILLIE M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   BLACKMON, LILLIE M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   BLACKMON, LINDA S, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   BLACKMON, LINDA S, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   BLACKMON, LLOYD, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   BLACKMON, MARY C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BLACKMON, MARY C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BLACKMON, MORGAN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   BLACKMON, PEARL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BLACKMON, PEARL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BLACKMON, RAMONA P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BLACKMON, RAMONA P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BLACKMON, RITA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BLACKMON, RITA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  BLACKMON, ROY, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068  BLACKMON, SPURGEON H, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  BLACKMON, SR, GEORGE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  BLACKMON, WILLIAM C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  BLACKMON, WILLIE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  BLACKMORE, LEE G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BLACKSHEAR, WILLIE, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068  BLACKSHER, BURFORD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  BLACKSTOCK, BILLY F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BLACKSTOCK, BILLY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  BLACKWELL, ALMA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  BLACKWELL, ALMA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  BLACKWELL, BOBBY H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  BLACKWELL, BOBBY Q, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  BLACKWELL, BOBBY Q, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  BLACKWELL, CAROL, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  BLACKWELL, CECIL G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  BLACKWELL, CECIL G, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  BLACKWELL, CECIL, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  BLACKWELL, CHARLES D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BLACKWELL, CHARLES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BLACKWELL, DAVID L, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  BLACKWELL, DONALD, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068  BLACKWELL, DUDE L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  BLACKWELL, DUDE L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  BLACKWELL, EDITH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  BLACKWELL, EDITH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  BLACKWELL, ELMER R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BLACKWELL, FLOSSIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  BLACKWELL, FRANCES L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  BLACKWELL, FRANCES L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  BLACKWELL, FRANKLIN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BLACKWELL, GREGORY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  BLACKWELL, HAROLD G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  BLACKWELL, HENRY P, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068　BLACKWELL, HERMAN S, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068　BLACKWELL, HERMAN S, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068　BLACKWELL, HUGH B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068　BLACKWELL, IRVIN V, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068　BLACKWELL, JACK B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068　BLACKWELL, JACK B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21069　BLACKWELL, JACK B, ROBERT SULLIVAN, PO BOX 45, LAUREL, MS, 39441-0045

21068　BLACKWELL, JACQUELINE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069　BLACKWELL, JACQUELINE, PLAUT, LIPSTEIN, COHEN, 12600 W COLFAX AVE, SUITE C-400, LAKEWOOD, CO, 80215

21068　BLACKWELL, JAMES A, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068　BLACKWELL, JAMES A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068　BLACKWELL, JAMES A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068　BLACKWELL, JAMES B, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068　BLACKWELL, JAMES L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　BLACKWELL, JAMES L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068　BLACKWELL, JERRY E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068　BLACKWELL, JIMMIE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068　BLACKWELL, JOHN A, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068　BLACKWELL, JOHN H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068　BLACKWELL, JOHN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068　BLACKWELL, JR, MANSON, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068　BLACKWELL, JR, ULYSSES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068　BLACKWELL, LARRY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068　BLACKWELL, LARRY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068　BLACKWELL, LEON M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068　BLACKWELL, LEON M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068　BLACKWELL, LONNIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068　BLACKWELL, LUCIAN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068　BLACKWELL, MICKEY R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068　BLACKWELL, MICKEY R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068　BLACKWELL, NELL C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068　BLACKWELL, NELL C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068　BLACKWELL, PHILLIP, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   BLACKWELL, ROBERT F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BLACKWELL, ROGER L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   BLACKWELL, ROGER L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   BLACKWELL, ROGER, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   BLACKWELL, ROGER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLACKWELL, ROGER, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   BLACKWELL, ROY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BLACKWELL, RUTH, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   BLACKWELL, RUTH, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   BLACKWELL, VICTOR P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BLACKWELL, W P, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   BLACKWELL, WILLIAM A, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   BLACKWELL, WILLIE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BLACKWELL, WINDELL G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   BLACKWELL, WINDELL G, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   BLACKWELL, WOODROW, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BLACKWOOD, CARL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   BLACKWOOD, HESTLE B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BLACKWOOD, THOMAS W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   BLAGG, THOMAS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   BLAGIO, CLARENCE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BLAGIO, CLARENCE E, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   BLAGNIK, LEO E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   BLAHOFSKI, FRANK J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   BLAHOSKI, RONALD, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495

21068   BLAIKIE, JR, GEORGE W, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   BLAIN, DONALD G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BLAIN, JESSIE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLAINE, ARVIS, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   BLAIR, BRUCE, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   BLAIR, CARLTON C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BLAIR, CATHERINE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   BLAIR, CATHERINE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   BLAIR, CECIL H, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BLAIR, CHARLES E, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | BLAIR, DONALD K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | BLAIR, DONALD K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | BLAIR, ELMER O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BLAIR, G B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BLAIR, GEORGE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | BLAIR, HARLEY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BLAIR, HOWARD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BLAIR, JESSE, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | BLAIR, JOHN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | BLAIR, JR, EDWARD, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712 |
| 21068 | BLAIR, JR, EDWARD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BLAIR, LEO J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | BLAIR, LEON, DEUTSCH ATKINS, ANDREW MOSKOWITZ, COURT PLAZA N 25 MAIN ST, HACKENSACK, NJ, 07601 |
| 21068 | BLAIR, LEWIS, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906 |
| 21068 | BLAIR, LOIS V, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | BLAIR, LOIS V, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | BLAIR, LOUIS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | BLAIR, MILLARD, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | BLAIR, NORMAN A, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21069 | BLAIR, PERRY E, THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | BLAIR, PETE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BLAIR, PETE W, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712 |
| 21068 | BLAIR, RAYMOND, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | BLAIR, RAYMOND, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BLAIR, RAYMOND, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | BLAIR, ROOSEVELT, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | BLAIR, RUSSELL, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | BLAIR, SR, ROBERT G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BLAIR, WILLIAM B, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | BLAIR, WILLIAM C, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 |
| 21068 | BLAIR, WILLIAM E, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101 |
| 21068 | BLAIS, CONSTANT N, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BLAIS, JOSEPH, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | BLAISDELL, HAROLD W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BLAIT, ERNEST L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | BLAJESKI, JOHN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |