**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   BLAKE, ALBERT L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLAKE, BARRY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   BLAKE, BOBBY J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BLAKE, BOBBY J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BLAKE, CARL, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   BLAKE, CARL, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   BLAKE, DAVID G, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   BLAKE, EDDIE N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BLAKE, EUGENE S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BLAKE, MICHAEL B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BLAKE, ODELL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   BLAKE, ODELL, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   BLAKE, PAUL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BLAKE, PAUL, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068   BLAKE, PETER, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   BLAKE, PETER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLAKE, RICHARD A, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   BLAKE, RUEBEN E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   BLAKE, WALTER S, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517

21068   BLAKE, WALTER S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BLAKE, WILLIAM D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLAKE, WILLIAM H, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   BLAKE,III., HENRY F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BLAKELY, CURTIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   BLAKELY, CURTIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   BLAKELY, GARY, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   BLAKELY, GEO B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BLAKELY, GEORGE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BLAKELY, HAROLD J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   BLAKELY, HAROLD J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   BLAKELY, IRENE V, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BLAKELY, LUMOUS, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   BLAKELY, LUMOUS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLAKELY, LUMOUS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BLAKELY, PAUL R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   BLAKELY, PERRY E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BLAKELY, W S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BLAKELY, W S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BLAKENEY, BIDWELL H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLAKENEY, BIDWELL H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BLAKENEY, CECIL R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | BLAKENEY, CECIL R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | BLAKENEY, DALLAS J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BLAKENEY, DOROTHY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | BLAKENEY, DOROTHY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | BLAKENEY, FRANK, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BLAKENEY, GEORGE W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLAKENEY, GEORGE W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BLAKENEY, HILTON D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BLAKENEY, JANE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | BLAKENEY, JANE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | BLAKENEY, JOHN B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLAKENEY, JOHN B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BLAKENEY, ROBERT, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BLAKENEY, ROBERT, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21069 | BLAKENEY, ROBERT, ROBERT SULLIVAN, PO BOX 45, LAUREL, MS, 39441-0045 |
| 21068 | BLAKENEY, SAM, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BLAKENEY, SR, E T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BLAKENEY, THOMAS, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | BLAKENEY, THOMAS, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21069 | BLAKES, ALFORN, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965 |
| 21068 | BLAKES, BARBARA X, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | BLAKES, SAMUEL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | BLAKES, SR, MANUEL, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | BLAKESLEY, GORDON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | BLAKLEY, DONALD, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107 |
| 21068 | BLAKLEY, EARLEAN B, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | BLAKLEY, EARLEAN B, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21069 | BLAKNEY, BOBBY L, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712 |
| 21068 | BLAKNEY, BOBBY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BLAKNEY, GRACE T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BLAKNEY, JOHN W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLAKNEY, PENDOVIES, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21069 | BLAKNEY, SAM, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712 |
| 21068 | BLAKNEY, SAM, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   BLAKNEY, WYMAN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   BLALOCK, ALBERT M, GREEN & BLACK LLP, 440 LOISIANNA, 200 LYRIC CENTRE, HOUSTON, TX, 77002

21069   BLALOCK, ALBERT S, GREEN & BLACK LLP, 440 LOISIANNA, 200 LYRIC CENTRE, HOUSTON, TX, 77002

21068   BLALOCK, HILTON, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   BLALOCK, JEFFREY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   BLALOCK, JESSE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BLALOCK, JESSE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BLALOCK, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLALOCK, JR, ANDREW C, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   BLALOCK, LAWRENCE E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   BLALOCK, LAWRENCE E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   BLALOCK, ROY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BLALOCK, SR, MARTIN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   BLALOCK, SR, MARTIN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   BLANC, JAMES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BLANCATO, RICHARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   BLANCH, JOSEPH E, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068   BLANCHARD, ALAN J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BLANCHARD, ALAN J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BLANCHARD, CHARLES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLANCHARD, CLARENCE J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   BLANCHARD, CURTIS O, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BLANCHARD, EDWARD F, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   BLANCHARD, FRANNIE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   BLANCHARD, JAMES M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLANCHARD, JAMES P, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   BLANCHARD, JAMES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLANCHARD, JAMES W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   BLANCHARD, JR, JOHN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   BLANCHARD, JR, JOHN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   BLANCHARD, JR, LLOYD, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   BLANCHARD, JR, LLOYD, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   BLANCHARD, JR, PETER C, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   BLANCHARD, LARRY P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BLANCHARD, ORA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BLANCHARD, RICHARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  BLANCHARD, ROBERT V, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BLANCK, WILLIAM, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  BLANCO, AMILCAR, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  BLANCO, GERTRUDIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BLANCO, JR., ARISTEO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BLANCO, MANUEL S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BLAND, ANITA, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  BLAND, CARL W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  BLAND, CHARLES, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  BLAND, CHARLES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  BLAND, CHARLES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  BLAND, CHRISTOPHER C, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068  BLAND, ELBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  BLAND, ELBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  BLAND, GEORGIA, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  BLAND, HENRY L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  BLAND, JACK, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  BLAND, JODIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  BLAND, JOHN H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  BLAND, LESLIE C, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  BLAND, LOYD E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  BLAND, RUFUS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  BLAND, SR, ALLEN, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  BLANDFORD, CLEMENT L, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  BLANDING, ANNIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  BLANDING, ANNIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  BLANDING, ETHEL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  BLANDING, LEROY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BLANDINI, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  BLANEY, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BLANEY, JOHN W, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  BLANGO, EARL A, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21069  BLANGUART, PAUL D, SKLARZ, EARLY & AVALLONE, 700 STATE ST, PO BOX 872, NEW HAVEN, CT, 06508

21069  BLANK, WILLIAM, KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS, 171 TWELFTH STREET, THIRD FLOOR, OAKLAND, CA, 94607

21068  BLANKENSHIP, ALBERT V, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  BLANKENSHIP, ANDY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |
| 21068 | BLANKENSHIP, BILLY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | BLANKENSHIP, BILLY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BLANKENSHIP, CARL F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BLANKENSHIP, CLYDE D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BLANKENSHIP, CURTIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BLANKENSHIP, DEXIL, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | BLANKENSHIP, FRANK E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | BLANKENSHIP, GEORGE OTIS, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | BLANKENSHIP, GREGORY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BLANKENSHIP, JAMES A, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917 |
| 21068 | BLANKENSHIP, JAMES A, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046 |
| 21068 | BLANKENSHIP, JAMES G, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | BLANKENSHIP, JERRY E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BLANKENSHIP, JOHN T, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | BLANKENSHIP, JOHN T, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | BLANKENSHIP, JR, DOYLE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | BLANKENSHIP, L Z, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | BLANKENSHIP, L Z, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | BLANKENSHIP, MARY H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | BLANKENSHIP, MARY H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | BLANKENSHIP, P M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BLANKENSHIP, P M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BLANKENSHIP, ROBERT R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BLANKENSHIP, RONALD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BLANKENSHIP, ROY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BLANKENSHIP, TEDDY O, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | BLANKENSHIP, TOLIVER, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BLANKENSHIP, TROY R, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | BLANKENSHIP, ZOLA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | BLANKENSHIP, ZOLA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | BLANKENSTEIN, BILLY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BLANKERT, LUIT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | BLANKS, DOZIER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BLANKS, INEZ W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | BLANKS, INEZ W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | BLANKS, PATRICIA H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   BLANKS, VINCENT B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLANKS, WILLIAM H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BLANKS, WILLIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLANKS, WILLIE J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   BLANN, JAMES D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLANN, TONY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   BLANN, TONY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLANN, TONY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BLANSCET, ROY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLANSETT, BENNIE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   BLANTON, AARON A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLANTON, CARROL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLANTON, CURTIS, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069   BLANTON, GLENN, BLATT & FALES, PO BOX 365, BARNWELL, SC, 29812

21068   BLANTON, KENNETH R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLANTON, LARRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLANTON, RUDOLPH, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   BLANTON, WILFORD T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLANTON, ZOYA A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BLASCHKE, SR, DONALD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLASDELL, WALTER, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21069   BLASDELL, WALTER, SWANSON, THOMAS & COON, 900 AMERICAN BANK BLDG, 820 S W 2ND AVE STE 200, PORTLAND, OR, 97204-3087

21068   BLASE, RAYMOND, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21069   BLASINGAME, DONALD, THE FLOYD LAW FIRM PC, 8151 CLAYTON RD STE 202, ST. LOUIS, MO, 63117-1103

21068   BLASINGAME, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BLASKOVICH, JR, JOHN P, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   BLASSER, NEVIN L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BLATT, WILLIAM, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21069   BLAUFUSS, FRED C, DONALD EARNSHAW, 512 ELKWOOD MALL, CENTER BUILDING, OMAHA, NE, 68105

21068   BLAUFUSS, FRED C, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   BLAWAT, HARRY J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   BLAXTON, JULIAN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BLAYHUT, DONALD A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   BLAYLOCK, BILLIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLAYLOCK, HOLLIS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BLAYLOCK, JOHN A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

---

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   BLAYLOCK, JOHN A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BLAYLOCK, PARSE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLAZEK, THOMAS R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   BLAZER, ROBERT L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   BLEAK, WARREN P, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BLEAK, WARREN P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLEAKNEY, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BLEAM, LEIDY T, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   BLEDSOE, BOBBY E, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   BLEDSOE, BOBBY E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BLEDSOE, FRED, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   BLEDSOE, HUGH P, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   BLEDSOE, HUGH P, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   BLEDSOE, KELLY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   BLEDSOE, ROBERT D, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   BLEDSOE, THURMAN, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   BLEDSOE, TROY J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   BLEEMEL, GENE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   BLEICH, SR, JOSEPH S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLEICH, SR, JOSEPH S, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   BLEIMEYER, RUSSELL A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLENDY, HARRY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   BLENDY, WILLIAM H, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   BLESDOE, MOREECE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   BLESKOSKI, JOSEPH, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   BLESKOSKI, JOSEPH, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21069   BLESSINGER, PETER, SACKS SACKS, 150 BROADWAY 4TH FL, NEW YORK, NY, 10038

21068   BLEVINS, ALBERT B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BLEVINS, AVERY G, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   BLEVINS, BENNY J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BLEVINS, CHARLES, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   BLEVINS, CHARLES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BLEVINS, CLARENCE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BLEVINS, CLEOPHUS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BLEVINS, DONALD, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   BLEVINS, HARLEY, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   BLEVINS, IRVIN A, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   BLEVINS, JAMES, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   BLEVINS, JR, ARM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BLEVINS, JR, CHESTER C, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   BLEVINS, LARRY T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BLEVINS, MICHAEL D, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   BLEVINS, PAUL S, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   BLEVINS, PAUL S, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   BLEVINS, ROLLIE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   BLEVINS, RONALD E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLEVINS, SR, PAUL S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   BLEVINS, THEODORE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   BLEVINS, THOMAS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BLEVINS, WILLIAM, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   BLEVINS, WILLIE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   BLEVINS, WILLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLEVINS, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BLEWETT, RALEIGH E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   BLIESE, DALE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BLIND, KEITH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BLINE, GERALD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   BLINEBURY, CHARLES, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   BLINKY, GEORGE, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068   BLINN, GERALD W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BLINN, SR, RONALD L, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   BLISS, GERALD K, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   BLISS, GERALD K, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   BLISS, MAURICE A, RATINER, REYES & O'SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21069   BLISS, RUSSELL, VENABLE & VENABLE, 205 S HOOVER BLVC, TAMPA, FL, 33609-3591

21069   BLISS, RUSSELL, VENABLE & VENABLE, 4902 ANDROS DR, TAMPA, FL, 33629-4802

21068   BLISSARD, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BLISSARD, WELSEY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   BLISSARD, WELSEY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   BLISSETT, CATHY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   BLISSETT, CATHY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLISSETT, CATHY, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   BLISSETT, CATHY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BLISSETT, ROY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLISSICK, DONALD, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   BLIZMAN, THOMAS E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BLIZMAN, THOMAS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BLIZZARD, BETTY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   BLIZZARD, CALVIN R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLIZZARD, ILLINE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLIZZARD, JR, ISAIAH, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLIZZARD, JR, JESSE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLIZZARD, LOUIS W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLIZZARD, LUTHER J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLIZZARDS, SR, JAMES F, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLOCHO, JOHN P, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   BLOCK, CLARENCE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BLOCK, CLARENCE E, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068   BLOCK, CLAUDE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BLOCK, EDDIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   BLOCK, EDDIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLOCK, EDDIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BLOCK, HYMAN, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   BLOCK, JEWEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLOCK, JOHN H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   BLOCK, MARTIN R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BLOCK, SAMUEL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BLOCK, SAMUEL L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   BLOCKER, CHARLES E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   BLOCKER, CHARLES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLOCKER, CHARLES E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   BLOCKER, JAMES F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BLOCKER, JAMES F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BLOCKER, JOSEPH A, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   BLOCKER, ROBERT D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    BLOCKER, SR, CLYDE A, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    BLOCKMON, CHARLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    BLOCKMON, CHARLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    BLOCKMON, CHRISTINE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    BLOCKMON, CHRISTINE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    BLODGETT, ELMER D, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068    BLODGETT, JESSE L, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068    BLODGETT, LARRY G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    BLODGETT, THURMAN J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    BLOHM, DANIEL A, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068    BLOHM, LELAND W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BLOIR, WILLIAM C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BLOMEKE, THOMAS F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BLONDEAX, RAYMOND R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BLONG, STEWART, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21069    BLOOD, PAUL C, LUNDY & DAVIS, L L P, HIBERNIA TOWER, 501 BROAD STREET, PO BOX 3010, LAKE CHARLES, LA, 70602

21068    BLOODSWORTH, FLORENCE P, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    BLOODSWORTH, FLORENCE P, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    BLOODSWORTH, JR, JOHNNIE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    BLOODWORTH, ALBERT M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    BLOODWORTH, ELLIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    BLOODWORTH, J D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    BLOODWORTH, JAMES P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    BLOODWORTH, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    BLOODWORTH, JUANITA E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    BLOODWORTH, JUANITA E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    BLOODWORTH, MADELINE G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    BLOODWORTH, MAXINE G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    BLOOM, CHARLES R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    BLOOM, JACK V, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    BLOOM, RALPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BLOOM, RALPH, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068    BLOOMER, CLARENCE B, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    BLOOMFIELD, EDGAR, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

**Svc Lst   Name and Address of Served Party**

21068   BLOOMINGBURG, HENRY T, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   BLOOMINGDALE, JOSEPH, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   BLOSS, SANDERS A, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   BLOSSER, CHARLES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BLOUIN, JAMES, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   BLOUIN, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BLOUIN, ROGER J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BLOUIR, SHARKIE E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   BLOUNT, CHARLES E, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21069   BLOUNT, CHARLES E, MCCURDY & MCCURDY, 44 MONTGOMERY STREET, 8TH FLOOR, SAN FRANCISCO, CA, 94104

21068   BLOUNT, DONALD G, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   BLOUNT, FARRIS G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   BLOUNT, FARRIS G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   BLOUNT, JAMES E, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   BLOUNT, JAMES J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   BLOUNT, JAMES P, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   BLOUNT, JAMES, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   BLOUNT, KENNETH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   BLOUNT, KENNETH, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   BLOUNT, MICHAEL A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BLOUNT, NATHANIEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BLOUNT, NATHANIEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BLOUNT, OSBORNE J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLOUNT, ROBERT E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLOUNT, ROBERT W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BLOUNT, SR, GEORGE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLOUNT, WAYNE, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   BLOUNT, WILLIAM J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLOW, FREDERICK A, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   BLOW, JOSEPH D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLOW, MELVIN, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   BLOWE, JR, HAROLD L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BLOWE, WILLIAM, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BLOWE, WILLIAM, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | BLOWER, WILLIAM A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BLOWER, WILLIAM A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BLOYD, RONALD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BLUDAU, RAYMOND, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | BLUE, DAVID L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | BLUE, DAVID L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | BLUE, JAMES P, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLUE, KENNETH R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BLUE, MACK E, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | BLUE, MACK E, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108 |
| 21068 | BLUE, MARY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | BLUE, MARY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | BLUE, MIKE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | BLUE, SAMUEL D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | BLUM, GARY R, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | BLUM, HOWARD E, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | BLUM, HOWARD E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | BLUM, HOWARD, JENKINGS & JENKINS, P C, 604 WEST MAIN STREET, WAXAHACHIE, TX, 75168 |
| 21068 | BLUM, HOWARD, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | BLUM, THOMAS D, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | BLUME, RICHARD K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BLUME, ROBERT E, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | BLUNK, BARRY H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | BLUNK, JOE H, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | BLUNK, JOE H, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | BLUNT, CASEY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | BLUNT, DAVID, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | BLUNT, JOHN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | BLUNT, JOHN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | BLUNT, SR, HENRY L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | BLUNTSCHLY, MURL D, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | BLUSE, NOEL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BLY, GORDON W, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | BLYSTONE, HOMER E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  BLYTHE, HAROLD T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  BLYTHE, HOMER R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  BLYTHE, JIMMY C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  BLYTHE, JIMMY C, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  BLYTHE, JR, LUTHER J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BLYZES, TRENTIS P, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  BOAGNI, SR, HERBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BOAN, LATTA B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BOAN, WADE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  BOANO, JACK D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  BOANO, JACK D, JOHN J DUFFY & ASSOCIATES, 23823 LORAIN ROAD, SUITE 270, NORTH OLMSTED, OH, 44070

21068  BOARDMAN, ROBERT, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  BOARDWINE, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  BOARIU, JOHN, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  BOARIU, JOHN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  BOARIU, RANDALL J, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068  BOARIU, TERRY, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21069  BOARMAN, FRANCIS A, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068  BOARMAN, FRANCIS A, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069  BOARMAN, FRANCIS A, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068  BOAST, JOHN L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  BOASTON, BESSIE M, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  BOATENREITER, BRUCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BOATENREITER, BRUCE, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  BOATMAN, GEORGE M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BOATNER, CLAUDE, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  BOATNER, CLAUDE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  BOATRIGHT, KEVIN, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  BOATRIGHT, WALLACE C, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21069  BOATWRIGHT, AUBREY, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712

21068  BOATWRIGHT, AUBREY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  BOATWRIGHT, BILLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  BOATWRIGHT, CLARENCE W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  BOATWRIGHT, DAVID B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | BOATWRIGHT, HUBERT R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | BOATWRIGHT, JAMES P, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | BOATWRIGHT, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BOB, SR, JOSEPH A, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | BOBADILLA, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | BOBAK, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BOBB, ALBERT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | BOBB, HAROLD, 6123 SHADY TIMBERS DR, HOUSTON, TX, 77016 |
| 21068 | BOBB, HAROLD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BOBBITT, GERALDINE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | BOBBITT, HARRY M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BOBBITT, ROBERT E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21069 | BOBBS, LAWRENCE, TIMBY & DILLON P C, PO BOX 99, 330 S STATE STREET, NEWTOWN, PA, 18940 |
| 21068 | BOBBY, GEORGE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BOBBY, GEORGE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BOBBY, WILLIAM D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BOBER, FRANCIS, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | BOBER, FRANCIS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BOBER, PAUL E, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | BOBER, ROBERT, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | BOBER, ROBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BOBIN, CHARLES F, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | BOBO, DONALD B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BOBO, FRANCIS, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | BOBO, FRANCIS, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | BOBO, JAMES, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501 |
| 21068 | BOBO, JAMES, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 |
| 21068 | BOBO, JAMES, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | BOBO, JOHN H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BOBO, JONNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | BOBO, JONNIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | BOBO, RUFUS T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | BOBO, SR, JOHN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BOBO, WINFRED, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BOBO, WOODIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BOBROWSKI, THADDEUS, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  BOCARD, ALTON J, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  BOCARD, ALTON, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  BOCARD, ALTON, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  BOCCHINO, RALPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  BOCCIA, RICHARD A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  BOCHICCHIO, WILLIAM, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  BOCHICHIO, ANTHONY, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  BOCHICHIO, LUCIAN K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  BOCK, ALVIN E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  BOCK, CLARENCE W, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  BOCK, EDWARD W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  BOCK, RONALD J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BOCK, WILLARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  BOCKHORN, HAROLD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  BODACH, ALEX, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  BODDIE, JAMES P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BODDIE, RUFUS C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BODDY, CHARLES H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  BODDY, JAMES D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  BODDY, JAMES D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  BODELL, LAWRENCE C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BODIE, EUTAW C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  BODIE, HARRY, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21069  BODIE, NAGLE, DOLINA, SMITH & HOBBS, P A, TOWNSON OFFICE, 21 W SUSQUEHANNA AVE, TOWSON, MD, 21204-5279

21068  BODIN, FRANCIS E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  BODIN, FRANCIS E, PLAUT, LIPSTEIN, COHEN, 12600 W COLFAX AVE, SUITE C-400, LAKEWOOD, CO, 80215

21068  BODINE, JR, JAY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  BODINE, LARRY W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  BODINE, LARRY W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  BODKIN, ODES J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  BODLEY, JACOB, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  BODLEY, JACOB, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  BODLEY, JACOB, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   BODNAR, TEDOR, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BODNER, HENRY T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BODNER, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BODNER, PAUL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   BODNER, RUPERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BODOVSKY, DONALD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BODOVSKY, DONALD E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   BODSFORD, ADDIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BODTKE, REIN H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   BODY, BETTY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BODY, BETTY J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   BODY, MARY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BODY, MARY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BODZIOK, RUTH, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   BOE, EDWIN I, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BOE, EDWIN I, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   BOE, KNUD, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   BOECHLER, JEANETTE, ALM, MAURITZ, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, ANVIK, DOUGLAS M, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, ANVIK, NORMAN, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, ANVIK, OTTO, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, BACKMAN, NORLIN O, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, BAILLY, ALPHONSE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, BAUDIEN, KENNETH E, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, BENTLEY, WILLIAM H, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, BIRST, RAYMOND W, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, BOLKEN, CLARENCE G, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, BORLAUG, WILLARD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, BOSCH, JOSEPH, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, CARUFEL, ROBERT E, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, COMEAU, MAURICE J, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BOECHLER, JEANETTE, CRAWFORD, BILLIE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BOECHLER, JEANETTE, DOCKTER, ARNOLD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, DOERR, EMIL W, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, EHRETH, MICHAEL W, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, ERETH, WILLIAM, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, ERICKSON, VERNON, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, EWINE, JOHN D, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, FATELEY, CLARENCE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, FERDERER, LEO G, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, FISH, LEO W, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, FLECT, ALPHONSE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, FREDERICKSON, FRED, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, FREIDT, STANLEY, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, FRIED, HERBERT, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, GARTNER, HERBERT, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, GAY, MARLIN L, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, GAYLORD, JOSEPH, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, GILBERT, SR., ARNOLD C, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, GOLDADE, LEO, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, GRIFFIN, GLEN, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, GUSTAFSON, ELMER A, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, HALL, EARL D, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, HARRIS, ROGER, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, HATZENBIHLER, BETTY, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, HEID, LLOYD R, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, HEMPEL, PAUL, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, HERBERG, HOWARD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, HILZENDEGER, MIKE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, HOCHHALTER, EUGENE R, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, HOGLUND, HELMER, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, HUELSMAN, ALLEN, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BOECHLER, JEANETTE, JACOBS, JEROME, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, JASKOVIAK, BOYD F, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, JENSEN, SVEND, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, JESSEN, DOUGLAS, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, JOHNSON, RAYMOND D, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, KADY, KENNETH, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, KARCH, GERALD L, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, KARY, TED, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, KETTLESON, CREIGHTON G, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, KINDSVOGEL, EDMUND, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, KING, NORMAN K, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, KOENIG, VIRGIL D, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, KRAFT, SABASTIAN, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, KROH, MELVIN, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, LANTZ, MAHLON, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, LEINGANG, JOSEPH T, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, LEINGANG, RICHARD N, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, LIPP, MARTIN F, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, LIPPERT, EARL F, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, LOEBECK, ALVIN J, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, LUCIER, RONALD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, MANOLOVITZ, FRANK, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, MCCULLEY, LORRAINE E, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, MILLER, ARNOLD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, MONZELOWSKI, ERASMUS, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, NIXON, ALVIE E, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, OSHEA, DENNIS, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, OST, THEODORE R, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, PASCHKE, ARNOLD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | BOECHLER, JEANETTE, PERMAN, WESLEY A, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068    BOECHLER, JEANETTE, PERRY, DARRELL R, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, PETRASEK, ALBERT J, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, QUASHNICK, WALTER, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, RALL, ALBERT, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, RAMBUR, THOMAS M, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, RAMSETT, RICHARD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, RUELLE, JAMES, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SATERMO, DALE V, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SCHAFF, JACK, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SCHIERMEISTER, VICTOR N, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SCHMIDT, DAVID L, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SCHNEIDER, JOSEPH F, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SCHNEIDER, PETER, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SCHUTT, EMANUEL, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SELFORS, DUANE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SENGER, JOE A, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SENNE, RUSSELL F, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SETTERLUND, EARL R, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SHELDON, DARYL, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SHELDON, GERARD M, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SKAGER, MELVIN E, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SLAGLE DEC'D., JERALD DALE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SLAVICK, LAYMAN, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, STIMAC, JOHN, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, STUMPF, DONALD R, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SULLIVAN, LARRY H, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SUMPTER, RAYMOND, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, SUNDBY, ALAN A, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, THOMAS, PHILIP, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    BOECHLER, JEANETTE, TOEPKE, WALLACE E, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst | Name and Address of Served Party

---

21068  BOECHLER, JEANETTE, VOEGELE, GUSTOF, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068  BOECHLER, JEANETTE, WALLACE, LESTER, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068  BOECHLER, JEANETTE, WARD, MILAN E, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068  BOECHLER, JEANETTE, WENDT, FRED, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068  BOECHLER, JEANETTE, WOODS, WILLIAM B, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068  BOECHLER, JEANETTE, ZACHMEIER, DUWAYNE R, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068  BOECHLER, JEANETTE, ZACHMEIER, RICHARD G, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068  BOECHLER, JEANETTE, ZACHMEIER, WILLIAM R, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068  BOECHLER, JEANETTE, ZOLLER, JAMES P, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068  BOEDDEKER, ROBERT A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  BOEHL, LEROY A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BOEHNER, JOHN F, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  BOEHNER, JOHN F, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068  BOERKE, HAROLD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  BOERSMAN, GEORGE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  BOERUP, JR, RAYMOND H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BOESCH, OTTO A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BOETTCHER, CARL, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  BOETTCHER, HANS M, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  BOETTCHER, HENRY A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  BOETTCHER, RICHARD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  BOEVING, JOE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  BOEVING, JOE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  BOFINGER, CHARLES J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  BOGA, ROBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  BOGACKI, JR, LEONARD J, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068  BOGACKI, SR, LEONARD J, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068  BOGAN, CHARLES A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BOGAN, FLORENCE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  BOGAN, FLORENCE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21069  BOGAN, LARRY J, COOK, DOYLE & BRADSHAW, LLP, 1211 LAMAR ST STE 1300, HOUSTON, TX, 77010-3015

21069  BOGAN, LARRY J, COOK, DOYLE & BRADSHAW, LLP, 1401 MC KENNY STE 1800, HOUSTON, TX, 77010

21068  BOGAN, LAUVARN, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BOGAN, LAUVARN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BOGAN, LAUVARN, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | BOGAN, LONNIE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BOGAN, WILBURT, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | BOGANY, AXSTELL, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21069 | BOGDAN, ERIC, BURFORD, DONALD M, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21069 | BOGDAN, ERIC, EDWARDS, JAMES H, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21069 | BOGDAN, ERIC, VILLARREAL, ELOY P, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21069 | BOGDAN, ERIC, WAMPLER, ANDREW, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21069 | BOGDAN, ERIC, WANKE, LARRY, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21069 | BOGDAN, ERIC, WARE, RICHARD R, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21069 | BOGDAN, ERIC, WILEY, RICHARD W, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21069 | BOGDAN, ERIC, WILEY, WADE, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21069 | BOGDAN, ERIC, YBARRA, EUDOCIO E, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21069 | BOGDAN, ERIC, ZAVALA, JOE A, THE BOGDAN LAW FIRM, 8866 GULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | BOGDAN, ROSALIE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | BOGENSCHUTZ, TOM, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21069 | BOGER (DECEASED), CLARENCE, DANNY BOGER, 1603 E HICKORY, MIDLAND, TX, 79705 |
| 21068 | BOGER, JOE T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BOGERT, PAUL R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | BOGERT, PAUL R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BOGERT, PAUL R, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | BOGGAN, WILLIE B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | BOGGESS, JAMES E, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | BOGGESS, ROBERT, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301 |
| 21068 | BOGGESS, RONALD L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BOGGIANO, ARTHUR L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BOGGIANO, ARTHUR L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21069 | BOGGIO, RAYMOND J, PRESTON BUNNELL & STONE LLP, 1500 SW 1ST AVE STE 770, PORTLAND, OR, 97201-5837 |
| 21068 | BOGGS JR., WINSTON S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BOGGS, CARL R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BOGGS, CARMEL L, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301 |
| 21068 | BOGGS, CHARLES E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BOGGS, CHARLES E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    BOGGS, CLARENCE W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    BOGGS, DONALD, RATINER, REYES & O'SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    BOGGS, EARNEST, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    BOGGS, EARNEST, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    BOGGS, HERSHEL L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    BOGGS, HERSHEL L, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    BOGGS, IRA R, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    BOGGS, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BOGGS, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    BOGGS, RAY, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068    BOGGS, ROLAND C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    BOGGS, TENNYSON, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    BOGGS, THOMAS J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    BOGGS, VIVIAN L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    BOGLIN, ROBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    BOGNAR, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BOGNOSKI, RALPH, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    BOGOVITCH, JOE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    BOGUSZEWSKI, TADEUSZ, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    BOHANAN, SR, GRANT, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    BOHANNON, DONALD W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    BOHANNON, DONALD W, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    BOHANNON, EUGENE M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    BOHANNON, FLOYD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BOHANNON, JAMES W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BOHANNON, JAMES W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    BOHANNON, SARAH C, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    BOHANON, SR., GILBERT R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    BOHANON, SR., GILBERT R, MITHOFF & JACKS, 111 CONGRESS AVENUE, SUITE 1010, AUSTIN, TX, 78701

21068    BOHATCH, PAUL P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BOHATCH, PAUL P, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    BOHLANDER, CECIL M, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068    BOHLANDER, CECIL M, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068    BOHLANDER, CECIL M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BOHLEN, DAVID R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  BOHLEN, EDWARD S, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  BOHLEN, MIKE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  BOHM, DENNIS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BOHN, GERALD G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BOHN, MARVIN, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068  BOHN, ORSON A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BOHN, ROBERT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  BOHNENKAMP, JAMES D, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  BOHNET, HILBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  BOHON, ERWIN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  BOHON, GORDON C, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  BOHON, LONNIE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BOHON, LONNIE E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  BOICE, CLIFFORD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BOIESAW, WILLIE H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  BOILES, DORIS, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068  BOISINELL, PAUL L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  BOISSELLE, LEO A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  BOISVERT, WARREN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  BOIVIN, MARCEL J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  BOJARSKI, THEODORE L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BOJARSKI, THEODORE L, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068  BOKA, GEORGE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  BOKAR, DAVID E, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  BOKROS, LOUIS M, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  BOL, MARK, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  BOLAN, LOWELL B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  BOLAN, TED, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  BOLAND, AUDLEY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  BOLAND, AUDLEY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  BOLAND, RANDALL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BOLANDER, RICHARD E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069  BOLANOVICH, WILLIE, CHARLES V MARSHALL, ATTY, 1010 MARKET ST STE 1650, ST LOUIS, MO, 63101

21068  BOLAR, WILLIE L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BOLCHI, CARL R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  BOLCIS, PETER, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   BOLDA, EDWARD E, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   BOLDEN, BARBARA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BOLDEN, BARBARA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BOLDEN, CLARENCE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   BOLDEN, CLARENCE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   BOLDEN, HENRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BOLDEN, JAMES E, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   BOLDEN, LONNIE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BOLDEN, MCKENZIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BOLDEN, MINNIE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BOLDEN, MINNIE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BOLDEN, OVEIDA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   BOLDEN, PRIMES, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   BOLDEN, RICHARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BOLDEN, RICHARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BOLDEN, WILLIE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   BOLDING, COLIE D, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   BOLDS, FRANK P, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   BOLDY, RAYMOND A, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   BOLEN, CLAUDE A, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21069   BOLEN, DONALD M, BLATT & FALES, PO BOX 365, BARNWELL, SC, 29812

21068   BOLEN, ERNEST L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   BOLEN, J C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   BOLEN, JERRY W, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   BOLEN, JERRY W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BOLEN, VIOLA D, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   BOLEN, VIOLA D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BOLER, JAMES L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BOLER, JESSIE W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   BOLER, JESSIE W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   BOLER, SAMMY A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   BOLES, J. W, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   BOLES, JERRY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BOLES, PAUL H, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   BOLES, ROBERT E. LEE, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   BOLES, ROBERT E. LEE, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   BOLESTA, RANDALL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BOLESTA, RANDALL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BOLEWARE, BURNETT, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   BOLEWARE, FLOYD, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

**Svc Lst   Name and Address of Served Party**

21068   BOLEWARE, FLOYD, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   BOLEWARE, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BOLEWARE, KENT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BOLEWARE, KENT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BOLEWARE, WILLIAM M, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   BOLEY, CHARLES E, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   BOLEY, JAMES C, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   BOLEY, JR, FRED, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   BOLEY, NELSON, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BOLHAFNER, JACK A, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   BOLHAFNER, LEONARD T, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   BOLICK, ROBY L, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   BOLIN, ANDREW R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   BOLIN, G C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BOLIN, G C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BOLIN, JACK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BOLIN, JACK, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   BOLINE, GARY D, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   BOLING, BILLY R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   BOLING, CLYDE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BOLING, LAWRENCE H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   BOLINGER, BILLY G, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BOLINGER, WILLIAM J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BOLINK, JOSEPH, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   BOLK, ROGER, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   BOLL, HARRY, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   BOLLACK, ADAM C, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   BOLLAND, RONALD O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BOLLEN, RONALD, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   BOLLEN, RONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BOLLING, ERNEST C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   BOLLING, ERNEST C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   BOLLING, GLODDY B, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   BOLLING, GLODDY B, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    BOLLINGER, CARROLL J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    BOLLINGER, GARY L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068    BOLLINGER, GEORGE A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BOLLMAN, LARRY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BOLLMEIER, GUNTHER H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BOLMANSKI, STANLEY C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BOLSTAD, DAVID, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    BOLT, BEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BOLT, BETTY S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    BOLT, BETTY S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    BOLT, KENNETH W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    BOLT, KENNETH W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    BOLT, LOYD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    BOLT, ROBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    BOLTE, LARRY W, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    BOLTON, ARTHUR H, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    BOLTON, BOBBY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BOLTON, BOBBY J, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    BOLTON, BOBBY J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BOLTON, BOBBY J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    BOLTON, CLARA M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    BOLTON, CLARA M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    BOLTON, CLARA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    BOLTON, CLARA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    BOLTON, DENVER R, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    BOLTON, DONALD R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    BOLTON, GILBERT S, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    BOLTON, GRACIE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    BOLTON, GRACIE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    BOLTON, JAMES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    BOLTON, JR, FRED, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    BOLTON, L C, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    BOLTON, LARRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    BOLTON, LARRY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    BOLTON, LINDER R, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    BOLTON, MILDRED, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    BOLTON, MILDRED, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    BOLTON, ROBERT A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068　BOLTON, ROBERT A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068　BOLTON, ROSIE M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068　BOLTON, ROSIE M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068　BOLTON, SAMUEL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068　BOLTON, SHIRLEY D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　BOLTON, SHIRLEY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068　BOLTON, SHIRLEY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068　BOLTON, ULYSS D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068　BOLTON, VERNIDA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068　BOLTON, VERNIDA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068　BOLTON, WILLIAM T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068　BOLTON, WILLIAM T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068　BOLWERK, WILLARD J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068　BOLYAND, LEO, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068　BOLYARD, EDWARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068　BOLYARD, LESTER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068　BOLYARD, ROGER L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068　BOLYARD, TRUMAN D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068　BOLYARD, TRUMAN D, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068　BOMBA, THOMAS A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068　BOMBARA, CHARLES J, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068　BOMBARD, JAY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068　BOMERSBACH, DANIEL C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068　BOMIA, WILLIAM D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068　BOMMER, EUGENE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068　BOMMER, EUGENE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068　BOMMER, RAYMOND G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068　BONA, RONALD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068　BONAFACCHI, LARRY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068　BONAGURA, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068　BONAIUTO, RUDY, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068　BONANNE, THOMAS, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068　BONANNO, JOHN J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    BONANNO, MICHAEL, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    BONAR, LENA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BONASIA, FRANK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    BONAVENTURA, ALFRED N, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069    BONAVENTURE DYAS (DECEASED), NEALY, DORIS ENGLISH, 6113 WAYLAND DR, HOUSTON, TX, 77021

21068    BONAVENTURE, JOSEPH, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068    BONAVENTURE, JOSEPH, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    BONAWITZ, KARL, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068    BOND, A. B, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21069    BOND, ARLIE B, WISE & JULIAN, PC, PO BOX 1108, 3555 COLLEGE AVE, ALTON, IL, 62002

21068    BOND, BENJAMIN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    BOND, BETTY J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    BOND, BETTY J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    BOND, BETTY, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21069    BOND, BETTY, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180

21068    BOND, CARL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    BOND, CURTIS L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    BOND, DOUGLAS H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BOND, EDWIN F, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    BOND, EDWIN F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    BOND, FRANK C, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068    BOND, GILBERT C, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068    BOND, HASCAL E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    BOND, III, EDWARD E, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    BOND, JAMES L, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21069    BOND, JAMES S, 1230 MARKET ST #403, SAN FRANCISCO, CA, 94102

21068    BOND, JAMES S, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21068    BOND, JAMES W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    BOND, JIMMIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BOND, JR, LYMAN T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    BOND, MARY K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    BOND, MARY K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    BOND, NANCY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    BOND, ROBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    BOND, WALTER J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    BOND, WILLIAM J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   BONDI, JOSEPH S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BONDS, FRANKLIN, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   BONDS, JOHNNIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   BONDS, LARRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BONDS, MALDEN V, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BONDS, MARVIN L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   BONDS, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   BONDS, WANDA S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BONDS, WANDA S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BONDS, WILBURN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   BONDS, WILBURN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   BONDS, WILLIAM, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   BONDS, WILLIAM, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   BONDURANT, EUGENE F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   BONDURANT, SR, JUDSON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BONDURANT, SR, JUDSON, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   BONDY, DOUGLAS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BONE, CHARLES W, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   BONE, CHARLES W, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   BONE, RICHARD O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BONE, WILL O, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BONEAU, RENE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   BONEAUX, ROBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BONELLI, HARRY H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   BONELLI, RALPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   BONES, FRANCIS X, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   BONETT, JOSEPH C, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   BONEY, BOBBY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   BONEY, CLAUDE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   BONEY, CLAUDE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BONEY, TOM, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BONEY, TOM, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BONFILI, BRUCE, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   BONFILI, BRUCE, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   BONGERS, JOHN W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BONGERS, JR, MARTIN R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   BONGIORNO, SALVATORE, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   BONGIOVANNI, PHILIP R, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   BONHAM, DOROTHY P, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   BONHAM, JR, MAJOR, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   BONHAM, JULIET, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   BONHAM, JULIET, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   BONHAM, PAUL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   BONHAM, PAUL, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   BONHAM, ROY E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   BONHART, SAMMIE, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038

21068   BONHOFF, DON E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   BONICARD, JR, JOSEPH A, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   BONICARD, JR, JOSEPH A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BONIEY, JR, SAMUEL, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   BONIFACE, FRANK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   BONILLAS, ELIGIO, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   BONILLAS, ELIGLO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   BONIN, FLOYD J, GREEN & BLACK LLP, 440 LOISIANNA, 200 LYRIC CENTRE, HOUSTON, TX, 77002

21068   BONIN, RALPH T, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   BONISH, STANLEY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   BONK, DENNIS A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   BONN, MARY, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202

21068   BONN, SR, LEO G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BONNELL, DONALD F, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068   BONNELL, DONALD F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BONNELL, LOUIS E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BONNER, ALEX C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BONNER, ALMA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   BONNER, ALMA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   BONNER, BENNIE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BONNER, BILLIE C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BONNER, BILLY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   BONNER, BOBBY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   BONNER, CARL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BONNER, CAROLYN A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | BONNER, CAROLYN A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | BONNER, CAULEY A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BONNER, CHARLES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | BONNER, CLARENCE P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BONNER, DANIEL J, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | BONNER, DAVID R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | BONNER, DEARL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | BONNER, DEARL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | BONNER, DOROTHY, JEFFREY B SIMON, ESQ, 3232 MCKINNEY AVE STE 610, DALLAS, TX, 75204-2429 |
| 21068 | BONNER, FREDDIE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21069 | BONNER, HAYWARD, JEFFREY B SIMON, ESQ, 3232 MCKINNEY AVE STE 610, DALLAS, TX, 75204-2429 |
| 21068 | BONNER, HOWARD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BONNER, JACK R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | BONNER, JAMES A, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BONNER, JAMES A, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BONNER, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BONNER, JAMES O, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BONNER, JAMES, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025 |
| 21068 | BONNER, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | BONNER, JOEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | BONNER, JOHN D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | BONNER, JOHNNY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BONNER, JR, ROBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BONNER, JR, ROY T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BONNER, LEWIS, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | BONNER, LEWIS, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | BONNER, LORICE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | BONNER, LUTHER, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BONNER, MABLE D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | BONNER, MABLE D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BONNER, MABLE D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | BONNER, MOLLIE T, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21069 | BONNER, MOTHERAL, DAVID L HIRSCH, PO BOX 5265, 1212 CEDAR AVE, COLUMBUS, GA, 31906 |
| 21069 | BONNER, MOTHERAL, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812 |
| 21068 | BONNER, MOTHERAL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BONNER, RALPH, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BONNER, ROBERT J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   BONNER, ROBERT J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   BONNER, SHIRLEY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   BONNER, SHIRLEY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   BONNER, STEVE C, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   BONNER, VIRGIL, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   BONNER, VIRGIL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BONNER, WALLACE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   BONNER, WALTER E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BONNER, WALTER E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   BONNER, WILLIE C, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068   BONNET, SHELDON L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BONNET, SHELDON L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BONNETT, CLAYTON N, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   BONNETT, DAVID, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BONNETT, EDWARD, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   BONNETT, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BONNETTE, HAROLD M, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   BONNETTE, NORBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BONNETTE, NORBERT J, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   BONNEVILLE, LAWRENCE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BONO, FRANK P, RATINER, REYES & O'SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   BONO, JAMES J, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517

21068   BONO, JAMES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   BONOM, CREOLA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   BONOM, CREOLA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   BONOMI, MIKE, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   BONOMO, ANN J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   BONOMOLO, AUGOSTINO, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   BONSE, ANTHONY C, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   BONSE, JR., ANTHONY, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   BONSIGNORE, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   BONSNESS, BYRON, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   BONTEMPO, AMERICO, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21069   BONTEMPO, AMERICO, JEFFREY GLOSS & ASSOC., 2900 PSFS BUILDING, PHILADELPHIA, PA, 19107

21068   BONTON, JR, PIERRE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

**Svc Lst  Name and Address of Served Party**

21068   BONTON, LAWRENCE, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   BONURA, JOE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   BONVILLE, DENNIS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BONZO, RALPH A, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   BOOHER, EMMETT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   BOOHER, FRANK C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   BOOI, CHARLES A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   BOOK, ROBERT, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   BOOK, WENDY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   BOOKER, DELMAS L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   BOOKER, DELORIS P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BOOKER, EDWARD T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BOOKER, ELIJAH, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   BOOKER, ETHEL M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   BOOKER, FRANK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   BOOKER, FRED, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   BOOKER, GEORGE W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BOOKER, HUEY L, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   BOOKER, J L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BOOKER, J L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BOOKER, JAMES M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BOOKER, JAMES M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BOOKER, JAMES, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   BOOKER, JAMES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   BOOKER, KARL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   BOOKER, KARL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   BOOKER, LEVI, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   BOOKER, MARY R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   BOOKER, ROBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   BOOKER, SCOTT, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   BOOKER, SHERMAN L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   BOOKER, SHERMAN L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   BOOKER, SR, ODIS N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   BOOKER, SYLVIA S, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   BOOKER, THOMAS R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BOOKER, WILEY R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BOOKER, WILEY R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BOOKER, WILLIE F, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | BOOKER, WILLIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | BOOKER, WINSTON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | BOOM, ERNESTINE B, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | BOOMS, WILLIAM H, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | BOON, HAROLD W, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | BOONE, ARGIL R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BOONE, BILLY H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BOONE, BOBBY E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21069 | BOONE, CHARLEAN, CASEY, GERRY, CASEY, 110 LAUREL STREET, SAN DIEGO, CA, 92101-1486 |
| 21068 | BOONE, CHARLES L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | BOONE, CHARLIE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | BOONE, CHARLIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | BOONE, CHARLIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | BOONE, D O, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BOONE, DANIEL F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BOONE, DANIEL F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BOONE, DAVID, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | BOONE, DAVID, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BOONE, EUGENE J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | BOONE, FLOYD, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | BOONE, GARFIELD N, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | BOONE, GEORGE W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BOONE, GEORGE W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BOONE, GEORGE W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BOONE, GERRARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BOONE, GRANT L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BOONE, GRANT L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BOONE, H L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BOONE, HAROLD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | BOONE, HOLLIS D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | BOONE, HOYT B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BOONE, HOYT B, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | BOONE, JAMES H, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | BOONE, JAMES L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BOONE, JAMES L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | BOONE, JOE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | BOONE, JOHN P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BOONE, JOHN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | BOONE, JOSEPH L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BOONE, JOSEPH L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BOONE, LARRY D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | BOONE, RUBEN H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BOONE, RUBEN H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BOONE, RYAN D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | BOONE, SAMUEL R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | BOONE, SAMUEL R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | BOONE, SR, ALVIS E, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255 |
| 21068 | BOONE, STANLEY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | BOONE, STEVE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BOONE, WILFRED, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | BOONE, WILLIAM C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BOONE, WILLIAM C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | BOOSE, RICHARD H, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | BOOTE, ORELYN E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21069 | BOOTEN, ELMER C, 811 STARLIGHT DR, SHERMAN, TX, 75090-2518 |
| 21068 | BOOTH, ARTHUR M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BOOTH, CHARLES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | BOOTH, CHARLES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BOOTH, CHARLES, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | BOOTH, CHESTER C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BOOTH, CLAUDE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | BOOTH, CLAUDE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | BOOTH, DAVID M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BOOTH, DONNIE O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BOOTH, EDDIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | BOOTH, EDDIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BOOTH, EDDIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | BOOTH, EVERLEAN, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | BOOTH, FRANCIS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BOOTH, GEVEION, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | BOOTH, GORDON, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | BOOTH, HAROLD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BOOTH, HENRY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BOOTH, JOE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BOOTH, JOHN H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | BOOTH, JOHN H, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | BOOTH, JOHN H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | BOOTH, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BOOTH, JOHNNIE V, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | BOOTH, JOHNNY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | BOOTH, JOHNNY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | BOOTH, JOSEPH, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | BOOTH, KEITH H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BOOTH, LARRY, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | BOOTH, LEE J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BOOTH, MAGGIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | BOOTH, MAGGIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | BOOTH, MILLER, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21068 | BOOTH, MINNIE F, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | BOOTH, OLIVER W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BOOTH, RAYMOND, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | BOOTH, ROBERT J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BOOTH, ROBERT R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | BOOTH, SR, ROBERT P, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | BOOTH, WILLIE H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | BOOTH, WILLIE H, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | BOOTH, WILLIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BOOTH, WILLIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | BOOTH, WILLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BOOTH, WILLIE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | BOOTH, ZECK, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21068 | BOOTHE, BURLES G, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | BOOTHE, FRAZIER, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | BOOTHE, HENRY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BOOTHE, SR, ALVIN E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | BOOTHE, WILLIAM T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  BOOTS, ROBERT D, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068  BOOZE, MELVIN, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068  BOOZER, JIMMY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  BORAM, JOHN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  BORBOA, FRED C, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517

21068  BORBOA, FRED C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BORCZUCH, RICHARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  BORDE, DON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  BORDE, LOUIS M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  BORDE, RICHARD E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  BORDEAUX, JR, WILLIAM E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  BORDEAUX, JR, WILLIAM E, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  BORDEAUX, MARLON D, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  BORDEAUX, MARLON D, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  BORDEAUX, TYLON, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068  BORDELON, DAISY M, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  BORDELON, JR, ROBERT, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  BORDELON, JR, ROBERT, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  BORDELON, LEONARD P, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  BORDELON, NORBET J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  BORDELON, NORBET J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  BORDEN, DAVID C, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  BORDEN, DENZIL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  BORDEN, GILBERT, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  BORDEN, GILBERT, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  BORDENELLI, TONY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BORDENELLI, TONY, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068  BORDER, GERALD J, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  BORDERS, BILLIE D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  BORDERS, DONALD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BORDERS, FRANKLIN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BORDERS, FRANKLIN D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  BORDERS, HARVEY A, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  BORDERS, INA G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  BORDERS, RICHARD A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  BORDERS, WILLIAM H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  BORDERS, WILLIAM H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  BORDNER, JACK E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  BORDNER, JACK E, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  BORDOLLA, JOSEPH N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  BORDOLLA, JOSEPH N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  BORDON, JAMES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  BORDON, JAMES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  BOREJKO, ROMAN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  BOREL, DAVID, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  BOREL, JOSEPH F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BOREL, JOSEPH F, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  BOREL, LAWRENCE C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BOREL, LOUIS A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  BOREL, LOUIS A, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  BOREM, GALE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  BOREN, ALFRED L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BOREN, BETTY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  BOREN, BETTY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  BOREN, DEWEY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  BORER, ROBERT H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  BORGELT, POWELL, PETERSON & FRAUEN, S C, 735 NORTH WATER STREET, 15TH FLOOR, MILWAUKEE, WI, 53202

21068  BORGER, EDWARD, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  BORGER, KENNETH L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  BORGES, WARREN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  BORGFELD, ARTHUR G, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  BORGFELD, ARTHUR G, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  BORGIA, CHARLES A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  BORGIA, TULLIO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  BORGMAN, DARRYL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  BORGMAN, DARRYL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  BORGMAN, DONALD J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  BORGMAN, JR, JOHN, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   BORGMANN, FREDERICK W, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   BORGWARDT, SR, NORBERT H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   BORING, GARY W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BORINGTON, HARLON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   BORIO, CHARLES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   BORISA, THOMAS, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   BORISON, RICHARD, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   BORK, MICHAEL D, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   BORKOWSKI, THOMAS C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   BORLAND, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   BORLAUG, WILLARD, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068   BORLIE, RICHARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   BORNE, GERALD J, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   BORNE, JERRY, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   BORNE, JERRY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   BORNE, JOHNSON J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   BORNETT, ELEX, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   BORNETT, ELEX, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   BORNSTEIN, HENRY, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   BORNSTEIN, LOUIS, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   BORNTRAGER, DAVID E, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BORNTRAGER, DAVID E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   BOROSKY, EDWARD J, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   BOROSKY, EDWARD J, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068   BOROWIEC, JOHN J, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   BOROWIEC, JOHN J, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   BOROWSKI, WALLACE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   BOROWY, STEPHEN, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   BORQUE, CLAUDE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   BORQUE, TOMMY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   BORREGO, ROSALINDA A, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21069   BORRES OTERO, ANTONIO, BAEZ-MONTALVO, ALI, WOODS & WOODS LLP, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO

21068   BORRES, ANTONIO, ALBINO, JOSE S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

---

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BORRES, ANTONIO, ALEWINE, JAMES W, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | BORRES, ANTONIO, ALICEA, EFRAIN M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ALICEA, RAMON M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ALTRUZ, JOSE O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ALVAREZ, RAFAEL S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, AMOROS, HUMBERTO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ANGLADA, ALFONSO I, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ARENAS, LUIS V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, AUDIFRED, AGUSTIN C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, BARRIERA, HECTOR C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, BARRIOS, EDGARDO M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, BELTRAN, FELIX O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, BENITEZ, HECTOR M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, BERDEJO, DANIEL C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, BERRIOS, ERNESTO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, BLASINI, PEDRO A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, BOCACHICA, JULIO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, BORRERO, NORBERTO S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, BOSA, PEDRO D, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, BRENES, MIGUEL V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21069 | BORRES, ANTONIO, BRYARS, JR, PAUL J, ASHCRAFT & GEREL, 10 E BALTIMORE ST, BALTIMORE, MD, 21202-1630 |
| 21068 | BORRES, ANTONIO, BURGOS, JUSTINO O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CALES, RENATO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CALIZ, JUAN C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CALVO, LUIS C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CAMPOS, JEREMIAS N, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CARABALLO, DIEGO M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CARABALLO, HUMBERTO O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CARABALLO, JACINTO M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CARABALLO, JUAN R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CARABALLO, LUIS V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BORRES, ANTONIO, CARABALLO, MOISES V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CARABALLO, NESTOR N, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CASIANO, ILDEFONSO I, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CASIANO, LUIS L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CEDENO, LUIS Y, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CENTENO, ISMAEL S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, COLON, CASTRO, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, COLON, DAVID R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, COLON, LUIS T, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CORREA, EDWIN R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CORREA, EDWIN S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CORREA, RAMON R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CRESPO, CANDIDO M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CRUZ, CIRIACO V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CRUZ, GUILLERMO Q, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CRUZ, MARCOS C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, CRUZ, RIGOBERTO C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, DEJESUS, RAMON C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, DELVALLE, JOSE V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, DIANA, WILFREDO G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, DIAZ, EVELIO T, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, DIAZ, EZEQUIEL R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, DIAZ, ORLANDO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, DOMINICCI, JOSE S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ECHEVARRIA, RAMON R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ECHEVARRIA, SANTOS E, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ESPINOSA, ARMANDO L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, FANFAN-MERCADO, JOSE, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, FELICIANO, CARLOS C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, FIGUEROA, ERICK S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, FORNES, JOSE O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  BORRES, ANTONIO, FRATICELLI, LUDGESIO L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GALARZA, MARIANO P, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GARCIA, GEORGE C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GARCIA, GUILLERMO V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GARCIA, HECTOR P, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GARCIA, JUAN G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GARCIA, LUIS R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GARCIA, RAUL P, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GARCIA, TOMAS S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GELPI, MANUEL G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GONZALEZ, BOLIVAR V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GONZALEZ, EUGENIO G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GONZALEZ, ISAIAS V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GONZALEZ, JOSE A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GONZALEZ, LUIS G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO

21068  BORRES, ANTONIO, GONZALEZ, LUIS V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21069  BORRES, ANTONIO, GURGANUS, JR, JAMES A, ASHCRAFT & GEREL, 10 E BALTIMORE ST, BALTIMORE, MD, 21202-1630

21068  BORRES, ANTONIO, GUTIERREZ, JULIO C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, GUZMAN, ANTONIO N, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, HERNANDEZ, ARNALDO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, HERNANDEZ, CLAUDIO, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, HERNANDEZ, EDUARDO B, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, HERNANDEZ, GUILLERMO F, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, HERNANDEZ, HORTENSIO G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, HERNANDEZ, JUAN R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, HERNANDEZ, LEONARDO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, HERNANDEZ-ACOSTA, JOSE, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO

21068  BORRES, ANTONIO, INSERNI, ISMAEL D, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, IRIZARRY, HECTOR F, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, IRIZARRY, JOSE M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BORRES, ANTONIO, IRIZARRY, JOSE P, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, IRIZARRY, PASCACIO C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, JIMENEZ, ANTONIO Q, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, JIMENEZ, EDILBERTO M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21069 | BORRES, ANTONIO, JOHNSON, JR, GEORGE, ASHCRAFT & GEREL, 10 E BALTIMORE ST, BALTIMORE, MD, 21202-1630 |
| 21068 | BORRES, ANTONIO, KILGORE, GUILLERMO T, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, LATORRE, HECTOR C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, LEON, JAIME R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, LOPEZ, ALFREDO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, LOPEZ, ANGEL L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, LOPEZ, DIMAS R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, LOPEZ, JUAN D, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, LOPEZ, NEMESIO S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, LOUBRIEL, RAMON R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, LOZADO, ANGEL A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, LUCIANO, WILLIAM T, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, LUGO, EFRAIN I, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, LUGO, JOSE E, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MALDONADO, EFRAIN M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MALDONADO, HUMBERTO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MALDONADO, ISMAEL F, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MARIN-MARQUEZ, CARIOS, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, MARRERO, JOSE D, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MARTINEZ, ANTONIO B, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MARTINEZ, DIEGO M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MARTINEZ, ELOISO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MARTINEZ, ENRIQUE, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MARTINEZ, ISRAEL R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MARTINEZ, JORGE L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MARTINEZ, JOSE C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MARTINEZ, MIGUEL A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BORRES, ANTONIO, MARTINEZ, SANTOS F, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MARTINEZ, VENTURA G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MARTINEZ, WILLIAM K, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MEDINA, AUGUSTO Q, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MEDINA, JUAN L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MEDINA, LUIS L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MEDINA, PEDRO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MELENDEZ, JOSE C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MERCADO, ANSELMO S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MERCADO, JESUS A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MERCADO, PATRICIO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MOLINARI, JESUS M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MONTANEZ, PEDRO J, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MONTERO-RAMIREZ, CARLOS L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, MORALES, AGUSTIN R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MORALES, ANGEL A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MORALES, RADAMES M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MORALES, RODESINDO C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MORENO, ANASTACIO B, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MUNIZ, EMILIO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, MUNIZ, JOSE L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, NAVAS, CARLOS R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, NAZARIO, LUIS M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, NAZARIO, ROBERTO B, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, NEGRON, FRANCISCO C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, OCASIO, LUIS R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, OLIVERAS, ARQUELIO A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, OLIVERAS, GERMAN A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, OQUENDO, MARTIN L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, OQUENDO, PABLO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BORRES, ANTONIO, OQUENDO, WILLIAM Z, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ORTIZ, MANUEL S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ORTIZ-GUERRIDO, ERNESTO, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, ORTIZ-PEREZ, RAFAEL, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, PABON, HERMINIO F, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PACHECO, JOSE B, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PACHECO, JOSE G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PACHECO, JOSE P, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PACHECO, JOSE S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PACHECO, PEDRO F, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PADILLA, RUBEN O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PAGAN, ANGEL S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PAGAN, HIRAM B, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PAGAN, JOSE P, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PARDO, ALFREDO O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PEREZ, CARLOS O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PEREZ, JOSE G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PEREZ, JULIO L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PEREZ, RAFAEL O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PEREZ, RODRIGO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PIERANTONI, LUIS A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PIERANTONI, TEODORO A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PLAZA, ANTONIO, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PORTELA, SANTIAGO S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PORTOCARRERO, MIGUEL R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, PUIGSUBIRA, PEDRO T, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, QUINONES, AGUSTIN, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, QUINONES, WILBERT M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, RAMOS, ALFREDO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, RAMOS, ANTONIO H, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  BORRES, ANTONIO, RAMOS, EFRAIN S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RAMOS, JOSE Z, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RENTAS, CARLOS C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RIVERA, ANSELMO F, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RIVERA, CARLOS G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RIVERA, EFRAIN C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RIVERA, IVAN T, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RIVERA, JUAN G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RIVERA, LUIS A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RIVERA, LUIS V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RIVERA, MARCELINO T, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RIVERA, PEDRO G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RIVERA, RENE C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RIVERA, RUBEN O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, ROBLEDO, JORGE R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, ROBLES, RAFAEL C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, CARLOS B, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, CARLOS S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, DOMINGO C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, EMILIO Q, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, FRANCISCO P, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, HECTOR C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, IVAN G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, JOSE T, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, JULIO C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, MIGUEL V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, PEDRO C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, PEDRO G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, RADAMES C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, RAFAEL C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  BORRES, ANTONIO, RODRIGUEZ, VICENTE L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | BORRES, ANTONIO, RODRIGUEZ-TRINIDAD, JUAN, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, ROMAN, EDWIN L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ROMAN, EPIFANIO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ROSADO, FRANCISCO T, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ROSADO, ISMAEL I, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ROSAS, SEGUNDO M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ROSSI, MIGUEL H, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, RUIZ, DAVID O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, RUIZ, HECTOR T, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, RUIZ, NOEL M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SAEZ, ERMELINDO T, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SALAZAR, JOSE O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, SANCHEZ, ISRAEL U, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANCHEZ, JULIO O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANTANA, FRANCISCO R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANTIAGO, EDWIN F, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANTIAGO, EFREN A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANTIAGO, GERMAN L, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANTIAGO, JESUS A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANTIAGO, JOSE A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANTIAGO, MANUEL B, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANTIAGO, RAMON R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANTOS, FRANCISCO M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANTOS, JOSE P, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANTOS, MIGUEL M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SANTOS, RAMON M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SEGARRA, SERGIO M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SEPULVEDA, NELSON O, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SEVILLA, DEOGRACIA, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, SOSA, JOSE P, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SOSA, JOSE S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, SOTO, LUIS E, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |
| 21068 | BORRES, ANTONIO, SOTO-GARCIA, MANUEL, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, SOUZA, RAMON P, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, TORO, ANGEL V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, TORRES, ARSENIO B, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, TORRES, CARLOS M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, TORRES, CARLOS Q, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, TORRES, CARMELO S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, TORRES, JOSE F, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, TORRES, JULIO Q, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, TORRES, PEDRO S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, TORRES, VICTOR M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, TRUJILLO, JOSE S, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, TURNER, LAWRENCE E, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VALENTIN, GILBERTO V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VARGAS, JOHNNY A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VAZQUEZ, JAIME R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VEGA, ADRIAN R, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VEGA, LUIS M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VEGA, SAMUEL C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VELAZQUEZ, ELSON V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VELAZQUEZ, GUILLERMO D, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VELAZQUEZ, MARTIN G, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VELAZQUEZ, PASCUAL B, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VELAZQUEZ-MATOS, JOSE A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRES, ANTONIO, VELEZ, ERNESTO P, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VELEZ, RAUL V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VELEZ, VICENTE F, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, VERA, JESUS C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, WATSON, JAMES C, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES, ANTONIO, ZAPATA, ERNESTO M, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES-OTERO, ANTONIO, BAEZ, HECTOR V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | BORRES-OTERO, ANTONIO, MATOS, CARLOS V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES-OTERO, ANTONIO, MATOS, LUIS A, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21068 | BORRES-OTERO, ANTONIO, SANABRIA, FERDINAND V, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 |
| 21069 | BORRES-OTERO, ANTONIO, TORRES-GONZALEZ, RAMON L, WOODS & WOODS LLP, PO BOX 193600, SAN JUAN, PR, 00919-3600PUERTO RICO |
| 21068 | BORRMAN, BERNARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BORROR, CHARLES L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BORS, JAMES M, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | BORSDORF, E C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BORSDORF, E C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BORSETTI, ANGELINE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BORSH, LORENE G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | BORSH, LORENE G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | BORSOS, DANIEL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | BORTOLIN, ALBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | BORTON, JERRY L, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | BORUM, JOHN, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | BORUM, JOHN, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | BORWN, SR, CLEON, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | BORWN, SR, CLEON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BORWN, SR, CLEON, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | BOSARGE, ALBERT S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BOSARGE, ALBERT S, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | BOSARGE, CHARLES P, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | BOSARGE, CHARLES P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | BOSARGE, CLAUDE D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | BOSARGE, GILBERT R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | BOSARGE, HANSON E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BOSARGE, JAMES E, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | BOSARGE, LONNIE C, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | BOSARGE, LONNIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | BOSARGE, R. B, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | BOSBY, CHARLES C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | BOSCARDIN, ARCHIE J, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21069 | BOSCH, JOSEPH, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747 |
| 21068 | BOSCH, LAWRENCE G, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825 |
| 21068 | BOSCHERT, RONALD, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | BOSHART, GRANT J, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | BOSHELL, CLAUDE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BOSHELL, GARY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BOSIA, ROBERT A, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | BOSISIO, EMIL J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BOSISIO, EMIL J, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | BOSJOLIE, MARVIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | BOSKO, JOHN L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | BOSKY, FRANK, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BOSLEY, BOYD, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | BOSLEY, JOHN T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | BOSLEY, JR, OSIE A, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | BOSLEY, KENNETH E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BOSLEY, OCEY, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219 |
| 21068 | BOSLEY, RONALD H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | BOSLEY, RONALD H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | BOSMAN, KENNETH H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BOSNAK, ROBERT A, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | BOSOLD, NORMA J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21069 | BOSOLD, NORMA J, ROBERT PEIRCE & ASSOCIATES, ROBERT PEIRCE, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1918 |
| 21068 | BOSS, JOHN W, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945 |
| 21068 | BOSS, ROBERT A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | BOSSE, BERNARD, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | BOSSE, BERNARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | BOSSERMAN, FREDRICH F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BOSSIE, JR, HAYWOOD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | BOSSIER, SR, BERNIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BOSSIER, SR, JERRY D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | BOSSIER, WELDON L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | BOSSIER, WELDON L, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |
| 21068 | BOSSIO, FRANCIS D, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |