# EXHIBIT A

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Taxes and Certain Other Debts Owed to Governmental Units
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT, UNLIQUIDATED DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|
| 1684762  -  10069328<br>STATE OF HAWAII<br>DEPARTMENT OF TAXATION<br>P. O. BOX 259<br>HONOLULU   HI   96809 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown | Unknown |
| 1684758  -  10069324<br>STATE OF ILLINOIS<br>DEPARTMENT OF REVENUE<br>101 WEST JEFFERSON STREET<br>SPRINGFIELD   IL   62702 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown | Unknown |
| 1684759  -  10069325<br>STATE OF INDIANA<br>DEPARTMENT OF REVENUE<br>100 NORTH SENATE AVENUE<br>INDIANA GOVERNMENT CENTER NORTH<br>INDIANAPOLIS   IN   46204 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown | Unknown |
| 1684760  -  10069326<br>STATE OF IOWA<br>DEPARTMENT OF REVENUE AND FINANCE<br>HOOVER STATE OFFICE BUILDING<br>EAST 13TH & WALNUT<br>DES MOINES   IA   50319 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown | Unknown |
| 1684722  -  10069288<br>STATE OF KENTUCKY<br>REVENUE CABINET<br>200 FAIR OAKS LANE<br>FRANKFORT   KY   40620 | TAXES, INTEREST AND PENALTIES INCOME TAX 1988, 1990, 1992, 1994 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | Unknown |
| 1684723  -  10069289<br>STATE OF KENTUCKY<br>REVENUE CABINET<br>200 FAIR OAKS LANE<br>FRANKFORT   KY   40620 | TAXES, INTEREST AND PENALTIES FRANCHISE TAX 1994-1997 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | Unknown |
| 1684725  -  10069291<br>STATE OF LOUISIANA<br>DEPARTMENT OF REVENUE<br>BOX 3863<br>330 N. ARDENWOOD DRIVE<br>BATON ROUGE   LA   70806 | TAXES, INTEREST AND PENALTIES FRANCHISE TAX 1991-1994 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | Unknown |
| 1684726  -  10069292<br>STATE OF MARYLAND<br>COMPTROLLER<br>80 CALVERT STREET<br>ANNAPOLIS   MD   21404 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown | Unknown |
| 1684764  -  10069330<br>STATE OF MARYLAND<br>GOLDSTEIN TREASURY BUILDING<br>80 CALVERT STREET<br>ANNAPOLIS   MD   21404 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown | Unknown |
| 1684727  -  10069293<br>STATE OF MASSACHUSETTS<br>COMMISSIONER OF REVENUE<br>8TH FLOOR<br>51 SLEEPER STREET<br>BOSTON   MA   2114 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown | Unknown |

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1683680 - 10068246<br>STATE OF FLORIDA<br>Attn DEPARTMENT OF REVENUE<br>104 CARLTON BUILDING<br>TALLAHASSEE   FL   32399 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683642 - 10068208<br>STATE OF GEORGIA<br>Attn DEPARTMENT OF REVENUE<br>TRINITY-WASHINGTON BUILDING<br>270 WASHINGTON STREET, SW<br>ATLANTA   GA   30334 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683679 - 10068245<br>STATE OF HAWAII<br>Attn DEPARTMENT OF TAXATION<br>P. O. BOX 259<br>HONOLULU   HI   96809 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1693677 - 10327039<br>STATE OF IDAHO<br>STATE HOUSE<br>BOISE   ID   83720-0600 | PROPERTY DAMAGE<br>STATE OF IDAHO V. W.R. GRACE & CO. | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1694714 - 10328204<br>STATE OF IDAHO | MISCELLANEOUS CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683675 - 10068241<br>STATE OF ILLINOIS<br>Attn DEPARTMENT OF REVENUE<br>101 WEST JEFFERSON STREET<br>SPRINGFIELD   IL   62702 | TAXES, INTEREST AND PENALTIES<br>INCOME TAX: 1983-1984 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683676 - 10068242<br>STATE OF INDIANA<br>Attn DEPARTMENT OF REVENUE<br>100 NORTH SENATE AVENUE<br>INDIANA GOVERNMENT CENTER NORTH<br>INDIANAPOLIS   IN   46204 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683677 - 10068243<br>STATE OF IOWA<br>Attn DEPARTMENT OF REVENUE AND<br>    FINANCE<br>HOOVER STATE OFFICE BUILDING<br>EAST 13TH & WALNUT<br>DES MOINES   IA   50319 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683643 - 10068209<br>STATE OF KENTUCKY<br>Attn REVENUE CABINET<br>200 FAIR OAKS LANE<br>FRANKFORT   KY   40620 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1128809 - 10324754<br>STATE OF LOUISIANA | SURETY BOND<br>APPLICANT FOR S/B NO. 807239 FOR<br>$1,000 WITH ST. PAUL EXPIRING<br>05-AUG-02 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683645 - 10068211<br>STATE OF LOUISIANA<br>Attn DEPARTMENT OF REVENUE<br>BOX 3863<br>330 N. ARDENWOOD DRIVE<br>BATON ROUGE   LA   70806 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: CC PARTNERS, Case No. 01-01198

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Taxes and Certain Other Debts Owed to Governmental Units
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT, UNLIQUIDATED DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|
| 1684839 - 10069405<br>STATE OF IDAHO<br>STATE TAX COMMISSION<br>PLAZA IV<br>800 PARK BOULEVARD<br>BOISE    ID    83722 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1684840 - 10069406<br>STATE OF ILLINOIS<br>DEPARTMENT OF REVENUE<br>101 WEST JEFFERSON STREET<br>SPRINGFIELD    IL    62702 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1684841 - 10069407<br>STATE OF INDIANA<br>DEPARTMENT OF REVENUE<br>INDIANA GOVERNMENT CENTER NORTH<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS    IN    46204 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1684842 - 10069408<br>STATE OF IOWA<br>DEPARTMENT OF REVENUE & FINANCE<br>HOOVER STATE OFFICE BUILDING<br>EAST 13TH & WALNUT<br>DES MOINES    IA    50319 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1684843 - 10069409<br>STATE OF KANSAS<br>DEPARTMENT OF REVENUE<br>ROBERT B. DOCKING STATE OFFICE BLDG<br>915 SW HARRISON STREET<br>TOPEKA    KS    66612 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1684844 - 10069410<br>STATE OF KENTUCKY<br>REVENUE CABINET<br>200 FAIR OAKS LANE<br>FRANKFORT    KY    40620 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1684848 - 10069414<br>STATE OF LOUISIANA<br>DEPARTMENT OF REVENUE<br>330 N. ARDENWOOD DRIVE<br>BATON ROUGE    LA    70806 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1684849 - 10069415<br>STATE OF MAINE<br>REVENUE SERVICES<br>24 STATE HOUSE STATION<br>AUGUSTA    ME    4333 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1684850 - 10069416<br>STATE OF MARYLAND<br>REVENUE ADMINISTRATION DIVISION<br>GOLDSTEIN TREASURY BUILDING<br>80 CALVERT STREET<br>ANNAPOLIS    MD    21404 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1684851 - 10069417<br>STATE OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>51 SLEEPER STREET, 8TH FLOOR<br>BOSTON    MA    2114 | TAXES, INTEREST AND PENALTIES ALL OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown | Unknown |

In re: CC PARTNERS, Case No. 01-01198

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1683531 - 10068097<br>STATE OF CONNECTICUT<br>Attn DEPARTMENT OF REVENUE SERVICES<br>25 SIGOURNEY STREET<br>HARTFORD   CT   6106 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683533 - 10068099<br>STATE OF DELAWARE<br>Attn DIVISION OF REVENUE<br>CARVEL STATE BUILDING<br>820 N. FRENCH STREET<br>WILMINGTON   DE   19801 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683535 - 10068101<br>STATE OF FLORIDA<br>Attn DEPARTMENT OF REVENUE<br>104 CARLTON BUILDING<br>TALLAHASSEE   FL   32399 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683536 - 10068102<br>STATE OF GEORGIA<br>Attn DEPARTMENT OF REVENUE<br>TRINITY-WASHINGTON BUILDING<br>270 WASHINGTON STREET, SW<br>ATLANTA   GA   30334 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683537 - 10068103<br>STATE OF HAWAII<br>Attn DEPARTMENT OF TAXATION<br>P. O. BOX 259<br>HONOLULU   HI   96809 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683538 - 10068104<br>STATE OF IDAHO<br>Attn STATE TAX COMMISSION<br>PLAZA IV<br>800 PARK BOULEVARD<br>BOISE   ID   83722 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683539 - 10068105<br>STATE OF ILLINOIS<br>Attn DEPARTMENT OF REVENUE<br>101 WEST JEFFERSON STREET<br>SPRINGFIELD   IL   62702 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683540 - 10068106<br>STATE OF INDIANA<br>Attn DEPARTMENT OF REVENUE<br>INDIANA GOVERNMENT CENTER NORTH<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS   IN   46204 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683541 - 10068107<br>STATE OF IOWA<br>Attn DEPARTMENT OF REVENUE & FINANCE<br>HOOVER STATE OFFICE BUILDING<br>EAST 13TH & WALNUT<br>DES MOINES   IA   50319 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1683542 - 10068108<br>STATE OF KANSAS<br>Attn DEPARTMENT OF REVENUE<br>ROBERT B. DOCKING BLDG.<br>915 SW HARRISON STREET<br>TOPEKA   KS   66612 | TAXES, INTEREST AND PENALTIES<br>ALL OPEN TAX YEARS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |