# EXHIBIT B

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Taxes and Certain Other Debts Owed to Governmental Units
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT, UNLIQUIDATED DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|
| 1684711 - 10069277<br>INTERNAL REVENUE SERVICE<br>ATTN: JAMES FIERLE<br>UNITED STATES TREASURY<br>7850 SW 6TH COURT<br>PLANTATION   FL   33324 | TAXES, INTEREST AND PENALTIES 1993 - 1996 AUDIT | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1684712 - 10069278<br>INTERNAL REVENUE SERVICE<br>ATTN: JAMES FIERLE<br>UNITED STATES TREASURY<br>7850 SW 6TH COURT<br>PLANTATION   FL   33324 | TAXES, INTEREST AND PENALTIES 1997 - 2000 OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1617309 - 10324867<br>JACK WILLIAMS TAX COLLECTOR<br>ATTN: ROOM 160 COURTHOUSE<br>716 RICHARD ARRINGTON JR BLVD N<br>BIRMINGHAM   AL   35203 | PROPERTY TAXES FOR IRONDALE, FROM 1/1/01-12/31/01, IN JEFFERSON COUNTY, AL | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1557637 - 10324842<br>JEFFERSON COUNTY<br>PO BOX 100<br>HILLSBORO   MO   63050 | PROPERTY TAXES FOR TRAILER, IN JEFFERSON COUNTY, MO | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1569440 - 10324859<br>JOE L. SHACKELFORD<br>ATTN: TAX ASSESSOR - TAX COLLECTOR<br>TIPPAH COUNTY COURTHOUSE<br>RIPLEY   MS   38663 | PROPERTY TAXES FOR DISPEN SITE, IN TIPPAH COUNTY, MS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1555492 - 10324832<br>JOHNSON COUNTY TREASURER<br>ATTN: JOHNSON COUNTY, KS<br>111 S CHERRY<br>OLATHE   KS   66061-3471 | PROPERTY TAXES FOR PBS SITE, FROM 1/01/01-12/31/01, IN JOHNSON COUNTY, KS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1557682 - 10324844<br>LEAVENWORTH COUNTY TREASURER<br>COURTHOUSE 300 WALNUT STREET<br>LEAVENWORTH   TX   66048-2756 | PROPERTY TAXES FOR DISPEN SITE, IN LEAVENWORTH COUNTY, KS | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1557541 - 10324839<br>LOS ANGELES COUNTY TAX COLLECTOR<br>PO BOX 54088<br>LOS ANGELES   CA   90054-0088 | PROPERTY TAXES FOR LOS ANGELES, FROM 7/1/01-6/30/02, IN LOS ANGELES, CA | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1557108 - 10324838<br>MARICOPA COUNTY TREASURER<br>P.O. BOX 78574<br>PHOENIX   AZ   85062-8574 | PROPERTY TAXES FOR PHOENIX, FROM 1/01-6/30/01, IN MARICOPA COUNTY, AZ | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1557558 - 10324840<br>ORANGE COUNTY TAX COLLECTOR<br>PO BOX 2551<br>ORLANDO   FL   32802 | PROPERTY TAXES FOR ZELLWOOD, FROM 1/01/01-12/31/01, IN ORANGE COUNTY, FL | Contingent, Disputed, Unliquidated | Unknown | Unknown |
| 1561340 - 10324854<br>OREN L BRADY III<br>ATTN: COUNTY TREASURER<br>PO BOX 5807<br>SPARTANBURG   SC   29304 | PROPERTY TAXES FOR ENOREE, FROM 1/1/01-12/31/01, IN SPARTENBURG COUNTY, SC | Contingent, Disputed, Unliquidated | Unknown | Unknown |

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1619391 - 10071297<br>INTER-STATE OIL CO | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1100875 - 10319452<br>INTERCON CARTAGE<br>P.O. BOX 24<br>BEDFORD PARK    IL    60499-0024 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $513.60 |
| 1619853 - 10071759<br>INTERCONTINENTAL BULKTANK CORP (OVE | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1621169 - 10073075<br>INTERFAITH<br>CAROLYN SMITH PRAVLICK   DANIELL C F<br>1121 TWELFTH ST NW<br>WASHINGTON    DC    20005 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1621170 - 10073076<br>INTERFAITH<br>EDWARD LLOYD<br>15 WASHINGTON ST<br>ROOM 334<br>NEWARK    NJ    07102 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1621171 - 10073077<br>INTERFAITH COMMUNITY ORGANIZATION<br>83 WAYNE ST<br>JERSEY CITY    NJ    07302 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1621172 - 10073078<br>INTERFAITH COMMUNITY ORGANIZATION<br>CAROLYN SMITH PRAVLICK   DANIELLE C<br>1121 TWELFTH ST NW<br>WASHINGTON    D    20005 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1621124 - 10073030<br>INTERGRAPH CORP | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1619016 - 10070922<br>INTERMOUNTAIN INSULATION CO<br>333 W FIRST ST<br>SALT LAKE CITY    UT | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1069549 - 10069794<br>INTERNAL MEDICINE & CARDIOLOGY<br>P O BOX 1000<br>MEMPHIS    TN    38148-0423 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1683633 - 10068199<br>INTERNAL REVENUE SERVICE<br>Attn JAMES FIERLE<br>UNITED STATES TREASURY<br>7850 SW 6TH COURT<br>PLANTATION    FL    33324 | TAXES, INTEREST AND PENALTIES<br>1993 - 1996 AUDIT | Contingent, Disputed, Unliquidated | Unknown |
| 1683634 - 10068200<br>INTERNAL REVENUE SERVICE<br>Attn JAMES FIERLE<br>UNITED STATES TREASURY<br>7850 SW 6TH COURT<br>PLANTATION    FL    33324 | TAXES, INTEREST AND PENALTIES<br>1997 - 2000 OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown |