# Exhibit C

# Master Service List: Search Results

| Document | Mail Label | Date/Svc | 6/14/2002 |
|---|---|---|---|
| 768 - Bar Date Notice & Proof of Claim Form | STATE OF IOWA<br>DEPARTMENT OF REVENUE & FINANCE<br>HOOVER STATE OFFICE BUILDING<br>EAST 13TH & WALNUT<br>DES MOINES, IA  50319<br>USA | Mode/Svc | E-Mail Donnelley |
| **Service List** | | | |
| 1217 - Bar Date Notice & Non-Asbestos POC | | | Fax |

| Document | Mail Label | Date/Svc | 6/14/2002 |
|---|---|---|---|
| 768 - Bar Date Notice & Proof of Claim Form | STATE OF IOWA<br>DEPARTMENT OF REVENUE AND FINANCE<br>HOOVER STATE OFFICE BUILDING<br>EAST 13TH & WALNUT<br>DES MOINES, IA  50319<br>USA | Mode/Svc | E-Mail Donnelley |
| **Service List** | | | |
| 1217 - Bar Date Notice & Non-Asbestos POC | | | Fax |

| Document | Mail Label | Date/Svc | 6/14/2002 |
|---|---|---|---|
| 768 - Bar Date Notice & Proof of Claim Form | STATE OF IOWA<br>HOOVER STATE OFFICE BUILDING<br>EAST 13TH & WALNUT<br>DES MOINES, IA  50319<br>USA | Mode/Svc | E-Mail Donnelley |
| **Service List** | | | |
| 1217 - Bar Date Notice & Non-Asbestos POC | | | Fax |

3 Results Returned