**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CANCRO, P. ANTHONY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CANCRO, VINCENT R, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CANDELARIA, EDWIN, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   CANDELARIA, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   CANDELMO, PASQUALE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CANDIANO, CARMELO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   CANDIANO, SALVATORE, SACKS SACKS, 150 BROADWAY 4TH FL, NEW YORK, NY, 10038

21068   CANDLISH, SR, JAMES S, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   CANEZ, JR, JOE L, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   CANEZ, JR, JOE L, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   CANEZARO, ANGELO, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   CANEZARO, ANGELO, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   CANEZARO, GUY, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   CANEZARO, GUY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21069   CANFIELD, ALLEN, LIPSITZ, GREEN, FAHRINGER, ROLL, SAILSBURY & CAMBR, 42 DELAWARE AVENUE, BUFFALO, NY, 14202-2401

21068   CANFIELD, SR, JAMES R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CANFIELD, SR, JAMES R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CANFIELD, SR, JAMES R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CANFORA, ALBERT J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CANGEY, FRANK, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   CANGIAMILA, VINCENT T, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21069   CANIER, J T, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068   CANN, WOODROW, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CANNADY, BARNEY D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   CANNADY, CARL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CANNAVINE, JOHN A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   CANNETTE, ARMOND J, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   CANNETTE, HERMAN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   CANNINGTON, HAROLD D, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   CANNON, BILLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CANNON, CHARLIE D, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21069   CANNON, DAVID, J MICHAEL FITZGERALD, RR 1 BOX 85, FORT CALHOUN, NE, 68023

21068   CANNON, DAVID, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   CANNON, DAVID, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

Svc Lst  **Name and Address of Served Party**

21068   CANNON, EDWARD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   CANNON, EUGENE, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068   CANNON, GEORGE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CANNON, GEORGE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CANNON, GRACE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CANNON, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CANNON, JAMES L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   CANNON, JAMES, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   CANNON, JAMES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CANNON, JANIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CANNON, JANIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CANNON, JERRY W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CANNON, JERRY W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CANNON, JOHNNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CANNON, JOSEPH K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CANNON, JULIUS M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CANNON, JULIUS M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CANNON, MELVIN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CANNON, MICHAEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   CANNON, RICHARD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CANNON, ROBERT W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CANNON, ROY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CANNON, RUBY A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CANNON, TONY E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CANNON, WELDON F, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   CANNOY, FREDRICK M, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   CANNOY, SR, DAVID, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   CANO, LAWRENCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CANONICI, JOSEPH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CANONICI, JOSEPH, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CANONICO, ANTHONY J, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   CANONICO, ANTHONY J, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   CANOY, LEIGHTON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   CANSLER, JEAN, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   CANTANDO, LEONARD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   CANTER, CARL W, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CANTER, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CANTER, MARTHA A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CANTERBERRY, FRANK L, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   CANTERBURY, GERRY, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   CANTERBURY, MARK E, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   CANTILLO, JAMES E, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   CANTLEY, HARRY D, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CANTLEY, JOE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CANTLEY, JOE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CANTLEY, JOE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CANTLEY, PAUL T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CANTOLA, ALBERT J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   CANTONE, ANTHONY F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CANTRELL, BOBBY R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CANTRELL, CHARLES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CANTRELL, DONALD B, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   CANTRELL, DOROTHY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CANTRELL, HAROLD G, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   CANTRELL, HAROLD G, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   CANTRELL, IVO G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CANTRELL, IVO G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   CANTRELL, JAMES R, JABLINSKI, FOLINO, ROBERTS & MARTIN, HISTORIC HUFFMAN HOUSE, 214 W MONUMENT AVE, DAYTON, OH, 45402-3015

21068   CANTRELL, JAMES R, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   CANTRELL, JERRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CANTRELL, JERRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CANTRELL, JR, JOE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CANTRELL, LEE R, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068   CANTRELL, LEE R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CANTRELL, RILEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CANTRELL, RILEY, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   CANTRELL, ROBERT I, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CANTRELL, RONALD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   CANTRELL, SR, JIMMY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CANTRELL, THOMAS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CANTRELL, WILLIAM, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   CANTRELLE, STEVEN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   CANTU, ALFREDO M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CANTU, BALDOMERO, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   CANTU, GILBERTO, ABRAHAM MOSS, 5350 S STAPLES, CORPUS CHRISTI, TX, 78411

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  CANTU, GILBERTO, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068  CANTU, HUMBERTO V, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  CANTU, JESSE, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  CANTU, JESUS, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  CANTU, JESUS, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  CANTU, JOE M, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  CANTU, JUAN J, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  CANTU, RAYMOND R, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  CANTU, ROBERT, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069  CANTU, RUBEN M, CHAVES GONZALES, 1400 FIRST CITY TOWER II, 555 NORTH CARANCAHUA, CORPUS CHRISTI, TX, 78478

21068  CANTU, SANTIGO, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  CANTU, TORIBIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CANTUE, BOBBY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CANTUE, JIMMY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  CANTWELL, III, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CANTWELL, MARY A, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068  CANTY, DANIEL, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  CANTY, ELIZABETH G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CANTY, HARVEY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CANTY, MARTHA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CANTY, ROBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CANTY, WILLIE J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CANUM, SR, THOMAS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  CANUPP, JAMES H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CAPACCIO, MATTEO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  CAPAN, JUDY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CAPAROULA, RICHARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CAPASSO, PASQUALE M, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  CAPATE, JAMES G, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21069  CAPECE, WILLIAM M, THE LAW FIRM OF DAVID SHAW, 94 PROSPECT STREET, PO BOX 3552, NEW HAVEN, CT, 06525

21068  CAPEHART, LEROY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CAPEHART, WILLIAM B, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  CAPEL, IRENE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CAPEL, IRENE H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  CAPERNA, ALEXANDER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   CAPES, WALTER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CAPLE, BOB F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CAPLES, ELVIN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CAPLETTE, CLIFFORD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CAPODILUPO, ROBERT A, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CAPONE, FELICE, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   CAPORICCIO, PETER R, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   CAPOTOSTO, CORRADINO, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CAPOZIO, JOHN T, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   CAPOZZI, JOHN J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   CAPPABIANCO, PHILIP, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CAPPADONNA, EDNA R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069   CAPPAERT, DANIEL R, THE LAW FIRM OF MICHAEL GALLIGAN, THE PLAZA, SUITE 5, 300 WALNUT STREET, DES MOINES, IA, 50309

21069   CAPPAERT, DANIEL R, WEHR BERGER, 326 WEST THIRD STREET, SUITE 900, DAVENPORT, IA, 52801

21068   CAPPELLETTY, PHILLIP A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CAPPELLETTY, RICHARD F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CAPPELLETTY, RICHARD F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CAPPELLI, LOUIS J, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   CAPPICCIE, FLORENCE F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   CAPPIELLO, DANIEL, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   CAPPONI, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CAPPOTT, JOSEPH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CAPPRINI, STANLEY, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CAPPS, CLAUDE J, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   CAPPS, CLAUDE J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CAPPS, CLAUDE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CAPPS, ED, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CAPPS, GOLDIE, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   CAPPS, GOLDIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CAPPS, HOMER, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   CAPPS, JAMES D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CAPPS, JAMES, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068   CAPPS, JERRY B, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

**Svc Lst  Name and Address of Served Party**

21068  CAPPS, JERRY B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CAPPS, JERRY B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CAPPS, JERRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069  CAPPS, JOHN E, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068  CAPPS, ROBERT S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CAPPS, ROBERT S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CAPPS, WALTER, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  CAPPS, WARREN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CAPPS, WILLIAM D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CAPRA, RENO P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  CAPRA, RICHARD L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  CAPRARA, FRANK P, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  CAPRARIO, SALVATORE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  CAPRIO, FRANK, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  CAPRIO, GENE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  CAPRIO, GENE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CAPRIO, GENE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CAPUDER, ALVIN M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  CAPUNA, ALBERT J, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068  CAPUTO, CHARLES V, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  CARABABLO, RAFAEL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CARABALLA, SANTOS, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  CARABALLA, SANTOS, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  CARABALLO, AMERICO, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  CARABALLO, RAFAEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CARABALLO, SANTOS, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  CARABALLO, SANTOS, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  CARABELLO, SAMUEL A, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  CARABELLO, SAMUEL A, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  CARACCI, GIUSEPPE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  CARACCIOLO, FRED J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  CARACILIO, PETER F, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  CARAFA, JOSEPH A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CARAGHER, ROBERT, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

Svc Lst  Name and Address of Served Party

21068    CARAMANTE, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    CARAS, JAMES G, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    CARATENUTO, RUSSELL, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068    CARATENUTO, RUSSELL, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068    CARAVELLO, ROBERT, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068    CARAVELLO, ROBERT, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068    CARAWAY, ARTIS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    CARAWAY, AUBURN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CARAWAY, JR, EUGENE H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    CARAWAY, JR, EUGENE H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    CARAWAY, ROBERT O, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    CARAWAY, ROBERT O, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    CARAWAY, RUFUS J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    CARAWAY, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    CARAWAY, WILLIAM, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    CARAZZA, RAPHAEL L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    CARBAJAL, BENNY L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21069    CARBAJAL, PEDRO V, 1194 SECOND AVE, CHULA VISTA, CA, 91911

21068    CARBAJAL, PEDRO V, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21069    CARBAUGH, JOHN C, MICHAEL R WINTERING, 1103 SCHROCK RD STE 209, COLUMBUS, OH, 43229-1179

21068    CARBAUGH, JOHN C, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    CARBER, BILLY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    CARBERRY, MILLARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    CARBERRY, TIMOTHY O, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    CARBONE, ANTHONY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    CARBONE, ELMER, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068    CARBONE, JOHN P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    CARBONE, VINCENT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069    CARBONI, ACHILLE, KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS, 171 TWELFTH STREET, THIRD FLOOR, OAKLAND, CA, 94607

21068    CARD, CHARLES L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    CARD, DAVID, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    CARD, DAVID, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    CARD, FREDERICK W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CARD, JOHNNIE W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   CARD, JOHNNIE W, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   CARD, WALTER R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CARD, WALTER R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CARDAMONE, FRANCIS D, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   CARDAMONE, JOHN B, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069   CARDAMONE, JOHN J, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100 PENN SQUARE E STE 1050 - 10TH FL, PHILADELPHIA, PA, 19107

21069   CARDAMONE, JOSEPH V, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100 PENN SQUARE E STE 1050 - 10TH FL, PHILADELPHIA, PA, 19107

21068   CARDAMONE, RENATO, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   CARDAMONE, RENATO, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARDARELLI, DANIEL, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CARDELL, MARTHA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARDELL, MARTHA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARDELL, RONALD R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARDELL, RONALD R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARDEN, CURTIS R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CARDEN, EDWARD R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CARDEN, GENE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CARDEN, JOE E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CARDEN, JOE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CARDEN, RUSSELL R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   CARDEN, SAMUEL E, MICKEY BUCHANAN, 231 W COMMERCE ST, ASHDOWN, AR, 71822

21069   CARDEN, SAMUEL E, PATTON, TIDWELL & SCHROEDER, LLP, 4605 TEXAS BLVD, PO BOX 5398, TEXARKANA, TX, 75505-5398

21068   CARDEN, THOMAS E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CARDEN, WILLIE C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CARDENAS, ARMANDO, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CARDENAS, DANIEL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CARDENAS, EASTER F, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CARDENAS, EASTER F, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CARDENAS, FRANK A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CARDENAS, LEANDRO, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CARDENAS, LEANDRO, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CARDENAS, TOM J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  Name and Address of Served Party

---

21068  CARDER, JR, HARRY A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CARDER, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CARDIN, JIMMY L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  CARDINALE, LORETTA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  CARDINALE, SHARON A, HARTER, SECREST & EMERY LLP, 1600 BAUSCH & LOMB PLACE, ROCHESTER, NY, 14604-2711

21068  CARDONA, CRESPIN R, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21069  CARDONA, LUIS ALONSO, HAROLD J EISENMANN, PC, 2000 W LOOP SOUTH STE 1930, HOUSTON, TX, 77027

21068  CARDOSI, EUGENE K, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  CARDOSO, MIKE V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CARDUCCI, DOMENICO, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARDUCCI, DONALD J, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  CARDUCCI, MICHAEL A, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  CARDUCCI, VICTOR J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CARDWELL, BART, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARDWELL, BART, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARDWELL, JOHN W, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  CARDWELL, JOHN W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARDWELL, JOHN W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CARDWELL, KENNETH R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CARELLI, JOHN S, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  CARELLI, JOHN S, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  CARELLI, JOSEPH J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CAREY, ARCHIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CAREY, CALVIN N, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CAREY, CHARLENE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CAREY, CLEMENT O, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CAREY, DONALD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  CAREY, GLENN F, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202

21068  CAREY, HARDY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  CAREY, JAMES H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CAREY, JAMES O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CAREY, JAMES O, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CAREY, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CAREY, OTIS, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  CAREY, OTIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   CAREY, OTIS, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   CAREY, PAUL, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   CAREY, RALPH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CAREY, RAYMOND G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CAREY, WILLIAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CARGAL, JOHN W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CARGILE, BARBARA C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CARGILE, MARY M, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068   CARGILE, MARY M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CARGILL, ALPHONSA L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CARGILL, HUBERT E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CARGILL, ISAIAH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CARGILL, ISAIAH, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   CARGILL, JAMES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CARGILL, ROY R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CARGLE, IVES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   CARGO, RUDY V, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   CARGO, RUDY V, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   CARIDAD, VIRGINIA, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   CARIKER, MARK, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   CARILLO, GONSALO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CARILLO, PETE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   CARILLO, PETE, THE HENDLER LAW FIRM, PC, SCOTT M HENDLER, 816 CONGRESS AVE STE 1230, AUSTIN, TX, 78701

21068   CARITHERS, FRANCES L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARITHERS, FRANCES L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARITHERS, FRANKLIN D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARITHERS, FRANKLIN D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   CARL, DELMAR, GARY L COSTLOW ESQ, CENTRAL PARK COMMONS, 430 MAIN ST, JOHNSTOWN, PA, 15901

21068   CARL, DELMAR, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CARL, ED, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   CARL, ED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARL, RICHARD H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CARL, RICHARD H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CARL, ROBERT E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   CARL, RONALD G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

Svc Lst  **Name and Address of Served Party**

21068   CARL, VIRGINIA M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CARL, VIRGINIA M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   CARLAN, DELMER, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   CARLE, ELSIE S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARLE, ELSIE S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARLEE, KATIE L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CARLEY, FREDERICK F, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CARLEY, RICHARD D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   CARLEY, WALLACE R, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21069   CARLILE, DAVID C, BIRMINGHAM, BILL, THE CARLILE LAW FIRM LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069   CARLILE, DAVID C, ELLIOTT, ALLEN E, THE CARLILE LAW FIRM LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069   CARLILE, DAVID C, HARRIS, DANNY, THE CARLILE LAW FIRM LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069   CARLILE, DAVID C, HILL, SHEILIA, THE CARLILE LAW FIRM LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069   CARLILE, DAVID C, JACKSON, LESSIE, THE CARLILE LAW FIRM LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   CARLILE, JOSEPH, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   CARLINE, JR, JESSE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   CARLINI, ARMAND, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   CARLINO, SALVATORE, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   CARLISLE, CHARLIE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CARLISLE, DORIS L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARLISLE, DORIS L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARLISLE, ELONZA, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CARLISLE, JACK W, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   CARLISLE, JAMES E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CARLISLE, JAMES S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARLISLE, JAMES S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARLISLE, JAMES W, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   CARLISLE, JOANNE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CARLISLE, JOANNE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CARLISLE, MATTHEW, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CARLISLE, MATTHEW, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CARLISLE, NORMAN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CARLISLE, RAS, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  CARLISLE, ROBERT B, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  CARLISLE, ROBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CARLISLE, TRUMAN L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CARLISLE, VERTIS F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CARLISLE, VERTIS F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CARLISLE, WILLIAM C, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  CARLISLE, WILLIAM C, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  CARLISLE, WILLIAM L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CARLISLE, WILLIAM M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CARLISLE, WILLIAM M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CARLL, LOWELL R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CARLO, ROCCO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  CARLOCK, ROBERT, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  CARLOCK, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARLOCK, ROBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CARLOCK, VERNON D, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  CARLOMAGNO, ULISES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CARLONE, JAMES D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069  CARLOS A ZELAYA II, COLOMBO, ANGELO, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21069  CARLOS A ZELAYA II, CUCCHERO, SR, ANTHONY J, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21069  CARLOS A ZELAYA II, DUNCAN, WILLIAM, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21069  CARLOS A ZELAYA II, HARTENSTEIN, JOSEPH A, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21069  CARLOS A ZELAYA II, HOELZEL, WILLIAM J, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21069  CARLOS A ZELAYA II, MAILLET, JR, HARRY J, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21069  CARLOS A ZELAYA II, MASON, WILLIAM T, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21069  CARLOS A ZELAYA II, MEREDITH, JAMES W, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21069  CARLOS A ZELAYA II, NUCCIO, SR, ANTHONY J, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21069  CARLOS A ZELAYA II, NUNEZ, KENNETH C, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21069  CARLOS A ZELAYA II, SMITH, DIXON L, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21069  CARLOS A ZELAYA II, SOTTILE, SANTO T, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21069  CARLOS A ZELAYA II, VACCARO, HENRY A, MAPLES & KIRWIN, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068  CARLOS, DONALD J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  CARLOW, DAVID H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CARLSEN, ARNOLD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | CARLSEN, MAY ALICE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CARLSEN, MAY ALICE, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017 |
| 21068 | CARLSEN, ROBERT E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CARLSEN, STANLEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CARLSON, ARNOLD P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CARLSON, BARRY, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21069 | CARLSON, DARRELL D, 4675 POINT IOMA AVE, SAN DIEGO, CA, 92107 |
| 21068 | CARLSON, DARRELL D, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104 |
| 21068 | CARLSON, DAVID J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CARLSON, DAVID, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | CARLSON, DAVID, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | CARLSON, DENNIS, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | CARLSON, DON, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | CARLSON, ERNEST, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | CARLSON, GARY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CARLSON, GEORGE H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CARLSON, GERALD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CARLSON, HAROLD F, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21069 | CARLSON, JERRY, ROSSBACH BRENNAN P C, 401 NORTH WASHINGTON STREET, PO BOX 8988, MISSOULA, MT, 59807 |
| 21069 | CARLSON, JERRY, WRIGHT, TOLLIVER, GUTHALS, P C, PO BOX 1977, BILLINGS, MT, 59103 |
| 21068 | CARLSON, LYLE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | CARLSON, PHILIP R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CARLSON, RAYMOND A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | CARLSON, RICHARD C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CARLSON, RICHARD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CARLSON, RICHARD, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608 |
| 21068 | CARLSON, ROBERT L, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101 |
| 21068 | CARLSON, ROBERT, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201 |
| 21069 | CARLSON, RONALD E, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800 |
| 21069 | CARLSON, RONALD E, WILLIAMS, KLUKOWSKI, FOTIEO, 934 SCRIBNER NW, GRAND RAPIDS, MI, 49504 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  CARLSON, RONALD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CARLSON, WILLIAM B, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068  CARLTON, ANNIE C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  CARLTON, ANNIE C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  CARLTON, BERYL J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CARLTON, CHESTER L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CARLTON, DONNIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CARLTON, DOROTHY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CARLTON, DOROTHY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CARLTON, GARY L, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  CARLTON, GEORGE O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARLTON, GEORGE O, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARLTON, JOHN C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CARLTON, JOHN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CARLTON, NATHANIEL, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CARLTON, VELMA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CARLTON, VELMA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CARLTON, WILLIAM G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  CARLTON, WILLIAM G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  CARLUCCI, PHILIP, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  CARMACK, JAMES O, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CARMACK, SR, THOMAS J, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068  CARMAN, HAROLD L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CARMAN, JOHNNIE B, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  CARMAN, JOHNNIE B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARMAN, JOHNNIE B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CARMAN, RUSSELL, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068  CARMANY, EDMUND, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  CARMEN, JOHN L, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  CARMICHAEL, DOROTHY S, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  CARMICHAEL, GARY T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CARMICHAEL, GEORGE W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  CARMICHAEL, GEORGE W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  CARMICHAEL, GEORGE W, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

Svc Lst  **Name and Address of Served Party**

21068  CARMICHAEL, GEORGE W, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068  CARMICHAEL, GLEN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  CARMICHAEL, RANDY C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CARMICHAEL, WILLIAM M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CARMON, BOBBY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CARMON, ERNEST, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CARMON, HERBERT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CARMON, WILFORD, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  CARMOUCHE, PETER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CARNAHAN, EDITH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARNAHAN, ROBERT C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CARNATHAN, GEORGE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  CARNATHAN, GEORGE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  CARNATHAN, LYNNE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  CARNATHAN, LYNNE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  CARNATHAN, T L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CARNATHAN, T L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CARNATHON, DORIS H, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  CARNEAL, PAUL, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  CARNEGIE, SR, JOE D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CARNEGIE, TAYLOR L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  CARNELL, REGINALD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  CARNER, ROBERT L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  CARNES, ARTHUR L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  CARNES, EDNA, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CARNES, HAROLD E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CARNES, HAROLD E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CARNES, HENRY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CARNES, JAMES, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  CARNES, MERLEY B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CARNETT, CLYDLE L, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  CARNETT, CLYDLE L, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  CARNEY, EDWARD P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CARNEY, GERARD P, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CARNEY, HAM P, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

Svc Lst  Name and Address of Served Party

21069  CARNEY, HAM P, J WILLIAM LEWIS, 1037 22ND STREET SOUTH, SUITE 102, BIRMINGHAM, AL, 35205

21068  CARNEY, JAMES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CARNEY, JR, BEN, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CARNEY, JR, FRANK H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CARNEY, LESTER, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21069  CARNEY, LUTHER E, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757

21068  CARNEY, LUTHER E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARNEY, MARK L, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21069  CARNEY, RICHARD M, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425

21068  CARNEY, THOMAS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  CARNEY, WILSON A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  CARNLEY, CHARLES E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  CARNLEY, FOREST J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  CARNLEY, JAMES D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CARNLEY, JAMES D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CARNY, GERARD P, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CARO, FELINA, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068  CARO, OLIVIA C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CAROELLA, VINCENT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CAROLAN, PAUL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  CAROLL, BARBARA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CAROLLA, PETER, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  CAROLLA, PETER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CAROLLO, DENNIS, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068  CAROLLO, GRACE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CAROLLO, SALVATORE C, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  CAROLO, STEVE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CARON, ALCIDE E, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  CARON, GEORGE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CARON, GEORGE A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  CARON, JAMES C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CARON, JR, HAROLD E, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068  CARON, ROBERT, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  CARON, ROLAND, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CARONE, RAYMOND M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21069   CAROSELLI SPAGNOLLI & BEACHLER, 312 BLVD OF THE ALLIES 8TH FL, PITTSBURGH, PA, 15222-1916

21068   CAROSIELLI, JOHN A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CAROSIELLI, JOHN A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CAROTHERS, CHARLES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CAROZZA, CARMEN R, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   CARPENDER, JESSIE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CARPENDER, JESSIE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CARPENTER SR., ROBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CARPENTER, ALBERT, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CARPENTER, ANDREW, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   CARPENTER, BENNY A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CARPENTER, BETTY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CARPENTER, BETTYE C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARPENTER, BETTYE C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARPENTER, BRUCE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CARPENTER, BRUCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARPENTER, BRUCE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CARPENTER, CAROL J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CARPENTER, CHARLES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CARPENTER, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CARPENTER, CHARLES, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   CARPENTER, DARELL J, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   CARPENTER, DAVID, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CARPENTER, DON W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   CARPENTER, DON W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   CARPENTER, DONALD W, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   CARPENTER, DONALD, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   CARPENTER, DONNELL, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   CARPENTER, EARL, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   CARPENTER, EARL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARPENTER, EARL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CARPENTER, EDDIE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CARPENTER, EMOGEN, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CARPENTER, EMOGEN, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

Svc Lst  **Name and Address of Served Party**

21068  CARPENTER, FLOYD, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  CARPENTER, FRANK, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CARPENTER, FRANK, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CARPENTER, GARDNER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CARPENTER, GARDNER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CARPENTER, GEORGE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CARPENTER, GEORGE E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  CARPENTER, GEORGE, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  CARPENTER, GEORGE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARPENTER, GEORGE, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  CARPENTER, GEORGE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069  CARPENTER, GEORGE, TAFT TAFT & HAIGLER, 2217 STANTONSBURG ROAD, PO BOX 1766, GREENVILLE, NC, 27835-1766

21068  CARPENTER, HARRY D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CARPENTER, HASKELL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  CARPENTER, HASKELL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARPENTER, HASKELL, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  CARPENTER, HASKELL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CARPENTER, IRA E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARPENTER, J T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARPENTER, J T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARPENTER, JAMES, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  CARPENTER, JAMES, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  CARPENTER, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CARPENTER, JEANETTE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  CARPENTER, JEANETTE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  CARPENTER, JERRY W, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  CARPENTER, JESSE, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068  CARPENTER, JOHN P, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  CARPENTER, JOHN P, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  CARPENTER, JOHN V, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CARPENTER, JR, JAMES M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CARPENTER, JR, ODIS L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CARPENTER, JUNE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CARPENTER, JUNE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CARPENTER, KENNETH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CARPENTER, KENNETH, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CARPENTER, LEROY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CARPENTER, LINZELL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CARPENTER, LINZELL, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068   CARPENTER, LINZELL, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   CARPENTER, LUTHER E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   CARPENTER, LUTHER E, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   CARPENTER, LUTHER R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARPENTER, MARLENE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARPENTER, NICK, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   CARPENTER, ODELL, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   CARPENTER, OTIS R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CARPENTER, OTIS R, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068   CARPENTER, OTIS R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21069   CARPENTER, PATRICIA H, LUNDY & DAVIS, L L P, HIBERNIA TOWER, 501 BROAD STREET, PO BOX 3010, LAKE CHARLES, LA, 70602

21068   CARPENTER, PAUL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   CARPENTER, PAUL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARPENTER, PERVIS E, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   CARPENTER, PRESTON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CARPENTER, RALPH H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CARPENTER, RICHARD C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CARPENTER, RICHARD C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CARPENTER, RICHARD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CARPENTER, ROBERT C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CARPENTER, ROGER D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CARPENTER, RONNIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CARPENTER, ROSEANNE M, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   CARPENTER, RUFUS A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CARPENTER, RUSSELL, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   CARPENTER, SAMMY C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CARPENTER, SR, LUKE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CARPENTER, THOMAS L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CARPENTER, WILLIAM O, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   CARPENTER, WILLIAM R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CARPENTIER, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | CARPENTIERI, RALPH, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | CARPER, ALBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | CARPER, CLARENCE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | CARPER, KENNETH, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | CARPER, OMER C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CARR, ALBERT, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | CARR, ALBERT, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | CARR, ALFRED, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | CARR, ALVIN C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CARR, ARTHUR J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CARR, BERNICE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CARR, BOBBY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CARR, BOBBY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CARR, CHARLES, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | CARR, CLAUDE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | CARR, CLAUDE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | CARR, CLEOPHUS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CARR, DAMON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CARR, DAMON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CARR, DAVID L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CARR, DAVID L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CARR, DAVID, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CARR, DOUGLAS A, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | CARR, EARNEST F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21069 | CARR, EDWARD D, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301 |
| 21068 | CARR, EDWARD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CARR, GEO T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CARR, GEO T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CARR, GEORGE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CARR, GEORGE D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CARR, GEORGE D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CARR, GEORGE W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | CARR, GERALD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CARR, GREG, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CARR, GREG, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CARR, GROVER P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CARR, HERMAN L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | CARR, HERMAN L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | CARR, JACK W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

Svc Lst  Name and Address of Served Party

---

21068   CARR, JACK W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CARR, JACK, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   CARR, JAMES A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CARR, JAMES A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CARR, JAMES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CARR, JAMES W, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   CARR, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CARR, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARR, JIMMY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CARR, JR, BELL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CARR, JR, LEO N, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CARR, JR, LEO N, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21069   CARR, JULIAN F, WHYLAND & RICHMOND, LLP, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068   CARR, JUSTINE M, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CARR, KEITH D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CARR, LEROY, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CARR, MARY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CARR, O C, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CARR, O K, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   CARR, O K, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   CARR, O K, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CARR, ORIEN, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   CARR, PEARLIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CARR, PHILLIP J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CARR, RAY E, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   CARR, RAY E, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   CARR, ROBERT A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CARR, ROBERT A, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   CARR, RODNEY W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CARR, RODNEY W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CARR, RONALD E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CARR, ROY J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CARR, RUSSELL, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   CARR, SHARON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CARR, SHARON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CARR, SR, CURTIS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

---

Svc Lst  **Name and Address of Served Party**

21068   CARR, SR, WILLIAM N, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CARR, TOM, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CARR, TOMMIE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CARR, WILLIAM E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CARRAL, LOUIS W, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   CARRAL, LOUIS W, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   CARRASCO, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CARRAWAY, CLINTON, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARRAWAY, CLINTON, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARRAWAY, REUBEN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CARRAWAY, WILLIAM D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CARRAWAY, WILLIAM D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CARREKER, EARNEST, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CARRELL, JIMMY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CARRES, GEORGE D, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   CARRICO, PAUL, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   CARRICO, PAUL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CARRICO, PAUL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CARRIER, ELBERT A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CARRIER, GILBERT S, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CARRIER, JAMES, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CARRIER, JOSEPH C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CARRIER, JOSEPH C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CARRIER, JOSEPH E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CARRIER, JOSEPH, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   CARRIER, JULL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CARRIER, RICHARD A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CARRIER, SR, CARLTON, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   CARRIER, SR, MYRLE F, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CARRIER, VERA L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CARRIERE, LOUIS W, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   CARRIERE, LOUIS W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARRIGAN, KEITH W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CARRIGAN, KEITH W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CARRIKER, EVELYN W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  CARRIKER, EVELYN W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CARRIKER, STEVE W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CARRILLO, DAVID, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  CARRILLO, FLAVIO, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068  CARRILLO, JOE M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CARRILLO, JOSE, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  CARRILLO, JOSEPH, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  CARRILLO, JOSEPH, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  CARRILLO, JUAN C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CARRILLO, JUAN C, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  CARRILLO, SAUL, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  CARRINGTON, JAMES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CARRINGTON, JOHN J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CARRINGTON, ROY A, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  CARRINGTON, ROY A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CARRION, JESUS A, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068  CARRION, VICTOR M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CARRITHERS, JR, CHARLES A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CARROL, RALPH L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CARROLL, ALBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARROLL, ALBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARROLL, ARLIE M, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  CARROLL, ARLIE M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARROLL, ARTHUR M, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  CARROLL, BENJAMIN D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CARROLL, BETTY J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CARROLL, BUSTER L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  CARROLL, CHARLES E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CARROLL, CHARLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069  CARROLL, CLARENCE E, LUNDY & DAVIS, L L P, HIBERNIA TOWER, 501 BROAD STREET, PO BOX 3010, LAKE CHARLES, LA, 70602

21068  CARROLL, CLIFFORD A, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068  CARROLL, CORNELIUS, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  CARROLL, DAVID P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARROLL, DAVID P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARROLL, EARLIE O, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CARROLL, EARLIE O, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | CARROLL, EASON J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CARROLL, EDWARD L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | CARROLL, EVA V, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CARROLL, FRANKIE J, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | CARROLL, FRANKLIN D, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | CARROLL, GEORGE C, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | CARROLL, GEORGE H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CARROLL, GEORGE H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CARROLL, GREGORY A, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | CARROLL, HENRY B, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | CARROLL, HOWARD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CARROLL, JAMES D, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | CARROLL, JAMES D, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | CARROLL, JAMES E, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919 |
| 21068 | CARROLL, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CARROLL, JAMES R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | CARROLL, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | CARROLL, JERRY M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CARROLL, JIMMIE E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | CARROLL, JIMMIE E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | CARROLL, JOE, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | CARROLL, JOE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | CARROLL, JOHN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | CARROLL, JR, MILTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CARROLL, KENNETH D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CARROLL, KENNETH D, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602 |
| 21068 | CARROLL, LENARD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CARROLL, LEWIS L, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009 |
| 21069 | CARROLL, MARGARET S, WHEAT KING, 801 BROAD STREET, CHATTANOOGA, TN, 37402 |
| 21068 | CARROLL, MARGARET, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CARROLL, MARGARET, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | CARROLL, MARIE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CARROLL, MARIE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CARROLL, MARK J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CARROLL, NORMA R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  CARROLL, NORMA R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CARROLL, OLIN F, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CARROLL, PATTY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CARROLL, PATTY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CARROLL, RALPH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARROLL, RALPH, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARROLL, RAYMOND, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068  CARROLL, RICHARD E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  CARROLL, RICHARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CARROLL, ROBERT B, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CARROLL, ROBERT D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  CARROLL, RONNIE L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  CARROLL, SHIRLEY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARROLL, SR, BILLY J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  CARROLL, SR, VALCOUR C, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  CARROLL, SR., WILLIE CALVIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CARROLL, SR., WILLIE CALVIN, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068  CARROLL, SR., WILLIE CALVIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARROLL, THERMON D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CARROLL, THOMAS G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CARROLL, THOMAS, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  CARROLL, TOMMY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARROLL, TOMMY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARROLL, WALTER, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  CARROLL, WILLIAM C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CARROLL, WILLIAM D, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  CARROLL, WILLIAM E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CARROLL, WILLIAM F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CARROZZA, DAVID, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  CARROZZA, FRANK, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068  CARROZZA, JAMES, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21069  CARRUBA, EUGENE, HARDIN, LEWIS, TABER & TUCKER, 1037 22ND ST SOUTH, BIRMINGHAM, AL, 35205

21068  CARRUTH, EVERETT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  CARRUTH, EVERETT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARRUTH, EVERETT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CARRUTH, RONNY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   CARSELE, DONALD F, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   CARSELE, DONALD F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CARSELE, JACK, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   CARSELE, JACK, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CARSON, BONNIE B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CARSON, DAVID, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CARSON, DONALD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CARSON, DONALD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CARSON, JAMES H, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   CARSON, JAMES H, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   CARSON, JAMES W, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CARSON, JOHN S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARSON, JR, RICHARD, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   CARSON, MARY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CARSON, MOZELL, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068   CARSON, NAOMI, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARSON, NAOMI, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARSON, NATHAN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CARSON, NEVEL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CARSON, PAUL J, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   CARSON, RANDALL M, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   CARSON, SELWYN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CARSON, SELWYN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CARSON, WALTER, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   CARSON, WILLENE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CARSTARPHEN, JACOB, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CARSTARPHEN, SR, PRESIDEE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CARSTARPHEN, SR, PRESIDEE, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   CARSTEN, RICHARD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CARSTENSEN, FRED R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CARSWELL, EDDIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARSWELL, EDDIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARSWELL, FRANK, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  CARSWELL, SAVONIA H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  CARSWELL, SAVONIA H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  CARTE, ALTON B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARTE, ALTON B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARTE, CLARENCE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  CARTE, CLARENCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARTE, CLARENCE, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21069  CARTE, ELIZABETH, CLARK, DEPEW & TRACEY, LTD, LLP, 440 LOUISIANA (LYRIC CENTER), 16TH FL, HOUSTON, TX, 77002

21068  CARTE, ELIZABETH, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  CARTE, OLEY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  CARTEN, CLARA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  CARTER, A V, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  CARTER, ALBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARTER, ALBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARTER, ALFRED, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  CARTER, ALVIN E, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CARTER, ALVIN T, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  CARTER, AMOS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CARTER, ANNETTA B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARTER, ASIA J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CARTER, BEN A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  CARTER, BEN T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CARTER, BENJAMIN, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  CARTER, BENJAMIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARTER, BENJAMIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CARTER, BENJAMIN, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  CARTER, BERTHA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CARTER, BOBBIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CARTER, C H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARTER, C H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARTER, C. A, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  CARTER, C. A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARTER, C. A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 CARTER, CARL L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068 CARTER, CELESTER V, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068 CARTER, CELESTER V, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068 CARTER, CELESTINE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 CARTER, CHARLES B, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068 CARTER, CHARLES E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068 CARTER, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 CARTER, CHARLES H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 CARTER, CHARLES H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 CARTER, CHARLES L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068 CARTER, CHARLES R, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068 CARTER, CHARLES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068 CARTER, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 CARTER, CHLORINE, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068 CARTER, CLARA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 CARTER, CLARA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 CARTER, CLIFFORD E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 CARTER, CLIFFORD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068 CARTER, CLIFFORD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 CARTER, CLIFTON, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069 CARTER, COLLIN E, CRIPPEN & CLINE LC, 10 WEST 100 S STE 425, SALT LAKE CITY, UT, 84101

21068 CARTER, COLLIN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068 CARTER, COMMODORE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 CARTER, CORNELIUS L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 CARTER, CORNELIUS L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 CARTER, CURTIS L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068 CARTER, CURTIS L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068 CARTER, DAN A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 CARTER, DANIEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 CARTER, DANNY H, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068 CARTER, DANNY R, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068 CARTER, DELLA, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068 CARTER, DELLA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 CARTER, DELLA, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068 CARTER, DIANELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 CARTER, DON A, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

Svc Lst  Name and Address of Served Party

---

21068  CARTER, DON A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARTER, DONALD E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CARTER, DONALD J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CARTER, DORTHELL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CARTER, DOUGLAS E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  CARTER, DOUGLAS L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  CARTER, DUANE R, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  CARTER, EARL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  CARTER, EARL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARTER, EDDIE, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  CARTER, EDDIE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  CARTER, EDDIE, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  CARTER, EDITH V, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CARTER, EDITH V, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CARTER, EDWARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CARTER, ELLEN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CARTER, ELLEN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CARTER, ELOISE W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  CARTER, FANNIE M, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068  CARTER, FERRIS C, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068  CARTER, FRANK H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARTER, FRANK H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARTER, FRANK L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  CARTER, GARRETT R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  CARTER, GARRETT R, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  CARTER, GARVIN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CARTER, GARY J, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  CARTER, GARY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CARTER, GARY R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CARTER, GEORGE L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CARTER, GEORGE M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARTER, GEORGE M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARTER, GEORGE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CARTER, GEORGIA L, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  CARTER, GEORGIA L, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  CARTER, HAL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CARTER, HAROLD B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   CARTER, HARRY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CARTER, HAZEL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CARTER, HAZEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARTER, HELEN J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CARTER, HELEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CARTER, HENRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CARTER, HENRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARTER, HENRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CARTER, HERBERT H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CARTER, HERMAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CARTER, HOMER, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   CARTER, HOMER, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   CARTER, HUGH M, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CARTER, III, DONALD E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   CARTER, J C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARTER, J C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARTER, JAMES A, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   CARTER, JAMES C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CARTER, JAMES D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CARTER, JAMES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARTER, JAMES E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CARTER, JAMES F, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CARTER, JAMES L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CARTER, JAMES R, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   CARTER, JAMES R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CARTER, JAMES R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CARTER, JAMES T, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   CARTER, JAMES W, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   CARTER, JAMES W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CARTER, JAMES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CARTER, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CARTER, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CARTER, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CARTER, JAMES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CARTER, JEROME, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CARTER, JESSE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CARTER, JESSE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   CARTER, JIMMIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    CARTER, JIMMIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    CARTER, JIMMY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CARTER, JOE L, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    CARTER, JOE T, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    CARTER, JOE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CARTER, JOHN E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    CARTER, JOHN E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    CARTER, JOHN L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    CARTER, JOHN W, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068    CARTER, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    CARTER, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    CARTER, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    CARTER, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    CARTER, JOSEPH B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    CARTER, JOSEPH B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    CARTER, JOSEPH E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    CARTER, JOSEPH E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    CARTER, JOSEPH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    CARTER, JOSEPH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CARTER, JOSEPH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    CARTER, JR, ARMSTEAD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    CARTER, JR, BOOKER T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    CARTER, JR, HERMAN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    CARTER, JR, HOWARD L, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    CARTER, JR, IRA N, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    CARTER, JR, IRA N, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    CARTER, JR, JOHN D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CARTER, JR, LANDY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    CARTER, JR, LEON, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    CARTER, JR, LEON, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068    CARTER, JR, LOIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CARTER, JR, LOUIS, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068    CARTER, JR, LOUIS, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068    CARTER, JR, RALPH D, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068    CARTER, JR, TRAVIS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    CARTER, JR, WALTER L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Svc Lst  Name and Address of Served Party**

21068  CARTER, JR, WILBUR O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARTER, JR, WILBUR O, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068  CARTER, JR., SHERMAN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CARTER, KENNETH E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CARTER, KENNETH E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CARTER, KENNETH M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CARTER, KENNETH M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CARTER, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CARTER, KENNETH, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  CARTER, LARRY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  CARTER, LAVON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CARTER, LEANIER, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21069  CARTER, LEE, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068  CARTER, LEO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CARTER, LEON M, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  CARTER, LEON, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CARTER, LESLIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  CARTER, LESLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CARTER, LESLIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CARTER, LEVERTIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CARTER, LEWIS, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  CARTER, LINCOLN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CARTER, LONNIE J, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  CARTER, LOUIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CARTER, LULA M, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CARTER, LUMPFORD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CARTER, MACIE V, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  CARTER, MACIE V, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  CARTER, MARGAREE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CARTER, MARVIN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CARTER, MARVIN, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  CARTER, MARY N, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CARTER, MARY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CARTER, MARY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CARTER, MEL, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  CARTER, MELTON, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  CARTER, MELVIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Svc Lst  Name and Address of Served Party**

21068    CARTER, MELVIN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    CARTER, MICHAEL, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068    CARTER, MICHAEL, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068    CARTER, MICHAEL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    CARTER, MICHAEL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CARTER, MIKE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    CARTER, MIKE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    CARTER, MILDRED, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    CARTER, MILDRED, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    CARTER, MILTON A, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    CARTER, MORRIS A, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068    CARTER, MOSES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CARTER, MOSES, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    CARTER, NANCY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    CARTER, NATHANIEL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CARTER, NORBERT, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    CARTER, NORWELL, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068    CARTER, ONEAL, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068    CARTER, OSCAR, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    CARTER, PAFFORD P, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    CARTER, PAFFORD P, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    CARTER, PAUL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CARTER, PAUL, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068    CARTER, PERCY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CARTER, PETER J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    CARTER, PETER J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    CARTER, PHIL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    CARTER, PHIL, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068    CARTER, RICHARD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    CARTER, RICHARD P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CARTER, RICHARD, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068    CARTER, ROBBY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    CARTER, ROBBY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    CARTER, ROBERT B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CARTER, ROBERT D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    CARTER, ROBERT E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    CARTER, RONALD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    CARTER, RONALD G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CARTER, RONALD, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301 |
| 21068 | CARTER, RONELL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | CARTER, RUFUS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | CARTER, RUFUS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CARTER, RUSSELL H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CARTER, RUTH A, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | CARTER, S E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CARTER, SADIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CARTER, SAMUEL C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CARTER, SAMUEL W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CARTER, SR, DENNIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CARTER, SR, JAMES R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CARTER, SR, MARION E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CARTER, SR, WILLIAM R, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | CARTER, SR., JOHN H, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | CARTER, STEVEN W, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | CARTER, TOMMIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CARTER, VIOLA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | CARTER, VIOLA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CARTER, VIRGIL M, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | CARTER, WALTER L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CARTER, WENDELL A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | CARTER, WILLIAM F, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | CARTER, WILLIAM F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CARTER, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CARTER, WILLIAM, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | CARTER, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CARTER, WILLIE H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CARTER, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CARTER, WILLIS E, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | CARTER, WILSON B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CARTER, WINSTON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CARTHRON, THOMAS C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CARTIER, ALEXANDER J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CARTIER, MARTHA J, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    CARTLEDGE, HARRY, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068    CARTLEDGE, MARY S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    CARTLIDGE, SR, DAVID S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    CARTLIDGE, RONNIE, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068    CARTLON, WILLIAM C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    CARTLON, WILLIAM C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    CARTLON, WILLIAM C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    CARTON, LYNVILLE, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068    CARTWRIGHT, DANIEL W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    CARTWRIGHT, JAMES A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    CARTWRIGHT, PETER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    CARTWRIGHT, RENNIE, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    CARTWRIGHT, SR, CLIFFORD, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068    CARTWRIGHT, SR, CLIFFORD, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068    CARTWRIGHT, WALTER C, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    CARTY, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    CARTY, LARRY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    CARUCCI, FRANK, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    CARUSO, GEORGE R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    CARUSO, GEORGE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    CARUSO, KENNETH J, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    CARUSO, KENNETH J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    CARUSO, LOUIS P, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068    CARUSO, PETER J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    CARUSO, SAMUEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    CARUTHERS, RICHARD W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    CARUTHERS, RICHARD W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    CARVAJAL, RAUDEL, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068    CARVEL, ALLEN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CARVER, CECIL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    CARVER, CECIL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    CARVER, CHARLES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    CARVER, CHARLES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CARVER, DALE, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CARVER, DONNIE R, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   CARVER, EDDIE L, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CARVER, EDDIE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARVER, EDDIE L, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   CARVER, EDDIE L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069   CARVER, EMERSON E, BRAYTON, HARLEY, CURTIS, 955 AMERICAN BANK BLDG, 621 S W MORRISON STREET, PORTLAND, OR, 97205

21069   CARVER, EMERSON E, SWANSON, THOMAS & COON, 900 AMERICAN BANK BLDG, 820 SW 2ND AVE STE 200, PORTLAND, OR, 97204-3087

21068   CARVER, LEON W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CARVER, LESTER E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   CARVER, MARION J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CARVER, MICHAEL, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   CARVER, ROBERT H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CARVER, VIVIAN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CARVER, WILLIAM D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CARY, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CARY, KINLOCK, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CARY, KINLOCK, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CARY, ROY L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   CARY, WENDELL G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CARY, WENDELL G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CASADAY, SYLVIA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CASADIE, HELEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CASAGRANDE, GUIDO, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   CASANOVA, JORGE, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   CASANOVA, JOSEPH, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   CASANOVA, VIDAL, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   CASARELLA, GAETANO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CASAREZ, OCTAVIANO, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   CASARINO, PETER, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068   CASAS, ENRIQUE, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   CASAS, LEONARDO D, 950 TREAT AVE, SAN FRANCISCO, CA, 94110

21068   CASAS, LEONARDO D, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21068   CASASANTA, GUIDO, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   CASBORN, DARVILLE J, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CASBORN, DARVILLE J, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749 |
| 21068 | CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AAGERUP, JR, HAROLD F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ABERNATHY, DENNIS D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ABITZ, GERALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ABNER, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ABRAMS, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ADAMS, JAMES L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ADAMS, KATHERINE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ADAMS, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ADAMS, TEDDY L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ADDINGTON, EARNEST L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ADSERIAS, FRANKLIN H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21069 | CASCINO, MICHAEL P, ADSERIAS, FRANKLYN H, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AFFELDT, SR, GARY A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AIMARO, JOSEPH P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AKEN, EDWARD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALBERS, MASON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALBERS, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALBRECHT, ARNO O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALDRICH, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALDRIDGE, TILMAN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALEXANDER, ABRAHAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALEXANDER, LINDA J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALFORD, LEON J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALIOTO, THOMAS P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALKA, WILLIAM R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALLEN, GARY S, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALLEN, JAMES J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ALLEN, JEROME, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Svc Lst  Name and Address of Served Party**

21068   CASCINO, MICHAEL P, ALLEN, JR, LEONARD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ALLEN, LARRY J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ALLEN, LOUIS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ALSENE, DELMAR, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ALSMAN, BILL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ALTMANN, WILLIS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ALVARADO, JR, THOMAS L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ALVAREZ, EUGENO, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, AMES, THOMAS A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, AMMERMAN, SR, CALVIN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, AMOS, EXCELL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, AMUNDSON, ROLLAND, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANDERSON, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANDERSON, FRANKLIN D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANDERSON, GERALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANDERSON, LARRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANDERSON, PHILLIP T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANDERSON, RALPH V, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANDERSON, RICHARD M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANDERSON, ROBERT O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANDRADE, MANUEL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANDREWS, LARRY L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANDREWS, WALLACE R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANDRIS, ARTHUR, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANKLAM, CARL F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ANUSZKIEWICZ, ROMAN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, APPELBERG, HAROLD B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ARCHAMBAULT, RONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ARCHER, JACKSON H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ARCHER, JAMES G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CASCINO, MICHAEL P, ARDAUGH, WILLIAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AREND, RICHARD P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ARGENTA, HENRY F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ARMSTRONG, VERNON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ARPP, ROBERT J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ARRINGTON, WILLIAM D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ARROYO, SR, RONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ARSENEAULT, CLOVIS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ARTHUR, SR, G K, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ASHER, WARREN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ASHLEY, NATHANIEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ASKINS, COLLIS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ASKINS, THOMAS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ASP, MERTON E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ATHY, EUGENE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ATKINSON, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ATWATER, ARNOLD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AUDO, ANTHONY J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AUGUSTYNIAK, RAYMOND M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AUSTIN, FRANCIS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AUSTIN, FRANK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AUTERSON, WILLIAM O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AVANT, JACK H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AYALA, IGNATIUS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AYRES, LARRY H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, AZPEITIA, JOEL C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BACHMANN, THOMAS G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BAHR, RICHARD R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BAIER, JR, HENRY L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BAILEY, JAMES E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21069 | CASCINO, MICHAEL P, BAILEY, JAMES E, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BAILEY, PHILLIP, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BAILEY, SAMUEL F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BAILIE, PAUL R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BAKER, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BAKER, GEORGE W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BAKER, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BALCH, MAX L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BALLARD, PAUL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BALTHAZOR, LEON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BAN, JERRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BANA, ALEX, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BANDWICK, DANIEL S, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BANKS, ANDREW G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BANSEMAR, HARVEY P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARBIEUR, JR, HENRY J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21069 | CASCINO, MICHAEL P, BARCLAY, PETER, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARDEN, LEROY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARGENQUAST, DONALD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARK, JAMES A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARNES, JOE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARNES, JR, CURTIS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARNES, LAWRENCE E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARNES, MONROE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARNES, ROY W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARNETT, EARL R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARNETT, ROSCOE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARNEY, JOHN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARTLETT, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BARTLEY, WILLIAM C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   CASCINO, MICHAEL P, BARTSCH, NORMAN F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BASCOM, RICHARD S, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BASORE, DONALD H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BATTISTELLI, ARTHUR R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAUD, PAUL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAUER, DENNIS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAUGHER, GRANT A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAUGHMAN, HOWARD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAUMANN, ANTHONY G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAUMGARTNER, CARL R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAXTER, CHARLES L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAXTER, GARY G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAYER, LOTHAR G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAYLESS, BENJAMIN F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAYLOR, WOODROW, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAZIK, BENEDICT T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BAZILE, JOSEPH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BCHENEK, MARION J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BEACH, JR, LAUNDY E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BEALL, JACK L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BEARD, GEORGE S, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BEASLEY, GLEN E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BEAVERS, SR, WILLIAM B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BECHTELER, FREDERICK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BECHTOLD, GEORGE H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BECK, RONALD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BECKNER, PAUL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BEDNAREK, RUSSELL D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BEENEY, SR, DONALD G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BEERS, DONALD D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    CASCINO, MICHAEL P, BEHLING, WALTER E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BELL, FOSTER A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BELL, ORVILLE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BELL, SR, GARY M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BELLEVILLE, CHARLES B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BELLIN, ROGER R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BEMENT, JAMES R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BENDTSEN, DAVID H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BENNETT, CLIFFORD J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BENNETT, JACK L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BENNETT, THOMAS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BENSON, HAROLD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BENTLEY, ROGER C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BENTON, JAMES W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BERANEK, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BERG, EDWARD F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BERGER, THOMAS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BERGNER, CHARLES L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BERGSTROM, LESTER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BERGUM, ROY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BERRY, DONALD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BERRY, RASTINE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BEST, JR, GEORGE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BEVERLY, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BEVERS, DAVID, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BEY, GEORGE J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BEYER, HAROLD G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BEYER, JEROME, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BEYER, MELVIN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BEZIE, RONALD G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    **Name and Address of Served Party**

---

21068    CASCINO, MICHAEL P, BICKEL, LARRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BIEGANSKI, RONALD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BIERDEMANN, WILLI G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BIGELOW, WILBUR, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BINDER, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BIRD, LYDIA, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BISHOP, THOMAS E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BLACK, JR, JOHN A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BLACK, ROBERT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BLACKMON, ROLAND W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BLAHUT, SR, MICHAEL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BLAINE, JAMES P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BLAIR, GEORGE A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BLANK, WILLIAM C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BOAZ, SR, CHARLES W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BOBB, THOMAS W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BODAK, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BODART, SR, MYRON J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BODINE, RICHARD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BODKIN, JERRY D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069    CASCINO, MICHAEL P, BODNAR, MICHAEL C, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BODNAR, SHIRLEY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BOECKMAN, WILLIAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BOGASH, GROVER L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BOINSKI, JACOB, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BOLDEN, SR, WILLIAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BOLINGER, RICHARD F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BOLTON, JOHN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BOND, JOSEPH E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, BONFIGLIO, FRANK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CASCINO, MICHAEL P, BOOK, BRUCE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOOS, JEROME A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOOTH, WILLARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BORCHERT, RICHARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOREN, JACOB E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BORGO, GENO, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BORN, ROGER R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BORRE, JR, CARL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BORRIES, ROGER G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BORSKI, DENNIS F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BORYC, IRVIN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOSWELL, KENNETH E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOSWORTH, ALBERT A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOTKA, WILLIAM J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOURASSA, MELVIN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOVENKERK, PAUL H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOVENKERK, PAUL P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOWENS, NEMIH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOWENS, REVEREND, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOWENS, WILLIE J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOWENS, WILLIS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOWSHER, HAROLD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOYCE, BRIAN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOYD, EUGENE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOYD, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOYD, SR, ROBERT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOYDEN, JR, SAMUEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOYER, LEE D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOZE, JR, ARTHUR E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BOZILE, HAROLD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CASCINO, MICHAEL P, BRAATZ, ERVIN A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRADFORD, GLENN A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRADY, GEORGE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRADY, TYRIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRAHM, ROBERT F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRANT, HAROLD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRATTOLI, JOHN A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRATZ, RONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRAUER, MARTIN E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRAUNSCHWEIG, RALPH C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRAZZONI, ALFRED, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BREDLOW, CHARLES D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRESINA, MICHAEL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRETERNITZ, RICHARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BREWER, BETTY J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BREWER, JR, DAVID, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BREWER, VICTOR H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRIDWELL, GEORGE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRIESACHER, EDWARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRIGHAM, GEORGE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRIGSTON, KENNETH C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRINKLEY, CALEB F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BRITTON, PHILLIP H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BROOKINS, HENRY L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BROOKS, ABRAHAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BROOKS, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BROOKS, LOUIS E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BROOKS, RAY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BROUGH, HUBERT O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BROUHARD, JACKIE E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   CASCINO, MICHAEL P, BROWN, CARNEAL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BROWN, DENNIS F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BROWN, EDDIE J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BROWN, ERNIE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BROWN, HIGH W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BROWN, JACK L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BROWN, JOHN V, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BROWN, MAX T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BROWN, RAYMOND M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BROWN, RICHARD N, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BROWNFIELD, SR, GARY A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BRUE, DONALD F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BRUHN, SR, FRED J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BRULEY, MELVIN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BRUNI, FRANK J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BRUNKER, THOMAS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BRUNO, MARK L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BRYAN, WILLIAM J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   CASCINO, MICHAEL P, BRYAN, WILLIAM J, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BRYANT, WILLIAM J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BUCHANAN, HOWARD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BUCHANAN, HUGH E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BUCHANAN, MICHAEL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BUCHANAN, RAYMOND, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BUCKHEISTER, SR, JAMES R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BUCKMASTER, WILLIAM A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BUDWICK, CHARLES A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BUESER, HERBERT A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BUGG, SR, WILLIAM J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, BUGIEL, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CASCINO, MICHAEL P, BUGIEL, SR, RANDAL A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BULLIS, RICHARD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BULLOCK, JAMES C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BULT, SIMON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BUNCH, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BUNCHEK, EUGENE P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURBACH, JOHN W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURCH, HURSCHELL D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURGIN, JR, THEODORE J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURGIN, SR, THEODORE J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURKHART, LEE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURMEISTER, ROBERT D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURNETT, JOHN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURNETT, LLOYD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURNS, HAROLD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURNS, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURNS, SR, JACK L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURT, GRETCHEN L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURT, JR, FLOYD C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURTON, ALICE M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURTON, CLAUDE W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURTON, WILLIAM E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BURTON, WILLIAM P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BUSHMAKER, GERALD F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BUSKA, HARRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BUTCHER, SR, BOYD D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BUTLER, CHARLES M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BUTLER, J B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BUTLER, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, BUTZLAFF, LLOYD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

Svc Lst  Name and Address of Served Party

---

21068  CASCINO, MICHAEL P, BYKOWSKI, RICHARD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CACELLO, PETER A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CADOTTE, JOSEPH E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAIN, JAMES A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CALDWELL, DAVID, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CALDWELL, JOE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CALLOWAY, CLYDE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAMARILLO, DOMINGO, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAMP, FRANKLIN M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAMP, SR, THOMAS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAMPBELL, BILLY R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAMPBELL, ELMER F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAMPBELL, TOMMIE G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAMPO, JACK R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAMPO, JACK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CANNER, EDWARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CANTU, JOSE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAPPS, JOHN E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAPUTA, SR, CARMELLO C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARBO, DOMINIC J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARD, BOB L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARLISLE, ELIZABETH E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARLSON, GEORGE H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARLSON, ROBERT G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARLSON, SR, NEIL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARLSON, WILLIAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARMICHAEL, JAMES D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARNAGHI, RICHARD J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARNEGIE, JOHN F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARPENTER, HUBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  CASCINO, MICHAEL P, CARRICO, EARL L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARRIGAN, KENNETH F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARSON, PAUL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARTER, JOHN W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARTER, SR, WILLIAM R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CARTY, JACK V, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CASAS, MACEDONIO, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CASE, FRED O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CASEY, JR, WILLIAM J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CASNER, FREDERICK W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CASTANEDA, ELISEO, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CASTELLI, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CASTON, EUGENE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CASTROS, AROL L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CATHELYN, JACKIE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CATURIA, FREDERICK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAYLOR, JOHNNY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CAZALLIS, HARVEY P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CELIE, RAYMOND, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CESARZ, JR, FRANK J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHAPMAN, JONAS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHAPMAN, JOSEPH G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHARVAT, SR, JOHN M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHAUDION, ROBERT W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHAVEZ, FRANKLYN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHAVEZ, RICHARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHENEY, DONALD A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHIASSON, JOSEPH R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHILDS, EARL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHOPP, RONALD M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Svc Lst  Name and Address of Served Party**

21068  CASCINO, MICHAEL P, CHRISMAN, KENNETH N, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHRISTENSEN, SR, DAVID A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHRISTOPHER, CALVIN W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CHRISTOPHER, JONNIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CIELONKO, JR, FRANK P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CIESLAK, LEONARD T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CIRRINCIONE, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CLARK, MALVIN F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CLARK, SIDNEY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CLARK, SR, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CLARKE, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CLAYPOOL, POWERS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CLEASBY, JERRY E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CLEINMARK, CLYDE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CLEMENTS, WILFRED N, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CLIFFORD, EUGENE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, CLINE, JAY H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COBB, FRAZIER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COCHRAN, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COCHRAN, CLIFFORD A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COCHRAN, SR, WILLIAM E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COFFMAN, DONALD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COGHLAN, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COHAN, WILLIAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COHEN, RONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COLBERT, FRANK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COLE, JACK M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COLEMAN, JAMES E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COLEMAN, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, COLEMAN, SR, DONALD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308