**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   CASCINO, MICHAEL P, OTTO, WAYNE W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, OURADNIK, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, OVERTON, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, OWEN, MICHAEL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, OWSLEY, DONALD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, OWTEN, JR, HENRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PAAPE, LESTER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PACE, CARL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PADDICK, LOWELL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PAGE, ROLLEN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PAGENKOPF, EVERETT A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PAIGE, CORDA R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PAIR, GEORGE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PALFI, ANDREW J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PALLA, PETER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PALMER, DAVE E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PALSGROVE, JOSEPH H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PAMPALONE, SR, ANGELO, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PANCINI, THOMAS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PANIAGUA, JOSE E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PANKOW, RICHARD J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PARIS, DEAN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PARKER, FRANK C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PARKER, STANLEY H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PARKER, WILLARD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PARKHOUSE, ARTHUR T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PARKS, JOHN T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PARKS, MORRIS L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PARR, PERRY E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, PARSON, HARRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Svc Lst  Name and Address of Served Party**

---

21068  CASCINO, MICHAEL P, PARTILLA, RONALD G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PARYSZ, JOHN T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PASTERSKI, JOHN E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PATCHETT, CARROL W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PATEK, WARREN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PATITSAS, JAMES J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PATLYEK, FRANK A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PATRICK, HOMER C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PATTISON, JR, THURMAN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PATTON, DONALD M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PAUL, JAMES E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PAULEY, DONALD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PAULEY, FRANK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PAULSON, DONALD D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PAVICEVICH, MILKA, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PAVLIK, ALBERT A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PAWLAK, THOMAS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PAYNE, LYNN V, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PAZELY, JEROME A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PEACOCK, KENNETH A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PEDERSON, ROY W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PEDIGO, ROBERT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069  CASCINO, MICHAEL P, PEDIGO, ROBERT L, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PEKOL, RAYMOND J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PELFREY, HALLIE W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PELLEGRINI, JOHN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PENA, AL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PEPPERS, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PERCIFIELD, WALLACE G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PERCY, WARREN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

Svc Lst  **Name and Address of Served Party**

21068  CASCINO, MICHAEL P, PEREZ, PEDRO M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PEREZ, RAYMOND G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PERINAR, LARRY G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PERKIE, ELMER G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PERKINS, BONNIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PERKINS, JARVIS W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PERRILLO, ANTHONY R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PERTZBORN, JAMES E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PESAVENTO, JAMES D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PETERSEN, CHARLES J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PETERSON, GEORGE A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PETERSON, JANE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PETERSON, ROBERT E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PETERSON, SYLVESTER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PETERSON, WAYNE C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PETERSON, WILLIAM L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PETROFF, CARL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PETROVICS, LASZLO, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PETRUSKA, JR, JOSEPH P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PFEFFERLE, THOMAS N, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PFILE, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PFLEGING, ROBERT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PFROMMER, KENNETH E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PHARES, MILLARD C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069  CASCINO, MICHAEL P, PHARES, MILLARD C, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PHELAN, CORWIN M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PHELPS, GERALD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PHILLIPS, CLARENCE R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PHILLIPS, MARY E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PHILLIPS, SR, HOWARD M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  CASCINO, MICHAEL P, PHILLIPS, SR, JOHN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PHILLIPS, SR, RICHARD H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PHILPOTT, CLIFFORD H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PICHLER, ANTON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PICKETT, EDWARD C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PICKETT, HAROLD R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PICKETT, SR, CECIL L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PIEDT, GARNITH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PIENTA, GERALD R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PIERCE, JR, JAMES T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PIETRZYCKI, STANLEY J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PINIAK, JOSEPH A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PINIAK, JOSEPH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PINKSTAFF, CARL O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PINKSTAFF, JACK E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PINTOR, FEDERICO R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PITCHFORD, ROY A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069  CASCINO, MICHAEL P, PITTMAN, FRANK J, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PITTMAN, FRANK K, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PITTMAN, LESLIE A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PKYLES, DALLAS A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PLANK, JAMES D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PLASHKO, EDWARD B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PLATZ, ARTHUR T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PLEMMON, KENNETH W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PLOCH, SR, DANIEL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PLUE, RICHARD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, PLUT, JOHN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, POE, RICHARD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, POLLEY, EDWARD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CASCINO, MICHAEL P, POMYKALA, EDWIN F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POMYKALA, JOSEPH P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POMYKALA, SR, ADAM T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PONTZLOFF, ROY R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POOLE, RUSSELL K, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POPE, JACKIE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POPLAR, LOUIS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PORTER, AUGUSTUS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PORTER, FRED L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PORTER, JR, VIRGIL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PORTER, LONNIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POTAPENKO, JR, PAUL D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POTOSNYAK, JACK E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POTTS, BILLIE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POULSEN, LLOYD K, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POULSEN, MAYNARD Q, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POWELL, DALE C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POWELL, EDMUND, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POWELL, THOMAS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POWERS, GEORGE G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POWERS, THOMAS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, POZYWIO, RAYMOND L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PRANGE, LEO M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PRAY, SR, FRANKIE D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PRICE, WILL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PRIEM, DONALD J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PRIEST, FRED, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PRIETO, FELIX, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PROCTOR, WILLIAM L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, PROKOP, THOMAS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068    CASCINO, MICHAEL P, PROPP, DUANE H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, PRUITT, RICHARD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, PRUITT, SR, MARION J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S
ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, PRZYBYLA, CHESTER A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S
ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, PRZYBYLA, SR, JOHN H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S
ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, PUCKETT, FORREST W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S
ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, PULIDO, ALFONSO, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, PULLINS, JAMES D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, PULLINS, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE,
CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, PULLINS, SR, DONALD R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S
ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, PURCELL, RAYMOND, CASCINO VAUGHAN LAW OFFCS LTD, 220 S
ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, PUSHECK, WILLIAM H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S
ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, QUAKENBUSH, ROBERT G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S
ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RACER, WILLIAM F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RADISH, RICHARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RADKA, MICHAEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RADKE, JEROME J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RAGANYI, GEORGE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RAMEY, CHARLES H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RAMIREZ, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RAMPA, DAVID R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RAMTHUN, ELDON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RANDALL, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RANDOLPH, CHARLIE N, CASCINO VAUGHAN LAW OFFCS LTD, 220 S
ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RASETA, JR, MICHAEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S
ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RASNER, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RASNER, LOWELL F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RATHSACK, MICHAEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S
ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RATLIFF, AARON F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND
AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, RATLIFF, CHARLES O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S
ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   CASCINO, MICHAEL P, RATLIFF, GEORGE W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RAUSCHER, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RAY, LOWELL O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RAY, MICHAEL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RAYBON, HENRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REAS, EUGENE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REAS, JAMES L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REAS, KENNETH V, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REBARCHIK, MICHAEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REBMANN, JOHN P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REDAR, ROY P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REDAR, ROY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REDMAN, ALAN E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REED, FRANCIS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REED, SR, ODELL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REGNER, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REHBERG, LARRY A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REICH, FREDERICK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REICHART, JOHN H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REICHARTZ, DONALD M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   CASCINO, MICHAEL P, REICHARTZ, DONALD M, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REIDER, ALAN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REILLY, HAROLD A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REIMANN, ERHARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REINERT, ALBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REINHARDT, GARY L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RENFRO, OTTO, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RENSHAW, WILLIAM M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REPISCHAK, JOSEPH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, REYNOLDS, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | CASCINO, MICHAEL P, RHINE, RICHARD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICCARDI, LAWRENCE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICE, GILBERT E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICE, JERRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICE, ROBERT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICH, KEITH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICHARDS, MELVIN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICHARDS, MELVYN E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICHARDSON, DAVID, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICHARDSON, ELEANORE A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICHARDSON, FRED, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICHARDSON, IRELIA, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICHARDSON, JOHN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICHARDSON, ROBERT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICHARDSON, SR, DAVID L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICHWINE, JOE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICK, ARTHUR P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RICKEY, MARVIN L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RIDDLE, SAMUEL L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RIDINGER, JOHN W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RIFE, JOHN E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RIFFICE, JOHN F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RIGGS, IRVING L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RIGGS, PAUL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RILENGE, EARL W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RILEY, CHARLES C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RILEY, JAMES H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RILEY, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RINEHART, SR, RAYMOND E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RIOS, JOSE A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

WR Grace PI

**Svc Lst  Name and Address of Served Party**

21068   CASCINO, MICHAEL P, RIPBERGER, JAMES M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RISCHAR, CHARLES G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RISSE, LOREN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RISTOW, CLIFFORD A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RISTOW, GERALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RITTER, HENRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBBINS, CHARLES E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBBINS, CLARENCE E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBECK, EDWARD A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBERSON, CHARLES L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBERSON, FREDDIE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBERTS, BERNARD G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBERTS, BERNARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBERTS, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBERTS, OLIVER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBERTSON, NEIL R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBERTSON, TAD K, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBINSON, CURTIS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBINSON, JAMES A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBINSON, LILLIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBINSON, RAYMOND, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROBISKY, RAYMOND K, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROCHAU, HARLEY M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RODEGHIERO, JAMES H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RODMAN, KENNETH L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, RODRIGUEZ, SALVADOR P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROEDER, ROY R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROGERS, JOHN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROGGEMAN, KENNETH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, ROHRICK, PAUL F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | CASCINO, MICHAEL P, ROLLENSEN, RICHARD C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROMANETTO, GARY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROME, DOUGLAS P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROMERO, ARNULFO, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROMO, JOSE A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROMO, JOSE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROOD, DONALD G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RORER, THEODORE R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROSCKES, GEORGE A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROSCKES, GEORGE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROSECKY, FRANCIS P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROSENCRANTZ, DARWIN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROSENOW, WAYNE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROSS, CAROLYN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROSSER, DAVID J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROTERMUND, ARNOLD H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROTHCHILD, SR, BARRON R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROTHMEYER, RODNEY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROWE, ERNEST, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROZEK, THOMAS R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, ROZMENASKI, HENRY J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RUBINO, ROMANO C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RUE, ROBERT R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RUESCH, LAWRENCE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RUESKEN, LOUIS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RUNYON, DAVID L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RUPSLAUK, RICHARD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RUSCH, WILBUR, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RUSSELL, ROBERT E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RUSSELL, SR, GEORGE E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | CASCINO, MICHAEL P, RUSSELL, WILLIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RUTKOWSKI, HAROLD J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RYAN, ARTHUR F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RYBARCZYK, IRVIN W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RYCHTANEK, MITCHELL L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, RYSKOSKI, CARL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SABATINO, ANTHONY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SAEGER, SR, DEVON L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SAENZ, MOISES A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SAGAT, FRANK J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SALCEDO, FRANK J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SALDIVAR, GUADALUPE G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SALGER, LEONARD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SALLEY, SR, JAMES H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SAMS, PHILLIP W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SAMUELS, ARTHUR H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SANCHEZ, ISRAEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SANDERS, GERALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SANDS, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SANGALLI, JACK S, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SANQUENETTI, JERRY L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SANSON, BOBBY J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SANTERELLI, GERALD A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SARFF, RAY R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SARTAIN, MARVIN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SASSE, FREDERIC, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SASSMAN, ALLAN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SATTERFIELD, STANLEY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SAUER, ADELINE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SAUER, WALTER C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CASCINO, MICHAEL P, SAWOCHKA, BOB, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCANLON, GEORGE P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCANLON, SR, DANIEL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHAFF, LEO I, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHALLOCK, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHEFFEL, EDMUND L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHEIBLE, RICHARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHERZ, TERRANCE J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHEVE, JEAN A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHIBLINE, MICHAEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHILLER, MICHAEL A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHILLER, MICHAEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHINDLER, EDWARD J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHLEY, DANIEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHLUGA, ROBERT M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21069 | CASCINO, MICHAEL P, SCHLUGA, ROBERT M, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHMALZER, RUDOLPH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHMIDT, ALLEN E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHMIDT, CORDELL A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHMIDT, DONALD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHMIDT, KENNETH J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHMIDT, ROBERT J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHMIDT, ROBERT W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHMIDT, WAYNE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHMIT, NICHOLAS W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHMITT, NORMAN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHMOLKER, WALTER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHNEIDER, RAYMOND F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHNEIDER, WALTER E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCHOENFELD, ROBERT W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Svc Lst  Name and Address of Served Party**

21068   CASCINO, MICHAEL P, SCHOONOVER, JAMES H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHREOCKENTHALE, RONALD J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHRIVER, ROBERT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHROEDER, CLETUS B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHROEDER, DANIEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHROEDER, RALPH H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHROEDER, RICHARD A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHROEDER, SR, GEORGE H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHRUM, JOHN P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHRUM, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHUBACH, SR, WILLIAM J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHUBERT, JOHN A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHUBRING, EDWARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHULDENBERG, ROBERT W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHULKE, DAVID G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHULMACHER, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHULTE, HILBERT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHULTZ, CARL F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHULTZ, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHULTZ, GEORGE R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHULTZ, WILLIAM G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHULZ, DANIEL W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHULZ, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHUPPERT, HOWARD R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHURTZ, MICHAEL R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHUTKOVSKE, RICHARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCHWARTZ, JIMMIE J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCOHY, SR, HARRY J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCOTT, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SCOTT, EDWARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CASCINO, MICHAEL P, SCOTT, HENRY C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCOTT, SR, LARRY H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCROGHAN, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SCZIGLAK, JOSEPH F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SEARCY, CHARLIE M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SEARING, RALPH E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SEARS, BRADLEY E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SEARS, RANDALL L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SEBREE, WILLIE T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SEIBERT, LEONARD F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SEIDNER, EDWARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SEIFERT, WILLIAM J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SELBY, LUTHER G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SELKING, KENNETH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SEMERAU, DONALD P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SENDEJAS, VIDAL R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SENKPEIL, HERMAN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SEPULVEDA, JOE C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SERENA, SR, JOSEPH V, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SERSTED, GLEN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SETTLE, DENVER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SETZER, THEODORE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SEXTON, GERALD S, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SHACKELFORD, GERALD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SHACKELFORD, RAMON L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SHAMBAUGH, BURTON F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SHANNON, PETER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SHARKY, JERRY J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SHARP, CLIFF, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SHARP, MARSHALL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    CASCINO, MICHAEL P, SHARP, SR, EDWARD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHARP, SR, MICHAEL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHAW, ERNEST H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHAW, ORVAL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHEA, PATRICK A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHEARER, KENNETH D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHEARER, KENNETH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHEETS, GERROLD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHELBY, QUINCY C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHELLY, JESSE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHELTON, AARON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHEPHERD, DAVID L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHEPHERD, JOHN B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHERIDAN, JOHN W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHIDLER, ROBERT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHIELDS, JAMES L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHIMEK, PAUL R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHINNEMAN, CHARLES D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHINNEMAN, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHIPMAN, LARRY D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHOOK, SR, JAMES O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHORT, JOHNNIE D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHORT, KELLY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHORT, ROBERT E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069    CASCINO, MICHAEL P, SHOTTS, EDWARD L, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHOTTS, EDWARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHOULDERS, BERLE D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHROPSHIRE, MILTON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHUDA, BERNARD J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CASCINO, MICHAEL P, SHUDA, WALTER E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   CASCINO, MICHAEL P, SHUPPERT, GEORGE M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SHY, FLOYD T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SICHI, ANTHONY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SIEBERT, HAROLD A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   CASCINO, MICHAEL P, SIEFERT, RAYMOND F, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SIEFERT, WALTER W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SIEMERS, JOHN H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SIENKO, RONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SILAKOWSKI, GERALD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SIMES, WILLIAM J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SIMMONS, AMOS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SIMMONS, JOSEPH W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SIMMONS, LOUIS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   CASCINO, MICHAEL P, SIMMONS, LOUIS, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SIMMONS, LYLE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SIMUNICH, PETER M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SINCHAK, ANDREW A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SINCLAIR, JR, WILLIE M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SINGLETON, PAYTON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SINGLETON, SR, JESSE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SINSABAUGH, LOYD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SIPPEL, GERALD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SITZE, COY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SJAAHEIM, KENNETH E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SJAAHEIM, KENNETH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SJURSON, GORDON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SKINNER, JONATHON R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SKINNER, MORRISON M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SKINSKY, LEO J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SKOLA, FRANK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Svc Lst  Name and Address of Served Party**

21068   CASCINO, MICHAEL P, SKOLE, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SKORKA, JOE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SKVAREK, JOHN A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SLABAK, LOOY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SLAMKA, ALLAN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SLAMKA, ALLAN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SLAUGHTER, JOHNNIE B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SLAUGHTER, JOHNNIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SLAVEN, ROBINSON C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SLAVENS, EARL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SLAYTON, HARLAND L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SLIM, SR, ROTATION, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SLOAN, GROVER A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SLOAN, WILLIAM W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   CASCINO, MICHAEL P, SLOAN, WILLIAM W, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SLOCUM, JAMES O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   CASCINO, MICHAEL P, SLOCUM, JAMES O, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMIDT, HARRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, ALBERT D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, CHARLES F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, CLAYTON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, DALE A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, DALE C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, DONALD A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, DONALD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, HARRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, HOMER L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, JACK R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, JACK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

Svc Lst   Name and Address of Served Party

---

21068   CASCINO, MICHAEL P, SMITH, JAMES E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, JR, WALTER C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, LARRY W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, ORVILLE R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, R O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, RALPH G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, RAY H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, RUSSELL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, SAMUEL K, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, SR, GORDON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, SR, KENNETH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, SR, RICHARD C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, STEPHEN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMITH, WALTER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMOCK, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SMREKAR, EDWARD J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SNELL, THOMAS W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SNELLGROVE, ROY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SNYDER, AMESES B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SNYDER, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SNYDER, ROBERT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SOBIESCZYK, LEONARD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SOLIE, PRESCOTT O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SOMERVILLE, DONALD H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SOMERVILLE, HERSHEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SOPER, RICHARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SOPKO, MICHAEL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SORENSON, ROBERT P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SORSAK, JOSEPH E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 21068 | CASCINO, MICHAEL P, SOULNEY, DONALD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPANGLER, HERBERT E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPANGLER, JAMES H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPARKS, O R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPARKS, RALPH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPEAR, LOUIS A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPECHT, WALTER J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPENCER, ROBERT B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPERBECK, PAUL C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPERRY, DAVID, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPERRY, JAMES P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPIKEHOUT, SAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPOHN, ALVIN A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPOTTEN, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPRAGUE, BILLY L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SPURLOCK, LLOYD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STACHOWSKI, EDWARD M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STACY, ARLIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STAGE, TIMOTHY L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STAHLY, ROBERT J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STALZER, JAMES L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STAMPER, SHERMAN D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STAMPFLI, STAN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STANGE, JOHN H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STANGE, RICHARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STAWSKI, ZYGMUNT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STEENO, FREMEN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STEFANKO, JOSEPH J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STEFANSKI, GERALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, STEFFEN, WARREN G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   CASCINO, MICHAEL P, STEFFENS, RONALD C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STEFONICH, JIM V, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STEININGER, THOMAS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   CASCINO, MICHAEL P, STELTER, HOMER E, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STEPHENS, JOHN L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STERCHI, SAMUEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STETLER, HOMER E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STEWART, CLARENCE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STEWART, GARY R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STEWART, RICHART L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STEWART, SR, WILLIAM D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STIENEKER, SR, JOHN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STILLMAN, LLOYD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STIMAC, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STIRSMAN, ELMON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STIVERS, HAROLD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STOECKER, SR, FRANKLIN E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STOIBER, RICHARD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STOKES, SAMUEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STONER, CALVIN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STONER, JUEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STOUT, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STOVALL, DENNIS R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STOYNOFF, PETER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STRAM, KENNETH C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STRANCKE, CHARLES R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STREVELER, HAROLD H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STREY, JOHNOLD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STRIEGEL, HENRY E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STRONG, STEPHEN G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   CASCINO, MICHAEL P, STRONG, WILLIE J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STRUNK, MICHAEL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STUCKI, BILLY C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STUDER, BERNARD P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STUDER, EARL W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STUGIS, ANTHONY J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STULTZ, JAMES H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STURDEVANT, ROGER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STUTZMAN, ROMAN L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, STYLES, WALLACE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SUCHANUK, RAYMOND, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SUFAK, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SUHAYSIK, RAYMOND L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SUHOREPETZ, GEORGE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SULLIVAN, PATRICK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SULLIVAN, TERRENCE M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SURFUS, CECIL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SUSEN, DANIEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SUTHERLIN, JAMES R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SUTTON, DONALD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SVATEK, CYRIL G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SWAGEL, HARVEY A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SWAN, RICHARD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SWAN, WARREN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SWANGO, JAMES A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SWEENEY, WILLIAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SWICK, JAMES E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SWIFT, WILL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SWIFT, WILLIAM R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, SWISHER, BILLY D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | CASCINO, MICHAEL P, SWITZER, CARL R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SWITZER, PAUL W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SYKES, LEROY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SZPAK, ROBERT C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SZYMANSKI, RICHARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SZYMANSKI, WALTER G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SZYMANSKI, WALTER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, SZYMKOWIAK, RICHARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TABAT, RANDALL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TACKETT, KERMIT P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TAGGART, FRED, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TAKAVITZ, WILLIAM A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TALLEY, SR, LEE M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TANCK, ARNOLD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TANNER, C L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TANNER, ORVILLE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TATE, DAVIS E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TAVAREZ, MANUEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TAYLOR, CHARLES M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TAYLOR, FRED P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TAYLOR, IVAN L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TAYLOR, JAMES E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TAYLOR, LESLIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TAYLOR, WILL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TEAYS, RICHARD C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TEETS, RALPH F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TEETZ, EDWIN A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TEKUS, TIMOTHY F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TEMPLE, SR., JOHN N, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TERLEP, SR, ROBERT F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CASCINO, MICHAEL P, TERRELL, JAMES L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TERRELL, THOMAS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TERRIEN, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TERRILL, HOWARD J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TESMOND, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TETZLAFF, SR, JAMES E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THATCHER, GENE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THIRY, JOSEPH J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMAS, DALE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMAS, EARL L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMAS, EDDIE W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMAS, JEANETTE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMAS, MICHAEL C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMAS, VICTOR, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMAS, WAYNE H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMAS, WAYNE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMAS, WILLIAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMPSON, BOBBY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMPSON, JAMES E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMPSON, RAYMOND E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMPSON, RAYMOND L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THOMPSON, THOMAS L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THORNBERY, THOMAS W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THORNTON, JR, LUTHER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THROAN, OLE E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THRUSTON, ROBERT B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THURMAN, ERNEST, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, THURSTON, DARRELL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TIBBS, JIMMIE E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TILCH, IRWIN W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CASCINO, MICHAEL P, TILLER, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TILLERY, KENNETH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TIMM, FREDERICK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TIMMONS, ARTHUR J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TIMMONS, JAMES L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TINCHER, GEORGE M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TINKSHELL, WILBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TISCHER, DANIEL R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TOBOLIC, STEPHEN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TOLBERT, DOYLE R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TOLLEY, WILLIAM R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TOMKO, STEPHEN G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TONIAZZO, SR, ARTHUR J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TOON, LLOYD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TORRENCE, JOHNNIE C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TORRES, FELIX, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TORRES, JOSE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TORRES, VICTOR, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TOVEY, ROBERT D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TOWELL, CHESTER C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TOWESON, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TOWNSEND, THOMAS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TRAGER, WARREN C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TRAINER, WILLIAM H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TRASER, LYELL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TRAVIS, MIKEL K, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TRETINA, RICHARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TRIGGS, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TRIMBLE, SR, NORMAN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TRIPLETT, SAMUEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | CASCINO, MICHAEL P, TRIPP, CHESTER V, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TRODDEN, ROBERT J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TROTTMAN, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TRUEBLOOD, SR, CLIFFORD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TRUETT, CLARENCE A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TRYON, JR, ROBERT G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TUCKER, CHARLES F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TUCKER, WENDALL R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TURNER, JOSEPH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TURNER, LARRY G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TURNER, SR, CHARLES J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TUSHAR, WILLIAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TUTTLE, ARCHIE R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, TZINARES, GEORGE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, UMNUS, WAYNE A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, UNDERWOOD, J W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, UNDERWOOD, JAMES G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, UNVERRICH, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, UPCHURCH, WILLIAM C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, URBAN, GEORGE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, URBAN, MELVIN O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, USTERBOWSKI, KENNETH A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VAILLANCOURT, DONALD H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VALDEZ, ROBERT G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANBEEK, DOUGLAS A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANBIBBER, WILLIAM F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANCE, JAMES D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANDERGRIFF, ROBERT E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANDERKALK, RICHARD J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANDERLIND, WAYNE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CASCINO, MICHAEL P, VANDERLUGT, ARTHUR, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANDERSLICE, VIVIAN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANDOLAH, VERNON L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANDRUNEN, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANGELOFF, SAMUEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21069 | CASCINO, MICHAEL P, VANGELOFF, SAMUEL, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANHENKLON, RAY O, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANINGAN, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANLANKVELDT, EUGENE H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANN, BERNARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANSANT, DORENCE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANSESSEN, ALBERT V, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANTRECE, TROY H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VANWINKLE, JOHN M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VARGA, SR, MARTIN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VARICHAK, GEORGE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VARNADO, ROBERT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VASQUEZ, ANDRES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VATSULA, PAUL K, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VAUGHN, SR, EVERETTE C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VAUGHN, WILLIAM W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VENTO, AL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VERA, ADAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VERMILLION, ROBERT E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VICENA, JOSEPH F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VINCENT, DEAN W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VINYARD, CLEATIS D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VITANIEMI, ALBERT D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VITANIEMI, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, VITRANO, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Svc Lst  Name and Address of Served Party**

21068   CASCINO, MICHAEL P, VODICKA, ALFRED, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, VODNIK, ERVIN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, VOEKS, HAROLD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, VOGEL, AURELLA, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, VOHS, GARY L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, VOIGHT, JOSEPH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, VOIGT, CHESTER W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, VOILES, MARY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, VOIT, JACK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, VOLK, LEO P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, VRADENBURG, STANLEY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, VRZINA, JR, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WADE, FLOYD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WAGNER, EDWARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WAHL, ALVIN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WAHNER, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WAKELAND, JOSEPH R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALBRIGHT, LESLIE C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALBRIGHT, LESLIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALBRUN, ROGER E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALDRIP, MELVILLE R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALDRIP, WINFRED B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALICK, ANDREW, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALKER, EDWARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALKER, JR, CLARENCE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALKER, RAY E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALKNER, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALLMAN, R J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALSCH, JESS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALSH, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   CASCINO, MICHAEL P, WALTERS, EDWARD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WALTON, ELWIN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WAMBACH, WILLIAM A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WARD, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WARD, RONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WARD, SR, JAMES A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WARE, WILLIAM T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WASHINGTON, ELBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WASHINGTON, GEORGE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WATERS, JOHN C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WATERSTRADT, SR, HENRY J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WATKINS, JERRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WATKINS, LEE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WATLAND, DONALD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WATSON, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WATSON, SR, WILLIAM D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WATTS, ROBERT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEATHERSPOON, WILLIS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEAVER, EDDIE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEBB, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEBB, JIM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEBBER, TERRENCE R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEBER, JOHN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEBER, RICHARD T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEBER, RONALD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEDOW, BURTON C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEEMS, OTIS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEGER, DON R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEINANDT, DENNIS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEIRICH, PHILLIP, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   CASCINO, MICHAEL P, WEITZER, VICTOR, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WELCH, ANTHONY W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WELCH, PLATT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WELKER, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WELLS, PAUL D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WELSH, ROBERT J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WENZEL, WALLACE E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WERNER, SR, CLEMENT C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WERTZ, KEITH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WESLEY, KEITH P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WESLOW, PAUL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEST, CHARLES W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEST, GORDON R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEST, MERLE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WEST, WILLIAM, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHALEN, JOHN F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHEATON, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITAKER, FERELL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITE, DONALD W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITE, GERALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITE, JAMES E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITE, LEON E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITE, PAUL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITE, SHIRLEY F, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITE, TEDDY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITE, THOMAS L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITE, WILLIAM H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITEIS, ROBERT H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITFIELD, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WHITLOCK, WILLARD D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   CASCINO, MICHAEL P, WHITT, RALEIGH G, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WICEVIC, SR, ANDREW A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WICK, DENNIS J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WICKE, JOE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WIDOWSKI, BRUCE R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WIECKOWICZ, STANLEY A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WIESE, WALTER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILBER, KENNETH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILBUR, JR, ANTHONY S, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILBUR, SR, GORDON S, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILBURN, CLARENCE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILEY, SAMUEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILKINSON, JAMES E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILKINSON, LAWRENCE J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILL, CARL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, DAVID, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, DONALD H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, EARL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, EDDIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, ERNEST, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, JOHN H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, LYNN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, RALPH D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, ROOSEVELT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, SAMUEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMS, TWILLIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMSON, DONALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CASCINO, MICHAEL P, WILLIAMSON, RICHARD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | CASCINO, MICHAEL P, WILLIAMSON, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WILLIQUETTE, MYRON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WILLS, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WILSON, BILL B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WILSON, DWIGHT L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WILSON, HAROLD E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WILSON, IRVIN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WILSON, JR, SAM J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WILSON, LEROY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WILSON, MERLE D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WILSON, SR, JOHN S, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WILTGEN, LEROY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WILTZIUS, JOSEPH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WINDERS, BERLIE W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WINOSKI, DONALD P, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WINTER, ORAY R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WINTERS, DOUGLAS E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WINTON, LARRY E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WISDOM, JR, JAMES M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WITTMEYER, AUSTIN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WOCHNICK, DANIEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WOIDA, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WOLD, CECIL S, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WOLDT, LOWELL L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WOLENDOWSKI, LAWRENCE T, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WOLF, JOHN J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WOLFE, JACK, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WOLLENZIEN, JEROLD L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WOODMASTER, CHARLES D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CASCINO, MICHAEL P, WOODMASTER, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

**Svc Lst  Name and Address of Served Party**

21068  CASCINO, MICHAEL P, WOODS, DALE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WOODS, GERALD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WOODS, LUDIE J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WOODS, SR, JAMES D, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WOODSON, BENJAMIN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WOODWARD, GEORGE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WOODWARD, THOMAS, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WOOLEVER, DUANE E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WORKMAN, JOHN V, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WORLEY, JAMES W, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WORMSLEY, JOHN, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WRIGHT, BARRY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WRIGHT, GEORGE R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WRIGHT, JOSEPH, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WRIGHT, MARION E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WRIGHT, MARION, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WRIGHT, RANDALL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WRIGHT, WALTER C, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WROBLEWSKI, ROBERT E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WUDI, LEONARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WYATT, ELBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, WYNBOOM, SIMON, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YAGLA, WAYNE L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069  CASCINO, MICHAEL P, YAGLA, WAYNE L, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YANKE, WAYNE A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YANNY, ELWYN B, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YAROS, ROBERT J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YAROS, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YATES, ARTHUR L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YATES, WILLIE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

Svc Lst  **Name and Address of Served Party**

21068  CASCINO, MICHAEL P, YEAGER, CHARLES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YEAGER, PAUL E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YORK, DONALD A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YOUNG, CHARLES R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YOUNG, EUGENE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YOUNG, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, YOUNG, RONNY L, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZACCANTI, RANDALL J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZALESKI, EDWARD J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZANDER, WALTER, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZARANTONELLO, PETER J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZARR, JOHN R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZAURATSKY, WILLIAM J, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZELONKA, ELY, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZEMAITIS, FRANK E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZEMLICKA, JOSEPH E, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZICH, ROBERT H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZICH, ROBERT, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZIECH, WILLIAM R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZIEHL, LARRY R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZIELINSKI, EDWARD, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZIELONKA, PAUL M, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZIGROSSI, SAMUEL, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZIMMER, LAWRENCE R, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZIMON, CLARENCE, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZOELLNER, DAVID, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZOLLMAN, JAMES, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZUNKER, EMIL H, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCINO, MICHAEL P, ZWAGA, DENNIS A, CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CASCIO, SAL F, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

Svc Lst    Name and Address of Served Party

21068    CASCIO, VINCENT M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CASDORPH, KENNETH G, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    CASE, ARTHUR H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CASE, CHARLES A, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21069    CASE, CHARLES P, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068    CASE, CHARLES P, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069    CASE, CHARLES P, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068    CASE, DONALD V, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21069    CASE, GEORGE E, POPHAM LAW FIRM, PC, 323 WEST 8TH ST STE 200, KANSAS CITY, MO, 64105

21068    CASE, HAROLD L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    CASE, JIMMY, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068    CASE, JOHN E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CASE, JOSEPH A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CASE, JOSEPHINE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    CASE, JR, LESLIE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069    CASE, NORMAN A, THE POPHAM LAW FIRM, P C, 323 W 8TH STREET, SUITE 200, KANSAS CITY, MO, 64105

21069    CASE, RAYMOND E, MCGUINN, HILLSMAN & PALEFSKY, 535 PACIFIC AVENUE, SAN FRANCISCO, CA, 94133

21068    CASE, RAYMOND E, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068    CASE, THOMAS, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    CASEBIER, NED, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    CASEBOLT, ROBERT, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    CASEY, ALVIN, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    CASEY, CLETA M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CASEY, EDDIE O, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    CASEY, EDDIE O, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    CASEY, FRANK, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    CASEY, HAROLD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    CASEY, JERRY E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    CASEY, JERRY E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    CASEY, JOHN, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068    CASEY, JOHNNIE G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    CASEY, JOHNNIE G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    CASEY, JOSEPH P, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068    CASEY, JOSEPH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    CASEY, LEO, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    CASEY, LEO, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | CASEY, LINDA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | CASEY, LINDA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CASEY, NORMA B, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | CASEY, PAUL D, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334 |
| 21068 | CASEY, SR, KEVIN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | CASEY, THEODORE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | CASEY, WALTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CASEY, WILLIAM C, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | CASEY, WILLIAM D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CASH, BILLY R, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | CASH, CLYDE W, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21068 | CASH, DONALD R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CASH, JAMES F, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | CASH, JAMES F, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | CASH, JOHN L, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899 |
| 21068 | CASH, JOSEPH, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | CASH, SR, GEORGE W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CASH, SR, PAUL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | CASH, TOMMY L, THE LAW FIRM OF SCOTT TAYLOR, 1126 JACKSON AVENUE, SUITE 401 A, PO BOX 1729, PASCAGOULA, MS, 39568 |
| 21068 | CASH, WILLIAM, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | CASHERO, LARRY, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | CASHIO, FRANK F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CASHIO, FRANK F, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | CASHIO, FRANK F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CASHIO, JOHN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | CASHIO, JOHN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | CASHIO, SALVADORE, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113 |
| 21068 | CASHIO, SALVADORE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CASHIO, SR, JOSEPH, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | CASHIO, SR, JOSEPH, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | CASHMAN, DANIEL, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | CASHMAN, GLENN R, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701 |
| 21069 | CASHMAN, GLENN R, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180 |
| 21068 | CASHMERE, ANTHONY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   CASHON, CLAUDE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CASHWELL, LUTHER J, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   CASHWELL, LUTHER J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CASHWELL, LUTHER, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   CASHWELL, SR, WILLIE C, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   CASIAS, JR, SANTIAGO L, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   CASITY, GERALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CASKEY, ALBERT, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   CASKEY, J C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CASKEY, JR, JAMES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CASKEY, PHILLIP M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CASKEY, WILLIAM B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CASKINETTE, ANTHONY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CASLIN, EDWARD, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CASLIN, EDWARD, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CASMER, DANIEL R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CASON, CALVIN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CASON, CHARLES E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CASON, ELRON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CASON, ELRON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CASON, ELRON, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   CASON, FLEATA W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CASON, JAMES D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CASON, JAMES D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CASON, JERRY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CASON, JERRY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CASON, JOSEPH D, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   CASON, JOSEPH D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CASPER, JOHN A, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068   CASPER, RAYMOND A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   CASPER, RAYMOND, LEVINSON AXELROD, WHEATON,, GRAYZEL, CAULFIELD, MARCOLU, 274 CHURCH ST, BELFORD, NJ, 07718-1581

21069   CASPER, SR, CECIL B, GREEN & BLACK LLP, 440 LOISIANNA, 200 LYRIC CENTRE, HOUSTON, TX, 77002

21068   CASPER, SR, JOSEPH E, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   CASS, ERIC, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   CASS, ERIC, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CASS, FRANCIS P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CASS, JERRY S, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

Svc Lst  Name and Address of Served Party

21068  CASSADY, A E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  CASSADY, FLOYD M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CASSADY, IRVIN W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CASSAGNE, RONALD J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CASSAGNE, RONALD J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CASSANITI, SALVATORE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  CASSARA, JACOB J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CASSAVANT, JAMES L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CASSAVANT, JAMES L, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  CASSAVAUGH, SKIP, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  CASSEL, FRANK A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CASSELL, JERL N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CASSELL, JERL N, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068  CASSELL, SAMUEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  CASSELL, SAMUEL, THE HENDLER LAW FIRM, PC, SCOTT M HENDLER, 816 CONGRESS AVE STE 1230, AUSTIN, TX, 78701

21068  CASSELLA, JACK L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CASSELS, RASTUS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21069  CASSERMAN, VICTOR, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084

21068  CASSERMAN, VICTOR, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  CASSESE, ALBERT J, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068  CASSIDY, DALE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CASSIDY, DENIS J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  CASSIDY, EDWARD F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CASSIDY, GEORGE, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  CASSIDY, HOWARD K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CASSIDY, JAMES F, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  CASSIDY, JIMMY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  CASSIDY, JIMMY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CASSIDY, JIMMY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CASSIDY, JOANN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CASSIDY, JR, THOMAS J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CASSIDY, MARVIN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   CASSIDY, ROBERT, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   CASSIDY, THOMAS, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   CASSIDY, TOM A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   CASSILLY, JOHN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069   CASSIOL, ROBERT, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068   CASSON, SR, DAVID, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   CASTAGNA, DENNIS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CASTAGNA, PAUL, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   CASTAGNA, PAUL, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   CASTAGNIER, IVAN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CASTANEDA, JESSIE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   CASTANEDA, REYNALDO R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CASTANEDA, SIMONA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CASTANEDA, SIMONA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CASTEEL, EDDIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CASTEEL, JAMES O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CASTEEL, JAMES O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CASTEEL, JAMES O, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CASTEEL, LARRY J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CASTEEL, ROBERT L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CASTEEL, SHIRLEY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CASTEEL, SHIRLEY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CASTEEL, WILLIAM, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CASTEL, WILLIAM A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CASTELHANO, LIONEL A, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   CASTELHANO, LIONEL A, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   CASTELLANI, JR, SAMUEL, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   CASTELLANI, JR, SAMUEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CASTELLANO, ELSA, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   CASTELLANO, EMILIANO S, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   CASTELLANO, EMILIANO S, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   CASTELLANO, EMILIANO, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CASTELLANOS, JUAN G, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068 CASTELLAW, NORMAN C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 CASTELLAW, NORMAN C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068 CASTELLENO, SALVATORE, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068 CASTELLI, ROBERT A, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068 CASTELUCCIO, JOSEPH, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068 CASTELVETERE, SAVERIO, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 CASTER, ROY T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 CASTER, SR, ALLEN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 CASTILAW, JAMES R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 CASTILAW, JAMES R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 CASTILAW, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 CASTILAW, ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 CASTILE, JR., DAVID F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 CASTILE, JR., DAVID F, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 CASTILLE, ELVIN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068 CASTILLE, GEORGE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 CASTILLE, JERRY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 CASTILLE, JOSEPH, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068 CASTILLE, JOSEPH, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068 CASTILLE, LEROY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068 CASTILLE, ROY J, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068 CASTILLE, SR, THOMAS, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068 CASTILLEJA, JUAN G, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068 CASTILLO, BARTOLO V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 CASTILLO, DANNY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 CASTILLO, FLAVIO, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 CASTILLO, FLORENTINO G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 CASTILLO, JOSE R, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068 CASTILLO, JOSE V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 CASTILLO, JR, MERCEDES, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068 CASTILLO, RODOLFO G, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069 CASTILLO, SALVADOR, LAW OFFICE OF THOMAS D THOMAS, 3100 DONALD DOUGLAS LOOP N STE 30-5, SANTA MONICA, CA, 90405

21068 CASTILLO, SALVADOR, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068 CASTILLO, SR, RAYMOND E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 CASTIN, OMER, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

Svc Lst  Name and Address of Served Party

---

21068  CASTINO, TONY, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  CASTISLO, JUAN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CASTLE, B J, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  CASTLE, CLYDE D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CASTLE, HOWARD L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CASTLE, JACK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CASTLE, MICHAEL E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  CASTLE, WALTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CASTLEBERRY, BETTY P, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  CASTLEBERRY, BETTY P, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  CASTLEBERRY, ERNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CASTLEBERRY, EVELYN N, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CASTLEBERRY, HORACE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CASTLEBERRY, JAMES C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CASTLEBERRY, JAMES C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CASTLEBERRY, JERRY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  CASTLEBERRY, JERRY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  CASTLEBERRY, JESSIE H, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  CASTLEBERRY, JESTEEN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  CASTLEBERRY, JESTEEN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21069  CASTLEBERRY, JIMMIE, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068  CASTLEBERRY, MAURICE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CASTLEBERRY, RICHARD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CASTLEBERRY, SHIRLEY E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CASTLEBERRY, TEDDY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CASTLEBERRY, TOMMY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CASTLEBERRY, TOMMY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CASTLEMAN, FRANKLIN, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068  CASTNER, CHARLES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  CASTO, ARTHUR, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068  CASTO, CARL E, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068  CASTO, CHARLES, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068  CASTO, DAVID A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CASTO, DAVID A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CASTO, EMMETT G, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | CASTO, JR, WILLARD L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | CASTO, ROY, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906 |
| 21068 | CASTON, SR, LOSS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | CASTOR, STUART E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CASTOR, WILLIAM F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CASTORO, PASQUALE J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | CASTRACANE, JOSEPH V, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | CASTRANOVA, JOSEPH F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21069 | CASTRILLA, HENRY F, GAINES STERN, 1700 OHIO SAVINGS PLAZA, CLEVELAND, OH, 44114 |
| 21069 | CASTRILLA, HENRY F, GAINES STERNE, 1350 EUCLID AVE, CLEVELAND, OH, 44115-1827 |
| 21068 | CASTRILLA, HENRY F, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | CASTRO, ALFREDO M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | CASTRO, ANGEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CASTRO, EDWARD M, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104 |
| 21069 | CASTRO, EDWARD M, MCCURDY & MCCURDY, 44 MONTGOMERY STREET, 8TH FLOOR, SAN FRANCISCO, CA, 94104 |
| 21068 | CASTRO, FREDERICK, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CASTRO, JOSE A, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | CASTRO, JR, HENRY V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CASTRO, JR, RAUL, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | CASTRO, JUAN, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 |
| 21068 | CASTRO, MARCELO C, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21069 | CASTRO, MARTIN, CARL A PARKER, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | CASTRO, MARTIN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | CASTRO, MARTIN, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | CASTRO, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CASTRO, TEODORO, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | CASTRUCCI, VINCENT D, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | CASWELL, IRA T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CASWELL, ROBERT R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | CASWELL, ROBERT R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | CASWELL, WILLIAM L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | CATALANO, ANTHONY, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |

**Svc Lst  Name and Address of Served Party**

---

21068  CATALANO, ANTHONY, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  CATALANO, ROBERT C, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068  CATALANO, ROBERT C, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  CATALANO, VINCENT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CATALDO, CARLO, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  CATALINOTTO, GARY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CATALINOTTO, GARY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CATANESE, ROCCO, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  CATANIA, GEORGE I, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CATANIA, SAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CATANO, LOUIS P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CATANZARO, PHILIP, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  CATARIUS, EDWARD, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  CATARUZOLO, ANTONIO, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  CATCHOT, JOHN J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  CATCHOT, VINCENT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CATER, DAVID E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CATER, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CATER, JAMES R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  CATER, PATRICIA A, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068  CATER, PATRICIA A, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068  CATER, WILBUR F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CATER, WILBUR F, PEIRCE RAYMOND OSTERHOUT WADE, CARLSON & COULTER P, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219

21068  CATERINO, JOHN B, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  CATERO, RICHARD, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21069  CATES, DOCK E, KELLEY & FERRARO, LLP, ROBERT A MARCIS, II, 1300 E NINTH ST STE 1900, CLEVELAND, OH, 44114

21068  CATES, J B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CATES, J B, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  CATES, JOHN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CATES, LARRY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  CATES, ROBERT G, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068  CATES, ROBERT G, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  CATES, ROY C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CATES, SHERMAN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  CATHCART, JAMES R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

Svc Lst  Name and Address of Served Party

21068   CATHELL, TERRY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CATHEY, BOB, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   CATHEY, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CATHEY, DAVID, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CATHEY, DAVID, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CATHEY, DESEY B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CATHEY, DESEY B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CATHEY, ELLIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CATHEY, ELLIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CATHEY, KENNETH C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CATHEY, KENNETH C, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   CATINO, RICHARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   CATLETT, SR, JOHN E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CATLIN, JANICE H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CATLIN, JANICE H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CATLIN, PAUL R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CATLIN, ROBERT T, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   CATO, BETTY J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   CATO, BETTY J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   CATO, CHARLES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CATO, EARL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CATO, EARL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CATO, EDWARD W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CATO, JR, GEORGE A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CATO, RAY E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CATO, RAY E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CATO, SR, ARMENIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CATO, SR, ARMENIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CATO, VIRGINIA B, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CATO, WARREN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CATO, WARREN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CATON, JAMES, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068   CATRETT, JOHN D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CATRETT, JOHN, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068   CATRON, CURT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CATRON, GEORGE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Svc Lst  Name and Address of Served Party**

21068  CATSBAN, HARRY R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21069  CATSBAN, RICHARD H, HARDIN, LEWIS, TABER & TUCKER, 1037 22ND ST SOUTH, BIRMINGHAM, AL, 35205

21068  CATTANO, GEORGE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  CATTOI, RAYMOND R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CATTRON, WAYNE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CATUCCI, STEFANO, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  CATUOGNO, GAETANO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  CAUBLE, GRAYSON O, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068  CAUCHI, NICHOLAS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CAUDILL, HOBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CAUDILL, JOHN M, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  CAUDILL, PAUL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  CAUDILL, PAUL, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  CAUDILL, SR, LUTHER, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CAUDLE, GARY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CAUDLE, GARY E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  CAUDLE, GEORGE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CAUDLE, GORDON, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  CAUDLE, OLEN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  CAUDLE, OLEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CAUDLE, WILLIAM T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CAULEY, EVERETT B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CAULEY, EVERETT B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CAUSEY, BILLY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  CAUSEY, DOROTHY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CAUSEY, DOROTHY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CAUSEY, EDD M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CAUSEY, EDWARD N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CAUSEY, EDWARD N, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  CAUSEY, FRANKLIN D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  CAUSEY, IRA L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CAUSEY, JAMES E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  CAUSEY, L C, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  CAUSEY, MARY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CAUSEY, MARY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Svc Lst  Name and Address of Served Party**

21068   CAUSEY, WALLACE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CAUSEY, WESLIE L, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   CAUSEY, WESLIE L, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   CAUSIN, JR, HENRY J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CAUSSEY, JAMES N, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CAUTHEN, BOYCE, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   CAUTHEN, CLARENCE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CAUTHEN, DELOIS J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CAUTHEN, DONALD H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CAUTHEN, DONALD H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CAVA, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CAVADAS, LEOPOLDINA, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   CAVALIER, RUSSELL J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   CAVALIER, WARREN J, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21069   CAVALLI, LOUIS, LEVY PHILLIPS & KONINGSBERG, 800 THIRD AVE, 13TH FL, NEW YORK, NY, 10022

21068   CAVALLINI, ROBERT A, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CAVALLO, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   CAVALLO, LOUIS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CAVALLO, SAMUEL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   CAVALLUZZI, LUKE N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CAVANAGH, JOSEPH E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   CAVANAUGH, BERNIE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069   CAVANAUGH, JOHN M, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068   CAVANAUGH, JR, FRED P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CAVANAUGH, LAWRENCE S, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CAVANAUGH, LAWRENCE S, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CAVAZOS, GUILLERMO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CAVAZOS, JESUS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CAVAZOS, JOHN, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   CAVAZOS, JOSE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CAVAZOS, JUAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CAVAZOS, SR, URBANO V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CAVAZOS, SR, URBANO V, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   CAVE, BEN H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CAVE, GLEN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CAVE, GLENN, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   CAVE, RANDALL W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CAVE, RANDALL W, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CAVE, RICHARD R, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   CAVENDER, BEVERLY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CAVENDER, BILLY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CAVENDER, ROMIE F, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   CAVER, CLARENCE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CAVER, FAMOUS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CAVER, JESSE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CAVER, JESSIE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CAVES, BILLY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CAVES, JAMES H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CAVET, JOSEPH R, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   CAVET, JOSEPH, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   CAVET, JOSEPH, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   CAVETT, JR, ROBERT O, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CAVICCHIO, JAMES A, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CAVICO, LEWIS B, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   CAVICO, LEWIS B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CAVIN, JOE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CAVIN, WILLIAM L, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   CAVINESS, ROBERT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CAVINESS, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   CAVINS, FREDDIE L, WISE & JULIAN, PC, PO BOX 1108, 3555 COLLEGE AVE, ALTON, IL, 62002

21068   CAVINS, LARRY, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21069   CAVOLI, RICHARD A, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068   CAWEIN, GLENN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CAWLEY, JOHN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CAWTHON, WILLIE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CAWTHON, WILLIE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CAWTHORNE, DUANE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CAWVEY, DARRELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CAYFORD, FRED H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CAYLOR, WILLIAM, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CAYSON, IMOGENE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CAYSON, IMOGENE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CAYTON, DENNIS L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

21068   CAYTON, JR, JOHN B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CAYWOOD, HUBERT, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   CAYWOOD, JR, ORVILLE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   CAZANAS, HELEN C, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   CAZARES, REFUGIO, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   CAZES, LLEWELLYN P, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   CAZES, LLEWELLYN P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CAZIER, GEORGE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CAZIER, GEORGE E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   CAZIERE, JOSE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   CEA, JOSEPH J, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21069   CEASAR (DECEASED), BENJAMIN, BETTY JEAN CESAR, 6657 STEARNS, HOUSTON, TX, 77021

21068   CEASAR, PERRY, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068   CEASAR, PERRY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CEASER, BERTRAND, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   CEASER, SIMON, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   CEBAK, RICHARD J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   CEBULSKI, VALENTINE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CECCHINE, JOHN D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CECCHINI, RICHARD J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CECIL, BILLY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CECIL, CHARLES O, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   CECIL, JOHN T, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   CECIL, NORVAL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CECIL, NORVAL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CECORA, ELAINE M, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CEDAR, DAVID P, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CEDILLO, ADOLFO T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CEDILLO, ADOLFO T, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   CEDOTAL, JAMES, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   CEDOTAL, JAMES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   CEFALU, ANTHONY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CEFALU, VINCENT, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   CEFERIN, VICTOR, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CEGLIA, RONALD B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   CEGLIA, RONALD B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CEGLIO, MARVIN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CELANO, VICTOR, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   CELAYA, FRANK L, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   CELESTINE, CHARLES B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CELESTINE, DAVID, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   CELESTINE, JAMES R, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   CELESTINE, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CELESTINE, RONALD T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CELESTINO, ARTHUR G, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   CELLA, ANNA A, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   CELLA, EDWARD, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CELSBERSNDIM, TOM G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CELSBERSNDIM, TOM G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CENDALI, RICHARD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CENEVIVA, ANTHONY D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CENSIC, STEVEN J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CENTER, GLEN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CENTERS, TONY R, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   CENTINO, JOSEPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CENTINO, JOSEPH, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   CENTNER, JEROME G, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CENTOFANTI, NUNZIO, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CENTRACCHIO, ROBERT F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CENTRELLA, ERNEST, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   CENTRO, ROBERT W, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618

21068   CENZANO, ALFONSO, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068   CEPEN, JAMES D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CERBONE, RALPH J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CERCONE, JOSEPH P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CERCONE, JOSEPH P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CERCONE, JOSEPH P, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CERDA, ALFREDO S, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   CERDA, JUAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CERMAK, LAWRENCE E, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CERNIGLIA, JOSEPH E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | CERNIGLIA, NED, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | CERNOSEK, RONALD J, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | CERNUDA, TINA, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010 |
| 21068 | CERNY, JOSEPH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CERNY, RICHARD F, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | CERRATO, ANTHONY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | CERRATO, SR, JOSEPH N, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053 |
| 21068 | CERRONE, CHARLES R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | CERUTI, EVEREST C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | CERUZZI, ALEX, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | CERVAC, JACK A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CERVANTES, ANTONIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CERVANTES, ARISTEO, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | CERVANTES, ELVIA A, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | CERVANTES, JR, DOMINGO, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | CERVANTES, JR, DOMINGO, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | CERVANTES, JR, DOMINGO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CERVANTES, YOLANDA, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | CERVANTEZ, JOSE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CERVELLERO, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | CERVENKA, LEE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CERVENY, SR, ALBERT A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CERVI, ROMEO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | CESARATO, GASTON, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075 |
| 21068 | CESKA, THOMAS J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | CESPEDES, PHILIP M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CESSNA, RONALD E, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | CETCHOVICH, EMIL, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401 |
| 21068 | CHABOT, FRANCIS, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721 |
| 21068 | CHACON, GERARDO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHADDOCK, LLOYD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | CHADICK, WILLARD C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   CHADIMA, EDWARD L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   CHADWELL, WALLACE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHADWICK, DONALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHADWICK, DONALD, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   CHADWICK, JERRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CHADWICK, JOHN, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   CHAFFEE, LEON, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CHAFFIN, BENJAMIN L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CHAFFIN, GEORGE S, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CHAFFIN, GEORGE S, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CHAFFIN, GILBERT R, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   CHAFFIN, JAMES W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   CHAFFIN, NORMAN R, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   CHAFFIN, SR, BOBBY L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CHAFIN, DONALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAFIN, RICHARD L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHAFIN, WILLIAM M, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   CHAILLIER, THOMAS L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CHAIN, BRENDA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CHAIN, CLEON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHAISON, RAYMOND, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   CHAISSON, HARRY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAKAN, THOMAS E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069   CHAKARIAN, MARGARET, MICHAEL F GERMANO, PC, MICHAEL F GERMANO, 63 ATLANTIC AVE, BOSTON, MA, 02110

21068   CHAKEY, SAM, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CHAKLOS, CHARLES, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CHAKNOVA, ALBERT, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   CHALK, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHALK, SR, ALBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHALK, SR, ALBERT L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   CHALKER, KATHRYN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CHALLENGER, JR, ALVIN B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CHALLIS, ALBERT, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   CHALMERS, JOHN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CHALONER, CHARLES F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   CHALTRY, ROBERT C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CHAMARD, CHARLES A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

---