**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   CHAMARD, RAYMOND R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CHAMBARLIS, NICKIFOR, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   CHAMBERLAIN, ALICIDE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CHAMBERLAIN, CHARLES, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CHAMBERLAIN, DAVID W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CHAMBERLAIN, DOUGLAS, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   CHAMBERLAIN, ENA P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAMBERLAIN, GEORGE A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAMBERLAIN, JR, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAMBERLAIN, LUDY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAMBERLAIN, RICHARD G, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   CHAMBERLAIN, RICHARD G, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   CHAMBERLAIN, RICHARD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAMBERLAIN, SR, DAVID M, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   CHAMBERLAIN, TANDY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   CHAMBERLAIN, WALTER H, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   CHAMBERLIN, HELEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CHAMBERLIN, OPAL, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CHAMBERLIN, OPAL, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CHAMBERLISS, JR, MELVIN, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CHAMBERS, ALBERT G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAMBERS, ARTHUR, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAMBERS, BEN G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CHAMBERS, BERNARD J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAMBERS, BOBBY L, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   CHAMBERS, CARROLL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CHAMBERS, CARROLL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHAMBERS, CATHERINE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   CHAMBERS, CURTIS L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CHAMBERS, CURTIS L, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   CHAMBERS, DOROTHY M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CHAMBERS, DOROTHY M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CHAMBERS, DOUGLAS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CHAMBERS, DOUGLAS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CHAMBERS, EARLEAN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    CHAMBERS, EARLEAN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    CHAMBERS, ELI, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    CHAMBERS, ELIZABETH, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    CHAMBERS, ELIZABETH, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    CHAMBERS, EZEKIEL, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    CHAMBERS, EZEKIEL, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    CHAMBERS, FRED, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068    CHAMBERS, GARDNER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CHAMBERS, GIRTHA G, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    CHAMBERS, GIRTHA G, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    CHAMBERS, H R, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068    CHAMBERS, H R, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068    CHAMBERS, HAROLD H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    CHAMBERS, HASKELL H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    CHAMBERS, HASKELL H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    CHAMBERS, HOWARD, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    CHAMBERS, JACK, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068    CHAMBERS, JACQUELINE A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    CHAMBERS, JACQUELINE A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    CHAMBERS, JAMES A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    CHAMBERS, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    CHAMBERS, JAMES E, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068    CHAMBERS, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    CHAMBERS, JEANETTE F, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    CHAMBERS, JEANETTE F, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    CHAMBERS, JESSE, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CHAMBERS, JOHN L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CHAMBERS, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CHAMBERS, JR, ONEAL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    CHAMBERS, JR, ROLAND, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    CHAMBERS, KENNETH W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    CHAMBERS, KENNETH, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    CHAMBERS, KENNETH, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    CHAMBERS, L C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Svc Lst  Name and Address of Served Party**

21068   CHAMBERS, LARRY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHAMBERS, LARRY F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAMBERS, LAWRENCE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CHAMBERS, LENA M, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   CHAMBERS, LENA M, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   CHAMBERS, LILLIE B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CHAMBERS, LILLIE B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CHAMBERS, LOUIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CHAMBERS, LOUIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CHAMBERS, MELVIN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHAMBERS, PATRICK, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CHAMBERS, PERCY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   CHAMBERS, RAYMOND, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CHAMBERS, RICHARD L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   CHAMBERS, ROY J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAMBERS, ROYCE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CHAMBERS, ROYCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHAMBERS, SR, ALCIDE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAMBERS, SR, ROBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAMBERS, SR., CHARLES M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CHAMBERS, SR., CHARLES M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CHAMBERS, THOMAS C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CHAMBERS, TODDY M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CHAMBERS, TOMMY R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHAMBERS, WALLACE R, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   CHAMBERS, WALLACE R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CHAMBERS, WILLIAM A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CHAMBERS, WILLIAM F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   CHAMBERS, WILLIAM, JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, BRONX, NY, 10463

21068   CHAMBERS, WILLIE J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CHAMBLEE, BILLY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CHAMBLEE, CHARLES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAMBLEE, CLARENCE C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CHAMBLEE, GEORGE B, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   CHAMBLEE, JAMES M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CHAMBLEE, JOHN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CHAMBLEE, MELVIN R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CHAMBLEE, SAMUEL O, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CHAMBLEE, THOMAS A, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | CHAMBLEE, WILLIAM H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHAMBLESS, BLANCHE, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329 |
| 21068 | CHAMBLESS, BLANCHE, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | CHAMBLESS, BOBBY R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | CHAMBLESS, CHARLES M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | CHAMBLESS, GENE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CHAMBLESS, GENE R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CHAMBLESS, LAURA, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHAMBLESS, OLLICE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CHAMBLESS, SR, BILLY J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CHAMBLEY, CHARLIE R, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | CHAMBLEY, CHARLIE R, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | CHAMBLEY, HUBERT R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CHAMBLEY, HUBERT R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHAMBLEY, RUDOLPH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CHAMBLEY, THELMA H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CHAMBLIN, FRED, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CHAMBLIN, JR, WILLIE, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | CHAMBLISS, BILLIE C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CHAMBLISS, CECIL G, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | CHAMBLISS, CECIL G, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CHAMBLISS, DORIS A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CHAMBLISS, DORIS A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHAMBLISS, ELIZABETH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CHAMBLISS, EUGENE C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | CHAMBLISS, EUGENE C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | CHAMBLISS, HERBERT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | CHAMBLISS, HERBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CHAMBLISS, JESSIE G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | CHAMBLISS, JESSIE G, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | CHAMBLISS, JIMMY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | CHAMBLISS, JIMMY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CHAMBLISS, JIMMY, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | CHAMBLISS, JOHNNIE B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CHAMBLISS, KENNETH R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | CHAMBLISS, KENNETH R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | CHAMBLISS, LAWRENCE E, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | CHAMBLISS, MARY L, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | CHAMBLISS, MARY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | CHAMBLISS, MARY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CHAMBLISS, RACHEL, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | CHAMBLISS, RACHEL, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CHAMBLISS, SR., ROBERT B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CHAMBLISS, SR., ROBERT B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CHAMBLISS, WILLIAM G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | CHAMBLISS, WILLIAM, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | CHAMBLISS, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CHAMLEE, EVELYN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | CHAMLEE, THURMAN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHAMPAGNE, DANIEL G, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | CHAMPAGNE, DOUGLAS W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHAMPAGNE, E J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | CHAMPAGNE, GEORGE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | CHAMPAGNE, JR, LESTER J, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | CHAMPAGNE, LARRY P, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | CHAMPAGNE, OSCAR J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | CHAMPAGNE, R C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHAMPAGNE, ROBERT O, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110 |
| 21068 | CHAMPAGNE, RONALD, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 |
| 21069 | CHAMPINE, FREDDIE, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630 |
| 21068 | CHAMPION (CHAPMAN), CLYDE, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225 |
| 21068 | CHAMPION (CHAPMAN), CLYDE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21069 | CHAMPION, ALFRED J, VISSE & YANEZ, LLP, JOSEPH M VISSE, 1335 SUTTER ST 2ND FL, SAN FRANCISCO, CA, 94109-5415 |
| 21068 | CHAMPION, BOYD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CHAMPION, CLYDE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | CHAMPION, EDWARD, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | CHAMPION, GROVER V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHAMPION, GROVER V, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | CHAMPION, J C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | CHAMPION, J C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CHAMPION, J C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21069 | CHAMPION, JOHN A, COOK & WALLACE, 4 HOUSTON CENTER, 1221 LAMAR, SUITE 1300, HOUSTON, TX, 77010-3073 |
| 21068 | CHAMPION, JOHN B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHAMPION, JOHN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHAMPION, JOSEPH W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CHAMPION, JR, HUBERT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CHAMPION, JR, HUBERT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHAMPION, JUDGE HAYES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHAMPION, LEE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | CHAMPION, LOUIS C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CHAMPION, SANDERS O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHAMPION, SR, HUBERT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CHAMPION, SR, HUBERT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHAMPION, VICTROL M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CHAMPLAIN, ROBERT, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322 |
| 21068 | CHAMURAS, ANEST A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHANCE, CHARLES J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | CHANCE, CHARLES, LAW OFFICES OF JACK K CLAPPER, 2330 MARINSHIP WAY, SUITE 140, SAUSALITO, CA, 94965 |
| 21068 | CHANCE, DANIEL L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | CHANCE, ELMER L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | CHANCE, GEORGE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHANCE, GEORGE, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | CHANCE, ISIAH D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | CHANCE, SR, HEWLYN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHANCE, VANCE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | CHANCE, WENDALL M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CHANCELLOR, BONNIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHANCELLOR, CHARLES L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHANCELLOR, EMMA G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | CHANCELLOR, EMMA G, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | CHANCELLOR, FREDDIE J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | CHANCELLOR, FREDDIE J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | CHANCELLOR, GLEN E, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | CHANCELLOR, HAROLD R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   CHANCELLOR, IRENE P, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   CHANCELLOR, IRENE P, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   CHANCELLOR, JAMES L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CHANCELLOR, JR, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHANCELLOR, LILLIAN B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CHANCELLOR, ROTHELLE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   CHANCELLOR, ROTHELLE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   CHANCELLOR, VERLON, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CHANCELLOR, WILLIAM J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CHANCELLOR, WILLIAM S, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   CHANCELLOR, WILLIAM S, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   CHANCELOR, SR, CHARLES L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   CHANCELOR, SR, CHARLES L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHANCELOR, SR, CHARLES L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CHANCERY, GLADYS, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CHANCEY, DANIEL E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHANCEY, GARY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CHANCEY, GARY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CHANCEY, JAMES, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CHANCEY, JOSEPH, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CHANCEY, KATHLEEN D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CHANCEY, KATHLEEN D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   CHANDLER, ALTON, MICKEY BUCHANAN, 231 W COMMERCE ST, ASHDOWN, AR, 71822

21069   CHANDLER, ALTON, PATTON, TIDWELL & SCHROEDER, LLP, 4605 TEXAS BLVD, PO BOX 5398, TEXARKANA, TX, 75505-5398

21068   CHANDLER, ARTHUR, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CHANDLER, CLYDE J, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   CHANDLER, CLYDE J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHANDLER, CLYDE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHANDLER, CLYDE W, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   CHANDLER, DALE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHANDLER, DAVID E, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068   CHANDLER, DAVID E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   CHANDLER, DAVID W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHANDLER, DENNIS M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CHANDLER, DONALD, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   CHANDLER, EARNEST O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHANDLER, EDDIE L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   CHANDLER, EDDIE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHANDLER, EDDIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHANDLER, EDWARD H, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CHANDLER, EDWIN R, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   CHANDLER, EMERY E, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   CHANDLER, EMERY E, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   CHANDLER, FRED, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   CHANDLER, GERALD, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   CHANDLER, GORDON C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHANDLER, HAROLD D, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   CHANDLER, HARRY, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068   CHANDLER, HERMAN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   CHANDLER, ILA M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHANDLER, JAMES R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHANDLER, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHANDLER, JEFFERY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CHANDLER, JEFFERY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CHANDLER, JOHN R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   CHANDLER, JOHN R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   CHANDLER, JOSEPH D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHANDLER, JR, GEORGE H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CHANDLER, JR, JIMMIE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHANDLER, LARRY W, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CHANDLER, LINDA K, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CHANDLER, LOUIS A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHANDLER, LYNN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHANDLER, MARVIN M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   CHANDLER, MILDRED J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CHANDLER, MILDRED J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CHANDLER, RAY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHANDLER, RICHARD D, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CHANDLER, ROY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CHANDLER, SHARON, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CHANDLER, SHARON, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHANDLER, SR, PAUL E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CHANDLER, WILLIAM M, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638 |
| 21068 | CHANEY, ALBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CHANEY, BESSIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CHANEY, BESSIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHANEY, CHARLES A, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | CHANEY, CHARLES E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21069 | CHANEY, CLAUDE C, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757 |
| 21068 | CHANEY, CLAUDE C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CHANEY, DAVID, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | CHANEY, DONALD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CHANEY, DONALD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CHANEY, FLOYD L, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | CHANEY, FLOYD L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHANEY, HOWARD L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CHANEY, JAMES R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | CHANEY, JAMES W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CHANEY, JAMES W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHANEY, JAMES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHANEY, JAMES, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | CHANEY, JIMMY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | CHANEY, JIMMY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | CHANEY, JOHN R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CHANEY, JOHN R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHANEY, JOHN V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHANEY, JOHN W, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | CHANEY, JOHN W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHANEY, JOSEPH B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CHANEY, JOSEPH B, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | CHANEY, JR, ENOUCH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHANEY, JR, ERNEST, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | CHANEY, JR, WALKER L, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | CHANEY, JR, WALKER L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |

Svc Lst  Name and Address of Served Party

21068   CHANEY, KENNETH R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CHANEY, L C, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068   CHANEY, LESTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHANEY, MELVIN J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHANEY, MORRIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHANEY, NORMAN, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   CHANEY, OWEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHANEY, PAUL E, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   CHANEY, RICHARD A, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   CHANEY, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CHANEY, SR, ARTHUR L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHANEY, SR, ARTHUR L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   CHANEY, WILLIAM H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   CHANGET, AL, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CHANNEL, TOM J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHANNELL, ERVIN, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   CHANNELL, HENRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CHANNELL, JIMMY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   CHANNELL, JIMMY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   CHANNELL, RICHARD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHANNELL, ROY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHANNELL, SILAS, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   CHANOSKI, EDWARD J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CHANTZ, CATHERINE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   CHAPA, ARMANDO, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   CHAPA, ARMANDO, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21069   CHAPA, FRANCISCO, ABRAHAM MOSS, 5350 S STAPLES, CORPUS CHRISTI, TX, 78411

21068   CHAPA, FRANCISCO, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   CHAPA, HOMERO, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   CHAPA, HOMERO, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   CHAPA, OLIVERO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   CHAPA, PETE, THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   CHAPA, RAMIRO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAPA, RUBEN G, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

**Svc Lst  Name and Address of Served Party**

21068   CHAPA, RUBEN G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHAPA, RUBEN G, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CHAPA, TOMAS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAPARRO, MARIANO, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   CHAPARRO, VALENTIN, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068   CHAPAS, FRANK, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CHAPELL, MICHAEL L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHAPEN, VERNON R, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   CHAPIN, DONALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAPIN, ROBERT R, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   CHAPIN, ROBERT R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CHAPIN, SR, GARY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHAPIN, TERRY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHAPIN, WILLIAM C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHAPMAN, ALBERT B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CHAPMAN, ALBERT B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CHAPMAN, ALLEN E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHAPMAN, ALLEN M, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   CHAPMAN, ARTHUR L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAPMAN, BERNARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHAPMAN, BETTY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CHAPMAN, BETTY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CHAPMAN, BILLY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CHAPMAN, BYRON G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHAPMAN, C J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   CHAPMAN, C J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   CHAPMAN, CLAYTON D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CHAPMAN, DARRELL, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068   CHAPMAN, DAVID W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAPMAN, DAVID, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   CHAPMAN, DONALD E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHAPMAN, EARL, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CHAPMAN, EARL, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CHAPMAN, EDWARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CHAPMAN, ELWOOD I, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CHAPMAN, EMORY L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   CHAPMAN, FRANK, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CHAPMAN, FRANKLIN P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | CHAPMAN, FRANKLIN P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHAPMAN, FREDDIE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | CHAPMAN, GARY L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | CHAPMAN, GEORGE L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | CHAPMAN, GEORGE T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CHAPMAN, GERTRUDE G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CHAPMAN, GREGORY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | CHAPMAN, HARLAN, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | CHAPMAN, HAROLD R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CHAPMAN, HOMER L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CHAPMAN, ISHMAEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHAPMAN, IVAN, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | CHAPMAN, JAMES A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CHAPMAN, JAMES W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | CHAPMAN, JERRY E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CHAPMAN, JIMMY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | CHAPMAN, JOHN C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CHAPMAN, JOHN L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | CHAPMAN, JOHN P, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | CHAPMAN, JOHNNIE B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CHAPMAN, JR, ANDREW W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CHAPMAN, JR, OTIS T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CHAPMAN, JR, OTIS T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHAPMAN, JR., NATHAN, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21068 | CHAPMAN, LAMAR, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | CHAPMAN, LAMAR, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CHAPMAN, LAMAR, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CHAPMAN, LAWSON L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CHAPMAN, LAWSON L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHAPMAN, LEROY, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302 |
| 21068 | CHAPMAN, LINDA A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | CHAPMAN, LINDA A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | CHAPMAN, LONNIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHAPMAN, MABEL, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | CHAPMAN, MABEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   CHAPMAN, MABEL, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CHAPMAN, MITCHELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CHAPMAN, NAAMAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   CHAPMAN, NAAMAN, MITHOFF & JACKS, 111 CONGRESS AVENUE, SUITE 1010, AUSTIN, TX, 78701

21068   CHAPMAN, NEVENE, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068   CHAPMAN, NORMAN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHAPMAN, NORMAN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CHAPMAN, OSCAR, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CHAPMAN, RICHARD E, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   CHAPMAN, ROBERT W, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068   CHAPMAN, RODNEY E, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   CHAPMAN, RODNEY E, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   CHAPMAN, SR, ANDREW L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CHAPMAN, SR, ANDREW L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CHAPMAN, SR, HENRY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CHAPMAN, SR, LAWRENCE E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CHAPMAN, SR, MARSHALL E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CHAPMAN, TEDDY N, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   CHAPMAN, TEDDY N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHAPMAN, TEDDY N, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAPMAN, THOMAS J, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CHAPMAN, THOMAS M, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   CHAPMAN, WALTER, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CHAPMAN, WALTER, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CHAPMAN, WILLIAM H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CHAPMAN, WILLIE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   CHAPMAN, WOODROW W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   CHAPP, GORDON A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CHAPPEL, CHARLIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CHAPPEL, MICHAEL W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CHAPPELEAR, DON, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CHAPPELL, CECIL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   CHAPPELL, CHARLES B, THOMAS A BAIZ, JR, SUITE 316, 600 CENTRAL PLAZA, GREAT FALLS, MT, 59401

21068   CHAPPELL, EARLY D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CHAPPELL, EMMETT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CHAPPELL, ENOLA, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CHAPPELL, ENOLA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHAPPELL, ENOLA, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CHAPPELL, EVA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CHAPPELL, GEORGE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAPPELL, JAMES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAPPELL, JOHNNIE L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   CHAPPELL, LENOUS H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHAPPELL, LEON R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAPPELL, ROBERT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CHAPPELL, ROBERT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CHAPPELL, TROY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CHAPPLE, WILLIAM, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CHARACTER, EDNA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   CHARETTE, BERNARD, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038

21068   CHARETTE, GUY O, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CHARGOIS, ANTHONY W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHARITY, JAMES, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CHARITY, WAVERLY A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CHARKOFF, SOL, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   CHARLAND, ROBERT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHARLEBOIS, LOUIS, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   CHARLEBOIS, MAURICE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHARLES, EMANUEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHARLES, ENOS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHARLES, GARY C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHARLES, JERRY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CHARLES, JUANA, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   CHARLES, OLGA A, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   CHARLES, THOMAS W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   CHARLEY, THOMAS J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CHARLOT, JAMES H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHARLSEN, TERESA, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   CHARLSON, RONALD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHARLTON, CHARLES E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   CHARLTON, CHARLES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHARLTON, CHARLES E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CHARLTON, JAMES D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CHARLTON, LESTER J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Svc Lst  Name and Address of Served Party**

21068  CHARLTON, WILLARD H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  CHARLTON, WILLARD H, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  CHARNAWSKA, JOSEPH C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  CHARNETSKI, CLEELAND, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHARNETSKI, DONALD, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068  CHARNETSKI, DONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CHARNOCK, HARRY J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CHARPENTIER, JOHN I, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHARPENTIER, JOHN I, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068  CHARRON, LARRY, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21069  CHARRON, PAUL, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837

21068  CHARTHAM, JAMES E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  CHARTHAM, JAMES E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  CHARTIER, GEORGE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  CHARTIER, JOHN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHARVAT, DAVE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CHASE, ALFRED C, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  CHASE, ALFRED, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHASE, ARTHUR, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CHASE, CARLYLE F, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  CHASE, FRANK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CHASE, JOSEPH A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHASE, KENNETH E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CHASE, KENNETH, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068  CHASE, LARRY A, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  CHASE, LARRY A, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  CHASE, MARK W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHASE, PAUL, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21069  CHASE, ROBERT L, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038

21068  CHASE, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CHASE, ROBERT, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  CHASE, SAM W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  CHASE, TERRY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  CHASE, TERRY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CHASE, WALTER E, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  CHASE, WILLIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CHASKO, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CHASKO, PHIL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CHASSE, DANIEL D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CHASSE, RICHARD F, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CHASSE, RONALD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CHASTAIN, DANIEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CHASTAIN, DANIEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CHASTAIN, FRANKLIN D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CHASTAIN, GERALD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CHASTAIN, GLEN H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  CHASTAIN, KENNETH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHASTAIN, RONALD M, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  CHASTAIN, RUFUS B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CHASTAIN, SR, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CHASTAIN, SR, THOMAS A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CHASTANG, JAMES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CHASTANG, JR, PIERRE W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CHASTEEN, FLOYD L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  CHASTEEN, WINNIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CHASTEEN, WINNIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CHATAGNIER, MELVIN A, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  CHATELAIN, NEDY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21069  CHATELLIER, JAMES T, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757

21068  CHATHAM, DONALD, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  CHATHAM, HARRY V, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068  CHATHAM, LLOYD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHATMAN, BENNIE R, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  CHATMAN, COLLIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CHATMAN, CORA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CHATMAN, CORA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CHATMAN, DOROTHY W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  CHATMAN, DOROTHY W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  CHATMAN, GEORGE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CHATMAN, HIRAM H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CHATMAN, HOMER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

Svc Lst  Name and Address of Served Party

21068   CHATMAN, JOHN L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CHATMAN, JOHN L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CHATMAN, JOHN L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CHATMAN, JR, ANDREW, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   CHATMAN, JR, ANDREW, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHATMAN, JR, CLAUDE D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHATMAN, JR, ESAW, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   CHATMAN, JR, GEORGE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHATMAN, LEVI, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CHATMAN, LEVI, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CHATMAN, MARTHA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CHATMAN, MARTHA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CHATMAN, MARY H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CHATMAN, MARY H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CHATMAN, MATTIE B, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CHATMAN, MATTIE B, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CHATMAN, N E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHATMAN, ROBERT J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHATMAN, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHATMAN, ROGER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHATMAN, SARAH, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   CHATMAN, SR, WILLIE E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CHATMAN, THEADORE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHATMAN, THOMAS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHATMAN, THOMAS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CHATMAN, THURSTON R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHATMAN, TINUS A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CHATMON, ERNEST S, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHATMON, ERNEST S, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CHATMON, HENRY W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CHATSKO, PAUL, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CHATTA, ANGELO B, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   CHATTA, ANGELO B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHATTA, ANGELO B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   CHATTIN, JERRY, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902

21068   CHATTMAN, W L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Svc Lst  Name and Address of Served Party**

21068   CHATTMAN, W L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CHAUNCEY, ROY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHAVAN, JOHN R, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   CHAVAN, JOHN R, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   CHAVARRIA, CARLOS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAVELLE, ALFREDO C, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   CHAVELLE, ALFREDO C, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   CHAVELLE, ALFREDO C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHAVERIST, CHESTER S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAVERS, A G, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CHAVERS, ABRAHAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAVERS, ALICE F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CHAVERS, BILLY, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068   CHAVERS, BILLY, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068   CHAVERS, BRYAN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   CHAVERS, HOLLIS C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21069   CHAVERS, JAMES H, PATTON TIDWELL & SANDERFUR, 4605 TEXAS AVENUE, TEXARKANA, TX, 75503

21068   CHAVERS, JAMES H, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   CHAVES, LEO C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   CHAVES, LEO C, WHITNEY C BUCHANAN, ESQ, 5201 CONSTITUTION AVE NE, ALBUQUERQUE, NM, 87110-5813

21068   CHAVEZ, BEN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CHAVEZ, DAVID G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHAVEZ, JOHN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHAVEZ, JOHN V, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069   CHAVEZ, JOSE R, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068   CHAVEZ, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHAVEZ, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CHAVEZ, RUBEN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069   CHAVEZ, TRINIDAD J, BRANDENBURG & BRANDENBURG, 715 TIJERAS NW, ALBURQUERQUE, NM, 87102

21068   CHAVEZ, TRINIDAD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHAVIERS, HOWARD M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CHAVIERS, NORMAN W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHAVIS, BERTHAM, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   CHAVIS, JOHN H, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   CHAVIS, WILLIAM, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   CHEAIRS, CURTIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

**Svc Lst  Name and Address of Served Party**

21068  CHEAIRS, CURTIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CHEAP, ARTHUR L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CHEARNEY, MICHAEL C, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  CHEATAM, ALFONSO, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CHEATAM, JERRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CHEATAM, JERRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CHEATHAM, CHARLIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21069  CHEATHAM, ROBERT L, LAW OFFICE OF THOMAS D THOMAS, 3100 DONALD DOUGLAS LOOP N STE 30-5, SANTA MONICA, CA, 90405

21068  CHEATHAM, ROBERT L, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068  CHEATHAM, TOM E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHEATHAM, TOM E, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068  CHEATHAM, TOM E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  CHEATWOOD, CHARLES B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CHEATWOOD, ELDRIDGE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CHEATWOOD, ELI P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CHEATWOOD, JEFFERY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  CHEATWOOD, MARTHA E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CHEATWOOD, WINSTON D, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  CHECK, GERALD J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CHECKLER, GERALD J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CHEEK, KENNETH J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHEEK, MORGAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CHEEK, RAYMOND A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CHEEK, RUBY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CHEEK, VICTOR, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CHEEK, VICTOR, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CHEEKS, DORIS L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  CHEEKS, DORIS L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  CHEEKS, EARL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CHEEKS, EARL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CHEEKS, EVA O, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  CHEEKS, EVA O, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  CHEEKS, JAMES R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  CHEEKS, ROY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CHEEKS, SR, FRED A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CHEESMAN, OSCAR, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068  CHELADYN, BERNARD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21069  CHELLEW, EDITH, HOLLORAN & STEWART, PC, 1010 MARKET ST STE 1650, ST LOUIS, MO, 63101

21068  CHEMELLO, FORREST W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CHEMIN, DAVID E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  CHEMIN, JESSE R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  CHEMIN, JOSEPH M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  CHENAULT, CHARLES D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CHENAULT, JOHN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CHENAULT, MICHAEL T, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  CHENEVERT, ISHMAEL, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  CHENEVERT, JAMES M, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068  CHENEVERT, JAMES M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CHENEY, FANNIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CHENEY, GEORGE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHENEY, GEORGE W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  CHENEY, LAWRENCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHENOWETH, ALBERT C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CHEPESKA, NICK, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  CHEQUES, DALE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  CHERAMIE, LEROY S, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  CHEREDAR, STEPHEN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CHERICO, LEON R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  CHERNAY, EDWARD S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CHERNOUS, WALTER, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068  CHERRY, AUDREY M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  CHERRY, AUDREY M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  CHERRY, BILLY R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CHERRY, BILLY R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CHERRY, CARL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CHERRY, EMMETT, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  CHERRY, FRED, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  CHERRY, FREDERICK E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  CHERRY, FREDERICK E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  CHERRY, HARRY A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CHERRY, JAMES H, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  CHERRY, JAMES W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21069    CHERRY, JEROME M, ADAMS & CESARIO PA, 1550 E 79TH ST, SUITE 800, BLOOMINGTON, MN, 55425

21069    CHERRY, JEROME M, CASSIDY & REIMAN, 4700 ROCKSIDE ROAD, CLEVELAND, OH, 44131-2155

21068    CHERRY, JR, JOHN H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    CHERRY, JR, WILLIAM, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    CHERRY, JR., JAMES I, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    CHERRY, LOUIS E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    CHERRY, MARION W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CHERRY, ROBERT H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    CHERRY, TALMADGE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    CHERRY, WILLIAM, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068    CHERRY, WILLIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    CHESHIRE, JAMES E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    CHESHIRE, JAMES W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    CHESKO, MICHAEL J, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068    CHESKO, MICHAEL J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    CHESLAK, JOSEPH W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    CHESLEY, ORIN W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    CHESLEY, RON J, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517

21068    CHESLEY, RON J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    CHESNIAK, MICHAEL, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    CHESNUT, OLIVER P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CHESNUT, OLIVER P, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    CHESSER, LELAND L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CHESSIE, NORBERT, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    CHESSON, FLOYD M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CHESSON, THEODORE R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    CHESSON, THEODORE R, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    CHESTANG, JACQUELYN, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    CHESTANG, JR, CHRISTOPHER, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CHESTANG, JR, JOHN B, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    CHESTANG, JR, RICHARD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CHESTANG, JR, RICHARD L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    CHESTEEN, WILLIAM H, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    CHESTEEN, WILLIAM, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068    CHESTER, HERMAN C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  CHESTER, JAMES, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  CHESTER, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CHESTER, JR, TRAVIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHESTER, JR, TRAVIS, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068  CHESTER, JR, TRAVIS, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21069  CHESTER, MELVIN, BURROW & PARROTT L L P, 3500 CHEVRON TOWER, 1301 MCKINNEY, HOUSTON, TX, 77010

21068  CHESTER, MENDEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CHESTER, MENDEL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CHESTER, PERRY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  CHESTER, VIRGIL L, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068  CHESTNUT, CASIMIR, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068  CHESTNUT, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHESTNUT, CLAUD G, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  CHESTNUT, DONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHESTNUT, EILEEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CHESTNUT, GLEN D, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  CHESTNUT, KENNETH R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  CHESTNUT, WILLIAM L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHESTNUT, WILLIAM L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  CHESTNUT, WILLIE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  CHEVALIER, ALIOS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHEVALIER, ALIOS R, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  CHEVALIER, EUGENE, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  CHEVALIER, J C, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  CHEW, HERBERT, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  CHEW, WILLIAM, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  CHEWNING, JAMES V, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CHEWNING, JAMES V, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CHEWNING, MERLE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  CHEWNING, MERLE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CHEYNEY, DAVID, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  CHIAPETTA, DOMINICK, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CHIAPETTA, DOMINICK, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068  CHIAPETTA, RALPH, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CHIAPPA, EDWARD J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CHIAPPA, EUGENE, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   CHIAPPONE, PHILIP T, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   CHIARAMONTE, GASPER SR, LEVY PHILLIPS & KONINGSBERG, 800 THIRD AVE, 13TH FL, NEW YORK, NY, 10022

21068   CHIARELLI, RALEIGH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHIARINI, GARY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CHIARINI, GARY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CHIASSON, EDWARD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHIASSON, EDWARD J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   CHIASSON, HENRY J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   CHIASSON, SR, MICHAEL W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CHIAVAROLI, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHIAVAROLI, WILLIAM, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CHIC, JOHN S, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CHICCARELLI, JAMES, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CHICK, DON R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHICK, JR, JOHN M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CHICK, PATRICIA A, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   CHICKADAUNCE, WILLIAM L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CHICKADAUNCE, WILLIAM L, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   CHICKIE, LOUIS, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   CHICKIE, LOUIS, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21069   CHICO, RAYMOND, BERGMAN & FROCKT, 614 1ST AVE, 4TH FL, SEATTLE, WA, 98104-2233

21068   CHIDE, JOSEPH R, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   CHIDER, GEORGE, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   CHIDESTER, EDDIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CHIDESTER, NAT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CHIDESTER, NAT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CHIERA, RALPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CHILCOAT, GLEN M, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CHILCOAT, GLEN M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHILCOAT, GLEN M, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CHILD, RONALD L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   CHILD, RONALD L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   CHILD, SR, ARTHUR M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CHILDERS, ANNIE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CHILDERS, ANNIE E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CHILDERS, ARTHUR B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHILDERS, ARTHUR B, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   CHILDERS, BILLY, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   CHILDERS, CLIFTON D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CHILDERS, CRAWFORD C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHILDERS, DONALD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CHILDERS, EDDIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHILDERS, ERNEST J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHILDERS, HERMAN G, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   CHILDERS, HERMAN G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHILDERS, HERMAN G, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   CHILDERS, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CHILDERS, JEWELL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CHILDERS, JEWELL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHILDERS, LAWRENCE D, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   CHILDERS, LAWRENCE D, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   CHILDERS, LEWIS C, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   CHILDERS, LINDA J, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   CHILDERS, RANDY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHILDERS, RAYMOND E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   CHILDERS, ROBERT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHILDERS, RONALD E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CHILDERS, RUBY C, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   CHILDERS, SR, ROBERT A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHILDERS, VIRGIL C, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   CHILDERS, WILLIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHILDRE, BENJAMIN F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHILDREE, BERRY W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   CHILDREE, BERRY W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   CHILDREE, JOHNNIE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CHILDREE, JOHNNIE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CHILDREE, LOTTIE I, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

Svc Lst  Name and Address of Served Party

---

21068   CHILDREE, LOTTIE I, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CHILDRES, LARRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CHILDRES, LARRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CHILDRES, WILLIS F, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CHILDRES, WILLIS F, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CHILDRESS, BENJAMIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHILDRESS, CLARENCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHILDRESS, CLARK, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CHILDRESS, DAVID, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   CHILDRESS, EDWARD W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHILDRESS, EDWARD W, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   CHILDRESS, EUGENE T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHILDRESS, EUGENE T, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   CHILDRESS, HAROLD G, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   CHILDRESS, IRBY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CHILDRESS, IRBY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CHILDRESS, JESSE W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CHILDRESS, OLIN, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   CHILDRESS, TERRY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CHILDRESS, TIMOTHY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   CHILDRESS, WILLIAM, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   CHILDREY, JOHN R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CHILDS, ALLEN, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   CHILDS, ALLEN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CHILDS, BARRY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHILDS, BERNICE E, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   CHILDS, CLYDE, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21069   CHILDS, DANIEL G, DIROCCO, PHILIP F, JOHNSON & CHILDS PC, 1632 PINE ST, PHILADELPHIA, PA, 19103-6711

21069   CHILDS, DANIEL G, GORDON, NORMAN, JOHNSON & CHILDS PC, 1632 PINE ST, PHILADELPHIA, PA, 19103-6711

21069   CHILDS, DANIEL G, MCDUFFIE, JIMMIE R, JOHNSON & CHILDS PC, 1632 PINE ST, PHILADELPHIA, PA, 19103-6711

21069   CHILDS, DANIEL G, TILSNER, RONALD M, JOHNSON & CHILDS PC, 1632 PINE ST, PHILADELPHIA, PA, 19103-6711

21068   CHILDS, DONALD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHILDS, DONALD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CHILDS, DOYCE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHILDS, F H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CHILDS, F H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CHILDS, HENRY E, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | CHILDS, III, ROBERT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CHILDS, JAMES B, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | CHILDS, JAMES L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CHILDS, JAMES L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CHILDS, JAMES S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CHILDS, JOE T, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611 |
| 21068 | CHILDS, JR., WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CHILDS, JR., WILLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CHILDS, LEE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | CHILDS, LEE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CHILDS, MATHEW C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CHILDS, MILLER L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | CHILDS, MILLER L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CHILDS, ROBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | CHILDS, ROY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CHILDS, ROY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CHILDS, WILLIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CHILDUS, WILLIAM, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | CHILES, JAMES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | CHILES, JOBE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CHILES, NORMAN L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CHILES, WILLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CHILOT, SR, ALBERT, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21069 | CHILSON, HOWARD, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212 |
| 21069 | CHILSON, JR, HOWARD, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212 |
| 21068 | CHILTON, ALBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHILTON, HARRY C, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | CHILTON, IV, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | CHILTON, MARY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | CHILTON, RICHARD M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CHIMILE, JOHN O, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | CHINA, ODELL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | CHINEA, JOSE, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010 |
| 21068 | CHIOVARO, JR, JACK F, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614 |

**Svc Lst  Name and Address of Served Party**

21068   CHIPLEY, JAMES L, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068   CHIPLEY, JAMES L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHIPMAN, GLENN T, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CHIPPS, C P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHIPPS, C P, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   CHIPPS, CREED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CHIPPS, CREED, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   CHIPPS, JAMES A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CHIPRICH, FRANK, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   CHIRHART, ROGER C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CHIRICO, FRANCESCO, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   CHIRO, HENRY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHIRO, HENRY J, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   CHIRONNO, JOHN  J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   CHIRTEL, MILTON, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CHISHOLM, BERNARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CHISHOLM, GARY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CHISHOLM, GARY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CHISHOLM, JERALD W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   CHISHOLM, MAGDALENE F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CHISHOLM, MARVIN D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   CHISHOLM, MARVIN D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   CHISHOLM, MERLE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CHISHOLM, MERLE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CHISLEY, CORBURT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHISLEY, CORBURT L, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   CHISLTON, EDDIE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHISM, FLOYD C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   CHISM, J G, SHINGLES & SHINGLES, 161 WASHINGTON ST STE 1090, CONSHOHOCKEN, PA, 19428

21068   CHISM, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CHISM, JR, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHISM, JR, JOHN W, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   CHISM, MOLLIE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CHISM, MOLLIE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CHISM, SR, GEORGE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CHISM, SR, GEORGE, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

**Svc Lst  Name and Address of Served Party**

21068  CHISOLM, GEORGE A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CHISOLM, GEORGE D, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  CHISOLM, OWEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CHISOLM, SHIRLEY H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CHISUM, GROVER, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  CHITWOOD, JR., CHARLES H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHITWOOD, THOMAS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHIVERS, BOB, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHLYSTA, WALTER M, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  CHMIEL, PHILLIP J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CHMIELEWSKI, PETER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHMURA, THOMAS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CHOAT, LARRY, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  CHOAT, LARRY, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  CHOATE, ARDLY J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CHOATE, BRADLEY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  CHOATE, LLOYD, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  CHOATE, NORMAN G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  CHOCHRACH, PAUL A, PROVIZER & PHILLIPS, ATTYS AT LAW, 30200 TELEGRAPH RD STE 200, BINGHAM FARMS, MI, 48025

21069  CHOCHRACH, PAUL A, WILLIAMS & TRINE, P C, 1435 ARAPAHOE AVENUE, BOULDER, CO, 80302-6307

21069  CHOIDA, FRANK A, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038

21068  CHOLEWINSKI, EDWARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CHOLIPSKI, THOMAS L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  CHOLNIK, SR, JOHN, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068  CHOMO, SR, PAUL J, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21069  CHOPP, WILLIE M, THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  CHOQUETTE, LEON, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  CHORAK, GEORGE N, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CHORAK, NICHOLAS M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CHORMANN, ROBERT D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHOSA, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHOTROW, WILLIAM, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068  CHOUDOIR, ROLAND, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CHOVANEC, VICTOR A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHOWDEN, RAYMOND, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

**Svc Lst  Name and Address of Served Party**

21068  CHPEZZUTO, ANNAMARIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CHRASTKA, JEROME J, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  CHRASTKA, JEROME J, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068  CHREITEN, ROBERT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CHRESTAY, WAYNE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CHRETIEN, LUCIEN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  CHRISHOLM, ANDREW, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CHRISLEY, SAMUEL L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CHRISLIP, JR, EDMOND H, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  CHRISOS, CHARLES, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  CHRISS, BOSTON J, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  CHRISS, BOSTON J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CHRISS, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CHRISS, JAMES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CHRIST, CHARLES S, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  CHRIST, FLORENCE B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CHRISTAIN, AUBY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CHRISTENSEN, ARLEIGH R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  CHRISTENSEN, ARNE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  CHRISTENSEN, ARNE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CHRISTENSEN, GARY S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHRISTENSEN, GLENN, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21069  CHRISTENSEN, JOE, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837

21069  CHRISTENSEN, OTTO W, VISSE & YANEZ, LLP, JOSEPH M VISSE, 1335 SUTTER ST 2ND FL, SAN FRANCISCO, CA, 94109-5415

21068  CHRISTENSEN, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CHRISTENSEN, RONALD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21069  CHRISTENSEN, WILLIAM H, DAVIS, ROBERT H, LARSEN CHRISTENSEN & RICO, 50 W BROADWAY STE 100, SALT LAKE CITY, UT, 84101-2066

21069  CHRISTENSON, EARL G, THE GALLAGHER LAW FIRM, RUSSELL SARAFIN, 777 WALKER  STE 2500, HOUSTON, TX, 77002

21069  CHRISTIAN, ARTHUR, WARTNICK, CHABER, HAROWITZ & TIGERMAN, 101 CALIFORNIA STREET, SUITE 2200, SAN FRANCISCO, CA, 94111

21068  CHRISTIAN, CARL L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CHRISTIAN, CLABIN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  CHRISTIAN, CLYDE M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CHRISTIAN, DELMAS L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CHRISTIAN, HERMAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHRISTIAN, JACK, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CHRISTIAN, JAMES A, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | CHRISTIAN, JAMES A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHRISTIAN, JERRY L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | CHRISTIAN, JOHN W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CHRISTIAN, JOSEPH M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CHRISTIAN, JR, ELVIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | CHRISTIAN, JR, JOHN E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CHRISTIAN, JR, PAUL, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CHRISTIAN, JR, PAUL, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | CHRISTIAN, JR, ROBERT A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21069 | CHRISTIAN, JULIUS, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542 |
| 21068 | CHRISTIAN, LARRY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | CHRISTIAN, NELSON T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CHRISTIAN, ODIES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | CHRISTIAN, ODIES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CHRISTIAN, OMAR E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CHRISTIAN, OMAR, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CHRISTIAN, RANDLE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHRISTIAN, RANDLE W, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702 |
| 21068 | CHRISTIAN, RAY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHRISTIAN, RAYMOND, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | CHRISTIAN, RAYMOND, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CHRISTIAN, RONALD W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | CHRISTIAN, SHERIDAN M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | CHRISTIAN, SR, ELVIS L, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | CHRISTIAN, SR, WALTER, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CHRISTIAN, WILBUR L, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917 |
| 21068 | CHRISTIAN, WILBUR L, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046 |
| 21068 | CHRISTIAN, WILBURN E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | CHRISTIAN, WILLIAM H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | CHRISTIANSEN, JOHN, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | CHRISTIANSEN, ROBERT G, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | CHRISTIANSON, ARNE W, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CHRISTIANSON, PHIL B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CHRISTIANSON, SIDNEY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | CHRISTIE, CHARLES M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CHRISTIE, CHARLES M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CHRISTIE, DAVID C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHRISTIE, EARNEST H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CHRISTIE, GEORGE J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | CHRISTIE, SAMUEL R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | CHRISTIE, THOMAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | CHRISTISON, JAMES O, CRIPPEN & CLINE LC, 10 WEST 100 S STE 425, SALT LAKE CITY, UT, 84101 |
| 21068 | CHRISTISON, JAMES O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CHRISTMAN, JR, JOHN P, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | CHRISTMAN, VERNON A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CHRISTMAS, LEROY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | CHRISTNER, FRANCIS D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | CHRISTNER, JACK, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | CHRISTOFORETTI, RICHARD A, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | CHRISTOPH, VERNON J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHRISTOPHER, CECIL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CHRISTOPHER, CECIL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CHRISTOPHER, CURTIS L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CHRISTOPHER, RICHARD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CHRISTOPHER, VICTORIA, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | CHRISTOPHER, VINCENT P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CHRISTOPHER, WILLIAM R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21069 | CHRISTY & VIENER, 620 FIFTH AVE, NEW YORK, NY, 10020 |
| 21068 | CHRISTY, AARON W, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749 |
| 21068 | CHRISTY, CHARLES L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHRISTY, CLARA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | CHRISTY, FREDRICK E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHRISTY, GEORGE, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611 |
| 21068 | CHRISTY, JAMES R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CHRISTY, ROY, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | CHRISTY, STANLEY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CHRISTY, STANLEY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CHRISTY, WILLIAM O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CHRISTY, WILLIAM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CHRISTY, WILLIAM, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CHRISTY, WILLIAM, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | CHRONIS, JOHN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | CHRONISTER, WILLIAM, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | CHRONOSKI, CHESTER, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | CHRONOWSKI, ANTHONY F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | CHRUSCINSKI, LEONARD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21069 | CHUHI, MICHAEL S, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084 |
| 21068 | CHUHI, MICHAEL S, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | CHUITES, HORACE L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | CHULEY, DENNIS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | CHUMLEY, CLARENCE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHUMLEY, EDGAR N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CHUMLEY, EDGAR N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CHUMLEY, GERTRUDE N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CHUMRIK, ROBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | CHUMRIK, SR, ROBERT, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237 |
| 21068 | CHUNN, RUBY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | CHUNN, RUBY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CHUPELA, WILLIAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | CHUPPA, DONALD R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | CHURCH, ARTHUR, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHURCH, BOBBY D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CHURCH, CHARLES L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21069 | CHURCH, DELAINE, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266 |
| 21069 | CHURCH, DELAINE, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309 |
| 21068 | CHURCH, DELAINE, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | CHURCH, EARL R, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | CHURCH, FRANKLIN, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | CHURCH, FRED, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | CHURCH, GENE A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CHURCH, GEORGE F, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | CHURCH, GEORGE H, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   CHURCH, JR, CLAUDE P, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   CHURCH, JR, CLAUDE P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CHURCH, LEROY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CHURCH, LEROY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   CHURCH, LEWIS S, GORDON MYERS, 727 WATTS AVE, PASCAGOULA, MS, 39567

21068   CHURCH, MICHAEL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CHURCH, RONALD, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   CHURCH, ROYAL, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   CHURCH, ROYAL, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   CHURCH, THELMA L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CHURCHILL, CHRISTIAN J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CHURCHILL, RICHARD S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHURCHILL, ROLLAND R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CHURCHIN, ALEXANDER, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   CHURCHWELL, CHARLES C, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CHURILLA, STEPHEN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CHURUKIAN, JR, ALBERT J, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   CHURUKIAN, JR, ALBERT J, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   CHURUKIAN, WILLIAM, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068   CHUTES, ALFRED G, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   CHVALA, THOMAS J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CHVALA, THOMAS J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CHYCHELUK, STERLING, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CIABATTARI, RICHARD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   CIACCIO, BONNIE P, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068   CIACCIO, BONNIE P, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21069   CIACCIO, JOSEPH, NINA E PERRIS, 2178 KLOCKNER ROAD, TRENTON, NJ, 08690

21069   CIALONE, DONATO J, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038

21068   CIAMPA, CHARLES, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CIAMPA, ROCCO, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CIANCHI, NEMO, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CIANCI, RAYMOND, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   CIANCIARISO, ANTHONY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Svc Lst  Name and Address of Served Party**

21068   CIANCIARISO, ANTHONY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CIANCIO, ALFREDO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CIANCIULLI, ROCCO A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   CIANFRANI, ALFRED, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068   CIANFRANI, EMIL J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CIANFROCCA, PAULINE F, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   CIANFROCCA, PAULINE F, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   CIANFROCCO, PAULINE F, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   CIANFROCCO, PAULINE F, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   CIARCELLO, MARK A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CIARCELLO, MARK A, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068   CIBELLI, FRED, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CIBULSKI, SR, WILLIAM R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CIBULSKI, SR, WILLIAM R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   CICCHELLI, JESSIE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   CICCHIRILLO, RANDALL A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CICCHIRILLO, RANDALL A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CICCONE, LOUIS J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CICCONI, MARIO, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CICERO, JOHNNY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CICERO, LARRY F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CICERO, LARRY F, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068   CICERO, LARRY F, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   CICH, JAMES P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CICHOSKI, HENRY J, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   CICIONE, AMIE A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CICORA, THOMAS J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CIESIELSKI, JOSEPH S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   CIESLAK, EDWARD, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   CIESLAK, EUGENE S, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   CIESZKIEWICZ, MITCHELL, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   CIESZKIEWICZ, MITCHELL, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21069   CIESZYNSKI, THOMAS M, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038

21068   CIFRA, JR, JOHN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   CIFREO, JAMES E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   CIFREO, JAMES K, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   CIKOVICH, BETTY A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CIKUTOVICH, FRANK, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   CIKUTOVICH, JOSEPHINE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   CILLO, JOSEPH A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CIMA, PALMER, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   CIMBULS, CONRAD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CIMESA, JOSEPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CIMINO, DOMENCO, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   CIMINO, JOSEPH F, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CIMINO, JOSEPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CIMMINO, FRANK E, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CIMORELL, RICHARD S, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   CIMPERMAN, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CIMPERMAN, MICHAEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CIMPERMAN, MICHAEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CINATL, MARY L, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   CINATTI, JOHN R, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CINDRIC JR., JOHN L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CINDRIC, ANDREW J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   CINDRIC, JR, GEORGE J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   CINDRICH, GEORGE, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068   CINGEL, JOSEPH R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069   CINI, LOUIS F, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068   CINK, JAMES J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CINK, JAMES J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CINQUEMANI, PAUL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   CINTEL, ALFRED C, HOLLORAN & STEWART, PC, 1010 MARKET ST STE 1650, ST LOUIS, MO, 63101

21068   CINTRON, EVANGELIO, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CIOCCO, MICHAEL, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   CIOCH, AL, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CIOCH, ERNEST, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | CIOCH, ERNEST, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | CIOTTA, LEONARD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | CIOTTI, GERMANO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21069 | CIPOLLA, FRANK, RICHARD G BERGER, ATTY, 445 3RD ST, NIAGARA FALLS, NY, 14301-1505 |
| 21068 | CIPOLONE, CHARLES A, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | CIPRIANI, DOMINICK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | CIPRIANI, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | CIPRIANO, LIONEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CIRAMELLA, FRANK A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CIRBO, RAYMOND J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CIRCOLA, MIKE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CIRICOLA, MIKE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | CIRIGNANO, GEORGE S, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | CIRILLO, JOSEPH, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | CIRILLO, JOSEPH, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | CIRILLO, JR, LARRY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CIRILLO, SALVATORE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | CIRJAK, LOUIS, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | CIRULLO, SR, GUY P, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | CISCO, CHESTER, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21069 | CISCO, CHESTER, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202 |
| 21068 | CISLO, ANDREW J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CISNEROS, JERRY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CISNEROS, ORLANDO, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 |
| 21068 | CISSELL, FREDA J, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | CISSELL, FREDA J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CISSELL, STEPHAN L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | CISTRUNK, FREDDIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CISTRUNK, JANICE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CISTRUNK, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CISTRUNK, LORINE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |

**Svc Lst  Name and Address of Served Party**

21068   CISTRUNK, NARSIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CITIZEN, JOHN F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CITIZEN, JOSEPH L, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   CITRANO, JOSEPH J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CITRO, RALPH, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CIUCEVICH, JOSEPH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CIUCEVICH, WALTER C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CIUFFO, ANTHONY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   CIUFFO, FRANK, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038

21068   CIULLA, JOHN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   CIUPAK, ANTHONY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CIZEWSKI, CASIMAR, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   CLABAUGH, JR, WILLIAM, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   CLACK, FREDDIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CLACK, FREDDIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CLACK, FREDDIE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   CLACK, FREDDIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CLACK, LANE, ACKER, JR, JACK, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, ACOSTA, JOSE, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, ADAMS, CHAFFIE, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, ADKINS, JR, DELBERT, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, ALCORN, SAMUEL J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, ANDERSON, DOUGLAS G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, ANKRUM, HAROLD D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, ANTLAKE, JOHN M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, ASARIAN, MARK E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, ATKINSON, BILLY R, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, AYRIS, IVAN F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BAADE, ROBERT J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BAILEY, ROBERT G, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BALLIEN, RAYMOND E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BALWINSKI, BOBBY B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

Svc Lst   Name and Address of Served Party

21068   CLACK, LANE, BANKS, JAMES, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BANKS, WALTER, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BARRY, III, THOMAS B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BASS, BILLY L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260,
SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BASTON, CHARLES E, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BAUGH, SR., TERRY F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BAYS, ELMER E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BEDNARZ, RUSSELL D, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BEECHAM, KENNETH R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BEIER, GUENTHER H, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BELL, JAMES A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BELL, ROBERT, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BELLINGER, ROGER L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BENJAMIN, KEITH B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BENNETT, ERVIN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BENNETT, NOAH, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BENNING, JOHN J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BERDOVICH, STEVE H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BERGERON, DANIEL H, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BILLINGS, RUBEN, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BILSKI, LOUIS J, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BISHOP, KENNETH, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BISHOP, TERRY L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BLACK, ELMER D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BODDIE, JR, LESLIE J, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BOETTCHER, SR, EDGAR, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ
BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BOGEMA, ROBERT H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BOLTON, JOHN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BONK, ROBERT A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, BOSSART, GEORGE W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CLACK, LANE, BOWDEN, SAMUEL, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BRADDOCK, JESSIE, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BRADFIELD, JR., WILLIAM E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BRADFIELD, WENDELL M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BRANDENBURG, CALVIN J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BRANDT, CHESTER J, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BRAY, WILLIE M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BRENAY, RALPH, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BREWSTER, CRAIGE L, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BRIGGS, GARY J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BRODNEX, ELIJAH, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BROOKS, III, WILLIAM D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BROWN, JACKSON, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BROWNING, FRED E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BROWNLIE, EMIL T, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BUCKLER, MARTIN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BUDDLE, WILLIAM E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BURGER, FRED C, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BURNETT, WILLIAM D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BURRIS, WILLIAM, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BUSCH, BARBARA, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BUTLER, HARRIS D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BUTLER, LEROY, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, BYCE, DAVID H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, CANUTE, LLOYD H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, CARLISLE, JAMES, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, CARLSON, KENNETH J, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, CARPENTER, GEORGE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, CARR, RICHARD, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, CARTER, ERVIN M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   CLACK, LANE, CARTWRIGHT, FRANCIS S, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CASTONIA, GEORGE E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CEPEDA, RANDALL J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CHAMBERS, SR, ROBERT A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CHAMPION, JAMES L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CHOQUETTE, LEON, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CHURCHILL, ROGER W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CIAZINSKI, JAMES A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CLARK, TERRANCE P, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CLARKE, JAMES E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CLAUSS, HENRY G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CLEMENTS, BENNY, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CLEMONS, A W, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CONARD, LAMEN C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CONNOLLY, JOSEPH, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, COOMBS, WILLIAM R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CORMIER, SR., CHARLES A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, COUNTS, ALBERT M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, COUTURE, JAMES R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, COX, KENNETH J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CRAFT, CARLOS W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CRAMER, WALTER E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CRANMER, FRANK B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CRUMRINE, JAMES R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CSERESE, NICHOLAS J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CUNNINGHAM, HAROLD E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CURRY, JAMES, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, CURRY, NATHANIEL, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, DALLAS, SR, L J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, DANIELAK, THOMAS D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    CLACK, LANE, DASHKOVITZ, ALBERT, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DASHKOVITZ, FRED, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
         BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DASHKOVITZ, GARY, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DAVIDSON, HOWARD R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DAVIDSON, JR., JAMES G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ
         BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DAVILA, DOMINGO, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
         260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DAY, GEORGE L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
         260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DEBARR, KENNETH E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DEFRANK, JOHN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
         260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DELANEY, JR, WILLIE J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DELLER, WILLIAM E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DERFLINGER, MICHAEL, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DEWEY, WILLIAM D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DEWITT, EARNEST M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DOBIS, JOSEPH G, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DOLLAR, RONALD J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DONATELLI, HERMAN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DOWLING, GREGORY L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DOWNING, SANDY, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
         260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DOXIE, WILLIAM, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DUDEK, JOHN C, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DUEMMEL, PAUL W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DUGAN, RUDOLPH B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DUGAN, RUDOLPH, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
         260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DUNN, HERMAN V, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
         260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DUNN, JR, JOSEPH, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, DUTCHER, ROBERT S, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, EASLEY, JR., JOHN O, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, EASLEY, SR., JAMES C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, EDMONDS, SR, BILLY E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
         STE 260, SAGINAW, MI, 48604-2602

Svc Lst  Name and Address of Served Party

21068   CLACK, LANE, ELDER, MARTIN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, ENGLISH, EDGAR, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, ESCARENO, SR, JOHN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, EURICH, HENRY, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FAHLSING, RONALD A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FANNIN, ROBERT M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FAUSTIN, THOMAS, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FERNANDEZ, MANUEL, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
        BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FISHER, DAVID K, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FISHER, EUGENE C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FITCH, EVERETT A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FITZHUGH, DALE C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FLEES, WILLIAM L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FLEMING, GERALD, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FLOERKE, ROBERT E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FORBES, ROBERT, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FORD, LEO H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260,
        SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FORD, N L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260,
        SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FORKNER, OTIS W, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FORTINE, RAY E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FRANKENBERRY, LEE R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ
        BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FRAZIER, SR, RICHARD E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ
        BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FREDERICK, JACK D, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
        BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FRYFOGLE, RUSSELL J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, FURGASON, LARRY L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GASTON, CALVIN C, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
        BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GATES, GEORGE H, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GATES, PETER J, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GAY, THOMAS B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GILBERT, CHARLES W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   CLACK, LANE, GILCHRIST, CLARENCE R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GILL, WALTER L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GILLMAN, SR., WILLIAM J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GIPSON, JOHN H, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GIPSON, WILSON, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GLINSKI, WALTER P, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GOFTON, RICHARD L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GOIVANELLI, LOUIS L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GOLDEN, JAMES E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GOMEZ, MANUEL, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GONZALEZ, JOSE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GOODPASTER, WILLIAM LOUIS, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GOODWIN, DANIEL W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GORESCH, PAUL A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GORT, SR, HARVEY, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GOULD, CHARLES E, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GOULET, LOUWELLEN, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GREEN, ALBERT H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GREEN, FELIX, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GREEN, J C, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GREEN, OSCAR T, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GRIFFIN, JERRY R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GRUSZCZYNSKI, DAVID W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, GRUSZCZYNSKI, EDMUND E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, HALE, BEN G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, HALL, RICHARD J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, HARLOW, JR, GEORGE W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, HARPER, JAMES D, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, HARRIS, JR, SYLVESTER, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, HARTMAN, VICTOR R, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068    CLACK, LANE, HASLIP, RAYMOND H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HAYES, GEORGE B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HAYES, RICHARD R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HEAD, GRANT J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HEALY, JOHN N, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HEIDGER, RICHARD E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HENNING, DUANE A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HENRY, JAMES A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HICKS, JR, WILLIAM D, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HILL, MITCHELL A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HINTON, EDDIE, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HOESLI, KENNETH, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HOFF, FRED, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HOFMANN, HERMAN M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HOGUE, THELMA M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HOLEPIT, ROBERT J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HOLLOWAY, JOHN R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HOLT, GEORGE A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HONNOLD, ROBERT I, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HOOPER, JR, JAMES, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HORNEBER, ALVIN W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HORRISON, JOHNNIE F, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HOWELL, QUINCY L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HUBBARD, JOHN E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HUGHES, BENJAMIN A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HUGHES, CHARLES, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HUMES, TERRACE, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, HUSSEY, BOBBIE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, IRVIN, LAWRENCE C, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, JACKSON, CHARLIE E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

Svc Lst  Name and Address of Served Party

21068  CLACK, LANE, JACKSON, SAMUEL H, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JACKSON, T J, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JAMROG, RICHARD G, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JENKINS, CLEO D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JOHNSON, ALAN W, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JOHNSON, ARTHUR, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JOHNSON, CHARLES, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JOHNSON, JAMES L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JOHNSON, ROBERT L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JOHNSON, WILLIE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JONES, BOBBIE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JONES, EDWARD C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JONES, LEON, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JONES, LORENZO, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JONES, ROOSEVELT, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JOZWIAK, ALFRED S, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, JUMPER, THOMAS L, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KAPP, ADOLPH, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KATES, BOYCE O, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KELLY, GEORGE R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KEMP, KENNETH O, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KENNEDY, EDWARD F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KENNY, MICHAEL J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KING, WILLIAM, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KIRCHEN, FRANKLIN W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KISSER, JERRY V, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KITCHEN, HARVEY, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KLEINERT, SR., KENNETH J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KLUCK, HAROLD G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, KNAPP, ROBERT E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CLACK, LANE, KOLLMER, FRANK, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, KOLSON, THOMAS R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, KORBEIN, RONALD F, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, KORPAL, JOHN, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, KOZICKI, JAN, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, KUCH, ROBERT A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, KULIK, JOSEPH, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LACKIE, GEORGE L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LAFOUNTAINE, III, CHARLES F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LALONDE, CHARLES E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LAMBERT, CHARLES L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LAMPLEY, ROBERT, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LANDOSKY, ALFRED H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LANE, WILLIAM A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LARSON, DONALD L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LAUER, WILLIAM C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LAURENZ, ERVIN M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LEE, DAVID, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LEITZ, DONALD R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LEMERE, ARTHUR, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LEMLEY, HARTZELL, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LEMLEY, HELEN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LEPOWSKY, JOSEPH, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LESIAK, STANLEY S, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LEWIS, JAMES E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LICHVAR, ANDREW F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LINSCOMB, JAMES G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LIPPERT, GERALD H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LIST, THEODORE E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, LITTLE, BILL, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |

Svc Lst  Name and Address of Served Party

21068   CLACK, LANE, LONG, JERRY, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, LONG, LYLE L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260,
        SAGINAW, MI, 48604-2602

21068   CLACK, LANE, LONG, ROSCOE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, LONGCORE, ROBERT M, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
        BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, LOUIS, RICHARD, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, LOVERIDGE, RANDALL D, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
        BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, LUX, FRIEDHELM, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, LYKENS, WILLIAM J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MAC GREGOR, CHRISTOPHER, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION
        SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MAJER, DONALD, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MALESKY, RICHARD C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MALISZEWSKI, EDWARD, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ
        BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MARKS, MICHAEL C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MARLATT, EARL L, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MASON, LAWRENCE A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MATUSZAK, HENRY C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MATYKO, FRANK, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MAY, FRANKLIN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MCCANN, LAURENCE A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MCCARGAR, JAMES A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MCCARTHY, HAROLD L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MCCLAIN, ROSCOE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MCFADDEN, CHARLES O, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ
        BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MCGEE, JOHN E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MCGRAW, JOHN W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MCKINLEY, OBEDIAH E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MCLEAN, ROBERT K, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MCLINCHA, ARTHUR G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MCMILLAN, T J, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE
        260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, MCMILLION, NORMAN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
        STE 260, SAGINAW, MI, 48604-2602

Svc Lst  Name and Address of Served Party

21068  CLACK, LANE, MCNEAL, THOMAS L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
       STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MCQUISTON, LARRY D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
       STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MEAD, WAYNE A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
       260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MEADE, PAUL, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260,
       SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MEHALSKI, THEODORE N, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ
       BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MEISEL, TOM J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
       260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MICHALSKI, LEO W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
       260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MIHALCAK, EDWARD, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
       STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MILLER, JOSEPH L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
       260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MILLER, RONALD L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
       260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MILLIKEN, DANIEL B, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
       BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MILLINGTON, ALBERT, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
       STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MINER, PHILIP, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260,
       SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MINIX, GENE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260,
       SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MOFFETT, RICHARD H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
       STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MORALES, GREGORY, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
       BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MORALEZ, BENITO, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
       260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MORRIS, GERALD W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
       STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MULLIGAN, JOHN A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
       260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MUNOZ, FENANDO, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
       STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, MYERS, JAMES B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
       260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, NAGEL, FREDERICK J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
       STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, NEEL, JOHN H, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE
       260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, NELSON, JAMES M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
       260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, NELSON, WARREN J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
       STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, NESTER, GILBERT R, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
       BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, NEUHAUS, JAMES R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
       STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, NEWSOME, EMANUAL, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
       BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, NIEVIEROWSKI, DENNIS W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ
       BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, NONEMAKER, BLAINE E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
       STE 260, SAGINAW, MI, 48604-2602

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    CLACK, LANE, NORRIS, JERRY J, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, NORRIS, THOMAS E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, NOWICKI, CONRAD F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, OBERST, EUGENE F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, ODONNELL, ROBERT J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, OLSON, THOMAS C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, ONEILL, WILLIAM R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, ORTEGA, RICHARD, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, OTTO, JR, HENRY H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, OWENS, CURTIS D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, OWENS, ELVIN, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, OWENS, JOHN R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PACK, JR, LORENZO, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PAINTER, CLIFFORD L, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PALMER, DARREL L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PALMER, EUGENE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PARHAM, DAVID L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PARRISH, LLOYD, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PATRICK, PATRICK M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PATTEEN, RANDY J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PATTERSON, LESLIE, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PAVLOVICH, RONALD W, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE
BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PAWLAK, WALTER A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PECK, EDDIE W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE
260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PEIL, RONALD L, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PELLENZ, EDWARD, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PENNINGTON, KELTON E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ
BLVD STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PETERSON, WILLIE B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PETRAKOS, PETER G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

21068    CLACK, LANE, PHILLIPS, JULIAN W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD
STE 260, SAGINAW, MI, 48604-2602

Svc Lst  Name and Address of Served Party

21068  CLACK, LANE, PIOTROWSKI, LEONARD, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, PLANT, HARVEY E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, POLLICK, MICHAEL P, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, POWELL, LEVY T, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, PRESLEY, A Z, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, PRIEUR, RONALD L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, PRITCHARD, JOHN E, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, PUGH, JANIE F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, PULLIAM, JOHN H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RAMEY, DOUGLAS R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RANDLE, ARTHUR E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RANGEL, JOSEPH J, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RANKE, OSCAR, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RAUCH, PAUL J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, REICH, CALVIN, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, REMBISH, GEORGE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RESTAINER, EUGENE D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, REYNOLDS, ELDON R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, REYNOLDS, HARRY H, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RICH, VERNON, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RICKEL, WILBUR J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RILEY, DUDLEY, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RILEY, JAMES B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RODARTE, ADOLFO P, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RODRIGUEZ, JAIME, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, RODRIQUEZ, ANASTACIO, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, ROEDEL, DONALD G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, ROHRER, KEN, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, ROPER, ROBERT L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, ROSEBERRY, DAVID L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602