**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CLACK, LANE, ROSKOSKI, DANNIE D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, ROTE, JOHN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, RUBY, DUANE W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, RUCKER, ELIJAH, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, RUFFERTSHOFER, EUGENE C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, RUSSELL, WILLIS, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, RYAN, JR, CLIFTON, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, RYDER, VAN J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SAHR, GERALD B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SALEWSKY, STEPHEN W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SALLMEN, PAUL D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SANBORN, DELBERT W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SAYAD, NICKI L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SAYAN, JOSEPH A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SCHABEL, KENNETH, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SCHEEL, CHARLES M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SCHELLER, ALBERT J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SCHLITT, CAROL A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SCHMIDT, PHILLIP F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SCHUITEMAN, RICHARD E, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SCHWARTZ, JOHN P, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SCOTT, J. D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SCOTT, JOSE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SCOTT, ROBERT L, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SCREEN, THOMAS A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SEAT, ARTHUR L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SHARON, JOHN R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SHAW, JOSH E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SHEREDY, JOHN F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602 |
| 21068 | CLACK, LANE, SHOOK, LEVI R, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   CLACK, LANE, SHORTRIDGE, BILLIE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SHOULTES, HARVEY R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SILER, ARTHUR E, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SIMMONS, JULIUS, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SIMPSON, HERBERT R, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SIMS, NORVELL, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SINGER, HARRY M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SKEEN, RAY A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SKIDMORE, JACK B, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SKINNER, JR, CALVIN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SLAUGHTER, HOWARD, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SMALIS, VICTOR B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SMITH, ROGER E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SMYTHE, KENNETH E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SNEAD, FRANK, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SOLANO, JOHN G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SPAUDING, ROY A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SPIRES, GEORGE A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SRODES, PAUL K, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, STEED, JOHN R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, STEFAN, ALBERT P, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, STEPHENSON, EMMITT O, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, STEVENS, GORDON R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, STEVENSON, KIRK, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, STEWART, WILLIE F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, STIPANOVICH, RAY, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, STONE, HERRY, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, STUART, JAMES M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, STUART, JR, JAMES M, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, STUCKEY, WILLIS, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   CLACK, LANE, SUMMERS, PERRY, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SWAFFIELD, JERRY R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SWEET, GENE M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SWILLEY, JOE N, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, SWITZER, GORDON R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, TERBERG, WAYNE L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, THIERHEIMER, TERRANCE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, THOMAS, CHRIS W, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, THORNTON, BOBBY, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, THORPE, JOHN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, TODD, DENNIS C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, TREIBER, RUDOLPH H, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, TRENT, ALFRED G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, TRUSS, OTISTEAN, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, TUCKER, CLYDE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, TUCKER, TERRY L, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, TURNER, ROBERT E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, UECKE, RUSSELL G, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VALDEZ, ANSELMO O, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VAN TOL, CRAVEN A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VANOCHTEN, BERTRAND F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VANZANT, THURMAN, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VASQUEZ, ALFRED, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VASQUEZ, JOSE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VEASLEY, CLEM, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VEGA, MANUEL G, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VILLARREAL, JOSE F, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VILLERMAIN, KENNETH G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VINK, JOHN E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VINSON, LARRY R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   **Name and Address of Served Party**

21068   CLACK, LANE, VOGLER, GERALD N, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VOLTZ, SR, DANIEL, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VOTRUBA, RICHARD P, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, VUCKOVICH, NICHOLAS G, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WALKER, RONALD C, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WALKER, VAUGHN L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WALL, HARMON W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WARNER, JAMES, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WATSON, CLARENCE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WEBB, TAYLOR B, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WELLS, WILLIAM A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WESTON, VENUS, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WHITE, LINDSAY, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WHITE, THOMAS E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WICKER, CORNELL, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WICKSTROM, RONALD A, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WIGGINS, ROBERT L, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WILBER, RONALD D, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WILLIAMS, GEORGE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WILLIAMS, JIM, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WILLIAMS, RICHARD, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WILLIAMS, WILLIE, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WILLIS, ROBERT J, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WILSON, LARRY J, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WILSON, WILLIE B, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WINCHELL, KEITH R, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WITKOWSKI, HENRY S, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WOODHOUSE, SAMUEL, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WOODS, KATIE M, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068   CLACK, LANE, WOODSON, CLEVELAND, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

**Svc Lst  Name and Address of Served Party**

21068  CLACK, LANE, WYATT, JOHN G, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, YERSAVICH, DANIEL, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, YOST, GEORGE W, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, YOUNG, GARY, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, YOUNG, LEONARD E, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, YOUNG, ROBERT T, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, LANE, ZERKLE, VAUGHN G, GOLDBERG, PERSKY & WHITE, PC, 4800 FASHION SQ BLVD STE 260, SAGINAW, MI, 48604-2602

21068  CLACK, RICHMOND, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CLACK, RICHMOND, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CLACK, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CLACK, ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CLAIBORNE, ANDREW G, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CLAIBORNE, ETTA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CLAIBORNE, JOHNNY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CLAIBORNE, JOSEPH, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CLAIBORNE, JR, ADDISON J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CLAIBORNE, JR, WENDELL C, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068  CLAIBORNE, LC, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CLAIBORNE, LC, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CLAIBORNE, LEROY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CLAIBORNE, ROBERT L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CLAIRBORNE, JR, RUDOLPH, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  CLAITT, AARON, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  CLAMER, SR, JOHN H, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  CLAMER, SR, JOHN H, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  CLAMON, NORMAN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CLAMON, NORMAN W, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  CLAMPIT, MICHAEL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  CLAMPITT, CARROLL G, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  CLAMPITT, FRANK C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CLAMPITT, FRANK C, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  CLANAHAN, ELIZABETH P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CLANAHAN, ELIZABETH P, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21069  CLANCY, ELIZABETH, KAESKEREEVES LLP, 6301 GASTON AVENUE, SUITE 735, DALLAS, TX, 75214

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CLANCY, JAMES, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   CLANCY, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CLANCY, THOMAS, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CLANCY, WILLIAM, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   CLANTON, AULDON E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLANTON, AULDON E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   CLANTON, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLANTON, JERRY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CLANTON, JERRY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CLANTON, PEGGY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CLANTON, REID F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   CLAPPER, JACK K, ABDULLAH, ABDUL K, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, ABRAM, LOUIS, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, ADAMS, LOUIS, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, ALGHAZALI, ALI, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, BAINES, BURTON, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, BRUMMITT, GEORGE, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, CARROLL, JAMES H, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, CUMMINGS, ALBERT, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, DELOUIZ, LIONEL R, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, EDWARDS, SR, JERALD G, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, ELTON, AARON, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, FARIA, CLARENCE, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, FITZPATRICK, TIMOTHY, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, FLETCHER, DOTSIE, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, HARPER, WOODZELL, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, HARVEY, JAMES A, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, HENSON, MARIBA, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, HOLLAWAY, GERARD, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, JIMMERSON, J D, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, KEELE, MARVIN, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

21069   CLAPPER, JACK K, KELLER, NOAH, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21069 | CLAPPER, JACK K, KUBES, FRANK, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, LANDRY, FRED, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, LIZOTTE, ADRIEN, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, MARS, VICTOR, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, MCELROY, BOOKER, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, MCGEE, FRANCIS S, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, MOORE, ELDRIDGE, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, MOORE, JAMES, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, OCAMPO, JOSEPH E, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, OLSON, ALBON, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, PACKARD, CLYDE W, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, PERKINS, EARL, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, PETERSON, ALFRED, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, PETERSON, CORA, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, RANDLE, FREDDIE W, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, REIDY, STEPHEN, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, SCHMIDT, HAROLD, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, SMITH, MACK, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, STOWERS, EDGAR, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, TAYLOR, WOODROW, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, THOMAS, PHILLIP, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, THOMPSON, AUSTIN, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, VANCE, HENRY, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, WHITE, BESSIE, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, WILLIAMSON, JERVIS, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, WOODS, ROY, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21069 | CLAPPER, JACK K, YOUNG, J  L, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 |
| 21068 | CLARDY, BOBBY J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLARDY, DONALD R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CLARE, ARNOLD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    CLARE, ROWLAND, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    CLARETT, HENRY A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    CLARETT, JR, HENRY A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    CLARK, ALFRED, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CLARK, ALLEN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    CLARK, ALLEN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    CLARK, ALMA V, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    CLARK, ALMOND E, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068    CLARK, ALMOND E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    CLARK, ALVIN L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    CLARK, ANNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    CLARK, ANNIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    CLARK, ARTHUR B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    CLARK, ARTHUR M, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    CLARK, ARTHUR M, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    CLARK, AUBREY G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    CLARK, BARBARA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    CLARK, BARBARA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    CLARK, BEN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CLARK, BETTY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    CLARK, BETTY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    CLARK, BILLY B, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    CLARK, BILLY E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    CLARK, BILLY E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    CLARK, BILLY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CLARK, BOBBY, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    CLARK, BRUCE M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    CLARK, BRUCE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    CLARK, CALVIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    CLARK, CALVIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CLARK, CALVIN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    CLARK, CARL E, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    CLARK, CARL E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    CLARK, CARL F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    CLARK, CAROL, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CLARK, CAROL, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CLARK, CARROLL A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | CLARK, CECIL E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CLARK, CECIL E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CLARK, CHARLES E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | CLARK, CHARLES F, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | CLARK, CHARLES H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | CLARK, CHARLES H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | CLARK, CHARLES H, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | CLARK, CHARLES J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | CLARK, CHARLES R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | CLARK, CHARLES R, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | CLARK, CHARLES R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | CLARK, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLARK, CHERRIE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CLARK, CHERRIE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CLARK, CLIFFORD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLARK, CLYDE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CLARK, CORNELIUS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | CLARK, CORVAN S, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | CLARK, DAVE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | CLARK, DAVID P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CLARK, DAVID R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | CLARK, DAVID, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | CLARK, DAVID, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501 |
| 21068 | CLARK, DAVID, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 |
| 21068 | CLARK, DAVID, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21069 | CLARK, DAVID, PEYTON PARENTI WHITTINGTON & FAHRENZ, 2801 FIRST AVENUE, PO BOX 216, NITRO, WV, 25143 |
| 21068 | CLARK, DAVID, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | CLARK, DAVID, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CLARK, DAVID, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CLARK, DELTON, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21069 | CLARK, DENNIS R, O`BRIEN, SHAFNER, STUART, KELLY & MORRIS, PC, 475 BRIDGE STREET, PO BOX 929, GROTON, CT, 06340 |
| 21068 | CLARK, DENNIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CLARK, DEWARD U, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

Svc Lst  Name and Address of Served Party

| 21068 | CLARK, DEWARD U, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CLARK, DOMINICK, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | CLARK, DONALD, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302 |
| 21068 | CLARK, DONALD, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | CLARK, DOUGLAS D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CLARK, DUDLEY J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CLARK, DWIGHT E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | CLARK, EARL R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLARK, EDWARD A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CLARK, EDWARD C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | CLARK, EDWARD C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | CLARK, EDWARD C, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530 |
| 21068 | CLARK, EDWARD F, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |
| 21068 | CLARK, EDWARD F, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | CLARK, EDWARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLARK, EDWIN R, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | CLARK, ELLA A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CLARK, ELLA A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CLARK, ELLIE B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLARK, EMILE, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | CLARK, EMMA M, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | CLARK, EMMA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CLARK, EMMA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CLARK, EMMETT, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | CLARK, EMMETT, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | CLARK, ERIC E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | CLARK, ERIC E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | CLARK, ERNEST R, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917 |
| 21068 | CLARK, ERNEST R, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046 |
| 21068 | CLARK, ERNEST, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | CLARK, ERNISTINE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | CLARK, ERVIN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | CLARK, ETHEL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLARK, EVERETT R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLARK, FANNIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | CLARK, FRANCIS J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | CLARK, FRANCIS S, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CLARK, FRANKIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   CLARK, FRED D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CLARK, FRED H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CLARK, GAINES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CLARK, GARY B, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   CLARK, GARY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   CLARK, GARY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CLARK, GEORGE A, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   CLARK, GEORGE, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   CLARK, GERALD M, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069   CLARK, GERALD R, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068   CLARK, HARLEY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CLARK, HAROLD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CLARK, HAROLD, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21069   CLARK, HAROLD, JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, BRONX, NY, 10463

21068   CLARK, HARRY, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   CLARK, HARRY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CLARK, HAVEN L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CLARK, HELEN O, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CLARK, HELEN O, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CLARK, HELEN O, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CLARK, HELEN O, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CLARK, HELEN, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   CLARK, HENRY D, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   CLARK, HENRY D, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21069   CLARK, HENRY T, THE POPHAM LAW FIRM, P C, 323 W 8TH STREET, SUITE 200, KANSAS CITY, MO, 64105

21068   CLARK, HERMAN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CLARK, HERSHELL L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CLARK, HOLLIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CLARK, HOLLIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CLARK, HORLIS L, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   CLARK, HOSEA, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CLARK, III, FRANK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | CLARK, III, FRANK, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | CLARK, INEZ, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | CLARK, J L, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | CLARK, J L, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CLARK, JACK R, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | CLARK, JACK, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | CLARK, JACKIE D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | CLARK, JACKIE D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CLARK, JACKSON, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | CLARK, JAMES C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | CLARK, JAMES C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CLARK, JAMES E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | CLARK, JAMES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CLARK, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CLARK, JAMES E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLARK, JAMES I, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | CLARK, JAMES R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CLARK, JAMES R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | CLARK, JAMES R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | CLARK, JAMES W, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | CLARK, JAMES W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CLARK, JAMES, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | CLARK, JAMES, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | CLARK, JAMES, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | CLARK, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | CLARK, JAMES, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | CLARK, JASPER, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | CLARK, JERRY N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CLARK, JESSIE T, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | CLARK, JOHN H, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | CLARK, JOHN H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CLARK, JOHN M, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919 |
| 21068 | CLARK, JOHN N, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | CLARK, JOHN N, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CLARK, JOHN R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | CLARK, JOHN R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CLARK, JOHN W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CLARK, JOHN W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CLARK, JOHN, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   CLARK, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CLARK, JOSEPHINE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CLARK, JOSEPHINE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CLARK, JOYCE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21069   CLARK, JR  (DECEASED), ED, LISA DAWSON, 3725 FIELDCREST LN, BEDFORD, TX, 76021

21068   CLARK, JR, BEN, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   CLARK, JR, CHARLIE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   CLARK, JR, ERIC E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   CLARK, JR, FLOYD, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   CLARK, JR, GEORGE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CLARK, JR, GEORGE W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CLARK, JR, GROVER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CLARK, JR, HAROLD F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLARK, JR, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLARK, JR, JAMES, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   CLARK, JR, JOHNNIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLARK, JR, JOHNNY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLARK, JR, LANAN V, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   CLARK, JR, LOUIS M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   CLARK, JR, RICHARD, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   CLARK, JR, ROY C, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   CLARK, JR, SAMUEL R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CLARK, JR, SHEPARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLARK, JR, WILLIAM J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLARK, JUANITA, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   CLARK, JUDY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   CLARK, JUDY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   CLARK, KEITH W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLARK, KENNETH D, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   CLARK, KENNETH D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CLARK, KENNETH P, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   CLARK, KENNETH R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CLARK, KENNETH R, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068   CLARK, KENNETH W, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   CLARK, LANAN V, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CLARK, LARRY A, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | CLARK, LARRY F, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | CLARK, LAWRENCE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLARK, LAWRENCE R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21069 | CLARK, LAWRENCE, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015 |
| 21069 | CLARK, LAYTON, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636 |
| 21068 | CLARK, LEE R, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | CLARK, LEO H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | CLARK, LEON L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLARK, LEON L, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | CLARK, LEONARD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLARK, LEVELLE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLARK, LOIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CLARK, LOUIE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLARK, MACK B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLARK, MAMIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CLARK, MARGARET H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLARK, MARIE D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CLARK, MARINE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CLARK, MARION, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CLARK, MARION, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CLARK, MARK D, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | CLARK, MARSHALL, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | CLARK, MARSHALL, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | CLARK, MARTHA M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CLARK, MARVIN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | CLARK, MARVIN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CLARK, MARY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CLARK, MAYSHELL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | CLARK, MELVIN, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | CLARK, MILES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | CLARK, MINNIE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | CLARK, MINNIE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CLARK, MITCHELL, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | CLARK, MORRIS J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CLARK, MYRON H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CLARK, NILLAR T, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | CLARK, ORA B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CLARK, PAUL E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | CLARK, PAUL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLARK, PAUL N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CLARK, PAUL N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21069 | CLARK, PAUL, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015 |
| 21068 | CLARK, PHILLIP, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | CLARK, PHILLIP, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CLARK, PHILLIP, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CLARK, PHYLLIS S, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | CLARK, PHYLLIS S, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | CLARK, RALPH D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | CLARK, RAYMOND, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | CLARK, RICHARD L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CLARK, ROBERT A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CLARK, ROBERT A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CLARK, ROBERT B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLARK, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLARK, ROBERT H, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | CLARK, ROBERT J, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701 |
| 21069 | CLARK, ROBERT J, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180 |
| 21068 | CLARK, ROBERT L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CLARK, ROBERT L, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602 |
| 21068 | CLARK, ROBERT N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLARK, ROBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLARK, RONALD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLARK, RONNIE L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | CLARK, ROSA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CLARK, ROSA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CLARK, ROSIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | CLARK, ROSIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CLARK, ROSIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | CLARK, RUSSELL H, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | CLARK, SAM, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | CLARK, SAMMIE, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804 |
| 21068 | CLARK, SANDERS L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   CLARK, SANDERS L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CLARK, SHARON E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   CLARK, SHARON E, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   CLARK, SIDNEY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLARK, SR, CUPID, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   CLARK, SR, FRANK, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   CLARK, SR, HERMAN G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CLARK, SR, JAMES J, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068   CLARK, SR, JAMES J, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068   CLARK, SR, JAMES O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLARK, SR, LEWIS W, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   CLARK, SR, MARION C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CLARK, SR, ROBERT L, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21069   CLARK, SR, SAMUEL D, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068   CLARK, SR, SAMUEL D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   CLARK, SR, WILLIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLARK, SR, WILLIE J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   CLARK, STANLEY M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CLARK, SUSIE A, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CLARK, THOMAS J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CLARK, THOMAS P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLARK, THOMAS R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CLARK, THOMAS W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CLARK, THOMAS W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   CLARK, THOMAS W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CLARK, THOMAS, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CLARK, THOMAS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   CLARK, TIMOTHY G, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CLARK, TOMMY E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   CLARK, TOMMY E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   CLARK, TOMMY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CLARK, TRAVIS E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CLARK, ULYSSES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CLARK, ULYSSES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    CLARK, VIOLET, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    CLARK, VIRGIE L, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    CLARK, VIRGINIA, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    CLARK, VIRGINIA, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    CLARK, WALTER S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    CLARK, WALTER, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    CLARK, WILLIAM B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    CLARK, WILLIAM C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    CLARK, WILLIAM C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    CLARK, WILLIAM E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CLARK, WILLIAM G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    CLARK, WILLIAM H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    CLARK, WILLIAM L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    CLARK, WILLIAM L, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    CLARK, WILLIAM M, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    CLARK, WILLIAM M, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    CLARK, WILLIAM T, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    CLARK, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    CLARK, WILLIAM, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    CLARK, WILLIAM, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    CLARK, WILLIE G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CLARK, WILLIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CLARK, WILLIE J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    CLARK, WILLIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CLARK, WILLIE L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    CLARK, WILLIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    CLARK, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CLARK, WINSTON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    CLARKE, ARTHUR B, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    CLARKE, EARLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    CLARKE, ERA F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    CLARKE, GEORGE C, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068    CLARKE, GEORGE C, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068    CLARKE, GEORGE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    CLARKE, GEORGE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | CLARKE, JESSE H, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | CLARKE, JR, WILLIAM H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CLARKE, LEONARD, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CLARKE, LYNDON D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CLARKE, OTIS A, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233 |
| 21068 | CLARKE, ROBERT A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | CLARKE, ROBERT W, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101 |
| 21068 | CLARKE, SR, ANDREW, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLARKE, SR, ANDREW, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | CLARKE, TONY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CLARKE, WALTER, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CLARKE, WILLIAM B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CLARKE, WILLIAM, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | CLARKSON, JR, LOUIS H, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | CLARKSON, THOMAS W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | CLARY, FRANCES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CLARY, JR, LEWELLYN, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | CLARY, O Q, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | CLARY, O Q, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CLARY, OTIS, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | CLARY, OTIS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CLARY, SR, CALVIN C, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | CLARY, SR, CALVIN C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CLATTENBURG, SR., ROBERT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21069 | CLAUDE, WALTER, FRANK BYERS II, ATTY, 3769 NORTH WOODFORD ST, DECATUR, IL, 62524 |
| 21068 | CLAUDE, WALTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | CLAUDE, WALTER, RONALD L CARPEL, 1930 HARRISON ST STE 503, HOLLYWOOD, FL, 33020 |
| 21068 | CLAUDE, WALTER, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602 |
| 21068 | CLAUGHTON, LOUIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLAUGUS, CECIL, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21069 | CLAUGUS, CECIL, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202 |
| 21068 | CLAUNCH, LEWELL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CLAUSE, CLYDE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CLAUSE, CLYDE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CLAUSELL, ATTRICE M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | CLAUSELL, ATTRICE M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | CLAUSELL, CALVIN A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069 CLAUSEN, THOMAS R, LEVINSON AXELROD, WHEATON,, GRAYZEL, CAULFIELD, MARCOLU, 274 CHURCH ST, BELFORD, NJ, 07718-1581

21068 CLAUSER, EDWIN, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068 CLAUSO, ROBERT P, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068 CLAUSON, GORDON, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068 CLAUSON, LEROY, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068 CLAUSSEN, EDWARD, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068 CLAUSSEN, PAUL, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068 CLAVELIN, WILLIAM S, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068 CLAVERT, KENNETH C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 CLAWSON, HAROLD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 CLAWSON, JR, JACOB H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 CLAWSON, LEONARD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 CLAWSON, LOREACY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068 CLAWSON, PAUL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068 CLAWSON, WILLIAM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 CLAWSON, WILLIAM, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 CLAXON, JAMES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 CLAXON, KENNETH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 CLAXON, RICK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 CLAXTON, BILLY M, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068 CLAXTON, BILLY M, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21069 CLAXTON, BILLY M, THE BRANCH LAW FIRM, 2025 RIO GRANDE BLVD NW, ALBUQUERQUE, NM, 87104

21068 CLAXTON, TOMMY D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068 CLAY, A R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 CLAY, A R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 CLAY, ALDEAN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 CLAY, ANTHONY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 CLAY, BILL, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068 CLAY, BILL, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068 CLAY, CHARLES F, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068 CLAY, CHARLIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 CLAY, DAVID, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068 CLAY, DAVID, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 CLAY, DAVID, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068 CLAY, FRANKLIN D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 CLAY, FRANKLIN D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CLAY, GORDON, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | CLAY, III, JAMES, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | CLAY, JACK D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CLAY, JAMES D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLAY, JOAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CLAY, JOAN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CLAY, JR, ALTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLAY, JR, HOWARD, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21069 | CLAY, JULIUS, WARTNICK, CHABER, HAROWITZ & TIGERMAN, 101 CALIFORNIA STREET, SUITE 2200, SAN FRANCISCO, CA, 94111 |
| 21068 | CLAY, KERNEY, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | CLAY, LARRY M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | CLAY, MATTIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CLAY, MATTIE L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CLAY, MICHAEL W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CLAY, MICHAEL W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CLAY, RUDOLPH, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CLAY, SR, HERBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLAY, STONIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLAY, TOMMY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CLAY, TOMMY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CLAY, TRAVIS A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CLAY, WILLIAM F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLAY, WILLIAM F, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712 |
| 21068 | CLAY, WILLIAM L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CLAYBERT, BRUCE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | CLAYBOURNE, TOM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLAYCOMB, LADIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLAYCOMB, LADIE R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | CLAYPOOL, CHARLES W, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301 |
| 21068 | CLAYPOOL, CHARLES W, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222 |
| 21068 | CLAYTON JR, FRED LEE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLAYTON, ALVA J, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | CLAYTON, ARSTELL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CLAYTON, ARTIS W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CLAYTON, BETTY T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CLAYTON, BETTY T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CLAYTON, BILLY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLAYTON, CALVIN A, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | CLAYTON, CLIFFORD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | CLAYTON, DALE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  CLAYTON, DALE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CLAYTON, DONALD E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CLAYTON, DOROTHY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CLAYTON, DOROTHY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CLAYTON, EDWARD C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  CLAYTON, EUGENE, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068  CLAYTON, H R, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  CLAYTON, HAYWOOD, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CLAYTON, HENRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CLAYTON, HUBERT, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  CLAYTON, J W, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  CLAYTON, JAMES H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CLAYTON, JESSIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  CLAYTON, JIM, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  CLAYTON, JR, ARMSTEAD, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CLAYTON, JR, LAWRENCE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  CLAYTON, JR, TOM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CLAYTON, JR., MATT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CLAYTON, KENNETH J, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  CLAYTON, LEAMON T, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  CLAYTON, MEVELENE P, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  CLAYTON, MEVELENE P, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  CLAYTON, PAUL T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CLAYTON, RICHARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  CLAYTON, ROY R, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068  CLAYTON, SR., EARNEST, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CLAYTON, SR., EARNEST, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CLAYTON, STEWART, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  CLAYWELL, WILLIAM E, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068  CLEARMAN, WILLIAM M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CLEARWATER, EDWARD V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CLEARY, EDWARD J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  CLEARY, HERBERT T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CLEARY, HUGH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  CLEARY, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CLEAVELAND, JAMES F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CLECKER, ORVILLE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CLECKLER, DILLARD L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CLEGG, JOHNNIE R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CLEGG, WILLIAM A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  CLEGG, WILLIAM J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CLELAND, SR, ROBERT I, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  CLELLAND, RICHARD A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  CLEM, PAUL E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CLEMAN, ALBERT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  CLEMENS, HAROLD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  CLEMENS, MARVIN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CLEMENS, WILLIAM D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CLEMENT, ARTHUR H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CLEMENT, ARTHUR H, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068  CLEMENT, AUSTIN L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CLEMENT, AUSTIN L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CLEMENT, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21069  CLEMENT, DONALD R, WALKER & WYLDER, LTD, 207 W JEFFERSON ST, BLOOMINGTON, IL, 61701

21068  CLEMENT, EMILE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CLEMENT, FAYE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  CLEMENT, FAYE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  CLEMENT, FRANK W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CLEMENT, MARGARET, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CLEMENT, RALPH E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  CLEMENT, RALPH E, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  CLEMENT, RICHARD R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CLEMENT, SR, CHARLES I, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  CLEMENT, WILLIAM P, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  CLEMENTE, DOMINICK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  CLEMENTE, FRANK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  CLEMENTS, ANNIE M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CLEMENTS, BOBBY N, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069  CLEMENTS, BOBBY, ANN KIMMEL RITTER, PO BOX 365, BARNWELL, SC, 29812

21068  CLEMENTS, BOBBY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21069 | CLEMENTS, BOBBY, WHITNEY C BUCHANAN, ESQ, 5201 CONSTITUTION AVE NE, ALBUQUERQUE, NM, 87110-5813 |
| 21069 | CLEMENTS, CARL S, CRIPPEN & CLINE LC, 10 WEST 100 S STE 425, SALT LAKE CITY, UT, 84101 |
| 21068 | CLEMENTS, CARL S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLEMENTS, CLARENCE R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CLEMENTS, FANNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CLEMENTS, FANNIE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | CLEMENTS, GORDON, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | CLEMENTS, HOWARD C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | CLEMENTS, JACK, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CLEMENTS, JACK, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CLEMENTS, JAMES A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | CLEMENTS, JAMES A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | CLEMENTS, JAMES R, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21068 | CLEMENTS, JAMES R, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | CLEMENTS, JAMES R, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | CLEMENTS, JAYNE E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CLEMENTS, JERRY C, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | CLEMENTS, LOUIS D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLEMENTS, MICHAEL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CLEMENTS, RALPH D, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | CLEMENTS, RALPH D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CLEMENTS, RALPH D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLEMENTS, RICHARD, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | CLEMENTS, ROBERT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | CLEMENTS, WOODROW, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180 |
| 21068 | CLEMENTZ, GREGORY F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CLEMENZI, JOHN B, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | CLEMISHIRE, RONALD L, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517 |
| 21068 | CLEMISHIRE, RONALD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLEMM, RANDOLPH G, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CLEMMONS, DOUGLAS H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CLEMONS, CATHY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CLEMONS, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | CLEMONS, NATHANIEL, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | CLEMONS, NATHANIEL, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CLEMONS, THOMAS C, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | CLEMONS, WILLIAM, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901 |
| 21068 | CLENDENEN, GEORGE T, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | CLENDENEN, II, JOHN F, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | CLENDENIN, CHARLES B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | CLENDENIN, CHARLES B, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045 |
| 21068 | CLERKIN, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21069 | CLEVELAND, ALBERT E, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006 |
| 21068 | CLEVELAND, ALBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLEVELAND, BENJAMIN A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21069 | CLEVELAND, DAISY, BRUEGGER & MCCULLOUGH, PC, TERRI CARPENTER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | CLEVELAND, DOUGLAS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CLEVELAND, EARNEST, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CLEVELAND, GLADYS E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CLEVELAND, HENRY M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLEVELAND, JAMES C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CLEVELAND, JOHN W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CLEVELAND, JOHN, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | CLEVELAND, PATRICIA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | CLEVELAND, PATRICIA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | CLEVELAND, PEGGY M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CLEVELAND, PEGGY M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CLEVELAND, RAYMOND, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104 |
| 21069 | CLEVELAND, RAYMOND, MCCURDY & MCCURDY, 44 MONTGOMERY STREET, 8TH FLOOR, SAN FRANCISCO, CA, 94104 |
| 21069 | CLEVELAND, ROY W, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618 |
| 21068 | CLEVENGER, HERBERT T, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | CLEVENGER, RALPH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CLEVENGER, RALPH, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CLEVER, RICHARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | CLEWIS, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CLEWIS, LAYTON, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | CLEWIS, LAYTON, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | CLIATT, ROWLAND F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CLIATT, ROWLAND F, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CLIBANOFF, NATHAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CLICK, AUDRENE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CLICK, BUFORD V, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CLICK, LARRY R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CLICK, ROBERT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CLICKLEY, CLARENCE S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CLIETT, CLINTON F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CLIETT, DANNY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CLIETT, DANNY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CLIETT, ROBERT H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   CLIFF, GARY, DENNIS SABBATH, 850 EAST BONNEVILLE AVE, LAS VEGAS, NV, 89101

21068   CLIFF, SR, JAMES W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   CLIFFORD, DAVID, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   CLIFFORD, JAMES T, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   CLIFFORD, JOSEPH M, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   CLIFFORD, JOSEPH M, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   CLIFFORD, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CLIFFORD, KENNETH D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CLIFFORD, PAUL, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CLIFFORD, PAUL, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CLIFT, EARL, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   CLIFTON, ARTHUR G, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   CLIFTON, BETTY J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CLIFTON, BETTY J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CLIFTON, CHARLES A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CLIFTON, CLAUDE J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CLIFTON, CLINTON R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CLIFTON, DOUGLAS H, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   CLIFTON, GEORGE H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CLIFTON, GEORGE H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CLIFTON, HARMON, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   CLIFTON, HARMON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CLIFTON, IDA P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CLIFTON, IDA P, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CLIFTON, JIMMY D, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   CLIFTON, NORMAN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CLIFTON, ROBERT L, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   CLIFTON, VERNON M, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   CLIFTON, WILLIAM S, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

Svc Lst  Name and Address of Served Party

21068  CLIMER, JIMMIE M, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  CLIMER, JIMMIE M, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  CLIMER, JIMMIE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CLIMONS, DAVID, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  CLINCH, VINCENT E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CLINCY, JR, ISAAC, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  CLINE, ALBERT J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CLINE, CHARLES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CLINE, DARRELL W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CLINE, DARRELL W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CLINE, DAVID W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CLINE, DAVID, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  CLINE, GEORGE W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CLINE, HELEN F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CLINE, HENRY, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  CLINE, JACK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CLINE, JAMES L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  CLINE, JOHN N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CLINE, ROBERT L, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  CLINE, ROGER H, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068  CLINGAN, LAWSON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CLINGAN, WILLIE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CLINK, JAMES, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  CLINK, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CLINKSCALE, EDWARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CLINKSCALE, EDWARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CLINKSCALE, LAWRENCE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CLINKSCALE, LAWRENCE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CLINKSCALES, JOHN T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CLINNARD, GEORGE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  CLINTON, HARVEY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CLINTON, HARVEY E, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21069  CLIPPARD, OLIVER L, GREENE KETCHUM, PO BOX 2389, HUNTINGTON, WV, 25724

21068  CLITES, DONALD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CLIVER, CHARLES, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  CLOINGER, WILLIAM, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   CLOINGER, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CLOINGER, WILLIAM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CLOMAN, JOE N, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   CLONIGER, BECKIE L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   CLONIGER, BECKIE L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   CLONINGER, FARRIS W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CLONTZ, HOMER J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   CLONTZ, HOMER J, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   CLONTZ, THOMAS L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CLONTZ, THOMAS L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CLOOKEY, RICHARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLOPTON, WILLIE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CLOSSER, EUGENE A, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   CLOTEAUX, RANDALL, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   CLOUD, COY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CLOUD, FRANCIS K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CLOUD, FRED E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CLOUD, GLORIA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CLOUD, IAN P, ALESSI, JOSEPH G, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, ALFORD, WESLEY J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, ANDERSON, C J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, ANDRES, DANRIS, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, ARNDT, RICHARD, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, ARREDONDO, BENITO, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, ARREDONDO, MARTIN M, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, AUSTIN, ACIE, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, BAGE, ROBERT, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, BAILEY, J L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, BANKS, CECIL, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, BARBER JR, LONNIE D, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, BARFIELD, JAMES F, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, BARTEE JR, J C, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

21068   CLOUD, IAN P, BAUCH, ROBERT, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CLOUD, IAN P, BELLIS JR, RAYMOND J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BENDER, RICHARD T, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BLACK, KENNETH C, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BOGANY, AXSTELL, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BOYD, DANNY RAY, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BRADLEY, ROYLIN, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BRAGG, JOHN M, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BREAUX, NOLAN, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BRISTOW, ROBERT, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BROOKS, FRED, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BROUSSARD, BUDDY J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BROUSSARD, FLETON A, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BROWN, CORNELIUS P, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BROWN, GERALD D, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BROWN, JIMMIE L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BROWN, PURVET, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BROWN, WALTER L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BUCHANAN, JAMES C, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, BURGESS, JESSE, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CAIN, HERBERT, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CANTU, HUMBERTO V, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CARRILLO, DAVID, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CARRILLO, SAUL, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CARTER, LONNIE J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CERNOSEK, RONALD J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CHAMBERLAIN, DOUGLAS, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CHIDE, JOSEPH R, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CLARK, BOBBY J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CLAYTON, ALVA J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, COLE, RONALD W, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CLOUD, IAN P, COLEMAN, BILLY, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, COMPTON, MICHAEL D, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, COX, JOSEPH, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CRAWFORD, CALVIN D, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CRISP JR, MONROE, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, CRUMP, ARTHUR J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, DECKER JR, IRIS D, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, DEDDE, CARL, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, DELAGARZA, GUMECINDO, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, DEWITT, WILLIAM, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, DIETRICH, BILLY W, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, DITTRICH, LEO J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, DIXON, OCIE, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, DIXON, ROBERT E, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, DIXON, ROBERT R, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, DOSS, CLAYTON E, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, DOSS, LLOYD R, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, DOTY, ROBERT E, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, ECKERMANN, ALLEN G, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, EKSTROM, DONALD A, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, ELIAZ, DONASIANO A, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, ELLISON, JOHN D, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, FEARS, WILLIS E, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, FEWELL, JAMES W, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, FITZGERALD, ONNIE, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, FOURNET, ERROL J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, FREEMAN, BOBBIE, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GALBREATH, ROBERT, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GALLAGHER, TROY R, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GALVAN, IGNACIO, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CLOUD, IAN P, GARZA, JESUS, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GILBER, WOODKINS, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GLOVER, WILLIAM, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GOBERT, HARVEY E, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GOLD, JACOB C, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GRAY, ALLEN K, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GRIFFIN, FRED W, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GRIFFIN, GEORGE W, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GRISSETT, CARL D, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GUILLORY, J L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, GUZMAN, FRANK, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HARMAN, JIMMIE L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HARRINGTON, JOHN W, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HARRIS, WILBURN, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HARTMAN SR, JOHN, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HARVEY, DANNY M, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HAYNES, CLYDE, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HENDERSON, LEON, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HERNANDEZ, ROBERT L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HILL, FORMAN O, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HOLGUIN SR, ARTURO V, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HORN, JOSEPH E, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HUELSMAN, BOBBY L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HUITT, RONALD, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HUSTON, JAMES H, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, HYDE, RAY, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, IRWIN, OSCAR, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, JACKSON JR, EARLIE, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, JAMES, W B, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |
| 21068 | CLOUD, IAN P, JEWELL, GEORGE, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, JIMENEZ, EULALIO R, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, JOHN, RALPH J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, JOHNSON, EUGENE W, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, JOHNSON, JOSEPH, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, JOHNSON, MILTON, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, JONES, BILLY S, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, JONES, PERRY, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, KNOX JR, ARCHIE N, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, KOVACEVICH, MITCHELL, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, LADAY, JOHN L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, LANE, HAROLD, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, LEWIS, JOE L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, LEWIS, JOE R, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, LIGHT, JIM C, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, LOFTIN, HAROLD, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, LOMBARDO, FRANK L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, LOPEZ SR, MANUEL O, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, LOVIC, GUIDRY, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MARTINEZ, MANUEL G, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MAY, HAROLD, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MCCAGG, HENRY, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MCCAIN, JAMES, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MCCAIN, JOHN, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MCCARTY, GLEN M, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MCCRAY, HUBERT W, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MCLAIN, PHILLIP L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MIELSCH JR, WILLIAM, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MILLER, MICHAEL, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MOORE JR, JOHNNIE L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CLOUD, IAN P, MOORE, CLARENCE R, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MORENO, ISRAEL, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MUNGUIA, ROBERT R, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, MUSIC, ELMON, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, NAJERA, REYNALDO R, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, O DONALD, BOBBY, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, OCHOA, CRUZ, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, ORTIZ JR, MOISES, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, ORTIZ, FORTINO, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, PARKER, FRANK, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, PEYTON, GERALD R, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, PINNEKINS, HOSEA, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, POWER, WILLIAM, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, REBERT, CLINTON A, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, REILLY, ANTHONY J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, ROBERSON, GRADY L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, ROBERTS, HUBERT D, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, ROGERS, MICHAEL L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, SALINAS, JOSE R, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, SAUCEDA, IGNACIO, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, SCAIFE, JERRY D, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, SCOTT, NATHANIEL, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, SEYMORE, CHALMER H, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, SHANNON, JOHN D, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, SHERMAN, RONALD K, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, SHOEMAKER, HARRY, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, SMITH, HARDIE E, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, SMITH, WILLIE O, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, SOILEAU JR, ODA, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, SPATES, CECIL, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CLOUD, IAN P, SQUIRES, MARLIN F, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, STAPLES, TED G, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, STILLWELL, THOMAS, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, STUAR, LADON, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, THROOP, WILLIAM, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, TILDEN, ROBERT E, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, TOBAR, GAY P, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, TOMPKINS, HENRY O, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, TRAHAN, LEROY, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, VAUGH, WILLIAM, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, VELASQUEZ, JAMES S, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, VERKIN, THOMAS, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WALTON, JOHN, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WARD, JOHN N, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WARE, GARY A, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WATSON JR, FRANK, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WATSON, ROBERT L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WEBB, SIDNEY E, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WHITE, BOB, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WHITE, FRANK, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WILLIAMS, C L, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WILLIAMS, JAMES G, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WILLOUGHBY, JOSEPH M, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WINFREY, JERRY D, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WISE, BOBBY J, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WOODARD, ELTON E, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, IAN P, WYATT, AMOS, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 |
| 21068 | CLOUD, JAMES A, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |
| 21068 | CLOUD, JAMES A, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | CLOUD, JERRY, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CLOUD, KENNETH R, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   CLOUD, KENNETH R, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   CLOUD, PECOLA, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   CLOUD, PECOLA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CLOUD, PECOLA, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CLOUD, VON R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CLOUD, VON R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CLOUNCH, CECIL E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CLOUSE, JAMES H, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   CLOUSE, JAMES H, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CLOUSE, JOSEPH E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CLOUSE, THOMAS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CLOUSE, THOMAS J, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068   CLOUSTON, SR, WILLIAM, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   CLOUTIER, RAYMOND J, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   CLOVER, WILLIE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CLOVER, WILLIE R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CLOVIS, SOLOMON, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   CLOW, BARNETTE W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CLOW, JR, RAYMOND, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CLOW, RAYMOND, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CLOWDUS, KENNETH L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CLOWDUS, KENNETH L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   CLOWER, HAROLD C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CLOWNEY, JOHN R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CLOWNEY, JOSEPHINE G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CLOY, FLORELL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CLOYD, BILLY O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CLOYD, ROBERT M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CLOYES, WALTER T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CLUES, JOSEPH R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   CLUKEY, RAYMOND E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CLUM, CECIL, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CLUNE, PATRICK, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | CLUTTER, RICHARD R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | CLUTTER, RICHARD R, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237 |
| 21068 | CLYATT, WILLIARD, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919 |
| 21068 | CLYBURN, JAMES R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CLYBURN, JOHN D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | CLYMER, JOSEPH C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | CMAR, JOSEPH J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | CMUNT, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | CMUNT, LINDA, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | COACH, CARY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | COAD, JAMES T, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | COADY, EDWARD P, DELVISCO, FRANK, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD P, MARIANO, PETER L, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, AMATO, SALVATORE V, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21069 | COADY, EDWARD PAUL, ASTUCCIO, SALVATORE, COADY & ASSOCIATES, 205 PORTLAND STREET, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, BACIGALUPO, WALTER L, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, BANDINO, ANGELINA, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, BATES, JOSEPH R, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, BELISLE, PAUL, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, BENINATI, JOHN D, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, BENULLO, MICHAEL E, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, BONTA, SALVATORE J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, BOUVE, JOHN M, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, BROWN, ALBERT J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, CAHILL, GEORGE M, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, CAPUZZO, FIORE, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, CARDILE, JOSEPH P, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, CASEY, DONALD F, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, COMEI, GAETANO A, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, DEAN, FRANCIS W, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, DELDUCA, ERNEST V, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | COADY, EDWARD PAUL, DEMKO, STANLEY P, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21069 | COADY, EDWARD PAUL, DONAHUE, JAMES R, COADY & ASSOCIATES, 205 PORTLAND STREET, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, DONAHUE, JAMES R, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, DONOVAN, JOHN, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, DORIN, WILLIAM J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, DRAIN, CHALMERS R, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, DUGAS, OLIVER J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, ERICKSON, LAWRENCE L, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, EVANS, LEO P, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, FAY, JOHN J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, FELDBERG, LEONARD J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, FELICE, JULIO, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, FOURNIER, ARTHUR, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, GAGNON, JOSEPH W, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, GENIS, EDWARD J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, GOSS, FREDERICK E, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, HAMILTON, ERNEST W, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, HEALEY, DANIEL W, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, HENSON, ALBERT O, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, HILLGROVE, HERBERT J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, JOHNSON, HENRY L, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, JONES, ERNEST H, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, JOSEPH, ALBERT, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, KING, CLYDE M, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, KINSMAN, ALICE J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, LARSEN, HERBERT N, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, LITTLE, JAMES E, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21069 | COADY, EDWARD PAUL, MACK, EDWARD, COADY & ASSOCIATES, 205 PORTLAND STREET, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, MANZARO, FRANK J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |
| 21068 | COADY, EDWARD PAUL, MEYERS, MARY L, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 |

**Svc Lst  Name and Address of Served Party**

21069   COADY, EDWARD PAUL, MISCHLER, JOSEPH, COADY & ASSOCIATES, 205 PORTLAND STREET, BOSTON, MA, 02114-1721

21069   COADY, EDWARD PAUL, MOORE, PHILIP P, COADY & ASSOCIATES, 205 PORTLAND STREET, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, MULLIGAN, JOHN F, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, MURPHY, DONALD J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, NEARY, EDMUND J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21069   COADY, EDWARD PAUL, OBRIEN, PAUL P, COADY & ASSOCIATES, 205 PORTLAND STREET, BOSTON, MA, 02114-1721

21069   COADY, EDWARD PAUL, ONDIK, PAMELA A, COADY & ASSOCIATES, 205 PORTLAND STREET, BOSTON, MA, 02114-1721

21069   COADY, EDWARD PAUL, OUELLETTE, ROBERT G, COADY & ASSOCIATES, 205 PORTLAND STREET, BOSTON, MA, 02114-1721

21069   COADY, EDWARD PAUL, PARKER, JR, CARL I, COADY & ASSOCIATES, 205 PORTLAND STREET, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, PHIPPS, THOMAS W, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, POPHAM, LAWRENCE B, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, PROCTOR, JULIA T, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, RABY, LAWRENCE M, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, REYNOLDS, WILLIAM C, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, RICCI, PHILIP, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, RICCIARDI, DOMINIC C, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, ROSS, NORMAN K, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, ROY, LOUIS E, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, RYAN, DONALD F, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, SANTANGELO, COSMO, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, SARJEANT, THOMAS, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, SHEEHAN, THOMAS F, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, SIERSEMA, WILLIAM H, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, SMITH, THOMAS J, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21069   COADY, EDWARD PAUL, SNYDER, FLOYD, COADY & ASSOCIATES, 205 PORTLAND STREET, BOSTON, MA, 02114-1721

21069   COADY, EDWARD PAUL, SOULIOS, CHRIS, COADY & ASSOCIATES, 205 PORTLAND STREET, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, SPRAGUE, WALTER R, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, STACEY, JOHN A, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, STARKWEATHER, CAROL A, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, STEEN, JAMES A, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   COADY, EDWARD PAUL, STEEN, WILBUR A, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, SWANSON, FREDERICK L, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, TAYLOR, WILLIAM C, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, TWOMEY, MATTHEW G, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, VIDITO, EDWARD F, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, VIRTA, TOIVO E, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, WARNER, FERDINAND W, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, WATERMAN, STANLEY F, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, WELLMAN, DONALD S, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, WHITE, HASKEL E, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, WILLIAM, CARL E, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, EDWARD PAUL, WILSON, CARL A, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721

21068   COADY, JAMES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   COALE, ROBERT T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   COALLA, JOSE, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   COAN, FRANKLIN P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   COAR, BETTY T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   COAR, BETTY T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   COAR, EMMA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   COAR, JIMMIE D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   COARD, WILLIAM, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   COARSEY, HARMON S, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   COARSEY, HARMON S, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   COAST, KENNETH W, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   COATES, AUCIE C, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   COATES, DALE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   COATES, DALE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   COATES, ERNEST, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21069   COATES, JAMES L, WHITEFORD TAYLOR PRESTONS, 7 SAINT PAUL ST, BALTIMORE, MD, 21202-1626

21068   COATES, JOHN B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   COATES, ROBERT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   COATS, ADDIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   COATS, ALFRED E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   COATS, CHARLIE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   COATS, CRAYTON L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   COATS, EDDIE L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   COATS, FRANK, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   COATS, GEORGE W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   COATS, GEORGE W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   COATS, HUNTER, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   COATS, JR, MAXWELL D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   COATS, KENNETH W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   COATS, MACK, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   COATS, MACK, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   COATS, ROOSEVELT P, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   COATS, ROOSEVELT P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   COATS, ROOSEVELT P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   COATS, ROY C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   COATS, ROY G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   COATS, ROY G, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   COATS, SHELLY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   COATS, SR, JOHN O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   COAXUM, WILLIAM  E, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   COBB, ALBERT, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   COBB, ALBERT, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   COBB, ALLEN J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   COBB, ANTHONY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   COBB, BETTY D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   COBB, CHARLES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   COBB, DONALD W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   COBB, DOROTHY G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   COBB, DOROTHY G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   COBB, DOROTHY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   COBB, DOROTHY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   COBB, FRANK, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   COBB, GRACE, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   COBB, GUS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   COBB, JACK, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   COBB, JACK, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   COBB, JACK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   COBB, JACK, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   COBB, JACK, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   COBB, JAMES M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   COBB, JAMES M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   COBB, JAMES R, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   COBB, JAMES R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   COBB, JAMES S, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   COBB, JAMES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   COBB, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   COBB, JOE A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   COBB, JOE A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   COBB, JOHN A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   COBB, JOHN A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   COBB, JR, BEN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   COBB, JR, JOSEPH, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   COBB, JR, OATIS B, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   COBB, JR, SAM, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   COBB, KATHY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   COBB, KATHY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   COBB, KERMIT A, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21069   COBB, LEE, LAW OFFICE OF THOMAS D THOMAS, 3100 DONALD DOUGLAS LOOP N STE 30-5, SANTA MONICA, CA, 90405

21068   COBB, LEE, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   COBB, LOWELL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   COBB, NATHAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   COBB, RALPH D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   COBB, RALPH D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   COBB, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   COBB, ROBERT E, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   COBB, RONALD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   COBB, RONALD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   COBB, ROSS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   COBB, ROSS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   COBB, RUBY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   COBB, RUBY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   COBB, RUSSELL L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   COBB, SAXELBY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069   COBB, SR, BILLY C, THE LAW FIRM OF WM WILSON, JR, 2506 LAKELAND DRIVE, SUITE 500, P O DRAWER 16689, JACKSON, MS, 39236

21068   COBB, SR, FRED, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   COBB, SR, FRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   COBB, SR, FRED, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   COBB, SR, WILLIAM, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   COBB, SR, WILLIAM, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   COBB, SR, WILLIAM, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   COBB, THOMAS L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   COBB, THOMAS, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   COBBIN, CORNILIOUS W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   COBBIN, WILLIAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   COBBINS, KAREN J, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   COBBINS, KAREN J, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069   COBBINS, WILLIE, BYRD & ASSOCIATES, PO BOX 19, JACKSON, MS, 39205-0019

21068   COBBS, CURTIS, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   COBERT, JOSEPH T, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   COBO, MERCEDES M, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   COBOS, ANTONIO R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   COBURN, EDDIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   COBURN, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   COBURN, JR, JAMES R, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   COBURN, MARJORIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   COBURN, OZELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   COCCIA, JOHN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   COCHRAN, ALLEN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   COCHRAN, ALLEN D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   COCHRAN, ANNIE M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   COCHRAN, ANNIE M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   COCHRAN, BILLY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   COCHRAN, BILLY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   COCHRAN, BOBBIE J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   COCHRAN, BOBBIE J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   COCHRAN, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   COCHRAN, CHARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   COCHRAN, CLIFFORD, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   COCHRAN, CLIFFORD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   COCHRAN, CLIFFORD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | COCHRAN, DAN, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | COCHRAN, DAVID, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | COCHRAN, DOROTHY J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | COCHRAN, DOROTHY J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | COCHRAN, DOUGLAS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | COCHRAN, EMORY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | COCHRAN, EMORY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | COCHRAN, ERNEST L, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | COCHRAN, GAYNELLE W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | COCHRAN, IRVIN D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | COCHRAN, JAMES A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | COCHRAN, JAMES E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | COCHRAN, JAMES M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | COCHRAN, JAMES M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | COCHRAN, JAMES T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | COCHRAN, JAMES T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | COCHRAN, JAMES, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | COCHRAN, JAMES, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | COCHRAN, JANET, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | COCHRAN, JOHN L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | COCHRAN, JR, DEWEY W, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | COCHRAN, JR, GARLAND, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | COCHRAN, JR, HORACE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | COCHRAN, JR, LYMON, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | COCHRAN, JR, LYMON, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | COCHRAN, JR, ROBERT D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | COCHRAN, JR, ROBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21069 | COCHRAN, KERMETH JR M, JABLINSKI, FOLINO, ROBERTS & MARTIN, HISTORIC HUFFMAN HOUSE, 214 W MONUMENT AVE, DAYTON, OH, 45402-3015 |
| 21068 | COCHRAN, KERMETH JR M, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | COCHRAN, LAWRENCE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | COCHRAN, LILLY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | COCHRAN, MARGIE L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | COCHRAN, MARGIE L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | COCHRAN, MURRAY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | COCHRAN, ROBERT, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | COCHRAN, ROY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |

**Svc Lst  Name and Address of Served Party**

21068  COCHRAN, SR, LEE A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  COCHRAN, SYBIL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  COCHRAN, SYBIL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  COCHRAN, WILLIAM E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  COCHRAN, WILLIE P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  COCHRAN, WILLIE P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  COCILOVA, LINDA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  COCITA, MICHAEL W, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  COCKERHAM, ARTHUR M, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  COCKERHAM, BILLY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  COCKERHAM, BOBBY, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068  COCKERHAM, WILLIAM C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  COCKERN, JESSE W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  COCKHERN, LEROY, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068  COCKHERN, LEROY, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068  COCKINGS, KENNETH G, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  COCKLE, RICHARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  COCKRELL, ANNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  COCKRELL, CLIFTON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  COCKRELL, FRED, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  COCKRELL, HENRY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  COCKRELL, HENRY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  COCKRELL, HENRY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  COCKRELL, JAMES E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  COCKRELL, JAMES M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  COCKRELL, JAMES W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  COCKRELL, JAMES W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  COCKRELL, LONNIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  COCKRELL, LONNIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  COCKRELL, LONNIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  COCKRELL, MURRAY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  COCKRELL, MURRAY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  COCKRELL, MURRAY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  COCKRELL, PAULA D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  COCKRELL, SARA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  COCKRELL, SARA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  COCKRELL, WALTER J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  COCKROFT, HORACE D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | COCKROFT, HORACE D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | COCO, THOMAS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CODDINGTON, PAUL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CODR, JOHN I, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | CODR, JOHN I, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | CODRARO, CARMELO A, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | CODY, EUGENE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | CODY, EUGENE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | CODY, EUGENE W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | CODY, ROBERT G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | COE, ALVIN, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | COE, ALVIN, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | COE, CHARLES K, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | COE, CLARENCE L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | COE, CLARENCE L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | COE, JR, JACK, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437 |
| 21068 | COE, PRESTON T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | COEL, HAROLD, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651 |
| 21068 | COELHO, JR, NICHOLAS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | COEN, DORA S, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | COEN, RAYMOND L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | COERPER, ARTHUR C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | COFER, CLAY, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945 |
| 21069 | COFER, HAROLD, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902 |
| 21068 | COFER, HAROLD, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | COFER, HAROLD, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | COFER, HARRIET S, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | COFER, HARRIET S, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | COFFEE, CARLA, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | COFFEE, MARY A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | COFFEE, MARY A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | COFFELT, J D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | COFFELT, J D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | COFFER, LEROY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | COFFEY, DON W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | COFFEY, DON W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   COFFEY, FREDDIE H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   COFFEY, HERMAN R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   COFFEY, HERMAN R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   COFFEY, HOWARD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   COFFEY, JOHN P, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   COFFEY, KENNETH S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   COFFEY, PAUL E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   COFFIN, LLOYD W, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   COFFIN, MILLETT, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   COFFIN, ROBERT I, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   COFFIN, ROBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   COFFMAN, CHARLES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   COFFMAN, GENE, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   COFFMAN, HERSHEL L, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   COFFMAN, HERSHEL L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   COFFMAN, HERSHEL L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   COFFMAN, JAMES D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   COFFMAN, JAMES D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   COFFMAN, JAMES P, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   COFFMAN, REED A, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   COFFMAN, SR, JOHN C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   COFIELD, BILLY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   COFIELD, CAROLYN H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   COFIELD, DONALD E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   COFIELD, DONALD E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   COFIELD, GEORGE J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   COFIELD, HARBERT L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   COFIELD, JAMES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   COFIELD, JR, JOE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   COFIELD, JR, JOE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   COFIELD, LOUIS C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   COFIELD, PATSY W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   COFIELD, PATSY W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   COGAR, CARL J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   COGAR, CARL J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   COGAR, ISAAC J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   COGAR, JACKSON, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   COGAR, JERRY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   COGAR, LEAHBELLE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   COGAR, LEAHBELLE, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068   COGAR, LLOYD L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   COGAR, LLOYD L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   COGBURN, LOUIA, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   COGBURN, LOUIA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   COGBURN, LOUIA, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069   COGDILL, GENE S, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068   COGDILL, GENE S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   COGGINS, DENSON O, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   COGGINS, DENSON O, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   COGGINS, JOHN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   COGGINS, JOHN L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   COGGINS, JOHNNIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   COGGINS, JOHNNIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   COGGINS, THURMAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   COGHILL, GLENNIS W, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   COGHLON, EDWARD, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21069   COGLEY, GARY, HUMPHREY, FARRINGTON & MCCLAIN, P C, 221 WEST LEXINGTON, SUITE 400, PO BOX 900, INDEPENDENCE, MO, 64051

21069   COGLEY, GARY, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084

21068   COGLEY, WILLIAM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   COGLEY, WILLIAM, PEIRCE RAYMOND OSTERHOUT WADE, CARLSON & COULTER P, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219

21068   COHAN, LAWRENCE R, ABRAMS, ROBERT R, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, ALFONSE, FRANCIS, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, ALLGOOD, MATTHEW, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, ALSTON, JR, DOUGLAS, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, AUERBACH, RHODA S, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, BAKLEY, ROBERT, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, BELA, MICHAEL, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, BITTLE, MICHAEL, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, BLISS, GERALD, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   COHAN, LAWRENCE R, BOOTH, LOUIS A, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21069   COHAN, LAWRENCE R, BRADLEY, LLEWELLYN, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716

21069   COHAN, LAWRENCE R, BRETZEL, ESTATE OF JOHN, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716

21068   COHAN, LAWRENCE R, BURNETT, GEORGE, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, BUTCHER, GEORGE, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, CAMPIGLIO, ATILIO, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21069   COHAN, LAWRENCE R, CASTNER, HARRY, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716

21068   COHAN, LAWRENCE R, CHAVIS, SR, STERLING L, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, CHISICK, RICHARD, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, COOPER, RONALD D, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21069   COHAN, LAWRENCE R, COOPER, RONALD, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716

21068   COHAN, LAWRENCE R, COSGROVE, HUGH, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21069   COHAN, LAWRENCE R, COX, WILBERT T, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716

21068   COHAN, LAWRENCE R, CRAMMER, ALFRED, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, CROWELL, THEODORE J, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, CURRO, CARMEN A, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DAY, HORACE, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DELIA, FREDERICK, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DELIA, JOSEPH, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DENARDO, DOMINICK, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DESILVIO, ALEXANDER, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DIB, GHAZI K, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DIBERT, JOSEPH D, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DISIRO, DOMINIC, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DITRICH, WILLIAM, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DIVINY, JOHN, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DOW, WILLIAM, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21069   COHAN, LAWRENCE R, DRAKE, ROBERT, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716

21068   COHAN, LAWRENCE R, DRISCOLL, BERNARD, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DRUMMOND, EDWARD, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   COHAN, LAWRENCE R, DUNN, JR, HOWARD T, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DUPOLDT, JOSEPH, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, DUTILL, JAMES, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, EVANS, JOHN, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, FOREMAN, DONALD E, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, FOUNTAIN, BELTON, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, FRAZER, BRUCE, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, FRITZ, HERMAN, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, GALLAGHER, FRANCIS X, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, GENTRY, JOSEPH L, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, GEORGES, SAMIR, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, GLENZER, ROBERT H, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, GRACE, JOHN C, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21069   COHAN, LAWRENCE R, GREGARIO, JAMES, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716

21068   COHAN, LAWRENCE R, GRIFFITHS, JOHN D, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, HARDING, JAMES, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, HART, JOSEPH, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, HEARN, MELVIN, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, HERNANDEZ, TIMOTHY J, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, HERRING, ROBERT, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, HERRING, THOMAS S, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, HICKS, LINDBERG, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, HOCHREITER, ISADORE, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21069   COHAN, LAWRENCE R, HUNSICKER, HAROLD N, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716

21068   COHAN, LAWRENCE R, INGRAM, ROBERT, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21069   COHAN, LAWRENCE R, INNAMORTA, VINCENT, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716

21069   COHAN, LAWRENCE R, IRRI, ROMEO R, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716

21068   COHAN, LAWRENCE R, JENKINS, RAYMOND L, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, JONES, LINK, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   COHAN, LAWRENCE R, JONES, WILLIAM, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | COHAN, LAWRENCE R, JORDAN, TED J, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, KARNOVAL, STEPHEN, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, KASE, ROBERT, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, KEEBLER, WILLIAM, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, KEESE, HERMAN, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, KELLY, JOHN A, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21069 | COHAN, LAWRENCE R, KILPATRICK, ROBERT, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21069 | COHAN, LAWRENCE R, KNAPPER, ROBERT J, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21068 | COHAN, LAWRENCE R, KOHFELDT, CHARLES C, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21069 | COHAN, LAWRENCE R, KOHLFELDT, CARL H, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21069 | COHAN, LAWRENCE R, KRAVITZ, ALBERT, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21068 | COHAN, LAWRENCE R, KUNDRAT, GEORGE, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, KURKO, WILLIAM G, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, LABBE, THOMAS, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, LEHMAN, RICHARD E, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, LEMPERGEL, SHELLY E, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, LEWIS, EDDIE, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, LIEBERMAN, HOWARD, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21069 | COHAN, LAWRENCE R, MAKARA, ESTATE OF JAMES H, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21068 | COHAN, LAWRENCE R, MARTIN, ROBERT, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, MCGANN, FRANCIS, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21069 | COHAN, LAWRENCE R, MINIX, CHARLES E, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21068 | COHAN, LAWRENCE R, MONTELEON, HELEN, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21069 | COHAN, LAWRENCE R, MOORE, JOSEPH, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21068 | COHAN, LAWRENCE R, MORAN, III, FRANCIS X, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, MULL, RICHARD, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, NAVRATIL, JOHN, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, OFFENBACKER, DANIEL I, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21069 | COHAN, LAWRENCE R, OGOZAREK, EDWARD K, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21068 | COHAN, LAWRENCE R, ORLOSKI, LEO, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21069 | COHAN, LAWRENCE R, PANIKOWSKI, DAVID, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21069 | COHAN, LAWRENCE R, PARSONS, LEON, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21068 | COHAN, LAWRENCE R, PASTORE, CARMINE, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21069 | COHAN, LAWRENCE R, POLLARD, WILLIAM T, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21068 | COHAN, LAWRENCE R, PORTA, PETER, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, QUINN, THEODORE, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, RAVEN, JOHN, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, RELAK, SR, EDWARD J, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21069 | COHAN, LAWRENCE R, RIPLEY, GEORGE, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21069 | COHAN, LAWRENCE R, RITACCO, ERNEST, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21068 | COHAN, LAWRENCE R, ROMANO, MICHAEL A, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21069 | COHAN, LAWRENCE R, ROSSI, LOUIS, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21068 | COHAN, LAWRENCE R, RUGGS, MATTHEW, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, RUSHTON, TIMOTHY, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, SACHAROK, GEORGE, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21069 | COHAN, LAWRENCE R, SACHAROK, GEORGE, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 |
| 21068 | COHAN, LAWRENCE R, SALTARELLI, DANIEL N, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, SANCHEZ, DOUGLAS, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, SCHEETZ, ELVIN N, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, SCHULTZ, JR, PAUL E, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, SCIORE, MICHAEL, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, SENTNER, RICHARD A, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, SIMPKINS, WILLIAM, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, SMITH, DONALD, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, SMITH, PAUL, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, SOUDER, JAMES, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, SPEED, DENNIS, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, SPENCER, HERMAN, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, STEINHAUER, CHARLES H, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |
| 21068 | COHAN, LAWRENCE R, STOKES, JOHNNIE, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 |