**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   CRNKOVICH, JOSEPH A, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   CRNKOVICH, WILLIAM, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   CROCCO, RAYMOND, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CROCE, JOSEPH A, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CROCHET, ARTHUR J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   CROCHET, JOHNNY A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CROCHET, SR, JOHN L, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   CROCKER, ALEX, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CROCKER, BILL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   CROCKER, BILL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   CROCKER, BILLY D, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068   CROCKER, CHARLES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CROCKER, DALTON F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CROCKER, DORAL W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CROCKER, GARY W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CROCKER, HORACE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CROCKER, JAMES E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CROCKER, JAMES E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CROCKER, JESSE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CROCKER, JOHN C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CROCKER, KENNETH R, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   CROCKER, LLOYD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CROCKER, MAX, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CROCKER, ORVAL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CROCKER, PAUL E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CROCKER, ROBERT W, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   CROCKER, TERRY N, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CROCKER, THOMAS L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CROCKER, W F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CROCKER, W F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CROCKER, WILLIAM R, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   CROCKER, WILLIS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CROCKETT, ANDREW, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   CROCKETT, CLEOPHIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  CROCKETT, CORNELIA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CROCKETT, CORNELIA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CROCKETT, EUGENE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CROCKETT, JAMES D, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21069  CROCKETT, JR, GRANT, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

21069  CROCKETT, MARVIN F, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068  CROCKETT, MARVIN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CROCKETT, MILFRED, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  CROCKETT, MILFRED, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  CROCKETT, SR, ADOLPHUS, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  CROCKETT, SR, ADOLPHUS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CROCKETT, SR, ADOLPHUS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  CROCKETT, SR, OMIE R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CROCKETT, THELTON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  CROCKETT, VERNELL S, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  CROCKRUM, DAVID, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CROCKRUM, JAMES H, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  CROES, JOSEPH M, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  CROFF, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CROFF, JOHN, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068  CROFFORD, ALLEN E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CROFT, CHARLES, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  CROFT, HARRY S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CROFT, HARRY S, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  CROFT, JR, ANDREW T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CROFT, LEON, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CROLEY, DOUGLAS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069  CROLL, GERALDINE, CONTRADA & ASSOCIATES, 6641 SYLVANIA AVENUE, SUITE 8, SYLVANIA, OH, 43560-3921

21068  CROMARTIE, DAVID L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  CROMARTIE, DAVID L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  CROMELY, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CROMER, CHESTER L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  CROMER, CHESTER L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CROMER, ELSIE, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   CROMER, HELEN D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CROMER, HELEN D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CROMER, JIMMIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CROMER, ROLAND K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CROMER, ROLAND K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CROMPTON, FELIX A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CROMPTON, LARRY D, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   CROMPTON, LARRY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CROMPTON, WILLIAM, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   CROMPTON, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CROMPVOETS, GERARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CROMWELL, JIMMY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CROMWELL, LEWIS, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CROMWELL, TRESSIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CRONAN, CHARLES, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CRONAN, DONALD G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CRONAN, DONALD G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CRONAN, ROY H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CRONAN, WILLIAM A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CRONAN, WILLIAM A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CRONE, CARL T, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CRONHARDT, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CRONHARDT, ROBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CRONIER, J E, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068   CRONIER, J E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CRONIN, MICHAEL D, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   CRONIN, MICHAEL D, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   CRONIN, MICHAEL J, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   CRONIN, MICHAEL J, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   CRONIN, RICHARD J, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   CRONIN, RICHARD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CRONIN, RONALD D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CRONKHITE, LEROY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CROOK, BRENDA F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

Svc Lst  Name and Address of Served Party

---

21068  CROOK, DONNIE T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CROOK, FREDERICK, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  CROOK, JOHN R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CROOK, JOSEPH K, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  CROOK, JOSEPH K, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  CROOK, JOSEPH, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  CROOK, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CROOK, JOSEPH, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  CROOK, LUTHER, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  CROOK, MELVIN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  CROOK, SR., LAWRENCE K, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  CROOK, SR., LAWRENCE K, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  CROOK, WILLIE W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CROOK, WILLIE W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CROOKS, ELLIS B, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068  CROOKS, ELLIS B, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068  CROOKS, GEORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CROOKS, OKEY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CROOKSHANKS, KENNETH R, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  CROOM, HAROLD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CROOM, JAMES, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  CROOM, JESSIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CROOM, JR, MONTE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  CROOM, JR, TROY W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  CROOM, JR, TROY W, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  CROOM, LEON L, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068  CROOM, LEON L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CROOM, PATRICK R, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068  CROOMES, HAROLD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CROOMES, HAROLD, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  CROOMS, JR, WASH, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CROOMS, WILLIAM J, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068  CROON, LEVEN W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CROON, SR, ELIE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   CROPP, MELVIN D, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   CROPPER, CHARLES L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CROPPER, CLARENCE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   CROPPER, VICTOR B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL., 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CROSBY, AUSTIN G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CROSBY, AUSTIN G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CROSBY, BENNIE E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CROSBY, BENNIE E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CROSBY, BENNY J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CROSBY, BILLY W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CROSBY, BRENDA J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CROSBY, BRENDA J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CROSBY, CARL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CROSBY, CLEVELAND, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CROSBY, CLEVELAND, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CROSBY, EDWARD K, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CROSBY, EDWARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CROSBY, EUGENE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CROSBY, FRANKLIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CROSBY, GEORGE T, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   CROSBY, GERALD W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CROSBY, HECTOR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CROSBY, HOWARD L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CROSBY, J C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CROSBY, J O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CROSBY, J O, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CROSBY, JACK L, BROWN, TERRELL, HOGAN, ET AL., 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   CROSBY, JERRY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CROSBY, JERRY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CROSBY, JOE W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CROSBY, JOHNNIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CROSBY, JOHNNIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CROSBY, JOHNNIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CROSBY, KAY F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CROSBY, LEE H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CROSBY, LEE P, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CROSBY, LEE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CROSBY, LEVERNIE, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   CROSBY, MEXELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CROSBY, ROBERT L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CROSBY, SAMUEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CROSBY, SR, NORMAN, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   CROSBY, STANLEY D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CROSBY, UDELL, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CROSBY, UDELL, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CROSBY, W. D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CROSBY, W. D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CROSBY, WILEY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CROSBY, WILEY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CROSBY, WILLIAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CROSBY, WILLIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CROSHIER, FRANK AGEE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CROSIER, ROBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CROSLEY, JR, DAVID, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CROSS, ABRAHAM, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CROSS, ALFRED M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CROSS, ANDREW G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CROSS, CARLTON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CROSS, CARLTON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CROSS, CHARLES W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   CROSS, DAVID O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CROSS, DAVID O, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CROSS, DAVID, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   CROSS, E A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CROSS, GARY T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CROSS, GARY T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CROSS, HAZZY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CROSS, HENRY, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   CROSS, HENRY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CROSS, HUBERT A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CROSS, JAMES, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   CROSS, JOHN F, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

**Svc Lst  Name and Address of Served Party**

21068   CROSS, JOHN W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CROSS, JOSEPH, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CROSS, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CROSS, JR, LINDON D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CROSS, JR, WALTER, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   CROSS, JR, WILLIAM C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CROSS, JR, WILLIAM, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   CROSS, KENNETH R, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   CROSS, OCIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CROSS, OSCAR Q, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CROSS, RANDOLPH, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CROSS, RONALD P, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CROSS, ROOSEVELT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CROSS, SR, HAZZY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   CROSS, SR, RUDOLPH, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CROSS, SR., RALPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CROSS, STUART M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CROSS, THOMAS M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CROSS, THOMAS, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   CROSS, WILLIAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CROSSER, JOHN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CROSSLAND, DEWEY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CROSSLAND, DEWEY, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   CROSSLAND, SAM W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CROSSLEY, EDGAR M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CROSSLEY, HAROLD, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   CROSSLEY, JOHN M, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   CROSSLEY, RICHARD A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CROSSLIN, L C, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CROSSLIN, L C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CROSSMAN, ORMAN H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   CROSSMAN, RICHARD E, PAUL FRANK & COLLINS, PO BOX 1307, BURLINGTON, VT, 05402

21068   CROSSON, GLENDA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CROSSON, GLENDA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CROSSON, LEE R, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

**Svc Lst  Name and Address of Served Party**

21068  CROSTEN, JACK D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  CROSTEN, JACK D, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068  CROSTIC, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CROSWELL, LYNN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CROTEAU, LUCIEN L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CROTEAU, NORMAN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CROTHERS, LEE R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CROTTINGER, DONALD H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CROTTY, ALBERT J, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  CROTTY, BENNIE J, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  CROTTY, BENNIE J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CROTWELL, TED, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  CROTZER, GAYES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CROUCH JR., RON J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  CROUCH, ALAN, BYRD & ASSOCIATES, PO BOX 19, JACKSON, MS, 39205-0019

21068  CROUCH, ALLEN M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  CROUCH, BILLY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CROUCH, BILLY J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21069  CROUCH, CARLTON, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

21068  CROUCH, CARLTON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CROUCH, CHARLES R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CROUCH, DAVID, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  CROUCH, J T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CROUCH, JAMES C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CROUCH, JAMES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CROUCH, JAMES, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  CROUCH, JAMES, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  CROUCH, JR., CARROLL, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  CROUCH, LAWRENCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CROUCH, RICHARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CROUCH, RICHARD J, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  CROUCH, ROBERT L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  CROUCH, WILLIAM D, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  CROUSE, GARY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069  CROUSE, JAMES W, VENABLE & VENABLE, 205 S HOOVER BLVC, TAMPA, FL, 33609-3591

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21069    CROUSE, JAMES W, VENABLE & VENABLE, 4902 ANDROS DR, TAMPA, FL, 33629-4802

21068    CROUSE, THEODORE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    CROUSER, WILLIAM, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068    CROUT, EARL H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CROUT, JIMMIE E, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    CROW, DON W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CROW, ELIZABETH A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    CROW, ELIZABETH A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    CROW, EUELL R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CROW, GERALD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CROW, GLENIS, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    CROW, JAMES A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CROW, JAMES B, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    CROW, JOHN E, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068    CROW, JR, WILLIAM C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CROW, JUDSON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    CROW, LENELL E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    CROW, LEONARD W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    CROW, RALPH G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    CROW, RALPH G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    CROW, ROBBIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CROW, ROBERT, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068    CROW, ROY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CROW, THOMA, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    CROW, WALTON T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CROWDER, DONALD H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CROWDER, DONALD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    CROWDER, DONALD R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    CROWDER, JESSE W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    CROWDER, RALPH, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068    CROWDER, RICHARD G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    CROWDER, RICHARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    CROWDER, RICHARD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    CROWDER, ROBERT A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CROWDER, SR, LEONARD, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    CROWDER, SR, LEONARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    CROWDER, SR, LEONARD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    CROWE, ALAN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    CROWE, BONNIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CROWE, CARL K, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   CROWE, CHARLES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CROWE, CHARLES L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   CROWE, CONRAD J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   CROWE, EDWARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CROWE, GEORGE L, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   CROWE, HOMER D, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   CROWE, J L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CROWE, JAMES, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   CROWE, JESSE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   CROWE, JOHNNY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CROWE, PRESTON, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CROWE, ROBERT H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CROWE, RONALD E, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CROWE, WILLIAM I, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   CROWELL, BENJAMIN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CROWELL, BILLY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   CROWELL, BILLY, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   CROWELL, CURVIN J, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   CROWELL, HARRY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CROWELL, JACK, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   CROWELL, JERRY E, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   CROWELL, JOE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   CROWELL, JR, TROY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CROWELL, ODIS L, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   CROWELL, PRECILLAR, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CROWELL, PRECILLAR, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CROWL, EUGENE, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   CROWLEY, CARL D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CROWLEY, DON D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CROWLEY, EARL J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CROWLEY, GEORGE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CROWLEY, JACK K, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CROWLEY, JACK K, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   CROWLEY, JAMES, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   CROWLEY, JOHN P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

**Svc Lst   Name and Address of Served Party**

21069   CROWLEY, JR, EUGENE L, PRESTON BUNNELL & STONE LLP, 1500 SW 1ST AVE STE 770, PORTLAND, OR, 97201-5837

21068   CROWLEY, MARTHA F, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   CROWLEY, MARTHA F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CROWLEY, MARTHA F, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   CROWLEY, ROBERT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CROWLEY, SR, JOHN W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CROWLEY, WALTER J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CROWLEY, WILLIAM, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   CROWN, JR, FARRIS W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CROWSON, RICHARD L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   CROWTHER, ANNIE B, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   CROWTHER, ANNIE B, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   CROXTON, JOHN R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CROY, GARY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CROY, GARY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CROYSTEAM, FLORENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CROYSTEAM, FLORENE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   CROZIER, WILBUR V, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CRUCE, JERRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   CRUCE, JERRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CRUGER, WILLIAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CRUICE, PETER A, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   CRUICKSHANK, FRANK, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   CRUICKSHANK, FRANK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   CRUIKSHANK, DAVID, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068   CRUISE, JOSEPH D, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CRUISE, JOSEPH D, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CRUISE, MARVIN R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CRUM, EDDIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CRUM, EUGENE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   CRUM, EUGENE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   CRUM, FRANK C, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   CRUM, FRANK C, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   CRUM, HALBERT, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   CRUM, HALBERT, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    CRUM, J K, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    CRUM, J K, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    CRUM, JR, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    CRUM, JR, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    CRUM, JR, TETEA, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    CRUM, ORVIL, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    CRUM, ORVIL, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    CRUM, ROY V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    CRUM, SHELIA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    CRUM, SHELIA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    CRUM, TERRY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    CRUM, WILLIAM N, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    CRUM, WILLIAM N, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    CRUMB, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    CRUMB, JR, CORNELLUS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    CRUMBAKER, DALE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    CRUMBLEY, CLINTON H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    CRUMBLEY, RALPH D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    CRUMBLEY, RALPH D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    CRUMBLEY, SR, ARTHUR, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    CRUMBY, JR., THEODORE R, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    CRUMEDY, ALVIN C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    CRUMEDY, FRED, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    CRUMLEY, CORINNA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    CRUMLEY, DONNIE A, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    CRUMLEY, EUGENE R, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068    CRUMLEY, JACK, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    CRUMLEY, JACK, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    CRUMLEY, JOHN O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    CRUMLEY, WALTER, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    CRUMLEY, WALTER, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    CRUMMIE, FREDDIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    CRUMMIE, FREDDIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  CRUMP, ARTHUR J, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  CRUMP, ARTHUR, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CRUMP, BILLY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CRUMP, CARL R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CRUMP, CARL R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CRUMP, DOYE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  CRUMP, FRANK, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21068  CRUMP, HENRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CRUMP, HENRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CRUMP, JOSEPH R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  CRUMP, JR, LUTHER W, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068  CRUMP, JR, LUTHER W, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  CRUMP, JR, ZENO, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  CRUMP, NELLE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CRUMP, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CRUMPLER, MINNIE G, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  CRUMPTON, HAZEL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CRUMPTON, JACK F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CRUMPTON, JAMES D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CRUMPTON, LEE C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CRUMPTON, NELSON A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CRUMPTON, WILLIAM H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  CRUMRINE, JAMES R, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  CRUMRINE, KENNETH W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CRUNK, FRANK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CRUSA, FRANK C, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  CRUSE, ALTON T, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CRUSE, ALTON T, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  CRUSE, CARL J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CRUSE, HELEN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CRUSE, RALPH A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  CRUSETURNER, JAMES, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  CRUSO, III, WILLIE C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  CRUSOE, ELIZABETH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CRUSOE, ROBINSON, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CRUSSE, THOMAS J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  CRUSTNER, DANNY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CRUSTNER, GUANDA, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CRUTCHER, HORACE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | CRUTCHER, HORACE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | CRUTCHER, JERRIAL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CRUTCHFIELD, DAVID, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CRUTCHFIELD, DERONUS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CRUTCHFIELD, JOHN W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CRUTCHFIELD, MURRAY D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | CRUTCHFIELD, PHILLIP, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | CRUTCHFIELD, SR, STERLING L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CRUTCHFIELD, STEVE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | CRUTCHFIELD, STEVE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | CRUZ, ALFREDO, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | CRUZ, ANGEL, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 |
| 21068 | CRUZ, CARMELO, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 |
| 21068 | CRUZ, CLIFFORD, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | CRUZ, ELBA I, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | CRUZ, HERMENEGILDO C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | CRUZ, JACINTO, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CRUZ, JOE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CRUZ, JOSEPH, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | CRUZ, JR, CORNELIUS R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | CRUZ, JR, MATILDE, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | CRUZ, JR, RUFINO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CRUZ, JUAN R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CRUZ, LUIS R, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | CRUZ, PATRICIA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | CRUZ, PAUL M, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300 |
| 21068 | CRUZ, ROSARIO, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | CRUZ, RUBY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | CRUZ, RUBY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CRUZ, RUFINO, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | CRUZ, RUFINO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |

Svc Lst  Name and Address of Served Party

21068   CRUZ, WILFORD E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   CRUZ, WILFORD E, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   CRUZAN, URDON, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   CRYER, JOHNNIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CRYSLER, RICHARD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   CSABOR, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   CSEH, JOSEPH, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CSERNIK, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CSUTOROS, BILLY N, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   CUAVE, ELAINE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   CUCCIO, ANTHONY A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CUCHIARA, PHILIP, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   CUCINA, RICHARD J, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068   CUCINELLI, ROGER W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CUCINELLI, ROGER W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CUCUZZO, JOSEPH T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   CUDD, DONALD O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CUDD, HAROLD L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CUDDY, JOSEPH P, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   CUDE, KIRBY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   CUDE, KIRBY, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   CUDGEL, GRADY, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   CUELLAR, JR, FIDEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CUELLAR, JUAN R, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   CUELLAR, LAZARO O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CUEVAS, ENRIQUE, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   CUEVAS, FAUSTINO G, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   CUEVAS, FLOYD C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   CUEVAS, FLOYD C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   CUEVAS, JR, ELVIN J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CUEVAS, KENNETH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CUEVAS, RODNEY, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   CUEVAS, RODNEY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   CUEVAS, RODNEY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CUEVAS, TIM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   CUFF, DANNY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   CUFFE, THOMAS W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   CUFFEE, ROBERT L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   CUGINI, JOSEPH C, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   CULBERSON, JR, GLEN J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   CULBERSON, WILLARD, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069   CULBERTSON, EDWARD L, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068   CULBERTSON, EDWARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CULBERTSON, JAMES K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CULBERTSON, SR, CHESTER E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   CULBERTSON, STANLEY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CULERT, WILLIE E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   CULIG, NIKOLA, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CULIPHER, EUNICE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   CULKINS, RICHARD B, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   CULL, ROBERT, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   CULLEN JR., CHRISTOPHER, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CULLEN, BERNARD, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   CULLEN, EDWARD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   CULLEN, WILLIAM, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   CULLER, JR, FLOYD, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   CULLINS, ERNEST, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   CULLINS, HARLEY M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CULLINS, ROOSEVELT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CULLIP, RONALD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   CULLIVER, ALICE J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   CULLIVER, ANGUS, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CULLIVER, ANGUS, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CULLIVER, JOHN E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   CULLIVER, JOHN E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   CULLIVER, LAURA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CULLIVER, LAURA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CULLNAN, BERNARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   CULLOM, CHARLES W, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   CULLOM, CHARLES W, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   CULLOM, GEORGE W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Svc Lst  Name and Address of Served Party**

21068  CULLON, ROBERT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  CULLOP, HOWARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CULLOP, HOWARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CULLOTTA, PETER, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068  CULOTTA, ARTHUR, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CULOTTA, ARTHUR, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069  CULP, CARL R, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21069  CULP, FLOYD A, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21069  CULP, FLOYD S, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21068  CULP, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CULP, LEONARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  CULP, SAME E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CULP, SAME E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CULPEPPER, DALE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  CULPEPPER, DALE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  CULPEPPER, DONALD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CULPEPPER, FREEMAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CULPEPPER, JOE E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  CULPEPPER, JULIUS H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CULPEPPER, JULIUS H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CULPEPPER, LONNIE A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CULPEPPER, NETTIE L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  CULPEPPER, NETTIE L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  CULPEPPER, RICHARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CULPEPPER, RICHARD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CULPEPPER, WILLIAM, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21069  CULVER, DONALD R, ZIFF WEIERMILLER, 303 WILLIAM STREET, PO BOX 1338, ELMIRA, NY, 14902

21068  CULVER, EDDIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CULVER, HOUSTON, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  CULVER, JOSEPH F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CULVER, OSCAR, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068  CULVER, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CULVER, ROY, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  CULWELL, BILLY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CULWELL, BOBBY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  CULWELL, BOBBY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  CULWELL, HOWARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   CULWELL, JAMES T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CUMBEE, DOROTHY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   CUMBER, CHRISTOPHER, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   CUMBER, CHRISTOPHER, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   CUMBERLAND, WILLIE M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CUMBERLEDGE, ROBERT L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CUMBEST, GEORGE J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   CUMBEST, GEORGE J, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21069   CUMBEST, THOMAS, BICKHAM & MAGEE, 2729A PASS ROAD, BILOXI, MS, 39531

21068   CUMBEST, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   CUMBEST, THOMAS, OWEN & GALLOWAY, PLLC, OWEN BLDG, 1414 25TH AVE, GULFPORT, MS, 39501-1933

21068   CUMBIE, EDWARD, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   CUMBIE, LAWRENCE R, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   CUMBIE, RAYMOND O, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   CUMBIE, RAYMOND O, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   CUMBIE, RICHARD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   CUMELLA, FRANK, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21069   CUMISKEY, EDWARD C, LEVINSON AXELROD, WHEATON,, GRAYZEL, CAULFIELD, MARCOLU, 274 CHURCH ST, BELFORD, NJ, 07718-1581

21068   CUMMINGHAM, HOYT, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   CUMMINGS, ALAN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   CUMMINGS, ALFRED, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CUMMINGS, BARBARA ANN, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   CUMMINGS, BETTY J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CUMMINGS, BETTY J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21069   CUMMINGS, FLOYD E, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084

21068   CUMMINGS, FLOYD E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   CUMMINGS, FREDERICK D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CUMMINGS, GEORGE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   CUMMINGS, HAROLD W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   CUMMINGS, HAROLD W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   CUMMINGS, HARRY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CUMMINGS, HERSCHEL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   CUMMINGS, JACK E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CUMMINGS, JAMES L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CUMMINGS, JAMES L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CUMMINGS, JOHN K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CUMMINGS, JOSEPH W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CUMMINGS, JR, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | CUMMINGS, JR, NEAL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | CUMMINGS, KERMIT L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21069 | CUMMINGS, LAWRENCE J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401 |
| 21068 | CUMMINGS, LEONARD L, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101 |
| 21068 | CUMMINGS, LEONARD, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492 |
| 21068 | CUMMINGS, MARY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | CUMMINGS, MARY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CUMMINGS, MELVIN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | CUMMINGS, MELVIN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CUMMINGS, PAUL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | CUMMINGS, RAY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | CUMMINGS, RAY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | CUMMINGS, ROBERT E, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611 |
| 21069 | CUMMINGS, SR, HOWARD I, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212 |
| 21068 | CUMMINGS, STANLEY F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CUMMINGS, THELMA D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | CUMMINGS, THOMAS A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | CUMMINGS, THOMAS A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | CUMMINGS, THOMAS M, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608 |
| 21069 | CUMMINGS, TIMOTHY J, LIPSITZ & PONTERIO LLC, 135 DELAWARE AVENUE, SUITE 506, BUFFALO, NY, 14202-2401 |
| 21068 | CUMMINGS, VIRGINIA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | CUMMINGS, VIRGINIA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | CUMMINGS, WALTER, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21069 | CUMMINGS, WALTER, RHODEN, LACY, DOWNEY & COLBERT, PO BOX 16845, JACKSON, MS, 39203 |
| 21068 | CUMMINGS, WILBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | CUMMINGS, WILLIAM E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | CUMMINGS, WILLLIE I, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | CUMMINGS, WILLLIE I, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | CUMMINS, AUBREY M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

Svc Lst  Name and Address of Served Party

21068  CUMMINS, AUBREY M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CUMMINS, CHARLES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CUMMINS, CHARLES, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068  CUMMINS, LIZZIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CUMMINS, ROBBIE H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  CUMMINS, ROBERT A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CUMMINS, ROBERT A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  CUMMINS, WILLARD G, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  CUMOR, JOHN E, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068  CUNARD, ELBERT P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CUNARD, ELBERT P, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CUNARD, PHYLLIS B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  CUNARD, PHYLLIS B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  CUNDIFF, JR, WILLIAM D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CUNDIFF, RICHARD W, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  CUNDIFF, WILLIAM C, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  CUNIFF, JOHN, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21069  CUNNIFFE, DAVID J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068  CUNNINGHAM, ALEX, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CUNNINGHAM, ALVIN L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CUNNINGHAM, ANNIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CUNNINGHAM, ANNIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CUNNINGHAM, ARTHUSIA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CUNNINGHAM, CHARLES, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  CUNNINGHAM, CLARENCE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CUNNINGHAM, CLAUDE, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  CUNNINGHAM, CLINTON, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  CUNNINGHAM, DAVID L, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  CUNNINGHAM, DAVID L, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  CUNNINGHAM, DAVID, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CUNNINGHAM, DONALD R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  CUNNINGHAM, DONALD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  CUNNINGHAM, DORIS A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  CUNNINGHAM, EDWARD D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Svc Lst  Name and Address of Served Party**

21068  CUNNINGHAM, EDWARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  CUNNINGHAM, EDWARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  CUNNINGHAM, ERIC, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  CUNNINGHAM, ERNEST C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CUNNINGHAM, ERNEST C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CUNNINGHAM, FANNIE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  CUNNINGHAM, FRANK A, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  CUNNINGHAM, FRED, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21069  CUNNINGHAM, G C, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068  CUNNINGHAM, G C, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069  CUNNINGHAM, G C, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068  CUNNINGHAM, GLADYS N, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CUNNINGHAM, GLADYS N, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CUNNINGHAM, GLORIA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CUNNINGHAM, HAROLD B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CUNNINGHAM, HARRY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  CUNNINGHAM, HERBERT V, VLASTOS BROOKS HENLEY & DRELL PC, 300 S WOLCOTT SUITE 320, PO BOX 10, CASPER, WY, 82602

21068  CUNNINGHAM, HERMAN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  CUNNINGHAM, IDA L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  CUNNINGHAM, IDA L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  CUNNINGHAM, JACK D, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  CUNNINGHAM, JACK D, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  CUNNINGHAM, JAMES A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CUNNINGHAM, JAMES B, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068  CUNNINGHAM, JAMES H, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068  CUNNINGHAM, JANIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CUNNINGHAM, JANIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CUNNINGHAM, JERRY L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  CUNNINGHAM, JERRY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  CUNNINGHAM, JERRY L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  CUNNINGHAM, JEWELL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CUNNINGHAM, JEWELL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CUNNINGHAM, JOHN R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  CUNNINGHAM, JOHN R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  CUNNINGHAM, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CUNNINGHAM, JOHN W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21069  CUNNINGHAM, JOHN, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068  CUNNINGHAM, JR, MARVIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CUNNINGHAM, JR, RAYFORD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  CUNNINGHAM, JR, ROBERT L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  CUNNINGHAM, KATIE P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CUNNINGHAM, KATIE P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CUNNINGHAM, KEN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CUNNINGHAM, KEN E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  CUNNINGHAM, KENNETH, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  CUNNINGHAM, LEON R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  CUNNINGHAM, LEON R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  CUNNINGHAM, LOTTIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CUNNINGHAM, LOTTIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CUNNINGHAM, LOWELL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  CUNNINGHAM, MAGGIE, LOPATIN MILLER FREEDMAN, 3000 TOWN CTR STE 1700, SOUTHFIELD, MI, 48075

21069  CUNNINGHAM, MAGGIE, SHELDON MILLER & ASSOCIATES, SHELDON MILLER, 3000 TOWN CTR STE 1700, SOUTHFIELD, MI, 48075

21068  CUNNINGHAM, MARK, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068  CUNNINGHAM, MARLIN S, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  CUNNINGHAM, MARLIN S, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  CUNNINGHAM, MARTIN J, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068  CUNNINGHAM, MARY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CUNNINGHAM, MENTHONE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  CUNNINGHAM, MILDRED M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  CUNNINGHAM, MURDEAN J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CUNNINGHAM, MURDEAN J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CUNNINGHAM, NANCY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  CUNNINGHAM, NANCY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  CUNNINGHAM, NORMAN S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  CUNNINGHAM, ORVILLE R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21069  CUNNINGHAM, OTIS T, RINERE & RINERE, LLP, 36 WEST MAIN STREET, 798 EXECUTIVE OFFICE BUILDING, ROCHESTER, NY, 14614-1793

21068  CUNNINGHAM, PAUL A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   CUNNINGHAM, PENNY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   CUNNINGHAM, PENNY W, BRISCO & NORTON, 423 SOUTH MAIN STREET, NEW LONDON, MO, 63459

21068   CUNNINGHAM, RICHARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CUNNINGHAM, RICHARD, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   CUNNINGHAM, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   CUNNINGHAM, SHELLY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   CUNNINGHAM, SHERMAN B, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   CUNNINGHAM, SR, WILLIAM L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   CUNNINGHAM, SR., JOHN D, BAILEY & WILLIAMS, 3500 NCBN PLAZA, 901 MAIN STREET, DALLAS, TX, 75202-3714

21068   CUNNINGHAM, STEELE C, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   CUNNINGHAM, THOMAS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   CUNNINGHAM, THOMAS J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   CUNNINGHAM, WALLACE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   CUNNINGHAM, WALTER, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   CUNNINGHAM, WAYNE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   CUNNINGHAM, WILLIE G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   CUNNINGHAM, WILLIE G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   CUPAC, ALEX, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   CUPAC, ALEX, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   CUPIT, DANNY E, ABBOTT, LESLIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ABRAM, WALTER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ACOSTA, ONEIL F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ADAMS, THEADYS C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, AINSWORTH, WILLIE N, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ALEXANDER, E L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ALEXANDER, ROBERT L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ALLAN, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ALLARD, ALEXANDER C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ALLEE, MARTHA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ALLMON, EVELYN J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ALLSUP, WILLIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ALLYN, HUGH R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   CUPIT, DANNY E, ALVARADO, ABRAHAM, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ANDALORA, SAMUEL A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ANDERSON, KENNETH A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ANDERSON, LYNDA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ANDERSON, MARTIN B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ANDERSON, MARVIN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ANDERSON, ROSS W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ANDREOLI, ALDO, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ANDREOLI, PRIMO, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ANDREWS, ANNIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ANDREWS, BYRON C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ANDREWS, MARGARET P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ARNETT, FLO D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ARNOLD, KELLEY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, ASTA, DIONNE R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, AUSTIN, GEORGE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, AVERY, JOHN H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, AVERY, MARGARET L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, BACA, MANUELA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, BAKER, JAMES, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, BAKER, WALTER L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, BANDERAS, BERNIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, BANDERAS, OLIVER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, BANG, CHARLENE M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, BANKS, FOUNTAIN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, BARBER, CAROLYN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, BARKES, WILLIAM R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, BARLOW, HARRY O, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, BARNES, BILL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, BARNES, GERALD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | CUPIT, DANNY E, BARRETT, DOUGLAS L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BARROW, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BASS, WILLIAM E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BASSLER, ALFRED, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BEALE, ESTHER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BEARDEN, BERTHA A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BEAUREGARD, ROBERT, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BEDWELL, JANE A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BEHRENS, HENRY G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BELANGER, KAY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BELEC, HENRY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BELL, HENRY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BELLAMY, MARJORIE P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BENARDIN, SANDY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BENDIG, KURT, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BENJAMIN, LEE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BENNETT, SUSAN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BENSON, CARL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BENSON, GARY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BERESTORY, WILLIAM, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BERG, ERIK, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BERG, PHYLLIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BERKLEY, ELIZABETH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BERRY, ANTHONY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BERRY, DORIS L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BERRY, JOSEPH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BEWERSDORF, ERNEST C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BIBBS, LUTHER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BINGHAM, BERNICE B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, BISTLINE, SAMUEL E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Svc Lst  Name and Address of Served Party**

21068  CUPIT, DANNY E, BISTRANIN, WILLIAM, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BITTNER, MADLYN C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BLACK, JOHN E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BLACKBURN, GEORGE D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BLENDY, HARRY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BLOIR, WILLIAM C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BLOUIN, JAMES, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BOETTCHER, CARL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BOETTCHER, HANS M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BOLDA, EDWARD E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BOND, A. B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BONSE, ANTHONY C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BONSE, JR., ANTHONY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BOONE, CHARLEAN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BORSETTI, ANGELINE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BOURGEOIS, LORETTA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BOYARCHUK, BEN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BOYINGTON, EVANELLE C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BRADLEY, W  R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BRASWELL, ETHEL M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BRAZDA, CECILA P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BRELAND, ROBERT G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BRENDEL, PATSY D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BREWSTER, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BRIGHT, ENOCH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BRINK, FRANK J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BROOK, MARY D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BROOKS, JOSEPH C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BROOKS, JUNE T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BROWN, CURTIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  CUPIT, DANNY E, BROWN, EUGENE S, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BROWN, HENRY H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BROWNING, OLIN E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BRUNELLE, EDWARD W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BRYANT, ERNEST, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BRYANT, NORMA J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BUCKLEY, GURTRUDE O, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BURCHELL, EDGAR A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BURCHETTE, PAULINE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BURKE, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BURLEYSON, JOANN M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BURRITT, LAWRENCE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BURROW, JERRAL N, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, BUTTS, ODELL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CABANISS, ERNEST, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CAIME, AURELIO J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CALBERT, CURTIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CALDWELL, FRANKLIN R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CALDWELL, ROBERT L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CALHOUN, CARL T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CAMPBELL, GORDON, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CARDINALE, LORETTA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CARLSEN, MAY ALICE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CARNAHAN, EDITH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CAROLL, BARBARA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CARROLL, SHIRLEY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CARTER, ANNETTA B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CARTER, DON A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CARTWRIGHT, PETER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, CARUSO, LOUIS P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CUPIT, DANNY E, CASADIE, HELEN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CEPEN, JAMES D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CHANEY, JOSEPH B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CHPEZZUTO, ANNAMARIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CHRISTY, ROY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CHRONOWSKI, ANTHONY F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CLARE, ROWLAND, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CLARK, MARTHA M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CLARK, NILLAR T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CLAUSSEN, EDWARD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CLEMONS, THOMAS C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CLOUSE, JOSEPH E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COCKERHAM, ARTHUR M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COKER, SHANE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COLASIMONE, ERSILIO, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COLE, SIDNEY C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COLEMAN, BENJAMIN L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COLEMAN, DOROTHY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COLEY, WILLIAM L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COLLETTI, FLORENCE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CONNELLY, CHARLES T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CONNER, EILEEN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CONNER, LILLIAN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CONRAD, PAUL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COOK, CATHERINE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COOK, CECIL C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COPP, ERNEST, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CORTEZ, RENIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COSSETTE, KATHERINE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, COTTMAN, BLANCA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | CUPIT, DANNY E, COWEN, JOSEPH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CRABILL, FLORA E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CRAIG, HELEN H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CRAIG, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CRAVENS, AUDREY P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CRAWFORD, JAMES L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CRAWLEY, SUSIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CREAMER, PAULINE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CRISWELL, MILTON R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CUMBEST, THOMAS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CUMMINS, ROBBIE H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CUNNINGHAM, LOWELL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, CURRIE, GILBERT A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DAGGETT, ARTHUR S, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DALLATEZZA, LOUIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DALY, LYDIA L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DANTONIO, LUCILLE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DART, BARBARA J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DAVEY, IVOR D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DAVIS, EVALINE E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DAVIS, RAILENE K, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DAWSON, JAMES P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DAYCOCK, WILLIAM J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DEAN, VIRGINIA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DECHSNER, RUTH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DELATTE, CYNTHIS M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DELEON, JOHN G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DELGADO, MARGARET, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DEMORE, JOSEPH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DEMPSEY, PATRICIA J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | CUPIT, DANNY E, DENISON, EARL G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DENNIS, MERL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DENONCOUR, JOSEPH H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DENYER, CLIFFORD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DEPRIEST, CLARENCE P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DERKSEN, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DICKAU, WILLIAM F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DICKENS, MATTIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DIGIACOMO, WALTER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DILLABOUGH, BARTLEY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DOANE, FLORENCE R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DOMINGUEZ, ADELE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DONAHUE, HELEN C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DOPHEIDE, IDA M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DORE, REBECCA E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DOSSETT, RAY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DOTY, MARION P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DOUGHERTY, BETTY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DOWNING, LOUISE S, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DRIEDGER, PETER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DUDLEY, HENRY V, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DUELL, JUDISON R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DULISSE, AMERIGO, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DUNLAP, MERRALD C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DUNSON, MARGARET L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DURBIN, DEANNA C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DUREN, JOSEPH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DURFORD, FAYE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DURHAM, ELBERT, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, DURHAM, WILLIAM, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | CUPIT, DANNY E, DYKEMAN, CLARA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, EARLY, DAVID J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, EARP, LOWELL M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, EASTWOOD, HAROLD P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, EDGE, JOHN A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, EDWARDS, VALLIE L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, ELLINGTON, BOOKER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, ELLITHORPE, GORDON I, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, EMBLIN, DEBBIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, ENDICOTT, JOHN W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, ENSCHEID, JACOB D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, ENTREKIN, JAMES E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, EVERETT, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, EVERETT, SHIRLEY A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FAIRLEY, LEDREW, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FIELDS, ORVILLE A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FILKOOSKY, ROBERT W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FILLMORE, JESSE E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FISCHER, VIRGINIA A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FISH, LEO W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FISHER, EVALENA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FISHER, MYRTLE H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FLEMING, FREDERICK V, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FLETCHER, EDWARD F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FLOYD, VELMA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FOLEY, JOSEPH P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FONDREN, EARL W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FORD, ALLAN B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FORDHAM, DEVOTA L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FORSYTHE, DONALD F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | CUPIT, DANNY E, FORTCH, JOSEPH E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FOSTER, BONNIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FOWLER, JAMES R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FOWLER, JAMES, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FOY, MARY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FRANCIS, GEORGIA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FRANKLIN, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FREDRICKSEN, CKURTIS L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FREEMAN, WARREN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FRIBERG, CLARENCE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, FRONOLICH, MICHAEL J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GADDY, JR, HUBERT E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GAGE, ROBERT H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GALLOWAY, JAMES, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GARDINER, MARVIN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GARDINER, PETER J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GARLAND, RICHARD F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GAROFF, JACK, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GARRETT, EDITH U, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GASCK, OLGA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GASKINS, EVELYN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GASPARO, MICHAEL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GIESBRECHT, LINDA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GILBERT, GILDA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GOFORTH, GEORGE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GOODMAN, MARGARET F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GOOLEY, AARON, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GORYER, RITA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GOTCHER, DORIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GOTELLI, VIOLET, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | CUPIT, DANNY E, GRADY, KEITH W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GRAHAM, DAVID, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GRAHAM, MARVIN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GRAY, AUBERT D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GRAY, JAMES W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GRAYSON, EARNEST M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GREEN, LOUISE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GREEN, WYNNA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GRESKO, GEORGE F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GRIFFIN, FLORA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GRIFFITH, PAUL O, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GRUENHEIT, OTTO, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GUARNELO, BRUNO H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GUEST, JAMES L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GUTIERREZ, RUTH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, GYORGYDEAK, JENNIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HAGER, PAMELA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HAINES, GLENN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HALL, JUANITA T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HALL, MARI B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HALL, MILES L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HALLOCK, SHIRLEY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HALLS, WILFRED G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HAMMAN, EARL C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HAMMER, ALICE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HAMMOND, MARIANNE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HAMPTON, FRANK C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HAMPTON, GARY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HAMPTON, GOTCHER L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HAMPTON, ROSEMOND T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068    CUPIT, DANNY E, HANEY, HUGH J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HANLEY, EVELYN E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HANSEN, LEONARD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HANSEN, RIGMOOR, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HARALSON, MARIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HARLOS, HENRY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HARRELL, ELLIS O, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HARRIGAN, THOMAS M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HARRIS, BETTY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HARRIS, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HARRISON, ANNIE L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HARRISON, CHARLES H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HARTMAN, LILLIE M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HARTMANN, ELLEN L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HASEL, ARTHUR, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HASTINGS, GLORINE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HATCH, DOROTHY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HEALY, RITA A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HEARSEY, MARY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HEIDTKE, MARGIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HELGERUD, BERGER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HELMERS, LAIN ANN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HENDERSHOTT, FREDA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HENDERSON, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HENRY, CAROL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HENRY, FRANK, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HENSLEY, JAMES W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HERBER, EMANUEL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HERBER, GERALD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068    CUPIT, DANNY E, HERMES, JOSEPH R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

---

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | CUPIT, DANNY E, HERMOSILLO, MAURILIO T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HEWITT, JOSEPH J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HICKS, RONNIE L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HIGGENBOTHAM, OLIVE J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HIGGS, SAM L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HILDERGRAND, LETHA T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HILL, LORENZA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HINCH, JOSEPH E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HINES, RAYMOND, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HITE, PAUL L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HOGAN, HOPE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HOLT, VIRGINIA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HOMES, BERT V, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HORSWELL, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HOUSE, VIRGINIA L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HOVEN, LELON C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HOWARD, LAIN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HUBER, NORMAN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HUBER, WALTER J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HUHN, GERALD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HUMPHRIES, EDWIN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HUNLEY, ROSCOE D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HUNSICKER, FRANK, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HUNSICKER, GEORGE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HUNTER, OSCAR L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HUYGEN, FRITZ, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, HYSOHIRKA, WILLIAM, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, IRWIN, CHARLES, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, IRWIN, NANCY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, IRWIN, WILLIAM G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | CUPIT, DANNY E, JACKSON, ARTIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JACKSON, CHARLOTTE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JACKSON, DOYLE E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JACKSON, PATRICIA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JACOBS, CHARLOTTE W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JAMES, ISABEL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JAMES, RAYMOND A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JANTZEN, FRANK W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JANZEN, HENRY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JENKINS, BEN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JENKINS, JEREMIAH R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JESCH, MARGARET, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JOHNSON, ANDREW J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JOHNSON, CAROL L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JOHNSON, JUNE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JOHNSON, LENNIE B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JOHNSON, LOIS M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JOHNSON, ROBERT C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JOHNSTON, VIRGINIA N, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JOHSON, ELBERT, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JONES, CURTIS N, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JONES, DEWALTER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JONES, HAROLD P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JONES, SCOTT H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JORDAN, ALICE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JORDAN, CLAUDINE M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JORGENSEN, CLARENCE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JULSON, ESTHER A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, JUNG, KENNETH J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KAHELE, DONALD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CUPIT, DANNY E, KARICKI, JENNY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KARLSSON, ANDERS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KATANICK, MARTIN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KATANICK, WILLIAM, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KAUFMAN, JOSEPH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KAVANAUGH, GENEVIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KEENAN, MATTHEW, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KEENAN, NICHOLAS G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KELLY, MELVIN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KELSEY, BETTY J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KEMPTER, ROBERTA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KENNEDY, THOMAS W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KILGORE, EDD B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KING, ROYCE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KINTZ, JAMES L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KINTZ, WILLIAM, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KISIL, MIROSLON, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KITTELSON, JANICE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KITTRELL, LINDA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KLACKOWSKI, MARGARET, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KLANCAR, TONY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KLARKE, KAREN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KLOPSTEG, KARL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KNIGHT, RUDOLPH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KNOTT, EVERETT, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KOHLER, CECELIA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KOHUT, DORIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KOLLING, LOUIS H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KOPLAN, VIRGINIA G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, KROPACZEWSKI, VIRGINIA G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

| | |
|---|---|
| 21068 | CUPIT, DANNY E, KYLES, CLARENCE I, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LACHER, JAMES L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LAFFERY, FRANCES G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LAGNE, LUCIEN L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LAHUIS, GORDON, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LAI, MARGO, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LAKASCHUS, GUNTER R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LANG, JOSEPH A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LANGE, ORVILLE E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LANGFORD, DON C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LANGHANS, HILDEGARD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LANGLEY, MARVIN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LARSEN, PETE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LARWIN, KENNETH L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LARWIN, THOMAS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LAUGHLIN, H C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LAUGHLIN, HENRY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LAVECK, MARION E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LAWLER, PATRICK, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LEE, KEVIN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LEE, PAT, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LEFEBVRE, MARCEL J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LEMASTERS, GERALDINE Q, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LEWIS, BERNICE S, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LEWIS, HELEN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LINDBERG, BETTY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LINDQUIST, LELA S, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LINTZ, LUCILLE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LIPPA, CATHERINE A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LIPTROT, BERTAH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| 21068 | CUPIT, DANNY E, LISTER, LOIS P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LITTLES, LEWIS J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LIVINGSTON, CLAUDE E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LIZIK, GLORIA M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LOCKE, FLORENCE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LOCKHART, BENJAMIN L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LOCKLIN, JAMES L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LOCKLIN, SCOTT, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LONG, HELEN M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LONG, SHELBY M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LORD, RACHEL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LOVE, LYNN M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LOVELADY, SALLY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LOVELAND, SENIADA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LUDWIG, MARTHA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LUNDE, HARLAN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LUNDE, MICHAEL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, LYDE, JOHNNY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MAASK, HARRY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MACKIE, THOMAS E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MAGGIO, JOSEPH W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MAITLAND, WILLIAM B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MANHEY, VERA L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MANWARE, LILLIAN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MARCHANT, WANDA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MARGENTINA, DOMINICK J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MARINO, MARY J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MARLAR, FAITH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MARR, MABEL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MARTIN, HOWARD G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CUPIT, DANNY E, MARTIN, JAMES A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MARTIN, LESLIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MARTIN, WALLACE N, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MARTOS, GRACE L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MASON, JR., CHARLES, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MASON, MARY R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MATHIS, EVELYN V, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MATTHEWS, JULIUS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MATTIE, VERA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MATWIE, MAXIM, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCADIE, LORNE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCARTHUR, RALPH A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCAVOY, BARNARD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCCALIP, CARL E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCCORVEY, VERA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCELHANEY, FRANK, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCGILL, NAOMI, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCGOWAN, BATES O, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCHEN, LEE E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCHUGH, FRANCIS E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCKEE, ALEXANDER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCKIDDIE, DANIEL J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCMURRAY, JOHN C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCNELLEY, MADALENE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MCPHERSON, LOUIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MEADE, DORIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MERRIFIELD, LLOYD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MERRILL, BARBARA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MERTIG, RICHARD S, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MEYERS, FRANK E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   CUPIT, DANNY E, MICKELSON, PAUL R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MILENOWSKI, BERTHA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MILLER, MEYER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MILLER, RALPH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MILLER, SHEVERIA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MILLER, SR., HARRISON, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX
        22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MILNE, ALEXANDRE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MINCHEW, NEWMAN H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MINOR, JOSH T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21069   CUPIT, DANNY E, MINOR, JOSH T, LAW OFFICES OF DANNY E CUPIT PC, PO BOX 22929, 304 N
        CONGRESS ST, JACKSON, MS, 39201-1601

21068   CUPIT, DANNY E, MINOR, THOMAS J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MINOSKY, WALTER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MITCHELL, FRANK E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MITCHELL, LELAND N, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MOE, LEWIS M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MONACO, PHILIP, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MONAHAN, JOSEPH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MOORE, ELIZABETH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MOORE, HAROLD H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MORGAIN, BEATRICE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MORGAN, PEGGY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MORRIS, FLORENCE K, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MORRIS, GEORGE W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MORRIS, GEORGE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MORRISON, HARRY A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MORRONE, FRANCESCO, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX
        22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MORROW, CONSUELO, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MORSE, PHYLLIS J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MORTON, LOUIS W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, MOSES, MILDRED, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
        JACKSON, MS, 39225-2929

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | CUPIT, DANNY E, MULLEAGUE, ANNA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MULLEN, OLLIE F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MULLIGAN, WILLIAM, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MUNDELL, JERRY D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MURRAY, JAMES A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, MURRAY, NEAMIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NATLI, GENE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NECZPOR, STEPHEN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NELSON, STANLEY S, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NICHOLAS, ROBERT D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NICHOLL, FREDERICK, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NICKELL, ONA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NIZLIK, STANLEY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NOBLES, WILLIAM O, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NOLIUS, VICTOR, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NORRIS, LAURA A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NORRIS, MARGARET J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NOVAK, KATHRYN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, NYMAN, VALTAR, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, OBRIEN, FRANCIS B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, OCONNOR, DANIEL W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, OCONNOR, EDWARD J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, ODONNELL, PATRICK, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, OFDENKAMP, LOIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, OFFER, ROY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, OLSEN, CONRAD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, OLSON, ERIC A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, ORTIZ, MARILYN A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, OSBORN, RUBY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, OSTROM, FRED, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

Svc Lst  Name and Address of Served Party

---

21068  CUPIT, DANNY E, OSWALT, IRANE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, OVERLIN, MARTHA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, OVERTON, LAWRENCE W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, OWENS, CALVIN W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, OWENS, SR., H. B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PACE, NOLA MAE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PALMER, VIVIAN M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PANZETTA, GARY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PARK, SR., ERNEST L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PARKER, ELIZABETH W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PARKER, MILTON H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PARKER, SYBIL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PARKINSON, GARTH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PARRY, ARTHUR, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PARSONS, PATRICIA A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PARTAIN, WILLIAM P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PASULA, EDWARD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PATTERSON, JAMES R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PATTON, ROBERT C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PAYNE, KENNETH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PEARSON, WILLIAM F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PEDERSON, THOMAS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PEDLICO, SYLVIA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PERRY, PETER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PETERSON, ARVIL P, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PFENNING, EVELYN D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PHILLIPS, BETTY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PHILLIPS, DOROTHY M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PHILLIPS, JUNIOR W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, PHILLIPS, OMER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | CUPIT, DANNY E, PHILLIPS, THOMAS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PICKWICK, PRINCETON, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PIRAS, ANTHONY A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PITTS, JOHN J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PLACHINSKI, ADALINE H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PLACHINSKI, ADALINE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PLATT, GEORGE D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PODKUL, JOHN J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, POINTER, ATHALEE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, POOLSON, LARRY T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, POSEY, JAMES D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, POST, ROBERT, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, POTTER, INA M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, POTTER, SHIRLEY T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, POTTER, VIRGINIA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, POTTINGER, WILLIAM H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, POTTS, ELIZABETH A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, POWERS, CHARLES, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, POXTON, THOMAS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PRENTICE, WESLEY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PRICE, LEE R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PRIDMORE, TOXIE U, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PRIDMORE, TOXIE V, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PRIEDE, JEORGE L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PRUITT, BESSIE M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PURSLEY, JOHN H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, PURVIS, FLOYD L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, QUISENBERRY, MICHAEL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RACHEL, JOHANNA E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RACICOT, EDMUND, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

| | |
|---|---|
| 21068 | CUPIT, DANNY E, RACICOT, HENRY E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RACKLEY, DANIEL C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RAINSFORD, EDWARD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RAPUNO, MARY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RARDIN, ROSA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RASMUSSEN, CARMON, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, REAGIN, CHARLES M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, REARDON, JOHN F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, REDINGER, LOUISA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, REDMON, MARCELLA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, REED, IRENE B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, REEVES, THEODORE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, REGNIER, ALBERT H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, REHEUSER, FRANK J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, REICH, EDIT I, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, REID, CLARENCE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, REID, WILLIAM G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RENAULT, IRENE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, REYES, CHRIS A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RICE, ADELINE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RICHARDS, DON D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RICHARDS, ROY R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RICHIO, JESSIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RICHT, KARL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RICKMAN, AUDREE I, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RILEY, EDDIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, RIVET, JUANITA M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, ROAN, RUFFIAN N, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, ROBBINS, WILLIAM L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, ROBERTS, ANTHONY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  CUPIT, DANNY E, ROBINSON, ALLEN C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROBINSON, FRANCIS W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX
       22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROBINSON, WILLIAM A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, RODEN, JUNE L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, RODGERS, STEPHEN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, RODRIGUE, RITA M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROGERS, ALBERT D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROLLEPT, ROBERT L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROSSI, JOSEPH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROTHERMEL, GEORGE S, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX
       22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROTHWELL, PATRICK E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX
       22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROWE, DEWEY H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROWE, LOU A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROWE, WILEY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROWLAND, MARY J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROWLEY, ELLEN K, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, ROWLEY, ELLEN M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, RUARK, FLORENCE K, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, RUDD, GARY T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, RUFFINS, MARY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, RUTH, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, RUTHERFORD, GEORGE N, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX
       22929, JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, SAMPSON, MARY L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, SANDS, LEO, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, SANTOS, INA H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, SARAFIN, PATRICIA G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, SATHREY, CAROLINE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, SAUNDERS, MAXINE T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, SAUR, ARTHUR F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

21068  CUPIT, DANNY E, SAVAGE, BERTA W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929,
       JACKSON, MS, 39225-2929

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CUPIT, DANNY E, SCARBOROUGH, FAYE E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SCARBROUGH, FAYE E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SCHAPANSKY, ANNE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SCHAPANSKY, JACOB, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SCHUEGEL, JONIE J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SCHUMAN, JACK, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SCOTT, CHARLES W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SCOTT, RICHARD M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SCRUGGS, GERALDINE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SEE, GARY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SEGURA, ADELAIDO G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SEGURA, AMALIA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SELLERS, BETTY L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SENECHAL, VIOLA H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SEVERIN, EVELYN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SHAFFER, WILLIAM D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SHAMBLIN, PAULINE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SHAMBO, DORA M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SHAW, JOHNNIE E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SHAW, LETA N, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SHECKELLS, RUTH I, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SHECKELLS, RUTH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SHIDELER, NORMAN E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SHINNEBARGER, MILDRED, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SHIRLEY, THOMAS J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SHUGART, MARITA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SHUPING, VERN E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SIEFKEN, JOHN R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SILVA, BARBARA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SIMMONS, VERNON C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | CUPIT, DANNY E, SIMPSON, DOROTHY B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SIMS, GERTRUDE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SISSON, LOUIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SKIDMORE, EDMUND E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SLAID, STELLA G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SLATER, EBBA L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SLATER, SR., PAUL E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SLAVIK, WILDA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SLAYDON, MARIE S, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SLOBODIAN, ELMER, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SLOBODZIAN, JEAN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SMITH, CHARLES H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SMITH, CHARLES, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SMITH, EDITH L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SMITH, EMMET L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SMITH, GRACE L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SMITH, JAMES E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SMITH, JOSEPH C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SMITH, MAE G, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SMITH, NORMAN F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SMITH, TILOUS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SMITH, TOXEY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SNEAD, DORIS W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SNYDER, W E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SOCIA, DOICE J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SOELTER, HAROLD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SOURNIGAN, ALBERTA F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SPAWN, JOSEPH A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SPRINCE, BENJAMIN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |
| 21068 | CUPIT, DANNY E, SPRINGER, LAUREL A, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 |

Svc Lst  Name and Address of Served Party

---

21068   CUPIT, DANNY E, STAFSHOLT, MELVIN H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STEELE, DAVID E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STEELE, KARL M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STEELE, LOUIS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STEINKIRCHNER, JULIA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STEPHENSON, HARRY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STEVENS, JOSEPHINE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STEVENSON, GEORGE L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STEWART, RICHARD R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STINERT, JOSEPH, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STOCK, HENRY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STOCKTON, HAROLD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STOREY, JOYCE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STRACHAN, EDWARD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STRAIT, JOYCE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STRICKLAND, G E, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STRICKLAND, JR., JAMES N, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STRONG, BILLIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, STUDNICKI, DOLORES, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, SUNDBERG, LAWRENCE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, SUPKO, PAUL R, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, SWANSON, ARNOLD, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, SWEARINGEN, JIM, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, SWEEZY, ISABELL L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, SWENSON, JUDITH L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, SZANTAI, FRANK, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TATARYN, PHYLISS, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TATE, MINNIE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TATUM, SIDNEY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TAYLOR, DONALD C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

**Svc Lst  Name and Address of Served Party**

21068   CUPIT, DANNY E, TEDFORD, MAE M, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, THARP, CECIL C, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, THOMAS, FLOYD J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, THOMAS, LORENE L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, THOMAS, LORENE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, THOMAS, LZETTA L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, THOMPSON, BEATRICE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, THOMPSON, JAMES D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, THOMPSON, JIM H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, THORDARSON, HELGI, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, THORDSRSON, CHARLOTTE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, THORNE, CECIL, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TITMAS, GEORGE, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TORUM, DOROTHY, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TOUNEENE, LYDIA, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TRANUM, CAROLYN W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TRANUM, CAROLYN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TRAVIS, ROY W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TUCKER, ROBERT, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TUREK, JOHN S, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TURKNETT, JOHN, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TURNER, HENRY J, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TURNER, ROBERT H, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TURNER, RYNESS B, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, TWOMBLEY, LEWIS W, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, UNDERWOOD, HAZEL L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, URSINI, LOUIS F, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, VALERIO, HENRY T, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, VANAMBURG, JOHN D, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929

21068   CUPIT, DANNY E, VANCLEVE, ROGER L, DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929