**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | DAVID M LAYTON, PERRONE, WILLIAM M, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PERRY, RALPH M, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PESSIN, JACK, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PETERSON, ARTHUR C, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PHIPPS, THOMAS W, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PICONE, ALFONSO J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PIKE, JOHN P, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PIKE, LEANDER J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PINCIARO, PHILIP R, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PISCITELLI, ANTHONY, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PIZZI, MICHAEL, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PLACHOWICZ, DANIEL J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, POLASKI, FRANK J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, POPHAM, SR., LAWRENCE B, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PORCARO, ANGELO, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, POTASHNICK, ABRAHAM, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, POTTER, ALLEN R, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, POWERS, FRANK M, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, POWERS, ROBERT, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, POWERS, WILLIAM F, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PRATT, ELAINE L, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PRATT, WILMOT R, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PULLEY, SR, CLARENCE, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, PULSIFER, ALBERT J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, QUIMBY, LEROY R, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, QUIN, ROBERT E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, QUINN, BEVERLY A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, QUINN, JOHN J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, RAINEN, ARTHUR O, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, RAWINSKI, DENNIS, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  DAVID M LAYTON, REBELLO, GEORGE, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, REGAN, ROBERT J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, REMMES, ROBERT J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, RENTSCHLER, OSCAR, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, REYNOLDS, WILLIAM C, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, RHOADES, GEORGE P, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, RICCI, PHILIP, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, RICHARDSON, VERNER, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, RILEY, JAMES W, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, RILEY, WILLIAM, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, RIVERS, FRANKLIN A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROACH, EDWARD L, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROBERTS, GEORGE E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROBERTSON, JAMES, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROBICHAUD, EMERY, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROBINSON, BRIAN, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROCHON, THOMAS A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, RODGERS, RICHARD U, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROGERS, FRANCIS J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROGUE, FRANK R, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROHRER, DONALD K, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROLLO, WILLIAM J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROLLOCK, PHILIP B, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, RONKETTE, BRUCE D, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROOSA, ALBERT F, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROSATI, ANTONIO, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROSE, DAVID, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROSENTHAL, NATHAN, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROSS, NORMAN K, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, ROSSI, LOUIS, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    DAVID M LAYTON, ROURKE, GEORGE L, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, ROY SR., CLARENCE E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, ROY, CLARENCE  SR E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, ROY, GILLIS P, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, ROY, LOUIS S, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, RUSSO, RAYMOND, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, RYAN, JAMES C, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, RYAN, JEAN, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, RYAN, PETER E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, RYAN, VINCENT B, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SADOR, LEONARD, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SADOWSKI, WALTER J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SAMPSON, NORMAN, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SANCRANTI, CHARLES R, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SANTANGELO, PATRICIA  EXEC, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SANTOSUOSSO, FRED A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SAPIENZA, JAMES V, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SARDINA, JOHN J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SARFATY, EDWARD L, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SAUNDERS, THOMAS, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SCANLON, EDWARD J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SCANSAROLI, ARTHUR J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SCHULTZ, E R, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SCIRPOLI, MATTEO F, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SELIVONCHIK, WALTER, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SELLERS, SR, IVRA, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SEWARD, RICHARD, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SHAW, JOHN J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SHAW, WILLIAM C, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, SHEA, DAVID V, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  DAVID M LAYTON, SHEA, PAUL C, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SHEEHAN, RICHARD J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SHEEHAN, THOMAS F, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SHERIDAN, JOSEPH, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SHERRICK, EDWARD, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SHIFFLETT, VERNON, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SIERSEMA, MARY P, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SILVA, VICTOR, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SILVIA JR., MANUEL, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SIMS, RALPH J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SIMS, ROBERT T, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SINGER, DANIEL, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SMART, ARTHUR W, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SMITH, CARL E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SMITH, JAMES W, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SMITH, LESTER P, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SMITH, ROY G, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SNOW, RONALD E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SOLOMON, ROBERT W, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SPIEGEL, SAMUEL, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SPINALE, KENNETH P, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SPINALE, RICHARD C, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SPINALE, RICHARD, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SPINALE, STEVEN M, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SPIVEY, SR, CHARLES S, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SPRAGUE, WALTER, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, SPRUILL, JOHN J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, STATES, MELVIN J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, STEEN, ALMA L, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068  DAVID M LAYTON, STEEN, JAMES A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | DAVID M LAYTON, STEWART, WILLIAM W, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, STGERMAIN, RAYMOND, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, STOKES, WALLACE, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, STORMS, ALVIN T, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, STOUFFER, RUSSELL A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, STRAUB, ROBERT O, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, STRICKLAND, WILLIAM A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, STRUBLE, ROBERT O, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, SULLIVAN, ANDREW J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, SULLIVAN, ARTHUR J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, SULLIVAN, EDWARD D, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, SULLIVAN, FRANCIS, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, SULLIVAN, JAMES F, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, SUNNERBERG, HARRY E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, SURETTE, JOHN E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, SUVALSKY, MATTHEW, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, SVELNIS, LUNGEN, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, SYKES, DONALD A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, SYKES, FREDERICK, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, TARVER, WILLIAM E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, TAYLOR, GORDON M, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, TAYLOR, LEMUEL E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, TAYLOR, WILLIAM C, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, TERLIZZI, ARTHUR R, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, TERRIO, EDWARD, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, TETRAULT, EDGAR, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, THEODOSIS, CONSTANTINE M, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, THOEDOSIS, CHARLES M, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, THOMAS, EDGAR R, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, THOMPSON, EDWARD H, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |

Svc Lst  **Name and Address of Served Party**

21068   DAVID M LAYTON, THOMPSON, GROVER C, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, THOMPSON, HERBERT L, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, THORPE, JOHN I, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, TILLEY, ROBERT, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, TINGLEY, HARVEY, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, TINSLEY, AUGUSTUS G, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, TISCIONE, VINCENT, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, TORTORELLI, MICHAEL, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, TORTORICI, LAWRENCE M, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, TOWER, EUGENE W, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, TOWER, JOSEPH, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, TRAVERS, VALMORE L, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, TRUELSON, KARL W, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, TUFTS, BLAINE E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, TURNER, ELDER W, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, UNDERWOOD, LEONARD I, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, VALENCIUS, PAUL J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, VALENTINO, PETER A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, VANASSE, REJEAN, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, VANELLI, EUGENE, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, VARGAS, ALBERT, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, VELLEMAN, ELLIOT H, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, VENTURA, ALESSIO J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, VEY, CHARLES, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, VIDITO, EDWARD F, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, VOSE, ROGER E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, WAITT, HERBERT F, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, WALDER, MICHAEL J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, WALKER JR, MICHAEL J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068   DAVID M LAYTON, WALKER, ROBERT R, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

Svc Lst    Name and Address of Served Party

21068    DAVID M LAYTON, WALSH, JOHN P, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WALTER SR., HENRY J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WARD, BARBARA A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WARD, JOHN J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WARD, PAUL L, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WARD, RUTH G, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WARNER, FERDINAND W, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WATERMAN, STANLEY, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WAYMAN, KENNETH H, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WEBBER, WALTER P, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WEEKS, WARREN C, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WEINBERG, ABRAHAM P, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WELCH, EDWARD J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WELCH, JOHN, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WELDON, ERNEST, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WELLS, RICHARD, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WHALEN, WALTER S, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WHEATLEY, JOSEPH F, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WHEELER, FRANKLIN L, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WHITE, ARTHUR J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WHITE, FRANK H, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WHITE, LEONARD J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WHITNEY, ROBERT W, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WHITTAKER, RICHARD D, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WHITWORTH, GUY N, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WIESZBICKI, JOSEPH, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WILLARD, ROBERT J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WILLHITE, VICTOR E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WILLIA, RICHARD S, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

21068    DAVID M LAYTON, WILLIAMS, PAUL, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | DAVID M LAYTON, WILLIS, RICHARD S, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WILSON, CARL A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WILSON, ROBERT H, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WINCHESTER, STANLEY, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WINSOR, JOHN R, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WINTER, FREDERICK F, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WOJCIECHOWSKI, THOMAS, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WOMERSLEY, JOSEPH, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WOOD, ARTHUR E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WOODS, JOHN E, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WOOL, CORNELIUS S, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WORSHAM, JACK L, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WRIGHT, JOHN J, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WUORI JR., WILLIAM A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, WYCHE, JR, GEORGE, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, YEO, WILLIAM, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, YOUNG, PETER, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, ZAMMITO, JOHN S, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, ZAMPINE, JOHN A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, ZEOLLA, MICHAEL A, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, ZETES, PETER W, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, ZEULI, MICHAEL T, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LAYTON, ZIEHLER, ROBERT G, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 |
| 21068 | DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | DAVID, AMIEL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DAVID, AMIEL E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | DAVID, FRANK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | DAVID, GARDNER, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | DAVID, GORDON, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | DAVID, GORDON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DAVID, JACK, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |

**Svc Lst  Name and Address of Served Party**

21068   DAVID, JACK, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21069   DAVID, JONATHAN, RITTER, DEAN, THE DAVID LAW FIRM, 10655 SIX PINES RD, SPRING, TX, 77380-1444

21068   DAVID, JOSEPH R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   DAVID, JR, ALVIN L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DAVID, LEDELL, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   DAVID, WILSON J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   DAVIDE, DANNY A, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   DAVIDE, DANNY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DAVIDIAN, JAMES H, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DAVIDSON, A J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIDSON, ALBERT G, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21069   DAVIDSON, ALBERT G, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024

21068   DAVIDSON, ALBERT L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DAVIDSON, ALBERT L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DAVIDSON, BERNARD, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   DAVIDSON, CALVIN L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DAVIDSON, CALVIN L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DAVIDSON, CECIL B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIDSON, CHRISTINE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DAVIDSON, CHRISTINE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAVIDSON, CHRISTINE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DAVIDSON, CLYDE B, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   DAVIDSON, CLYDE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIDSON, DAVID E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIDSON, DAVIDSON S, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DAVIDSON, DORIS A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIDSON, DORIS A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DAVIDSON, FLORENCE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   DAVIDSON, GENE T, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   DAVIDSON, GLENDON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAVIDSON, GRANT O, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21069   DAVIDSON, HOWARD R, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21069   DAVIDSON, HOWARD R, THE LAW FIRM OF ANONIO PYLE, 227 COMMERCIAL AVENUE SECOND FLOOR, PITTSBURGH, PA, 15215

21068   DAVIDSON, JAMES P, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   DAVIDSON, JAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAVIDSON, JOHN G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DAVIDSON, JOHN G, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068   DAVIDSON, JOHN W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIDSON, JR, ABEL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIDSON, JR, CLAUDE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   DAVIDSON, JR, CLAUDE, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   DAVIDSON, JR, GEORGE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIDSON, JR, PAUL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAVIDSON, JR, WILLIS C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIDSON, L D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIDSON, LEALON N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIDSON, LEALON N, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   DAVIDSON, NATHANIEL L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIDSON, PAUL W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAVIDSON, PHILIP, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DAVIDSON, RAY E, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   DAVIDSON, RAYMOND C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIDSON, RAYMOND, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DAVIDSON, RICHARD B, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   DAVIDSON, ROBERT L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DAVIDSON, ROBERT L, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21069   DAVIDSON, ROBERT L, MCCURDY & MCCURDY, 44 MONTGOMERY STREET, 8TH FLOOR, SAN FRANCISCO, CA, 94104

21068   DAVIDSON, ROBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   DAVIDSON, ROLAND L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIDSON, RONALD C, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   DAVIDSON, RONALD, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DAVIDSON, RONALD, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DAVIDSON, ROSE H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DAVIDSON, SR, FRED K, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   DAVIDSON, SR, FRED K, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DAVIDSON, SR, WILLIE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIDSON, THOMAS E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIDSON, THOMAS J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIDSON, THOMAS J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DAVIDSON, THOMAS R, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DAVIDSON, WESLEY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21069   DAVIDSON, WILLIAM C, THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   DAVIDSON, WILLIAM C, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   DAVIDSON, WILLIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAVIE, EVAN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   DAVIES, DONALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DAVIES, HAROLD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAVIES, JOHN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   DAVIES, KENNETH F, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   DAVIES, KENNETH F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAVIES, PHILIP, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   DAVIES, RICHARD A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   DAVIES, ROBERT D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DAVIES, THOMAS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAVIES, WILLIAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   DAVILA, ANDRES, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068   DAVILA, PRISCILIANO R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAVIS JR., ROBERT E, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   DAVIS JR., ROBERT E, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   DAVIS, A G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DAVIS, ADELLE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIS, ALBERT L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DAVIS, ALBERT, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   DAVIS, ALCIDE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   DAVIS, ALENE J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   DAVIS, ALENE J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   DAVIS, ALFRED, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DAVIS, ALGIE F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIS, ALLEN S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAVIS, ALLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIS, AMADEE G, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   DAVIS, ANNIE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DAVIS, ANNIE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DAVIS, ANNIE M, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | DAVIS, ANNIE P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | DAVIS, ANNIE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | DAVIS, ANNIE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | DAVIS, ANTHONY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, ARCHIE R, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | DAVIS, ARNA C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | DAVIS, ARTHUR D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DAVIS, ARTHUR W, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101 |
| 21068 | DAVIS, ARTHUR, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | DAVIS, ARTIS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | DAVIS, ARVAL B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | DAVIS, AUDIE Z, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | DAVIS, B L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | DAVIS, B L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | DAVIS, BASIL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | DAVIS, BEATRICE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | DAVIS, BEN T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DAVIS, BEN T, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | DAVIS, BEN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | DAVIS, BEN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | DAVIS, BENJAMIN F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DAVIS, BENNIE W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, BERNICE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, BERTIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | DAVIS, BESSIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | DAVIS, BESSIE M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | DAVIS, BESSIE M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | DAVIS, BETTIE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | DAVIS, BETTIE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | DAVIS, BETTY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | DAVIS, BETTY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | DAVIS, BILLIE R, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | DAVIS, BILLY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | DAVIS, BLUE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | DAVIS, BOBBETTE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | DAVIS, BOBBETTE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | DAVIS, BOBBIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | DAVIS, BOBBIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DAVIS, BOBBY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |

Svc Lst  Name and Address of Served Party

21068   DAVIS, BOBBY W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DAVIS, BOBBY W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DAVIS, BOBBY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   DAVIS, BOBBY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21069   DAVIS, BONNER, BRUEGGER & MCCULLOUGH, PC, TERRI CARPENTER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   DAVIS, BUNNIE J, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   DAVIS, BUNNIE J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DAVIS, C D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DAVIS, C D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DAVIS, CALVIN L, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   DAVIS, CALVIN R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIS, CARL T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIS, CARL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DAVIS, CARMAN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DAVIS, CARRIE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DAVIS, CECIL E, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   DAVIS, CECIL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DAVIS, CECIL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DAVIS, CEOMIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, CHAD L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DAVIS, CHAD L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DAVIS, CHANDLER L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIS, CHARLES B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, CHARLES C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIS, CHARLES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DAVIS, CHARLES H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DAVIS, CHARLES M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DAVIS, CHARLES P, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   DAVIS, CHARLES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, CHARLES W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DAVIS, CHARLES W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DAVIS, CHARLES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, CHARLES, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   DAVIS, CHARLES, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   DAVIS, CHARLES, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   DAVIS, CHARLES, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DAVIS, CHARLES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   DAVIS, CHARLIE A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIS, CHESTER W, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068   DAVIS, CLARA L, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  DAVIS, CLARENCE A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  DAVIS, CLARENCE, 3400 PELICAN, ORANGE, TX, 77630

21068  DAVIS, CLARENCE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  DAVIS, CLARENCE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  DAVIS, CLARENCE, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  DAVIS, CLARENCE, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  DAVIS, CLARICE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  DAVIS, CLAUDE J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  DAVIS, CLAUDIOUS D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DAVIS, CLEMON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DAVIS, CLETUS, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  DAVIS, CLEWIS C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  DAVIS, CLEWIS C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  DAVIS, CLINTON, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  DAVIS, CORNELIOUS, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  DAVIS, DALLIS R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  DAVIS, DANIEL F, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  DAVIS, DARRELL L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069  DAVIS, DAVID A, CASSIDY & ASSOCIATES, MICHAEL P CASSIDY, 4700 ROCKSIDE RD STE 603, CLEVELAND, OH, 44131-2151

21068  DAVIS, DAVID L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DAVIS, DAVID L, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068  DAVIS, DAVID L, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  DAVIS, DAVID S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  DAVIS, DAVID S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  DAVIS, DAVID, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  DAVIS, DELANO R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DAVIS, DELLA L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  DAVIS, DELLA L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  DAVIS, DELROY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DAVIS, DENFORD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  DAVIS, DENNIS D, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068  DAVIS, DENNIS W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  DAVIS, DENNIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DAVIS, DENVER W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DAVIS, DEWAYNE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  DAVIS, DEWAYNE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DAVIS, DONALD M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DAVIS, DONALD M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    DAVIS, DONALD M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    DAVIS, DONALD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069    DAVIS, DONALD, THE FLOYD LAW FIRM PC, 8151 CLAYTON RD STE 202, ST. LOUIS, MO, 63117-1103

21068    DAVIS, DOROTHY A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    DAVIS, DOROTHY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    DAVIS, DOROTHY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DAVIS, DOUGLAS H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    DAVIS, DOUGLAS L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    DAVIS, DOUGLAS L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    DAVIS, DUANE D, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068    DAVIS, DUANE D, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    DAVIS, DURWIN W, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    DAVIS, EARL E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DAVIS, EARL W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    DAVIS, EARL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    DAVIS, EARL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    DAVIS, EARL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DAVIS, EARL, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068    DAVIS, EARLY B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    DAVIS, EARLY B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    DAVIS, ED, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    DAVIS, EDDIE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    DAVIS, EDDIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    DAVIS, EDNA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    DAVIS, EDNA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    DAVIS, EDNA R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    DAVIS, EDSEL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    DAVIS, EDWARD N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    DAVIS, EDWARD N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    DAVIS, EDWARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    DAVIS, EDWARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DAVIS, EDWARD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    DAVIS, EDWARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    DAVIS, ELDORA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    DAVIS, ELDORA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    DAVIS, ELLA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    DAVIS, ELLIOTT D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    DAVIS, ELMER, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    DAVIS, ELTON, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    DAVIS, EMMA L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Svc Lst  Name and Address of Served Party**

21068   DAVIS, ERNEST A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIS, ERNEST, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   DAVIS, ERNEST, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIS, ERVIN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DAVIS, EUGENE A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DAVIS, EUGENE B, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   DAVIS, EUGENE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIS, EUGENE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21069   DAVIS, EUGENE, HOWARD, LAUDUMIEY, MANN, REED & HARDY, 839 ST CHARLES AVENUE, SUITE 306, NEW ORLEANS, LA, 70130-3715

21068   DAVIS, EUGENE, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   DAVIS, EVALINE E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAVIS, EWELL W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIS, FLORA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIS, FLORA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DAVIS, FLOYD L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   DAVIS, FORD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DAVIS, FRANCES, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   DAVIS, FRANCIS, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   DAVIS, FRANCIS, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   DAVIS, FRANK G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, FRANK R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIS, FRANK R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DAVIS, FRANKLIN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIS, FRED W, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   DAVIS, FRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAVIS, G J, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DAVIS, GARLAND, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   DAVIS, GARY G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DAVIS, GARY G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DAVIS, GEORGE B, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   DAVIS, GEORGE W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIS, GEORGE W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DAVIS, GEORGE W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DAVIS, GEORGIA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   DAVIS, GEORGIA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   DAVIS, GERALD L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DAVIS, GERALD, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   DAVIS, GLEN F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, GLORIA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DAVIS, GLORIA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    DAVIS, GLYNN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    DAVIS, GUSS E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DAVIS, GUY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DAVIS, HALPEN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    DAVIS, HARLON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    DAVIS, HARLON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    DAVIS, HAROLD F, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068    DAVIS, HAROLD J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    DAVIS, HAROLD L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    DAVIS, HARRISON P, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    DAVIS, HARRY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DAVIS, HARRY, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21069    DAVIS, HARRY, LAW OFFICES OF JONATHAN DAVID P C, THE SPURWOOD BUILDING #260, 10655 SIX PINES DRIVE, THE WOODLANDS, TX, 77380

21068    DAVIS, HAYWOOD, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    DAVIS, HAZEL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    DAVIS, HELEN J, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068    DAVIS, HELEN J, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068    DAVIS, HELEN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    DAVIS, HELEN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    DAVIS, HENRY A, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    DAVIS, HENRY A, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068    DAVIS, HENRY E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    DAVIS, HENRY E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    DAVIS, HENRY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    DAVIS, HENRY L, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068    DAVIS, HENRY L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    DAVIS, HENRY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    DAVIS, HENRY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    DAVIS, HERBERT R, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    DAVIS, HERMAN S, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    DAVIS, HERMAN S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DAVIS, HERMAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    DAVIS, HERMAN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    DAVIS, HILDA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    DAVIS, HILDA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    DAVIS, HORACE A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DAVIS, HOWARD C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    DAVIS, HOWARD H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DAVIS, HOWARD M, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    DAVIS, HOYT W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DAVIS, HUBERT D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DAVIS, HUGH D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    DAVIS, HURLEY, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068    DAVIS, IDELL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    DAVIS, IRA L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    DAVIS, IRENE C, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068    DAVIS, ISSAC, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    DAVIS, J C, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069    DAVIS, JACK J, PRESTON BUNNELL & STONE LLP, 1500 SW 1ST AVE STE 770, PORTLAND, OR, 97201-5837

21068    DAVIS, JACK K, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068    DAVIS, JACK L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DAVIS, JACKIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    DAVIS, JAKE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    DAVIS, JAKE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    DAVIS, JAMES A, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21069    DAVIS, JAMES A, THE CALWELL PRACTICE, PLLC, PO BOX 113, CHARLESTON, WV, 25321

21068    DAVIS, JAMES C, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    DAVIS, JAMES C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    DAVIS, JAMES C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    DAVIS, JAMES D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    DAVIS, JAMES D, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    DAVIS, JAMES D, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    DAVIS, JAMES F, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    DAVIS, JAMES G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    DAVIS, JAMES H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    DAVIS, JAMES H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    DAVIS, JAMES K, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068    DAVIS, JAMES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    DAVIS, JAMES M, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068    DAVIS, JAMES M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DAVIS, JAMES M, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068    DAVIS, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DAVIS, JAMES R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

Svc Lst  **Name and Address of Served Party**

21068  DAVIS, JAMES T, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  DAVIS, JAMES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DAVIS, JAMES W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  DAVIS, JAMES W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  DAVIS, JAMES W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DAVIS, JAMES W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DAVIS, JAMES W, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068  DAVIS, JAMES, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  DAVIS, JAMES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DAVIS, JAMES, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  DAVIS, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  DAVIS, JASPER E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DAVIS, JASPER W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DAVIS, JEFFREY C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  DAVIS, JEFFREY C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  DAVIS, JENNINGS F, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  DAVIS, JENNINGS F, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  DAVIS, JEROME G, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068  DAVIS, JEROME G, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  DAVIS, JERRY A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  DAVIS, JERRY A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  DAVIS, JERRY D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  DAVIS, JERRY D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  DAVIS, JERRY D, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  DAVIS, JERRY F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DAVIS, JERRY P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  DAVIS, JERRY W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DAVIS, JESSE A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DAVIS, JESSE A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DAVIS, JESSIE J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DAVIS, JESSIE J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  DAVIS, JESSIE J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  DAVIS, JESSIE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  DAVIS, JESSIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  DAVIS, JIM, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  DAVIS, JIM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DAVIS, JIM, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  DAVIS, JIMMIE A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DAVIS, JIMMIE L, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  DAVIS, JIMMIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  DAVIS, JIMMIE L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  DAVIS, JIMMIE R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DAVIS, JIMMIE W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  DAVIS, JIMMY L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  DAVIS, JIMMY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  DAVIS, JIMMY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  DAVIS, JIMMY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  DAVIS, JOANN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  DAVIS, JOANN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  DAVIS, JOE N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DAVIS, JOE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  DAVIS, JOEL H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DAVIS, JOHN A, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  DAVIS, JOHN A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DAVIS, JOHN A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  DAVIS, JOHN B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  DAVIS, JOHN B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  DAVIS, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DAVIS, JOHN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DAVIS, JOHN D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  DAVIS, JOHN DANIEL, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  DAVIS, JOHN E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  DAVIS, JOHN E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  DAVIS, JOHN E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  DAVIS, JOHN E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  DAVIS, JOHN F, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  DAVIS, JOHN M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  DAVIS, JOHN R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DAVIS, JOHN R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DAVIS, JOHN S, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  DAVIS, JOHN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  DAVIS, JOHN, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

Svc Lst  Name and Address of Served Party

21068   DAVIS, JOHNNIE R, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   DAVIS, JONATHAN I, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DAVIS, JORDAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIS, JORDAN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DAVIS, JOSEPH L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DAVIS, JOSEPH L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAVIS, JOSEPH L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DAVIS, JOSEPH, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DAVIS, JOSEPH, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   DAVIS, JOSEPH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DAVIS, JOYCE C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DAVIS, JOYCE C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DAVIS, JR, ALBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIS, JR, ALTONIA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIS, JR, ARTHUR R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DAVIS, JR, BARBARA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DAVIS, JR, BARBARA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DAVIS, JR, CLARENCE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, JR, EDDIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAVIS, JR, EDDIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DAVIS, JR, EDWARD C, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068   DAVIS, JR, FELTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, JR, FELTON, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068   DAVIS, JR, FRANKLIN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIS, JR, FRED, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   DAVIS, JR, FRED, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   DAVIS, JR, GABE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   DAVIS, JR, GEORGE A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DAVIS, JR, GEORGE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIS, JR, GILBERT M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, JR, HARDY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DAVIS, JR, HENRY E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DAVIS, JR, HENRY E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DAVIS, JR, JAMES, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   DAVIS, JR, JAMES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   DAVIS, JR, JAMES, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   DAVIS, JR, JEREALEAN, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DAVIS, JR, JEREALEAN, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | DAVIS, JR, JERRY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | DAVIS, JR, JETTIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, JR, JILES N, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | DAVIS, JR, JOHN L, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | DAVIS, JR, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DAVIS, JR, JOHN, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | DAVIS, JR, LEON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, JR, LUDIE, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21068 | DAVIS, JR, MARION, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DAVIS, JR, MARK N, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | DAVIS, JR, PLUMMER, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | DAVIS, JR, RICHARD L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, JR, TOMMIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DAVIS, JR, WALTER, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | DAVIS, JR, WALTER, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | DAVIS, JR, WILLIAM, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | DAVIS, JR, WILLIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | DAVIS, JR, WILLIE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | DAVIS, JR, WILLIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | DAVIS, JR, ZACK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, JR., ALTONIA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | DAVIS, JR., ISAAC, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | DAVIS, JR., ISAAC, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | DAVIS, JR., LUTHER, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | DAVIS, JR., MARK N, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | DAVIS, JR., OTIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DAVIS, JULIUS C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | DAVIS, JUNIOR, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084 |
| 21068 | DAVIS, JUNIOR, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | DAVIS, JUNIOUS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, KEN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | DAVIS, KENNETH B, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | DAVIS, KENNETH E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | DAVIS, KENNETH M, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | DAVIS, KENNETH, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027 |
| 21068 | DAVIS, KEREN, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | DAVIS, LARRY C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | DAVIS, LARRY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | DAVIS, LARRY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21069 | DAVIS, LARRY G, THOMAS A BAIZ, JR, SUITE 316, 600 CENTRAL PLAZA, GREAT FALLS, MT, 59401 |
| 21068 | DAVIS, LARRY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DAVIS, LARRY, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027 |
| 21068 | DAVIS, LARRY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | DAVIS, LAVON L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DAVIS, LAWRENCE B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | DAVIS, LEE A, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046 |
| 21068 | DAVIS, LEE A, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | DAVIS, LEE A, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | DAVIS, LEE D, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | DAVIS, LEE R, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | DAVIS, LEE W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, LEMOYNE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | DAVIS, LEMOYNE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | DAVIS, LENA P, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | DAVIS, LEON W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DAVIS, LEON, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | DAVIS, LEON, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | DAVIS, LEONA, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653 |
| 21068 | DAVIS, LEONARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | DAVIS, LEROY, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | DAVIS, LEROY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | DAVIS, LEROY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DAVIS, LEROY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, LEROY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | DAVIS, LEROY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21069 | DAVIS, LEVOID C, HAROLD J EISENMANN, PC, 2000 W LOOP SOUTH STE 1930, HOUSTON, TX, 77027 |
| 21068 | DAVIS, LEWIS J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | DAVIS, LEWIS J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | DAVIS, LEWIS, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | DAVIS, LILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | DAVIS, LIZZIE B, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | DAVIS, LLOYD K, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | DAVIS, LONNIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | DAVIS, LORAINE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | DAVIS, LORAINE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | DAVIS, LOUIS, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | DAVIS, LOUIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   DAVIS, LOUISE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIS, LOUISE E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DAVIS, LUMARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAVIS, LUMARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DAVIS, LUTHER A, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   DAVIS, LYNDA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DAVIS, M D, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   DAVIS, MALCOLM, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   DAVIS, MARGARET, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   DAVIS, MARLENE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DAVIS, MARTIN E, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   DAVIS, MARVIN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DAVIS, MARVIN L, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   DAVIS, MARVIN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   DAVIS, MARY A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DAVIS, MARY F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIS, MARY I, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DAVIS, MARY I, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DAVIS, MARY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DAVIS, MARY R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DAVIS, MARY R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   DAVIS, MARY, EDDINS & BENNETT LAW FIRM, 4000 TWIN CITY HIGHWAY, PORT ARTHUR, TX, 77640

21068   DAVIS, MARY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DAVIS, MASSIE R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DAVIS, MASSIE R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21069   DAVIS, MATTHEW, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837

21068   DAVIS, MATTIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DAVIS, MAXINE H, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   DAVIS, MAXINE H, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   DAVIS, MCKAY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   DAVIS, MELBA S, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   DAVIS, MELBA S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAVIS, MELBA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DAVIS, MELBA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DAVIS, MELTON, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   DAVIS, MELVIN L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DAVIS, MELVIN, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  DAVIS, MICHAEL A, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  DAVIS, MICHAEL E, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068  DAVIS, MICHAEL E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  DAVIS, MICHAEL R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  DAVIS, MILO L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  DAVIS, MILO L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  DAVIS, MOLLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  DAVIS, MORRIS, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  DAVIS, MORRIS, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  DAVIS, NATHANIEL, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  DAVIS, NATHANIEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DAVIS, NATHANIEL, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  DAVIS, NEAL, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  DAVIS, NOLAN W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  DAVIS, NOLAN W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  DAVIS, NORMAN C, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068  DAVIS, NORMAN C, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  DAVIS, NORMAN R, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21069  DAVIS, NORMAN R, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180

21068  DAVIS, NORMAN, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  DAVIS, NORMAN, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  DAVIS, NORRIS W, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  DAVIS, NORRIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DAVIS, NORRIS, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  DAVIS, O C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  DAVIS, O C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DAVIS, O K, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  DAVIS, O K, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  DAVIS, O K, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  DAVIS, OTIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DAVIS, OTTIE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DAVIS, OTTO, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  DAVIS, PATRICIA, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DAVIS, PAUL A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  DAVIS, PAUL A, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068  DAVIS, PAUL D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   DAVIS, PAUL D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DAVIS, PAUL H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIS, PAUL T, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   DAVIS, PAUL, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   DAVIS, PERRY F, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   DAVIS, PHIL M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DAVIS, PHIL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, PRESTON R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   DAVIS, PRINCE, KAHN, 1200 FOUR PENN CENTER PLAZA, PHILADELPHIA, PA, 19103

21069   DAVIS, PRINCE, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068   DAVIS, QUILLA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DAVIS, QUILLA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DAVIS, RAILENE K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAVIS, RALPH A, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   DAVIS, RALPH A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DAVIS, RAYMOND, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAVIS, REBA, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   DAVIS, REXFORD A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, RICHARD A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DAVIS, RICHARD H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DAVIS, RICHARD J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DAVIS, RICHARD L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIS, RICHARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, RICHARD, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   DAVIS, RICHARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAVIS, ROBERT A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAVIS, ROBERT B, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   DAVIS, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DAVIS, ROBERT F, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   DAVIS, ROBERT G, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   DAVIS, ROBERT G, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069   DAVIS, ROBERT H, CALLISTER, DUNCAN & NEBEKER, SUITE 800 - KENNECOTT BUILDING, SALT LAKE CITY, UT, 84133

21068   DAVIS, ROBERT J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DAVIS, ROBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAVIS, ROBERT L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DAVIS, ROBERT L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   DAVIS, ROBERT L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DAVIS, ROBERT M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    DAVIS, ROBERT N, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    DAVIS, ROBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    DAVIS, ROBERT W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    DAVIS, ROBERT W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    DAVIS, ROBERT, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    DAVIS, ROBERT, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    DAVIS, ROBERT, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    DAVIS, ROBERT, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    DAVIS, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DAVIS, ROBERT, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068    DAVIS, ROGER L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    DAVIS, ROGER L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    DAVIS, ROMMIE L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    DAVIS, ROMMIE L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    DAVIS, RONALD E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069    DAVIS, RONALD W, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068    DAVIS, RONALD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    DAVIS, RONALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    DAVIS, RONALD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21069    DAVIS, RONALD, KRAFT, PALMER, DAVIES PLLC, LANCE PALMER, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068    DAVIS, RONALD, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068    DAVIS, RONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DAVIS, RONALD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    DAVIS, RONALD, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068    DAVIS, RONNIE D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    DAVIS, ROOSEVELT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    DAVIS, ROOSEVELT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    DAVIS, ROOSEVELT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    DAVIS, ROSKO, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DAVIS, ROSSIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069    DAVIS, ROY E, JEFFREY B SIMON, ESQ, 3232 MCKINNEY AVE STE 610, DALLAS, TX, 75204-2429

21068    DAVIS, RUBY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    DAVIS, RUTH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DAVIS, SADEE R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    DAVIS, SAM H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | DAVIS, SAMMIE, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21068 | DAVIS, SAMUEL M, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | DAVIS, SHERRY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | DAVIS, SHERRY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | DAVIS, SHIRLEY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | DAVIS, SHIRLEY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | DAVIS, SHIRLY A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | DAVIS, SHIRLY A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | DAVIS, SR, ALFONSO, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, SR, ANDRE P, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | DAVIS, SR, ARTHUR, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | DAVIS, SR, BEN F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, SR, BOBBY L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | DAVIS, SR, CHARLES A, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | DAVIS, SR, E G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DAVIS, SR, EDWARD C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DAVIS, SR, ELBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | DAVIS, SR, FRANK E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | DAVIS, SR, HENRY A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DAVIS, SR, IVY J, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | DAVIS, SR, JAMES F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DAVIS, SR, JAMES H, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | DAVIS, SR, JAMES L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, SR, JOHN C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | DAVIS, SR, JOHN L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | DAVIS, SR, JOSEPH J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DAVIS, SR, JULIAN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | DAVIS, SR, LARRY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DAVIS, SR, LARRY E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | DAVIS, SR, LOUIE S, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21069 | DAVIS, SR, MICHAEL O, PRESTON BUNNELL & STONE LLP, 1500 SW 1ST AVE STE 770, PORTLAND, OR, 97201-5837 |
| 21068 | DAVIS, SR, NAPOLEAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAVIS, SR, ROBERT, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | DAVIS, SR, RONALD E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DAVIS, SR, RONNIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | DAVIS, SR, ROOSEVELT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DAVIS, SR, TONY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DAVIS, SR., ANDREW, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    DAVIS, SR., ANDREW, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    DAVIS, SR., ROBERT A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    DAVIS, SR., SAMMIE, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    DAVIS, SR., SAMMIE, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    DAVIS, STANLEY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    DAVIS, TALLEY S, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    DAVIS, TEDDY, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068    DAVIS, TERRANCE MARSHAL, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068    DAVIS, THOMAS S, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    DAVIS, THOMAS W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    DAVIS, THOMAS, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837

21068    DAVIS, THOMAS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DAVIS, THUMER L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DAVIS, THURMON, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    DAVIS, TIMOTHY P, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    DAVIS, TOM W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    DAVIS, TOMMIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    DAVIS, TOMMY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DAVIS, TONY M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    DAVIS, TONY M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    DAVIS, ULES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DAVIS, ULES C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    DAVIS, VERLEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    DAVIS, VERN A, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    DAVIS, VICTOR S, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    DAVIS, VOLGUE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    DAVIS, VOLGUE L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    DAVIS, WADE J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    DAVIS, WADE J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    DAVIS, WALTER R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    DAVIS, WALTER R, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    DAVIS, WALTER R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21069    DAVIS, WALTER, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21068    DAVIS, WALTER, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    DAVIS, WALTER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    DAVIS, WALTER, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

**Svc Lst  Name and Address of Served Party**

21068  DAVIS, WALTER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  DAVIS, WAYNE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DAVIS, WAYNE D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  DAVIS, WAYNE N, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  DAVIS, WAYNE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  DAVIS, WAYNE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DAVIS, WAYNE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  DAVIS, WILBUR, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  DAVIS, WILLIAM A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DAVIS, WILLIAM C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DAVIS, WILLIAM C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21069  DAVIS, WILLIAM C, MILES & STOCKBRIDGE, 10 LIGHT STREET, BALTIMORE, MD, 21202

21068  DAVIS, WILLIAM D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DAVIS, WILLIAM E, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  DAVIS, WILLIAM E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DAVIS, WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  DAVIS, WILLIAM J, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068  DAVIS, WILLIAM L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  DAVIS, WILLIAM L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  DAVIS, WILLIAM M, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  DAVIS, WILLIAM W, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  DAVIS, WILLIAM, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DAVIS, WILLIAM, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  DAVIS, WILLIAM, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068  DAVIS, WILLIAM, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DAVIS, WILLIAM, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  DAVIS, WILLIAM, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  DAVIS, WILLIAM, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  DAVIS, WILLIE A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  DAVIS, WILLIE B, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  DAVIS, WILLIE E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  DAVIS, WILLIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  DAVIS, WILLIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  DAVIS, WILLIE R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DAVIS, WILLIE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  DAVIS, WILLIS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068　DAVIS, WINFIELD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068　DAVIS, WYLIE, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068　DAVIS, YANCEY C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068　DAVIS, ZELLA W, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068　DAVIS, ZELLA W, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068　DAVIS, ZULA M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068　DAVIS, ZULA M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068　DAVISON, CARLOS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068　DAVISON, CECIL H, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068　DAVISON, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068　DAVISON, DAVID E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068　DAVISON, DEWITT, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068　DAVISON, FREDERICK J, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068　DAVISON, GEORGE A, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068　DAVISON, LILLIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068　DAVISON, LOWELL E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068　DAVISON, MARY K, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068　DAVISON, ROBERT L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068　DAVISON, ROBERT M, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068　DAVISON, RONALD L, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068　DAVISON, RONALD L, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068　DAVISON, SR, LOUIS F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068　DAVISON, THOMAS E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068　DAVISON, WILLIAM J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068　DAVISON, WILLIAM, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068　DAVISSON, DELMER L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068　DAVITT, THOMAS, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202

21068　DAVLIA, JULIO M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068　DAVY, PHILLIP, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068　DAVY, PHILLIP, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068　DAVY, PHILLIP, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068　DAVY, SR, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068　DAW, BOBBY G, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068　DAW, LEE H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068　DAW, SR, ALBERT A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068　DAWE, CHARLES T, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

Svc Lst  Name and Address of Served Party

21068   DAWE, LUKE E, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   DAWES, HOWARD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAWKINS, COLEAN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DAWKINS, ERNEST, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   DAWKINS, HENRY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   DAWKINS, JOHN W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAWKINS, PAUL L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   DAWKINS, PAUL L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   DAWKINS, PRENTISS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DAWKINS, WADE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DAWSEY, JR, JOHN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DAWSON, ALBERT H, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   DAWSON, ALBERT H, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   DAWSON, ANTHONY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DAWSON, ANTHONY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DAWSON, ARTHUR L, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   DAWSON, ARTHUR L, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   DAWSON, CALVIN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAWSON, CATHERINE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DAWSON, CATHERINE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAWSON, CATHERINE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DAWSON, CHRISTINA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DAWSON, CLEMONT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DAWSON, DELREE, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   DAWSON, DENNIS R, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   DAWSON, EDWARD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   DAWSON, ELIZABETH, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21069   DAWSON, ELIZABETH, SPEAR, WILDERMAN, BORISH, ENDY AND RUNCKEL PC, 230 SOUTH BROAD ST STE 1400, PHILADELPHIA, PA, 19102

21068   DAWSON, ELLA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DAWSON, ELMER C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DAWSON, EUGENE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAWSON, EUGENE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DAWSON, EVALENA T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   DAWSON, FRANK L, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068   DAWSON, FRANK, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   DAWSON, FREDDIE L, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | DAWSON, FREDDIE L, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | DAWSON, GEORGE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DAWSON, GEORGE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | DAWSON, HARRY, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | DAWSON, HARRY, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749 |
| 21068 | DAWSON, HARVEY J, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | DAWSON, HENRY, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | DAWSON, HERMAN C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | DAWSON, INELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | DAWSON, JAMES E, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |
| 21068 | DAWSON, JAMES E, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | DAWSON, JAMES L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DAWSON, JAMES L, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | DAWSON, JAMES N, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | DAWSON, JAMES P, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | DAWSON, JAMES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21069 | DAWSON, JENNIFER, WILLIAMS, PATILLO, SQUIRE & WREN, L L P, 7901 FISH POND ROAD, BRIDGEVIEW CENTER, 2ND FLOOR, WACO, TX, 76702 |
| 21068 | DAWSON, JESSE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAWSON, JOE N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | DAWSON, JR, THOMAS T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | DAWSON, KENT, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | DAWSON, KENT, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | DAWSON, LEDGER, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | DAWSON, LEO A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DAWSON, LILLIE P, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | DAWSON, LILLIE P, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | DAWSON, LOUIS C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | DAWSON, MATTHEW, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | DAWSON, MOSELLE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | DAWSON, MOSELLE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21069 | DAWSON, PAUL, SILVERSMITH & FORCINA, L L C, 131 CONTINENTAL DRIVE, SUITE 108, NEWARK, DE, 19713 |
| 21068 | DAWSON, PERRY S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | DAWSON, PERRY S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21069 | DAWSON, RICHARD L, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006 |
| 21068 | DAWSON, RICHARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Svc Lst   Name and Address of Served Party**

21068   DAWSON, RICHARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DAWSON, ROBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DAWSON, ROBERT W, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   DAWSON, ROBERT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DAWSON, RUBEN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAWSON, SR., DEVAIN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   DAWSON, SYLVESTER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAWSON, TOM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DAWSON, TOM, PEIRCE RAYMOND OSTERHOUT WADE WARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DAWSON, W B, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   DAWSON, W B, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   DAWSON, WEYMAN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAWSON, WEYMAN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DAWSON, WILL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAWSON, WILLIAM, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   DAWSON, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAWSON, WILLIE E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAWSON, WILLIE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAY, BERNARD, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   DAY, BILLY W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   DAY, BILLY W, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   DAY, CARLENE O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAY, CARROLL A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DAY, DAVID D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DAY, DEXTER, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   DAY, DEXTER, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   DAY, EUGENE R, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   DAY, EUGENE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DAY, FRANKLIN D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DAY, FRANKLIN D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DAY, GARY LEE, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   DAY, GERALD, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   DAY, GLENN D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   DAY, HENRY LEE, 3134 OAKDALE, HOUSTON, TX, 77004

21068   DAY, HENRY R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DAY, HULON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

Svc Lst  **Name and Address of Served Party**

21068   DAY, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   DAY, JAMES E, HOSSLEY & ASSOCIATES PLLC, 6440 NORTH CENTRAL EXPRESSWAY, SUITE 617, DALLAS, TX, 75206

21068   DAY, JOE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DAY, JOHN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   DAY, KATY R, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   DAY, KENNETH, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   DAY, KIRK T, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DAY, LEROY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   DAY, NANCY, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   DAY, NANCY, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   DAY, PETE W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DAY, PETE W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DAY, PETER H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DAY, RICHARD D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAY, ROBERT L, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   DAY, ROBERT, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   DAY, ROBERT, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   DAY, RONALD K, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   DAY, RONALD, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   DAY, RONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAY, SALLY V, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DAY, SARAH, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   DAY, SARAH, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   DAY, THOMAS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DAY, THOMAS E, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   DAY, WILBURN, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   DAY, WILBURN, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   DAY, WILLIE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   DAYCOCK, WILLIAM J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DAYE, EDDIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DAYE, EDDIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DAYE, EDWARD E, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   DAYE, EMMETT L, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   DAYE, FRED, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DAYE, STGEORGE B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DAYTON, KRAIG B, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

**Svc Lst  Name and Address of Served Party**

21068   DAZA, ANGEL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   DAZET, THOMAS, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21069   DE LOS SANTOS, ISABEL, BAILEY TRUSTY & COOK, PO BOX 151, BATESVILLE, MS, 38606

21068   DE PAULI, JOHN A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DEAJON, NORRIS, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   DEAJON, SR, LEE, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   DEAK, MICHAEL J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   DEAKINS, BARBARA A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DEAKINS, JAMES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEAKINS, JAMES H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   DEAKINS, SR, BILL D, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   DEAKLE, CALVIN C, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   DEAKLE, DAVID, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DEAKLE, JR, FRANK, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DEAKLE, SR, ALBERT O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEAL, CALVIN, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   DEAL, CLINT A, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   DEAL, FRANKLIN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEAL, GLENN M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEAL, HARRY J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   DEAL, JACK E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DEAL, JACK E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DEAL, JAMES M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DEAL, JR, HARLEY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   DEAL, PARNELL H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DEAL, PARNELL H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DEAL, RICHARD C, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   DEAL, WALTER P, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   DEAMELIO, ANTHONY J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   DEAMON, JAMES M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DEAMON, THOMAS, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   DEAN, ALBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   DEAN, ARCHIE B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DEAN, BENNIE D, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   DEAN, BETTY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DEAN, BETTY S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   DEAN, BRUCE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DEAN, BUFREY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DEAN, BUFREY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DEAN, CARL H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   DEAN, CHARLIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DEAN, CLARA F, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21069   DEAN, CLAUD F, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068   DEAN, COLIN J, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   DEAN, DEWAYNE D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DEAN, DEWAYNE D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DEAN, DONALD W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DEAN, DORRIS M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DEAN, DOUGLAS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DEAN, EDDIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DEAN, EDGAR, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DEAN, EDGAR, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DEAN, ELIZABETH H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DEAN, FANNIE M, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   DEAN, GAIL R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DEAN, GERALD M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DEAN, GERALD M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DEAN, H D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DEAN, H D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DEAN, HENRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DEAN, HERMAN E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DEAN, HERMAN E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DEAN, HERMAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEAN, JACKIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   DEAN, JACKIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   DEAN, JAMES E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DEAN, JAMES E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DEAN, JAMES M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DEAN, JAMES, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DEAN, JERRY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   DEAN, JERRY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   DEAN, JOE W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DEAN, JOE W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Svc Lst   Name and Address of Served Party**

21068    DEAN, JOEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    DEAN, JOHN W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    DEAN, JOHNNY C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    DEAN, JOSEPH, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    DEAN, JR, ROBERT H, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    DEAN, JR, ROBERT, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069    DEAN, KENNETH, KAESKEREEVES LLP, 6301 GASTON AVENUE, SUITE 735, DALLAS, TX, 75214

21068    DEAN, KENNETH, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068    DEAN, LEVANT, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    DEAN, MARGARET T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DEAN, MARGARET T, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    DEAN, MARTHA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    DEAN, O`NEAL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    DEAN, O`NEAL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    DEAN, OTHA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    DEAN, OTHA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    DEAN, POLLY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    DEAN, ROBERT L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    DEAN, ROBERT W, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    DEAN, RUFUS L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    DEAN, SR, EUGENE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    DEAN, SR, JACK W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    DEAN, SYLVESTER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DEAN, T R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    DEAN, T R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    DEAN, THOMAS, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    DEAN, TRAVIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DEAN, VIRGINIA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DEAN, WALTER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    DEAN, WILLIAM S, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    DEANDA, BENJAMIN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    DEANDA, JOE R, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    DEANE, LESTER M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    DEANES, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    DEANGELES, SAMUEL J, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068    DEANGELES, SAMUEL J, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

**Svc Lst  Name and Address of Served Party**

21069   DEANGELIS, CARMINE, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068   DEANGELO, VINCENT J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   DEANNUNTIS, MARK, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   DEANS, KENNETH, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   DEANS, MAGGIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DEARCHS, RAYMOND, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DEARING, LINDLEY B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DEARING, RANDEL O, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   DEARING, WILLIAM, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DEARINGER, DONALD E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DEARMAN, BOBBIE J, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DEARMAN, CEBORN, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DEARMAN, CEBORN, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DEARMAN, D A, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   DEARMAN, IRENE V, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DEARMAN, IRENE V, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DEARMAN, JACK, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DEARMAN, MACK R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DEARMAN, OTIS J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DEARMAN, RONALD E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DEARMAN, RUTH H, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DEARMAN, RUTH H, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DEARMAN, SR, HERMON R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DEARMIN, FRANK J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DEARMON, JR, BREASTFIELD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEARMON, JR, HERBERT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DEARMON, WARREN C, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   DEARMOND, BRUCE W, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   DEARTH, RICHARD N, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DEAS, JAMES R, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DEAS, JAMES R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DEAS, JAMES R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DEAS, MARY F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DEAS, MARY F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DEASON, BILLY P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DEASON, BILLY P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Svc Lst   Name and Address of Served Party**

21068   DEASON, JACK L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEASON, MIKE, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   DEASON, MITCHELL D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEASON, ROBERT, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   DEASON, SR, CLEO, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   DEASON, SR, EDWARD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DEASON, WOODSON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEATLEY, DWIGHT F, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   DEATON, BRIGITTE P, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   DEATON, CLIFFORD V, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DEATON, JAMES G, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   DEATON, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEATON, JR, MATT, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   DEATON, PAUL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEATON, ROBERT A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DEATON, STEPHEN D, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   DEATON, TOMMY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   DEATON, TOMMY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DEATON, TOMMY, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   DEATON, WILLIAM G, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DEATS, SR., RICHARD W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DEATS, SR., RICHARD W, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   DEAVERS, JAMES E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DEBACKER, SR., ARTHUR D, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   DEBARR, WARREN W, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   DEBELLO, AMERIGO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DEBENEDETTI, JOHN, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068   DEBENPORT, JAMES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DEBERRY, EVERETT B, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068   DEBERRY, ROGER D, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   DEBIEN, JR, BERNARD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEBIEN, PAUL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEBLASIO, FRANK, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   DEBLASSIO, SR, JOSEPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   DEBLAZE, THOMAS F, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   DEBOARD, RADFORD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   DEBOE, KENNETH W, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  DEBOE, KENNETH W, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  DEBOER, CARL J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  DEBOER, JAKE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DEBOER, RICHARD V, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  DEBOISE, WILLIAM, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  DEBOL, MARTIN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DEBOLT, CARL U, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  DEBOLT, JAMES A, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  DEBOLT, NORMAN J, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  DEBONIS, ANTHONY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DEBONIS, ANTHONY, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  DEBONIS, ERCOLE A, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068  DEBONIS, ERCOLE A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  DEBORD, LELIA S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  DEBORD, LEONARD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  DEBORD, RAYFORD, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  DEBORDE, DONALD E, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  DEBOSE, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  DEBOSE, JOHN, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  DEBOSE, ROBERT W, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068  DEBOSE, RONALD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  DEBOUSE, LEEMON, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DEBOXTEL, ELIZABETH, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  DEBOXTEL, ELIZABETH, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  DEBOY, DONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DEBRAUX, THERMAN E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DEBREW, CALVIN, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DEBREW, LARRY K, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DEBRILL, FRANCHOT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  DEBROUX, JAMES T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DEBRULE, JR, FRANK H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   DEBRUYN, NEIL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DEBURR, WILLIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   DEBUSK, CHARLES E, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   DECAENY, WILLIAM, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   DECAENY, WILLIAM, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DECAMPS, HAROLD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DECAMPS, HAROLD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DECAPRIO, RICHARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DECARIA, ANTHONY P, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   DECARIA, GUISEPPE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   DECARLO, MICHAEL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DECARLO, RAYMOND, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   DECARR, VERICK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DECARVALHO, FRANK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DECATUR, NOBLE L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DECEMBLY, PERRY G, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DECEMBLY, PERRY G, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   DECHEFF, LUEBEN, KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701

21068   DECHELLIS, PASQUALE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DECHENE, JOHN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DECHIARO, JOSEPH M, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   DECHSNER, RUTH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DECICCO, JOSEPH J, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21069   DECICCO, JOSEPH J, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180

21068   DECK, DAN A, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   DECK, GERALD R, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   DECK, GERALD R, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   DECKARD, RALPH E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DECKARD, WILLIAM B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DECKER, ARTHUR G, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   DECKER, BLAINE W, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DECKER, JOHN H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DECKER, JR, IRIS D, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

| Svc Lst | Name and Address of Served Party |
|---|---|

21069    DECKER, KENNARD A, LAW OFFICES OF PETER G ANGELOS, 201 S CLEVELAND AVENUE, HAGERSTOWN, MD, 21740

21068    DECKER, ROBERT W, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068    DECKER, RONALD P, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    DECKER, SR, PAUL, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068    DECKER, THOMAS L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    DECKER, WAND B, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    DECKMAN, CHARLES R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    DECLAIR, FRANK, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069    DECLERCK, ROBERT C, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618

21068    DECOLLO JR., ANTHONY D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    DECOSTA, CHARLES A, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068    DECOSTA, CHARLES A, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068    DECOSTE, JR, HAROLD J, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068    DECOSTER, NORBERT, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    DECREDICO, ANTHONY B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    DEDDE, CARL, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    DEDEAUX, KEARNEY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    DEDEAUX, ROGER, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068    DEDEAUX, ROGER, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068    DEDEAUX, ROGER, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    DEDECKER, DANIEL C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    DEDERICH, DONALD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    DEDMON, BUFORD C, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21069    DEDMOND, JAMES A, SHINGLES & SHINGLES, 161 WASHINGTON ST STE 1090, CONSHOHOCKEN, PA, 19428

21068    DEDON, ELMO E, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    DEDRICK, FRANK H, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    DEDRICK, FRANK H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DEDRICK, FRANK H, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    DEE, JAMES, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    DEE, ROBERT, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068    DEE, ROBERT, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068    DEE, ROBERT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    DEE, RUBY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   DEE, RUBY J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DEEGAN, MICHAEL G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DEELEY, JACK M, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   DEELEY, JACK M, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21069   DEEMER, EARL R, GARY L COSTLOW ESQ, CENTRAL PARK COMMONS, 430 MAIN ST, JOHNSTOWN, PA, 15901

21068   DEEMER, EARL R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   DEEMER, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DEEMS, DAVID C, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068   DEER, KENNETH, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   DEER, PETER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DEERE, RICHARD E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DEERING, SARAH, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   DEERING, SARAH, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   DEERMAN, EDWARD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DEERMAN, WILL R, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   DEES, ERNEST L, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   DEES, FREDDIE L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DEES, JR, JOHN W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   DEES, LEO, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757

21068   DEES, MARY I, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DEES, MARY I, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DEES, PEGGY, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   DEES, SR., ROY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DEES, THOMAS F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DEES, VERA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DEES, VERA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DEESE, REEDUS R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DEESON, BILL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DEESON, BILL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DEETER, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DEETS, LEWIS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEFALCO, ANTHONY, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   DEFALCO, ANTHONY, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   DEFEE, ORAN H, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   DEFELICE, JOHN, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   DEFEO, LOUIS R, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   DEFFENBAUGH, EDWARD, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   DEFFIBAUGH, OTIS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   DEFFIBAUGH, ROBERT, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21069   DEFILIPPIS, JOSEPH, GREENFIELD & ASSOCIATES, 1035 FIFTH AVENUE, PITTSBURGH, PA, 15219

21068   DEFILIPPIS, JOSEPH, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DEFILIPPO, LORRAINE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   DEFILIPPO, SALVATORE, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   DEFLORIO, SR., GAETANO, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   DEFONDE, SAMUEL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   DEFONSO, ROBERT, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   DEFOOR, FRANKLIN E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DEFOOR, JOHN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DEFOOR, JR, TRAVIS, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   DEFORE, GARY C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DEFRANCE, JOHN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   DEFRANCO, FRANK, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   DEFRANCO, JAMES, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   DEFRANK, JOHN, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   DEFRATUS, SIDNEY F, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068   DEFRATUS, SIDNEY F, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   DEFRIESE, JAMES, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   DEFUR, ROBERT E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DEGANNES, EUGENE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   DEGARMO, HOWARD J, DONALD EARNSHAW, 512 ELKWOOD MALL, CENTER BUILDING, OMAHA, NE, 68105

21068   DEGARMO, HOWARD J, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   DEGASPERIS SR., LORETO M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   DEGENHARDT, KARL D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DEGEORGE, ANTHONY D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DEGEORGE, GUY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DEGEORGE, GUY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DEGER, DAVID P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DEGGES, THOMAS, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   DEGGES, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DEGGES, THOMAS, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   DEGGES, THOMAS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   DEGGS, WILLIAM C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Svc Lst  Name and Address of Served Party**

21068   DEGIACOMO, SEBASTIAN, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21069   DEGIDIO, DANIEL, ADAMS & CESARIO PA, 1550 E 79TH ST, SUITE 800, BLOOMINGTON, MN, 55425

21068   DEGLER, ALBERT A, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   DEGLER, ALBERT A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DEGLER, DON L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DEGLER, WILLIAM R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DEGNAN, ROBERT G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEGOEDE, JOE, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DEGOLIER, FENTON, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   DEGRAFFENREAD, WILLIE J, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DEGRAFFENREID, JESSIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DEGRAFFENREID, JR, GEORGE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DEGRAVE, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DEGRAZIA, MICHAEL, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   DEGROODT, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DEGROOT, EDWIN E, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21069   DEGUGAS, MILO, KENNETH E JOEL, PO BOX 53, 130 MAIN STREET, KEYPORT, NJ, 07735

21068   DEGUILMI, ANGELO J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   DEGUTIS, DANIEL M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DEHART, CALVIN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DEHART, HAROLD H, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   DEHART, JAMES B, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   DEHART, PAUL E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DEHART, ROBERT E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   DEHM, PAUL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   DEHMEL, LEE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DEHN, DONOVAN, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   DEHNE, RUSSELL G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   DEHOFF, LAUREN D, GOLDBERG, PERSKY & WHITE PC, JOEL PERSKY, ESQ, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068   DEHOLLANDER, RAYMOND A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DEHOYAS, ANTONIO, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   DEHOYAS, ANTONIO, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   DEIBEL, CLIFFORD F, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069   DEICHMAN, ANDREW J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068   DEISROTH, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DEIST, JAMES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DEITER, ALBERT B, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   DEITER, EDWIN R, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   DEITERS, DONALD J, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   DEITRICH, FREDERICK, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   DEITTERICK, CHARLIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DEJARNETT, ZACHARIAH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DEJARNETTE, JR, WILLIE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DEJEAN, KEVIN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   DEJESUS SR., ANTONIO, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   DEJESUS, HERMENEGILDO, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DEJESUS, SANTO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DEJESUSFERNANDEZ, ZENON, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   DEJEU, JACOB, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   DEJOHN, TIMOTHY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DEJONG, MARTIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   DEJOVINE, JOHN, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DEKENS, RAYMOND S, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   DEKERKLAND, CORA, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   DEKERLEGAND, GENE, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21068   DEKOK, CORNELIUS L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DEL PRINCIPE, BERNIE E, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   DEL PRINCIPE, BERNIE E, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   DELACRUZ, LUCIANO, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   DELAGARZA, EDUARDO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DELAGARZA, GUMECINDO, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   DELAGARZA, JESUS M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DELAGARZA, JUAN R, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   DELAGARZA, MARIO, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   DELAGARZA, ROBERT, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   DELAGRAZA, THOMAS, BLAKE UHLIGG, 475 BROTHERHOOD BUILDING, KANSAS CITY, KS, 66101

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  DELAGRAZA, THOMAS, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  DELAGRAZA, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DELAHOUSSAYE, SIDNEY J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DELAHOUSSEY, LEO, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  DELAHUNT, BOBBY L, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  DELAHUNT, BOBBY L, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  DELAHUNT, BOBBY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DELAMORE, HAROLD, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  DELANEY, ALVIN G, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  DELANEY, ALVIN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DELANEY, CHARLES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  DELANEY, INEZ, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  DELANEY, INEZ, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  DELANEY, J D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  DELANEY, J D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  DELANEY, JAMES E, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  DELANEY, JAMES G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DELANEY, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  DELANEY, JOSEPH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DELANEY, OKEY C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  DELANEY, ROBERT R, ZIFF WEIERMILLER, 303 WILLIAM STREET, PO BOX 1338, ELMIRA, NY, 14902

21068  DELANEY, ROBERT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  DELANEY, ROBERT, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  DELANEY, TOM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  DELANO, HARRY L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  DELAPLANE, ARTHUR, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21069  DELAPLANE, ARTHUR, SAYRE, MORENO, PURCELL & BOUCHER, 10366 WILSHIRE BOULEVARD, FOURTH FLOOR, LOS ANGELES, CA, 90024-4711

21068  DELAROSA, OSCAR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DELAROSA, RAMON, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  DELAROSA, RAMON, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  DELAROSA, ROY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DELATORE, RONALD G, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  DELATTE, CYNTHIS M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DELAUGHTER, BOBBY R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

Svc Lst   **Name and Address of Served Party**

21068   DELAUGHTER, JEROME, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   DELAUGHTER, RAY K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DELAUNE, HAROLD L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   DELAUNE, JR., VERNON L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   DELAVINA, HUMBERTO, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   DELAWARE, STERLING, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DELAY, GLENN W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DELBOSQUE, ABEL, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   DELBOSQUE, GILBERT, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   DELBOSQUE, ROLAND C, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   DELCOLLO, JOHN C, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068   DELCOURTE, FRANK A, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   DELEE, MARY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DELEE, MARY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DELEEL, ARTHUR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DELEEL, DONALD A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DELEHANTY, JAMES B, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   DELEMEAU, GUY, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   DELEON, BENJAMIN, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   DELEON, GERALD A, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   DELEON, JOHN G, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   DELEON, RAUL R, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   DELEON, ROBERT, HOSSLEY & ASSOCIATES PLLC, 6440 NORTH CENTRAL EXPRESSWAY, SUITE 617, DALLAS, TX, 75206

21068   DELEON, ROSARIO, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   DELEON, RUBEN R, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   DELEON, THOMAS, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   DELEONARDIS, JAMES L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   DELEONARDIS, JAMES L, JOHN J DUFFY & ASSOCIATES, 23823 LORAIN ROAD, SUITE 270, NORTH OLMSTED, OH, 44070

21068   DELEONARDIS, RICHARD J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DELESSIO, ROBERT, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   DELFIN, RAMON, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   DELFIN, RAMON, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   DELFINO, JAMES, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   DELFIORE, JAMES A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DELGADILLO, RAY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

Svc Lst  Name and Address of Served Party

21068  DELGADO, ARMANDO D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DELGADO, BALDOMERO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DELGADO, DANNY G, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  DELGADO, ELSON, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  DELGADO, JOHN H, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  DELGADO, JOSE, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  DELGADO, JOSE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DELGADO, JR, PAUL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DELGADO, MARGARET, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DELGADO, SR, EFREN T, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517

21068  DELGADO, SR, EFREN T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DELGADO, VINCENT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DELGORIO, JOSEPH, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068  DELGRANDE, JOSEPH, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068  DELGROSSO, ANTHONY L, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  DELHOSTE, GRADY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  DELHOSTE, GRADY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  DELIA, DANIEL A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  DELIA, DONALD J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  DELIA, JOSEPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  DELIA, JOSEPH, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  DELILLO, THOMAS, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21069  DELINE, EDWARD, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

21068  DELIUS, PETER O, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  DELK, HERMAN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  DELK, JOSEPH L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DELK, WALLACE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DELL, DAVID P, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  DELL, WARREN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DELL, WARREN, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  DELLACHIESA, PATRICK, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  DELLACHIESA, PATRICK, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  DELLACOSTA, ERMANO, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620