**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  DONLIN, ROBERT L, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  DONN, GERALD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  DONNELL, CLYDE J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  DONNELL, JIMMY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DONNELL, ROBERT C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  DONNELLY, DANIEL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  DONNELLY, DAVID, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  DONNELLY, EDWARD, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  DONNELLY, FRANK R, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  DONNELLY, JACK B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DONNELLY, JACK B, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21069  DONNELLY, JAMES E, SHAPIRO & SHAPIRO, 1820 FIRST FEDERAL PLAZA, ROCHESTER, NY, 14614

21068  DONNELLY, JOHN L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  DONNELLY, JOHN L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  DONNELLY, KEVIN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  DONNELLY, LEONARD B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DONNELLY, RUBY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  DONNELLY, WALTER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DONNELLY, WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  DONNELLY, WILLIAM T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  DONNELLY, WILLIAM T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  DONNIACUO, DANIEL, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  DONNIACUO, DANIEL, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  DONOFRIO, JOYCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DONOFRIO, LAWRENCE, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068  DONOFRIO, SAVERIO, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DONOHOE, AUGUSTINE E, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  DONOVAN, BERNARD N, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  DONOVAN, FRANCIS R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DONOVAN, JACK K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DONOVAN, JAMES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DONOVAN, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  DONOVAN, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

Svc Lst  Name and Address of Served Party

---

21068  DONOVAN, JOSEPH R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  DONOVAN, JR, HERBERT S, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  DONOVAN, RAYMOND F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  DONOVAN, ROBERT T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DONOVAN, THOMAS, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  DONOVAN, TIMOTHY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DONSON, RALPH H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DOOLAN, GEORGE R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  DOOLEY, CARL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DOOLEY, RICHARD D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  DOOLEY, RICHARD D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  DOOLEY, TERRENCE, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068  DOOLIN, RICHARD F, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  DOOLING, CHARLES, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  DOOLITTLE, ESTHER, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  DOOLITTLE, ESTHER, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  DOOM, WILLIAM G, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  DOOMAN, RONALD V, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  DOORNEK, LESTER A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  DOPHEIDE, IDA M, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  DOPHEIDE, IDA M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DOPINIAK, ERVIN R, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  DOPSON, WILLIE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DORAN, FREDERIC, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  DORAN, GERALD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DORAN, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  DORAN, WALLACE G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DORANT, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  DORANTES, SILVANO, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DORBISH, PETER, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  DORBIT, ROBERT J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  DORE, ANTHONY, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  DORE, CARROLL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | DORE, REBECCA E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DORE, REBECCA E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | DORFFELD, FREDERICK C, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825 |
| 21068 | DORFFELD, FREDERICK C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DORGAN, OLAN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | DORI, JOHN, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | DORICCHI, JOHN, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940 |
| 21068 | DORIN, JERRY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | DORINSKI, PHILIP L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | DORION, GERARD E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | DORMAN, DONALD B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | DORMAN, JAMES F, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | DORMAN, JIMMY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | DORMAN, JIMMY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | DORMAN, JR, CLARENCE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | DORMAN, ODIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DORMAN, WILLIAM R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DORN, JR, ERNEST, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DORN, JR, MILLEDGE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DOROTHY, DALE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DOROUGH, CAROLYN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DOROUGH, CAROLYN J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | DOROUGH, JOSEPH B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DOROUGH, JOSEPH P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DOROUGH, JOSEPH P, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | DOROUGH, RICHARD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | DOROUTH, JOHNNY W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | DORR, HERBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | DORRELL, MARGIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | DORRELL, MARGIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | DORRICOTT, EDWIN A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21069 | DORRINGTON, ANDY, LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP, EMBARCADERO CENTER WEST, 30TH FLOOR, 275 BATTERY STREET, SAN FRANCISCO, CA, 94111 |
| 21069 | DORRINGTON, ANDY, LUKINS & ANNIS, 1600 WASINGTON TRUST FINANCIAL CENTER, 717 SPRAGUE AVENUE, SPOKANE, WA, 99201-0466 |
| 21068 | DORRIS, CLARENCE S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | DORRIS, ELMER L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | DORRIS, J T, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | DORRIS, JAMES M, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | DORRIS, JESSIE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   DORRIS, JOSEPHINE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   DORRIS, JOSEPHINE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   DORSEL, ROBERT E, KOPSKY & HECK, P C, 16020 SWINGLEY RIDGE ROAD, SUITE 130, CHESTERFIELD, MO, 63017

21068   DORSEL, ROBERT E, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   DORSET, SIDNEY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   DORSETT, CECIL R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   DORSEY, ALFONCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DORSEY, ANNIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   DORSEY, ANNIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   DORSEY, CLIFTON L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DORSEY, CLYDE W, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   DORSEY, DIXIE G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DORSEY, EDDIE, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   DORSEY, EDDIE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   DORSEY, EDDIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DORSEY, EDWARD M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DORSEY, FRANK L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   DORSEY, GOUGH A, WILLIAMS & TRINE, P C, 1435 ARAPAHOE AVENUE, BOULDER, CO, 80302-6307

21068   DORSEY, HATIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   DORSEY, HATIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DORSEY, HATIE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   DORSEY, JAMES, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   DORSEY, JOHN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   DORSEY, JOSEPH, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   DORSEY, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DORSEY, JR, ALEX, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DORSEY, JR., ALEX, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DORSEY, LEO, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DORSEY, LEO, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DORSEY, LEO, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DORSEY, LUCY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DORSEY, LUCY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DORSEY, NELLIE M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   DORSEY, NELLIE M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   DORSEY, PAUL H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DORSEY, RALPH, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  DORSEY, RALPH, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068  DORSEY, RALPH, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  DORSEY, ROLLIN D, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068  DORSEY, SAMMIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  DORSEY, SR, ANDREW, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DORSEY, SR, DONALD F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  DORSEY, THOMAS L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DORSEY, THOMAS, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  DORSEY, WILLIAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DORSEY, WILLIE J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  DORSEY, WILLIE J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069  DORSEY, WILLIE JAMES, 2327 2ND AVE, PORT ARTHUR, TX, 77642

21068  DORSEY, WILMER H, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  DORSEY, WILMER, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  DORSTEN, RICHARD L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  DORTCH, J C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  DORTCH, JR, JAMES S, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DORTCH, PETER R, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  DORTCH, SAMMIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  DORTCH, STROTHER, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  DORTCH, STROTHER, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  DORTCH, VAN, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  DORTCH, WILLIE M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  DORUSKA, CHARLES, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068  DOSAMANTES, JESS, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  DOSIO, JOSEPH J, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068  DOSKOCH, WALTER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  DOSS, ANNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  DOSS, BERTHA B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  DOSS, BILLY J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DOSS, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  DOSS, CHARLES, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  DOSS, CHARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  DOSS, CHARLES, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21069  DOSS, CLAYTON, DYER & LIBBY, 2305 ELEN, HOUSTON, TX, 77019

21068  DOSS, CLAYTON, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

**Svc Lst   Name and Address of Served Party**

21068   DOSS, HENRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DOSS, HORACE W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DOSS, HORACE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DOSS, JAMES, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   DOSS, JAULIOUS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DOSS, JAULIOUS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DOSS, JR, JAMES H, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   DOSS, JR, LAMAR, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   DOSS, JR, LAMAR, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   DOSS, KENNARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DOSS, LLOYD R, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   DOSS, LOUISE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   DOSS, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DOSS, MYRTIS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DOSS, RAYMOND L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DOSS, RICHARD J, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   DOSS, ROOSEVELT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DOSS, THOMAS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DOSS, WALTER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DOSS, WALTER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DOSS, WILLIAM A, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   DOSS, WILLIAM A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DOSS, WILLIAM A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DOSSETT, DONALD T, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21069   DOSSETT, RAY, GORDON MYERS, 727 WATTS AVE, PASCAGOULA, MS, 39567

21068   DOSSETT, RAY, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21069   DOSSETT, RAY, MS MUNICIPAL COURT MOSS POINT MUNICIPALITY, HON JIM DAVIS HULL, 4900 MAIN ST, MOSS POINT, MS, 39563-2735

21068   DOSSETT, RAY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   DOSSETT, RAY, THE LAW FIRM OF WM WILSON, JR, 2506 LAKELAND DRIVE, SUITE 500, P O DRAWER 16689, JACKSON, MS, 39236

21068   DOSSETT, ROBERT D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DOSSETT, ROBERT D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DOSSEY, LAWRENCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DOSTAL, RICHARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DOSTIE, DAVID J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DOSWELL, ARCHIE P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DOSWELL, LAWRENCE E, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | DOSWELL, LAWRENCE E, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723 |
| 21068 | DOTHARD, LARRY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DOTSON, ARCHIE L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | DOTSON, BILLY, PORTER & MALOUF, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | DOTSON, CLIFTON H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | DOTSON, CLIFTON H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | DOTSON, CLYDE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | DOTSON, DEE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | DOTSON, DON, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | DOTSON, DOUGLAS E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | DOTSON, EDITH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | DOTSON, ELIZABETH, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | DOTSON, ELIZABETH, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | DOTSON, ELLA J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | DOTSON, HENRY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | DOTSON, JOHN K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DOTSON, JOHN P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | DOTSON, JOHN P, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045 |
| 21068 | DOTSON, JR, DAVE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DOTSON, LEWIS C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | DOTSON, MARVIN L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | DOTSON, OLIVER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | DOTSON, RAY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DOTSON, RONALD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DOTSON, SAMUEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | DOTSON, SAMUEL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | DOTSON, SR, CHARLES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DOTSON, SR, CHARLES L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | DOTSON, WILLIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | DOTSON, WILLIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | DOTT, ALEXAMDER, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | DOTTERER, ROBERT A, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202 |
| 21068 | DOTTERY, LINDA J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | DOTTORI, GINO, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | DOTY, ALBERT J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | DOTY, DAVID, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    DOTY, MARION P, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068    DOTY, ROBERT E, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    DOTY, ROBERT K, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    DOUAN, ADELARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    DOUBET, RAYMOND L, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068    DOUBLEDAY, DONALD, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068    DOUBLEDAY, DONALD, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    DOUBLIN, WILLIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    DOUCET, EUGENE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DOUCET, EUGENE J, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    DOUCET, LAWRENCE C, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    DOUCET, LAWRENCE C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    DOUCET, PHILLIP J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    DOUCET, PHILLIP J, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    DOUCET, ROBERT L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DOUCET, SR, FREDDIE, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21069    DOUCET, SR, HERBERT J, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425

21068    DOUCETTE, ROBERT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    DOUD, ROBERT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DOUGAN, RICHARD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    DOUGHARTY, TALMADGE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    DOUGHERTY, ALBERT, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21069    DOUGHERTY, BETTY, BLAKE UHLIGG PA, 475 BROTHERHOOD BUILDING, KANSAS CITY, KS, 66101

21068    DOUGHERTY, BETTY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DOUGHERTY, CHARLES F, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068    DOUGHERTY, DAVID, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    DOUGHERTY, FRANCIS, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068    DOUGHERTY, GERALD, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068    DOUGHERTY, JAMES, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068    DOUGHERTY, JAMES, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    DOUGHERTY, NADINE E, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068    DOUGHERTY, PATRICK M, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    DOUGHERTY, THOMAS M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068 DOUGHERTY, WILLIAM B, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068 DOUGHERTY, WILLIAM B, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068 DOUGHTY, JOHN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068 DOUGHTY, RICHARD E, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068 DOUGHTY, SHARON, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068 DOUGHTY, THOMAS P, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068 DOUGHTY, WILLEY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069 DOUGLAS PRAUSE (DECEASED), DANNY, FAYE PRAUSE, RT 2 BOX 238, VALLEY MILLS, TX, 76689

21068 DOUGLAS, ANDREW, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 DOUGLAS, ANTHONY, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068 DOUGLAS, BARBARA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 DOUGLAS, BILLY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068 DOUGLAS, CARL E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 DOUGLAS, CHARLES B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068 DOUGLAS, CHARLES D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 DOUGLAS, CHARLES E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068 DOUGLAS, CHARLES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 DOUGLAS, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 DOUGLAS, CHARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 DOUGLAS, CHARLES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068 DOUGLAS, CLARENCE J, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21069 DOUGLAS, CLARENCE, ANDERSON & HOWELL, 2029 N 3RD STREET, JACKSONVILLE BEACH, FL, 32250

21068 DOUGLAS, CLARENCE, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068 DOUGLAS, CLEO H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068 DOUGLAS, CLEO H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068 DOUGLAS, DAVID E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 DOUGLAS, DAVID, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068 DOUGLAS, DAVID, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068 DOUGLAS, DONALD E, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068 DOUGLAS, DONALD E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 DOUGLAS, DONALD E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 DOUGLAS, EUGENE B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 DOUGLAS, GEORGE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069 DOUGLAS, GLENN M, ATKINS, PERFICE, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21069 | DOUGLAS, GLENN M, AUSTIN, JACK, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, BAGLEY, ROY, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, BATTLES, R B, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, BUCKNER, ROBERT, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, CAMPBELL, THOMAS, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, CHESTER, MELVIN, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, CURTIS, OTIS, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, FRAZIER, PAT, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, HEFLEY, DELBERT, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, HILL, JAMES, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, HUNT, JERRY, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, JOLIFF, LEROY, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, JONES, MAURICE, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, JORDAN, RUBEN, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, MCGEE, WILLIE, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, MEADOWS, MARION, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, MYERS, FRONZELL, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, PRYOR, MELVIN, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, ROBERTS, JOE, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, ROBINSON, ARTHUR, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, ROBINSON, WILLIAM, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, ROSS, WANDA, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, SASH, ALVIN, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, WALKER, CLAUDE, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21069 | DOUGLAS, GLENN M, WILLIAMS, GUY, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 |
| 21068 | DOUGLAS, HERMAN L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | DOUGLAS, HOWARD, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |
| 21068 | DOUGLAS, HOWARD, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | DOUGLAS, III, LESTER, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492 |
| 21068 | DOUGLAS, JAMES, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |

**Svc Lst  Name and Address of Served Party**

21068   DOUGLAS, JEFFREY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   DOUGLAS, JOHN S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DOUGLAS, JOHNNIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DOUGLAS, JOHNNY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   DOUGLAS, JR, ALBERT, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   DOUGLAS, JR, JOHN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   DOUGLAS, JR, RALPH J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DOUGLAS, JR, ROLLYN G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DOUGLAS, JR, WILLIE J, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   DOUGLAS, JR, WILLIE J, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   DOUGLAS, JR, WILLIE, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   DOUGLAS, JR, WILLIE, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   DOUGLAS, LELAND C, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   DOUGLAS, LEON R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DOUGLAS, LLEWELYN, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DOUGLAS, LLEWELYN, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DOUGLAS, MARK W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DOUGLAS, MARY C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DOUGLAS, MICHAEL H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DOUGLAS, MICHAEL R, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   DOUGLAS, MILTON H, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DOUGLAS, MILTON H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DOUGLAS, MILTON H, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DOUGLAS, MURPHY, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   DOUGLAS, REMATTIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DOUGLAS, ROBERT L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DOUGLAS, ROOSEVELT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DOUGLAS, STEVEN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DOUGLASS, JOE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DOUGLASS, JOE A, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   DOUGLASS, NORMAN W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DOULE, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   DOUROUJALIAN, ANDREW, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DOUT, WILLIAM P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DOUTHARD, CHARLES O, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    DOUTHARD, CHARLES O, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    DOUTHIT, JOHN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    DOUTHIT, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DOUTT, GEORGE E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    DOUTT, WILLIAM, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    DOVAL, ROLANDO, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068    DOVALOVSKY, JOHN J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    DOVALOVSKY, WILLIAM F, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    DOVE JR., JOHN, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068    DOVE JR., JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DOVE, CHRISTOPER S, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    DOVE, DONALD T, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068    DOVE, HERMAN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    DOVE, MARY H, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    DOVE, MARY H, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    DOVE, ROBERT B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069    DOVER, FRANCIS L, PRESTON BUNNELL & STONE LLP, 1500 SW 1ST AVE STE 770, PORTLAND, OR, 97201-5837

21068    DOVER, JOHN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    DOVER, MARVIN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    DOVER, MARVIN T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    DOVER, RALPH, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    DOVERSPIKE, ROBERT J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    DOVERSPIKE, ROBERT J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    DOVI, SEBASTIAN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    DOVICO, CHARLES R, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068    DOW, BENJAMIN E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    DOW, DONALD C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DOW, EARMA S, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    DOW, GERALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DOW, HARRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DOW, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DOWD, DONALD C, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068    DOWD, DONALD C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    DOWDA, JOHN L, BAILEY & WILLIAMS, 3500 NCBN PLAZA, 901 MAIN STREET, DALLAS, TX, 75202-3714

21068    DOWDELL, GEORGE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | DOWDELL, GLEN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | DOWDELL, VANDERBELT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | DOWDEN, GROVER, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | DOWDEN, JOSEPH R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | DOWDEN, JOSEPH R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | DOWDEN, LUKE G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DOWDEN, RAYMOND L, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | DOWDEN, RAYMOND L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | DOWDEN, ROLLAND J, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | DOWDEN, WAYNE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | DOWDEY, JESSIE O, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21069 | DOWDEY, OLENE S, DONALD W STEWART, PO BOX 2274, 1131 LEIGHTON AVENUE, ANNISTON, AL, 36202 |
| 21068 | DOWDING, GLENN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | DOWDY, ELSIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | DOWDY, HAROLD D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DOWDY, HUGH C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DOWDY, JOE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DOWDY, JOE L, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602 |
| 21068 | DOWDY, JR, HUEY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DOWDY, ROY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | DOWDY, ROY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DOWDY, ROY, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | DOWDY, SR, JOHN H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | DOWDY, THOMAS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | DOWELL, EARNESTINE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | DOWELL, EARNESTINE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | DOWELL, FOREST, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | DOWELL, FOREST, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | DOWELL, JR, WALTER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DOWELL, WALTER, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | DOWELL, WALTER, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | DOWELL, WILLIAM, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | DOWELL, WILLIAM, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | DOWELL, WILLIE J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | DOWELL, WILLIE R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | DOWERS, ELZA C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | DOWIS, BILLY R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

**Svc Lst  Name and Address of Served Party**

21068   DOWIS, BILLY R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DOWLER, JACK, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DOWLESS, JOSEPH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DOWLESS, JOSEPH, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DOWLING, CLINTON T, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   DOWLING, JAMES F, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   DOWLING, JAMES F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DOWLING, JAMES J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   DOWLING, RICHARD A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   DOWMAN, JOYCE, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   DOWNARD, WILLARD, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   DOWNER, MARIETTA, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DOWNES, PATRICK J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DOWNEY, DON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   DOWNEY, KENNETH, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DOWNEY, MILAS L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DOWNEY, SR, JAMES L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   DOWNEY, THOMAS H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DOWNEY, THOMAS H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DOWNHOUR, STEVEN, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   DOWNING, JIMMY R, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068   DOWNING, JOHN F, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   DOWNING, JOHN, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   DOWNING, KEITH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DOWNING, LOUISE S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DOWNING, RICHARD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   DOWNING, SANDY, EGAN, LEV & SIWICA, PA, 231 EAST COLONIAL DRIVE, ORLANDO, FL, 32801

21068   DOWNS, ALVIN D, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   DOWNS, ALVIN D, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   DOWNS, BOBBY G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DOWNS, CAROLYN S, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DOWNS, FRED, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   DOWNS, FRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DOWNS, GARY B, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   DOWNS, GARY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | DOWNS, GARY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | DOWNS, JAMES, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | DOWNS, JEWEL, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | DOWNS, JOHN C, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | DOWNS, JOHN H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | DOWNS, JOHN H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | DOWNS, JR, ALVIN, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | DOWNS, JULIUS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | DOWNS, LARRY F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | DOWNS, LARRY F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | DOWNS, LAWRENCE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | DOWNS, LAWRENCE E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | DOWNS, MORRIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | DOWNS, MORRIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | DOWNS, NORVELL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DOWNS, OSCAR M, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | DOWNS, PERVIS, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329 |
| 21068 | DOWNS, PERVIS, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | DOWNS, ROBERT, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | DOWNS, RUFUS E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | DOWNS, SR, JAMES E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DOWNS, TAYLOR H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | DOWNS, VERNELLA A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | DOWNS, WILLIAM R, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | DOWTY, WESLEY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DOX, MATTHEW T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DOX, MATTHEW T, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | DOXSEY, PAUL L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | DOXTATER, CLAUDE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | DOXZEN, DANIEL H, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053 |
| 21068 | DOYAL, RONNEY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DOYEN, JOHN J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | DOYLE, ALAN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | DOYLE, ALAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | DOYLE, ALAN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    DOYLE, ALFRED, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068    DOYLE, AVERY B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DOYLE, AVERY B, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    DOYLE, CHARLES E, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    DOYLE, DEWAINE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    DOYLE, JOHN W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DOYLE, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DOYLE, LEO B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    DOYLE, MICHAEL, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068    DOYLE, PATRICIA, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    DOYLE, PATRICK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    DOYLE, PHILIP J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    DOYLE, PHILLIP D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    DOYLE, RICHARD, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    DOYLE, ROBERT C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    DOYLE, ROBERT E, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068    DOYLE, ROBERT E, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068    DOYLE, ROBERT L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    DOYLE, ROBERT, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068    DOYLE, ROBERT, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068    DOYLE, THEODORE P, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068    DOYLE, THEODORE P, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068    DOYLE, THOMAS W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    DOYLE, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    DOYLE, WILLIAM J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    DOYLE, WILLIAM J, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068    DOYLE, WILLIAM M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    DOZIER, ANNETTE V, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    DOZIER, ANNETTE V, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    DOZIER, CURTIS L, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    DOZIER, EVERETT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    DOZIER, HILLERY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    DOZIER, JACK, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

**Svc Lst  Name and Address of Served Party**

21068  DOZIER, JOSEPH D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  DOZIER, LEE R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DOZIER, LEONARD J, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  DOZIER, LEONARD J, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  DOZIER, PAUL R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DOZIER, RALPH B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  DOZIER, RALPH B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  DOZIER, RAYMOND, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  DOZIER, ROBERT R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DRABEK, GARY F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  DRAEGE, KEVIN D, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  DRAGMAN, ERNEST, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  DRAGO, JOSEPH L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  DRAGO, THOMAS A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069  DRAGON, HAROLD, GALLOWAY, JOHNSON, TOMPKINS & BURR, SUITE 400, ONE SHELL SQUARE, NEW ORLEANS, LA, 70139

21068  DRAGOON, JAMES M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  DRAGOUN, MICHAEL W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  DRAGOVICH, ELSIE V, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068  DRAGULSKI, STANLEY W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  DRAGUNAS, JOSEPH J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  DRAHER, HOMER A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DRAHUS, GERALD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DRAINE, JOHN, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  DRAINE, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DRAINE, JOHN, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  DRAKE BELL, JACQUELINE, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068  DRAKE, ANDREW G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DRAKE, AVANCE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  DRAKE, CLAY, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  DRAKE, CLINTON, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  DRAKE, CLINTON, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  DRAKE, CLYDE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DRAKE, DON D, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  DRAKE, ELMER J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    DRAKE, FRANCIS E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    DRAKE, FRANKLIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DRAKE, HERSCHEL H, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    DRAKE, JAMES E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    DRAKE, JAMES W, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    DRAKE, JAMES, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    DRAKE, JOHN T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    DRAKE, JR, ALBERT L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    DRAKE, JR, MAJOR, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DRAKE, JR, WILL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DRAKE, KENNETH R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    DRAKE, LEANDREW, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    DRAKE, LULA B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    DRAKE, MATTHEW, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    DRAKE, MICHAEL J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    DRAKE, PHILLIP A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    DRAKE, RAYMOND O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DRAKE, ROBERT A, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068    DRAKE, ROBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DRAKE, STANLEY T, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    DRAKE, STANLEY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069    DRAKE, STANLEY, LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902

21068    DRAKE, THOMAS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DRAKE, THOMAS E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    DRAKE, VERNA L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    DRAKE, WILLIENE D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    DRAKE, WILLIENE D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    DRANE, MARY K, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    DRANE, MARY K, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    DRAPACH, STEPHEN W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    DRAPER, ANITA, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    DRAPER, ANITA, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068    DRAPER, GLADIS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    DRAPER, JOE N, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    DRAPER, JOHN W, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068    DRAPER, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

Svc Lst  Name and Address of Served Party

---

21068   DRAPER, JOSEPHINE W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DRAPER, JOSEPHINE W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DRAUDE, ANTHONY P, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   DRAUDE, ANTHONY P, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DRAUGHN, JIMMY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DRAUGHN, NATHANIEL, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   DRAVES, MILTON F, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   DRAVIS, RALPH F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   DRAWDY, NORMAN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DRAWHORN, SR, EUGENE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DRAY, ROBERT B, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   DRAYTON, JERRY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DRAYTON, JERRY L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DRAYTOU, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DRAYTOU, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DRAZDIK, JOHN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DREAD, JAMES L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DREADIN, FAIRREL, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DREADIN, JIMMY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DREADIN, JIMMY W, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   DREADING, GEORGE H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   DREADING, JAMES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DREADING, JAMES W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21069   DREBING, CHARLES A, DANAHER TEDFORD LAGNESE & NEAL, 21 OAK ST, HARTFORD, CT, 06106-8003

21069   DREBING, CHARLES A, DANAHER TEDFORD LAGNESE & NEAL, 60 WASHINGTON STREET, HARTFORD, CT, 06106

21068   DREES, GORDON N, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068   DREES, GORDON N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DREHER, GLEN A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DREHER, JESSE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DREHER, KARL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   DREHER, WILLIAM E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   DREHER, WILLIAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   DREISBACH, ROGER G, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

---

WR Grace PI

Svc Lst  Name and Address of Served Party

---

21068   DRELLACK, MYLES, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   DRENKHAHN, ROBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DRENNAN, DANNIE H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   DRENNAN, DOROTHY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   DRENNAN, EDWIN, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   DRENNAN, JAMES, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   DRENNAN, JAMES, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068   DRENNAN, PATRICK, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DRENNAN, PATRICK, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DRENNAN, WILLIAM, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DRENNON, HATTIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DRENNON, JAMES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DRESBACK, KENNETH, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   DRESBAUGH, THEODORE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DRESCH, ROBERT W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   DRESCH, ROBERT W, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   DREW, A L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DREW, ARTHUR L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DREW, CAMERON, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   DREW, CAROL, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   DREW, CAROL, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   DREW, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DREW, CHARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   DREW, EARL C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DREW, HUGH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DREW, HUMBERT E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   DREW, JR, FRANK, CHARLES C MAYERS, 515 5TH STREET, AUGUSTA, GA, 30901

21068   DREW, JR, FRANK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DREW, MARLEE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DREW, PHILLIP R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DREW, RAY T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DREWER, JOHN, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   DREWETT, WILLIAM O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DREWS, HERBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

Svc Lst  **Name and Address of Served Party**

21068  DREXEL, ROY H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  DREXLER, GEORGE D, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068  DREYER, GUENTHER G, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  DRIEDGER, PETER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DRIES, ROBERT J, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  DRIESBACH, RICHARD, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068  DRIESSNER, MARVIN C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  DRIGGERS, EDDIE M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DRIGGERS, VERBLEE, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  DRIGGERS, VERBLEE, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  DRILLIS, JR., NICHOLAS, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  DRINKARD, BILLIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DRINKARD, CLAUDE B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DRINKARD, DANIEL W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DRINKWATER, GEORGE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  DRINKWATER, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DRINKWATER, JACK, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  DRINNEN, HENRIETTA S, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  DRINNEN, HENRIETTA S, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  DRIPPS, LAWSON E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  DRISCAL, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  DRISCAL, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DRISCOLL, ALEXANDER J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  DRISCOLL, ALEXANDER J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DRISCOLL, CHARLES J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DRISCOLL, CHARLES J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  DRISCOLL, JOHN G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DRISCOLL, JOHN G, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  DRISCOLL, JOHN V, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21069  DRISCOLL, JOHN, JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, BRONX, NY, 10463

21068  DRISCOLL, JOHN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  DRISCOLL, KEVIN J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

**Svc Lst  Name and Address of Served Party**

21068   DRISCOLL, OTIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DRISKELL, JOHN C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DRISKELL, LAWRENCE, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   DRISKELL, MICHAEL L, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   DRISKELL, SMITH M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DRISKILL, BOBBY L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DRISKILL, BOBBY L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21069   DRISKILL, JIMMY H, ANTONIO J TRAMONTANA ATTY AT LAW, 2116 FORSYTHE AVE, MONROE, LA, 71201

21068   DRIVER, DONALD W, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   DRIVER, JAMES, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   DRIVER, JAMES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   DRIVER, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   DRIVER, JERRY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DRIVER, MARVIN L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DRIVER, MICHAEL W, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   DRIVER, MILDRED, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   DRIVER, MILDRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DRIVER, MILDRED, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DRIVER, O L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DRIVER, O L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DRIVER, OSCAR H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DRIVER, SR, MOSES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DROBISH, ROBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   DROMGOOLE, WILLIAM O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DRONETT, GEORGE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DRONETT, GEORGE C, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   DROTAR, MICHAEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DROTLEFF, ROBERT E, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   DROTLEFF, ROBERT E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DROUILLARD, DONALD J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DROUILLARD, LAWRENCE R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DROUILLARD, ROBERT C, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068   DROUIN, GLORIA D, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   DROULLARD, MARY J, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  DRUCKENMILLER, WILLIAM H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  DRUCKER, DONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DRUCKER, OTTO, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  DRUCKER, SAMUEL, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  DRUDI, JOSEPH V, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068  DRUETTA, JOHN D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DRUGA, CHARLES A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  DRUGAN, JOHN F, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  DRUMGO, HENRY A, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  DRUMMER, LEROY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DRUMMER, RALPH, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  DRUMMER, SR, CLINTON, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  DRUMMER, STONEWALL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DRUMMOND, ANNIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  DRUMMOND, ANNIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  DRUMMOND, CASEY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DRUMMOND, CHARLES O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DRUMMOND, CLYDE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DRUMMOND, CLYDE, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  DRUMMOND, DAVID, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  DRUMMOND, ETHAN W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DRUMMOND, HENRY L, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  DRUMMOND, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DRUMMOND, JAMES F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  DRUMMOND, JERRY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  DRUMMOND, JERRY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  DRUMMOND, JIMMY, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  DRUMMOND, JOHNNY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  DRUMMOND, JOHNNY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  DRUMMOND, ROBERT E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DRUMMOND, WILLIAM R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  DRURY, ADOLPH M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  DRURY, ADOLPH M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  DRURY, JIMMY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21069  DRURY, RICHARD A, VISSE & YANEZ, LLP, JOSEPH M VISSE, 1335 SUTTER ST 2ND FL, SAN FRANCISCO, CA, 94109-5415

21068  DRURY, WILLIAM, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068  DRY, THOMAS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  Name and Address of Served Party

21068  DRY, THOMAS J, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068  DRYDEN, DAVID F, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DRYDEN, ISOM W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DRYDEN, JEFFREY W, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21069  DRYER, ALLEN A, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266

21069  DRYER, ALLEN A, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309

21068  DRYER, ALLEN A, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  DRYZMALA, EDWARD S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DUANE, DONALD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  DUAX, NORMAN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21069  DUBALL, WILLIAM, JABLINSKI, FOLINO, ROBERTS & MARTIN, HISTORIC HUFFMAN HOUSE, 214 W MONUMENT AVE, DAYTON, OH, 45402-3015

21068  DUBALL, WILLIAM, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  DUBB, JOHNNIE B, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  DUBE, GERALD, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  DUBIN, LEONARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  DUBKE, CLIFFORD L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  DUBLIN, ALBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DUBLIN, MELTON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  DUBOIS, DUDLEY A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DUBOIS, MELTON L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DUBOIS, MELTON L, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  DUBOIS, RAY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  DUBOIS, RICHARD H, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069  DUBOIS, ROBERT H, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

21068  DUBOIS, THOMAS A, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068  DUBOISE, EDDIE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  DUBOSE, CHARLIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DUBOSE, CLIFFORD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DUBOSE, GEORGE, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  DUBOSE, HAZEL B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  DUBOSE, HERMAN H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  DUBOSE, JAMES E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  DUBOSE, JAMES M, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  DUBOSE, JAMES M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

Svc Lst  Name and Address of Served Party

21068  DUBOSE, JASPER W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  DUBOSE, JASPER W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  DUBOSE, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  DUBOSE, JONATHAN N, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  DUBOSE, JONATHAN N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DUBOSE, JR, HERBERT, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  DUBOSE, JR, SAMUEL, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  DUBOSE, JR., SAMUEL L, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  DUBOSE, LESLIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DUBOSE, PATRICIA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  DUBOSE, SR, KENNETH E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DUBOSE, W C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  DUBOSE, W C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  DUBOSE, WILLIAM J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DUBOSE, YVONNE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  DUBOSE, ZONA M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  DUBOWSKY, HAROLD S, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  DUBRAY, HUGH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DUBREUIL, RENE R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  DUBROCK, JAMES J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  DUBROCK, LOIS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  DUBUC, JEAN P, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  DUCAT, ROLAND J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  DUCHAMP, ELAINE B, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  DUCHENE, JOHN N, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068  DUCHESNE, PAUL, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068  DUCHETEAU, JAMES E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  DUCHOCK, THOMAS W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  DUCK, ALTON L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DUCK, FREDDIE B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  DUCK, FREDDIE B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  DUCK, JAMES T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DUCK, MORRIS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  DUCK, SAMUEL H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  DUCK, SAVANNAH C, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   DUCK, SR, AARON L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DUCK, SR, GLENN A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DUCK, THOMAS, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DUCK, TROY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DUCKETT, FRANK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DUCKETT, MARY A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DUCKLESS, SR, PAUL E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   DUCKLESS, SR, PAUL E, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   DUCKSWORTH, BOBBIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DUCKSWORTH, BRUENETTA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   DUCKSWORTH, BUNNIE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DUCKSWORTH, BUNNIE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DUCKSWORTH, CURTIS G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   DUCKSWORTH, EDDIE B, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DUCKSWORTH, EDDIE B, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DUCKSWORTH, ELSIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   DUCKSWORTH, ESSIE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DUCKSWORTH, ESSIE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DUCKSWORTH, EVA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DUCKSWORTH, EVA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DUCKSWORTH, EZEKIEL, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   DUCKSWORTH, JANICE C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DUCKSWORTH, JANICE C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DUCKSWORTH, JERRY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   DUCKSWORTH, JOHN B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   DUCKSWORTH, JR, OREE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   DUCKSWORTH, JR, OREE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21069   DUCKSWORTH, JR, OREE, ROBERT SULLIVAN, PO BOX 45, LAUREL, MS, 39441-0045

21068   DUCKSWORTH, JR, WILLIE, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   DUCKSWORTH, L C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DUCKSWORTH, L C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DUCKSWORTH, LARRY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   DUCKSWORTH, LILLIE M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   DUCKSWORTH, LILLIE M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   DUCKSWORTH, LOYSTON, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   DUCKSWORTH, NORMAN, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   DUCKSWORTH, R L, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   DUCKSWORTH, SR, CHARLIE, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   DUCKSWORTH, SR, ROBERT C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DUCKWORTH, ARTHUR, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   DUCKWORTH, ASTER, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068   DUCKWORTH, ASTER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DUCKWORTH, CARL R, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   DUCKWORTH, CARL R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DUCKWORTH, DANNY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DUCKWORTH, FLOYD F, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   DUCKWORTH, FRANKLIN R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   DUCKWORTH, GARY B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DUCKWORTH, GARY B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DUCKWORTH, JORDAN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DUCKWORTH, ROBERT L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DUCKWORTH, ROBERT L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DUCKWORTH, VERA N, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   DUCKWORTH, VERA N, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   DUCKWORTH, WILLARD L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   DUCLION, JOSEPH, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   DUDA, FRANK, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DUDA, JEROME F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   DUDA, LEONARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   DUDEK, CHARLES, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   DUDEK, DANIEL, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DUDEK, WALTER, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   DUDGEON, DONALD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DUDGEON, DONALD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DUDLEY, DAVID L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DUDLEY, DAVID L, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068   DUDLEY, DAVID L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   DUDLEY, DAVID, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | DUDLEY, FAYETTE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DUDLEY, FREDDIE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | DUDLEY, FREDDIE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | DUDLEY, GARY L, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550 |
| 21068 | DUDLEY, GARY L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | DUDLEY, HAROLD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | DUDLEY, HENRY O, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | DUDLEY, HENRY V, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | DUDLEY, JACKIE E, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653 |
| 21068 | DUDLEY, JAMES M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DUDLEY, JOHN, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | DUDLEY, JUANITA M, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | DUDLEY, LEE H, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | DUDLEY, LUCRETIA, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | DUDLEY, LUCRETIA, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | DUDLEY, MARGARET L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | DUDLEY, MARGARET L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | DUDLEY, MCNEIL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DUDLEY, MCNEIL, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | DUDLEY, NORMAN F, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | DUDLEY, NORMAN F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | DUDLEY, NORMAN F, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | DUDLEY, SILAS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | DUDLEY, SR, FRANK M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DUDLEY, SR, MARION B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DUDLEY, SR, SIDNEY O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | DUDLEY, TIMOTHY A, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | DUDLEY, WILLIE M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | DUDLEY, WILLIE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21069 | DUDY, JOHN, KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS, 171 TWELFTH STREET, THIRD FLOOR, OAKLAND, CA, 94607 |
| 21068 | DUEITT, CHARLES W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | DUEITT, JOHN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | DUEITT, JOHN J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | DUELL, JUDISON R, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | DUELLEY, EDGAR D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | DUELLEY, EDGAR D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21069 | DUEMMEL, DAVID, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618 |
| 21068 | DUENSING, GERALD, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945 |

Svc Lst  **Name and Address of Served Party**

21068   DUERING, WALTER W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DUERSTOCK, ANNA M, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   DUFAULT, JAMES A, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   DUFF, EDMOND, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   DUFF, JACK A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DUFF, MARGIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   DUFF, MICHAEL J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DUFF, THELMA, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   DUFF, WILLIAM F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DUFF, WILLIAM F, PEIRCE RAYMOND OSTERHOUT WADE, CARLSON & COULTER P, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219

21068   DUFFEE, ROBERT R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DUFFEE, ROBERT R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DUFFEY, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUFFEY, JOSEPH L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   DUFFEY, JOSEPH L, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   DUFFIN, MICHAEL, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   DUFFORD, KENNETH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DUFFORD, RAYMOND C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DUFFY, ARTHUR, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   DUFFY, FRANK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DUFFY, MICHAEL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   DUFFY, PATRICK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   DUFFY, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DUFFY, RICHARD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069   DUFFY, THOMAS, SACKS SACKS, 150 BROADWAY 4TH FL, NEW YORK, NY, 10038

21068   DUFFY, WILLIAM M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DUFFY, WILLIAM R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DUFRENE, WELDON, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   DUFRESNE, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   DUFUR, GORDON EUAL, RT 1 BOX 227, CADDO, OK, 74729

21068   DUGAN, GERALD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   DUGAN, JOHN T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   DUGAN, MICKEY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   DUGAN, RICHARD L, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

Svc Lst  Name and Address of Served Party

21068    DUGAN, THOMAS J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    DUGANORMISTON, ALVIN, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    DUGAR, LAWRENCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    DUGAS, ROLAND J, DUE, CABALLERO, PERRY, 8201 JEFFERSON PARKWAY, BATON ROUGE, LA, 70809

21068    DUGAS, SR, CAMERON T, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068    DUGDALE, GEORGE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    DUGDALE, JR, LEO E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    DUGE, SR, JACKIE L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    DUGGAN, CASE, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    DUGGAN, DONALD, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    DUGGAN, DOYLE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    DUGGAN, EDMUND T, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266

21069    DUGGAN, EDMUND T, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309

21068    DUGGAN, EDMUND T, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    DUGGAN, FRANCIS X, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069    DUGGAN, GARY, THOMPSON, P C, PO BOX 5235, 321 KITTSON AVENUE, GRAND FORKS, ND, 58206-5235

21068    DUGGAN, ROBERT G, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    DUGGANS, WILLIAM P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    DUGGAR, EARL D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    DUGGER, FRANK T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DUGGER, KEM D, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068    DUGGER, RAYMOND, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068    DUGGER, SR, ALAN R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    DUGGER, SR, ALAN R, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    DUGGER, SR, JOHNIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DUGGER, STEVEN M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DUGGINS, MELVIN S, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    DUGOSH, RICHARD H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DUGUAY, RONALD A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    DUHAGON, ADOLPH, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    DUHAMEL, EMIL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    DUHART, ANDREW J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    DUHART, WILLIAM, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    DUHON, GLENN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DUHON, HERMAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   DUHON, MAYO, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   DUHON, SR, DONALD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   DUING, JR, FRED L, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   DUING, SR, FRED L, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   DUKE, BERNARD M, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   DUKE, BERNARD M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DUKE, DANNY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   DUKE, EDDIE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUKE, EUNIE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DUKE, EUNIE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DUKE, FRANK M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DUKE, GEORGE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUKE, GEORGE W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   DUKE, JAMES H, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   DUKE, JAMES H, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   DUKE, JOHN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DUKE, JR, EDWIN F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUKE, KENNETH R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUKE, KENNETH R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DUKE, LEE S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DUKE, LEE S, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   DUKE, LOTTIE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   DUKE, NEWTON J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DUKE, NORMAN G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUKE, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DUKE, ROBERT L, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   DUKE, ROBERT P, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   DUKE, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   DUKE, THOMAS A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DUKE, THOMAS A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DUKE, THOMAS E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DUKE, THOMAS E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   DUKE, TOMMY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   DUKE, WALTER C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DUKE, WILLIAM B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUKE, WILLIAM B, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   DUKES, EDDIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   DUKES, EDDIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  DUKES, FRED, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DUKES, JIMMY L, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068  DUKES, JIMMY L, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  DUKES, JR, ALBERT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  DUKES, ROBERT E, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  DUKES, RONALD A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  DUKES, THOMAS B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  DUKES, THOMAS B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  DUKES, THOMAS W, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068  DUKES, THOMAS W, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068  DUKES, WALTER V, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  DUKES, WALTER V, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  DUKICH, STEPHEN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  DUKICH, STEPHEN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  DULACKA, JOSEPH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  DULANEY, KENNETH K, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068  DULANEY, RUBY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  DULANEY, STEVE B, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  DULANEY, WILLIAM G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  DULC, HERMAN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  DULEY, CLYDE, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  DULEY, CLYDE, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  DULEY, JAMES P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  DULEY, SR, CHARLES R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  DULIN, DENNIS J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  DULISSE, AMERIGO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069  DULLA, JEAN M, COHEN, WEISS AND SIMON LLP, 330 WEST 42ND ST, NEW YORK, NY, 10036-6976

21068  DULLA, SR, CHARLES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  DUMAINE, JONAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  DUMAINE, JONAS, PLAUT, LIPSTEIN, COHEN, 12600 W COLFAX AVE, SUITE C-400, LAKEWOOD, CO, 80215

21068  DUMAIS, ROGER L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  DUMAS, ALLEN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  DUMAS, ALLEN H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  DUMAS, CHARLES R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  DUMAS, CHARLES R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   DUMAS, CRAWFORD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DUMAS, GARY J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DUMAS, GARY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   DUMAS, GARY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DUMAS, HATTIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DUMAS, HATTIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DUMAS, KEITH C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUMAS, LELAND H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   DUMAS, LOUIS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   DUMAS, M. C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUMAS, MARY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   DUMAS, MARY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   DUMAS, ROBERT E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DUMAS, ROBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DUMAS, TERRY, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   DUMAS, TIMOTHY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUMOUHIN, JAMES S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DUMOULIN, RENE T, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DUNAGAN, GENEVA, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   DUNAGAN, MARION A, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   DUNAGAN, MONTY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUNAWAY, ALMA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DUNAWAY, ALMA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DUNAWAY, ARCHIE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   DUNAWAY, AUBREY T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DUNAWAY, DAVID A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DUNAWAY, EDWARD, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DUNAWAY, EDWARD, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DUNAWAY, ERMA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DUNAWAY, ERMA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DUNAWAY, IRA, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DUNAWAY, JESSIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21069   DUNAWAY, JOSEPH N, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425

21068   DUNAWAY, JR, BOYD L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   DUNAWAY, LEON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   DUNAWAY, MARSHALL C, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   DUNAWAY, MARSHALL C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DUNAWAY, PEGGY N, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    DUNAWAY, PEGGY N, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    DUNAWAY, ROB R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    DUNAWAY, SR, HOMER L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    DUNAWAY, SR, HOMER L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    DUNBAR, BEATRICE C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    DUNBAR, GEORGE, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068    DUNBAR, GEORGE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    DUNBAR, JAMES, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    DUNBAR, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    DUNBAR, JIMMY B, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    DUNBAR, JIMMY C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DUNBAR, MARY K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    DUNBAR, WILLIAM M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    DUNBAR, WILTON J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    DUNCAN, ALFRED, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    DUNCAN, ALFRED, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    DUNCAN, AMOS, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    DUNCAN, ANDERSON W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    DUNCAN, ANDERSON W, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    DUNCAN, B R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    DUNCAN, B R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    DUNCAN, BETTY M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    DUNCAN, BETTY M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    DUNCAN, BISEMARK, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    DUNCAN, BISEMARK, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    DUNCAN, BOBBY, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21069    DUNCAN, CHARLES M, BAILEY TRUSTY & COOK, PO BOX 151, BATESVILLE, MS, 38606

21068    DUNCAN, CHARLES W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    DUNCAN, CHARLES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    DUNCAN, DALLAS E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069    DUNCAN, DONALD G, PHILPOT LAW FIRM, PA, 115 BROADUS AVE, GREENVILLE, SC, 29601

21068    DUNCAN, DONALD H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    DUNCAN, EOGHAN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    DUNCAN, FLOYD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    DUNCAN, FRANCIS M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    DUNCAN, FRANCIS M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    DUNCAN, FRANK, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   DUNCAN, GARY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DUNCAN, GERALD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   DUNCAN, GERALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DUNCAN, GLENN E, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   DUNCAN, GRANVILLE T, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   DUNCAN, HAROLD M, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   DUNCAN, HENRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DUNCAN, HOMER E, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   DUNCAN, HOMER E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DUNCAN, HUEY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DUNCAN, HUEY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   DUNCAN, HUEY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   DUNCAN, HUGH, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DUNCAN, JACK N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DUNCAN, JACK N, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   DUNCAN, JAMES A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DUNCAN, JAMES A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DUNCAN, JERRY O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUNCAN, JERRY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DUNCAN, JOEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   DUNCAN, JOHN D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   DUNCAN, JOHN J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   DUNCAN, JOHN R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   DUNCAN, JOHN, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   DUNCAN, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   DUNCAN, JR, BILL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   DUNCAN, JR, ELMUS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   DUNCAN, JR, JAMES F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   DUNCAN, JR, JAMES F, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   DUNCAN, LARRY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DUNCAN, LARRY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DUNCAN, LON, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   DUNCAN, MARIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   DUNCAN, MARY H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   DUNCAN, MARY H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   DUNCAN, MARY N, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   DUNCAN, MARY N, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   DUNCAN, MATT, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   DUNCAN, MATT, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | DUNCAN, MELVIN W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | DUNCAN, MINNIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | DUNCAN, MINNIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | DUNCAN, NATALIE, ADAMS, BERNARD B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ADAMS, ROBERT W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, AGUIRRE, ROY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, AIGNER, JOHN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ALDERETE, CARLOS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ALEXANDER, JOHNNIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ALLEN, CAIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ALLEN, JIMMY P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ALLEN, RICHARD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ALLEN, WILBERT B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ALLRED, WILLIAM R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ALVA, SALVADOR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ALVAREZ, RODOLFO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, AMAYA, ZENON V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, AMESBURY, WILLIAM G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ANDERSON, LEEGUSTER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ANDERSON, ORVILLE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21069 | DUNCAN, NATALIE, ANDERSON, RANDALL L, BARON & BUDD PC, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ANTINORO, ANGELO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ARELLANO, JORGE F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ARMSTRONG, OSCAR E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ARNOLD, CHARLES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ARNOLD, KELLY T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ARZAGA, JESUS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, AUGUSTUS, HAROLD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, AUTRY, RUFUS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, AVALOS SR, JESUS R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, BABINEAUX, OVEY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

21068    DUNCAN, NATALIE, BAILEY, HOMER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BAILEY, LEE F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BAIRD, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BAKER, NELSON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BALDRIDGE, TOM N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BALENO, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BALLEW, WALTER D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BARNES, JOHNNIE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BATY, THOMAS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BENELEIT, LEO E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BENOIT, EDDIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BENSON, CLARENCE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BENWARE, ARTHUR A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BERNAL, RUBEN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BISHOP, WILLIAM D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BLACKWELL, WILLIAM A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BLAIR, ROBERT G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BLANCHARD, CHARLES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BLANCHARD, DON R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BLASCHKE, DON G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BLEDSOE, CLEOTIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BOHLANDER, CECIL M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BONNER, ROY T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21069    DUNCAN, NATALIE, BOWINS, ROY E, BARON & BUDD PC, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BRADFORD, AQUILLA A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BRITT, JOHN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BROCK, NORMA M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BROTHERS, ROBERT G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, BROWN, REVEL T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |
| 21068 | DUNCAN, NATALIE, BROWN, TIMOTHY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, BUCKALEW, RAYMOND C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, BUISSON, GEORGE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, BUNNELL, CHARLES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, BURGESS, PAUL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, BURRESS, JOSEPH F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CABRERA, MARTIN C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CANNINO, RUSSELL J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CARMONA, EUSTOLIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CARROLL, MILTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CASEY, CLYDE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CASTILLO, RAYMOND E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CATLIN, PAUL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CHALK, ALBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CHANCE, HEWLYN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CHANEY, ARTHUR L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CHILDS, MELVIN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CHUMLEY, GERTRUDE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CLARK, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CLARK, JOHNNIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CLARK, LAWRENCE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CLARK, LEE O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CLARKE, ANDREW, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CLAY, ALTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CLIFTON, ARTHUR G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, COBB, BOBBY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, COFFMAN, LARRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, COLEMAN, ELLIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, COLMAN, CHARLES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, COMEAUX, DONALD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | DUNCAN, NATALIE, COMPTON, GLORIA D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, COOK, JOSEPH J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, COOK, LAWTON J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, COOLEY, JAMES K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, COOLEY, TROY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, COOPER, JAY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, COOPER, LEE ROY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CORONA, VINCENT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, COURTNEY, BILLY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CRAFT, RAYBURN P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CROSBY, EDWARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CROSS, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CROW, WILLIAM C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CUNNINGHAM, FRANKIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CUNNINGHAM, MARVIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CUNNINGHAM, WILBURN K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, CUTRIE, FRANCIS P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DAILEY, RAYMOND E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DANIELS, JOHN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DAVION, MELVIN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DAVIS, ALBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DAVIS, CLARENCE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DAVIS, E G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DAVIS, FELTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DAVIS, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DAVIS, LARRY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DE LOS SANTOS, FEBRONIO H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DECKER, ALFRED R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DELEEL, DONALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DELGADO, SILVESTRE B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | DUNCAN, NATALIE, DENSON, JAMES B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DERAMUS, CLYDE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DEROUEN, ALWIN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DEWBERRY, SPIAL M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DICKINSON, RAYMOND, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DIVINEY, FLOYD D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DIXON, LORRIS M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DIXSON, ALBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DIXSON, CECIL R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DONATO, VERNE B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DOTSON, CHARLES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DOTSON, DAVE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DOUGLAS PRAUSE (DECEASED), DANNY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DOW, JOHN V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DOWDELL, JAMES B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DOWDY, ALFRED N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DOWELL, WALTER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DUEITT, MARILYN F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, DUNCAN, RONDELL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, EDWARD, CARR L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, EDWARDS, CLARENCE P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, EDWARDS, CLIFTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, EDWARDS, EDWIN B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, EDWARDS, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ELIZONDO, PEDRO R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ELLIS, CLEATHON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ELLIS, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ELLISON, JAMES F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, EMBRY, CECIL W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ESCAMILLA, LOUIS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |

Svc Lst  Name and Address of Served Party

21068   DUNCAN, NATALIE, EVANS, BILLY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, EVANS, ELVIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FAYE, CHARLES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FEDRICK, DONALD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FISHER, DONALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FLANAGAN, CLAUDE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FLORES, JOHN G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FLYNN, CLINTON R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FONTENOT, HERMAN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FONTENOT, PERCY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FOOTE, NORMA, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FORASIEPI, PETER J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FOSTER, JOHN G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FREY, JAMES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FRYDAY, GARLAND W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, FRYE, JOSEPH R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GALARNEAU, JOSEPH R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GARAY, ELISEO T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GARCIA, ANDREW R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GARCIA, LEOPOLDO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GARCIA, RAUL G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GARCIA, ROQUE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GARCIA, SAMUEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GARDNER, CLIFTON O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GARNER, CHARLES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GARRETT, WILLIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GARZA, ALBERTO R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GATLIN, LEONARD D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GAVIN, LAWRENCE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GERACE, LOUIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

Svc Lst  Name and Address of Served Party

---

21068   DUNCAN, NATALIE, GILL, EUGENE V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GLASPIE, WARDELL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GLENN MACHEN (DECEASED), WILLIAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GLICK, FRANK O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GONZALES, EDWARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GONZALEZ, CECILIO E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GONZALEZ, ELIAS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GOODWIN, WILLIS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GORDON, JOSEPH M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GRABIEL, PAUL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GRAHAM, WILBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21069   DUNCAN, NATALIE, GRANT, HAROLD G, BARON & BUDD PC, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GRANT, WILLIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GREEN, LENARD M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GREEN, RANDALL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GREEN, THOMAS C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GREGG, ROBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GRIFFIN, CHARLES B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GRIFFIN, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GRIGGS, BENNIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GROGAN, ANSEL R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GROSS, CARL M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GUELKER, RONALD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GUIDRY, RENE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GUILLORY, COLLINS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GUILLORY, JOHNNY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GUILLORY, PERRY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, GUTIERREZ, ISIDORO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, HACKSTEDT, OTTO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068   DUNCAN, NATALIE, HAGGETT, FRANKLIN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | DUNCAN, NATALIE, HALL, JAMES A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HALL, MITCHELL F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HANDY, EARL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HARDESTY, RICHARD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HARPER, SANDRA G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HARRIS, HOISE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HARRISON, JOHNNIE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HART, OREN K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HARTMAN, DAVID L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HARVARD, JAMES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HATCH, DONALD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HATTON, GEORGE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HAVILL, JOHN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HEATHCOE, VIRGIE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HEBERT, JENNIFER A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HEIDELBERG, JAMES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HENDERSON, LIONEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HENRY, JERRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HERD, THOMAS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HERNANDEZ, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HERRINGTON, LEON L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HESTER, WILLIAM E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HIBBELER, JERRY N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HIGGINS, WALTER J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HIJAR, ERNESTO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HILL, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HILLHOUSE, LLOYD C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HODGE, WALTON Q, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HOGDEN, FRED E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HOLSOMBACK, JESSE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | DUNCAN, NATALIE, HOLTHOUSER, ORA L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HORAN, LAWRENCE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HORNBUCKLE, JOHNNY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HORNER, ERIC F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HOSEY, JIMMY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HOWARD, JEWEL B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HOWELL, THOMAS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HUFF, VICTOR C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HUGHES, DOYLE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, HUTCHINGS, NORMAN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, INGRAM, LEONARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, ISBELL, JOHN T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JACKSON, EWIN O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JACKSON, HAROLD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JACKSON, JIMMIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JACKSON, JOE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JACKSON, MELVIN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JAMES, CLEMIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JAMES, MARTIN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JAMES, SAMUEL S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JENKINS, BOBBY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JENKINS, LESLIE P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JENNINGS, ERMA J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JERNIGAN, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JESSE LITTLE (DECEASED), PAUL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JOCK, ROBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JOHNSON, SAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JOHNSON, VAN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JONES, ALBERT C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JONES, ANDREW E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | DUNCAN, NATALIE, JONES, DWAYNE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JONES, EARL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JONES, EDDIE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JONES, HORACE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JONES, JOHN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JONES, RAY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JONES, SILAS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JORDAN, JUDSON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JORDEN, ALVA D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, JOSEPH, MOSES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KARR, BURGESS M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KEE, ADAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KELLEY, RAYFORD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KELLEY, RICHARD P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KENNY, ROBERT C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KETNER, JOHN WESLEY T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KEYES, ALVIN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KIDD, MARION E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KIDWELL, WILLIAM N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KILLEN, WILLIAM P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KILLIAN, HERBERT W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KINCHEN, ARNOLD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KING, FRED M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KINSEL, TILMAN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KIRKLEY (DECEASED), LETA, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KLYCE, JOHN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KNIGHT, HENRY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KNIGHT, JAMES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KOCIENSKI, RAYMOND, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, KRISE, THOMAS F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    DUNCAN, NATALIE, KURTZ, JAMES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LACY, JOE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LADD, HOWARD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LAKE, PHILLIP E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LANDERS, MAURICE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LAUZON, ROGER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LAWSON, CLIFFORD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LEAL, JESUS G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LEE, W F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LEGER, JOSEPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LEIJA, BERNARDO P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LEWIS, CHARLES P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LEYVA, MARIANO R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LONG, KENNETH D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LORENZO, ROCHA, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LOVE, LLOYD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LOVING, FRANK E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LOWE, WILLIAM T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LUCY, SAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LUJAN, DAVID A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LYNCH, PHILLIP M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LYNN, GERALD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, LYONS, MARCUS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, MACALUSO, JOSEPH L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, MACK, ARTHUR F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, MACKEY, PHILIP, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, MALBROUGH, WILFORD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, MALDONADO, RAUL M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, MALETTE, EUGENE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, MANIE, CALVIN C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | DUNCAN, NATALIE, MANRIQUEZ, JESSIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARCUM, HENRY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARINEZ, SAM A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARINO, JACK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARINO, JOSEPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARLAR, EDDIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARSH, FREDERICK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARTIN, GEORGE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARTIN, HARRY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARTIN, JERRY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARTIN, LEO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARTINEZ, ANDY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARTINEZ, JOSE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MARTINEZ, ROSENDO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MATA, JOHN A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MATTHEWS, SAMUEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MAY, CLARENCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MAY, WILLIAM L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MAYA, ARTURO M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MCBRIDE, JAMES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MCCANN, CALVIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MCCARTY, C B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MCFARLAND, GEORGE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MCGILVRAY, JAMES M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MCGOWEN, RUSSELL S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MCGUIRE, RICHARD A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MCKINNEY, JAMES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MCKINZY, POOL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MCNEIL, JOHN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MCRAE, ROBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | DUNCAN, NATALIE, MCSHAN, LAWRENCE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MENCHACA, MANUEL V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MENDOZA, ANTONIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MESSERSCHMITT, WILLIAM P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MICKENS, LAWRENCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MILLER, RONALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MILLER, WILLIAM T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MILLS, CURTIS B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MILTON, STEVE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MINGS, DAVID, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MINTON, HARRY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MITCHELL, CHARLES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MITCHELL, LOUIS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MIZE, HOMER L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MONDRAGON, RAUL A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MONROE, ERNEST, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MONROE, ISAAC, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MONSEES, CUBAN A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MONTEZ, MACK S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MOODY, LLOYD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MOORE, MACK C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MOORE, WILLIAM G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MOORHEAD, BOBBY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MORGAN, MICHAEL G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MORRIS, THOMAS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MOSS, RICHARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MOTON, ROBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MOUSSEAU, HAROLD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MOUTON, CHARLES N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |
| 21068 | DUNCAN, NATALIE, MUNOZ, MARIO A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 |

Svc Lst  Name and Address of Served Party

---

21068  DUNCAN, NATALIE, MURKS, NOVICE G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, MURPHY, EARL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, MURPHY, ELBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, MURPHY, OSCAR H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, MUSANTE, THEODORE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, NAQUIN, GERALD M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, NARANJO, ALBERTO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, NEAL, VERNA F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, NEANOVER, ALLEN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, NERREN, R B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, NEWBY, ARTHUR L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, NEWELL, MELVIN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, NG, ROBERT Q, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, NICHOLAS, GLOVER J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, OGDEN, JAMES I, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, ONEIL, RONALD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, ORTIZ, EMILIO C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, OUTLER, ARLIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, PAGE, O B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, PANTOJA, FREDDIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, PARKER, DAVID B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, PARKER, Z P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, PATSCHKE, ERNEST V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, PATTERSON, WILLIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, PAULK, FRANKLIN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, PENA, YSIDRO Z, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, PENNINGTON, GEORGE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, PENTON, LEVI A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, PERALEZ, RUBEN F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068  DUNCAN, NATALIE, PEREZ, ERASMO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    DUNCAN, NATALIE, PEREZ, FRANK A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PEREZ, LEE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PERIOU, JAMES A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PERKINS, CHARLES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PETTIT, TEDDY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PHILLIPS, JOSEPH H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PICKETT, JOE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PIEDLAU, EDWARD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PIERCE, HERMAN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PIERSON, ALTON J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PIGG, KENNETH L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PITTMAN, RONNIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PLANTY, VERNON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, POLK, CARL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, POOLE, JOHN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PORTER, EMMETT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, POWE, SAMUEL H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, POWELL, DONALD C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, POWELL, EDGAR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, POWELL, KENNETH D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PREMO, ROGER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PROCTER, RICHARD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PROCTOR, DANNY M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PRUDE, WILLIAM J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PUGH, JOHN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, PURIFOY, ALLEN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, RAMIREZ, PEDRO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, RAMIREZ-GARCIA, PABLO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, RAMON, V RAMOS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283

21068    DUNCAN, NATALIE, RANKIN, ROCHELLE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283