**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   GLEICHSNER, FRANK W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   GLEITZ, PAUL J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GLEITZ, PAUL J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   GLEN, ALVIN R, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21069   GLENN MACHEN (DECEASED), WILLIAM, MARY MACHEN, 7127 QUIL LANDING, SAN ANTONIO, TX, 78250

21068   GLENN, BAKER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   GLENN, BETTYE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   GLENN, CARL, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   GLENN, CLARENCE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   GLENN, CLARENCE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   GLENN, CLAUDE D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GLENN, DONALD T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GLENN, DONALD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   GLENN, DOROTHY A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GLENN, FRANK, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   GLENN, FRANK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GLENN, FRANK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GLENN, GRACIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   GLENN, HENRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   GLENN, JARVIS S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GLENN, JOHNNIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   GLENN, JOHNNIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GLENN, LESSIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   GLENN, LESSIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GLENN, LIGA, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   GLENN, PEARLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   GLENN, SHEDRICK A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GLENN, SOLOMON, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   GLENN, STUART L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   GLENN, T. C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GLENN, VENOY H, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   GLENN, VERA A, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   GLENN, VERA A, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   GLENN, VIVIAN W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GLENN, WILLIE L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   GLENNON, DOYLE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | GLENNON, DOYLE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | GLENNON, DOYLE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | GLENNON, JOAN, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110 |
| 21068 | GLENNON, RONALD, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110 |
| 21068 | GLESSNER JR., WILLIAM A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | GLICK, NORMAN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | GLIDDEN, JAMES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | GLIDDEN, KENNETH L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | GLIDDEN, RICHARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | GLIDDEN, RICHARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | GLIDDON, GORDON, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | GLIDEWELL, ALTON, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501 |
| 21068 | GLIDEWELL, ALTON, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 |
| 21068 | GLIDEWELL, ALTON, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | GLIDEWELL, KENNETH, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | GLIDEWELL, WALTER E, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | GLINES, ARNOLD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | GLINSKY, WALTER P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | GLISMAN, NELLIE R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | GLISMAN, NELLIE R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | GLISSON, CHARLES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | GLISSON, CHARLES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | GLISSON, ROBERT S, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | GLISSON, ROBERT S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | GLIVA, ED, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | GLOBETTI, GEORGE M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | GLOBETTI, GEORGE M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | GLOEDE, GUSTAVE, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | GLOGOSKI, WALTER M, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | GLORIOSO, VINCENT V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | GLOS, JOSEPH C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | GLOSSON, JR, EMRELL S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | GLOSSON, JULIUS C, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210 |
| 21068 | GLOSSON, JULIUS C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | GLOSSON, SR, PAUL D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | GLOTFELTY, HARRY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | GLOVER, ABNER, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638 |

**Exhibit 3 - WR PI Grace Mailing**

---

Svc Lst   Name and Address of Served Party

---

21068   GLOVER, BILLY A, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   GLOVER, BROOKS C, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   GLOVER, CHARLES H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   GLOVER, CHARLES S, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   GLOVER, CHARLES S, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   GLOVER, DWIGHT W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GLOVER, FLOYD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GLOVER, HERMAN E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GLOVER, HERMAN E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GLOVER, JAMES A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GLOVER, JAMES H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   GLOVER, JAMES W, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   GLOVER, JAMES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GLOVER, JAMES, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   GLOVER, JOYCE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   GLOVER, JOYCE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GLOVER, JR, NICHOLAS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GLOVER, JR., MARK, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   GLOVER, JR., MARK, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GLOVER, LEONARD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GLOVER, LEWIS E, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   GLOVER, PAUL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   GLOVER, RALPH E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GLOVER, RALPH E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GLOVER, SARAH, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   GLOVER, STEPHEN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GLOVER, STEVE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   GLOVER, TALMADGE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GLOVER, TALMADGE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   GLOVER, WILLIAM E, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   GLOVER, WILLIAM E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GLOVER, WILLIAM H, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   GLOVER, WILLIAM, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   GLUFF, EVERETT M, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   GLUGLA, BERNARD J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   GLUS, MICHAEL, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   GLUS, MICHAEL, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   GLYNN, CLYDE H, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   GLYNN, WILLIAM, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21069   GLYPTIS, PETER M, LAW OFFICES OF JACK K CLAPPER, 2330 MARINSHIP WAY, SUITE 140, SAUSALITO, CA, 94965

21068   GMUREK, JOHN, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   GNATT, CALVAN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GNATT, CALVAN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GNEPPER, CHARLES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   GNISCI, ROBERT J, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   GOAD, EARL N, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   GOAD, EARL N, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068   GOANS, RAYMOND, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   GOANS, SR, JAMES R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   GOBER, BETTY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   GOBER, BETTY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   GOBER, DOUGLAS R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   GOBER, GARDA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   GOBER, GARDA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   GOBER, GREGORY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   GOBER, GREGORY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GOBER, HANSEL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOBER, J C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   GOBER, MARVIN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOBER, PAUL E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   GOBER, PAUL E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOBER, PAUL E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   GOBER, PHILLIP E, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   GOBER, PHILLIP E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   GOBER, TOMMY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOBERT, CLARENCE R, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   GOBERT, HARVEY, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   GOBERT, JR, HARVEY, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   GOBLE, NINA G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   GOCEK, FRANK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GOCHETT, JAMES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOCHETT, JAMES H, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   GOCHIS, THEODORE W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   GOCHNAUER, ALVENA M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOCHNAUER, ALVENA M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   GOCKLEY, LESLIE, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   GOCLON, DARYL T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GODBOLT, BENNY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   GODBOLT, JR, J D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   GODBOLT, SR, J D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   GODBOLT, SR, J D, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   GODBOLT, SR, J D, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21069   GODBOUT, RUSSELL, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495

21068   GODBY, MABEL, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   GODDARD, SHERWOOD C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   GODFREY, GORDON F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GODFREY, GORDON F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GODFREY, HOLLIS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GODFREY, HOLLIS A, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   GODFREY, JR, EDWARD, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   GODFREY, JR, EDWARD, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   GODFREY, KONNIE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GODFREY, RICHARD W, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   GODFREY, RICHARD W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GODFREY, RICHARD W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   GODFREY, ROBERT H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   GODFREY, ROBERT K, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   GODFREY, ROBERT W, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068   GODFREY, WILLIE C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   GODIN, GEORGE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   GODINA, JOSE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GODINO, JOSEPH, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   GODLESKI, HENRY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   GODLEWSKI, LUCIAN E, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   GODMAN, CHARLES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GODREAU, GERALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GODSEY, JAMES M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   GODSEY, JESSIE M, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   GODSEY, JESSIE M, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   GODSEY, TAFTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GODUSH, JERRY L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   GODUSH, JOHN G, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   GODWIN, CLARENCE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GODWIN, CLARENCE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   GODWIN, CLEVELAND D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   GODWIN, ETTA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   GODWIN, GERALD W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   GODWIN, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   GODWIN, JIMMIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   GODWIN, JIMMIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GODWIN, JOSEPH B, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   GODWIN, JR, HERMAN, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   GODWIN, JR, JACOB M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   GODWIN, LAVERNE G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   GODWIN, LAVERNE G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   GODWIN, MARLIN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   GODWIN, MARY V, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   GODWIN, MICHAEL S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GODWIN, MICHAEL S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GODWIN, MICHAEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   GODWIN, PAUL J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   GODWIN, RONALD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   GODWIN, SANDRA, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   GODWIN, SELLARS, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   GODWIN, THOMAS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GODWIN, WILMER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GOE, JAMES B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GOE, JAMES B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GOEB, JAMES A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21069 | GOEBEL, DAVID, BROOKMAN, ROSENBERG, BROWN AND SANDLER, 30 SOUTH FIFTEENTH ST, PHILADELPHIA, PA, 19102 |
| 21068 | GOEBEL, FLORENCE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | GOEBEL, WALTER H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | GOEBLE, BRYAN B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | GOECKE, ROLF, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | GOEDDE, ROBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | GOEDEKE, ALFRED W, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | GOEGAN, JOSEPH, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | GOEHRING, GERALD E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | GOEKEN, MARION J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | GOEN, JIMMY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | GOEN, JIMMY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | GOEN, PAMELA D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | GOEN, WILLIAM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | GOENS, LENIE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | GOENS, LENIE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | GOERLITZER, FRED, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | GOERS, ROBERT W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | GOERS, ROGER J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | GOETSCH, RANDALL P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | GOETTER, ARMOND J, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067 |
| 21068 | GOETTSCH, JAMES, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945 |
| 21069 | GOETZ, CARL G, THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | GOETZ, CARL G, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | GOETZMAN, W R, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | GOETZMAN, W R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | GOFF, ALBERT, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | GOFF, ALBERT, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | GOFF, ALICE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | GOFF, BENNY R, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | GOFF, CATHERINE M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | GOFF, CHARLES E, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | GOFF, CHARLES W, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | GOFF, GROVER C, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | GOFF, HAROLD D, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |

Svc Lst  Name and Address of Served Party

---

21068  GOFF, HAROLD, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  GOFF, HOMER P, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  GOFF, JAMES D, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  GOFF, JOHN H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  GOFF, JOHNNIE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  GOFF, LARRY, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068  GOFF, LARRY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068  GOFF, LARRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  GOFF, RAYMOND, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  GOFF, RONNIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  GOFF, SR, CHARLES E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  GOFF, THOMAS, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  GOFF, WILLIAM H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  GOFF, WILLIE G, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  GOFFINET, HAZEL M, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  GOFFINET, HAZEL M, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  GOFFMAN, JULIUS, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  GOFORTH, GEORGE, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  GOFORTH, JAMES C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  GOFORTH, JERRY V, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  GOFORTH, JERRY V, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  GOFORTH, JR, JOSEPH B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  GOFORTH, JR, KIRBY W, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21069  GOFUS, RAYMOND, SPEAR, WILDERMAN, BORISH, ENDY AND RUNCKEL PC, 230 SOUTH BROAD ST STE 1400, PHILADELPHIA, PA, 19102

21068  GOFUS, STEPHEN, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  GOGGANS, BILLY H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  GOGGANS, JR, POSIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  GOGGANS, JR, POSIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  GOGGANS, VICKIE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  GOGGANS, VICKIE L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  GOGGINS, CHESTER R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  GOGGINS, CHESTER R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  GOGGINS, ENOCH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  GOGGINS, ENOCH, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  GOGLIN, HERBERT, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   GOGLIN, WILLIAM, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   GOGOLYA, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GOICHMAN, ED, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   GOINES, CHARLES E, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   GOING, STANLEY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   GOINS, BENJAMIN G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   GOINS, CHARLENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GOINS, CHARLENE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   GOINS, DAVIS L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   GOINS, DAVIS L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   GOINS, DEWEY D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   GOINS, FARMER, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   GOINS, FAYE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   GOINS, FAYE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GOINS, HUBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GOINS, J D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   GOINS, J D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   GOINS, JOHN, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   GOINS, JOHN, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   GOINS, JORDAN, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   GOINS, JORDAN, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   GOINS, LESSIE R, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   GOINS, LESSIE R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOINS, LESSIE R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   GOINS, LORENE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   GOINS, LORENE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOINS, LORENE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   GOINS, PHILIP, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   GOINS, ROCELIUS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GOINS, ROY J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   GOINS, SHIRLEY B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GOINS, SR, ISIAH, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   GOINS, SR, ISIAH, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   GOKEY, FRANCIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOLAR, MARVIN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

Svc Lst  **Name and Address of Served Party**

21068    GOLD, EDWARD C, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068    GOLD, EDWARD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    GOLD, ELISHA, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    GOLD, JACOB C, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    GOLD, KENNETH, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21069    GOLDADE, LEO, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068    GOLDAPSKE, HENRY W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    GOLDAPSKE, HENRY W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    GOLDBAUGH, GEORGE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    GOLDBERG, GEORGE, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068    GOLDBERG, MARVIN, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068    GOLDBERG, MILTON, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068    GOLDEN SR., SAMUEL P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    GOLDEN, ALVIN A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    GOLDEN, ALVIS L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    GOLDEN, ANDY O, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    GOLDEN, BOBBY, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068    GOLDEN, BOBBY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    GOLDEN, CREADELL C, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    GOLDEN, CREADELL C, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068    GOLDEN, DEWEY R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    GOLDEN, DEWEY R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    GOLDEN, ETHEL, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    GOLDEN, EUNICE B, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068    GOLDEN, FLOYD W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    GOLDEN, JAMES A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069    GOLDEN, JAMES E & GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068    GOLDEN, JAMES E, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068    GOLDEN, JAMES J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    GOLDEN, JIMMIE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    GOLDEN, JIMMIE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    GOLDEN, LOIS E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    GOLDEN, MARVIN, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   GOLDEN, MARVIN, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   GOLDEN, MICHAEL W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GOLDEN, MICHAEL W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GOLDEN, ROBERT L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21069   GOLDEN, ROBERT L, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068   GOLDEN, ROBERT L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GOLDEN, W. L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069   GOLDFEIN AND JOSEPH, 1600 MARKET ST 33RD FL, PHILADELPHIA, PA, 19103-7396

21068   GOLDING, ALDEAN W, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068   GOLDMAN, DONALD J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   GOLDMAN, DONALD J, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   GOLDMAN, ELLIS M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   GOLDMAN, ELLIS M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   GOLDMAN, GEORGE, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   GOLDMAN, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOLDMAN, JOE H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   GOLDMAN, LOUIS M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   GOLDMAN, STEPHEN, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   GOLDSBY, DONALD, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   GOLDSBY, JR, JORDEN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOLDSCHMIDT, LOUIS, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   GOLDSCHMIDT, RAYMOND G, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   GOLDSMITH, ANDREW, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   GOLDSMITH, ELDON F, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   GOLDSMITH, ELDON F, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   GOLDSMITH, GERALD A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   GOLDSMITH, HAROLD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   GOLDSMITH, JR, RALPH C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   GOLDSMITH, LIZZIE M, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   GOLDSMITH, STANLEY H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   GOLDSMITH, WILLIE A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   GOLDSTEIN, JACK, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   GOLDSTEIN, JACOB, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   GOLDSTEIN, VINCENT G, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   GOLDSWORTH, ROY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GOLDSWORTHY, JOHN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GOLIGHTLY, JAMES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   GOLLATZ, GRIFFIN, EWING & MCCARTHY, PO BOX 1430, 205 NORTH MONROE STREET, MEDIA, PA, 19063

21068   GOLLIHUE, CALMON E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   GOLLIHUE, THOMAS E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   GOLLISON, WILLIAM G, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   GOLLISON, WILLIAM G, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   GOLLY, RONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GOLOHUCH, MICHAEL, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   GOLOP, HENRY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   GOLOVICH, JACK, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965

21068   GOLSTON, HENRY, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   GOLSTON, HERBERT, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   GOLSTON, WILLIE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOLSTON, WILMER, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21069   GOLT, WILLIAM, KAHN, 1200 FOUR PENN CENTER PLAZA, PHILADELPHIA, PA, 19103

21069   GOLT, WILLIAM, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068   GOLTZ, GLEN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   GOMAN, DARYL, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   GOMAN, DARYL, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   GOMCSAK, NORMAN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   GOMCSAK, NORMAN, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   GOMER, CHARLES, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   GOMEY, LEONARD R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   GOMEZ, ALBERT, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   GOMEZ, CHARLES V, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068   GOMEZ, CHARLES V, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOMEZ, CLEMENT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   GOMEZ, ELENI, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   GOMEZ, ENRIQUE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOMEZ, FRANK, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   GOMEZ, GERARDO S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21069 | GOMEZ, GUILLERMO DESIDERIO, 3645 41ST ST, PORT ARTHUR, TX, 77642 |
| 21068 | GOMEZ, IGNACIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GOMEZ, JESUS E, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |
| 21068 | GOMEZ, JESUS E, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | GOMEZ, JOHN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | GOMEZ, JOSE M, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | GOMEZ, JOSE M, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | GOMEZ, JOSE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GOMEZ, JOSE V, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300 |
| 21068 | GOMEZ, KAREN, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612 |
| 21068 | GOMEZ, LAVERN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | GOMEZ, LOUIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | GOMEZ, MARTIN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | GOMEZ, MARY, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010 |
| 21068 | GOMEZ, RUDOLPH S, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | GOMEZ, SAMUEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | GOMEZ, SR, EDWARD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | GOMEZ, THOMAS H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | GOMEZ, VALENTE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GOMEZ, VINCENT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | GOMEZ, VINCENT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | GOMEZTAGLE, SR, ANTONIO, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | GOMON, EDWARD EARL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | GOMULKA, EDWARD F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | GONDEK, RICHARD J, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | GONDING, JOSEPH C, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | GONDRAN, KENNETH, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969 |
| 21068 | GONDRON, RAY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | GONIA, ARTHUR, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919 |
| 21068 | GONOT, EVALIA, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | GONSOULIN, JOSEPH L, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | GONSOULIN, JOSEPH L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | GONSOULIN, JR, ADAM J, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | GONSOULIN, WILFRED, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | GONTARZ, STEPHEN, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | GONYA, JOSEPH E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | GONYA, JOSEPH E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | GONYER, ROBERT B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | GONZALEE, BRUCE, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124 |
| 21068 | GONZALEE, BRUCE, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723 |
| 21068 | GONZALES, AMANDA F, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | GONZALES, ANNIE C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | GONZALES, ANNIE C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21069 | GONZALES, ARTHUR J, THE GALLAGHER LAW FIRM, RUSSELL SARAFIN, 777 WALKER  STE 2500, HOUSTON, TX, 77002 |
| 21068 | GONZALES, BILL G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | GONZALES, DAVID S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | GONZALES, DIMAS, CULLEN AND DYKMAN, 177 MONTAGUE ST, BROOKLYN, NY, 11201 |
| 21068 | GONZALES, ELOY S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GONZALES, ERNESTO, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608 |
| 21068 | GONZALES, FELIPE, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | GONZALES, FELIPE, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | GONZALES, FELIPE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GONZALES, HOPE M, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | GONZALES, ISIDRO, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | GONZALES, ISMAEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | GONZALES, JESUS B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | GONZALES, JESUS, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550 |
| 21068 | GONZALES, JESUS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | GONZALES, JOHN, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | GONZALES, JOSE C, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | GONZALES, JOSE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | GONZALES, JOSEPH, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | GONZALES, JR, BRUNO, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | GONZALES, JUAN, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | GONZALES, LAWRENCE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | GONZALES, MANUEL H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GONZALES, MANUEL, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | GONZALES, MANUEL, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | GONZALES, MARTIN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GONZALES, MONICO, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | GONZALES, MONICO, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | GONZALES, PAUL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | GONZALES, RODOLFO A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GONZALES, SR, EDWARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GONZALES, TIMOTEO D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | GONZALES, TOMAS, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | GONZALEZ, ARMANDO R, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | GONZALEZ, AUGUSTINE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | GONZALEZ, BENITO, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | GONZALEZ, BENJAMIN, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21069 | GONZALEZ, CARLOS B, MCPHERSON MONK HUGHES BRADLEY & WIMBERLEY, 3120 CENTRAL MALL DRIVE, PORT ARTHUR, TX, 77642 |
| 21068 | GONZALEZ, CELESTINO H, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | GONZALEZ, CHARLES P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21069 | GONZALEZ, CINDY, ABRAHAM MOSS, 5350 S STAPLES, CORPUS CHRISTI, TX, 78411 |
| 21068 | GONZALEZ, CINDY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 |
| 21068 | GONZALEZ, CONSUELO, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010 |
| 21068 | GONZALEZ, DAVID, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | GONZALEZ, ELVIRA E, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801 |
| 21068 | GONZALEZ, EMILIANO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GONZALEZ, FELIX H, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | GONZALEZ, FELIX H, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | GONZALEZ, FELIX H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GONZALEZ, GERBASIO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | GONZALEZ, GILBERTO H, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | GONZALEZ, GONZALO, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | GONZALEZ, GREGORY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | GONZALEZ, GREGORY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | GONZALEZ, JESUS C, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | GONZALEZ, JOSE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | GONZALEZ, JR, ABRAHAM, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | GONZALEZ, JR, GUILLERMO C, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | GONZALEZ, JR, HUMBERTO, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | GONZALEZ, JUAN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GONZALEZ, JUAN, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | GONZALEZ, JUAN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | GONZALEZ, JULIO, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  GONZALEZ, LORETO L, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21069  GONZALEZ, LUIS G, WOODS & WOODS LAW OFFICES, 105 PONCE DE LEON AVE, ONE COMPTROLL, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  GONZALEZ, MARCIAL, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  GONZALEZ, MIGUEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  GONZALEZ, NIEBEZ G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  GONZALEZ, PEDRO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  GONZALEZ, RAFAEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  GONZALEZ, RAMON G, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21069  GONZALEZ, RAMON T, WOODS & WOODS LAW OFFICES, 105 PONCE DE LEON AVE, ONE COMPTROLL, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068  GONZALEZ, RAYMOND, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  GONZALEZ, RAYMOND, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068  GONZALEZ, ROBERTO R, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068  GONZALEZ, ROY, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068  GONZALEZ, ROY, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  GONZALEZ, RUBEN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  GONZALEZ, RUBEN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  GONZALEZ, SALVADOR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  GONZALEZ, SEBASTIAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  GONZALEZ, SR, JULIO, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  GONZALEZ, SR, MARIO, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  GONZALEZ, SR, SALVADOR J, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  GONZALEZ, TOMAS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  GONZALEZ, TOMAS J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  GONZLEZ, SERVANDO, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  GONZLEZ, SERVANDO, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  GOOCH, LILLIE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  GOOCH, NORMAN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  GOOD, BILLY L, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068  GOOD, IVAN, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068  GOOD, JOE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  GOOD, LEON, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  GOOD, M L, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  GOOD, ROBERT W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  GOOD, ROBERT W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  GOOD, ROOSEVELT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   GOOD, SR, RUSSELL V, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   GOOD, WILMER C, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068   GOOD, WILMER C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOOD, WILMER C, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   GOODALE, LAVERN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   GOODALE, RONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   GOODALL, SCOTT D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOODALL, WARREN R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   GOODE, CATHERINE E, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   GOODE, CHARLES J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GOODE, CHARLES J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GOODE, CHARLES R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   GOODE, CLAUDE W, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   GOODE, CLAUDE W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   GOODE, DALLAS L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   GOODE, DALLAS L, JOHNSON, ROSENTHAL, LIDDON, 700 LANDMARK CENTER, 2100 1ST AVENUE NORTH, BIRMINGHAM, AL, 35203

21068   GOODE, EDWIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GOODE, ELLA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GOODE, JR, LEE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   GOODE, LEVERT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GOODE, ORLANDO, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21069   GOODE, PAUL D, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

21068   GOODE, RONNIE E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   GOODE, RONNIE E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOODE, TOMMY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOODE, TOMMY E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   GOODE, WELTE F, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   GOODE, WELTE F, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   GOODELL, CLIFFORD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOODELL, CLIFFORD L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   GOODELL, CURTIS D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GOODELL, CURTIS D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GOODEN, CLARENCE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOODEN, CLYDE, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   GOODEN, CLYDE, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   GOODEN, CLYDE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOODEN, EARNEST, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOODEN, HELEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   GOODEN, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOODEN, JETTIE P, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   GOODEN, JETTIE P, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   GOODEN, JOHN A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOODEN, LAURA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GOODEN, LAURA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   GOODEN, LEE P, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   GOODEN, LULA M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GOODEN, LULA M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   GOODEN, SAMUEL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   GOODGAME, JR, FREDERICK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GOODICH, MICHAEL E, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   GOODIN, BILLY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOODIN, KERMAN C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GOODIN, KERMAN C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GOODING, ARTA R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GOODING, HERMAN, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   GOODING, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GOODING, JOHN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GOODING, KENNETH, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   GOODLETT, HAROLD, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   GOODLETT, HAROLD, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   GOODLEY, CHARLES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   GOODMAN MEAGHER, 111 NORTH CHARLES STREET, BALTIMORE, MD, 21201

21069   GOODMAN, ALBERT LEE, LUCE & HENSLEY, 1015 W 7TH AVE, ANCHORAGE, AK, 99501

21068   GOODMAN, BOBBY G, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   GOODMAN, CHARLES, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   GOODMAN, EDGAR, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   GOODMAN, EDWARD E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GOODMAN, EDWARD E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   GOODMAN, ELBERT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOODMAN, ELGA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   GOODMAN, ELGA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GOODMAN, GEORGE, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   GOODMAN, IVEY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   GOODMAN, IVEY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   GOODMAN, JACK C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOODMAN, JAMES E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   GOODMAN, JAMES, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   GOODMAN, JOHN, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   GOODMAN, JR, AMARE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GOODMAN, JR, JAMES R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   GOODMAN, JR, WAVERLY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   GOODMAN, LEONARD A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069   GOODMAN, LONNIE, JENKINS & JENKINS, P C, 604 WEST MAIN STREET, WAXAHACHIE, TX, 75168

21068   GOODMAN, LONNIE, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   GOODMAN, MACK A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GOODMAN, MARGARET F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOODMAN, MIKE W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GOODMAN, MIKE W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GOODMAN, MILTON E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   GOODMAN, PAUL L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   GOODMAN, RAY R, EARNSHAW, ELKWOOD MALL CENTER BLDG, #512, 42ND AND CENTER STREETS, OMAHA, NE, 68105

21068   GOODMAN, RAY R, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   GOODMAN, RICHARD J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   GOODMAN, RICHARD J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GOODMAN, ROBERT J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GOODMAN, ROOSEVELT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GOODMAN, ROOSEVELT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   GOODMAN, ROY D, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   GOODMAN, ROY D, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   GOODMAN, SR, FRANK N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOODMAN, SR, FRANK N, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   GOODMAN, SR, RICHARD, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   GOODMAN, WILLIAM C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   GOODMAN, WILLIAM C, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   GOODMAN, WILLIAM C, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   GOODMAN, WILLIAM C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

Svc Lst  Name and Address of Served Party

---

21068  GOODMAN, WILLIAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  GOODNIGHT, ALBERT H, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  GOODNIGHT, ALBERT H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  GOODNIGHT, HENRY S, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  GOODNIGHT, PAUL H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  GOODNIGHT, PAUL H, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069  GOODPASTER, WILLIAM LOUIS, MCCREA & MCCREA, PO BOX 1310, 119 S WALNUT ST, BLOOMINGTON, IN, 47402

21068  GOODPLASTER, DONNIE R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  GOODRICH, BURNETT, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  GOODRICH, DONALD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  GOODRICH, EUGENE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  GOODRICH, FRANCIS K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  GOODRICH, HERMAN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  GOODRICH, HERMAN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  GOODRICH, PETER A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  GOODRICK, DERALD D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  GOODRIDGE, ERNEST, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  GOODROAD, ROBERT, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068  GOODRUM, BARBARA A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  GOODRUM, OTIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  GOODRUM, OTIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  GOODS, RICHARD, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  GOODS, RICHARD, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  GOODS, RONALD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  GOODSELL, KARIS E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  GOODSON, CHARLES C, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  GOODSON, CLAUDE S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  GOODSON, EDWARD B, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  GOODSON, FLOYD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  GOODSON, FONZIE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  GOODSON, JOHN W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  GOODSON, LEATHA D, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  GOODSON, LEATHA D, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  GOODSON, MOORE E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  GOODSON, MOORE E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   GOODSON, OSCAR L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOODSON, ROBERT V, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   GOODSON, SR, ANDERSON, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   GOODSON, SR, ANDERSON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOODSON, SR, ANDERSON, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   GOODSON, WILLIAM J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   GOODSON, WILLIE B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   GOODSON, WILLIE B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   GOODSON, WILLIE K, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   GOODWILL, CHARLES, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   GOODWILL, SR, GARY L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   GOODWIN, BILLY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOODWIN, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOODWIN, CHARLES, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   GOODWIN, CLARENCE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   GOODWIN, DANIEL W, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   GOODWIN, DANIEL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   GOODWIN, DANNY L, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   GOODWIN, DANNY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GOODWIN, DAVID M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOODWIN, DONALD R, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   GOODWIN, DONALD R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GOODWIN, DWIGHT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   GOODWIN, DWIGHT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOODWIN, DWIGHT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   GOODWIN, GERALD A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOODWIN, HAROLD N, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   GOODWIN, HENRY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GOODWIN, IVAN E, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   GOODWIN, JACK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOODWIN, JAMES E, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   GOODWIN, JAMES E, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   GOODWIN, JAMES H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GOODWIN, JERLEAN H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GOODWIN, JERLEAN H, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   GOODWIN, JESSE J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   GOODWIN, JOHN O, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   GOODWIN, JOSEPH, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   GOODWIN, JR, CLYDE C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   GOODWIN, JR, JOHN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOODWIN, JR, WILLIS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GOODWIN, KENNETH R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   GOODWIN, KENNETH R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GOODWIN, LARENCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOODWIN, LARENCE, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   GOODWIN, LAWRENCE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   GOODWIN, LAWRENCE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   GOODWIN, LILLIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GOODWIN, LOIS M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   GOODWIN, LOIS M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   GOODWIN, LULA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GOODWIN, M. W, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   GOODWIN, MALINDA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   GOODWIN, MARSHALL C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   GOODWIN, PEARLY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GOODWIN, RICHARD G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOODWIN, ROBERT S, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   GOODWIN, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   GOODWIN, ROBERT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   GOODWIN, ROY E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   GOODWIN, SR, DONALD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   GOODWIN, SR, DONALD, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   GOODWIN, VERL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GOODWIN, VERL L, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068   GOODWIN, VERNON L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   GOODWIN, WILLOUGHBY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GOODWIN, WILMER R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   GOODWYN, TIP C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GOODWYN, TIP C, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   GOODY, JOHNNY B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GOODY, JOHNNY B, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | GOODY, PAUL J, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | GOODY, PAUL J, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | GOOLDEN, MERRILL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GOOLEY, AARON, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | GOOLSBY, GLENN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | GOOLSBY, JOHN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GOOLSBY, LLOYD E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | GOOLSBY, RICHARD M, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | GOOLSBY, RICHARD M, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | GOOLSBY, RICHARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | GOOLSBY, RICHARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | GOOS, GORDON L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GORAM, SR, ERNEST V, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | GORBA, ROBERT A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | GORBY, HARRY D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | GORDAN, CARRIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21069 | GORDAN, DAVIS R, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495 |
| 21068 | GORDAN, JAMES R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | GORDIER, SR, ROBERT J, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210 |
| 21068 | GORDIER, SR, ROBERT J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | GORDON, ALLEN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | GORDON, BESSIE H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | GORDON, BESSIE H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | GORDON, BILL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | GORDON, BILL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | GORDON, BILLY C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | GORDON, BILLY C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | GORDON, BRAZIL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | GORDON, CASEY W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | GORDON, CORNELUIS W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | GORDON, DANIEL, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | GORDON, DANIEL, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | GORDON, DAVID L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | GORDON, DOROTHY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | GORDON, DOUGLAS, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | GORDON, DOUGLAS, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919 |
| 21068 | GORDON, EARNERST C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | GORDON, EDGAR H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   GORDON, EUGENE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GORDON, FRANK L, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   GORDON, FRED W, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   GORDON, GENE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   GORDON, GENE, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   GORDON, GERALD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GORDON, HENRY F, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   GORDON, HENRY F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   GORDON, JAMES T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GORDON, JAMES W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   GORDON, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   GORDON, JESSIE J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GORDON, JESSIE J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21069   GORDON, JOHN C, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068   GORDON, JOHN J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069   GORDON, JOHN J, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038

21068   GORDON, JOHN T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   GORDON, JOSEPH J, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   GORDON, JR, BEN EDWARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GORDON, JR, FRED, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   GORDON, JR, JAMES S, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   GORDON, JR, JOSEPH M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GORDON, JR, LEROY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   GORDON, JR, WILLIAM P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GORDON, LEWIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   GORDON, LOUIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   GORDON, LOUIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   GORDON, MELVIN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   GORDON, MICHAEL E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GORDON, MICHAEL E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GORDON, NATHAN L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   GORDON, NORMAN, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21069   GORDON, OSCAR J, DAVIS & THOMAS, 2121 AVENUE OF THE STARS, SUITE 3100, LOS ANGELES, CA, 90067

21068   GORDON, OTIS J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

Svc Lst  **Name and Address of Served Party**

21068    GORDON, OTIS J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    GORDON, OTIS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    GORDON, OTIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    GORDON, PETER D, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068    GORDON, QUINCY C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    GORDON, QUINCY C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    GORDON, R C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    GORDON, R C, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068    GORDON, R C, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    GORDON, RICHARD E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    GORDON, RICHARD, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068    GORDON, ROBERT B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    GORDON, ROBERT B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    GORDON, ROBERT L, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    GORDON, ROBERT L, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068    GORDON, ROBERT P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    GORDON, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    GORDON, RON, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068    GORDON, SAM, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    GORDON, T D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    GORDON, THERON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    GORDON, THERON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    GORDON, THOMAS P, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068    GORDON, THOMAS, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    GORDON, TOMMY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    GORDON, W C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    GORDON, W C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    GORDON, WILLIAM J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    GORDON, WILLIAM J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    GORDON, WILLIAM, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    GORDON, WILLIAM, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    GORDON, WILLIE D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    GORDY, ELMO C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    GORDY, ELMO C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    GORDY, GARY B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    GORDY, GARY B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    GORDY, RICKY G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    GORDY, RICKY G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   GORDY, TRUEMAN T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   GORDY, TRUEMAN T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   GORE, AMANDA J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GORE, DAVID D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   GORE, DORIS L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   GORE, EARNEST H, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   GORE, EARNEST H, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   GORE, EARNEST H, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   GORE, ELZIE H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GORE, EMMA, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GORE, ERNEST L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   GORE, FRANK H, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   GORE, GERALD G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   GORE, GERALD W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   GORE, GLEN A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   GORE, HERBERT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GORE, JIMMY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   GORE, JOHN J, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068   GORE, LEROY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   GORE, MAMIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GORE, PAUL F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   GORE, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   GORE, SALLIE R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GORE, SR, ALVIN L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   GORE, SR, ALVIN L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   GORE, SR, EDWARD P, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   GORE, VELMA R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GOREE, BILLY J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   GOREE, HENRY L, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   GORETSKI, DANIEL M, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   GORGE, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   GORHAM, MAYLON K, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   GORHAM, ROBERT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   GORHAM, WILLIAM J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   GORHAN, MARY T, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   GORHAN, WAYNE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   GORI, RANDY L, ACREMAN, RAY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | GORI, RANDY L, ADAMS, JACOB, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ADAMS, SR., NORMAN T, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ADELSBERGER, JOHN C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, AILSHIE, LEMUEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ALBERS, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ALBERS, NORBERT W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ALBERS, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ALBRECHT, FRIEDA, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ALEXANDER, LAMAR, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ALFORD, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ALLISON, EARNEST, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ALLISON, SHERMAN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ALVERSON, ROY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ANDERSON, ALBERT W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ANDERSON, DAVID, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ANDERSON, FREDERICK, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ANDERSON, JAMES E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ANDERSON, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ANDERSON, RALPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ANGEL, LARRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ANGELL, MARVIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ARBEITER, CHARLES V, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ARNOLD, JAMES M, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ARNOLD, LARRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ARRO, MICHAEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ATKINS, SR, ROBERT J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ATKINSON, MAYO, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ATWOOD, HERBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, AUSTIN, MELVIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, AVILA, ANTONIO, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | GORI, RANDY L, BAKER, JERRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BAKER, WILLIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BALDUS, MELVIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BALSMAN, MELVIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BARBEY, TYMAN W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BARDLEY, A G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BARKS, VIRGIL W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BARTLETT, JIMMIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BARTON, ELDON, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BARTON, GARY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BATEY, MERRAIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BAXTER, RONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BAYER, HAROLD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BEARD, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BEARD, RICHARD W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BEBEK, VINKO, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BECK, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BECKER, ANDREW, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BECKMAN, CARL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BEDNAR, VINCENT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BEESE, ERNEST, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BELFIELD, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BERMAN, THOMAS H, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BERNAL, NORMAN G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BESS, RALPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BIERMANN, CARL R, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BIERMANN, RONALD T, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BIGOGNO, ANGELO, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BIGOGNO, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BINSBACHER, CLARENCE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | GORI, RANDY L, BITNER, KENNETH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BIXLER, HARRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BLACKWELL, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BLANCHARD, RONNIE L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BLAND, AUGUST J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BLUFORD, LOUIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOARD, CURTIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOBB, RICHARD F, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOBBETT, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOGACKI, SR, LEONARD J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOGAN, DAVE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOHN, MARVIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOLLEGAR, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOND, BETTY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOOK, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOOKER, DAVID, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOREN, GILBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BORTH, DAVID, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOSS, EDWARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOULCH, GEORGE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOUSE, RANDY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOWERS, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOYET, DOYLE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BOZEN, ANTHONY J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRADSHAW, DARYL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRAINERD, LINDA, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRAINERD, MICHAEL G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRAME, AMOS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRANCH, DONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRANDON, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | GORI, RANDY L, BRAUN, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRAWLEY, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRAWLEY, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRAY, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRAZIER, HAROLD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRENDEL, JOHN D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRETT, DANIEL B, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BREWER, DAVID, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BREWER, LEROY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRINKLEY, GEORGE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRISART, CONSTANT L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRISCOE, BILLY B, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BROWER, CHARLES D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BROWN, BEN W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BROWN, CLIFFORD A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BROWN, ESTA W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BROWN, FAYE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BROWN, RAYMOND L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BROWN, RONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BROWN, T. L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BROWN, WAYNE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRUCH, GEORGE A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BRYAN, VICTOR, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BUCHALTZ, RUSSELL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BULLARD, JERDIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BULLOCK, GLEN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BURCH, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BURGAN, EVERETT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BURGE, ARLIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, BURKEEN, BILL G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   GORI, RANDY L, BURNETT, LLOYD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, BURNSIDE, WILLIE C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, BURRIS, DAVID L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, BURTON, DONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, BURTON, ROBERT A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, BUSA, MICHAEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, BUSANELLI, JOSEPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CAIRNS, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CALDWELL, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CALVERT, FRANK, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CALVIN, GEORGE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CAMADECA, FRANK, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CAMPBELL, DONALD E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CANARY, STEVE A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CAREY, DONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CARTER, EDWARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CARTER, LOYD H, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CARTHAN, JOHN W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CASE, SUNNEY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CASHION, ROBERT L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CASTILLO, ALBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CASWELL, FORREST, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CAVER, EARL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CENTER, ROLLA, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CHAPMAN, LOUIS J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CHATMAN, CALVIN U, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CHERRY, BILLY J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CHERRY, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CHOTT, EDWARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, CHRISTIANS, JAMES P, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | GORI, RANDY L, CIERNY, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CIRRINTANO, GERALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CLARK, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CLARK, KENNETH R, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CLARK, ROBERT J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CLARKSON, JOSEPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CLAY, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CLAYTON, OLLIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CLEMONS, J. C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CLIFTON, GEORGE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CLUTTER, EARL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COHEA, LELAND N, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COLE, LEO H, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COLEMAN, ARVIL E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COLEMAN, JAMES T, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COLEMAN, NORMAN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COLEMAN, RUSSELL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COLLIER, JOHNNIE M, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COLLINS, MELVIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COLNAR, EDWARD R, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COMPTON, JESSE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CONNORS, RALPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CONSIGLIO, JOSEPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CONWAY, DONALD L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COOK, LAWRENCE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COOK, ROBERT L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COPELAND, JOHNNY L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CORY, KENNETH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COX, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, COX, PETER P, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | GORI, RANDY L, CRAFT, WENDELL D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CRAIN, LUTHER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CRAWFORD, JIMMIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CRISS, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CROUCH, WAYNE L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CRUTCHFIELD, JIMMIE L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CUPPLES, BILLY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CURRY, MARVIN K, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, CURRY, RAYMOND, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DAMES, GEOFFREY B, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DANIEL, CECIL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DANIELS, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DANIELS, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DARNELL, NORMAN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DAVIDSON, ARTHUR, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DAVIS, CHARLES J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DAVIS, HOOVER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DAVIS, LARRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DAVIS, MICHAEL E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DAVIS, STEVE D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DAWSON, HARRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DAY, ROMAN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DEARING, RUSSELL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DEBLAZE, THOMAS F, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DEFINO, DAISY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DEGANI, LACY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DEGONIA, HOWARD K, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DEKOLD, MATHIAS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DELANEY, MICHAEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, DEPPE, TIMOTHY W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

---

21068  GORI, RANDY L, DEPUTY, DON, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DERUBEIS, LEONARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DETTWILER, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DICKENS, SR, JAMES J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DICKSON, THOMAS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DIGIROLAMO, JOSEPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DIX, JR, BERTRAND L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DIXSON, LINDSEY E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DOCKERY, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DOCKETT, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DODSON, ROBERT M, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DOERR, GENIVEA, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DOLLENS, FRANKLIN D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DOMINICK, HENRY M, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DOOLEY, DALE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DOTY, THOMAS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DOUGHTEN, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DOWNEY, MICHAEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DOWNING, WALTER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DREXLER, GEORGE D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DUARARD, CARL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DUFFY, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DUFRENNE, MURRAY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DUGAN, BOBBY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DUGGER, BILL N, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DUING, DAVID, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DUING, JR, FRED L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DUNN, HAROLD R, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DUNN, JIMMIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, DUNNAGAN, DAVID, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

---

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | GORI, RANDY L, EARLY, BILLY J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, EARNEY, LLOYD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, EASTERN, HORACE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, EBERLINE, AUGUST J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ECHOLS, NOLAN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ECONIE, IANTHIA, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, EDDINGTON, STANLEY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, EDGAR, VESTER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, EDMONDS, FRANK, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, EDWARDS, JAMES N, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, EDWARDS, LEE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ELSTON, LONZELL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, EMMONS, CLARENCE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ENLOW, ALFRED, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ENNEN, LLOYD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ENNIS, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ERP, RAYMOND, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ESCHMANN, ADAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ESCHMANN, CHARLES A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, EVANS, JACK, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, EVERILL, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FARMER, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FARMER, R. L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FAVIER, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FEE, JESSIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FEENEY, LARRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FEILNER, RICHARD E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FELDHAUS, RICHARD H, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FERGUSON, DONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FESSLER, EMIL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | GORI, RANDY L, FETTERS, EARL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FETTERS, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FIEGEL, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FINIGAN, MICHAEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FINK, ARNOLD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FISHER, CARL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FLEMING, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FLETCHER, JESSE E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FONES, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FONVILLE, CLARENCE O, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FORD, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FORNELLI, DOMINIC G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FORSYTHE, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FORT, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FOSTER, ELMORE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FOULK, GEORGE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FOURCAULT, PETER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FOWLER, LOUIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FOWLER, WOODWARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FOX, DAVID, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FRANKOVICH, RONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FRENCH, DONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FRIERSON, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FRITZSCHE, ALFRED, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FRYMAN, GOLDEN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FRYMAN, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FUCHS, EMMA L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, FUGATE, AUBREY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GAITHER, HENRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GAMBLE, GEORGE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   GORI, RANDY L, GAMBLE, ISIAH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GANN, JACKIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GANNON, KEVIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GARNER, ERVIN W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GARNER, TULL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GARRISON, LARRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GATEWOOD, OSCAR J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
        STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GAUGER, DONALD A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GAZALL, JEROME W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GEILE, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GENTRY, HAROLD E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GEORGE, JERRY L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GERHARDT, WILHELM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
        STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GERREN, EDWARD V, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
        STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GETZ, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GIBBS, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GIBSON, ARTHUR, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GIFFIN, BETTY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GILLEN, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GILMORE, FRANKLIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
        STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GINDLER, GLENN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GIPSON, JOSEPHINE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
        STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GIPSON, JR, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GISSY, BERNARD J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GLASGOW, BENNIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GLENN, CLYDE W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GLORE, JOHN G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GLOWCZWSKI, THEODORE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
        STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GOLD, EDWARD C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE
        ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, GONDRAN, KENNETH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S
        STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | GORI, RANDY L, GORDON, EZEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GOTTER, MICHAEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GRAKLANOFF, EDWARD M, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GRAUL, SR, DONALD E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GRAVEN, JOHN R, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GRAY, CLEVELAND, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GREATHOUSE, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GREGORY, EDWARD A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GREGORY, STANLEY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GREINER, DWIGHT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GRIESBAUER, FRANCIS C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GRIESHABER, GLENNON T, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GRIMES, WESLEY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, GRINDSTAFF, NORMAN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAAS, LOUIS H, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HABRELEWICZ, FRANCIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HACKER, LESTER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HACKNEY, CARL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAILE, KENNETH L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAMILTON, HERMAN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAMPTON, EARL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAMPTON, ERNEST, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAMPTON, MATTHEW, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAMPTON, SHELBY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HANDLING, FRANCIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HARASHE, NORBERT S, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HARDY, PAUL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HARLEY, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HARMANN, WILLIAM B, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HARRIS, JOHNNIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | GORI, RANDY L, HARRISON, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HART, OTIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HARTENBERGER, EUGENE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HARVEY, CLINTON, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HASTY, JACK L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HATCH, JIMMY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HATCHER, DANIEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HATCHETT, FREDDIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAUHE, LOUIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAWKSLEY, ROBERT A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAYDEN, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAYES, DONALD C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAYES, HAROLD G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAYES, J. C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HAYES, RAYMOND, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HEATH, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HEFNER, DENNIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HEGEL, KENNETH A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HELMS, LEE G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HENDERSHOTT, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HENDRICKS, GARY E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HENKEL, GERALD E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HEROLD, NORMAN F, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HESSEL, JESSE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HEWITT, ROBERT L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HICKS, JR., FLOYD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HIGGINS, DELBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HILL, JAMES L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HILL, JOHN W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, HINRICHS, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  GORI, RANDY L, HOEHN, BRUCE F, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOLLINGSWORTH, CLAUD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOLMAN, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOLMES, CHARLES E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOLMES, DAVID, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOLSCHEN, HAROLD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOLTGRAVE, DONALD L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HONKOMP, JOSEPH H, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOOTS, JR., WILLIAM F, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOOVER, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HORN, DONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOSKIN, SYLVESTER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOSS, MILTON H, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOWARD, GROVER C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOWARD, LEROY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HOWARD, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HUBBERT, NATHANIEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HUBER, LEE W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HUDSON, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HUDSON, LARRY W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HUDSON, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HUEBNER, ALBERT A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HUMPHREY, GENE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HUNT, TERRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HURST, RAY R, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, HURT, CHARLES D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, IAHN, HAROLD E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, IGNATZ, JAMES J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, IMPERIALE, BIAGIO, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, INGERSOLL, ELLEN L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  GORI, RANDY L, INKLEY, GEORGE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, IRWIN, MELVIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, ISGRIG, STANLEY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, ISREAL, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, IVIE, CECIL M, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JACKSON, BILLY L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JACKSON, DAVID, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JACKSON, JOHN A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JACOBSEN, KENNETH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JACOBY, DONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JAGGIE, RICHARD G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JAGOSH, STEPHEN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JAMES, MARLYN A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JANKOWSKI, CHESTER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JARRETT, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JECK, ALEX, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JENKINS, ALVERTUS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JENKINS, HARRY R, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JENKINS, JEROME, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JOHANSSON, SWEN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JOHNSON, ANTHONY F, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JOHNSON, GARY G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JOHNSON, J C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JOHNSON, JAMES E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JOHNSON, JAY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JOHNSON, JEFF, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JOHNSON, JOSEPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JOHNSON, LENROY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JOHNSON, ROBERT C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068  GORI, RANDY L, JOHNSON, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | GORI, RANDY L, JOHNSON, VERNON, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, JOHNSTON, BEVERLY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, JOHNSTON, GLENN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, JONES, ARTHUR, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, JONES, BERLE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, JONES, JR., WALTER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, JONES, LOUIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, JONES, SR., WALTER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, JONES, WILLIAM E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, JONES, WILLIE L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, JOSHU, EDWARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KAMADULSKI, LAWRENCE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KARPOWICZ, ANTHONY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KAUCHICK, JOSEPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KAYSER, EDGAR, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KEATING, WAYNE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KEENAN, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KELLEY, JOHNIE L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KELSO, GARY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KENDALL, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KIMBERLIN, CATHLEEN A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KING, DONALD R, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KING, FLOYD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KING, RALPH C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KING, WILLIAM W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KINKELAAR, THOMAS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KINNARD, EARL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KINNEY, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KIRSCH, KENNETH J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KITCHEN, JOSEPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | GORI, RANDY L, KIZER, TERRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KNUPP, MAX O, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KOCH, GERHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KOKOTOVICH, ANTHONY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KOLESA, JOHN W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KOMORECH, HOWARD R, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KORENKIEWICZ, ALPHONSE J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KOZAK, MARION, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KRACK, DANIEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KREHER, OTTO, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KREPS, LOREN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KRIDER, KENNETH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KRIETEMEYER, FREDERICK, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KRUEGER, WALTER G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KRUPA, JOSEPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KUEHNER, JAMES T, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KUKLA, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, KUZELKA, HOWARD F, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LACHANCE, TIMOTHY C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LACY, JOHN E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LAFFERTY, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LAMB, LARRY D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LAMPE, ALBERT W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LANDRETH, JOSEPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LASHLEY, HAROLD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LATINETTE, JAMES A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LAWHON, JOHNNY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LAWRENCE, TERRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LAWS, DAVID, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LAWSON, ELLWOOD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | GORI, RANDY L, LEDBETTER, ROBERT L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LEE, SAMUEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LEFLORE, LARRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LELM, WALTER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LENTZ, JAMES D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LESLIE, CLAUDE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LESLIE, WILMOT E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LEWIS, ARNOLD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LEWIS, LINCOLN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LINDSEY, BILLY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LINE, LAWRENCE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LIVESAY, VICTOR W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LLOYD, DONALD R, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LLOYD, LOUIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LLOYD, RICHARD L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LOGGINS, ALEX, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LOWENSTEIN, EUGENE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LUCAS, KENNETH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LUCKSHIS, JIMMIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LUDWIG, ARLIN D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LUNDEEN, DONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LUSTER, THOMAS E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LUTZ, EUGENE H, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, LYNCH, FRANK C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MACHEREY, BETTY J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MACIEJEWSKI, TED A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MACK, PRINCE O, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MADDEN, JAMES L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MADDEN, THOMAS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MADISON, LOREN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | GORI, RANDY L, MADURA, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MALCHESKI, THOMAS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MALLICOAT, GERALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MANNING, KENNETH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MARKEL, HOMER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MARKS, CARL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MARKS, JOE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MARLOW, WILLIE J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MARSHALL, JOHN L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MARTIN, DANNY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MARTIN, HEYWARD L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MASON, HAROLD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MASON, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MATSKO, ROBERT T, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCATEE, FRANK, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCBEE, ELMORE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCBRIDE, ROSA L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCCLANE, VERNON, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCCLEARY, KENNETH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCCORMICK, EDWARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCCOY, CHARLES E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCCOY, KENNETH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCCUTCHEN, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCDANIEL, VIRGIL L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCDOWELL, NORVILLE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCDUFFIE, OSCAR L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCELFRESH, RAYMOND W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCELRATH, WILLIAM E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCEWEN, MALCOLM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCGANN, JOHN P, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | GORI, RANDY L, MCGARRAHAN, WILLIAM J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCGEE, SAMMY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCGHEE, CYRUS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCHENRY, HAROLD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCKEE, FLOYD D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCKEE, ROBERT L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MCKINNEY, JR., EDDIE L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MEDEARIS, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MELTON, WILLIAM O, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MERRIOTT, ATWELL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MERRIWETHER, DONALD C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MESSMER, MICHAEL P, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MEYER, HENRY L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MEYER, RONALD L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MICHAUD, JAMES M, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MIGET, GILBERT L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MILAZZO, RUBY N, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MILLER, CARROLL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MILLER, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MILLER, JOHNNIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MILLER, LOUIS E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MILLER, RUSSELL L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MILLER, WILLIAM L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MITCHELL, BILL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MITCHELL, GARY W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MOHL, DAVID J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MONTGOMERY, RONNIE L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MOORE, J W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MOORE, JERRY V, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MOORE, RICHARD M, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | GORI, RANDY L, MOORE, WILLIAM E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MORA, SR, WILLIAM A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MORGAN, LOUIS T, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MOSES, HAROLD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MOSLANDER, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MOYER, VERNON, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MUELLER, GLEN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MULITSCH, JOAN S, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MULLINS, FORREST D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MUNZERT, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, MURRAY, BOBBY J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NADLER, ALEX K, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NAIL, ANTHONY A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NATIONS, RICHARD A, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NDINA, LEO, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NEGRETTI, MICHAEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NELSON, HAROLD E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NEWBERRY, DAVID, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NEWGENT, DARWIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NICHOLAS, DONALD R, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NICHOLS, NORMAN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NIEBRUEGGE, MERRILLS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NIEMANN, GARY L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NOE, HOWARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NOLAND, HARRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NORBURY, LAWRENCE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NORVELL, RAYMOND, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NORVILLE, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, NYTES, GERALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, O`BRIEN, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | GORI, RANDY L, O`SULLIVAN, HAROLD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, OBUCINA, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, OESTRICKER, DOUGLAS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, OESTRINGER, LARRY D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, OGDEN, WILLIAM D, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, OLDHAM, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, OLIVER, DONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, OLIVER, O. C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ORNBURN, ELDRED F, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ORTH, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, ORWIG, FRANCES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, OTTOMEYER, RAYMOND, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, OXFORD, FRANKLIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PACE, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PARKER, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PARKER, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PARMELEY, LEROY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PARRISH, CLINTON E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PARSON, JAMES W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PARSONS, FLOYD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PARTNEY, LEANES S, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PATTERSON, DONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PEACH, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PEACOCK, RICHARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PEEBLES, GEORGE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PEEBLES, LAWRENCE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PEEK, LEWIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PENCE, STEVEN E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PENROD, EDWARD W, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PENROD, ROMAN H, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | GORI, RANDY L, PERINI, LOUIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PERJAK, RAYMOND, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PERKINS, JACK, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PERNA, ELGO, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PERRY, GARY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PETERSON, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PETREKOVICH, SR, THOMAS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PETTIGREW, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PFAFF, EDWARD J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PHELPS, DAVID, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PHELPS, JOSEPH M, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PIER, CHARLES B, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PIESKO, RONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PILGER, JACK L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PINKER, VICTOR J, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PIRTLE, HARVEY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PITTS, ROBERT G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PLATTER, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PLESSING, WALTER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PLUMB, WILLIAM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PLUNK, CHARLES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, POE, LONNIE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PONTIOUS, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PORTELL, JAMES, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PORTERFIELD, PAUL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PRATT, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PRICE, EDGAR L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PRICE, WILLIAM E, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PRIDEMORE, JERRY L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |
| 21068 | GORI, RANDY L, PROVINES, BYRON, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 |

WR Grace PI

Svc Lst  Name and Address of Served Party

---

21068   GORI, RANDY L, PRUITT, ALTON, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, PULLEY, LLOYD C, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, PULLEY, RALPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, PULLEY, SR., HAROLD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, QUANTE, HORST, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, QUIRIN, ROBERT F, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RABUS, RAYMOND, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RASNIC, MALCOLM, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RAY, JOHN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, REASONS, RAY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RECKERT, GEORGE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, REED, FRANKLIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, REED, IVORY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, REEVES, GEORGE, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, REEVES, ROBERT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, REEVES, RONALD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, REID, MERRITT, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, REILLY, PATRICK, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RENSING, RALPH, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, REVELLE, SIMON, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, REVELLE, TRUMAN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RHEIN, ARTHUR, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RHEINECKER, LARRY, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RICHERT, VERNON, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RIETOW, VERNON, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RILL, DANIEL, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RIOS, SALVADOR G, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RISING, MARVIN, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, RIX, HOWARD, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068   GORI, RANDY L, ROACH, DORIS, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646