**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  HARDIN, CLAUDE K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARDIN, CLAUDE K, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HARDIN, D R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARDIN, D R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARDIN, DONALD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HARDIN, EDWARD, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  HARDIN, ELBERT R, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  HARDIN, FRANCES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARDIN, GILBERT L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARDIN, GILBERT L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARDIN, JAMES T, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  HARDIN, JAMES T, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HARDIN, JOHN C, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  HARDIN, KENNY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  HARDIN, KENNY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARDIN, LAURA L, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068  HARDIN, LAURA L, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068  HARDIN, LEROY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARDIN, ROBERT M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARDIN, RONALD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HARDIN, SR, JACK T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HARDIN, WARREN S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HARDIN, WILLIAM C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HARDING, BERT H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HARDING, CALVIN, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  HARDING, DAVID, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  HARDING, DAVID, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  HARDING, DAVID, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  HARDING, DENSON, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  HARDING, GLENN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARDING, GLENN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARDING, JACKIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  HARDING, LEVI R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARDISH, RICHARD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HARDISON, JOSEPH H, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HARDISON, JOSEPH H, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  HARDISON, JR, ERNEST, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 HARDISON, JR, ERNEST, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068 HARDISON, JR, LOUIS B, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068 HARDISON, JR, LOUIS B, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068 HARDISON, LINWOOD, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068 HARDISTY, RONNY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 HARDMAN, DAVID, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069 HARDMAN, JR, EMORY W, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068 HARDMAN, JR, EMORY W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 HARDMAN, JR, EMORY W, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068 HARDNETT, BILLIE J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068 HARDNETT, BILLIE J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068 HARDNETT, BOBBY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068 HARDNETT, BOBBY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068 HARDNETT, GABRIEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068 HARDNETT, JAMES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 HARDNETT, JAMES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 HARDNETT, MARY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 HARDNETT, MARY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 HARDNETT, OTHA L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 HARDNETT, SR, JOHN N, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 HARDNETT, SR, JOHN N, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 HARDRICK, CLARENCE H, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068 HARDT, ALLEN W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068 HARDWAY, NORMAL N, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068 HARDWAY, ROMEY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068 HARDWAY, TROY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21069 HARDWICK, JAMES M, JAMES F HUMPHREYS & ASSOCIATES, 500 VIRGINIA ST E, 500 VIRGINIA ST E STE 800, CHARLESTON, WV, 25301-2125

21068 HARDWICK, JAMES M, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068 HARDWICK, JAMES M, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069 HARDWICK, JOHN D, GLASSER AND GLASSER, PLC, CROWN CENTER, 580 EAST MAIN ST STE 600, NORFOLK, VA, 23510

21068 HARDWICK, JOHN D, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068 HARDY, ALLEN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068 HARDY, ALONZO, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   HARDY, ARNETTE I, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HARDY, ARTHUR K, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   HARDY, ARTHUR K, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   HARDY, BETTY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HARDY, BILLIE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARDY, BILLIE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARDY, BOOKER T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   HARDY, CARL J, SCHROETER GOLDMARK & BENDER, 810 3RD AVE STE 500, SEATTLE, WA, 98104-1619

21068   HARDY, CATHERINE R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARDY, CATHERINE R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARDY, CELIA H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HARDY, CHARLES L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARDY, CHARLES M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARDY, DAROLD V, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HARDY, DELMAR, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HARDY, DEREK, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HARDY, EARL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARDY, EDWARD S, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   HARDY, ELIZABETH, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HARDY, ELIZABETH, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HARDY, FRANKLIN A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARDY, FRANKLIN A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARDY, GLORIA D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARDY, HAROLD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   HARDY, HORACE N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARDY, HOWARD A, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HARDY, HOWARD A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARDY, HOWARD A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARDY, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HARDY, JASON S, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HARDY, JASON S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARDY, JASON S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARDY, JOE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HARDY, JOE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARDY, JOE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARDY, JOSEPH H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARDY, JR, HOWARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    HARDY, JR, JOEL M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HARDY, LEE E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HARDY, LLOYD L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HARDY, LORINE Y, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HARDY, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HARDY, MELVIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HARDY, MINNIE K, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HARDY, NINA E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HARDY, NINA E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HARDY, RICHARD E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HARDY, RICHARD E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HARDY, ROBERT E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HARDY, ROBERT G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HARDY, ROBERT L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    HARDY, ROBERT L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    HARDY, SR, JESSIE J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HARDY, SR, LUCURTIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HARDY, SR, VERNON, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HARDY, THOMAS A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HARDY, THOMAS C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    HARDY, THOMAS E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    HARDY, TOM, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    HARDY, TRUMAN K, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HARDY, TRUMAN K, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    HARDY, WALLACE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HARDY, WILLIAM A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    HARDY, WILLIAM A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    HARDY, WILLIAM R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HARDY, WILLIAM R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    HARDY, WILLIAM, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    HARE, AZALENE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    HARE, BARBARA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HARE, CARL E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HARE, CHARLES, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    HARE, CLAUDE L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    HARE, JANET F, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    HARE, JOHN T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    HARE, JOHN T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HARE, JR, JAKE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | HARE, JR, JAKE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | HARE, JR, JESSIE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HARE, MARION L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | HARE, NORMAN M, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HARE, NORMAN M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HARE, NORMAN M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HARE, PETER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | HARE, RAYMOND M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HARE, RICHARD E, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | HARE, ROBERT L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HARE, SR, JESSE B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HAREN, JIM, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | HAREN, JIM, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HARENCAME, ROBERT R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | HARFIELD, STEPHEN R, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100 PENN SQUARE E STE 1050 - 10TH FL, PHILADELPHIA, PA, 19107 |
| 21068 | HARFORD, PHILLIP R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HARFORD, THOMAS S, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HARGER, HOWARD D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HARGEST, THOMAS, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | HARGETT, GRADY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HARGETT, HAROLD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HARGETT, WILLIAM H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HARGIS, JR., EARL P, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | HARGIS, ROBERT, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | HARGIS, VAN, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | HARGIS, VAN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HARGRAVE, CARL E, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | HARGRAVE, CARL E, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | HARGRAVE, JR, MALACHI L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HARGRAVE, JR, OTTO D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | HARGRAVE, RODNEY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HARGRAVES, ROY E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HARGRAVES, WILSON J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069   HARGREAVES, JOHN, PRICE & VICKERY, 410 CONGRESS AVENUE, AUSTIN, TX, 78701

21069   HARGREAVES, JOHN, STEPHEN G SMITH, 323 NORTH GRANT, ODESSA, TX, 79761

21068   HARGRESS, JOHN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HARGRESS, RAVEZEE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HARGRO, EDDIE L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   HARGRO, EDDIE L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   HARGROVE, ALVESTER C, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   HARGROVE, CECIL G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARGROVE, JR, LESTER, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HARGROVE, KENNETH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HARGROVE, SR, GEORGE L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HARGROVE, WILLIAM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARGROVE, WILLIAM, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARGROVE, WILLIE O, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HARHAY, PAUL, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   HARING, JR, JAY W, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   HARKEY, CECIL J, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   HARKEY, DOUGLAS L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARKINS, ADRIAN L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   HARKINS, CHARLES A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARKINS, CHARLES A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARKINS, JACKIE K, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARKINS, JAMES F, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   HARKINS, JAMES, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   HARKINS, JAMES, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   HARKINS, JOHN, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HARKINS, JOHN, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   HARKINS, MARGARET H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARKINS, ROBERT J, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068   HARKINS, WILLIAM, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARKLESS, BOBBY J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HARKLESS, LLOYD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARKLESS, WILLIAM, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HARKNESS, CLARENCE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   HARKNESS, DONALD H, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   HARKNESS, MATTIE W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   HARKOVICH, THEODORE, ZIFF WEIERMILLER, 303 WILLIAM STREET, PO BOX 1338, ELMIRA, NY, 14902

**Svc Lst  Name and Address of Served Party**

21068  HARLACHER, WILLIAM, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  HARLAN, CHESTER E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARLESS, BILLY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  HARLESS, DILLARD, CRAMER, CENTURY BUILDING, 312 SOUTH GAY STREET, KNOXVILLE, TN, 37902

21068  HARLESS, DILLARD, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068  HARLESS, HAROLD H, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  HARLESS, ORVILLE R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARLESS, PAUL J, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  HARLESS, SR, CHARLES P, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HARLESS, SR, JAMES H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  HARLESS, WALTER L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  HARLEY, CHARLES I, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  HARLEY, CHARLEY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  HARLEY, JR, MARTIN B, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068  HARLEY, LIONEL, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  HARLOCK, ARTHUR, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  HARLOS, HENRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARLOW, CHARLES K, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  HARLOW, JR, GEORGE W, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  HARLOW, OLLIE W, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  HARLOW, ROBERT E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HARLOW, ROBERT L, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  HARMAN, DAN W, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  HARMAN, DAN W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARMAN, DAN W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HARMAN, EDWARD B, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  HARMAN, JIMMIE L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  HARMAN, JOHN W, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  HARMAN, LARRY R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARMAN, VAUGHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARMANN, WILLIAM B, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068  HARMANN, WILLLIAM B, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068  HARMER, ADRIAN B, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21069  HARMISON, JOHN H, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    HARMISON, JOHN H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    HARMON, B W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HARMON, CHARLES W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    HARMON, CHARLES W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    HARMON, CLAUDE H, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    HARMON, DONALD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HARMON, EDWARD R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HARMON, EMMA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HARMON, EUGENE, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068    HARMON, FRANK, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    HARMON, FRENCH B, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    HARMON, GEORGE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HARMON, HARRY A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HARMON, HARVEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HARMON, JACOB C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HARMON, JACOB C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HARMON, JAMES B, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    HARMON, JAMES B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HARMON, JAMES B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HARMON, JAMES L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    HARMON, JAMES P, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    HARMON, JAMES, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    HARMON, JOHN W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HARMON, JOSEPH D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    HARMON, JOSEPH D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    HARMON, JR, ALFRED, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HARMON, JR, ALFRED, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068    HARMON, JR, ALFRED, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    HARMON, JR, LAWRENCE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HARMON, JR, PERRY N, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    HARMON, KELLY J, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    HARMON, KELLY J, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    HARMON, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    HARMON, LELA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HARMON, LELA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HARMON, LEONARD R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

Svc Lst  **Name and Address of Served Party**

21068  HARMON, LEONARD R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARMON, SIDNEY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  HARMON, THOMAS E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HARMON, TROY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  HARMON, WILLIAM F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HARMON, WILLIAM F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HARMS, CLAYTON A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARMS, CLAYTON A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HARMS, SR, GEORGE C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  HARMS, WILLIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARN, JOSEPH A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARN, JOSEPH A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARNED, KENNETH, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  HARNESS, JR, HOMER D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HARNEY, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  HARP, BOYD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARP, BOYD, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068  HARP, CHARLES J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HARP, CHARLIE J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HARP, EMORY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HARP, LUKE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HARP, NATHAN, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  HARP, NATHAN, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HARP, SR, FRANK, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  HARPE, RONALD E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  HARPER, ARCHIE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HARPER, ARCHIE R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HARPER, ARNOLD J, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  HARPER, ARNOLD, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068  HARPER, ARNOLD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HARPER, BARBARA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HARPER, BILLY G, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  HARPER, BILLY G, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  HARPER, BILLY L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21069 | HARPER, BILLY L, DINARDO, DINARDO & LUKASIK, P C, AKA DINARO METCHL & WYER, 2813 WEHRLE DR STE 12, WILLIAMSVILLE, NY, 14221-7384 |
| 21068 | HARPER, BOBBY, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21068 | HARPER, BURNELL L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HARPER, CHARLES M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARPER, CHARLES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HARPER, CHARLES W, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |
| 21068 | HARPER, CLAUDE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARPER, CLAUDE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARPER, CLEVELAND, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HARPER, DAVID C, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | HARPER, DAVID R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HARPER, DAVID R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HARPER, DORRIS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | HARPER, EDDIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HARPER, EDDIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | HARPER, EDWARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HARPER, EDWIN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARPER, ELIZABETH, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | HARPER, EUGENE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARPER, EUGENE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARPER, GEORGE, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | HARPER, GLENN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | HARPER, HAROLD M, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HARPER, HOWARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HARPER, HOWARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HARPER, JAMES A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARPER, JAMES A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARPER, JAMES C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARPER, JAMES C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARPER, JAMES O, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | HARPER, JAMES R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HARPER, JAMES R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HARPER, JAMES, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | HARPER, JARRIED S, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | HARPER, JESSIE J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | HARPER, JESSIE J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   HARPER, JOE N, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARPER, JOE N, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HARPER, JOHN P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARPER, JOHNNIE C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HARPER, JOHNNIE C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HARPER, JOHNNY F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARPER, JOHNNY F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARPER, JOSEPHINE D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARPER, JOSEPHINE D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARPER, JOYCE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARPER, JOYCE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARPER, JR, CURLEY, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   HARPER, JR, MILTON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARPER, LAVERN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARPER, LAWRENCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARPER, LAWRENCE, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   HARPER, LEONARD, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HARPER, LEROY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARPER, LEROY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HARPER, LEWIS, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   HARPER, LILLIAN I, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HARPER, LOUIS R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HARPER, LOUIS R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HARPER, MARTHA R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARPER, MARTHA R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARPER, MARY A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   HARPER, MARY A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   HARPER, MELVIN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HARPER, MONROE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HARPER, MONROE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARPER, MONROE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARPER, ORVILLE W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HARPER, PAUL L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARPER, PHILLIP D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARPER, PHILLIP D, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21069   HARPER, PHILLIP D, TRUMBO, POST OFFICE DRAWER 1868, FAYETTEVILLE, AR, 72702

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   HARPER, PHILLIP, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARPER, RALPH C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HARPER, RALPH C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HARPER, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARPER, ROBERT L, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   HARPER, ROBERT L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21069   HARPER, ROBERT L, VISSE & YANEZ, LLP, JOSEPH M VISSE, 1335 SUTTER ST 2ND FL, SAN FRANCISCO, CA, 94109-5415

21068   HARPER, ROBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   HARPER, RUBY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HARPER, SONDRA N, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HARPER, SR, ARCHIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HARPER, SR, ARCHIE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HARPER, SR, ROBERT D, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   HARPER, SR, ROBERT D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARPER, SR, WILLIAM F, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HARPER, SR, WILLIAM F, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   HARPER, TOMMIE J, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HARPER, TOMMIE J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARPER, TOMMIE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   HARPER, TROY, ELK & ELK, 6110 PARKLAND BLVD, MAYFIELD HEIGHTS, OH, 44124

21068   HARPER, TROY, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   HARPER, VELMA D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARPER, VELMA D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARPER, WESLEY E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HARPER, WILFRED R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HARPER, WILLIAM C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARPER, WILLIAM R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HARPER, WILLIE D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   HARPER, WILLIE D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARPER, WILLIE D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HARPER, WILLIE J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HARPER, WILLIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   HARPER, WILLIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21069   HARPER, WILLIE, WATERS LAW FIRM, 400 SOUTH ZANG BLVD, SUITE 500, DALLAS, TX, 75208

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | HARPER, WINSTON O, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | HARPHAM, HAROLD O, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749 |
| 21068 | HARPLE, JAMES E, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901 |
| 21068 | HARPMAN, JIMMY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HARPRING, EDWARD F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARPRING, EDWARD F, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | HARPS, JEAN M, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21069 | HARR, EDWARD, GEBHARDT & SMITH, THE WORLD TRADE CENTER, NINTH FLOOR, BALTIMORE, MD, 21202-3064 |
| 21068 | HARR, EDWARD, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | HARR, GARY L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HARR, JACK, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300 |
| 21068 | HARRAH, GENE H, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | HARREL, AUDRESS, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 |
| 21068 | HARRELL, AARON L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HARRELL, ALVIN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | HARRELL, ALVIN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | HARRELL, ARTHUR L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HARRELL, ARTHUR L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HARRELL, BOBBY F, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | HARRELL, BOBBY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | HARRELL, CECIL G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARRELL, CECIL G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARRELL, CHARLES A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARRELL, CHARLES A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARRELL, DAN M, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | HARRELL, ELLIS O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | HARRELL, ELLIS O, RICHARD F PATE & ASSOCIATES PC, PO DRAWER 1308, 56-58 S CONCEPTION ST, MOBILE, AL, 36633 |
| 21068 | HARRELL, GARY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HARRELL, JAMES C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HARRELL, JAMES, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | HARRELL, JAMES, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906 |
| 21068 | HARRELL, JIMMY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | HARRELL, JOEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HARRELL, JOEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HARRELL, JULIAN H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARRELL, JULIAN H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARRELL, LARRY R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HARRELL, LOREN J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HARRELL, MARTIN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | HARRELL, MARTIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HARRELL, MARVIN, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322 |
| 21068 | HARRELL, NARNEY, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614 |
| 21068 | HARRELL, RALPH S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HARRELL, RAYMOND C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HARRELL, ROBERT A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21069 | HARRELL, ROBERT A, GLASSER AND GLASSER, PLC, CROWN CENTER, 580 EAST MAIN ST STE 600, NORFOLK, VA, 23510 |
| 21068 | HARRELL, ROBERT, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | HARRELL, RONNIE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HARRELL, SR, JAMES E, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255 |
| 21068 | HARRELL, SR, JIMMIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HARRELL, SR, JIMMIE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HARRELL, STEWART, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255 |
| 21068 | HARRELL, TED L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARRELL, TED L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARRELL, WILLIE V, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21068 | HARRELSON, A W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HARRELSON, A W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HARRELSON, BETTY S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HARRELSON, BILLY R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HARRELSON, BILLY R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HARRELSON, DOUGLAS G, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HARRELSON, HENRY D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HARRELSON, IVAN, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HARRELSON, JESSE W, LAW OFRRICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | HARRELSON, JESSE W, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | HARRELSON, M D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HARRELSON, M D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HARRELSON, NELLIE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HARRELSON, NELLIE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARRELSON, RONNIE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HARRELSON, THOMAS E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21069 | HARRELSON, WILLIAM W, THE LAW FIRM OF HARRISON VICKERS, HARRISON VICKERS, 5718 WESTHEIMER RD STE 1310, HOUSTON, TX, 77057 |
| 21068 | HARRIDAY, SAMUEL J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | HARRIEL, BETTYE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARRIEL, BILLY R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARRIEL, SAMMIE C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARRIEL, WILLIESTINE J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARRIGAN, JOSEPH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HARRIGAN, KENNETH, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | HARRIGAN, THOMAS M, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | HARRIGILL, JR, CHARLES L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HARRIGILL, SR, CHARLES L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HARRILL, EDGAR J, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | HARRIMAN, BENJAMIN W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARRIMAN, BENJAMIN W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARRINGTON, CARL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARRINGTON, CHARLIE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARRINGTON, CLYDE M, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | HARRINGTON, CLYDE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARRINGTON, DAVID K, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067 |
| 21068 | HARRINGTON, EDWARD W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HARRINGTON, EDWARD W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HARRINGTON, GEROME, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | HARRINGTON, HAROLD R, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608 |
| 21068 | HARRINGTON, JACOB J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HARRINGTON, JOHN W, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | HARRINGTON, JOSEPH P, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HARRINGTON, JOSEPH P, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HARRINGTON, JOSEPH P, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530 |
| 21069 | HARRINGTON, JR, CHARLES G, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21069  HARRINGTON, JR, CHARLES G, LIPSITZ & PONTERIO LLC, 135 DELAWARE AVENUE, SUITE 506, BUFFALO, NY, 14202-2401

21068  HARRINGTON, JR, LAWRENCE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  HARRINGTON, LASALLE, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21068  HARRINGTON, LOIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARRINGTON, MARCILLE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  HARRINGTON, MARCILLE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HARRINGTON, MARSHALL H, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  HARRINGTON, MARTHA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARRINGTON, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARRINGTON, ROBERT I, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARRINGTON, ROBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HARRINGTON, RUBY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARRINGTON, SR, CECIL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HARRINGTON, WALTER H, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068  HARRINGTON, WILLIAM A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARRINGTON, WILLIAM A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARRINGTON, WILLIE, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068  HARRINGTON, WILLIE, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068  HARRIS JR., RAYMOND, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HARRIS, AARIEL N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HARRIS, ALBERT E, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  HARRIS, ALBERT, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HARRIS, ALBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARRIS, ALBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARRIS, ALBERT, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HARRIS, ALFRED C, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  HARRIS, ALFRED S, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068  HARRIS, ALVIE J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HARRIS, ALVIN F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HARRIS, ANDREW, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  HARRIS, ANNIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARRIS, ANTHONY L, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  HARRIS, ANTHONY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HARRIS, ANTHONY, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

Svc Lst  **Name and Address of Served Party**

21068   HARRIS, ARLAND, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   HARRIS, ARTIS L, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   HARRIS, BARBARA J, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068   HARRIS, BARBARA J, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   HARRIS, BENJAMIN F, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HARRIS, BENJAMIN F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HARRIS, BERNARD W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21069   HARRIS, BERNARD, BROWN & GOULD LLP, 7700 OLD GEORGETOWN RD STE 500, BETHESDA, MD, 20814-6204

21069   HARRIS, BERNARD, THE LAW OFFICES OF PETER T ENSLEIN, P C, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20006

21068   HARRIS, BERNICE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HARRIS, BERNICE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HARRIS, BERRY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARRIS, BESSIE B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HARRIS, BESSIE B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HARRIS, BETTY D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HARRIS, BETTY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HARRIS, BETTY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HARRIS, BETTY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRIS, BEVON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARRIS, BEVON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARRIS, BILLY J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HARRIS, BILLY J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HARRIS, BILLY, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HARRIS, BOBBY E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HARRIS, BOBBY G, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   HARRIS, BOBBY S, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HARRIS, BUD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HARRIS, BURNA D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   HARRIS, BURNA D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   HARRIS, BYARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HARRIS, CARROLL L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   HARRIS, CATHERINE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HARRIS, CATHERINE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

Svc Lst  **Name and Address of Served Party**

21068  HARRIS, CECIL F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HARRIS, CECIL L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  HARRIS, CECIL, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HARRIS, CHARLES E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  HARRIS, CHARLES E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HARRIS, CHARLES E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HARRIS, CHARLES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARRIS, CHARLES L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  HARRIS, CHARLES O, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21069  HARRIS, CHARLES W, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068  HARRIS, CHARLES W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARRIS, CHARLES W, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068  HARRIS, CHARLES W, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  HARRIS, CHARLES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HARRIS, CHARLIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  HARRIS, CLAYTON L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HARRIS, CLAYTON L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HARRIS, CLEON W, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  HARRIS, CLEON W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARRIS, CLEON W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069  HARRIS, CLIFFORD A, BRENT COON & ASSOCIATES, IAN MADROSEN, 44 MONTGOMERY ST STE 800, SAN FRANCISCO, CA, 94104

21068  HARRIS, CLIFFORD R, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  HARRIS, CLIFFORD R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARRIS, CLIFFORD R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HARRIS, CLINT, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HARRIS, CLYDE C, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  HARRIS, CLYDE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARRIS, CLYTEE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARRIS, CURTIS, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  HARRIS, CURTIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARRIS, DAHREL  SR D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HARRIS, DANIEL L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HARRIS, DANIEL L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HARRIS, DANNY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HARRIS, DARRELL R, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  HARRIS, DARRELL R, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HARRIS, DAVID, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARRIS, DAVID, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HARRIS, DAVID, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HARRIS, DAVID, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HARRIS, DELOYCIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | HARRIS, DENNIS J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HARRIS, DENNIS J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | HARRIS, DONALD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HARRIS, DONALD W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HARRIS, DONALD, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | HARRIS, DONALD, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | HARRIS, DONNIE H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HARRIS, DOROTHY V, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARRIS, DOROTHY V, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARRIS, DOUGLAS WINGWRIGHT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HARRIS, EARL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | HARRIS, EARL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | HARRIS, EARLE F, ZIFF WEIERMILLER, 303 WILLIAM STREET, PO BOX 1338, ELMIRA, NY, 14902 |
| 21068 | HARRIS, EARNEST, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | HARRIS, ED, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARRIS, ED, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARRIS, EDDIE L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARRIS, EDOM, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | HARRIS, EDOM, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HARRIS, EDWARD L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HARRIS, EDWARD L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HARRIS, EDWARD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HARRIS, EDWARD, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334 |
| 21068 | HARRIS, EDWARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HARRIS, EMMA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | HARRIS, EMMA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | HARRIS, ERNEST M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HARRIS, ERNEST, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | HARRIS, ERNEST, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | HARRIS, ERNESTINE H, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | HARRIS, ERVIN C, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |

WR Grace PI

Svc Lst  Name and Address of Served Party

21069   HARRIS, ERVIN, 748 WICKS RD, EAST BERNARD, TX, 77435

21068   HARRIS, EUGENE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   HARRIS, EULA, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HARRIS, FLOYD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARRIS, FRANCIS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HARRIS, FRANK A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HARRIS, FRANK J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HARRIS, FRANK J, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   HARRIS, FRANK L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HARRIS, FRANK N, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARRIS, FRANK T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HARRIS, FREDDIE, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   HARRIS, FREDERICK, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, GARY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARRIS, GARY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HARRIS, GENE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   HARRIS, GENE, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   HARRIS, GEORGE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, GEORGE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARRIS, GEORGE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HARRIS, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRIS, GILLIAM, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HARRIS, GLENN V, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HARRIS, GOLDIA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRIS, GRADY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, HARIL, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HARRIS, HAROLD V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARRIS, HAROLD, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   HARRIS, HAROLD, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   HARRIS, HARVEY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   HARRIS, HARVEY, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068   HARRIS, HAZEL M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HARRIS, HAZEL M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HARRIS, HELEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HARRIS, HENRY M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARRIS, HENRY, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   HARRIS, HENRY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HARRIS, HENRY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HARRIS, HODGES, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HARRIS, HODGES, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HARRIS, HODGES, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   HARRIS, HOOVER H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HARRIS, HOOVER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HARRIS, HOOVER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HARRIS, HORACE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HARRIS, HOWARD N, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HARRIS, HOWARD T, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HARRIS, IRENE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   HARRIS, IRENE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   HARRIS, ISAAC, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HARRIS, ISIAH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARRIS, ISIAH, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   HARRIS, ISOM W, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   HARRIS, IVAN T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARRIS, IVORY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARRIS, J C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HARRIS, JAMES A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARRIS, JAMES A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARRIS, JAMES C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HARRIS, JAMES C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARRIS, JAMES C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HARRIS, JAMES C, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HARRIS, JAMES D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HARRIS, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARRIS, JAMES E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARRIS, JAMES E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARRIS, JAMES F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   HARRIS, JAMES F, DANIEL R VOLKEMA, 140 E TOWN ST STE 1100, COLUMBUS, OH, 43215-5183

21069   HARRIS, JAMES F, DANIEL R VOLKEMAD, 580 S HIGH ST, SUITE 315, COLUMBUS, OH, 43215-5695

21068   HARRIS, JAMES H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARRIS, JAMES H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HARRIS, JAMES I, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

**Svc Lst  Name and Address of Served Party**

21068  HARRIS, JAMES J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HARRIS, JAMES J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HARRIS, JAMES L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HARRIS, JAMES L, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  HARRIS, JAMES L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARRIS, JAMES L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HARRIS, JAMES O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARRIS, JAMES O, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARRIS, JAMES R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HARRIS, JAMES R, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  HARRIS, JAMES R, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  HARRIS, JAMES V, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  HARRIS, JAMES W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HARRIS, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARRIS, JAMES, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HARRIS, JAMES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21069  HARRIS, JAMES, JENKINGS & JENKINS, P C, 604 WEST MAIN STREET, WAXAHACHIE, TX, 75168

21069  HARRIS, JAMES, KAHN, 1200 FOUR PENN CENTER PLAZA, PHILADELPHIA, PA, 19103

21068  HARRIS, JAMES, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21069  HARRIS, JAMES, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068  HARRIS, JAMES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  HARRIS, JERALD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HARRIS, JEROME, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068  HARRIS, JEROME, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068  HARRIS, JEROME, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HARRIS, JERRY J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HARRIS, JERRY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARRIS, JERRY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARRIS, JESSE C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HARRIS, JESSE C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069  HARRIS, JESSIE, KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS, 171 TWELFTH STREET, THIRD FLOOR, OAKLAND, CA, 94607

21069  HARRIS, JESSIE, LEWIS & LEWIS, PO BOX 1600, 519 FIRST STREET, CLARKSDALE, MS, 38614

21068  HARRIS, JESSIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARRIS, JIMMIE J, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068  HARRIS, JIMMIE J, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068  HARRIS, JIMMY D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  HARRIS, JIMMY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HARRIS, JO H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   HARRIS, JO H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARRIS, JODIE A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARRIS, JOE W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HARRIS, JOE W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HARRIS, JOE, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   HARRIS, JOE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HARRIS, JOHN A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   HARRIS, JOHN K, MICKEY BUCHANAN, 231 W COMMERCE ST, ASHDOWN, AR, 71822

21069   HARRIS, JOHN K, PATTON, TIDWELL & SCHROEDER, LLP, 4605 TEXAS BLVD, PO BOX 5398, TEXARKANA, TX, 75505-5398

21068   HARRIS, JOHN L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   HARRIS, JOHN L, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   HARRIS, JOHN M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HARRIS, JOHN T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARRIS, JOHN W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARRIS, JOHN W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARRIS, JOHN W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARRIS, JOHN W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARRIS, JOHN W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARRIS, JOHN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, JOHN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HARRIS, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRIS, JOHN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HARRIS, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HARRIS, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HARRIS, JOHNNIE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   HARRIS, JOHNNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARRIS, JOHNNIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HARRIS, JOHNNY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HARRIS, JOSEPH A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARRIS, JOSEPH B, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   HARRIS, JOSEPH O, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARRIS, JR, A B, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   HARRIS, JR, AARON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HARRIS, JR, AARON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRIS, JR, AARON, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   HARRIS, JR, ALFRED T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARRIS, JR, CALVIN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, JR, CECIL T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, JR, CLARENCE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

Svc Lst  **Name and Address of Served Party**

21068   HARRIS, JR, DAVID W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARRIS, JR, EDDIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HARRIS, JR, ERNEST L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, JR, GEORGE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, JR, HENRY C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HARRIS, JR, HERSHELL M, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   HARRIS, JR, HOISE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARRIS, JR, IGNATIOUS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARRIS, JR, J B, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   HARRIS, JR, LUTHER, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   HARRIS, JR, MANLES, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HARRIS, JR, NATHANIEL, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   HARRIS, JR, NATHANIEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRIS, JR, NATHANIEL, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HARRIS, JR, PIER, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HARRIS, JR, RAYMOND J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARRIS, JR, ROBERT, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HARRIS, JR, ROBERT, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HARRIS, JR, SIDNEY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HARRIS, JR, TOMMIE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARRIS, JR, TOMMIE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARRIS, JR, WILLIAM G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARRIS, JR, WILLIAM N, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARRIS, JR, WILLIE V, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068   HARRIS, JR, WILLIE V, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   HARRIS, JR., WILLIAM G, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HARRIS, KAREN F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARRIS, KAREN F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARRIS, KENNETH R, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   HARRIS, LARNZELL B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARRIS, LARRY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, LARRY M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, LARRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARRIS, LARRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARRIS, LARRY, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   HARRIS, LAWRENCE J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

---

21068  HARRIS, LAWRENCE J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  HARRIS, LAWRENCE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  HARRIS, LAWRENCE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HARRIS, LAWRENCE L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069  HARRIS, LAWRENCE, CLARK, DEPEW & TRACEY, LTD, LLP, 440 LOUISIANA (LYRIC CENTER), 16TH FL, HOUSTON, TX, 77002

21068  HARRIS, LAWRENCE, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  HARRIS, LEE C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HARRIS, LEE C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HARRIS, LEMAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HARRIS, LEMAN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HARRIS, LESSIE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  HARRIS, LESSIE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HARRIS, LETROY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  HARRIS, LEVON, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HARRIS, LEVON, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HARRIS, LEWIS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HARRIS, LIONEL, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  HARRIS, LIONEL, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  HARRIS, LIZZIE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HARRIS, LIZZIE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HARRIS, LLOYD W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARRIS, LLOYD W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARRIS, LOIS, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HARRIS, LOIS, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HARRIS, LONNIE D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HARRIS, LOUIS R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  HARRIS, LOUIS R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  HARRIS, LOUIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HARRIS, LOUIS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HARRIS, LOUIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HARRIS, LOUIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HARRIS, LUCIOUS, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HARRIS, LUSTER L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARRIS, LUTHER J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  HARRIS, LUTHER, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HARRIS, LYNN M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARRIS, MAGGIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HARRIS, MAMIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HARRIS, MARCUS T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARRIS, MARCUS T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

---

**Svc Lst  Name and Address of Served Party**

21068   HARRIS, MARGARET, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARRIS, MARGARET, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HARRIS, MARION A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARRIS, MARVIN O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARRIS, MARY F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARRIS, MARY F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARRIS, MAURICE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HARRIS, MAURICE, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21069   HARRIS, MAYNARD, LAW OFFICES OF ALAN K PETRINE, 2400 SOUTH DIXIE HIGHWAY, SUITE 105, MIAMI, FL, 33186

21069   HARRIS, MAYNARD, LAW OFFICES OF ALAN K PETRINE, 2937 SW 27TH AVE, MIAMI, FL, 33133-3772

21068   HARRIS, MELVIN R, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   HARRIS, MELVIN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, MILLARD L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HARRIS, MILLIDGE, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   HARRIS, NOLAN W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HARRIS, NORMAN L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HARRIS, NORMAN R, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   HARRIS, OTTO, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARRIS, PATRICIA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   HARRIS, PATRICIA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   HARRIS, PERCY E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARRIS, PERCY L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HARRIS, PERCY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRIS, PERCY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARRIS, PERCY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HARRIS, PERRY A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HARRIS, PHILLIP, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   HARRIS, PORTER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HARRIS, RAYFORD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HARRIS, RAYMOND A, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   HARRIS, RAYMOND J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARRIS, RAYMOND W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   HARRIS, RAYMOND W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   HARRIS, RAYMOND, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068   HARRIS, RICHARD G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HARRIS, RICHARD L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HARRIS, RICHARD L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HARRIS, RICHARD, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    HARRIS, ROBBIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HARRIS, ROBERT E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    HARRIS, ROBERT L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    HARRIS, ROBERT L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HARRIS, ROBERT L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    HARRIS, ROBERT L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    HARRIS, ROBERT, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    HARRIS, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HARRIS, ROBERT, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    HARRIS, ROBERT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HARRIS, ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    HARRIS, RODGER A, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068    HARRIS, RODGER A, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    HARRIS, RODNEY N, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    HARRIS, RODNEY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21069    HARRIS, ROGER, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068    HARRIS, RONALD D, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    HARRIS, RONALD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    HARRIS, RONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HARRIS, RONNY R, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    HARRIS, RONNY R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    HARRIS, ROOSEVELT D, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    HARRIS, ROOSEVELT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    HARRIS, ROOSEVELT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    HARRIS, ROSIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HARRIS, ROY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    HARRIS, ROY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    HARRIS, RUBIN, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    HARRIS, RUBIN, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    HARRIS, RUBIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HARRIS, RUBIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HARRIS, RUBY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HARRIS, RUBY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HARRIS, RUBY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   HARRIS, S K, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   HARRIS, SAMUEL J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARRIS, SAMUEL J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARRIS, SAMUEL L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARRIS, SAMUEL L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HARRIS, SARAH, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HARRIS, SEMINOLA H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HARRIS, SHARON L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARRIS, SHARON L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARRIS, SHERLEY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HARRIS, SHIRLEY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HARRIS, SHIRLEY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HARRIS, SIMMIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HARRIS, SIMMIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRIS, SR, JAMES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARRIS, SR, JAMES N, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARRIS, SR, MARVIN E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   HARRIS, SR, RAYFORD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARRIS, SR, THOMAS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HARRIS, SR, WALTER B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, SR, WILLIAM N, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARRIS, SR, WILLIAM T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069   HARRIS, SR., ERNEST, UMPHREY, SWEARINGEN, EDDINS & CARVER (BE, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   HARRIS, STANLEY, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   HARRIS, STEPHEN G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRIS, SYLVESTER, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, THEODORE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRIS, THEODORE W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRIS, THOMAS D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARRIS, THOMAS, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HARRIS, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRIS, THOMAS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARRIS, TIMOTHY P, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   HARRIS, TOBY W, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | HARRIS, TOBY W, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | HARRIS, TOMMIE, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | HARRIS, TOMMIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HARRIS, TOMMY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HARRIS, TOMMY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | HARRIS, TRUBY R, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | HARRIS, ULYSSES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | HARRIS, VAN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HARRIS, VERY G, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | HARRIS, VERY G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HARRIS, VERY G, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | HARRIS, VERY G, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HARRIS, VIRGINIA D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HARRIS, WALTER N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARRIS, WALTER N, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HARRIS, WALTER, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | HARRIS, WALTER, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARRIS, WARREN H, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HARRIS, WARREN H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HARRIS, WARREN H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HARRIS, WARREN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HARRIS, WILBURN, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | HARRIS, WILL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HARRIS, WILLIAM A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARRIS, WILLIAM C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HARRIS, WILLIAM C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HARRIS, WILLIAM E, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | HARRIS, WILLIAM H, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | HARRIS, WILLIAM J, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HARRIS, WILLIAM M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HARRIS, WILLIAM M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HARRIS, WILLIAM M, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HARRIS, WILLIAM T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARRIS, WILLIAM T, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21068 | HARRIS, WILLIAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARRIS, WILLIAM, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HARRIS, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |

**Svc Lst Name and Address of Served Party**

| | |
|---|---|
| 21068 | HARRIS, WILLIAM, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HARRIS, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HARRIS, WILLIAM, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HARRIS, WILLIE A, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21069 | HARRIS, WILLIE B, 897 54TH ST, OAKLAND, CA, 94608 |
| 21069 | HARRIS, WILLIE B, 897 54TH ST, OAKLAND, CA, 94608-3238 |
| 21068 | HARRIS, WILLIE B, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104 |
| 21068 | HARRIS, WILLIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARRIS, WILLIE J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HARRIS, WILLIE J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | HARRIS, WILLIE R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARRIS, WILLIE W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HARRIS, WILLIE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | HARRIS, WILLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HARRIS, WILLIE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | HARRISER, TOM, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | HARRISON LONG, WILLIAM DOUGLAS, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | HARRISON, ALVIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HARRISON, ANNIE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HARRISON, ANTHONY, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105 |
| 21068 | HARRISON, ANTHONY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HARRISON, ARTHUR L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HARRISON, ARTHUR L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HARRISON, ARTHUR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARRISON, ARTHUR, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HARRISON, BENJAMIN T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HARRISON, BENJAMIN T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HARRISON, BENNY E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | HARRISON, BENNY E, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | HARRISON, BERNIE D, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HARRISON, BOBBY H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HARRISON, BOBBY H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HARRISON, C N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HARRISON, C N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HARRISON, CALVIN, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HARRISON, CALVIN, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HARRISON, CARL E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   HARRISON, CHARLES A, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HARRISON, CHARLES H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRISON, CHARLES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   HARRISON, CHARLES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   HARRISON, COLUMBUS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HARRISON, DANIEL M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HARRISON, DANIEL M, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HARRISON, DARWIN A, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HARRISON, DARWIN A, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   HARRISON, DENCIL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARRISON, DENCIL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARRISON, DONALD, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   HARRISON, DONALD, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   HARRISON, DONALD, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   HARRISON, DUDLEY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   HARRISON, EARLENE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HARRISON, EDWIN T, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   HARRISON, ERNEST H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARRISON, ERNEST H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   HARRISON, EUGENE A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARRISON, EUGENE A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARRISON, EVIA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARRISON, EVIA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARRISON, FAY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARRISON, FAY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARRISON, FRANCES M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARRISON, FRANCES M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARRISON, FRANK E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HARRISON, FRANK G, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HARRISON, FRANK J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   HARRISON, GEORGE B, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HARRISON, GEORGE F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HARRISON, GERTIE D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

Svc Lst  Name and Address of Served Party

21068  HARRISON, GLEN D, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068  HARRISON, GRAHAM A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HARRISON, GUS, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HARRISON, HARLON F, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HARRISON, HARLON F, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HARRISON, HILL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HARRISON, HILL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HARRISON, HOLLIS, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HARRISON, HOLLIS, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HARRISON, HOMER T, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HARRISON, HOMER T, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HARRISON, HOWARD, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HARRISON, HOWARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  HARRISON, HUEY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARRISON, HUEY, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  HARRISON, HUGHES, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068  HARRISON, J T, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  HARRISON, JAMES E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HARRISON, JAMES E, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  HARRISON, JAMES E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HARRISON, JAMES L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  HARRISON, JAMES L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HARRISON, JAMES T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARRISON, JAMES T, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HARRISON, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARRISON, JAMES, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HARRISON, JAMES, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  HARRISON, JAMES, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  HARRISON, JESSIE C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069  HARRISON, JIMMIE O, WISE & JULIAN, PC, PO BOX 1108, 3555 COLLEGE AVE, ALTON, IL, 62002

21068  HARRISON, JOHN E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HARRISON, JOHN E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HARRISON, JOHN E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  HARRISON, JOHN M, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

**Svc Lst   Name and Address of Served Party**

21068   HARRISON, JOHN M, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   HARRISON, JOHN T, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HARRISON, JOHN, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HARRISON, JOHNNY W, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   HARRISON, JR, ALBERT L, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   HARRISON, JR, ALBERT L, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   HARRISON, JR, BEN, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   HARRISON, JR, BEN, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   HARRISON, JR, BEN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HARRISON, JR, CLARENCE F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRISON, JR, JAMES, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HARRISON, JR, WILLIAM A, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HARRISON, KEITH, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   HARRISON, LAWRENCE N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARRISON, LAWRENCE N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARRISON, LEON E, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   HARRISON, MARY B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRISON, MARY C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HARRISON, MELBA T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARRISON, MERI, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HARRISON, MURRAY K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARRISON, OLDRICH E, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   HARRISON, OLDRICH E, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   HARRISON, PATRICIA M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HARRISON, PATRICIA M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HARRISON, PERCY, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HARRISON, PERCY, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HARRISON, RACHEL L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HARRISON, RAY O, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   HARRISON, RENDEL, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   HARRISON, RENDEL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HARRISON, RICHARD, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   HARRISON, RICKEY, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   HARRISON, RICKEY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   HARRISON, ROBERT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARRISON, ROBERT L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  HARRISON, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARRISON, ROBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARRISON, ROMAN M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HARRISON, ROSS H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HARRISON, ROY D, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21069  HARRISON, ROY W, CASEY, GERRY, CASEY, 110 LAUREL STREET, SAN DIEGO, CA, 92101-1486

21068  HARRISON, SAINT M, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  HARRISON, SAMUEL, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  HARRISON, SAMUEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARRISON, SAMUEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARRISON, SAMUEL, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068  HARRISON, SR, ALBERT L, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  HARRISON, SR, ALBERT L, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  HARRISON, SR, CHARLES O, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  HARRISON, SR, CHARLES O, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  HARRISON, SR, WENDELL F, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  HARRISON, SR, WENDELL F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARRISON, SR, WENDELL F, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069  HARRISON, STEPHEN F, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068  HARRISON, THADEOUS, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HARRISON, THADEOUS, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  HARRISON, THOMAS C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARRISON, THOMAS C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARRISON, THOMAS E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  HARRISON, THOMAS M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HARRISON, THOMAS M, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HARRISON, ULMER L, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  HARRISON, WILLIAM A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HARRISON, WILLIAM C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HARRISON, WILLIAM G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARRISON, WILLIAM H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARRISON, WILLIAM H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  HARRISON, WILLIAM L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  HARRISON, WILLIAM W, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  HARRISON, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   HARROD, IVA N, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HARROD, IVA N, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HARROD, JACK D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HARRON, WILLIE E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARRY, ARNOLD L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HARRY, BILLY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HARRY, CLARK, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HARRY, EARL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HARRY, FRANK L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HARRY, FRANK, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HARRY, JOHN, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068   HARRY, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HARRY, JR, THADIUS J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HARRY, LAVON A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HARRY, LESLIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HARRY, MARILYN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HARRY, MILTON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HARRY.SR, OTTO, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HARRYMAN, WILLIAM L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARSCH, ERNEST H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARSCH, ERNEST H, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   HARSH, WESLEY C, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21069   HARSHA, PATRICK, SILVERSMITH & FORCINA, L L C, 131 CONTINENTAL DRIVE, SUITE 108, NEWARK, DE, 19713

21068   HARSHALL, HORACE F, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HARSHBARGER, DARRELLL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARSHBARGER, DARRELLL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARSTON, DENNIS, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HART, ALVIN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HART, ANDREW G, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   HART, CALVIN A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HART, CARL E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   HART, CHARLES A, UMPHREY, WILLIAMS & BAILY, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HART, CHARLES D, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   HART, CHARLES T, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HART, CLOTIS E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   HART, CURTIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

Svc Lst  Name and Address of Served Party

21068  HART, DENNIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HART, DONALD W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HART, DOROTHY M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HART, DOROTHY M, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HART, DOUGLAS H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HART, EDWARD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HART, EDWARD E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HART, EDWARD E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HART, EDWARD, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068  HART, ELVIN K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HART, ERNEST, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  HART, EULA L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HART, EULA L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HART, FREDERICK, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  HART, GEORGE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HART, GEORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  HART, GEORGE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  HART, GILBERT C, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  HART, GILBERT C, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  HART, GILBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HART, HOUSTON, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HART, HOUSTON, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HART, JACKIE L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HART, JAMES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  HART, JAMES H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HART, JAMES H, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  HART, JERELY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  HART, JERRY L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  HART, JOHN D, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068  HART, JOHN J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  HART, JOHN P, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  HART, JOHN P, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21069  HART, JOHN W, LETASKY, JOHN, ROSSBACH HART BECHTOLD PC, PO BOX 8988, MISSOULA, MT, 59807-8988

21068  HART, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HART, JOHN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HART, JOSEPH L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

**Svc Lst  Name and Address of Served Party**

21068   HART, JR, OREN K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HART, JR, OREN K, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   HART, LEO, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HART, LESTER EARL, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   HART, LESTER EARL, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   HART, LIONEL JAMES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HART, LONNIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HART, MARTEAL A, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   HART, MARVIN, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   HART, MERRILL D, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   HART, MERRILL D, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21069   HART, RAYMOND C, KAHN, 1200 FOUR PENN CENTER PLAZA, PHILADELPHIA, PA, 19103

21069   HART, RAYMOND C, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068   HART, RICHARD, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HART, RICHARD, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HART, ROBERT L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   HART, ROBERT T, KAHN, 1200 FOUR PENN CENTER PLAZA, PHILADELPHIA, PA, 19103

21069   HART, ROBERT T, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068   HART, ROBERT, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HART, ROGER L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HART, RONALD D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HART, RONALD D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   HART, RONALD L, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   HART, SR, WILLIAM, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   HART, SR, WILLIAM, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   HART, THOMAS, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068   HART, WENDALL G, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21069   HART, WILLIAM J, GERSTENSLAGER & OBERT, 6500 CREEKSIDE TRAIL, SOLON, OH, 44139

21068   HART, WILLIAM J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HART, WILLIAM L, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069   HART, WILLIAM R, BRANDENBURG & BRANDENBURG PC, 715 TIJERAS NW, ALBURQUERQUE, NM, 87102

21068   HART, WILLIAM R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARTBARGER, FRED, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HARTBARGER, JAMES R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARTBARGER, JAMES R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARTBARGER, JAMES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARTE, GAYLORD C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst  Name and Address of Served Party

---

21068  HARTE, THOMAS M, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HARTENSTINE, WILLIAM S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  HARTFIELD, CLYDE S, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  HARTFIELD, ELOUISE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARTFIELD, FLORINE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  HARTFIELD, GEORGE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  HARTFIELD, IRENA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARTFIELD, ISAAC, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  HARTFIELD, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HARTFIELD, JAMES E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HARTFIELD, LATHEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARTFIELD, MARY L, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  HARTFIELD, SHARON L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  HARTFIELD, SHARON L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  HARTFIELD, VERNELL M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  HARTFIELD, VERNELL M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  HARTFIELD, WILFORD, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  HARTFORD, BRIAN, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HARTFORD, DENNIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARTFORD, EDWIN C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069  HARTHCOCK, BOBBY, LAW OFFICES OF JONATHAN DAVID P C, THE SPURWOOD BUILDING #260, 10655 SIX PINES DRIVE, THE WOODLANDS, TX, 77380

21068  HARTHCOCK, BOBBY, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  HARTHUN, DENNIS D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HARTIGAN, SR, GERARD, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  HARTJE, WILLIAM R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  HARTKEMEYER, CHARLES M, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HARTKORN, ROBERT J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HARTKORN, ROBERT, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068  HARTLAUB, JAY F, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  HARTLE, JOHN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  HARTLEY, BOB A, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  HARTLEY, CAROLYN V, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HARTLEY, CAROLYN V, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Svc Lst  Name and Address of Served Party**

21068  HARTLEY, DAVID, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  HARTLEY, DWIGHT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HARTLEY, EARNEST, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  HARTLEY, ERNEST T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HARTLEY, HARVIS T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HARTLEY, JERRY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HARTLEY, JESSIE L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HARTLEY, JOSEPH A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  HARTLEY, NORMAN, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837

21068  HARTLEY, PRENTISS R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HARTLEY, SR., SIMMIE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HARTLEY, TERRY N, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  HARTLEY, WILLIAM M, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  HARTLEY, WILLIE F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HARTLEY, WILLIE F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HARTLINE, WILLIAM H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HARTLINE, WILLIAM H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HARTLOVE, CHARLES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  HARTLOVE, RUSSELL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  HARTMAN, ALVIN R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  HARTMAN, CHARLES W, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  HARTMAN, CHARLES W, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  HARTMAN, DONALD, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068  HARTMAN, DORIS J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HARTMAN, FRANCES, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21069  HARTMAN, FRANCES, RICH MYERS, 1411 WALNUT STREET, SUITE 500, PHILADELPHIA, PA, 19102

21068  HARTMAN, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HARTMAN, LILLIE M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARTMAN, MARTIN, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21069  HARTMAN, MARY D, HARTER, SECREST & EMERY LLP, 1600 BAUSCH & LOMB PLACE, ROCHESTER, NY, 14604-2711

21068  HARTMAN, PATRICIA A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARTMAN, SR, JOHN, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  HARTMAN, THOMAS D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HARTMANN, CHARLES K, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  HARTMANN, ELLEN L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HARTMANN, WILLIAM L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   HARTMANN, WILLIAM L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARTNAGEL, GEORGE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HARTNESS, THOMAS E, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   HARTNETT, EMMET F, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21069   HARTNEY, ROBERT L, POZZI, WILSON, ATCHISON, 454 NE FLORAL PL, PORTLAND, OR, 97232-3304

21069   HARTNEY, ROBERT L, POZZI, WILSON, ATCHISON, 910 STANDARD PLAZA, 1100 S W SIXTH AVENUE, PORTLAND, OR, 97204-1020

21068   HARTRIDGE, JR, BEN A, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   HARTS, JR, RICHARD, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   HARTS, JR, RICHARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HARTSEL, DONALD E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   HARTSELL, LONNIE P, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HARTSFIELD, JINKS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HARTSFIELD, JINKS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HARTSFIELD, JOHN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HARTSFIELD, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HARTSFIELD, WILLIAM R, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   HARTSHORN, DAVID R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HARTSHORNE, WILLIAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARTSOCK, DAYLE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARTSOCK, RALPH D, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   HARTSOCK, RALPH D, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   HARTSON, CHARLES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HARTT, JOHN W, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   HARTT, WILLIAM R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HARTUNG, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HARTWELL, LEONARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HARTWELL, LEWIS D, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   HARTWIG, ROBERT W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HARTWRIGHT, HUBERT, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   HARTZ, JOHN, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068   HARTZELL, JOHN, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   HARTZELL, RICHARD C, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   HARTZHEIM, JOHN G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HARTZOG, BERFORD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | HARTZOG, CONNER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HARTZOG, DANIEL L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARTZOG, FELDER, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARTZOG, JAMES L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARTZOG, JOHNNY C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HARTZOG, L. H, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | HARTZOG, MAXINE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARTZOG, MELVIN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARTZOG, PEARL, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | HARTZOG, ROY G, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HARTZOG, RUBIA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21069 | HARVALA, PETER, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800 |
| 21068 | HARVARD, WILLIAM T, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21069 | HARVARD, WILLIAM, THE LAW FIRM OF DAVID SHAW, 94 PROSPECT STREET, PO BOX 3552, NEW HAVEN, CT, 06525 |
| 21068 | HARVELL, ANGELINA, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | HARVELL, DAVID, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | HARVELL, FRANKLIN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARVELL, FRANKLIN D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HARVELL, JOE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARVELL, JOE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARVELL, PATRICIA A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | HARVELL, PATRICIA A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | HARVELL, RUTH E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARVELL, RUTH E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARVELL, WINFRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HARVESTON, SR, LEWIS B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HARVEY, ALAN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | HARVEY, ALBERT D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARVEY, ANDREW A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HARVEY, ANNIE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HARVEY, ANNIE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HARVEY, BETTY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARVEY, BETTY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARVEY, BURLEE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARVEY, CHARLES W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HARVEY, CHARLES W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  HARVEY, CLEMENT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HARVEY, CLEMENT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  HARVEY, CLINTON, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  HARVEY, DANIEL O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HARVEY, DANNY M, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  HARVEY, DAVID W, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  HARVEY, DAVID, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  HARVEY, DAVID, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068  HARVEY, DONNIE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARVEY, ELLIS, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  HARVEY, ELMER R, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068  HARVEY, ELTON, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  HARVEY, EULA, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HARVEY, FERN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HARVEY, FRANK, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  HARVEY, GEORGE R, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  HARVEY, GEORGE R, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  HARVEY, GEORGE R, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  HARVEY, GIFFORD S, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068  HARVEY, GLENN A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HARVEY, GLOVER T, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  HARVEY, GRACIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARVEY, HAROLD B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HARVEY, JAMES E, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HARVEY, JAMES V, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HARVEY, JAMES, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HARVEY, JAMES, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  HARVEY, JEANETTE S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HARVEY, JIMMY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HARVEY, JIMMY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HARVEY, JOSEPH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HARVEY, JR, EDWIN F, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  HARVEY, LAURA B, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  HARVEY, LAURA B, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  HARVEY, LOUIE, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  HARVEY, MIKE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HARVEY, NANCY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HARVEY, NORMA, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21069 | HARVEY, OSCAR W, ZIFF WEIERMILLER, 303 WILLIAM STREET, PO BOX 1338, ELMIRA, NY, 14902 |
| 21068 | HARVEY, PALMER, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HARVEY, PAUL D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARVEY, PAUL W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HARVEY, PERRY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HARVEY, PERRY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HARVEY, PROLER C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HARVEY, ROBERT P, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | HARVEY, RONALD, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HARVEY, RONALD, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HARVEY, ROY A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HARVEY, ROY A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HARVEY, ROY S, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | HARVEY, ROY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HARVEY, RUSSELL K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HARVEY, RUSSELL K, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HARVEY, SENTELL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HARVEY, SR, WALTER C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | HARVEY, TOM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HARVEY, TOMMIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HARVEY, WALTER, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614 |
| 21068 | HARVEY, WILLIAM A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HARVEY, WILLIAM C, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | HARVEY, WILLIAM C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HARVEY, WILLIAM N, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | HARVEY, WILLIAM N, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465 |
| 21068 | HARVILL, BILLY, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21069 | HARVILLE JR, DAVID O, JOHNSON, HOMER R, DAVID ODELL HARVILLE JR, 820 JORDAN ST STE 480, SHREVEPORT, LA, 71101-4522 |
| 21068 | HARVILLE, A C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HARVILLE, A E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | HARVILLE, MICHAEL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | HARVILLE, MICHAEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HARVILLE, RUFUS T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HARVILLE, RUFUS, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HARVILLE, RUFUS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HARVILLE, RUFUS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HARVIN, THOMAS E, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | HARWELL, ROBERT P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HARWELL, SR, COLEMAN C, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21069 | HARWOOD LLYOD, 130 MAIN STREET, HACKENSACK, NJ, 07601 |
| 21068 | HARWOOD, GEORGE P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HARWOOD, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HARWOOD, ROLAND, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919 |
| 21068 | HARWOOD, SR, GERALD E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HARWOOD, THOMAS W, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | HARY, CARL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HASAPIS, ATHANASIOS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HASBERRY, JR, ROBERT, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HASBERRY, ROBERT, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HASBERRY, ROBERT, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HASCH, JEAN R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HASCH, JEAN R, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201 |
| 21068 | HASE, GARHARD, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005 |
| 21068 | HASE, GARHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HASEL, ARTHUR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HASEL, MERLIN G, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HASELEU, SR, GERALD L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HASENBALG, RUSSELL, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005 |
| 21068 | HASENBALG, RUSSELL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HASENBERG, CHARLES R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HASENHUENDL, KARL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | HASENOHRL, EDWARD, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | HASETTE, JOSE, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | HASH, KENNETH, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053 |
| 21068 | HASHIER, FRANK, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HASHIMOTO, HACHIRO, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |

**Svc Lst  Name and Address of Served Party**

21068   HASHIMOTO, HACHIRO, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   HASHMAN, JIMMIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HASHOP, JR, LOUIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HASKELL, SR, MELVIN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HASKET, WILLIAM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HASKETT, RALPH, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   HASKINS, HALLIWOOD, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   HASKINS, HENRY R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HASKINS, JOE W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HASKINS, JOHN, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   HASKINS, JOHN, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   HASKINS, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HASKINS, MICHAEL J, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   HASKINS, NELSON W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HASKINS, SAMUEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HASKINS, SPENCER V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HASKINS, THOMAS, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   HASPEL, RAYMOND A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HASSEL, HENRY J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HASSELL, JAMES R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HASSEY, FRANK C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HASSEY, FRANK C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HASSON, GARY L, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068   HASTINGS, BILLY G, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   HASTINGS, CARL, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   HASTINGS, CHARLES A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HASTINGS, EARLE G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HASTINGS, GLORINE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   HASTINGS, HERBERT, LIPSITZ, GREEN, FAHRINGER, ROLL, SAILSBURY & CAMBR, 42 DELAWARE AVENUE, BUFFALO, NY, 14202-2401

21068   HASTINGS, HOWARD J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HASTINGS, JAMES T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HASTINGS, LOUIS E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HASTINGS, REBECCA, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   HASTON, ARTIS, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   HASTON, DAVID, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HASTY, CARL E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HASTY, CARL E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HASTY, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HASULAK, THEODORE G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HASWELL, THOMAS W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HASWELL, THOMAS W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HASZA, LOUIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HATAWAY, ROGER M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HATCH, BILLY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HATCH, DONALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HATCH, DONALD, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   HATCH, FLOYD M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HATCH, WILLIE, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   HATCHEL, RICKY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HATCHELL, N E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HATCHER, AUBREY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HATCHER, BOOKER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HATCHER, DONNIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HATCHER, DONNIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HATCHER, EDWARD S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HATCHER, EDWIN J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HATCHER, GORDON, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   HATCHER, HOWARD L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HATCHER, JAMES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   HATCHER, JAMES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   HATCHER, JESSIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HATCHER, JETHRO L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HATCHER, JOHNNIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HATCHER, JR, THOMAS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HATCHER, LEE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HATCHER, LILBURN, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HATCHER, MARDIS D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HATCHER, RAYMOND I, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HATCHER, RAYMOND I, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HATCHER, ROBERT W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

---

Svc Lst  Name and Address of Served Party

21068   HATCHER, ROBERT W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HATCHER, ROBERT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HATCHER, SYLVESTER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HATCHER, TEDDY L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   HATCHER, THOMAS G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HATCHER, THOMAS G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HATCHER, THOMAS W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HATCHER, WILLIAM J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HATCHER, WILLIAM J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HATCHER, WILLIE E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HATCHER, WILLIE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   HATCHET, SR., JOHN, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35255, BIRMINGHAM, AL, 35255

21068   HATCHET, SR., JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HATCHET, SR., JOHN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HATCHETT, SR, WILLIE D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HATEN, ROBERT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HATFIELD, ALBERT BLAINE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HATFIELD, CASSIUS W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HATFIELD, CASSIUS W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HATFIELD, CORA D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HATFIELD, CORA D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HATFIELD, EMMETT R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HATFIELD, HARROM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HATFIELD, HARRY E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HATFIELD, HARRY E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   HATFIELD, JON E, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068   HATFIELD, JON E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   HATFIELD, OLIN J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   HATFIELD, STEVEN L, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   HATHAWAY, ALLEN G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HATHAWAY, DAVID, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   HATHAWAY, DONALD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HATHAWAY, HOWARD, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HATHCOAT, WILBERT, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HATHCOCK, BILLY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   HATHCOCK, DON R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  HATHCOCK, DON R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HATHCOCK, EDDIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  HATHCOCK, EDDIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  HATHCOCK, GROVER E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HATHCOCK, ROBERT R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21069  HATHCOCK, ROBERT R, HARDIN, LEWIS, TABER & TUCKER, 1037 22ND ST SOUTH, BIRMINGHAM, AL, 35205

21068  HATHCOCK, WALTER, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  HATHCOTE, CLAUDE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HATHCOTE, THOMAS D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HATHCOTE, THOMAS D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HATHORN, ALICE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  HATHORN, CHARLES B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HATHORN, CHARLES B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HATHORN, DANIEL H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  HATHORN, HENRY H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HATHORN, HENRY H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21069  HATHORN, JAMES C, JEFFREY B SIMON, ESQ, 3232 MCKINNEY AVE STE 610, DALLAS, TX, 75204-2429

21068  HATHORN, JOHNNIE R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  HATHORN, JOHNNIE R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HATHORN, LONNIE B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  HATHORN, LUCILLE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  HATHORN, LUCILLE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  HATHORN, MARGARET, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HATHORN, MARIE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  HATHORN, MARIE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HATHORN, RICHARD M, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  HATHORN, VERA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HATHORN, VIRGINIA D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HATHORN, VIRGINIA D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HATHORN, WELDON H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HATHORNE, CHARLIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  HATHORNE, PEARLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HATHORNE, ROBERT L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  HATHORNE, VIOLET, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    HATHORNE, VIOLET, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HATHORNE, WOODROW, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    HATLEY, DEMSEY, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068    HATLEY, LARRY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HATLEY, LARRY W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    HATRAK, DOROTHY C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HATRAK, DOROTHY C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HATRIDGE, RAYMOND, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    HATRIDGE, RAYMOND, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    HATTAWAY, BILLY J, LUNDY & DAVIS, L L P, HIBERNIA TOWER, 501 BROAD STREET, PO BOX 3010, LAKE CHARLES, LA, 70602

21068    HATTAWAY, DAN L, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068    HATTAWAY, ELIZABETH A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    HATTAWAY, ELIZABETH A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    HATTAWAY, ELVA M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HATTAWAY, FRANCES J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    HATTAWAY, FRANCES J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    HATTAWAY, LYNN H, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068    HATTAWAY, RAYMOND E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HATTAWAY, RAYMOND E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    HATTAWAY, SR, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HATTEN, ALDENA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21069    HATTEN, ALEXANDER, LAW OFFICES OF JACK K CLAPPER, 2330 MARINSHIP WAY, SUITE 140, SAUSALITO, CA, 94965

21068    HATTEN, HARRY G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HATTEN, JAMES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HATTEN, JOHN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HATTEN, WILLIE T, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    HATTEN, Y W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    HATTEN, Y W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    HATTENBACK, EUGENE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HATTER, ERNEST, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    HATTER, WALTER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    HATTON JR., LEROY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    HATTON, JERRY M, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    HATTON, JERRY M, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    HATTON, JR, GEORGE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Svc Lst  Name and Address of Served Party**

21068  HATTON, WILLIAM A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069  HATZENBIHLER, BETTY, THOMPSON, P C, PO BOX 5235, 321 KITTSON AVENUE, GRAND FORKS, ND, 58206-5235

21068  HATZIALEXIOU, ILIAS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HATZILERIS, GEORGE C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HAUCK, ROBERT C, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  HAUCK, WILFRED A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HAUER, EDWARD J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  HAUER, EDWARD J, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  HAUER, ERNST F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HAUER, THOMAS W, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  HAUER, THOMAS W, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  HAUF, CARL, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  HAUGAN, ARTHUR L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HAUGER, HENRY W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HAUGH, ANTHONY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  HAUGH, JOHN J, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  HAUGH, ROY F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HAUGHEY, RAYMOND T, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  HAUGHT, ALAN R, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  HAUGHT, ALAN R, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  HAUGHT, RALPH R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  HAUGHT, RALPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HAUGLAND, ANTHONY, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068  HAULMAN, GLENN M, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  HAULMAN, HERSCHEL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HAUN, DAN, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  HAUN, WILFORD F, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  HAUPT, JR, HOWARD G, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HAUPT, JR, HOWARD G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HAUPT, WAYNE C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069  HAUSE, BENTLEY L, THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204