**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  HAUSE, BENTLEY L, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  HAUSENBERGER, HOWARD D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HAUSERMAN, ERNEST, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  HAUSERMAN, ERNEST, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HAUSEY, JR, JOSEPH B, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  HAUSLER, J C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HAUSLER, J C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HAUSMAN, CARLTON G, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  HAUSMANN, VERN W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HAUT, JAMES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  HAVARD, A J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  HAVARD, BILLY J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HAVARD, BURNES G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HAVARD, BURNES G, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068  HAVARD, BURNES G, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  HAVARD, CALVIN W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  HAVARD, DONALD C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HAVARD, JAMES A, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  HAVARD, JAMES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HAVARD, JOHN M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  HAVARD, OTTIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HAVARD, OTTIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HAVARD, RONALD T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HAVARD, RONALD T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HAVARD, VERNON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HAVARD, VESTER L, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  HAVARD, VESTER, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  HAVEL, CLARENCE, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068  HAVEL, RUDY, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  HAVENER, ROBERT, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068  HAVENOR, RONALD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  HAVENOR, RONALD E, CARPENTER & CHAVEZ, LTD, 1600 UNIVERSITY BLVD, NE, SUITE B, ALBUQUERQUE, NM, 87102

21068  HAVENS, THOMAS L, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  HAVERTY, THOMAS C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HAVILL, JR, JOHN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069 HAVINKA, JOHN, HOSSLEY & ASSOCIATES PLLC, 6440 NORTH CENTRAL EXPRESSWAY, SUITE 617, DALLAS, TX, 75206

21068 HAVIS, EDWARD W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 HAVIS, FRANK E, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068 HAVITZ, JOHN S, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068 HAVLICEK, DAN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068 HAVLIN, LARRY G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 HAVRILLA, EDWARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 HAWANCZAK, JOHN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068 HAWBAKER, JOHN, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21069 HAWBAKER, VERNON, JEFFREY G MOYER, ESQUIRE, 34 JOHN BEAL DR, BOOTHWYN, PA, 19061-1123

21069 HAWBAKER, VERNON, JEFFREY G MOYER, ESQUIRE, GOVERNORS PLAZA NORTH BLD #1, 2101 NORTH FRONT STREET, HARRISBURG, PA, 17110-1061

21068 HAWES, MEREDITH, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068 HAWK, CARY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 HAWK, JOHN E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068 HAWK, KENNETH L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21069 HAWK, RALPH E, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068 HAWK, RAYMON, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068 HAWK, ROBERT E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 HAWKEN, ROBERT, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21069 HAWKER, SR, DONALD N, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068 HAWKER, SR, DONALD N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 HAWKER, SR, DONALD N, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068 HAWKEY SR., JAMES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 HAWKINS, ANTHONY V, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 HAWKINS, AUDREY N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 HAWKINS, BETTY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 HAWKINS, CARROL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 HAWKINS, CHARLES A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 HAWKINS, CHARLES A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068 HAWKINS, CHARLES H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 HAWKINS, CHARLES M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068 HAWKINS, CHARLES T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 HAWKINS, CHARLES T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 HAWKINS, CLIFTON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | HAWKINS, CLIFTON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HAWKINS, DALE R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HAWKINS, DALE, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | HAWKINS, DAVID, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HAWKINS, DAVID, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HAWKINS, DELBERT E, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | HAWKINS, DUMAS, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | HAWKINS, DUMAS, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | HAWKINS, EMILE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HAWKINS, ERNEST, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HAWKINS, FLOYD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HAWKINS, FRANK J, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21068 | HAWKINS, FRANK, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | HAWKINS, FRANK, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HAWKINS, FREDERICK W, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HAWKINS, GATHOR M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HAWKINS, HAROLD D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HAWKINS, HAROLD G, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | HAWKINS, HAROLD G, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | HAWKINS, HERMAN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HAWKINS, HERMAN L, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |
| 21068 | HAWKINS, HILTON D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | HAWKINS, HOWREN F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HAWKINS, HOWREN F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HAWKINS, JASPER, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HAWKINS, JASPER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HAWKINS, JASPER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HAWKINS, JESSE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAWKINS, JIMMIE, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825 |
| 21068 | HAWKINS, JIMMY D, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113 |
| 21068 | HAWKINS, JIMMY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HAWKINS, JOHN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | HAWKINS, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | HAWKINS, JR, DAVID L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HAWKINS, JR, DAVID, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HAWKINS, JR, HEZEKIAH, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | HAWKINS, JR, LENIOUS, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HAWKINS, JR, MYERS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HAWKINS, JR, SAMUEL J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HAWKINS, LENDSAY W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HAWKINS, LEVERTA, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAWKINS, LEVERTA, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702 |
| 21068 | HAWKINS, LEVERTA, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HAWKINS, LILLIE B, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HAWKINS, LYNDA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HAWKINS, LYNDA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HAWKINS, MICKNAL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HAWKINS, MICKNAL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HAWKINS, MORRIS R, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | HAWKINS, NEVILLE, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945 |
| 21068 | HAWKINS, RAYMOND R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HAWKINS, ROBERT C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HAWKINS, ROBERT H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HAWKINS, ROBERT P, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | HAWKINS, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HAWKINS, ROBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HAWKINS, ROBERT, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | HAWKINS, ROBERT, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HAWKINS, ROLIN H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HAWKINS, RONALD J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | HAWKINS, ROY J, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | HAWKINS, SR, FRED, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAWKINS, SR, FRED, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HAWKINS, SR, FREDDIE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | HAWKINS, SR, KELLY M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HAWKINS, SR., ARTHUR G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HAWKINS, SR., JOHN M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HAWKINS, THOMAS J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HAWKINS, TOM, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | HAWKINS, TOONEY, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | HAWKINS, VIRGIL G, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | HAWKINS, WALTER J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HAWKINS, WASH, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | HAWKINS, WILLIAM, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465 |
| 21068 | HAWKINS, WILLIE H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HAWKINS, WILLIE H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HAWKINS, WILLIE S, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HAWKINS, WINFRED E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HAWKS, FRANK M, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | HAWKS, FRANK M, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108 |
| 21068 | HAWKSHAW, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | HAWKSLEY, ROBERT A, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969 |
| 21068 | HAWLEY, BETTY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAWLEY, BETTY J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HAWLEY, JR., MELVIN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HAWLEY, LONNIE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAWLEY, LONNIE E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HAWLEY, RONALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HAWSKEY, LEE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HAWTHORN, EUNICE M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | HAWTHORNE, CARRIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HAWTHORNE, EDDIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HAWTHORNE, FRANKLIN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HAWTHORNE, J W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21069 | HAWTHORNE, JAMES A, LUNDY & DAVIS, L L P, HIBERNIA TOWER, 501 BROAD STREET, PO BOX 3010, LAKE CHARLES, LA, 70602 |
| 21068 | HAWTHORNE, JAMES A, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | HAWTHORNE, JAMES A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HAWTHORNE, JAMES A, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | HAWTHORNE, JAMES A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HAWTHORNE, JR, F L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | HAWTHORNE, JR, F L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HAWTHORNE, JR, GILBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAWTHORNE, LEROY, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | HAWTHORNE, MINT W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

Svc Lst  **Name and Address of Served Party**

21068  HAWTHORNE, MINT W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HAWTHORNE, ROBERT E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  HAWTHORNE, ROBERT W, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  HAWTHORNE, WILLARD L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HAXTON, CLEM J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069  HAY, EUGENE A C, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068  HAY, GEORGE C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HAY, JAMES J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  HAY, JAMES J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HAY, JIMMIE V, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HAY, LARRY E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HAY, RICHARD V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HAY, ROY M, LAW OFRICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HAY, ROY M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HAYDEL, LOUIS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21069  HAYDEN, BOBBY L, EVANS FEIST, 331 MILAM STREET, SHREVEPORT, LA, 71166

21068  HAYDEN, CHARLES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  HAYDEN, CHARLIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HAYDEN, FRED H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HAYDEN, GERTRUDE S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HAYDEN, JAMES, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  HAYDEN, LARRY B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HAYDEN, MERRILL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HAYDEN, NEVILLE W, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  HAYDEN, WEBSTER, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068  HAYDON, BILLY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HAYER, ALVA L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HAYER, ALVA L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HAYES, ALICE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HAYES, ALONZO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HAYES, ALTHEA M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  HAYES, ALTHEA M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  HAYES, ARTHUR B, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21069  HAYES, BARRY J, SLAPPEY & SADD, CENTURY SPRINGS EAST, 6100 LAKE FORREST DR, SUITE 420, ATLANTA, GA, 30328

21068  HAYES, CARL J, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069  HAYES, CECIL, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068  HAYES, CHARLES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HAYES, CHARLES, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HAYES, CHARLES, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  HAYES, CHARLES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HAYES, CHESTER M, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HAYES, CHESTER M, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  HAYES, CLARK, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  HAYES, CLEO, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  HAYES, CLEO, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  HAYES, CURTIS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HAYES, CURTIS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HAYES, DANIEL K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HAYES, DELBERT, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  HAYES, DELBERT, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  HAYES, DOUGLAS C, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  HAYES, EDDIE L, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068  HAYES, EDDIE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HAYES, EDDIE L, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  HAYES, EDMOND D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HAYES, EDWARD M, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  HAYES, ELESSIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HAYES, ELSIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HAYES, ELTON C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  HAYES, ELVIN D, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  HAYES, ELVIN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HAYES, ERNEST D, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  HAYES, EUGENE, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068  HAYES, GEORGE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HAYES, GERALD L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  HAYES, GORDON, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068  HAYES, HENRY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  HAYES, HILTON F, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  HAYES, J B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HAYES, JACK C, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

---

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | HAYES, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | HAYES, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HAYES, JERRY D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | HAYES, JERRY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HAYES, JESSE O, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | HAYES, JOHN A, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362 |
| 21068 | HAYES, JOHN A, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749 |
| 21068 | HAYES, JOHN A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HAYES, JOHN H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HAYES, JOHN H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HAYES, JOHN H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HAYES, JOHN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | HAYES, JOHNNY B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HAYES, JOHNNY B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HAYES, JR, ALLEN C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HAYES, JR, FRED, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAYES, JR, FRED, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HAYES, JR, QUDELL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HAYES, JR, ROBERT, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025 |
| 21068 | HAYES, KATHY K, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | HAYES, KATHY K, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | HAYES, KENNETH, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HAYES, KIM, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HAYES, LARRY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | HAYES, LARRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HAYES, LAWRENCE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAYES, LEONAL A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HAYES, LEWIS E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | HAYES, LEWIS E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HAYES, LEWIS E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | HAYES, LUCY J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HAYES, MACK E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HAYES, MARGARET R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HAYES, MARGARET R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HAYES, MARTIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAYES, MARVIN E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HAYES, MARVIN E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HAYES, MATHEW, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | HAYES, MELVIN L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HAYES, MICHAEL A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HAYES, MIKE C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HAYES, MIKE C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HAYES, NAPOLEON W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HAYES, NATHAN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | HAYES, NORMAN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | HAYES, PAUL V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAYES, PAUL, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492 |
| 21068 | HAYES, PINKIE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | HAYES, PINKIE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | HAYES, R V, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | HAYES, RANEIL J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HAYES, RANEIL J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21069 | HAYES, RICHARD R, EGAN, LEV & SIWICA, PA, 231 EAST COLONIAL DRIVE, ORLANDO, FL, 32801 |
| 21068 | HAYES, ROBERT F, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | HAYES, ROBERT J, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | HAYES, ROBERT L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HAYES, ROBERT L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HAYES, ROY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAYES, RUTH A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HAYES, SAMUEL, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225 |
| 21068 | HAYES, SAMUEL, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | HAYES, SIBYL, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | HAYES, SR, JOSEPH G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HAYES, SR, ROBERT W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HAYES, THEODORE C, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | HAYES, U  DAMON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HAYES, U  DAMON, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | HAYES, VERTREES M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HAYES, VERTREES M, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |
| 21068 | HAYES, VIRGIL L, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | HAYES, VIRGIL L, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | HAYES, WALTER E, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | HAYES, WILLIAM A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21069 | HAYES, WILLIAM MARZELL, MILLS, TIMMONS, PO BOX 1784, SHREVEPORT, LA, 71166 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | HAYES, WILLIAM P, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | HAYES, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HAYES, WILSON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAYES, WILSON, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HAYES, WOODIE A, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | HAYFORD, LYNDON A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HAYGOOD, GALIN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HAYGOOD, GARY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HAYGOOD, KERMIT L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HAYGOOD, KOATNEY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAYLES, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HAYMAN, GEORGE T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HAYMAN, JOHN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | HAYMAN, JR, JAMES B, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HAYMEN, DAVID, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HAYMON, EUGENE, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046 |
| 21068 | HAYMON, EUGENE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | HAYMON, JOSEPH D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HAYMON, JR, OTHA B, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046 |
| 21068 | HAYMON, JR, OTHA B, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | HAYMOND, ARNOLD R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HAYMORE, TEDDY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HAYNER, NORVEL R, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | HAYNES, ADDIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HAYNES, AGRON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21069 | HAYNES, ALAN L, DENNIS SABBATH, 850 EAST BONNEVILLE AVE, LAS VEGAS, NV, 89101 |
| 21068 | HAYNES, ALAN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HAYNES, ARCHIE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAYNES, ARCHIE D, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825 |
| 21068 | HAYNES, ARCHIE D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HAYNES, ARMETTA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HAYNES, BETTY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HAYNES, BOBBY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HAYNES, CARL L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HAYNES, CARL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HAYNES, CARL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |

**Svc Lst  Name and Address of Served Party**

21068    HAYNES, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HAYNES, CHARLES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    HAYNES, CLINTON M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HAYNES, CLYDE, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    HAYNES, DANNY E, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068    HAYNES, DANNY M, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    HAYNES, DONNA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HAYNES, DONNA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    HAYNES, EARL D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HAYNES, EMELINE H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HAYNES, EMELINE H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HAYNES, ERNEST E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HAYNES, EVA N, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    HAYNES, EVA N, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    HAYNES, F T, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    HAYNES, GRACE O, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HAYNES, HARVEY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HAYNES, HENRY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    HAYNES, I C, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    HAYNES, IVA D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    HAYNES, J. C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HAYNES, J. C, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    HAYNES, JACKIE, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    HAYNES, JAMES D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HAYNES, JAMES N, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    HAYNES, JAMES, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    HAYNES, JESSIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    HAYNES, JIMMY A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HAYNES, JIMMY, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068    HAYNES, JOHN O, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    HAYNES, JOHN O, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068    HAYNES, JOHNNY, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068    HAYNES, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    HAYNES, JOSH T, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    HAYNES, JR, ROSCOE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    HAYNES, LAWRENCE, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    HAYNES, LOUISE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HAYNES, MACK, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    HAYNES, MACK, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    HAYNES, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HAYNES, MATTIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HAYNES, PEARLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HAYNES, PERCY S, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    HAYNES, RANDALL L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HAYNES, ROBERT E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    HAYNES, ROBERT E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HAYNES, ROBERT E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    HAYNES, SR, CLANTON M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HAYNES, SR, EDWIN L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HAYNES, SR, JAMES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HAYNES, THOMAS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HAYNES, TONY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HAYNES, TONY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HAYNES, WALTER L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HAYNES, WILLIE, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21069    HAYNES, WILLIS R, WALTER UMPHREY LAW FIRM, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068    HAYNESWORTH, ELI M, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    HAYNIE, HAROLD K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    HAYNIE, HAROLD K, WHITNEY C BUCHANAN, ESQ, 5201 CONSTITUTION AVE NE, ALBUQUERQUE, NM, 87110-5813

21068    HAYNIE, JOSEPH L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HAYNIE, JR, RICHARD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    HAYNIL, KENNETH, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    HAYNIL, KENNETH, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    HAYS, DANIEL D, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    HAYS, HAROLD V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    HAYS, HERMAN, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    HAYS, J L, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068    HAYS, J. B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HAYS, JAMES H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HAYS, JR, MAJOR L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    HAYS, LEE W, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  HAYS, LEONARD P, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  HAYS, LLOYD C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HAYS, ROGER B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HAYS, RUBY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HAYS, WILLIAM R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HAYS, WILLIAM R, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  HAYSLETT, PAUL T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HAYSLIP, SAM G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HAYSLIP, SAM G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HAYTER, CHARLES V, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069  HAYWARD, JOSEPH, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068  HAYWARD, JR, JACOB, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  HAYWOOD, BAKER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HAYWOOD, BAKER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HAYWOOD, CECIL H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  HAYWOOD, JAMES L, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  HAYWOOD, JAMES L, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068  HAYWOOD, JIMMY C, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  HAYWOOD, JIMMY C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HAYWOOD, JIMMY T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HAYWOOD, JR, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HAYWOOD, JR, WARDELL, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  HAYWOOD, JR., ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HAYWOOD, LARRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HAYWOOD, LYNN C, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  HAYWOOD, NATHANIEL S, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HAYWOOD, OSCAR G, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  HAYWOOD, RODGER, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HAYWOOD, RODGER, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HAYWOOD, ROOSEVELT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HAYWOOD, ROOSEVELT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HAZEL, JOHNSON, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069  HAZEL, MARY, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21069  HAZEL, THOMAS, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21068  HAZELLIEF, JAMES F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HAZELTINE, ROBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HAZELTON, BEN, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | HAZELTON, BEN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HAZELTON, DALLAS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAZELTON, DUANE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAZELWOOD, ALBERT L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HAZELWOOD, EARL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | HAZELWOOD, GEORGE, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | HAZELWOOD, RUSSELL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HAZEN, JAMES M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HAZEN, JAMES M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HAZEN, MERLE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAZEN, ROLAND D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HAZEN, THOMAS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | HAZEWOOD, JR, HENRY, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501 |
| 21068 | HAZEWOOD, JR, HENRY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 |
| 21068 | HAZEWOOD, JR, HENRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HAZLEGROVE, EMMA F, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | HAZLEGROVE, SR, RAYMOND C, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | HAZLETT, CARL L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | HAZLETT, JAMES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | HAZLETT, LUCILLE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | HAZLIP, JR, JOSEPH G, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | HAZUKA, STEVE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HAZY, MICHAEL J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HAZZARD, MILTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HAZZARD, MILTON, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HAZZARD, RUSSELL C, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329 |
| 21068 | HAZZARD, RUSSELL C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HAZZARD, RUSSELL C, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | HEAD, CHARLES S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HEAD, CHARLES S, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HEAD, CHARLES, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | HEAD, JAMES H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HEAD, JAMES W, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |

WR Grace PI

**Svc Lst  Name and Address of Served Party**

21068  HEAD, JIMMIE V, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HEAD, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HEAD, JOHN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HEAD, KENNETH N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HEAD, LESLIE C, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517

21068  HEAD, LESLIE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HEAD, RAY A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HEAD, RICHARD C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  HEAD, RICHARD C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HEAD, TOMMIE F, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  HEAD, WALTER D, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  HEAD, WANDA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HEAD, WILLIAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  HEADGEPATH, JR, EARL, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  HEADLEY, FRANKLIN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  HEADLEY, JOSEPH R, POZZI, WILSON, ATCHISON, 454 NE FLORAL PL, PORTLAND, OR, 97232-3304

21069  HEADLEY, JOSEPH R, POZZI, WILSON, ATCHISON, 910 STANDARD PLAZA, 1100 S W SIXTH AVENUE, PORTLAND, OR, 97204-1020

21068  HEADLEY, WILLIAM H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  HEADLEY, WILLIAM H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HEADLEY, WILLIAM H, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  HEADRICK, CARL E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  HEADRICK, GENE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEADRICK, GENE E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HEADRICK, JACK L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  HEADRICK, JOHNNY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  HEADRICK, LARRY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HEADRICK, TOMMY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HEADRICK, WILLIAM T, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  HEADRICK, WILLIAM T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HEADRICK, WILLIAM T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HEALEY, PAUL D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HEALEY, PAUL D, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068  HEALEY, WARREN D, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  HEALEY, WAYNE R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HEALY, BESSIE, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  HEALY, GEORGE P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HEALY, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HEALY, JOHN, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602 |
| 21068 | HEALY, RITA A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HEALY, RITA A, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21069 | HEALY, WILLIAM H, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015 |
| 21068 | HEAOGS, SCOTT J, TAMBLE, THOMAS N, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HEAPHY, JAMES, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492 |
| 21068 | HEARD, BENNIE N, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HEARD, BONNIE C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HEARD, CARL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HEARD, DAVID W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | HEARD, DAVID W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | HEARD, DELORIA P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HEARD, GENEVA W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HEARD, HAROLD, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | HEARD, JESSIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HEARD, JR, ALLEN, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920 |
| 21068 | HEARD, JR, MILLS F, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046 |
| 21068 | HEARD, JR, MILLS F, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | HEARD, LAWRENCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HEARD, LINDSEY L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | HEARD, ODELL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HEARD, RALPH E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | HEARD, RALPH E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | HEARN, DOROTHY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HEARN, DOROTHY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | HEARN, ELIZABETH C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | HEARN, III, CLEVE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HEARN, JIMMY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HEARN, JIMMY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HEARN, JR, CLEAVE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HEARN, JR, CLEAVE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HEARN, JR, NATHAN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | HEARN, JULIA, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329 |
| 21068 | HEARN, JULIA, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | HEARN, PAULINE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HEARN, PAULINE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  HEARN, WILLIAM C, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068  HEARN, WILLIAM C, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21069  HEARN, WILLIAM H, VERDERAIME AND DUBOIS, 1231 NORTH CALVERT STREET, BALTIMORE, MD, 21202

21069  HEARN, WILLIAM, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068  HEARNSBERGER, MORRIS R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEAROLD, JR, JESSE, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068  HEARON, MARCUS R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  HEARRON, GEORGE W, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  HEARRON, GEORGE W, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21069  HEARRON, J R, ANTONIO J TRAMONTANA ATTY AT LAW, 2116 FORSYTHE AVE, MONROE, LA, 71201

21068  HEARSEY, MARY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HEARST, JAMES, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HEARST, JAMES, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  HEARST, PATRICK, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HEARST, PATRICK, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068  HEARTH, WILLIAM, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069  HEARY, SR, WILLIAM P, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940

21068  HEASLET, JOHN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HEASLEY, JOHN D, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  HEASLEY, JOHN D, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  HEATH, ALICE R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HEATH, CHARLES H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HEATH, CORNELL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEATH, DOUGLAS R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HEATH, FRANK E, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068  HEATH, GROVER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HEATH, JAMES T, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  HEATH, JIMMIE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEATH, JOHN H, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  HEATH, JR, ALFRED F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEATH, JR, EDWARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HEATH, RICHARD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HEATH, ROBERT E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HEATH, ROBERT, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  HEATH, WOODROW, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  HEATH, WOODROW, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HEATHCO, CLYDE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  HEATHCO, CLYDE C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HEATHCOE, DANNY C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HEATHCOE, ELAINE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HEATHCOE, J D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEATHCOE, J D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HEATHER, HAROLD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEATON, BILLY G, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  HEATON, ELIZABETH A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HEATON, ELIZABETH A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HEATON, HUBERT R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  HEATON, IRBY H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HEATON, JAMES H, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068  HEATON, JIMMY C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  HEATON, KENNETH L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HEATON, KENNETH L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HEATON, ROY B, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  HEATON, ROY B, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  HEATON, ROY B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEATON, THOMAS B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HEATWOLE, JOSEPH A, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068  HEAVEY, KENNETH P, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  HEAVINGTON, JOE N, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HEAVRIN, DENNIS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  HEAVRIN, RANDY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HEAVRIN, RANDY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HEBELER, FRANK G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HEBERLEIN, FRANK E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HEBERLING, JOHN A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HEBERLING, JON L, ALBERT, THOMAS O, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, ALKIRE, MARY B, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, ALLEN, THOMAS J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, BADGLEY, WILLIAM J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, BAENEN, LOUIS J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, BAETH, LOUISE M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, BARNES, ANSON E, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | HEBERLING, JON L, BARNES, ROBERT R, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, BEAGLE, ROBERT O, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, BENOIT, EDWARD B, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, CANNON, STUART L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, CANNON, YOKO T, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, CARLSON, RANDY J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, CARVEY, EDWARD F, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, CHAPMAN, GEORGE F, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, COHENOUR, JAMES W, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, COHENOUR, ROBERT E, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, COOK, DONALD D, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, CRAIG, CARL E, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, CURTISS, SHARON K, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, DAVIDSON, RICHARD G, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, DAY, DONALD L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, DEDRICK, CARRIE M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, DEDRICK, ROBERT, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, DENNING, JODY R, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, DESHAZER, DONALD L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, DESHAZER, JACK, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, DESHAZER, MARGARET, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, DICKERMAN, ALFRED M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, DOWNING, JOSEPH C, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, DRURY, MARJORIE L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, DUTTON, RUSSELL F, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, EGGERS, EDDIE E, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, FELLENBERG, RUBEN A, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, FIEBELKORN, WILLIAM B, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, FINSTAD, KENNETH R, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, FREDENBERG, ORIN W, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | HEBERLING, JON L, FULLER, ROBERT K, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, GERARD, CAROL A, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, GRAHAM, ROBERT L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, GRAHAM, SCOTT L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, GREENUP, DONNA R, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, GRENFELL, SUSAN B, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, HAGERTY, WILLIAM J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, HALSEY, HAZEL I, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, HALSEY, RONALD J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, HANSEN, DAVID L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, HEIDEL, CHESTER A, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, HOLDEN, DENNIS, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, HOPKINS, JAMES G, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, HURLBERT, ERVIN E, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, HUTTON, KENNETH E, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, JOHNSON, DONALD A, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, JOHNSON, ORVILLE D, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, JOHNSTON, VALORIE R, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, JOHNSTON, WILLIAM S, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, KAEDING, DONALD M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, KATARZY, WALTER M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, KELLY, PATRICIA A, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, KENWORTHY, JACK D, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, LARSON, CARL A, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, LECOUNT, VIRGENE J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, LEIB, JOHN H, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, LUDWIG, LARRY E, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, LYLE, JOHN B, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, MACK, ROBERT L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, MCCARTY, DOROTHY M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HEBERLING, JON L, MCNAIR, ROLAND K, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, MCQUEEN, WALTER L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, MCWHIRK, HOWARD G, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, MURRAY, THOMAS F, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, NELSON, ROBERT D, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, NOBLE, WILLIAM I, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, OLDHAM, GEORGE J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, OLSON, JAMES L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, ORR, HERBERT R, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, ORR, ROBERT P, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, OSTHELLER, HARRY O, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, PARKER, RICHARD H, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, PENNOCK, ALFRED V, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, PERSON, JOHN E, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, PRIEST, ALICE A, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, REDMAN, ROBBIN I, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, RICE, LEONARD D, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, RICHEY, ELMORE B, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, RIDDLE, CLAYTON H, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, RIGHTER, MARY K, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, RIGHTMIRE, MILES H, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, RILEY, DARLENE J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, RILEY, DONALD A, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, RYAN, ROYCE N, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, SCHULL, BILL J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, SHEARER, WILMA R, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, SIEFKE, RAYMOND H, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, SKRAMSTAD, BRENT W, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, SKRAMSTAD, LESTER L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |
| 21068 | HEBERLING, JON L, SKRAMSTAD, NORITA I, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 |

Svc Lst  **Name and Address of Served Party**

21068  HEBERLING, JON L, SMERKER, DENNIS M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, SMERKER, RAYMOND A, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, SMITH, DONALD R, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, SMITH, OPAL A, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, SMITH, REX E, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, SMITH, RONALD D, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, STUFFLEBEAM, ROBERT C, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, SWENNES, JEFFREY L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, TENNISON, KATHLEEN A, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, TENNISON, RORY L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, TREGO, JERALD, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, TROYER, SR, IVAN W, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, URDAHL, LAWRENCE E, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, VATLAND, MARGARET S, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, VINION, PATRICK D, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, VINSON, VERLE R, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, WADE, CHARLOTTE R, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, WARNER, EDGAR L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, WARREN, MICHAEL H, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, WELCH, CHARLES R, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, WHITMARSH, DONALD M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, WILKES, LAWRENCE R, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, WILKES, ROBERT J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, WILLIAMS, GEORGE P, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, WRIGHT, ANDREW J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, WRIGHT, GERALD J, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERLING, JON L, WRIGHT, PAUL B, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341

21068  HEBERT, BILLY C, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  HEBERT, CLARENCE J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HEBERT, DANIEL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   HEBERT, EDWARD A, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   HEBERT, FRED N, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HEBERT, GERTIE L, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   HEBERT, JOHN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HEBERT, JR, ADAM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HEBERT, JR, RALEIGH J, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   HEBERT, JR, RALEIGH J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HEBERT, LARRY J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HEBERT, LARRY J, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   HEBERT, LARRY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HEBERT, LAWLESS J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HEBERT, MELVIN J, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   HEBERT, MELVIN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   HEBERT, MICHAEL D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HEBERT, PATRICK, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HEBERT, PIERRE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HEBERT, RICHARD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HEBERT, RICHARD P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HEBERT, RICHARD P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HEBERT, ROBERT, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HEBERT, RONALD, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   HEBERT, RONALD, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   HEBERT, SYDNEY A, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   HEBERT, SYDNEY A, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   HECHABARRIA, CESAR, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   HECHLER, MELVIN M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   HECHT, MAYNARD J, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618

21069   HECHT, ROBERT, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068   HECK, CHARLES, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   HECK, HENRY D, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   HECK, WILLIAM R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HECKATHORN, JAMES E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HECKELBECK, HAROLD M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HECKER, JR, ORVILLE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   HECKER, JR, ORVILLE, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  HECKER, SR, CHARLES W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  HECKMAN, WILLIAM, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21069  HEDDEN, WILLIAM, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902

21068  HEDDRICK, CARL, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21069  HEDENBERG, EDWARD, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940

21068  HEDESA, BETTY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HEDGE, RICHARD A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  HEDGE, RICHARD A, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  HEDGE, T E, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HEDGEBETH, WILLIAM H, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HEDGEBETH, WILLIAM H, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  HEDGEMON, WILLIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HEDGEPETH, SAMUEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  HEDGEPETH, SAMUEL, THE FORCENO LAW FIRM, RAYMOND P FORCENO, ATTY, 1000 THE PHILADELPHIA BOURSE, PHILADELPHIA, PA, 19106

21068  HEDGEPETH, STEVIE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  HEDGEPETH, STEVIE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HEDGEPETH, WALTER C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HEDGER, WINDLE F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HEDGES, CHARLES T, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  HEDGES, HOWARD, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  HEDGPETH, ROBER L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HEDGPETH, ROBER L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HEDLEY, PAUL D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEDLEY, PAUL D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  HEDMAN, DELL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  HEDRIC, ORVILLE G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEDRICK, CHESTER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HEDRICK, CHESTER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HEDRICK, DONALD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEDRICK, DONALD R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  HEDRICK, EZRA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HEDRICK, EZRA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HEDRICK, FRANK J, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  HEDRICK, GEORGE, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  HEDRICK, KENNY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

Svc Lst  Name and Address of Served Party

21068    HEDRICK, KENNY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    HEDRICK, RONALD L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HEDRICK, THOMAS W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HEELAN, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    HEER, FREDERICK, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    HEESE, NORMAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    HEFFERNAN, JAMES, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    HEFFERNAN, JOHN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HEFFNER, DONALD G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HEFFNER, JEFFERY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    HEFFRON, EUGENE J, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068    HEFFT, PHILIP, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    HEFLEY, CHARLES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    HEFLEY, DELBERT, BURROW & PARROTT L L P, 3500 CHEVRON TOWER, 1301 MCKINNEY, HOUSTON, TX, 77010

21068    HEFNER, JR, GEORGE D, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    HEFTI, RALPH, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    HEGER, LEO, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068    HEGGEM, JAMES K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    HEGGER, THOMAS S, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    HEGGER, THOMAS S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HEGGER, THOMAS S, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    HEGGS, MARY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HEGGS, MARY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    HEGWOOD, NORMA D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    HEGYES, MICHAEL M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    HEGYI, JOZSEF, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    HEHL, WARREN D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    HEIB, EARL, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    HEIB, EARL, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068    HEIBEL, LESTER L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HEICHELBECH, ROBERT M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HEIDELBERG, CLINTON W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    HEIDELBERG, CLINTON W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   HEIDELBERG, GERALD, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HEIDELBERG, JAMES C, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   HEIDELBERG, MARJORIE R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   HEIDELBERG, MARJORIE R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   HEIDELBERG, SR, LUTHER, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   HEIDEMAN, CHARLES H, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   HEIDEMAN, STEPHEN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HEIDEMAN, WILLIAM E, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21069   HEIDEMAN, WILLIAM E, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202

21068   HEIDLAND, RICHARD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HEIDTKE, MARGIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HEIER, ED, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   HEIFNER, LYNWOOD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HEIFNER, MARY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HEIFNER, MARY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HEIFNER, OLIN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HEIGHT, RAY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HEIGHT, RAY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HEIGL, JAMES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HEIKKILA, DARWIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   HEIKKINEN, VILHO, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HEIKKINEN, WILLIAM J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HEIL, BARRY W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HEIL, DONALD L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HEIL, DONALD L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HEIL, HENRY, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   HEIL, JOHN W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HEIL, LEROY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21069   HEILAND, WILLIAM L, GEBHARDT & SMITH, THE WORLD TRADE CENTER, NINTH FLOOR, BALTIMORE, MD, 21202-3064

21068   HEILAND, WILLIAM L, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   HEILIGENTHAL, STANLEY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HEILWEIL, DAVID, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   HEIM SR., RAYMOND R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HEIM, GEORGE C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  HEIM, GEORGE C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069  HEIMAN, JR, MARVIN ARTHUR, 20435 BLUE JUNIPER, KATY, TX, 77449

21068  HEIMANN, FRANCIS, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068  HEIMBROCK, JEROME J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HEIMBURGER, ALFRED O, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  HEIMER, DONNY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HEIN, ALLAN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  HEIN, CRESSEL G, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  HEIN, DONALD R, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HEIN, WALTER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HEINDL, FREDERICK, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  HEINDRICH, JOSEPH F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HEINDRICH, JOSEPH F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HEINE, ALFRED F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEINE, ALFRED F, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HEINE, JAMES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HEINEN, CHARLES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEINEN, CHARLES W, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  HEINO, JON A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HEINO, ROBERT W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HEINRICH, ERWIN B, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  HEINRICH, NEIL E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HEINRICH, STEVE J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HEINRICH, WARREN E, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21069  HEINS, GEORGE E, PAUL FRANK & COLLINS PC, ONE CHURCH ST, PO BOX 1307, BURLINGTON, VT, 05402-1307

21068  HEINS, GEORGE W, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068  HEINTZMAN, CLARENCE H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HEINTZMAN, GERALD, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21069  HEINZ, DAVID J, LAW OFFICES OF JOSEPH C MAHER, II, 1925 CENTURY PARK EAST, SUITE 500, LOS ANGELES, CA, 90067-2706

21068  HEINZ, FREDERICK L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HEIRONIMUS, RUSSELL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEIRONIMUS, W N, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  HEIS, ELMER G, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

Svc Lst  Name and Address of Served Party

21068  HEISER, DALE I, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  HEISER, HENRY J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  HEISERMAN, STANLEY, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  HEISLER, EUGENE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HEISS, JOSEPH A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  HEISS, THOMAS D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069  HEITER, ERNEST D, BAILEY TRUSTY & COOK, PO BOX 151, BATESVILLE, MS, 38606

21068  HEITMAN, LARRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HEITMAN, LARRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HEIZELMAN, ROBERT J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HEIZER, JAMES, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  HEJZA, ROGER, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068  HELBERT, J C, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HELBLING, EDWARD E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HELBLING, EDWARD W, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  HELD, BERNARD G, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068  HELD, NORBERT A, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  HELD, WILLIAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HELDRETH, CHARLES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HELEM, CARL C, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  HELGELAND, STRYKAR, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068  HELGERUD, BERGER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HELIN, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  HELING, SR, RONALD O, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  HELLARD, ALFORD, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  HELLARD, ALFORD, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  HELLE, ROBERT, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068  HELLEGERS, ROBERT K, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  HELLER, EUGENE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  HELLER, JOHN, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  HELLER, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  HELLER, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  HELLER, JOSEPH T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Svc Lst  Name and Address of Served Party**

| 21068 | HELLER, JOSEPH T, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HELLER, LAWSON, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | HELLER, ROBERT, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | HELLMER, BRUCE W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21069 | HELLYER, GLENN, LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902 |
| 21068 | HELM, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HELM, RICHARD C, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | HELMANN, GLEN G, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233 |
| 21068 | HELMECI, RONALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HELMER, RAY C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HELMER, THEODORE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | HELMERS, LAIN ANN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HELMHOUT, DELWIN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HELMHOUT, DELWIN L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HELMIC, GENE F, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | HELMICK, ARMOND H, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | HELMICK, ARMOND H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HELMICK, CHARLES WILLIAM, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | HELMICK, DANIEL, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | HELMICK, DANIEL, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108 |
| 21068 | HELMICK, DELMAN L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HELMICK, JAY K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HELMINIAK, ERNEST P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HELMS, BILLY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HELMS, BURTON, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | HELMS, CARL R, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | HELMS, CLARENCE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | HELMS, COYLE R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HELMS, ELLA R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HELMS, ELLA R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HELMS, JAMES A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HELMS, JAMES C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HELMS, JOE T, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | HELMS, JOE T, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HELMS, L J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |

**Svc Lst  Name and Address of Served Party**

---

21068    HELMS, RAY E, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068    HELMS, RUBY E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    HELMS, RUBY E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    HELMS, SOLAN D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HELMS, WILLIAM D, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068    HELMS, WILLIAM L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HELMS, WYLIE C, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068    HELMSTETTER, ALBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    HELSEL, FRANKLIN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    HELSEL, LAWRENCE J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HELSEL, RONALD C, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    HELSENS, RUSSELL J, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068    HELSLEY, DEWEY M, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068    HELTON, CARL G, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    HELTON, CHARLES T, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21069    HELTON, CHARLES, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636

21068    HELTON, CLYDE R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    HELTON, DWIGHT A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HELTON, DWIGHT A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    HELTON, GARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HELTON, JAMES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    HELTON, JESSIE, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    HELTON, JOHN, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068    HELTON, JOSEPH L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    HELTON, NOONAN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    HELTON, NOONAN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    HELTON, OTIS, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068    HELTON, OTIS, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068    HELTON, OTIS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    HELTON, RAY S, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068    HELTON, RONNIE L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    HELTON, WILMA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    HELTON, WILMA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    HELTSLEY, DAVID L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

Svc Lst  Name and Address of Served Party

21069  HELVERSON, JOHN, DEMARCO & CARRAFIELLO, 11TH FLOOR, 1420 WALNUT STREET, PHILADELPHIA, PA, 19102

21068  HELVESTON, JR, DEWITT G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HELVESTON, RAYMOND E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HELVESTON, RAYMOND E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HELWEG, CLARENCE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HELWIG, DOUGLAS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  HELWIG, JOHN H, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HEMBEL, SR, LESTER H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  HEMBREE, ANDREW B, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  HEMBREE, CLYDE C, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  HEMBREE, CLYDE C, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  HEMBREE, JAMES D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HEMBREE, JOE T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEMBREE, JOE T, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  HEMBRICK, CHESTER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HEMBRICK, CHESTER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  HEMBY, WILLIE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HEMBY, WILLIE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HEMEYER, EDWARD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  HEMINGWAY, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  HEMLING, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  HEMMENWAY, TRAVIS, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  HEMMER, JIM, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  HEMMER, JIM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HEMMES, LEONARD, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  HEMMES, LEONARD, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  HEMMINGS, MILTON, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068  HEMMINGWAY, URAL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  HEMMITT, CALVIN, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  HEMMITT, CALVIN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HEMMITT, SR, RUDOLPH, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  HEMPEL, PAUL, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21069  HEMPEL, PAUL, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068  HEMPERLEY, DONALD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HEMPFIELD, RALPH E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Svc Lst  Name and Address of Served Party**

21068   HEMPFLENG, GERALD W, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   HEMPHILL, CLARENCE E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HEMPHILL, FRANK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HEMPHILL, GEDDIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HEMPHILL, GEDDIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HEMPHILL, GLENDON T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HEMPHILL, MELVIN A, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   HEMPHILL, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HENAGAN, GEORGE, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   HENCLEY, RICHARD L, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   HENCLEY, RICHARD, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   HENDERICKSON, RICHARD S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HENDERSHOT, CHARLES, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   HENDERSHOT, DONALD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HENDERSHOT, HAROLD W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HENDERSHOTT, FREDA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HENDERSON, A C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HENDERSON, A C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   HENDERSON, ALICE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HENDERSON, ALICE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HENDERSON, ALVIN H, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21069   HENDERSON, ALVIN H, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180

21069   HENDERSON, ANDREW L, 4901 DEATON DR, SAN DIEGO, CA, 92102

21068   HENDERSON, ANDREW L, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21068   HENDERSON, ARTHUR W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HENDERSON, BRUCE, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   HENDERSON, C W, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   HENDERSON, CALVENIA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   HENDERSON, CALVENIA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21069   HENDERSON, CAROL A, THE LAW FIRM OF HAL C PITKOW, HAL COLEMAN PITKOW, 138 N STATE ST, NEWTOWN, PA, 18940

21068   HENDERSON, CECIL W, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HENDERSON, CHARLES L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HENDERSON, CHARLES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

Svc Lst  Name and Address of Served Party

21068  HENDERSON, CHARLES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT
PLEASANT, SC, 29465

21068  HENDERSON, CONRAD E, LAW OFRICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D,
ATLANTA, GA, 30338-5169

21068  HENDERSON, CONRAD E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT
PLEASANT, SC, 29465

21068  HENDERSON, CURTIS M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600,
PENSACOLA, FL, 32502

21068  HENDERSON, DAVID A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HENDERSON, DENVIL, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  HENDERSON, DENVIL, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  HENDERSON, DONALD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HENDERSON, ELSIE M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  HENDERSON, ELSIE M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787,
BOONEVILLE, MS, 38829

21068  HENDERSON, EUGENE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL,
33146-1434

21068  HENDERSON, EULAS B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HENDERSON, EVERETT E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HENDERSON, EVERETT E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET,
HATTIESBURG, MS, 39401

21068  HENDERSON, EVERLEAN R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  HENDERSON, EVERLEAN R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787,
BOONEVILLE, MS, 38829

21068  HENDERSON, FRANK B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600,
PENSACOLA, FL, 32502

21068  HENDERSON, FRANK H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HENDERSON, FRANK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HENDERSON, GEORGE E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220
HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HENDERSON, GEORGE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HENDERSON, GEORGE R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220
HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HENDERSON, GEORGE W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HENDERSON, GERALD R, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  HENDERSON, GLORIA D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HENDERSON, HUEY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HENDERSON, IMOGENE H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-
4914

21068  HENDERSON, IMOGENE H, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET,
HATTIESBURG, MS, 39401

21068  HENDERSON, ISAAC, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT
STREET, JACKSON, MS, 39201

21068  HENDERSON, ISSAC, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HENDERSON, ISSAC, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET,
HATTIESBURG, MS, 39401

21068  HENDERSON, J W, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  HENDERSON, J W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT,
SC, 29465

21068  HENDERSON, J W, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  HENDERSON, J W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HENDERSON, JACK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX,
77002

21068  HENDERSON, JACK, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  HENDERSON, JAMES D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE,
PASCAGOULA, MS, 39567

**Svc Lst  Name and Address of Served Party**

21068   HENDERSON, JAMES E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HENDERSON, JAMES E, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   HENDERSON, JAMES E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HENDERSON, JAMES G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HENDERSON, JAMES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HENDERSON, JAMES W, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HENDERSON, JAMES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HENDERSON, JAMES, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068   HENDERSON, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HENDERSON, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HENDERSON, JAMES, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   HENDERSON, JESSIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HENDERSON, JEWEL F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HENDERSON, JIMMIE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HENDERSON, JOHN A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HENDERSON, JOHN R, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   HENDERSON, JOHN R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HENDERSON, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HENDERSON, JOHN, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   HENDERSON, JOSEPH J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   HENDERSON, JOSEPH J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   HENDERSON, JOSHUA N, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   HENDERSON, JR, BENJAMIN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HENDERSON, JR, DEWEY L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HENDERSON, JR, HERMAN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HENDERSON, JR, JAMES, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   HENDERSON, JR, ROBERT, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   HENDERSON, JR, ROBERT, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   HENDERSON, JR, VUREE, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   HENDERSON, LARRY J, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068   HENDERSON, LARRY J, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   HENDERSON, LEAMORL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   HENDERSON, LENARD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | HENDERSON, LEON, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | HENDERSON, LLOYD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HENDERSON, LOVELL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HENDERSON, MALLONY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | HENDERSON, MARGARET C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HENDERSON, MILTON R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HENDERSON, MILTON R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HENDERSON, MONROE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HENDERSON, NORA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HENDERSON, OLIVER, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | HENDERSON, OTIS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HENDERSON, PAUL D, ANTOINE, MOSE, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, BAKER, MILIAM, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, BERTRAND, DALLAS, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, BOUDREAUX, ROLAND, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, BREAUX, CLYDE, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, BROWN, JOSEPH L, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, BROWN, JR, WILLIAM P, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, BURNS, RAYMOND A, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, COCKERHAM, EVERETT P, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, COOPER, VERNON C, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, CORMIER, ODE L, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, CORMIER, RAY A, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, CORNELIUS, FRED, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, CROCKETT, JAMES L, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, CURRAN, GLENN E, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, DURBIN, CLEMENT P, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, FULLER, OLLIE I, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, GASPARD, ERVIN J, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, GAUTHIER, JOE, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, GILLIS, JAMES A, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, GRADEN, GEORGE W, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | HENDERSON, PAUL D, HANKS, DOUGLAS D, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, HOWE, MARVIN A, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, JAMES, VERNON L, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, JEANE, CECIL, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, JONES, IVORY F, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, LOVELL, JACK, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, LYNCH, ROBERT, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, MCDERMOTT, RAYMOND P, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, MCMILLAN, BENJAMIN, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, MCRAE, GRADY B, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, MILLER, JAMES C, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, MILLER, ROBERT G, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, MITCHELL, MORRIS, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, MOORE, DOYLE H, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, MOORE, JOHN R, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, MOORE, SR, RAYMOND L, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, PEVETO, CLAUDE S, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, PLANT, BOBBIE W, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, ROBINSON, LIGE, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, RODRIGUEZ, JERAMUS, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, ROST, WHITNEY, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, ROYER, GEORGE T, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, SELBY, GENE A, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, SHAW, WILLIE O, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, SHERRILL, RICHARD M, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, SIMPSON, JOHN E, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, STIMITS, JOHNNIE B, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, TAYLOR, JAMES V, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, VANDENBERG, CLARK L, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, WALKER, EARL D, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | HENDERSON, PAUL D, WALKER, JAMES H, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, WHITE, BURNS, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL D, WISE, NOBLE, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 |
| 21068 | HENDERSON, PAUL E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HENDERSON, PAUL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | HENDERSON, PAULINE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HENDERSON, PAULINE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HENDERSON, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HENDERSON, RICHARD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HENDERSON, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HENDERSON, RODGER W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HENDERSON, ROGER E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | HENDERSON, ROY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HENDERSON, RUTHIE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | HENDERSON, RUTHIE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | HENDERSON, SAMUEL C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HENDERSON, SR, EVA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | HENDERSON, SR, EVA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | HENDERSON, SR, JESSE J, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | HENDERSON, SR, LEON J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | HENDERSON, SR, LEON J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | HENDERSON, SR, LIONEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HENDERSON, SR, TERRELL M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | HENDERSON, SR, TERRELL M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | HENDERSON, SR, WILLIE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | HENDERSON, STEVE V, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21069 | HENDERSON, THOMAS A, HARALSON, MILLER, PITT & MCANALLY, PLC, ONE S CHURCH AVENUE, SUITE 900, TUCSON, AZ, 85701-1620 |
| 21068 | HENDERSON, THOMAS C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HENDERSON, TYLER P, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | HENDERSON, TYLER P, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108 |
| 21068 | HENDERSON, WALTER B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HENDERSON, WALTER B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | HENDERSON, WARREN S, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |

Svc Lst  Name and Address of Served Party

21068  HENDERSON, WARREN S, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  HENDERSON, WAYNE C, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HENDERSON, WAYNE C, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  HENDERSON, WILLIAM C, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  HENDERSON, WILLIAM C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HENDERSON, WILLIAM P, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068  HENDERSON, WILLIE V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HENDERSON, WILLIE V, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21069  HENDLER, SCOTT M, BECK, FRANCIS L, THE HENDLER LAW FIRM, 816 CONGRESS AVE STE 1230, AUSTIN, TX, 78701-2671

21069  HENDLER, SCOTT M, DAWSON, JENNIFER, THE HENDLER LAW FIRM, 816 CONGRESS AVE STE 1230, AUSTIN, TX, 78701-2671

21069  HENDLER, SCOTT M, HENRY, CHARLES Z, THE HENDLER LAW FIRM, 816 CONGRESS AVE STE 1230, AUSTIN, TX, 78701-2671

21069  HENDLER, SCOTT M, MEADOWS, BILLY R, THE HENDLER LAW FIRM, 816 CONGRESS AVE STE 1230, AUSTIN, TX, 78701-2671

21069  HENDLER, SCOTT M, PETERSON, WAYNE R, THE HENDLER LAW FIRM, 816 CONGRESS AVE STE 1230, AUSTIN, TX, 78701-2671

21069  HENDLER, SCOTT M, RICHARDSON, CALVIN D, THE HENDLER LAW FIRM, 816 CONGRESS AVE STE 1230, AUSTIN, TX, 78701-2671

21068  HENDLEY, CURTIS E, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  HENDLEY, JASPER W, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  HENDLEY, JASPER W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HENDLEY, JASPER W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  HENDLEY, NANCY J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HENDON, ALTON R, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  HENDON, ALTON R, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  HENDON, CHARLES E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  HENDON, DAVID H, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  HENDON, LOIS, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068  HENDON, LOIS, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068  HENDON, MORRIS Q, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HENDON, SR, TERRY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HENDREN, MANSON, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  HENDRICK, CLAUDINE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  HENDRICK, JIMMY P, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HENDRICK, LARRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HENDRICK, LARRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HENDRICK, RONALD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HENDRICKS, CAREY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HENDRICKS, CARROLL, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   HENDRICKS, CEOLA, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   HENDRICKS, CEOLA, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   HENDRICKS, DARYL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HENDRICKS, DARYL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HENDRICKS, DORRIS F, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   HENDRICKS, EARNEST D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HENDRICKS, FRANKLIN D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HENDRICKS, FRANKLIN D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HENDRICKS, FRED, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HENDRICKS, FRED, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HENDRICKS, GERALD J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HENDRICKS, HAROLD D, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   HENDRICKS, JAMES F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   HENDRICKS, JAMES W, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   HENDRICKS, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HENDRICKS, LEONARD, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068   HENDRICKS, ROBERT E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069   HENDRICKS, RUTH, TOCCI, PARKER & TOCCI, LLP, DOMINICK TOCCI, 1698 CENTRAL AVE, ALBANY, NY, 12205-4000

21068   HENDRICKS, SHEILA, AARON, SR, WALLS C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, AARON, SR., THEARTHUR, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ABBOTT, CHARLES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ABBOTT, DAVID E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ABBOTT, IRA H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ABBOTT, JAMES T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ABERNATHY, HUGH C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ABERNATHY, JR., DANIEL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ABERNATHY, SR, GEORGE B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ABERNATHY, WILLIAM R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ABLES, GEORGE M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ABSTON, HOWELL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ABSTON, ROBERT H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ACKER, JR, JAMES B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ADAIR, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, ADAIR, WILLIAM C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ADAIR, WILLIAM H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ADAMS, CHARLES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ADAMS, CLAUDE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ADAMS, GEORGE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ADAMS, JAMES T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ADAMS, JOHN N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ADAMS, JR, WILLIAM, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ADAMS, WILLIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ADCOCK, HOWARD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ADCOCK, SR, CARL L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ADKINS, BILLY M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AINSWORTH, BILLIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AINSWORTH, RICHARD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AKIN, WENDELL R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AKINS, J C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AKINS, THOMAS H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AKLES, ELLIS R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AKLES, FRANK E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ALBRITTON, FLOYD J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ALDERSON, ELBERT C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ALDRIDGE, EUGENE C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ALDRIDGE, JAMES B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ALDRIDGE, WILLIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ALEXANDER, BILLY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ALEXANDER, HAROLD G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ALEXANDER, JAN B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ALEXANDER, JR, HUBERT G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ALFORD, DEWEY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ALFORD, ELLSWORTH, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   HENDRICKS, SHEILA, ALFORD, GEORGE C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ALFORD, JR, ARCHIE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ALFORD, MELBA D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ALFORD, NORMAN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ALLEN, ALIENE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ALLEN, BASIL R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ALLEN, RALPH E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ALLGOOD, GEORGE G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ALLISON, EUGENE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ALLISON, VERNON L, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ALLRED, FELTON O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ALSTON, CLARENCE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, AMMONS, KENNETH L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ANDERSON, EDWARD F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ANDERSON, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ANDERSON, JAMES P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ANDERSON, JR, WILBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE,
         PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ANDERSON, ROBERT H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ANDERSON, SAMUEL N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ANDREWS, PERCY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ANGEL, DONALD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ANGLE, CARL L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ARANT, JOHN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ARGO, AUDIE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ARGO, MARY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ARGO, SR, ROBERT R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ARMOUR, CLARENCE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ARMSTEAD, JOHNNY C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ARMSTRONG, BILLIE S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ARMSTRONG, JAMES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HENDRICKS, SHEILA, ARMSTRONG, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ARNOLD, BENJAMIN R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ARRINGTON, COYS O, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ARRINGTON, LEWIS G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ARROWOOD, HAROLD M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ARTHUR, PAUL T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ASBERRY, HORACE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ASH, SR, MURRAY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ASHE, JR, ALVIN J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ASHEBRANNER, WILLIAM A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ASHFORD, RONALD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ASHLEY, JR, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ASKEW, SR, CHARLES T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ATKINS, JIMMY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ATKINSON, LOUIS M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AULTMAN, TOXIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AUSTIN, HARVEY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AUSTIN, HOWELL O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AUSTIN, JERRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AUSTIN, JOHN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AUSTIN, JR, WILLIAM J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AUSTIN, RONALD M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AUTREY, SR, JAMES G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AVERETT, CLIFTON I, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AVERY, EDDIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AVERY, ROSCO L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AVERY, WILLIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AYCOCK, CARVIN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AYCOCK, CHARLES B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, AYCOCK, JESSE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, AYERS, SR, LEO, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAGLEY, FREDDIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAGLEY, SR, CLEMENT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAGWELL, ELMER E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAGWELL, SR, BILLY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAILEY, AUTRY K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAILEY, BOBBY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAILEY, EARNEST E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAILEY, FREDERICK, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAILEY, JR, ALVA J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAILEY, SR, DARREL K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAIN, JOE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAKER, CHESTER, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAKER, RICHARD N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAKER, SR, L.C., CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BALDWIN, JOHN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BALDWIN, MAYNARD G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BALLARD, JR, WILLIAM H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BALLENGER, JAMES F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BALLENGER, WINFORD D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BANKS, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BANKS, JR, ALBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BANKS, SR, JOHNNY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BANKS, SR, ROBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BANKS, SR, WILLIE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BANKS, VERLIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BANKS, WILLIAM C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BANKSTON, PHIL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BARBER, AUGUSTINE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BARBER, JOHN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   HENDRICKS, SHEILA, BARBER, MARVIN C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARBER, MELVIN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARGER, LARRY K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARKER, JR, VERNON J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARKER, ROYCE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARKER, TOMMY K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARNES, JERRY C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARNES, JOSEPH P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARNES, JR., J. R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARNES, MATTHEW, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARNES, SR, JOHN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARNETT, JEROME S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARNETT, RONALD K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARNWELL, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARNWELL, TONY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARONI, SR., JOSEPH C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARRIOS, MYRTLE M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARRY, SR, JOHN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARTLETT, MILTON M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARTON, OWEN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BARTON, WILLIAM B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BASKERVILLE, MORRIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BASSETT, CHARLES C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BATEMAN, LINDA E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BATEY, JACK D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BATLEY, SR., CLYDE K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BATSON, SR, TOMMY H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BATTLE, JOHNNY M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BATTLE, SR, JOE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BATTLES, L.C., CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

---

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HENDRICKS, SHEILA, BATTLES, LARRY P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BATTLES, RICHARD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BATY, J. B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAXTER, CHARLES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAXTER, JOHNNIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BAXTER, SR, GARY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEACH, ALBERT R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEAMS, JAMES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEARD, J T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEARD, JAMES C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEARD, MARY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEARDEN, BENNETT B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEASLEY, BOBBY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEASLEY, ELIZABETH J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEASLEY, JOE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEASON, JIMMY F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEAVERS, ANDREW L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BECKER, JOE C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEDSOLE, JOSEPH F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BEEMAN, SAMUEL L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BELCHER, JR, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BELCHER, SHELVY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BELCHER, SR, THOMAS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BELL SR, TOMMY L, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BELL, HENRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BELL, JR, JAMES P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BELL, SR, CONRAD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BELL, SR, TOMMY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BELL, WILLIAM D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BELL, WILLIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   HENDRICKS, SHEILA, BELLEW, ARVEL F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BELLEW, ELBERT D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BELLEW, ESTHER R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BENDER, MARTIN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BENIT, JOAN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BENJAMIN, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BENNETT, CHANNIE M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BENNETT, ERNESTINE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BENNETT, JR, DURWARD A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BENSON, MILTON R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BENSON, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BENTLEY, GORDON P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BENTLEY, J C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BENTLEY, WILLIAM L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BERGER, JOHN C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BERNHARDT, FRANK S SR, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BERRY, JESSE F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BERTSCH, BARRY A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BEST, JR, ELBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BESTER, EDWARD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BESTER, SR, TOMMY C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BETTIS, JOHN S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BEVERLY, LE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BEVIS, JERRY A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BEXLEY, JAMES B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BICE, JACK C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BICE, LAWRENCE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BICKERSTAFF, JOE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BIDDY, JOE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BILBO, GENEVA N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HENDRICKS, SHEILA, BILLITZ, MICHAEL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BIRDSONG, JAMES E, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BISHOP, BILLY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BISHOP, ELLETT W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BISHOP, JAMES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BISHOP, LEO H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BISHOP, WALTER E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BITTLE, ERNEST L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BIVINS, SR, JIMMIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACK, DARRELL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACK, ELDRED, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACK, EMMIT H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACK, VICTOR E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACKERBY, FRED C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACKERBY, ROY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACKMON, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACKMON, JAMES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACKMON, LEE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACKMON, WILLIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACKWELL, HUGH B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACKWELL, JOHN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACKWELL, LARRY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLACKWOOD, HESTLE B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLAIN, DONALD G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLAIR, G B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLAKE, EDDIE N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLAKE, EUGENE S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLAKE,III., HENRY F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLAKELY, GEORGE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, BLAKENEY, FRANK, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

Svc Lst  Name and Address of Served Party

---

21068   HENDRICKS, SHEILA, BLAKENEY, SAM, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BLAKNEY, GRACE T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BLAKNEY, WYMAN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BLAND, JODIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BLAND, JOHN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BLANKENSHIP, ALBERT V, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BLANKENSHIP, CARL F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BLANKENSHIP, CLYDE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BLOUNT, MICHAEL A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOATWRIGHT, CLARENCE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOBO, DONALD B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOBO, JOHN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOBO, SR, JOHN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOBO, WOODIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOLAN, LOWELL B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOLING, CLYDE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOLT, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOLTON, DONALD R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOLTON, JAMES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BONDS, MARVIN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BONNER, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BONNER, JOHNNY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BONNER, RALPH, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOONE SR, GEORGE THOMAS, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOONE, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOOTH, ARTHUR M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOOTH, DAVID M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOOTH, HAROLD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOOTH, OLIVER W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, BOOZER, JIMMY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    HENDRICKS, SHEILA, BORDERS, RICHARD A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOSHELL, CLAUDE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOSSIE, JR, HAYWOOD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOSTICK, JR, ARTHUR C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOSTON, GARFIELD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOWDEN, LONNIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOWEN, DELOYD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOWEN, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOWEN, JOHN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOWIE, GEORGE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOWMAN, AARON C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOWMAN, BRUCE T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOWMAN, HILLARD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOYD, ALBERT LEE, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOYD, DON L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOYD, DONALD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOYD, RAMON D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOYD, WILBUR F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOYKIN, CHARLIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BOZEMAN, JASPER T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BRACKETT, WILLIE C, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BRADEN, LAWRENCE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BRADFORD, CHARLES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BRADFORD, JR, JOHN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BRADLEY JR, EDWARD L, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BRADLEY, JR, EDWARD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BRADLEY, SR, EDWARD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BRADSHAW, VERDA G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BRAND, RONALD P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, BRANDON, ALONZO, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Svc Lst  Name and Address of Served Party**

21068  HENDRICKS, SHEILA, BRANDY, JR., R. L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRANNEN, WILLIAM D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRANNING, REON L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRANTLEY, MORRIS D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRANTON, RICHARD T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRANYON, SR, LONNIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRASELL, GLENN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRASHER SR, CLIFFORD H, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRASHER, BILLIE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRASHER, CHARLES C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRASHER, GENE C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRASHIER, SIDNEY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRATTON, GEORGE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRATTON, WILLIAM W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRAZELTON, ANDREW, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BREEDEN, BESSIE S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BREWER, DONALD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BREWER, SR, JIMMIE C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRICE, ROBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRIDGEMON, HARVEY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRIDGES, FORREST M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRIDGES, HORACE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRIGGINS, JR, HENRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRIMM, SR, DONALD G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRINGHURST, SR, DONALD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRISCOE, BERNELL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRITFORD, SR, HERBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRITNELL, I J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRITT, JR, LOUIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, BRITT, ROBERT W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387