**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HENDRICKS, SHEILA, LANGLEY, SR, LAWRENCE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LANGLEY, SR., BILLY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LANIER, LEWIS J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LANKFORD, DAVID L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LANKFORD, DONALD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LANKFORD, JACKIE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LARKIN, SR, ROBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LASSITER, WILLIAM C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LATHEM, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAUGHEAD, WILLIAM C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAUGHLIN, CARDEL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAVENDER, MATTIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAVENDER, SR, BEN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAW, SR, WILLIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAWERENCE, EUGENE G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAWLEY, ELLIS W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAWLEY, EZRA L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAWSON, FRANK, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAWSON, WILLARD M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAY, CLYDE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAYCOCK, LIZZIE I, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LAYTON, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LEACH, EDWARD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LEACH, LILLIAN B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LEAKE, JOHNNIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LEATHERWOOD, JOSEPH B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LEATHERWOOD, LEWIS L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LEAVELLE, CLIFFORD H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LEAVELLE, RICHARD H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, LEAVITT SR, PAUL E, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Svc Lst   Name and Address of Served Party**

21068   HENDRICKS, SHEILA, LECIL, EVANS P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LECROY, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LECROY, ROSCOE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LECROY, SR, JERRY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LECROY, VERNON F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEDBETTER, CHARLES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEDBETTER, EDWARD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEDBETTER, JAMES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEDBETTER, SR., ARTHUR D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEDLOW, WILLIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEDOUX, RONALD T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, BENNIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, DOUGLAS G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, GENE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, JOSEPH O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, KELLY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, LINDA L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, LOYD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, MILTON C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, ROBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, RONNIE B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, ROY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, SR ARCHIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, SR., JOHN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, WILLIAM H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, WILLIAM T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEE, WILLIE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEEMASTER, JERRY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEEMON, RONNIE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Svc Lst   Name and Address of Served Party**

---

21068   HENDRICKS, SHEILA, LEEMON, SR, JOHN O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEMOND, MARTHA, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LESLIE, CHARLES B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LESSLEY, JERRY B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LETT, SR, JOSEPH N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEVERETT, SR, JIMMY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEWIS, ALBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEWIS, BILLY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEWIS, CARLTON L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEWIS, CLARENCE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEWIS, DAVID C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEWIS, DONALD R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEWIS, JAMES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEWIS, JOHN O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEWIS, PATRICIA A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LEWIS, RONALD B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LIGHTSEY, LARRY P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LIGON, WILBUR G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LINDSEY, RALPH C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LINDSEY, RUBY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LINDSEY, SR, RONALD D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LINTHICUM, JIMMY A, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LITTLE, EDWIN N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LITTLE, JOHN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LITTLETON, SR, ORVILLE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LIVELY, MARCUS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LIVERY, WILLIAM M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LIVINGSTON, WILLIAM R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LOCKE, HOWARD D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LOCKHART, GORDON S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  HENDRICKS, SHEILA, LOCKHART, RAYMOND, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOFTIS, JACK, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOFTON, ROBERT C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOGAN, CURTIS O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOGAN, HOWARD H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOGGINS, JR, GEORGE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOLLAR, HARDY A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOLLAR, WILLIAM T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LONG, JOHN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LONG, VESTER L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOONEY, JAMES G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOONEY, LARRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOONEY, MELVIN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOONEY, WILLIAM A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LORREN, PAUL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOSE, SR, ROBERT C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOTT, HARVEY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOTT, JR, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOTT, ROBERT W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOWE, BONNIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOWE, GEORGE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOWE, JIMMY F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOWE, THOMAS H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOWERY, CLARENCE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOWERY, JAMES M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOWERY, NORMAN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOWERY, RAYFORD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LOWERY, WILLIAM M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LUALLEN, ROSTER J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, LUCAS, BILLY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   HENDRICKS, SHEILA, LUCAS, CLARENCE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LUCAS, CLIFFORD T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LUCAS, DAVID M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LUCAS, DAVIS M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LUCAS, WILLIAM L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LUCKIE, CALVIN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LUKER, SR., EDWIN S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LUNCEFORD, SCOTT D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LUNDY, BILLY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LUSTER, AUDREY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LYBRAND, RONALD F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LYLES, SR, DOCTOR L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LYNN, CECIL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387,
WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LYNN, DORMAN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LYNN, JR, EUGENE C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, LYON, JOHN T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MACHEN, JIMMY C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MACK, GEORGE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MACK, WILLIE G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MACKAY, WILTON E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MACOMISH, DAVID G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MACON, EARNEST L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MADDEN, SR, RETUS R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MADDOX, ARCHIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MADDOX, BOBBY O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MADDOX, SR, WILLIAM T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MADER, DAVID G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MADISON, GEORGE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MADISON, JIMMY A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MAHARREY, ARTHUR, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 HENDRICKS, SHEILA, MAHATHY, SR., ARTHUR R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MAHER, JR, BONNIE M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MAIBEN, JR, HARRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MALLARD, EUGENE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MALLARD, JR., MOSES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MALLISHAM, JOSEPH W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MALLOY, NORMAN G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MALONE, CHARLES C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MALONE, GEORGE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MANCILL, SR, JOHN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MANGUM, DONALD S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MANLEY, BILLY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MANSFIELD, BESSIE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MANUEL, SR, JOE C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MAPLES, JAMES G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARINO, ROBERT B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARSALIS, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARSH, JIMMY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARSHALL, CHARLES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARSHALL, GENE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARSHALL, LARRY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARSHALL, SAMUEL R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARTENS, GEORGE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARTIN SR, CHARLES W, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARTIN, BILLY F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARTIN, FRANK R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARTIN, FRED N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARTIN, JEROME, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARTIN, JIMMY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068 HENDRICKS, SHEILA, MARTIN, JOHN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, MARTIN, JOHN F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MARTIN, PAUL E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MARTIN, RANDOLPH, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MARTIN, ROBERT K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MARTIN, RONALD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MARTIN, SCOTT A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MARTIN, SR, CHARLES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MARTIN, SR, VERNON R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MARTIN, SR., CHARLES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MARTIN, WILLIAM L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MARTINEZ, EDWIN M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MASK, CLAUD J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MASON, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MASON, RAY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MASON, WALTER R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MASSEY, CLIFFORD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MASSEY, GARY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MASSEY, LARRY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MATHIS, JOHNNY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MATSON, JAMES B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MATTHEWS SR, JASPER, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MATTHEWS, EZEKIEL B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MATTHEWS, SR, JASPER, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MATTHEWS, SR, WILLIAM, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MAUDLIN, NOLIN L, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MAUGHN, JOHNNIE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MAULDIN, FRAZIER C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MAULDIN, GEORGE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MAXWELL, LOWELL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MAXWELL, SAMUEL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   HENDRICKS, SHEILA, MAY, HUBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MAYBERRY, JOHN T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MAYE, GEORGE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MAYE, SR, LEONARD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MAYERS, JR., GEORGE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MAYERS, WILLIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCADORY, JR, CURTIS J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCALLAN, DAVID J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCALPINE, THOMAS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCAIN, JOHN N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCAIN, WILLIAM T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCALL, JOHN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCANN, KENNETH E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCARLEY, EDWARD O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCARTER, JAMES H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCARTY, JOSEPH, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCARVER, JERRY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCARY, JR, EDGAR, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCASKILL, JOHNNIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCAY, JR, AURBIN R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCAY, KENNETH L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCLAIN, NINNIAN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCLAIN, WILLIAM D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCLAIN, WILSON E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCLELLAN, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCLENDON, MILTON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCLINTON, CLARENCE O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCLOUD, ALMUS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCLURE, SR, JOHN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MCCLUSKEY, JR, FRED W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, MCCOLLOUGH, JOHN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCOMBS, CHARLES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCOOL, JAMES B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCORMICK, LARRY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCOY, JR, ALBERT C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCOY, WILLIAM G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCOY, WILLIAM H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCRARY, BYRON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCRAY, ERSKINE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCRAY, GABRIEL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCRELLES, JOHN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCRELLES, ROBERT C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCULLAR, BILLY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCCULLOUGH, MARVIN B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCDANIEL, DWIGHT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCDANIEL, LEO R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCDONALD, JIMMY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCDONALD, LENORA, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCDONALD, LILLIE M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCDONALD, MAX M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCDONALD, SIDNEY T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCDONALD, SR, JOHN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCDONALD, SR, SHERMAN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCDONOUGH, BILLY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCFARLAND, JEFF, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCGEE, RALPH E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCGINNIS, DOUGLAS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCGOWAN, JOE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCGOWAN, ROBERT T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCGRAW, JR, ROBERT T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, MCGREW, KENNETH R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCGUIRE, JAMES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCKELLER, SR, EDWARD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCKENZIE, FRANK L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCKINNELL, SR, EDWARD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCKINNEY, DAVID L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCKINNEY, KEMPHIS W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCKINSTRY, TAYLOR, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCLAIN, THOMAS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCLEOD, DAVID A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCMATH, GEORGE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCMICHAEL, HERBERT D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCMICHAEL, HORACE S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCMICHAEL, JOHN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCMICHAEL, SEABORN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCMILLAN, JERRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCMILLIAN, MACK, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCMORRIS, LEROY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCMURRAY, CURTIS M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCMURRAY, HOMER E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCNAIR, SR, WILLIAM D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCNEELY, JR, CORNELIUS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCORD, DOUGLAS H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCPHAUL, JOHN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCPHERSON, JACK L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCQUEEN, JR, GEORGE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCQUEEN, SR, JACOB H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCQUEEN, SR, JOSEPH H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCQUITER, JR, MARSHAL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCRATH, NATHANIEL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, MCRATH, SR, ALFRED E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCSHAN, BERNARD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCSHAN, MATTHEW, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MCVAY, JR, WALLACE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MEADOWS, JAMES D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MEDDERS, RONALD D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MEDDERS, SR, GEORGE C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MEEKS, BILLY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MEEKS, CHARLES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MEEKS, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MEHERG, KENNETH H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MELTON, ALFRED E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MENDENHALL, ARTHUR J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MERCHANT, JIMMIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MERRELL, ELLIS R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MERRILL, HAROLD RUSSELL, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MERRYMON, JAMES G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MEYERS, PATRICK J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MEZICK, BILLY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MIDDLEBROOK, HULES H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MIDDLEBROOKS, BOBBY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MIKELL, SR, STALLARD D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MIKELL, TOMMY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MILAN, JESSE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MILES, OLEN J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MILES, WILLIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MILHOUSE, SR, THOMAS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MILLENDER, ROY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MILLER, FRANKLIN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MILLER, FREEMAN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   HENDRICKS, SHEILA, MILLER, J. C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLER, JAMES H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLER, JEROME, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLER, JIMMIE F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLER, JOHN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLER, JR, GEORGE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLER, LUTHER, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLER, PERRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLER, SUE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLER, THOMAS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLER, WALTER J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLER, WILLIAM W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLS, BETTY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLS, JAMES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLS, VICTOR, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLSAP, BOBBY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLWOOD, JR, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILLWOOD, SR, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MILSAP, WILLIE B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MIMS, DAVID L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MIMS, VIRGINIA M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MINNIEFIELD, JOHN S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MINOR, CARL T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MINOR, CHARLES P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MINOR, DONALD R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MINYARD, JAMES O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MISSO, GARY S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MITCHAM, BEN G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MITCHELL, SR, JOHN R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MIXON, ARTHUR W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

Svc Lst  **Name and Address of Served Party**

21068    HENDRICKS, SHEILA, MIXON, JOE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MIZE, DONALD O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MIZE, JAMES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MIZE, ROBERT R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MIZELL, NORRIS H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOFFETT, JR, EDDIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOLLER, FREDERICK W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MONCRIEF, SR, DONALD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE,
         PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MONTGOMERY, BENNY N, CAMPBELL CHERRY HARRISON DAVIS & DOVE,
         PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MONTGOMERY, CLARENCE L, CAMPBELL CHERRY HARRISON DAVIS &
         DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MONTGOMERY, ELOUISE, CAMPBELL CHERRY HARRISON DAVIS & DOVE,
         PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MONTGOMERY, HAROLD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE,
         PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MONTGOMERY, JOHNNIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE,
         PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MONTGOMERY, SR, GARLAND G, CAMPBELL CHERRY HARRISON DAVIS &
         DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MONTGOMERY, VINCENT, CAMPBELL CHERRY HARRISON DAVIS & DOVE,
         PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOODY, MILTON E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, BURA M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, CHARLES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, DONALD R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, EARNEST L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, FELIX, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, FRANK L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, HAROLD J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, HENRY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, JOE M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, JOHN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, JR, GEORGE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO
         BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, LARRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, MOORE, LOUIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX
         21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | HENDRICKS, SHEILA, MOORE, MARVIN S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOORE, MILTON E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOORE, RAYBURN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOORE, ROBERT C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOORE, SR, WALTER, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOORE, TROY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOOREHOUSE, JAY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOORER, SR., FREDDIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORDECAI, BERRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORDECAI, MARCE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORELAND, JOHNNY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORGAN, CLAUDE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORGAN, ROBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORGAN, SR, SAM, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORGAN, WILLARD R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRIS, BERNIE O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRIS, CALVIN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRIS, DONALD R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRIS, JAMES H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRIS, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRIS, SARAH E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRIS, SR, CHARLIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRIS, SR, JAMES H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRIS, WILLIAM S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRISETTE, JAMES D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRISON, CHARLIE N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRISON, ELLA R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORRISON, RALPH E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORROW, JAMES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MORROW, LARRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, MOSELY, JR, SAMUEL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOSLEY, ALBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOSLEY, ANDREW, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOSLEY, FRANK H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOSLEY, JR., CHARLIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOSS, SR, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOTES, WILLIAM E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOUNT, SR, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOUNT, WILLIAM H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOYE, TOM F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MOZINGO, J. T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MUDDIMAN, CHARLES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MUHAMMAD, ABDULLAH, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MULLENIX, HERBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MULLINS, NATHANIEL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MULLINS, WALTER S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MURPHREE, CECIL E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MURPHREE, JERRY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MURPHY, HENRY C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MURPHY, LOUIE P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MURPHY, PATRICK T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MURPHY, RALPH E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MURPHY, ZEBEDEE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MURRAY, VIDA S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MURRAY, WEBBER W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MYERS, DENVER Z, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MYERS, DONALD R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MYERS, FREDDIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MYERS, JOE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, MYERS, TYREE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   HENDRICKS, SHEILA, MYRICK, CLEVELAND T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MYRICK, JAMES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MYRICK, JR, WILLIAM C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MYRICK, ROSIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, MYRICK, SR, KENNITH D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NABERS, JAMES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NABORS, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NAISH, LYNN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NALLS, CHARLIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NALLS, JOHNNY C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NALLS, JR, WILLIAM F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NANCE, TOMMY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NAPIER, WILLIAM S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NARAMORE, LECIL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NASH, CHELSE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NASHVILLE, SR, JOCOB W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NATHAN, WILLIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NEAL, JESSIE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NEAL, JR, RHOEGENIA, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NEAL, SR, BENNY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NEELY, J D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NELSON, EUDEAN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NELSON, JOHN F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NELSON, MICHAEL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NELSON, WILLIAM E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NELSON, WILLIAM H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NELSON, WILLIE F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NESMITH, SR, WALLACE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NETHERLAND, JEWEL J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, NETTLES, CECIL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, NEWELL, ORMAN N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NEWMAN, FLOYD O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NEWMAN, KENNETH M, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NEWMAN, WILLIAM L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NEWTON, BILLY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NEWTON, CHARLES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NEWTON, JOHN C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NICHOLS, BILLY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NICHOLS, CECIL A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NICHOLS, LAURA M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NICHOLS, LEON H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NICHOLS, NEAL M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NICHOLS, RICHARD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NICHOLS, THOMAS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NICHOLS, WILLARD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NICKOLES, WILLIAM R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NIX, GREGORY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NIX, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NIX, NATHAN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NIXON, DAN S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NIXON, JR, HARVEY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NIXON, JR, JOHN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NOAH, BILLY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NOAH, CHARLES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NOAH, SR, JAMES K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NOBLE, DARYL L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NOBLE, HENRY K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NOBLES, ALTON D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NOBLES, LARRY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NOLAN, JR, LAWRENCE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, NOLAND, LARRY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NOLAND, SR, ROBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NOLDEN, SR, WILLIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NORMAN, JOHN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NORRIS, CECIL R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NORRIS, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NORRIS, PAUL J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NORWOOD, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NORWOOD, JIMMIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NORWOOD, LIZZIE M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NOYE, GEORGE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NUNEZ, WILLIE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, NUTTER, SR, LLOYD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, O'BERRY, JR., ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, O'GWYNN, SR., JOSEPH L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OAKLEY, BOBBY H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ODOM, CHARLES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ODOM, JAMES F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ODOM, JOSEPH B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ODOM, WILLIAM E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OFFORD, HENRY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OGLESBY, DOUGLAS A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OLIVER, JERRY A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ONEAL, CLIFFORD C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ONEAL, JAMES D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ORANGE, FRED B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OREAR, R D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ORR, BOBBY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ORSO, SR, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OSWALT, HOBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

WR Grace PI

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HENDRICKS, SHEILA, OSWALT, TYRONE P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OTT, EUGENE P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OVERSTREET, ROBERT D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OVERTON, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OWEN, EDWIN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OWEN, HUGH D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OWENS, DELIA M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OWENS, JUNIOR E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OWENS, MARVIN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OWENS, MARVIN S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OWENS, THOMAS J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, OYLER, WINFRED E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PAGE, KENNETH W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PAINTER, VERNON E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PAIR, SHERMAN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARDUE, AHMET, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARHAM, ROBERT W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER SR, FRED LEE, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER, AUBREY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER, BILLY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER, CLAVIN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER, DAN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER, E J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER, GARY M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER, GEORGE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER, HEBERT M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER, JAMES D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER, JEROME F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER, JR, WILLIAM P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PARKER, LEE O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   HENDRICKS, SHEILA, PARKER, NORRIS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARKER, R E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARKER, RUDOLPH, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARKER, SR, RALPH H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARKER, TITUS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARRIS, FRANKLIN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARSONS, GEORGE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARSONS, HAROLD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARSONS, JOE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARSONS, L C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARSONS, LARRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARTEN, DAVID C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARTIDGE, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARTIN, DOUGLAS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PARTON, SR, MCLAURINE C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PASSMORE, JOHN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATE, BENJAMIN R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATE, FLOYD C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATE, GEORGE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATE, GERALDINE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATILLA, CARLTON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATMAN, WILLIAM C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATRICK, SR, DAVID A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATRICK, SR, FREDDIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATT, JOHN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATTERSON, KENNETH, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATTERSON, ROLLIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATTERSON, SAMMIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATTERSON, VON O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PATTERSON, WILLIM O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HENDRICKS, SHEILA, PATTON, CHARLES V, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PAYNE, ALGIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PAYNE, CHARLES J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PAYNE, CHARLES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PAYNE, CLARENCE O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PAYNE, JAMES C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PAYNE, JERRY F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PAYNE, JOHN V, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PAYNE, JOHNNIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PAYTON, SR, THOMAS J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PEARSON, BILLY B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PEARSON, JACK E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PEARSON, MICHAEL R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PENDER, ALFRED, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PENDER, CARL A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PENDER, THOMAS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PENDLEY, RAYMOND D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PENDLEY, WILLIAM E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PENN, TOMMIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PENNEY, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PENNINGTON, BILLY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PENNINGTON, GRADY C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PENNINGTON, JESSIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PEOPLES, CALVIN C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PEOPLES, EMORY M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PEOPLES, JR, GRADY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PERKIN, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PERKINS, COOLIDGE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PERKINS, MAX B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PERRIGIN, RAIFORD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

WR Grace PI

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, PERRIGIN, RUFORD A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PERRY, JOSEPH T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PERSALL, JACKIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PETE, SIDNEY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PETERS, CHARLES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PETERS, JR, WILLIE C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PETERSON, CHARLIE O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PETERSON, FLOYD N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PETERSON, GLEN T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PETERSON, JR, JIMMY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PETTAWAY, SR, JOSEPH E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PETTWAY, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHARES, DOROTHY A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHARR, GERALD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHARR, WILBOURN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHARRIS, SR, WILLIAM L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHILLIPS, ALTON E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHILLIPS, DONALD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHILLIPS, GEORGE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHILLIPS, GLENDLE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHILLIPS, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHILLIPS, JR, CHARLES D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHILLIPS, OLLIE G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHILLIPS, RAY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHILLIPS, SR, CLYDE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PHILLIPS, SR, LARRY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PIEPER, WILLIAM D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PIERCE, GUY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PIERCE, MYRON L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PIERCE, SR, CALVIN O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | HENDRICKS, SHEILA, PIERCE, SR, HAROLD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PIERRE, GERALD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PIERSON, CLIFFORD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PIKE, SR, JOHN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PILATO, SAM A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PILKINGTON, RONALD D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PILKINTON, DAN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PINEGAR, JR, WILLIAM J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PINION, DEWEY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PINKARD, ALBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PIPER, ALPHUES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PIPER, JOSEPH W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PIPER, NEIL C, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PIPPEN, JOHNNIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PITTMAN, LEON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PITTMAN, MACK E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PITTMAN, THOMAS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PITTS, SR, WALTER, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PLATT, JOSEPH, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PLOWMAN, JIMMY M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, PLYLER, ONEAL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, POE, CHESTER R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, POE, KENNETH E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, POE, RAYMOND A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, POE, WILLIAM H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, POINTER, RALPH E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, POOLE, DAVID L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, POOLE, JOSEPH J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, POOLE, RAYMOND, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, POPE, CHARLIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068    HENDRICKS, SHEILA, POPE, JAMES C, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, POPE, JAMES J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, POPE, ROBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, POPHAM, SR, CHARLES K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PORTER, CECIL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PORTER, FLOYD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PORTER, JR., CANNAH, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PORTER, MELVIN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PORTERFIELD, LELAND H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PORTIS, LEE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PORTIS, SR, ABE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, POWE, WILLIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, POWELL, I, CHELSEY A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, POWELL, JR, MARCUS W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, POWELLS, ALEX, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRATT, REUBEN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRESCOTT, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRESCOTT, JAMES P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRESSLEY, JR, HENRY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRICE, CARTER L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRICE, GRADY C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRICE, HARRIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRICE, HERSCHEL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRICE, ROBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRICE, W. C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRICE, WILLIAM T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRICE, WILLIAM, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRICKETT, KENNETH, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRICKLE, GEORGE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, PRIDMORE, ACIE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   HENDRICKS, SHEILA, PRIDMORE, CHARLES B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PRINCE, FRANKLIN N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PRINE, HENRY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PRITCHETT, JACKIE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PRITCHETT, JOSEPH M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PRITCHETT, ROGER D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PRITCHETT, SAMUEL S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PROVINCE, JR, JOE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PUGH, CLARENCE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PUGH, DENNIS W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PUGH, ROBERT D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PUGH, WILLIAM L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PURCHIS, WILLIAM J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, PYLES, JOHN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, QUICK, DONALD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, QUICK, HERBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, QUINN, DAVID L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, QUINN, EDDIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, QUINN, JR, DANIEL H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, QUINN, SR, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, RACHIELLES, JR, LESTER L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, RAGSDALE, DAVID W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, RAINEY, RALPH C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, RAMEY, WILLIAM R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, RAMSEY, FRANKLIN J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, RANDALL, EUGENE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, RANDALL, MELBA M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, RANSOM, SR, EARNEST, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, RATLIFF, DOUGLAS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, RAY, DOLLIS J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, RAY, FRANKLIN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RAY, HENRY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RAY, JAMES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RAY, SR, DONALD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RAY, THOMAS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RAYBORN, GEORGE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RAYFIELD, SR, JERRY N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RAYFIELD, WILLIAM H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RAYFORD, LONNIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RAYGAN, TERRY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RAYMOND, FREDRICK S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, READ, DALE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REAGAN, JESSIE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REAGAN, JOHN M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REAVES, BILLIE G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REAVES, JR, BILLIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REAVES, JR, HERMAN J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REAVES, JR, WILLIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REAVES, WALTER T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REDD, CLYDE B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REED, CHARLES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REED, EDNA L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REED, JOHNNIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REED, JR, ROBERT S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REED, SR, FRED W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REED, WILBUR A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REED, WILL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REESE, DAVID C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REESE, JOHN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REEVES, JIMMIE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, REEVES, MOSES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REEVES, SR, CLARENCE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REEVES, SR, PHILLIP G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REGISTER, CECIL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REID, DALE T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REID, DON W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REID, EDITH I, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REID, II, EUGENE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REID, JOSEPH W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REID, WILLIAM, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REISS, GEORGE B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RENFROE, II, WILLIAM M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RENO, NORMAN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RENO, SR, GERALD R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RETIC, MACK, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REVETTE, ALFRED L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REVETTE, LOUIS G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REYNOLDS, GEORGE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, REYNOLDS, SAMUEL G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RHODEN, J C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RHODES, CHARLES G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RHODES, CORDIS D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RHODES, JR, EZRA E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RHODES, JR, WESLEY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RHODES, NORMAN K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RHONE, XENOPHON L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RHUDY, BILLY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICE, ARTHUR, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICE, EUGENE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICE, LARRY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | HENDRICKS, SHEILA, RICE, MURPHY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICH, BILLY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICH, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICHARD, DALLAS W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICHARD, ROBERT W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICHARDSON JR, CLARENCE B, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICHARDSON, HENRY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICHARDSON, HUGH M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICHARDSON, JOHN G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICHARDSON, JULIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICHARDSON, LARRY M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICHARDSON, PAUL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICHEY, EMMITT S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICHEY, JR, DANIEL C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICHMOND, FLOYD A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RICKS, SR, BILLY M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RIDDLE, HUGH F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RIDLEY, SR, JAMES F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RILEY, JOHN J, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RINEHART, AUBREY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RITCH, ARMOND, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RIVES, LOUIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROBBINS, TERRY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROBERSON, BERRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROBERSON, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROBERSON, WILLIAM T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROBERTS, CHARLES F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROBERTS, CLYDE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROBERTS, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROBERTS, JAMES H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   HENDRICKS, SHEILA, ROBERTS, JOHN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBERTS, LESTER E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBERTS, ROY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBERTS, SR, WAYNE M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBERTS, THOMAS R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBERTSON, BILLY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBERTSON, HENRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBERTSON, JAMES C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBERTSON, WALTER L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, ALFORD J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, CHARLES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, CLARENCE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, CLIFTON L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, DONALD H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, HEAGWARD J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, ISEARL J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, JOHN R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, JR, JOHN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, LEO, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, MORRIS D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, NORMAN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, ROBERT H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROBINSON, ROLAND, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, RODEN, FLOYD D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, RODGERS, HARRY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROEMEN, WALDEMAR W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROGERS JR, HOMER C, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROGERS, JR, HOMER C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ROGERS, JR, JAMES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HENDRICKS, SHEILA, ROGERS, LOEL R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROHLING, DANNY P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROMINE, GEORGE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROPER, ALVIN J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROPER, RONALD G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROPER, SR, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RORIE, SR, WILLIAM R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROSS, JOHN T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROSS, MATTHEW, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROSS, ROOSEVELT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROWLAND, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROY, SR, DENSON A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROYAL, TALMAGE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, ROZIER, JR, WILLIAM E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUBIO, PHILLIP A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUFFIN, SR, WINFRED G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUFFIN, THESSOLONIA, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUNGE, TRADFORD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUNYAN, BOBBY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUNYAN, CLEVIS P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUNYAN, SR, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUPLE, ALTON R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUSH, HENRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUSSELL, CHARLIE T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUSSELL, DONALD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUSSELL, JERRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUSSELL, JR, HENRY M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUSSELL, ROBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUSSELL, ROBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, RUTLAND, ANDREW C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Svc Lst  Name and Address of Served Party**

21068  HENDRICKS, SHEILA, RUTLAND, LOUIE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, RUTLEDGE, GERRY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, RYALS, JR, JAMES O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, RYAN, IVAN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, RYANS, SIDNEY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, RYDER, JR, ROBERT V, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SAFFORD, CHARLES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SALTER, ROBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SALTER, SHARON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDEL, JR, HENRY A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDEL, LEWIE F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDERS JR, ANTHONY, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDERS JR, JOHN E, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDERS, BENNIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDERS, GLENN C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDERS, JACK D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDERS, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDERS, JR, COY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDERS, KENNETH R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDERS, LAWRENCE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDERS, STANLEY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDLIN, JAMES C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANDS, JOHN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANFORD, ALFONSO, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANFORD, AUDREY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANFORD, CARLIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANFORD, CHARLES K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANFORD, KELLY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANFORD, SR, ARNOLD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, SANFORD, STERLING L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   HENDRICKS, SHEILA, SANSON, JOSEPH D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SARGENT, ARNOLD M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SASSER, HERRELL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SASSER, JESSE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SATCHER, WESLEY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SATTERFIELD, JAMES B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SAUCEMAN, JACK S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SAWYER, HURBERT T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SAWYER, SR., DONALD V, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SAXTON, SR, JOE N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SCHEXNAYDER SR, RONALD, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SCHUFFERT, JR, WAYLAND C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SCHULTZ, JR, LOUIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SCOGIN, FRED E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SCOTT, ARISE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SCOTT, FLOYD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SCOTT, JIMMY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SCOTT, ROY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEALE, KENNETH R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEALES, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEALS, CARLTON H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEALS, JR, ARTHUR, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEALS, ROBERT F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEARS, CHARLES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEAY, HOWARD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEILACHER, GARY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SELF, JERRY C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SELLERS, DAVID E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SELLERS, FRANK L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SELLERS, JAMES M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   HENDRICKS, SHEILA, SELLERS, JAMES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SELLERS, LARRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SELLERS, LESTER R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SELMAN, FRED U, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SESSIONS, FRANCES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEXTON, BOBBY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEXTON, CARL E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEXTON, ROBBIE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEYMOUR, FRED, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEYMOUR, RONALD G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SEYMOUR, SR, ROBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHAMBURGER, JONATHAN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHARIT, CAROLYN F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHARP, BOBBY B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHARP, SR, JERRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHAW, JOSEPH D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHAW, MCARTHUR, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHAW, OTIS M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHEARS, DAVID, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHEARS, HUBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHEARS, JACK G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHEARS, SAMUEL C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHEDD, ELVIN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHEFFIELD, BILLIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHELTON, EARVIN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHELTON, SR, KENNETH D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHELTON, WILARD O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHEPHERD, WILLIAM M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHERIDAN, CLYDE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SHERMAN, CLAUDELL L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    HENDRICKS, SHEILA, SHERROD, LESTER H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SHERROD, PRINCE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SHIERLING, JOHN O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SHIPP, GLENN B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SHIRLEY, HURBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SHOEMAKER, WILLIE C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SHOFFNER, JOHN R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SHORT, J W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SHUBERT, EDWARD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SHUBERT, JAMES D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SHUTTLESWORTH, JR, MARK, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIGLER, GARIN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMM, ROBERT W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMMONS, JAMES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMMONS, LARRY B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMMONS, LEROY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMPSON, BENJAMIN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMPSON, CHARLES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMPSON, GEORGE T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMPSON, HARRY K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMPSON, JIMMY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMPSON, JR, BEN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMPSON, KENNETH T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMPSON, ROBERT C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMPSON, ROMUS R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMS JR, ALBERT, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMS, CHARLES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMS, DANIEL A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMS, DUERAL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SIMS, EDWARD J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, SIMS, JR, ALFRED, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SIZEMORE, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SKELTON, JERRY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SKINNER, TROY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SLADE, SR, DONALD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SLATTER, SR, WILLIAM B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SLAUGHTER, ROBERT J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SLAUGHTER, SR, JAMES P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SLEDGE, EMANUEL T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SLEDGE, JR, RAYMOND, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SLOCUMB, DEOTIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SLOVENSKY, JR, MATTHEW, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMALL, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMALL, JIMMIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMALLEY, SR, JERRY M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMART, DAVID, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMELLEY, JR, JOHN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMELLEY, SR, JOHN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMILEY, REX R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, ACIE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, ADRIAN M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, BILLY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, BILLY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, BOBBIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, CECIL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, CHARLES O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, CHESLEY K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, CLARENCE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, CURTIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, DELIA, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    HENDRICKS, SHEILA, SMITH, DOYLE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, FAMOUS L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, FLAVIUS H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, FRED C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, FRED L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, GEORGE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, HARRIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, HASTON F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, HIDRED, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, HOWARD D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, III, GEORGE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, III, NATHAN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, IONE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, J C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JAMES H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JAMES O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JERALD R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JERRY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JERRY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JIMMY B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JIMMY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JOHN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JOHN G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JR, CLYDE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JR, GEORGE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, JR, JOHN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, KENNETH, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, LAWRENCE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, SMITH, LINDA, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | HENDRICKS, SHEILA, SMITH, LOWELL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, MARGARET E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, MARTHA D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, NEWELL G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, OLIVER G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, ROBERT C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, ROBERT M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, ROY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, ROY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, RUSSELL E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, SCEBELLE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, SHANNON B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, SR, BOBBY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, SR, JOHN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, SR, MAURICE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, SR, PAUL P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, SR, RAY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, SR, WILLIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, SR., JOHN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, THOMAS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, VELMA M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, W B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITH, WILLIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITHERMAN, DANIEL R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITHERMAN, J C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITHERMAN, JAMES T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITHERMAN, JESSIE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITHERMAN, JR, HUGH R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITHERMAN, SR, HUGH R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SMITHSON, THOMAS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   HENDRICKS, SHEILA, SMYLY, NELLIE G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SNIDER, EDWARD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SOLOMON, SR, EDWARD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SOUTH, JAMES M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPAIN, BOYD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPAIN, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPANO, III, SAM A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPANO, SR, ANTHONY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPARKS, CHARLES C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPARKS, CHARLES G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPARKS, KATHLEEN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPARKS, TED W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPEARS, JIMMY C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPEED, JR, ROBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPEEGLE, JAMES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPENCE, III, GEORGE T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPENCER, LILLIE M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPENCER, SR, JOHNNY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPINKS, L C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPOON, ALVIN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPRADLIN, ROBERT D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPROUSE, WILLIAM L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SPRUILL, HOWARD R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SRYGLEY, DANIEL W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, SRYGLEY, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, STAEHLE, MICHAEL E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, STAFFORD, JR, CLARENCE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, STALLWORTH, ANDREW L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, STALLWORTH, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, STAMPS, GRADY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, STAMPS, J T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STAMPS, JAMES D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STANDIFER, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STANDRIDGE, HENRY P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STANFORD, CURTIS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STANSEL, EUGENE F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STANSELL, DERA W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STARKS, JOHN C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STARNES, HOWARD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STARR, JR, ROBERT T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEADHAM, CHARLES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEADMAN, ALBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEDHAM, GLENN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEELE, JR, WILLIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEMBRIDGE, CLYDE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEPHENS, CAROL C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEPHENS, FRED, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEPHENS, SR, AARON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEPHENS, SR, WILLIAM D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEPHENS, WINSTON W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STERLING, EDWARD H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEVENS, CHARLIE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEVENS, DANIEL A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEVENS, J C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEVENS, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEVENS, JAMES P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEVENSON, TYRONE, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEVERSON, JAMES B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEVERSON, TYRONE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STEWARD, ROBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

WR Grace PI

Svc Lst  **Name and Address of Served Party**

21068  HENDRICKS, SHEILA, STEWART, ANNIE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STEWART, CHARLES H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STEWART, GEORGE V, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STEWART, JR, CURTIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STEWART, JR, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STEWART, KENNETH W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STEWART, LENORA S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STEWART, PHILIP T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STEWART, REX G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STEWART, SR, BILLY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STEWART, SR, LESTER J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STILLWELL, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STINES, CHARLES S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STOCKMAN, CARLTON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STOKES, DOROTHY K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STOKES, JR, THOMAS R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STOKES, SR, CLAUSELL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STOKES, WESLEY F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STOKLEY, AVON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STONE, CASPER A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STONE, DAVID M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STONE, DAVID N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STONE, DONALD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STONE, SR, JAMES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STONE, WAYNE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STONE, WILLIAM R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STORY, LARRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STOVER, BILLY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STOVER, ROBERT C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, STRATTON, KARL K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HENDRICKS, SHEILA, STRAWBRIDGE, JOHNNY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STRICKLAND, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STRICKLAND, SR, BEN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STRICKLAND, SR, EDGAR L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STRINGFELLOW, JR, DAVID O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STRIPLING, BILLY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STRIPLING, MINOR W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STROUD, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STROZIER, GLEN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STUBBS, WILLIAM A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STUDDARD, LELAND, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STUDDARD, WILLIAM T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, STURDIVANT, LISTON E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SUAREZ, ADRIAN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SUDDUTH, MONTRESSOR, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SUGGS, ISOM A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SUGGS, WILLIAM H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SULLINS, GLENN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SULLIVAN, CHARLES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SULLIVAN, COLUMBUS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SULLIVAN, EUNICE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SULLIVAN, JAMES D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SULLIVAN, JR, ALFRED G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SULLIVAN, WILLIAM E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SULLIVAN, WILLIAMLEDFORD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SUMERALL, JERRY M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SUMMERALL, TRAVIS I, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SUMMERLIN, LOUIE V, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SUMMERLIN, OSCAR H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SUMNERS, WILLIAM L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, SUMRALL, PAUL L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SURRETT, CLIFFORD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SUTHER, JACK W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SWAIN, JR, BENJAMIN F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SWANN, JAMES F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SWEATT, HOWELL B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SWEATT, JAMES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SWINDLE, CHESTER L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, SWINDLE, CLARENCE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TALLANT, SR, BOBBY H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TALLEY, CLARK L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TALLEY, NORMAN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TALLEY, ROY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TANKER, OTIS C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TANKSLEY, WILLIE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TANNER, MARION F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TARENCE, CONNIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TARLETON, COLA, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TARRANCE, JAMES M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TARVER, SR, JAMES H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TARVER, SR, ROBERT D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TAYLOR SR, JEROME HENRY, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TAYLOR, BILL R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TAYLOR, BILLY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TAYLOR, EDITH L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TAYLOR, FRANKLIN G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TAYLOR, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TAYLOR, JAMES H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TAYLOR, JAMES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TAYLOR, JOHN C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    HENDRICKS, SHEILA, TAYLOR, LADAN J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TAYLOR, MORRIS L, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TAYLOR, RAYMOND, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TAYLOR, ROBERT W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TAYLOR, SR, CLARENCE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TAYLOR, SR, DAVID S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TAYLOR, SR, DONALD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TAYLOR, SR, LEON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TAYLOR, SR, VICTOR F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TAYLOR, TED L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TAYLOR, WILFORD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TEAGUE, MELVIN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TELLIS, ALBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TEMPLE, RAYMOND H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TERRY, DONALD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TERRY, FREDDIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TERRY, JR, MOSES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TERRY, SR, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, TEW, ALLEN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, THACKER, CLAUD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, THAMES, DAVID J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, THERIOT, SYLVESTER, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, THIGPEN, CHARLES D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, THIGPEN, SR, CHARLES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, THIGPIN, SR, ROBERT W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, THOMAS SR, MICHAEL D, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, THOMAS, ARLES C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, THOMAS, ARTHUR L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, THOMAS, BENJAMIN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, THOMAS, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, THOMAS, CLARENCE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, ERVIN C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, HENRY F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, HENRY M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, HERSHEL R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, HUGH L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, JAMES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, JR, ELLIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, JR, JESSE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, JR., JOHN C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, LLOYD R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, MAURICE N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, OTIS WAYNE, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, PAUL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, SR, FRANK, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, SR, MICHAEL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, SR, NELSON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, SR, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, SR, WILLIE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, WAYNE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, WILBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMAS, WILLIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMASON, BILLY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMASTON, THOMAS H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMPSON, JACK M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMPSON, JACQUE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMPSON, JAMES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMPSON, JR, GEORGE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMPSON, ROY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMPSON, SR, DAVID H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, THOMPSON, VIRGINIA A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THOMPSON, WILLIAM D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THORN, JAMES C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THORNHILL, WALTER C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THORNTON, PAUL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THORPE, JOHN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THRASH, BOBBY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THRASH, JAMES O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THRASH, SR, LEROY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THRASHER, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THREATT, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THROWER JR, ALVIN, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, THROWER, JR, ALVIN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TIBBITTS, CLEO L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TICKELL, MILES J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TIDMORE, JOSEPH, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TIDWELL, EARL E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TIDWELL, GEORGE B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TIDWELL, JAMES B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TIDWELL, JAMES M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TIDWELL, RADFORD O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TIDWELL, SR, BENJAMIN F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TILLEY, CHATERINE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TILLISON, BILLIE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TILLISON, DONALD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TIMMONS, JERRY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TINGLE, THERMAN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TINKER, OTIS C, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TINSLEY, GARY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TIPPINS, ANDREW, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, TIPTON, BILLY N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TODD, EARNEST R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TODD, SR, ROBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TOLBERT, MILTON L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TOLBERT, THOMAS C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TOLVER, D C, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TONEY, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TONEY, JR, FRED L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TONGES, EDGAR K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TORBERT, TYLOR, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TOTTY, WALKER S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TOXEY, JOHN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRAFFANSTEDT, WILLIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRAMMELL, JAMES W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRANTHAM, GRADY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRAVIS, JACK O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRAVIS, JR, JOHN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRAVIS, WILSON H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRAYLOR, JR, JOHN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRAYLOR, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRAYLOR, SR, ELISHIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TREVARTHEN, DENNIE T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TROTTER, GORDON H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TROTTER, JAMES O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TROUP, LARRY H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRUELOVE, PRESTON O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRULL, MILTON B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRUSS SR, EARNEST L, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRUSS, JOHN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, TRUSS, SR, EARNEST L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Svc Lst  Name and Address of Served Party**

---

21068   HENDRICKS, SHEILA, TRUSS, SR, HENRY F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TUCK, LOUIS R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TUCKER, CHARLES C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TUCKER, GARY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TUCKER, JR, SAMUEL T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TUCKER, MARY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TUMLIN, CHARLES S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TUNNELL, RALPH F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURMAN, JR, ARTHUR L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER JR, JIMMY L, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, EDDIE T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, EUGENE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, J L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, JERRY A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, JR, JAKE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, JR, JIMMY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, JR, WILLIAM E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, LESTER N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, NOEL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, SR, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, WALTER J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, WILLIAM I, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, WILLIAM M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, WILLIAM P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNER, WILLIAM, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TURNEY, ROBERT W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TYLER, LONNIE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TYLER, TYRONE V, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, TYNES, BENNY B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   HENDRICKS, SHEILA, TYNES, BILLY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, UAYLOR, SR, CLAYTON B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, UNDERWOOD, JOE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, UNDERWOOD, OSCAR R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, UPTON, ROGER D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VANCE, HORACE O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VANCE, VIRGIL M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VARNER, KENNETH H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VARNER, WILLIAM E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VAUGHN, DANIEL E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VAUGHN, GARVIN M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VAUGHN, JEFF, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VAUGHN, JIMMY F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VAUGHN, SR, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VAUGHN, SR, WILLIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VEAZEY, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VENZ, EDWARD C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VERNON, JIMMY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VERUCCHI, EDWARD G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VEST, TED F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VICKERY, JR, GRADY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VICKKERS, ROBERTA L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VILDIBILL, CHARLES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VINCENT, BOBBY J, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VINCENT, WILLIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VINES, JR, SAMUEL H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VINES, LEROY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VINES, RONALD O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VINES, SR, CARL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, VINES, TOM, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, VINING, RAYMOND C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, VINING, SR, RICHARD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, VINSON, CHARLES D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, VINSON, CLINTON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, VINSTON, CURTIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, VINTSON, MAX, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, VONKANEL, EUDORA, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WADDELL, HORACE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WADE, ALTON E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WADE, GLENTON R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WADE, HORACE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WADE, JR, JESSE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WAGES, JACK M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WAITES, JOSEPH D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WAITES, SAMUEL C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALDING, GERALD B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALDROP, CHARLES G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALDROP, HOYT W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALDROP, JOSEPH C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALKER, ALFRED L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALKER, BILLY B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALKER, CLAY H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALKER, HENRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALKER, JAMES M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALKER, JAMES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALKER, JIMMY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALKER, JOSEPH H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALKER, JR, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALKER, LARRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WALKER, MARVIN T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   HENDRICKS, SHEILA, WALKER, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALKER, SR, JACK L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALKER, SR, JOHN F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALL, JR, ROBERT G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALLACE, AMBROS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALLACE, JACKIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALLACE, JOHN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALLACE, RICHARD T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALLACE, SR, HENRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALLACE, SR., JOHN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALLACE, STANFORD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALLACE, TOMMY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALLER, JIMMY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALLEY, JAMES M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALLEY, SR, ROBERT G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALLS, SR, HOYET, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALTERS, JR, MORRIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALTHROP, CHARLES G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WALTMON, PEGGY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WARD, ALEX J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WARD, GREER M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WARD, LLEWELLYN B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WARD, TOMMY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WARD, WALTER E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WARE, DOUGLAS W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WARE, ELLIS E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WARREN, HAROLD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WARREN, MARK A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WARREN, SAMUEL G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WASHAM, JR, JOHN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387