**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068  HENDRICKS, SHEILA, WASHBURN, JAMES M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WASHINGTON, BERTHA, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WASHINGTON, PERCY A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WASHINGTON, TRAVIS W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATERS, REX N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATFORD, WILEY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATKINS, GLENN R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATKINS, JOHNNY C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATKINS, ROGER D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATSON, ALFORD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATSON, ARNOLD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATSON, FREDDIE M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATSON, J. W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATSON, LAWRENCE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATSON, WINDLE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATTS, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WATTS, SR, JOE N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WAUGH, GARY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WAUGH, SR, FREDRICK A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WEATHERLY, ELVIS R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WEATHERLY, WESLEY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WEATHERS, LARRY T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WEAVER, SHELTON H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WEBSTER, THERON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WELBORN, JOHN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WELBOURNE, HERBERT O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WELCH, CARVIES J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WELCH, GEORGE G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WELCH, KENNETH M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WELDON, HORACE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   HENDRICKS, SHEILA, WELDY, HORACE V, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WELLS, CHARLES B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WELLS, DAVID E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WELLS, IDA E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WELLS, SR, FRED H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WELLS, SR, GARY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WESLEY, BOOKER T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WESLEY, HOMER E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WESSON, CHARLES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WEST, ALVIN J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WEST, BOBBY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHATLEY, JR, GEORGE M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHEELER, CLIFTON M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHEELER, FESTUS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHEELER, SR, JOHNNY O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHEELER, STEWART, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHIDDON, HENRY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHISENANT, FRANK E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHISENANT, NORRIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHISENANT, SR, AZELL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHISENHUNT, GENE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHISENHUNT, SR, BERNIE G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHISENHUNT, WILLIAM J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHITAKER, RONALD P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHITE, ANNIE N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHITE, AUDREY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHITE, BOBBY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHITE, CHARLES O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHITE, CURTIS R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, WHITE, JAMES C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  HENDRICKS, SHEILA, WHITE, JAMES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, JOHN T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, JOHN W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, JR, ROBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, LESTER R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, LLOYD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, ROBERT W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, SR, LARRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, SR, MELVIN J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, SR, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, SR., G. C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, TERRY G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, VALA G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, WESLEY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITE, WILSON W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITED, AUBREY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITEHEAD, BOBBY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITEHEAD, JAMES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITFIELD, DAYLE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITFIELD, GEORGE H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITFIELD, LORENZO D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITFIELD, ROBERT C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITLOW, HERSHEL L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITLOW, JAMES T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITLOW, WILLIAM E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITSETT, CLAYTON L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITSON, BOYD W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITSON, KARROLL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITSON, MILFORD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068  HENDRICKS, SHEILA, WHITT, JOHN C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HENDRICKS, SHEILA, WHITTINGTON, ROICE Y, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WIGGINGTON, JAMES R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WIGGINS, JESSE B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WIGGINS, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WIGLEY, SR, CHARLES L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WIKE, CLARENCE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WIKE, KEITH W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILBURN, EUGENE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILDER, JR, BILLY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILDMAN, JR, JOHN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILEY, DOYLE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILEY, JIMMIE F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILEY, JOHN A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILKENSON, JAMES O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILKES, SILAS W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILKINSON, SR, CHARLES I, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, ABRAHAM, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, ANDREW, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, ARCHIE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, CHARLIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, CLINTON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, DONALD L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, ETHEL A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, ETHEL J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, ETHEL L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, FELTON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, FORRESTINE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, GEORGE B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, HERBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIAMS, HORACE L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

Svc Lst    Name and Address of Served Party

---

21068    HENDRICKS, SHEILA, WILLIAMS, JAMES A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, JAMES F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, JAMES M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, JIMMIE S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, JOHN D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, JOHN L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, JOHN T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, JR, LONNIE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, RAYMOND L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, ROBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, ROY B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, RUSSELL R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, SR, A G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, SR, DONALD B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, SR, LOUIS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, SR, ROBERT D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, WELDEN S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMS, WILLIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMSON, BILLY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMSON, CHARLES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMSON, FORREST L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMSON, FRANCES V, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMSON, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMSON, ROBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMSON, SHELBY J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMSON, SR, GEOFFREY R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIAMSON, WILLIAM R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLIFORD, MORRIS J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLINGHAM, J S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068    HENDRICKS, SHEILA, WILLINGHAM, JERRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HENDRICKS, SHEILA, WILLINGHAM, SR, LAMAR, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIS, JAMES F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIS, JIMMIE E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLIS, PETER, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLOUGHBY, DONALD E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLS, GEORGE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILLS, LEONARD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON JR, LOUIS, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, ALBERT D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, ALBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, ARTHUR R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, EARMY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, HARRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, JAMES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, JOE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, JOHNNY E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, JR, EARL D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, JR, NOLAN J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, JR, WILLIAM O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, LARRY D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, LOYD A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, MARVIN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, NORMAN C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, PERRY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, PHILLIP, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, SR, OTIS N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, SR, TUNSTALL I, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, THOMAS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, TOMMY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WILSON, TROY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HENDRICKS, SHEILA, WILSON, WILBERT, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINCZE, GARY W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINDHAM, BOBBY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINDLE, HERBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINDSOR, TROY, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINFIELD, HUEY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINGARD, JOHN E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINSLETT, HAROLD H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINSTEAD, CHARLES G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINSTON, ARTHUR L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINSTON, CHARLES D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINSTON, EDMOND, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINSTON, HURBERT E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINSTON, LETHA D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINTERS, CHARLES F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WINTERS, FLOYD J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WISE, CARL, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WISE, FOY L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WISE, ROBERT B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WISNER, AMBUS W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WITHERSPOON, SR, ALBERT D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WITHERSPOON, SR, ALTON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WITHERSPOON, WILLIE G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WIXEY, LEWIE G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOFFORD, JOHN S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOLFE SR, PAUL L, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOLFE, JACK W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOOD SR, EDWARD, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOOD, FRED E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOOD, JIMMY P, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | HENDRICKS, SHEILA, WOOD, JOSEPH G, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOOD, SR, DOUGLAS W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOOD, SR, EDWARD, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOOD, THOMAS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOOD, WILLIS A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOODRUFF, THOMAS F, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOODS, ARTHUR E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOODS, ARTHUR, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOODS, BILLIE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOODS, GEORGE O, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOODS, J T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOODS, JR, JESSE J, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOODWARD, JOHN M, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WOOTEN, JAMES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WORDEN, WILLIE D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WORTHY, GANES T, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WRIGHT, CARRA H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WRIGHT, CLAUDE R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WRIGHT, JAMES D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WRIGHT, LANIER D, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WRIGHT, WILLIAM A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WRIGHT, WILLIAM B, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WROTEN, JR, MELVIN, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, WYATT SR, CURTIS L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, YANCEY, DAN H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, YANCEY, TOMMY S, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, YARBROUGH, TOMMY C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, YATES, ASIE W, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, YATES, CHARLES E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |
| 21068 | HENDRICKS, SHEILA, YATES, WALTER R, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   HENDRICKS, SHEILA, YATES, WILBUR H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, YEATMAN, EARNEST, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, YESSICK, RAYMOND E, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, YIELDING, BILLY H, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, YORK, HOWARD I, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, YOUNG, CLARANCE, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, YOUNG, DAVE K, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, YOUNG, KENNETH C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, YOUNG, LAWRENCE A, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, YOUNG, ROBERT L, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, YOUNG, SR., STROTHER, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, YOW, JACKIE N, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ZASTAWNIK, CHARLES, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ZEANAH, ESTELLE C, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SHEILA, ZIMMERMAN, MILTON, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387

21068   HENDRICKS, SOLOMON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   HENDRICKSON, DONALD, BLATT & FALES, PO BOX 365, BARNWELL, SC, 29812

21068   HENDRICKSON, DONALD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   HENDRICKSON, GEORGE D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   HENDRICKSON, JOSEPH, 61 HAWKINS RD, PENSACOLA, FL, 32534

21069   HENDRICKSON, ORRIN, BUTLER CINCIONE DI CUCCIO, 50 W BROAD ST STE 700, COLUMBIA, OH, 43215-3337

21068   HENDRICKSON, RICHARD H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HENDRICKSON, RICHARD K, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HENDRICKSON, ROBERT W, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   HENDRIX, AARON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HENDRIX, BOBBY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HENDRIX, BRUCE, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HENDRIX, C W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HENDRIX, C W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HENDRIX, CALVIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HENDRIX, CALVIN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HENDRIX, CLARENCE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HENDRIX, DONALD M, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   HENDRIX, EDWARD J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  HENDRIX, EDWARD J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HENDRIX, FONNIE, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  HENDRIX, GENE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HENDRIX, HAZEL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HENDRIX, JAMES H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  HENDRIX, JIMMIE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HENDRIX, JIMMIE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HENDRIX, JOE M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HENDRIX, JOE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  HENDRIX, JOE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  HENDRIX, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HENDRIX, JOHN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HENDRIX, L B, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  HENDRIX, LOUISE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HENDRIX, LUCY, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068  HENDRIX, ROBERT L, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  HENDRIX, ROOSEVELT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HENDRIX, ROOSEVELT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HENDRIX, ROSEMARY A, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  HENDRIX, ROY W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HENDRIX, ROY W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HENDRIX, STEPHEN R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HENDRIX, VIRGIL, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  HENDRIX, VIRGIL, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  HENDRIX, WALTER, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  HENDRIX, WALTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HENDRIX, WILLIAM L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HENDRIX, WILLIAM L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HENDRY, ANDRE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HENDRY, ANDRE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HENDRY, BOBBY F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HENDRY, JAMES N, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HENDRY, JAMES N, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HENDRY, JERRY G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21069  HENDRYX, SR, HUGH A, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

21068  HENEFORD, WILLIAM K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Svc Lst  Name and Address of Served Party**

21068  HENEGAR, BILL C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HENEGAR, LARRY D, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HENEGAR, LARRY D, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  HENEGAR, LEE, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HENEGAR, LEE, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  HENEGHAN, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HENGY, DONALD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HENIGAN, CHARLES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HENIGSMITH, KENNETH, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HENKEL, OTTO, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  HENKEL, SR, NORBERT R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  HENLEY, BRAXTON, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HENLEY, BRAXTON, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068  HENLEY, CHARLES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HENLEY, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HENLEY, HOSIA L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  HENLEY, JAMES A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HENLEY, JAMES L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HENLEY, JAMES T, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HENLEY, JIMMY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HENLEY, JR, HOSIA, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  HENLEY, MINNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HENLEY, RICHARD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  HENLEY, W D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HENLEY, W D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HENLEY, WALTER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HENLEY, WILLARD CHARLES, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  HENLINE, JAMES C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HENLINE, LESTER J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HENNEBERT, II, GORDON R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HENNECKE, DOROTHY M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HENNECKE, DOROTHY M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21069  HENNEGAN, JAMES, GALLOWAY, JOHNSON, TOMPKINS & BURR, SUITE 400, ONE SHELL SQUARE, NEW ORLEANS, LA, 70139

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069 HENNEGAN, JAMES, MURRAY LAW FIRM, 909 POYDRAS STREET, SUITE 2550, NEW ORLEANS, LA, 70112-4000

21068 HENNELLY, CHARLES, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068 HENNEN, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 HENNEN, ROBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 HENNIG, HARVEY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068 HENNIGAN, BOBBY A, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068 HENNIGAN, HUEY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 HENNIGAN, HUEY R, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068 HENNIGAN, JAMES, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068 HENNIGAN, KALCIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069 HENNIGAN, LEO P, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068 HENNIGAN, ROSS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 HENNING, JOHN Q, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068 HENNING, WILLIAM, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068 HENNINGTON, MARVIN F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 HENNINGTON, MARVIN F, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 HENNINGTON, ROLAND M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 HENNIS, RALPH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 HENRICHS, MARVIN R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068 HENRIE, DELL W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 HENRIES, RUBIN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068 HENRIKSON, DONALD K, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069 HENROID, ROLLA E, THE O`BRIEN LAW FIRM, LLC, ONE METROPOLITAN SQ, 211 N BROADWAY STE 1500, ST LOUIS, MO, 63102

21069 HENRY & WORSHAM, CECIL & LEE, PO BOX 777, BROWNSBORO, TX, 75756

21069 HENRY BRANDL (DECEASED), JOHN, HELEN BATSON, 131 COLETVILLE RD W, VICTORIA, TX, 77905

21069 HENRY HARGIS (DECEASED), CECIL, MARCIE BAKER, 2140 ELMER SMITH RD, GROVETON, TX, 75845

21068 HENRY, BRYAN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 HENRY, CAROL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 HENRY, CECIL R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 HENRY, CHARLES E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 HENRY, CHARLES E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 HENRY, CHARLES R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 HENRY, CHRISTINE S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 HENRY, CLYDE C, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068 HENRY, DANIEL O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 HENRY, DICKIE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   HENRY, EDWARD C, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   HENRY, ELTON G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HENRY, ERNEST J, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21069   HENRY, FARLAND E, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068   HENRY, FLOYD L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HENRY, FRANK, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068   HENRY, FRANK, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   HENRY, FRANK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HENRY, GWENDOLYN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HENRY, GWENDOLYN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HENRY, HAROLD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HENRY, HARRY A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HENRY, ISHMEL, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HENRY, ISHMEL, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   HENRY, IWANER, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HENRY, IWANER, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   HENRY, JAMES A, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068   HENRY, JAMES A, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   HENRY, JAMES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HENRY, JESSIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HENRY, JOHN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HENRY, JOHN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   HENRY, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HENRY, JOSEPH M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HENRY, JOSEPH, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HENRY, JR, JAMES D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HENRY, KENNETH H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HENRY, L V, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HENRY, LEMUEL, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   HENRY, LESLIE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   HENRY, MARIE R, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   HENRY, MARVIN E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HENRY, MARVIN E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HENRY, MATTHEW, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HENRY, MOZELL, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   HENRY, MOZELL, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   HENRY, NEELY, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   HENRY, NEELY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   HENRY, NEELY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HENRY, PAUL W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HENRY, PAUL W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HENRY, PHILLIP P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HENRY, RAYMOND D, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   HENRY, RONALD W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HENRY, ROY M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HENRY, ROY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069   HENRY, SARDIE L, BAILEY TRUSTY & COOK, PO BOX 151, BATESVILLE, MS, 38606

21068   HENRY, SR, DONALD A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HENRY, SR, JERRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HENRY, TOMMY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HENRY, VESTER R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HENRY, W R, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068   HENRY, WALTER A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HENRY, WAYNE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HENRY, WILLADEAN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   HENRY, WILLADEAN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   HENRY, WILLIE J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HENRY, WILLIE J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HENRY, WILSON W, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068   HENRYS, MICHAEL J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HENSEL, WILLIAM, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   HENSLEE, UDELL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HENSLEE, UDELL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   HENSLEY, BILL J, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084

21068   HENSLEY, BILL J, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   HENSLEY, CLIFTON, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HENSLEY, DORIS E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HENSLEY, EARL R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HENSLEY, EDWARD, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   HENSLEY, EUGENE, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   HENSLEY, I B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   HENSLEY, JAMES W, THE FORCENO LAW FIRM, RAYMOND P FORCENO, ATTY, 1000 THE PHILADELPHIA BOURSE, PHILADELPHIA, PA, 19106

21068   HENSLEY, KENNETH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HENSLEY, LAWRENCE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | HENSLEY, LEWIS, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | HENSLEY, LEWIS, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | HENSLEY, M J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HENSLEY, M J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21069 | HENSLEY, MERLE, WISE & JULIAN, PC, PO BOX 1108, 3555 COLLEGE AVE, ALTON, IL, 62002 |
| 21068 | HENSLEY, MORRIS, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HENSLEY, TONEY M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HENSLEY, TONEY M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HENSLEY, WILLIAM M, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | HENSON, ALEX, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HENSON, ALFRED J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | HENSON, ALFRED J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HENSON, ALFRED J, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | HENSON, ARZELL, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | HENSON, ARZELL, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | HENSON, BERT A, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899 |
| 21068 | HENSON, BILLY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21069 | HENSON, BOBBY L, STANLEY MANDEL & IOLA, 3100 MONTICELLO AVENUE, SUITE 750, DALLAS, TX, 75205 |
| 21069 | HENSON, BOBBY L, THE LAW FIRM OF RANDALL IOLA, 1323 E 71ST STREET, SUITE 300, TULSA, OK, 74170-1917 |
| 21068 | HENSON, DONALD J, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | HENSON, EDGAR C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HENSON, ERIC, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | HENSON, ERNEST, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HENSON, GRADY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | HENSON, HERBERT H, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | HENSON, JAMES H, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | HENSON, JOE C, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | HENSON, JOE C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HENSON, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HENSON, JOSEPH, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | HENSON, JR, TURNER H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21069 | HENSON, LEROY V, PRESTON BUNNELL & STONE LLP, 1500 SW 1ST AVE STE 770, PORTLAND, OR, 97201-5837 |
| 21068 | HENSON, REBA J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HENSON, ROBERT W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HENSON, WELDON G, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 HENSON, WILEY C, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068 HENTHORN, HERBERT P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068 HENTHORN, JOHN B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 HENTON, GARY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 HENTON, GARY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 HEPBURN, JAMES W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 HEPBURN, MOSES, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068 HEPNER, WILLARD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 HER, ENGELBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 HERALD, EARVELEE, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21069 HERB, FREDERICK, LEVINSON AXELROD, WHEATON,, GRAYZEL, CAULFIELD, MARCOLU, 274 CHURCH ST, BELFORD, NJ, 07718-1581

21069 HERB, JOSEPH A, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068 HERBAUGH, PAUL L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 HERBER, EMANUEL, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068 HERBER, GERALD, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068 HERBER, KENNETH J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069 HERBERG, HOWARD, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068 HERBERT, ELVIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 HERBERT, FOREST, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068 HERBERT, FOREST, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 HERBERT, FREDDIE P, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068 HERBERT, HARRY J, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068 HERBERT, LEONARD D, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068 HERBERT, PAUL, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068 HERBERT, RENE J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 HERBERT, RENE J, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068 HERBERT, ROBERT L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068 HERBERT, THOMAS J, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21069 HERBST, KERRY A, DONALD EARNSHAW, 512 ELKWOOD MALL, CENTER BUILDING, OMAHA, NE, 68105

21068 HERBST, KERRY A, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068 HERCULES, JOHN L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068 HERD, ROBERT J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 HERD, SR, THOMAS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    HERD, WILLIAM J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069    HERDMAN, BRICEL, PEYTON PARENTI WHITTINGTON & FAHRENZ, 2801 FIRST AVENUE, PO BOX 216, NITRO, WV, 25143

21069    HERDMAN, RUSSELL, PEYTON PARENTI WHITTINGTON & FAHRENZ, 2801 FIRST AVENUE, PO BOX 216, NITRO, WV, 25143

21069    HEREDIA, ALFRED D, VISSE & YANEZ, LLP, JOSEPH M VISSE, 1335 SUTTER ST 2ND FL, SAN FRANCISCO, CA, 94109-5415

21068    HEREDIA, VIDAL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HEREDON, OSCAR, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HERGRUDER, JR, MORRIS, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068    HERGRUDER, JR, MORRIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HERING, THOMAS A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    HERITAGE, WILLARD J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HERKLOTZ, RALPH C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    HERKLOTZ, RALPH C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    HERKO, HARRY D, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068    HERKO, HERMAN F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21069    HERLEY, JOSEPH F, ROTKO CRESHOFF, 200 LIPPINCOTT BUILDING, 227 SOUTH SIXTH STREET, PHILADELPHIA, PA, 19106

21068    HERMAN, ALBERT H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    HERMAN, BERNICE E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HERMAN, BERNICE E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HERMAN, EARL E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    HERMAN, MITCHELL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    HERMAN, RONALD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    HERMAN, WILLARD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HERMANN, JOSEPH, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    HERMANOWSKI, DONAD, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068    HERMES, JOSEPH M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HERMES, JOSEPH R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HERMES, THOMAS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HERMOSILLO, EDMUNDO I, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HERMOSILLO, MAURILIO T, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068    HERMOSILLO, RICHARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    HERMRECK, ROBERT D, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    HERN, JAMES K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HERN, JAMES K, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    HERN, WILLIAM H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Svc Lst  Name and Address of Served Party**

---

21068   HERNADEZ, MANUEL C, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   HERNANDEZ, CARLOS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HERNANDEZ, DOMINGO, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   HERNANDEZ, GENE A, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   HERNANDEZ, GENE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HERNANDEZ, GILBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HERNANDEZ, GONZALO F, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   HERNANDEZ, HECTOR G, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   HERNANDEZ, HENRY S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HERNANDEZ, HENRY, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   HERNANDEZ, JERRY J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HERNANDEZ, JOHN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HERNANDEZ, JOSE A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HERNANDEZ, JOSE A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HERNANDEZ, JOSE F, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   HERNANDEZ, JOSE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HERNANDEZ, JOSE R, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   HERNANDEZ, JR, ROBERT, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   HERNANDEZ, JULIAN S, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   HERNANDEZ, LEON, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   HERNANDEZ, LUIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HERNANDEZ, MAGDALENO B, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   HERNANDEZ, MANUEL B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   HERNANDEZ, MANUEL C, THE SIMON LAW FIRM, P C, 5630 YALE BLVD, DALLAS, TX, 75206

21069   HERNANDEZ, MANUEL C, WATERS & KRAUS, LLP, 3219 MCKINNEY AVE, DALLAS, TX, 75204

21068   HERNANDEZ, MANUEL L, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   HERNANDEZ, MANUEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HERNANDEZ, MARIA, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   HERNANDEZ, MARTIN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HERNANDEZ, MATTHEW B, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   HERNANDEZ, MAX S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HERNANDEZ, MICHAEL D, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   HERNANDEZ, MICHAEL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   HERNANDEZ, NICOLAS R, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   HERNANDEZ, PAUL, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  HERNANDEZ, PEDRO Z, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  HERNANDEZ, PHILLIP, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  HERNANDEZ, RAMON P, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21069  HERNANDEZ, RAMON, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068  HERNANDEZ, RAUL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HERNANDEZ, RICHARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HERNANDEZ, RICHARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HERNANDEZ, ROBERT C, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  HERNANDEZ, ROBERT L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  HERNANDEZ, ROBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  HERNANDEZ, ROBERT, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068  HERNANDEZ, ROSEMARY F, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  HERNANDEZ, ROSIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HERNANDEZ, SR, ALFREDO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HERNANDEZ, VINCENTE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  HERNDON, ALENE, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  HERNDON, ALENE, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  HERNDON, BEN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HERNDON, COLEMAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HERNDON, COLEMAN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HERNDON, ILA K, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  HERNDON, LINDAL C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HERNDON, PATRICIA L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HERNDON, PATRICIA L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  HERNDON, RAYMOND L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HERNDON, RAYMOND L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HERNDON, RODNEY G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  HERNDON, SR, BILLIE R, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068  HERNDON, SR, BILLIE R, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069  HERNDON, SR, BILLIE R, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068  HERNDON, SR, EARL J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HERNDON, THEODORE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HERNDON, THEODORE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HERNDON, WILLIAM F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HERNDON, WILLIAM T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

WR Grace PI

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | HERNDON, WILLIAM T, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HERNE, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HERNS, ROUBIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HEROD, JERRY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | HEROD, WILLIAM J, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | HEROLD, NORMAN F, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969 |
| 21068 | HERON, DELMA, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21069 | HERON, FRED, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015 |
| 21068 | HERON, J W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HERON, JOHN P, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | HERPIN, MAURICE S, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | HERRALD, RALIEGH, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | HERRELL, BART, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HERRELL, GEORGE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | HERREN, BRADY M, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | HERREN, BRADY M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HERREN, SHERMAN, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HERREN, SIDNEY W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HERREN, VINCE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HERREN, VINCE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HERREN, WINSTON L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HERREN, WINSTON L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21069 | HERRERA, CRECENCIO J, BRANDENBURG & BRANDENBURG PC, 715 TIJERAS NW, ALBURQUERGE, NM, 87102 |
| 21068 | HERRERA, CRECENCIO J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HERRERA, DANNY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HERRERA, DAVID, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | HERRERA, FERNANDO G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HERRERA, FRANK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HERRERA, GIRALDO L, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010 |
| 21068 | HERRERA, LAMBERTO C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HERRERA, RICHARD D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HERRERA, SR, ALONZO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HERRERA, SR, GUS R, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | HERRICK, CHARLES L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | HERRICK, CHARLES LEE, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | HERRICK, FRANK W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HERRICK, FRANK W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HERRICK, JOHN F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HERRIGES, THOMAS J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HERRIN, ALONZO H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HERRIN, BOBBY J, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | HERRIN, GOLDIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HERRIN, HOBBY H, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HERRIN, J E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HERRIN, J E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HERRIN, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HERRIN, JR, LAWRENCE J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HERRIN, LEE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HERRIN, ORION L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HERRIN, RODNEY D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HERRIN, SR, LAWRENCE J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HERRIN, THOMAS B, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HERRIN, WILLIAM F, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HERRIN, WILLIAM L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | HERRING, ALLEN D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HERRING, ALLEN D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HERRING, ANDREW, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HERRING, ANDREW, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HERRING, ANDREW, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HERRING, AUDREY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HERRING, AUDREY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HERRING, BILLY G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HERRING, BILLY R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HERRING, BILLY R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HERRING, DANIEL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HERRING, DARRELL G, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | HERRING, DARRELL G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HERRING, DARRELL G, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | HERRING, DON S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HERRING, DONALD, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21069 | HERRING, EUGENE A, HARDIN, LEWIS, TABER & TUCKER, 1037 22ND ST SOUTH, BIRMINGHAM, AL, 35205 |
| 21068 | HERRING, FLORA E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | HERRING, FLORA E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | HERRING, FLOYD L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   HERRING, FLOYD L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HERRING, FRANKIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HERRING, HERBERT K, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HERRING, HERBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HERRING, JACKIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HERRING, JAMES R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HERRING, JERRY E, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   HERRING, JERRY E, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   HERRING, JERRY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HERRING, JERRY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HERRING, JIMMIE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HERRING, JIMMIE R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HERRING, JR, EDWIN S, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HERRING, JR, JESSE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   HERRING, JR, JESSE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HERRING, JR, JESSE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HERRING, JR, JIM, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HERRING, LUCILLE, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   HERRING, RACHEL F, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   HERRING, RACHEL F, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   HERRING, RODERICK A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HERRING, RODERICK A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21069   HERRING, SAM M, HARDIN, LEWIS, TABER & TUCKER, 1037 22ND ST SOUTH, BIRMINGHAM, AL, 35205

21068   HERRING, SAM, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HERRING, SR, ELWOOD E, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   HERRING, SR, MATTHEWS C, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   HERRING, SR, MATTHEWS C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HERRING, WAYNE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HERRING, WILLIAM H, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   HERRING, WINFRED T, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HERRING, WINFRED T, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HERRING, ZELLINE G, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   HERRING, ZELLINE G, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   HERRINGDINE, OSCAR, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HERRINGDINE, OSCAR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HERRINGTON, BENNY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | HERRINGTON, BILLY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HERRINGTON, CHARLEY W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HERRINGTON, CLARENCE L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HERRINGTON, CLARENCE L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HERRINGTON, DEWEY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HERRINGTON, DEWEY J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | HERRINGTON, GEORGE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | HERRINGTON, GORDON A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HERRINGTON, JACKIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HERRINGTON, JIMMY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HERRINGTON, JULIET, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HERRINGTON, JUNIOR, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | HERRINGTON, JUNIOR, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | HERRINGTON, KENNETH W, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | HERRINGTON, LEANARD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HERRINGTON, LEMUAL M, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HERRINGTON, LEON L, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | HERRINGTON, MARGARET S, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HERRINGTON, MARLENE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | HERRINGTON, MARLENE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HERRINGTON, O B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HERRINGTON, O B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HERRINGTON, RALPH K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HERRINGTON, RALPH K, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246 |
| 21068 | HERRINGTON, RALPH O, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HERRINGTON, RALPH O, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HERRINGTON, ROBERT, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300 |
| 21068 | HERRINGTON, RUBY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HERRINGTON, SENNETT, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HERRINGTON, SR, JOHN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | HERRINGTON, SR, JOHN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   HERRINGTON, SR, THOMAS T, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HERRINGTON, SR, THOMAS T, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HERRINGTON, WILLIAM M, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HERRINGTON, WILLIAM W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HERRINGTON, WILLIAM, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   HERRIOT, RAYMOND B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HERRMANN, CARL, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   HERRMANN, MICHAEL C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HERROD, JR, OSCAR, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069   HERROD, LUTHER P, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425

21068   HERRON, CALLIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   HERRON, CLARENCE, LUNDY & DAVIS, L L P, HIBERNIA TOWER, 501 BROAD STREET, PO BOX 3010, LAKE CHARLES, LA, 70602

21068   HERRON, EUGENE F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HERRON, EUGENE F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HERRON, KENNETH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HERRON, OTIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HERRON, ROBERT E, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21069   HERRON, ROBERT E, PO BOX 2476, EL CERRITO, CA, 94530

21068   HERRON, ROME E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HERRON, ROME E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HERRON, SR, WILLIE LEE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HERRON, THOMPSON, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   HERSBERGER, MEREDITH L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HERSHBERGER, DONNA M, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   HERSHBERGER, JACK, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   HERSHKOWITZ, ISADORE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HERSHKOWITZ, ISADORE, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   HERSHMAN, B K, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   HERSTINE, JAMES L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HERSTON, JAMES D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HERTEL, THEODORE L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   HERTOGS, SCOTT J, BABIN, SCOTT F, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068   HERTOGS, SCOTT J, BABOU, JOHN, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068   HERTOGS, SCOTT J, BAKER, THOMAS J, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HERTOGS, SCOTT J, BAXTER, WILLIAM T, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, CAMPBELL, RAYMOND W, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, CHRISTIAN, LLOYD E, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, CIHLAR, THOMAS J, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, FOHLMEISTER, FRIEDRICH, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, FOURNIER, CLIFFORD, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, FURRY, LAWRENCE R, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, GRAF, DAVID W, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, GUSTAFSON, RICHARD L, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, HACKETT, KERMIT L, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, HANNON, STANLEY E, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, HENDRIX, JOHN R, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, HOLT, JAMES R, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, INDERIEDEN, GERALD A, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, JAMES, JOHN R, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, JOHNSON, EUGENE R, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, JOHNSON, JAMES K, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, KERR, MICHAEL T, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, KNERINGER, ALFRED, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, LEDY, WARREN B, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, LINDQUIST, DOUGLAS C, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, MACK, JAMES V, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, MCSHANE, JAMES, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, MORTENSON, EUGENE M, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, NEWMAN, DUANE T, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, NORDQUIST, ROY, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, OSCARSON, ALBIN W, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, PACKMAN, ROBERT J, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, PENZ, EDWARD S, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, PIERCE, LORANE V, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | HERTOGS, SCOTT J, PRICE, CHARLES D, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, PRITCHETT, LEONARD F, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, REBEL, JAMES, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, ROSSINI, ROBERT M, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, SMITH, RICHARD H, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, SOLT, DONALD A, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, WEEKS, GILBERT, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, WILKE, HARRY A, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTOGS, SCOTT J, WITHUSKI, EDWARD P, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | HERTZOG, PAUL, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | HERVEY, PRENTISS M, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | HERVEY, PRENTISS M, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | HERWAT, ROBERT, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362 |
| 21068 | HERWAT, ROBERT, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749 |
| 21068 | HERWICK, STANLEY, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | HERZBERG, RALPH R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | HERZBERG, RALPH R, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | HERZING, LARRY E, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21068 | HERZING, WILLARD G, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21068 | HERZOG, THOMAS J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HERZOG, THOMAS J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HESS, ALTON L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HESS, ALTON L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HESS, BERNARD A, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | HESS, BERNARD A, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | HESS, CECIL R, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | HESS, DELORES, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105 |
| 21068 | HESS, DELORES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HESS, EARL G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HESS, FRANKLIN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HESS, FRANKLIN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HESS, GARLAND B, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HESS, GEORGE A, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362 |
| 21068 | HESS, GEORGE A, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749 |
| 21068 | HESS, JAMES A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HESS, JAMES A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HESS, JR, MICHAEL R, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | HESS, KENNETH L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HESS, MELBA, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | HESS, MELBA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HESS, MELBA, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | HESS, PHIL B, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | HESS, RICHARD A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | HESS, ROBERT L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HESS, ROBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | HESS, WILLIAM F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HESSE, LLOYAL D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HESSE, RAYMOND, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917 |
| 21068 | HESSE, RAYMOND, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046 |
| 21068 | HESSION, JAMES, ADAMS, BETTY I, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, ALLEN, EARL L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, ALMASHY, LOUIS J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, ALMOND, JIMMIE E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, ANGELOSANTO, JOSEPH, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, ARANJO, JESSE, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, ATHA, SR, ROBERT C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, BALCERZAK, JEROME T, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, BALDWIN, HENRY L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, BANDA, ERNEST, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, BARDEN, GLEN E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, BARNEKOW, LEO, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, BASHANS, EDWIN R, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, BASHANS, SAMUEL O, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, BAUMAN, ROBERT S, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |

**Svc Lst  Name and Address of Served Party**

21068   HESSION, JAMES, BECKMAN, RUSSELL A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, BELL, HOWARD, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, BENTLEY, TOMMY L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, BERG, GORDON, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, BERG, WALTER C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, BILLINGS, GENE, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, BLEDSOE, JAMES T, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, BRADLEY, EDGAR C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, BRINK, HERMAN, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, BROWN, NORRIS L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, BUCHANAN, RONALD F, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, BURTCH, ROBERT M, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, BUTTS, LARRY G, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, CAIN, RUBY L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, CARLSON, STEWART A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, CARPENTER, JOHN T, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, CARR, NORMAN B, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, CARRUTH, HARRY G, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, CARRUTH, ODIE, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, CARTER, SR, OLIN, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, CASTILLO, RICHARD A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, CHALTRAW, ROY J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, CHANT, WILLIAM H, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, CHILDS, PETER J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, COLE, JAMES H, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, COLE, NATHANIEL, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, COLEMAN, CHARLES F, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, COLLINS, BARON L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, COOK, THOMAS, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, COSTELLO, SYLVESTER, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HESSION, JAMES, COWLEY, LONNIE D, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, COWLEY, RICHARD L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, CRANDALL, MYRON, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, DAVIS, GEORGE L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, DEGRACE, GARROLD A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, DELGADO, RICARDO R, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, DENNIS, O D, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, DIGGS, SR, SIDNEY, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, DRAINE, WILLIAM C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, DUPUIS, RONALD C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, DURHAM, WALKER D, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, EDDY, TERRY L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, EDLINGER, DANIEL, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, EICHLER, ROBERT A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, EMMONS, GLENN L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, ENGLER, FREDERICK W, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, FISHER, JAMES E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, FORD, JR, HENRY, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, FRAZIER, JR, CLARENCE, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, FROST, DONALD L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, FULLER, ROBERT L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, GAERTNER, VIOLA K, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, GAINES, JR, EDMOND, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, GALES, LEONARD E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, GANTZ, STUART L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, GARRISON, ROBERT N, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, GEORGE, BRUCE E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, GILBERT, WILLIAM E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, GILES, EARL E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, GLOVER, DONALD J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  HESSION, JAMES, GLOVER, ROBERT, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, GOODWINE, DANIEL, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, GRAYS, O D, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, GREENLEAF, GARIE G, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, GRETZINGER, JAMES R, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, GRIERSON, RANDOLPH, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, GRIERSON, ROBERT A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, GRIFFEE, PAUL E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, GRIFFIN, MAYME C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, GULLIVER, GERALD L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HAAG, PAUL L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HANEY, NORMA, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HANKISH, ROBERT, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HANNER, BOBBIE J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HARE, ALVIN L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HARE, CHARLES H, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HARE, EARL L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HARE, JAMES A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HARRINGTON, WILLIAM C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HARRIS, JR, ROBERT, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HARSHMAN, CHESTER M, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HARVEY, SR, ROBERT L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HATCHER, MUNCEY D, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HAWKINS, RUFUS E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HAYES, DANIEL L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HESKA, GARY A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HIGGINS, CURTIS C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HILL, ROSS A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HILLERT, KENNETH E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068  HESSION, JAMES, HOERNER, RICHARD C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

**Svc Lst  Name and Address of Served Party**

21068   HESSION, JAMES, HOFFMAN, TIMOTHY J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, HOLLIDAY, DOUGLAS M, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, HOWARD, SR, CURTIS J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, HUBER, THOMAS L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, HUGHES, JR, JOSHUA, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JABLONSKI, ROBERT W, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JACKSON, WILLIE W, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JAKUBCZAK, THOMAS E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JANASIK, PAUL A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JENKINS, DONN C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JENNINGS, GEORGE, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JENNINGS, WINFRED A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JOHNSON, JAMES O, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JOHNSON, MCKINLEY, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JONES, FRANK, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JONES, JAMES E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JONES, LARRY J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JONES, LARRY, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JONES, ODESSA, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JONES, PHILIP L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, JONES, TIMOTHY R, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, KEHR, BARBARA M, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, KELLEY, STEPHEN J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, KELLY, JR, WILLIAM A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, KELLY, ODIE L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, KILLINGSWORTH, GARY A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, KLINE, WALTER L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, KNACK, JERRY W, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, KOBOLDT, RICHARD T, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, KONSDORF, ELLIS D, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | HESSION, JAMES, KONSDORF, TERRY A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, KRONBERGER, FRANK J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, KUNDINGER, GARY A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, KWAPIS, MICHAEL, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, LATTY, JR, MELVIN L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, LEE, ROBERT L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, LEMMER, WALTER, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, LETOURNEAU, RANDY L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, LLANAS, FERMIN, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, LONDAK, RONALD J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, LOPEZ, JR, MAXIMO, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, LOPEZ, LINDA H, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, LUMBRERAS, JESSE M, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, LUTZ, GERALD M, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MALONE, ERNESTINE, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MALONE, PELL, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MARCHANT, DAVID E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MARTIN, JONATHAN, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MATTHEWS, JR, O B, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MATULA, JOSEPH, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MAYO, MARY J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MCCARTY, PATRICK J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MCCONNELL, HAROLD E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MCCONNELL, RAYMOND, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MCDOLE, CLIFFORD, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MCDOLE, JOHNNIE F, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MCDONALD, DALE C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MCGRANDY, ALVIN A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MCGRANDY, JEROME, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MCHUGH, DONALD G, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HESSION, JAMES, MCKINNEY, JOHN E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MCLEOD, HUBERT J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MCNAIR, ROBERT F, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MCNEIL, ROBERT W, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MENDOZA, RONALD T, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MENDOZA, ROY R, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MERRILL, COLLINS, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MERRITT, SR, RICHARD J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MEULLER, ROBERT E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MILLER, GEORGE W, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MITAS, JAMES S, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MITCHELL, JACK N, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MIXON, GENE, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MODDERS, HAROLD G, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MOORE, FREDDIE J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MORRIS, PETER F, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MOUNGER, NATHANIEL, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MUELLER, WILLIAM E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, MULDER, LESTER J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, NAPLES, RONALD, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, NAPPO, ANTONIO, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, NEIHARDT, RONNIE H, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, NICHOLS, GEORGE W, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, NICKERSON, CLARENCE, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, NORTON, JOHN A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, OAKLEY, JACK L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, OCONNOR, KENNETH P, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, ODELL, WAYNE R, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, OLIVAREZ, MARCELO G, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, OLIVER, LARRY R, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   HESSION, JAMES, OSBORN, DAVID D, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, PARIS, JOSEPH B, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, PARIS, VALENTINO L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, PASSALACQUA, SALVATORE L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, PATINO, CIRILO E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, PERKINS, JAMES A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, PESCHIUTTA, ALDO, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, PHILLIP, JOHN, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, PIANOSI, LENO A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, PIASENTIN, GIOVANNI, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, PIWOWARSKI, RAYMOND, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, PORTER, GEORGE L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, POTTS, WALLACE D, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, PROKOP, CHARLES E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, RAIHALA, FRANK W, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, REDBURN, KIRK R, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, REED, JAMES D, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, REED, MARK W, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, REITTENBACH, JACK F, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, RIEL, KENNETH A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, RIGGINS, CURTIS, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, RILEY, LLOYD M, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, RILEY, LUELLA J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, ROBERSON, DANNY K, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, ROBINSON, WILLIE L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, ROCHA, PAUL J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, ROCHA, ROLANDO G, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, RODERICK, SR, LARRY A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, ROLLO, SR, ROBERT E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

21068   HESSION, JAMES, ROSENCRANS, WILLIAM C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HESSION, JAMES, RUELL, ROBERT D, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, RUGENSTEIN, BERNARD P, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, SALINAS, RAUL F, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, SCHNELL, RUSSELL N, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, SCRUGGS, LINCOLN A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, SEAWOOD, HOSIE B, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, SILVERS, DUANE, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, SILVERS, KEITH E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, SLOCUM, HOWARD D, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, SMITH, ALBERT, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, SMITH, HERBERT L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, SOHN, GEORGE A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, SPARKMAN, LONNIE, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, STANTON, CLAUDIUS, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, STROTHERS, CLIFTON, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, SWANSON, ROLAND A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, TATE, JR, JERRY, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, TAYLOR, EDDIE L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, THOMPSON, ZELMA, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, TOATLEY, EDDIE L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, TONIOLO, ELIO, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, TOWNSEND, CLARENCE, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, TOWNSEND, JR, FRAZIER, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, TRACY, GEORGE E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, TRAPP, PAGE, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, TURNER, BOBBIE L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, VALLEY, SYLVESTER, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, VANALSTINE, NORMAN S, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, VARGAS, SILVARIO R, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, VARGAS, SR, BENITO R, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HESSION, JAMES, VISINTAINER, RODNEY A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, VOLTZ, JAMES, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WAHR, DAVID E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WALKER, STANLEY P, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WALLACE, BASIL C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WALLACE, BRADIE G, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WANDZEL, DENNIS J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WARD, DONALD E, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WEARY, JR, EPHERSIN, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WEBB, BARBARA L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WEBB, EVVY, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WEEMS, ROBERT C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WEMPLE, ALBERT F, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WHEATLEY, LARRY, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WHITLEY, WILLIE L, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WILKINSON, LEE A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WILLIAMS, JR, RICHARD, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WILLIS, BILLY J, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WILSON, CLENDRY, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WILSON, JAMES N, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WOJEWODA, WALTER A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WOOD, SAM, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, WUCKERT, LEONARD A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, ZAUCHA, PETER A, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, ZEHNDER, DENNIS C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSION, JAMES, ZIMMERMAN, JAMES C, JAMES HESSION, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 |
| 21068 | HESSKE, RICHARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HESSKE, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HESSKE, RICHARD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | HESSLER, EMILE J, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458 |
| 21068 | HESSLER, EMILE J, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   HESTAND, LOYD M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HESTER, DORIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HESTER, DORIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HESTER, EDWARD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HESTER, EDWARD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HESTER, EWEN O, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   HESTER, EWEN O, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   HESTER, JAMES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HESTER, JAMES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HESTER, JANET, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HESTER, JOHN J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HESTER, JOHN J, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   HESTER, LEODUS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HESTER, LOVELACE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HESTER, MARVIN L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HESTER, ROBERT D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HESTER, ROBERT D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HESTER, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HESTER, ROBY H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HESTER, ROY C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HESTER, THEADORIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HESTER, THOMAS, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   HESTER, THOMAS, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   HESTER, TOM, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HESTER, WILLIAM L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   HESTER, WILLIAM, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902

21068   HESTERLY, JAMES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HESTERLY, JAMES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HESTICK, GERSHAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HETCHLER, HAROLD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HETHERINGTON, DONALD W, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   HETHERINGTON, DONALD W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HETHERINGTON, SARAH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HETHERINGTON, SHIRLEY M, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   HETLAND, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Svc Lst   Name and Address of Served Party**

21068   HETLAND, JAMES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HETRICK, RICHARD F, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   HETRICK, WILLIAM O, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   HETTENBACH, HARRY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   HETTERICH, PAUL, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   HETTICH, CLENTIS A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   HETTINGA, ALLEN G, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068   HETTINGA, ALLEN G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HETZEL, EGON, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   HETZEL, JOHN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   HETZLER, DONALD K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HEUSTED, HARRY L, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   HEUWAGEN, DENNIS, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HEVER, THOMAS, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   HEVERIN, JAMES A, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   HEWELL, SHELBY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HEWITT, AVERY C, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   HEWITT, BURBON, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   HEWITT, CARL, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   HEWITT, CARL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HEWITT, CLARENCE, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   HEWITT, CLARENCE, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   HEWITT, GEORGE W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   HEWITT, GUY L, JOANNOU KNOWLES & ASSOCIATES, 709 COURT STREET, PORTSMOUTH, VA, 23704-0362

21068   HEWITT, J D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   HEWITT, J D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HEWITT, J D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HEWITT, JAMES T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HEWITT, JOSEPH J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HEWITT, JR, ARTHUR, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   HEWITT, JULIAN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HEWITT, RANDALL E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HEWITT, RAYMOND, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

Svc Lst  Name and Address of Served Party

21068  HEWITT, RICHARD, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068  HEWITT, ROBERT D, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  HEWITT, ROBERT J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  HEWITT, W L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  HEWLETT, DAVID, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HEWLETT, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HEYD, PETER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  HEYD, WILLIAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEYDT, CLARENCE, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  HEYER, JOSEPH V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HEYER, JR, FRANK N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  HEYERMAN, JON, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  HEYGOOD, WILLIAM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HEYL, KENNETH C, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  HEYMANN, ERNEST, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  HEYSE, ERNEST W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  HEYWOOD, DANNY H, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  HEZEAU, JR, LESTER F, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  HIAM, PETER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HIBBERTS, JAY E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  HIBBETS, VIRGIL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  HIBBLER, BETTY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HIBBLER, JERRY N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HIBBLER, MACK, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HIBBLER, RUBY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HIBBS, RONALD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HIBBS, RONALD L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  HIBER, LOUIE D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HIBNER, RONALD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HIBNER, RONALD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HICAR, DONALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HICKCOX, ROBERT E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HICKEL, HENRY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

**Svc Lst  Name and Address of Served Party**

21068   HICKEN, SR, THOMAS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HICKERSON, CLARENCE R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HICKERSON, DENNIS, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HICKERSON, NEWLAND B, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068   HICKEY, ALTON C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HICKEY, ARTHUR S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HICKEY, ARTHUR, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   HICKEY, CUMMIRE T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HICKEY, CUMMIRE T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HICKEY, EDWARD L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HICKEY, JACK H, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   HICKEY, JR, JAMES A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HICKEY, LEROY, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   HICKEY, ROBERT E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HICKEY, SR, STANLEY F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HICKEY, WILLIAM D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HICKLE, HAROLD R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HICKLIN, JAMES M, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   HICKLIN, JAMES M, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   HICKLIN, THADDEUS, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   HICKLIN, THADDEUS, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   HICKMAN, ANNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HICKMAN, BRANTLEY G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HICKMAN, BRUCE E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HICKMAN, CALVIN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HICKMAN, DAVID L, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068   HICKMAN, DAVID, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   HICKMAN, ERNEST T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HICKMAN, GEORGE D, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   HICKMAN, GREGORY D, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   HICKMAN, HARRY H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HICKMAN, HERMAN O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HICKMAN, HOYT, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   HICKMAN, JACK, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HICKMAN, JR, RICHARD L, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   HICKMAN, JR, WOODROW C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

**Svc Lst  Name and Address of Served Party**

---

21068  HICKMAN, L D, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068  HICKMAN, LENDLE D, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  HICKMAN, LORETTA F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HICKMAN, LOUIS, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  HICKMAN, MACK L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HICKMAN, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HICKMAN, NEVARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HICKMAN, OSCAR, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HICKMAN, OSCAR, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HICKMAN, RALPH E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HICKMAN, RAYMOND W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HICKMAN, REE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HICKMAN, ROBERT G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HICKMAN, ROBERT G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HICKMAN, SAM J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HICKMAN, SR, BILLY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HICKMAN, SR, BILLY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HICKMAN, SR, DONALD E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  HICKMAN, SUSIE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HICKMAN, THELMA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HICKMAN, VERNON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HICKMAN, VERNON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HICKMAN, WALTER O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HICKMAN, WILBERT, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  HICKMAN, WILLIAM D, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21069  HICKOX, JR., D. C, CHARLES M CONNELLY & ASSOCIATES, 245 WATER STREET, SUITE 300, SYRACUSE, NY, 13202

21068  HICKOX, PATRICIA A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HICKOX, PATRICIA A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HICKS, ARTHUR W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HICKS, BERNARD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HICKS, BERNICE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  HICKS, BIBB G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HICKS, BOBBY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  HICKS, CARL C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HICKS, CARL C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HICKS, CARL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HICKS, CHARLES M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    HICKS, CHARLES M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    HICKS, CHARLES, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068    HICKS, CHARLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HICKS, CLAUDE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    HICKS, DANIEL O, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HICKS, DAVID L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HICKS, DENNIS R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HICKS, DONNIE R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HICKS, EDDIE G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    HICKS, EDDIE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HICKS, EDWARD F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    HICKS, EDWARD F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    HICKS, ELIZABETH, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    HICKS, ELIZABETH, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    HICKS, EMERSON H, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    HICKS, EMMA K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HICKS, EMMETT D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    HICKS, EMMETT D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    HICKS, ERNEST, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068    HICKS, FRANCIS B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HICKS, FRED C, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    HICKS, GEORGE R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    HICKS, GEORGE R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    HICKS, GEORGE R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    HICKS, GEORGE R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21069    HICKS, GEORGE, DANAHER, TEDFORD, LAGNESE & NEAL, P C, 201 NORTH CHARLES STREET, SUITE 2402, BALTIMORE, MD, 21201

21068    HICKS, GEORGE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    HICKS, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HICKS, GEORGE, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068    HICKS, GEORGIA J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HICKS, GEORGIA J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    HICKS, GRACE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    HICKS, GRACE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    HICKS, GUY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    HICKS, HARRISON W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    HICKS, HARRISON W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   HICKS, HENRY, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   HICKS, HILDA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   HICKS, HOMER W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HICKS, HUBERT C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HICKS, IRMGARD S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HICKS, J W, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   HICKS, JACQUELINE F, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HICKS, JAMES M, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   HICKS, JAMES O, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   HICKS, JAMES W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HICKS, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HICKS, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HICKS, JERRY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HICKS, JERRY D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   HICKS, JERRY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HICKS, JERRY V, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HICKS, JERRY V, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HICKS, JIMMIE L, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   HICKS, JIMMY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HICKS, JIMMY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HICKS, JOANN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HICKS, JOANN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HICKS, JOHN E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   HICKS, JOHN E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   HICKS, JOHN F, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   HICKS, JOHN L, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   HICKS, JOHN L, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   HICKS, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HICKS, JR, JOHN D, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   HICKS, JR., WALTER, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HICKS, JR., WALTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HICKS, JR., WALTER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HICKS, LARRY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HICKS, LAWRENCE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069   HICKS, LEE M, JEFFREY B SIMON, ESQ, 3232 MCKINNEY AVE STE 610, DALLAS, TX, 75204-2429

21068   HICKS, LEOGIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HICKS, LUDIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HICKS, MAGALENE A, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   HICKS, MARILYN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HICKS, MELVIN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | HICKS, MILTON, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HICKS, MILTON, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HICKS, OLLAND, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HICKS, OLLAND, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HICKS, PHAROAH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HICKS, QUENTIN D, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | HICKS, RANDY P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HICKS, REX H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HICKS, REX H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HICKS, ROBERT L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HICKS, ROGER D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HICKS, ROGER R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HICKS, RONALD C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HICKS, RONALD P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HICKS, RONALD P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21069 | HICKS, RONALD, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226 |
| 21068 | HICKS, ROY C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HICKS, SEARS L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | HICKS, SR, PAT, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | HICKS, SR, PAT, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | HICKS, SR, THOMAS C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HICKS, THOMAS E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HICKS, THOMAS E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HICKS, THOMAS L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HICKS, THOMAS L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HICKS, TOMMY G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HICKS, TRUMAN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | HICKS, TRUMAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HICKS, TRUMAN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HICKS, VICTOR R, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517 |
| 21068 | HICKS, VICTOR R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HICKS, WILIE G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HICKS, WILLIAM F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | HICKSON, CECIL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HICKSON, CECIL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HICKSON, ESAW, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HICKSON, LARRY, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | HICKSON, RICHARD L, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067 |
| 21068 | HIDALGO, ARTHUR P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HIDALGO, ARTHUR P, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | HIDALGO, HUMBERTO, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | HIDALGO, HUMBERTO, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | HIDALGO, RENE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HIDEY, CHARLES W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HIENEMAN, CLYDE D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HIENEMAN, CLYDE D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HIENEMAN, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HIENEMAN, ROBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HIENS, ROGER A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HIENS, ROGER A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HIENZ, MARK R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HIEPLER, ELDEN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HIERHOLZER, ALAN G, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | HIERS, EUGENE, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | HIERS, EUGENE, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | HIESTAND, EDWARD R, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | HIESTAND, JR, DONALD, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | HIETT, BILLIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HIETT, BILLIE, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702 |
| 21068 | HIETT, BILLIE, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HIETT, NATHANIEL G, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | HIETTE, SR, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | HIETTE, SR, JAMES, PLAUT, LIPSTEIN, COHEN, 12600 W COLFAX AVE, SUITE C-400, LAKEWOOD, CO, 80215 |
| 21068 | HIGBEE, EARL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HIGDON, EDGAR L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HIGDON, GEORGE B, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HIGDON, GEORGE B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HIGDON, GEORGE B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HIGDON, JAMES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HIGDON, JOHN M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HIGDON, RANDAL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HIGDON, ROBERT E, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   HIGGASON, SARA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HIGGENBOTHAM, KENNETH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HIGGENBOTHAM, OLIVE J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HIGGERSON, R W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HIGGERSON, R W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HIGGINBOTHAM, ALBERT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HIGGINBOTHAM, ALBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HIGGINBOTHAM, ALEX, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   HIGGINBOTHAM, ALEX, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HIGGINBOTHAM, CHARLES S, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HIGGINBOTHAM, DANIEL, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   HIGGINBOTHAM, DAVID M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HIGGINBOTHAM, DAVID M, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   HIGGINBOTHAM, DAVID M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HIGGINBOTHAM, E J, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   HIGGINBOTHAM, E J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HIGGINBOTHAM, EARL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HIGGINBOTHAM, EARL, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21069   HIGGINBOTHAM, GARRY V, HARVEY D PEYTON, ESQUIRE, PO BOX 216, 2602 FIRST AVENUE, NITRO, WV, 25143

21068   HIGGINBOTHAM, HARLAND S, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HIGGINBOTHAM, HARLAND S, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   HIGGINBOTHAM, HIRAM, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HIGGINBOTHAM, JAMES R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HIGGINBOTHAM, JAMES R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HIGGINBOTHAM, JAMES S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HIGGINBOTHAM, JOHN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   HIGGINBOTHAM, MARION, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   HIGGINBOTHAM, THOMAS I, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   HIGGINBOTTOM, HENRY L, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   HIGGINS, BOBBY D, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21069   HIGGINS, CARROLL, HAROLD J EISENMANN, PC, 2000 W LOOP SOUTH STE 1930, HOUSTON, TX, 77027

21068   HIGGINS, CHARLES, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HIGGINS, CHARLES, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

Svc Lst   Name and Address of Served Party

21068   HIGGINS, DARREL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HIGGINS, DEBORAH B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HIGGINS, EVELYN C, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   HIGGINS, EVELYN C, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HIGGINS, FRANKIE T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HIGGINS, GERALD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   HIGGINS, HOWARD W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HIGGINS, HOWARD W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HIGGINS, JAMES D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HIGGINS, JR, JOSEPH J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HIGGINS, JR, JOSEPH J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   HIGGINS, MARIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HIGGINS, MARVELL N, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HIGGINS, MARVELL N, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HIGGINS, MICHAEL D, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   HIGGINS, OSCAR M, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   HIGGINS, RAY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HIGGINS, ROBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   HIGGINS, ROGER, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HIGGINS, WALTER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HIGGINS, WILLIAM A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HIGGINS, WILLIAM I, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HIGGINS, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HIGGINS, WILLIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HIGGINSON, ALBERT W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   HIGGS, JAMES C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HIGGS, MARY, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068   HIGGS, ROBERT D, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   HIGGS, ROBERT D, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   HIGGS, ROBERT D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HIGGS, SAM L, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   HIGH, EDDIE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HIGH, JAMES L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   HIGH, KELLY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HIGH, KELLY, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   HIGH, LOUIS P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HIGH, MARY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HIGH, MARY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | HIGH, STEPHEN M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HIGH, WALLY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | HIGH, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HIGHFILL, DONALD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HIGHFILL, DONALD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HIGHSMITH, CURTIS, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | HIGHT, GUY D, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | HIGHT, SR, ERNEST M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HIGHT, SR, ERNEST M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HIGHTOWER, A J, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HIGHTOWER, BETSY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HIGHTOWER, CLARENCE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21069 | HIGHTOWER, CORNELIUS, MANSON & KARBANK, T BRADLEY MANSON 84 CORP WOODS, 10801 MASTIN, SUITE 430, OVERLAND PARK, KS, 66210 |
| 21068 | HIGHTOWER, CORNELIUS, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | HIGHTOWER, DANIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HIGHTOWER, ELMO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HIGHTOWER, ELMO, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HIGHTOWER, GARRYA, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HIGHTOWER, JAMES A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HIGHTOWER, JANIS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HIGHTOWER, JEFF, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | HIGHTOWER, JEROME E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HIGHTOWER, JOSEPH L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HIGHTOWER, JOSEPH L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HIGHTOWER, PHILLIP W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HIGHTOWER, ROY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | HIGHTOWER, SANDRA, JOHN C ROBINSON, 940 ADAMS STREET, SUITE B, BENICIA, CA, 94510 |
| 21068 | HIGHTOWER, SR, JAMES A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HIGHTOWER, SR, RONALD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HIGHTOWER, SR, RONALD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HIGHTOWER, TED R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HIGHWOOD, BERT, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046 |
| 21068 | HIGUCHI, HENRY, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | HIJAR, JR, ERNESTO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

Svc Lst  Name and Address of Served Party

21068  HILAIRE, THOMAS, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  HILBER, MICHAEL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HILBERT, ODDIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  HILBUN, DOYLE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HILBUN, DOYLE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HILBUN, ELTON G, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HILBUN, WILBUR D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HILBURN, BILLY, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HILBURN, GLENN, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HILBURN, GLENN, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HILBURN, L E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  HILBURN, MARCUS D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HILBURN, TRAVIS H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HILBURN, WILLLIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HILDEBRAND, MICHAEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HILDEBRAND, PAUL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HILDEBRAND, PAUL L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  HILDEBRAND, ROBERT G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  HILDEBRANDT, LOUIS, SIMMONSCOOPER LLC, RANDALL A BONO, 707 BERKSHIRE, EAST ALTON, IL, 62024

21068  HILDEBRANDT, VERNON J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  HILDERBRAND, HOWARD, KOPSKY & ASSOCIATES, P C, 16020 SWINGLEY RIDGE ROAD, SUITE 130, CHESTERFIELD, MO, 63017-1410

21069  HILDERBRAND, HOWARD, MORGAN, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425

21068  HILDERGRAND, LETHA T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HILDING, TOMMIE R, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  HILDRETH, B J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HILDRETH, B J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HILDRETH, CHARLES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  HILDRETH, CHARLES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HILDRETH, DENNIS W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HILDRETH, DOROTHY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HILDRETH, DOROTHY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HILDRETH, RICHARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HILDRETH, RICHARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HILDRETH, ROLAND, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  HILDRETH, ROLAND, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HILDRETH, SR, WILLIAM, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HILDRETH, SR., WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HILDRETH, WILLIAM H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HILDRETH, WILLIAM H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HILE, ROBERT A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HILEMAN, VIRGIL L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | HILER, JAMES C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HILER, JAMES C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HILES, EARL F, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HILES, ROBIN T, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | HILFERTY, EDWARD, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | HILGART, JR, JOHN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HILGART, PATRICK J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HILGENDORF, DICK, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | HILHOUSE, L C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HILL III, WILLIAM E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HILL JR, WILLIAM M, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21068 | HILL JR., GEORGE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HILL JR., WILLIAM M, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21069 | HILL SR., JAMES W, EDDINS & BENNETT LAW FIRM, 4000 TWIN CITY HIGHWAY, PORT ARTHUR, TX, 77640 |
| 21069 | HILL SR., JAMES W, PROVIZER & PHILLIPS, ATTYS AT LAW, 30200 TELEGRAPH RD STE 200, BINGHAM FARMS, MI, 48025 |
| 21068 | HILL, ALBERT J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21069 | HILL, ALBERT, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965 |
| 21068 | HILL, ALBERT, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300 |
| 21068 | HILL, ALMA, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | HILL, ALONZO, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HILL, ALONZO, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HILL, ANDREW, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | HILL, ANNIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HILL, ANNIE S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HILL, ANNIE S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HILL, ANTHONY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HILL, ANTHONY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HILL, ARTHUR S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HILL, ARTHUR, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |