**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HOLTZMAN, RAYMOND J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HOLUB, JR, LOUIS W, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | HOLUB, JR, LOUIS W, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HOLUB, JR, LOUIS W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOLUBAR, MARVIN D, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | HOLYFIELD, CHARLES, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | HOLYFIELD, EDWARD, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | HOLYFIELD, EDWARD, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | HOLZ, MARVIN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HOLZENDORF, EARL, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | HOLZHAUER, DONALD L, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075 |
| 21068 | HOLZOPFEL, FRANK A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HOLZSCHUHER, SANDRA, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21069 | HOMA, EDWARD, SILVERSMITH & FORCINA, L L C, 131 CONTINENTAL DRIVE, SUITE 108, NEWARK, DE, 19713 |
| 21068 | HOMAN, EDGAR E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HOMAN, SR, EARL H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HOMAN, WAYNE C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | HOMCHOSKY, MICHAEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HOME, THOR W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HOMEL, JR, WILFRED U, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HOMER, DAVID W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HOMER, THOMAS, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | HOMES, BERT V, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | HOMESLEY, LAWRENCE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HOMESLEY, TOMMY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HOMESLEY, TOMMY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HOMME, THOR W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HOMONAI, JOHN S, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21069 | HONAKER, BEN, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636 |
| 21068 | HONAKER, DOUGLAS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HONEA, BILLY D, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | HONEA, BILLY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HONEA, EVELYN M, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | HONEY, SHERMAN L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   HONEYCUTT, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HONEYCUTT, JERRY D, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   HONEYCUTT, JOE, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   HONEYCUTT, JR, SEWELL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HONEYCUTT, JULIUS M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HONEYCUTT, KENNETH C, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   HONEYCUTT, MARTIN D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HONEYCUTT, ROGER, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   HONEYCUTT, SR, WILLIAM D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HONEYCUTT, THOMAS A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HONKOMP, JOSEPH H, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   HONKONEN, CLARENCE A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   HONNAKER, WILLIAM B, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   HONOLD, DAVID P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HONOLD, DAVID P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HONORE, JAMES N, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HONOSKY, PATRICK L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   HONROE, DALTON, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HONSBERGER, NORMAN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   HONSHUL, RUSSELL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HONSINGER, LEROY G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HONSINGER, LEROY G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HOOBYAR, DAVID, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21069   HOOD, ALBERT F, WISE & JULIAN, PC, PO BOX 1108, 3555 COLLEGE AVE, ALTON, IL, 62002

21068   HOOD, ALFORD H, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   HOOD, ALFORD H, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   HOOD, ALLYSON, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   HOOD, ALVIN F, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   HOOD, ALVIN F, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   HOOD, BESSIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOOD, BETTY, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HOOD, CLYDE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HOOD, CLYDE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOOD, CLYDE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HOOD, DAVID G, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   HOOD, DONALD R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21069 | HOOD, DOY E, ANTONIO J TRAMONTANA ATTY AT LAW, 2116 FORSYTHE AVE, MONROE, LA, 71201 |
| 21068 | HOOD, ERNEST H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HOOD, ERNEST H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HOOD, FRED H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | HOOD, FRED, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | HOOD, HERSHEL D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HOOD, HERSHEL D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HOOD, JOSEPH W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HOOD, JOSEPH W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HOOD, JOSEPH W, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530 |
| 21068 | HOOD, JOSEPH, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | HOOD, JR, GEORGE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HOOD, JR, GEORGE, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | HOOD, JR, HERBERT, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | HOOD, JR, JAMES E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HOOD, LINDA J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HOOD, LINDA J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HOOD, MORRIS D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOOD, MORRIS D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HOOD, MYRTLE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | HOOD, MYRTLE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | HOOD, RAYMOND O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOOD, RAYMOND O, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HOOD, ROBERT D, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | HOOD, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HOOD, RONNIE W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HOOD, SHELBY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HOOD, SHELBY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HOOD, SHIRLEY A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HOOD, SR, CHESTER, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HOOD, SR, HERMAN E, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HOOD, TRAVIS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HOOD, TYRON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HOOD, WILLIAM L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HOOD, WILLIAM L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HOOD, WILLIAM L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HOOD, WILLIE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | HOOEVER, JACK M, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | HOOFARD, DENNIS G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | HOOG, RAYMOND, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOOK, ELI, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HOOK, II, JOHN P, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HOOK, WILLIAM B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | HOOKE, RICHARD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOOKE, ROBERT E, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110 |
| 21068 | HOOKER, COLEMAN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HOOKER, EDWARD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HOOKER, HAZEL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HOOKER, JOHNNIE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HOOKER, LEVI, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | HOOKER, ROBERT E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | HOOKER, THOMAS F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HOOKER, WILLIAM B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HOOKER, WILLIAM, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HOOKFIN, JOANN M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HOOKS, BILL E, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | HOOKS, BILL E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HOOKS, CHARLES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | HOOKS, DAVID L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOOKS, DEVON, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | HOOKS, DOROTHY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HOOKS, HELEN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HOOKS, JAMES M, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | HOOKS, JESSE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HOOKS, JESSE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HOOKS, JIMMY E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HOOKS, JOE E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HOOKS, JOEL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HOOKS, JOEL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HOOKS, JOHN O, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | HOOKS, JR, ROBERT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HOOKS, LACY O, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HOOKS, LUTHER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HOOKS, MERL, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | HOOKS, MERL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HOOKS, RONNIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOOKS, THOMAS L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HOOKS, THOMAS R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HOOKS, THOMAS R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HOOKS, THOMAS R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21069   HOOKS, WALLACE, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757

21068   HOOKS, WARREN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HOOLEY, JOHN D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HOOLEY, WILFORD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HOOPAUGH, DAVID P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOOPENGARDNER, JAMES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HOOPER, ANNETTE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HOOPER, CLARENCE E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HOOPER, EARL H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HOOPER, EVELYN J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOOPER, HEDRICK D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HOOPER, JAMES F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOOPER, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HOOPER, JERRY L, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   HOOPER, JERRY W, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   HOOPER, JERRY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HOOPER, PIERCE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21069   HOOPER, ROBERT D, EDDINS & BENNETT LAW FIRM, 4000 TWIN CITY HIGHWAY, PORT ARTHUR, TX, 77640

21069   HOOPER, ROBERT D, PROVIZER & PHILLIPS, ATTYS AT LAW, 30200 TELEGRAPH RD STE 200, BINGHAM FARMS, MI, 48025

21068   HOOPER, ROBERT E, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   HOOPER, RUBY K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HOOPER, RUBY K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HOOPER, VALCIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   HOOPER, VALCIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   HOOPS, ALAN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   HOOPS, CARL R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HOORN, WILLIAM, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HOOTEN, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HOOVEN, LEROY K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HOOVER, ALLEN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HOOVER, BRUCE E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HOOVER, CHARLES V, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HOOVER, CLIFTON A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HOOVER, CURTIS, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   HOOVER, CURTIS, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   HOOVER, DONALD D, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

Svc Lst  Name and Address of Served Party

21068   HOOVER, HAROLD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HOOVER, HAROLD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HOOVER, LLOYD D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   HOOVER, PAUL E, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068   HOOVER, PAUL E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOOVER, PAUL E, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   HOOVER, REXALL G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOOVER, RICHARD, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   HOOVER, RONALD L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HOOVER, RONALD L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HOOVER, SR, DAVID A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   HOOVER, SR, DAVID A, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   HOOVER, WILLIAM H, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HOOVER, WILLIAM H, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   HOPBELL, JAMES A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HOPE SR., MORTON R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HOPE, DONALD H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HOPE, FREDY F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HOPE, JOSEPH, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   HOPE, JR, JOHN J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HOPE, PEARLIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOPE, WILLIE J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HOPEMAN BROTHERS INC, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21069   HOPEMAN BROTHERS INC, DANAHER TEDFORD LAGNESE & NEAL, 21 OAK ST, HARTFORD, CT, 06106-8003

21069   HOPEMAN BROTHERS INC, DANAHER TEDFORD LAGNESE & NEAL, 60 WASHINGTON STREET, HARTFORD, CT, 06106

21068   HOPEMAN BROTHERS INC, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21069   HOPEMAN BROTHERS INC, WHITEFORD TAYLOR PRESTONS, 7 SAINT PAUL ST, BALTIMORE, MD, 21202-1626

21068   HOPKINS, ALBERT D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HOPKINS, ALBERT D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HOPKINS, ALONZO, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   HOPKINS, AMON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HOPKINS, BILLY Z, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOPKINS, C D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    HOPKINS, C D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    HOPKINS, CLIFFORD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HOPKINS, DONALD R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HOPKINS, DONALD S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    HOPKINS, DONALD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    HOPKINS, DOROTHY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    HOPKINS, DOROTHY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    HOPKINS, GARY L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    HOPKINS, GREGORY V, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    HOPKINS, GREGORY V, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    HOPKINS, HAROLD M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HOPKINS, JAMES A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HOPKINS, JAMES C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    HOPKINS, JAMES V, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    HOPKINS, JOHN E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    HOPKINS, JR, CHARLES H, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068    HOPKINS, JUNIOR H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    HOPKINS, KENNETH L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    HOPKINS, LARRY E, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068    HOPKINS, LARRY E, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068    HOPKINS, LARRY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    HOPKINS, LOUIS H, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    HOPKINS, LOUIS H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    HOPKINS, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HOPKINS, MILTON, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    HOPKINS, NATHANIEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    HOPKINS, PATTY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HOPKINS, RAY G, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    HOPKINS, RAY G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    HOPKINS, REESE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HOPKINS, RICHARD D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HOPKINS, RICHARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HOPKINS, ROBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HOPKINS, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HOPKINS, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HOPKINS, ROBERT, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602 |
| 21068 | HOPKINS, SR, CHESTER, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | HOPKINS, SR, CHESTER, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | HOPKINS, SR, JESSE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HOPKINS, SR, JESSIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21069 | HOPKINS, VERLIN D, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226 |
| 21068 | HOPKINS, WALTER G, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | HOPKINS, WILLIAM C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOPKINS, WILLIAM C, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HOPKINS, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HOPKINSON, ROGER, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | HOPP, JAY A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HOPPE, GLENN H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HOPPER, AUBREY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HOPPER, CLIFTON G, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HOPPER, III, SIDNEY W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HOPPER, JAMES C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HOPPER, JAMES T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HOPPER, JAMES T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HOPPER, JANICE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | HOPPER, JANICE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | HOPPER, KENNETH J, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HOPPER, RICHARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HOPPER, TUNNEY, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | HOPPER, TUNNEY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HOPPER, WALTER, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | HOPPER, WALTER, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906 |
| 21068 | HOPPER, WILLIAM, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | HOPSON, BILLY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HOPSON, CECIL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

| | |
|---|---|
| 21068 | HOPSON, CLAUDE M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HOPSON, DENNIS R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOPSON, III, FRANCIS E, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | HOPSON, JAMES A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HOPSON, JAMES A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HOPSON, JAMES M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HOPSON, PAUL J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HOPSON, RUSSELL B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HOPSON, SR, FRANK, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HOPSON, THEODORE R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HOPSON, WILLARD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HOPTON, ALBERT, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21069 | HOPWOOD, WILLIAM J, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757 |
| 21068 | HOPWOOD, WILLIAM J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HORA, RICHARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HORACE, CLARENCE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HORACE, HARVEY E, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | HORACE, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HORAI, EDWARD, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | HORAK, BENJAMIN F, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101 |
| 21068 | HORAK, FRANK, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | HORAK, WESLEY J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HORAN, LAWRENCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HORCHLER, ROBERT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HORCHNER, MARVIN A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HORGAN, THOMAS, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | HORHN, ARCHIE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HORLEY, KATHLEEN W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | HORLEY, KATHLEEN W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | HORN, ALEXANDER, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | HORN, ALTHEA R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HORN, ANDY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | HORN, ANDY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HORN, ANDY, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | HORN, ARA A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HORN, ARA A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HORN, BILLY J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HORN, BILLY J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |

Svc Lst  **Name and Address of Served Party**

21068  HORN, BOBBY C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HORN, BUEL F, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  HORN, BUEL F, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  HORN, CHARLES E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  HORN, FRANK J, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  HORN, GARLAND, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HORN, GEORGE W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HORN, GEORGE W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HORN, HARRY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HORN, HARRY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HORN, HUBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  HORN, JAMES L, GARDNER, MIDDLEBROOKS & FLEMING, 63 N ROYAL STREET, P O DRAWER 3103, MOBILE, AL, 36652-3103

21069  HORN, JAMES L, HUMPHREY, FARRINGTON & MCCLAIN, P C, 221 WEST LEXINGTON, SUITE 400, PO BOX 900, INDEPENDENCE, MO, 64051

21069  HORN, JAMES L, NAKAMURA, QUINN & WALLS, LLP, PATRICK NAKAMURA, 2400 LAKESHORE DR STE 130, BIRMINGHAM, AL, 35209

21068  HORN, JAMES L, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  HORN, JAMES R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  HORN, JOHN D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HORN, JOHN D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HORN, JOHN K, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  HORN, JOSEPH E, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21069  HORN, KAPLAN, GOLDBERG, GORNY & DANIELS, SUITE 500 CITICENTER BUILDING, 1300 ATLANTIC AVENUE, ATLANTIC CITY, NJ, 08401-7231

21069  HORN, LAWSON, 4139 PENNIMAN AVESTE 3, 4139 PENNIMAN AVESTE 3, OAKLAND, CA, 94619-1761

21068  HORN, LAWSON, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21068  HORN, LEONARD W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  HORN, LESLIE K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HORN, LUTHER J, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068  HORN, PHILIP E, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068  HORN, PHILIP E, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  HORN, RICHARD, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  HORN, RUEL, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  HORN, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HORN, WILLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HORN, WOODARD C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HORN, WOODARD C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HORN, WOODROW, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HORN, WOODROW, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

Svc Lst  Name and Address of Served Party

21068  HORNBERGER, JAMES B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HORNBERGER, WILLIAM B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  HORNBERGER, WILLIAM B, SHAW & LEMON, 2723 FAIRMOUNT, DALLAS, TX, 75201

21068  HORNBERGER, WILMER G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HORNBLOWER, ROBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  HORNBUCKLE, BOBBY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  HORNBUCKLE, GUY G, HUMPHREY, FARRINGTON & MCCLAIN, P C, 221 WEST LEXINGTON, SUITE 400, PO BOX 900, INDEPENDENCE, MO, 64051

21069  HORNBUCKLE, GUY G, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084

21068  HORNBUCKLE, JAMES L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HORNBUCKLE, JOHNNIE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HORNBUCKLE, JOHNNIE A, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  HORNBUCKLE, JR, JOHNNY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HORNE, ALVIN R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069  HORNE, BARBARA, GERTLER, GERTLER, VINCENT & PLOTKIN, 127129 CARONDELET STREET, NEW ORLEANS, LA, 70130

21068  HORNE, BILLY E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HORNE, CORA M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HORNE, D L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HORNE, EARL F, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  HORNE, EDITH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HORNE, EDWIN O, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HORNE, EUGENE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  HORNE, EUGENE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HORNE, IZZIE B, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  HORNE, IZZIE B, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  HORNE, JAMES T, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  HORNE, JIMMY, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  HORNE, JIMMY, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  HORNE, JOHN W, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  HORNE, LAURA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HORNE, LAWRENCE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  HORNE, NAOMI D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HORNE, NAOMI D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HORNE, NELLIE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  HORNE, NELLIE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  HORNE, R F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HORNE, R F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HORNE, ROBERT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21069  HORNE, ROBIN L, GERTLER, GERTLER, VINCENT & PLOTKIN, 127129 CARONDELET STREET, NEW ORLEANS, LA, 70130

21068  HORNE, RONNIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HORNE, SAMUEL D, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  HORNE, SAMUEL D, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21069  HORNE, THOMAS M, GERTLER, GERTLER, VINCENT & PLOTKIN, 127129 CARONDELET STREET, NEW ORLEANS, LA, 70130

21068  HORNE, WILLIE W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HORNE, WILLIE W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HORNER, BERNARD G, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  HORNER, CHARLES M, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  HORNER, HERBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HORNER, HERBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HORNER, JESSE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HORNER, JOHN B, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HORNER, JOHN W, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  HORNER, JOHN, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  HORNER, JR, ERIC F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HORNER, SR, LAWRENCE W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  HORNING, GARY D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  HORNSBY, EDRICK, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HORNSBY, LENARD V, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HORNSBY, MARION, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068  HORNSBY, SNOW F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HORNTVEDT, DONALD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HORNTVEDT, DONALD L, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068  HORNUNG, CHARLES, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  HORNYAK, SR, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  HORODECKY, ROBERT, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068  HORODECKY, ROBERT, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068  HOROWITZ, LEONARD H, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  HORRIGAN, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HORSCH, SR, PATRICK H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HORSEY, FLOYD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  HORSEY, FRANK J, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068  HORSLEY, LONZO, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HORSLEY, LONZO, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  HORSLEY, OTHA C, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  HORSTMANN, SR, RALPH C, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  HORSWELL, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HORTEN, JIMMY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HORTEN, JIMMY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HORTEN, RICHARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HORTMAN, DANNY D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HORTON, BAXTON J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HORTON, BENNIE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HORTON, BETTY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HORTON, BILLY C, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  HORTON, BILLY G, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  HORTON, BOBBY L, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  HORTON, C H, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  HORTON, C H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HORTON, DON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HORTON, DON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HORTON, DWIGHT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HORTON, EDDIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  HORTON, EDDIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  HORTON, EUGENE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  HORTON, FRANCES K, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HORTON, GEORGE T, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21069  HORTON, GEORGE T, SHELBY & CARTEE, 2956 RHODES CIRCLE, BIRMINGHAM, AL, 35205

21068  HORTON, HENRY W, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068  HORTON, HENRY W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  HORTON, JAMES A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HORTON, JAMES A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HORTON, JAMES C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HORTON, JAMES D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HORTON, JAMES D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  HORTON, JAMES H, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  HORTON, JAMES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HORTON, JAMES, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  HORTON, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HORTON, JEROLD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HORTON, JOE R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    HORTON, JOE R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HORTON, JOE R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HORTON, JOHNNY M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HORTON, JOHNNY M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HORTON, JOYCE C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    HORTON, JOYCE C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    HORTON, JR, EDGAR, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HORTON, LEE A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    HORTON, LEE A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    HORTON, LEE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    HORTON, MARY L, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HORTON, MELVA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    HORTON, MELVIN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HORTON, MELVIN L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    HORTON, PEGGY S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HORTON, ROBERT G, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    HORTON, ROBERT L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HORTON, SR, JOE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    HORTON, SR, JOE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    HORTON, SR, RAYMOND E, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068    HORTON, SR, RAYMOND E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    HORTON, SR, RAYMOND E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    HORTON, SR., JAMES W, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068    HORTON, STANLEY E, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    HORTON, STANLEY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HORTON, SYLVESTER, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HORTON, W J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HORTON, WESLEY C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HORTON, WILLIE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    HORTON, WILLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HORTON, YVONNE W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HORTZ, JODEE S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HORTZ, JODEE S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HORVAT, JOSEPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    HORVATH, ANDREW J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    HORVATH, BRYAN K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   HORVATH, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HORVATH, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HORVATH, JOSEPH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HORVATH, SANDOR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HORVATH, SR., THOMAS, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   HORVATH, SR., THOMAS, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   HORVATH, THOMAS J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HORVATICH, EMERY A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HOSAR, WILLIAM E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HOSEA, BERTHA A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HOSEA, BERTHA A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HOSEA, IVY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   HOSEA, JAMES C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HOSEK, JERRY A, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   HOSELER, CAMIEL J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HOSEY, AMOS E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HOSEY, DAVID L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HOSEY, DAVID L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HOSEY, EDWIN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HOSEY, FREDDIE R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   HOSEY, FREDDIE R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   HOSEY, GENE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HOSEY, HILMON, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HOSEY, HOWARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HOSEY, HUBERT, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   HOSEY, JIMMY, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   HOSEY, JOHN R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HOSEY, JOHN R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HOSEY, JOHNNY C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HOSEY, JR, HUBERT, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HOSEY, JR, W E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HOSEY, JR, W E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HOSEY, KENNETH R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOSEY, LEVELL, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HOSEY, LIMMIE M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Svc Lst  Name and Address of Served Party**

21068   HOSEY, OTTIS L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HOSEY, OTTIS L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HOSEY, PETE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOSEY, SR, EDDIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOSEY, WILLIAM O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HOSEY, WILLIAM O, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HOSFORD, MATTIE L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HOSHOVSKYJ, WOLODYMYR, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   HOSKINS, DOVIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HOSKINS, GERALD K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOSKINS, JAMES, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   HOSKINS, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOSKINS, JOHN M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HOSKINS, JR, WILBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOSKINS, OLLIE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   HOSKINS, SR, JACOB, LAW OFRRICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   HOSKINS, SR, JACOB, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOSKINSON, JR, MERNA C, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   HOSLEY, MATTIE L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HOSLEY, MATTIE L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HOSMAN, GERALD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   HOSMER, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOSMER, MAYNARD C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOSMER, ROBERT O, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   HOSMER, WALTER V, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOSS, MILTON H, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   HOSSACK, ERIC P, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   HOSSACK, ERIC P, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   HOST, HENRY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   HOST, HENRY, JOHN J DUFFY & ASSOCIATES, 23823 LORAIN ROAD, SUITE 270, NORTH OLMSTED, OH, 44070

21068   HOSTETLER, GILBERT, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068   HOSTETLER, JOHN, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HOSTETLER, JOHN, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

Svc Lst  Name and Address of Served Party

21068   HOSTETLER, JOSEPH, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HOSTETLER, JOSEPH, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   HOSTETTER, ROBERT L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   HOSTON, ROBERT L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HOSTUTTLER SR., GARY L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HOSWELL, JOHN J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HOTALING, HAROLD, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   HOTARD, SR, FRANCIS A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HOTARD, WALTER J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HOTKIEWICZ, MARVIN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   HOTT, HOMER H, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   HOTT, SYLVESTER E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOTTINGER, CLARENCE W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HOUCHINS, CHARLES R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HOUCK, BURNESE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOUCK, FAY B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HOUCK, FAY B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HOUCK, FRED H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOUCK, JOHN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   HOUCK, KATHRYN M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOUCK, ROLAND E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOUCK, SR, WALTER, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HOUCK, SR, WALTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOUGH, JACK W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HOUGH, JR, JAMES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HOUGH, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HOUGHTON, HENRY M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOUGHTON, JAMES, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HOUGHTON, JAMES, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   HOUGHTON, LESTER, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069   HOUGHTON, ROBERT, CHARLES V MARSHALL, ATTY, 1010 MARKET ST STE 1650, ST LOUIS, MO, 63101

21068   HOUGLAND, GEORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HOUK, JAMES C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  HOUK, JAMES E, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068  HOUK, LEROY, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  HOULEHAN, FRANK, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HOULSEN, SR, ALBERT D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HOULSEN, SR, ALBERT D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HOUPT, DEAN, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  HOUPT, DEAN, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  HOUPT, GERALD R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HOUSAND, FRED P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HOUSAND, PATRICK D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HOUSCHOLDER, LEORY J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HOUSE, ALBERT, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  HOUSE, ALBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HOUSE, ALBERT, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  HOUSE, CHARLES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HOUSE, CHARLES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HOUSE, CHARLES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HOUSE, EARNEST D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HOUSE, ED, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  HOUSE, ED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HOUSE, ED, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  HOUSE, HARVEY L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HOUSE, HARVEY L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HOUSE, HECTOR, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HOUSE, ISAIAH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HOUSE, JOHN L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HOUSE, MARVIN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  HOUSE, PAUL L, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  HOUSE, ROBERT J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HOUSE, VERGAL, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  HOUSE, VIRGINIA L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HOUSE, WILBUR D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HOUSE, WILLIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  HOUSEHOLDER, RAYMOND E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  HOUSER, DANIEL R, TORTORETI, TOMES & CALLAHAN, PHILLIP A TORTORETI, ESQ, 150B TICES LANE, EAST BRUNSWICK, NJ, 08816-2015

21068  HOUSER, LYNN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | HOUSLEY, CARL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HOUSLEY, DEXTER H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | HOUSLEY, ELGIN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | HOUSLEY, ELGIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HOUSLEY, GEORGE L, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | HOUSLEY, HOBERT, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | HOUSLEY, JESSE W, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | HOUSLEY, MARION C, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | HOUSLEY, MARION C, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | HOUSLEY, MARION C, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | HOUSLEY, NATHANIEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HOUSLEY, NATHANIEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HOUSMAN, CHARLES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOUSMAN, CHARLES L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | HOUSTIN, EDWARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HOUSTON, A  G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HOUSTON, ANNIE B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | HOUSTON, ANNIE B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | HOUSTON, CALVIN, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HOUSTON, DORA A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HOUSTON, DORA A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HOUSTON, DOROTHY R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | HOUSTON, DOROTHY R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | HOUSTON, ELEPHAIR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOUSTON, FRED B, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603 |
| 21068 | HOUSTON, FRED B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | HOUSTON, H G, HARRISON, KEMP & JONES, LLP, 3800 HOWARD HUGHES PARKWAY, 17TH FL, LAS VEGAS, NV, 89109 |
| 21068 | HOUSTON, HAROLD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HOUSTON, HENRY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | HOUSTON, HOYT O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOUSTON, HOYT O, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HOUSTON, JAMES E, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HOUSTON, JAMES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HOUSTON, JAMES E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HOUSTON, JERRY M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HOUSTON, JOSEPH A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |

Svc Lst  **Name and Address of Served Party**

21068   HOUSTON, JOSEPH A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HOUSTON, JR, ADDISON L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOUSTON, JR, JAMES, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HOUSTON, JR, LLOYD A, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HOUSTON, LAWRENCE D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HOUSTON, MARCUS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HOUSTON, MARCUS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HOUSTON, MARY G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOUSTON, RENA, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   HOUSTON, RICHARD, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   HOUSTON, RICHARD, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   HOUSTON, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HOUSTON, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HOUSTON, RONALD L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOUSTON, RONALD, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   HOUSTON, ROY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HOUSTON, ROY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HOUSTON, RUDOLPH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HOUSTON, RUDOLPH, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   HOUSTON, SAM J, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068   HOUSTON, SR, HENRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HOUSTON, TERRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HOUSTON, TERRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HOUSTON, WILLIAM D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069   HOUSTON, WILLIAM T, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965

21068   HOUSTON, WOODROW, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOUX, MERLE, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   HOUYOU, JOHN, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068   HOUZE, ROOSEVELT C, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   HOVDEN, CHARLES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HOVEN, HARMON P, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOVEN, LELON C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   HOVEN, LELON C, RICHARD F PATE & ASSOCIATES PC, PO DRAWER 1308, 56-58 S CONCEPTION ST, MOBILE, AL, 36633

21068   HOVER, JOHN, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   HOVER, JOHN, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   HOVER, JOHN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | HOVER, WAYNE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOVERMALE, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HOVEY, GLEN L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HOVEY, NANCY E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HOVEY, NANCY E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HOVEY, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HOVEY, ROBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HOVIS, JOSEPHINE H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21069 | HOWARD MURPHY (DECEASED), OSCAR, DOROTHY MURPHY, HC 52 BOX 352, HEMPHILL, TX, 75948 |
| 21068 | HOWARD, ALFRED, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HOWARD, ANDREW B, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | HOWARD, ANNETTE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HOWARD, ANNETTE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HOWARD, ARTHUR, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | HOWARD, ARTHUR, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HOWARD, AUBREY, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | HOWARD, AUBREY, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906 |
| 21068 | HOWARD, BARNEY D, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HOWARD, BARNEY D, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HOWARD, BERNICE E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | HOWARD, BERNICE E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | HOWARD, BERTHA A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HOWARD, BERTHA A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HOWARD, BEULAH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HOWARD, BEULAH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HOWARD, BRUCE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HOWARD, CAMERON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | HOWARD, CECIL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HOWARD, CHARLES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HOWARD, CHARLES, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HOWARD, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HOWARD, CHARLES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HOWARD, CHARLIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HOWARD, CHARLIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HOWARD, CHARLIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HOWARD, CLAUDE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | HOWARD, CLAYTON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HOWARD, CULLEN W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HOWARD, DAVID, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | HOWARD, DEBRA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HOWARD, DEBRA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HOWARD, DONNA E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HOWARD, DONNA E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HOWARD, EDWARD F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HOWARD, EDWARD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | HOWARD, EDWARD, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | HOWARD, ESCO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HOWARD, EUGENE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HOWARD, FLOYD, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HOWARD, FRANKLIN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HOWARD, FRANKLIN, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653 |
| 21068 | HOWARD, FRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HOWARD, GAIL G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HOWARD, GAIL G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HOWARD, GEORGE A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HOWARD, GEORGE B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | HOWARD, GEORGE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | HOWARD, GLEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HOWARD, GLORIA D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HOWARD, GLORIA D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HOWARD, GORDON F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | HOWARD, GUSTA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HOWARD, HARMON F, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | HOWARD, J J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HOWARD, JAMES C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | HOWARD, JAMES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | HOWARD, JAMES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21069 | HOWARD, JAMES, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902 |
| 21068 | HOWARD, JAMES, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | HOWARD, JAMES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HOWARD, JAMES, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    HOWARD, JEANETTE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HOWARD, JEANETTE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HOWARD, JIMMY, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068    HOWARD, JOE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    HOWARD, JOHN D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    HOWARD, JOHN H, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    HOWARD, JOHN H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HOWARD, JOHN H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HOWARD, JOHN R, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    HOWARD, JOHN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    HOWARD, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HOWARD, JOHN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    HOWARD, JOHN, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    HOWARD, JOHN, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    HOWARD, JOHNNY H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    HOWARD, JOHNNY R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069    HOWARD, JOSEPH C, LAW OFFICES OF ALAN K PETRINE, 2400 SOUTH DIXIE HIGHWAY, SUITE 105, MIAMI, FL, 33186

21069    HOWARD, JOSEPH C, LAW OFFICES OF ALAN K PETRINE, 2937 SW 27TH AVE, MIAMI, FL, 33133-3772

21068    HOWARD, JOSEPH, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068    HOWARD, JR, BRYAN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HOWARD, JR, DAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HOWARD, JR, GEORGE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    HOWARD, JR, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HOWARD, JR, GEORGE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068    HOWARD, JR, ISSAC, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HOWARD, JR, LUTHER B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HOWARD, JR, LUTHER B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HOWARD, JR, WALTER L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HOWARD, JULIA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HOWARD, JULIA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HOWARD, KENT, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068    HOWARD, KESSELL C, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    HOWARD, L C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    HOWARD, LAIN, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068    HOWARD, LARRY R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HOWARD, LARRY W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HOWARD, LEWIS, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

Svc Lst  **Name and Address of Served Party**

21068   HOWARD, MADISON H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HOWARD, MELDA F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HOWARD, MELDA F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HOWARD, MICHAEL D, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   HOWARD, MICHAEL D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HOWARD, MICHAEL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HOWARD, MILDRED, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HOWARD, MYRON N, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HOWARD, MYRON N, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HOWARD, NORMAN F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HOWARD, NORRIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   HOWARD, OWEN C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HOWARD, OWEN C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HOWARD, PATRICIA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HOWARD, PRESLEY, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   HOWARD, RAY A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HOWARD, RAY A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HOWARD, RAYMOND, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HOWARD, RAYMOND, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HOWARD, RICHARD B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HOWARD, RICHARD B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HOWARD, RICHARD J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HOWARD, RICHARD L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HOWARD, RICHARD M, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   HOWARD, RICHARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HOWARD, RICKEY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HOWARD, ROBBIE S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HOWARD, ROBBIE S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HOWARD, ROBERT C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOWARD, ROBERT J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HOWARD, ROBERT P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HOWARD, ROBERT, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   HOWARD, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOWARD, RONALD E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

Svc Lst  Name and Address of Served Party

21068  HOWARD, ROOSEVELT, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  HOWARD, ROOSEVELT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HOWARD, ROOSEVELT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HOWARD, ROY C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HOWARD, ROY C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HOWARD, ROY, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  HOWARD, RUBEN, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  HOWARD, RUBY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HOWARD, RUBY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HOWARD, SAM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HOWARD, SEGAR J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  HOWARD, SR, BILLY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HOWARD, SR, BILLY L, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  HOWARD, SR, DWIGHT F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HOWARD, SR, ERNEST, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HOWARD, SR, JAMES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HOWARD, SR, JESSIE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HOWARD, SR, JEWEL B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HOWARD, STANLEY M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  HOWARD, TERRY R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HOWARD, THEODORE O, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  HOWARD, THERON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  HOWARD, VONDELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HOWARD, WALTER C, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  HOWARD, WALTER J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  HOWARD, WESLEY N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HOWARD, WILLIAM E, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068  HOWARD, WILLIAM K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  HOWARD, WILLIAM L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HOWARD, WILLIAM L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HOWARD, WILLIAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  HOWARD, WILLIE C, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  HOWARD, WILLIE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  HOWARD, WILLIE N, 3101 MADELINE ST, OAKLAND, CA, 94602

21068  HOWARD, WILLIE N, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21068  HOWARD, WILLIE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 HOWARD, WYNONIA S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 HOWARD, WYNONIA S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 HOWARD, ZACHARY D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068 HOWARTH, RAYMOND, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068 HOWE, CHARLIE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 HOWE, CHARLIE C, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068 HOWE, DONALD W, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068 HOWE, JOHN, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068 HOWE, JUNE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 HOWE, KIMBALL, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21069 HOWE, RICHARD F, HANEMANN & BATEMAN, STATE & SAWYER BUILDING SUITE 101, 2120 STATE AVENUE N E, OLYMPIA, WA, 98506

21068 HOWE, ROBERT W, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068 HOWE, RONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 HOWEL, WILLIAM E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 HOWEL, WILLIAM E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 HOWELL, BURLEY W, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068 HOWELL, CARLOS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 HOWELL, CARLOS E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068 HOWELL, CATHERINE B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 HOWELL, CATHERINE B, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068 HOWELL, CHARLES M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 HOWELL, CHARLES N, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068 HOWELL, CONNIE S, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068 HOWELL, CONNIE S, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068 HOWELL, DARRELL M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 HOWELL, DAVID G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 HOWELL, DAVID G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 HOWELL, DAVID W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 HOWELL, DENNIS R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 HOWELL, DENVER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069 HOWELL, DONALD, CHILDS, BISHOP & WHITE, 310 N LINCOLN, ODESSA, TX, 79761

21069 HOWELL, DONALD, MCPHERSON MONK HUGHES BRADLEY & WIMBERLEY, 3120 CENTRAL MALL DRIVE, PORT ARTHUR, TX, 77642

21068 HOWELL, DONELL J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068 HOWELL, EDMOND N, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

Svc Lst  **Name and Address of Served Party**

21068   HOWELL, EDMOND N, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   HOWELL, EDMUND, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   HOWELL, EDMUND, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOWELL, EDMUND, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HOWELL, ERNEST, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HOWELL, ERNEST, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   HOWELL, FARRIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOWELL, GEORGE W, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   HOWELL, HAROLD K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOWELL, HENRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HOWELL, HERSHEL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HOWELL, III, THOMAS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HOWELL, ISAAC, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HOWELL, J O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HOWELL, J O, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HOWELL, JAMES D, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HOWELL, JAMES D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HOWELL, JAMES D, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   HOWELL, JAMES L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HOWELL, JAMES L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOWELL, JAMES L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HOWELL, JANICE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   HOWELL, JERRY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HOWELL, JESSE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HOWELL, JOHN B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOWELL, JOHN C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOWELL, JR, CLARENCE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   HOWELL, KEITH R, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068   HOWELL, KENNETH R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HOWELL, LARRY L, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   HOWELL, LESTER, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HOWELL, LINDELL L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOWELL, MARSHALL S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HOWELL, MELVIN G, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   HOWELL, O Z, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HOWELL, OSCAR, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | HOWELL, RAY N, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | HOWELL, RAYBERT A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21069 | HOWELL, RAYBERT A, JOHN J DUFFY & ASSOCIATES, 23823 LORAIN ROAD, SUITE 270, NORTH OLMSTED, OH, 44070 |
| 21068 | HOWELL, ROBBIE S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HOWELL, ROBBIE S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HOWELL, ROBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | HOWELL, SR, THOMAS W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | HOWELL, STELLA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HOWELL, SYLVESTER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | HOWELL, SYLVESTER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | HOWELL, THOMAS R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | HOWELL, WADE H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HOWELL, WILLIAM H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HOWELL, WILLIAM M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | HOWELL, WILLIAM, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HOWELL, WILLIAM, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HOWELL, WINFORD D, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | HOWELL, WINFORD D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | HOWELL, WINSTON D, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | HOWELLS, OSCAR D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HOWEN, GEORGE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | HOWER, BERNARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HOWER, BERNARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HOWERBUSH, HARRY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | HOWERDEL, DAVID L, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |
| 21068 | HOWERDEL, DAVID L, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | HOWERTON, EARL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | HOWERTON, EARL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HOWERTON, PHILLIP, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | HOWERY, SAM E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HOWGATE, ROGER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | HOWIE, BOBBY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | HOWIE, BOBBY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21069 | HOWINGTON, FRED W, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425 |

**Svc Lst   Name and Address of Served Party**

21068   HOWLAND, MARVIN E, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   HOWLAND, VIRGINIA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HOWLETT, PETER, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   HOWLINGWOLF, RODNEY, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   HOWMAN, JR, WILLIAM, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   HOWRIGAN, JOHN J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   HOWTON, DAVID E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOWTON, J F, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HOWZE, ELIJAH, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   HOWZE, FRANKIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HOWZE, LARRY C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HOWZE, LARRY C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HOWZE, LINDA H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOWZE, MAGGIE G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOWZE, OLLIE, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   HOY, JR, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HOY, JR, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HOYDA, JOSEPH J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HOYDA, JOSEPH J, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   HOYETT, ROBERT L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HOYLAND, ROBERT J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HOYLE, GRIFFIN N, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HOYLE, JIMMY B, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   HOYNOSKI, WAYNE E, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   HOYRD, JR, PERCY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HOYT, HENRY F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HOYT, JAMES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HOYT, JAMES L, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   HOYT, KENNETH H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HOYT, LAHOMA M, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HOYT, LAHOMA M, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   HOYT, LAVERNE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HOYT, LAVERNE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HOYT, THOMAS E, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   HOYT, THOMAS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HRABCSAK, CHARLES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HRABCSAK, CHARLES, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

Svc Lst   Name and Address of Served Party

21068    HRABOSKY, WILLIAM, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068    HRAMEC, JOHNNY A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HRBACEK, PAUL V, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068    HRELJA, ANTHONY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    HRIBAR, STANLEY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    HRIVANK, JACK, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069    HROUDA, BEATRICE A, WEISFUSE & WEISFUSE, 420 LEXINGTON AVE STE 2328, NEW YORK, NY, 10170

21068    HROVAT, MARTIN L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    HROVAT, WILLIAM V, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HROVATIN, JAMES, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068    HRUSKA, MICHAEL A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    HRUSOVSKY, WILLIAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    HRYHORCHUK, JACK E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HRYWKIW, ELMER, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    HRYWKIW, ELMER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HUAL, RICHARD S, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    HUBAND, L S, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HUBBARD, ANDREW, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068    HUBBARD, CHARLIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HUBBARD, DONALD R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    HUBBARD, DUDLEY D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    HUBBARD, EDWARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    HUBBARD, ERNEST J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HUBBARD, ERNEST, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    HUBBARD, ERNEST, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    HUBBARD, ERROL L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    HUBBARD, ERVIN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HUBBARD, ERVIN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HUBBARD, HOMER E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HUBBARD, IRA S, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    HUBBARD, JOHN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068    HUBBARD, JOHN, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    HUBBARD, JOHN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    HUBBARD, JR, GUS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst  Name and Address of Served Party

---

21069  HUBBARD, JR, LORA, GREEN & BLACK LLP, 440 LOISIANNA, 200 LYRIC CENTRE, HOUSTON, TX, 77002

21068  HUBBARD, JR, LORA, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  HUBBARD, JR., DAN, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21069  HUBBARD, KENNETH, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266

21069  HUBBARD, KENNETH, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309

21068  HUBBARD, KENNETH, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  HUBBARD, LEROY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HUBBARD, LEROY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HUBBARD, MERRILL G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  HUBBARD, MERRILL G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HUBBARD, MILES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HUBBARD, NOLAN L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HUBBARD, OLIVER, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068  HUBBARD, RANDALL W, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  HUBBARD, RODNEY E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HUBBARD, ROYCE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HUBBARD, ROYCE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HUBBARD, RUBY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  HUBBARD, RUBY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HUBBARD, RUBY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  HUBBARD, SAM, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HUBBARD, STEPHEN A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HUBBARD, STEPHEN A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HUBBARD, THOMAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HUBBARD, ZORA O, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  HUBBARD, ZORA O, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  HUBBELL, EDWARD O, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HUBBERT, BRADLEY, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068  HUBBLE, VANCE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HUBBLE, VANCE C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HUBBLE, WAYNE D, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  HUBBS, CARL A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  HUBBS, JOSEPH W, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068  HUBENSCHMIDT, J M, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  HUBER, ALFRED R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  Name and Address of Served Party

21068   HUBER, EDWARD W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HUBER, EDWARD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   HUBER, GEORGE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   HUBER, NORMAN, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   HUBER, RAYFORD W, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   HUBER, RAYFORD W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUBER, RAYFORD W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HUBER, STEVE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HUBER, VERNON B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HUBER, WALTER J, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   HUBERT, DONALD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HUBERT, DONALD L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUBERT, DONALD L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HUBERT, DONALD, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   HUBERT, EDGAR, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HUBERT, HENRY, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HUBERT, LONNIE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HUBERT, LONNIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUBERT, LONNIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUBERT, RICHARD, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   HUBERT, SR, DALE L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   HUBLEY, LEROY R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HUCK, GEORGE, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HUCK, WILLIAM O, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   HUCKABY, BRENDA O, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUCKABY, BUFUS L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   HUCKABY, BUFUS L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   HUCKABY, CRAWFORD, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   HUCKABY, CRAWFORD, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   HUCKABY, ERNEST J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUCKABY, JOHN M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUCKABY, LILLIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HUCKABY, LILLIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HUCKABY, MELVIN O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   HUCKABY, TONY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HUCKABY, TONY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HUCKEBA, CHRISTINE N, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   HUCKEBA, CHRISTINE N, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   HUCKEBA, JOSEPH L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   HUCKEBA, JOSEPH L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   HUDACH, JOSEPH J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HUDAK, DAVID M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUDAK, MARTIN J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HUDAK, MARTIN J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HUDAK, STEPHEN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUDDLESTON, A  B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUDDLESTON, BILLY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HUDDLESTON, DAN R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUDDLESTON, JOHN L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUDDLESTON, JOHN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HUDDLESTON, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUDDLESTON, LORAIN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   HUDDLESTON, LORNE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   HUDDLESTON, WILLIE J, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   HUDDLESTUN, ALBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HUDDY, GUY, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   HUDDY, JOSEPH, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   HUDDY, MILLARD, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   HUDDY, MILLARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HUDDY, WAYNE, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   HUDGENS, JOEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HUDGENS, ODIS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HUDGENS, RAY C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUDGENS, RAY C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HUDGENS, ROBERT W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HUDGINS, ELEANOR C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HUDGINS, ELEANOR C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HUDGINS, JOE H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HUDGINS, JOE H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HUDGINS, MARY J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HUDGINS, MARY J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HUDGINS, ROY W, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | HUDNALL, CORBETT D, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | HUDNALL, JACK W, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21068 | HUDNALL, JACK W, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | HUDNALL, JACK W, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | HUDNALL, JAMES, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HUDNALL, JOHN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | HUDNALL, SAMUEL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HUDOCK, WILLIAM T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HUDSON, ALBERT B, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | HUDSON, ALICE P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | HUDSON, ANGELEAN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HUDSON, BARBARA A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | HUDSON, BENJAMIN, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | HUDSON, BENJAMIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | HUDSON, BENJAMIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | HUDSON, BERNICE R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HUDSON, BERNICE R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HUDSON, BILLY F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HUDSON, BILLY F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | HUDSON, BILLY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HUDSON, BRUCE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | HUDSON, CALLIE L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | HUDSON, CALLIE L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | HUDSON, CLARANCE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | HUDSON, CLARENCE E, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21069 | HUDSON, CLARENCE, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712 |
| 21068 | HUDSON, CLARENCE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21069 | HUDSON, DALE L, KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701 |
| 21068 | HUDSON, DAN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | HUDSON, DAVID, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | HUDSON, DOLA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | HUDSON, DOLA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | HUDSON, DONALD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | HUDSON, DONALD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21069 | HUDSON, DORSEY F, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115 |
| 21068 | HUDSON, EARL L, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940 |

WR Grace PI

**Svc Lst  Name and Address of Served Party**

21068   HUDSON, EDSEL A, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21069   HUDSON, ELMORE, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068   HUDSON, ENNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HUDSON, EVELYN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21069   HUDSON, FRANKLIN D, 112 S EVENSIDE, HENDERSON, TX, 75654

21068   HUDSON, FRANKLIN D, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21069   HUDSON, GARRY L, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068   HUDSON, GARY T, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   HUDSON, GEORGE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HUDSON, GLYNN R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HUDSON, GLYNN R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HUDSON, HARRY G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HUDSON, HARRY G, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   HUDSON, HARRY S, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   HUDSON, HAZE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HUDSON, HERMAN R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HUDSON, HINKSTON T, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   HUDSON, HOSEA H, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HUDSON, HOSEA H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUDSON, HOSEA H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUDSON, HOWARD D, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   HUDSON, HOWELL G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HUDSON, HULON C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HUDSON, HURCIL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HUDSON, JAMES H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUDSON, JAMES H, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21069   HUDSON, JAMES L, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068   HUDSON, JAMES L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUDSON, JAMES M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUDSON, JAMES M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HUDSON, JAMES T, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HUDSON, JAMES T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HUDSON, JAMES W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   HUDSON, JAMES, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068   HUDSON, JEANETTE, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

Svc Lst  **Name and Address of Served Party**

21068   HUDSON, JEANETTE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   HUDSON, JERRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HUDSON, JIMMY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HUDSON, JIMMY L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HUDSON, JIMMY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HUDSON, JOHN O, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   HUDSON, JOHN O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUDSON, JOHN O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUDSON, JOHN O, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HUDSON, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HUDSON, JOHNNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HUDSON, JOHNNY R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HUDSON, JOHNNY R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HUDSON, JOSHUA, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HUDSON, JOSHUA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUDSON, JOSHUA, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUDSON, JR, JAMES W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HUDSON, JR, RICHARD, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HUDSON, L B, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HUDSON, L B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUDSON, LARRY G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HUDSON, LARRY N, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   HUDSON, LARRY N, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   HUDSON, LEONARD A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HUDSON, LEVERT M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HUDSON, LILA L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HUDSON, LISKER D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HUDSON, MAIBEN, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   HUDSON, MAIBEN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HUDSON, MARY V, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HUDSON, MATTIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HUDSON, MCKINLEY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HUDSON, MELVIA C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HUDSON, MELVIA C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HUDSON, MELVIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  **Name and Address of Served Party**

21068   HUDSON, MELVIN, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   HUDSON, MICHAEL L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HUDSON, MONTGOMERY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUDSON, MYRA A, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   HUDSON, MYRA A, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   HUDSON, OLLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HUDSON, OLLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HUDSON, PAUL J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HUDSON, RICHARD C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HUDSON, RICHARD E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HUDSON, RICHARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   HUDSON, ROBERT C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   HUDSON, ROBERT E, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   HUDSON, ROBERT L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HUDSON, RODNEY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HUDSON, RONALD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HUDSON, RONALD G, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   HUDSON, RONALD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HUDSON, RONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUDSON, ROY, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   HUDSON, ROYCE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUDSON, RUFUS R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   HUDSON, SARAH R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUDSON, SR, EDD B, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HUDSON, SR, JAMES T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HUDSON, SYLVIA Y, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HUDSON, SYLVIA Y, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HUDSON, THOMAS H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HUDSON, TIMOTHY J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HUDSON, TOMMIE L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HUDSON, VESTA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   HUDSON, VESTA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   HUDSON, WALTER E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HUDSON, WALTER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HUDSON, WILLIAM D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Svc Lst  Name and Address of Served Party**

21068  HUDSON, WILLIAM H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  HUDSON, WILLIAM, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  HUDSON, WILLIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HUDSON, WILLIE R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  HUDSON, WILLIE, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068  HUDSONBEY, JAMES, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  HUDSONPILLAR, RALPH, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  HUDSPETH, GWYNN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HUDSPETH, JAMES K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  HUDSPITH, EDWARD, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084

21068  HUDSPITH, EDWARD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  HUEBNER, ALBERT A, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21069  HUEBNER, JOHN F, PEYTON PARENTI WHITTINGTON & FAHRENZ, 2801 FIRST AVENUE, PO BOX 216, NITRO, WV, 25143

21068  HUEBNER, JR, FRED A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HUEBNER, JR, FRED A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069  HUELSMAN, ALLEN, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068  HUELSMAN, ARLO, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068  HUELSMAN, BOBBY L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  HUELSMANN, ROBERT S, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  HUERKAMP, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  HUERTA, DANIEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HUETT, VANCE L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  HUETT, VANCE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HUETT, VANCE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HUEY, FULTON, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  HUEY, GRADON E, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  HUEY, JACK, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HUEY, JACK, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HUEY, JOE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  HUEY, JOE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HUEY, RALPH, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  HUEY, TOM, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HUEY, TOM, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  HUFENDICK, HERBERT, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068  HUFF, AARON L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  HUFF, ALICE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   HUFF, ALICE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   HUFF, BERTHA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUFF, BOBBIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUFF, CLYDE V, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   HUFF, COLLIN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HUFF, COLLIN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HUFF, DANNY C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   HUFF, DAVID, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUFF, DON, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   HUFF, DON, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   HUFF, EDMUND, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HUFF, JAMES B, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   HUFF, JAMES E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HUFF, JAMES, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068   HUFF, JESSE B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HUFF, JOHN A, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   HUFF, LARRY R, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   HUFF, MICHAEL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HUFF, THOMAS, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068   HUFF, WALTER L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HUFF, WALTER L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HUFFER, ROY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   HUFFMAN, ALLEN, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   HUFFMAN, BILLY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   HUFFMAN, CECIL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HUFFMAN, DAVID, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   HUFFMAN, EARL W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUFFMAN, GARRETT, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068   HUFFMAN, HOMER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HUFFMAN, JAMES, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HUFFMAN, JERRY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HUFFMAN, JERRY D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   HUFFMAN, JERRY E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HUFFMAN, JOHN A, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   HUFFMAN, KENT N, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

Svc Lst  Name and Address of Served Party

21068   HUFFMAN, LARRY R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUFFMAN, LARRY R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069   HUFFMAN, LEONARD E, CASEY, GERRY, CASEY, 110 LAUREL STREET, SAN DIEGO, CA, 92101-1486

21069   HUFFMAN, LEONARD E, LAW OFFICES OF DWIGHT F RITTER, 170 LAUREL STREET, SAN DIEGO, CA, 92101

21068   HUFFMAN, MARKIE L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HUFFMAN, MICHAEL W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUFFMAN, MICHAEL W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HUFFMAN, ROBERT, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   HUFFMAN, TIMOTHY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUFFMAN, WILLIAM E, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   HUFFSTETLER, EUGENE D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HUFFSTETLER, FRANK H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HUFFSTETLER, GUY D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HUFFSTETLER, JIMMY, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   HUFFSTULTER, WILLIAM H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUFHAM, VERNE L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   HUFHAM, VERNE L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   HUFSTETLER, LEONARD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HUFT, LEO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HUGATE, SILAS R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HUGE, GORDON W, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HUGE, GORDON W, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   HUGE, JOHN H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069   HUGGARD, FRANK A, CRIPPEN & CLINE LC, 10 WEST 100 S STE 425, SALT LAKE CITY, UT, 84101

21068   HUGGARD, FRANK A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HUGGETT, DONALD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   HUGGETT, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   HUGGINS, AUDIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HUGGINS, ERMA, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HUGGINS, HARTSEL L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HUGGINS, JIMMY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   HUGGINS, JR, BRUNO, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUGGINS, JUNIOR, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   HUGGINS, LOUISE, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

Svc Lst  Name and Address of Served Party

21068   HUGGINS, ROGER, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   HUGGINS, ROGER, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   HUGGINS, WILLIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   HUGGINS, WILLIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   HUGHART, STEVEN, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21069   HUGHES JR., REX L, THE GALLAGHER LAW FIRM, RUSSELL SARAFIN, 777 WALKER  STE 2500, HOUSTON, TX, 77002

21068   HUGHES SR., WALTER D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HUGHES, A C, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   HUGHES, ABYON D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUGHES, ABYON D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HUGHES, ALAN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HUGHES, ALAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUGHES, ALPHONSO, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HUGHES, ANDREW J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HUGHES, ANNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HUGHES, ARLANDA, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HUGHES, ARTHUR A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HUGHES, ARTHUR L, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21069   HUGHES, BARBARA E, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940

21068   HUGHES, BILL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   HUGHES, BILLY, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   HUGHES, CALVIN E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HUGHES, CARROLL E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   HUGHES, CHARLES, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068   HUGHES, CHARLES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUGHES, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HUGHES, CHARLES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HUGHES, CHARLES, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   HUGHES, CHARLES, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068   HUGHES, CHARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HUGHES, CHESTER, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HUGHES, CLARENCE A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUGHES, CLARENCE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

**Svc Lst  Name and Address of Served Party**

21068    HUGHES, CLARENCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HUGHES, CLARENCE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    HUGHES, CORINE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HUGHES, CURTIS M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HUGHES, DAVID R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HUGHES, DONALD D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    HUGHES, DOROTHY M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    HUGHES, DOROTHY M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    HUGHES, EARNEST, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    HUGHES, EARNESTINE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    HUGHES, ED H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HUGHES, ED H, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    HUGHES, EDDIE R, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068    HUGHES, ENNIS H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HUGHES, ERNEST, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    HUGHES, FRANCES, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068    HUGHES, FRANKLIN D, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    HUGHES, FREDDIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HUGHES, FREDERICK, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    HUGHES, GENE B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069    HUGHES, GEORGE W, ROBERT PIERCE & ASSOCIATES, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219-1918

21068    HUGHES, GLADYS B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    HUGHES, GLADYS B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    HUGHES, GORDON W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    HUGHES, GORDON W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    HUGHES, HAMES, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068    HUGHES, HARRY E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    HUGHES, HARRY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    HUGHES, HENRY D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    HUGHES, HUDSON D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HUGHES, HUDSON D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HUGHES, HUGH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    HUGHES, HUGH, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069    HUGHES, JACK C, JABLINSKI, FOLINO, ROBERTS & MARTIN, HISTORIC HUFFMAN HOUSE, 214 W MONUMENT AVE, DAYTON, OH, 45402-3015

21068    HUGHES, JACK C, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

**Svc Lst   Name and Address of Served Party**

21068   HUGHES, JACKIE L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HUGHES, JAMES H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HUGHES, JAMES L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUGHES, JAMES, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HUGHES, JESSE M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HUGHES, JESSE M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   HUGHES, JESSIE H, GLASSMAN, EDWARDS, WADE AND WYATT, PC, 26 N SECOND ST, MEMPHIS, TN, 38103

21068   HUGHES, JIMMIE L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   HUGHES, JIMMIE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUGHES, JIMMIE L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   HUGHES, JIMMY L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   HUGHES, JOE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HUGHES, JOE, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   HUGHES, JOHN E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HUGHES, JOHN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HUGHES, JOHN H, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   HUGHES, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HUGHES, JOHN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   HUGHES, JOHN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUGHES, JOHN, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   HUGHES, JOSEPH J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HUGHES, JR, JAMES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HUGHES, JR, JAMES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HUGHES, JR, JOHN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   HUGHES, KENNETH, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   HUGHES, KENNETH, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   HUGHES, KENNETH, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   HUGHES, KENNETH, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   HUGHES, KERRY, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   HUGHES, LARRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUGHES, LARRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HUGHES, LEONARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUGHES, LESTER C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HUGHES, LESTER C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HUGHES, LONNIE J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUGHES, LONNIE J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

Svc Lst  **Name and Address of Served Party**

21068  HUGHES, LUTHER R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HUGHES, LYNDELL G, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  HUGHES, LYNN C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  HUGHES, MARSHALL R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  HUGHES, MARY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HUGHES, MAX C, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  HUGHES, MICHAEL T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  HUGHES, MICHAEL T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  HUGHES, MILDRED E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  HUGHES, NORAH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HUGHES, ONITA H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  HUGHES, PAUL E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  HUGHES, RALPH B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  HUGHES, RAY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HUGHES, RICHARD, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  HUGHES, ROBERT A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  HUGHES, ROBERT L, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  HUGHES, ROBERT P, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  HUGHES, RODGER C, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  HUGHES, ROY J, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  HUGHES, ROY J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  HUGHES, ROY J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  HUGHES, RUDOLPH, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  HUGHES, RUDOLPH, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  HUGHES, RUDOLPH, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  HUGHES, RUDOLPH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  HUGHES, RUTH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HUGHES, SAMUEL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  HUGHES, SAMUEL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  HUGHES, SR, BUSTER M, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  HUGHES, SYBLE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  HUGHES, T C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  HUGHES, THOMAS D, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21069   HUGHES, THOMAS, LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902

21068   HUGHES, ULMER, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HUGHES, VERNON E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069   HUGHES, WALLACE E, LUNDY & DAVIS, L L P, HIBERNIA TOWER, 501 BROAD STREET, PO BOX 3010, LAKE CHARLES, LA, 70602

21068   HUGHES, WALTER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HUGHES, WANSLEY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HUGHES, WANSLEY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HUGHES, WILLIAM A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HUGHES, WILLIAM G, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   HUGHES, WILLIAM M, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   HUGHES, WILLIAM R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   HUGHES, WILLIE M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HUGHES, WILLIE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   HUGHES, WILLIE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   HUGHES, WILLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUGHES, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUGHES, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   HUGHES, WILLIE, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   HUGHES, WILTON, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068   HUGHES, WILTON, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068   HUGHES, WILTON, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   HUGHES, WOODROW, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HUGHES, WOODROW, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   HUGHES, WOODROW, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HUGHEY, EDWARD S, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HUGHEY, EDWARD S, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HUGHEY, LOYD M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUGHEY, RICHARD F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUGHEY, RICHARD F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HUGHEY, ROY L, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068   HUGHLEY, CHARLES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   HUGHLEY, DORIS J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUGHLEY, ILENE G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUGHLEY, JOHN J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   HUGHLEY, JOHN M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HUGHLEY, JOHNNETTE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

Svc Lst  Name and Address of Served Party

21068   HUGHLEY, PHILLIP, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUGHLEY, ROBERT D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HUGHLEY, WILLIE G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21069   HUGHS, ROBERT, CONTRADA & ASSOCIATES, 6641 SYLVANIA AVENUE, SUITE 8, SYLVANIA, OH, 43560-3921

21069   HUGHS, ROBERT, WAGONER STEINBERG, 7445 AIRPORT HIGHWAY, HOLLAND, OH, 43528

21068   HUGHSON, ROY G, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068   HUGINS, ALLEN B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUGLEY, CLARENCE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HUGLEY, DANIEL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HUGLEY, JOHNNY M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HUGLEY, JOHNNY M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HUGLEY, SHIRLEY D, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   HUGLEY, SHIRLEY D, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   HUGUET, SR, RONALD J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   HUGULEY, WILLIAN A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HUGYA, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   HUHN, GERALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUHN, MAURICE D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   HUIS, RICHARD A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HUITT, RONALD, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   HULBACK, ROBERT C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HULCE, DAVID L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HULCE, DAVID L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   HULETT, HOWARD, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   HULETT, JAMES C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   HULIN, FAY, BROWN FINNEY, GROWERS SQUARE, SUITE 680, 1676 NORTH CALIFORNIA BLVD, WALNUT CREEK, CA, 94596

21069   HULIN, JAMES, BROWN, GROWERS SQUARE, SUITE 680, 1676 NORTH CALIFORNIA BLVD, WALNUT CREEK, CA, 94596

21068   HULING, ROBERT M, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   HULKA, WALTER F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HULL, AMERICO, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HULL, AMERICO, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HULL, DAVID, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HULL, DONETTA, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   HULL, GEORGE H, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

**Svc Lst   Name and Address of Served Party**

21068   HULL, JACOB, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   HULL, JACOB, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HULL, JAMES E, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   HULL, JOHN C, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   HULL, JOHN E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HULL, JOHN E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HULL, JR, DANIEL B, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   HULL, MALCOLM E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HULL, SR, JAMES V, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   HULL, WILLIAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   HULLETT, QUINTON, HUNTON & WILLIAMS, RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD ST, RICHMOND, VA, 23219-4074

21069   HULLETT, QUINTON, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068   HULLETT, QUINTON, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   HULLUM, JR, J C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HULLUM, JR., J C, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21069   HULSE, LARRY, BLATT & FALES, PO BOX 365, BARNWELL, SC, 29812

21068   HULSEY, BRENDA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   HULSEY, BRENDA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   HULSEY, CECIL T, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HULSEY, CLARENCE W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HULSEY, CLONNIE A, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   HULSEY, CLONNIE A, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   HULSEY, JOHN, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   HULSEY, JR, THOMAS G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HULSEY, JR, THOMAS G, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   HULSEY, MARY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HULSEY, MARY L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HULSEY, ROBERT N, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   HULSEY, ROBERT N, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   HULSEY, SHERMAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HULSEY, SHERMAN, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   HULSEY, WILLIAM, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   HULSIZER, J W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HULSIZER, J W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HULTQUIST, ROY D, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   HULTS, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   **Name and Address of Served Party**

21068   HULTS, WILLIAM, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   HULTZ, HUGHIE W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   HULTZ, JIMMIE O, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   HUMANS, MICHAEL P, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   HUMBER, TIM, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HUMBERT, GEORGE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   HUMBLE, ALBIN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   HUMBLE, ROBERT H, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   HUMBLES, GEORGE W, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   HUME, CHARLES J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   HUME, GAYLON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   HUME, JAMES K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   HUME, KENNETH L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   HUME, VALLI M, ROSSBACH BRENNAN P C, 401 NORTH WASHINGTON STREET, PO BOX 8988, MISSOULA, MT, 59807

21068   HUMECKE, RAYMOND, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   HUMES, WEIR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   HUML, LOUIS J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HUMMEL, GEORGE PAUL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HUMMEL, GEORGE PAUL, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   HUMMEL, JOSEF, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21069   HUMPHREY, BENJAMIN F, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068   HUMPHREY, BOBBY G, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   HUMPHREY, CALVIN J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUMPHREY, CHARLES W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   HUMPHREY, CHARLES W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   HUMPHREY, DOUGLAS E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   HUMPHREY, FRANK, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   HUMPHREY, FRANK, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   HUMPHREY, JAMES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   HUMPHREY, JOHN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   HUMPHREY, JOSEPH H, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   HUMPHREY, JR, GEORGE D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   HUMPHREY, JR., DANIEL L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   HUMPHREY, JR., DANIEL L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   HUMPHREY, JR., ROY, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

WR Grace PI

Svc Lst  **Name and Address of Served Party**

21068   HUMPHREY, LOWELL K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   HUMPHREY, MARK E, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   HUMPHREY, MARY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   HUMPHREY, NORVIN, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   HUMPHREY, OPIE L, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   HUMPHREY, RAYMOND, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   HUMPHREY, RICKY, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   HUMPHREY, ROBERT D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   HUMPHREY, RONALD J, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   HUMPHREY, THOMAS E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   HUMPHREY, WALTER L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUMPHREY, WALTER L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HUMPHREYS, FRANCIS J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   HUMPHREYS, HORACE EUGENE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   HUMPHREYS, J D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   HUMPHREYS, J D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   HUMPHREYS, JACK C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   HUMPHREYS, JAMES F, DUNFEE, PAUL J, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HUMPHREYS, JAMES F, SMITH, JOSEPH EARL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HUMPHREYS, JAMES F, SPITZNOGLE, DARRELL GENE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HUMPHREYS, JAMES F, TEEL, EZRA, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HUMPHREYS, JAMES F, VARNEY, CLETUS R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HUMPHREYS, JAMES F, WADDELL JR., CHARLES K, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HUMPHREYS, JAMES F, WAUGH, HOWARD E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HUMPHREYS, JAMES F, WELLS, EUGENE L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HUMPHREYS, JAMES F, WICKLINE, RONALD L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HUMPHREYS, JAMES F, WINE JR., FLEMING, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HUMPHREYS, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   HUMPHREYS, JR, PAIGE A, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   HUMPHREYS, KINES F, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   HUMPHREYS, KINES F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

Svc Lst  Name and Address of Served Party

21068    HUMPHREYS, KINES F, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068    HUMPHREYS, ROBERT C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    HUMPHREYS, ROBERT C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HUMPHREYS, ROBERT C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    HUMPHREYS, ROWE C, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    HUMPHRIES, CHARLES C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    HUMPHRIES, DARRELL G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HUMPHRIES, EDWIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HUMPHRIES, FLOYD A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HUMPHRIES, GEORGE J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    HUMPHRIES, JEAN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HUMPHRIES, JOHN F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HUMPHRIES, JOYCE S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HUMPHRIES, JOYCE S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HUMPHRIES, LEWIS F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HUMPHRIES, MATTIE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    HUMPHRIES, NINA F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HUMPHRIES, NINA F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    HUMPHRIES, RANDALL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HUMPHRIES, WAYMON, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    HUMPHRIES, WILLIE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    HUNDL, CHARLES P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HUNDLEY, CHARLES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HUNDLEY, GEORGE C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    HUNDLEY, WALTER H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    HUNDLEY, WILLIAM E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    HUNGERFORD, SR, EDWARD K, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068    HUNGERFORD, SR, EDWARD K, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068    HUNGERMAN, LEONARD J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    HUNKELE, MICHAEL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    HUNKER, JAMES, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    HUNKINS, TIMOTHY P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    HUNLEY, GARY, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068    HUNLEY, GARY, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    HUNLEY, GARY, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068    HUNLEY, HAROLD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    HUNLEY, JERRY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    HUNLEY, JERRY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764