**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, GOODRICH, DONALD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOODRICH, HERMAN R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOODRIDGE, KENNETH G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOODWIN, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOODWIN, SR, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOODWIN, STANLEY B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOODWIN, VERL L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GORDIUS, DAVID G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GORDON, JR, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GORDON, MELVIN W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GORE, LEROY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GORI, SECONDO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GORNEAU, WALTER J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOSS, ELLIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOSSETT, CONNIE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOUBEAUX, LOWELL J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOUETTE, ARTHUR D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOULD, KENNETH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOUMAS, STEVEN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOUPIL, LOUIS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOUVEIA, CARLOS B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOVE, LAWRENCE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOWENS, HERMAN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GOYETTE, DANIEL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRABEK, JOSEPH F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRACE, JOHN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRACE, KENNETH D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRACE, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRAHAM, PATRICK M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRAHAM, RICHARD P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, GRAHAM, WILLIAM J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRAMAZIO, DONALD S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRAMMER, CARL N, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRANDICK, JEROME, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRANT, GERALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRANT, HUDDLE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRANT, JR, DANIEL R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRANT, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRANT, LEROY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRASSESCHI, MICHAEL A, FERRARO & ASSOCIATES, 4000 PONCE DE
        LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRAVES, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRAY, GERALD E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRAY, LAWRENCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRAY, LUTHER G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRAY, SR, JAMES C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRAZESKI, RONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GRAZIOSO, JOHN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREEN, ARTHUR C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREEN, DENNIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREEN, HENRY D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREEN, JOHN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREEN, JOHN W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREEN, RALPH S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREEN, THOMAS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREEN, WILLARD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREENBERG, AARON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREENE, EARL L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREENLEAF, TIMOTHY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREENWOOD, EDWARD H, FERRARO & ASSOCIATES, 4000 PONCE DE
        LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GREENWOOD, HERMAN G, FERRARO & ASSOCIATES, 4000 PONCE DE
        LEON BLVD, STE 700, MIAMI, FL, 33146-1434

WR Grace PI

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | JAGOLINZER, DAVID A, GREENWOOD, RALPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GREENWOOD, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GREER, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GREGORY, JAMES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GREGORY, LESLIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRENIER, SR, PAUL H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRICUS, ALEXANDER B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRIEGO, JOSE C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRIEGO, ORLANDO, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRIFFIN, EDDIE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRIFFIN, JOSEPH P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRIFFIN, MICHAEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRIFFIN, ROBERT H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRIFFIS, GERALD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRIFFITH, BOB, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRIFFITH, WILLIAM E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRIGGS, HENRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRIMES, EURIS N, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRINCAVITCH, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRINER, JENERAL B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRISI, GIUSEPPE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GROLL, WALTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GROMBLOM, CARL W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRONSKI, CHESTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GROPP, BILLY A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GROSSMAN, GARY W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GROTHE, THOMAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRUESNER, ROBERT M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRUETER, EDWARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, GRYGA, EDWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   JAGOLINZER, DAVID A, GRZYWACZ, RONALD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GSCHWIND, THEODORE R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUADAGNO, ROBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUDEHUS, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUERIN, GEORGE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUGLIELMINO, SAMUEL C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUIDONE, ALBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUILLEMETTE, RENE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUMBLE, THOMAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUNDERSON, VINCENT T, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUNN, JESSE M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUNSTEN, DONALD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUNTER, BRENIST A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUPPY, ALBERT F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GURIAK, JR, ALEX, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUTHRIE, DAVID J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUTIERREZ, MACLOVIO, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUYNN, HAROLD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, GUZMAN, LUIS Z, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAAVISTO, EUGENE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HABERKORN, JOHN B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HABERLE, JR., JOHN F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HACKER, RUSSELL R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HACKETT, ARTHUR D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HADLEY, RAYMOND S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAFENER, RALPH O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAFFEY, BERNARD P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAGAN, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAGGERTY, OWEN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAGINS, JAMES M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   JAGOLINZER, DAVID A, HAHN, ROBERT, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAIGH, RAY H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAINES, CHARLES, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAKEY, JOHN B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALKO, JR, JOHN V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALL, EDWARD F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALL, EUGENE S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALL, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALL, LEROY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALL, USLYSSES D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALL, WILLIAM H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALL, WILLIE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALLE, ROLAND H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALLER, HAROLD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALLMARK, ERSAL C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALSEY, JR, CLARENCE V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HALSTEAD, JR, DAVID B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMANN, LAWRENCE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMBLIN, LOREN G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMBURG, ROBERT S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMEL, DENNIS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMEL, PETER N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMEL, WAYNE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMERSKI, EDWARD P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMILTON, IRA L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMILTON, JAMES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMILTON, LEWIS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMMACK, SR., JAMES R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMMER, EARL L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HAMMOCK, JAMES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | JAGOLINZER, DAVID A, HAMPSTON, PETER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANCOCK, JR, JOHN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANCOCK, RICHARD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAND, ROGER S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANDELAND, MARTIN N, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANEY, AMOS R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANLEY, RAYMOND G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANNAN, WILLIAM L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANNIGAN, WILLIAM R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANNIS, THOMAS M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANNON, RICHARD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANSEN, GEORGE O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANSEN, VERNON C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANSON, JAMES C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANSON, THOMAS D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HANTSON, DONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARANDA, ROBERT L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARDGINSKI, GEORGE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARDIGREE, LARRY K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARDIMAN, BRUCE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARDING, EDGAR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARDING, ROBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARDING, URBAN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARGABUS, ALBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARMON, HARRY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARNEY, RALPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARPER, JOHN P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARPER, JR, ALVIN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARPER, ROBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HARPER, RONALD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    JAGOLINZER, DAVID A, HARPER, WILLIAM M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRELL, WALTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRELL, ZADE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRELSON, HENRY D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRELSON, RONNIE H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRIMAN, RICHARD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRINGTON, RONALD D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRIS, EDWARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRIS, HARLEY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRIS, HENRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRIS, HOWARD N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRIS, IRVING W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRIS, JR, IGNATIOUS R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRIS, JR, RAYMOND J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRIS, LAWRENCE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRIS, LITHONIA, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARRIS, WILLIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HART, ELVIN K, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HART, WILLIAM R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARTFORD, WALTER A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARTLEY, JAMES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARTLEY, WILLARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARTMAN, EDWIN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HARVEY, WALTER L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HASKELL, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HASKINS, SPENCER V, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HASZA, LOUIS, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HATCH, BILLY E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HATCHER, DWANE G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, HAUGH, EDWARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | JAGOLINZER, DAVID A, HAUSER, WAYNE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAVELL, LORNE B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAWKINS, HERMAN L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAWLEY, FRANKLIN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAWRAN, FRED J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAY, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAY, RICHARD V, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAYES, ELESSIE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAYMAN, WILLIAM D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAYNES, GLORIA D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAYS, CHARLES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAYS, HAROLD V, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAYWOOD, JACOB, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAZELTON, TIMOTHY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HAZLIP, HARRELL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HEAD, LESLIE C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HEALY, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HEALY, JOHN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HECKELBECK, HAROLD M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HEDRICH, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HEIMANN, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HEIN, WALTER E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HELFENBEIN, VICTOR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HELLEM, LAVERNE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HELLER, ROY C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HELLER, WILSON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HELTON, AUSTIN K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HEMINGWAY, EARL B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HENDERSON, DAVID R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, HENNIS, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Svc Lst  Name and Address of Served Party**

21068  JAGOLINZER, DAVID A, HENRY, PAUL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HEPT, GEORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HEPT, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HERBERT, SR, EUGENE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HERNANDEZ, MAX S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HERRERA, RICHARD D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HERRIN, ALONZO H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HERRING, JERRY L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HESS, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HESTAND, LOYD M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HESTER, EDWARD F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HESTER, THEADORIS, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HEWITT, BYRON G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HEYBURN, IVAN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HIBLER, HAROLD T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HICKEY, WAYNE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HICKOX, LEO K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HICKS, DONALD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HICKS, JR, PAUL W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HICKS, ROGER D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HIDDEN, BRUCE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HIGGINS, RAYMOND, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HIGHSMITH, PERRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HIGHTOWER, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HIGHTOWER, ROY, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HILDEBRANDT, VERNON J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HILGART, JR, JOHN M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HILL, HARRY R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HILL, JAMES E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HILL, JOHN J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

Svc Lst  **Name and Address of Served Party**

21068  JAGOLINZER, DAVID A, HILL, ROBERT G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HILL, WENDELL J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HILLARD, ROBERT L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HILLESHIEM, MICHAEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HILLING, HAROLD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HILLS, STEVEN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HILSON, GORMAN O, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HINCHCLIFFE, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HINES, ALBERT C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HINES, EDWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HINES, SAMUEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HIRES, WAYNE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HIRST, SWAIN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HISAW, IRA, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HITT, WILLIAM A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HOBART, LEROY H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HOBBY, THOMAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HOCHSTUHL, SR, FRANK E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HODGE, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HODGINS, HAROLD S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HODGSON, ARTHUR, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HOFFIE, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HOFFMAN, GEORGE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HOFFMAN, ROBERT C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HOFSTAD, LELAND, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HOFSTETTER, RICHARD W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HOGG, JAMES D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HOGUE, CHARLES H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HOLDERBAUM, GERALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, HOLLAND, III, WALTER H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  **Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, HOLLEY, ALFRED A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOLLEY, KENNETH P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOLLEY, PERRY S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOLLINGSWORTH, LEON A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOLLOWAY, WILLIAM R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOLMAN, ROBERT H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOLMES, DONALD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOLMES, LAWRENCE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOLMES, RICHARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOLT, RICHARD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HONEYCUTT, CHARLES, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOOD, GRADY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOOLEY, WILFORD L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOOPS, ROBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOOVEN, LEROY K, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOPKINS, THOMAS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOPP, JAY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HORGAN, PAUL F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HORNER, GEORGE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HORTMAN, DANNY D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HORTON, JOHN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HORTON, STEVEN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HORVATH, SANDOR, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HORVATH, THOMAS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOTCHKISS, GEORGE T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOUDE, EDWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOULNE, GERALD T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOUSE, HUGH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWARD, CHARLES, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWARD, EDDIE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst   Name and Address of Served Party

---

21068   JAGOLINZER, DAVID A, HOWARD, JEANNE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWARD, JOHN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWARD, JOHNNY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWARD, KEVIN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWARD, MADISON H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWARD, MAX H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWARD, MORRIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWARD, ROBERT N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWARD, WILLIE J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWARTH, RICHARD T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWE, JR, JAMES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWE, JR, OTIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWE, WALLACE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOWELL, PAUL F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOY, EDWARD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HOYT, FREDERICK E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUBBARD, THOMAS, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUBER, ALFRED R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUBER, PETER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUBER, TERRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUDOCK, MICHAEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUDSON, ROLAND F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUERKAMP, WILLIAM A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUGHES, BOBBY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUGHES, EUSTICE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUGHES, HAROLD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUGHES, JOHN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HULCE, LYLE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HULETT, JAMES C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUMEL, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst   Name and Address of Served Party

---

21068   JAGOLINZER, DAVID A, HUML, LOUIS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUMMEL, BERNARD P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUMPHREY, JAMES L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUNKINS, TIMOTHY P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUNSBERGER, ADDISON B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUNT, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUNT, MICHAEL A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUNT, PATRICK J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUNTER, EDWARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUNTER, JOHN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUNTER, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUNTINGTON, CLIFFORD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUPE, FRANK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUPP, SR, DELBERT N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HURLEY, JAMES G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HURST, DONALD L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HURST, EDWARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HURST, OTTO, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUTCHENS, JAMES M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUTCHERSON, DENNIS E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUTCHINGS, BRUCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUTCHINGS, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HUTCHINSON, HAROLD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HYATT, DELMAR N, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HYDE, JIMMY W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, HYSLOP, III, THOMAS W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, INESON, GEORGE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, INGRAM, KELSEY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, INGRAM, LACY E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, IRISH, HAROLD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, IRWIN, GORDON J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, IRWIN, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, ISAIS, JOSE A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, IVERRAAEN, TORE I, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, IVERY, PATRICK H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACK, DANIEL P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACKSON, ALLEN E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACKSON, EDNA, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACKSON, JAMES R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACKSON, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACKSON, JOHN T, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACKSON, JOHNNY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACKSON, LARRY C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACKSON, NAPOLEON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACKSON, OPAL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACKSON, WALLACE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACOB, JACQUES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACOBSON, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACOBSON, ORVILLE E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACOBSON, ROGER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JACQUES, ALFRED J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JAGARS, JR, WALTER D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JAHN, RUSSELL W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JAHNKE, GERALD J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JAKAN, DENNIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JAMERSON, ERNEST M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JAMES, ALBERTA E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JAMES, LESLIE M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JAMES, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JAMESON, CLAUDE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | JAGOLINZER, DAVID A, JANISE, JOHN D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JANKE, GERALD O, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JANKOWSKY, FRANK P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JANSEN, DAVID, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JAQUES, HENRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JASPERSON, JASPER F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JASTER, DONALD A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JAYE, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JEAN, JOSEPH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JEANSON, WINTIS P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JEDLINSKY, ERNEST, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JEFFERSON, DAVID L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JEFFERSON, HERBERT H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JEFFREY, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENEROU, ALDRED, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENEROU, MICHAEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENKIN, SR, RALPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENKINS, GEORGE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENKINS, JAMES C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENKINS, WOODROW W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENNINGS, CHUCK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENNINGS, HARRY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENNINGS, JOE T, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENRETTE, HOWARD S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENSEN, SPENCER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENSON, LLOYD E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JENT, JACKIE D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JEWELL, RICHARD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JIMENEZ, ANTONIO, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, JIRKOVSKY, RICHARD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, JIRKOWIC, WILLIAM M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JIROZ, BENNIE R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOBIEN, LEO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOE, GILBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNS, PAUL R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, ALBERT C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, ALMA L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, AUBREY V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, BOBBY R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, BOYD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, BRUCE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, CARL H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, CHARLES G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, CLYDE E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, DANIEL H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, DAVID L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, DONALD M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, EDWARD J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, ELBERT, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, FRANK A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, G H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, GARY L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, GEORGE R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, GEORGE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, HERSCHEL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, HERSHEL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, JAMES, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, JERRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, JOLLY H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

WR Grace PI

Svc Lst  **Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, JOHNSON, JR, DAVID, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, JR., BRADY, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, KENNETH C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, LEO E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, LESLIE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, MARLIN E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, MERLIN G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, NORMAN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, OREN D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, RAY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, RICHARD A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, RONALD J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, ROOSEVELT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, ROY A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, SHERMAN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, SR, THOMAS W, THE FERRARO LAW FIRM, 4000 PONCE DE
        LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, TIMOTHY C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSON, WALTER L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSTON, BOBBY G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSTON, CARL B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSTON, FRANK D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSTON, IVUS M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOHNSTON, JAMES D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOINER, FRANK A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, ALAN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, BIENVILLE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, CHARLES E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, CHARLES L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, CHESTER N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, DONALD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, JONES, ERNEST A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, FRANCIS B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, JERRY D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, JOHN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, LARRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, LAURENCE P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, LEONARD C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, ROBERT C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, ROBERT W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, WILLIAM M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JONES, WILLIAM M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOOSTEN, RICHARD P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JORDAN, JR, DAVID B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JORDAN, WILLIAM W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JORGENSON, JOHN H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOSEPH, MARK L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOSIFOVSKI, DIMITRIJA, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOUPPI, DENNIS W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JOYCE, MARTIN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JUDD, DONALD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JUDD, ROBERT I, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, JUNIUS, DONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KABADIAN, GEORGE K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KACZMARCZYK, WALTER R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KACZMAREK, WALTER T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KAETTERHENRY, JAY A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KAFER, JAMES B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KAHLE, BRUCE L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

Svc Lst  Name and Address of Served Party

---

21068   JAGOLINZER, DAVID A, KAISER, MARLOW, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KAKOL, RAYMOND J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KALAFARSKI, MICHAEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KALASANCKAS, VICTOR N, FERRARO & ASSOCIATES, 4000 PONCE DE
LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KAMARATA, GEORGE J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KAMENS, JOHN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KAMMER, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KAMMES, JR, HAROLD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KANE, BERNARD J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KANE, DENNIS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KANERVA, GERALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KANGAS, JEROME A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KANTER, MERLEN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KARALEFTHERES, ANGELO G, THE FERRARO LAW FIRM, 4000 PONCE DE
LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KARDOULIAS, JAMES, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KARL, ROBERT F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KARNOPP, GERALD W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KAROUL, GLEN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KARREN, LAVERE D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KARY, DONALD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KASABULA, JOSEPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KASKESKI, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KASPAR, GEORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KASPEPSKI, LEONARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KASPERSKI, LEONARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KAST, JAMES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KASTEN, WALLACE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KATSANOS, STEPHEN D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KATZ, HAROLD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KAUFFMAN, RANDY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    JAGOLINZER, DAVID A, KAUFMAN, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEANE, THOMAS M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEARNEY, MICHAEL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEATING, NEIL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEATOR, GARY C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEAVENEY, JOHN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEEBLER, JERRY H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEEFE, JOSEPH J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEELE, HAROLD E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEENAN, DAVE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEENAN, PETER J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEENAN, SR, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEENER, PAUL F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEIFFER, RICHARD B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEINER, RONALD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEITH, FREDERICK M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KEITHLEY, JOE D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELBERLAU, LYLE D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELLEHER, STEPHEN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELLER, GEORGE D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELLER, THOMAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELLEY, HARRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELLEY, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELLEY, JOSEPH E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELLEY, RICHARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELLY, ARTHUR E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELLY, EDWARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELLY, JAMES D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELLY, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, KELLY, JOHN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

WR Grace PI

Svc Lst  Name and Address of Served Party

---

21068   JAGOLINZER, DAVID A, KELLY, JOSEPN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KELLY, JR, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KELLY, LINDA, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KELLY, PHARIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KELLY, WILLIAM L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KEMP, MERRILL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENDRICK, WILLIAM T, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENNEDY, JAMES M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENNEDY, JOHN D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENNEDY, JOHN H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENNEDY, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENNEDY, RAYMOND, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENNEDY, THOMAS M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENNEL, ALBERT R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENNEY, GEORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENNEY, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENT, BERTHA M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENT, JERRY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KENWORTHY, HAROLD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KEOPPEN, NEIL F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KEOUGH, EDWARD M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KERCHECK, RONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KERN, OLEN B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KERR, MYRON G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KERSCHION, RICHARD G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KERWIN, DANIEL A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KESSLER, DARRELL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KETCHA, JOSEPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KETCHUM, ROLAND M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KETTERER, CHARLES S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | JAGOLINZER, DAVID A, KEY, LEE A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KHALER, ROBERT B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KIDNEY, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KIEFFER, LAVERN G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KIELY, FRANCIS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KIKTA, RICHARD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KILEY, WILLIAM J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KILIUS, RICHARD A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KILMETIS, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KINCHEN, IVY M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, CHARLES A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, DANIEL, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, EDWARD P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, JAMES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, JAMES, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, JOHN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, JR, EDMUND, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, JR, EUGENE C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, KENNETH F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, MARLIN H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, MICHAEL P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, THOMAS H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KING, WILLIAM L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KINKAID, JAMES F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KIPPENBERGER, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KIRBY, NORRIS F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KIRKLAND, FATE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KIRKWOOD, HARRY, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KIRLEY, MORGAN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, KIRSCH, FRANK P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

---

21068  JAGOLINZER, DAVID A, KIRTS, WILLIAM, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KISCHKUM, MICHAEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KISIOLEK, EUGENE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KIVISTO, ROBERT S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KJELLESVIK, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLAPAT, FRANK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLEEMAN, ARTHUR A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLEIN, MICHAEL F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLEINSCHMIDT, RICHARD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLEMEN, CASIMIR J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLEMME, CHARLES W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLIMAK, RAYMOND B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLIMAS, BERNARD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLIMCHUCK, JR, ANDREW S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLINGENSMITH, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLINKER, FRANCIS J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLOSOWSKI, GREGORY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KLUZ, JAMES L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KMIETEK, ALEXANDER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KNAUB, FRED W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KNICKREHM, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KNIGHT, AUBREY H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KNIGHT, CARRIS T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KNIGHT, THOMAS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KNIGHT, THOMAS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KNOWLES, KENNETH W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KNOWLTON, KENNETH E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOCH, JOHN M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOCH, WILLIAM E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOCHENOWER, MAX V, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

---

WR Grace PI

Svc Lst  Name and Address of Served Party

21068  JAGOLINZER, DAVID A, KOCHES, JOSEPH E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOCIUBA, JOSEPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOEPPEN, JOHN A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOERNER, HOWARD D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOHL, LAWRENCE J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOLANO, EDWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOLB, JOHN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOLLAR, JAMES D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOLTERMAN, RICHARD, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOMMER, ROBERT L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KONARESKI, RAYMOND J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KONEN, JAMES, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOONCE, WARREN F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOPACK, STAN G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOPCZICK, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOPP, JR, NORMAN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KORENKIEWICZ, ALEX M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KORMANN, EDWARD H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KORN, WILLIAM F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOSCIELECKI, ANTHONY W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOSECK, EDWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOSTIDIS, NICK J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOTAK, ANDREW, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOTKE, BERNARD F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOTVASZ, JERRY A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOUTSKY, JOHN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOVEL, NICK, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOWAK, STEPHEN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOWALESKI, EDWARD S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, KOZLIK, LAWRENCE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  **Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, KRAFT, JAMES K, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KRAMER, STANLEY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KRASOWSKI, ANTHONY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KRAUSE, LAVERNE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KREGENOW, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KREIDLER, ROBERT D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KRENZ, GERHARD G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KRESINA, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KREY, DAVID A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE
        700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KRING, JOE M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE
        700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KRIZANAC, MICHAEL J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KRIZEK, RONALD F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KRONICK, THOMAS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KRUCZEK, MICHAEL A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KRUMMEL, DONALD M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUCHAK, GEORGE P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUCHINSKI, LAWRENCE J, THE FERRARO LAW FIRM, 4000 PONCE DE
        LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUCZYNSKI, TERRANCE P, THE FERRARO LAW FIRM, 4000 PONCE DE
        LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUEBLER, JAMES F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUECKELHAN, PHILIP R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUERS, GEORGE G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUHL, FREDERICK W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUHLKA, DOUGLAS O, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUHN, EUGENE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUHNKE, DONALD H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KULLEN, C P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE
        700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUNE, THOMAS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUNKLE, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUNZ, RONALD G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUPIEC, STEPHEN P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   JAGOLINZER, DAVID A, KURTTI, DAVID R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUSKE, ROGER K, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUTSCHER, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUTZER, KERMIT P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KUZMESKI, MICHAEL G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KWASNIESKI, LEONARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, KYES, THOMAS E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LABARGE, EDWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LABONTE, JOSEPH Y, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LABORE, STEVEN T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LABRANCHE, NORMAN N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LABRYER, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LACH, CHESTER F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LACHAPELLE, CHARLES R, FERRARO & ASSOCIATES, 4000 PONCE DE
        LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LACHAPELLE, JAMES S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LACKAJS, ALBERTS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LACOUNT, RICHARD R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LADENBERGER, CHARLES J, FERRARO & ASSOCIATES, 4000 PONCE DE
        LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAFLAMME, ROLAND G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAFLAMME, ROLAND, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAFLEUR, ROBERT C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAGER, DAVID S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAGUARDIA, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAHTINEN, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAINEY, JOHN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAIRD, JR, CYRUS D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAJOIE, NELSON R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAKE, WILLIAM R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LALLY, FRANCIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAMARCHE, ALBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   JAGOLINZER, DAVID A, LAMARCHE, ROBERT G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAMB, ALFRED R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAMB, DELTON H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAMB, MICHAEL L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAMBERT, SR, FREDERICK L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAMBERT, WAYNE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAMKE, BRUCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAMKEN, ROBERT W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAMONT, HOWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAMONTAGNE, FERNAND, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANDERS, LARRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANDERS, RODGER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANDRY, ERNEST, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANDRY, LIONEL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANDRY, RICHARD O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANE, ARTHUR M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANE, GORDON A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANFRANCHI, MICHAEL N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANGE, EDWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANGEL, EUGENE J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANGEN, ALTON J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANGFORD, CLIFFORD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANGLEY, FRED H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANIER, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANMAN, MELVIN E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANPHER, WENDELL C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANSING, DONALD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANTAGNE, DONALD J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LANZIERO, RUSSELL F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAPERLE, DONALD U, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  Name and Address of Served Party

21068  JAGOLINZER, DAVID A, LAPHAM, RON W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAPIERRE, DONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAPIERRE, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAPINE, WAYNE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAPLUME, ROGER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAPOINTE, LEO G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAPORTE, DAVID B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAPRADE, VICTOR J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LARGE, HOMER T, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAROCQUE, GEORGE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAROSA, NICHOLAS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LARRABEE, FRANKLIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LARSEN, LEON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LARSON, ALFORD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LARSON, ARTHUR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LARSON, DEAN E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LARSON, ERWIN L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LARSON, GARY R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LARUE, FRANK C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LASAR, ROGER W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LASCOLA, STEVE J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LASHUA, JR, BURTON E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LATAWIEC, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LATHROP, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAUDANO, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAUZE, JOSEPH R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAVIGNE, RODNEY D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAVOIE, ROBERT D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAWLER, BOB T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LAWRENCE, DAVID D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   JAGOLINZER, DAVID A, LAWRENCE, DAVID E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAWRENCE, LESLIE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAWRENCE, STEVEN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAWRY, WILLIAM A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAWSON, CHARLES E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAWSON, DARRELL J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAYCOCK, LARRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAYSON, WILLIAM B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LAZOK, JULIUS M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEAB, KENNETH G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEACH, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEADMAN, MAX, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEAHY, ROBERT K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEAHY, THOMAS M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEANDER, RONALD L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEARY, TIMOTHY R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEAVELL, RAY C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEBEL, AMBROSE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEBLOND, RICHARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LECONCHE, CHARLES T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEDBETTER, CHARLES E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEDIG, JACK R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEDUC, GEORGE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEDUC, JOSEPH A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEDUC, SR, BERNARD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEE, GERALD T, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEE, HAROLD, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEE, JAMES M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEE, JEWELL D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEE, ROGER R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

Svc Lst  Name and Address of Served Party

21068   JAGOLINZER, DAVID A, LEFEBVRE, JEAN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEFFEL, ALFRED, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEFFEL, BARRY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEGACY, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEGGETT, KENNETH T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEGRAND, GREGORY P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEHMAN, GARY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEHMAN, HARVEY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEHNER, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEHNIG, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEINER, JOSEPH H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LELAND, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEMAR, CARL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEMAY, VICTOR H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEMELIN, ROSAIRE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEMENS, LELAND C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEMOINE, ROGER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEOGRANDE, ANTHONY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEON, SIDNEY J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEONARD, EDWARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEONARD, IVAN V, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEONARD, MARTIN F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEONARD, ROBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEPAGE, MICHAEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEPOWSKY, CHARLES, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LESKO, ALBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LESLIE, RONALD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LETT, HOWARD L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEVENSON, SOLOMON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEVESQUE, ETHAN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  **Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, LEVESQUE, MICHAEL R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEVIEGE, SAMUEL R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEVINE, MELVIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWANDOWSKI, PAUL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWELLEN, JAMES G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWIN, WALTER E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWIS, ALPHONSE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWIS, CHARLES L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWIS, CLARENCE C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWIS, CLAYTON W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWIS, HAROLD F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWIS, KENNETH D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWIS, MERLE B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWIS, MURIL W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWIS, RALPH, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWIS, RONALD H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWKOWICZ, STANLEY F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEWRY, ROBERT L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEYBA, ROBERT E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LEYVA, HENRY D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LIBBY, SIDNEY B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LIBERATORE, JOSEPH V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LIESKI, SR, ROBERT F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LIEVI, PETER J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LIGNAR, JOHN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LIMOGES, GEORGES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LIND, EDWIN R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LINDE, FRANK A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LINDELL, JR, LESTER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LINDHOLM, LENSE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

21068  JAGOLINZER, DAVID A, LINDSAY, JAMES T, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LINGO, JOHN A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LIPETZ, HENRY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LIPPI, ANTHONY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LIPSCOMB, KENNETH C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LISOWSKI, JOHN P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LITIERE, VICTOR L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LITTLE, RAYMOND L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LIVIERI, HENRY M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LIVIERI, RICHARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LIVINGSTON, GEORGE E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LIVINGSTON, RANDY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LIZOTTE, DOUGLAS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LIZOTTE, LIONEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LIZOTTE, MICHEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LJONGQUIST, HALVARD D, FERRARO & ASSOCIATES, 4000 PONCE DE
LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LLOYD, DAVID M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LLOYD, SR, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOCKARD, TOMMY R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOCKLEAR, BRUCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOEFFELBEIN, GERHARDT, FERRARO & ASSOCIATES, 4000 PONCE DE
LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOFLIN, DANIEL M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOFTON, ROGER E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOGUIDICE, THOMAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOHRKE, WAYNE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOIACANO, SAM S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOMUPO, DAVID J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LONG, JAMES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LONG, JR., EDWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LONG, ROGER A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  JAGOLINZER, DAVID A, LONGHI, LAWRENCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LONGLEY, GEORGE B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LONKEY, DALE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LONKOSKI, JAMES R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOOMIS, WILLIAM J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOPATKA, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOPES, FERNANDO C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOPETRONE, JOHN B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LORING, JR, CHARLES M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LORINO, GERALD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LORUSSO, PETER A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOUGH, JR, NORBERT F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOUGHMAN, JACK B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOVATO, LAWRENCE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOVE, ROBERT D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOVELESS, LESLIE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOVELESS, WILLIAM J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOWE, KENNETH L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOWE, LAWRENCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOWE, THOMAS M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOWELL, DONALD G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOWER, HAROLD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOWRY, JOSEPH P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LOYLESS, GARLAND W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LUBNIEWISKI, LEONARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LUCENTE, ANTHONY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LUCHTENBURG, JACOB, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LUCIA, ROCCO D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LUCINSKAS, JOHN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, LUGO, PEDRO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  **Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, LUKATZ, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LUMPKIN, CLOYCE W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LUND, CONRAD R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LUNDGREN, KENNETH F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LUNN, GREGG A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LUOMA, MARVIN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LUPO, SILVESTRO J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LUPRIORE, LEONARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LUPU, TRAIAN P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LUSK, TERRENCE A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LUTGENS, DAVID D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LUTTON, OLIVER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LUZIETTI, RUDOLPH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LYDEN, STEPHEN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LYMAN, GILBERT B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LYNCH, JAMES P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LYNCH, KEVIN P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LYNN, WILLIAM H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LYON, DAWSON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LYONS, TOMMIE J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LYONS, WILLIAM J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, LYSKOWSKI, EDWIN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MACADORY, JOSEPH E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MACARTHUR, ALBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MACAULAY, RUSSELL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MACDONALD, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MACDOUGALL, ROBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MACE, FRANK R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MACEYUNAS, JAMES F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MACINTYRE, WILLIAM G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | JAGOLINZER, DAVID A, MACK, AUTHOR J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MACK, RONALD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MACKE, WILLIAM J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MACKENZIE, ALAN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MACKENZIE, DONALD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MACKENZIE, THOMAS M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MACKLIN, JOHN G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MACOLINO, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MADDALENI, JOHN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MADDEN, DANIEL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MADIGAN, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MADIGAN, THOMAS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MADISON, JAMES H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MADONIS, ANGELO J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAGDOS, RONALD J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAGLIERI, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAGUIRE, HENRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAGUIRE, JOSEPH J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAHAN, JOHN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAHANEY, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAHE, FRANCIS N, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAHEUX, RICHARD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAHON, EDWARD T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAHON, VINCENT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAHONEY, EUGENE T, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAHONEY, THOMAS G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAHR, STEPHEN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAHUSAY, ELISEO S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAIDA, SR, RAYMOND T, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MAJEWSKI, ROBERT V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, MAJEWSKI, STANLEY P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MAKI, JAMES M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MAKI, RUDOLPH B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MAKSIMOVICH, MLADEN, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALBON, GEORGE A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALECKAR, ANTON W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALEK, ADAM S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALEY, PHIL C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALINOWSKI, CARL E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALLOY, JOHN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALO, WILLIAM T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALON, JOSEPH F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALONE, ARTHUR L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALONE, CHARLES D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALONE, JAMES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALONE, MAJOR C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALSCH, HARRY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MALVITZ, GARY W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MAMLOCK, WARREN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MANCIL, LARRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MANDARO, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MANDURAND, SR, JOSEPH K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MANGRUM, ROBERT H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MANLY, JON, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MANN, HARVEY A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MANNING, HAROLD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MANNING, WAYNE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MANOCCHI, FRED, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MANOOGIAN, HAIG, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MANSANI, ANGELO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst   Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, MANUZZI, JR, VITO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MANZ, ANDREW, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MAPLES, CHARLES H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARANI, JOHN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARCHETTA, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARCHIONNI, JOSEPH L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARD, EELI, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARD, GREGORY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARENBURG, LEONARD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARGERELLI, ANTHONY V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARGONI, MAX, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARHAK, MARTIN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARINUZZI, JOHN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARKS, JAMES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARKS, WALTER E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARLAND, DAVID W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARMAI, MARIO H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARONEY, EDMUND J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MAROVICH, FRANK S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARR, JOHN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARSCEAU, E H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARSH, GRADY R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARSH, RAYMOND, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARSHALL, DONALD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARSHALL, DONALD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARSHALL, GEORGE K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTEL, LOUIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTEL, VICTOR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTEL, WAYNE B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTELL, WILLIAM R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, MARTIN, ARTHUR L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTIN, CLIFFORD W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTIN, EDWARD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTIN, JAMES C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTIN, JR., WILLIAM M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTIN, LONAS, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTIN, PHILLIP L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTIN, RICHARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTIN, ROGER D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTIN, WILLIAM L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTIN, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTINEAU, LEON E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTINEZ, FRANCIS H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MARTINEZ, PATRICK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASK, FLOYD S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASKELL, HOWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASON, CHARLES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASON, DONALD K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASON, LARRY R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASON, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASON, WAYLAND, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASON, WILLIAM F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASS, GILBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASTON, JR, WILLIAM C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASTROIANNI, ANTHONY D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASTRUSERIO, CHARLES J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MASUCCI, JOSEPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MATARELLI, SILVIO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MATHERS, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MATHES, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  Name and Address of Served Party

21068  JAGOLINZER, DAVID A, MATHIS, DWAINE L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MATHIS, JR, JULIUS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MATTFIELD, WILFORD V, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MATTHEWS, DENNEY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MATTHEWS, JAMES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MATTIELLO, RALPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MATTINGLY, ALBERT P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MATTONE, JOHN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MATULINA, ROBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MAULDIN, FRED, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MAULDIN, LARRY R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MAXEY, DARRELL C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MAY, JERRY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MAY, RUSSELL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MAYBEN, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MAYES, MICHAEL W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MAYNARD, JOHN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MAYNARD, PATRICIA J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MAYO, HENRY B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MAYWEATHER, CLEASTER, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCALISTER, ROGER H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCANULTY, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCBREARTY, JOHN P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCBRIDE, DONALD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCBRIDE, VERNON B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCBYRNE, JR, J  J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCABE, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCAIG, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCAIN, JAMES W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCALL, EDWARD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  JAGOLINZER, DAVID A, MCCALLION, JAMES S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCALLUM, MARTIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCANN, EDWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCARD, JERRE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCARTHY, GERALD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCARTHY, JOHN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCARTY, JOHN B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCLAIN, DELBERT R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCLAIN, JOHN R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCLANAHAN, JR, LUTHER C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCLELLAN, JAMES M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCLINTOCK, HAYDEN K, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCLOSKEY, ERNEST, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCLURE, HUGH H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCONNELL, SAMUEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCONVILLE, PAUL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCORKLE, JAMES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCORMICK, MATTHEW P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCORMICK, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCORMICK, WILLIAM F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCORRY, BRIAN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCOTTER, JR, DOUGLAS G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCROHAN, EDWARD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCULLEY, DONALD L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCULLOUGH, WALTER, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCUNE, EARL C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCURDY, CLYDE N, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCCURRY, DOUGLAS E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCDADE, JAMES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCDANIEL, CLETIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

21068    JAGOLINZER, DAVID A, MCDANIEL, JACK D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDANIEL, JOHNNIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDERMOTT, ANDREW F, FERRARO & ASSOCIATES, 4000 PONCE DE
         LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDERMOTT, DAVID B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDERMOTT, JOHN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDONAGH, MICHAEL C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
         BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDONALD, CLIFFORD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDONALD, JAMES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDONALD, JOSEPH F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDONALD, PAUL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDONALD, REEDER W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
         BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDONNELL, JOSEPH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDONNELL, RONALD K, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
         BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCDUFF, JOSEPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
         STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCFADDEN, WILLIAM A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
         BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCFADIN, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
         STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCFATE, ELDON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
         STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGEE, JERRY L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
         STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGEE, JR, HUBERT, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
         BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGEE, KENNETH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGILL, RONALD P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGILLICUDDY, EDWARD M, FERRARO & ASSOCIATES, 4000 PONCE DE
         LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGILLICUDDY, GERALD H, FERRARO & ASSOCIATES, 4000 PONCE DE
         LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGINNIS, DEAN T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGINNIS, THOMAS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGLAME, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGOMMELL, JOHN F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
         BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGOVERN, EDWARD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGOVERN, MICHAEL G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAGOLINZER, DAVID A, MCGOWAN, DANIEL B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
         BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  JAGOLINZER, DAVID A, MCGOWAN, HAROLD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCGRATH, JOHN, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCGRATH, THOMAS D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCGRATH, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCGRAW, CHESTER L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCGREW, JAMES C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCGREW, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCGRIFF, MACK A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCGUINESS, PHILIP R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCGUINNESS, JOHN T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCGUIRE, J D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE
700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCHALE, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCINERNEY, FRANCIS M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCINTOSH, ALFRED P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCINTOSH, ARTHUR H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCINTOSH, FRANK D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCINTOSH, RICHARD, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCINTYRE, DONALD B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCKEEN, JOSEPH L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCKENNA, FARRELL L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCKENZIE, LORING F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCKILLICAN, BYRON, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCKINNEY, WILBURN H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCKINNIE, JOSEPH D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCKINNON, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCKINZIE, EDDIE C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCKNIGHT, THOMAS A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCLAUGHLIN, BART J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCLEOD, JAMES E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCLEOD, RICHARD L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

WR Grace PI

Svc Lst  **Name and Address of Served Party**

21068  JAGOLINZER, DAVID A, MCLEOD, WILLIAM S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCMAHON, FRANCIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCMELLON, CHARLES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCMILLAN, JAMES, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCMULLEN, LEE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCNAIR, CAROL Y, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCNAMARA, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCNEAL, EDWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCNEIL, ALEXANDER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCNEIL, JOHN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCNEIL, ROBERT J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCNEILL, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCNIEL, CHARLIE M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCNIFF, JOSEPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCQUILLAN, JR, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE
LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCQUILLAN, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCQUOID, SAMUEL T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCTAGUE, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MCVEY, JOHN W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEAD, RICHARD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEADE, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEANEY, JAMES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEARDY, WILLIAM S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MECHAM, BUD L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEDINA, JESSIE G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEDINA, MANUEL P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEEHAN, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEEK, WILLIAM E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEEKS, BILLY J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEGULES, TERRENCE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | JAGOLINZER, DAVID A, MEHLE, OWEN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MEHLTRETTER, ROBERT V, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MEHOK, RONALD R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MEISTER, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MELANDER, FRED, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MELCHERT, DWAYNE L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MELDOFF, MIKE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MELEE, THOMAS E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MELENDEZ, MIGUEL S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MELL, JR, LEROY E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MELL, SR, LEROY E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MELLEN, VERNON R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MELTON, JAMES A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MELZER, KEITH C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MENGHE, LOUIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MERCADO, ANTONIO V, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MERCADO, BONIFACE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MERCADO, HELIODORO J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MERCADO, JOE E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MERCADO, JOHN, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MERCER, DENNIS F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MERCIER, GERARD D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MERCKSON, JOE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MEREDITH, MARTHA L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MERKL, ROGER G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MERRILL, JOHN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MERSEREAU, GERALD N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MERZ, LEWIS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MESERVE, RAYMOND M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MESSER, WALLACE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

WR Grace PI

Svc Lst  **Name and Address of Served Party**

21068  JAGOLINZER, DAVID A, MESSIER, LEONARD D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MESZAROS, EUGENE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, METTILLE, RALPH J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEURER, PAUL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEUSE, KENNETH P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEYER, EUGENE B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEYERS, ERIC J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MEYERS, LARRY W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MIACZYNSKI, JOSEPH S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MICCOLY, ROBERT P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MICHALAK, EUGENE J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MICHAUD, JAMES M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MICHAUD, LUCIEN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MICHAUD, RAOUL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MICHAUD, RENE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MICHETTI, FLORENZO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MIHELICH, LEROY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MIKKELSON, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MIKOLAJEK, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MIKOTTIS, SR, JOSEPH P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILES, FRANK A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, ALAN K, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, ALFRED F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, BOBBIE D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, BRIAN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, CYRUS A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, DELOR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, GERALD J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, HARRY L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, HUGH C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  JAGOLINZER, DAVID A, MILLER, JAMES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, JAMES F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, JOHN J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, JOHN P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, JOSEPH J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, JR, CLARENCE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, NORBERT A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, OTIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, SHERMAN C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, SR, RONALD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, STEVEN Z, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLER, THOMAS D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLO, GERALD D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLS, ARNOLD J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLS, JAMES M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILLS, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILTON, FREDERICK L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MILTON, GEORGE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MINDT, JOHN H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MINER, DENNIS R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MINER, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MINKS, MARSHALL D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MINOR, JOSEPH A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MINOR, NEAL C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MINUTOLI, SALVATORE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MIRANDA, REUBEN B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MIRTO, ALBERT V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MITCHELL, DAN L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MITCHELL, DAVID Q, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, MITCHELL, JERRY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

WR Grace PI

Svc Lst  **Name and Address of Served Party**

---

21068   JAGOLINZER, DAVID A, MITCHELL, JOHN E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MITCHELL, MACK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MITCHELL, NINA F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MITCHELL, RAYMOND M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MITCHELL, SR, RICHARD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MITCHELL, WILEY E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MITCHELTREE, GARTH R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MITSAKOS, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MIXON, JAMES D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MIZE, FRANK, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MIZZELL, CHARLES K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MOBERLY, WALDO L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MOELLER, KENNETH W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MOELLER, WILBUR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MOFFETT, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MOHLER, DARRELL W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MOHR, HAROLD R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MOLINA, WAYNE J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MOLL, ARMOND J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MOLLIVER, JERRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MOLNAR, ELMER J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MOLNAR, EUGENE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MOLTER, MICHAEL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MONACY, LEON J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MONAGHAN, FRANK W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MONAHAN, JAMES S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MONDRAGON, FREDERICK, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MONEY, JAMES C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MONTANO, ANTHONY R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, MONTGOMERY, C B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

---

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | JAGOLINZER, DAVID A, MONTGOMERY, MARVIN D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MONTMINY, PAUL H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOODY, BURRELL C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOORE, ALFRED, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOORE, BILLY F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOORE, CLARENCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOORE, JAMES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOORE, JIMMY L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOORE, ROBERT J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOORE, THOMAS L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOORE, WILLIAM E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOORHEAD, GEORGE W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOORING, JR, JOHN B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORAN, RICHARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORANG, CLARENCE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORASH, JAMES H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORDARSKI, WILLIAM F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOREAU, RICHARD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOREHOUSE, ROBERT J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORETTI, ANTHONY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORGAN, JACKIE L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORGAN, JR, HUBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORGAN, LESTER R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORIN, BRUCE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORIN, JEANPAUL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORING, JOE D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORNEAULT, ALCIDE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORRIS, DAVID, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORRIS, DONALD G, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORRIS, GEORGE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | JAGOLINZER, DAVID A, MORRIS, JAMES S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORRIS, JAMES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORRISON, BLYTHE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORRISON, LARRY, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORRISON, LUTHER C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORRISON, ROBERT R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORRISON, ROGER C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORRISSETTE, DONALD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORSE, LAWRENCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORTENSEN, CHRISTOPHER J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MORTON, WILLIAM G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOSELEY, CHARLES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOSS, III, FREDERICK L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOSTELLER, DONALD P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOTLEY, WADE W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOTSENBOCKER, JESSE J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOTTO, JOSEPH J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOULDER, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOULTON, DONALD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOURNING, ROBERT H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MOXLEY, ARTHUR J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MULHOLLAND, EDWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MULKEY, WESLEY R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MULKEY, WILLIAM F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MULLET, JACOB M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MULLIGAN, JAMES F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MULLIGAN, MICHAEL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MULLINS, LARRY E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MULLINS, ROGER L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MUNCH, MARSHALL H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

WR Grace PI

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | JAGOLINZER, DAVID A, MUNDELL, GEORGE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MUNSELL, TRAVIS C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MUNSON, WILBUR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURACA, ANTHONY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURALLO, EXEQUIEL V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURDOCH, JACK S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURNAN, ROBERT D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURO, SALVATORE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURPHY, DANIEL D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURPHY, DAVID J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURPHY, FRANKLIN P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURPHY, GARA M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURPHY, GERALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURPHY, JERRY D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURPHY, JOHN P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURPHY, JR, THOMAS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURPHY, MAURICE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURPHY, PATRICK P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURPHY, RICHARD J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURPHY, WILLIAM P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURRAY, HOWARD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURRAY, JOHN P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURRAY, LEONARD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURRAY, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MURRY, MELVIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MUSGROVE, HARRY, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MUSICK, JOHN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MUSSELWHITE, GLENN, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MUTHERT, CARL R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, MYERS, BARNEY, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |