**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  JAGOLINZER, DAVID A, WALSH, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WALSH, VAUGHN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WALTERS, THOMAS W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WALTON, BILLY F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WALTZ, JR, ELMER A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WANDELL, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WANNER, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WARD, CLINTON E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WARD, PRICE D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WARDANSKI, THOMAS A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WARE, CHARLES F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WARGO, TOM L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WARNER, JAMES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WARNER, ROBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WARREN, JAMES C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WARREN, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WARREN, ROBERT H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WASILEWSKI, MICHAEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WASSILI, WILLIAM P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WATERS, DAVID E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WATERS, ORVILLE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WATKINS, FRANK O, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WATKINS, JOHNNY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WATSON, DAVID L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WATSON, DELMUS E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WATSON, RICHARD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WATSON, ROBERT R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WATSON, WILLIE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WATTERS, KURT D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WATTS, CLARENCE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | JAGOLINZER, DAVID A, WATTU, DAVID, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEAKLEY, ERNEST E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEARE, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEBB, DONALD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEBB, JAMES, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEBB, RUSSELL A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEBB, THOMAS D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEBB, THOMAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEBB, WALLACE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEBER, TERRY M, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEBSTER, EUGENE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEBSTER, OWEN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEBSTER, ROBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEDDERBURN, ALPHEUS H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEDGE, WILLIAM T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEED, CHESTER A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEEKS, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEEKS, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEGING, DENNIS E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEGNER, WALTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEIDEMANN, REUBEN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEIGEL, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEIGLEIN, JACK L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEILAND, JOHN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEIR, FRANCIS K, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEIR, OTIS F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEISENBERGER, DONALD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEISHAAR, RANDY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEISS, FREDERICK J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEISS, ROBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   JAGOLINZER, DAVID A, WEITEN, RALPH C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WELAGE, JR, FRANK E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WELCH, ANDREW C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WELCH, LOUIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WELCH, RAYMOND M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WELCH, THOMAS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WELCHMAN, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WELIKSON, LOUIS, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WELLINGTON, ELMER L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WELLS, BRUCE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WELNAK, PAUL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WENDT, ALLEN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WENGER, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WENNINGER, LEON E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WENZEL, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WERMANN, ALFRED G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WERNER, MARK R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WERTZBAUGHER, ORVILLE C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WEST, DENNIS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WEST, EVERETT J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WEST, JR, DWIGHT E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WEST, JUNIOR D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WEST, VERNON E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WESTBERG, WALTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WESTBERRY, COLAN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WESTBROOK, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WESTERHOLD, CHARLES E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WESTERN, GAYNOR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WESTGATE, MARK E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WESTMAN, GORDON W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | JAGOLINZER, DAVID A, WESTMAN, ORICK E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WESTPHAL, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WESTRICK, RICHARD M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WETHINGTON, JERRY A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WEYER, ARTHUR, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHALEN, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHALEY, JR, GARLAND G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHEAT, LOIS, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHEELER, DWIGHT N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHEELER, FRANK E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHEELER, GERALD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHEELES, RAYMOND B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHELAN, PATRICK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHELCHEL, NEAL A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHERLEY, DALLAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHIPPEN, HAROLD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITE, ALANSON P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITE, BURL E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITE, CLARENCE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITE, GLENN C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITE, JACK O, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITE, JACKY H, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITE, JOHN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITE, JR, JAMES H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITE, LLOYD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITE, RICHARD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITE, ROBERT N, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITE, WILLIAM D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITFORD, HOWARD B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WHITLEY, MELVIN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

Svc Lst  Name and Address of Served Party

---

21068  JAGOLINZER, DAVID A, WHITLOCK, ACEY W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WHITLOCK, LUTHER W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WHITMARSH, JOHN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WHITNEY, DALE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WHITWORTH, REESE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WHOOLERY, WALTER G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WICEVIC, LAWRENCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WICHMANN, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WICKETT, VAUGHN H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WICZYNSKI, GEORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WIEGER, IRWIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WIELAND, GEORGE B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WIERBINSKI, JAMES J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WIESE, WALTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WIEST, THOMAS E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WIGINTON, EDWIN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILBER, LLOYD D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILCHER, TED, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILEMAN, PRICE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILHITE, RICHARD K, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILKEN, HENRY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILKERSON, WILLIAM D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILKINSON, PAUL M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILKINSON, ROBERT B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILLARD, TERRY J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILLETT, JOHN H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILLETTE, PATRICK J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILLIAMS, CARRIE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILLIAMS, CHARLES H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WILLIAMS, CLEOPHUS, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, DANIEL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, FERNANDO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, FOREST D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, GERALD T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, HARRY J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, HAZEL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, HENRY B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, JAMES, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, JOHN D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, JOHN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, JR, GREENVILLE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, KENNETH E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, KENNETH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, LAWRENCE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, LYLE M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, MICHAEL E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, OSCAR L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, PHELEMON T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, RICHARD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, RICHARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, ROBERT A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, ROBERT C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, ROXY, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMS, WILLIE, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIAMSON, JACKIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIE, RAYMOND, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIFORD, WALLACE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLINGHAM, OZZIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIS, ERNEST P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | JAGOLINZER, DAVID A, WILLIS, GARY C, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIS, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLIS, PATRICK J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILLS, JR, CHARLES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILMES, STANLEY D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, BUDDY R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, DONALD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, GEORGE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, GEORGE R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, JAMES E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, JAMES W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, JIMMIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, KENNETH W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, LARRY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, PERCY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, ROBERT E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, ROBERT L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WILSON, ROBERT P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WIMBERLY, JOHN Y, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WINDHAM, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WINDHORST, DERWOOD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WINEBRAKE, THEODORE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WING, ROBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WINGO, WALTER R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WINK, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WINSOR, GERALD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WINTER, HARRY D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WIRTH, MARTIN, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, WISDOM, KENT D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |

Svc Lst  **Name and Address of Served Party**

21068   JAGOLINZER, DAVID A, WISNER, ANTHONY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WITHROW, LARRY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WITHROW, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WITKIEWICZ, ANTHONY R, FERRARO & ASSOCIATES, 4000 PONCE DE
        LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WITOUSKI, JOSEPH H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WITTER, RICHARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WITTING, WILLIAM, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WNUKOWSKI, JAMES J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOHLERS, WILLIAM L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOJCIK, PHIL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE
        700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOJCIK, THOMAS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOJER, RONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOJNAR, EUGENE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOJTOWICZ, LOUIS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOJTOWICZ, STANLEY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOLAK, GEORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOLF, LEONARD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOLFE, KENNETH T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOLSTENCROFT, JOSEPH T, FERRARO & ASSOCIATES, 4000 PONCE DE
        LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOOD, DWIGHT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOOD, JESSE E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOOD, JOHN, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE
        700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOOD, JR, ORVILLE B, THE FERRARO LAW FIRM, 4000 PONCE DE LEON
        BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOOD, MELVIN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOOD, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOOD, SR, LAWRENCE H, FERRARO & ASSOCIATES, 4000 PONCE DE
        LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOOD, WALTER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOOD, WILEY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD,
        STE 700, MIAMI, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOOD, WILLIAM J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD
        STE 700, CORAL GABLES, FL, 33146-1434

21068   JAGOLINZER, DAVID A, WOODARD, RONALD S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON
        BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  **Name and Address of Served Party**

21068  JAGOLINZER, DAVID A, WOODBURN, ERNEST, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WOODHAM, ANTHOLYN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WOODRUFF, GEORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WOODRUFF, MARC, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WOODS, CHARLES D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WOOTEN, IRA S, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WOOTEN, JAMES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WOOTEN, JESSE R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WOOTEN, LESTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WORKMAN, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WORMDAHL, DOUGLAS W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WORMUTH, HOWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WORTHERLY, OSIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WOULARD, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WOZNIS, DOMINIC J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WRIGHT, CHARLES A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WRIGHT, CLAYTON J, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WRIGHT, KENNETH E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WRIGHT, LARRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WRIGHT, LORING, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WRIGHT, ROBERT F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WRIGHT, ROBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WRIGHT, WILLIAM H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WRIGHT, WILLIAM O, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WROBLE, ARTHUR S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WULFF, LESLIE F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WYLLIE, ALEXANDER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WYNN, EARL T, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WYNN, JACQUE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JAGOLINZER, DAVID A, WYNNE, DOUGLAS G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | JAGOLINZER, DAVID A, WYPYCH, PAUL F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YABENY, HARRISON, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YARB, EDWARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YARMAC, MARTIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YASHINSKY, JOHN D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YATES, CHARLES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YAWN, HARVEY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YEAGER, ERNEST W, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YEO, LAWRENCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YORK, LOUIS L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNG, BRUCE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNG, CHARLES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNG, CHARLIE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNG, CLIMMIE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNG, GEORGE T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNG, GERALD E, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNG, HOWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNG, JAMES L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNG, JAMES P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNG, KENNETH E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNG, ROBERT N, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNG, RONALD L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNGBLOOD, SAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YOUNGCOURT, ALLAN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, YRAYTA, JORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZABOROWSKI, SR, JOHN, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZABSKI, FRANK S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZACKY, ROBERT, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZALEWSKI, LEON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZALLENICK, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | JAGOLINZER, DAVID A, ZANZERIN, CARLO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZARANKA, ROBERT G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZDUNCZYK, WALTER, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZEBELL, RICHARD N, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZEDALIS, III, ADOLPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZEHMS, LOUIS R, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZEIGLER, CARROLL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZEILIK, MICHAEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZELLA, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZELLER, DAVID L, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZELSKI, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZEMLJAK, EDWARD F, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZIENCINA, KENNETH J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZIENZ, JOHN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZILLION, WILLIAM G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZIMMERMAN, HARRY K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZIMMERMAN, MICHAEL D, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZIMMERMAN, NED A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZIMNICK, STANLEY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZIMNY, BRUNO, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZIOMKOWSKI, STANLEY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZITTROWEN, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZOBKA, RONALD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZUELCH, MILTON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZUMBRUN, BETTYE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAGOLINZER, DAVID A, ZYLA, ANTON P, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 |
| 21068 | JAGOT, FRANK L, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638 |
| 21068 | JAHN, RICKEY G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JAHN, RUSSELL W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | JAHNKE, GERALD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Svc Lst  Name and Address of Served Party**

21068   JAKEMAN, ROBERT, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21069   JAKSA, MICHAEL, ANDERSON, ALBERT L, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, BANNERT, GLENN, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, BRUYERE, BRUCE, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, DORIS, JOSEPH, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, ELDRIDGE, FRED, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, GRINSELL, THOMAS J, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, HARTJE, ROBERT, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, HERIVEL, RONALD, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, HOLMBO, DALE A, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, JOHNSON, DUANE E, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, JOHNSON, LAWRENCE, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, KRUEGER, DALE, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, KRZOSKA, ANDREW J, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, MURRAY, JACK E, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, PETERSON, LEONARD A, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, SCHROEDER, RICHARD, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, SIROTIAK, GEORGE, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, SWENSON, RUSSELL, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21069   JAKSA, MICHAEL, WALKER, FLORA C, SHERMOEN & JAKSA PLLP, PO BOX 1072, INTERNATIONAL FALLS, MN, 56649-1072

21068   JAKSINA, JOHN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   JAKUBEK, JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   JAME, PAUL F, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   JAMEN, GEORGE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   JAMERSON, HARRY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   JAMERSON, JANNIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   JAMERSON, JANNIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JAMERSON, JANNIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069   JAMERSON, WILLIE R, GALLOWAY, JOHNSON, TOMPKINS & BURR, SUITE 400, ONE SHELL SQUARE, NEW ORLEANS, LA, 70139

21068   JAMES, ALBERT L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JAMES, ALBERTA E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

21068  JAMES, ALEXANDER, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  JAMES, ALEXANDER, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  JAMES, ALLEN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  JAMES, ALLEN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  JAMES, ALTON L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  JAMES, ALVIN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  JAMES, ANTHONY L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  JAMES, ANTHONY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  JAMES, ANTHONY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  JAMES, BARBARA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  JAMES, BARBARA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  JAMES, BARNEY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  JAMES, BEN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  JAMES, BENJAMIN T, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068  JAMES, BILLY E, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  JAMES, BILLY J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  JAMES, BOBBIE J, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  JAMES, CALVIN, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069  JAMES, CARL F, HUMPHREY, FARRINGTON & MCCLAIN, P C, 221 WEST LEXINGTON, SUITE 400, PO BOX 900, INDEPENDENCE, MO, 64051

21068  JAMES, CHARLES E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  JAMES, CHARLES S, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21068  JAMES, CLARENCE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JAMES, CLARENCE J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  JAMES, CLARENCE O, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  JAMES, CLAUD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  JAMES, CLAUDE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  JAMES, CLEVELAND, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  JAMES, CLYDELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  JAMES, COLUMBUS, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  JAMES, CURTIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  JAMES, DANIEL A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  JAMES, DARRELL, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  JAMES, DONNIE T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  JAMES, ELIZABETH H, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  JAMES, ELIZABETH H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068    JAMES, ELMER, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    JAMES, ERIC D, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    JAMES, ERNEST S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAMES, FOY P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    JAMES, FOY P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    JAMES, GENERAL, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    JAMES, GENERAL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    JAMES, GLENN, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902

21068    JAMES, GLORIA A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    JAMES, GRADY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    JAMES, HARDEN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    JAMES, HENCHION, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    JAMES, HENRY, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068    JAMES, HENRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    JAMES, HENSLEY S, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    JAMES, HERBERT M, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    JAMES, HERMAN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    JAMES, HOWARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    JAMES, ISAAC, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    JAMES, ISABEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    JAMES, ISAIAH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    JAMES, ISAIAH, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    JAMES, ISIAH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    JAMES, JAMES HARVEY, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    JAMES, JAMES HARVEY, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    JAMES, JANIS A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    JAMES, JANIS A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    JAMES, JESSE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    JAMES, JESSE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    JAMES, JESSE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    JAMES, JESSIE A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    JAMES, JESSIE A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    JAMES, JESSIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    JAMES, JESSIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    JAMES, JIMMIE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | JAMES, JIMMIE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | JAMES, JIMMY A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | JAMES, JIMMY L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | JAMES, JOHN A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | JAMES, JOHN A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | JAMES, JOHN E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | JAMES, JOHN H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | JAMES, JOHNNY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | JAMES, JOHNNY L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | JAMES, JOSEPH E, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | JAMES, JOSEPH W, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | JAMES, JOSEPH, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | JAMES, JOSEPH, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | JAMES, JOSEPH, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | JAMES, JR, ARTHUR L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | JAMES, JR, BILL H, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | JAMES, JR, EUGENE E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | JAMES, JR, FRANK S, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | JAMES, JR, FRANK S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | JAMES, JR, FRANK S, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | JAMES, JR, GEORGE D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | JAMES, JR, OSCAR, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | JAMES, JR, THOMAS, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | JAMES, JR, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | JAMES, JR, THOMAS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | JAMES, JR, W C, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | JAMES, JR, WILLIAM H, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | JAMES, JR, WILLIAM J, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | JAMES, JR., OSCAR, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | JAMES, KEARNEY, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638 |
| 21068 | JAMES, LANIER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | JAMES, LANIER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | JAMES, LEONARD, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | JAMES, LEONARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |

**Svc Lst  Name and Address of Served Party**

21068    JAMES, LESLIE M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAMES, LEVI, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068    JAMES, LOIS S, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    JAMES, LORENA B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    JAMES, LORENA B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    JAMES, LUCY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    JAMES, LUCY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    JAMES, MARTIN R, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    JAMES, MORRIS R, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    JAMES, MORRIS R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    JAMES, NANCY, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    JAMES, NANCY, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21069    JAMES, NEIL H, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100 PENN SQUARE E STE 1050 - 10TH FL, PHILADELPHIA, PA, 19107

21068    JAMES, NINA, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    JAMES, NORMAN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    JAMES, ODIS D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    JAMES, OLIES E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    JAMES, OTIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    JAMES, PAUL E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    JAMES, PERCY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    JAMES, PLASCELIA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    JAMES, PLASCELIA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    JAMES, RAYMOND A, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068    JAMES, RAYMOND C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAMES, ROBERT D, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068    JAMES, ROBERT E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    JAMES, ROBERT L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    JAMES, RONALD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    JAMES, ROOSEVELT, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    JAMES, RUBY, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068    JAMES, RUBY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068    JAMES, RUBY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    JAMES, RUBY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    JAMES, RUTH H, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068    JAMES, SARAH B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    JAMES, SARAH B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069    JAMES, SMITH H, LAW OFFICE OF POWELL & MINEHART, PC, 1923 WELSH RD, PHILADELPHIA, PA, 19115-4659

21069    JAMES, SMITH H, LAW OFFICE OF POWELL & MINEHART, PC, 7600 CASTOR AVE, PHILADELPHIA, PA, 19152

21068    JAMES, SR, ARTHUR R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   JAMES, SR, ARTHUR R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   JAMES, SR, BRUCE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   JAMES, SR, CLEMIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JAMES, SR, EUGENE E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   JAMES, SR, GARY C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   JAMES, SR, JETHRO, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   JAMES, SR, PATRICK HENRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   JAMES, SR, ROBERT L, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   JAMES, SR, WILLIAM E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JAMES, SR, WILLIE D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   JAMES, STEVEN R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   JAMES, T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JAMES, T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   JAMES, THOMAS E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   JAMES, THOMAS F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   JAMES, THOMAS L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   JAMES, W B, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   JAMES, WALTER, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   JAMES, WALTER, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   JAMES, WENDELL, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   JAMES, WILLARD, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   JAMES, WILLIAM K, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   JAMES, WILLIAM O, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   JAMES, WILLIAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   JAMES, WILLIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JAMES, WILLIE L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   JAMESON, CLAUDE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAMESON, JAMES S, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   JAMESON, JOHN K, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   JAMESON, JOHN K, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069   JAMESON, JR, HENRY W, GOODMAN & GOODMAN, SUITE 265, 6445 POWERS FERRY RD, N W, ATLANTA, GA, 30339-2909

21068   JAMESON, VIRGIL G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JAMESON, VIRGIL G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   JAMISON, BOYD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   JAMISON, GEORGE, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

**Svc Lst  Name and Address of Served Party**

21068   JAMISON, GEORGE, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   JAMISON, JAMES D, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   JAMISON, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   JAMISON, JAMES E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   JAMISON, MARK, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   JAMISON, NETTIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JAMISON, NOLEN R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   JAMISON, THOMAS E, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   JAMISON, WATSON, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   JAMISON, WILLIAM R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   JAMROZY, KENNETH J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   JANAK, CHARLES J, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   JANASCHUCK, ANTHONY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   JANCART, RICHARD L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   JANCIK, LESLIE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   JANCOVIC, ANDREW, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   JANCZYN, EUGENE, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068   JANDEBEUR, DANIEL A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   JANDERNOA, KENNETH, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   JANDURA, CHARLES B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JANES, ALBERT C, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068   JANES, ERICH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   JANES, FREDERICK A, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068   JANES, RICHARD A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JANES, RICHARD A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   JANES, WOODROW W, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   JANICKI, CHESTER R, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068   JANICKI, STANLEY J, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   JANICKI, STANLEY J, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   JANICS, STEVEN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   JANIGA, JOSEPH W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   JANIS, BILLY C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

Svc Lst  Name and Address of Served Party

---

21068  JANISE, JOHN D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JANISE, MELVIN M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  JANISZEWSKI, THADDEUS, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068  JANKE, GERALD O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JANKO, ALBERT M, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  JANKOVICH, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JANKOWSKI, THADDEUS R, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  JANKOWSKI, THADDEUS R, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21069  JANNACH, JOHN R, THE LAW FIRM OF THOMAS KRAGH, 410 1ST STREET E, POLSON, MT, 59860

21069  JANNACH, JOHN R, THOMPSON & BOECHLER, ONE NORTH 2ND ST STE 314, PO BOX 1932, FARGO, ND, 58107-1932

21068  JANNER, LEROY C, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  JANNER, LEROY C, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  JANNEY, AL M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  JANNEY, AL M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  JANNOTTI, THOMAS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  JANOUSEK, LEWIS A, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  JANOVICK, JAMES G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  JANOWSKI, JOSEPH J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  JANOWSKI, JOSEPH J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  JANOWSKI, JOSEPH L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JANOWSKI, JOSEPH L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  JANSEN, MARCELLUS L, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21069  JANSEN, NORBERT F, KLAMANN & HUBBARD, P A, 7101 COLLEGE BOULEVARD, SUITE 130, OVERLAND PARK, KS, 66210

21068  JANSEN, ROLAND, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JANSEN, SR, GERALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JANSHEGO, DAVID J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  JANSSENS, JOSEPH R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  JANSSON, IVAR, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  JANSZEN, ANDREW J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JANTZ, ROLAND M, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068  JANTZEN, FRANK W, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  JANUARY, ANITA, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068  JANUARY, ANITA, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068  JANUARY, BEN D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  JANUARY, LAURENT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  JANUARY, ROSCOE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

21068    JANUS, LOUIS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    JANZEN, HENRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    JANZEN, HERMAN A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    JAPKOWSKI, EUGENE R, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068    JAPPE, LEONARD N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JAQUEZ, ZOILA, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068    JARA, MAXIMO, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    JARC, FRANK, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    JARDEE, LARRY R, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068    JARES, SR, THOMAS H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    JARMAN, HENRY P, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068    JARMAN, JOHNNY G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    JARMON, HENRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    JARMON, HENRY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    JARMULOSKI, THEODORE J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    JARNETTE, JAMES D, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    JAROCHA, BOLESLAV W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    JAROLIM, GEORGE W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    JAROLIM, GEORGE W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    JAROS, CHARLES L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    JARREAU, JAMES R, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068    JARREAU, JR, OVIDE, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    JARREAU, JR, OVIDE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    JARREAU, JR., J. J, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    JARREAU, SR, SEEBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    JARREELL, RAYMOND, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068    JARRELL, ANNIE, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    JARRELL, CHARLES A, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    JARRELL, COBA, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    JARRELL, COBA, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    JARRELL, EMMIT M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    JARRELL, FYNIOUS, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    JARRELL, HENRY G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

Svc Lst  Name and Address of Served Party

21068   JARRELL, HENRY G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   JARRELL, HENRY, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   JARRELL, HENRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JARRELL, JAMES M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   JARRELL, JAMES M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   JARRELL, JAMES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   JARRELL, JAMES, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068   JARRELL, JERRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   JARRELL, JERRY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   JARRELL, JOHN A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JARRELL, JUDY, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   JARRELL, LEO, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   JARRELL, LEO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   JARRELL, MARLON, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   JARRELL, MARQUETTE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   JARRELL, RONDOL D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   JARRELL, WALLACE, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   JARRETT, BOBBY L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   JARRETT, BOBBY, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   JARRETT, BOBBY, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   JARRETT, DANA M, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   JARRETT, DOUGLAS L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JARRETT, GEORGE H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   JARRETT, JAMES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JARRETT, JOE B, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   JARRETT, LESTER P, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   JARRETT, LINWOOD A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   JARRETT, PHILIP E, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21069   JARRETT, RICHARD T, COOPER & TUERK LLP, 201 NORTH CHARLES ST STE 2300, BALTIMORE, MD, 21201-4197

21068   JARRETT, RICHARD T, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   JARRETT, STEVEN R, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   JARRETT, WALTER L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

Svc Lst  **Name and Address of Served Party**

21068  JARVI, EMIL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  JARVIS, CHARLES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  JARVIS, DAVID C, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069  JARVIS, EDWARD, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21068  JARVIS, FRED, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21069  JARVIS, FREDERICK C, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068  JARVIS, FREDERICK C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  JARVIS, FREDERICK C, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068  JARVIS, GARY M, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  JARVIS, JACKSON D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  JARVIS, JOHN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  JARVIS, JR, OLIVER D, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068  JARVIS, JR, REX, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  JARVIS, LARRY J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  JARVIS, LEROY, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068  JARVIS, LEROY, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  JARVIS, SR, KENNETH R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  JARVIS, THOMAS E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  JASAK, JOSEPH R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  JASEN, JOSEPH P, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  JASILI, EDMUND, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  JASIN, MICHAEL, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  JASKIEWICZ, VINCENT F, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  JASON, JOSEPH F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JASON, JOSEPH F, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  JASON, SR, HARACE, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068  JASPER, CHARLES, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  JASPER, CHARLES, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  JASPER, DONALD, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068  JASPER, DUDE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  JASPER, JOHN L, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  JASPER, JR, EARNEST, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  JASPER, JR, TRAVIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JASPER, JR, TRAVIS, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068  JASPER, JR, TRAVIS, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

Svc Lst  Name and Address of Served Party

21068   JASPER, RAYMOND, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   JASPER, RICHARD J, WHITEFORD TAYLOR PRESTONS, 7 SAINT PAUL ST, BALTIMORE, MD, 21202-1626

21068   JASPER, THOMAS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JASPERS, SIBBELE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   JASPERS, SIBBELE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JASPERSON, JASPER F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JASTER, DONALD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAUCHLER, JR, ROLAND K, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068   JAUCHLER, JR, ROLAND K, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068   JAUCHLER, JR, ROLAND K, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   JAUDON, RICKEY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   JAURIGUI, ERNEST R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JAVETT, DONALD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   JAVIER, LARRY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   JAVINS, BILLY J, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   JAVINS, MICHAEL, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   JAVIOR, PAUL B, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   JAVIOR, PAUL B, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   JAVIOR, PAUL B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JAVORSKY, BOHUMIR J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   JAWORSKI, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   JAY, ALTON L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   JAY, ALTON L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   JAY, CLYDE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   JAY, HOWARD R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JAY, HOWARD R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   JAY, PAUL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   JAY, ROBERT C, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   JAYCOX, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   JAYE, JOHNNY R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   JAYNE, DANIEL L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JAYNE, DANIEL L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   JAYNES, LULEAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   JAYNES, MARGERINE, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   JAYNES, WILLIAM H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JAYNES, WILLIE J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

**Svc Lst  Name and Address of Served Party**

21068   JAYNES, WILLIE J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   JEAN, JOHNNIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   JEAN, SR, SIDNEY C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JEANE, EVELYN, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   JEANES, DENZIL W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JEANFREAU, CLIFFORD 4, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   JEANIS, CURTIS F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JEANNETTE, WILLIAM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JEANPIERRE, CLIFFORD, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   JEANPIERRE, CLIFFORD, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   JEANPIERRE, SR, JOHN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   JEANPIERRE, SR, JOHN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   JEANQUART, ANTHONY E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   JEANS, STEVE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   JEANS, WILLIAM J, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068   JEANSON, WINTIS P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JEANSON, WINTIS P, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   JEANSONNE, WINTIS P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   JEARS, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   JEFCOAT, ARTHUR B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   JEFCOAT, ARTHUR B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   JEFCOAT, CLAUDE D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   JEFCOAT, CLYDE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   JEFCOAT, CLYDE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   JEFCOAT, II, LUMUS H, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   JEFCOAT, J B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   JEFCOAT, JERREL T, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   JEFCOAT, SHERLIE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   JEFCOAT, SHERLIE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   JEFCOAT, SR, JERRY A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   JEFCOATS, BOBBIE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   JEFCOATS, BOBBIE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   JEFFCOAT, ARTHUR L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JEFFCOAT, CLIFFORD E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   JEFFCOAT, DORIS, THE LAW FIRM OF GILBERT ADAMS, PO BOX 3688, BEAUMONT, TX, 77704

21068   JEFFCOAT, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   JEFFCOAT, JERRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JEFFCOAT, JERRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Svc Lst  Name and Address of Served Party**

21068   JEFFCOAT, PERCY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JEFFCOAT, PERCY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   JEFFERIES, JOE E, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   JEFFERIES, KENNETH C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   JEFFERS, BESSIE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   JEFFERS, CARLTON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   JEFFERS, CAROLYN, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21069   JEFFERS, DESMOND, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965

21068   JEFFERS, JAMES T, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   JEFFERS, JAMES T, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   JEFFERS, JAMES V, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   JEFFERS, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   JEFFERS, JAMES, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   JEFFERS, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   JEFFERS, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JEFFERS, JOHN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   JEFFERS, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JEFFERS, JOHN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   JEFFERS, JONATHAN C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JEFFERS, JONATHAN C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   JEFFERS, JR, SILAS L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   JEFFERS, JR, TOMMY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   JEFFERS, LESSIE M, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   JEFFERS, LLOYD B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   JEFFERS, MYRON F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   JEFFERS, OTIS L, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068   JEFFERS, PAUL G, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   JEFFERS, TOM E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   JEFFERSON, ARTHUR, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   JEFFERSON, BARBARA, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   JEFFERSON, CAROLYN, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   JEFFERSON, CLIFFORD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JEFFERSON, CORNELIA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   JEFFERSON, DOROTHY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JEFFERSON, E L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   JEFFERSON, E L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   JEFFERSON, ELIZABETH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JEFFERSON, ELLA M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   JEFFERSON, ELLA M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   JEFFERSON, ERNEST A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   JEFFERSON, ERNEST A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   JEFFERSON, FREDDIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JEFFERSON, HERBERT H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JEFFERSON, HOWARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   JEFFERSON, HUBERT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   JEFFERSON, HUBERT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   JEFFERSON, JESSE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   JEFFERSON, JESSE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   JEFFERSON, JESSE, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   JEFFERSON, JOHN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JEFFERSON, JOHN H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   JEFFERSON, JOHN H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   JEFFERSON, JOHNIE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   JEFFERSON, JOHNIE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   JEFFERSON, JOSETTA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   JEFFERSON, JR, JOSEPH E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JEFFERSON, JR, THOMAS H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JEFFERSON, LAMAR, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   JEFFERSON, LARRY D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JEFFERSON, LAURA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   JEFFERSON, LAURA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   JEFFERSON, LILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   JEFFERSON, LILLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   JEFFERSON, LINDA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   JEFFERSON, LINDA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   JEFFERSON, LINDBERG, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   JEFFERSON, LINDBERG, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   JEFFERSON, MARVIN A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JEFFERSON, MAURICE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   JEFFERSON, MELVIN L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

**Svc Lst  Name and Address of Served Party**

21068  JEFFERSON, NAOMI, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  JEFFERSON, PAUL C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  JEFFERSON, ROBERT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  JEFFERSON, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  JEFFERSON, ROBERT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  JEFFERSON, SR, JOSEPH E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  JEFFERSON, THOMAS H, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  JEFFERSON, THOMAS H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  JEFFERSON, THOMAS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  JEFFERSON, VICKIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  JEFFERSON, WILLIAM L, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  JEFFERSON, WILLIAM L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  JEFFERSON, WILLIE B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  JEFFERSON, WILLIE B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  JEFFERY, DON, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068  JEFFERY, JR, EARNEST, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  JEFFERY, JR, EARNEST, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  JEFFERY, RUTHIE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  JEFFORDS, LEO P, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  JEFFORDS, LEO P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  JEFFORDS, LEO P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  JEFFRESS, JASON C, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068  JEFFREY, DWIGHT W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  JEFFREY, FRANK, KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS, 171 TWELFTH STREET, THIRD FLOOR, OAKLAND, CA, 94607

21069  JEFFREY, HOWARD, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

21068  JEFFREYS, TENNIS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  JEFFRIES, ADA V, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  JEFFRIES, ALCIDE M, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  JEFFRIES, DEBORAH, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  JEFFRIES, HARRY, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  JEFFRIES, HERBERT D, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068  JEFFRIES, JAMES W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  JEFFRIES, OTIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  JEFFRIES, RICHARD, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  JEFFRIES, RICHARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

Svc Lst  Name and Address of Served Party

21068   JEFFRIES, ROBERT E, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   JEFFRIES, RODERICK H, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   JEFFRIES, ROOSEVELT, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   JEFFRIES, SR, JOHN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JEFFRIES, STANLEY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JEFFRIES, TERRY G, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   JEFFRIES, WASH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   JEFFRIES, WASH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   JEFFRIES, WILLIAM, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   JEFFUS, ELSIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JEFREY, SR, LESTER G, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   JEGLINSKI, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   JEKEL, ANDREW, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   JEKEL, KURT, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   JELINEK, WILLIAM C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   JELINSKI, GREGORY J, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068   JELOVICH, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   JEMERSON, DELTON, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   JEMISON, ARTHUR L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   JEMISON, CHARLIE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   JEMISON, RUSSELL C, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517

21068   JEMISON, RUSSELL C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   JEMISON, SR, EDDIE, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068   JEMISON, SR, EDDIE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   JENDRETZKY, KARL F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   JENDRYSIK, JOE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JENEROU, ALFRED L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   JENEY, ALBERT J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   JENISON, LYLE E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   JENKINS JR., BERTON, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   JENKINS, ADA E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JENKINS, ALICE B, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   JENKINS, ALICE B, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   JENKINS, ALTON, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   JENKINS, ALVIN V, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   JENKINS, ARCHIE L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   JENKINS, ARCHIE L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   JENKINS, ARTHUR C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   JENKINS, ARTHUR C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JENKINS, ARTHUR C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   JENKINS, ARTHUR, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   JENKINS, BASIL F, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   JENKINS, BASIL, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   JENKINS, BEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   JENKINS, BEN, OWEN & GALLOWAY, PLLC, OWEN BLDG, 1414 25TH AVE, GULFPORT, MS, 39501-1933

21069   JENKINS, BEN, RICHARD F PATE & ASSOCIATES PC, PO DRAWER 1308, 56-58 S CONCEPTION ST, MOBILE, AL, 36633

21069   JENKINS, BEN, THE LAW FIRM OF WM WILSON, JR, 2506 LAKELAND DRIVE, SUITE 500, P O DRAWER 16689, JACKSON, MS, 39236

21068   JENKINS, BENNIE W, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   JENKINS, BERNARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JENKINS, BETTY G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   JENKINS, BETTY G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   JENKINS, BILLY R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   JENKINS, BOBBY H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   JENKINS, BOBBYE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   JENKINS, BRENT L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   JENKINS, BRENT L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   JENKINS, BUFORD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JENKINS, CHARLES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   JENKINS, CLAUDE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   JENKINS, CLAUDE, HEIDMAN LAW FIRM, 701 PIERCE ST STE 200, SIOUX CITY, IA, 51102

21068   JENKINS, CURTIS, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   JENKINS, DANNY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   JENKINS, DARRELL A, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   JENKINS, DARRELL S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   JENKINS, DAVID, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JENKINS, DAVID, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   JENKINS, DELORES A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   JENKINS, DELORES A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Svc Lst  Name and Address of Served Party**

21068    JENKINS, DEWEY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    JENKINS, DEWEY N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    JENKINS, E J, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    JENKINS, E J, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    JENKINS, ELAINE A, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    JENKINS, ELLIS C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    JENKINS, ELLIS M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    JENKINS, ERNEST D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    JENKINS, ERNEST D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    JENKINS, ERNEST W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    JENKINS, ERNEST W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    JENKINS, EUGENE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    JENKINS, EVERETT, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    JENKINS, EVERETT, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    JENKINS, FRANKLIN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    JENKINS, FRANKLIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    JENKINS, FRED C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    JENKINS, FRED O, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    JENKINS, GARY O, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    JENKINS, GARY, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068    JENKINS, GEORGE H, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    JENKINS, GERALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    JENKINS, GLENDON L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    JENKINS, HARDY, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068    JENKINS, HAROLD E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    JENKINS, HAROLD, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    JENKINS, HAROLD, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    JENKINS, HASTEN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    JENKINS, HERBERT T, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    JENKINS, HERBERT T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    JENKINS, HOWARD E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    JENKINS, HOWARD E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    JENKINS, HUBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    JENKINS, JAMES B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | JENKINS, JAMES B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | JENKINS, JAMES L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | JENKINS, JAMES L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | JENKINS, JAMES M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | JENKINS, JAMES R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | JENKINS, JAMES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | JENKINS, JAMES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | JENKINS, JEANNIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | JENKINS, JESSE, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | JENKINS, JIMMIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | JENKINS, JIMMIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | JENKINS, JIMMY L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | JENKINS, JIMMY L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | JENKINS, JIMMY, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | JENKINS, JOHN L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | JENKINS, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | JENKINS, JOHNNIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | JENKINS, JOHNNIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | JENKINS, JOHNNY B, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | JENKINS, JOHNNY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | JENKINS, JOHNNY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | JENKINS, JR, GEORGE, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | JENKINS, JR, JAMES, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | JENKINS, JR, JESSIE S, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | JENKINS, JR, WOODROW, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | JENKINS, JR, WOODROW, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | JENKINS, JR, WOODROW, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | JENKINS, JULIA J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | JENKINS, JULIA J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | JENKINS, LARRY B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | JENKINS, LARRY B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | JENKINS, LARRY G, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | JENKINS, LARRY G, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | JENKINS, LARRY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | JENKINS, LARRY, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | JENKINS, LARRY, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |

Svc Lst  **Name and Address of Served Party**

21068   JENKINS, LEE V, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   JENKINS, LELAR M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JENKINS, LEROY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JENKINS, LEWIS G, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   JENKINS, LEWIS G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JENKINS, LINDSEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JENKINS, LINDSEY, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   JENKINS, LINWOOD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   JENKINS, LINWOOD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JENKINS, LINWOOD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   JENKINS, LUTHER D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   JENKINS, LYLE C, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757

21068   JENKINS, MAMIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   JENKINS, MAMIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   JENKINS, MARGARET, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   JENKINS, MARGARET, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   JENKINS, MARSHALL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JENKINS, MARVIS C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JENKINS, MAX W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JENKINS, MERRELL, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   JENKINS, MILDRED A, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   JENKINS, MINNIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JENKINS, MITCHELL B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   JENKINS, MOSE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   JENKINS, MOSES R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JENKINS, MOSES R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   JENKINS, NANCEY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   JENKINS, ODELLE W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JENKINS, RAY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   JENKINS, RICHARD L, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   JENKINS, RICHARD L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   JENKINS, RICHARD, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068   JENKINS, RICHARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   JENKINS, RICHARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   JENKINS, ROBERT L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JENKINS, ROBERT L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

**Svc Lst  Name and Address of Served Party**

21068   JENKINS, ROBERT L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   JENKINS, RONALD B, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   JENKINS, RONALD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JENKINS, ROY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   JENKINS, ROY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   JENKINS, RUBEN, VLASTOS BROOKS HENLEY & DRELL PC, 300 S WOLCOTT SUITE 320, PO BOX 10, CASPER, WY, 82602

21068   JENKINS, RUDOLPH, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JENKINS, RUTH T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JENKINS, SAMMY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   JENKINS, SAMUEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JENKINS, SAMUEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   JENKINS, SR, ANDREW, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   JENKINS, SR, HERBERT R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   JENKINS, SR, LESLIE P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JENKINS, STUART P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   JENKINS, STUART P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   JENKINS, THEODORE C, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   JENKINS, THEODORE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   JENKINS, THOMAS E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   JENKINS, THOMAS H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JENKINS, THOMAS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   JENKINS, THOMAS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   JENKINS, TOMMIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JENKINS, TONY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   JENKINS, V J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JENKINS, WILL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JENKINS, WILL, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068   JENKINS, WILLARD T, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   JENKINS, WILLIAM, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   JENKINS, WILLIAM, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068   JENKINS, WILLIAM, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068   JENKINS, WILLIE A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   JENKINS, WILLIE C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   JENKINS, WILTON R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   JENKINS, WOODROW W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JENKINS, YVONNE H, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   JENKINS, YVONNE H, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   JENKINSON, SR, JOHN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068  JENKOT, JESSE, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068  JENKS, CECIL R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  JENNETTE, JIMMY G, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068  JENNEY, KENNETH E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  JENNINGS JR., CHRISTOPHER, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  JENNINGS, ADA J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  JENNINGS, ADA J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  JENNINGS, ALMA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  JENNINGS, ALMA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  JENNINGS, ALTON L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  JENNINGS, ALVINO L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  JENNINGS, ALVINO L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  JENNINGS, AUSTIN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21069  JENNINGS, BILL, BAILEY TRUSTY & COOK, PO BOX 151, BATESVILLE, MS, 38606

21068  JENNINGS, BILLY R, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068  JENNINGS, CARL P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  JENNINGS, CARL P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  JENNINGS, CHARLES B, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  JENNINGS, CHARLES B, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  JENNINGS, CHARLES B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JENNINGS, CHARLES F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JENNINGS, CHARLES F, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  JENNINGS, CLARENCE P, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  JENNINGS, DAVID, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  JENNINGS, ELBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  JENNINGS, ELTON, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069  JENNINGS, ELWIN LEE, ZIFF WEIERMILLER, 303 WILLIAM STREET, PO BOX 1338, ELMIRA, NY, 14902

21068  JENNINGS, FREDERICK G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JENNINGS, GEORGE W, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  JENNINGS, GEORGE W, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  JENNINGS, GEORGE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JENNINGS, GREGORY B, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  JENNINGS, HERROD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  JENNINGS, HERROD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  JENNINGS, HERROD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  JENNINGS, JARVIS L, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  JENNINGS, JARVIS L, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  JENNINGS, JARVIS L, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | JENNINGS, JOE T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JENNINGS, JOHN A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | JENNINGS, JOHN A, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | JENNINGS, JOHN A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | JENNINGS, JOSEPH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | JENNINGS, JOSEPH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | JENNINGS, JR, GRADY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | JENNINGS, JR, PHILLIP B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | JENNINGS, JR, WILLIAM R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | JENNINGS, LARRY C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | JENNINGS, LARRY K, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | JENNINGS, MICHAEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | JENNINGS, MICHAEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | JENNINGS, MYRTICE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | JENNINGS, NAOMI, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | JENNINGS, OWEN H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | JENNINGS, RUBY M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | JENNINGS, RUBY M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | JENNINGS, SHIRLEY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | JENNINGS, SHIRLEY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | JENNINGS, SONNY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | JENNINGS, THOMAS H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | JENNINGS, THOMAS J, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | JENNINGS, THOMAS J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | JENNINGS, THOMAS W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | JENNINGS, THOMAS W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | JENNINGS, VIRGIL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | JENNINGS, VIRGIL, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602 |
| 21068 | JENNINGS, WILLARD J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | JENNINGS, WILLARD J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | JENNINGS, WILLIAM J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | JENNINGS, WILLIAM J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | JENNISCHE, GEORGE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   JENNISON, KENNETH E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   JENRETTE, DON E, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   JENSCHKE, STANLEY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JENSEN, ANKER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   JENSEN, DONALD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JENSEN, DONALD R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   JENSEN, ERVIN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JENSEN, ERVIN H, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   JENSEN, GEORGE, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   JENSEN, HOWARD, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068   JENSEN, MARGARET H, ADKINS, JOHN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, ALLEN, RICHARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, ANTEAU, WILLIAM, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, ANTKOWIAK, WALTER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, AVILA, ESTEBAN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BAIR, WILLIAM, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BAKER, HENRY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BAKER, WILLIAM, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BALDWIN, RICHARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BALDWIN, SR, JERRY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BALLARD, FRANK, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BARNHART, KEITH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BARONE, FRANK, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BAUER, GEORGE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BAUERLE, MARLIN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BEAUDIN, ROGER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BECKOM, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BEEBE, JERRY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BEGUHN, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BELKEN, JR, VINCENT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, BELLAIR, HOWARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    **Name and Address of Served Party**

21068    JENSEN, MARGARET H, BELLOMO, ANTHONY, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BENEDICT, EMIL J, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BENNETT, RALPH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BLAIR, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BLEVINS, ARCHIE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BOLCHI, MARVIN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BOSTON, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BOYLE, CHARLES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BRADFORD, JR, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BRADLEY, BILL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BRANHAM, ROY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BREWER, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BROOKHOUSE, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BRUBAKER, BERNARD, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BRYANT, JACK, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BUCKLEY, ALBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BUELL, FRANK, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BUTLER, CURTIS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BUTSON, RICHARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, BYERS, ZACKIE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, CAMPBELL, DUANE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, CENTERS, DAVE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, CLAIBORNE, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, CLAY, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, CLICK, DAN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, COHRS, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, COLLING, EDWARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, COMBS, JERRY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, CONAT, DONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, CORCORAN, EDWARD, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   JENSEN, MARGARET H, COX, JOHN E, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
        STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, COX, KENT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE
        557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, CRAANEN, MICHAEL, ZAMLER MELLEN & SHIFFMAN PC, 23077
        GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DANIEL, PAUL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
        STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DANIELS, JOHN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
        STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DAVID, RODNEY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DAVIS, JR, OLIVER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DAY, LEROY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
        STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DEBRUHL, ELLIS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DEPALMA, RALPH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DEPREKEL, FRANCIS, ZAMLER MELLEN & SHIFFMAN PC, 23077
        GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DILLE, DON, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
        STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DILLE, PAMELA L, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DIPPELL, EDGAR, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DIXON, GERALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DODSON, JOHNNY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DROUIN, DELORE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DUEL, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
        STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, DUNCIL, IRA, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
        STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, EASTMAN, KENNETH, ZAMLER MELLEN & SHIFFMAN PC, 23077
        GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, ELKINS, PAUL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
        STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, ERVIN, GUY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
        STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, ERVIN, HAROLD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
        STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, ESSA, WILLIAM L, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, EVANS, WILBURN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, FARR, RICHARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, FARRAH, LYSIC, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
        STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, FENNER, PETER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
        RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, FERGUSON, WILLIAM T, ZAMLER MELLEN & SHIFFMAN PC, 23077
        GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, FIELDS, HOMER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
        STE 557, SOUTHFIELD, MI, 48075-3727

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068  JENSEN, MARGARET H, FINNEY, LEO, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, FLETCHER, EARL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, FLORKEY, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, FLOYD, CHRISTOPHER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, FORBES, DAVE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, FRANKLIN, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, FUGATE, ROGER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, GERARD, EUGENE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, GILPATRICK, RONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, GOSSELIN, HARVEY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, GOUDREAU, DENNIS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, GRIAS, HARALAMBOS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, GROGAN, FLOYD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, GROSS, EUGENE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HALE, HUBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HALL, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HANNAH, GENE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HARDEN, LEONARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HARDIN, KEN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HARRISON, WILLIAM, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HECKART, GERALD V, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HEINRICH, ROSS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HENDRICKS, KENNETH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HENDRIX, WILLIAM, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HEPINSTALL, AMOS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HESS, WILLIAM, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HESSER, JACKIE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HICKS, FRED, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HOFFMAN, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HOFMAN, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  JENSEN, MARGARET H, HOGAN, PATRICK, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HOPKINS, DOUGLAS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HORN, MARVIN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HOSKINS, RALPH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HUMENIK, JOSEPH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HUNDLEY, DAVID, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HUNSANGER, CHARLES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, HYMES, JOHN F, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, JAKUBIAK, MICHAEL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, JARVIS, WILLIAM, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, JOHNSON, BOBBIE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, JOHNSON, EZRA, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, JOHNSON, FLOYD E, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, JONES, CHARLES W, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, KALISIEWICZ, JOSEPH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, KARABOGIAS, NONDAS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, KECK, BOBBY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, KEETON, VESTER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, KELLY, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, KILLIAN, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, KLINE, CHARLES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, KOENIG, HANS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, KRUSE, HERMAN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, LABELL, ROGER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, LACY, HOWARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, LANCE, BENNIE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, LAWSON, GEORGE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, LAZETTE, MILTON, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, LEGENDRE, THOMAS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, LEONHART, CHARLES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

Svc Lst   Name and Address of Served Party

21068   JENSEN, MARGARET H, LILLY, LOYE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, LINDEMANN, RICHARD, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, LINDOW, CHARLES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, LINNABARY, JOHN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, LIVERNOIS, GERALD, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, LONGFELLOW, WILBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MACDONALD, ALEXANDER, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MACIAG, STANLEY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MALLEK, DANIEL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MALLORY, DORSEY, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MARCHESE, CASPER, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MARTIN, CLARENCE, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MASSERANT, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MATHIS, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MAURIDIS, KONSTANTINOS, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MAYR, KENNETH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MAZZARA, PETER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MCCANN, GEORGE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MCCARTNEY, THOMAS A, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MCCONNELL, DAN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MCMULLEN, MURRAY, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MELOCHE, JOSEPH, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MIHALIS, PANAGIOTIS, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MIKOLS, BARNABO S, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MILANTONI, RUDOLPH, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MILLER, ALLEN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MINOR, JOHN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MOITOZO, JOSEPH T, ZAMLER MELLEN & SHIFFMAN PC, 23077
GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MOORE, JOHN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD
STE 557, SOUTHFIELD, MI, 48075-3727

21068   JENSEN, MARGARET H, MORRISON, CRAIG, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD
RD STE 557, SOUTHFIELD, MI, 48075-3727

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | JENSEN, MARGARET H, MULLINS, DAVID, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, MURPHY, CHARLES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, MURPHY, PAUL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, NAGY, EMIL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, NEDRY, DAVID, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, NEWHOUSE, JOHN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, NEWLAND, CHARLES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, NICHOLLS, GLEN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, NIX, TRENTON, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, NORRIS, TONEY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, NUTT, DONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, OCKERMAN, DERWOOD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, OCONNOR, CHARLES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, OLEARY, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, OLSON, CLARENCE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, ONEILL, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, ORVIS, RONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, OTTER, PETER J, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, OWCZARZAK, LEONARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, OWENS, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, OWENS, NATHAN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, PACK, ODELL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, PAQUETTE, DAVID, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, PASTOR, JOHN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, PAULEY, BILLY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, PAYNE, MAURICE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, PEGOUSKE, LESTER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, PERKINS, WILLIAM, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, PETTY, HERDIS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, PHILLIPS, MILTON, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068    JENSEN, MARGARET H, PIRLOT, HAROLD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, PLATEK, LEON, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, POCKEY, DONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, PONDER, ROY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, PONTZ, ELMER R, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, POPE, LEO, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, PRATER, DONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, PROVEY, HOWARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, RAMAGE, JOHN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, RAMEY, JIMMIE R, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, RAMSAY, THOMAS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, RATAJCZAK, FRED M, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, RAVEL, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, RAWLS, JR, TOMMY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, RAYBA, MICHAEL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, REABE, MICHAEL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, REID, EDWARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, RICHARDS, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, ROMAN, CARL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, ROPP, HARVEY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, ROSSI, FRANK, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, RYDLICKI, PLATO, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, SALLIOTTE, DONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, SAMMONS, DONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, SANCHEZ, ARTHUR, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, SARTIN, NOAH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, SAULS, GLENN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, SAYLOR, J P, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, SCHAEFF, ERNEST, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068    JENSEN, MARGARET H, SCHNEIDER, RICHARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068  JENSEN, MARGARET H, SCHUR, EARL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SHARP, CLARENCE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SHARP, WILLIAM, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SHORES, LAWRENCE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SIAKANPARIS, AGATHON, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SIEB, DOUGLAS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SOCK, ROBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SOLESBEE, KYLE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SOMERVILLE, DONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SPACKEY, RICHARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SRODES, EDWARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, STAFFORD, THOMAS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, STAHL, GARY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, STASCH, ALBERT, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, STEIN, BENJAMIN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, STEINMAN, MILTON, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, STERN, MELVIN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, STEWART, RALPH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SUPROSKY, JOHN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SUTYAK, JOSEPH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SZCZESNY, THADDEUS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, SZYMANSKI, DONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, TERRY, GERALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, THOMAS, DARRELL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, THOMAS, WALTER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, TORRE, DOMINIC, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, TORRES, ANGEL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, TREBILCOCK, AL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, TRENT, CAROL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, TRIMAI, EUGENE R, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | JENSEN, MARGARET H, TROUPE, DALE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, TUCK, MARK F, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, TUCKER, MAX E, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, TUGGLE, JERRY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, TURNER, JR, JAMES, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, TURNEY, LEROY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, VANDENBERG, JOHN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, VANDERGRIFF, JOHNIE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, VANDERPOOL, ROGER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, VANRADEN, DONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, VARGO, JR, FRANK F, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, VENNARD, JOSEPH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, VOGAN, RALPH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, VULTAGGIO, GUISEPPE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WAGNER, HERMAN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WALKER, DONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WALKMASTER, CARL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WALTON, ELWOOD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WARREN, WILLIAM, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WEBER, KENNETH, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WEBER, RICHARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WEICK, EDWARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WHITE, NELSON, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WHITELEY, CHESTER, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WHITT, DALE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WILHELM, RICHARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WILLIAMS, CLARE, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WINKLER, DOUGLAS, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WINTER, GUY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |
| 21068 | JENSEN, MARGARET H, WOLFE, FRANKLIN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 |

Svc Lst  Name and Address of Served Party

---

21068  JENSEN, MARGARET H, WYZBINSKI, EDWARD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, WYZYKOWSKI, GREGORY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, YAKLIN, MELVIN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, YATES, BILLY, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, YOUNG, DONALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, YOUNG, WILLIAM, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, ZARUBICA, VUKASIL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, ZIELECK, STEVEN, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, ZIEMER, EMIL, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, MARGARET H, ZOLDOCK, HAROLD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727

21068  JENSEN, NORMAN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JENSEN, RAYMOND J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  JENSEN, ROBERT H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  JENSEN, RONALD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  JENSEN, SPENCER E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  JENSEN, SVEND, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068  JENSEN, WAYNE C, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  JENSEN, WILLIAM, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  JENSON, ARTHUR, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  JENSON, EILERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JENSON, GRANT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JENSON, LLOYD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JENSSEN, DONALD D, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068  JENT, BILLY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  JENT, JACKIE D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JENTSCH, WILLIAM R, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  JEPP, HEINRICH, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  JERDON, JOHN, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  JERIDO, FREDDIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  JERIDO, FREDDIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  JERKINS, HERBERT J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  JERKINS, JOSEPH L, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  JERKINS, WILLIAM H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JERKINS, WILLIAM H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  JERLS, TRAVIS R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  JERMAL, RICHARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  JERMAL, RICHARD, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068  JERMOLOWICZ, EDWARD, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  JERMOLOWICZ, EDWARD, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  JERNBERG, EVERT H, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21069  JERNIGAN JR, LEONARD T, SAWYER, CHARLES T, THE JERNIGAN LAW FIRM, PO BOX 847, RALEIGH, NC, 27602-0847

21068  JERNIGAN, BENJAMIN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  JERNIGAN, BENNIE L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  JERNIGAN, BILLY, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  JERNIGAN, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  JERNIGAN, EDDIE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  JERNIGAN, EDDIE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  JERNIGAN, ERNEST W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  JERNIGAN, ERNEST W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  JERNIGAN, GEORGE M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  JERNIGAN, JAMES E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  JERNIGAN, JAMES, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  JERNIGAN, JEANETTE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  JERNIGAN, JOE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  JERNIGAN, LEWIS, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  JERNIGAN, MARVIN L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  JERNIGAN, MARVIN L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  JERNIGAN, MARVIN L, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068  JERNIGAN, OLIVER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  JERNIGAN, OSSIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  JERNIGAN, PAUL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JERNIGAN, PETER, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  JERNIGAN, ROBERT, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  JERNIGAN, ROBERT, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

Svc Lst  Name and Address of Served Party

21068   JERNIGAN, ROY E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   JERNIGAN, ROY E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JERNIGAN, ROY E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069   JERNIGAN, ROY, SILVERSMITH & FORCINA, L L C, 131 CONTINENTAL DRIVE, SUITE 108, NEWARK, DE, 19713

21068   JERNIGAN, SR, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JERNIGAN, SR, JAMES R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   JERNIGEN, LEONARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   JEROR, FLOYD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JERRY, CURLEY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   JERRY, CURLEY J, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   JERRY, JOHN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   JERRY, RAYMOND, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   JERRY, RAYMOND, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   JERRY, SR, SAMUEL L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   JESCH, MARGARET, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JESENSKY, KAREN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   JESKE, ERIC, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069   JESSE LITTLE (DECEASED), PAUL, VICKI WARD, 113 JACKSON ST, WEST MONROE, LA, 71291

21068   JESSE, RUEBEN A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JESSEE, HELEN B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JESSEE, JR, GEORGE W, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   JESSEE, LEONARD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JESSIE, EARL T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   JESSUP, JAMES M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   JESSUP, KEITH, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   JESTER, HERSCHEL, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   JESTER, HERSCHEL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   JESTER, JIMMY C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   JESTER, JIMMY C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   JESTER, ROY B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   JESTER, THOMAS J, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   JESTER, THOMAS J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   JESTES, HARDIE E, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   JESTES, HARDIE E, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   JESTES, JAMES D, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   JESTES, JAMES D, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

Svc Lst  Name and Address of Served Party

21068   JETER, ARTHUREE S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JETER, BILLY C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   JETER, CHARLES, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   JETER, HARRY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JETER, JAMES A, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   JETER, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   JETER, JOE H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JETER, JUDY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JETER, RALPH, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   JETER, ROBERT L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JETER, RUSSEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   JETER, WILLA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   JETLAND, THOMAS L, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   JETLAND, THOMAS L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JETT, ALBERT E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   JETT, BENJAMIN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   JETT, BLAINE L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   JETT, DALE E, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   JETT, DENNIS D, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   JETT, DENNIS D, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   JETT, EMMA F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   JETT, LAUDIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   JETT, ROBERT, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   JETT, ROBERT, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069   JETTE, GEORGE O, THE LAW FIRM OF THOMAS KRAGH, 410 1ST STREET E, POLSON, MT, 59860

21069   JETTE, GEORGE O, THOMPSON & BOECHLER, ONE NORTH 2ND ST STE 314, PO BOX 1932, FARGO, ND, 58107-1932

21068   JETTINGHOFF, MARION L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   JETTON, LEE A, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   JETTON, LEE A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   JETTON, LEE A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069   JETTY, FRANCIS G, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068   JETTY, OLIVIA M, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   JEW, WILLIE, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068   JEWEL, GORDON R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   JEWELL, CLARENCE, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757

21068   JEWELL, EDWARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   JEWELL, ELMER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   JEWELL, GARY M, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  JEWELL, GEORGE, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  JEWELL, HAROLD R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  JEWELL, HAROLD R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  JEWELL, HUGH M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  JEWELL, JOSEPH J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068  JEWELL, PRESTON, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  JEWETT, CHARLES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JEWETT, JOHN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  JIACOBONE, JIM J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  JILES, ABRAHAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  JILES, JR, BENJAMIN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  JILES, USVIA, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  JILK, ALBERT J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  JILLSON, CALVIN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JIMENEZ, ALBERT, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  JIMENEZ, ANTONIO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  JIMENEZ, CHARLES C, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  JIMENEZ, ELVA, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  JIMENEZ, EMILIO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  JIMENEZ, EULALIO R, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  JIMENEZ, GREGORIO B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JIMENEZ, HORACE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  JIMENEZ, JESUS, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  JIMENEZ, JESUS, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  JIMENEZ, JOE, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  JIMENEZ, JOSE P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JIMENEZ, MIKE A, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  JIMENEZ, RICARDO G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  JIMENEZ, RICHARD, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  JIMERSON, LEE, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  JIMISON, MARCELL R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  JIMMAR, SR, EMMITT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  JIMMERSON, JAMES H, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  JIMMERSON, RAYFORD, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642