**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KEAHEY, G PATTERSON, BERRY, WALLACE N, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BISHOP, BRADLEY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BLACK, BOBBY C, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BLACK, ELMER Q, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BLACK, JOHN E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BLACKERBY, ERNEST L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BLAU, JOSEPH, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BOND, FRANK C, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BORDEN, DAVID C, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BOWLING, JAMES E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BRANTON, ROBERT E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BROWN, ETHRIDGE E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BROWN, EVERETT L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BROWN, JAMES E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BROWN, JOHN M, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BROWN, RICHARD A, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BURNETT, JIM P, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BURROW, CLAUDE B, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BUTLER, JAMES A, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, BYRON SR, JERRY L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, CAMPBELL, SHADRACH N, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, CAPPS, WARREN, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, CARMACK, SR, THOMAS J, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, CARROLL, CLIFFORD A, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, CHAPMAN, ALLEN M, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, COLBERT, GERALD R, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, COLE, LAWRENCE, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, COLEMAN, LEROY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, COLEMAN, LESTER K, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, CORLEY, PERRY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | KEAHEY, G PATTERSON, CRABB, DALLAS, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, CURRY, A E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, DANLEY, JAMES E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, DAVIS, BOBBY R, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, DAVISON, CECIL H, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, DEVAUGHN, LLOYD H, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, DOBBINS, WILLIAM B, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, DOBBS, RUFUS V, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, ELLEGOOD, WILLIAM H, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, ELLIOTT, JAMES W, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, ERVIN, DAVID L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, FEAGIN, RAY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, FEAGINS, ROOSEVELT, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, FLOYD, CHARLES, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, FRAZIER, JERRY E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, FULMER, GEORGE W, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, FUQUA, LLOYD D, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, GANDY, CAROLYN I, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, GANDY, CHARLES, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, GANUS, WILLIAM S, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, GEORGE, MELVIN, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, GHRIGSBY, MARVIN D, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, GIBBS, GEORGE A, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, GIDDENS, EDDIE C, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, GOAD, EARL N, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, GOSS, A C, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, GRAY, ROY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, GREEN, LYLE, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, HALE, ELBERT, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |
| 21068 | KEAHEY, G PATTERSON, HAMBY, DOVER E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  KEAHEY, G PATTERSON, HAMBY, JAMES L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, HARPER, ARNOLD, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, HEATH, CHARLES H, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, HEATON, JAMES H, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, HERALD, EARVELEE, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, HOGAN, JAMES R, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, HOLLAND, ELVIN L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, HOLLINGSWORTH, HILLARD H, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, HOLT, ISSIAC, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, HOSTETLER, GILBERT, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, HOUSTON, RENA, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, HUFFMAN, GARRETT, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, HUGHES, THOMAS D, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, ISBELL, QUINTON, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, JACKSON, BOBBY L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, JACKSON, BUD A, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, JAMES, CLARENCE O, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, JOHNSON, DAVID H, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, JONES, EUGENE, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, JONES, JACK, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, JONES, RALPH, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, JONES, WALTER J, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, KIRKPATRICK, LARRY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, LANDRUM, JAMES, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, LARDE, JR, RICHARD, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, LEMAY, REEDER W, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, LEWIS, HENRY A, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, LINDSEY, ERNEST, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, LOCKHART, EARL M, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068  KEAHEY, G PATTERSON, LOGAN, WILLIAM M, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   KEAHEY, G PATTERSON, LOGGINS, JERRY O, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, LONG, JOHN E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, LUBBE, PETE, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, LYNN, SR, CHARLES E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MADARIS, WILLIAM, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MANNING, BILLY R, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MAY, RODNEY O, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MCGRAW, CHARLES E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MCLANE, GEORGE W, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MILER, DELMAR, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MILLER, SR, WILBERT, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MILLER, WALTON C, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MINOR, JOHN A, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MITCHELL, RICHARD L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MONTGOMERY, RICHARD, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MOON, HARRY E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MORGAN, WILLIAM C, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MORRIS, AARON C, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MORRISON, JAMES D, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MOSES, LARRY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, MOTE, MORRIS R, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, NELSON, MILES G, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, NIX, BILLY F, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, NORWOOD, PERRY L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, OLIVE, ROBERT, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, OWENS, RAYMOND E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, PALMER, JAMES R, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, PEW, VIRGIE, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, PITTS, EDDIE, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, POHLMAN, HARRY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   KEAHEY, G PATTERSON, POLAND, HAROLD, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, PORTER, WILLIAM T, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, POSEY, SANFORD R, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, POUNDERS, TURNOR L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, PUGH, JAMES T, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, RATLIFF, MAX, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, RECTOR, DONALD, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, REDWINE, NATHAN, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, REED, HUBERT E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, REEVES, LLOYD A, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, REMBERT, ALLEN, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, REVELL, ALFRED, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, RICHEY, ARNOLD L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, RILEY, JOHNNY L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, RISNER, GARY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, ROBINSON, RAYMOND D, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, RODGERS, JACK, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, ROLLING, JOSEPH, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, RUNIONS, JAMES, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SALTER, DONALD A, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SANDERSON, RALPH D, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SARTAIN, LESTER, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SCORVER, HENRY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SEAL, ALPHA, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SHARP, CLARENCE, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SHAW, AUBREY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SHEHAN, W S, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SHEPPEARD, JAMES D, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SHERRILL, JIMMY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SIZEMORE, JAMES, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   KEAHEY, G PATTERSON, SKINNER, LEWIS H, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SMITH, GEORGE E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SMITH, JIMMY T, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SMITH, RAYMOND E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SMITH, SIDNEY, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SNOW, ROGER, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SPRALLINGS, CHESTER, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, STAFFORD, G W, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, STEELEMAN, JAMES R, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, STONE, FRED, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, STRINGER, MARVIN, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SWAIN, JR, JOHNNY H, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, SWEET, PHILLIP A, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, TAYLOR, LEONARD, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, TAYLOR, RICHARD K, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, THOMAS, ERNEST, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, THORN, CHARLES R, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, TRAWEEK, MARVIN, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, VANCE, KENNETH, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, VANLEEUWEN, CLAUDE R, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, VARDAMAN, JOHN, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, VEAZY, J W, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, WARREN, CHARLES E, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, WEATHERS, JAMES T, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, WEEMS, ROBERT M, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, WHITTAKER, CHARLES, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, WIDNER, THOMAS, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, WILLIAMS, JAMES H, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, WILSON, ARTHUR L, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, WILSON, LYNN W, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

**Svc Lst   Name and Address of Served Party**

21068   KEAHEY, G PATTERSON, WONG, CLAYTON, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEAHEY, G PATTERSON, WRIGHT, BILLY J, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637

21068   KEALEY, JOHN R, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KEAN, CYRUS V, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KEAN, CYRUS V, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KEANE, MARTY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   KEANE, PATRICK, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   KEAR, ROBERT W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KEARLEY, BARRA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KEARLEY, BARRA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KEARLEY, LESLIE L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   KEARLEY, LULA B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   KEARLEY, WILLIE R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   KEARNEY, DANIEL L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KEARNEY, DUANE F, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068   KEARNEY, JAMES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KEARNEY, NANCY, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068   KEARNEY, SR, STEVE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KEARNS, JAMES J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   KEARNS, JAMES R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   KEARNS, JAMES R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KEARNS, SR, JACK W, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   KEARNS, THOMAS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KEARSON, LEON, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   KEASLER, BILLIE J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KEASLER, JERRY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KEASLER, JERRY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KEATING, FRANCIS, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   KEATING, JR, ROBERT Q, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   KEATING, PATRICK FINLEY, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   KEATING, ROBERT J, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068   KEATON, JIMMIE L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21069   KEATON, RALPH, ANTONIO J TRAMONTANA ATTY AT LAW, 2116 FORSYTHE AVE, MONROE, LA, 71201

21068   KEC, ROBERT, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

Svc Lst  **Name and Address of Served Party**

21068  KEDDY, EARL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  KEE, EDDIE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  KEE, SR, ADAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KEEBAUGH, THEODORE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  KEEBLER, JERRY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KEEFE, DENNIS, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  KEEFE, JAMES F, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  KEEFER, CALVIN R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  KEEFER, JOHN R, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  KEEFER, JOHN R, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068  KEEFER, WARREN, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068  KEEFER, WILLIAM F, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  KEEFER, WILLIAM F, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  KEEFNER, THOMAS J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KEEFOVER, PAUL R, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  KEEGAN, EMERY, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  KEEGAN, EMERY, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  KEEGAN, FREDERICK J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  KEEGAN, JAMES, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21069  KEEGAN, KIERNAN, EARLY LUDWICK SWEENY STRAUSS, 360 LEXINGTON AVE 20TH FL, NEW YORK, NY, 10017-6502

21068  KEEHN, JOHN A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KEEL, AVIS L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KEEL, JOHN S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KEEL, JOHN S, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  KEEL, MARTHA C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  KEEL, MARTHA C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  KEELAN, JAMES, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  KEELE, GEORGE W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KEELE, HAROLD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KEELEN, OMER J, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  KEELEN, ORVILLE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  KEELER, FRANK, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  KEELER, JACK R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KEELER, JR, JOE, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   KEELER, WARREN J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   KEELER, WARREN J, TAFT TAFT & HAIGLER, 2217 STANTONSBURG ROAD, PO BOX 1766, GREENVILLE, NC, 27835-1766

21068   KEELING, KENNETH, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   KEELING, LEON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   KEELING, LEON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KEELING, LEON, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21069   KEELING, ORVIL D, KASSON & PAULSON, THE MERIDIAN BUILDING, SUITE 300, 17685 S W 65TH AVENUE, LAKE OSWEGO, OR, 97035

21068   KEELS, GRADY H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   KEEN, ALAN R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   KEEN, BILL G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KEEN, DOROTHY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   KEEN, DOROTHY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   KEEN, DOROTHY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KEEN, ELIZABETH M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   KEEN, JAMES W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   KEEN, JAMES, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KEEN, JAMES, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KEEN, JR, JESSIE J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   KEEN, LARRY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   KEEN, LONZELL R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KEEN, MABLE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KEEN, MABLE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KEEN, RICHARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KEEN, ROBERT W, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   KEEN, ROBERT W, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   KEENAN, FRANK P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KEENAN, MARVIN, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   KEENAN, MATTHEW, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KEENAN, NICHOLAS G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KEENAN, PATRICK, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   KEENAN, SR., JAMES, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   KEENAN, WILLIAM, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   KEENE, ALPHONSO T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   KEENE, CLEMENT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KEENE, DELBERT R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    KEENE, JAMES R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KEENE, JAMES R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KEENE, JASPER B, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    KEENE, JOHN R, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    KEENE, RICKY G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KEENE, RICKY G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KEENE, THOMAS B, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    KEENE, THOMAS B, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068    KEENER, D R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    KEENER, HENRY B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KEENER, KENNETH, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    KEENER, KENNETH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KEENER, MICKEY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    KEENER, PAUL E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    KEENER, PAUL F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    KEENER, ROBERT W, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    KEENER, SR, GLEN R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    KEENEY, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KEENEY, JAMES W, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    KEENEY, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    KEENEY, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KEENEY, PHILLIP, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    KEENEY, STANLEY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KEENUM, JAMES S, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    KEENUM, LEROY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KEERD, LAWRENCE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KEES, CHRISTINE R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    KEES, FLOYD M, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    KEESEE, J P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KEESEE, J P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KEESEE, ROBERT N, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    KEETCH, KENNETH, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    KEETH, JUSTIN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KEETON, BENJAMIN F, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    KEETON, CHARLES S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KEETON, CHARLES, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    KEETON, CHARLES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KEETON, CHESTER, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    KEETON, DOROTHY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

Svc Lst  Name and Address of Served Party

21068  KEETON, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  KEETS, GAYLORD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW
BRUNSWICK, NJ, 08901

21068  KEEVER, DEAN W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD
STE 1000, CLEVELAND, OH, 44115-1711

21068  KEEVIL, LARRY  SR D, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE,
VA, 22901

21068  KEFFELER, DUANE D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL,
33146-1434

21068  KEFFER, EARNEST, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA,
94948-6169

21068  KEFFER, RICHARD, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL,
SAN FRANCISCO, CA, 94111-3306

21068  KEGEL, JR., PHILIPP D, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202

21068  KEHNER, ROBERT, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S
15TH ST, PHILADELPHIA, PA, 19102-4826

21068  KEHOE, EDWARD M, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY,
12492

21068  KEHOE, JOSEPH, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA,
19103

21068  KEHOE, THOMAS F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD
STE 1000, CLEVELAND, OH, 44115-1711

21068  KEHOE, WILLIAM T, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO,
NY, 14209

21068  KEHRER, RALPH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS,
39564

21068  KEHRER, ROBERT P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD
FLOOR, PITTSBURGH, PA, 15219

21069  KEHRER, ROBERT P, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068  KEIDL, RUSSEL W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL,
60607-5308

21068  KEIFFER, JR, CARSON J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400,
HOUSTON, TX, 77002

21068  KEIFFER, PAUL, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068  KEIFFER, PAUL, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068  KEIFFER, RICHARD B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL,
33146-1434

21069  KEILBACH, JOSEPH E, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100
PENN SQUARE E STE 1050 - 10TH FL, PHILADELPHIA, PA, 19107

21068  KEIM, DEWEY L, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203,
WESTLAKE VILLAGE, CA, 91362

21068  KEIM, DEWEY L, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-
1749

21068  KEIPER, CHARLES W, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500,
PHILADELPHIA, PA, 19103

21068  KEIRN, JAMES D, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700,
BALTIMORE, MD, 21201

21069  KEISCH, JOSEPH R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD
ROAD, BALTIMORE, MD, 21214-1846

21068  KEISCH, JOSEPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD
FLOOR, PITTSBURGH, PA, 15219

21068  KEITEL, JACK A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-
5308

21068  KEITH, ALBERT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL
5TH FL, DALLAS, TX, 75204

21068  KEITH, ALLEN L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  KEITH, ANNIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KEITH, ANNIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | KEITH, BOBBIE, BYRD & ASSOCIATES, PO BOX 19, JACKSON, MS, 39205-0019 |
| 21068 | KEITH, CARL E, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KEITH, DONALD M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KEITH, EDWARD E, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | KEITH, EDWARD E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KEITH, EDWARD E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KEITH, ETTA M, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329 |
| 21068 | KEITH, ETTA M, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | KEITH, FLOYD D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KEITH, FRANCES, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | KEITH, GARY D, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | KEITH, GEORGE W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | KEITH, GLADYS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | KEITH, HAROLD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KEITH, III, WILLIAM H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | KEITH, JACK G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KEITH, JACK G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KEITH, JACKY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KEITH, JIMMY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KEITH, JIMMY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | KEITH, KENNETH, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | KEITH, L V, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | KEITH, LEROY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | KEITH, MELVIN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | KEITH, NANCY C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | KEITH, NANCY C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | KEITH, R L, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | KEITH, RICHARD L, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | KEITH, RICHARD, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | KEITH, SR, ADOLF, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KEITH, SYLVEN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | KEITH, WILLIAM K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KEITH, WILLIAM K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KEITH, WILLIAM, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | KEITH, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KEITHLEY, JOE D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KEJOE, EDGAR, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | KEJOE, EDGAR, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |

Svc Lst  **Name and Address of Served Party**

21068   KEKELIS, EUGENE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KELDER, CLEON L, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   KELDER, CLEON L, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   KELDER, GRAHAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   KELEMAN, BERTON, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   KELHOFFER, NEWTON M, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   KELKER, SR, DEJUAN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KELL, BETTY F, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   KELL, BETTY F, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   KELL, GARY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KELL, GARY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KELL, KARL N, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KELLAR, DAVID J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KELLAR, DAVID J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KELLAR, HARRY, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   KELLAR, SAMUEL F, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KELLEGREW, WILLIAM, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   KELLEHER, STEPHEN J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KELLENBERGER, GERALD R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KELLER, BENNY L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   KELLER, CHARLES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KELLER, ELBERT L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   KELLER, ELBERT L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   KELLER, ERSHEL M, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   KELLER, GARY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KELLER, GAYLE E, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   KELLER, HAROLD E, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   KELLER, JACK D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   KELLER, JAMES A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   KELLER, JAMES M, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068   KELLER, JAMES, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21069   KELLER, JOHN E, BLATT & FALES, PO BOX 365, BARNWELL, SC, 29812

21069   KELLER, JOSEPH E, HOSSLEY & ASSOCIATES PLLC, 6440 NORTH CENTRAL EXPRESSWAY, SUITE 617, DALLAS, TX, 75206

21068   KELLER, JR, BENJAMIN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KELLER, KENNETH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KELLER, LARREY E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

Svc Lst  **Name and Address of Served Party**

21069   KELLER, NORBERT C, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618

21068   KELLER, OTIS H, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KELLER, PAUL B, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KELLER, PETER, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   KELLER, RALDO F, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   KELLER, STANLEY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21069   KELLER, THOMAS C, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068   KELLER, THOMAS C, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069   KELLER, THOMAS C, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068   KELLERMAN, GEORGE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KELLERMEYER, WILLIAM F, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   KELLETT, CHARLES E, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   KELLETT, GEORGE E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KELLETT, JOHN, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21069   KELLEY JASONS MCGUIRE & SPINELLI, LLP, CENTER SQUARE WEST STE 1500, PHILADELPHIA, PA, 19102

21068   KELLEY, ALBERT O, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KELLEY, ALBERT O, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KELLEY, ALLEN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   KELLEY, ALLEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KELLEY, ALTON, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   KELLEY, AMBROSE L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KELLEY, B G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KELLEY, B G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KELLEY, BILLY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   KELLEY, BILLY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KELLEY, BRUCE, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   KELLEY, C D, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   KELLEY, CHARLES E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KELLEY, CHARLES W, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   KELLEY, CLYDE B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KELLEY, CLYDE B, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   KELLEY, DAVID A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KELLEY, DAVID A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KELLEY, DAVID L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KELLEY, DAVID, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KELLEY, DONALD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069    KELLEY, DOUGLAS, LEWIS HUPPERT & SLOVAK P C, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403

21069    KELLEY, DOUGLAS, THOMAS A BAIZ, JR, SUITE 316, 600 CENTRAL PLAZA, GREAT FALLS, MT, 59401

21068    KELLEY, DWIGHT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    KELLEY, DWIGHT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KELLEY, EDNA E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    KELLEY, EDWARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    KELLEY, FORREST, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    KELLEY, FRANK D, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    KELLEY, FRED C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    KELLEY, FRED C, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068    KELLEY, GARLIN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    KELLEY, GARY L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    KELLEY, GEORGE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KELLEY, GEORGE, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068    KELLEY, GEORGE, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068    KELLEY, GEORGE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069    KELLEY, GERALD A, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084

21068    KELLEY, GERALD A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    KELLEY, GRADY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    KELLEY, GRADY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    KELLEY, HARMON A, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068    KELLEY, HAROLD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    KELLEY, HOWARD J, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068    KELLEY, HURSHEL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    KELLEY, HURSHEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KELLEY, ISOM, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068    KELLEY, JACK E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    KELLEY, JAMES A, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    KELLEY, JAMES E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    KELLEY, JAMES E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    KELLEY, JAMES V, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KELLEY, JAMES V, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KELLEY, JAMES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    KELLEY, JIMMY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    KELLEY, JIMMY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KELLEY, JIMMY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    KELLEY, JOE P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KELLEY, JOE R, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    KELLEY, JOHN A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KELLEY, JOHN C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Svc Lst  Name and Address of Served Party**

21068    KELLEY, JOHN C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069    KELLEY, JOHN D, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940

21068    KELLEY, JOHN E, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    KELLEY, JOHN W, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    KELLEY, JOSEPH, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    KELLEY, JR, FRED, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KELLEY, JR, GEORGE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069    KELLEY, JR, JOHN J, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068    KELLEY, JR, JOHN K, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    KELLEY, JR, JOHN K, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    KELLEY, JR, ROOSEVELT, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    KELLEY, JR., E. T, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    KELLEY, JR., E. T, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    KELLEY, KEVIN J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    KELLEY, LARRY A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    KELLEY, LARRY B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    KELLEY, LEONARD B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    KELLEY, LEONARD B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    KELLEY, LESTER C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KELLEY, LESTER C, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    KELLEY, MAURICE L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    KELLEY, MICHAEL P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    KELLEY, NEIL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KELLEY, NICHOLAS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    KELLEY, NORMAN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    KELLEY, OREN D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    KELLEY, ORRAN E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    KELLEY, ORVIL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KELLEY, PATRICK, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    KELLEY, PAUL, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068    KELLEY, PHILIP, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    KELLEY, RAYFORD, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    KELLEY, RICHARD L, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    KELLEY, RICHARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   KELLEY, RICHARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KELLEY, RICHARD, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   KELLEY, RICHARD, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   KELLEY, RODNEY, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   KELLEY, ROE W, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   KELLEY, ROE W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KELLEY, ROE W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   KELLEY, RONALD, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   KELLEY, RONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KELLEY, ROSCOE, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   KELLEY, RUSSELL E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KELLEY, SR, ALFRED, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   KELLEY, SR, GEORGE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   KELLEY, SR, JEWEL C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   KELLEY, SR, RICHARD P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KELLEY, STAFFORD L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KELLEY, STAFFORD L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   KELLEY, VERNELL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KELLEY, WALTER, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   KELLEY, WILLE G, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   KELLEY, WILLE G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KELLEY, WILLE G, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   KELLEY, WILLIAM D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KELLEY, WILLIAM D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KELLEY, WILLIAM J, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   KELLEY, WILLIAM R, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   KELLEY, WILLIAM T, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   KELLIS, EDSEL C, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   KELLISON, ALLAN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   KELLISON, JAMES R, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068   KELLISON, JAMES R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KELLISON, JAMES R, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   KELLISON, LOREN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KELLNER, JOSEPH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

Svc Lst   Name and Address of Served Party

21069   KELLNER, ROBERT R, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068   KELLNER, SR, KENNETH B, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   KELLOGG, BOBBY W, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   KELLOGG, JEWEL, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   KELLOM, BILLY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KELLOW, JAMES W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KELLUM, C H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   KELLUM, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KELLUM, ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KELLUMS, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KELLUMS, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KELLY, ADOLPH, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KELLY, ALVANCE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   KELLY, ANDREW R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KELLY, ANDREW R, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21069   KELLY, ANDREW, CALHOUN, GEORGE L, WALKER & WYLDER, LTD, 207 W JEFFERSON ST, BLOOMINGTON, IL, 61701

21069   KELLY, ANDREW, CARUSO, ANTONIO, WALKER & WYLDER, LTD, 207 W JEFFERSON ST, BLOOMINGTON, IL, 61701

21069   KELLY, ANDREW, CRABTREE, CHARLES, WALKER & WYLDER, LTD, 207 W JEFFERSON ST, BLOOMINGTON, IL, 61701

21069   KELLY, ANDREW, HUNT, ARCHIE, WALKER & WYLDER, LTD, 207 W JEFFERSON ST, BLOOMINGTON, IL, 61701

21069   KELLY, ANDREW, KEILHACK, THOMAS, WALKER & WYLDER, LTD, 207 W JEFFERSON ST, BLOOMINGTON, IL, 61701

21069   KELLY, ANDREW, MONARI, LARRY, WALKER & WYLDER, LTD, 207 W JEFFERSON ST, BLOOMINGTON, IL, 61701

21069   KELLY, ANDREW, TODD, RICHARD, WALKER & WYLDER, LTD, 207 W JEFFERSON ST, BLOOMINGTON, IL, 61701

21068   KELLY, BEN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KELLY, BENJAMIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KELLY, BETTY, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   KELLY, BETTY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   KELLY, BILLY J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KELLY, BLONDEAN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KELLY, BOBBY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KELLY, BOBBY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KELLY, BYRON S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KELLY, BYRON S, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KELLY, CHARLES B, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   KELLY, CHARLES R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KELLY, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KELLY, CHARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  KELLY, CHESTER H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  KELLY, CHESTER H, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  KELLY, CHRISTOPHER G, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  KELLY, CLARENCE L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  KELLY, CLARENCE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  KELLY, CLAYDE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  KELLY, CLIFFORD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  KELLY, COURTNEY H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KELLY, COURTNEY H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  KELLY, DANIEL C, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  KELLY, DANIEL, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  KELLY, DANNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  KELLY, DANNIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  KELLY, DANNY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069  KELLY, DAVID J, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068  KELLY, DAVID, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  KELLY, DENNIS, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  KELLY, DEWEY D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KELLY, DONALD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  KELLY, DONALD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  KELLY, DOROTHY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  KELLY, DOROTHY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  KELLY, EARL D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  KELLY, EDWARD M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KELLY, EDWARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  KELLY, ELIZABETH, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  KELLY, ELIZABETH, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  KELLY, ERNEST, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  KELLY, EUGENE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  KELLY, FERMON C, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  KELLY, FLOYD M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  KELLY, FRANCIS, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  KELLY, FRANK W, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  KELLY, FRANK, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  KELLY, FREDERICK, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   KELLY, GARY D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KELLY, GARY D, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   KELLY, GARY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   KELLY, GEORGE V, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   KELLY, GILBERT K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KELLY, GILBERT K, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   KELLY, GILES, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KELLY, GILES, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   KELLY, HOWARD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KELLY, HUBERT T, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   KELLY, ISSAC D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KELLY, ISSAC D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KELLY, JACK P, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KELLY, JACK P, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   KELLY, JAMES D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KELLY, JAMES M, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   KELLY, JAMES S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KELLY, JAMES, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   KELLY, JAMES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   KELLY, JAMES, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   KELLY, JAMES, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   KELLY, JIMMY, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   KELLY, JOE E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   KELLY, JOHN D, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068   KELLY, JOHN F, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KELLY, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KELLY, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KELLY, JOHN, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   KELLY, JOHNNIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KELLY, JOHNNIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KELLY, JOSEPH P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   KELLY, JOSEPH W, FRONEFIELD AND DEFURIA, 17 EAST FRONT ST, MEDIA, PA, 19063

21068   KELLY, JOSEPH, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   KELLY, JR, ALBERT, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KELLY, JR, ALBERT, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21069   KELLY, JR, CHARLES, SILVA, MILLER & ASSOCIATES, LLP, 1429 WALNUT STREET, SUITE 900, PHILADELPHIA, PA, 19102

**Svc Lst   Name and Address of Served Party**

21068    KELLY, JR, FRANCIS A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    KELLY, JR, NATHANIEL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KELLY, JR, WILLIE J, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068    KELLY, JR., LEO W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069    KELLY, KATHLEEN P, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068    KELLY, LARRY J, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068    KELLY, LAWRENCE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KELLY, LEE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    KELLY, LEE R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    KELLY, LEO, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068    KELLY, LINDA J, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    KELLY, LIZZIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    KELLY, LIZZIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    KELLY, LORENZO, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    KELLY, LUCIAN G, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    KELLY, LUCIAN G, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    KELLY, MAPLE L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    KELLY, MARK, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    KELLY, MATTHEW M, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    KELLY, MAVIS G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    KELLY, MAVIS G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    KELLY, MELVIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KELLY, MICHAEL M, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068    KELLY, MICHAEL R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KELLY, MICHAEL T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    KELLY, MICHAEL T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    KELLY, OSBORN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    KELLY, PATRICK M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KELLY, PATRICK, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    KELLY, PHILLIP, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KELLY, RAYMOND A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    KELLY, RAYMOND H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    KELLY, RAYMOND H, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    KELLY, RICHARD J, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068    KELLY, RICHARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    KELLY, ROBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KELLY, ROBERT L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    KELLY, ROBERT, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | KELLY, SAMUEL H, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | KELLY, SR, ELLORY T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KELLY, SR., JOHN J, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21069 | KELLY, SR., JOHN J, JEFFREY GLOSS & ASSOC., 2900 PSFS BUILDING, PHILADELPHIA, PA, 19107 |
| 21068 | KELLY, SR., JOHN J, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | KELLY, TERRANCE J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | KELLY, THOMAS G, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | KELLY, THOMAS H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KELLY, THOMAS W, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21069 | KELLY, THOMAS, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757 |
| 21068 | KELLY, THOMAS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | KELLY, VIRGINIA R, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701 |
| 21069 | KELLY, VIRGINIA R, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180 |
| 21068 | KELLY, WALTER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KELLY, WILFORD, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | KELLY, WILLIAM F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | KELLY, WILLIAM J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | KELLY, WILLIAM J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | KELLY, WILLIAM J, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940 |
| 21068 | KELLY, WILLIE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KELLY, WILLIE A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | KELLY, WINIFRED, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KELLY, WOODROW L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | KELLY, ZOLA H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KELLY, ZOLA H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KELSEY, BETTY J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KELSO, JAMES, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017 |
| 21068 | KELSO, WILLIAM J, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | KELSON, JOHNNIE B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | KELTNER, WILLIAM F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | KELTON, SR, LEWIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KEMENOVICH, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | KEMENOVICH, JOHN, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653 |
| 21068 | KEMMER, JOHNNIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | KEMP, ADDIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KEMP, ALBERT B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | KEMP, ALBERT T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KEMP, ALFRED, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | KEMP, ALFRED, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KEMP, ALFRED, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | KEMP, BETTY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KEMP, BILLY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | KEMP, BILLY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | KEMP, CINDY L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | KEMP, CLINTON G, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | KEMP, CLINTON G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KEMP, CLINTON G, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | KEMP, CYSROE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KEMP, FRANK, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KEMP, HAROLD D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KEMP, HENRY, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21069 | KEMP, HENRY, HARDIN, LEWIS, TABER & TUCKER, 1037 22ND ST SOUTH, BIRMINGHAM, AL, 35205 |
| 21068 | KEMP, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KEMP, JAMES E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | KEMP, JAMES H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KEMP, JAMES H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | KEMP, JAMES H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | KEMP, JAMES R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KEMP, JOHN H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KEMP, JOHN L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | KEMP, JOHNNIE R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | KEMP, JOHNNIE R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | KEMP, JOYCE J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KEMP, KATIE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KEMP, KATIE M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | KEMP, KENNETH O, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301 |
| 21068 | KEMP, KENNETH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KEMP, KENNETH, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | KEMP, PEGGY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | KEMP, ROBERT D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | KEMP, SAMMY E, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | KEMP, SR, WILLIE D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | KEMP, SR, WILLIE D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KEMP, SR, WILLIE D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |

**Svc Lst  Name and Address of Served Party**

21068    KEMP, T D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KEMP, T D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KEMP, WALTER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    KEMP, WILBUR, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    KEMPEL, THOMAS L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KEMPER, ANTHONY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069    KEMPER, HARRY G, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068    KEMPER, HARRY G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KEMPER, HARRY G, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068    KEMPER, LARRY E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KEMPER, PAUL M, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    KEMPER, WILLIAM R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KEMPPAINEN, WILLIAM R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KEMPSON, L., ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    KEMPSON, OLIN J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    KEMPSON, OLIN J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21069    KEMPTER, ROBERTA, BLAKE UHLIGG, 475 BROTHERHOOD BUILDING, KANSAS CITY, KS, 66101

21068    KEMPTER, ROBERTA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KENDALL, BOBBIE A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    KENDALL, BOBBIE A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    KENDALL, EARNEST, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    KENDALL, GARY W, ALLEY, RANSOM D, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068    KENDALL, GARY W, ANDREWS, HURSHELL C, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068    KENDALL, GARY W, AREY, JR, WILLLIAM G, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068    KENDALL, GARY W, ARMSTRONG, SAMUEL P, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068    KENDALL, GARY W, BAILEY, KENNETH K, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068    KENDALL, GARY W, BALDWIN, JR, EVERRETTE S, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068    KENDALL, GARY W, BARNES, JOSEPH P, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068    KENDALL, GARY W, BARTLEY, CHARLES A, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068    KENDALL, GARY W, BEAGLE, JR, WILLIE, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068    KENDALL, GARY W, BRADLEY, JAMES T, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068    KENDALL, GARY W, BROWN, ALTON M, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068    KENDALL, GARY W, BURKSBEY, WARREN C, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  KENDALL, GARY W, BURROWS, RAYMOND C, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, CALLAHAN, HUBERT E, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, CAMPBELL, WILBUR D, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, CARROLL, ROBERT H, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, CARTER, JR, WILBUR O, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, CASSELL, JERL N, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, CHILDRESS, EDWARD W, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, CLARK, ROBERT L, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, COLE, GILMER L, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, CREECH, JAMES W, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, DALE, EARL O, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, DAVIS, JAMES W, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, DEL VECCHIO, ROBERT, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, DOBBINS, MAVIS A, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, DODD, STEWARD O, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, DOWDY, JOE L, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, EMBERSON, ARTHUR, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, FARMER, GARLAND M, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, FERGUSON, EVERETT R, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, FERGUSON, VIRGINIA S, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, FITZGERALD, GILBERT M, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, FORBES, JR, FRED F, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, FREEMAN, JAMES E, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, FRIDLEY, THOMAS P, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, GARRETT, JOHN A, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, LEAP, WORTH E, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, LEMONS, WALTER F, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, MARTIN, GEORGE T, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, MARTIN, RENARD R, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, MAYHORN, JOHN W, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068 KENDALL, GARY W, MCCLUNG, EARL A, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, MCCLUNG, EARL J, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, MCGINNIS, LUTHER S, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, MCGREGOR, JR, CHESLEY T, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, MCNEW, SR, EUGENE, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, MEADOWS, DEWEY E, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, MONROE, SR, DAVIE E, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, NELSON, SR, HOYTE L, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, NEWMAN, JESSIE C, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, NEWMAN, JR, FRED L, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, NICHOLAS, JOSEPH W, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, NORTON, JR, LOUIS G, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, PERRY, THOMAS B, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, PRICE, ALBERT W, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, PRICE, GLEN A, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, PRITCHETT, SUZANNE K, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, RACKLEY, DANIEL C, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, REYNOLDS, RICHARD L, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, RICKETT, III, LEONARD C, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, ROBERTS, DENNIS H, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, ROGERS, FURMAN J, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, SAUNDERS, FRANKLIN D, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, SHARP, JERRY O, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, SHAW, RUSSELL H, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, SHOUGH, JERRY L, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, SISSON, BOYD B, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, SMITH, CHARLES E, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, SMITH, JR, AARON O, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, SNEAD, DORIS W, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068 KENDALL, GARY W, SPANGLER, SR, CEWARD R, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

Svc Lst  **Name and Address of Served Party**

21068  KENDALL, GARY W, STROUD, BILLY, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, SUITER, WARD P, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, TATUM, KERMIT L, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, TICHENOR, ROBERT E, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, TUCKER, RAYMOND, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, TYSON, BERNARD, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, UNDERWOOD, ELMER E, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, UNROE, GLENN W, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, WEISS, JOE B, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, WHEELHOUSE, RICHARD T, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, WOOD, SR, FRED M, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, WORKMAN, LEE R, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GARY W, YOPP, RALPH M, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146

21068  KENDALL, GEORGE, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068  KENDALL, JANNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  KENDALL, MARY M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  KENDALL, MARY M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  KENDALL, PATRICIA A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  KENDALL, PATRICIA A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  KENDALL, RAY D, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  KENDALL, STEVEN, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  KENDHAMMER, SYLVESTER J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KENDRA, LAVERN E, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  KENDRICK, BESSIE S, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  KENDRICK, BETTY M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  KENDRICK, BETTY M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  KENDRICK, CAMMIE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  KENDRICK, CAMMIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KENDRICK, CAMMIE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  KENDRICK, CLEMENTINE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  KENDRICK, CLEMENTINE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  KENDRICK, GEORGE F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KENDRICK, GEORGE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  KENDRICK, HENRY A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

Svc Lst  Name and Address of Served Party

21068   KENDRICK, HENRY A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KENDRICK, HENRY W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KENDRICK, JAMES K, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KENDRICK, JAMES L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KENDRICK, JOHN A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KENDRICK, JOHN A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21069   KENDRICK, LEROY, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068   KENDRICK, LEROY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069   KENDRICK, LEROY, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068   KENDRICK, LESSIE M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   KENDRICK, M L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   KENDRICK, M L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   KENDRICK, NORVILLE F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   KENDRICK, OSCAR, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KENDRICK, ROBERT L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KENDRICK, RONNIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KENDRICK, SR, DAROLD G, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   KENDRICK, TOMMY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KENDRICK, TOMMY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KENDRICK, W B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KENDRICK, WILLIAM E, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   KENDRICK, WILLIAM O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KENDRICK, WILLIAM T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KENDRICK, WOODROW R, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   KENDRICK, WOODROW R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KENDRICK, WOODROW R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   KENDRICKS, WILLIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KENDRICKS, WILLIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KENDRIX, GEORGE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   KENDRIX, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KENDZIORSKI, EDWARD S, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069   KENIFIC, JOHN E, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068   KENISON, THOMASA W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KENNA, DENNIS W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   KENNAMER, COULTER, WATERS LAW FIRM, 400 SOUTH ZANG BLVD, SUITE 500, DALLAS, TX, 75208

21068   KENNARD, ANDY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KENNARD, LINDA A, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

**Svc Lst  Name and Address of Served Party**

---

21068   KENNEBREW, CAMPBELL, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21069   KENNEDY (DECEASED), AUGUSTUS, ERMA KENNEDY, 259 BASS RD, KILGORE, TX, 75662

21068   KENNEDY, ALEXANDER, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068   KENNEDY, ALFRED, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   KENNEDY, ARCHIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KENNEDY, BEN E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KENNEDY, BETTY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KENNEDY, BETTY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KENNEDY, BILLY J, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21069   KENNEDY, CALVIN, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266

21069   KENNEDY, CALVIN, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309

21068   KENNEDY, CALVIN, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   KENNEDY, CAROLYN J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KENNEDY, CAROLYN J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KENNEDY, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KENNEDY, CLYDE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KENNEDY, CORNELIUS R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KENNEDY, D L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   KENNEDY, DANIEL E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   KENNEDY, DAVID E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KENNEDY, DAVID E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   KENNEDY, DELMER W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   KENNEDY, DOROTHY M, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   KENNEDY, DOUGLAS M, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   KENNEDY, EDWARD B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KENNEDY, EDWARD F, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   KENNEDY, EDWARD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KENNEDY, EDWARD J, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068   KENNEDY, EMMA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KENNEDY, ESTELLE G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KENNEDY, ESTELLE G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KENNEDY, ESTHER L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KENNEDY, ESTHER L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KENNEDY, EUGENE V, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   KENNEDY, EUGENE V, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   KENNEDY, EVERETT, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21069   KENNEDY, FRANCES, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837

21068   KENNEDY, FRANK L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   KENNEDY, FRANK R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   KENNEDY, FRED, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   KENNEDY, FRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KENNEDY, FREDDIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   KENNEDY, FREDDIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KENNEDY, GARY E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   KENNEDY, GARY L, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21069   KENNEDY, GARY L, MICKEY BUCHANAN, 231 W COMMERCE ST, ASHDOWN, AR, 71822

21068   KENNEDY, GARY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   KENNEDY, GARY L, PATTON, TIDWELL & SCHROEDER, LLP, 4605 TEXAS BLVD, PO BOX 5398, TEXARKANA, TX, 75505-5398

21068   KENNEDY, GARY L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KENNEDY, GEORGE, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   KENNEDY, GRADY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   KENNEDY, GRADY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   KENNEDY, HAROLD, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   KENNEDY, HAROLD, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   KENNEDY, HENRY C, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   KENNEDY, HOWARD J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KENNEDY, J Y, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   KENNEDY, J Y, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   KENNEDY, JACKIE R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KENNEDY, JAMES D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   KENNEDY, JAMES P, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   KENNEDY, JAMES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   KENNEDY, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   KENNEDY, JOE L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   KENNEDY, JOHN D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KENNEDY, JOHN H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KENNEDY, JOHN W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KENNEDY, JR, HARLEN T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  KENNEDY, JR, HUBERT T, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068  KENNEDY, JR, JOHN T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  KENNEDY, JR, MURPHY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  KENNEDY, KEITH W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  KENNEDY, KENNETH W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  KENNEDY, LARRY D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  KENNEDY, LARRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  KENNEDY, LEWIS D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  KENNEDY, LOUIS C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  KENNEDY, LUKE H, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  KENNEDY, LUKE H, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  KENNEDY, LYNWOOD E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  KENNEDY, LYNWOOD E, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  KENNEDY, MACEL, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  KENNEDY, MACEL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  KENNEDY, MAGGIE V, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  KENNEDY, MAGGIE V, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  KENNEDY, MARSHALL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  KENNEDY, MARTHA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  KENNEDY, MARTHA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  KENNEDY, MARTIN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KENNEDY, MAURICE L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  KENNEDY, MAX C, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068  KENNEDY, MAX C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KENNEDY, MERRILL H, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  KENNEDY, MERRILL H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KENNEDY, MERRILL H, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  KENNEDY, MILTON L, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  KENNEDY, MILTON L, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  KENNEDY, ORAN J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  KENNEDY, PAUL H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  KENNEDY, PEARL B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  KENNEDY, RAY, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  KENNEDY, RAY, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   KENNEDY, RICHARD L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   KENNEDY, RICHARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   KENNEDY, ROBERT L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   KENNEDY, ROBERT L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   KENNEDY, ROBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KENNEDY, ROBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KENNEDY, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KENNEDY, RONALD D, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   KENNEDY, RONALD D, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   KENNEDY, SAMUEL L, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   KENNEDY, SR, WILLIAM L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KENNEDY, SR, WILLIAM L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KENNEDY, TERRY B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KENNEDY, THOMAS W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KENNEDY, TIMOTHY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   KENNEDY, TIMOTHY, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068   KENNEDY, TOMMY R, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KENNEDY, TOMMY R, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KENNEDY, VUREL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   KENNEDY, WAYNE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   KENNEDY, WAYNE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KENNEDY, WILLIAM A, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   KENNEDY, WILLIAM D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KENNEDY, WILLIAM D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   KENNEDY, WILLIAM D, PEIRCE RAYMOND OSTERHOUT WADE, CARLSON & COULTER P, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219

21068   KENNEDY, WILLIAM T, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   KENNEDY, WILLIAM, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21069   KENNEDY, WILLIAM, COXWELL & ASSOCIATES, PO BOX 1337, JACKSON, MS, 39215

21068   KENNEDY, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KENNEDY, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KENNEDY, WILLIAM, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   KENNEDY, WILLIARD B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KENNEMER, JAMES V, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21069   KENNEMER, JOHN C, NELSON J ROACH, 203 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   KENNEMER, RUFUS A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KENNER, HUGH A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068    KENNER, HUGH A, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    KENNER, NATHAN S, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    KENNER, SR, ROBERT L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    KENNER, SR, ROBERT L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    KENNETH LLOYD (DECEASED), NELSON, JUDY THOMAS, 5515 NINA LEE, HOUSTON, TX, 77092

21068    KENNEY, BRIAN, ACQUAVIVA, MAURICE J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ADAMS, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, AGUIAR, MANUAL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, AGUIRRE, SALVADOR, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, AHERN, MARTIN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, AHERN, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ALBINGER, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ALBRIGHT, RICHARD N, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ALLARD, SR, NORMAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ALTERI, RONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ALTERIO, ERNEST, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, AMBROSE, PAUL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, AMENTA, SEBASTIAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ANDERSON, DONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ANDERSON, HAROLD F, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ANDRIN, JADRANKO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ANNUNZIATO, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ANTONACCI, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, APPELL, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ARIEL, ALAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ARMSTRONG, ROBERT T, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, ATTARDO, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, AUGERI, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, BADAMO, ALBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, BAGGE, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, BAISLEY, TIMOTHY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   KENNEY, BRIAN, BALDINO, CRESCENSO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BALIAN, MESROB, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BAPTISTA, GENE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BARBEE, KEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BARLETTA, LOUIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BARRETT, THOMAS F, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BARTHOLOMEW, ARTHUR, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BATTISTA, EMILIO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BATTS, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BEAUSOLEIL, ALBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BECK, DANIEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BECKWITH, DOROTHY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BEIRO, SANDY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BELCHER, BARBARA, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BELLO, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BENDOLPH, HENDERSON, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BENNETT, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BERNERT, GOTTFRIED, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BERTRAND, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BEST, LEO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BIALKOWSKI, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BIELLO, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BIGL, WILFRED, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BILOTTA, ARNOLD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BILY, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BIRSEN, KENNETH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BIRTHA, ZOLI, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BISHOP, RAYMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BLACK, ARTHUR, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, BLISS, GERALD K, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

Svc Lst  Name and Address of Served Party

---

21068  KENNEY, BRIAN, BLOOMINGDALE, WALTER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BONADIES, NICHOLAS R, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BOPP, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BORGSTROM, ALAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BORSAY, WILLIAM J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BOYER, PAUL A, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BOYLE, JOHN W, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BRADLEY, PATRICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BRADSHAW, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BRANCO, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BRENNAN, DENNIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BREWSTER, JACK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BREYMAHER, GERHARDT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BROADBENT, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BRONSON, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BROOKS, DUANE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BROOKS, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BROWN, EDMUND C, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BROWN, FRED, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BROWN, HENRY H, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BROWN, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BROWN, TIMOTHY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BROWNSTEIN, GOODMAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BRUNO, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BRUZGIS, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BRYANT, GARY E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BUCKLEY, TOM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BUDINICH, RICHARD E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BUFFERY, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, BUGLIONE, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | KENNEY, BRIAN, BULLOCK, LAWRENCE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, BUNNELL, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, BURBANK, STEPHEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, BUSCHI, LOUIS G, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, BUTLER, JOSEPH L, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, BYCZEK, MARION J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CAFANO, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CAHILL, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CALABRO, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CAMPBELL, CHARLES J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CAMPBELL, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CAMPBELL, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CAMPO, DOMINIC, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CANTARELLA, SALVATORE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CAPASSO, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CAPECE, WILLIAM M, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CAPOBIANCO, RONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CAREY, PATRICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CARLSON, GORDON, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CARNEY, HENRY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CAROFANO, SR, RALPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CARRERIO, MICHAEL J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CASEY, LARRY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CASSELLA, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CASTELLANO, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CASTRIGNANO, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CATANZARO, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CAVALIERE, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CELIA, SR, FRANCIS J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, CERRUTI, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   KENNEY, BRIAN, CESLIK, GENE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CHAGNOT, RENE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CHAPMAN, ROGER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CHAREST, DAVID R, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CHESNOV, LEONARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CHIARITO, WILLIAM R, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CHICHITANO, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CHISERI, SALVATORE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CHRISTIANSON, BERNARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069   KENNEY, BRIAN, CIARLO, MICHELANGELO, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068   KENNEY, BRIAN, CIRILLO, RALPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CIVITELLO, JR, ALFRED J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CLANCY, ANDREW, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CLARK, RAYMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CLARK, SHARON E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CLEMENT, HARRY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CLIFFORD, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COFFEY, JAMES J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COFRANCESCO, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COHEN, MAURICE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COLAVECCHIO, DONATO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COLCLOUGH, HENRY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COLLINS, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COLLISHAW, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CONBOY, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CONCELMO, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CONDON, JAMES G, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CONNOLLY, PATRICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CONRAD, RAYMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CONROY, EUGENE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   KENNEY, BRIAN, CONROY, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CONRY, THOMAS W, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CONVERTITO, JR, VINCENT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CONVERTITO, SR, VINCENT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COPELAND, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COPPOLA, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CORCORAN, JAMES J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CORDOVA, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CORNACCHIA, ANTONIO S, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CORVO, JR, LOUIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CORWIN, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COSCIA, DOMINICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COSMOS, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COTE, RAYMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COUGHANOUR, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, COYNE, PATRICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CRANDALL, LYSLE C, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CREAN, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CROFOOT, WARREN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CRONICK, ALBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CRONIN, JOHN I, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CROUCH, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CROWE, PATRICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069   KENNEY, BRIAN, CULLIS, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO
BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068   KENNEY, BRIAN, CUMMINGS, WALTER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CUNNINGHAM, CORNELIUS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, CURRY, WINFORD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DACCI, MICHAEL R, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DAILEY, PHILIP, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DALEY, JOHN M, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    KENNEY, BRIAN, DALTON, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DAMATO, ALFRED, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DAMIANI, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DAMORE, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DANIELS, CLINTON, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DANIELY, RUFUS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DANTUONO, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DASILVA, ARMANDO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DAVIS, THURSTON, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DECATALDO, SALVATORE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DECKER, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DECOLA, ANTHONY J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069    KENNEY, BRIAN, DELGRANDE, WALTER M, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068    KENNEY, BRIAN, DEMELO, FERNANDO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DEMICO, LAUCIANO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DENTON, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DEPAOLA, PETER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DEPEW, ALLEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DEROUIN, LEO W, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DERRECK, MARY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DESATNIK, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DESLAURIERS, MARY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DEVER, BERNARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DEVITO, ROOSEVELT E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DEWSNAP, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DIBENEDETTO, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DICK, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DIFONZO, RAFFAELE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DIGIOIA, SILVIO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, DILLON, PHILIP, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   KENNEY, BRIAN, DIMAURO, RUDOLPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DINAPOLI, ALFRED, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DOHERTY, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DOHONEY, JR, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DOLAN, IRVING, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DOLCEACQUA, SR, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DONNELLY, RAYMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DONOHOE, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DOOLEY, JOHN J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DOWD, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DRISCOLL, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DUBREUIL, ALPHONSE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DUCH, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DUDZIK, RONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DUKSIS, KARLIS L, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DUNN, JAMES P, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DUNN, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DUPUIS, LEO A, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DURAND, HORACE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DURESS, RUSSELL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, DYER, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, EAGER, RALPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, EBANKS, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, EDWARDS, ROBERT A, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, EGAN, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, EHRNFELT, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, EICHELKRAUT, GERTRUDE C, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, EISENHANDLER, MELVIN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, EKLIND, GUY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ELARDO, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   KENNEY, BRIAN, ELLIOTT, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ELLIOTT, SR, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ELLIOTT, WARREN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, EMERTHAL, ALBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ENOS, ALAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ENZ, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ERESHENA, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ERICKSON, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ESPOSITO, DOMINIC, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ESPOSITO, NICHOLAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ETTORE, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, EVANKO, RAYMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, EXTER, MORTON, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, EZZO, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FAMIGLIETTI, MARSHAL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FANTASIA, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FARAGO, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FARRELL, JAMES J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FARRELL, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FARRELLY, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FASOLO, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FECTEAU, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FEEST, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FELLI, LOUIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FERRARA, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FERRIGNO, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FESSINA, ANTONIO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FESTA, STANLEY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FEULNER, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, FIGLIOMENI, COSIMO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068    KENNEY, BRIAN, FIGUEROA, ABRAHAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FIORELLA, FRED, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FIORENTINO, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FISCO, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FISH, ALFRED J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FITZGERALD, JEAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FLEISCHAUER, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FLOWERDEW, KENNETH D, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FOLEY, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FONTANELLA, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FOOTE, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FORAN, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FORCINELLI, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FORMICA, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FRASER, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069    KENNEY, BRIAN, FRAWLEY, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068    KENNEY, BRIAN, FREED, JOHN H, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FREEMAN, WILBUR, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FRENCH, SR, JAMES W, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FRYAR, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, FUCHS, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GALLAGHER, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069    KENNEY, BRIAN, GALLETTI, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068    KENNEY, BRIAN, GANNOE, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GARELLICK, SAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GARRABRANT, ROBERT J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GARVEY, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GAY, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GEHNRICH, CHARLES A, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GENGA, ALBO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    KENNEY, BRIAN, GEORGE, RAYMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GERACI, NICHOLAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GERVASCIO, FRANK J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GILMAN, DONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GIORDANO, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GIROLA, AL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GIUNTA, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GLYNN, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GOLDBERG, STUART, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GOLLSNEIDER, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GORSKI, SR, LEONARD W, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GOWING, PAULINE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GRADY, FREDERICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GRANDEL, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069    KENNEY, BRIAN, GRANT, DANIEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068    KENNEY, BRIAN, GRANT, DOLORES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GRATTAGE, JR, HAROLD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GRAY, MARTIN J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GRILLO, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GROSSMAN, PAUL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GUAGLIANONE, JR, AMEDEO S, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GUARD, ALLEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GULICK, PETER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GULLERY, DONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, GUTHRIE, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, HAFNER, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, HAJNAL, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, HALL, JOSEPH D, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, HALL, ULIES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, HAMMOND, LESLIE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   KENNEY, BRIAN, HAMPTON, NATHANIEL C, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HANKE, HERMAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HANLON, SR, EDWARD M, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HANSEN, RAYMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HARGROVE, VERNON, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HARVARD, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HATTON, CARL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HAWKINS, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HAWLEY, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HAYES, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HAYES, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HEALY, WALLACE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HEANEY, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HEFFERON, ERNEST, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HEMPELMAN, HARRY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069   KENNEY, BRIAN, HERBACH, DONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068   KENNEY, BRIAN, HERING, HOWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HICKMAN, DONALD W, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HILLEN, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HODGKINS, CURTIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HOFFER, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HOLEWIAK, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HOLTZER, BARRY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HORAN, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069   KENNEY, BRIAN, HORTON, DONALD R, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068   KENNEY, BRIAN, HOUDE, RONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HUSKISSON, KENNETH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, HYLINSKI, STEVEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, INGALA, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, INGALA, SR, CHARLES A, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

---

21068    KENNEY, BRIAN, IPPOLITO, JOSEPH F, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, IVEY, ALBERT J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, JACQUES, ADELARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, JENNINGS, ARTHUR, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, JIRKOVSKY, LAWRENCE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, JOHN, MARTIN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069    KENNEY, BRIAN, JOHNSON, MARTIN, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068    KENNEY, BRIAN, JOHNSON, WALTER E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, JOHNSTON, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069    KENNEY, BRIAN, JOLIN, ALFRED M, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068    KENNEY, BRIAN, JOLIN, GENEVIEVE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, JORDAN, JR, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, JORDAN, ULYSSES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KAES, KAAREL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KAKOS, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KALINICH, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KAMMERER, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KARAGEORGE, PETER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KAY, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KAYE, DAVID, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KAYE, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KEANE, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KEARNS, THOMAS O, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KEATING, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069    KENNEY, BRIAN, KEEGAN, KIERAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068    KENNEY, BRIAN, KELLS, JAMES E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KELLY, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KIEHL, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KILLARD, JR, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, KILLARD, SR, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KENNEY, BRIAN, KILLENBECK, CLINTON, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KILLERAN, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KINBAR, JACOB, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KING, SANFORD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KITCHEN, RAYMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KLAPPERICK, WILBERT P, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KNAPP, VINCENT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KNECHTEL, FRED, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KOHL, ERNEST, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KONKOSKI, EUGENE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KOPKE, GERALD A, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KOROLYSHUN, RUSSELL T, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21069 | KENNEY, BRIAN, KOSLOWSKI, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013 |
| 21068 | KENNEY, BRIAN, KOVNER, HYMAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KOZICKI, CRAIG S, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KUCHTA, FRANCIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KUIAN, DOROTHY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KUMNICK, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KUTTIYARA, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, KUZNIAR, JOAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, LABONIA, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, LABONTE, ADELARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, LACERDA, CARLOS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, LAMBERTON, JOHN T, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, LANE, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, LANGAN, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, LANGDON, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, LANNI, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, LANTIERI, SALVATORE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, LAPIERRE, PAUL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    KENNEY, BRIAN, LARAIA, LOUIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LARSEN, BERRY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LARSEN, LAWRENCE E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LAVRIK, CHESTER T, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LAWLESS, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LEBRIE, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LEBRON, JOSE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LEDDY, PATRICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LEE, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LEFEBVRE, ROGER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LEIGHTON, CLARK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LEISENHEIMER, ARTHUR, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LEONG, HARRY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LESSOR, GLENN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LIMEHOUSE, ARTHUR J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LINANE, WILLIAM J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LINDFORS, LAURA, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LINVILLE, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LIOTTA, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LITZ, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LLOYD, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LOMAZZO, NICOLA, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LORENZ, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LUCHENBILL, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LUCIBELLO, ALPHONSE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LUEDEE, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LUSSIER, ROGER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, LYONS, JOSEPH W, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, MACDONALD, RUSSELL D, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068    KENNEY, BRIAN, MACHADO, DANIEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   KENNEY, BRIAN, MACHADO, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MACINTYRE, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MACSUGA, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MACY, FREDERICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MADDEN, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MAESTRALLIS, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MAHUNIK, EUGENE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MAIO, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MAJCHRZAK, STANLEY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MALFITONE, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MALTESE, PHILIP, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MALTESE, SALVATORE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MANCINI, ELIO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MANIACI, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MANZELLA, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MARASA, LEONARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MARCATO, JOHN E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MARINI, PASQUALE D, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MARLAND, DAVID, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MARTINO, MICHAEL J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MASEK, RICHARD P, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MASTAN, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MASTRANGELO, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MASTROIANNI, STEPHEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MATAJY, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MATERO, VINCENT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MATHEWSON, HOWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069   KENNEY, BRIAN, MATHIAU, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST
        PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068   KENNEY, BRIAN, MATTEIS, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MATTIOLI, CONSTANTINE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

---

WR Grace PI

Svc Lst  Name and Address of Served Party

---

21068  KENNEY, BRIAN, MATTOX, BEDFORD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCCAFFREY, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCCARN, WILLIAM P, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCCASKILL, KENNETH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCCLOSKEY, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCCONNON, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCCORMICK, DAVID M, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCCOY, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCGLYNN, WILLIAM S, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCGOOHAN, WILLIAM F, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCINTYRE, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCKAY, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCKIRDY, DONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCLAUGLIN, WALTER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCLOUGHLIN, MARTIN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCNICHOLS, JOHN P, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCNULTY, CORNELIUS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCSHEA, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MCSWAIN, CLIFTON, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MEIGHAN, STEPHEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MELONI, AGOSTINO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MEROLA, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MESTROVICH, ANTONIO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, METANIAS, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MEZZICH, SIMEON, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MEZZO, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MICALE, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MICHAUD, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MICHNICH, STEPHEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, MICICH, JOYCE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   KENNEY, BRIAN, MILLER, DAVID E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MILLER, DONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MILLER, DOUGLAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MIRSKY, ELIAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MONACO, SALVATORE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MONCADA, VICTOR, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MONTRO, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MOONEY, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MOORNING, JULIUS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MORIN, ROGER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MORINO, PHILIP, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MORRO, TONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MORRONE, AMERIGO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MOSES, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MOSKOVIC, EDMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MULIERO, MATTHEW, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MULQUEEN, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MURO, ANGELO P, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MURO, PAUL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, MURRAY, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, NACLERIO, LOUIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, NADEL, JAMES E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, NEDAB, MOSES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, NELSON, DANIEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069   KENNEY, BRIAN, NELSON, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068   KENNEY, BRIAN, NESCI, AGOSTINO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, NEWTON, CHARLES E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, NICASTRO, PAULA, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, NIETO, JOSEPH A, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, NOWAK, EDWIN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005