**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   KENNEY, BRIAN, NUNNO, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OCONNELL, ROBERT J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OCONNOR, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OCONNOR, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OCONNOR, MAURICE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ODONOGHUE, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ODONOHUE, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OHALLORAN, DANIEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OKEEFE, FRANCIS J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OLEARY, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OLIN, ROGER D, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OLSON, FREDERICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OLSTEIN, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OMALLEY, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, ONEILL, JOHN F, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OPPELT, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OREILLY, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OREILLY, THOMAS J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OROURKE, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OSETH, JOHN M, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OSHEA, KEVIN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OSHEA, LAWRENCE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OSSO, RAYMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OTERO, ALBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, OZGA, RICHARD J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PACCIONE, DONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PACHECO, CASIMIRO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PALAIGOS, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PALMISANO, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PALUMBO, ANGELA, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KENNEY, BRIAN, PANICALI, SR, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PANTORE, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PARADIS, JEANNE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PARDEE, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PARISE, EUGENE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PARKER, JOE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PARKER, MARGARET, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PARRILLO, BENEDETTO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PASCARELLA, RALPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PATAKY, MARION, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PATARO, BENITO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PATENAUDE, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PATERNOSTRO, MARY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PATERNOSTRO, ROCCO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PATRICK, ANDREW, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PATTEN, JOSEPH F, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PATTI, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PAWLOWSKI, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PAYETT, HENRY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PELLEGRINO, MICHELE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PELLETIER, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PELLETIER, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PELUSO, ALFRED, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PELUSO, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PERCIVAL, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PERKINS, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PEROU, HECTOR, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PERRELLA, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PERRICONE, VINCENT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PERUSSE, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   KENNEY, BRIAN, PETERS, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PETERSON, ELIAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PETERSON, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PETERSON, TORSTEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21069   KENNEY, BRIAN, PETRELLA, PASCO, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST
        PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013

21068   KENNEY, BRIAN, PETRUCCI, ROBERT J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PETRUCCI, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PETRUZZELLI, RALPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PETTWAY, DANIEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PHILIMORE, STEPHEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PHILLIPS, DUNCAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PHILLIPS, JAMES F, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PHILOPENA, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PIAMPIANO, NICHOLAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PIAZZA, BARTOLOME, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PICKLES, STANFIELD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PIRES, ANTONIO B, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PIRIZ, LUIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER
        11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PIRO, GEORGE J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PIRO, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PIROLLI, ARTHUR, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PISCIOTTA, ALFRED J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PITTMAN, HAROLD J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PITTORIE, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PLATINSKY, LESLIE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PLITSCH, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, POHORENCE, SR, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, POLCHINSKI, FREDERICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE
        CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, PONTELLO, TONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, POOLE, NATHANIEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY
        TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | KENNEY, BRIAN, POULOS, NICHOLAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, POWERS, ERNEST, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PRADO, FELIPE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PRESSEAU, ERNEST, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PRICE, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PROKOP, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PROSPER, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PROTO, MARIO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PROVOST, PAUL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, PURGATORE, VINCENT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, QUINN, TERRENCE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, QUINT, CHARLES M, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RACCIO, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, REEVE, EDWARD A, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, REICHMANN, HENRY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RELLA, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RENAUD, LIONEL T, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RENNERS, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, REVELL, EUGENE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RICCI, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RICCI, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RICCITELLI, LUIGI, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RIEGER, ALEXANDER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RIKER, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RISPOLI, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RIVICCIO, PRINCIPIO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, ROA, CANDIDO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, ROBICHEAU, ALLEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, ROBINSON, BLANCHARD W, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RODERICK, PETER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | KENNEY, BRIAN, ROKER, EMERSON B, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, ROSZAK, FRANCIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, ROTINI, UMBERTO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, ROZUM, ANDREW, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, ROZZERO, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RUOTOLO, DONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RUSNAK, PAUL N, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RUSSO, CARMINE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RUZYCKI, PAUL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RYAN, ANNABELLE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RYAN, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RYAN, JOSEPH F, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RYAN, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, RYBACZEK, JOSEPH A, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SADOWSKI, LEONARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SALEMI, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SANDERS, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SANT, DANIEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SANTORA, PETER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SANTOS, FELINO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SASSO, ALBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SAVETSKY, STANLEY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SCALICE, SIMONE R, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SCANNELL, DENNIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SCARPA, VITO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SCHWARTZ, GERALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SCHWARTZ, IRVING, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SCINTO, JEFFERSON, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SCRIMENTI, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SCUNGIO, FRED, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | KENNEY, BRIAN, SEAMAN, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SENATORE, PETER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SEXTON, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SHARKEY, PATRICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SHEA, GEORGE A, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SHEPHERD, BILLY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SHERMAN, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SHINE, FREDERICK J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SHIPMAN, J T, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SIMEONE, FRANCIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SLANE, BRUCE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SLAVIN, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SMITH, ARTHUR, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SMITH, GEORGE A, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SMOLICZ, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SOBASK, RAYMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SOLKOSKE, LAWRENCE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SOMERVILLE, KENNETH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SOPRANO, ANGELO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SORGENTE, GERALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SORRENTINO, WILLIAM J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SPANGENBERGER, RAYMOND, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SPANO, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SPARKS, MELVIN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SPINA, SALVATORE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SPINOSA, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SPODNIK, STEVEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SPRAGUE, KENNETH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, STANCAVAGE, WINFIELD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, STATTON, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | KENNEY, BRIAN, STEINHAUSER, WILBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, STEVENSON, EDWARD W, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, STEVENSON, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, STEWARD, ANDREW, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, STILU, MYRTLE D, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, STMICHEL, ROCH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, STOCKEL, RODERICK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, STODDER, LORI, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, STRAUB, STEVEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, STREETO, LINWOOD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SULLIVAN, JOHN J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SULLIVAN, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SULLIVAN, MATT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SURACE, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SURPRENANT, DONALD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SUTHERLAND, JEFFREY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, SWARIN, PAUL V, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, TARALLO, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, TARINI, CELSO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, TATULLI, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, TATULLI, IGNAZIO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, TAYLOR, BEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, TAYLOR, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21069 | KENNEY, BRIAN, TEDESCO, DOMENIC, EARLY LUDWICK SWEENEY & STRAUSS LLC, 1 CENTURY TOWER 11TH FL, 265 CHURCH ST PO BOX 1866, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, TENNENT, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, TENNIHAN, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, TESIK, JOHN J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, TESTA, PETER J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, TETREAULT, LEO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, TETREAULT, WILFRED, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |

Svc Lst  Name and Address of Served Party

---

21068  KENNEY, BRIAN, THOMAS, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, THOMAS, SR, JAMES W, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, THOMPSON, LEE D, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, THOMPSON, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, THRUSH, STEPHEN T, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, TIBERIO, RUSSELL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, TODISCO, THOMAS C, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, TOPPS, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, TOTMAN, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, TRAPP, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, TREADWELL, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, TUCKER, ALAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, TULLY, JOHN F, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, TURNER, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, TURNER, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, ULBINSKY, RAYMOND J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, URBAN, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, URGITIS, JOHN A, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, USARZWIEZC, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, VACCARO, ANDREW, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, VAGNONE, MICHAEL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, VAILETTE, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, VALENTI, PHILIP, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, VALENTIN, FIDENCIO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, VARGAS, ESTHER M, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, VASURA, GRETCHEN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, VAUGHAN, MATTHEW, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, VAUGHAN, PETER, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, VAZQUEZ, LOUIS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068  KENNEY, BRIAN, VELARDI, LOUIS C, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   KENNEY, BRIAN, VELORA, ALBERT G, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, VENTRESCA, FRANK, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, VILLECCO, HUGO G, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, VIOLETTE, GERALD N, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, VIOLETTE, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, VIOLETTI, LOUIS V, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, VITELLO, ANTHONY, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, VOIRA, MICHAELANGELO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, VOISINE, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, VOTOLATO, MARIO, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, VREELAND, CHARLES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WADE, CORNELIUS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WAGNER, REINHOLD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WAITE, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WALDRON, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WALKER, HERBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WALLER, JOHN F, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WAMSLEY, ALICE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WANCIAK, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WARGO, JAMES C, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WARREN, DORIS H, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WASHBURN, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WASHBURN, WARREN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WASHINGTON, HUGH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WATERS, ROSCOE W, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WATSON, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WAYLAND, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WEBER, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WEIR, WILNA, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

21068   KENNEY, BRIAN, WESTERVELT, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KENNEY, BRIAN, WETHERBEE, DAVID, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WHEELER, LEE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WHEELWRIGHT, WILLIAM, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WHITE, THOMAS, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WHITEZEL, GERTRUDE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WHOLEY, JEREMIAH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WHYTE, EAMONN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WHYTE, JOHN J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WILKINSON, CHARLOTTE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WILLIAMS, CALVIN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WILSHUSEN, EDWARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WILSON, THOMAS J, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WING, JAMES, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WINN, WILLIAM T, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WITTSTEIN, MARTIN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WLASZKIEWICZ, JR, ADOLPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WNEK, MITCHELL, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WOJCIECH, JOSEPH, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WOLIVER, RICHARD, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WRIGHT, WILBUR, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WROBLEWSKI, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, WYNE, FRED E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21069 | KENNEY, BRIAN, YELINEK, JOHN, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST PO BOX 1866, 1 CENTURY TOWER 11TH FL, NEW HAVEN, CT, 06510-7013 |
| 21068 | KENNEY, BRIAN, YIANDSELIS, GEORGE, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, ZADORA, JOHN E, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, ZARICZNY, HARRIETT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, BRIAN, ZUBER, ROBERT, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST, NEW HAVEN, CT, 06510-7005 |
| 21068 | KENNEY, CHARLES E, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804 |
| 21068 | KENNEY, FRANCIS J, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110 |
| 21068 | KENNEY, JOHN D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KENNEY, JR, DAVID L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | KENNEY, THOMAS, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | KENNEY, WILLIAM J, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701 |
| 21069 | KENNEY, WILLIAM J, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180 |
| 21068 | KENNINGTON, WAYNE O, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | KENNISON, ROBERT, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | KENNISON, ROBERT, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | KENNON, CALVIN, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | KENNY, CHRISTOPHER T, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | KENNY, DONALD V, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | KENNY, FRANK, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | KENNY, JOHN, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | KENNY, MABEL, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | KENNY, ROBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KENNY, WILLIAM, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038 |
| 21068 | KENO, LEROY A, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | KENSIC, ED, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21069 | KENSLER, SR, JAMES H, DRITZ, CINCIONE, DICUCCIO, LEVEQUE TOWER, 20TH FLR, 50 W BROAD STREET, COLUMBUS, OH, 43215 |
| 21068 | KENT, BARBARA M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | KENT, BARBARA M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | KENT, CHARLES L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KENT, CHARLES, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025 |
| 21068 | KENT, ETHEL M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | KENT, EUNICE J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | KENT, EUNICE J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | KENT, FRANKLIN M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | KENT, FRANKLIN M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | KENT, GERALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KENT, HARRY E, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | KENT, HARVEY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | KENT, HARVEY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | KENT, JACK, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | KENT, JACK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KENT, JACK, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | KENT, JACQUELYN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KENT, JAMES A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KENT, JAMES F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KENT, JAMES F, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |

WR Grace PI

Svc Lst  Name and Address of Served Party

---

21068   KENT, JESSE J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   KENT, JESSE J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   KENT, JIMMIE K, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KENT, JIMMIE K, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KENT, JR, ARTHUR, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   KENT, JR, WILLIAM J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KENT, L S, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   KENT, L S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KENT, L S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KENT, LARRY T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KENT, LARRY T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KENT, LOUIE O, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KENT, LOUIE O, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KENT, MELVIN L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KENT, STANLEY C, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   KENT, VERNON R, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KENT, VERNON R, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KENT, WILLIAM H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KENWAY, CHERYL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KENWORTHY, JR, EDWIN, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   KENYON, CLAYTON L, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068   KEOGH, KEVIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KEOGH, OLIVER J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KEOHANE, DONALD T, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202

21068   KEOPPEN, NEIL F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KEOUGH, JAMES, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   KEOUGH, WARREN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   KEOWN, JOSEPH H, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   KEPLEY, LLOYD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KEPLEY, LLOYD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KEPLINGER, E. B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KEPLINGER, TONY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KEPLINGER, TONY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KEPP, HAROLD B, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KEPPELL, MARLOW, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   KEPPELL, MARLOW, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   KEPREOS, GEORGE J, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   **Name and Address of Served Party**

21068   KERBER, WILLIAM, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   KERCHELICH, JOHN, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   KERFOOT, JACK, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KERGER, ADOLPH C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KERGER, ADOLPH C, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068   KERGIS, MARGARET, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   KERHIN, RANDALL T, MILES & STOCKBRIDGE, 10 LIGHT STREET, BALTIMORE, MD, 21202

21068   KERIK, FRANK, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KERILLA, GEORGE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KERILLA, GEORGE M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   KERINGER, PAUL E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   KERKELA, ERNEST L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KERLEY, JAMES L, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21069   KERN, HERMAN E, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068   KERN, HERMAN E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KERN, HERMAN E, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   KERN, HOWARD J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KERN, JOHN C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KERN, LOWELL L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KERN, OLEN B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KERN, STEVEN J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   KERN, STEVEN J, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   KERN, WALTER A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KERNER, CHARLES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   KERNICK, JOHN B, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   KERNICK, WILLIAM, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KERNS, JOHN, RATINER, REYES & O'SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   KERNS, RICHARD, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   KERNS, RICHARD, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   KERNS, RICHARD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KERR, ANNETTE A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   KERR, DAVID C, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965

21069   KERR, GEORGE W, EARNSHAW, ELKWOOD MALL CENTER BLDG, #512, 42ND AND CENTER STREETS, OMAHA, NE, 68105

21068   KERR, GEORGE W, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | KERR, GERALD S, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | KERR, HARRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KERR, HARRY, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | KERR, IAN, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | KERR, IAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KERR, JAMES H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | KERR, LEONARD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KERR, MYRON G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KERR, MYRON G, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246 |
| 21068 | KERR, ROBERT A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | KERR, ROBERT E, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322 |
| 21068 | KERR, SARAH F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KERR, SARAH F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KERR, SR, HAROLD E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | KERR, WILLIAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | KERRICK, JACK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | KERRIGAN, JR, JAMES J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21069 | KERSCHION, RICHARD G, BRANDENBURG & BRANDENBURG, 715 TIJERAS NW, ALBURQUERQUE, NM, 87102 |
| 21068 | KERSCHION, RICHARD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KERSEY, JOHN E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KERSEY, SYLVIA A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KERSH, CLINTON, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | KERSH, JR, CLAUDE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | KERSH, JR, HOWREY H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KERSH, JR, HOWREY H, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530 |
| 21068 | KERSH, PAUL R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | KERSH, PAUL R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | KERSHAW, FRED L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KERSHAW, HARTLEY D, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940 |
| 21068 | KERSHNER, LESLIE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | KERSHNER, ROBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | KERSTETTER, WILFRED A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | KERTIS, WILLIAM G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KERTSCHER, OTTO, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067 |
| 21068 | KERVIN, JR, QUITMAN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | KERVIN, JR, QUITMAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KERVIN, JR, QUITMAN, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | KERVIN, RAYMOND D, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | KERWIN, DANIEL A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KERWIN, MARGARET, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KERWOOD, WILLIAM F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | KESLAR, HAROLD J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KESLER, GORDON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | KESLER, GORDON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21069 | KESLER, RODNEY L, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298 |
| 21068 | KESLER, RODNEY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KESLER, RODNEY L, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602 |
| 21068 | KESNER, ALMA M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21069 | KESNER, ALMA M, LAW OFFICES OF PETER G ANGELOS, 63 HENDERSON AVE, CUMBERLAND, MD, 21502 |
| 21068 | KESSEL, CARL D, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | KESSEL, DAVID, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KESSEL, HANSEL H, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301 |
| 21068 | KESSELL, LEONARD F, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | KESSELL, MICHAEL A, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | KESSELRING, FRITZ K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KESSINGER, KENNETH R, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | KESSLER, CLARENCE E, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | KESSLER, JOACHIM, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | KESSOCK, ROBERT A, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | KESTER, DALE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | KESTER, DANIEL A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KESTLER, EDWARD F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | KETCHAM, JERRY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KETCHENS, EARLINE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | KETCHIE, RAY B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KETCHUM, CARL W, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21068 | KETCHUM, CARL W, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | KETCHUM, CARL W, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | KETCHUM, JR, J T, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | KETCHUM, JR, J T, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   KETCHUM, JR, JOSEPH W, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   KETCHUM, JR, JOSEPH W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   KETCHUM, KENNETH D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KETCHUM, KENNETH D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KETCHUM, RICHARD A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KETCHUM, ROLAND M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KETCHUM, ROY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KETNER, SR, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KETO, SR, ROBERT J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KETTER, RITA, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KETTERER, CHARLES S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KETTERER, DALE C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KETTERER, DAVID C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KETTERER, HARRY R, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   KETTERER, HARRY R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   KETTERER, WILLIAM F, N CALHOUN ANDERSON JR, PC, JENNIFER SIMS, 340 EISENHOWER DR BLDG 300 STE B, SAVANNAH, GA, 31406

21068   KETTNER, JEROME L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KETTRELL, WILTON, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   KEUPP, SR, GEORGE J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   KEVELSON, HELENE J, FRIEDMAN, THEODORE H FRIEDMAN, PC, 325 BROADWAY, NEW YORK, NY, 10007

21069   KEWIN, BERNARD M, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

21068   KEY, ANDREW L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KEY, BILLY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KEY, CALVIN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KEY, CLYDE E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   KEY, DARRELL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KEY, DARRELL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KEY, ELLEN A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   KEY, ELTON R, THE DAVID LAW FIRM, PC, 10655 SIX PINES DR #260, THE WOODLANDS, TX, 77380

21068   KEY, HARRISON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KEY, HARRISON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KEY, JAMES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KEY, JIMMY T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KEY, JOHN R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KEY, JOHN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   KEY, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KEY, JOHN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KEY, JOHNNY EARL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KEY, JR, CHARLIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KEY, JR, DONALD, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | KEY, LEE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KEY, LEO, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KEY, LEROY, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | KEY, LEROY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KEY, MARY F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KEY, NORMAN L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KEY, OTHAR K, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KEY, STEVEN R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | KEY, STEVEN R, WHITNEY C BUCHANAN, ESQ, 5201 CONSTITUTION AVE NE, ALBUQUERQUE, NM, 87110-5813 |
| 21068 | KEY, THELMA P, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | KEY, TRAVIS L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KEY, VERLINA P, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | KEY, VIRGINIA, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603 |
| 21068 | KEY, VIRGINIA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KEYE, JOHNNY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KEYES, A C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KEYES, ALBERTA B, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | KEYES, ALBERTA B, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | KEYES, CALVIN C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | KEYES, CHARLES, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | KEYES, DONALD, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492 |
| 21068 | KEYES, EUGENE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KEYES, EUGENE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | KEYES, EWELL P, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | KEYES, GARY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | KEYES, GEORGGE L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KEYES, GEORGGE L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | KEYES, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KEYES, JOHNNY L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | KEYES, JR, ROBERT B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | KEYES, JR, ROBERT L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KEYES, JR, ROBERT L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

| 21068 | KEYES, JR, WILL, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | KEYES, JUANITA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | KEYES, LIONEL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KEYES, LIONEL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | KEYES, LULA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | KEYES, MELVIN C, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | KEYES, RALPH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KEYES, ROBERT H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KEYES, ROBERT H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | KEYES, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KEYES, SR, R H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KEYES, SR, R H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | KEYES, WILLIE E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | KEYES, WILLIS B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | KEYHEA, HENRY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | KEYMON, ANDREW, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | KEYS, ARLIE R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KEYS, ARTHUR L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KEYS, DENSON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | KEYS, EDWIN L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | KEYS, EDWIN L, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | KEYS, GAYLE A, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | KEYS, GAYLE A, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | KEYS, HELEN G, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | KEYS, HELEN G, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | KEYS, HOWARD, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KEYS, J T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | KEYS, J T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | KEYS, JAMES H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KEYS, JAMES H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | KEYS, JOE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21069 | KEYS, JOSEPH, VENABLE & VENABLE, 205 S HOOVER BLVC, TAMPA, FL, 33609-3591 |
| 21069 | KEYS, JOSEPH, VENABLE & VENABLE, 4902 ANDROS DR, TAMPA, FL, 33629-4802 |
| 21068 | KEYS, JR, JAMES H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KEYS, JR, JAMES H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | KEYS, JR, NELSON, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | KEYS, KENNETH, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501 |
| 21068 | KEYS, KENNETH, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 |
| 21068 | KEYS, KENNETH, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | KEYS, LULA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | KEYS, MALCOLM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | KEYS, MARVIN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | KEYS, OLLIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | KEYS, SAMUEL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | KEYS, WALTER H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KEYS, WALTER H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | KEYSER, BILLIE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21069 | KEYSER, ROBERT J, GOLDBERG & PERSKY, 1030 5TH AVE, PITTSBURGH, PA, 15219-6219 |
| 21068 | KEYSER, ROBERT J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | KEYSER, RODNEY E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KEYT, C D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | KHALER, ROBERT B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KHOLODENKO, BORIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | KHOMA, JOSEPH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | KHOURI, R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KIBBEY, FRANK E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KIBBLE, RICHARD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KIBBY, EUGENE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KIBLER, JR, WILLIAM H, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237 |
| 21068 | KIBLINGER, CARL J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | KIBODEAUX, LOUIS, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920 |
| 21068 | KICHLER III, JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | KICK, JR, HORACE J, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21069 | KICK, JR, HORACE J, PARLER & WOBBER, LLP, 406 E JOPPA RD, TOWSON, MD, 21286 |
| 21068 | KICKER, MICHAEL B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KICKLAND, RICHARD J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | KICKLIGHTER, ERVIN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | KICKLIGHTER, SHARON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | KIDD, ANNIE M, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | KIDD, ARNOLD D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KIDD, BRUCE W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KIDD, CHRISTINE D, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  KIDD, EDDIE A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  KIDD, EDWARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KIDD, EDWARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  KIDD, ESTHER M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  KIDD, ESTHER M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  KIDD, EVELEAN D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  KIDD, EVELEAN D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  KIDD, FREDDIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  KIDD, FREDDIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  KIDD, GENE E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  KIDD, HAROLD D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KIDD, JESSE R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  KIDD, JESSE R, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  KIDD, JOHN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  KIDD, JOHN, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  KIDD, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KIDD, JOHN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  KIDD, JOYCE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  KIDD, JOYCE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  KIDD, JR, MARION E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KIDD, KEYY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KIDD, KEYY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  KIDD, LARRY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KIDD, LILLIE P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  KIDD, LILLIE P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  KIDD, LLOYD M, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  KIDD, LUKE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KIDD, LUKE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  KIDD, MITCHELL R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  KIDD, P E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KIDD, P E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  KIDD, RALPH D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  KIDD, RALPH D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KIDD, RALPH D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  KIDD, SR, ROSCOE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  KIDD, VALARIE E, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  KIDD, VIRGIL, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  KIDD, WILLIAM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KIDD, WILLIAM, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  KIDD, WILLIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   KIDD, WILLIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KIDDER, CHARLES P, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   KIDDER, HARRY M, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   KIDDLE, MYRON, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   KIDO, JOHN, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   KIDO, JOHN, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   KIDWELL, JAMES G, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   KIECHLER, LOUIS A, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   KIECHLER, LOUIS A, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   KIECHLER, LOUIS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KIEFER, LLOYD P, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21069   KIEFER, RICHARD W, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618

21068   KIEFFER, JOHN F, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KIEFFER, LAVERN G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KIEFLING, JACK J, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   KIEKENAPP, RALPH F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KIEL, GERALD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KIEL, GROSE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KIEL, GROSE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KIEL, JIMMIE C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   KIEL, JIMMIE C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KIEL, JIMMIE C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   KIELBASA, GENE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21069   KIELY, MATTHEW E, WILSON, JR, ALEXANDER D, PARKER DUMLER & KIELY LLP, 36 S CHARLES ST STE 2200, BALTIMORE, MD, 21201-3106

21068   KIENZLE, CLARENCE, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   KIEPKE, BRUNO, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21069   KIERAS, STEPHEN, MCGOVERN & SULLIVAN, PO BOX 316, 24 JEWEL ROAD, HOLBROOK, MA, 02343

21068   KIERBOW, HAROLD E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KIERBOW, HAROLD E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KIERBOW, JR, THAUD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   KIERNAN, FRANCIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KIERNAN, JAMES, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   KIESEL, RONALD S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   KIESLING, DELMAR, THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   KIESLING, DELMAR, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21069   KIESZNOSKI, SR, JOSEPH, LIPSITZ, GREEN, FAHRINGER, ROLL, SAILSBURY & CAMBR, 42 DELAWARE AVENUE, BUFFALO, NY, 14202-2401

21068   KIETZMAN, BERNICE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KIGER, DONNIE B, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KIGER, FRED T, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   KIGHT, WILLIE J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    KIGHT, WILLIE J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KIGHTLINGER, TIMOTHY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069    KIHERI, EINO A, ADAMS & CESARIO PA, 1550 E 79TH ST, SUITE 800, BLOOMINGTON, MN, 55425

21068    KIJEK, BERNARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KIKER, JOSEPH F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KIKER, ROSS E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KIKTA, RICHARD W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KILBANE, JOHN T, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    KILBANE, TERRY C, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    KILBANE, THOMAS, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    KILBANE, THOMAS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KILBERN, WILLIAM L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    KILBURN, MELVIN E, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    KILBURN, MELVIN E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KILBURN, MELVIN E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    KILBURN, NELSON L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KILCHRISS, DAVID A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    KILCHRISS, DAVID A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    KILCHRISS, DORIS B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    KILCREASE, ARTHUR, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068    KILCREASE, HENRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    KILCREASE, HENRY, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    KILCREASE, HURSHEL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    KILEY, ARTHUR B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KILGORE, ARLENE W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    KILGORE, CHARLES E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    KILGORE, DONALD H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    KILGORE, DONALD W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    KILGORE, DONALD W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    KILGORE, DURWARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KILGORE, EDD B, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068    KILGORE, FLOYD, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    KILGORE, FLOYD, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068    KILGORE, HENRY F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KILGORE, HENRY F, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | KILGORE, HOWARD B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KILGORE, JIM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KILGORE, JOSEPH A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KILGORE, JOSEPH A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | KILGORE, MAX V, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | KILGORE, OTIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KILGORE, OTIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | KILGORE, ROBERT G, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KILGORE, RONALD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KILGORE, SR, GILES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KILGORE, THOMAS A, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | KILGORE, WILLIAM A, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | KILGREN, LEONARD, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 |
| 21068 | KILIUS, RICHARD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KILKER, DENNIS J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21069 | KILL, DONALD R, CHARLES P ERICKSON, PA, 4501 TAMIAMI TRL N STE 204, NAPLES, FL, 34103 |
| 21068 | KILLACKY, JOHN, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608 |
| 21068 | KILLAM, ALTON L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | KILLAM, JAMES B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | KILLEBREW, BOBBY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | KILLEBREW, HOWARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KILLEBREW, MICHAEL, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | KILLEEN, FRANCIS T, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | KILLENS, CHARLIE F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | KILLIAN, ALVIN M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | KILLIAN, CHARLES N, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KILLIAN, DANIEL N, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | KILLIAN, JR, HERBERT W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KILLIAN, JR, HERBERT W, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | KILLIAN, LEE O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KILLINGS, DANIEL L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KILLINGS, DANIEL L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | KILLINGS, MATTIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KILLINGS, SINGLETON, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21069 | KILLINGS, SR, FRED, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100 PENN SQUARE E STE 1050 - 10TH FL, PHILADELPHIA, PA, 19107 |
| 21068 | KILLINGSWORTH, ALVIN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KILLINGSWORTH, CLEAVE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    KILLINGSWORTH, SHIRLEY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    KILLINGSWORTH, WILLIAM, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    KILLINS, JOSEPHINE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    KILLION, RAY R, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    KILLION, WILLIAN, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068    KILLMAN, LAWRENCE O, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068    KILLORAN, GERALD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    KILLOUGH, EARNEST T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    KILLOUGH, JAMES A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    KILLOUGH, JAMES A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    KILLOUGH, JOHNNY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    KILLOUGH, JOHNNY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    KILLOUGH, JOSEPH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    KILLOUGH, JOSEPH, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    KILMAN, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    KILMARTIN, JAMES P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    KILMER, GREGORY M, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    KILMER, SANDRA, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068    KILO, STEPHEN F, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    KILPATRICK, CHARLES W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    KILPATRICK, CHARLIE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    KILPATRICK, EVELYN L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    KILPATRICK, GERALD O, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    KILPATRICK, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    KILPATRICK, JOHN D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    KILPATRICK, JR, EDWARD T, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    KILPATRICK, KATHRYN A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    KILPATRICK, KATHRYN A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069    KILPATRICK, MARILYN, KRAFT, PALMER, DAVIES PLLC, LANCE PALMER, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068    KILPATRICK, MARILYN, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068    KILPATRICK, MARILYN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KILPATRICK, ROBERT W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    KILPATRICK, WALTER, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   KILPATRICK, WALTER, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   KILROY, ARTHUR W, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   KILROY, JERRY W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   KILROY, MICHAEL R, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   KIM, LEONARD, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   KIMBALL, DONALD J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KIMBALL, RICHARD C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KIMBALL, ROBERT W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KIMBALL, WALLACE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KIMBALL, WILLIAM H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KIMBELL, F A, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   KIMBERLIN, CATHLEEN A, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   KIMBERLING, INEZ, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KIMBLE, AARON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KIMBLE, DONALD L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KIMBLE, JOHN H, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   KIMBLE, JOHN H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   KIMBLE, KENNETH, WHITEFORD TAYLOR PRESTONS, 7 SAINT PAUL ST, BALTIMORE, MD, 21202-1626

21068   KIMBLE, LAWYER, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   KIMBLE, LAWYER, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   KIMBLE, NORMAN A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KIMBLE, PAUL W, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   KIMBLE, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KIMBLE, ROVERTUS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KIMBLE, ROVERTUS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KIMBLE, SR, CECIL K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KIMBLE, VELMA L, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   KIMBLE, VIRGIL, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   KIMBLER, CHARLES R, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   KIMBLER, NATHANIEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KIMBRAL, GARY, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   KIMBRAL, GARY, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   KIMBRELL, ARCHIE E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KIMBRELL, BILLY, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | KIMBRELL, BILLY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | KIMBRELL, CHARLES H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | KIMBRELL, LUEDELL F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KIMBRELL, MAE C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | KIMBRELL, MAE C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | KIMBRELL, STEVE M, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329 |
| 21068 | KIMBRELL, STEVE M, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | KIMBRIEL, EDWIN C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KIMBRO, JACK, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KIMBROUGH, ARCHIE M, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | KIMBROUGH, CALLIE, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046 |
| 21068 | KIMBROUGH, CALLIE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | KIMBROUGH, CHARLES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KIMBROUGH, DOUGLAS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KIMBROUGH, FRED LEON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KIMBROUGH, JAMES B, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | KIMBROUGH, JAMES E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KIMBROUGH, JOE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KIMBROUGH, OLIN J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | KIMBROUGH, OLIN J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | KIMBROUGH, SR, SAMMIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | KIMBROUGH, WILLIAM S, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KIMBROUGH, WILLIAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21069 | KIME, GERALD E, WEHR BERGER, 326 WEST THIRD STREET, SUITE 900, DAVENPORT, IA, 52801 |
| 21068 | KIMELSTEIN, MAURICE, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | KIMIECIK, KENNETH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | KIMMEL, LAWRENCE, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 |
| 21068 | KIMMEL, RONALD W, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | KIMMERLY, EARL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | KIMMEY, FRANK J, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653 |
| 21068 | KIMMINS, DOROTHY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KIMMINS, DOROTHY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KIMPLE, ALVIN L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | KIMSEY, ERNEST N, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | KIMSEY, LEWIS, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    KIMSEY, LLOYD, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    KIMSEY, LLOYD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    KINARD, ALVIN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    KINARD, JAMES W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    KINARD, JAMES W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KINARD, JESSIE F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KINARD, JIMMY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KINARD, JIMMY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KINARD, SR, TED L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KINBACK, THOMAS R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069    KINCADE, ELMO, COOK, DOYLE & BRADSHAW, LLP, 1211 LAMAR ST STE 1300, HOUSTON, TX, 77010-3015

21069    KINCADE, ELMO, COOK, DOYLE & BRADSHAW, LLP, 1401 MC KENNY STE 1800, HOUSTON, TX, 77010

21068    KINCADE, GEORGE W, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    KINCADE, GEORGE W, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    KINCADE, LORA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    KINCADE, WILLIAM, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068    KINCAID, ALBERT C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    KINCAID, DANNY R, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068    KINCAID, DAVID A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KINCAID, DAVID A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KINCAID, EDWARD L, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068    KINCAID, JAMES G, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    KINCAID, KENNETH E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    KINCAID, MAGGIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    KINCAID, RAY, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068    KINCAID, RAY, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    KINCAID, RONALD B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KINCAID, SADIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    KINCH, RAYMOND, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KINCH, RAYMOND, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    KINCHEN, IVY M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    KINCHEN, IVY M, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    KINCHEN, JR, SIDNEY E, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068    KINCHEN, JR, SIDNEY E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KINCHEN, WALTER, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068    KIND, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    KINDER, BILLY C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    KINDER, BILLY C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    KINDER, THOMAS R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    KINDIG, NEAL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    KINDRED, DELORIS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    KINDRED, DONALD R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    KINDRED, DONALD R, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    KINDRED, JAMES, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    KINDRED, JESSE J, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068    KINDRED, JOE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    KINDRED, TERRY A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    KINDT, WALDIMAR E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KINDY, DAVID G, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21069    KINEL, SAM, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618

21068    KINER, JERRY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    KINESTON, DAVID, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    KINESTON, DAVID, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KING, ALBERT, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    KING, ALBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KING, ALFRED L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    KING, ALFRED R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069    KING, ALLEN, MANDELL & WRIGHT PC, CHASE BUILDING, 712 MAIN STREET SUITE 1600, HOUSTON, TX, 77002-3297

21068    KING, ALPHONSO, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    KING, ANDREW, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    KING, ANDREW, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    KING, ARCHIE F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KING, ARCHIE F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KING, ARNOLD, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    KING, ARNOLD, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    KING, BASIL C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KING, BENNIE M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    KING, BENNIE M, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    KING, BENNIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    KING, BERNARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    KING, BESSIE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    KING, BESSIE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | KING, BEUNICE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KING, BILLIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KING, BILLY C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KING, BOBBY D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | KING, CANDUS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KING, CARLOS, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | KING, CARLTON W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KING, CARLTON W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KING, CECIL M, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | KING, CHARLES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KING, CHARLES B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21069 | KING, CHARLES D, KAESKEREEVES LLP, 6301 GASTON AVENUE, SUITE 735, DALLAS, TX, 75214 |
| 21068 | KING, CHARLES D, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702 |
| 21068 | KING, CHARLES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KING, CHARLES E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | KING, CHARLES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KING, CHARLES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KING, CHARLES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KING, CHARLES L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | KING, CHARLES L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | KING, CHARLES N, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | KING, CHARLES N, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | KING, CHARLES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KING, CHARLES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | KING, CHARLOTTE, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | KING, CHARLOTTE, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | KING, CLARENCE T, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | KING, CLARENCE T, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | KING, CLARENCE W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | KING, CLYDE, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046 |
| 21069 | KING, COLEMAN, RODMAN RODMAN & SANDMAN PC, 442 MAIN ST STE 300, MALDEN, MA, 02148-5122 |
| 21068 | KING, COLEMAN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | KING, CURTIS C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | KING, CURTIS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | KING, DANIEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KING, DAVID C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | KING, DELORIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    KING, DENNIS G, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    KING, DEWITT, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068    KING, DEWITT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KING, DONALD C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KING, DONALD C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KING, DONALD C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KING, DONALD T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    KING, DONALD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    KING, DONNIE R, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068    KING, DORIS, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    KING, DOUGLAS L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    KING, DOUGLAS L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    KING, DUNHAM, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    KING, EARL R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KING, EARLIE B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    KING, EARLIE B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    KING, EDDIE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    KING, EDWARD G, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    KING, EDWARD L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    KING, EDWARD L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    KING, EDWARD R, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    KING, EDWARD R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KING, EDWARD R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069    KING, ELVIN, 204 ROCKET, LONGVIEW, TX, 75603

21068    KING, ELVIN, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068    KING, ELVIN, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068    KING, ELVIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KING, EMERY L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    KING, ERNEST L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    KING, ERNEST, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068    KING, EUGENE L, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068    KING, EUGENE V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    KING, FELTON C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    KING, FRANCES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    KING, FRANKLIN D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KING, FRANKLIN D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KING, FRED K, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    KING, FRED M, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    KING, FRED, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    KING, GARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | KING, GENE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KING, GENE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | KING, GEORGE D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KING, GEORGE D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | KING, GEORGE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KING, GEORGE E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | KING, GEORGE W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | KING, GEORGE W, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | KING, GEORGE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | KING, GERALD H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | KING, GRADY E, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | KING, GRADY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KING, H W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | KING, H W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | KING, HAROLD E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | KING, HATTIE C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KING, HENRY B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | KING, HENRY S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KING, HENRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | KING, HENRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KING, HENRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | KING, HENRY, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | KING, HERSCHEL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KING, HERSCHEL J, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246 |
| 21068 | KING, HOWARD L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | KING, HOWARD L, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | KING, IKE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KING, INELL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KING, IRIS, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | KING, IRIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KING, IRIS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | KING, ISAIAH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | KING, JAMES A, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | KING, JAMES A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KING, JAMES B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KING, JAMES B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KING, JAMES D, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   KING, JAMES D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KING, JAMES E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KING, JAMES E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KING, JAMES H, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   KING, JAMES J, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068   KING, JAMES M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   KING, JAMES P, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100 PENN SQUARE E STE 1050 - 10TH FL, PHILADELPHIA, PA, 19107

21068   KING, JAMES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   KING, JAMES R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KING, JAMES W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KING, JAMES, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   KING, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KING, JAMES, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   KING, JAMES, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KING, JAMES, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   KING, JANETTE C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KING, JANETTE C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KING, JENNIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KING, JENNIFER K, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   KING, JENNIFER K, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   KING, JERRY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KING, JERRY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KING, JESSIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KING, JIMMIE L, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   KING, JIMMY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KING, JOE B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   KING, JOE B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21069   KING, JOE B, ROBERT SULLIVAN, PO BOX 45, LAUREL, MS, 39441-0045

21068   KING, JOE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   KING, JOHN A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KING, JOHN A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   KING, JOHN A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KING, JOHN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KING, JOHN D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KING, JOHN R, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   KING, JOHNIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KING, JON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   KING, JOSEPH P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KING, JOSEPH P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KING, JOYCE G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    KING, JR, CHARLES H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KING, JR, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    KING, JR, CHARLES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    KING, JR, EMMITT, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    KING, JR, EUGENE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    KING, JR, JIMMY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    KING, JR, MANUEL, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    KING, JR, ROOSEVELT, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    KING, JR, SAMUEL, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    KING, JR, SPENCER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    KING, JR, WILLIAM, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    KING, JR, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KING, JR, WILLIAM, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    KING, JR, WILLIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    KING, JR., OTIS, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    KING, JR., OTIS, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    KING, JUNIOUS N, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    KING, JUNIOUS N, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    KING, L K, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    KING, LADNOR D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    KING, LAMAR L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    KING, LARRY K, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    KING, LARRY K, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    KING, LARRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KING, LARRY, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    KING, LARRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KING, LAWRENCE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    KING, LEE R, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068    KING, LEILA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    KING, LEILA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    KING, LEONARD O, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    KING, LEONARD O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KING, LEONARD O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    KING, LEONARD P, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068    KING, LEONARD P, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068    KING, LEONARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KING, LEWIS, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | KING, LLOYD, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | KING, LLOYD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KING, LOUIE A, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | KING, LOUIE A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | KING, LOUISE G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | KING, LOUISE G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | KING, LUCILLE, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | KING, LUCILLE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | KING, LUEVENIA, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KING, LUTHER, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | KING, MALCOLM S, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21069 | KING, MANUEL, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015 |
| 21068 | KING, MARLIN H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KING, MARTIN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | KING, MARVIN S, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | KING, MARY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KING, MARY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KING, MARY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KING, MARY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KING, MARY, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | KING, MAVIS V, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | KING, MAVIS V, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | KING, MAVIS, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KING, MAVIS, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KING, MICHAEL P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KING, MYRTLE M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | KING, MYRTLE M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | KING, NAOMIA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KING, NAOMIA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | KING, NONNIE, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255 |
| 21068 | KING, NORMAN, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201 |
| 21069 | KING, OMER B, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015 |
| 21068 | KING, OTIS D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KING, PAUL K, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | KING, PEGGY J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | KING, PEGGY J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | KING, PEGGY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KING, PORTER M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | KING, RAYMOND E, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301 |
| 21068 | KING, RICHARD, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | KING, ROBERT B, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | KING, ROBERT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KING, ROBERT J, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | KING, ROBERT L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KING, ROBERT L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KING, ROBERT L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KING, ROBERT T, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | KING, ROBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KING, ROBERT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KING, ROBERT, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | KING, RODERICK C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21069 | KING, ROY W, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100 PENN SQUARE E STE 1050 - 10TH FL, PHILADELPHIA, PA, 19107 |
| 21069 | KING, ROYCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | KING, ROYCE, OWEN & GALLOWAY, PLLC, OWEN BLDG, 1414 25TH AVE, GULFPORT, MS, 39501-1933 |
| 21069 | KING, ROYCE, RICHARD F PATE & ASSOCIATES PC, PO DRAWER 1308, 56-58 S CONCEPTION ST, MOBILE, AL, 36633 |
| 21069 | KING, ROYCE, THE LAW FIRM OF WM WILSON, JR, 2506 LAKELAND DRIVE, SUITE 500, P O DRAWER 16689, JACKSON, MS, 39236 |
| 21068 | KING, RUBY D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KING, RUBY D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | KING, RUSSELL E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | KING, SAMUEL D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KING, SANDY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | KING, SANUEL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | KING, SANUEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KING, SANUEL, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | KING, SHIRLEY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KING, SHIRLEY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KING, SIDNEY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | KING, SR, EDDIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | KING, SR, FRED M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KING, SR, FRED M, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | KING, SR, JAMES A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | KING, SR, JAMES L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | KING, SR, JAMES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KING, SR, JOE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KING, SR, JOHN W, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | KING, SR, WILL, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | KING, T E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

**Svc Lst   Name and Address of Served Party**

21068   KING, T E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KING, THELTON G, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   KING, THELTON G, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   KING, THEODORE W, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   KING, THOMAS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   KING, THOMAS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KING, TOMMIE L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KING, TOMMIE L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KING, TOMMY L, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   KING, TOMMY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KING, TOMMY, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   KING, TOMMY, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   KING, TOMMY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KING, VENITIA C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   KING, VERNON, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   KING, VIRGINIA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KING, VIRGINIA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KING, WALTER L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KING, WALTER L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   KING, WEYMAN K, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KING, WEYMAN K, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KING, WILBUR, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   KING, WILLIAM D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KING, WILLIAM D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   KING, WILLIAM E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KING, WILLIAM F, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   KING, WILLIAM F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KING, WILLIAM R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KING, WILLIAM R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KING, WILLIAM, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   KING, WILLIAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KING, WILLIAM, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   KING, WILLIE, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   KING, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KING, WILLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KINGAN, DONALD W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  KINGCANNON, LOUIS, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21069  KINGCANNON, LOUIS, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180

21068  KINGERY, EARL L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  KINGERY, EARL L, STANTON & SORENSEN, 22 N 3RD ST, CLEAR LAKE, IA, 50428-1811

21068  KINGERY, REX E, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  KINGERY, ROBERT R, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  KINGERY, ROBERT, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  KINGMA, THOMAS L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KINGMA, THOMAS L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  KINGRY, RONALD L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  KINGSLEY, DWIGHT S, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  KINGSLEY, DWIGHT S, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  KINGSLEY, JACK D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  KINGSTON, JAMES C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KINGURE, CHESTER S, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  KINIETZ, JOHN H, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  KINKAID, JAMES F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KINKAID, RICHARD N, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KINKENNON, DINAH, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  KINKENNON, DINAH, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  KINLAW, LLOYD, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  KINMAN, ROBERT G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KINMAN, ROBERT G, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  KINNAIRD, JERRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  KINNAIRD, JERRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KINNAIRD, JERRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  KINNAIRD, R E, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  KINNAIRD, R E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KINNAIRD, R E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  KINNARD, CAROLYN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  KINNEBREW, ANN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  KINNEBREW, ANN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  KINNEN, ROBERT L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  KINNER, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   KINNEY, ARMOND L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KINNEY, DONALD A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KINNEY, DONALD M, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   KINNEY, JOHN M, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KINNEY, MORRIS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KINNEY, RICHARD E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KINNEY, ROBERT E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KINNEY, WILLIAN L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   KINNION, JOHN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KINNON, DEWEY R, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   KINNON, LAWRENCE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   KINSEL, JERRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KINSER, CLARENCE B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KINSER, MAXEL D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   KINSER, MAXEL D, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   KINSER, THOMAS G, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   KINSERLOW, SR, RAY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KINSEY, BEN T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KINSEY, BOBBY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KINSEY, DONALD R, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   KINSEY, JESSE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KINSEY, JOHN W, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   KINSEY, RANDY E, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   KINSEY, ROOSEVELT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KINSEY, ROOSEVELT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KINSEY, WAYNE D, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   KINSEY, WESLEY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   KINSLER, HARRY F, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   KINSLEY, RONALD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KINSMAN, RAY, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   KINSWORTHY, THOMAS L, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   KINTZ, JAMES L, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   KINTZ, WILLIAM, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   KIPP, JOHN D, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   KIPP, RICHARD E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   KIPPEN, JOHN H, WEISENBERGER, HCI BOX 189, WESTKILL, NY, 12492

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    KIRACOFE, HUBERT J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069    KIRALLY, GEORGE, COHEN, WEISS AND SIMON LLP, 330 WEST 42ND ST, NEW YORK, NY, 10036-6976

21068    KIRALLY, GEORGE, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068    KIRBY, ALMA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    KIRBY, ALMA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    KIRBY, BETTY, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    KIRBY, BETTY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KIRBY, BETTY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    KIRBY, CLELL C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KIRBY, CLYDE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KIRBY, CONETT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    KIRBY, CONETT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    KIRBY, DARTHA C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    KIRBY, GEORGE A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KIRBY, HOWARD, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    KIRBY, J C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    KIRBY, JAMES A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    KIRBY, JIMMY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    KIRBY, JOHN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    KIRBY, JOHN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    KIRBY, JOHN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21069    KIRBY, JOHNNY C, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307

21068    KIRBY, JOHNNY C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    KIRBY, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    KIRBY, JR, GROVER M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    KIRBY, JR, JOSEPH V, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    KIRBY, JR, WHITTEN G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KIRBY, LAWRENCE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    KIRBY, LEE M, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    KIRBY, MARSHALL E, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    KIRBY, MARVIN, LAW OFFICES OF PETER G ANGELOS, GOVERNOR´S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    KIRBY, NORRIS F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    KIRBY, ROBERT J, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    KIRBY, RONNIE S, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068    KIRBY, SR., HOMER, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    KIRBY, SR., HOMER, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   KIRBY, THELMA E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   KIRBY, TRAVIS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   KIRBY, WALTER D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KIRBY, WALTER D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   KIRBY, WILLIAM G, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068   KIRBY, WINSTON E, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   KIRCHBAUM, ROBERT J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KIRCHBERG, HAROLD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   KIRCHNER, ROBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KIRCHSTEIN, CARL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KIRCHSTEIN, JR, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069   KIRISITS, VALENTINE A, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068   KIRK JR., WALTER E, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   KIRK JR., WALTER E, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   KIRK, ALLEN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KIRK, ANDREW, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KIRK, BARBARA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KIRK, BETTY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KIRK, BOBBY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KIRK, CHARLES E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KIRK, CLAUDE D, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   KIRK, DONALD C, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   KIRK, EMMETT, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   KIRK, EMMETT, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KIRK, EVELYN J, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   KIRK, GEORGE F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KIRK, HAROLD B, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   KIRK, HAROLD B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KIRK, HOWE L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   KIRK, HOWE L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KIRK, IRENE W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KIRK, JAMES, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KIRK, JAMES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   KIRK, JAMES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   KIRK, JOHN W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KIRK, JR, JOHN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   KIRK, KENNETH E, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   KIRK, LONNIE D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KIRK, MARVIN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KIRK, MCCORTIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   KIRK, ROBERT R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KIRK, ROY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KIRK, RUSSELL E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KIRK, RUSSELL E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KIRK, WILLIAM, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   KIRKENDALL, CLIFTON A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KIRKENDALL, FRED, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   KIRKENDALL, FRED, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   KIRKES, JAMES L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   KIRKEY, CLARENCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KIRKGARD, LOWELL, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   KIRKHAM, ALMA J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KIRKHAM, GARY, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21069   KIRKHAM, ORVAL D, MCPHERSON MONK HUGHES BRADLEY & WIMBERLEY, 3120 CENTRAL MALL DRIVE, PORT ARTHUR, TX, 77642

21068   KIRKHAM, ROBERT M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KIRKHAM, ROBERT M, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   KIRKLAND JR., HERMAN B, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KIRKLAND, CARL R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   KIRKLAND, CHARLES D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KIRKLAND, CLARENCE W, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21069   KIRKLAND, CLIFTON, BATSON, JOHN P BATSON, ESQ, 303 TENTH STREET, AUGUSTA, GA, 30901

21069   KIRKLAND, CLIFTON, JOHN P BATSON, ESQ, 303 10TH ST, AUGUSTA, GA, 30901-2210

21068   KIRKLAND, E J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   KIRKLAND, E J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KIRKLAND, E J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   KIRKLAND, EARLE W, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KIRKLAND, GEORGE A, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KIRKLAND, GEORGE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KIRKLAND, GEORGE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KIRKLAND, GRADY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KIRKLAND, JESSE R, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   KIRKLAND, JOHN D, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   KIRKLAND, JR, WILLIAM C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KIRKLAND, MILLARD, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   KIRKLAND, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21069   KIRKLEY (DECEASED), LETA, DEBRA WIDNER, 22419 TRAILWOOD LN, TOMBALL, TX, 77375

21068   KIRKLEY, DAVID, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   KIRKLEY, SR, S R, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   KIRKMAN, GENE E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KIRKMAN, JAMES E, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   KIRKMAN, JAMES E, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   KIRKMAN, LESLIE M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KIRKPATRICK, CHARLES E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KIRKPATRICK, FRED W, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   KIRKPATRICK, FRED W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KIRKPATRICK, HAZEL T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KIRKPATRICK, HAZEL T, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KIRKPATRICK, LARRY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KIRKPATRICK, THOMAS, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   KIRKSEY, BILLY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KIRKSEY, BILLY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KIRKSEY, DOROTHY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   KIRKSEY, EVY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KIRKSEY, HENRY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KIRKSEY, MARY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KIRKSEY, MARY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KIRKSEY, MAURICE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   KIRKSEY, SR, LEWIS L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KIRKSEY, WILL H, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KIRKSEY, WILLIE L, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   KIRKSEY, WILLIE L, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   KIRKWOOD, EUNICE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   KIRKWOOD, HARRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KIRKWOOD, JOHN S, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   KIRKWOOD, JOHN S, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   KIRKWOOD, LARRY, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   KIRKWOOD, LARRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KIRKWOOD, RACHEL, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   KIRKWOOD, RACHEL, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    KIRKWOOD, ROBERT R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    KIRLIN, TOM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KIRMSE, WOODROW, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068    KIRSCH, KENNETH J, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068    KIRSCHSIEPER, EUGENE R, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    KIRSCHSIEPER, EUGENE R, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068    KIRSIK, DOUGLAS R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    KIRTLEY, JR, HAROLD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KIRTLEY, LARRY D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    KIRTLEY, RODNEY, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    KIRTS, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    KIRVEN, JIMMY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KIRVES, RICHARD L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    KIRVES, ROBERT H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    KIS, NORBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KISCH, MARTIN, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    KISER, CALVIN C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KISER, DAVID L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    KISER, EARL C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    KISER, GEORGE E, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    KISER, LESLIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KISER, PATRICK W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    KISER, RUBY P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    KISER, WESLEY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KISER, WESLEY L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    KISH, FRANK L, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068    KISH, JACK, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068    KISH, JOSEPH S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    KISH, RAYMOND E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    KISH, RAYMOND, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    KISH, WILLIAM M, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    KISHBAUGH, NORMAN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    KISIL, MIROSLON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KISNER, MAHLON C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  KISSEL, WILLIAM R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KISSIC, JERRY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  KISSICK, RUSSELL P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KISSINGER, WILLARD, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  KISSINGER, WILLARD, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21069  KITCH, SAURBIER, DRUTCHAS, WAGNER & KENN, ONE WOODWARD, DETROIT, MI, 48226

21069  KITCHELL, EUGENE, VENABLE & VENABLE, 205 S HOOVER BLVC, TAMPA, FL, 33609-3591

21069  KITCHELL, EUGENE, VENABLE & VENABLE, 4902 ANDROS DR, TAMPA, FL, 33629-4802

21068  KITCHELL, STANLEY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KITCHELL, STANLEY A, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  KITCHEN, ANN M, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  KITCHEN, CHARLES T, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  KITCHEN, DAVID L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KITCHEN, DAVID L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  KITCHEN, DEARL J, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  KITCHEN, EDGAR, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068  KITCHEN, EDGAR, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  KITCHEN, HAROLD, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  KITCHEN, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069  KITCHEN, RALPH A, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068  KITCHEN, RANDALL C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  KITCHEN, RANDALL C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  KITCHENS, ALICE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  KITCHENS, ALICE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  KITCHENS, DELLA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  KITCHENS, DONALD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  KITCHENS, DORIS A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  KITCHENS, DORIS A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  KITCHENS, DOROTHY L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  KITCHENS, EULA M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  KITCHENS, EULA M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  KITCHENS, FRANKLIN M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  KITCHENS, FRANKLIN M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  KITCHENS, GEORGE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  KITCHENS, GROVER L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  KITCHENS, GROVER L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | KITCHENS, HAROLD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | KITCHENS, HAROLD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KITCHENS, HAROLD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | KITCHENS, JAMES A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KITCHENS, JEFFERY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KITCHENS, JEFFERY L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | KITCHENS, JOHNNIE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KITCHENS, JOHNNIE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KITCHENS, JOSEPH R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KITCHENS, JOSEPH R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | KITCHENS, LOUIE A, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | KITCHENS, LUTHER C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KITCHENS, LUTHER C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | KITCHENS, NELSON D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KITCHENS, OSCAR G, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437 |
| 21068 | KITCHENS, OSCAR, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | KITCHENS, ROBERT F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KITCHENS, ROBERT F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KITCHENS, RUBY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KITCHENS, RUBY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | KITCHENS, RUBY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | KITCHENS, RUBY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21069 | KITCHENS, SR, CLARENCE H, N CALHOUN ANDERSON JR, PC, JENNIFER SIMS, 340 EISENHOWER DR BLDG 300 STE B, SAVANNAH, GA, 31406 |
| 21068 | KITCHENS, SR, JIMMY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KITCHENS, SR, WARREN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KITCHENS, SR, WARREN R, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712 |
| 21068 | KITCHENS, ULMER, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437 |
| 21068 | KITCHENS, WESLEY F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KITCHENS, WILLIAM T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KITCHIN, MICHAEL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | KITE, JOE, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | KITE, VERNON L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | KITNER, ROBERT B, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630 |
| 21068 | KITNEY, PAUL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | KITSAKOS, SPERO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21069 | KITTEL, JOHN I, ANDERSON, CLIFFORD, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21069 | KITTEL, JOHN I, BROWN, LAURA B, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, CARLSON, RONALD, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, COLLINS, GRACIE, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, DEBRULER, RALPH, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, DOBIAS, CHARLES, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, HERR, EDMUND, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, JACKSON, KEVAN L, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, LOBA, RAYMOND, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, LUNG, MAX, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, MALONE, RETAH, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, MARTIN, CHARLES J, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, MILLER, EMMA J, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, OUIMETTE, CATHERINE, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, REED, FAITH E, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, RENNER, ULRICH, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, SADOWSKI, WALTER L, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, SAYER, RUSSELL B, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, SMITH, JAMES, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, SPIESS, JOSEPH C, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, TILLOTSON, LEONARD, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, WABINDATO, KELLY, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, WHITE, JACK, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21069 | KITTEL, JOHN I, WILLIAMS JR, ROOSEVELT, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334-3142 |
| 21068 | KITTELL, KENNETH J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KITTELSON, JANICE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KITTERELL, OTHA L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21069 | KITTINGER, GARNETT W, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298 |
| 21068 | KITTINGER, GARNETT W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KITTINGER, GARNETT W, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602 |
| 21068 | KITTLE, DELBERT, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   KITTLE, ROBERT H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   KITTLE, WILLIAM EMERSON, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   KITTLE, WILLIAM EMERSON, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   KITTLER, J. D, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   KITTLER, J. D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KITTLER, J. D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KITTLESON, HOWARD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21069   KITTRELL, BURFORD, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425

21068   KITTRELL, JAMES D, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   KITTRELL, LINDA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KITTRELL, THOMAS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KITTRELL, WALTER S, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   KITTRELL, WILLIAM E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KITTS, LAWRENCE D, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069   KITZ, JOSEPH, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940

21068   KITZINGER, LAWRENCE W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KITZMILLER, SR, DELBERT, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   KIVETT, NEILL M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   KIVIMAKI, ROBERT R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KIVISTO, ROBERT S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KIYAK, THEODORE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   KIZER, DALLAS J, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   KIZER, HORACE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KIZEWSKI, JR, CLARENCE, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KIZZIAH, BUFORD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KIZZIAH, CARL B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KIZZIAH, JAMES R, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   KIZZIAH, JAMES R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KIZZIAH, JAMES R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   KIZZIAK, GARY W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KIZZIAK, GARY W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KIZZIRE, MURRY A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KJELDSEN, NELS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   KJERULFF, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KLACKOWSKI, MARGARET, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   KLACKOWSKI, MARGARET, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21069   KLADAR, PAUL, PRATT CALLIS, ROUTE 111 AT AIRLINE DRIVE, PO BOX 179, EAST ALTON, IL, 62024

21068   KLAERNER, KENNIE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KLAERNER, KENNIE A, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   KLAGES, LLOYD A, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   KLAGES, WAYNE C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KLAKOS, DAVID E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KLAKOS, ROBERT R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   KLAMANN, JOHN M, SANDERSON, ARTHUR L, HUMPHREY, FARRINGTON & MCCLAIN, P C, 221 WEST LEXINGTON, SUITE 400, PO BOX 900, INDEPENDENCE, MO, 64051

21069   KLAMANN, JOHN M, SANDERSON, ARTHUR L, KLAMANN & HUBBARD PA, 7101 COLLEGE BLVD, OVERLAND PARK, KS, 66210-1845

21069   KLAMANN, JOHN M, SMITH, HAROLD B, KLAMANN & HUBBARD PA, 7101 COLLEGE BLVD, OVERLAND PARK, KS, 66210-1845

21068   KLAMIER, PAUL R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21069   KLAMM, WILLIAM N, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068   KLAMUT, FRANCIS J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KLANCAR, TONY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KLANDUCH, FRANKLIN L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KLANK, ERICH W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KLAPPERICK, WILBERT P, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   KLAPPERICK, WILBERT P, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   KLAR, BYRLINE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KLARICH, PAUL L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KLARKE, KAREN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KLASSEN, CORNELIUS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KLASSEN, RICHARD, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068   KLAUSNER, DAVID P, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   KLAWITER, IGNATIUS L, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   KLAWITTER, KARL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KLEAMENAKIS, NICHOLAS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   KLECKA, LARRY, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   KLECKLEY, SR, HOWARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KLECKNER, CHARLES, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   KLECKNER, EUGENE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KLEE, FRANCIS C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  KLEEMAN, ARTHUR A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KLEES, PAUL H, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  KLEESPIES, GEORGE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  KLEIFGEN, ALOYSIUS G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KLEIN, CECIL J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  KLEIN, CHARLES A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KLEIN, CHARLES A, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  KLEIN, ELMER D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KLEIN, FREDERICK W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KLEIN, HUBERT, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069  KLEIN, JOHN J, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940

21068  KLEIN, JOHN T, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  KLEIN, MELVIN E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069  KLEIN, NORBERT, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495

21068  KLEIN, NORMAN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KLEIN, ORVILLE, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068  KLEIN, PETER, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  KLEIN, RALPH D, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  KLEIN, ROBERT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  KLEIN, WESLEY, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068  KLEIN, WILBUR E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KLEIN, WILLIAM A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  KLEIN, WILLIAM H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  KLEIN, WILLIAM H, WHITNEY C BUCHANAN, ESQ, 5201 CONSTITUTION AVE NE, ALBUQUERQUE, NM, 87110-5813

21068  KLEIN, WILLIAM, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  KLEIN, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KLEINFELTER, RUSSELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  KLEINHOLTZ, JOHN P, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  KLEINPETER, WALLACE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  KLEKAR, AUGUST E, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  KLEMANOWICZ, WILLIAM, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  KLEMEN, CASIMIR J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KLEMENCIC, JOSEPH, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   KLEMENCIC, JOSEPH, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   KLEMENZ, EDWARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KLEMME, CHARLES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KLEPPER, IRA, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   KLEPPER, IRA, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   KLEPPER, IRA, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KLEPTZ, PAMELA R, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   KLEPTZ, PAMELA R, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   KLEPTZ, PAMELA, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   KLESER, THEODORE P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KLEWENO, ROBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KLEWENO, ROBERT W, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068   KLIAS, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KLIAS, ROBERT E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   KLIEM, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KLIEM, NICHOLAS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KLIEMAN, KENNETH J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KLIER, JAMES E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KLIEWER, RICHARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KLIEWER, RICHARD, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   KLIMAK, RAYMOND B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KLIMITCHEK, MARY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KLIMITCHEK, MARY, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21069   KLINE, BERNARD J, PAUL FRANK & COLLINS PC, ONE CHURCH ST, PO BOX 1307, BURLINGTON, VT, 05402-1307

21068   KLINE, CARL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KLINE, EDWARD J, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068   KLINE, ELMER, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KLINE, GEORGE C, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KLINE, HENRY, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   KLINE, HOWARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KLINE, LEO J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KLINE, PATRICK D, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   KLINE, PATRICK D, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   KLINE, ROSE M, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   KLING, DALE, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465