# EXHIBIT A

**In re W.R. Grace**

**Debtors' Exhibit List for July 5, 2007 Anderson Memorial Class Certification Hearing**
**July 4, 2007**

| Exhibit No. | Filing Date | Docket No. | Document Title |
|---|---|---|---|
| 1 | 1/14/1993 | Court Ex. 6 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, First Amended Class Action Complaint |
| 2 | 4/4/1994 | Court Ex. 49 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Defendants' Motion to Strike Class Action Allegations As To Non-Residents Whose Causes Of Action Are Foreign To South Carolina |
| 3 | 6/02/1994 | Court Ex. 60 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Plaintiffs' Response to the Defendants' Motion Styled a "Motion to Strike Class Allegations as to Non-Residents Whose Causes of Action are Foreign to South Carolina" |
| 4 | 7/06/1994 | None | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Transcript of Hearing Before Honorable William L. Howard; July 6, 1994: pgs. 69 - 72 |
| 5 | 8/12/1994 | Court Ex. 75 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Memorandum Order granting Certain Defendants' Motion to Strike Class Allegations as to Non-Residents Whose Causes of Actions are Foreign to South Carolina |
| 6 | 8/16/1994 | Court Ex. 76 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Anderson Memorial's Motion and Memorandum in Support of its Motion to Reconsider the South Carolina Court's August 8, 1994 Order Striking the Class Allegations of Non-Residents, with Exhibits |
| 7 | 9/22/1994 | Court Ex. 79 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Certain Defendants' Consolidated Response to Plaintiff's Motions to Vacate Under Rule 60(B)(4), To Reconsider Under Rule 53(E), and to Collaterally Estop, with Exhibits |

| 8 | 10/04/1994 | Court Ex. 80 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Plaintiff's Consolidated Reply In Support of the Motions to Vacate, Reconsider, and for Collateral Estoppel |
|---|---|---|---|
| 9 | 5/31/1996 | Court Ex. 112 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Order Denying Anderson Memorial's Motion to Reconsider |
| 10 | 9/05/1996 | Court Ex. 116 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Anderson Memorial's Second Amended Class Action Complaint |
| 11 | | | Exhibit Not Used |
| 12 | 1/02/1998 | Court Ex. 161 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Anderson Memorial's Motion and Memorandum in Support of Motion to Certify a Class Action |
| 13 | 3/05/1998 | Court Ex. 166 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Affidavit of Robert Beber in Support of Defendants' Opposition to Anderson Memorial's Motion to Certify a Class, with Exhibits |
| 14 | 3/05/1998 | Court Ex. 166 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Defendants' Memorandum in Opposition to Class Certification |
| 15 | | | Exhibit Not Used |
| 16 | 5/26/1998 | Court Ex. 169 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Defendant's Response to Plaintiff's Reply Brief, with Exhibits |
| 17 | 10/19/2000 | None | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Affidavit of Richard Finke, with Exhibit |
| 18 | 10/23/2000 | Court Ex. 185 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Certain Defendants' Post-Hearing Brief in Opposition to Class Certification, Anderson Memorial, with Exhibits |
| 19 | 2/09/2001 | None | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Emergency Petition for a Rule to Show Cause Why a Conditional Class Should Not be Certified Against W.R. Grace & Co. |

| | | | and W.R. Grace & Co.-Conn., with Exhibits |
|---|---|---|---|
| 20 | 2/09/2001 | Court Ex. 188 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Conditional Order Certifying a Statewide Class |
| 21 | 2/14/2001 | Court Ex. 190 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Memorandum of Defendant W. R. Grace in Response to February 9 Show Cause Order of this Court, Anderson Memorial |
| 22 | 2/26/2001 | Court Ex. 192 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Plaintiff's Omnibus Reply Memorandum in Support of Class Certification |
| 23 | 3/05/2001 | Court Ex. 193 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Anderson Memorial Hospital's Reply to Grace's Response to February 9, 200[1] Conditional Order |
| 24 | 4/02/2001 | Dkt. 1 | Voluntary Petition Under Chapter 11 |
| 25 | 5/07/2001 | None | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Letter from Judge Hayes to Dan Speights |
| 26 | 7/05/2001 | None | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Final Certification Order |
| 27 | 2/12/2002 | Dkt. 1664: Ex. 2 | Affidavit of Katherine Kinsella/Novak Communications, Ltd., Debtors' Notice Agent for the Bar Date Notice, with Exhibits |
| 28 | 3/11/2002 | Dkt. 1793 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; February 25, 2002 |
| 29 | 4/22/2002 | Dkt. 1963 | Order as to all Non-asbestos Claims, Asbestos Property Damage Claims, and Medical Monitoring Claims: (I) Establishing Bar Date, (II) Approving Proof of Claim Forms and (III) Approving Notice Program |
| 30 | 5/13/2002 | Dkt. 2057 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; April 22, 2002 |
| 31 | 6/21/2002 | Dkt. 2274 | Motion of Asbestos PD Committee for Clarification of the Court's 4/22/02 Bar Date Order |
| 32 | 9/13/2002 | Dkt. 2745 | Order Modifying the Bar Date Order |

| 33 | 3/30/2003 | | Claim No. 9911 |
|----|-----------|---|----------------|
| 34 | 3/30/2003 | | Claim No. 9914 |
| 35 | 10/25/2004 | Dkt. 6712 | Order Denying Motion of Intercat, Inc. for Leave to File Late Proof of Claim |
| 36 | 1/06/2005 | Dkt. 7462 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; September 27, 2004 12:02 p.m. |
| 37 | 9/01/2005 | Dkt. 9311 | Objection to Claim Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed by the law Firm Speights & Runyan (Substantive), with Exhibits J and K |
| 38 | 9/01/2005 | Dkt. 9315 | Objection to Claims [Fifteenth] (Substantive) to Asbestos Property Damage Claims |
| 39 | 9/22/2005 | Dkt. 9488 | Order Denying PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim. |
| 40 | 10/31/2005 | Dkt. 11025 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; October 31, 2005 |
| 41 | 12/02/2005 | Dkt. 11245 | Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification |
| 42 | 1/03/2006 | Dkt. 11473 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; December 19, 2005 |
| 43 | 1/13/2006 | Dkt. 11547 | Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar Date Notice Program |
| 44 | 1/26/2006 | Dkt. 11707 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; January 26, 2006 |
| 45 | 4/05/2006 | Dkt. 12206 | Affidavit of Katherine Kinsella of Kinsella / Novak Communications, Ltd., Debtors' Notice Agent for the Bar Date Notice, with Exhibits |
| 46 | 8/29/2006 | Dkt. 13077 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; August 21, 2006 |
| 47 | 8/31/2006 | Dkt. 13120 | Order Setting Various Deadlines Regarding Objections To Asbestos Property Damage Claims, with Exhibits |
| 48 | 10/03/2006 | Dkt. 13342 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; September 25, 2006 |
| 49 | 10/13/2006 | Dkt. 13406 | Order [AMENDED] Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, with |

| | | | Exhibits |
|---|---|---|---|
| 50 | 11/06/2006 | Dkt. 13572 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; October 23, 2006 |
| 51 | 11/10/2006 | Dkt. 13630 | Debtors' Supplemental Brief re Federal Rule of Evidence 408 in Support of their Motion for Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents, with Exhibits |
| 52 | 12/04/2006 | Dkt. 13894 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; November 20, 2006 |
| 53 | 1/03/2007 | Dkt. 14205 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; December 18, 2006 |
| 54 | 1/17/2007 | | Grace's Response to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production, with Enclosures |
| 55 | 2/01/2007 | Dkt. 14465 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; January 23, 2007 |
| 56 | 4/09/2007 | Dkt. 15117 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; April 2, 2007 |
| 57 | 6/15/2007 | | Grace's Supplemental Response to Anderson Memorial Hospital's October 23, 2006 Amended Requests for Production |

5

**Debtors' Responsive Exhibit List for July 5, 2007 Anderson Memorial Class Certification Hearing**

| Exhibit No. | Filing Date | Docket No. | Document Title | | |
|---|---|---|---|---|---|
| 58 | 4/12/2002 | Dkt. 1926 | Revised Bar Date Notice Plan, Proof of Claim Forms and Related Materials with Exhibits | | |
| 59 | 7/16/2002; 10/10/2003 | Dkt. 2382; 4564 | Declaration of Service re Bar Date Notice Materials and Errata | | |
| 60 | 4/02/2007 | 01-10578 Dkt. 11968 | Federal Mogul Hearing Transcript: Pages 31 - 44 | | |
| 61 | 5/02/2007 | 01-10578 Dkt. 12308 | Federal Mogul Hearing Transcript:  Pages 11 - 77 | | |
| 62 | 2/15/2002 | Dkt. 1677 | Debtors' Brief Regarding Bar Date and Class Notice with Exhibits | | |
| 63 | | | Demonstrative: In re WR Grace: Remaining "Anderson Memorial" Claims | | |
| Group Exhibit 64 | | Property Damage Proof of Claim Forms | 6636 | 12346 | 12490 |
| | | | 9912 | 12368 | 12491 |
| | | | 9913 | 12377 | 12493 |
| | | | 10749 | 12388 | 12496 |
| | | | 10995 | 12394 | 12498 |
| | | | 11009 | 12396 | 12500 |
| | | | 11026 | 12400 | 12501 |
| | | | 11027 | 12401 | 12503 |
| | | | 11036 | 12410 | 12533 |
| | | | 11037 | 12412 | 12534 |
| | | | 11104 | 12421 | 12536 |
| | | | 11243 | 12422 | 12537 |
| | | | 11322 | 12423 | 12541 |
| | | | 11323 | 12427 | 12542 |
| | | | 11428 | 12430 | 12546 |
| | | | 11620 | 12438 | 12548 |
| | | | 11627 | 12439 | 12549 |
| | | | 11632 | 12440 | 12554 |
| | | | 11678 | 12442 | 12557 |
| | | | 11680 | 12443 | 12570 |
| | | | 11681 | 12454 | 12576 |
| | | | 11682 | 12457 | 12590 |
| | | | 11684 | 12476 | 12591 |
| | | | 12304 | 12489 | 13950 |
| | | | | | 14885 |