# EXHIBIT D

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF: | Chapter 11 |
| U.S. Mineral Products Co. | Case No. 01-2471 (JJF) |
| Debtors. | NOTICE OF APPOINTMENT OF COMMITTEE OF ASBESTOS CLAIMANTS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Official Committee of Asbestos Claimants in connection with the above captioned case:

1. **Warren Care**, c/o Law Offices of Peter G. Angelos, P.C., Attn: Paul M. Matheny, Esquire, 5905 Harford Road, Baltimore, MD 21214, Phone: (410) 426-3200, Fax: (410) 426-6166.

2. **Frank G. Fisher**, c/o Ferraro & Associates, P.A., Attn: James L. Ferraro, 200 South Biscayne Blvd., Suite 3800, First Union Financial Center, Miami, FL 33131, Phone: (305) 375-0111, Fax: (305) 379-6222.

3. **Patricia Larkin, Executor of the Estate of James J. Larkin**, c/o Wilentz, Goldman & Spitzer, P.C., Attn: Deirdre Woulfe Pacheco, Esquire, 90 Woodbridge Center Drive, Woodbridge, NJ 07095, Phone: (732) 636-8000, Fax: (732) 855-6117.

4. **Battista Mazzocchi**, c/o Levy Phillips & Konigsberg, LLP, Attn: Robert I. Komitor, Esquire, 520 Madison Avenue, 4th Floor, New York, NY 10022, Phone: (212) 605-6200, Fax: (212) 605-6290.

5. **Harriet L. Mongan, Personal Representative of the Unprobated Will of William Mongan**, c/o Kelley & Ferraro, L.L.P., Attn: Michael V. Kelley, Esquire, 1300 East Ninth Street, 1901 Penton Media Building, Cleveland, OH 44114, Phone: (216) 575-0777, Fax: (216) 575-0799.

6. **Cecil Chaney**, c/o Louis S. Robles, P.A., Attn: Louis S. Robles, Esquire, 100 South Biscayne Blvd, Suite 900, Miami, FL 33131, Phone: (305) 371-5944, Fax: (305) 372-9138.

7. **Frances Vernagallo as Executrix for the Estate of Joseph Vernagallo**, c/o Weitz & Luxenberg, 180 Maiden Lane, 17th Floor, New York, NY 10038, Phone: (212) 558-5500, Fax: (212) 344-5461.

8. **Lon Morris College**, c/o Law Offices of Martin Dies, Attn: Martin Dies, Esquire, 1009 West Green, Orange, TX 77630, Phone: (409) 883-4394, Fax: (409) 883-4814.

9. **Anderson Memorial Hospital**, c/o Speights & Runyan, Attn: Daniel A. Speights, Esquire, P.O. Box 685, 200 Jackson Avenue, East, Hampton, SC 29924, Phone: (803) 943-4444, Fax: (803) 943-4599.

PATRICIA A. STAIANO
UNITED STATES TRUSTEE

/s/ Frank Perch         for
ROBERTA DeANGELIS
ASSISTANT UNITED STATES TRUSTEE

DATED: August 8, 2001

Attorney assigned to this Case: Frank J. Perch, III, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors' counsel: David M. Fournier, Esquire, Phone: (302) 777-6500, Fax: (302) 656-8865.

D:\MyFiles\JN-Frank\U.S. Mineral\Asbestos Committee.wpd