**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21069 | KLING, DALE, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202 |
| 21068 | KLING, RICHARD C, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | KLINGELHOEFFER, JAMES R, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901 |
| 21068 | KLINGER, WARREN F, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KLINGSHIRN, ALFRED, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | KLINKER, FRANCIS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KLINSIEK, ROBERT V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KLINSIEK, ROBERT V, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | KLIPPI, GEORGE R, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | KLISH, CHESTER, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | KLITZ, DALE W, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21069 | KLOCK, DAVID E, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212 |
| 21068 | KLOCK, VERNON H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | KLOEPER, CHARLES, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | KLONOWSKI, STANLEY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KLONTZ, ROLLAND, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | KLOOS, DON, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | KLOOSTRA, JOE H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | KLOPSTEG, KARL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KLOSS, LEROI, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | KLOSS, LEROI, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | KLOSSEK, RICHARD, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | KLOSSEK, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | KLOSTERMAN, LEWIS, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266 |
| 21069 | KLOSTERMAN, LEWIS, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309 |
| 21068 | KLOSTERMAN, LEWIS, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | KLOTZ, ALFRED, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | KLUD, G D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | KLUD, G D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | KLUEH, LEO F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KLUGE, ESTELLE A, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | KLUKEWICH, VICTOR T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KLUTARICH, NICK P, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KLUTH, KARL H, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | KLUTTS, JAMES, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611 |
| 21068 | KLUZ, JAMES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KLYCE, SR, JOHN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KLYMIUK, WILLIAM, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | KMAN, ANDREW, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608 |
| 21068 | KMETS, JOHN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | KMIEC, WALTER, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940 |
| 21068 | KNAACK, MILTON W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KNAACK, RONALD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KNABB, JEROME, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | KNAI, MAYNARD P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KNAK, EDWARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | KNAPIK, EDWARD M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | KNAPP, ALAN B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | KNAPP, BOYD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 |
| 21068 | KNAPP, BYRON, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201 |
| 21069 | KNAPP, CHARLES P, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206 |
| 21068 | KNAPP, CHARLES S, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210 |
| 21068 | KNAPP, CHARLES S, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | KNAPP, CHESTER L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KNAPP, CHESTER L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | KNAPP, DAVID A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | KNAPP, DWAYNE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | KNAPP, J F, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KNAPP, JACK H, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | KNAPP, JAMES R, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 |
| 21068 | KNAPP, LAWRENCE R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | KNAPP, PAUL F, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | KNAPP, PAUL R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | KNAPP, PHILIP, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | KNAPP, PHILIP, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | KNAPP, ROBERT E, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614 |
| 21068 | KNAPP, RONALD C, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   KNAPP, STEPHEN C, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KNAPPENBERG, LEROY, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   KNAPPENBERG, LEROY, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   KNAPPENBERGER, JOHN W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   KNAPPENBERGER, JOHN W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   KNAPPENBERGER, LUTHER D, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   KNAPPENBERGER, VICTOR D, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   KNAUB, FRED W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KNAUFF, SHUMAN E, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   KNAZE, PETER J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KNECHT, DARYL F, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069   KNECHT, GEORGE, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902

21068   KNECHTEL, DANIEL W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KNEE, EARL F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KNEELAND, RAYMOND F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KNELLER, EVELYN E, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   KNEPP, ALVIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KNEPP, RICHARD W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KNEPPER, JAMES R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KNERR, RANDALL L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KNESEL, LARRY, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   KNESTRICK, HOWARD M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KNEZEVICH, JOE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   KNEZIC, LAZO N, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KNIBBS, WILLIAMS, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   KNIBBS, WILLIAMS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KNIESCHE, EARNEST B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   KNIESE, NORMAN R, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   KNIESE, SR, DAVID A, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   KNIFFEN, CHARLES O, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KNIFFLEY, SR, JOHN W, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21069  KNIGHT (DECEASED), JOHN L, CAROL KNIGHT, 16831 BROOKDALE CT, HOUSTON, TX, 77084

21068  KNIGHT, ALBERT C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21069  KNIGHT, ALFRED S, COOK & WALLACE, 4 HOUSTON CENTER, 1221 LAMAR, SUITE 1300, HOUSTON, TX, 77010-3073

21069  KNIGHT, ARNO W, HARALSON, MILLER, PITT & MCANALLY, PLC, ONE S CHURCH AVENUE, SUITE 900, TUCSON, AZ, 85701-1620

21068  KNIGHT, ARNOLD, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  KNIGHT, ARNOLD, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  KNIGHT, AUBREY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KNIGHT, BEVERLY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  KNIGHT, BEVERLY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KNIGHT, BILLIE J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  KNIGHT, BILLY C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  KNIGHT, BILLY C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  KNIGHT, BILLY C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  KNIGHT, BOBBY W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  KNIGHT, BRINSON T, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  KNIGHT, BUREN H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  KNIGHT, CAROL, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  KNIGHT, CAROL, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  KNIGHT, CASS B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KNIGHT, CASS B, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  KNIGHT, CHARLES M, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  KNIGHT, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  KNIGHT, CHRISTOPHER C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  KNIGHT, CLARENCE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  KNIGHT, CLARENCE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  KNIGHT, CLAUDE H, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  KNIGHT, CLAUDE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  KNIGHT, CLINTON O, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  KNIGHT, CLINTON O, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  KNIGHT, CLYDE C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  KNIGHT, DARRELL D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  KNIGHT, DEAVOURS, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  KNIGHT, DONALD, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  KNIGHT, DONALD, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  KNIGHT, DOROTHY F, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  KNIGHT, DOROTHY F, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  KNIGHT, DOROTHY F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    KNIGHT, DOYLE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    KNIGHT, EDWARD J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    KNIGHT, EDWARD, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    KNIGHT, ELLIS C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    KNIGHT, ELLIS R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KNIGHT, ELLIS W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    KNIGHT, EMMITT C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    KNIGHT, EMMITT C, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    KNIGHT, ERNEST, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    KNIGHT, ERNEST, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    KNIGHT, FREDDY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    KNIGHT, FULTON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    KNIGHT, GERTRUDE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    KNIGHT, GERTRUDE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    KNIGHT, GRATTIS D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KNIGHT, GRATTIS D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KNIGHT, HAROLD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    KNIGHT, HARRY D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    KNIGHT, HUBERT, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    KNIGHT, JACK W, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    KNIGHT, JACK W, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068    KNIGHT, JACOB, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    KNIGHT, JAMES A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    KNIGHT, JAMES C, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068    KNIGHT, JAMES C, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068    KNIGHT, JAMES D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    KNIGHT, JAMES P, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    KNIGHT, JAMES W, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    KNIGHT, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    KNIGHT, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    KNIGHT, JERRELL W, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21069    KNIGHT, JERRELL, HAAS & GOLEMAN, LLP, PO BOX 3007, 729 NORTH FRAZIER, CONROE, TX, 77305

21068    KNIGHT, JERRELL, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068    KNIGHT, JERRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    KNIGHT, JERRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   KNIGHT, JERRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KNIGHT, JIMMY C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   KNIGHT, JIMMY C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   KNIGHT, JIMMY H, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KNIGHT, JIMMY H, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KNIGHT, JOE A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KNIGHT, JOEL F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KNIGHT, JOHN A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KNIGHT, JOHN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KNIGHT, JOHN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KNIGHT, JOHN R, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   KNIGHT, JOHN T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KNIGHT, JOHN, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KNIGHT, JOHN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   KNIGHT, JOHN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   KNIGHT, JOSEPH E, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   KNIGHT, JOSEPH L, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   KNIGHT, JOSEPH, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   KNIGHT, JOSEPH, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   KNIGHT, JR, FRANK, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   KNIGHT, JR, FRANK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KNIGHT, JR, FRANK, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   KNIGHT, JR, GEORGE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   KNIGHT, JR, JOHN H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KNIGHT, JR, JOHN H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KNIGHT, JUANITA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   KNIGHT, JUNIOR, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   KNIGHT, KELLEN H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KNIGHT, KELLEN H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   KNIGHT, KENNETH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KNIGHT, LARRY A, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   KNIGHT, LARRY A, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   KNIGHT, LARRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   KNIGHT, LARRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KNIGHT, LATRELLE, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   KNIGHT, LAURA, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   KNIGHT, LAVELLE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KNIGHT, LAVELLE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KNIGHT, LEVANDER, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068 KNIGHT, LILIOUS E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068 KNIGHT, LILIOUS E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 KNIGHT, LLOYD H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068 KNIGHT, LOSSE F, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068 KNIGHT, LOUIS D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068 KNIGHT, LOVIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 KNIGHT, LOVIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068 KNIGHT, MARGIE C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068 KNIGHT, MARGIE C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068 KNIGHT, MARLIN L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068 KNIGHT, MARLIN L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068 KNIGHT, MARLON D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068 KNIGHT, MARSHALL J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 KNIGHT, MARVIN C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068 KNIGHT, MATHEL G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 KNIGHT, MAX R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 KNIGHT, MAX R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068 KNIGHT, MICHAEL E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 KNIGHT, MILLARD W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068 KNIGHT, MOARRIS A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 KNIGHT, MOARRIS A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 KNIGHT, ODELL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 KNIGHT, ODELL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 KNIGHT, ODELL, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068 KNIGHT, ODELL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068 KNIGHT, ODELL, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068 KNIGHT, ODELL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 KNIGHT, OLLIE L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068 KNIGHT, OLLIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068 KNIGHT, PATRICK, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068 KNIGHT, PATSY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068 KNIGHT, PATSY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068 KNIGHT, PAUL J, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068 KNIGHT, PAUL, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068 KNIGHT, PEARL, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | KNIGHT, RANDALL A, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | KNIGHT, RENDIL W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | KNIGHT, REX L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KNIGHT, RICHARD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KNIGHT, RICHARD L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | KNIGHT, RICHARD W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | KNIGHT, RICHARD W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | KNIGHT, ROBERT E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | KNIGHT, ROBERT E, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | KNIGHT, RONALD B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KNIGHT, RONALD E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | KNIGHT, RONALD E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | KNIGHT, RONALD W, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | KNIGHT, ROOSEVELT, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | KNIGHT, ROOSEVELT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KNIGHT, ROOSEVELT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | KNIGHT, ROYAL M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KNIGHT, RUDOLPH C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | KNIGHT, RUDOLPH C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | KNIGHT, RUDOLPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | KNIGHT, RUDOLPH, OWEN & GALLOWAY, PLLC, OWEN BLDG, 1414 25TH AVE, GULFPORT, MS, 39501-1933 |
| 21069 | KNIGHT, RUDOLPH, RICHARD F PATE & ASSOCIATES PC, PO DRAWER 1308, 56-58 S CONCEPTION ST, MOBILE, AL, 36633 |
| 21069 | KNIGHT, RUDOLPH, THE LAW FIRM OF WM WILSON, JR, 2506 LAKELAND DRIVE, SUITE 500, P O DRAWER 16689, JACKSON, MS, 39236 |
| 21068 | KNIGHT, SAMUEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KNIGHT, SAMUEL, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | KNIGHT, SR, HENRY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KNIGHT, SR, WILLIAM, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | KNIGHT, SR., GLEN D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KNIGHT, SR., GLEN D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KNIGHT, TEROY N, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | KNIGHT, TEROY N, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | KNIGHT, TERRY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | KNIGHT, TESSIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | KNIGHT, TESSIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | KNIGHT, THOMAS D, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | KNIGHT, THOMAS D, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | KNIGHT, THOMAS, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | KNIGHT, THOMAS, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |

**Svc Lst  Name and Address of Served Party**

21068   KNIGHT, THURMAN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KNIGHT, TRAVIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KNIGHT, TRESSIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KNIGHT, UDELL M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KNIGHT, UDELL M, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   KNIGHT, VERNON, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   KNIGHT, VERNON, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   KNIGHT, VERNON, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KNIGHT, VIRDINE, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   KNIGHT, VIRGIL O, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   KNIGHT, VON W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KNIGHT, VON W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KNIGHT, WILBERT T, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   KNIGHT, WILBUR D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KNIGHT, WILDA G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KNIGHT, WILDA G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KNIGHT, WILLIAM M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KNIGHT, WILLIAM M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KNIGHT, WILLIAM U, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KNIGHT, WILLIAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KNIGHT, WILLIE M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   KNIGHT, WINSTON, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   KNIGHTEN, CARL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KNIGHTEN, FLOYD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KNIGHTEN, JAMES A, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KNIGHTEN, JAMES A, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   KNIGHTEN, JAMES A, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   KNIGHTEN, MARCIA, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   KNIGHTS, JOSEPH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KNIGHTS, JOSEPH, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KNIPE, WILLIAM T, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KNIPP, ALLEN G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KNIS, THOMAS M, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   KNIS, THOMAS M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KNISELY, JOYCE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   KNISELY, JOYCE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   KNISLEY, LELAND F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   KNITT, EARL G, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Svc Lst   Name and Address of Served Party**

21068   KNITTEL, JOHN J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KNITZ, MAYNARD W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KNOBLE, CLINTON C, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   KNOCKUM, CHRISTOPHER, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   KNOCKUM, MILLARD, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21069   KNOEDLER, FRANK R, KING, CHRISTOPHER A KING, ESQ, 628 EASTERN AVENUE, BALTIMORE, MD, 21221

21068   KNOLES, MILTON, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KNOLL, EMIL J, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   KNOLL, GERALD F, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   KNOLL, GERALD F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KNOPF, RALPH, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   KNOPP, CHESTER, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069   KNOPP, GLEN L, THE LAW FIRM OF THOMAS KRAGH, 410 1ST STREET E, POLSON, MT, 59860

21069   KNOPP, GLEN L, THOMPSON & BOECHLER, ONE NORTH 2ND ST STE 314, PO BOX 1932, FARGO, ND, 58107-1932

21068   KNOPP, JACK R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KNOPP, JACK R, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   KNOPP, JAMES A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KNOPP, JILL L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   KNOPP, MAX L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   KNOPSNYDER, ROBERT K, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069   KNORR, CHARLES E, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084

21068   KNORR, CHARLES E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   KNORR, GEORGE, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   KNOST, OVERTON L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21069   KNOTT, ADOLPHUS A, LAW OFFICE OF DANIEL A BROWN, 1250 24TH STREET NW, SUITE 350, WASHINGTON, DC, 20037

21068   KNOTT, ADOLPHUS A, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   KNOTT, CHARLES E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KNOTT, EVERETT, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   KNOTT, HARRY R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   KNOTT, JEWEL P, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KNOTT, JEWEL P, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KNOTT, JOHN H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   KNOTT, JOSEPH, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

Svc Lst  **Name and Address of Served Party**

21068   KNOTTS, CHARLIE J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KNOTTS, CHARLIE J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   KNOTTS, CURTIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KNOTTS, DANIEL L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   KNOTTS, LELAND D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KNOTTS, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KNOTTS, SAM D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   KNOTTS, SAM D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   KNOWELS, HENRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KNOWER, WILLIAM, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   KNOWLES, ARMA J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KNOWLES, ARMA J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KNOWLES, BENNY T, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KNOWLES, BENNY T, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KNOWLES, BEOTIS L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KNOWLES, HERBERT E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   KNOWLES, HERBERT E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   KNOWLES, JAMES F, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   KNOWLES, JR, MERLE H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   KNOWLES, SAMUEL L, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   KNOWLES, SAMUEL L, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   KNOWLES, WALTER M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KNOWLES, WALTER M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   KNOWLIN, CORNELIOUS, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   KNOWLIN, DAVID, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   KNOWLING, EDDIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   KNOX, AMOS L, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KNOX, ARTHUR, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   KNOX, ELIZABETH C, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21069   KNOX, ELIZABETH C, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180

21068   KNOX, ELNORA, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   KNOX, G F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KNOX, JAMES, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   KNOX, JOE E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   KNOX, JR, ARCHIE N, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   KNOX, LEON, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

**Svc Lst  Name and Address of Served Party**

21068   KNOX, LEVI D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   KNOX, THOMAS J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KNOX, THOMAS L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KNOX, THOMAS, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   KNUDSEN, EDWARD, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068   KNUDSON, GORDON M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   KNUDSON, STANFORD K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KNUPP, SR, GREG L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KNUPP, SR, GREG L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   KNUTH, IVAN E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KNUTSON, RICHARD, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   KNYSZEK, RICHARD A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   KNYSZEK, RICHARD A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KOBESTO, ANDREW, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   KOBUS, ROY H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KOBYLARZ, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   KOCAK, JOHN H, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   KOCAN, STEVE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KOCEMBO, ROBERT T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KOCH, ALAN E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KOCH, ALAN E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KOCH, BEN, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   KOCH, BERNARD, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   KOCH, JOHN A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KOCH, JOHN F, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   KOCH, JOHN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KOCH, JOSEPH R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KOCH, KEITH C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KOCH, KENNETH O, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   KOCH, MARY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   KOCH, RONALD K, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KOCH, THOMAS F, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   KOCH, WILLIAM E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  KOCHAJDA, JR, DOMINIC, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  KOCHALKA, STEVE J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  KOCHAN, PAUL G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KOCHANKOVSKI, ALEXANDER, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  KOCHENOWER, MAX V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KOCHERA, STEVE J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  KOCHERS, STEVE J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  KOCHERSPERGER, RICHARD, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  KOCHERT, JOHN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  KOCHES, JOSEPH E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KOCHLER, GERALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KOCHLER, GERALD, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068  KOCHMAN, FERDINAND, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  KOCIENSKI, RAYMOND E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KOCMAN, JOHN, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  KOCUR, SR, EDWARD, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  KOCUR, SR, EDWARD, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  KOCZUR, JOSEPH S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KOCZUR, JOSEPH S, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068  KODBA, MARJAN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  KODEK, WOODROW W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  KOEBEL, ALAN D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  KOEBEL, GERHARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  KOEBEL, JR, ALAN D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  KOEHLER, JEROME A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  KOEHLER, JOHN B, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  KOEHLER, LEW, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KOELLING, JOHN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  KOENIG, DONALD M, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  KOENIG, GUSTAVE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  KOENIGS, WILBUR P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KOENING, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KOEPKE, KURT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | KOEPP, HAROLD L, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | KOEPP, HAROLD L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | KOEPPELLE, WILLIAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | KOEPPEN, JOHN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KOERNER, GEORGE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | KOERNER, HOWARD D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KOERNER, RONALD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | KOESTER, CARL H, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603 |
| 21068 | KOESTER, CARL H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KOESTER, CARL, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603 |
| 21068 | KOFNETKA, BRIAN K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KOFOED, ROBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KOFONIS, MARKOS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | KOFONIS, MARKOS, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | KOGER, KIAWATHA C, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | KOGINOS, ANDREW, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | KOHEN, JAMES E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | KOHEN, JAMES E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | KOHER, NATHAN F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | KOHL, LAWRENCE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KOHL, PAUL E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | KOHLER, CECELIA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KOHLER, DARRELL L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | KOHLER, NORMAN, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075 |
| 21068 | KOHLHAUSE, ROBERT C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | KOHLHAUSE, ROBERT C, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | KOHLHEPP, MILTON, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | KOHLI, JR, MAURICE, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | KOHN, MARTIN L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21069 | KOHN, RICHARD A, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401 |

**Svc Lst  Name and Address of Served Party**

21068  KOHN, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KOHN, RICHARD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069  KOHN, ROBERT B, UMPHREY, WILLIAMS & BAILY, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  KOHNFELDER, RONALD L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  KOHUT, DORIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KOHUT, DORIS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  KOHUT, JOHN W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  KOINS, ANDREW E, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  KOIVULA, ROBERT M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KOJAK, GEORGE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  KOKOLUS, EDWARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  KOLAKOWSKI, WILLIAM V, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  KOLARCHICK, MICHAEL D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KOLARCHICK, MICHAEL D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  KOLASAR, JOHN, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  KOLAT, JOHN E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KOLB, ELMER, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  KOLB, FRANK, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  KOLB, JOHN B, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21069  KOLB, KENNETH, SILVERSMITH & FORCINA, L L C, 131 CONTINENTAL DRIVE, SUITE 108, NEWARK, DE, 19713

21068  KOLB, VERNON G, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068  KOLBERG, JON, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  KOLBERG, WERNER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  KOLBERT, WALTER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  KOLESAR, DENNIS, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  KOLESAR, JR, MICHAEL, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  KOLINSKI, ALEX, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  KOLISH, VINCENT, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  KOLISH, VINCENT, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  KOLLAR, JAMES D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KOLLENKARK, WALTER E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KOLLENKARK, WALTER E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  KOLLER, ROBERT B, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   **Name and Address of Served Party**

21068   KOLLING, LOUIS H, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21069   KOLLMER, FRANK, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068   KOLLMER, FRANK, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   KOLLNER, RONALD E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   KOLLNER, RONALD E, PFEIFER & FABIAN PA, 326 ST PAUL PLACE, BALTIMORE, MD, 21201

21068   KOLLRA, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KOLLRA, JOHN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KOLODIEJ, ALFRED R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KOLODIEJ, ALFRED R, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   KOLODYCHUK, RUSSELL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069   KOLODZINSKI, FRANK E, WEISFUSE & WEISFUSE, 420 LEXINGTON AVE STE 2328, NEW YORK, NY, 10170

21068   KOLOPAJLO, LEONARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   KOLOPAJLO, LEONARD, JOHN J DUFFY & ASSOCIATES, 23823 LORAIN ROAD, SUITE 270, NORTH OLMSTED, OH, 44070

21068   KOLOSKY, JOHN A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KOLSTROM, OIVA, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   KOLSTROM, OIVA, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   KOLTER, SCOTT C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KOLTER, SCOTT C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   KOLTERMAN, RICHARD, DENNIS SABBATH, 850 EAST BONNEVILLE AVE, LAS VEGAS, NV, 89101

21068   KOLTERMAN, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KOLTZ, JOSEPH, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KOLZE, MELVIN, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   KOMAR, LEROY F, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   KOMAR, LEROY F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   KOMITOR, ROBERT I, ALAIMO, ANTHONY, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649

21069   KOMITOR, ROBERT I, ARTHURS, JAMES, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649

21069   KOMITOR, ROBERT I, BARGELLINI, MARGARET, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649

21069   KOMITOR, ROBERT I, BELLUZZI, STEVEN, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649

21069   KOMITOR, ROBERT I, BUTTELMAN, ANDREW, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649

21069   KOMITOR, ROBERT I, CAREY, RAYMOND R, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649

21069   KOMITOR, ROBERT I, CARUOLO, PAUL, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649

21069   KOMITOR, ROBERT I, COLAS, RAPHAEL, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649

21069   KOMITOR, ROBERT I, COULSTON, WILLIAM, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21069 | KOMITOR, ROBERT I, CURTIS, IVAN, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, DEFINA, JOHN, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, DELUCA, CHARLES, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, DEUTSCH, EDDY, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, FALTEISEK, JOHN V, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, FLAHERTY, LEO, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, FULTON, HUGH, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, GANTCHER, ALBERT, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, GLUCKSTERN, MELVIN, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, GRANELLE, GEORGE, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, GREFF, JOSEPH, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, GROBSTEIN, JOSEPH, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, HALL, GEORGE N, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, KEITH, SR, ARTHUR T, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, MEYERS, ARTHUR, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, PARISIO, JOHN, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, RISTA, DONALD, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, RUH, FRANKLYN C, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, RUSSO, BIAGIO, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, SHIVERS, SR, LAWRENCE, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, SILVER, MEYER, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, STONE, MAX, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, TOSI, JOHN, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, TRAYSTMAN, MAURICE, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, WHITE, HERBERT L, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21069 | KOMITOR, ROBERT I, WOOD, ARTHUR M, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 |
| 21068 | KOMMER, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KOMONIEWSKI, BERNARD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | KOMORA, DONALD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KOMORA, MARK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   KOMORECH, HOWARD R, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   KOMOROWSKI, RONALD M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KONANUI, KENNETH, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   KONANUI, KENNETH, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   KONDAKOR, ENDRE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KONDRACKE, EDWARD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   KONDRASUK, JACK E, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   KONDRASUK, JACK E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KONDROSKI, GEORGE, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   KONDUS, JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KONEN, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KONGVOLD, THOR A, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   KONJA, GERALD S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KONKAL, RAYMOND A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KONKEL, GEORGE, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KONKOL, RICHARD R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KONKOWSKI, CHESTER J, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   KONOPKA, JOSEPH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KONRAD, SR, ROBERT W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   KONRADY, KURT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   KONSIS, FRANK J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KONSTANTINOS, NIKOLAOS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KONSTANTINOU, PANTELIS, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KONTRA, JOHN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KOO, ROBERT R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KOOISTRA, DICK, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   KOOKER, MICKEY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   KOOLE, DONALD K, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KOOMPIN, CHRISTOPHER B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KOON SR., ROBERT T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

Svc Lst  Name and Address of Served Party

---

21068  KOON, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KOON, CHRISTINE C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  KOON, CHRISTINE C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  KOON, FARRIS G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  KOON, FARRIS G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  KOONCE, WARREN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KOONS, FREDERICK P, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  KOONTZ, SR, DONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KOONTZ, SR, DONALD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  KOPACK, STAN G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KOPCZYNSKI, CASIMIR R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KOPEIKIN, SOL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  KOPETSKY, BILLY W, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  KOPF, DALE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069  KOPF, ROBERT, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068  KOPINSKY, ROBERT J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  KOPINSKY, ROBERT J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  KOPLAN, VIRGINIA G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KOPLIN, JAMES H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  KOPP, HOWARD I, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KOPP, RICHARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  KOPP, WILFORD H, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  KOPPEL, JOHN, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068  KOPPLEMAN, GEORGE, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  KOPRIVA, JR, ALTON L, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  KOPRIVNAK, LARRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KOPROWSKI, ROBERT T, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  KOPUN, ANTHONY, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  KOPUN, ANTHONY, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  KORAB, MARTIN, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  KORAB, MARTIN, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  KORAN, RONALD M, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  KORANDA, JUDITH, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

Svc Lst   Name and Address of Served Party

21068   KORDEK, GUS, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   KORDISTOS, JAMES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KORDISTOS, PETER J, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   KORENEK, IKE G, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   KORHONEN, GORDON C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KORIA, IRVIN, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   KORITKO, THOMAS D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KORKOS, WILLIAM, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KORMAN, FLOYD L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   KORMANEC, ANDREW M, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KORMANN, EDWARD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KORN, GEORGE J, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   KORN, WILLIAM F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KORNEGAY, LONNIE E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   KORNEGAY, STEPHEN E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   KORNEGAY, STEPHEN E, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   KORNEGAY, TOMMY J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   KORNFELD, HENRY J, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   KORONCZ, JENO, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   KORPI, ARVID D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KORSKI, BERNARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   KORTE, EDGILE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KORTE, HAROLD H, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21069   KORTH, JOHN F, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837

21068   KORTH, SR, ERICH, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KORTYNA, JR, GEORGE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KORY, PETER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KORY, PETER, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   KORZENKO, JOSEPH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KOS, JOSEPH E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KOSAL, ROBERT M, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KOSAR, CHARLES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

Svc Lst  **Name and Address of Served Party**

21068  KOSAROWICH, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  KOSCHAK, JAMES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  KOSCIELECKI, ANTHONY W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  KOSCINSKI, CHESTER W, SHEIN LAW CENTER LTD, 121 S BROAD ST 21ST FL, PHILADELPHIA, PA, 19107-4533

21068  KOSEK, ALFRED J, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068  KOSIKOWSKI, MORRIS J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  KOSIOR, OSWALD, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  KOSIOR, OSWALD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  KOSKA, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  KOSKI, ARDEN R, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  KOSKI, EDWARD A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KOSLEY, JOHN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  KOSMERL, FRANK W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KOSMOSKI, EDWARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  KOSPIAH, BASIL, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  KOSS, JEROME L, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  KOSS, ROY M, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  KOSS, ROY M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KOSS, ROY M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  KOSS, RUSSELL P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  KOSS, STEVEN A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  KOST, THOMAS, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  KOSTA, THOMAS C, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  KOSTASHEN, RAYMOND, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  KOSTELICH, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KOSTELICH, JOHN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  KOSTELNIK, ALEX J, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  KOSTER, EDWARD H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  KOSTER, EDWARD H, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  KOSTIDIS, NICK J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KOSTKA, LARRY, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

Svc Lst  **Name and Address of Served Party**

21068   KOSTOFF, JOHN I, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KOSTOPOULOS, ANTONIO, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21069   KOSTROUN, WILLIAM, THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   KOSTROUN, WILLIAM, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   KOSTYACK, MILTON, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KOSUT, THOMAS, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   KOSZAREK, FRED, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   KOSZAREK, FRED, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KOSZENSKI, STANLEY, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KOT, JOESPH F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KOTAJARVI, RUSSEL C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KOTCHMAN, MIKE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KOTECKI, EDMOND, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   KOTICK, BERNARD I, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   KOTKE, BERNARD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KOTKE, GOTLIEB, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KOTOFF, RONALD, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   KOTOUCH, HERBERT C, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068   KOTSAKOS, SR, JAMES C, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21069   KOTTA, LOUIS, HARRISON, KEMP & JONES, LLP, 3800 HOWARD HUGHES PARKWAY, 17TH FL, LAS VEGAS, NV, 89109

21069   KOTULA, JOHN, LAW OFFICE OF POWELL & MINEHART, PC, 1923 WELSH RD, PHILADELPHIA, PA, 19115-4659

21069   KOTULA, JOHN, LAW OFFICE OF POWELL & MINEHART, PC, 7600 CASTOR AVE, PHILADELPHIA, PA, 19152

21068   KOTVASZ, JERRY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KOTYK, JOHN D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KOTYK, JOHN D, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068   KOULIANOS, LOUIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KOUNS, SAMUEL B, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   KOUNTZ, WILLIAM J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KOUTSKY, EDWARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   KOVAC, WILLIAM, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   KOVACEVIC, ANTON, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KOVACEVICH, MITCHELL, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   KOVACH, ANTHONY, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

Svc Lst  **Name and Address of Served Party**

---

21068   KOVACH, FRANK J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KOVACH, KENNETH R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   KOVACH, MICHAEL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069   KOVACH, PAUL L, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068   KOVACH, ROBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   KOVACH, RONALD A, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   KOVACH, WILLIAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KOVACK, GEORGE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KOVACK, GEORGE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KOVACS, FRANCIS, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   KOVACS, FRANK J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KOVACS, JOHN K, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   KOVACS, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   KOVACS, LASZLO, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   KOVACS, LASZLO, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   KOVACS, PAUL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21069   KOVACS, SANDOR, LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902

21068   KOVALOVSKY, ANTHONY J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   KOVALSKI, ROBERT L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KOVALSKI, ROBERT L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KOVAR, RICHARD T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KOVAR, RICHARD T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KOVECK, WILLIAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KOVEL, NICK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KOVISH, THOMAS E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KOVKA, DAVID R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   KOVNER, HYMAN, THE LAW FIRM OF DAVID SHAW, 94 PROSPECT STREET, PO BOX 3552, NEW HAVEN, CT, 06525

21068   KOWAL, EMILE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KOWALCZYK, CASMIR, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KOWALEC, NICK, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KOWALENKO, ALEX, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

---

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   KOWALENKO, ALEX, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   KOWALESKI, EDWARD A, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068   KOWALEWSKI, ANDREW, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   KOWALEWSKI, LELAH N, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KOWALIK, ARCHIE, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   KOWALSKI, HUBERT, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   KOWALSKI, KENNETH F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KOWALSKI, RICHARD, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   KOWCHECK, JAMES W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KOWPAK, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KOZAK, ROBERT J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KOZAR, ANTON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KOZDROWSKI, MARSHALL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KOZELE, FRANK, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KOZERA, BERNARD P, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   KOZERA, BERNARD P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   KOZICKI, CRAIG S, CHAPMAN & ASSOCIATES, PO BOX 519, 1406 NIEDRINGHAUS AVENUE, GRANITE CITY, IL, 62040

21068   KOZIELSKI, TOM, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KOZIOL, WALTER, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   KOZLOSKI, LAWRENCE J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KOZLOSKI, LAWRENCE J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KOZLOWSKI, STEPHEN S, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068   KOZLOWSKY, WASYL, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068   KOZODY, MICHAEL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KOZOL, RICHARD, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   KOZSEY, JOSEPH J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KOZYRA, ROBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   KRABBES, DIETER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069   KRACK, ARTHUR, HOLLORAN & STEWART, PC, JAMES P HOLLORAN, 1010 MARKET ST STE 1650, ST. LOUIS, MO, 63101

21068   KRAFT, EDWARD, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   KRAFT, JAMES K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KRAFT, LAWRENCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KRAFT, ROBERT A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

**Svc Lst  Name and Address of Served Party**

21068   KRAFT, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   KRAFT, SABASTIAN, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068   KRAFT, WARNER, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   KRAFT, WARNER, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   KRAJCAR, ALBERT A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KRAJCIRIK, STEVE J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KRAJCOVIC, JOSEF A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KRAJCOVIC, JOSEF A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KRAJNAK, MICHAEL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KRAJNIAK, HARRIETTE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21069   KRAKOWIAK, STEFAN, DUGAS, LEBLANC, SOTILE, PO BOX 390, 406 HOUMAS STREET, DONALDSONVILLE, LA, 70346

21068   KRAKOWIAK, STEFAN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   KRAL, JOSEPH G, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   KRALJ, NED, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   KRALJ, NED, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   KRALL, JAMES, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069   KRAME, JR, FRANCIS F, HOLLORAN & STEWART, PC, JAMES P HOLLORAN, 1010 MARKET ST STE 1650, ST. LOUIS, MO, 63101

21068   KRAMER, BENJAMIN J, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   KRAMER, CARL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KRAMER, CHARLES R, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   KRAMER, DOUGLAS R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KRAMER, JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KRAMER, LEONARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KRAMER, LINZIE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KRAMER, THOMAS N, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KRAMER, WILLIAM D, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   KRAMPETER, KEN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   KRAMPOTA, JR, LOUIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KRANICH, FREDERICK, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KRANKOWSKI, LEONARD P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KRANTZ, GARY R, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

Svc Lst  Name and Address of Served Party

21068  KRANTZ, RONALD, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  KRANZ, CARY R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  KRANZ, FLOYD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KRAPE, LELAND D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KRAPOVICH, MICHAEL E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  KRASOWSKI, CARL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  KRASWESKI, CAROLINE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KRATINA, ERNEST L, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068  KRATOCHVIL, DONALD R, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  KRATU, YAKOV, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  KRATU, YAKOV, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KRATZER, GEORGE E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KRAUS DEC'D., ROBERT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  KRAUS, PHILLIP, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  KRAUSE, ALVIN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  KRAUSE, ARNOLD E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  KRAUSE, CARL D, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  KRAUSE, CARL D, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  KRAUSE, JONATHAN, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068  KRAUSE, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  KRAUSE, KENT, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21069  KRAUSE, KENT, DAVID J FRANSEN, 422 5TH AVE SE, ABERDEEN, SD, 57401

21068  KRAUSE, NORMAN E, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21069  KRAUSE, RICHARD J, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024

21068  KRAUSE, WILLIS H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KRAUSHAAR, ROBERT D, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  KRAUSHAAR, RONALD D, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  KRAUSS, EUGENE J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  KRAUSS, JR, JACOB J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KRAUSS, ROBERT A, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  KRAUTER, LEONARD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  KRAVITCH, MICHAEL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  Name and Address of Served Party

21068  KRAVITZ, ANDREW, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068  KRAVITZ, MORRIS, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  KRAWCZYK, DONALD L, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068  KRAWCZYK, DONALD L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KRAWIEC, STANLEY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  KRAYNAK, JOSEPH G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KRAYNESKI, STANLEY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KRAYNIE, EDWARD F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KRAYNIE, EDWARD F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  KREBS, RAYMOND G, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068  KREBS, VINCENT, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21069  KRECISZ, JOHN S, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21069  KRECISZ, JOHN S, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068  KREFFT, PAUL, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  KREFT, SR, ROBERT A, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  KREGER, ANDREW J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KREGER, HENRY C, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068  KREGER, HENRY C, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068  KREJNUS, STEVE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  KRELL, ROY H, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  KRELS, EDWARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KREMER, GEORGE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069  KREMER, JOSEPH T, BADGLEY, LOWELL W, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21069  KREMER, JOSEPH T, BOWMAN, JAMES, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21069  KREMER, JOSEPH T, BROWN, JOSEPH E, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21069  KREMER, JOSEPH T, CLARK, JOEL B, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21069  KREMER, JOSEPH T, CUNNIFFE, DAVID J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21069  KREMER, JOSEPH T, DIXON, WILLIAM H, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21069  KREMER, JOSEPH T, DONATONE, NICHOLAS G, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21069  KREMER, JOSEPH T, FORMICHELLI, JOSEPH, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21069  KREMER, JOSEPH T, KOVACH, PAUL L, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21069  KREMER, JOSEPH T, LEMIEUX, MARLIN J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21069   KREMER, JOSEPH T, SCHERBAK, GEORGE J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21069   KREMER, JOSEPH T, SKRLIN, RALPH, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21069   KREMER, JOSEPH T, TEWSLEY, JOHN A, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21069   KREMER, JOSEPH T, VIAL, LOUIS L, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068   KREMER, RALPH V, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KRENEK, FRANK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KRENITSKY, MICHAEL, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   KRENKEL, BENJAMIN W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KRENZ, GERHARD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KREPNER, FRANKLIN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KREPPEIN, GUSTAVE, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   KREPPS, DAVID, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   KREPPS, DAVID, JOHN J DUFFY & ASSOCIATES, 23823 LORAIN ROAD, SUITE 270, NORTH OLMSTED, OH, 44070

21068   KREPS, ROBERT L, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   KRESCANKO, JOHN, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   KRESINA, KENNETH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KRESS, FRANCIS G, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21069   KRESS, IRA, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902

21068   KRESTY, EDMUND M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KRESZ, FRANK P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   KRETZER, MARTIN, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024

21068   KRETZINGER, EDWARD W, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   KRETZMER, ROBERT E, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   KRETZMER, ROBERT E, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   KRETZSCHMAR, WALTER, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   KRETZSCHMAR, WALTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KREVIAZUK, WALTER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KREY, DAVID A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   KRHOVJAK, WILBUR M, THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   KRHOVJAK, WILBUR M, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

Svc Lst  Name and Address of Served Party

21068   KRIARIS, GEORGE, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   KRICK, GEORGE A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KRICK, GEORGE A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KRICK, SR, FRANK S, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   KRICK, WILLIAM P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KRIDER, SR, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KRIEBEL, FREDERICK A, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   KRIECH, RONDAL L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KRIECH, WILLIAM S, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KRIEG, ERWIN, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   KRIEGER, BENJAMIN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KRIEGER, DONALD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KRIEGER, FRANK P, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KRIEGER, ROBERT C, , ARY E K, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, ABDUSSALAAN, EDWARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, ADAMS, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, ALLEN, LEROY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, ANDERSON, ARTHUR, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, ARLEQUIN, RAUL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, ARMSTRONG, HAROLD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, ASTARITA, DONALD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BACHSTATTER, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BAKER, HAROLD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BAL, ALBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BAL, LINDA, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BALAS, PAUL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BALOGH, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BARDSLEY, DENNIS, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BARFIELD, KENNETH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BATEMON, MARION, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BECKER, DONALD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

Svc Lst   Name and Address of Served Party

21068   KRIEGER, ROBERT C, BECKER, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BERARDI, EDWARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BERKERY, ALFRED, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BERNAUER, WALTER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BEVERLY, WILLIAM B, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BLACKWELL, ULYSSES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BOBROWSKI, THADDEUS, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BODNER, PAUL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BOLINK, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BONANNE, THOMAS, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BOWMAN, CHARLES H, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BOYD, WILBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BRADSHAW, MARVIN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BROADWATER, JAMES D, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BROWN, JESSE J, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BROWN, JESSE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BROWN, LOUIS, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BROWN, MILTON, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BROWN, NOAH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BROWN, WILSON, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BROXTON, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BUCHTA, ROBERT L, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BUCHTA, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BUERGER, HERBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, BUTTAFOGO, DANIEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, CALL, ARCHIE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, CAMPBELL, RICHARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, CAMPBELL, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, CARLSEN, ARNOLD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, CARTER, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KRIEGER, ROBERT C, CASIMAR, CIZEWSKI, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, CAVALLO, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, CAVALLO, SAMUEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, CHESTNUT, WILLIE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, CHILES, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, CIKUTOVICH, FRANK, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, CIRILLO, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, CLAITT, AARON, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, CLARK, JASPER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, CLARK, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, CLARKE, ARTHUR B, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, COLACINO, DOMINICK, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, COLEMAN, CODWELL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, COLGAN, CLARENCE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, COLLINS, EDWARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, COMER, JESSIE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, CONKLIN, RICHARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, CORCINO, MANUEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, COX, WALTER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DABNEY, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DAMATO, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DAVIDSON, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DEANNUNTIS, MARK, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DEJESUS FERNANDEZ, ZENON, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DEL VALLE, NATALIO, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DELIA, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DELUE, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DENOIA, LAWRENCE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DENTON, RICHARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DERRY, PERCY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | KRIEGER, ROBERT C, DERZAWIEC, FRANK, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DEVER, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DEWITT, HOYT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DIAS, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DIBBLEE, KENNETH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DIXON, EDWARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DIXON, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DORIN, JERRY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DORR, HERBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DROBISH, PETER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DROBISH, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DUGDALE, GEORGE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DUNMEYER, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DUNN, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, DURYNSKI, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, EDMOND, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, EGAN, MICHAEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, EINHORN, PAUL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, EMM, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ESOLA, FRANK, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ESPOSITO, ANTHONY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, EVERS, GEORGE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FACCHINI, JOHN F, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FARRAR, RAYMOND, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FASANELLA, FRANK, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FERGUSON, SAMUEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FERRO, GAETANO, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FERRO, ROSE M, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FOREMAN, RONALD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FOWLER, ALAN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KRIEGER, ROBERT C, FOWLER, CUTTINO, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FRANCO, RAYMOND, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FRAZIER, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FREDERICKS, RICHARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FREUDENREICH, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, FRITZGES, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GALYA, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GANTT, CALVIN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GAYDOS, STEPHEN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GEE, HILLIARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GENTHE, FREDERICK P, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GENTRY, GRADY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GEORGE, ALEX, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GERDING, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GIDDENS, THOMAS, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GILES, ERNEST, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GLASCO, HERBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GLENN, SOLOMON, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GLIDDON, GORDON, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GLOVER, SARAH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GODLESKI, HENRY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GORDON, SAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GORSKI, MITCHEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GOUGEON, RICHARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GOVERNALE, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GREENLEE, FREDDIE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GRENNEN, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, GUERRIERO, PETER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HAGAN, FRANCIS, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HALASZ, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | KRIEGER, ROBERT C, HALBERT, LEROY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HARDING, DAVID, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HARNED, KENNETH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HARRIGAN, KENNETH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HARRIS, ULYSSES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HARRIS, WILLIE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HELMSTETTER, ALBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HEMINGWAY, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HEMINGWAY, URAL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HILL, ANDREW, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HOBBS, J C, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HOFFER, NANDOR, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HOLLEY, NATHANIEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HORNE, JAMES T, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HORNYAK, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HORTON, LEE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HUDSON, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HUTTING, PHILIP, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, HYLAND, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, IADEVAIA, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, IORILLO, RICHARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, IRIZARRY, LUIS, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, IVORY, EDWARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, JACKSON, LEMMON, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, JACOBS, RONALD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, JANASCHUCK, ANTHONY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, JANICS, STEVEN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, JENKINS, THEODORE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, JENSEN, RONALD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, JOHNSON, JOHN H, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |

Svc Lst   Name and Address of Served Party

21068   KRIEGER, ROBERT C, JONES, GEORGE W, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, JONES, ROOSEVELT, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, JONES, WILLIAM H, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, JONES, WILLIS, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KAHEE, CLIFTON, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KARLBON, EDWIN, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KASCIK, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KAVITY, RICHARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KEENAN, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KEETS, GAYLORD, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KENNEDY, RICHARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KERBER, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KING, GEORGE, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KITCHIN, MICHAEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KLEMANOWICZ, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ
        & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KOBESTO, ANDREW, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KOBYLARZ, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KOKOLUS, EDWARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KORSKI, BERNARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KOSAR, CHARLES, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KOSMOSKI, EDWARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KOTLOWSKI, CHESTER, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KOVACS, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KOVACS, PAUL, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KOZYRA, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, KUSAT, THOMAS, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, LAFFITTE, DILLARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, LASSITER, RAYMOND, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, LAUDICINA, DANIEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
        LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, LAURRITSEN, HERBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ
        & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | KRIEGER, ROBERT C, LEACH, THORMAN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LEACH, THURMAN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LEE, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LEE, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LEWIS, HENRY W, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LILLO, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LOCHLI, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LOGAN, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LOPAZANSKI, MICHAEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LOPINTO, VINCENT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LOWTHERT, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LUBAS, THEODORE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LUONGO, GAETANO, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LUPPINO, ANTONIO, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, LYONS, THOMAS A, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MALIK, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MARIETTA, ALFRED, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MARINELLI, MICHAEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MARTIN, HOWARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MARTIN, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MASON, CAREY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MASON, RICHARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MATRAFAJLO, MICHAEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MATTOX, ELMER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MAXWELL, CHARLES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MAYR, LEOPOLD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MCBRIDE, ALVIN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MCCLAIN, GEORGE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MCCLOE, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MCCOY, LOUIS, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KRIEGER, ROBERT C, MCCRAY, NATHANIEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MCCREARY, ROOSEVELT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MCLEAN, KENNETH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MESZARES, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, METALLO, ROCCO D, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, METALLO, SAMUEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MEUSZ, MICHAEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MEYER, HENRY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MEYER, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MICKLA, CARL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MIGLIACCIO, ANTHONY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MILES, NOLAN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MILLER, RICHARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MILTON, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MITCHELL, CORNELIUS, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MITCHELL, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MITCHELL, WILLARD H, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MOLDER, GEORGE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MORISSEAULT, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MOSCHELLA, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MOY, ALLAN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MULVIHILL, WALTER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MURRAY, FRANCIS, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, MURRAY, WILLIAM A, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, NATALE, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, NAUERZ, ROGER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, NELSON, FRANK, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, NEUBAUER, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, NUNES, ABILIO, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, O`CONNELL, WALTER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | KRIEGER, ROBERT C, OLEASTRO, DOMINIC, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ORDERS, JESSE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PALMER, WALTER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PARKMAN, CHARLES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PASTRANA, ARTURO, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PAVLINETZ, MICHAEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PECK, ROBERT C, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PERRICONE, BENNY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PHILILPS, HENRY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PHILLIPS, WILLIE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PILLOUD, FRANK, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PIZZA, CHARLES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, POFF, SAMUEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, POGODA, HENRYK, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PONDER, JAMES E, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, POWELL, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PRATHER, GERALD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PREBOR, WALTER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PRICE, ROY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PROVENZANO, ADOLPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, PRUITT, FRED, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, QUIRINDONGO, RONUALDO, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, RADOVICH, ANGELO, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, REDHEAD, CLARENCE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, RENNER, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, REYNOLDS, JEROME, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, RHATICAN, CYRIL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, RICE, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ROBERTS, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ROBERTS, WILLIE L, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | KRIEGER, ROBERT C, ROBINSON, EDISON, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ROBINSON, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ROBINSON, LAWRENCE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ROBINSON, VAUGHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, RODAK, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, RODZINKA, THEODORE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ROGERS, PAUL W, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ROLAND, SYLVESTER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ROMANOVIC, BRANISLAV, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ROSE, MICHAEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ROUNTREE, KIBBIE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ROWELL, CLAYTON, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, RUSSO, FRANK, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, RUTHERFORD, CALVIN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, RUTHERFORD, THOMAS, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, RUTZLER, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, RYBAKIEWICZ, WALTER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SAEZ, RAFAEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SAINATO, FRED, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SALKOWITZ, THOMAS, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SALVATORE, BRUNO, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SAMPSON, CLEMENT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SANDERS, SIMON, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SAPP, HOMER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SASSO, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SCHEICHER, EUGENE F, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SCHEPIS, ANTHONY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SCHWARTZ, RONALD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SCOTT, DANIEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SCOTT, LEROY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

| | |
|---|---|
| 21068 | KRIEGER, ROBERT C, SCOTT, RONALD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SEMINSKI, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SERUBY, WALTER, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SHERRY, EDWARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SHORT, BENJAMIN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SIMKO, GEORGE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SIMON, HENRY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SISCO, ARTHUR, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SMITH, JOHN H, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SMITH, LAWRENCE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SMITH, WILLIE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SOBOCINSKI, ANDREW, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SOCHOROW, ESIN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SONNTAG, FRED, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SPAINE, DANIEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SPRATLEY, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, STAFFORD, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, STILL, WILLIE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, STOLTE, CECIL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, STONE, JOHN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, STRONG, JONATHAN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SULLIES, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SUTKOWSKI, RAYMOND, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, SZOKA, GYULA, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, TAYLOR, GEORGE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, THIELE, FRED, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, THOMAS, JOHN E, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, THOMPSON, HARRY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, THURMAN, LLOYD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, TIFT, TILLMAN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |

Svc Lst   Name and Address of Served Party

---

21068   KRIEGER, ROBERT C, TILLMAN, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, TOHILL, JAMES B, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, TORO, HENRY J, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, TOTH, ARNOLD, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, TREBING, CARL, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, TROTMAN, EDWARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, TULLIS, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, TYE, WILLIE, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, UNDERWOOD, WILBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ
& LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, VARGA, VICTOR, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, VASALYN, MICHAEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, VENDITTI, MICHAEL, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WADE, FRANK, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WALDROP, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WALKER, DAVID, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WALLACE, ULYSSES, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WASHINGTON, ALTON, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WASHINGTON, JOHNNY, WYSOKER GLASSNER WEINGARTNER GONZALEZ
& LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WEAVER, VICTOR, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WEBBER, RUSSELL, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WEBER, FRANK, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WEBER, OTTO, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WELUSZ, JOSEPH, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WHITE, CLARENCE, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WHITE, JAMES, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WHITMORE, ANDREW, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WILLIAMS, ARTHUR, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WILLIAMS, DAVID, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WILLIAMS, ELBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

21068   KRIEGER, ROBERT C, WILLIAMS, JAMES E, WYSOKER GLASSNER WEINGARTNER GONZALEZ &
LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | KRIEGER, ROBERT C, WILLIAMS, JOHN H, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WILLIAMS, MAJOR, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WILLIAMS, MELVIN, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WILLIAMS, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WILLIAMS, WILEY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WILLIE, HOWARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WILLIS, CLARENCE Z, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WILLIS, FRANK, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WILSON, WILLIAM, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WISENFELDER, RICHARD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WISNIEWSKI, ANDREW, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WISNIEWSKI, ROBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WOITHE, ERICH, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WOJTUKIEWICZ, STANLEY, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WOODS, GEORGE, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, WRIGHT, RONALD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, YORK, REGINALD, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ZAMBO, GILBERT, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ZIELINSKI, CARL, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIEGER, ROBERT C, ZOLTAN, BRAZ, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 |
| 21068 | KRIENKE, FREDERICK J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KRIER, JEROME N, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | KRINER, JAMES H, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | KRINER, JOHN W, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | KRING, JOE M, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517 |
| 21068 | KRING, JOE M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | KRINSKY, EDWARD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | KRISAK, DAVID S, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | KRISE, ARNOLD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | KRISE, CARL B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | KRISE, SR, THOMAS F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | KRISKA, THOMAS, LAW OFFICES OF ALAN K PETRINE, 2400 SOUTH DIXIE HIGHWAY, SUITE 105, MIAMI, FL, 33186 |

**Svc Lst  Name and Address of Served Party**

21069  KRISKA, THOMAS, LAW OFFICES OF ALAN K PETRINE, 2937 SW 27TH AVE, MIAMI, FL, 33133-3772

21068  KRISKO, GEORGE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  KRISTENSEN, SVEND, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  KRISTIAN, DONALD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  KRISTIAN, JR, MICHAEL J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KRISTIANSEN, HANS J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  KRISTJANSON, LEON D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  KRISTJANSON, LEON D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  KRISTOFIK, GEORGE R, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  KRISTOVIC, GEORGE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  KRISTZONAS, SR, JOHN W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KRITIKOS, EMMANUEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  KRIVAC, EDWARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  KRIVAK, FRANK, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  KRIVICKAS, DANIEL P, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  KRIX, BRUNO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KRIZA, LAWRENCE, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  KRIZAN, DANIEL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KRIZAN, JOHN, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  KRIZANAC, MICHAEL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KRIZEK, RONALD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KROCHTA, PETER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KROCKER, HENRY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  KROFF, CONRAD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  KROH, ADRIAN C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KROHN, SR, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  KROKOS, JOHN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  KROKOS, JR, JOHN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  KROL, EDWARD, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  KROL, GREGORY J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  KROLL, CHARLES D, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068  KROLL, VICTOR, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

Svc Lst  **Name and Address of Served Party**

21068  KRONE, EDWARD A, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  KRONE, EDWARD A, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  KRONE, WALTER, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  KRONENBURG, EDWARD A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  KRONER, GEORGE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KRONER, GEORGE W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  KROPACZEWSKI, VIRGINIA G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  KROPFEL, ROBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  KROPIDLOWSKI, FRANK J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  KROPP, JED, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  KROSKI, RICHARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  KROUT, STERLING, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KROUT, STERLING, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  KROWIAK, MARTIN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  KRSTIC, IVAN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21069  KRUC, WALTER, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068  KRUEBBE, PHILIP, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  KRUEGER, GORDON E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  KRUEGER, GORDON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KRUEGER, JR, LEWIS J, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  KRUEGER, JR, LEWIS J, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  KRUEGER, JR, LEWIS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KRUEGER, LEE, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  KRUEGER, MELVIN G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  KRUEGER, MELVIN G, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  KRUEGER, REINHOLD P, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  KRUEGER, ROBERT S, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  KRUEGER, WILLIAM, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  KRUEL, JOHN R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  KRUG, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KRUGER, CYRIL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  KRUGER, LYLE W, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21069  KRUGER, LYLE W, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180

21068  KRUKA, SCOTT, BAILEY, HAROLD, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068  KRUKA, SCOTT, OLIVER, DOYLE, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   KRUKA, SCOTT, ORTIZ, JAKE, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   KRUKA, SCOTT, PELTZER, MICHAEL, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   KRUKA, SCOTT, STEENBERGEN, RODNEY, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   KRUKOWSKI, STANLEY J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KRULL, CHARLES F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KRULL, CHARLES S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   KRULL, EDWARD, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024

21068   KRULL, JOHN R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KRUMPINSKI, SAM L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   KRUMRIE, EDWARD, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

21068   KRUPA, FRANK J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KRUPA, JOSEPH, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   KRUPINSKI, STANLEY J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KRUPPENBACH, BRUCE C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KRUSE, JAMES, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   KRUSE, JR, JOSEPH J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KRUSE, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KRUSE, ROBERT, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   KRUSHER, JOHN D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   KRUSHIN (DECEASED), HENRY B, MONICA KRUSHIN, 1400 BELMOND BLVD #201, MONROEVILLE, PA, 15146

21068   KRUSSELL, GERALD, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   KRUSZECKI, STEVE, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   KRUTIL, EDWARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KRUTSINGER, CLARK L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KRWAWECZ, JR, JOHN J, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   KRWAWECZ, JR, JOHN J, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   KRYSAN, ROBERT J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   KRYWULAKO, PAUL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KRZKOWSKI, ANTHONY D, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202

21068   KRZYWICKI, STANLEY, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   KRZYZANOWSKI, WALTER, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 KRZYZOSIAK, ADELINE R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 KUBBE, MYRON, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068 KUBECK, MICHAEL, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068 KUBECK, MICHAEL, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068 KUBIACZYK, RICHARD, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068 KUBIAK, MALBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069 KUBICA, JOHN S, ZIFF WEIERMILLER, 303 WILLIAM STREET, PO BOX 1338, ELMIRA, NY, 14902

21069 KUBICKI DRAPER GALLAGHER & MCGRANE, PENTHOUSE, CITY NATIONAL BANK BLDG, 25 WEST FLAGLER STREET, MIAMI, FL, 33130-1712

21068 KUBISHYN, LORNE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068 KUCHARSKI, THOMAS D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 KUCHINSKI, LAWRENCE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 KUCHTA, DAVID, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068 KUCHTA, PAUL, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068 KUCIEJSKI, ANTHONY, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068 KUCINIC, GEORGE P, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 KUCINSKI, DAVID J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 KUCK, HENRY A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 KUCK, HENRY A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068 KUCZYNSKI, JAMES, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068 KUCZYNSKI, TERRANCE P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 KUDRYCKI, SIGISMUND J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068 KUEBLER, JAMES F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 KUEHN, RICHARD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 KUEHN, WILLIAM L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068 KUEHNEMANN, HERBERT E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 KUEHNER, HARRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 KUEHNER, JAMES T, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068 KUEHNER, PAUL W, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068 KUEHNER, RAYMOND W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 KUEHNER, RAYMOND W, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21069 KUENY, JR, WALTER E, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068 KUESTER, HENRY, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

Svc Lst  Name and Address of Served Party

21068   KUESTER, HENRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KUETHE, CURTIS W, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KUGELMAN, KENNETH, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KUGLER, JR, MICHAEL T, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KUGLER, RUDOLPH, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   KUHAR, FRANCIS J, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   KUHL, ALVA L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   KUHL, FREDERICK W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KUHLKA, DOUGLAS O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KUHLMAN, CHARLES, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KUHN, EDWARD, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   KUHN, EDWARD, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   KUHN, GERMANO A, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   KUHN, JAMES H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KUHN, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   KUHN, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   KUHN, MABEL I, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   KUHN, MABEL I, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   KUHN, THEODORE, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   KUHN, VAY M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KUHN, WILLIE, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   KUHN, WILLIE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   KUHN, WILLIE, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   KUHN, WILLIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KUHNKE, DONALD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KUHNS, JOHN L, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   KUHNS, LEROY V, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   KUHNS, PAUL F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KUHNS, ROBERT E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KUJAWA, LEONARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KUJAWA, STANLEY E, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   KUJAWSKI, LOUIS P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

Svc Lst   Name and Address of Served Party

21068   KUK, STANLEY J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KUKA, THOMAS, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068   KUKAWSKI, ALEX F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KUKLEVICH, JOHN J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KUKLO, HENRY W, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   KULA, AL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   KULA, TEDDY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KULA, TEDDY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   KULACHOSKI, MAURICE, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   KULEKOWSKIS, WILLIAM G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KULESZA, BRUNO, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   KULIK, EDWARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   KULIKOWSKI, BERNARD C, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   KULIN, JOSEPH G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KULINSKI, PHILLIP J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KULL, CARL M, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   KULL, MICHAEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   KULLA, BENSON, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   KULLMAN, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KUMAR, VIJAY, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   KUMAR, VIJAY, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   KUMFERMAN, HENRY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KUMINKOSKI, BERNARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   KUMOR, PETER J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   KUMRO, HAROLD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   KUMROW, HAROLD L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   KUNAC, NIKOLA, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KUNCH JR., JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KUNDE, DAVID E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KUNDRATIK, THEODORE, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   KUNES, WILLIAM I, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KUNICHIKA, ROBERT, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

Svc Lst   Name and Address of Served Party

21068   KUNICHIKA, ROBERT, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   KUNICKI, STEFAN, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   KUNKEL, WARD W, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   KUNKLE, CALVIN B, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   KUNKLE, RONALD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KUNTZ, NORMAN G, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   KUNTZ, RAY A, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   KUNZ, RONALD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KUNZ, SR, BERNARD J, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   KUPIROVICH, MILEY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   KUPLEC, CHARLES, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21069   KUPLEC, CHARLES, SPEAR, WILDERMAN, BORISH, ENDY AND RUNCKEL PC, 230 SOUTH BROAD ST STE 1400, PHILADELPHIA, PA, 19102

21068   KUPPER, JR, FRANS K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KUPPER, JR, FRANS K, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   KURANT, JAMES, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   KURBIS, RICHARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   KURC, RUDOLPH R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   KURC, RUDOLPH R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   KURHANSKY, TERRENCE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KURI, WILLIAM F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   KURIAN, MARGARET, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KURKO, MICHAEL D, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   KUROWSKI, JR., WALTER L, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   KUROWSKI, STEVE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KUROWSKI, WALTER B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KURRLE, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   KURTH, CHARLES R, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   KURTH, RICHARD A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   KURTIS, DONALD P, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   KURTIS, DONALD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   KURTTI, DAVID R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   KURTZ, GLENN P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068 KURTZ, JAMES T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 KURTZ, JERRY F, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068 KURTZ, JERRY F, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068 KURTZ, PETER M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 KURTZ, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 KURTZ, ROBERT G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 KURTZ, SHANNA L, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068 KURTZEMAN, LUKE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 KURTZEMAN, LUKE, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068 KUSH, RAYMOND F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 KUSH, WILLIAM G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 KUSHNER, JR, ANTHONY J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 KUSHNER, KENNETH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 KUSIAN, BYRON G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 KUSIAN, REINHOLD F, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068 KUSKE, ROGER K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 KUSKO, DANIEL, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068 KUSNIERZ, EDWARD F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 KUTACH, GEORGE F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 KUTANOVSKI, ALIMPIJE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068 KUTANOVSKI, ALIMPIJE, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068 KUTCH, JOSEPH, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068 KUTIL, RAYMOND L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 KUTSCHBACH, JOSEPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 KUTTESCH, VIRGINIA B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 KUTTESCH, VIRGINIA B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 KUTYBA, WALTER H, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068 KUTZER, KERMIT P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 KUTZNER, FELIX, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068 KUWADA, SATORU, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068 KUWADA, SATORU, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068 KUWERT, HANS, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068 KUYKENDALL, JACKIE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109