Svc Lst  **Name and Address of Served Party**

21068  LAWSON, DAVID, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  LAWSON, DENZIL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LAWSON, DONALD C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LAWSON, DONALD C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LAWSON, ERVIN C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LAWSON, FRANK, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LAWSON, FRANKLIN C, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  LAWSON, G B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LAWSON, G B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LAWSON, GEORGE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  LAWSON, GERALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LAWSON, GLEN, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  LAWSON, GORDON, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  LAWSON, HARRISON T, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  LAWSON, HERBERT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LAWSON, HERBERT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LAWSON, JAMES C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LAWSON, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LAWSON, JAMES L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  LAWSON, JERRY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LAWSON, JOE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  LAWSON, JOHNNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LAWSON, JR, CLIFFORD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LAWSON, JR, ELIJAH, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  LAWSON, KEITH, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  LAWSON, LARRY V, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LAWSON, LARRY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  LAWSON, LAWRENCE M, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068  LAWSON, LAWRENCE M, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  LAWSON, LUTHER H, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  LAWSON, MARION J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21069  LAWSON, MARTHA, JOHN F KARL, JR, 105 PARK PLACE, COVINGTON, KY, 41011

21069  LAWSON, MARTHA, JOHN F KARL, JR, 9328 PORTER RD, RYLAND HGHT, KY, 41015-9582

21069  LAWSON, MARTHA, MICHAEL B GANSON CO, LPA, 2306 PARK AVE, CINCINNATI, OH, 45206

21068  LAWSON, MARY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LAWSON, MARY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LAWSON, MELVIN P, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

Svc Lst  Name and Address of Served Party

---

21068  LAWSON, ODELL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  LAWSON, ODELL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LAWSON, P J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  LAWSON, PAUL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LAWSON, RICHARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LAWSON, RONALD E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LAWSON, RONALD E, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  LAWSON, RONDAL R, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  LAWSON, SCOTTY K, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  LAWSON, STEVE C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LAWSON, THEODORE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LAWSON, THEODORE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LAWSON, WARREN P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  LAWSON, WILEY, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  LAWSON, WILLARD M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LAWSON, WILLIAM C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LAWSON, WILLIAM C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LAWSON, WILLIAM F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LAWSON, WILLIAM F, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  LAWSON, WILLIE E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LAWSON, WILLIE F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069  LAWSON, WOODROW, LAW OFFICES OF REX BUSHMAN, 115 SOCIAL HALL AVE, SALT LAKE CITY, UT, 84111

21068  LAWTON, ANDREW J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LAWYER, CHARLES J, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068  LAWYER, VELMA, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  LAWYER, VELMA, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  LAWYER, WILLIAM F, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068  LAX, KENNETH W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LAXTON, JOHN G, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  LAY, BYRON, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  LAY, CLYDE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LAY, ERNEST, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LAY, HAROLD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  LAY, JIMMIE L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

Svc Lst   Name and Address of Served Party

---

21069   LAY, PERRY J, THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   LAY, SR, GORDON H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LAY, WILLIAM T, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   LAYBOURNE, WILLIAM J, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   LAYBURN JR., DONALD R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LAYCOCK, LIZZIE I, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LAYER, LIONEL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LAYES, ROY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LAYHUE, FRANK J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LAYMAN, ALBERT W, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   LAYMAN, ALBERT W, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   LAYMAN, FLOYD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LAYMAN, RICHARD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LAYMAN, WALLACE E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   LAYMAN, WAYNE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   LAYMON, DANIEL J, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21069   LAYMON, DANIEL J, RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS, 502 WEST SIXTH STREET, TULSA, OK, 74119-1010

21068   LAYNE, ALTON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LAYNE, ALTON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LAYNE, BILLY, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   LAYNE, CLIFTON G, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   LAYNE, HARRY R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LAYNE, JESSE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LAYNE, JOHN, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LAYRISSON, BARBARA A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LAYRISSON, BARBARA A, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   LAYSON, SR., JIM B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LAYSON, SR., JIM B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LAYSON, WILLIAM B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LAYTON, CHARLES L, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   LAYTON, CHARLES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LAYTON, DANIEL E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LAYTON, EDWARD C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  LAYTON, J C, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  LAYTON, JAMES L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LAYTON, JAMES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  LAYTON, JERALD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069  LAYTON, JR, GUY VERNON, RT 1 BOX 115, CHIRENO, TX, 75937

21068  LAYTON, MARTIN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  LAYTON, SHERRY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LAYZHAK, MICHAEL A, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  LAZAR, NAT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LAZAR, NAT, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  LAZARD, VINCENT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LAZARE, JOSEPH C, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068  LAZARRA, JOE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LAZARUS, GUS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LAZARUS, GUS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LAZARUS, NATHANIEL, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  LAZENBY, ROY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LAZOK, JULIUS M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LAZZARA, FRANK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LAZZARA, MICHAEL T, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  LAZZARI, LLOYD J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LAZZARO, LEONARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LAZZELLE, WILLIAM P, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  LAZZELLE, WILLIAM P, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  LE BLANC, ROY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069  LEA, CALVIN, ANTONIO J TRAMONTANA ATTY AT LAW, 2116 FORSYTHE AVE, MONROE, LA, 71201

21068  LEA, J T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEA, SR, FRANK G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEA, TOMMY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  LEAB, KENNETH G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  LEABO, LLOYD P, TREON, STRICK, LUCIA & AGUIRRE, P A, 2700 N CENTRAL AVENUE, SUITE 1400, PHOENIX, AZ, 85004-1133

21068  LEACH, CHARLES E, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  LEACH, CHARLES E, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  LEACH, CLELLA ADMIN M, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  LEACH, DAVID M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  LEACH, DONALD, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068  LEACH, EDWARD E, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068  LEACH, EDWARD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LEACH, EMANUEL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LEACH, FRANK P, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068  LEACH, FRANK, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  LEACH, GARLAND B, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  LEACH, GLENDON E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LEACH, GLENDON E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069  LEACH, JAMES C, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068  LEACH, JAMES, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068  LEACH, JAMES, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068  LEACH, JR, DONALD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  LEACH, LILLIAN B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LEACH, RANDOLPH, LAW OFFICES OF PETER G ANGELOS, GOVERNOR´S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  LEACH, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LEACH, ROBERT E, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  LEACH, ROBERT H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEACH, ROBERT L, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  LEACH, ROBERT L, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  LEACH, ROBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEACH, SR, THURMAN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  LEACH, STEPHEN H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEACH, THORMAN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  LEACH, TOMMY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  LEADBETTER, CHARLES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LEADBETTER, CHARLES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LEADENHAM, RICHARD J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEADER, KIRBY J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  LEADINGHAM, GOMEZ L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LEADINGHAM, GOMEZ L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LEADMON, KAY W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  LEAGUE, DAVID S, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

**Svc Lst  Name and Address of Served Party**

21068  LEAHY, DENNIS, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21069  LEAHY, JR, THOMAS P, CHARLES R SCANLON, PO BOX 474, SAINT LOUIS, MO, 63025

21069  LEAHY, ROBERT, CHARLES V MARSHALL, ATTY, 1010 MARKET ST STE 1650, ST LOUIS, MO, 63101

21068  LEAK, EDWARD J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LEAK, SR, FLOYD, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  LEAKE, JOHNNIE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LEAKE, MARIAN C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LEAKE, MARIAN C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LEAL, HILARIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEAL, JESUS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEAL, RUBEN C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEAL, RUBEN G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEAMONS, PAUL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  LEAMONS, PAUL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LEANDER, RONALD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LEANDER. SR, CHESTER, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  LEAP, WORTH E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LEAP, WORTH E, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068  LEAR, GORDON W, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  LEAR, GORDON W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LEARY, JERRY V, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  LEARY, JOHN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  LEAS JR., JOHN D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LEASE, MARTIN A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  LEASE, ROGER F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LEASHORE, CLEETHEL K, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  LEASURE, ROBERT E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  LEASURE, THOBURN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  LEATH, CARTER L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEATH, TERRY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LEATHAM, ZANE B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LEATHERMAN, GORDON F, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  LEATHERS, DONALD H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LEATHERS, DONALD H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LEATHERWOOD, JAMES D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LEATHERWOOD, JOSEPH B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Svc Lst  Name and Address of Served Party**

21068   LEATHERWOOD, LARRY D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEATHERWOOD, LEWIS L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEATHERWOOD, LLOYD A, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   LEATHERWOOD, LOUIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEAUE, JAMES F, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   LEAUE, JAMES F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEAUE, JAMES F, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LEAVELL, RAY C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEAVELLE, CLIFFORD H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEAVELLE, RICHARD H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   LEAVINS, JOHNNIE D, BUSH LEWIS PLLC, 1240 ORLEANS ST, BEAUMONT, TX, 77701-3612

21068   LEAVITT, ANDREW, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   LEAVITT, EDWARD A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LEAVITT, LESLIE, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21069   LEAVITT, NED, HARRISON, KEMP & JONES, LLP, 3800 HOWARD HUGHES PARKWAY, 17TH FL, LAS VEGAS, NV, 89109

21068   LEAYM, DONALD R, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   LEBEL, LEON, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   LEBER, JACK A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEBER, JACK A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   LEBIEDZINSKI, ANATOL, JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, BRONX, NY, 10463

21068   LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   LEBLANC, ANNIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LEBLANC, ASHTON C, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   LEBLANC, CHARLES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEBLANC, CLAUDE J, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   LEBLANC, CLAUDE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEBLANC, CLEVELAND P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEBLANC, CLEVELAND P, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   LEBLANC, CLIFFORD J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEBLANC, CLIFFORD M, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   LEBLANC, DAVID P, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEBLANC, EDWARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LEBLANC, FRANCIS X, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21069   LEBLANC, GERALD L, BUSH LEWIS PLLC, 1240 ORLEANS ST, BEAUMONT, TX, 77701-3612

21068   LEBLANC, GESNER, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   LEBLANC, GILLES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEBLANC, HUEY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   LEBLANC, JAMES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEBLANC, JAMES C, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   LEBLANC, JAMES C, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   LEBLANC, JOHN H, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   LEBLANC, JOSEPH P, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LEBLANC, JOSEPH W, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   LEBLANC, KATHRYN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   LEBLANC, LEE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   LEBLANC, MURPHY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LEBLANC, PAUL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LEBLANC, RAYMOND, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   LEBLANC, ROBERT A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEBLANC, ROBERT A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   LEBLANC, ROY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEBLANC, THOMAS M, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   LEBLANC, THOMAS, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   LEBLANC, THOMAS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   LEBLANC, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEBLANC, WILFRED, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LEBLEAU, PAUL V, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   LEBLEU, ANDREW, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   LEBOLD, WILLIAM, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   LEBOUEF, DELRY J, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   LEBOUEF, RONALD L, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   LEBOURHIS, FRANK, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   LEBOURHIS, MARY L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   LEBOURHIS, MARY L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   LEBOW, DWIGHT R, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21069   LEBOWITZ, RUTH E, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068   LEBRASSEUR, DAVID, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LEBRON, RAFAEL, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068   LEBRUN, SR, JOHN C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LECAUSI, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   LECCE, ANTONIO, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   LECCIA, SAM, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LECHUGA, CASILDO, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   LECHUGA, CASILDO, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

---

**Svc Lst  Name and Address of Served Party**

21068  LECHUGA, PEDRO L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LECIL, EVANS P, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069  LECKEMBY, WILLIAM M, LAW OFFICES OF PETER G ANGELOS, 63 HENDERSON AVE, CUMBERLAND, MD, 21502

21068  LECKIE, JOE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LECLAIR, ABEL, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  LECLAIR, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069  LECLAIRE, LLOYD, SACKS SACKS, 150 BROADWAY 4TH FL, NEW YORK, NY, 10038

21069  LECLAIRE, PAULINE, TOCCI, PARKER & TOCCI, LLP, DOMINICK TOCCI, 1698 CENTRAL AVE, ALBANY, NY, 12205-4000

21068  LECLEAR, ROBERT D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LECLERC, ADRIEN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LECLERC, DAVID L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LECLERC, EUGENE G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LECLERC, ROBERT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LECLERC, ROLAND, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  LECOMPTE, FARREL J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LECOMPTE, FARREL J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LECOMTE, WILLIAM F, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  LECONEY, WALTER, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  LECONTE, SR, PHILIP F, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LECOUNT, PRIME, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LECOURS, MAURICE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LECROY, GRADY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LECROY, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LECROY, JEAN A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LECROY, JEAN A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LECROY, ROSCOE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LECROY, SR, JERRY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LECROY, VERNON F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LEDAY, WILTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEDBETTER, BILLY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LEDBETTER, CHARLES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LEDBETTER, CHARLES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LEDBETTER, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LEDBETTER, DAVID L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LEDBETTER, DAVID L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LEDBETTER, EDWARD W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LEDBETTER, GILBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LEDBETTER, GILBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LEDBETTER, HOWARD S, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LEDBETTER, JACKIE D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   LEDBETTER, JACKIE D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEDBETTER, JAMES R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEDBETTER, JAMES W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEDBETTER, JAMES W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEDBETTER, LILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LEDBETTER, PAUL N, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LEDBETTER, ROBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEDBETTER, SIDNEY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   LEDBETTER, SIDNEY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   LEDBETTER, SR., ARTHUR D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEDBETTER, STACY L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   LEDBETTER, WALLACE H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEDBETTER, WILLIAM E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEDBETTER, WILLIAM M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEDDY, JR, FRANCIS P, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   LEDERGERBER, LEO A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LEDESMA, SR, DANIEL, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   LEDET, JR, JOSEPH L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   LEDFORD, BOBBY M, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   LEDFORD, CALVIN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   LEDFORD, CHARLES J, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   LEDFORD, CURTIS B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEDFORD, EMMIE J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LEDFORD, EMMIE J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LEDFORD, FAYE H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LEDFORD, FAYE H, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LEDFORD, JOHN B, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   LEDFORD, MARY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEDFORD, MARY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEDFORD, MICHAEL J, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21069   LEDFORD, RAYBURN, LAW OFFICES OF ALAN K PETRINE, 2400 SOUTH DIXIE HIGHWAY, SUITE 105, MIAMI, FL, 33186

21069   LEDFORD, RAYBURN, LAW OFFICES OF ALAN K PETRINE, 2937 SW 27TH AVE, MIAMI, FL, 33133-3772

21068   LEDFORD, VIRGINIA, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068   LEDFORD, VIRGINIA, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

Svc Lst  Name and Address of Served Party

---

21068  LEDFORD, WILLIAM A, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  LEDFORD, WILLIAM R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEDGER, FRED, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LEDGER, JOSEPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEDGER, SR, FREDERICK, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  LEDINGHAM, JAY S, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068  LEDLOW, WILLIE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LEDNIK, FELIX, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LEDOUX, RONALD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEDOUX, RONALD T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LEDOUX, WILBERT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEDOUX, WILBERT J, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  LEDRICH, EDWARD, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  LEDUC, JOSEPH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LEDUC, THOMAS H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEDUFF, JR, LUCIEN, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  LEDUFF, JR, LUCIEN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LEDWELL, ANDREW, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LEDWELL, ANDREW, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  LEDWIG, WILLIE M, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  LEDWIG, WILLIE M, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  LEE, A C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  LEE, ALBERT E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  LEE, ALBERT, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068  LEE, ALBERT, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  LEE, ALLAN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  LEE, ALTON L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LEE, ANDERSON D, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  LEE, ANDERSON D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LEE, ANDERSON D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LEE, ANDREW R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LEE, ANDREW R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  LEE, ANNIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LEE, BARNEY L, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  LEE, BARRY N, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LEE, BARRY N, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   LEE, BENNIE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, BETTY S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEE, BEVERLY M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEE, BILLY H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LEE, BOB, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   LEE, CARL M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEE, CHARLES A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEE, CHARLES B, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LEE, CHARLES E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEE, CHARLES E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEE, CHARLES R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEE, CHARLEY M, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LEE, CHARLIE J, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   LEE, CLARA B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEE, CLARA B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEE, CLIFFORD, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   LEE, CLIFFORD, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   LEE, CLIFFORD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LEE, CLIFTON M, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   LEE, CLIFTON, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LEE, CLIFTON, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LEE, CURTIS, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   LEE, DAVID, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LEE, DENNIS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEE, DON, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEE, DONALD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   LEE, DORIS L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LEE, DORIS L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LEE, DOUGLAS G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, EARNEST, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEE, ED, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEE, EDWARD O, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   LEE, ELLA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LEE, ELLA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LEE, ELONZO M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   LEE, EMMA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEE, EMMA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEE, ERNEST E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   LEE, ERVIN, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LEE, ESTELLE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   LEE, ESTELLE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

**Svc Lst  Name and Address of Served Party**

21068   LEE, ETHEL M, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   LEE, EZRA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEE, EZRA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEE, FLORENCE S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEE, FRANK J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LEE, FREDERICK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   LEE, GARY, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   LEE, GENE D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, GENERAL, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   LEE, GEORGE L, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   LEE, GEORGE T, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LEE, GEORGE W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LEE, GEORGE W, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   LEE, GERALD A, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   LEE, GERALD A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEE, GERALD T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEE, GERALD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   LEE, GILBERT, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   LEE, GILBERT, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   LEE, HAROLD M, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   LEE, HAROLD, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LEE, HAROLD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEE, HAROLD, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LEE, HATTIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEE, HATTIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEE, HENRY C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   LEE, HENRY C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   LEE, HENRY E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LEE, HENRY E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LEE, HENRY H, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   LEE, HERBERT E, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068   LEE, HERBERT E, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068   LEE, HERBERT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   LEE, HOUSTON, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   LEE, HUBERT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEE, HUGH C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEE, INEZ A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEE, INNIS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   LEE, IONE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   LEE, IONE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   LEE, IRA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEE, IVORY C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEE, J C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEE, J W, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   LEE, JACK A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEE, JACK T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEE, JAMES D, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   LEE, JAMES D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   LEE, JAMES D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   LEE, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, JAMES E, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   LEE, JAMES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEE, JAMES F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LEE, JAMES F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LEE, JAMES L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LEE, JAMES L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LEE, JAMES M, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   LEE, JAMES M, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   LEE, JAMES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   LEE, JEFFREY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   LEE, JERRY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LEE, JERRY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LEE, JESSE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEE, JESSIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LEE, JIMMIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LEE, JOE D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   LEE, JOE D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   LEE, JOHN D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEE, JOHN F, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   LEE, JOHN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEE, JOHN Q, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEE, JOHN R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   LEE, JOHN T, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   LEE, JOHN W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   LEE, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEE, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   LEE, JOHNNY F, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   LEE, JOHNNY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEE, JOSEPH O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, JOSEPH, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   LEE, JOSEPH, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   LEE, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEE, JR, ALEXANDER, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068   LEE, JR, CALTON, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   LEE, JR, FRED, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   LEE, JR, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEE, JR, MOSES, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   LEE, JR, MOSES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEE, JR, THOMAS, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   LEE, JR, WILLIAM G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEE, JR., ADAM, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LEE, JR., ADAM, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LEE, KELLY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, KENNETH A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LEE, KENNETH A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LEE, KEVIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEE, LARRY D, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   LEE, LAWRENCE S, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   LEE, LAWRENCE, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   LEE, LEOPOLD D, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   LEE, LILLIAN, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   LEE, LILLIAN, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   LEE, LINDA L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   LEE, LOUIS C, GALLOWAY, JOHNSON, TOMPKINS & BURR, SUITE 400, ONE SHELL SQUARE, NEW ORLEANS, LA, 70139

21068   LEE, LOYD W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, LUCIOUS, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEE, LUCIOUS, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEE, LUTHER W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LEE, LUTHER, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LEE, LUTHER, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LEE, MACK J, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   LEE, MARGARET, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEE, MARION, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   LEE, MARION, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEE, MARY R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

Svc Lst  **Name and Address of Served Party**

21068   LEE, MARY R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   LEE, MARY, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   LEE, MARY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEE, MARY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LEE, MAUDE E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   LEE, MICKELL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   LEE, MILLARD, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LEE, MILTON C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, MILTON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LEE, MIM W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEE, MIM W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEE, NANCY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEE, NANCY E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LEE, NANCY E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LEE, NORMAN S, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   LEE, NORMAN T, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   LEE, OSCAR G, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LEE, OSCAR, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEE, PAT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEE, PAUL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   LEE, PAUL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEE, PAUL, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   LEE, PHILLIP, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   LEE, PHILLIP, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEE, PHILLIP, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LEE, PRESTON, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LEE, RALPH J, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   LEE, RAU E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEE, REGIONALD D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   LEE, REGIONALD D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   LEE, RENA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEE, RENA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEE, RICHARD C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LEE, ROBERT D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEE, ROBERT E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEE, ROBERT E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, ROBERT E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LEE, ROBERT E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEE, ROBERT E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEE, ROBERT M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    **Name and Address of Served Party**

21068    LEE, ROBERT M, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    LEE, ROBERT S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    LEE, ROBERT S, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    LEE, ROBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    LEE, ROBERT, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    LEE, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    LEE, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    LEE, ROCKIE J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    LEE, ROGER C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    LEE, ROGER R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    LEE, ROLLAND M, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    LEE, RONNIE B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069    LEE, ROY D, LAW OFFICES OF JACK K CLAPPER, 2330 MARINSHIP WAY, SUITE 140, SAUSALITO, CA, 94965

21068    LEE, ROY H, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    LEE, ROY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    LEE, RUFUS E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    LEE, RUFUS E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    LEE, RUFUS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    LEE, SAMUEL, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    LEE, SCOTT H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    LEE, SHIRLEY H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    LEE, SOLOMON, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    LEE, SOLOMON, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    LEE, SOLOMON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    LEE, SOLOMON, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    LEE, SR, ARCHIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    LEE, SR, BENNIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    LEE, SR, BILLY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    LEE, SR, GEORGE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    LEE, SR, LEON L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    LEE, SR, LEON L, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    LEE, SR, LOUIS, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    LEE, SR, LOUIS, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068    LEE, SR, MATTHEW, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    LEE, SR, ROBERT T, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    LEE, SR, ROBERT T, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    LEE, SR, W F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   LEE, SR, W F, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   LEE, SR, WENDELL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEE, SR., JOHN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, TERRANCE A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LEE, THELMA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEE, THELMA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEE, THOMAS R, RATINER, REYES & O'SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   LEE, THOMAS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LEE, TILLMAN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   LEE, TOM S, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   LEE, TROY, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LEE, TROY, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LEE, VINCE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   LEE, VIVIAN P, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LEE, WALTER E, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   LEE, WALTER H, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   LEE, WALTER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEE, WILLIAM D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEE, WILLIAM F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LEE, WILLIAM H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, WILLIAM M, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   LEE, WILLIAM N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEE, WILLIAM N, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068   LEE, WILLIAM P, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LEE, WILLIAM P, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LEE, WILLIAM T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, WILLIAM W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEE, WILLIAM, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LEE, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEE, WILLIAM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LEE, WILLIE D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEE, WILLIE J, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   LEE, WILLIE J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LEE, WILLIE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   LEE, WILLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEE, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEE, WILTON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEECH, ANDREW B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LEEDER, DAVID, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

Svc Lst  Name and Address of Served Party

21068   LEEDER, EDGAR, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   LEEDS, KENNETH M, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   LEEMAN, DOUGLAS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   LEEMAN, HELENE H, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   LEEMAN, JOSEPH, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LEEMAN, JOSEPH, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LEEMAN, PAUL B, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   LEEMASTER, JERRY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEEMON, MILDRED, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   LEEMON, MILDRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEEMON, MILDRED, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LEEMON, RONNIE D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEEMON, SR, JOHN O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEEP, HARTSEL A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEEPER, DEAN H, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   LEEPER, JOHN H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEEPER, JOHN H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEES, CLIFFORD J, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   LEES, RANDY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   LEESON, PAUL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   LEFAN, OLAN G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEFAN, OLAN G, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   LEFEBVRE, FRANK F, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   LEFEBVRE, MARCEL J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEFEVER, KEN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEFF, RONALD, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   LEFFEW, TOMMY, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LEFFEW, TOMMY, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LEFFINGWELL, ROBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   LEFFLER, ELLIS D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEFFLER, SHARREL J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   LEFFLER, THOMAS F, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   LEFLER, GEORGE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LEFLER, ZENAS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEFORCE, KENNETH W, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   LEFOY, JANIS, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEFOY, JANIS, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Svc Lst   Name and Address of Served Party**

21068   LEFTRIDGE, JAMES W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEFTWICH, JAMES R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LEFTWICH, SR, ROOSEVELT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LEGA, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   LEGARD, CLARENCE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LEGARD, JOSEPH M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEGARDE, JOSEPH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LEGATE, RICHARD L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   LEGBAND, WILLIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   LEGE, GILBERT, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   LEGENDRE, JOSEPH, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   LEGER, CLAUDE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   LEGER, HAROLD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEGER, ILFRED, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEGER, JR, ALEX, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEGER, JR, ALTON, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   LEGER, ROBERT E, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   LEGERE, PAUL E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LEGETTE, BETTY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEGETTE, BETTY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEGETTE, JERRY D, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LEGETTE, JERRY D, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LEGG, BARRY S, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEGG, BILLY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   LEGG, BOBBY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   LEGG, BOBBY, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068   LEGG, CARL, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   LEGG, DAVID F, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEGG, DORRIS, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LEGG, DORRIS, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   LEGG, EDGAR H, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LEGG, EDGAR H, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LEGG, III, CHARLES, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   LEGG, III, CHARLES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEGG, JOSEPH B, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

**Svc Lst  Name and Address of Served Party**

21068   LEGG, JOSEPH B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEGG, LEONARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LEGG, LEONARD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LEGG, NELLIE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LEGG, NELLIE, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   LEGG, ROBERT S, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LEGG, RUSSELL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   LEGG, RUSSELL, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068   LEGG, WILLIAM M, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LEGGE, RICHARD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LEGGE, RICHARD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LEGGET, LEWIS F, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   LEGGETT, BURT, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   LEGGETT, CHARLES B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LEGGETT, GEORGE G, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   LEGGETT, HERBERT C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   LEGGETT, JAMES C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   LEGGETT, JAMES H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LEGGETT, JAMES H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LEGGETT, JESSIE T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEGGETT, JESSIE T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEGGETT, JOE H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LEGGETT, JOE H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LEGGETT, JOE H, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   LEGGETT, JR, GEORGE C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   LEGGETT, JR, GEORGE C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21069   LEGGETT, JR, GEORGE C, ROBERT SULLIVAN, PO BOX 45, LAUREL, MS, 39441-0045

21068   LEGGETT, JR, WILLIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LEGGETT, JR, WILLIE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LEGGETT, KENNETH E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LEGGETT, KENNETH E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LEGGETT, SUSIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEGGETT, SUSIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEGGETT, WILLIAM, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LEGGETT, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEGGITT, RAY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Svc Lst  Name and Address of Served Party**

21068  LEGINGTON, ISSARD C, BARON & BUDD, 3102 OAK LAWN STE 1100, DALLAS, TX, 75219-4281

21068  LEGRAND, ASA, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LEGRAND, ASA, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LEGRAND, DENNIS J, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  LEGRAND, DENNIS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LEGRAND, ROBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  LEGREE, BILLY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LEGREE, BILLY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LEGRONE, ALLEN M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LEGRONE, ALLEN M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LEGUERRIER, JOSEPH R, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  LEGUERRIER, JOSEPH R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LEH, MICHAEL B, ALEXANDER, ROBERT, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, ALTRICHTER, RICHARD T, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, BIDDLE, JACK, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21069  LEH, MICHAEL B, BISHOP, WILLIAM, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, BUCHANAN, HENRY, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, BULLOCK, CARL, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, BURGESS, ROBERT, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21069  LEH, MICHAEL B, BURNETTE, HERMAN, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, CAPOZZI, SYLVESTER, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, CATINO, ARTHUR, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21069  LEH, MICHAEL B, CHIAROLANZA, PAUL, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, CHRISTMAS, WILLIAM, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, CONTI, JAMES J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, CRAVEN, THOMAS, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, CUMMINS, CHARLES M, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, DAMICO, JOHN, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, DAVIS, ELI, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21069  LEH, MICHAEL B, DAWSON, EDWARD T, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, DEMARTELEIRE, FRANCIS, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068  LEH, MICHAEL B, DEVERALL, WALTER, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21069 | LEH, MICHAEL B, DIBONA, ENZE, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, DIPAULO, DANTE, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, DORSEY, GOUGH A, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, DOUGHERTY, JOSEPH F, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, ENGLEHART, JOSEPH A, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, FISHER, JOSEPH J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, FORAKER, ORVAL, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, GIBBONS, JAMES J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, GILES, JR, FRANK, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, GRANGER, HARVEY J, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, GREEN, DAVID, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, GROSS, WILLIAM J, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, HAIRSINE, GEORGE J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, HARRIS, JAMES, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, HARROLD, THOMAS, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, HARTMAN, DONALD, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, HEARN, JOSEPH J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, HORN, JOHN M, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, HUDYMA, JOHN, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, JENKINS, GEORGE, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, JONES, JR, PAUL, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, JORDAN, EDWARD H, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, KAUTERMAN, JOSEPH, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, KILLORAN, JAMES J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, KLINE, DONALD, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, KOHLER, JOSEPH, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, KRIMMELL, JR., HENRY H, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, LAVIN, JR, JAMES J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, LAVIN, SR, JAMES J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, LEE, WILLIAM, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   LEH, MICHAEL B, LEWIS, PATRICK F, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, LINN JR., HARRY, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, LOMBARDO, ROBERT J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, MACKIN, SR., JAMES F, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, MANUCCI, FRANK, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21069   LEH, MICHAEL B, MATOUS, LEO, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21069   LEH, MICHAEL B, MATTIA, MICHAEL S, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21069   LEH, MICHAEL B, MCALLISTER, SR, ROSCOE, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, MCCAFFERY, HARRY, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, MELLOR JR., ROY W, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, MELLOR, DAVID W, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, MESSICK, MILFORD, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, MOCCIA, ROBERT, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, MORCHE, WILLIAM O, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, MULHERN, WILLIAM T, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, MYKYTYN, JOHN, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, ORFIELD, JACK P, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, PARISI, ANTHONY J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, PAVONE, VICTOR A, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, PEMBLE, ROBERT, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, PERRY, DAVID, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, PETERSON, EDDIE, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21069   LEH, MICHAEL B, PUCYLOWSKI, EDWARD J, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21069   LEH, MICHAEL B, PURCELL, THOMAS J, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21069   LEH, MICHAEL B, PURCELL, WILLIAM J, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, RAGEN, JOHN J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21069   LEH, MICHAEL B, READER, DAVID A, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21069   LEH, MICHAEL B, REGAN, MICHAEL, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, REYNOLDS, ROBERT A, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   LEH, MICHAEL B, RICHIE, ROBERT, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LEH, MICHAEL B, RIZZI, ALBERT, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, ROBERTS, ROBERT, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, RODRIGUES, LUIS, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, RUSHTON, WILLIAM J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, SAHRHAGE, WILLIAM, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, SCHICK, JR., PETER J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, SCHLUPP, JOHN, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, SCHNEIDER, ROGER O, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, SENN, STEPHEN F, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, SIANO, SUSAN, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, SLAVINSKI, EDWARD J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, SNYDER JR., ERNEST J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, SQUILLACE, FRANK, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, STAUFFER, RUSSELL J, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, STINE, FREDERICK, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, TAYLOR, ROBERT, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, TOBLER, EDWARD P, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, TOUT, ARTHUR, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, TRAHAN, CHARLES, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, TRAUX, NELSON R, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, TRINCIA, JOSEPH A, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, VALENTINO, WILLIAM E, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21069 | LEH, MICHAEL B, VISCOUNT, NICHOLAS, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, VIVONE, ANTHONY, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, WATKINS, CARL R, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, WATKINS, PAUL, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, WHITE, WAYNE A, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, WILLIAMS, ERNEST M, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, WITHERS, CHARLES, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LEH, MICHAEL B, ZAFFARY, PETER, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |

**Svc Lst  Name and Address of Served Party**

21069   LEH, MICHAEL B, ZENOSI, ALEXANDER, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523

21068   LEHIKOINEN, SEPPO, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   LEHKAMP, EARL C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LEHKAMP, EARL C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LEHMAN, BERNICE, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   LEHMAN, DAVID M, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   LEHMAN, DAVID M, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   LEHMAN, HENRY R, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   LEHMAN, HERMAN, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   LEHMAN, WALTER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069   LEHMAN, WILLIAM, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068   LEHMANN, ADOLPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEHMANN, CLARENCE R, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   LEHMENKULER, MICHAEL, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   LEHNER, GORDIN M, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   LEHNER, GORDIN M, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   LEHNHOFF, RAYMOND, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   LEHOTAY, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEHRER, HENRY, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   LEHTINEN, ALAN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEHTINEN, RON, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEIB, DONALD T, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069   LEIB, SR, JOHN H, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 SOUTH MAIN, KALISPELL, MT, 59901

21068   LEIBOLD, NORMAN L, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   LEIBOWITZ, MICHAEL, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068   LEICHMON, TYRONE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LEICHMON, TYRONE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEICHT, ANTON C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   LEIDENHEIMER, HAROLD F, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024

21068   LEIGH, CLOYD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEIGH, JOHNNY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LEIGH, JOHNNY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEIGH, JOHNNY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LEIGH, WILLIAM, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    LEIGH, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    LEIGHTON, DAVID L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    LEIJA, BERNARDO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    LEILI, BALTHASAR B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    LEIMBACHER, DONALD, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    LEIMBACHER, DONALD, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068    LEIN, OTTO, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LEININGER, BURLE E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    LEININGER, ROBERT F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    LEINPINSEL, THOMAS, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    LEIS, MARVIN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    LEISER, J. MICHAEL, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    LEISER, J. MICHAEL, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    LEISIE, PAUL E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    LEISNER, KENNETH L, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    LEISNER, SR, HAROLD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    LEIST, DORMAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    LEIST, DORMAN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    LEIST, MILAM R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    LEIST, SID, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    LEIST, SID, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    LEIST, SR, CHARLES L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    LEIST, SR., CHARLES L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    LEIST, TOM W, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    LEISTER, ROBERT J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069    LEITCH, LEO, CLARK, DEPEW & TRACEY, LTD, LLP, 440 LOUISIANA (LYRIC CENTER), 16TH FL, HOUSTON, TX, 77002

21068    LEITCH, LEO, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068    LEITHOLD, JR, ALBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    LEIVA, JEAROLD J, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    LEIVA, JEAROLD J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    LEJANDER, JR, ARTHUR, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    LEJEUNE, CARLTON J, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068    LEJEUNE, DEWEY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    LEJEUNE, FRANKLIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    LEJEUNE, JIMMY C, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    LEJEUNE, JIMMY C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

Svc Lst  Name and Address of Served Party

21068  LEJEUNE, LEON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEJEUNE, LEON, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  LEJEUNE, MEGLEEN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  LEJEUNE, RICHARD R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEJEUNE, ROLAND, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  LEJUNE, ERWIN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  LEJUNE, SR, JAMES B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LELAND, KENNETH A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LELEK, RAYMOND H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LELL, ALEXANDER, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  LELLA-WINDSOR, ROSE M, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068  LELLIE, JOSEPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LELOUP, FRANKIE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  LELOUP, FRANKIE, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  LEMA, GILBERT, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  LEMAITRE, JR., JULES W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  LEMANSKI, JOSEPH G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LEMANSKY, JOSEPH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LEMARCO, ROMEO T, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  LEMASTER, EVERETT, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  LEMASTER, EVERETT, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  LEMASTER, HENRY B, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  LEMASTER, OVA R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LEMASTER, ROBERT, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068  LEMASTER, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  LEMASTER, VIRGINIA, KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701

21068  LEMASTER, WILLIAM J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEMASTERS, GERALDINE Q, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068  LEMASTERS, KENNETH C, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  LEMASTERS, NORMAN E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LEMAY, CARL J, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  LEMAY, ONEAL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LEMAY, REEDER W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

**Svc Lst  Name and Address of Served Party**

21068  LEMAY, VICTOR H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LEMAY, VICTOR H, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068  LEMELLE, JESSE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEMELLE, JOHN M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEMELLE, LEON, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  LEMENS, LELAND C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LEMENS, MYRON H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  LEMIER, GILBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LEMIER, GILBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069  LEMIEUX, MARLIN J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068  LEMIEUX, MARVIN C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LEMIEUX, MARVIN C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LEMIEUX, ROLAND J, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068  LEMING, JR, WILLIAM J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LEMING, JR, WILLIAM J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LEMING, ROSE M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LEMING, ROSE M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21069  LEMLE & KELLEHER, 2100 PAN AMERICAN LIFE CENTER, 601 POYDRAS STREET, NEW ORLEANS, LA, 70130

21068  LEMLE, WILLIAM A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEMLER, MICHAEL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LEMLER, MICHAEL J, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068  LEMLEY, DAVID A, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  LEMLEY, DAVID A, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  LEMLEY, EDMUND L, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  LEMLEY, HARTZELL, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  LEMLEY, HELEN, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  LEMMING, JOHNNIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  LEMMO, MIKE A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LEMOINE, HARRIS J, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  LEMOINE, ROBERT V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LEMON, ANDRA, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  LEMON, ANDRA, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  LEMON, ARNO C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LEMON, ARNO C, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  LEMON, JOSEPH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  LEMON, JR, HENRY J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  LEMON, RALF, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  LEMON, RONALD E, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068  LEMOND, MARTHA, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LEMONS, ARTHUR, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LEMONS, DANIEL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LEMONS, GERTRUDE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  LEMONS, HENRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069  LEMONS, JESS L, THE TALASKA LAW FIRM, 1415 NORTH LOOP WEST STE 200, HOUSTON, TX, 77008

21068  LEMONS, JESS L, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  LEMONS, JR, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LEMONS, MATTIE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  LEMONS, WALTER F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LEMONS, WALTER F, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068  LENAGAR, MARK D, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  LENAGAR, MARK D, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  LENAIN, CARROLL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LENARD, DOROTHY, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  LENARD, HOUSTON M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LENARD, HOUSTON M, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  LENARD, JESSIE W, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  LENARD, MILTON H, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068  LENARZ, ROBERT L, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  LENBURG, ROBERT, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  LENBURG, ROBERT, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  LENDEN, CLARENCE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  LENDICK, KENNETH S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LENEVE, FRED, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  LENGEN, JOHN A, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  LENGERICH, RICHARD, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  LENGYEL, DAVID F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LENGYEL, DAVID F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   LENHART, CHARLES W, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   LENHART, GEORGE E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LENHART, SR, JOSEPH C, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   LENKERSDORF, HERMAN T, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   LENNON, JR, GEORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LENNOX, ROBERT C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   LENOIR, ANNIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LENOIR, ANNIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LENOIR, BESSIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LENOIR, EMANUEL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LENOIR, EMANUEL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LENOIR, JR, WILLIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LENOIR, JR, WILLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LENOIR, JR, WILLIE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   LENOIR, KATIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LENOIR, L C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   LENOIR, WILLIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LENOIR, WILLIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LENSETH, KENNETH, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   LENSMIRE, HOWARD J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   LENTINI, JOSEPH, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   LENTNER, ROBERT C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   LENTNER, ROBERT C, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   LENTONI, JOHN P, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   LENTS, JOHN P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   LENTZ, ELMER F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LENTZ, JR., GEORGE W, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   LENTZ, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LENTZ, ROBERT E, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   LENTZ, WILEY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   LENZ, ANTON, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   LENZ, DONALD T, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   LENZ, JOHN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   LENZEN, LAWRENCE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LENZI, ANTHONY S, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

WR Grace PI

**Svc Lst  Name and Address of Served Party**

21068　LENZY, VIVIAN D, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068　LEO, BEN A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068　LEOHR, ALLEN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068　LEON, CRISTOBAL H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068　LEON, FIDENCIO, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068　LEON, JOSEPH P, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068　LEON, LUIS, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068　LEON, MICHAEL H, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068　LEON, PHILIP J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068　LEON, SIDNEY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068　LEON, SIDNEY J, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068　LEONARD, ALBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068　LEONARD, ANNETTE K, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　LEONARD, CARL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068　LEONARD, CHARLES E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068　LEONARD, DB, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　LEONARD, DB, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068　LEONARD, DENNIS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068　LEONARD, DONALD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068　LEONARD, IVAN V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068　LEONARD, IVAN V, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068　LEONARD, IVEY L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068　LEONARD, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068　LEONARD, JOHN C, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068　LEONARD, JOHN M, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068　LEONARD, JOHN M, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068　LEONARD, JOSEPH D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068　LEONARD, JR, RICHARD, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068　LEONARD, JR, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068　LEONARD, JR, RICHARD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068　LEONARD, MARTIN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068　LEONARD, MARY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068　LEONARD, MARY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068　LEONARD, MICHAEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068　LEONARD, PAUL F, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068　LEONARD, PAUL W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   LEONARD, PAUL W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LEONARD, PIERCE J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   LEONARD, RAYMOND, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   LEONARD, RONALD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LEONARD, RUTH L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEONARD, VIRGIL, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LEONARDO, JR, CHRISTY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LEONE, AMLETO, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   LEONE, ANGELINA, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEONE, JOE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   LEONE, JOHN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   LEONE, PETER J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   LEONE, ROBERT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LEONE, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEONE, ROBERT, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   LEONE, RONALD A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   LEONE, VINCENT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   LEONHARDT, FRED D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEONHARDT, KATHLEEN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEONTOUDIS, NICOLAS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LEOPARD, HOMER, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEOPARD, JOHN V, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LEOPARD, JOYCE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEOUSS, NICHOLAS, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   LEOUSS, NICHOLAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEOUSS, NICHOLAS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LEPHERE, JIMMY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEPHERE, JIMMY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEPLEY, CECIL H, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068   LEPLEY, TERRY K, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LEPLEY, TERRY K, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LEPORE, ANGELO L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   LEPORE, MARTIN J, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   LEPOWSKY, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEPPER, JOHN E, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   LEPPER, MARSEL D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  LEQUE, DUANE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LERAY, JR, BENNY J, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068  LERAY, JR, BENNY J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LERCH, HENRY, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069  LERMA, RALPH, KAESKEREEVES LLP, 6301 GASTON AVENUE, SUITE 735, DALLAS, TX, 75214

21068  LERMAN, SAMUEL, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  LERNER, NATHAN, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068  LEROUX, CAROL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  LEROUX, OMER, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  LEROUX, OMER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LEROY, BENNY J, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068  LEROY, BENNY J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LERWILL, LLOYD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  LESCARBEAU, THOMAS, ADAMS & CESARIO PA, 1550 E 79TH ST, SUITE 800, BLOOMINGTON, MN, 55425

21068  LESCHKE, SR, EDMUND F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  LESCO, JERRY R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LESH, WILLIAM J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  LESHER, LARRY K, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  LESHINSKY, STEVE N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LESHINSKY, STEVE N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LESHNAK, JOSEPH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  LESHOVSKY, ALLEN, THOMPSON, P C, PO BOX 5235, 321 KITTSON AVENUE, GRAND FORKS, ND, 58206-5235

21068  LESKO, IMRE A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  LESLIE, ANETTA L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LESLIE, ANETTA L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LESLIE, CHARLES B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LESLIE, EDWARD F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  LESLIE, FRANK, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965

21068  LESLIE, HARRY J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  LESLIE, JOHN G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LESLIE, JOHN, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  LESLIE, JOSEPH, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

**Svc Lst  Name and Address of Served Party**

21068   LESLIE, MURLENE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LESLIE, MURLENE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LESLIE, THOMAS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LESLIE, WALTER, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   LESLIE, WALTER, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   LESLIE, WILLIAM D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LESLIE, WILLIAM F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   LESNER, ARTHUR, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   LESNIAK, CHESTER, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   LESNIOWSKI, STANLEY J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LESSARD, ADELARD, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068   LESSARD, NORMAN A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LESSARD, TREFFLE J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LESSEL, SR, DONALD L, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   LESSLEY, BRENDA H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LESSLEY, JERRY B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LESSLIE, ROBERT P, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   LESTER, ARDIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LESTER, ARTHUR B, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LESTER, CHARLES W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LESTER, CLAUDETTE D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LESTER, CLAUDETTE D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LESTER, DILLARD D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LESTER, EARLAND F, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   LESTER, EDWARD C, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   LESTER, EDWARD C, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   LESTER, ELBERT F, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   LESTER, ELBERT F, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LESTER, HERMAN L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LESTER, JAMES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LESTER, JAMES M, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   LESTER, K P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LESTER, LEONARD L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   LESTER, OTTIE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LESTER, RONNIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   LESTER, RONNIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    LESURE, WILLIAM H, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068    LETARTE, ALFRED P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069    LETASKY, JOHN, WILLIAMS & TRINE, P C, 1435 ARAPAHOE AVENUE, BOULDER, CO, 80302-6307

21068    LETCHER, DORIS, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    LETCHER, DORIS, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068    LETENDRE, DONALD, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068    LETHERMON, WALTER, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    LETLOW, GLORIA J, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    LETLOW, ROBERT G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    LETLOW, ROBERT G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    LETLOW, WILLIAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    LETNER, HAROLD E, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    LETO, SAM, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    LETO, SAM, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068    LETORA, WILLIAM A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    LETORA, WILLIAM A, PEIRCE RAYMOND OSTERHOUT WADE, CARLSON & COULTER P, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219

21068    LETSINGER, CHARLES M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    LETSINGER, CHARLES M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    LETSINGER, STANLEY P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    LETSINGER, STANLEY P, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    LETSINGER, THOMAS F, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    LETT, ALEXANDER, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    LETT, C E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    LETT, CHARLES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    LETT, CHARLIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    LETT, CHARLIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    LETT, EDGAR G, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    LETT, EDGAR G, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    LETT, FORREST B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    LETT, FORREST B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    LETT, HOWARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    LETT, JEMES W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    LETT, JR, WILLIAM A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    LETT, LILLIE E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    LETT, LILLIE E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    LETT, ROOSEVELT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  LETT, ROOSEVELT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LETT, SR, JOSEPH N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LETT, TITUS, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  LETT, WAYNE L, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  LETTS, KATHRYN C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LETTS, KATHRYN C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LETTUS, ANDREW, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069  LEUDERS, JAMES, MALONEY MARTIN & MITCHELL LLP, 3401 ALLEN PARKWAY STE 100, HOUSTON, TX, 77019

21069  LEUFFGEN, DONALD, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965

21068  LEVAC, ADELOR L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEVAK, JR, MATHEW, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEVANGIE, RICHARD F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEVDANSKY, WALTER R, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068  LEVELS, LEVI, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21069  LEVENTRY, FREDERICK, TREADWELL, STETLER, ET AL, 4001 TAMIAMI TRAIL NORTH, SUITE 250, NAPLES, FL, 33940

21068  LEVER, FORREST C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEVER, SARAH L, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  LEVERETT, BRUNELL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069  LEVERETT, CHARLES, LAW OFFICES OF ALAN K PETRINE, 2400 SOUTH DIXIE HIGHWAY, SUITE 105, MIAMI, FL, 33186

21069  LEVERETT, CHARLES, LAW OFFICES OF ALAN K PETRINE, 2937 SW 27TH AVE, MIAMI, FL, 33133-3772

21068  LEVERETT, ROY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LEVERETT, SR, JIMMY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LEVERETTE, CLAUDE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LEVERETTE, CLAUDE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  LEVERETTE, JAMES H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LEVERETTE, JAMES H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LEVERETTE, RAY M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LEVERETTE, RAY M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LEVERETTE, WILLIE E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  LEVERT, AUSTIN F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LEVERT, RAYMOND, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LEVESQUE, ERNY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LEVESQUE, ROBERT L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LEVESQUE, ROGER, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LEVETT, ROGER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LEVETT, ROGER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   LEVETTE, RICHARD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   LEVEY, JACK E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEVIEGE, SAMUEL R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEVIEGE, SAMUEL R, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   LEVIEN, CHARLES H, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   LEVINE, GEORGE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEVINE, LESLIE M, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   LEVINE, PERCY, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   LEVINE, ROBERT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   LEVINE, SILVA, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LEVINS, HUBERT W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LEVINS, WILLARD T, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LEVINSON, JULIUS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LEVO, WILLIAM B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEVRIER, ELEODORO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   LEVY, ALFRED, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   LEVY, EARLINE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   LEVY, HERBERT, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   LEVY, HERBERT, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   LEVY, ROBERT, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   LEWALLEN, JEROME, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEWANDOWSKI, LEONARD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   LEWANDOWSKI, ROBERT J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LEWCHENKO, MARK, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   LEWELLEN, JACK W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   LEWELLEN, JACK W, PLAUT, LIPSTEIN, COHEN, 12600 W COLFAX AVE, SUITE C-400, LAKEWOOD, CO, 80215

21068   LEWELLYN, HUBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   LEWELLYN, JOHN W, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068   LEWERS, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEWEY, JAMES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWEY, JAMES L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   LEWIN, WALTER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEWIS, AARON E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWIS, ALBERT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   LEWIS, ALLEN, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   LEWIS, ALLEN, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   LEWIS, ALMA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEWIS, ALVIN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LEWIS, ANNIE C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LEWIS, ANNIE C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LEWIS, ANNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21069   LEWIS, ARTHUR E, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068   LEWIS, AUBREY, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   LEWIS, AUBREY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEWIS, AUBREY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEWIS, B C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LEWIS, B C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LEWIS, BARRY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   LEWIS, BERNICE S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEWIS, BETTY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEWIS, BILLY A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEWIS, BILLY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEWIS, BUDDY J, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   LEWIS, CALVIN L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   LEWIS, CARL C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEWIS, CARL C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEWIS, CARL D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LEWIS, CARL D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LEWIS, CARLAS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   LEWIS, CARLTON L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEWIS, CARLYLE O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEWIS, CARRIE L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LEWIS, CARRIE L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LEWIS, CATHERINE I, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LEWIS, CATHERINE I, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LEWIS, CECIL, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   LEWIS, CHARLES CEFUS, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LEWIS, CHARLES CEFUS, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   LEWIS, CHARLES D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LEWIS, CHARLES D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEWIS, CHARLES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | LEWIS, CHARLES E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | LEWIS, CHARLES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LEWIS, CHARLES L, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246 |
| 21068 | LEWIS, CHARLES P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LEWIS, CHARLES P, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | LEWIS, CHARLES R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | LEWIS, CHARLES W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LEWIS, CHARLES W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LEWIS, CHARLES W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | LEWIS, CHARLES, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | LEWIS, CHARLES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | LEWIS, CLARENCE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LEWIS, CLARENCE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | LEWIS, CLARENCE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LEWIS, CLAUDIUS M, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255 |
| 21068 | LEWIS, CLEO, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | LEWIS, CLEO, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | LEWIS, CLIFFORD A, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | LEWIS, CLIFFORD A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | LEWIS, CLYDE M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LEWIS, CLYDE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LEWIS, CLYDE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | LEWIS, CLYDE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | LEWIS, CORTEZ G, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | LEWIS, DALE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LEWIS, DANIEL A, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | LEWIS, DANIEL J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21069 | LEWIS, DANIEL R, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006 |
| 21068 | LEWIS, DANIEL R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LEWIS, DAPHENE H, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | LEWIS, DAPHENE H, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | LEWIS, DAVID C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | LEWIS, DAVID M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LEWIS, DAVID V, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | LEWIS, DEWAYNE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | LEWIS, DEWAYNE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | LEWIS, DONALD E, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   LEWIS, DONALD R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEWIS, DOUGLAS E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEWIS, DOUGLAS W, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   LEWIS, DUNCAN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   LEWIS, DUPREE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEWIS, DUPREE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEWIS, EARL R, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   LEWIS, EARLY, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LEWIS, EARLY, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LEWIS, EARNEST D, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068   LEWIS, ED, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEWIS, EDDIE L, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LEWIS, EDMOND S, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068   LEWIS, EDNA M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LEWIS, EDWARD D, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   LEWIS, EDWARD, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   LEWIS, EDWARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEWIS, EDWIN H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LEWIS, ELBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LEWIS, ELGRIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEWIS, ELSIE M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LEWIS, ELSIE M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LEWIS, ERIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEWIS, ERIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEWIS, ERNEST L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWIS, EUGENE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   LEWIS, EUGENE, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   LEWIS, EVERETT FRANKLIN, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LEWIS, EVERETT L, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   LEWIS, FLAVIS D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEWIS, FLOYD C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LEWIS, FLOYD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LEWIS, FRANK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWIS, GARFIELD J, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LEWIS, GARLAND E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEWIS, GARY A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEWIS, GENE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

Svc Lst  Name and Address of Served Party

21068   LEWIS, GENE, PIERCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LEWIS, GEORGE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWIS, GEORGE J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LEWIS, GEORGE J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LEWIS, GEORGE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   LEWIS, GEORGE Q, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LEWIS, GEORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069   LEWIS, GEORGE, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21068   LEWIS, GEORGE, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   LEWIS, HAROLD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEWIS, HARRY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWIS, HARRY L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   LEWIS, HARVEY L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LEWIS, HAZEL F, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068   LEWIS, HELEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   LEWIS, HENRY A, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636

21068   LEWIS, HENRY A, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068   LEWIS, HENRY M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   LEWIS, HENRY W, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   LEWIS, HERBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LEWIS, HERBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LEWIS, HOUSTON, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   LEWIS, HOUSTON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEWIS, HOUSTON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEWIS, HUBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEWIS, III, DAVE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   LEWIS, III, MAJOR, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   LEWIS, JAMES B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LEWIS, JAMES B, PIERCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LEWIS, JAMES B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEWIS, JAMES G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWIS, JAMES G, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LEWIS, JAMES L, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LEWIS, JAMES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEWIS, JAMES, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

Svc Lst   Name and Address of Served Party

---

21068   LEWIS, JAMES, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   LEWIS, JAMES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEWIS, JEHU, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068   LEWIS, JEHU, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   LEWIS, JERRELL S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEWIS, JESSE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEWIS, JESSE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   LEWIS, JESSIE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   LEWIS, JIMMIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LEWIS, JIMMIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEWIS, JIMMIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LEWIS, JIMMY C, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   LEWIS, JIMMY C, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   LEWIS, JIMMY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LEWIS, JIMMY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LEWIS, JOE E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEWIS, JOE L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   LEWIS, JOE R, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   LEWIS, JOHN E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LEWIS, JOHN O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEWIS, JOHN R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LEWIS, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWIS, JOHN W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LEWIS, JOHN W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LEWIS, JOHN W, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   LEWIS, JOHN, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   LEWIS, JOHN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LEWIS, JOHN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LEWIS, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEWIS, JOHN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LEWIS, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   LEWIS, JOHNNIE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWIS, JOHNNY B, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   LEWIS, JOHNNY B, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   LEWIS, JOHNNY L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LEWIS, JOSEPH S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LEWIS, JOSEPH W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LEWIS, JOSEPH W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

---

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | LEWIS, JOSEPH, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |
| 21068 | LEWIS, JOSEPH, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | LEWIS, JOY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LEWIS, JOY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LEWIS, JR, ARTHUR, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | LEWIS, JR, ARTHUR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | LEWIS, JR, ARTHUR, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | LEWIS, JR, CALVIN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | LEWIS, JR, ELMORE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | LEWIS, JR, ELMORE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | LEWIS, JR, FORAKER B, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | LEWIS, JR, FORAKER B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | LEWIS, JR, FRANK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | LEWIS, JR, INOUS, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401 |
| 21068 | LEWIS, JR, JEWEL, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | LEWIS, JR, JOHN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LEWIS, JR, LLOYD H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | LEWIS, JR, SYLVESTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LEWIS, JR, SYLVESTER, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |
| 21068 | LEWIS, JR, WILLIAM, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | LEWIS, JR, WILLIE I, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | LEWIS, JR, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | LEWIS, JR., THOMAS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | LEWIS, KEITH D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LEWIS, KEN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | LEWIS, KENNETH D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LEWIS, KENNETH, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210 |
| 21068 | LEWIS, KENNETH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | LEWIS, KENNETH, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | LEWIS, KIZZY C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | LEWIS, L C, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | LEWIS, LARRY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LEWIS, LARRY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LEWIS, LARRY R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | LEWIS, LARRY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | LEWIS, LARRY, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   LEWIS, LAWRENCE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   LEWIS, LAWRENCE D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEWIS, LAWRENCE, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   LEWIS, LAWRENCE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEWIS, LEE, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   LEWIS, LENA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEWIS, LENA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEWIS, LEON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEWIS, LEONARD D, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   LEWIS, LEROY C, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   LEWIS, LIZZIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LEWIS, LIZZIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEWIS, LOEL, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   LEWIS, LOEL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LEWIS, LONNIE L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   LEWIS, LOVELL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LEWIS, LUTHER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEWIS, LUTHER, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068   LEWIS, MARCELLUS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEWIS, MARGARET B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LEWIS, MARGARET B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LEWIS, MARGIE E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEWIS, MARGIE E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEWIS, MARK W, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   LEWIS, MARK, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LEWIS, MARK, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LEWIS, MARK, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   LEWIS, MARSHALL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWIS, MARSHBURN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEWIS, MARY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LEWIS, MARY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LEWIS, MATTHEW, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWIS, MAURICE H, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   LEWIS, MAURICE H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LEWIS, MELVIN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEWIS, MELVIN, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068   LEWIS, MELVIN, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   LEWIS, MERLE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LEWIS, MICHAEL B, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   LEWIS, MORGAN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LEWIS, MURIL W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEWIS, NAPOLEAN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069   LEWIS, NIMRO D, WARTNICK, CHABER, HAROWITZ & TIGERMAN, 101 CALIFORNIA STREET, SUITE 2200, SAN FRANCISCO, CA, 94111

21068   LEWIS, OLAN, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068   LEWIS, OLAN, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   LEWIS, ORTHO, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   LEWIS, OSCAR, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LEWIS, OVET, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEWIS, PATRICIA A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LEWIS, PATRICK M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   LEWIS, PAUL, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   LEWIS, PEARL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LEWIS, PEARL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LEWIS, PEARLIE, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   LEWIS, PEARLIE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LEWIS, PERCY C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   LEWIS, PERRY T, VISSE & YANEZ, LLP, JOSEPH M VISSE, 1335 SUTTER ST 2ND FL, SAN FRANCISCO, CA, 94109-5415

21068   LEWIS, PRETT R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   LEWIS, RALPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LEWIS, RAVEN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWIS, RAYFORD S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEWIS, RAYMOND, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LEWIS, REATHA B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LEWIS, RICHARD B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LEWIS, RICHARD E, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   LEWIS, RICHARD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LEWIS, RICHARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LEWIS, ROBERT C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   LEWIS, ROBERT E, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   LEWIS, ROBERT E, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   LEWIS, ROBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   LEWIS, ROBERT J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   LEWIS, ROBERT L, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21069  LEWIS, ROBERT O, JEFFREY B SIMON, ESQ, 3232 MCKINNEY AVE STE 610, DALLAS, TX, 75204-2429

21068  LEWIS, ROBERT, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  LEWIS, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LEWIS, ROBERT, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  LEWIS, ROBERT, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  LEWIS, RODNEY D, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068  LEWIS, ROLFE H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LEWIS, ROLFE H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21069  LEWIS, ROMAN, KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701

21068  LEWIS, RONALD B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LEWIS, RONALD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LEWIS, RONALD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LEWIS, RONALD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LEWIS, RONNIE A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LEWIS, RONNIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LEWIS, RONNIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LEWIS, ROOSEVELT, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068  LEWIS, ROOSEVELT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LEWIS, ROSIE P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LEWIS, ROSIE P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LEWIS, ROY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LEWIS, SALLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LEWIS, SARAH, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  LEWIS, SARAH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LEWIS, SARAH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LEWIS, SHIRLEY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LEWIS, SR, JOE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  LEWIS, SR, JOHN H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  LEWIS, SR, LEON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  LEWIS, SR, RICHARD, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  LEWIS, SR, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LEWIS, SR, RICHARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LEWIS, SR, SAMUEL W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  LEWIS, SR, WILLIAM E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LEWIS, SR, WILLIE A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  LEWIS, STANLEY F, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  LEWIS, THERMAN P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LEWIS, THOMAS C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

Svc Lst  Name and Address of Served Party

21068  LEWIS, THOMAS W, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  LEWIS, THOMAS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069  LEWIS, TOM L, ALSBURY, DEWAYNE S, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, BAUER, GRANVILLE N, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, BOWEN, GARY D, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, BYRNES, GLORIA R, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, CANDEE, BETHENE C, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, CHAPPELL, CHARLES B, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, COLE, BRUCE H, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, COLE, FRANCIS E, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, COLE, MYRA E, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, CONLEY, ROBERT G, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, DAVIS, LARRY G, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, DOFELMIRE, GEORGE A, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, ELLETSON, RODNEY L, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, FLESHER, RICHARD M, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, FLETCHER, ROY L, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, GARRISON, DANIEL, LEWIS SLOVAK & KOVACICH, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, GRUNERUD, ALICE K, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, HUME JR, WALTER J, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, KELLEY, DOUGLAS, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, MEJIE, GENEVIEVE, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, MIRON, ALFRED, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, NAPIER, RICHARD, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, NELSON, BARBARA S, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, NELSON, GERALDINE, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, NEWMARCH, DEE DEE N, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, NOBLE, DOROTHY, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, PETERSON, JAMES R, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069  LEWIS, TOM L, RAAN, DENISE, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

**Svc Lst  Name and Address of Served Party**

21069 LEWIS, TOM L, RACICOT, JAMES V, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, SAVAGE, ALVIN, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, SMITH, SR, RODNEY R, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, SMITH, TERRY L, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, SORENSON, RAYMOND R, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, SPENCER, BARBARA A, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, SWITZER, MICHAEL J, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, THOMPSON, HARRISON E, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, THOMPSON, ROBERT O, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, TOBIASON, FRED O, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, TROYER, IRA A, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, WAGNER, JOHN, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, WAGNER, MICHAEL C, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21069 LEWIS, TOM L, ZAHNER, DEBBIE, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325

21068 LEWIS, TYRONE J, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068 LEWIS, VERNON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069 LEWIS, VIRGIL, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068 LEWIS, W B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068 LEWIS, WALLACE, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068 LEWIS, WALTER C, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068 LEWIS, WALTER C, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068 LEWIS, WALTER G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 LEWIS, WALTER G, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 LEWIS, WALTER J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 LEWIS, WALTER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068 LEWIS, WALTER, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 LEWIS, WILLARD, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068 LEWIS, WILLIAM C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 LEWIS, WILLIAM C, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068 LEWIS, WILLIAM E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 LEWIS, WILLIAM H, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068 LEWIS, WILLIAM O, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

Svc Lst   Name and Address of Served Party

21068   LEWIS, WILLIAM P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL,
60607-5308

21068   LEWIS, WILLIAM P, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500,
INDIANAPOLIS, IN, 46204-2968

21068   LEWIS, WILLIAM T, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600,
PENSACOLA, FL, 32502

21068   LEWIS, WILLIE C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LEWIS, WILLIE C, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET,
HATTIESBURG, MS, 39401

21068   LEWIS, WILLIE D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LEWIS, WILLIE L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX,
77017

21068   LEWIS, WILLIE O, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS,
39157-8659

21068   LEWIS, WILLIE O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT,
SC, 29465

21068   LEWIS, WILLIE O, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX,
77017

21068   LEWIS, WILLIE T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LEWIS, WILLIE T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF
TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LEWIS, WILLIE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   LEWIS, WILLIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX,
77002

21068   LEWIS, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS,
39564

21068   LEWIS, WILLIE, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL,
SAN FRANCISCO, CA, 94111-3306

21068   LEWIS, WILLIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEWIS, WILSON F, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE,
MD, 21201-3101

21068   LEWITZKE, II, CHARLES, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO,
IL, 60607-5308

21068   LEWRY, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL,
33146-1434

21068   LEWTER, JOHN N, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE,
MD, 21201-3101

21068   LEWTER, WILLIAM E, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW
ORLEANS, LA, 70180

21068   LEWTON, RICHARD L, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   LEY, RONALD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-
1620

21068   LEYBA, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL,
33146-1434

21068   LEYDEN, HAROLD K, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA,
94710-1749

21068   LEYH, EDWARD C, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH,
44067

21068   LEYSHON, LEONARD, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX,
75671-1349

21068   LEYSHON, LEONARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT
PLEASANT, SC, 29465

21068   LEYTHAM, DONALD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LEYTHAM, DONALD E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355
PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   LEYVA, HENRY D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL,
33146-1434

21068   LEYVA, MARIO R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281