**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   LEYVA, MARIO R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   LEYVA, ROSELIO D, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   LIAS, SR, CHARLES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   LIAS, WILLIAM, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   LIATTI, FERDINAND M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LIBBY, CLINTON T, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LIBECKI, EDWARD L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   LIBERATORE, PATRICIA J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LIBERATORE, PATRICIA J, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   LIBERTY, PHILLIP E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LIBURDI, ROBERT, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   LICALZI, ANTHONY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   LICATA, JOSEPH, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   LICCARDI, WILLIAM, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   LICCIARDI, TIMOTHY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LICCIARDI, TIMOTHY J, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   LICHFIELD, WALTER R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LICHLITER, CHESTER E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069   LICHVAR, ANDREW F, GARY L COSTLOW ESQ, CENTRAL PARK COMMONS, 430 MAIN ST, JOHNSTOWN, PA, 15901

21068   LICK, AVA L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LICK, AVA L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21069   LICK, FRANCES, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495

21068   LIDDELL, ALMA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LIDDELL, BARBARA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LIDDELL, EMMETT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LIDDELL, JACQUELINE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LIDDELL, MARVENIA R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LIDDELL, PATRICIA, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   LIDDELL, RICKEY E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   LIDDELL, WILLIAM E, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LIDDELL, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LIDDON, FRANK, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   LIEBEL, JOSEPH D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   LIEBENSTEIN, J O, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   LIEBL, THOMAS, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21069   LIEBSCH, GERALD W, HASKIN & BOOK, 7300 S 13TH STREET, SUITE 104, OAK CREEK, WI, 53154

21068   LIEDEL, LAWRENCE M, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069   LIEDEL, MELVIN, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837

21068   LIEGL, ARTHUR, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   LIEGL, ARTHUR, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   LIEN, BRUCE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   LIENDO, FELIX V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LIESER, CYRIL, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   LIESKI, SR, ROBERT F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LIFE, GILBERT H, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   LIFE, JOHN H, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   LIFE, PATRICIA E, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   LIGAMMARI, VINCENT, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068   LIGGIN, SAMUEL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LIGHT, FRED, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   LIGHT, JIM, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   LIGHT, JOHN C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LIGHT, LARRY, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   LIGHT, LEONARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LIGHT, ROBERT D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LIGHT, ROBERT D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   LIGHT, THOMAS D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LIGHT, THOMAS D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LIGHT, WESLEY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LIGHTBOURNE, JAMES H, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   LIGHTCAP, DONALD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LIGHTCAP, FRANCES, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   LIGHTCAP, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LIGHTCAP, JOHN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LIGHTFOOT, ABRAM C, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   LIGHTFOOT, ANDREW D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LIGHTFOOT, CHARLES L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LIGHTFOOT, CLARENCE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LIGHTFOOT, MARCIA L, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

**Svc Lst  Name and Address of Served Party**

21068  LIGHTFOOT, R L, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  LIGHTFOOT, THOMAS P, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  LIGHTFOOT, THOMAS P, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  LIGHTHIZER, ROBERT C, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  LIGHTNER, HAROLD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  LIGHTSEY, CHARLES E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LIGHTSEY, DAVID, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068  LIGHTSEY, DELVIN, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  LIGHTSEY, FRED A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LIGHTSEY, FRED A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LIGHTSEY, JIMMY D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LIGHTSEY, JOHN R, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  LIGHTSEY, JR, CLAUD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  LIGHTSEY, LARRY P, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LIGHTSEY, MARGARET A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LIGHTSEY, MARGARET A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LIGHTSEY, SR, WILLIAM T, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LIGHTSEY, SR, WILLIAM T, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  LIGHTY, JAKE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  LIGON, DUDLEY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  LIGON, DUDLEY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  LIGON, L. C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  LIGON, L. C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  LIGON, LARRY W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  LIGON, THOMAS, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  LIGON, THOMAS, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  LIGON, WILBUR G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LIIMATTA, JOHN E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  LIKELY, RAY O, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  LILA, BARNEY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LILA, BARNEY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LILE, ARVIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LILE, ARVIE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

**Svc Lst   Name and Address of Served Party**

21068   LILES, BRIAN E, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   LILES, DONALD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   LILES, EARL K, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   LILES, FRANK L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   LILES, MARY W, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   LILES, ROBERT M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LILES, SAMUEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LILES, SAMUEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LILES, TRACY M, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   LILES, WILLIAM W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LILES, WILLIAM W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LILIENTHAL, RAYMOND H, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   LILLBACK, ESCO, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LILLER, RICHARD L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LILLER, RICHARD L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LILLEY, EMERSON W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LILLEY, RICHARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LILLIE, HOWARD T, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   LILLO, ROBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   LILLY, DOUGLAS S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LILLY, EDNA L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LILLY, GLENWOOD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LILLY, JAMES D, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   LILLY, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LILLY, MARTIN A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LILLY, MARTIN A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LILLY, OPPIE R, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   LILLY, RICHARD B, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   LILLY, SR, JOHN L, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LILLY, SR, LEWIS E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   LILLY, SR., LEWIS, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   LIMBAUGH, FLOYD W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LIMBAUGH, ROBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LIMBAUGH, ROBERT L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   LIMBERIS, JR, JAMES P, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   LIMBERIS, JR, JAMES P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | LIMER, MARSHALL W, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21069 | LIMONE, THOMAS, LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902 |
| 21068 | LIMU, TALOLO, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21069 | LIND, EDWIN R, DENNIS SABBATH, 850 EAST BONNEVILLE AVE, LAS VEGAS, NV, 89101 |
| 21068 | LIND, EDWIN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LIND, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | LIND, JAMES, HEIDMAN LAW FIRM, 701 PIERCE ST STE 200, SIOUX CITY, IA, 51102 |
| 21068 | LIND, JOHN J, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940 |
| 21068 | LIND, NICHOLAS M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | LINDABURY, JOHN I, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | LINDAHL, RICHARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | LINDAMOOD, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LINDAMOOD, ROBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LINDBECK, JOHN G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | LINDBERG, BETTY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | LINDBLAD, FREDERICK D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | LINDEBORN, HARRY W, ZIFF WEIERMILLER, 303 WILLIAM STREET, PO BOX 1338, ELMIRA, NY, 14902 |
| 21068 | LINDEMAN, LARRY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | LINDEMEYER, RICHARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | LINDEN, EDWARD J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | LINDEN, EDWARD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | LINDEN, JAMES A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | LINDER, GERALD, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233 |
| 21068 | LINDER, RALPH, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608 |
| 21068 | LINDER, RONALD, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | LINDH, RUTH E, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | LINDHEIM, JERRY A, RAFTOVICH, ANTHONY, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LINDHEIM, JERRY A, SCHWENK, ARTHUR F, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | LINDHOLM, LENSE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LINDLER, JESSE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LINDLER, JESSE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LINDLEY, CLIFTON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | LINDLEY, DALE W, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21068 | LINDLEY, MERREN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | LINDLEY, MERREN, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | LINDLEY, WINFRED, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | LINDON, RALPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LINDQUIST, JOHN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | LINDQUIST, LELA S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | LINDROOS, JOHN E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | LINDSAY, DOUG P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | LINDSAY, HENRY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | LINDSAY, JAMES E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | LINDSAY, JAMES T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LINDSAY, JOHN Q, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | LINDSAY, JUNIOR, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LINDSAY, JUNIOR, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LINDSAY, KENNETH R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | LINDSAY, MARC, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | LINDSAY, MOSE L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | LINDSAY, STEVE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LINDSAY, WILLIAM E, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749 |
| 21068 | LINDSEY, A. J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | LINDSEY, BILLY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | LINDSEY, CHARLES W, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | LINDSEY, CHARLIE E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | LINDSEY, CLIFTON, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | LINDSEY, CLOYD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LINDSEY, CLOYD E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21069 | LINDSEY, DAVID L, WRIGHT, SHAGLEY & LOWERY, PO BOX 8448, 500 OHIO STREET, TERRE HAUTE, IN, 47808-8448 |
| 21068 | LINDSEY, ELIJAH L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | LINDSEY, ELIJAH L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | LINDSEY, EUGENE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LINDSEY, EULA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | LINDSEY, EULA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | LINDSEY, GEORGE R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | LINDSEY, GRACIE R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | LINDSEY, GRACIE R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | LINDSEY, JAMES C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |

Svc Lst  Name and Address of Served Party

21068  LINDSEY, JAMES C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  LINDSEY, JOHN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LINDSEY, JOHN L, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  LINDSEY, JR, JIMMY C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  LINDSEY, KERMIT E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LINDSEY, LAVERNE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LINDSEY, LAVERNE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  LINDSEY, LEMON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LINDSEY, LEMON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LINDSEY, LESLIE E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  LINDSEY, MARGARET A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LINDSEY, MARGARET A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LINDSEY, MARY H, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  LINDSEY, MARY H, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  LINDSEY, MARY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  LINDSEY, ODES C, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21069  LINDSEY, ODIE L, 279 SOUTHLOOK AVE, SAN DIEGO, CA, 92113

21068  LINDSEY, ODIE L, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21068  LINDSEY, PERSEY, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LINDSEY, PERSEY, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  LINDSEY, RALPH C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LINDSEY, RALPH D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LINDSEY, RALPH D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  LINDSEY, RAYMOND L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LINDSEY, ROBERT C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LINDSEY, ROBERT C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  LINDSEY, RUBY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LINDSEY, RUFUS, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LINDSEY, RUFUS, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LINDSEY, SHIRLEY T, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  LINDSEY, SHIRLEY T, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  LINDSEY, SR, RONALD D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LINDSEY, STEVEN, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  LINDSEY, TERRY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LINDSEY, TULA A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LINDSEY, VERNA M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LINDSEY, VERNA M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21069  LINDSEY, WALLACE G, 7963 SUNKIST DR, OAKLAND, CA, 94605

21068  LINDSEY, WALLACE G, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

Svc Lst  Name and Address of Served Party

---

21068  LINDSEY, WAYNE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LINDSLEY, CLEMENTS B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LINDSLEY, GLEN, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069  LINEAR, SR, ALEX, LUNDY & DAVIS, L L P, HIBERNIA TOWER, 501 BROAD STREET, PO BOX 3010, LAKE CHARLES, LA, 70602

21068  LINER, BOBBIE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LINER, BOBBIE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LINER, PAUL D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LINES, JR, EARL E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LING, HAROLD F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LINGANE, JEREMIAH N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LINGANE, JEREMIAH N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LINGEFELT, JERRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LINGEFELT, JERRY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  LINGER, SR, JAMES A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  LINGINFELTER, CHARLES R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  LINGO, EMMA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LINGO, EMMA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LINGO, GERALD C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LINGO, JOHN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LINGO, WILLIAM J, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  LINGONI, VICTOR, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  LINHART, JOSEPH, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068  LINK, JOHN J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  LINK, RAYMOND C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LINK, THOMAS A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  LINK, THOMAS J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069  LINKE, RUDOLPH C, ADAMS & CESARIO PA, 1550 E 79TH ST, SUITE 800, BLOOMINGTON, MN, 55425

21069  LINKE, RUDOLPH C, CASSIDY & MOTTL, NO 8 YORK SQUARE, 6285 PEARL ROAD, PARMA HEIGHTS, OH, 44130

21068  LINKHORN, FLOREE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LINKINHOKER, WAYNE H, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  LINKOUS, STANLEY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  LINN, FRANCIS L, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068  LINNE, HAROLD J, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  LINNE, PAUL C, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  LINNE, PAUL C, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   LINNE, STEPHEN, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   LINNEY, JOHN J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069   LINSCOMB, JAMES G, HERBERT B NEWBERG, ESQ , P C, LIPPINCOTT BUILDING, SUITE 200, 227 S 6TH STREET, PHILADELPHIA,, PA, 19106

21068   LINSCOMB, JAMES G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LINSCOMB, JAMES G, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068   LINSCOMB, JAMES G, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   LINSCOMBE, LESTER C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LINSCOTT, CLYDE G, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   LINSCOTT, ERNEST H, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   LINSCOTT, FLORENCE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   LINSENBIGLER, ROBERT, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   LINSEY, HOWARD D, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   LINSKENS, RICHARD J, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068   LINSKENS, RICHARD J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LINSON, THOMAS A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LINSON, THOMAS A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LINT, DAVID C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LINTELMAN SR., HERBERT A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LINTNER, CLYDE, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   LINTON, GARY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LINTON, GORDON, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   LINTON, LLOYD, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   LINTON, LLOYD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LINTON, SR., ALDEAN, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LINTON, SR., ALDEAN, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LINTZ, LUCILLE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LINVILLE, BILLY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   LINVILLE, BILLY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   LINVILLE, JERRY D, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   LINVILLE, JOE L, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   LINVILLE, LEMUEL, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   LINVILLE, RICHARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

**Svc Lst  Name and Address of Served Party**

21069   LINWOOD MCGAUGHEY (DECEASED), DELTON, VERA MCGAUGHEY, RT 1 BOX 1799, HUNTINGTON, TX, 75949

21068   LINXWILER, CHRIS E, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   LINXWILER, CHRIS, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   LINZY, ADDIE R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LINZY, ADDIE R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LIOSI, ALFRED, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   LIOTTA, SAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LIOTTA, SAM, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21069   LIPARULO, ANTHONY, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068   LIPFORD, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LIPFORD, JERALD T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LIPFORD, MARTHA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   LIPFORD, MARTHA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   LIPHAM, BETTY B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LIPINSKI, WALTER, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LIPKINS, RICHARD G, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   LIPMAN, DAVID M, ACHILLES, FRED W, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ADAMO, ALMA, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ADAMS, FRANK, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ADAMS, GEORGE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, AIKEN, HARDY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ALBERSON, JOHN L, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ALLAN, ROBERT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ALLEN, HENRY L, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ALLEN, LAWRENCE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ALLEN, WILLIAM, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ALOISE, DOMENIC J, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, AMATO, DOMENICO, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, AMES, EUGENE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, AMMONS, EARL R, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ANDERSON, EMORY A, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   LIPMAN, DAVID M, ANDERSON, STANLEY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ANDRESEN, JOHN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ARCHER, JOSEPH, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ARNDT, FRED, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ARNER, ANITA, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ARNOLD, LEE W, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ARRIGO, DONALD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ARVIDSON, LEE W, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ASBURY, DONALD J, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ASHER, JAMES, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ASMUS, HENRY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ATTALLIAN, ALVIN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BACH, ALBERT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BADER, BERNARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BALDWIN, ELLIS, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BALDWIN, LEROY V, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BANQUER, ROBERT E, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BARKER, BOB R, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BARTHA, LOUIS, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BARTON, JAMES, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BAUER, RICHARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BEANG, THOMAS, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BECKER, FRANCIS, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BECKER, JOHN H, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BEHM, NORMAN W, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BELL, FRANK, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BELL, MARION, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BELLOW, DAVID, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BENNETT, WAYNE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, BERARDI, JOHN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  LIPMAN, DAVID M, BERGERON, ROBERT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BERTRAND, GEORGE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BIANCHI, PAUL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BIER, IRWIN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BILL, LEONARD E, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BILLIAS, THEODORE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BIZUKA, JOHN M, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BLAIS, DONALD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BLANCHARD, ROBERT F, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BLANTON, ROLLIE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BLEIWEISS, MELVIN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BLEVINS, HARLEY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BLOCK, LAWRENCE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BLUM, HERMAN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BOYLES, JOHN C, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BRADY, EDWIN R, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BRANKER, DONALD A, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BRASBY, WILLIAM H, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BREWIS, ALVIN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BRITTON, GEORGE E, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BROOKS, BUFORD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BROOKS, CHARLES E, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BROWN, GUY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BROWN, SAMUEL L, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BRUCE, ROBERT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BULGER, GEORGE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BUNNER, FORREST, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BURCHETTA, EDWARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BURNETT, JAMES, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BURTON, DAVID, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  LIPMAN, DAVID M, BUSH, HARRY R, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, BYRAM, GERALD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CALDERONE, ANGELO J, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CALDWELL, ROBERT A, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CALLENDER, CARL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CALOIA, EMIL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CAMPEGLIA, FRANK, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CARRICO, EARL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CARROLL, JAMES E, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CARSON, MOZELL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CARTER, LAVETTA, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CARTER, RICHARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CATON, JAMES, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CHANDLER, HARRY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CHRISTIANO, MARTIN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CHURUKIAN, WILLIAM, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CLARK, JOHN M, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, CLYATT, WILLIARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, COLLET, LEONARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, DAILY, ROBERT B, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, DAY, JEREMIAH, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, DEAZEVEDO, PAULO, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, DELUNA, FELIX J, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, DIMAIO, GASPER, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, DORAY, THOMAS, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, DORSEY, EARL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, DOTSON, WILTON C, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, DUGANORMISTON, MAXINE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, DUKAL, HENRY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LIPMAN, DAVID M, EDWARDS, HENRY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LIPMAN, DAVID M, EHLERS, WILLIAM S, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, ELLYSON, WILLARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, FINE, NORMAN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, FLISS, ALBERT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, FONTANA, MATTHEW, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, FOX, JAMES, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, FRALEY, FORREST, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, FULLFORD, GEORGE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GABBARD, STEVEN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GALLAGHER, JAMES, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GALLOWAY, DELBERT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GARLIN, DORA, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GOLD, KENNETH, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GONIA, ARTHUR, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GONZALEZ, RAMON G, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GORMAN, THOMAS, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GORODETZER, ARNOLD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GRACE, JIMMY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GREEN, FRANK H, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GROSS, JOHN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, GUOAN, ERNEST, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, HARTZELL, ABRAHAM, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, HARWOOD, ROLAND, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, HAWKEN, ROBERT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, HAYNES, NORMAN R, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, HAZEL, GEORGE E, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, HEATH, VERNON, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, HEITMANN, FREDERICK, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, HEMENWAY, LAWRENCE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, HENDRICKS, CARROLL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068    LIPMAN, DAVID M, HERNER, JACK, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, HOUGH, CATHERINE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, HOUYOU, JOHN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, HUFF, THOMAS, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, HUGHES, WILLIAM, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, HUNSUCKER, ARCHIE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, HURST, GORDON, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, KENTON, JOSEPH, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, KETCHUM, RUBY M, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, KIDD, HAROLD L, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, KING, HAROLD R, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, KING, ROBERT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, KNOTT, ADOLPHUS A, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, KRAUSE, LEONARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, KUZIEL, EDWARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, LAMPLE, JOHN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, LEHMAN, ORA, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, LICATOVICH, VINCENT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, LOSONCY, JOHN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, LOY, DRAMIA, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, MANBODH, DHANIRAM, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, MARCINKIEWIZ, JOHN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, MASON, WARDELL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, MCCOY, PAUL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, MCGOWAN, MICHAEL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, MCMULLIN, ROBERT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, MESKAUSKAS, ALBIN J, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, METZ, ROBERT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, MILLER, ELMER, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    LIPMAN, DAVID M, MINCEY, THOMAS, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LIPMAN, DAVID M, MORRIS, JAMES, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, MORRIS, PETER, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, MUENCH, MARY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, MURPHY, WANDA, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, MURRAY, ADOLPH, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, MUSSO, JOSEPH, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, MYERS, RICHARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, NEFTELBERG, DAVID, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, OCONNER, JAMES H, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, ORLOSKY, EDWARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, ORMAN, JOHN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, OSBORNE, PAUL Q, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, PAGAN, JOSEPH R, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, PAGE, JAMES, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, PALMIERI, SR, PAUL A, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, PATERSON, JR, ARNOLD W, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, PATTERSON, ROBERT M, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, PAULIS, FREDERIC J, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, PAYNE, GARLIN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, PEABODY, JEROME T, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, PEARSON, STEPHEN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, PENDLETON, ROOSEVELT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, PEREZ, RAUL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, PERKINS, DONALD W, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, RANDAZZO, JOHN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, RICHARDS, WILLIAM H, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, RIEDEL, JAMES S, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, RIEGER, HARRY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, RIKER, CLIFFORD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | LIPMAN, DAVID M, ROBINSON, JR, JOHNNIE F, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   LIPMAN, DAVID M, ROBINSON, LEROY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ROSENCUTTER, JIM, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ROSENFELD, SAMUEL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, RUGGIANO, RALPH, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, RUSSELL, ROBERT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, SAIN, RONALD L, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, SAVARY, ALFRED, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, SCHMIDT, JR, JORGE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, SELLERS, JOHN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, SERENA, JOSEPH, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, SKIDMORE, LARRY J, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, SKLARK, RICHARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, SNEED, STEVE P, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, SORRENTINO, ROBIN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, SPERO, JOE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, STALEY, RONALD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, STEIN, EDWARD L, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, STEINMEYER, LEON W, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, STEVENSON, JACK, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, STRAITWELL, WILLIAM A, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, THOMPSON, JAMES D, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, TIMPANELLI, FRANK, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, TRAHAN, ANDRE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, URESTE, ROBERT, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, VANPELT, LEWELLYS, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, WALKER, JOHN W, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, WARNER, KENARD, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, WEHKING, MICHAEL, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, WELTER, JAMES, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, WHITMORE, DAVID, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

**Svc Lst  Name and Address of Served Party**

21068   LIPMAN, DAVID M, WILLIAMS, CONSTANCE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, WILLIAMS, HOWARD F, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, WILLIAMS, ROBERT C, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, WILLIS, HERMAN, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, WINJUM, MARALEE, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, WRIGHT, DANNY, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, YATES, ROGER, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, YOUNG, ROSA L, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, YOUNGREN, GLEN R, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ZINKAND, FRANCIS L, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMAN, DAVID M, ZITO, ANIELLO, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   LIPMYER, WILLIAM J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LIPNICKI, EDWARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   LIPOVSKY, ALOYSIUS, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21069   LIPP, EUGENE, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

21068   LIPP, EUGENE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LIPPA, CATHERINE A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LIPPERT, CHARLES A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   LIPPERT, LEE F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LIPPERT, LEE F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LIPPETT, COLIN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   LIPPS, CHARLES E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LIPSCOMB, DAVID L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LIPSCOMB, DAVID L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LIPSCOMB, JERRY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LIPSCOMB, JERRY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LIPSCOMB, JR, HENRY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LIPSCOMB, JR, HENRY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LIPSCOMB, KENNETH C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LIPSCOMB, KENNETH C, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   LIPSCOMB, LOIS B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LIPSCOMB, LOIS B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

**Svc Lst  Name and Address of Served Party**

21068  LIPSCOMB, RALPH L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LIPSCOMB, RALPH L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LIPSCOMB, ROSELLE K, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  LIPSCOMB, SHIRLEY F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LIPSCOMB, SHIRLEY F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LIPSCOMB, WAYNE, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  LIPSCOMB, WAYNE, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  LIPSEY, ROBERTA, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  LIPSEY, ROBERTA, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  LIPSITZ, JOHN N, ADAMEC, SR, TERRY L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, ADAMS, ROGER L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, ANDOLINO, JOSEPH, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, ANGELONE, EMMETT P, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, ANGSTADT, RICHARD L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, ARCARISI, RUDOLPH J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, ARTLEY, RONALD J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BALLARD, ROGER W, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BARBER, PAUL, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BARONE, ROBERT A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BAUMAN, DONALD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BECKER, FRANK P, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BENSON, LELAND, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BIENKO, JAMES, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BIGGINS, THOMAS, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BISCHOFF, KARL, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BLACK, ROGER, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BOARD SR, KENNETH W, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BORGSTROM, WILLIAM E, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BOWES, ROBERT J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BROLINSKI, ROBERT, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, BROWN JR, JAMES M, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   **Name and Address of Served Party**

21068   LIPSITZ, JOHN N, BROWNE, PETER A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, BRULE, RALPHFERD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, BRUNNER, DAVID, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, BRYDGES, HARRY, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, BURKA, ROBERT J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, BUROW, SR, RALPH F, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, BUTLER, BLAKE, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CAREY, JOSEPH A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CARLSON, FREDERICK S, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CARTER, SR, FRANKLIN R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CASERO, EMILIO, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CASSIOL, ROBERT, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CATANZARO, VINCENT, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CENTRO, ROBERT W, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CHAIT, GERALD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CHESS, SAM E, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CHRZONOWSKI, RICHARD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CILANO, NICHOLAS R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CLABEAUX, RICHARD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CLEVELAND, ROY W, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, COLANTINO, H R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CONFER, JAMES R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, COOPER, LEONARD L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, COOROS, JAMES J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, COSTANZO, JOSEPOH, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CRAW, KENYON, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CRAWFORD, RICHARD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CUMPSTON, JERRY M, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, CUNNINGHAM, OTIS T, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DAHN, RICHARD W, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   LIPSITZ, JOHN N, DAVIS, ALLEN M, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DAY, LAWRENCE E, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DEBO, DENNIS, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DECLERCK, ROBERT C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DEGEORGE, KENNETH J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DELISLE, PETER A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DEMUN, SHERMAN, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DESITO, MARIO, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DEVINE, OWEN B, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DIBBLE, RONALD I, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DILLEMUTH, SR, FRED, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DIXON, ROBERT F, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DOLCE, GERALD J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DOMBLEWSKI, RAYMOND, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE
        STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DUEMMEL, DAVID, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DURANTE, SALVATORE, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, DYCK, FRANK J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, EMERSON, EUGENE, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, ENSER, JAMES, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, ERTL, DAVID W, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, EZZO, MARTIN L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, FAIELLO, UMBERTO R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, FARABELL, LOUIS D, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, FAULIS, JOHN J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, FETZER, SANFORD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, FIGURA, HENRY, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, FOGAL, BURTON C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, FONDA, HOWARD L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, FRIEDMAN, RICHARD L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, FUCHS, RICHARD J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  LIPSITZ, JOHN N, FUCHS, ROBERT P, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, FUCHS, RONALD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, GALBRAITH, GARY L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, GERARDI, ROBERT A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, GERGELY, FRANK, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, GHIANDONI, GETULIO, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, GILTINAN, MORRIS, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, GOLBA, JACOB C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, GORDON, PAUL, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, GRAHAM, JR, DAVID H, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, GRECO, MICHAEL A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, HARRINGTON, JR, CHARLES G, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, HARTMAN, VINCENT, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, HECHT, MAYNARD J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, HEIMAN, DOUGLAS, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, HENNEMAN, JOHN, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, HILLIKER, ROBERT O, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, HOFMANN, WALTER, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, HOPPEL, RICHARD G, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, HUTH, DANE, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, IZZO, CAROLINE, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, IZZO, JOSEPH A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, JACKSON, DONALD J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, JANUS, JOSEPH A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, JOHNPIER, CHARLES, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, JURZYSTA, HEINRICH J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, KELLER, NORBERT C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, KELLY, DONALD C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, KIEFER, RICHARD W, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, KINEL, SAM, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LIPSITZ, JOHN N, KIRSHLER, WALTER, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, KNOOF, JERRY W, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, KNOPH, JR, JOHN C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, KOGLER, LEO, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, KOWALAK, RAYMOND, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, KRAFFT, GERMAIN G, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, KRESS, EUGENE, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, KREZMIEN, LAWRENCE J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, KUHLS, WILLIAM, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, KULAS, CHESTER H, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, LARMON, FRANCIS H, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, LARSON, WALLACE C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, LASS, DAVID C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, LAVORATO SR, FRANK, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, LAWSON, GRACE A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, LAWSON, JOHN R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, LEACH, JAMES J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, LEBER, THEODORE M, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, LICHTENBERGER, DONALD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21069 | LIPSITZ, JOHN N, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202 |
| 21068 | LIPSITZ, JOHN N, LIVOLSI, SANTO B, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, LONG, JR, EDWARD W, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, LYONS, JR, FRANCIS P, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, LYONS, RONALD J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, MACARI, ORESTE B, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, MAILLET, JOSEPH A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, MANAHER, JAMES, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, MANTIONE, RUSSELL J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, MARTIN, HOWARD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |
| 21068 | LIPSITZ, JOHN N, MARTIN, RAYMOND, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   LIPSITZ, JOHN N, MARZEC, RAYMOND, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MCBRIDE, WILLIAM R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MCCABE, CHARLES J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MCCLEAN, GERALD J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MCGANN, THOMAS, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MCGUIRE, JR, WILLIAM J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MCLAUGHLIN, JOSEPH F, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MCLELLAND, GORDON M, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MELSKI, PATRICK J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MELSKI, WILLIAM P, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MEYER, LESTER F, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MIKULA, WALTER P, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MILLER, DAVID L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MINTZ, JOHN, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MIRABELLA, EUGENE T, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MITRANO, ANDREW, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MOORE, HOWARD J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MOORE, JOHN E, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MORAWSKI, RICHARD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MORELLE, GILBERT, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MOSCOVIC, STEVEN, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MOSHER, WALTER L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MULHOLLAN, CLEAVE E, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MULVIHILL, RICHARD A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, MURZIN, CHARLES, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, NAGY, STEVEN F, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, NASISI, GAETANO, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, NELSON, CHARLES B, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE
        210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, NICOSIA, JOSEPH, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, OBRIEN, JOSEPH J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210,
        BUFFALO, NY, 14202-2410

Svc Lst | Name and Address of Served Party

21068 | LIPSITZ, JOHN N, OLEK, STEVE, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, ONEIL, JOSEPH R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, ONEILL, KEVIN P, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, OPACZEWSKI, RICHARD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, OTTO, RAYMOND J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, OWENS, FLOYD I, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, OWENS, JACK M, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PALADINO, PASQUALE, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PAPAJ, ADAM R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PARNELL, JOHN, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PATTERSON, ROBERT, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PAWELSKI, FLORIAN, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PAZDA, JR, WALTER A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PERSICO, RICHARD V, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PESCHIO, JOHN J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PETITT, RUSSELL J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PFEFFER, EDWIN G, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PFEIFFER, MILTON, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PHELAN, THOMAS J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PHILLIPS, JR, CHARLES H, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PHILLIPS, SAMUEL, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PIECHOWICZ, RICHARD R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PLANT, ROBERT, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PRINCE, RAYMOND, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PSCHIRRER, THOMAS J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, PULCINI, FRANK, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, RABER, ARTHUR J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, RADTKE, CHARLES, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, RAY, HARVEY L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068 | LIPSITZ, JOHN N, RAYMER, FREDERICK H, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

Svc Lst  **Name and Address of Served Party**

21068  LIPSITZ, JOHN N, REBESCHER, RICHARD P, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, REELE, PETER, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, REEVES, RICHARD J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, REICHENBACH, LEWIS, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, REIFORD, SR, CHARLES, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, RICE, DONALD C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, RICE, THEODORE, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, ROBERTS, EDWARD J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, ROGALSKI, SR, TOBIAS J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, ROGERS, JOHN J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, ROSS, FREDERICK J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, ROUSELLE, RAYMOND, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, RUCKDESCHEL, JACK C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, RUHLAND, RUSSELL, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, RYAN, JOHN, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SALAMONE, MICHAEL C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SALAMONE, RICHARD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SALAMONE, VINCENT J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SALVO, SAMUEL M, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SANDY, MITCHELL, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SARGENT, JR, CLYDE, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SCHAEFFER, DANIEL, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SCHROEDER, WILLIAM, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SCOTT, PETER, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SEIBERT, JOHN, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SETTER, DONALD G, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SHARPE, JR, RICHARD E, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SHINE, PATRICK J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SHUMATE, ROBERT J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SIMME, JEROLD A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

Svc Lst  **Name and Address of Served Party**

21068  LIPSITZ, JOHN N, SLOCUM, THOMAS, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SMALLEY, KENNETH W, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SMITH, JR, CHARLES F, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SMITH, KENNETH J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SMITH, MAURICE D, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SMITH, RICHARD A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SNYDER, ROBERT J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SONNEVILLE, ELMER, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SPENCER, ROBERT R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SPENCER, SR, MARTIN D, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SPICER, JAMES R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SPRADA, ROBERT, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, STEPHAN, HAROLD, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, STEVENS, KARMEN, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, STITT, MICHAEL, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, STOCK, DOUGLAS C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, STOCKLOSA, JOSEPH T, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, STROEBEL, GEORGE A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, STRZELCZYK, TERRY, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, STUEBCHEN, JACK R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, STUTZ, ROBERT L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, STYBAK, RICHARD C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SWAIN, KENNETH, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, SZOSTAK, ALEX, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, TAKACS, VIOLA D, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, THURLEY, RICHARD A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, TRENDELL, ALBERT T, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, TRENDELL, CHARLES R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, TURNER, LEAMON, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068  LIPSITZ, JOHN N, TURNER, RONALD J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   LIPSITZ, JOHN N, VANNI, RICHARD J, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, VELIE, WALTER, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, VENTRESCA, ANTONIO, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, VOGEL, FRANK, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, VOLPE, ANGELO F, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, VOORHEES, EDWIN E, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, WAHLSTROM, PAUL A, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, WALLO, JOSEPH L, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, WEISHAAR, DONALD R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, WILLIAMSON, IRA, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, WOSSNER, AUGUST F, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, WROBLEWSKI, DANIEL, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, YANNI, JOHN B, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, YUNKE, ROGER R, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, ZAGARRIGO, SALVATORE, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, ZEDONIS, JOSEPH, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSITZ, JOHN N, ZEMKE, DONALD C, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410

21068   LIPSKI, ROBERT, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   LIPTAK, JR, WILLIAM E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   LIPTROT, BERTAH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LIRETTE, RICHARD E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LIS, JOSEPH W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   LISCO, DOMINIC J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LISEMBY, GREG, BADEN, RICHARD, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   LISEMBY, GREG, BURDO, RICHARD, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   LISEMBY, GREG, BYE, RONALD D, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   LISEMBY, GREG, LANGER, ROBERT, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   LISEMBY, GREG, MOSELEY, JOHN F, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   LISEMBY, GREG, MULLEN, JAMES, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   LISEMBY, GREG, MUSTON, DAVID O, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

**Svc Lst  Name and Address of Served Party**

21068    LISEMBY, GREG, NATE, THOMAS, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068    LISEMBY, GREG, NORMENT, SR, JAMES, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068    LISEMBY, GREG, NORRIS, JAMES, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068    LISEMBY, GREG, OAKES, BETTY, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068    LISEMBY, GREG, SCOTT, MICHAEL V, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068    LISEMBY, GREG, SLUDER, JR, DENNIS, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21069    LISEMBY, GREG, SMITH, ELDO B, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204-2472

21068    LISEMBY, GREG, TUTTLE, WILLARD, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068    LISENBE, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    LISENBE, JOHN, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    LISENBY, LARRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    LISI, MICHAEL, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    LISI, MICHAEL, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068    LISIESKY, ANDREW J, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068    LISIKATOS, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    LISLE, WILLIAM P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    LIST, ELMER V, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    LISTER, DONALD W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    LISTER, JOHN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    LISTER, JOHN H, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    LISTER, LOIS P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    LISTER, TOMMY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    LISTO, JR, LOUIS, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    LISTO, PATSY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    LISTOWSKI, ROBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    LITAWA, EDWARD J, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    LITCHFIELD, ELTON, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    LITCHFIELD, WALTER R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    LITCHFIELD, WALTER R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    LITCHFIELD, WILLIAM, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068    LITES, J B, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    LITES, J B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    LITI, KERRY J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    LITKENHAUS, LOUIS J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Svc Lst  Name and Address of Served Party**

21068  LITKOW, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  LITT, JACK, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068  LITT, RONALD, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068  LITTELL, CHARLES K, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LITTELL, DELCIA B, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  LITTELL, DELCIA B, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  LITTEN, KEITH, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  LITTERAL, HAROLD, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  LITTERAL, HAROLD, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  LITTERAL, THOMAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LITTLE, ALBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LITTLE, ASA C, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  LITTLE, BENNIE J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  LITTLE, BETTY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LITTLE, BETTY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LITTLE, BOOKER T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LITTLE, CHARLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LITTLE, CHRISTINE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LITTLE, CLARENCE T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LITTLE, CLARENCE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LITTLE, CLARENCE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LITTLE, CLOVIS, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  LITTLE, DANIEL H, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  LITTLE, DAVID, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  LITTLE, EARLIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LITTLE, EDWIN N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LITTLE, ELIZABETH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LITTLE, ELIZABETH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LITTLE, ELLIS L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  LITTLE, ELLIS L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LITTLE, ELLIS L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LITTLE, FAY W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LITTLE, GEORGE D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21069  LITTLE, GEORGE, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21068  LITTLE, GERALDEAN P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LITTLE, GERALDEAN P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Svc Lst  Name and Address of Served Party**

21068  LITTLE, HERBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  LITTLE, HORACE G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LITTLE, IDA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LITTLE, IDA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LITTLE, JAMES A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  LITTLE, JAMES L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  LITTLE, JAMES M, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  LITTLE, JAMES W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LITTLE, JAMES, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  LITTLE, JEFF, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  LITTLE, JERRY W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  LITTLE, JERRY W, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  LITTLE, JOHN D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LITTLE, JOHN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LITTLE, JOHN, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  LITTLE, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LITTLE, JR, CLARENCE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LITTLE, JR, CLARENCE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LITTLE, JR, CURTIS, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LITTLE, JR, CURTIS, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LITTLE, JR, JAMES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LITTLE, JR, ROBERT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LITTLE, JR, WARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LITTLE, JR., JACK M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LITTLE, JR., LOVETT, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  LITTLE, JR., LOVETT, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  LITTLE, LARRY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  LITTLE, LARRY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  LITTLE, LARRY, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  LITTLE, LESTER D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LITTLE, LOUIS E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LITTLE, LOUIS E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LITTLE, MINNIE L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  LITTLE, MINNIE L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  LITTLE, MINNIE P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LITTLE, NEVA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LITTLE, RAYMOND, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LITTLE, RICHARD P, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

**Svc Lst  Name and Address of Served Party**

21068  LITTLE, ROBERT D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LITTLE, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LITTLE, ROBERT H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LITTLE, ROBERT H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LITTLE, ROBERT P, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  LITTLE, RONALD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  LITTLE, RONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LITTLE, ROSA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LITTLE, ROSA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LITTLE, ROSIE L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LITTLE, RUBY P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LITTLE, RUBY P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LITTLE, SAMUEL, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  LITTLE, SHIRLEY A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  LITTLE, SR, AMISS W, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  LITTLE, SR, DONNELL L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LITTLE, THOMAS L, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  LITTLE, WALTER T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LITTLE, WILLIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LITTLE, WINFRED B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LITTLEFIELD, EUGENE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LITTLEFIELD, GEORGE L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LITTLEFIELD, JEROME, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  LITTLEFIELD, MARY, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  LITTLEJOHN, FRANKLIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LITTLEJOHN, JOHN J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LITTLEJOHN, VIRL D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LITTLEPAGE, PHILLIP, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  LITTLES, LEWIS J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LITTLETON, ALBERT B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  LITTLETON, ALBERT B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  LITTLETON, BARBARA B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  LITTLETON, BARBARA B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  LITTLETON, BILLY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  LITTLETON, BILLY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LITTLETON, BILLY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  LITTLETON, BOYD W, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   LITTLETON, CARL D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LITTLETON, CARL D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LITTLETON, CLIFFORD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LITTLETON, CLIFFORD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LITTLETON, DONNEL E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LITTLETON, DONNEL E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LITTLETON, DOROTHY A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LITTLETON, DOROTHY A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LITTLETON, ERNEST, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LITTLETON, ERNEST, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LITTLETON, J W, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LITTLETON, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LITTLETON, JR., GEORGE E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LITTLETON, JR., GEORGE E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LITTLETON, LENARD E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LITTLETON, LINDSEY E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LITTLETON, LINDSEY E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LITTLETON, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LITTLETON, SR, ORVILLE D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LITTLETON, VOLLIE J, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   LITTON, CARL W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   LITTON, EDWARD R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   LITTON, JASON L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LITTON, JASON L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LITTON, OTHEL H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   LITTRELL, THOMAS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LIUBAKKA, RICHARD A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LIUZZA, PETER V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LIUZZA, PETER V, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   LIUZZO, DAN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LIVAS, JULIUS G, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LIVATT, PAULINE W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LIVATT, PAULINE W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LIVELY, CARL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LIVELY, DANNY E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   LIVELY, DANNY E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LIVELY, JAMES C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   LIVELY, MARCUS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   LIVELY, QUITMAN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   LIVELY, WILLIAM, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   LIVELY, WILLIAM, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   LIVENGOOD, MORRIS L, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   LIVENGOOD, MORRIS L, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   LIVERMAN, JAMES V, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   LIVERMORE, DONALD C, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   LIVERY, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LIVERY, WILLIAM M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   LIVEZEY, FRED W, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068   LIVICK, SR, IRVIN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   LIVINGOOD, HARRY, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   LIVINGSTON, ALAN, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   LIVINGSTON, ALAN, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   LIVINGSTON, ALLEN, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   LIVINGSTON, CLAUDE E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   LIVINGSTON, CLAUDE E, ROSENTHAL, HARRY J ROSENTHAL, ESQ, 834 WEST CAPITOL STREET, JACKSON, MS, 39203

21068   LIVINGSTON, DAVID, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   LIVINGSTON, EMMA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LIVINGSTON, GARY W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LIVINGSTON, GARY W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LIVINGSTON, GEORGE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LIVINGSTON, JACK F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LIVINGSTON, JACK F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LIVINGSTON, JAMES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LIVINGSTON, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LIVINGSTON, JOSEPH D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LIVINGSTON, JR, JESSIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LIVINGSTON, JR, JESSIE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LIVINGSTON, LLOYD F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LIVINGSTON, PATRICIA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   LIVINGSTON, PATRICIA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   LIVINGSTON, RICHARD, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

Svc Lst  Name and Address of Served Party

21068   LIVINGSTON, RICHARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LIVINGSTON, RUBY I, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LIVINGSTON, SANDRA M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LIVINGSTON, SR, JESSIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LIVINGSTON, SR, JESSIE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LIVINGSTON, SR, M D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LIVINGSTON, SR, VERNON E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LIVINGSTON, WALTER R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LIVINGSTON, WALTER R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LIVINGSTON, WILLIAM R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LIVINGSTON, WILLIAM, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LIVINGSTON, WILLIE B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LIVINGSTON, WILLIE B, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LIVORNESE, LUIGI, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   LIZ MCPEAK, ABBOTT, EDWARD C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ABBOTT, JAMES B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ABBOTT, JR, TOMMIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ABERCROMBIE, RICHARD E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ABEYTA, ROBERT F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ABRAHAM, KERMIT W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ABREGO, JR, SIGIFREDO J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ABSCHNEIDER, JOE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ACHAIN, SR, LOUIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ACOSTA, SR, MANUEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ADAIR, ROBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ADAMS, ARMID D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ADAMS, EARL F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ADAMS, GLYNDELL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ADAMS, JR, JOHN Q, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ADAMS, MAURICE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ADAMS, ROBERT G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  LIZ MCPEAK, ADAMS, SR, MACLOVIO S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ADAMS, WILLIAM T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ADAMS, WILLIE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ADORNO, ANGEL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, AFFOLTER, BEN F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, AGUILAR, CAYETANO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, AGUILAR, FRANK S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, AGUILAR, JR, ALBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, AIKMAN, ROBERT G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, AKERS, HAROLD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALAMEDA, SR, ALBERT G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALBANESE, PETE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALBARADO, JR, JOSE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALBERTI, FREDERICK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALBERTI, JIMMY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALBRECHT, JACK A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALCON, CHARLIE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALDRATE, ERASMO V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALDRIDGE, JAMES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALDRIDGE, LONNIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALEXANDER, CECIL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALEXANDER, CHRISTINE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALEXANDER, LAWRENCE W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALEXANDER, MARGARET, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALEXANDER, MICHAEL W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALEXANDER, ROBERT C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALEXANDER, SR, EARL K, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALEXANDER, SR, JESSE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALEXANDER, SR, SIDNEY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ALFONSO, MANUEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Svc Lst  Name and Address of Served Party**

21068   LIZ MCPEAK, ALFONSO, VICTOR D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ALFORD, LEAMOND V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ALGEE, ALVIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX,
75204-2911

21068   LIZ MCPEAK, ALGIEN, EDMUND, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068   LIZ MCPEAK, ALIRE, PAUL H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX,
75204-2911

21068   LIZ MCPEAK, ALIRES, JUAN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068   LIZ MCPEAK, ALLEN, CORBET E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068   LIZ MCPEAK, ALLEN, DOROTHY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ALLEN, EMMETT M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ALLEN, J C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX,
75204-2911

21068   LIZ MCPEAK, ALLEN, JAMES B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068   LIZ MCPEAK, ALLEN, JR, BARNEY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ALLEN, JR, HOWARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ALLEN, JR, JUDGE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ALLEN, MARION F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068   LIZ MCPEAK, ALLEN, MARVIN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068   LIZ MCPEAK, ALLEN, SR, BILLY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ALLEN, SR, LLOYD H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ALLUMS, II, CHARLIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ALONZO, JOSE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068   LIZ MCPEAK, ALPERS, FRED A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068   LIZ MCPEAK, ALPHA, BERT C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068   LIZ MCPEAK, ALVARADO, JOSE T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ALVARADO, JR, RAFAEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ALVARADO, SR, RUBEN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, AMARO, JOHN S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068   LIZ MCPEAK, AMAYA, ANGEL G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068   LIZ MCPEAK, AMBOREE, CLARENCE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, AMBOREE, JOHN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, AMBROSE, DON E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

Svc Lst  Name and Address of Served Party

21068   LIZ MCPEAK, AMERSON, LEE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANAYA, JR, GREGORIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERSON, ALBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERSON, CHARLES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERSON, CLEAR V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERSON, ELMER R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERSON, ERVIN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERSON, HAROLD S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERSON, JIMMY P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERSON, JOHN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERSON, JOHN S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERSON, LEROY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERSON, MARVIN M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERSON, ROBERT E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDERTON, ROBERT G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDREPONT, PAUL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDREWS, WILLIAM D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDRIES, ANDREW G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDRUS, JOHN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANDRUS, RODNEY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANGELL, MELVIN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANHALT, DELORIES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANHALT, WALTER J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANNIBOLI, SR, LOUIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANSLEY, VIRGIL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANTHONY, ARTHUR L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ANTILL, III, WILLIE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ARAGON, EDWARD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ARAGON, JOSE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ARAGON, VIRGIL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | LIZ MCPEAK, ARBOUR, HUNTER T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARCHULETA, BENERITO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARCHULETA, FRANK F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARCHULETA, ROBERT R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARCHULETA, SOTERO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARCHULETTA, SR, MACK J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARCINIEGA, ERNESTO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARELLANES, NATIVIDAD C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARELLANO, FELIX M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARELLANO, JESUS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARELLANO, RICARDO L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARELLANO, SR, ELMER E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARISMENDEZ, GUADALUPE F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARMIJO, PHILLIP E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARMSTRONG, EDGAR O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARMSTRONG, FLOYD E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARMSTRONG, RICHARD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARNOLD, BOBBY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARNOLD, CHARLES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARNOLD, GEORGE T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARNOLD, LEN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARRAMBIDE, SR, JULIAN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARRINGTON, SR, WILLIAM C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ARRIOLA, JAMES R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ASHBY, LOUIS D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ASHCRAFT, WYATT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ASHFORD, EULIS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ASHFORD, SR., JOHN O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ASHLEY, BILLY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ASHLEY, JR, JOHN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LIZ MCPEAK, ASHLEY, O R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ASHLEY, WILLIAM T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ASHWORTH, CARROL E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ASHWORTH, MAURICE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ATKINS, OTIS L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ATKINSON, JOHN B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ATTAGUILE, JR, FRANK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ATWELL, CLARK N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ATWOOD, HARRY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, AUGUST, VURIES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, AUSMUS, JAMES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, AUSTIN, HERMAN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, AUSTIN, JR, REESE S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, AUSTIN, SR, BERNARD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, AUSTIN, SR, CLYDE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, AUZENNE, ISRAEL J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, AVILA, WILLIAM A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, AVILEZ, PAUL P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, AYALA, CARLOS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, AZLIN, THOMAS A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BAASEN, SR, MILTON E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BACA, JOE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BAEZA, MAGDALENO P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BAEZA, RAMON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BAGGETT, LOUIS D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BAILES, WILLIAM D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BAILEY, CARLOS G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BAILEY, JACK A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BAILEY, JR., JASPER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BAILEY, MAJOR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   LIZ MCPEAK, BAILEY, ODIS C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BAILEY, SR, ALEX L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BAILEY, SR, GAIL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BAILEY, SR, JAMES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BAILEY, WAYNE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BAIN, MARTIN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BAINES, CLEVELAND, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BAKER, NORMAN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BAKER, PAUL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BAKER, RICHARD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BAKER, RUTH M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BALDWIN, CARL E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BALLARD, CAMID L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BALLARD, DEWELL E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BALLARD, FRANKLIN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BALLARD, ROOSEVELT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BALMOS, JR, JAMES G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BANDY, DALE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BANKS, EUGENE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BANKS, HENRY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BANKS, HERMAN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BANKS, LEO L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BANKSTON, GARY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BANKSTON, JOHNNY H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARAK, CHARLES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARAK, SR, LEROY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARB, JR, JOSEPH A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARBE, ROBERT G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARBER, LEON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARELA, CARLOS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

---

21068   LIZ MCPEAK, BARELA, DAMIAN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARFIELD, HINSON M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARGE, ROY A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARLOW, DEZZIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARLOW, JERRY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARLOW, WILLIE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARNABA, PETER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARNES, ARLAN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARNES, ARTHUR M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARNES, JESSE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARNETT, JERREL A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARNETT, ROBERT A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARNEY, JOHN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARNHART, GERALD G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARNHART, RICHARD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARNHILL, DONALD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARNHILL, SR, DOUGLAS L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARR, RONALD W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARRAZA, SR, VICTOR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARREE, ALBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARRERA, MARTIN M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARRETT, EZELL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARRETT, NORMAN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARRETT, SR, VANCE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARRIOS, BENITO A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARRIOS, ERNESTO A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARRIOS, OSCAR S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARTLETT, JR, CLAUDE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BARTON, SR, CARY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BASS, LIGE V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

---

Svc Lst  **Name and Address of Served Party**

21068  LIZ MCPEAK, BATES, JR, ANDREW L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BATES, ROBERT J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BATES, TIM, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BATES, Y D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BATISTE, CLAUDE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BATTEN, J D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BATTISTONI, JR, ORLANDO L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BAUCOM, B E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BAUM, WILLIAM E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BAUMBACH, JOSEPH C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEACH, JR, NORMAN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEACH, WILLIAM D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEALL, O H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEARD, BILLY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEARD, MICKEY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEARD, SR, GARY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEARD, SR, WESLEY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEASLEY, WALLACE T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEATHARD, MAX W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEATY, JR, JOHNNIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEAUFEAUX, MERLE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BECKER, RONALD W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BECKER, SR, JAMES C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BECKHAM, WINSTON H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BECKMAN, JAMES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEDFORD, DAVID R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEDINGFIELD, GLEN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEDINGFIELD, SAMUEL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEEHN, EVERETT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, BEEMAN, DONALD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst  **Name and Address of Served Party**

21068   LIZ MCPEAK, BEERY, LESLIE G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BEESON, ARTHUR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BEJARANO, GEORGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BEJARANO, SR, MARIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELHASEN, JR, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELL, BILLY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELL, DONALD E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELL, EDWARD B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELL, JR, WILLIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELL, LINDA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELL, MELVIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELL, RAYMOND L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELL, SAMUEL J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELL, THOMAS W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELLE, JESSIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELLEGANTE, MARVIN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELMAREZ, DAVID, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELTRAN, JUAN M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BELVILLE, FRANKLIN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BENEFIELD, JAMES M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BENEMON, SIMON I, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BENNETT, A J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BENNETT, CLAUDIS L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BENSON, JAMES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BENTLEY, EDWARD D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BERG, ARCHIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BERGARA, FELIX, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BERGEMANN, JAMES F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BERGER, ERVIN O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BERLANGA, RAYMUNDO G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst   Name and Address of Served Party

---

21068   LIZ MCPEAK, BERNARD, EDWARD C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BERNARD, JR, DAVID, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BERRY, JR, GRADY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BERRY, JR, HENRY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BERT, PIERRE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BERTRAM, JAMES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BESCH, GEORGE W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BESSIRE, JIMMY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BEVERLY, ALFRED J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BEVERLY, JOSEPH J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BEVSEK, CHARLES G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BICKHAM, CLEVELAND H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BIEGE, CLARENCE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BILBREY, JOHN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BILLEY, TEDDY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BISHOP, FLOYD E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BISHOP, GEORGE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BISHOP, JR, BOBBY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BISHOP, WILLIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BISSONNET, ERNEST H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BIVENS, EDGAR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BIVENS, MOSES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BLACK, ALLEN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BLACK, DIAL F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BLACKSTOCK, REX F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BLACKWELL, WILLIAM R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BLAHA, KENNETH W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BLAIR, VERNON F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BLAKENEY, ROY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BLANAR, ALVIN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 LIZ MCPEAK, BLANCO, MARY I, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BLASINGAME, JAMES V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BLAYLOCK, VIRGIL B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BLAZEK, JOHN F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BLEA, FLORENCIO P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BLEA, JUAN P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BLESSING, SR, JOHN T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BLOODWORTH, BRUCE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BLUEMEL, EARL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BLUIETT, SR, T R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOGLE, WILLIAM C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOLTEN, JAMES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOMAN, GARY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOMMER, CHARLES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BONURA, JOSEPH C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOOKER, ROXINE N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOOKER, SR, ALVIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOOKER, WILFORD M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOONE, JR, LEON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOONE, JR, WILLIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOONE, TOMMIE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BORCHARDT, MARVIN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BORDMAN, VERNON M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOREL, CHEVIS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BORREGO, SALVADOR B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOUDREAUX, JR, JOSEPH P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOUDREAUX, RAYMOND, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOULANGER, SR, RICHARD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOURGEOIS, HUBERT P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068 LIZ MCPEAK, BOWER, ALEX V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst  Name and Address of Served Party

---

21068   LIZ MCPEAK, BOWLES, LEO C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BOX, RAYMOND G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BOYD, BOBBY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BOYD, JOHN J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BOYER, LEROY A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRADFORD, O C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRAGAZZI, JR, TONY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRANCH, SR, ALLEN J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRANDON, VERNON H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRANNAN, SR, CLAUDIE F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRANT, JR, FRANK C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRATCHER, ROSCOE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRAUN, EDDIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRAVO, ANTHONY M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRAVO, JOSEPH B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRAY, JR, CECIL E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BREAUX, SR, LEROY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BREEDLOVE, ESQUE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BREGAR, FRANK R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BREUST, GEORGE O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BREWER, JEFF B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BREWER, ROBERT J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRIEDEN, GARY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRIGHT, THOMAS G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRINAC, RICHARD P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRINKLEY, SR, CHARLES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRISCO, BILLY G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRISENO, SR, ROBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BROCK, LEO V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BROCK, SR, JACK L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LIZ MCPEAK, BROCKER, RONALD D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROOKS, EDWARD C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROOKS, ELMER L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROOKS, JAMES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROOKS, JIMMIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROOKS, LESSIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROOKS, MAURICE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROOM, CARL A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROUSSARD, DOROTHY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROUSSARD, JANE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROUSSARD, LEROY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROUSSARD, PETER D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, ALFRED J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, ALFRED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, BILLY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, CLARENCE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, DENNIS W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, EDWIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, FRED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, HOSEA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, HOWARD F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, JAMES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, JOHNNIE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, JR, FRED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, JR, JACK C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, KENNETH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, KERMIT E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, NELSON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, SR, CASH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BROWN, SR, JOE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   LIZ MCPEAK, BROWN, SR, WILLIAM J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BROWN, WILLIAM O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRUBNJAK, ROBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRUMFIELD, JR, HARVEY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRUMLEY, JOE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRUNING, GALE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRYANT, CLAUDE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRYANT, HAVRET, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRYANT, HERSHEL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRYANT, JOHN T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRYANT, MICHAEL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRYANT, RAYMOND C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRYANT, WILLIAM C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BRYCE, GEORGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BUASTAMANTE, JOSE G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BUBNICH, FRANK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BUCKLEY, EARNEST, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BUCKLEY, SR, TONY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BUENO, HAROLD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BUENROSTRO, GUADALUPE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BUILTA, JR, JOHN H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BULANEK, EUGENE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BULLARD, DONALD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BULOT, PATRICK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BURCHETT, CECIL W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BURDICK, SR, CHARLES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BURKE, JORDEN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BURKE, RICHARD G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BURKS, JESSIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, BURNETT, SR, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | LIZ MCPEAK, BURNS, CECIL H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BURNS, ROBERT E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BURRELL, GEORGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BURTON, CLARENCE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BURTON, WALLACE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BUSBY, GENE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BUSBY, GEORGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BUSBY, ROBERT E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BUSH, WILLIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BUSTOS, SR, RICHARD M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BUTCHER, RAYMOND I, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BUTLER, JESSIE F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BUTLER, JOSSIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BUTLER, R D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BUTLER, SR, JIMMIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BUTORAC, NORMAN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BUTTLER, MICHAEL P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BYNUM, CARL W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, BYRD, WILLIE G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, CABALLERO, SALVADOR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, CABRERA, ANTONIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, CABRERA, RENE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, CADE, NATHAN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, CADEHEAD, JR, H V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, CAESAR, WILLIE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, CAGE, FREDERICK L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, CAGLE, CHARLES R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, CALBILLO, ANDREW B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, CALHOUN, WILLIAM C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, CALK, WADE T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

WR Grace PI