**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

| 21068 | LIZ MCPEAK, LISOVICZ, LEONARD P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

21068   LIZ MCPEAK, LISOVICZ, LEONARD P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LITTERELL, CHARLES J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LITTLE, DOYLE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LITTLE, KENNETH A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LITTLE, ROBERT A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LLANES, FELICIANA G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LLANEZ, LUIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LLOYD, KENNETH D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOCK, LESLIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOCKS, PERCY V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOCKWOOD, JR, CHARLES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LODEN, CHARLIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOFTIN, HERBERT R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOFTON, RAYMOND, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LONG, SR, DONALD M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LONGORIA, BERNABE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOOP, DALE G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOPEZ, ALFRED D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOPEZ, CONCEPCION, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOPEZ, JOSE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOPEZ, JR, BERNARDO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOPEZ, RAMIRO B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOPEZ, RAYMOND A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOPEZ, SR, FRANK J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOPEZ, SR, MOISES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOPEZ, SR, SALVADOR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOPEZ, TED T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOREANT, WILEY A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOTT, FREDERICK J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, LOUD, SR, WILBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

WR Grace PI

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | LIZ MCPEAK, LOVATO, MARGARITO A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LOVE, JERRY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LOVE, ODIE F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LOWE, HERMAN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LOWE, LONNIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LOWE, ROBERT G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LOWERY, DALE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LOWRANCE, ARTHUR L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LOYD, ULICA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LOZANO, BERNARDINO A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LOZANO, JESUS N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LOZINSKY, GEORGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUBOJACKY, AUGUST L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUCAS, EUGENE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUCAS, HUGH L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUCAS, ROBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUCERO, GILBERT J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUCERO, JOE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUCERO, MANUEL A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUCKO, MONROE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUERA, SOTERO R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUGO, AGUSTIN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUJAN, LORENZO A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUJAN, RALPH R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUMAN, SR, NOAH R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUNA, E L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUNDEGREEN, PERRY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUNDEGREEN, SR, DON L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUNDY, ANDREW C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUNDY, OTTO J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 21068 | LIZ MCPEAK, LUSTER, ROY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LUTZ, PERRY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LYCKA, ROBERT E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LYLE, SR, ERNEST T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LYNCH, BOBBY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LYNCH, CARL C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, LYONS, ALLEN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MACALUSO, MARCO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MACHANN, LADDIE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MACIAS, CARLOS F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MACIAS, SR, FEDERICO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MACIK, CLARENCE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MACK, ABEL J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MACK, JR, ABE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MACK, PAUL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MADDEN, DANNY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MADDUX, WALTER J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MADEO, JR, GREGORY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MADRID, EARNEST J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MADRID, HENRY G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MADRID, LOUIS G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MAES, BERNABE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MAES, JESSE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MAES, JOE W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MAES, SR, TELESFOR F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MAGALLANES, JUAN F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MAGEE, JOHN M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MAINER, ELEANOR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MAINER, SR, JAMES D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MAIS, JOE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   LIZ MCPEAK, MAJESTIC, JOE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MAJORS, CHESTER L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MALDONADO, ANTONIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MALDONADO, ARCADIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MALDONADO, DOMINGO F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MALDONADO, JR, JAMES G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MALLORY, JAMES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MALONE, RAY F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MALONE, RONALD G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MALONE, SR, EDWARD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MANEMANN, DALE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MANESS, CECIL F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MANN, CHARLES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MANNING, CARL B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MANNING, JAMES T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MANNING, JESSE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MANSFIELD, TINA F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MANSFIELD, TUDOR N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MANZANARES, ED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MANZANARES, JOSE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MANZANARES, JOSEPH A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MANZANARES, ORIS B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MARCHAN, JOE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MARCONTELL, SR, JEFF D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MAREK, GEORGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MAREK, MARVIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MARESH, FRANKIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MARICH, MILAN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MARINER, LAWRENCE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MARK, ARLINGTON B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

| 21068 | LIZ MCPEAK, MARKO, JR, VICTOR F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARKS, JOHN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARKS, SR, HENRY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARKUS, WILLIAM J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARMOLEJO, JUAN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARQUEZ, ANTONIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARQUEZ, SR, EPIFANIO D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARROQUIN, GERONIMO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARROQUIN, RICARDO G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARSHALL, BENJAMIN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARSHALL, BILLY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARSHALL, DON A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARSHALL, MAURICE F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARSHALL, SR, GILBERT S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, BILLIE B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, CHARLES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, CONSTANTINO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, COY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, HAROLD D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, HORACE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, JIMMY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, LLOYD Q, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, ROBERT A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, ROY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, SR, ARREL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, THOMAS M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, V J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, VIRGIL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTIN, VIRGINIA N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

| 21068 | LIZ MCPEAK, MARTINEZ, ADOLFO H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | LIZ MCPEAK, MARTINEZ, ANTHONY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, ARNULFO J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, ARSENIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, ARTURO B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, BEN H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, CATARINO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, GILBERT O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, JAMES M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, JOAQUIN G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, JOE B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, JOE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, JOHN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, JOHN B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, JOSE S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, JR, BALTAZAR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, LEONARD F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, LOUIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, MALLEY I, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, MIGUEL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, RAMON E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, RAUL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, RUDOLPH B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, SR, LUPE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, SR, MACLOVIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARTINEZ, TITO A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MARYLAND, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MASCIOTRA, ADELCHI A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MASSA, JR, FRANK J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MATA, CARLOS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MATHENA, EUGENE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

---

21068   LIZ MCPEAK, MATHEWS, JR, JEFF, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATHEWS, WILLIAM A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATOCHA, TED J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATTES, FRANK G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATTHEWS, AARON A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATTHEWS, DONALD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATTHEWS, HORACE G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATTHEWS, JR, EARL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATTHEWS, M T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATTHEWS, MICHAEL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATTHEWS, WILLIAM, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATULA, IGNAC V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATULA, JOHN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MATULA, LOUIS A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MAULDIN, JOHN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MAURELLO, PETE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MAURO, SAM S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MAYES, BRUCE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MAYES, SR, MARCELLIOUS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MAYFIELD, CLYDE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MAYWALD, JOE W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MAZZA, FRANK A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MCBETH, JOHN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MCBRIDE, RAYMOND A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MCCALL, JR, ROY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MCCANN, JOHN H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MCCAULEY, LONNELL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MCCAWLEY, CHARLES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MCCLAIN, KENNETH W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MCCLELLEN, JOSEPH D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst    Name and Address of Served Party**

21068    LIZ MCPEAK, MCCLOSKY, JOE T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCCOLLAUM, JODIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCCOLLUM, SHIRLEY A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCCOWEN, WALTER J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDADE, WILLIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDANIEL, HOMER M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDEARMAN, JAMES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDEARMONT, HENRY A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDONALD, JAMES C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDONALD, THOMAS E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDONALD, WAYNE S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDOUGAL, JAMES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDOW, DANNY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDOWELL, BOB L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDOWELL, EARNEST T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDOWELL, LAWRENCE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCDUFF, BOBBY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCELROY, FRANKIE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCELWEE, MAURICE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCFAIL, LUTHER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCFARLAND, GEORGE P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCGALIN, KENNETH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCGASKEY, GEORGE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCGHEE, VICKIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCGILVRA, ALVIS E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCGILVRA, PAUL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCGINNIS, HARVEY F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCGOFFIN, ROY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCGOWN, OTTIS L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, MCHENRY, SR, TILLMAN B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | LIZ MCPEAK, MCINTURFF, CLAUDE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCINTYRE, DONALD E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCKAY, DILLARD A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCKEE, HOWARD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCKELVEY, JAMES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCKEY, JOHN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCKNIGHT, JERRY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCKNIGHT, JR, GEORGE V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCKNIGHT, STEPHEN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCLAUGHLIN, MELVIN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCLEAN, LAWRENCE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCLELAND, CHARLEY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCLEMORE, CLARENCE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCLEOD, JAMES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCLEOD, JAMES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCLIN, DELMAR R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCLURE, SAMMY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCMINN, DAVID A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCNEELY, SR, DAN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCNEIL, OTIS L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCNIEL, ALLEN K, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCNULTY, BURTON L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCPHERSON, EUGENE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCQUEEN, TOMMY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCQUILLIAMS, JACK E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCREYNOLDS, HUBERT T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCWASHINGTON, CHARLES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCWHORTER, JACK H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MCWRIGHT, ALBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MEADOR, GARLAND P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

Svc Lst  Name and Address of Served Party

21068  LIZ MCPEAK, MEADOR, KENNETH N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MEADOR, OLLAN F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MEADOWS, JOHN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MEANS, GERALD D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MEANS, JOE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX,
       75204-2911

21068  LIZ MCPEAK, MEASELES, MELVIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MEDINA, EDUARDO S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MEDINA, FRED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
       TX, 75204-2911

21068  LIZ MCPEAK, MEDINA, GEORGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
       TX, 75204-2911

21068  LIZ MCPEAK, MEDINA, JOE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
       TX, 75204-2911

21068  LIZ MCPEAK, MEDINA, LEO P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
       TX, 75204-2911

21068  LIZ MCPEAK, MEDINA, MERCED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
       TX, 75204-2911

21068  LIZ MCPEAK, MEDINA, ROY A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
       TX, 75204-2911

21068  LIZ MCPEAK, MEDINA, RUBEN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
       TX, 75204-2911

21068  LIZ MCPEAK, MEDINA, SR, NIEVES G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MEDLOCK, W G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
       TX, 75204-2911

21068  LIZ MCPEAK, MEHRING, WILLIAM J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MEIXNER, DANIEL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MEKUSH, JOHN P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
       TX, 75204-2911

21068  LIZ MCPEAK, MELENDEZ, JACINTO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MELTON, JERRY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MENCHACA, JOSE I, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MENDEZ, ERNESTO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MENDIOLA, SR, RODOLFO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MENDIVIL, JR, FRANK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MENDOZA, FRANCISCO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MENDOZA, GEORGE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MENDOZA, SR, ERNESTO M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL
       5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MENEFEE, CURTIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MERCADO, III, RALPH R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
       DALLAS, TX, 75204-2911

**Svc Lst  Name and Address of Served Party**

21068   LIZ MCPEAK, MERCADO, VALENTIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MEREDITH, GLENN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MERRYMAN, DARRELL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MESSINA, VICTOR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MESTAS, CONRADO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, METTLEN, RICHARD C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MEYER, CHESTER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MEYER, JR, LOYD A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MEZA, ZENON R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MICHALIK, EDWARD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MICHALIK, VIRGINO E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MICHEL, JUAN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MICHULKA, ALBERT S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MIELKE, RICK A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MIGL, GEORGE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MIKEL, BENNIE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILBURN, SR, RONALD G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILES, KENNARD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILES, SR, GEORGE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILLADGE, ROBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILLER, ALLEN B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILLER, ARTHUR N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILLER, CLARENCE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILLER, DANIEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILLER, GRIMES S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILLER, JOHN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILLER, JR, WILLIE T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILLER, RAYMOND L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILLER, ROY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MILLER, SAM A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | LIZ MCPEAK, MILLIGAN, OSCAR M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MILLIORN, JUANICE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MILLS, BEN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MILLS, CECIL E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MILLS, HERBERT A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MILLS, MILAN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MILLS, VERNON L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MINIEL, JR, FELIPE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MINIX, SR, RAY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MINJARES, JR, F J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MINO, LEONARD G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MINOGUE, GERALD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MINOR, JR, ROBERT C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MIRANDA, HILARIO G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MIRANDA, ROBERTO O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MIRANDA, VICTOR H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MIRE, JOSEPH G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MISIASZEK, JOSEPH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MITCHELL, EARL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MITCHELL, HENRY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MITCHELL, JOHNNY M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MITCHELL, JR, AUSTIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MITCHELL, JR, LONNIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MITCHELL, JR, VADA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MITCHELL, SR, EVERETT O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MITCHELL, T P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MIXON, DENVER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOCHMAN, JAMES R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOCK, SR, DEVORIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MODISETTE, LEON T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

Svc Lst  Name and Address of Served Party

21068  LIZ MCPEAK, MONARES, MARIA A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONDRAGON, BONIFACIO E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONDRAGON, HERMAN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONDRAGON, JOSE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONDRAGON, SR, LLOYD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONDRIK, SR, FRANK J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONETT, WARREN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONMOUTH, LAWRENCE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONNET, HENRY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONROE, SR, RONALD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTALBO, JR, JOSE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTELONGO, ALBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTES, GEORGE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTES, JOSE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTEZ, JUAN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTGOMERY, GEORGE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTGOMERY, JOE B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTGOMERY, JOHN F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTGOMERY, THOMAS D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTIEL, LLOYD V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTIEL, SR, ADOLPH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTOYA, ERNEST, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTOYA, JERRY F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTOYA, JOE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTOYA, JOHN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTOYA, JR, PEDRO J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MONTOYA, SR, ANTHONY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MOODY, JAMES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MOORE, BOBBY M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MOORE, DAVID, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  LIZ MCPEAK, MOORE, DENNIS W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MOORE, ELROY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MOORE, HARRY T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MOORE, III, CLAY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MOORE, JOHNNIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MOORE, JR, JAMES M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MOORE, LESTER J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MOORE, RUTH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MOORE, SR, JOSEPH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MOORE, VERNELL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORA, RICHARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORALES, DOMINGO C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORAVITS, RICHARD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORAW, WILLIAM P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORELAND, LITTLE JOHN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORELAND, SR, LOUIS A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORENO, ARTHUR E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORENO, JR, FEDERICO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORENO, RAMON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORENO, RAYMUNDO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORENO, STANLEY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORGAN, JR, FREDDIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORGAN, LEROY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORGAN, THOMAS E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORRIS, LEON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORRISON, JAMES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORRISON, MILTON E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORRISON, PHILIP M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORROW, ALEX E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, MORROW, ARCHIE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | LIZ MCPEAK, MORROW, CEASAR F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MORSE, JEROME, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MORSE, JOHN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MORTON, BOBBY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MORTON, III, PARLON H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOSES, OTIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOSHER, FREDERICK L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOSLEY, HERBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOSLEY, LENVEL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOSLEY, WILLIAM A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOSS, CARL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOSS, LEONARD G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOTT, CARL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOTT, JR, ISAAC, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOTTU, JR, HENRY M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOYA, DOMINGO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOYA, SR, RUBEN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MOYE, WAYNE F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MUCKLEROY, KENNETH M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MUCKLEROY, SR, REX M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MULHERIN, SR, ROBERT D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MULHERN, ED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MULL, FRANK L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MULLINS, CARL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MUMPHORD, MELVIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MUNOZ, SALVADOR P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MURILLO, RICHARD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MURPHY, JR, CLYDE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MURPHY, ROGER L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, MURRELL, VERNON L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

Svc Lst  Name and Address of Served Party

21068   LIZ MCPEAK, MURRY, LAWRENCE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MUSE, SR, CHARLES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, MYERS, JOHN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
        TX, 75204-2911

21068   LIZ MCPEAK, MYNAR, WILLIAM H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NARANJO, OLEGARIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NASH, CLIFFORD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
        TX, 75204-2911

21068   LIZ MCPEAK, NASH, WILLIAM M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
        TX, 75204-2911

21068   LIZ MCPEAK, NATHANIEL, HOWARD M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NAVA, ERNEST C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
        TX, 75204-2911

21068   LIZ MCPEAK, NAVA, SR, MARGARITO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NEAL, EDDIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX,
        75204-2911

21068   LIZ MCPEAK, NEAL, TORRENCE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NEBHUT, FRANK N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NEILL, ELMER M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
        TX, 75204-2911

21068   LIZ MCPEAK, NEILL, WILLIAM F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
        TX, 75204-2911

21068   LIZ MCPEAK, NELSON, ALBERT X, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NELSON, BENJAMIN S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NELSON, GLYNN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NELSON, JAMES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NELSON, JR, LEE O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NELSON, SR, HENRY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NESMITH, JOHN V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
        TX, 75204-2911

21068   LIZ MCPEAK, NESMITH, WILBURN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NEUMAN, GEORGE S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NEVEDOMSKY, HARRY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NEWCOMB, EDWARD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NEWMAN, CLYDE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NEWSOME, JR, WILLIAM, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NEWTON, CECIL J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
        TX, 75204-2911

21068   LIZ MCPEAK, NEWTON, JESSIE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
        DALLAS, TX, 75204-2911

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   LIZ MCPEAK, NICHOL, JAMES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NICHOLS, DONALD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NICHOLS, MARVIN Q, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NICHOLS, MICHAEL G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NICHOLS, RAYMOND W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NICKELL, LACY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NICOL, ROBERT V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NICOLAIDIS, SR, PETE S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NIEBAUM, JOHN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NIETO, MANUEL S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NIEVES, SR, LAWRENCE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NIGHTINGALE, GEORGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NIXON, WILLIAM H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NOAK, MARCELLA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NOE, OPAL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NOEL, JERRY N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NORMAN, SR, MARSHALL J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NORRELL, HARRY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NORRIS, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NORTH, JESSIE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NORTHCUTT, SR, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NORTON, JACK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NOVAK, JR, JOHN J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NUGENT, NEWELL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NUNEZ, JAMES F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NUNINES, RAY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, NUTTER, LEO E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, OAKLEY, FRANCIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, OATES, WILFORD M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, OATMAN, DON L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst  Name and Address of Served Party

21068  LIZ MCPEAK, OCHOA, SR, JOSE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ODOM, FRANCIS M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ODOM, WILSON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OGG, HARRY P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OGILVIE, ELBERT R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OKELLEY, RICHARD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OKONSKI, WILLIE B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OKORN, RUDOLPH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OLDHAM, LLOYD D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OLGUIN, GILBERT A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OLIPHANT, SR, GORDON A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OLIVAREZ, JESUS B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OLIVER, BOBBY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OLIVER, DALE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OLIVER, DONALD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OLIVER, FLOYD V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OLIVER, JACKIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OLIVER, JAMES F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OLIVER, REGINALD W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OLIVER, SR, AMOS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ONEAL, DON P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ONTIVEROS, BENJAMIN B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OQUINN, IVY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, OQUINN, WILBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ORCHARD, DONALD T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ORDONEZ, LOUIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ORONA, FRANK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ORQUIZ, FRANCISCO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ORREN, JAMES R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, ORRICK, SR, JAMES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 21068 | LIZ MCPEAK, ORSAK, LEONARD F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ORTEGON, ROBERT R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ORTIZ, ANTONIO M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ORTIZ, BENNY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ORTIZ, ELMO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OSBORN, ALFRED L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OSBORNE, ROY F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OTERO, RUDOLFO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OTIS, DONALD I, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OTTO, ELLSWORTH L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OVERTURF, JULIUS C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OWEN, CLIVE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OWENS, CECIL A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OWENS, JAMES F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OWENS, RAY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OWENS, SR, CLYDE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OWENS, SYLVESTER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OWENS, VENARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OWERS, MCCLOY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, OYSTER, GEORGE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PACHECO, FERDINANDO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PACHECO, GEORGE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PACHECO, JUAN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PACHECO, LARRY P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PACHECO, LAZARO C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PACHECO, SR, JOHN P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PACHECO, TONY B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PACHEO, ROBERT C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PACHINO, JR, EUSEBIO J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PACHUCA, DOROTHEA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | LIZ MCPEAK, PACKARD, SR, THOMAS S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PADILLA, FRANCISCO A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PADILLA, JOSE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PADILLA, SR, FRANCISCO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PAGE, LOUIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PAGE, RAYMOND I, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PAGE, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PAGE, SR, JOHN H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PAIGE, WILLIAM D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PALACIO, SR, ROBERTO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PALACIOS, AMADO A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PANIAGUA, JOSE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PANTAZES, NICK P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PAPILLION, OZEYA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PAPISH, ALVIN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARADOWSKI, GERTRUDE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKER, DONALD H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKER, HERSHEL E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKER, JR, BETHEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKER, JR, JAMES N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKER, JR, JOE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKER, JR, WILLIAM D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKHURST, DEAN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKINSON, THOMAS V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKS, CHARLES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKS, DOUGLAS W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKS, GERALD W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKS, JR, WINFIELD S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKS, MARGARET, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARKS, SR, HERMAN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | LIZ MCPEAK, PARNELL, RAYMOND, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARRA, JOSE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARRISH, BOBBY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARSONS, HORACE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARSONS, SR, HERBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARTIN, JOHN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PARTIN, WADE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PATE, WILLIS G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PATE, WINFORD O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PATEK, JAMES M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PATILLO, LYNN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PATINO, PAULITO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PATT, JOSEPH H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PATTERSON, VIRGIL G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PATTILLO, JR, DAVID L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PATTON, ANDREW J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PATTON, II, CARL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PATTY, ALAN F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PAUL, JOE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PAUL, JR, HERMAN M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PAVLICEK, ALFRED J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PAVLIK, JOHN J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PAVLIN, GEORGE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PEEL, THOMAS E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PEITZ, RON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PELLERIN, JOSEPH C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PELT, LEE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PENA, GILBERT M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PENA, JOE G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, PENA, JR, SANTIAGO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

WR Grace PI

Svc Lst  Name and Address of Served Party

21068  LIZ MCPEAK, PENN, HAROLD E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEPPO, SR, CLINTON R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PERCLE, SR, ALBERT J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEREA, FELIBERTO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEREZ, FERNANDO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEREZ, HENRY O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEREZ, JOSE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEREZ, JR, ANTONIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEREZ, JUAN G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEREZ, REYNALDO J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEREZ, SR, REYNALDO G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEREZ, SR, SALVADOR M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEREZ, VICTOR L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PERKO, DONALD G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PERMENTER, SR, SAM L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PERRARD, ROY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PERRY, CHARLIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PERRY, DONALD E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PERRY, JR, HENRY I, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PERRY, LARRY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PERRY, THERESA M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PERRY, TOMMY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PETERS, ALTON X, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PETERS, JAMES R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PETERS, ZEBETEB, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PETTIE, EVERETT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PETTIT, JR, EARNEST, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEVEHOUSE, WILLIAM J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PEVETO, FRANK L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, PFEIFER, SR, EDDIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst  **Name and Address of Served Party**

21068    LIZ MCPEAK, PHELPS, B N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PHELPS, DALE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PHILLIPS, ALOIS M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PHILLIPS, FLOYD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PHILLIPS, FRANK W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PHILLIPS, JIMMIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PHILLIPS, R Q, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PHILLIPS, ZEPHANIAH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PHILPOT, BETTY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PICHA, SR, DAVID E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PICHARDO, PEDRO P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PICKERING, ALTON D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PIERCE, ALBERT E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PIERCE, FRANCES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PIERSALL, RAYMOND G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PIERSON, MARCUS D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PILGRIM, A J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PINCKARD, ERNEST W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PINES, LEONARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PINES, WALTER J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PINKSTON, JR, MONTRAY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PINO, WILLIAM, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PINSON, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PIPES, JOHN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PITTS, THELMA J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PIZANA, ALFREDO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PLASCENCIA, JOE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PLASENCIA, SR, JOHNNY H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, PLUTE, EDWARD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, POBLANO, GUILLERMO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   LIZ MCPEAK, POE, JOHN H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POESNITZSCH, MICHAEL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POGUE, LESLIE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POINTER, BILLY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POINTER, SR, EDWARD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POLK, III, SYLVESTER J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POLK, ROBERT J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POMMIER, ISAAC, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POOLE, ELSIE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POOLE, MATTHEW, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POOLE, PRINCE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POPE, OLAN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POPP, NORBERT B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PORTER, GERALD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PORTER, JAMES G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PORTER, OVID L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PORTER, SR, JAMES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PORTILLOS, JAMES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PORTILLOS, TED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POSTON, JESSE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POTESTIO, BERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POTTER, PAT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POTTS, LEROY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POTTS, SR, ELROY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POULARD, LESTER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POULOS, SYLVESTRO S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POWELL, DONALD M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POWELL, JR, HOWARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POWELL, ROBERT B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POWELL, WILBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   LIZ MCPEAK, POWERS, DENNIS F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POWERS, JAMES H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, POWERS, JR, ROY H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRADO, RANDOLPH C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRATER, JANE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRATER, JR, DOYLE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRATT, GEORGE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PREJEAN, SR, GARY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PREJEAN, WILBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRENDERGAST, JR, PATRICK A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PREWITT, ARTHUR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRIBBLE, GLEN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRICE, CLIFTON R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRICE, JR, ISIAAC, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRICE, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRICE, SR, R C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRINCE, DAVID, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRITZA, GEORGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PROTOKER, FRANK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRUDMONE, FLOYD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRUDMONE, PRESTON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PRUITT, BILLY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PUGH, HARRY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PULIDO, PAUL E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PURSLEY, ROBERT H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PURVIS, ROBERT A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PURYEAR, SHIRLEY A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PUSEDU, JOHNNY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, PYE, MAX A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, QUALLS, RONNIE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LIZ MCPEAK, QUAVE, CLARENCE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, QUAVE, MARLIN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, QUIJAS, EULALIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, QUINNEY, JR, EDWARD D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, QUINTANA, ANDREW J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, QUINTANA, BERNARDO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, QUINTANA, CHARLES R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, QUINTANA, FRED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, QUINTANA, ROBERT J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, QUINTANILLA, ANTONIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RABAGO, HORTENCIA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RADAKOVISH, NICK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RADFORD, BILLY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAGER, OLLIE W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAINS, CECIL A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIRE, ALONZO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, EDUARDO T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, EDWARD G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, JOE F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, JOSE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, JR, JOSE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, MANUEL M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, PETE N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, RAYMOND C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, ROBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, SR, ADOLFO F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, SR, ANTONIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, SR, GENARO D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, SR, JOHN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RAMIREZ, STEVE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

Svc Lst  Name and Address of Served Party

21068   LIZ MCPEAK, RAMIREZ, VICTOR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RAMPA, ARTHUR M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RANDALL, JR, FRANK E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RANDLE, JR, JAMES J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RANDLE, LAVANCE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RANDON, DONALD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RANEY, DOYLE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RANGEL, MIGUEL C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RANGEL, RICHARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RANSOM, ROYAL J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RASBERRY, DONALD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RAY, DONNIE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RAY, ERNEST A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RAY, JIMMY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RAY, JOHN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RAYBURN, DAVID T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RAYBURN, GROVER P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RAYMOND, WILLIS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, READ, JOHN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REAUX, ALBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REBECTOR, RAYFIELD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RECARD, JR, LEO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RECTOR, DAROLD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REDD, SHERMAN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REDDIG, BRIDEWELL S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REDDIN, WILLIE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REED, CHARLES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REED, EDGAR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REED, HARDY B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REED, HOWARD A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst   Name and Address of Served Party

---

21068   LIZ MCPEAK, REED, RICHARD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REED, SYBLE P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REESE, ARLENE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REESE, DAVE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REEVES, JUDITH E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REEVES, SMITHIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REGALADO, RALPH R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REINA, JR, ALFONSO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REININGER, CLARENCE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RELICH, MARK J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RENDON, EDDIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RENDON, JR, LUIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RENDON, RUFINO C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RENDON, SR, FIDENCIO P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RENFRO, HILLMON C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REPP, THOMAS A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RESCH, RICHARD A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REYES, ALEJANDRO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REYES, JR, OSVALDO L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REYES, MARTIN P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REYNA, JR, ALVINO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REYNA, JULIO C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REYNOLDS, CARLEY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REYNOLDS, SR, WILLIAM A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, REZA, CARLOS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RHODES, JAKIE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RHODES, OTTO S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RHODES, SR, HERSCHEL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RHYNE, JOHN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RICE, ARNOLD B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst  **Name and Address of Served Party**

21068  LIZ MCPEAK, RICE, JAMES R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICE, LLOYD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICE, LOUIS G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHARD, WALCO J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHARDS, BOBBY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHARDS, JOSEH L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHARDSON, ALVIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHARDSON, CHARLES M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHARDSON, DENNIS L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHARDSON, JAMES B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHARDSON, JOHNNIE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHARDSON, JR, SHELTON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHARDSON, LESLIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHARDSON, MAC D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHARDSON, SR, FREDERICK B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHERS, CHARLES G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHERS, VICTOR E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHEY, J C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHMOND, ROBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICHTER, SR, JAMES R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICKLEFSEN, MILTON B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICO, ADELA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RICO, SALVADOR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RIDENOUR, NATHANIEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RIDENOUR, VERNON E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RIEDEL, LANE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RIGGS, DAVID E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RIGSBY, RAYMOND E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RINCON, HECTOR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, RING, JIMMY G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Svc Lst  Name and Address of Served Party**

21068   LIZ MCPEAK, RINGO, CECIL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RINGO, ROBERT E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RIPLEY, KENNETH R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RISKE, CURTIS W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RITTER, WALLACE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RIVAS, FIDENCIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RIVAS, JR, LIBRADO M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RIVERA, DANIEL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RIVERA, FAUSTINO G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RIVERA, JOE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RIVERA, PAUL N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RIVERS, ROBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RIZA, W A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBBE, DAVID H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBERSON, GARY A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBERSON, SAMMIE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBERTS, EARNEST, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBERTS, JOHN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBERTS, JOHNNIE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBERTSON, GILFRED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBERTSON, JOYCE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBERTSON, LAVERE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBERTSON, LEO W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBINSON, AUTREY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBINSON, CLIFFORD A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBINSON, DORIS M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBINSON, EDWARD E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBINSON, J D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBINSON, SHIRLEY K, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROBINSON, SR, JOHN O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LIZ MCPEAK, ROBINSON, SR, WILLIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROBINSON, WILL A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROBINSON, WILLIAM, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROBISON, SR, DAVID R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROBLES, ERNERSTO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROBLES, SR, ANTONIO C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROBLES, WILLIAM, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROBUSH, ROBERT G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROCCO, RALPH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROCHA, JOSE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROCHA, PORFIRIO C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODEN, CHARLES M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODMAN, BILLY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, CIPRIANO R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, ELVIRA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, HUMBERTO C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, JOHN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, JR, JOE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, PILAR C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, RAMON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, RAUL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, ROSALIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, SR, FERNANDO R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, SR, JESUS B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, SR, JULIO R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIGUEZ, TIBURCIO B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RODRIQUEZ, ALEJANDRO M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROEBEN, META H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROEBEN, WALTER W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROEDER, ANTON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | LIZ MCPEAK, ROEMPKE, JAMES F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROFF, LEON D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROGERS, HARRY P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROGERS, LAYDELL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROGERS, LOUIS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROGERS, RONALD B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROGERS, SILAS M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROLDAN, ALBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROMAN, JOHN B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROMERO, NASH J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, RONE, JOHN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROQUE, FULGENCIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROQUEMORE, TOMMIE V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROSALES, MANUEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROSBOROUGH, ARTENIA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROSE, VERNON B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROSEMAN, RAY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROSENKRANZ, JOE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROSS, LESLIE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROSS, NORMA I, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROSS, STEVEN J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROST, DENNIS R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROTHWELL, DAVID F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROULY, KENNETH W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROUNSAVILLE, J C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROUNTREE, DORIS E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROUNTREE, JAMES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROUSE, GEORGE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROWAN, SR, FREDDIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ROWELL, HARRELL B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   LIZ MCPEAK, ROY, CHARLEY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROYER, SR, RAYMOND J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, ROYSE, G V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUBAC, JOE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUBIN, FRANCIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUCKER, JACK R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUDY, ROBERT A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUEDA, MAURO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUPP, SR, CARL W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUSH, JACK R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUSS, FRANCIS A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUSSELL, ELLEN J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUSSELL, JIMMIE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUSSELL, MILTON W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUTLEDGE, ELZY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RUTLEDGE, WILLIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RYBERG, RICHARD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, RYMAN, ELMER H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SABANOVICH, GUS L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SABRSULA, TERRY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SADDORIS, PHIL W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAENZ, JESUS G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAENZ, ROMEO M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAGE, JAMES F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAIZON, IMOGENE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SALAS, CARLOS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SALAS, OCTAVIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SALAZAR, ARTURO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SALAZAR, JOSE F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SALAZAR, RAYMOND F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | LIZ MCPEAK, SALAZAR, SR, GILBERT G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SALAZAR, TOBY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SALCEDO, OSCAR P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SALENA, OTTO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SALINAS, ELBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SALINAS, JOSE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SALINAS, JR, TEODORO L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SALINAS, SR, MANUEL A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SALINAS, TRINIDAD G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SAMBRANO, CARLOS O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SAMMON, HURLEY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SAMORA, CLIFFORD A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SAMPLE, JR, EUGENE T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SAMPSON, HOWARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SAMUEL, LARRY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANATA, WILLIAM J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, CARLOS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, ELIBERTO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, FRANCISCO F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, FRANK M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, JR, ANTONIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, JR, BERNARDINO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, JR, REYNOLDO R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, MANUEL N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, RAMIRO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, SR, ANTONIO M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, SR, RAFAEL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, SR, ROBERT G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANCHEZ, THOMAS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SANDBERG, MICHAEL A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   LIZ MCPEAK, SANDERS, BILLY S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANDERS, CARLESTER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANDERS, CECIL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANDERS, JESSE W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANDERS, JR, ROBERT B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANDERS, LEONARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANDERS, TRAVIS W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANDOVAL, EDWARD F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANDOVAL, JR, OCTAVIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANDOVAL, LOUIS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANDOVAL, MARTIN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANDOVAL, RICHARD H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANDOVAL, THOMAS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANFORD, JR, ALEX, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANTEE, LEON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SANTILLI, BEN J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAPP, MARVIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SARABIA, JESUS P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SARPY, LUKE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAUCEDA, HARRY H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAUCEDO, JOSE G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAUERWEIN, DENNIS E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAULSBERRY, BILLY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAUNDERS, JR, CHARLES F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAVELL, EUGENE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAVOY, GRANTSON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SAWA, EDURINO J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SBRUSCH, THOMAS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SCALES, THOMAS H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SCALPH, FLOYD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Svc Lst  Name and Address of Served Party**

21068  LIZ MCPEAK, SCANCARELLO, CHARLES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL
5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCANTLIN, SR, ROBERT T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCARBOROUGH, V C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCARBROUGH, GILBERT A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHARNBERG, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHATTLE, EUGENE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHAVER, ANTHONY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHEXNAIDER, CRAIG, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHIEL, ARTHUR A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHLOTTACH, CHARLES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHNEIDER, EDWIN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHNEIDER, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHNEIDER, SIDNEY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHOBY, JOHN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068  LIZ MCPEAK, SCHOENFELD, JR, DAVID W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL
5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHRADER, SR, GEORGE S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL
5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHREIBER, WELDON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHROETER, GEORGE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHULTE, DONALD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHULTZ, IRVIN K, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068  LIZ MCPEAK, SCHULTZ, PRESTON D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHULTZ, WALTER A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHUMACHER, MILTON D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHUSTER, DONALD W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHUSTER, TEDDY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHWEBEL, JOSEPH M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCHWEINLE, JESSIE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCIARILLO, JAMES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32,
DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCIORTINO, JOE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS,
TX, 75204-2911

21068  LIZ MCPEAK, SCOGGINS, JR, HOWARD W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL
5LB32, DALLAS, TX, 75204-2911

**Svc Lst  Name and Address of Served Party**

21068  LIZ MCPEAK, SCOTT, ABIATHA W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCOTT, DAVID, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCOTT, ELMO R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCOTT, HOLLIS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCOTT, JIMMY T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCROFNE, SR, JOE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCRUGGS, JAMES S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SCRUGGS, LEE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEABOURNE, LEROY A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEALES, FRANKIE P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEBILE, SR, PAUL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEDILLO, SR, PAUL E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEGLER, ANDREW J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEGLER, JOHNNIE G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEGURA, ANTONIO C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEGURA, ROBERT T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEIDLER, JAMES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEIDLER, JOHN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SELLERS, JR, ELDRIDGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SELMAN, GLENN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEMBERA, JR, ADOLPH G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEPULVADO, WANDA M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SERNA, AMOS G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SERNA, SR, SANTOS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SERRANO, ERNEST, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SERRATA, SR, GUILLERMO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SESSION, JR, EDGAR T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SEYMORE, JOHN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SHADE, WILLIAM C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SHAFFER, BOBBIE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Svc Lst  Name and Address of Served Party**

21068   LIZ MCPEAK, SHAFFER, HAROLD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHALAMUNEC, SR, GREGORY F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHANER, GARY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHARBER, ACIE W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHARIF, OMAR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHARP, DALTON G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHARP, HERBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHARP, JAMES O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHARP, JERRY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHARP, ROBERT E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHARP, RONALD A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHARP, RUSSELL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHAVERS, HORACE O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHAW, III, CLAUDE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHEDDAN, GENE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHEETS, GAYLON W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHELTON, C T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHELTON, CLOTIES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHELTON, SR, JERRY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHELTON, TRUMAN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHEPHERD, ELGIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHEPHERD, JAMES F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHEPHERD, SR, BILLY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHEPHERD, SR, EDDIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHEPPARD, ELISHA J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHEPPARD, GLADYS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHERIDAN, JIM D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHERMAN, HERSCHEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHERRILL, BUELL B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, SHERWOOD, VESSIE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    LIZ MCPEAK, SHIPLEY, J T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SHIPMAN, CHARLES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SHIPMAN, DALE K, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SHIPMAN, MARGARET A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SHIVERS, JR, KENNETH L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SHOAF, SR, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SHOEMAKER, SR, ROBERT I, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SHORES, DANNY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SHROCK, SR, BILL A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIAS, HENRY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIEGEL, JR, JOE T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIKES, JAMES D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIKORA, RUBY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SILVA, FRED D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SILVA, JR, JOSE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SILVAS, HENRY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIMIEN, CLIFFORD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIMMONS, ELI, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIMMONS, JONES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIMMS, JIMMY B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIMONS, NOLAN T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIMPLE, KENNETH M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIMPSON, CHESTER F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIMPSON, JAMES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIMPSON, JOSEPH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIMPSON, MAX E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIMPSON, WALTER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIMPSON, WILLIE G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SINGLETONCARR, OMEGA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, SIRLS, BEN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  LIZ MCPEAK, SIRMANS, VERNON L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SISSOM, NOEL T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SISTOS, JR, JESUS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SKINNER, JEFFERSON D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SKRABANEK, SR, VICTOR L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SKRIVANEK, RUDOLPH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SLACK, CECIL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SLATE, RONALD E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SLUDER, VIRGLE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMALL, WAYNE G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMALLWOOD, MARVIN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, ARVIL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, BOBBY G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, CLAUDE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, CLYDE T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, EDDIE W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, EMILE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, EMORY G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, EVENIA E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, GARY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, GENE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, GEORGE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, GRANVILLE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, JEFF, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, JERRY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, JEWEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, JIMMIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, JIMMY K, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, JOHN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SMITH, JR, BUELL W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | LIZ MCPEAK, SMITH, JR, EUGENE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, JR, HAROLD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, JR, JOEL B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, JR, MARVICK I, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, JR, PETER N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, JR, RAYMOND, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, JR, TRAVIS E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, JR, WILLIAM L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, LARRY G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, LEROY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, LLOYD D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, MANUEL F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, MARSHALL J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, ODIS L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, PAUL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, ROBERT M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, ROBERT W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, ROY H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, SR, CHARLES D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, SR, PAUL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, SR, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, SYLVESTER R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, THAD D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, WILEY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SMITH, WILLIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SNEED, SR, MILTON R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SNELGROVE, ALFRED G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SNOWDEN, DON L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SNOWDEN, MAXINE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SNYDER, JACOB F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

Svc Lst  Name and Address of Served Party

21068  LIZ MCPEAK, SNYDER, JR, JOHN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOAPE, J C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOAPE, JESSE W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOLIS, JOHN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOLIS, JOSE G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOLIS, ROEL H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOLIZ, JOSE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOLIZ, NOE F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOLIZ, ROBERTO L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOLOMON, GRANT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SONNEN, RAYMOND F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SONNIER, CLIFFORD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SONNIER, RUSTON J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SORRELL, JACK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOTO, FERNANDO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOTO, SR, JAMES D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOUTHERLAND, GARY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SOWELL, EDDIE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SPAIN, ROBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SPANGLER, HENRY N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SPARKS, JAMES R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SPARKS, LONNIE B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SPARKS, RAYMOND L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SPASIC, DOBRIVOJE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SPAWN, PERCY H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SPEAKER, ELBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SPEAKER, SR, HAMILTON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SPEECH, WILLIE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SPEIER, FELIKS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, SPENCER, FLOYD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | LIZ MCPEAK, SPENCER, SR, ARTURIS I, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SPIESS, JAMES M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SPILLER, HERBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SPILLER, RUDOLPH A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SPINUZZI, DAVID E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SPRADLEY, HERMAN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SPRINGER, GEORGE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SPURGEON, JOHN M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SPURLIN, GROVER C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SQUARE, LEPOLEON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STAGGS, GERALD H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STALLINGS, HAROLD B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STALLWORTH, SR, JAMES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STANALAND, RAYMOND H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STANDLEY, O W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STANDLEY, REUBEN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STANFORD, KENNETH W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STANFORD, SR, JOHN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STANLEY, CHARLES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STANLEY, JR, HARRY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STANLEY, MANASSEH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STANLEY, ORVIL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STANTON, LEON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STARGHILL, HERMAN H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STARKEY, HOWARD W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STARKEY, SHELBY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STARLING, MAVIS D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STARLING, ROBERT H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STARR, SR, WILLIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STATES, JR, PAUL A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

Svc Lst  **Name and Address of Served Party**

21068   LIZ MCPEAK, STEEL, WAYNE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEELE, DWANE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEELY, DENNIS R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEPAN, JOHN M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEPHENS, EDWIN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEPHENS, JAMES D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEPHENS, JR, CARL W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEPHENSON, BARTON L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEPHENSON, RODNEY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEPHENSON, TRUMAN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEPP, JR, THOMAS W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STERNER, FRED L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEVENS, J L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEVENS, JR, J C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEVENS, LAWRENCE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEVENS, PAL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEVENSON, JOHN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEWART, CHARLES N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEWART, EUGENE K, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEWART, GABLE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEWART, GEORGE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEWART, JOHN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEWART, JR, JOHN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEWART, MARVIN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STEWART, SR, NED R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STICH, GEORGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STICKER, MAURICE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STICKLEY, WILLIS E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STIDMAN, DOYLE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, STILL, ROBERT G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LIZ MCPEAK, STINSON, LEON M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STINSON, SR, LEMUEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STOKER, SR, THOMAS W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STOKES, ROY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STONE, CLIFFORD A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STONE, VIRGIL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STOUT, CLYDE W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STOVALL, JR, JOHNNY P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STOVALL, SR, GILFORD T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STOWE, BOBBY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STRATTON, CARL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STREETS, DENZIL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STREETS, DOROTHY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STRICKLAND, JOHN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STROUP, CLARE F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STRUSKA, WILBERT J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STUART, JEFF W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STUBBLEFIELD, SR, EDWIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STUCKEY, JAMES T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, STUPAR, SR, STANLEY F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SUBLETT, WILLIAM R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SULLINGER, FRED W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SULLIVAN, ALFRED F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SULLIVAN, BLAKE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SUMMERS, OTTO R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SUMMERS, SEELEY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SUMMERS, W A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SUNDAY, BOBBY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SVATEK, AUGUST F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SVETLIK, JERRY A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | LIZ MCPEAK, SVOBODA, JOSEPH F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SWANNER, SR, JAMES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SWANSON, DAVID, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SWANSON, JOHN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SWEAT, CURRY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SWEAZIE, JAMES F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SWEENEY, LESLEY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SYKORA, GEORGE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SYMMS, MICHAEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, SZEPESSY, SR, MICHAEL A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAFOYA, ALBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAFOYA, JOSE S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAFOYA, MIKE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAFOYA, RUDY M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAGLIABUE, EDWARD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAMEZ, SR, MARTIN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TANNER, CHARLES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TANNER, JAMES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TARAVELLA, FRANK L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TARAVELLA, JOHN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TARIN, SR, MANUEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TATE, WRAYAL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TATUM, HELEN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAX, PHILIP A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAYLOR, DWIGHT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAYLOR, E T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAYLOR, EDDIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAYLOR, LEROY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAYLOR, MARSHALL C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TAYLOR, ROY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Svc Lst  Name and Address of Served Party**

21068   LIZ MCPEAK, TAYLOR, WAUNSEY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TEDFORD, BURL A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TEEL, DAVID W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TEEL, WILLIAM R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TELLES, THOMAS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TERRELL, JR, BOOKER T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TERRELL, JR, WILLIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TERRELL, LOTTIE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TERRILL, JAMES C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TERRY, CHARLES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TERRY, FELMON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TERRY, JOHN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TERRY, LARRY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TERRY, LOYD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THANE, BILLY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THERIOT, LOUIS A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THIBODEAUX, MARY M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THIBODEAUZ, BERNICE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THIEM, JOHN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THIGPEN, CLARENCE B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THOMAS, BETTY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THOMAS, DOROTHY M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THOMAS, HENRY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THOMAS, JAMES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THOMAS, JOHN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THOMAS, JOSEPH, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THOMAS, JR, EDDIE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THOMAS, JR, NAIFF, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THOMAS, KENNETH R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, THOMAS, LUBERTA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Svc Lst  Name and Address of Served Party**

21068  LIZ MCPEAK, THOMAS, MERRELL R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THOMAS, MYRON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THOMAS, SR, WILSON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THOMAS, WILLIAM R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THOMPSON, ALLEN M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THOMPSON, BUNYAN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THOMPSON, CLAUDE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THOMPSON, ERNEST L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THOMPSON, JOHNNIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THOMPSON, JOSEPH V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THOMPSON, JR, WILLIAM, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THOMPSON, SR, JAMES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THORNBURG, JOHN H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THORNTON, KENNETH H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THORNTON, SR, WILLIAM L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THORP, JERRY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THORP, JOHNNY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THRAILKILL, GROVER L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THURSTON, CHARLES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, THURSTON, HENRY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, TIBBS, JAMES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, TICE, BILLY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, TICHACEK, HAROLD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, TILLERY, E J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, TIMMENS, TERRY N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, TIMMONS, CLYDE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, TIMMONS, DONALD D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, TIMMONS, R V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, TINER, RONALD D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, TINNELL, JAMES W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | LIZ MCPEAK, TIPTON, GEORGE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TODERO, NICK L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOLBERT, BOBBY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOLBERT, LOUISE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOLBERT, PAUL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOLBERT, SR, FREDDIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOLDEN, CHARLES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOLDEN, EARL M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOLLEFSON, WILLIAM R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOLLERSON, ELDON C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOMPLAIT, JAMES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TONNESEN, ROBERT J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOPPING, DANIEL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TORRES, ERNESTO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TORRES, FERMIN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TORRES, GUADALUPE P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TORRES, ISMAEL G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TORRES, JOSE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TORRES, JR, DEMETRIO Z, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TORRES, JR, RUDOLFO P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TORRES, RAYMON E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TORRES, SR, RAYMUNDO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOWNES, BEN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOWNES, ROGER P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOWNSEND, HOWARD H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TOWNSEND, SR, HILLIARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TRAGER, ROY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TRAHAN, MURPHY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TRAHAN, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TRAINER, ARTHUR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

Svc Lst  **Name and Address of Served Party**

21068   LIZ MCPEAK, TRANI, DOMINIC A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRAPPE, JR, WALTER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRAVIS, JR, FRANK H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TREADWAY, CHARLES T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TREAT, J D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TREVINO, AUGUSTIN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TREVINO, GUADALUPE S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TREVINO, JOSE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TREVINO, ONESIMO G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TREVINO, RICHARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRIANA, BENJAMIN R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRIBBLE, RALPH J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRIPPODO, MARY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRISTAN, PAUL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TROPPY, JOHN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRUEBLOOD, RALPH E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRUJILLO, GILBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRUJILLO, HAROLD C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRUJILLO, NARK V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRUJILLO, RALPH T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRUJILLO, TONY R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRUJILLO, WALTER A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRUJILLO, WILFRED A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRUSKA, FRANK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRUSTY, LARRY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TRUSTY, WAYMON D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TUCKER, DAVID L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TUCKER, W A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TULL, JAMES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, TULLOS, GEORGE W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911