Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | LIZ MCPEAK, TULLOUS, JAMES H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TUNAL, JR, WILLIAM C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TUNAL, SR, WILLIE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TUNCHES, JR, RUBEN Q, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TUOMI, WILLIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TURK, ERNEST, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TURK, HENRY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TURNBULL, KENNETH L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TURNER, ATMA L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TURNER, BARRY M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TURNER, JR, PAUL H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TURNER, WILLIAM, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TURNEY, JOSEPH G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TYLER, ELVIE M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TYLER, GEORGE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TYLER, LEO C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TYLER, WALTER E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TYNER, SR, TOMMY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, TYSON, BILLY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, UHEREK, ADOLPH F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, UHR, EUGENE F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, UHRICH, LARRY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ULIBARRI, PEDRO L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, UNDERWOOD, DAVID K, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, UNDERWOOD, JR, JOHN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, UPTON, JILES B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, URPS, LESTER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, URRUTIA, EMILIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VACEK, LOUIE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VACEK, WILMA S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    LIZ MCPEAK, VAIL, LARRY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALADEZ, FRANCISCO M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALANZUELA, JESUS M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALDERRAMA, JESUS M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALDEZ, ARMANDO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALDEZ, BENJAMIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALDEZ, ERNEST, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALDEZ, FRED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALDEZ, JOSEPH T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALDEZ, JR, JOE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALDEZ, JUAN L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALDEZ, MANUEL P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALDEZ, MELITON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALDEZ, RICHARD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALENCIA, HARRY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALENZUELA, JOAQUIN M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALES, JR, LEWIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALLEE, WALTER R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALLEJOS, RICARDO D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VALT, CHARLES D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VANBERGEN, FRANK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VANCE, SR, ANDREW B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VANDERFORD, LONNIE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VANDIVER, SAM, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VANHOUTEN, JOHN B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VANN, SR, ROY H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VANNESS, JOHN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VANNEST, KENNETH E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VARELA, JR, PROSPERO T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068    LIZ MCPEAK, VARELA, ROBERTO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

WR Grace PI

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | LIZ MCPEAK, VARGAS, MATEO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VARGAS, RAYMOND, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VASILESCU, JR, GEORGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VASQUEZ, BALTAZAR, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VASQUEZ, ELISEO R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VASQUEZ, JR, PRIMITIVO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VASQUEZ, RAMON D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VASQUEZ, REFUGIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VASQUEZ, SR, RAYMOND, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VAUGHN, JOHN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VAUGHN, THOMAS E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VAUGHT, JAMES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VAUGHT, JR, SIMMIE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VELA, FERNANDO M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VELASQUEZ, ABEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VELASQUEZ, CANDIDO B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VELASQUEZ, SIMON C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VELEZ, LORETTA S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VERA, SR, PORFIRIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VERNOR, CALVIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VERNOR, GLENN H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VERNOR, WILBURN K, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VERONES, ERASMO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VERRET, MELBA, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VERSTUYFT, JOHN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VICARS, EARL D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VICKERY, SR, LONNIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VIGIL, ANTHONY S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VIGIL, CASSIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VIGIL, FRANKIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | LIZ MCPEAK, VIGIL, JOHN M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VIGIL, JR, FELIX, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VIGIL, LEE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VIGIL, PETE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VIGIL, SR, JOHN B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VIGIL, SR, PAUL J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VIGIL, WALDO O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VILLA, SR, RAYMUNDO V, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VILLAGOMEZ, MAXIMILIANO J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VILLALOBOS, BASILIO S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VILLALVA, LUIS S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VILLANUEVA, BENITO F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VILLARREAL, ARMANDO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VILLARREAL, ERNESTO S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VILLARREAL, JR, NOEL O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VILLARREAL, JR, THOMAS G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VILLEGAS, DON E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VINCENT, CHARLES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VINSON, ALLEN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VIOLA, JOE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VOTAW, JOHN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VRANA, JAMES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, VYVIAL, BERNARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WADDY, SR, ROLAND S, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WADE, BENNY P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WADE, CARROLL B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WADE, SR, AUDRY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WAFER, RUFFIS O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WAGER, FRED L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WAGGONER, WAYNE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | LIZ MCPEAK, WAGNER, WILTON C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WAHLQUIST, WILLIAM M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WAKEFIELD, BILLY O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALDER, JOHNNY F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALDROP, SOLOMON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, ALBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, BILLY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, CHARLES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, CHARLIE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, JOHN B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, JOHN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, JOHNNIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, KATHERINE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, LARRY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, LEON W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, MARTIN J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, SR, PERCY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALKER, SR, WILLIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALLACE, HAROLD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALLACE, JR, ARVILLE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALLACE, SR, GAYLAND F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALSH, BILLY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALTERS, JAMES K, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALTON, DAVIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WALTON, JR, ALFRED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WAMBLE, LAWRENCE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WARD, GERALD D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WARD, JOE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WARD, MARCUS R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WARD, NORMAN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   LIZ MCPEAK, WARD, RONNIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WARD, SR, JAMES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WARE, RICHARD A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WARE, TOMMIE H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WARMACK, WILLIAM E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WARNEKE, HOLLIS D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WARNER, JOHN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WARREN, JASPER M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WARREN, OMER G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WARTELLE, JOHN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WARWICK, DOLORES M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WASHINGTON, GEORGE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WASHINGTON, JR, I W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WATKINS, CHARLIE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WATKINS, JR, MARVIN G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WATSON, ALBERT W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WATSON, AMOS W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WATSON, JR, E M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WATSON, L W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WATSON, SR, ULIS B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WATSON, WAYNE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WATSON, WILLIAM B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WATTS, SR, ROBERT A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WEAR, EARL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WEBB, CHARLES T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WEBB, EARNEST M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WEBB, JAMES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WEBB, JR, LOUIS, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WEBB, ZELVIN P, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WEBER, LAWRENCE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

WR Grace PI

**Svc Lst  Name and Address of Served Party**

21068  LIZ MCPEAK, WECKWERTH, WILBERT W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WEEKS, JR, FRED, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WELCH, JR, WALTER R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WELLER, WALTER R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WELLS, MAVIS E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WELLS, RICHARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WENDEL, BERNARD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WERNECKE, A W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WERNER, JR, ERNEST H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WEST, SR, JIMMY D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WEST, WILBERT O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WEST, WILLARD D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WESTBERRY, JR, JEFF R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WESTBROOK, BILLY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WESTINGHOUSE, LEON A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WESTMORELAND, JR, CALVIN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WESTRUP, HENRY A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WETZEL, GEORGE N, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WEYER, JR, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WHEELER, CLIFFORD G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WHEELER, ELMER E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WHEELER, ROBERT G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WHEELER, SR, JAMES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WHITAKER, GEORGE T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WHITE, CHARLES L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WHITE, GERALD L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WHITE, HARDIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WHITE, HEDLEY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WHITE, JAMES E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068  LIZ MCPEAK, WHITE, JR, JERRY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | LIZ MCPEAK, WHITE, LAWRENCE J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITE, MACK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITE, NOEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITE, RICHARD E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITE, ROBERT O, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITE, RODNEY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITE, SR, ALBERT R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITE, SR, MELRIDGE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITE, TOMMY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITE, WILLIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITEHEAD, LUTHER C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITLEY, ADDIE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITLEY, GRADY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITLEY, RILEY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITMIRE, FREDDIE L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITNEY, WALTER C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITTEN, RONALD J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WHITTON, SR, GLYN C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WIECZOREK, FREDERICK W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WIEDER, SR, FRED J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WIEDNER, JR, ELMON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILBANKS, C W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILBORN, LEO G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILBURN, AARON M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILCOX, SR, JOSEPH E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILEY, EDDIE B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILHITE, CLYDE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILKERSON, SR, L G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILKINS, D G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILKINS, DANIEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | LIZ MCPEAK, WILKINSON, HERSCHEL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLETTE, JR, WILLIAM R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, ALENE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, CLARENCE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, CORNELIUS E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, DON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, DONALD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, EVELYN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, GRELEY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, JIMMIE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, JOSEPH J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, JR, GODFREY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, JR, JAMES, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, JR, ROBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, LAQUATA M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, LOUIS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, LUTHER A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, MARVIN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, NOLAN E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, PAUL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, PERCY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, ROBERT C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, ROBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, ROGER D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, SR, ALBERT J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, SR, CLARENCE A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, SR, DAVID A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, SR, EDWARD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, SR, GEORGE R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LIZ MCPEAK, WILLIAMS, SR, HAROLD E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, SR, HERBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, SR, JAMES J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, SR, ORAN H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, SR, ROBERT C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, SR, ROGER R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, THEODORE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, THOMAS C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, THOMAS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, THOMAS L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, THURMAN W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, VEACHEL E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, WALTER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMS, WILLIAM, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMSON, JAMES D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIAMSON, MILTON G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIS, MONROE E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIS, VERNON A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILLIS, WILMER, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILSON, BEN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILSON, BILLIE C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILSON, CALVERT D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILSON, CLIFFORD R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILSON, DAYTON, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILSON, FLOYD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILSON, FRANK E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILSON, JOHNNY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILSON, JR, WILLIAM R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILSON, LAWRENCE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WILSON, ROBER H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

**Svc Lst  Name and Address of Served Party**

21068   LIZ MCPEAK, WILSON, WALTER E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WILTZ, SR, HARRY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WINFREE, WILBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WINGO, JR, CECIL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WINGO, JR, RAY B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WININGER, JACK E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WINSTEAD, BILL T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WISE, ROBERT A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WITEK, JR, WILLIAM, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WITTIG, I, ALBERT E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOELKE, WALTER J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOLANDER, JERRY E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOLFE, PASKIEL L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOLLE, FRANK, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOMACK, JR, ROY B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOMACK, PRESTON D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOOD, CLAUDE T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOOD, JAMES R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOODARD, JR, KARY L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOODARD, MARY C, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOODS, JAMES R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOODS, JR, ALLEN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOOLEY, JAMES M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WOOLSEY, SR, ROBERT L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WRIGHT, ARNOLD W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WRIGHT, CAROLEE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WRIGHT, ELROY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WRIGHT, JR, HERMAN, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WRIGHT, LILLIE B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

21068   LIZ MCPEAK, WRIGHT, NATHANIEL, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | LIZ MCPEAK, WRIGHT, WAYNE F, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WRIGHT, WILLIAM G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WUERCH, HERBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, WYNNE, BILLY T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YANEZ, ADAN D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YANEZ, PEDRO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YANT, SR, HARRY W, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YATES, JOE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YATES, WILLIAM J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YAWS, SR, ELMER L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YBARBO, CHARLES G, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YEATS, JAMES M, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YNIGEZ, LAWRENCE D, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YNIGEZ, TRINIDAD, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YORK, WILLIAM A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YOUNG, CHARLES A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YOUNG, ELMER J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YOUNG, SR., AUBREY, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, YOUNGER, LORENE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZAK, JOE T, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZALESKY, ALVIN A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZAMARRIPA, LEO R, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZAMORA, SR, AROLDO E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZAPALAC, JESSIELENE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZAPATA, EMETERIO, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZAPATA, JOSE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZAPATA, SANTOS H, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZAVALA, JESUS J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZENO, WILLIAM, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZENON, HERBERT, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | LIZ MCPEAK, ZERFAS, SR, LARRY J, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZERTUCHE, JR, DAVID, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZIBILSKI, RUBY B, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZITTEL, RICHARD A, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZLEBIS, JOSIE, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZWAHR, CHESTER L, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZ MCPEAK, ZWAHR, EDWARD E, SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 |
| 21068 | LIZAKOWSKI, RONALD H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LIZAKOWSKI, RONALD H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LIZAKOWSKI, WALTER E, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465 |
| 21068 | LIZANA, KELLER J, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458 |
| 21068 | LIZANA, KELLER J, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043 |
| 21068 | LIZIK, GLORIA M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | LLANES, MIGUEL A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LLEWELLYN, DONALD R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | LLEWELLYN, JONATHAN L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | LLEWELLYN, REGGIE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | LLEWELLYN, REGGIE, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | LLOVET, JULIO, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010 |
| 21068 | LLOYD, BEN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | LLOYD, CARL E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | LLOYD, CARL E, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | LLOYD, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | LLOYD, CHARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | LLOYD, EDDIE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LLOYD, EVA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | LLOYD, EVA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | LLOYD, GEORGE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LLOYD, HOWARD A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | LLOYD, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LLOYD, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LLOYD, JERRY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | LLOYD, JERRY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | LLOYD, JESSIE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | LLOYD, JESSIE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |

**Svc Lst  Name and Address of Served Party**

21068  LLOYD, JOSEPH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LLOYD, JR, FIELDER B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LLOYD, JR, FIELDER B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LLOYD, JR, RAY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  LLOYD, JR, WILLIAM J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  LLOYD, LANNELL T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LLOYD, LANNELL T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LLOYD, LARRY L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  LLOYD, LEWIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LLOYD, MARGUERITE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LLOYD, MARGUERITE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LLOYD, MARSHALL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LLOYD, MARSHALL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LLOYD, MARY A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LLOYD, MILDRED E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LLOYD, MILDRED E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LLOYD, RALPH N, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LLOYD, RICHARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LLOYD, ROBERT L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LLOYD, ROBERT L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LLOYD, SR, ARNOLD E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  LLOYD, SR, JAMES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LLOYD, WILLIAM E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LOADMAN, RICHARD J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  LOAGUE, NORMAN T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOAGUE, NORMAN T, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  LOAR, FRANK H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOAR, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  LOAR, SR., ROBERT C, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  LOAR, SR., ROBERT C, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  LOBA, RAYMOND F, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068  LOBACH, HENRY, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  LOBB, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOBB, LARRY D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  LOBELLO, JR, THOMAS, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  LOBRUTO, PAUL, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

**Svc Lst  Name and Address of Served Party**

21068  LOCARNO, FRANK J, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  LOCARNO, FRANK J, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  LOCARNO, FRANK, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  LOCARNO, FRANK, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  LOCBIANCO, JOSEPH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LOCHALA, DOUGLAS L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOCHALA, KAREN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOCHE, JOYCELEEN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LOCHE, JOYCELEEN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  LOCHE, JR, MILOUS G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LOCHE, SOLOMON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LOCHE, SOLOMON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  LOCHENOUR, BERNARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOCHER, WILLIAM L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LOCHER, WILLIAM, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068  LOCHER, WILLIAM, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  LOCHLI, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  LOCK, KENNETH, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  LOCK, LOUISE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  LOCKABY, RUBYE S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LOCKABY, RUBYE S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LOCKARD, EARNEST M, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  LOCKARD, LORENZA, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  LOCKE, BARBARA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LOCKE, BARBARA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LOCKE, BENJAMIN, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068  LOCKE, BILLY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOCKE, CATHERINE H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LOCKE, CATHERINE H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LOCKE, CHARLES W, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  LOCKE, CHARLES, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  LOCKE, DUANE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  LOCKE, EDWARD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LOCKE, FLORENCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LOCKE, HOWARD D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | LOCKE, JAMES W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | LOCKE, JAY M, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | LOCKE, JULIAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | LOCKE, ROBERT L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LOCKE, WALTER N, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | LOCKER, HENRY, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |
| 21068 | LOCKER, HENRY, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | LOCKER, PAUL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | LOCKET, BENJAMIN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | LOCKETT, ADA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | LOCKETT, ALICE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | LOCKETT, ALICE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | LOCKETT, ALLISON L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | LOCKETT, ALLISON L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | LOCKETT, BARRY G, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | LOCKETT, BOBBY G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LOCKETT, BOBBY G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LOCKETT, CHARLIE, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920 |
| 21068 | LOCKETT, EARL F, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | LOCKETT, JOHNNIE D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | LOCKETT, JOHNNIE D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | LOCKETT, JR, FRANK, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | LOCKETT, L C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | LOCKETT, L. T, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | LOCKETT, LIZZIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | LOCKETT, LLOYD G, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | LOCKETT, LUCILLE D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | LOCKETT, PINKNEY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | LOCKETT, VERNON, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | LOCKETT, WILFRED, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | LOCKETTE, NETTIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | LOCKETTE, NETTIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21069 | LOCKHART, BENJAMIN L, GORDON MYERS, 727 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | LOCKHART, BENJAMIN L, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |

Svc Lst  Name and Address of Served Party

21069  LOCKHART, BENJAMIN L, MS MUNICIPAL COURT MOSS POINT MUNICIPALITY, HON JIM DAVIS HULL, 4900 MAIN ST, MOSS POINT, MS, 39563-2735

21068  LOCKHART, BENJAMIN L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069  LOCKHART, BENJAMIN L, THE LAW FIRM OF WM WILSON, JR, 2506 LAKELAND DRIVE, SUITE 500, P O DRAWER 16689, JACKSON, MS, 39236

21068  LOCKHART, BENNY, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  LOCKHART, BENNY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LOCKHART, CAROLYN K, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LOCKHART, CHESTER G, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068  LOCKHART, CHESTER G, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  LOCKHART, CLEFSTON, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LOCKHART, CLEFSTON, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LOCKHART, DANNY L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  LOCKHART, E J, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  LOCKHART, EARL M, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068  LOCKHART, EDGAR, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  LOCKHART, EDGAR, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068  LOCKHART, EMMETT, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  LOCKHART, GEORGE F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LOCKHART, GORDON S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOCKHART, JOHN, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069  LOCKHART, JOSEPH T, THE LAW FIRM OF MICHAEL GALLIGAN, THE PLAZA, SUITE 5, 300 WALNUT STREET, DES MOINES, IA, 50309

21069  LOCKHART, JOSEPH T, WEHR BERGER, 326 WEST THIRD STREET, SUITE 900, DAVENPORT, IA, 52801

21068  LOCKHART, JR, SYLVESTER, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LOCKHART, OTIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LOCKHART, PRESTON, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LOCKHART, PRESTON, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LOCKHART, RAYMOND, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOCKHART, ROBERT G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LOCKHART, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LOCKHART, SOLOMON S, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LOCKHART, WALTER E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LOCKHART, WILLIE H, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068  LOCKHEART, ML, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LOCKHEART, ML, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  LOCKIEC, EDWARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069  LOCKITSKY, LEO E, LAW OFFICE OF POWELL & MINEHART, PC, 1923 WELSH RD, PHILADELPHIA, PA, 19115-4659

Svc Lst  Name and Address of Served Party

---

21069  LOCKITSKY, LEO E, LAW OFFICE OF POWELL & MINEHART, PC, 7600 CASTOR AVE, PHILADELPHIA, PA, 19152

21068  LOCKLEAR, JR, WILLIAM T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LOCKLER, JERRY L, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068  LOCKLER, JERRY L, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  LOCKLEY, LARRY J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  LOCKLIN, JAMES L, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  LOCKLIN, SCOTT, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  LOCKMAN, ALEXANDER, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LOCKMAN, RICHARD J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LOCKRIDGE, BETH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LOCKRIDGE, JASON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  LOCKRIDGE, WILLIAM R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOCKRIDGE, WILLIAM R, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  LOCKWITZ, III, JOHN A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  LOCKWOOD, JOSEPH, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  LOCKWOOD, MILO, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  LOCKWOOD, ROBERT, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21069  LOCKWOOD, W D, STEPHENSON THOMPSON, 712 DIVISION STREET, ORANGE, TX, 77631

21069  LOCKWOOD, WILLIAM D, STEPHENSON THOMPSON, 712 DIVISION STREET, ORANGE, TX, 77631

21068  LOCURTO, SALVATORE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  LODAR, MILTON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LODEN, BILLY G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LODEN, THOMAS E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LODEN, THOMAS E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LODHOLZ, JOHN K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LOEBLER, ERWIN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOEBLER, ERWIN L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  LOECHNER, HORST G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOEHR, HENRY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  LOEHRKE, RONALD P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOENING, WILLIAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  LOESCH, RICHARD, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068  LOFFLER, RICHARD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   LOFGREN, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LOFLAND, KENNETH R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LOFLAND, RICHARD E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   LOFLIN, DANIEL M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LOFLIN, DANIEL M, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   LOFLIN, DONALD, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   LOFLIN, DONALD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LOFLIN, GRADY W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LOFLIN, GRADY W, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   LOFTEN, STELLA I, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LOFTEN, STELLA I, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21069   LOFTIN LAMBETH, ERNIE LAVONNE, MILLS, TIMMONS, PO BOX 1784, SHREVEPORT, LA, 71166

21068   LOFTIN, ANDREW J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOFTIN, ARTHUR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOFTIN, ARTHUR, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   LOFTIN, BERNARD, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LOFTIN, BONNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LOFTIN, CARROL, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   LOFTIN, HAROLD, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   LOFTIN, JR, EARL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOFTIN, JR, EARL E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   LOFTIN, LAURA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   LOFTIN, MICHAEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LOFTIN, MICHAEL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LOFTIN, THOMAS W, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   LOFTIN, THOMAS W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LOFTIN, THOMAS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LOFTIS, JACK, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LOFTIS, JAMES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOFTIS, JAMES R, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   LOFTIS, JOHN C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LOFTIS, JOHN C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LOFTIS, PAUL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   LOFTON, BILLY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LOFTON, DAISY, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   LOFTON, DAVID A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst  Name and Address of Served Party

21068  LOFTON, DAVID A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  LOFTON, EARNEST G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069  LOFTON, EARNEST R, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425

21068  LOFTON, EDDIE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LOFTON, EDDIE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LOFTON, GLORIA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LOFTON, GRADY L, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  LOFTON, JACK J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  LOFTON, JOHNNY, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  LOFTON, JOHNNY, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  LOFTON, LORENE, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068  LOFTON, LORENE, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068  LOFTON, MACK A, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LOFTON, MACK A, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LOFTON, MATTIE G, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LOFTON, MATTIE G, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LOFTON, R C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LOFTON, R C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LOFTON, ROBERT C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOFTON, ROGER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOFTON, ROY H, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LOFTON, ROY H, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LOFTON, WILLIAM F, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LOFTON, WILLIAM F, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  LOFTONBERRY, OLLIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LOFTONBERRY, OLLIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LOFTUS, SR, MARTIN E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  LOGAN, ANNIE F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOGAN, BRYCE N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOGAN, CHARLES C, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  LOGAN, CURTIS O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOGAN, CURTIS, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  LOGAN, CURTIS, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  LOGAN, DOROTHY J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LOGAN, DOROTHY J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LOGAN, FORREST G, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  LOGAN, FRED L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  LOGAN, GLEN B, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   LOGAN, HARLAND, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   LOGAN, HAROLD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOGAN, HAZEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LOGAN, HAZEL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LOGAN, HOWARD H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LOGAN, ITHAMAR J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LOGAN, JAKE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   LOGAN, JAMES L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LOGAN, JAMES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   LOGAN, JANIE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   LOGAN, JR, NATHAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LOGAN, JR, RICHARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069   LOGAN, JR, ROBERT, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068   LOGAN, JR, WILLIAM B, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   LOGAN, JR., JAMES C, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LOGAN, KENNETH L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LOGAN, LUTHER E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069   LOGAN, LYLE, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

21068   LOGAN, MARK, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   LOGAN, MARY K, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   LOGAN, MARY K, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   LOGAN, MARY P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LOGAN, MARY P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LOGAN, OTIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LOGAN, OTIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LOGAN, RAYMOND, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LOGAN, RAYMOND, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LOGAN, RAYMOND, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069   LOGAN, RICHARD F, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

21068   LOGAN, ROBERT R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOGAN, ROBERT, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   LOGAN, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LOGAN, ROBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LOGAN, ROGER D, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   LOGAN, SAMUEL O, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LOGAN, SR, JAMES C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  LOGAN, TONY R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LOGAN, WILBUR, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069  LOGAN, WILLIAM D, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

21068  LOGAN, WILLIAM M, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068  LOGAZA, MICHAEL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  LOGGINS, GEORGE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LOGGINS, GEORGE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOGGINS, GEORGE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LOGGINS, JERRY O, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068  LOGGINS, JR, GEORGE R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOGGINS, JR, WILLIAM C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOGGINS, MOSES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LOGGINS, PAUL A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LOGHRY, JOSEPH J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOGSDON, EARL I, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOGSDON, JR, LONNIE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  LOGUE, CHARLES P, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  LOGUE, CLARENCE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  LOGUE, TERRY G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069  LOGWOOD, WILLIAM T, MONTGOMERY, TWIBELL, UPP & GREENE, 901 ST LOUIS STREET, SUITE 601, SPRINGFIELD, MO, 65806

21068  LOGWOOD, WILLIAM T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOHAN, RICHARD E, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  LOHNES, DAVID, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068  LOHR, CLAIR W, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  LOHR, HAROLD R, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  LOHR, LLOYD H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LOHRY, CLAIR, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  LOHRY, CLAIR, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LOHRY, WILLIAM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LOIACANO, SAM S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOIZOS, JOHN, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  LOLLAR, DAVID H, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  LOLLAR, DAVID H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOLLAR, DAVID H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LOLLAR, HARDY A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Svc Lst  Name and Address of Served Party**

21068   LOLLAR, MARY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LOLLAR, VIRGIE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   LOLLAR, WILLIAM T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LOLLER, CHARLES, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   LOLLIS, OLIVER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LOLLIS, WILLIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOLLIS, WILLIE L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   LOMAN, HARVEY T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOMAS, PAUL R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   LOMAS, PEDROS M, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   LOMAX, BRENDA W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LOMAX, CHARLES S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LOMAX, DESSIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LOMAX, JAMES M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LOMAX, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   LOMAX, JOHNNY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LOMAX, LYNN N, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LOMAX, RALPH M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   LOMAX, ROBERT L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   LOMAX, STANLEY N, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LOMAX, TALMUS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LOMAX, TALMUS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LOMAX, THOMAS E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LOMBARD, FRANK L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   LOMBARDI, GEORGE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   LOMBARDI, JOSEPH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LOMBARDI, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   LOMBARDI, THOMAS, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21069   LOMBARDO, ANTHONY J, LACKEY, NUSBAUM, HARRIS, REMY, ET AL, TWO MARINE PLAZA, THIRD FLOOR, TOLEDO, OH, 43604

21068   LOMBARDO, ANTHONY J, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   LOMBARDO, ELAINE R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LOMBARDO, ELAINE R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LOMBARDO, GERALD A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LOMBARDO, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LOMBAS, SR, GEORGE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LONCALA, DONALD N, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LONCON, RAY J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LONDON, CHRIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

Svc Lst  Name and Address of Served Party

21068  LONDON, JOHN H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LONDON, JULIUS, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068  LONDON, ROY H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LONDON, ROY H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LONDON, SAMMIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LONDON, SPENCE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  LONDON, WILLIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LONDON, WILLIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LONERGAN, GEORGE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  LONETTO, RALPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LONG, ALFRED M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LONG, ALFRED M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LONG, ALFRED W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LONG, ALFRED, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  LONG, ALFRED, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  LONG, BERNARD E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LONG, BILLY O, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068  LONG, BILLY O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LONG, BILLY V, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  LONG, BILLY W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LONG, BOB G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LONG, BUDDY NEAL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  LONG, BUDDY NEAL, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  LONG, CARL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LONG, CECIL L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LONG, CHARLES A, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  LONG, CHARLES A, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  LONG, CHARLES E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  LONG, CHARLES G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LONG, CHARLES L, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  LONG, CHARLES R, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  LONG, CHARLES R, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  LONG, CLARENCE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LONG, CLARENCE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LONG, DAVID A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LONG, DAVID A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

Svc Lst  **Name and Address of Served Party**

| 21068 | LONG, DAVID A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LONG, DAVID L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LONG, DAVID L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LONG, DEWEY C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | LONG, EDDY L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | LONG, ELLIS, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608 |
| 21068 | LONG, EMIL R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LONG, EMIL R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LONG, EMMETT J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LONG, EMMETT J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LONG, EUGENE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LONG, EVERLENA K, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | LONG, EVERLENA K, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | LONG, GARY F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LONG, GARY F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LONG, GARY L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | LONG, GARY T, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | LONG, GARY W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LONG, GARY W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LONG, GERALD T, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | LONG, HARRY B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | LONG, HATTIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | LONG, HELEN M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | LONG, HELEN M, RICHARD F PATE & ASSOCIATES PC, PO DRAWER 1308, 56-58 S CONCEPTION ST, MOBILE, AL, 36633 |
| 21068 | LONG, HORACE L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | LONG, HUEY P, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | LONG, IRVING, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | LONG, JAMES B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | LONG, JAMES B, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | LONG, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LONG, JAMES E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | LONG, JAMES E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | LONG, JAMES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LONG, JAMES P, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | LONG, JAMES R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   LONG, JAMES R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LONG, JAMES T, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LONG, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LONG, JERRY E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LONG, JESSE D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LONG, JESSE D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LONG, JESSE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LONG, JESSIE B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LONG, JOAN, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LONG, JOAN, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LONG, JOE W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LONG, JOE W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LONG, JOHN E, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068   LONG, JOHN H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LONG, JOHN H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LONG, JOHN L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   LONG, JOHN P, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   LONG, JOHN W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LONG, JOSEPH L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LONG, JOSEPH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LONG, JR, ALBERT J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   LONG, JR, RAYMOND W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   LONG, JR, RAYMOND W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   LONG, JR., EDWARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   LONG, JR., LESLIE, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   LONG, JUANITA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LONG, JULIAN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LONG, KERMIT, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   LONG, LARRY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21069   LONG, LEONARD, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266

21069   LONG, LEONARD, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309

21068   LONG, LEONARD, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   LONG, LILLIAN P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LONG, LIZZIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   LONG, LUCILLE S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LONG, LUCILLE S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LONG, MARTHA E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LONG, MARTHA E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LONG, MARY M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LONG, MELVIN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LONG, MERNA B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | LONG, MERNA B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | LONG, NELDA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | LONG, NELDA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | LONG, ORVILLE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LONG, ORVILLE C, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246 |
| 21068 | LONG, PAUL A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | LONG, PAUL A, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21069 | LONG, PAUL, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757 |
| 21068 | LONG, RAYMOND M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | LONG, RENON M, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | LONG, RICE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LONG, RICHARD A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LONG, RICHARD A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LONG, ROBERT D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | LONG, ROBERT, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | LONG, ROGER A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LONG, RONALD C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | LONG, RONALD R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LONG, RONALD R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LONG, RONALD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | LONG, RUBY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | LONG, RUBY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | LONG, SAM C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LONG, SAM C, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702 |
| 21068 | LONG, SHELBY M, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902 |
| 21068 | LONG, SHELBY M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | LONG, SR, CURTIS D, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920 |
| 21068 | LONG, SR, ERNEST G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | LONG, SR, JAMES B, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | LONG, SR, THOMAS B, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | LONG, STANTON, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | LONG, SYLVIA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | LONG, TEDDY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | LONG, TEDDY D, STANTON & SORENSEN, 22 N 3RD ST, CLEAR LAKE, IA, 50428-1811 |
| 21069 | LONG, THOMAS C, TIMBY & DILLON P C, PO BOX 99, 330 S STATE STREET, NEWTOWN, PA, 18940 |
| 21068 | LONG, TOMMIE D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |

Svc Lst  **Name and Address of Served Party**

21068  LONG, TOMMY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LONG, VESTER L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LONG, VICTOR L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LONG, VIRGIL P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LONG, WILLIAM E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LONG, WILLIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LONG, WILLIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LONGAPHY, CECIL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  LONGMIRE, ERSKINE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  LONGMIRE, ERSKINE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LONGMIRE, ERSKINE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LONGMIRE, LARRY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LONGMIRE, RALPH B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LONGMIRE, RALPH B, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  LONGMIRE, ROBERT C, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  LONGMIRE, SR, ROYCE E, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  LONGMIRE, SR, ROYCE E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LONGMIRE, WILLIAM G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LONGMIRE, WILLIAM G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LONGMIRE, WILLIE C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  LONGMIRE, WILLIE C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LONGMIRE, WILLIE C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069  LONGO, HARRY F, WHYLAND & RICHMOND, LLP, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068  LONGO, JOSEPH N, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LONGO, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  LONGO, JR, FRANK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  LONGO, WILLIAM, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  LONGONI, JOHN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069  LONGORIA (DECEASED), AGUINALDO, ALICIA LONGORIA, 5722 CRESTFORD, CORPUS CHRISTI, TX, 78415

21069  LONGORIA, HOMERO O, THE GALLAGHER LAW FIRM, RUSSELL SARAFIN, 777 WALKER  STE 2500, HOUSTON, TX, 77002

21068  LONGORIA, JOSE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LONGORIA, OSCAR, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068  LONGORIA, ROBERT M, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

Svc Lst  Name and Address of Served Party

21068  LONGSDON, JOHN F, RATINER, REYES & O'SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  LONGSHORE, JR, SAMUEL, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  LONGSHORE, WILLIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LONGSTREET, ROBERT L, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068  LONGUEPEE, DONALD R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  LONKOSKI, JAMES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LONNEBERG, ERNESTINE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LONNETT, RAYMOND V, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LONZANO, BEN, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  LONZO, WALLACE W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  LOOFT, EDWARD J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  LOOMAN, ROBERT, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  LOOMAN, ROBERT, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  LOONEY, GROVER, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LOONEY, GROVER, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LOONEY, HENRY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LOONEY, JAMES G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOONEY, LARRY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOONEY, MELVIN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOONEY, WILLIAM A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069  LOOS, ALLEN W, THE LAW FIRM OF MICHAEL GALLIGAN, THE PLAZA, SUITE 5, 300 WALNUT STREET, DES MOINES, IA, 50309

21069  LOOS, ALLEN W, WALKER & WYLDER, LTD, 207 W JEFFERSON ST, BLOOMINGTON, IL, 61701

21069  LOOS, ALLEN W, WEHR BERGER, 326 WEST THIRD STREET, SUITE 900, DAVENPORT, IA, 52801

21068  LOOSVELDT, JR, RAYMOND L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOPARRINO, ALFRED, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  LOPAZANSKI, MICHAEL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  LOPE, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOPER, HANCE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LOPER, HANCE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  LOPER, JUSTIN D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LOPER, MARINDA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LOPER, MARINDA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LOPER, NELL J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LOPER, NELL J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  LOPER, REX E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  LOPETRONE, JOHN B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOPETRONE, JOHN B, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  LOPEZ, ALEJANDRINO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LOPEZ, ALFONSO T, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  LOPEZ, ALFONSO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  LOPEZ, ANTANACIO, THE GALLAGHER LAW FIRM, RUSSELL SARAFIN, 777 WALKER  STE 2500, HOUSTON, TX, 77002

21068  LOPEZ, AUGUSTIN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LOPEZ, CARLOS S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOPEZ, CLAUDE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  LOPEZ, DOMINGO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LOPEZ, EDWARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOPEZ, EDWARD, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  LOPEZ, EDWARDO M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOPEZ, ELIAS J, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  LOPEZ, EMERITO, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  LOPEZ, FRANCISCO R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LOPEZ, FRANCISCO S, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  LOPEZ, FRANK M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOPEZ, FRANK M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  LOPEZ, GREGORIO M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOPEZ, IGNACIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOPEZ, JESSE G, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  LOPEZ, JESUS A, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068  LOPEZ, JOE C, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  LOPEZ, JOHN S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOPEZ, JOHN, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  LOPEZ, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LOPEZ, JOHN, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  LOPEZ, JOHNNY R, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  LOPEZ, JOSE H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LOPEZ, JOSE J, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  LOPEZ, JOSEPH R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LOPEZ, JOSEPH R, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069  LOPEZ, JULIAN, ANDERSON & HOWELL, 2029 N 3RD STREET, JACKSONVILLE BEACH, FL, 32250

21068  LOPEZ, JULIAN, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068  LOPEZ, JULIAN, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  LOPEZ, LAZARO M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   LOPEZ, LUIS P, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LOPEZ, MANUEL, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   LOPEZ, OSCAR M, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   LOPEZ, PAULA R, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   LOPEZ, PORFIRIO G, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   LOPEZ, RAUL, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21069   LOPEZ, RICARDO H, 2725 E 10TH ST, OAKLAND, CA, 94605

21068   LOPEZ, RICARDO H, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21068   LOPEZ, RICHARD, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   LOPEZ, ROMAN, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068   LOPEZ, ROMAN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069   LOPEZ, RUFUS, EDDINS & BENNETT LAW FIRM, 4000 TWIN CITY HIGHWAY, PORT ARTHUR, TX, 77640

21068   LOPEZ, SR, BASILIO, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   LOPEZ, VINCENT, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   LOPEZ, VINCENT, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   LOPEZ, YOLANDA F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOPEZ, YOLANDA F, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   LOPILATO, FRANK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   LOPINTO, VINCENT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   LOPREORE, JR, JONNIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   LOPRESTI, ANNETTE A, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   LOPTIEN, CHARLES A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LORANCE, JOANN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LORANGER, RAYMOND, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   LORBIETZKI, ANTHONY, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069   LORD, HERBERT A, CHAMBERLAIN D`AMANDA, TWO STATE ST, ROCHESTER, NY, 14614

21068   LORD, HUBERT W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LORD, JAMES C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LORD, JAMES C, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LORD, MARVIN, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   LORD, MELTON J, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   LORD, RACHEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LORD, RALPH E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LORD, RALPH E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Svc Lst  Name and Address of Served Party**

21068  LORD, STEVEN L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LORD, STEVEN L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LORE, HOWARD, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  LORE, JOSEPH J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  LOREE, DAVID, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  LOREE, DAVID, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOREN, KENNETH R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LORENDO, DAVID B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LORENDO, DAVID B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LORENTI, ELMONDO, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068  LORENZ, ALBERT R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LORENZ, VICTOR, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21069  LORENZEN, ROBERT, ERICKSON & ERICKSON, P A, 3301 DAVIS BLVD,, SUITE 301, NAPLES, FL, 33942

21068  LORENZEN, WILLIAM P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  LORENZINI, EUGENE, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  LORETTE, PERCY J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069  LORI, JOHN, SKLARZ, EARLY & AVALLONE, 700 STATE ST, PO BOX 872, NEW HAVEN, CT, 06508

21068  LORIK, TIBOR, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  LORING, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LORITO, J. A, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  LORMAN, GEORGE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  LORMAND, SR, EDWARD, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068  LORREN, PAUL D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOSCHER, MICHAEL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  LOSCHIAVO, RALPH, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  LOSCO, THOMAS, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068  LOSE, SR, ROBERT C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOSOYA, SEFERINO, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  LOSSE, BERNARD P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOSSE, BERNARD P, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  LOSSIE, RONALD S, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  LOSSIE, RONALD S, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  LOSTETTER, JAMES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LOSTON, JR, ALBERT, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LOSTON, JR, ALBERT, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  LOSTON, WALTER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LOTEMPIO, SALVATORE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  LOTEMPIO, SALVATORE, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068  LOTEMPIO, SALVATORE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOTHARP, CHARLES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOTSCHER, JOSEPH, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  LOTT, BABE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LOTT, BEATRICE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  LOTT, BILLY G, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  LOTT, CORSIE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  LOTT, DONALD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069  LOTT, EARLY, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068  LOTT, EARLY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069  LOTT, EARLY, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068  LOTT, GOODE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LOTT, HARRY E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LOTT, HARVEY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOTT, IRA B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LOTT, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LOTT, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LOTT, JAMES E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  LOTT, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOTT, JR, D D, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  LOTT, JR, D D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOTT, JR, D D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LOTT, JR, EARLY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  LOTT, JR, ROBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOTT, KERMIT C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LOTT, KERMIT C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LOTT, L G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LOTT, LINDA R, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068  LOTT, MARGARET, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068  LOTT, MARGARET, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068  LOTT, MARY H, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  LOTT, MARY H, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  LOTT, MAX S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 LOTT, MAX S, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 LOTT, MCEVELYN, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068 LOTT, MCEVELYN, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068 LOTT, NELSON E, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068 LOTT, NELSON E, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068 LOTT, R C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 LOTT, ROBERT W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 LOTT, SAM L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 LOTT, SR, LEO, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 LOTT, SR, SIDNEY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068 LOTT, VALENE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068 LOTT, VALENE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068 LOTT, VINCENT D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068 LOTTATORE, ANTHONY J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068 LOTTS, NANCY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068 LOUCEK, LAWRENCE J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 LOUDEN, LOUIE A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 LOUDEN, THOMAS J, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068 LOUDERMILK, JR, JAMES E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068 LOUDERMILK, MAYNARD L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068 LOUDERMILK, SR, HENRY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 LOUGH, MORGAN L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068 LOUGHEAD, WILLIAM D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 LOUGHMAN, JACK B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 LOUGHNEY, ANNA, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068 LOUIS JR., HARRY A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 LOUIS, JR, LAWRENCE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068 LOUIS, SR, PAUL, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068 LOUISSAINT, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068 LOUK, VERNON W, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068 LOUK, VERNON W, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068 LOUNDER, RONALD A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069 LOUNDER, RONALD A, ROBERT PEIRCE & ASSOCIATES, ROBERT PEIRCE, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1918

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  LOUNSBERRY, EDWIN E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LOUPE, JR, JOSEPH P, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  LOUPE, PHILLIP I, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  LOUTHAN, EUGENE B, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  LOUVIERE, WILFRED J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOVATO, LAWRENCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  LOVE IV, CHARLES M, FITZWATER, CHARLES, THE MASTERS LAW FIRM LC, 181 SUMMERS ST, CHARLESTON, WV, 25301-2134

21069  LOVE IV, CHARLES M, FOLDEN, WAYNE E, THE MASTERS LAW FIRM LC, 181 SUMMERS ST, CHARLESTON, WV, 25301-2134

21069  LOVE IV, CHARLES M, SCRUGGS, DONALD D, THE MASTERS LAW FIRM LC, 181 SUMMERS ST, CHARLESTON, WV, 25301-2134

21068  LOVE SR., RALPH W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  LOVE, ADAM, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21068  LOVE, ALVIN, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  LOVE, BESSIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LOVE, CARL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LOVE, CLAIR L, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  LOVE, DANIEL F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOVE, ERNEST D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOVE, ERNESTINE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LOVE, FOY E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LOVE, GLEATON W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  LOVE, GLEATON W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  LOVE, HOWARD C, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  LOVE, HOWARD E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  LOVE, JOHN, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965

21069  LOVE, JOSEPH R, HAXBY & SOMERS, 2403 WOODHURST DRIVE, FARIBAULT, MN, 55021-2226

21068  LOVE, JR, LLOYD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOVE, JR, LLOYD W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  LOVE, JR, SIDNEY, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  LOVE, JR., ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LOVE, JR., ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  LOVE, JUDITH M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LOVE, LOUIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LOVE, LYNN M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOVE, MAX, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  LOVE, MITCHELL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LOVE, SETH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOVE, SIMON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  LOVE, SR LLOYD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  LOVE, SR, LLOYD W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  LOVE, SR., OLAS F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOVE, STANFORD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LOVE, THOMAS A, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068  LOVE, WILLIE D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  LOVE, WILLIE G, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LOVEJOY, DENCIL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOVEJOY, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LOVEJOY, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LOVEJOY, ROBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LOVEL, RONALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LOVELACE, ANNIE P, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LOVELACE, ANNIE P, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LOVELACE, CLARA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LOVELACE, CLARA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LOVELACE, CLYDE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LOVELACE, CLYDE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LOVELACE, JOHN C, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  LOVELACE, JOSEPH D, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  LOVELACE, L B, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LOVELACE, MATTIE L, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  LOVELACE, MILTON H, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  LOVELACE, PATRICIA A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LOVELACE, WILBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LOVELADY, DEWEY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LOVELADY, EUGENE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LOVELADY, HUEY R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LOVELADY, J B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOVELADY, JOHN H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LOVELADY, JOHN H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LOVELADY, SALLY, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  LOVELADY, SALLY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOVELADY, WINT V, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LOVELADY, WINT V, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LOVELAND, OTIS M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LOVELAND, SENIADA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Svc Lst  Name and Address of Served Party**

21068   LOVELESS, DAVID R, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   LOVELESS, DELL W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LOVELESS, FRANCIS, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   LOVELESS, FRANCIS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   LOVELESS, HERMAN, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   LOVELESS, HERMAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LOVELESS, HERMAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LOVELESS, KENNETH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LOVELESS, WILLIAM J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LOVELL, JOHN C, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   LOVELL, LAVELLE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   LOVELL, ROBERT L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   LOVELL, ROBERT W, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   LOVELL, RUTH, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   LOVELL, RUTH, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   LOVELY, CLEVELAND, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   LOVELY, CLEVELAND, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   LOVELY, JAMES W, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   LOVELY, JAMES W, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   LOVELY, PAUL K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOVERING, BENNIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LOVERING, KATE E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   LOVERN, ELLIS D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LOVETT, ALICE F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LOVETT, ALICE F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LOVETT, BILLY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LOVETT, BILLY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LOVETT, CARL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LOVETT, CLYDE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LOVETT, DOUGLAS R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   LOVETT, ERVIN W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LOVETT, GEORGE H, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   LOVETT, GEORGE H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LOVETT, GEORGE H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LOVETT, HARDY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

Svc Lst  Name and Address of Served Party

21068   LOVETT, HARDY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LOVETT, HASKEL W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LOVETT, HASKEL W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LOVETT, HEYWARD S, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   LOVETT, HORACE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LOVETT, HORACE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LOVETT, J B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   LOVETT, JACK R, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   LOVETT, JAMES M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   LOVETT, JESSIE S, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   LOVETT, JESSIE S, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   LOVETT, JOEL B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LOVETT, JOHN, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   LOVETT, JOHN, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   LOVETT, MEMPHIS, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   LOVETT, ROBERT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   LOVETT, ROBERT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LOVETT, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LOVETT, ROBERT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   LOVETT, RONALD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   LOVETT, SHIRLEY B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LOVETT, SHIRLEY B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   LOVETT, SR, DOUGLAS R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   LOVETT, TROY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LOVETT, TROY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LOVETT, VENOY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LOVETT, WILLIAM J, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   LOVETT, WILLIAM J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LOVETTE, NORRIS, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   LOVETTE, NORRIS, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   LOVEWELL, GAIL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   LOVEWELL, GAIL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LOVICK, MARY LOU, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   LOVICK, MARY LOU, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   LOVIL, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   LOVIN, THOMAS C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  LOVING, CHRISTEEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LOVING, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LOVING, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LOVING, JR, FRANK E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOVING, ROXIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  LOVINGER, WALTER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  LOVISA, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  LOVNES, MAURICE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  LOVNES, MAURICE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOVOI, FRANK P, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  LOVOY, JOSEPH P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOVVORN, JOHN C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  LOW, ANTHONY, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068  LOW, PETRINA, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  LOWDER, CLYDE O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LOWE, BILL, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  LOWE, BILL, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068  LOWE, BILLY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LOWE, BILLY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LOWE, BILLY N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOWE, BONNIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOWE, BURNIES E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LOWE, CARL, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068  LOWE, CARL, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  LOWE, CARL, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068  LOWE, CARROLL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOWE, CARZELLA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LOWE, CARZELLA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LOWE, CHARLES L, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068  LOWE, CLIFFORD, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068  LOWE, CLIFTON O, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LOWE, CLIFTON O, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  LOWE, CLYDE T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LOWE, DOROTHY R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LOWE, DOROTHY R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LOWE, DOYLE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LOWE, DOYLE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  LOWE, EUNICE D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | LOWE, EZRA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | LOWE, FARRELL G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | LOWE, FARRELL G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | LOWE, FRANCIS, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | LOWE, GARVIS, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | LOWE, GEORGE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | LOWE, GEORGE W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | LOWE, GEORGE W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | LOWE, GEORGE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | LOWE, JAMES C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | LOWE, JAMES F, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101 |
| 21068 | LOWE, JIMMY F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | LOWE, JOANN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | LOWE, JOHN W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LOWE, JOHN W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LOWE, JOHN W, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | LOWE, JOHN, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301 |
| 21068 | LOWE, JOHNNY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | LOWE, JOSEPH R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | LOWE, JR, EARNEST, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | LOWE, JR, WILLIE J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | LOWE, KENNETH, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | LOWE, KENNETH, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | LOWE, LAFAYETTE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | LOWE, MARY A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | LOWE, MILWOOD, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | LOWE, MILWOOD, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | LOWE, R J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LOWE, R J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LOWE, RANDALL B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | LOWE, RAY N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LOWE, RICHARD L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | LOWE, RICHARD L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | LOWE, RICHARD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | LOWE, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LOWE, ROGER D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | LOWE, ROY J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | LOWE, ROY J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | LOWE, RUBY C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | LOWE, RUBY C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LOWE, SR, CLIFTON U, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | LOWE, SR, CLIFTON U, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | LOWE, SR, WILLIAM T, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | LOWE, TERRANCE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | LOWE, THOMAS H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | LOWE, TOM A, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | LOWE, WILLIE J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | LOWE, WILLIE J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | LOWELL, DONALD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | LOWELL, DONALD G, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712 |
| 21068 | LOWENS, BOBBY R, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21069 | LOWENTHAL, CHARLES M, THE GALLAGHER LAW FIRM, RUSSELL SARAFIN, 777 WALKER  STE 2500, HOUSTON, TX, 77002 |
| 21068 | LOWER, HAROLD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | LOWERY, CHARLES E, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329 |
| 21068 | LOWERY, CHARLES E, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | LOWERY, CHESTER, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | LOWERY, CHESTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | LOWERY, CLARENCE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | LOWERY, COLEMAN V, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LOWERY, COLEMAN V, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LOWERY, DANIEL, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 |
| 21068 | LOWERY, ELLEN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | LOWERY, ELLEN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | LOWERY, EVERETT, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21068 | LOWERY, GAREY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LOWERY, GERALD, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | LOWERY, JAMES C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LOWERY, JAMES C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LOWERY, JAMES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | LOWERY, JAMES H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | LOWERY, JAMES M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | LOWERY, JAMES M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | LOWERY, JOYCE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | LOWERY, JOYCE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | LOWERY, JR, RUTHERFORD, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | LOWERY, JR, RUTHERFORD, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |

Svc Lst  Name and Address of Served Party

21068  LOWERY, LEONARD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOWERY, MARY B, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  LOWERY, NORMAN W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOWERY, PERRY B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LOWERY, RAYFORD S, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  LOWERY, RAYFORD S, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  LOWERY, RAYFORD W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOWERY, REUBIN E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LOWERY, REUBIN E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LOWERY, RICHARD, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  LOWERY, SIDNEY, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  LOWERY, SIDNEY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  LOWERY, SR, WILLIE C, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  LOWERY, SR, WILLIE C, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  LOWERY, SR., WOODIE R, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  LOWERY, WAYNE E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  LOWERY, WAYNE E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  LOWERY, WILLIAM M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LOWERY, WINFRED E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  LOWIS, NEIL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LOWKA, BRUNO, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  LOWMAN, BOBBY G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LOWMAN, BOBBY G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LOWMAN, EVERETTE W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOWMAN, JAMES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOWMAN, ROYCE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LOWMAN, ROYCE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LOWMAN, THOMAS E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LOWNSBURY, ALVIN M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LOWREY, J P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  LOWREY, ROBERT A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  LOWRIE, JAMES, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  LOWRY, BOBBY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LOWRY, JESSIE B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  LOWRY, JESSIE B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  LOWRY, JOE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Svc Lst  Name and Address of Served Party**

21068   LOWRY, JOSEPH P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LOWRY, JR, CLAYTON A, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   LOWRY, MICHAEL J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   LOWRY, THOMAS F, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21069   LOWRY, WILLIAM, LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902

21068   LOWTHER, DANIEL A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOWTHER, GEORGE E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   LOWTHER, ROGER R, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   LOWTHERT, ROBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   LOY, SR, WILLIAM H, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   LOY, THOMAS R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   LOY, THOMAS R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LOYA, HECTOR F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOYA, MICHAEL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   LOYAL, WILLIAM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LOYAL, WILLIAM, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LOYD, A D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   LOYD, DEBRA, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   LOYD, DENVER, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   LOYD, DENVER, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   LOYD, DONNA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   LOYD, DONNA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   LOYD, GERMAN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   LOYD, LESTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   LOYD, RICHARD R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   LOYD, RICKY P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   LOYD, ROBERT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   LOYD, RUBEN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   LOZA, ALCIDES, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   LOZA, MICHAEL, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   LOZADA, EDWIN A, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   LOZANO, JOSE L, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068   LOZANO, LUIS C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LOZANO, OVALDO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   LOZANO, WILFREDO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   LOZEVSKI, KOSTA, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

Svc Lst  **Name and Address of Served Party**

21068  LOZIER, LEO J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LOZIER, STAFFORD J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LOZIER, WILLIAM A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  LUALLEN, JAMES D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LUALLEN, JAMES D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LUALLEN, ROSTER J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LUALLEN, ROY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  LUBAK, WALTER J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LUBAS, RICHARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  LUBAS, THEODORE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  LUBBE, PETE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LUBINSKI, ANDREW M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  LUBNIEWSKI, LEONARD J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LUBOJACKY, RAYMOND L, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  LUBOJACKY, RAYMOND L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  LUBOWICKI, VINCENT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LUC, RONALD N, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  LUCANSKY, DANIEL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LUCARELLI, GEROLLAMO J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  LUCAS, BILLY J, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  LUCAS, BILLY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LUCAS, CLARENCE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LUCAS, CLIFFORD T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LUCAS, DAVID M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LUCAS, DAVIS M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LUCAS, DONALD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LUCAS, ELMER F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  LUCAS, EUGENE R, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  LUCAS, FOREST R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  LUCAS, FRANK D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  LUCAS, FRED, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  LUCAS, FREDDIE L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  LUCAS, FREDDIE L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  LUCAS, GEORGE B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LUCAS, GEORGE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  LUCAS, HENRY G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  LUCAS, IVAN L, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  LUCAS, JAMES M, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    LUCAS, JAMES R, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    LUCAS, JAMES, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    LUCAS, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    LUCAS, JAMES, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068    LUCAS, JOHNNY E, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068    LUCAS, JOSEPH L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069    LUCAS, JR, CHARLES T, THE SUTTER LAW FIRM PLLC, 1598 KANAWHA BOULEVARD EAST, CHARLESTON, WV, 25311

21068    LUCAS, JR, JOHN D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    LUCAS, JR, JOHN D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    LUCAS, JR, JOHN D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    LUCAS, JR, THOMAS, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    LUCAS, KENNETH R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    LUCAS, LAMAR C, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    LUCAS, LEBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    LUCAS, LEBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    LUCAS, LEROY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    LUCAS, MARVIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    LUCAS, MARY, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    LUCAS, MARY, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068    LUCAS, NICHOLAS, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068    LUCAS, ORMOND R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    LUCAS, PAUL, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    LUCAS, PAUL, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068    LUCAS, RALPH T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    LUCAS, RILEY O, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    LUCAS, RUDY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    LUCAS, SARAH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    LUCAS, SR, LARRY D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21069    LUCAS, STANLEY, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068    LUCAS, TOM, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069    LUCAS, VICTOR T, LAW OFFICES OF ALAN K PETRINE, 2400 SOUTH DIXIE HIGHWAY, SUITE 105, MIAMI, FL, 33186

21069    LUCAS, VICTOR T, LAW OFFICES OF ALAN K PETRINE, 2937 SW 27TH AVE, MIAMI, FL, 33133-3772

21068    LUCAS, WESLEY J, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

Svc Lst  **Name and Address of Served Party**

21068    LUCAS, WILLIAM L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    LUCCHESI, ALDO, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068    LUCCHESI, JIM, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068    LUCCHESI, JOHN, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068    LUCCHESI, JOHN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    LUCCHESI, SR, RICHARD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    LUCCHETTI, LUCCI, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    LUCCHETTI, LUCCI, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    LUCCI, CECIL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    LUCCIOLA, PLINIO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    LUCE, ARTHUR W, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068    LUCE, ARTHUR W, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068    LUCE, DENNIS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    LUCE, DENNIS, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068    LUCE, ROBERT T, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068    LUCEAR, WILLIAM, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    LUCEAR, WILLIAM, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    LUCERO, WILLIE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    LUCHNICK, ALFRED, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068    LUCHSINGER, HAROLD, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068    LUCIANI, FRANK J, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068    LUCIANO, MICHAEL, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068    LUCIANO, MICHAEL, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068    LUCIANO, PEDRO A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    LUCIDO, PETER E, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068    LUCIDO, PETER E, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21069    LUCIER, RONALD, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068    LUCILLE, NORWOOD, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    LUCILLE, NORWOOD, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    LUCION, BEATRICE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    LUCKADOO, GLENN C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    LUCKETT, DEQUINCE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    LUCKETT, HUGH, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | LUCKETT, HUGH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | LUCKETT, HUGH, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | LUCKETT, JAMES K, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | LUCKETT, JAMES K, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | LUCKETT, WILLIAM, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | LUCKETT, WILLIAM, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | LUCKEY, ALWYN H, AGNE, HOWARD, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, AMERSON, WILLIE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, ANDERSON JR, ALVIN, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, BARKER, GEORGE, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, BRITSCH, ELMER, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, BROWN, ALICE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, BROWN, CHARLES, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, BROWN, FRED, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, BURLISON, MILTON, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, BUSKIRK, WILLIAM, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, BUTLER, TIM, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, CAMPBELL JR, MANCE, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, CAMPBELL, RICHARD, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, FAYARD, ASA, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, FETT, GREGORY, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, FIELDER, DOROTHY, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, FOWLER, JIMMY R, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, GRAVES JR, SIMMIE, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, GREMAUD, DAN, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, HAAS, GEORGE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, HAND, THOMAS, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, HATCHER, MARDIS D, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, HAYDEN, JOSEPH, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, HEBERT, CURTIS, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | LUCKEY, ALWYN H, HENRY, CHARLES, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, HERNDON, BENNY, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, HODGE, MARY L, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, HOLDER, ELLA M, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, HOLLOWAY, AUTRA, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, HOSEY, MARY, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, HOWARD, EVERETTE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, HUFF, CHARLES, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, HUGHES, ARCHIE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, INGRAM, MERLE D, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, JACKSON, EMMETTE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, JEFFERSON, T J, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, JONES, EARNEST, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, JONES, FINN, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, JONES, WILLIE D, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, KELLY, LUTHER, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, KRANZ, WILLIAM, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, LANIER, ELMER, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, LOVETT, PAT, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, MADDEN, MELVIN, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, MAGEE, JOHN C, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, MAGEE, LAURA A, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, MARCHETTIR, DOMINICK, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, MCCULLUM, JOE L, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, MILLER, DANNY, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, MOFFETT, DARNELL, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, MORRIS, JACKIE L, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, NEVILLE, WENDELL, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, PILKINGTON, JEROME, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, POLLARD, THOMAS, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | LUCKEY, ALWYN H, POSEY, EDWARD D, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, POWELL, JOE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, RAWLINGS, JOHN W, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, RAYMOND SR, STEPHEN, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, ROBERTS, ARNOLD, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, ROSS, FRED A, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, RUSH, WILLIAM, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, SALTER, HAROLD E, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, SEXTON, JOHN, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, SHELLMAN, BEATRICE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, SHOWLES, MARVIN, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, SIMPSON, ROBERT, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, SLAYDEN, WILLIAM, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, SMITH SR, CALVIN L, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, SMITH, JOHN B, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, SMITH, MOSES, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, SMITH, RICHARD, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, STEPHENS, ROSIE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, STRINGER, BILLIE R, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, TAYLOR, JAMES, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, TAYLOR, LAWRENCE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, TEER, THOMAS R, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, TEMPLE, HILTON, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, THIGPEN, ALICE R, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, THOMPSON SR, L T, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21069 | LUCKEY, ALWYN H, THOMPSON, ELBERT, LAW FIRM OF ALWYN H LUCKEY PA PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, THOMPSON, JOSEPH, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, THORNTON, COOPER, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, TUCKER, THOMAS, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |
| 21068 | LUCKEY, ALWYN H, ULMER, JESSIE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069  LUCKEY, ALWYN H, WARD, MARY N, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724

21069  LUCKEY, ALWYN H, WEBB JR, JIMMIE, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724

21068  LUCKEY, ALWYN H, WELCH, A D, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724

21068  LUCKEY, ALWYN H, WIGGINS, MICHAEL, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724

21069  LUCKEY, ALWYN H, WILLIAMS SR, DEMORY, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724

21068  LUCKEY, ALWYN H, WILLIAMS, CLAUDE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724

21068  LUCKEY, ALWYN H, YANKEY, GEORGE, LAW FIRM OF ALWYN H LUCKEY PA, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724

21068  LUCKEY, CALVIN R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LUCKEY, ETOISE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  LUCKEY, HERBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  LUCKEY, LAWRENCE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  LUCKEY, SR, CLARENCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LUCKHAM, TED, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  LUCKIE, CALVIN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  LUCKO, WILBERT W, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  LUCKY, COYE O, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LUCKY, EUGENE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  LUCKY, JAMES H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  LUCUS, JR., OTIS, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LUCUS, JR., OTIS, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LUCY, ALMA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  LUCY, ALMA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  LUCY, MARY J, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  LUCZKI, ADAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  LUDDEN, WILLIAM M, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  LUDECKE, JAMES, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21069  LUDECKE, SR, LEROY, LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902

21068  LUDEMAN, SR, JOHN T, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21069  LUDERMAN, VERNON L, THE LAW FIRM OF BOB FAIN, 10 N 27TH STREET, PO BOX 1018, BILLINGS, MT, 59103-1018

21068  LUDGOOD, JAKE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  LUDGOOD, JAKE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  LUDGOOD, JAKE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  LUDOLPH, FRANK P, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301