**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   MANSFIELD, BESSIE A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MANSFIELD, GARY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   MANSFIELD, GARY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MANSFIELD, GARY, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   MANSFIELD, PHILLIP, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   MANSI, LOUIS, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   MANSITO, ROLAND, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MANSITO, ROLAND, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MANSKE, RONALD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   MANSKER, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   MANSKY, JOSEPH A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   MANSON, THOMAS, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MANSPERGER, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MANTA, PAUL, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   MANTEGNA, JOHN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MANTHE, WILLIAM L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   MANTLO, BILLY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MANTLO, BILLY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MANTOOTH, CHARLES, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   MANTOOTH, CHARLES, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   MANTOOTH, RICHARD P, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   MANTOOTH, RICHARD P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MANTOOTH, TROY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MANTOOTH, TROY E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   MANTY, BRUCE A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MANTY, WALTER, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MANTZ, CLAIR F, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   MANTZ, GARY G, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   MANTZ, RICHARD D, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   MANUEL, ALVEY L, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   MANUEL, CALVIN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MANUEL, DOROTHY M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   MANUEL, DOROTHY M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   MANUEL, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MANUEL, JOHN K, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

Svc Lst  **Name and Address of Served Party**

21068   MANUEL, JOSEPH L, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   MANUEL, JR, EDDIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MANUEL, LEROY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MANUEL, LLOYD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   MANUEL, MARY F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MANUEL, ROBERT, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   MANUEL, ROOSEVELT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MANUEL, ROOSEVELT, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   MANUEL, SR, JOE C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MANUEL, SR, MARK T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MANUEL, WAYNE J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   MANULI, GIUSEPPI, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MANUM, PEATLIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MANWARE, LILLIAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MANWARING, JOSEPH E, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   MANWARRING, JAMES R, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   MANZELLA, JR, JACKINO, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   MANZELLA, JR, JACKINO, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MANZI, MARION, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   MANZI, MICHAEL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   MANZIE, ORA D, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   MANZIE, ORA D, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   MAPEL, CUSTER L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MAPEL, CUSTER L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MAPES, GEORGE P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   MAPLE, HENRY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MAPLE, JR, CLAUDE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MAPLE, ROBERT E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   MAPLES, CHARLES H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MAPLES, F GERALD, ADCOCK, BILLY W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, AGENT, HARRIS F, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, ALFORD, CLYDIA M, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, ALFORD, LARRY T, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, ALLEN, DOROTHY D, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, ALLEN, WILLIE M, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

**Svc Lst**  **Name and Address of Served Party**

| 21068 | MAPLES, F GERALD, ANDERS, JEWELL N, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |

21068   MAPLES, F GERALD, ANDERS, JEWELL N, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, ANDERSON, CAROLYN M, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, ANDERSON, JR, JAMES, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, AUSTIN, DARLENE J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, AUTMAN, ELLIS J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, AYLER, CAROL E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, AYLER, MARION E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BAILEY, CHARLES D, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BAILEY, JIMMIE B, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BAKER, HOWARD B, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BARNES, WILLIE L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BAUM, E J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BAYLIS, REDUMAS, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BENEZUE, JR, EDWARD J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BILBO, JR, DAN, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BILBO, ROSIE M, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BISHOP, CHARLES T, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BLACKWELL, JR, GEORGE A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BLUNT, JR, THEODORE O, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BOLTON, ARECE, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BOLTON, SANDY, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BONNER, BESSIE G, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BOOKER, DAVID C, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BOOKER, ROBERT A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BORDEN, SR, LEROY L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BOSARGE, JERRIL J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BOWENS, GLORIA D, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BREDING, VEREN D, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BRIDGES, SR, DAVID, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BROADUS, RICKEY D, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   MAPLES, F GERALD, BROADUS, STEVEN E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BROWN, ARTHUR R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BRUMFIELD, JR, ALBERT J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BRUMFIELD, JR, ARTHUR, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BURKE, KIRK M, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BURNS, LARRY O, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BURTON, BOBBIE J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, BUTLER, HERBERT, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CALDWELL, PINKIE R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CAMERON, MELTON L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CARTER, CHARLES T, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CARTER, DEWAYNE, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CARTER, SR, FONDY, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CHAMBERS, RIVERS K, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CHATMAN, JR, JIMMIE, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CLARK, CARRIE W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CLARK, ELLA M, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, COGGINS, JOHN V, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, COLBY, FRANK W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, COLE, ETHEL B, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, COLEMAN, GARY, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CRAIG, SR, ROBERT E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CRAWFORD, LARRY E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CRAWFORD, LUCILLE, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CREEL, SR, JOHN D, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CROCKER, ARTIS L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, CROOK, HERBIE J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, DANIELS, LEONARD, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, DANIELS, SR, ALPHONZIA, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, DAVIS, JAMES F, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | MAPLES, F GERALD, DAVIS, LYNETTE R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, DAVIS, NORA J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, DAVIS, WALTER, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, DAWKINS, DOROTHY E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, DELANCEY, WALLACE, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, DIALS, MATTIE J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, DIDDLEMEYER, CHARLES E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, DIXON, EDDIE L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, DOTT, OCTAVIA T, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, DOYLE, JR, ELMER J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, DUKE, CHARLES R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, EASTERLING, HELEN L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, EATON, WILLIAM J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, ENLERS, DAVID, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, EVANS, ALVIN A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, EVANS, LAVELL, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, EVANS, ROBERT A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, EZELL, ALMA G, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, EZELL, JESSE L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, FAIR, LUCIOUS J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, FERRILL, VAUGHN, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, FLURRY, SR, DAVID L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, FLYNT, GEORGE R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, FOSTER, OWEN S, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, FRAZIER, JAMES R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, GARCIA, PABLO, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, GLAUDE, BARBARA J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, GOFF, CHARLES A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, GOFF, VERA Y, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, GOINS, SAMUEL, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  MAPLES, F GERALD, GORDON, JACK W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, GRACE, GEORGE A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, GRAVES, JR, CLYDE E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, GREEN, ANTHONY C, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, GREENE, TAYLOR H, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, GROSS, JAMES E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, GUILES, RAYMOND H, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HALL, STEVENSON, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HAMMOND, JR, FREDDIE L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HANIBLE, SR, ERNEST, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HARRIS, BENNIE E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HART, HUEY P, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HAWTHORNE, ARTHUR L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HAYES, SYLVESTER, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HAYNES, JULIETTE F, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HOLLIS, LINDA L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HOLLOWAY, THEODORE R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HOLMES, GEORGE B, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HOWZE, TONY E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HOYE, GRADY, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HUDSON, ALVIN R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HUMPHREY, CHARLES E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, HUNTER, JAMES E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, IRVING, JOHNNIE, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, IRVING, SR, PAUL E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, JACKSON, MAXINE E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, JOHNSON, ANN E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, JOHNSON, MARGARET, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, JOHNSON, MELVIN, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068  MAPLES, F GERALD, JOHNSON, SAMMIE L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   MAPLES, F GERALD, JONES, FREDRICK W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, JONES, JR, EMMIT, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, JONES, MICKEY J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, JONES, OVERY D, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, JONES, SANFORD R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, JONES, SR, RICKEY O, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, KEY, ALFRED L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, KIDD, ANTHONY J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, KNIGHT, HATTIE B, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, LAFAYETTE, ELIZABETH V, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, LAWRENCE, ROGER L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, LAWRENCE, WENDRELL L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, LEE, JERRY IRA, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, LESLIE, SR, ARTHUR, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, LEWIS, JR, REYNARD V, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, LEWIS, KARL A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, LEWIS, SR, WARREN A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, LOPER, HENRY E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, LOVE, JOHN H, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, MABRY, PETE C, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, MACK, IRMA J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, MACKLIN, JIMMIE L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, MAGEE, JERRIE J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, MAGEE, PERRY L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, MAIBEN, MICHAEL T, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, MAJOR, CHARLES E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, MARASCO, LOUIS S, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, MARSHALL, SR, CURTIS O, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, MARSHALL, WILLIE J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, MAULDIN, SR, PERCY, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | MAPLES, F GERALD, MAYE, SHIRLEY A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MAYHUGH, RUTH W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MCDANIEL, CHARLES A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MCNAIR, LIDDELL, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MCVEAY, III, WALTER L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MCVEAY, RILEY J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MICHAEL, TEDDY D, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MILLER, JR, DAVID W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MITCHELL, LARRY C, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MITCHELL, SR, JESSIE F, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MOFFETT, JAMES E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MOFFETT, JOHNNIE, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MOFFETT, TRACY L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MOHR, CLIFTON W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MOHR, RICHARD R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MOORE, BENNY, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MOSLEY, OTIS W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, MYERS, CHARLES W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, NELSON, ROBERT C, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, NELSON, TIMOTHY C, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, NETTLES, JOHNNY E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, PACE, HEZEKIAH, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, PARKER, HERBERT, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, PAYTON, CLARISSA D, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, PEACOCK, KENNETH L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, PECORARO, PHILLIP J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, PERKINS, LEBARON, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, PERRYMAN, STEVE B, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, PETTWAY, MACK, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, PETTWAY, SR, JAMES E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | MAPLES, F GERALD, PIERCE, JAMES C, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, POOLE, SR, WILLIAM H, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, PORTIS, JAMES, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, POWELL, PHYLLIS A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, PRIMM, LOVALLE, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, RAMSEY, MARYLEN M, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, RANDALL, SR, JULIUS, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, RAWLS, VIRGIL W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, RICHARDSON, LARRY E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, RICHARDSON, PERCY, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, RICHARDSON, ROBERT L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, ROBERTS, GEORGE A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, ROBERTS, JOE W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, ROBERTSON, EVANS R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, ROBERTSON, WYOMING L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, ROGERS, ARCHIE L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, ROGERS, FRANK H, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, ROGERS, LARRY G, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, ROGERS, ROSE M, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, ROGERS, SR, ROY H, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, ROGERS, TOMMIE L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, ROUSE, JAMES T, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, SAFFORD, VINCENT A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, SANDERS, BILLY L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, SEALS, JOHNNY L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, SEYMOUR, JERRY W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, SHAW, JERRY L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, SHAW, LARRY D, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, SHAW, MILDRED, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, SHINE, MELVIN L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   MAPLES, F GERALD, SHOEMAKER, ROBERT E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SHOEMATE, ANNIE E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SIMS, JONNIE M, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SINGLETON, JOEL W, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SIPP, WANDA R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SLATER, SR, CHARLES L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SLAUGHTER, SR, DININES, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SMITH, J T, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SMITH, JUDY D, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SMITH, LOUIS C, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SMITH, SR, CLARENCE E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SMITH, THOMAS J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SNOWDEN, ORA L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, STALLWORTH, SARAH C, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, STORK, TOMMIE C, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, STRINGFELLOW, EDWARD E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SUMRALL, MARLON V, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, SYLVESTER, JR, JAMES L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, THIGPEN, CHARLES E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, THOMPSON, CATHLINE, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, TISBURY, JR, WILLIAM L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, TODD, SR, JIMMIE E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, TRAVIS, WILLIAM H, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, TURNER, NORBERT B, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, VESS, JAMES A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, WALKER, VERNELL H, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, WALLEY, ALVIN C, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, WALLEY, HOMER J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, WEBB, NORMAN B, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

21068   MAPLES, F GERALD, WEBER, ANTHONY J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | MAPLES, F GERALD, WELLS, FRANK J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WELLS, JOHNNIE R, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WHITE, JR, GEORGE, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WILKINS, CHARLES L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WILKS, JOHN L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WILLIAMS, ANDREW, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WILLIAMS, CARL H, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WILLIAMS, GERALDINE M, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WILLIAMS, JR, JEFF, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WILLIAMS, MYRNA A, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WILLIAMS, SHELTON L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WILLIAMS, WYONIA, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WILSON, BILLY P, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WILSON, CHARLES G, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WOLFE, SR, ALLEN C, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WOODS, III, ARTHUR L, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WOODS, LAWRENCE, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WOODS, ROBERT J, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WOOTEN, CHARLES H, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, WROTEN, EARLINE, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, YOUNG, JAMES E, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, YOUNG, JR, L P, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, F GERALD, YOUNGBLOOD, TROY, MAPLES & LOMAX PA, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 |
| 21068 | MAPLES, FRED G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | MAPLES, FRED G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | MAPLES, JAMES G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | MAPLES, JESSE C, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | MAPLES, JULIUS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MAPLES, LEO C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | MAPLES, LEO C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | MAPP, DAVID R, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | MAPP, FORREST E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    MAPP, FORREST E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    MAPP, JOE U, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    MAPPS, HERMAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MAQUIRK, ROBERT D, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    MARADE, ROBERT A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    MARAFIOTI, SR, JOHN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MARAGNI, ANGELO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    MARAIST, WALTER, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    MARANGE, WILLIAM W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    MARANI, MARION E, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    MARANIAN, MICHAEL, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    MARANO, SAMUEL G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    MARANTO, JOSEPH C, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    MARANTO, SR, LAWRENCE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    MARANTO, SR, LAWRENCE A, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    MARARRI, JR, SAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    MARARRI, SAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    MARASCO, RICHARD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    MARBURY, JIMMY R, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    MARBURY, JIMMY R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    MARBURY, JIMMY R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    MARBURY, JUDY D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    MARCANO, PETE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    MARCANTEL, LEO W, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21069    MARCARIO, JOSEPH, WEISENBERGER, HCI BOX 189, WESTKILL, NY, 12492

21068    MARCEAU, ANTHONY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARCEAU, JAMES H, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    MARCEAUX, JR, WESLEY, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068    MARCEK, WILLIAM H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    MARCELJA, JOSEPH, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    MARCELLO, CARMEN, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    MARCH, M F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   MARCHAND, JR, MOISE J, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   MARCHAND, JR, MOISE J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   MARCHAND, NARCISSE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   MARCHANT, JR, ERVIN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARCHANT, WANDA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARCHBANKS, CHARLES E, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   MARCHBANKS, LINZIE M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   MARCHESE, ANTHONY F, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068   MARCHESE, FRANK J, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   MARCHESE, JOSEPH, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068   MARCHESKIE, WILLIAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   MARCHETTI, CLEMENT M, LAW OFFICES OF PETER G ANGELOS, 201 S CLEVELAND AVENUE, HAGERSTOWN, MD, 21740

21068   MARCHETTI, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   MARCHIONDA, ATTILLO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MARCHMAN, KENNETH, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   MARCHMAN, KENNETH, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   MARCHMAN, KENNETH, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   MARCHMAN, VIRGINIA, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MARCHMAN, VIRGINIA, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   MARCHMAN, WILBUR C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARCINKO, GENEVIEVE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARCINKO, JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARCINKO, MICHAEL J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21069   MARCINKOWSKI, STANLEY, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

21069   MARCINKOWSKI, STANLEY, SACKS SACKS, 150 BROADWAY 4TH FL, NEW YORK, NY, 10038

21068   MARCINKOWSKI, STANLEY, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21069   MARCO, JEFFREY J, DELANEY & DESAUTELS, 80 WOLF ROAD, 6TH FLOOR, ALBANY, NY, 12205

21069   MARCO, JEFFREY J, THE O'BRIEN LAW FIRM, LLC, ONE METROPOLITAN SQ, 211 N BROADWAY STE 1500, ST LOUIS, MO, 63102

21068   MARCO, VINCENT, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   MARCRUM, JOE S, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   MARCSIK, JOSEPH M, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   MARCUCCI, ANTHONY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARCUM, BILL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARCUM, BILL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARCUM, DEAN S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   MARCUM, HAROLD, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   MARCUM, LEE R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   MARCUM, MARLIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARCUM, ROY L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   MARCUM, STEPHEN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARCUM, STEPHEN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARCUS, JESSE A, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   MARCUS, JOSEPH B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARCUS, JOSEPH B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARCY, MANNIS, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   MARDIS, DENNIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARDIS, HAROLD D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   MARDIS, RICHARD, GARY L COSTLOW ESQ, CENTRAL PARK COMMONS, 430 MAIN ST, JOHNSTOWN, PA, 15901

21068   MARDIS, RICHARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARDIS, RONALD D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARDIS, SR, CHARLES E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   MARECKI, JOHN J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   MAREK, DAVID J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   MAREK, EDWIN F, BLANKS, GREENFIELD & RHODES, P C, PO BOX 867, 220 NORTH MAIN AT CALHOUN, TEMPLE, TX, 76503

21069   MAREK, EDWIN F, MONTEZ WILLIAMS & BAIRD, 3809 WEST WACO DRIVE, WACO, TX, 76710

21068   MARES, ARMANDO A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARESCO, ANTHONY, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   MARESH, ROBERT W, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069   MARETICK, AARON D, THE LAW FIRM OF HARRISON VICKERS, HARRISON VICKERS, 5718 WESTHEIMER RD STE 1310, HOUSTON, TX, 77057

21068   MAREZ, LEANDRO A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   MARFIZ, ALBERT, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495

21068   MARGENTINA, DOMINICK J, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   MARGONI, MAX, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MARGRAVES, WATSON R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARI, LAWRENCE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARIANO, FRANCIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARIANO, JOSEPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARIANO, PHILIP, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   MARICH, FELIX, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   MARIE, GEORGE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | MARIETTA, ALFRED, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | MARIETTA, ROBERT W, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21068 | MARILUNGO, JOHN, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237 |
| 21068 | MARIN, JOSE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MARINACCI, ARMAND, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | MARINACCIO, ANGELO, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | MARINARO, JOHN, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | MARINCHICK, FRANK J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | MARINE, CLEVELAND N, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124 |
| 21068 | MARINE, CLEVELAND N, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723 |
| 21068 | MARINE, DON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MARINELLI, DONALD J, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | MARINELLI, MICHAEL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | MARINELLI, RAYMOND A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | MARINELLI, SR, MICHAEL A, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | MARINELLI, VINCENT L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | MARINELLO, JOSEPH A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | MARINIS, NICK, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801 |
| 21068 | MARINO, ANGELO, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | MARINO, ANTHONY J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | MARINO, GAY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | MARINO, JOSEPH, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | MARINO, JR, JACK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MARINO, JR, JACK, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21069 | MARINO, LUIGI, PEYTON PARENTI WHITTINGTON & FAHRENZ, 2801 FIRST AVENUE, PO BOX 216, NITRO, WV, 25143 |
| 21068 | MARINO, LUIGI, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | MARINO, MARY J, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | MARINO, ROBERT B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | MARINO, SR, CHARLES M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MARINO, SR, JOSEPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MARINO, WILLIAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | MARINOS, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | MARINUCCI, WILLIAM E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    MARION, BOBBY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    MARION, BOBBY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    MARION, JACKIE M, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    MARION, LARRY W, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068    MARION, MATTHEW D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    MARION, MATTHEW D, MITHOFF & JACKS, 111 CONGRESS AVENUE, SUITE 1010, AUSTIN, TX, 78701

21068    MARION, PAUL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARION, WILLIAM C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    MARION, WILLIE ODELL, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    MARITZ, GEORGE T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    MARK, ARDELLA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    MARK, ARDELLA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    MARK, CLYDE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARK, DARRYL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARK, DARRYL L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    MARK, FREDERICK C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MARK, GARFIELD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    MARK, JOHN H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    MARK, LAVERN, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    MARK, LAVERN, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    MARK, MANERVIA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    MARK, MANERVIA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    MARK, MARESIA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    MARK, MARESIA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    MARK, MARTHA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    MARK, MARTHA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    MARK, MONIO L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    MARK, NANCY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    MARK, NANCY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    MARK, PAUL A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MARK, THOMAS H, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068    MARK, VERNON L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARKAJ, LEKA, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    MARKAKIS, GEORGE M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    MARKEL, CHARLES L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068    MARKEL, CHARLES R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069    MARKEL, CLARENCE M, BUCKLEY MENDLESON & CRISCIONE PC ATTYS, 29 WARDS LN STE 1, ALBANY, NY, 12204-2103

21068    MARKEL, ROBERT W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

Svc Lst  **Name and Address of Served Party**

21068  MARKER, ALLEN, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  MARKER, JAMES A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  MARKER, THOMAS E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  MARKERT, GEORGE W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  MARKEWICH, GEORGE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  MARKEY, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069  MARKEY, STEPHEN, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100 PENN SQUARE E STE 1050 - 10TH FL, PHILADELPHIA, PA, 19107

21068  MARKGRAF, RONALD A, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068  MARKGRAF, RONALD A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MARKHAM, ALLEN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  MARKHAM, CHARLES F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  MARKHAM, JAMES, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  MARKHAM, JAMES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  MARKHAM, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  MARKHAM, JOHN L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  MARKHAM, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  MARKHAM, MARVIN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  MARKHAM, UNA, EVANS FEIST, 331 MILAM STREET, SHREVEPORT, LA, 71166

21068  MARKLE, EARL, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068  MARKLEY, HAROLD R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  MARKLEY, JR., SAMUEL E, ROTKO CRESHOFF, 200 LIPPINCOTT BUILDING, 227 SOUTH SIXTH STREET, PHILADELPHIA, PA, 19106

21068  MARKLEY, RODNEY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MARKLEY, WILLIAM, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  MARKOVICH, JOE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  MARKOVICH, JOHN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  MARKOWITZ, BEN, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  MARKOWITZ, FLORENCE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  MARKOWSKI, EDWARD G, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  MARKS, CLYDE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MARKS, CLYDE E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  MARKS, DIVONIS W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  MARKS, FRANCIS, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965

21068  MARKS, IRVING E, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

Svc Lst  Name and Address of Served Party

---

21068   MARKS, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   MARKS, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARKS, JASON B, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARKS, JESSE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   MARKS, JESSIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARKS, MAMIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MARKS, RAY A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   MARKS, RAY A, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   MARKS, RICHARD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARKS, ROBERT, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   MARKS, SMILEY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARKS, WALTER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARKS, WILLIAM J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   MARKUM, ALAN, GOLDSTEIN WELTCHER, 222 BLAUSTEIN BUILDING, ONE NORTH CHARLES STREET, BALTIMORE, MD, 21201

21068   MARLAR, EDDIE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARLAR, FAITH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARLAR, JR, CLIFFORD, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   MARLAR, JR, CLIFFORD, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   MARLER, DAVID, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   MARLETTE, THOMAS D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   MARLIN, EDWARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARLIN, PEARRE W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   MARLING, CHARLES R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARLING, JOHN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   MARLING, KENNETH E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARLINSKI, NORBERT J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   MARLON, ROBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARLOW, ALPHUS W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARLOW, BOBBY L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   MARLOW, BOBBY L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   MARLOW, DANIEL, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   MARLOW, ELBERT L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARLOW, JAMES, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   MARLOW, JOE B, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   MARLOW, LEONARD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst  Name and Address of Served Party

---

21069  MARLOWE (DECEASED), HENRY I, JOSEPHINE MARLOWE, 975 CHARLESTON CR, BRIDGE CITY, TX, 77611

21068  MARLOWE, JACK, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  MARLOWE, JERRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  MARLOWE, JIMMY W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  MARLOWE, VIRGINIA A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  MARMADUKE, JOSEPH W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MARMENO, CATALDO A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  MARMENO, CATALDO A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069  MARMO, CARMELA A, CULLEN AND DYKMAN, 177 MONTAGUE ST, BROOKLYN, NY, 11201

21068  MARN, RUDY F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  MARN, RUDY F, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21069  MARNIEN, ARTHUR J, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068  MAROIS, ROGER, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  MARONA, CLARENCE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MARONA, CLARENCE L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  MARONA, EDDIE E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  MARONE, JERRY, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  MARONEY, JAMES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  MARONI, GERALD A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  MAROTTA, ANTHONY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  MAROVICH, FRANK S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  MARPLE, DONALD W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  MARPLE, DONALD W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  MARPLE, JR, HARLEY M, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  MARQUART, JACOB A, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21069  MARQUES, RUPERT, TREADWELL, STETLER, ET AL, 4001 TAMIAMI TRAIL NORTH, SUITE 250, NAPLES, FL, 33940

21068  MARQUESS, WALLACE, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  MARQUETTE, LARRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  MARQUEZ, ALBINO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MARQUEZ, SANTOS, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068  MARQUIS, HOMER L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  MARQUIS, ROLAND B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  MARR, BERNARD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  MARR, EARLINE W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  MARR, JAMES R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | MARR, JOHN H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | MARR, JOHN S, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101 |
| 21068 | MARR, JOHN, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21069 | MARR, JOHN, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202 |
| 21068 | MARR, JR, FRANK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | MARR, MABEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | MARRA, SR, EUGENE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | MARRA, SR, EUGENE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | MARRELL, PETER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MARRERO, ERNESTO J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | MARRERO, JAMES J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | MARRERO, MIGUEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | MARRERO, THOMAS A, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | MARRON, DONALD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | MARROQUIN, AURELIO S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MARROQUIN, GERONIMO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MARRS, JOHNNY J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | MARRS, JOHNNY J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | MARRS, LELAND, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300 |
| 21068 | MARRUJO, REJINO L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | MARS, DANIEL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | MARS, JAMES F, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | MARS, JAMES F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | MARS, JAMES G, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | MARSALA, FRANK, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | MARSALA, FRANK, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925 |
| 21068 | MARSALIS, JAMES L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | MARSALIS, THOMAS W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MARSCEAU, E H, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517 |
| 21068 | MARSCEAU, E H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | MARSCH, ROBERT E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MARSDEN, DONALD D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | MARSH, ANNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MARSH, BEN A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | MARSH, BERTH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |

Svc Lst  Name and Address of Served Party

---

21068   MARSH, BERTH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   MARSH, BETTY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   MARSH, BETTY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   MARSH, CARL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   MARSH, CARL, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   MARSH, CHARLES A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   MARSH, CLEAMON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   MARSH, DONALD E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARSH, EARL S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MARSH, FREDERICK A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARSH, GEORGE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARSH, GRADY R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARSH, JAMES A, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   MARSH, JAMES A, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   MARSH, JAMES W, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   MARSH, JAMES W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARSH, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARSH, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARSH, JIMMY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARSH, JR, HOWARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MARSH, LINTON C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   MARSH, LINTON C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   MARSH, MARY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MARSH, MARY L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   MARSH, NIGEICO, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARSH, NIGEICO, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARSH, PHILIP G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MARSH, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARSH, ROBERT E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   MARSH, RONALD D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARSH, RONALD D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARSH, RONALD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARSH, RONALD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARSH, STANLEY A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARSH, STANLEY A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARSH, THOMAS B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MARSH, THOMAS B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

---

**Svc Lst  Name and Address of Served Party**

21068  MARSH, THOMAS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  MARSH, WILBERT D, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  MARSH, WILLIAM E, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21069  MARSHALEK, JOSEPH, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21069  MARSHALEK, JOSEPH, SPEAR, WILDERMAN, BORISH, ENDY AND RUNCKEL PC, 230 SOUTH BROAD ST STE 1400, PHILADELPHIA, PA, 19102

21068  MARSHALEK, JOSEPH, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  MARSHALL JR., ROBERT L, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  MARSHALL, ALBERT, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  MARSHALL, ALFORD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  MARSHALL, ALLEN R, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  MARSHALL, BARRY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  MARSHALL, BENJAMIN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  MARSHALL, BETTY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  MARSHALL, BETTY J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  MARSHALL, BILLY J, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068  MARSHALL, BILLY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MARSHALL, BILLY R, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068  MARSHALL, BILLY R, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  MARSHALL, BILLY R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  MARSHALL, BOBBY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MARSHALL, BRANTLEY L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MARSHALL, CARRIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  MARSHALL, CHARLES L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  MARSHALL, CHARLES M, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  MARSHALL, CLARENCE H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  MARSHALL, DANIEL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  MARSHALL, DANNIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  MARSHALL, DELORIS T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  MARSHALL, DELORIS T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  MARSHALL, DENNIS D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MARSHALL, DENNIS D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  MARSHALL, DONALD T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  MARSHALL, DONALD T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  MARSHALL, EARL R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  MARSHALL, EARL R, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

**Svc Lst   Name and Address of Served Party**

21068   MARSHALL, FRANK, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARSHALL, GENE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARSHALL, GERALD F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARSHALL, GRADY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   MARSHALL, HAROLD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   MARSHALL, HOBART, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   MARSHALL, HOMER W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARSHALL, HOMER W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   MARSHALL, HORACE F, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   MARSHALL, INES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   MARSHALL, JACK, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARSHALL, JAMES H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MARSHALL, JAMES M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARSHALL, JAMES P, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   MARSHALL, JAMES S, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   MARSHALL, JEROME, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   MARSHALL, JEROME, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   MARSHALL, JIMMIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   MARSHALL, JIMMIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   MARSHALL, JOHN H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   MARSHALL, JOHN L, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   MARSHALL, JOHN P, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   MARSHALL, JOHN P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARSHALL, JOHN W, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   MARSHALL, JOHNNY, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   MARSHALL, JON M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARSHALL, JR, BURRELL P, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MARSHALL, JR, LENZIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   MARSHALL, JR, PRESTON, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   MARSHALL, JR, WALLACE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARSHALL, JULIUS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARSHALL, LARRY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARSHALL, LIZER A, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   MARSHALL, LIZER A, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   MARSHALL, LLOYD S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARSHALL, LOWELL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   MARSHALL, MABEL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   MARSHALL, MELVIN L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARSHALL, MORRIS F, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21069   MARSHALL, MORRIS F, MCCURDY & MCCURDY, 44 MONTGOMERY STREET, 8TH FLOOR, SAN FRANCISCO, CA, 94104

21068   MARSHALL, NATHANIEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MARSHALL, ONEAL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARSHALL, ONEAL, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068   MARSHALL, ONEAL, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   MARSHALL, OSCAR V, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MARSHALL, OTIS, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   MARSHALL, OTIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARSHALL, OTIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARSHALL, PAUL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   MARSHALL, RICHARD W, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   MARSHALL, ROBERT F, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MARSHALL, ROBERT F, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   MARSHALL, ROBERT L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   MARSHALL, ROBERT L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   MARSHALL, ROBERT O, VENABLE & VENABLE, 205 S HOOVER BLVC, TAMPA, FL, 33609-3591

21069   MARSHALL, ROBERT O, VENABLE & VENABLE, 4902 ANDROS DR, TAMPA, FL, 33629-4802

21068   MARSHALL, ROBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MARSHALL, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MARSHALL, ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   MARSHALL, SAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARSHALL, SAM, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   MARSHALL, SAMUEL R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARSHALL, SR, FLOYD R, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   MARSHALL, SR, JAMES R, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   MARSHALL, SR, RUSSELL G, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MARSHALL, SR, WILLIAM E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MARSHALL, STEVE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069   MARSHALL, STEVEN W, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   MARSHALL, TERRY, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   MARSHALL, THOMAS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARSHALL, THOMAS, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   MARSHALL, VIRGINIA, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   MARSHALL, WAYNE I, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   MARSHBURN, BRENDA J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MARSHBURN, BRENDA J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   MARSIAN, ALICE M, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   MARSIAN, KARL W, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   MARSILIO, SR, MARTO R, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   MARTA, ALBINO, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   MARTA, MICHAEL A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MARTAR, RANDALL, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   MARTCHEK, RICHARD M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARTELLO, COSIMO J, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   MARTELLO, COSIMO J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   MARTENS, GEORGE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARTENS, JAMES B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARTENS, STANLEY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   MARTENSEN, HENRY J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MARTER, RICHARD C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARTER, RICHARD C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARTIGNONI, THOMAS, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   MARTIGNONI, THOMAS, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   MARTIGNONI, THOMAS, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   MARTIGNONI, THOMAS, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   MARTIN, AARON, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MARTIN, ABRAHAM F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTIN, ALEXANDER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   MARTIN, ALPHONSO, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   MARTIN, ALVIN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MARTIN, ANDREW M, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21069   MARTIN, ANGELINA R, BYRD & ASSOCIATES, PO BOX 19, JACKSON, MS, 39205-0019

21068   MARTIN, ANGIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    MARTIN, ANTHONY R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    MARTIN, ANTHONY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    MARTIN, ARNOLD L, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068    MARTIN, ARTHUR L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    MARTIN, ARTHUR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    MARTIN, AUSTIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    MARTIN, AUSTIN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    MARTIN, BELLIE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    MARTIN, BENJAMIN A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069    MARTIN, BENJAMIN F, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068    MARTIN, BENTLEY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    MARTIN, BENTLEY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    MARTIN, BERNICE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    MARTIN, BERNICE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    MARTIN, BETTY A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    MARTIN, BETTY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARTIN, BETTY J, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    MARTIN, BILL S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    MARTIN, BILLY F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    MARTIN, BILLY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    MARTIN, BILLY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    MARTIN, BLANCHE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    MARTIN, BOBBY M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    MARTIN, BOBBY M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    MARTIN, BOOKER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    MARTIN, BOOKER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    MARTIN, BURNARD, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    MARTIN, CARL D, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068    MARTIN, CARL D, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068    MARTIN, CAROL W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    MARTIN, CAROLYN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    MARTIN, CAROLYN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    MARTIN, CAROLYN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    MARTIN, CECELIA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    MARTIN, CECELIA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    MARTIN, CECIL, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

Svc Lst  Name and Address of Served Party

21068    MARTIN, CHARLES C, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    MARTIN, CHARLES C, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068    MARTIN, CHARLES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARTIN, CHARLES I, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARTIN, CHARLES J, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068    MARTIN, CHARLES, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068    MARTIN, CHRISTOPHER, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    MARTIN, CLARA B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    MARTIN, CLARA P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    MARTIN, CLARENCE L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    MARTIN, CLIFFORD E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    MARTIN, CLIFFORD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    MARTIN, COLONEL N, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    MARTIN, CURTIS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    MARTIN, DARRELL R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    MARTIN, DARRELL R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    MARTIN, DAVID B, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    MARTIN, DAVID, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    MARTIN, DELBERT, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    MARTIN, DENNIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    MARTIN, DEWITT, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    MARTIN, DEZELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    MARTIN, DEZELL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    MARTIN, DONALD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARTIN, DONALD E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    MARTIN, DONALD J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    MARTIN, DONALD L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    MARTIN, DONALD L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    MARTIN, DONALD, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    MARTIN, DONALD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    MARTIN, DONALD, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    MARTIN, DOROTHY G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    MARTIN, DOUGLAS S, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068    MARTIN, EARL, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    MARTIN, EDNA N, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

**Svc Lst  Name and Address of Served Party**

21068   MARTIN, EDWARD J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   MARTIN, EDWARD L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MARTIN, EDWARD L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   MARTIN, ELIZABETH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   MARTIN, ELIZABETH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   MARTIN, ELLA R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   MARTIN, ELLA R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   MARTIN, ELLIS J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   MARTIN, EMIL J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MARTIN, EMMIE I, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   MARTIN, EMMIE I, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   MARTIN, ERNEST L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARTIN, ERNEST, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   MARTIN, ERNEST, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARTIN, ERNEST, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   MARTIN, EUGENE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTIN, EUGENE C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   MARTIN, EVELYN P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   MARTIN, EVELYN P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   MARTIN, EVERETT, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   MARTIN, EVERETT, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   MARTIN, FARRELL D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARTIN, FRANCES X, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MARTIN, FRANCES X, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   MARTIN, FRANK R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   MARTIN, FRANK, TORTORETI, TOMES & CALLAHAN, PHILLIP A TORTORETI, ESQ, 150B TICES LANE, EAST BRUNSWICK, NJ, 08816-2015

21068   MARTIN, FRANKLIN D, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   MARTIN, FRANKLIN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   MARTIN, FRANKLIN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   MARTIN, FRED H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MARTIN, FRED L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MARTIN, FRED N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARTIN, FRED, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   MARTIN, FRED, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   MARTIN, GARY A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MARTIN, GARY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | MARTIN, GEORGE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | MARTIN, GEORGE E, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465 |
| 21068 | MARTIN, GEORGE L, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124 |
| 21068 | MARTIN, GEORGE L, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723 |
| 21068 | MARTIN, GEORGE T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | MARTIN, GEORGE T, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602 |
| 21068 | MARTIN, GEORGE, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920 |
| 21068 | MARTIN, GEORGE, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | MARTIN, GEORGE, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017 |
| 21068 | MARTIN, GEORGE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | MARTIN, GEORGE, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 |
| 21068 | MARTIN, GERALD E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | MARTIN, GERALD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | MARTIN, GERALD T, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101 |
| 21068 | MARTIN, GLENN D, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301 |
| 21068 | MARTIN, GLENN D, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222 |
| 21068 | MARTIN, GLENN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MARTIN, GRANVILLE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MARTIN, GREGORY B, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | MARTIN, HAROLD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | MARTIN, HAZEL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | MARTIN, HENRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | MARTIN, HENRY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | MARTIN, HENRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | MARTIN, HERMAN E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | MARTIN, HEZZIE L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | MARTIN, HOMER H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | MARTIN, HOMER H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | MARTIN, HOWARD G, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21069 | MARTIN, HOWARD, GALEX TORTORETI & TOMES P C, 151 TICES LANE, EAST BRUNSWICK, NJ, 08816-2090 |
| 21068 | MARTIN, HOWARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | MARTIN, HOY, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | MARTIN, HULON G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    MARTIN, HULON G, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    MARTIN, III, HARRY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARTIN, IRA G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    MARTIN, IRA W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARTIN, ISAAC, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARTIN, ISAAC, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    MARTIN, J W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    MARTIN, J W, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    MARTIN, JACK N, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    MARTIN, JACK R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    MARTIN, JACK R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    MARTIN, JAMES A, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    MARTIN, JAMES A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    MARTIN, JAMES A, OWEN & GALLOWAY, PLLC, OWEN BLDG, 1414 25TH AVE, GULFPORT, MS, 39501-1933

21069    MARTIN, JAMES A, RICHARD F PATE & ASSOCIATES PC, PO DRAWER 1308, 56-58 S CONCEPTION ST, MOBILE, AL, 36633

21069    MARTIN, JAMES A, THE LAW FIRM OF WM WILSON, JR, 2506 LAKELAND DRIVE, SUITE 500, P O DRAWER 16689, JACKSON, MS, 39236

21068    MARTIN, JAMES A, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068    MARTIN, JAMES B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    MARTIN, JAMES B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    MARTIN, JAMES C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    MARTIN, JAMES E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    MARTIN, JAMES G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    MARTIN, JAMES G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    MARTIN, JAMES J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    MARTIN, JAMES K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARTIN, JAMES L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    MARTIN, JAMES L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    MARTIN, JAMES L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    MARTIN, JAMES O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARTIN, JAMES R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    MARTIN, JAMES R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    MARTIN, JAMES W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    MARTIN, JAMES W, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    MARTIN, JAMES, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068    MARTIN, JAMES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

Svc Lst    Name and Address of Served Party

| | |
|---|---|
| 21068 | MARTIN, JAMES, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | MARTIN, JAMES, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | MARTIN, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | MARTIN, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | MARTIN, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | MARTIN, JAMES, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | MARTIN, JANETTE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MARTIN, JANICE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | MARTIN, JANICE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | MARTIN, JANIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MARTIN, JEAN, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | MARTIN, JENNINGS O, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124 |
| 21068 | MARTIN, JENNINGS O, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723 |
| 21068 | MARTIN, JEROME, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | MARTIN, JERRY C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | MARTIN, JERRY L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | MARTIN, JESSE C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | MARTIN, JESSE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | MARTIN, JESSE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | MARTIN, JESSIE C, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255 |
| 21068 | MARTIN, JESSIE C, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603 |
| 21069 | MARTIN, JESSIE, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024 |
| 21068 | MARTIN, JIMMIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MARTIN, JIMMY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | MARTIN, JIMMY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | MARTIN, JIMMY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | MARTIN, JOANN S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | MARTIN, JOE E, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | MARTIN, JOE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MARTIN, JOHN A, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | MARTIN, JOHN A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | MARTIN, JOHN A, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | MARTIN, JOHN A, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108 |
| 21068 | MARTIN, JOHN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MARTIN, JOHN E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | MARTIN, JOHN F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | MARTIN, JOHN F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   MARTIN, JOHN H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARTIN, JOHN I, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MARTIN, JOHN N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARTIN, JOHN N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARTIN, JOHN W, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   MARTIN, JOHN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   MARTIN, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   MARTIN, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MARTIN, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   MARTIN, JONAH, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   MARTIN, JOSEPH C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   MARTIN, JOSEPH D, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495

21068   MARTIN, JOSEPH H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARTIN, JOSEPH J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MARTIN, JOSEPH M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTIN, JOSEPH M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   MARTIN, JOSEPHINE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MARTIN, JR, CLEVELAND, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MARTIN, JR, CLYDE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MARTIN, JR, DANIEL W, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   MARTIN, JR, DANIEL W, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   MARTIN, JR, DANIEL W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTIN, JR, EDWARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MARTIN, JR, ELLIS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARTIN, JR, GEORGE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTIN, JR, HENRY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARTIN, JR, HENRY E, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   MARTIN, JR, HOLLIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARTIN, JR, HOWARD T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MARTIN, JR, JACK M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   MARTIN, JR, MELVIN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARTIN, JR, ROY A, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   MARTIN, JR, WALTER, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   MARTIN, JR., CLEVELAND, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   MARTIN, JR., TOM, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MARTIN, JR., TOM, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  MARTIN, JR., WILLIAM M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  MARTIN, JULIUS Q, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  MARTIN, JUNIOR L, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  MARTIN, JUNIOR L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  MARTIN, KENNETH E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  MARTIN, LACY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  MARTIN, LARRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  MARTIN, LARRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  MARTIN, LARRY, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495

21068  MARTIN, LAVERN, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  MARTIN, LAVERN, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  MARTIN, LAWRENCE, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068  MARTIN, LAWRENCE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MARTIN, LAWSON T, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  MARTIN, LAWSON T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  MARTIN, LAWSON T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  MARTIN, LEE V, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  MARTIN, LEGAR, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  MARTIN, LELDON R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  MARTIN, LELDON R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  MARTIN, LEO F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MARTIN, LEONARD A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  MARTIN, LEONARD A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  MARTIN, LEONARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  MARTIN, LEROY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  MARTIN, LEROY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  MARTIN, LEROY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  MARTIN, LESLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  MARTIN, LIGE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  MARTIN, LIGE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  MARTIN, LILBURN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  MARTIN, LILBURN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  MARTIN, LINDSEY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  MARTIN, LLOYD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  MARTIN, LOIS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

| Svc Lst | Name and Address of Served Party |
| --- | --- |
| 21068 | MARTIN, LONAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | MARTIN, LOUIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | MARTIN, LOUISE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | MARTIN, LOUISE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | MARTIN, LUM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | MARTIN, LUM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | MARTIN, MADELINE, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108 |
| 21068 | MARTIN, MAJOR, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MARTIN, MAMIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MARTIN, MARY A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | MARTIN, MARY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | MARTIN, MARY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | MARTIN, MELVIN P, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | MARTIN, MELVIN P, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | MARTIN, MICHAEL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MARTIN, MICHAEL R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | MARTIN, MICHAEL R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | MARTIN, MICHAEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | MARTIN, MICHAEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | MARTIN, MICHAEL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | MARTIN, MICHAEL, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602 |
| 21069 | MARTIN, MIKE, THE FLOYD LAW FIRM PC, 8151 CLAYTON RD STE 202, ST. LOUIS, MO, 63117-1103 |
| 21068 | MARTIN, MILDRED, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | MARTIN, MINNIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | MARTIN, NATHANIEL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | MARTIN, NATHANIEL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | MARTIN, NEAL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | MARTIN, NEAL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | MARTIN, NEWTON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | MARTIN, NICKEY T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | MARTIN, NICKEY T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | MARTIN, NORMAN A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | MARTIN, OLIVER P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | MARTIN, OSCAR, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | MARTIN, OSCAR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | MARTIN, OTHA B, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | MARTIN, OTIS V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | MARTIN, OTIS V, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   MARTIN, PAUL E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARTIN, PAUL E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   MARTIN, PAUL F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MARTIN, PAUL F, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068   MARTIN, PERNOLIA M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MARTIN, PERRY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MARTIN, PHILLIP L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARTIN, PHILLIP, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MARTIN, R  H, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   MARTIN, RALPH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARTIN, RANDOLPH, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARTIN, RAY E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARTIN, RAY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   MARTIN, RAYMOND E, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   MARTIN, RAYMOND N, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARTIN, REBECCA, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARTIN, RENARD R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARTIN, RENARD R, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   MARTIN, RICHARD B, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   MARTIN, RICHARD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTIN, RICHARD, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   MARTIN, RICKY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARTIN, ROBERT A, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   MARTIN, ROBERT D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARTIN, ROBERT F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   MARTIN, ROBERT F, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   MARTIN, ROBERT F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARTIN, ROBERT F, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   MARTIN, ROBERT F, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   MARTIN, ROBERT H, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   MARTIN, ROBERT H, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   MARTIN, ROBERT K, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARTIN, ROBERT T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTIN, ROBERT T, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   MARTIN, ROBERT, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   MARTIN, ROBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   MARTIN, ROBERT, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   MARTIN, RODNEY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   MARTIN, RONALD G, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   MARTIN, RONALD L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARTIN, ROOSEVELT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   MARTIN, ROY J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   MARTIN, ROY J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   MARTIN, ROY P, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   MARTIN, RUBY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MARTIN, RUTH A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   MARTIN, RUTH A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   MARTIN, SALLY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MARTIN, SAMUEL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   MARTIN, SCOTT A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARTIN, SHARON T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MARTIN, SHELBY R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARTIN, SIDNEY, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   MARTIN, SIDNEY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARTIN, SIDNEY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARTIN, SR, CALVIN, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   MARTIN, SR, CALVIN, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   MARTIN, SR, CALVIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTIN, SR, CHARLES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARTIN, SR, CLEOTHA, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARTIN, SR, CLEOTHA, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   MARTIN, SR, CLEOTHA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   MARTIN, SR, JAMES A, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068   MARTIN, SR, JAMES B, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   MARTIN, SR, JAMES B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARTIN, SR, LOUIS B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MARTIN, SR, MARSHALL P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MARTIN, SR, MELVIN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARTIN, SR, ROBERT E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   MARTIN, SR, ROBERT E, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   MARTIN, SR, VERNON R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARTIN, SR., CHARLES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARTIN, SR., MARSHALL P, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Svc Lst  Name and Address of Served Party**

21068   MARTIN, STANLEY K, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MARTIN, STARR, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   MARTIN, STEPHEN D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARTIN, STEPHEN D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARTIN, STEPHEN F, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   MARTIN, SYLVESTER, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   MARTIN, TERRELL R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   MARTIN, TERRELL R, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   MARTIN, TERRY N, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   MARTIN, THEOPHILE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARTIN, THEOPHILE, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   MARTIN, THOMAS C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   MARTIN, THOMAS C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   MARTIN, THOMAS M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MARTIN, THOMAS M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   MARTIN, THOMAS S, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   MARTIN, THOMAS S, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   MARTIN, THOMAS, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   MARTIN, TOMMY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   MARTIN, TOMMY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MARTIN, TOMMY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARTIN, TOMMY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   MARTIN, TRAVIS L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARTIN, TRAVIS L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARTIN, VAN M, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   MARTIN, VERA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   MARTIN, VERNON E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTIN, VICTOR, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   MARTIN, WALLACE N, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   MARTIN, WALLACE N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARTIN, WALTER, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   MARTIN, WAYNE G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MARTIN, WAYNE G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARTIN, WESLEY M, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   MARTIN, WESLEY, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MARTIN, WESLEY, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

**Svc Lst  Name and Address of Served Party**

21068   MARTIN, WILEY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   MARTIN, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARTIN, WILLIAM C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARTIN, WILLIAM D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTIN, WILLIAM D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARTIN, WILLIAM D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MARTIN, WILLIAM D, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   MARTIN, WILLIAM F, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   MARTIN, WILLIAM F, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   MARTIN, WILLIAM H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MARTIN, WILLIAM L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARTIN, WILLIAM M, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   MARTIN, WILLIAM O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARTIN, WILLIAM, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069   MARTIN, WILLIAM, HUMPHREYS, 500 VIRGINIA ST E STE 800, CHARLESTON, WV, 25301

21069   MARTIN, WILLIAM, SUTTER, THE SUTTER BUILDING, SUITE 100, 220 NORTH LIBERTY STREET, BALTIMORE, MD, 21201

21068   MARTIN, WILLIE A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   MARTIN, WILLIE C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MARTIN, WILLIE D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   MARTIN, WILLIE D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARTIN, WILLIE D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   MARTIN, WILLIE R, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   MARTIN, WILLIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   MARTIN, WILLIS, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   MARTIN, WILSON G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   MARTIN, WILSON G, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21069   MARTIN, WOODROW W, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068   MARTIN, WOODROW W, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069   MARTIN, WOODROW W, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068   MARTIN,SR, MARION W, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   MARTIN,SR, MARION W, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   MARTINA, VINNIE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   MARTINCICH, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   MARTINDALE, MICHAEL W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   MARTINDALE, MICHAEL W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MARTINE, ANTHONY, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21069   MARTINECK, MICHAEL J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068   MARTINEZ, ADOLFO, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   MARTINEZ, ALBERT, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   MARTINEZ, ARMANDO, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MARTINEZ, ARTHUR, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   MARTINEZ, ARTURO C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, ARTURO G, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   MARTINEZ, AURELIO, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   MARTINEZ, BENITO N, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   MARTINEZ, CARLOS, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21069   MARTINEZ, DAMASO, WEISFUSE & WEISFUSE, 420 LEXINGTON AVE STE 2328, NEW YORK, NY, 10170

21069   MARTINEZ, EDWARD, BURGOS EVANS & WILSON LLC, 3632 CANAL ST, NEW ORLEANS, LA, 70119

21069   MARTINEZ, EDWARD, JEFFERY W GRANNAN, 8025 ST CHARLES AVE, NEW ORLEANS, LA, 70118

21068   MARTINEZ, EDWIN M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MARTINEZ, ENRIQUE, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   MARTINEZ, GEORGE E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MARTINEZ, GERARDO, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   MARTINEZ, GREGORIO Q, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, GUADALUPE J, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   MARTINEZ, GUADALUPE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, III, ANDY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, JAMES K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MARTINEZ, JESUS O, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   MARTINEZ, JESUS R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, JESUS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MARTINEZ, JOE T, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   MARTINEZ, JOHNNY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, JOSE G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, JOSE G, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   MARTINEZ, JOSE R, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   MARTINEZ, JOSE U, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   MARTINEZ, JOSE U, WHITNEY C BUCHANAN, ESQ, 5201 CONSTITUTION AVE NE, ALBUQUERQUE, NM, 87110-5813

21068   MARTINEZ, JOSE, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   MARTINEZ, JR, JESUS R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, JR, RAYMOND A, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   MARTINEZ, JR, ROSENDO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

---

**Svc Lst   Name and Address of Served Party**

21068   MARTINEZ, JR, SAM A, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   MARTINEZ, JR, SAM A, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   MARTINEZ, JR, SAM A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, JUAN A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, JULIAN, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   MARTINEZ, LOUIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   MARTINEZ, LUCIANO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, LUCIANO, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   MARTINEZ, LUIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   MARTINEZ, LYDIA H, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   MARTINEZ, MANUEL G, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   MARTINEZ, MANUEL V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, MARIA A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   MARTINEZ, MARIA A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   MARTINEZ, MARIO E, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   MARTINEZ, NICHOLAS F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MARTINEZ, PEDRO E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, ROBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, ROBERTO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, ROSA G, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   MARTINEZ, RUBEN, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   MARTINEZ, RUDOLPH L, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   MARTINEZ, RUDOLPH L, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   MARTINEZ, RUDOLPHO, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   MARTINEZ, SANTIAGO E, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   MARTINEZ, SR, GILBERT R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, SR, HIGINIO, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   MARTINEZ, SR, JOSE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MARTINEZ, THOMAS E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   MARTINEZ, THOMAS E, WHITNEY C BUCHANAN, ESQ, 5201 CONSTITUTION AVE NE, ALBUQUERQUE, NM, 87110-5813

21068   MARTINEZ, TOMAS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   MARTINEZ, VICTOR G, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   MARTING, DAVID L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   MARTING, ROMAINE A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MARTINKO, DONALD J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    MARTINO, ALFRED, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068    MARTINO, DOMINIC C, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068    MARTINO, DOMINIC C, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068    MARTINO, FRANK, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    MARTINOVICH, STEVEN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069    MARTINS, STEPHEN, HARTER, SECREST & EMERY LLP, 1600 BAUSCH & LOMB PLACE, ROCHESTER, NY, 14604-2711

21068    MARTON, FRANK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    MARTON, OLGAS, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    MARTONOSI, HAZEL, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068    MARTOS, GRACE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    MARTUCCI, GEORGE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    MARTUCCI, JR, VITO, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    MARTY, EDWIN P, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068    MARTYN, ROBERT B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    MARTZ, ROBERT C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    MARULLO, WILLIAM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    MARULLO, WILLIAM, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    MARUSAK, LOUIS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MARUSCHAK, RAYMOND C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    MARVEL SR., NORMAN F, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068    MARVEL, FREDRICK, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    MARVEL, FREDRICK, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068    MARVIN, JANICE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    MARVIN, JANICE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    MARVIN, WILIFRED A, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    MARX, HUBERT, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    MARX, LOTHAR, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    MARZE, CLIFTON, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    MARZEC, GREGORY L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    MARZETTA, NORMA, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068    MARZULA, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    MARZULA, JOSEPH, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    MARZULLO, JOSEPH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

Svc Lst  Name and Address of Served Party

---

21068    MARZULLO, JOSEPH, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068    MASALKO, WALLACE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MASANDUKAS, ERNEST E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    MASCAGNI, FRANK C, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    MASCARENAS, PAUL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    MASCARENAS, PAUL, WHITNEY C BUCHANAN, ESQ, 5201 CONSTITUTION AVE NE, ALBUQUERQUE, NM, 87110-5813

21068    MASCELLINO, LUCIAN, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068    MASCHEK, LAWRENCE A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069    MASCHEK, MICHAEL J, SUNNY M SIMON, SKYLIGHT OFFICE TOWER, 1660 W 2ND ST, STE410, CLEVELAND, OH, 44113-1454

21068    MASCHEK, MICHAEL J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    MASCHENIK, GEORGE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    MASCHENIK, GEORGE, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068    MASCILLINO, PETER, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068    MASDON, DAVID, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068    MASE, SR, JAMES F, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    MASEK, PAUL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    MASENGAL, BOBBY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    MASENGAL, BOBBY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    MASH, ALEX, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    MASHAW, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    MASHAW, LLOYD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MASHAYEKH, GLENDA, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    MASHBURN, JAMES R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    MASHBURN, JOSEPH K, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    MASHBURN, JR, JASPER C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    MASHBURN, JR, JASPER C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    MASHBURN, KIT C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    MASHBURN, LONNIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069    MASHBURN, SR., JAMES L, BAILEY TRUSTY & COOK, PO BOX 151, BATESVILLE, MS, 38606

21068    MASI, JOSEPH, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    MASIARCZYK, SR, JOSEPH C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    MASK, CLAUD J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    MASK, EDDIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst  Name and Address of Served Party

21068  MASK, FLOYD S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  MASK, PAUL W, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  MASK, WILLIAM A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  MASKARINEC, JOHN, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21069  MASKARINEC, JOHN, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202

21068  MASKART, MICHAEL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  MASKE, JR, TEDDY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  MASKE, STANLEY F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069  MASON DIXON (DECEASED), LORRIS, ELLA FAYE DIXON, PO BOX 1374, WHITEHOUSE, TX, 75791

21069  MASON WRIGHT (DECEASED), JOHN, KENNETH WRIGHT, 256 MABLE, BAYTOWN, TX, 77520

21068  MASON, ALBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  MASON, ARMENDA, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  MASON, ARMENDA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  MASON, ARMENDA, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  MASON, BENNIE G, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  MASON, BENNIE G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  MASON, CAREY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  MASON, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  MASON, DENNIS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MASON, DENNIS E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  MASON, DEWEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MASON, DEWEY, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  MASON, DONALD E, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068  MASON, DOWELL E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069  MASON, EDWARD C, MAPLES, F GERALD, PO BOX 231, ALVA, FL, 33920

21068  MASON, EMMANUEL S, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  MASON, ERNEST R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  MASON, EUEL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MASON, GILBERT, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  MASON, GILBERT, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  MASON, HARDY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  MASON, HAROLD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  MASON, HENRY, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068  MASON, HERMAN T, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  MASON, HERMAN T, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    MASON, HOMER T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    MASON, JACK J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    MASON, JAMES A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    MASON, JAMES H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    MASON, JAMES L, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068    MASON, JAMES P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    MASON, JESSIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    MASON, JESSIE, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068    MASON, JOHN L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    MASON, JOHN L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    MASON, JOHN L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    MASON, JOHN, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    MASON, JOHN, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068    MASON, JR., CHARLES, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068    MASON, JUANITA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    MASON, JUANITA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    MASON, JULIA B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    MASON, KATIE M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    MASON, LEMUEL, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    MASON, LEOLA M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    MASON, LEOLA M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    MASON, LEOLA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    MASON, LONNIE M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    MASON, MARSHALL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    MASON, MARSHALL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    MASON, MARY R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    MASON, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    MASON, MATTIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    MASON, MATTIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    MASON, MELVIN L, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    MASON, MONTIQUE, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    MASON, NATHAN J, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068    MASON, NEWTON, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068    MASON, NOLTON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    MASON, NOLTON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    MASON, OBIE W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    MASON, ODENA L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   MASON, RALPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MASON, RAY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MASON, RICHARD W, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   MASON, RICHARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   MASON, ROBERT J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   MASON, ROBERT J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MASON, RONALD W, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   MASON, ROSA L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   MASON, ROSA L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   MASON, RUTH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   MASON, RUTH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   MASON, SR, ALBERT, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   MASON, SR, ALBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MASON, SR, ALBERT, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   MASON, SR, GRANVILLE F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MASON, SR, GRANVILLE F, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   MASON, SR, JOSEPHUS, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   MASON, SR, JOSEPHUS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MASON, SR, ROBERT L, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   MASON, SR, WALTER N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MASON, SR, WALTER N, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   MASON, TERRY A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069   MASON, TERRY A, ROBERT PEIRCE & ASSOCIATES, ROBERT PEIRCE, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1918

21068   MASON, THOMAS, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068   MASON, THOMAS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MASON, THURMAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MASON, TOM D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MASON, TOMMY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MASON, TOMMY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MASON, W F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MASON, W F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MASON, WALTER R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MASON, WAYLAND, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068　MASON, WENDELL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068　MASON, WILLIAM F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068　MASON, WILLIAM, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068　MASS, SR., CHARLIE E, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068　MASSA, VINCENT F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068　MASSA, VINCENT F, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068　MASSACK, JERRY F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068　MASSACK, JERRY F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068　MASSANOVA, JOSEPH, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068　MASSENGALE, DOROTHY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　MASSENGALE, JR, JOHN H, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068　MASSENGALE, JR, JOHN H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068　MASSENGALE, MARION E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068　MASSENGALE, MARION E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068　MASSENGILL, WILLIE F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　MASSENGILL, ALVIE M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068　MASSEY, CHARLIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068　MASSEY, CHESTER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068　MASSEY, CLIFFORD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068　MASSEY, DEXTER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068　MASSEY, DONALD T, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068　MASSEY, DONNIE M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068　MASSEY, DORA A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068　MASSEY, DORA A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068　MASSEY, EUGENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　MASSEY, EUGENE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068　MASSEY, GARY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068　MASSEY, JAMES G, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068　MASSEY, JAMES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068　MASSEY, JAMES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068　MASSEY, JERREL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068　MASSEY, JOANN, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068　MASSEY, JOANN, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068　MASSEY, JOEL E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068　MASSEY, LARRY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068　MASSEY, RICHARD, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068　MASSEY, ROBERT T, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068　MASSEY, ROBERT, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   MASSEY, ROSSIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   MASSEY, TERRY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   MASSEY, WALTER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MASSEY, WILBUR B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MASSEY, WILBUR B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   MASSEY, WILLIAM, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   MASSIE, ALEX, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MASSIE, FRED L, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   MASSIE, JERRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MASSIE, LARRY D, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   MASSIE, SR, KENNETH L, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   MASSIE, WALTER J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MASSIMINO, VINCENT T, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   MASSIMINO, VINCENT, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   MASSINE, ALLEN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   MASSLIENO, IRIS L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MASTEN, CHARLES A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MASTEN, CHARLES A, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   MASTERS, DONALD A, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   MASTERS, E B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   MASTERS, E B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   MASTERS, EARL, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   MASTERS, EARL, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   MASTERS, JAMES L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   MASTERS, JAMES R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MASTERS, JAMES, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   MASTERS, JOHNNY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MASTERS, JOHNNY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MASTERS, LEWIS B, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   MASTERS, LEWIS B, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   MASTERS, MILDRED E, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   MASTERS, OMER M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MASTERS, ROY S, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   MASTERS, VIRGIE, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   MASTERS, WILLIAM T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MASTERSON, JOHN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   MASTERSON, KENNETH, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   MASTIN, KENNETH E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   MASTIN, SR, FERRELL M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MASTIO, GERALD A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   MASTON, HOBERT G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   MASTON, JACOB C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MASTON, JACOB, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MASTRANGELO, VICTOR, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   MASTRANTUONO, GIOVANNI, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MASTRIANNO, PHILIP, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   MASTRO, JAMES A, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   MASTRO, JAMES A, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21069   MASTROCOLA SR., NICHOLAS J, ROTKO CRESHOFF, 200 LIPPINCOTT BUILDING, 227 SOUTH SIXTH STREET, PHILADELPHIA, PA, 19106

21068   MASTRODOMENICO, ROCKO, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068   MASTROGIOVANNI, NICOLANGELO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   MASTROLIA, VITO, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   MASTROMANO, ROBERT C, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   MASTROPIETRO, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   MASTRUCCI, LEONARD T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MASTRUSERIO, CHARLES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MASTURZO, BIAGIO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   MATA, MIKE G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MATAWA, GERALD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   MATCHICK, NICHOLAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MATEAR, JAMES E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069   MATEJKA, IRA, ZIFF WEIERMILLER, 303 WILLIAM STREET, PO BOX 1338, ELMIRA, NY, 14902

21068   MATEJOWEC, JAMES P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   MATEN, GEORGE W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   MATERASSO, STEVEN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   MATERO, JOSEPH, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  MATHENEY, JAMES B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MATHENEY, JAMES, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068  MATHENY ESQ, PAUL, HOWLETT, RICHARD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY ESQ, PAUL, HOYOS, HECTOR R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY ESQ, PAUL, MILLER, JOHN A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY ESQ, PAUL, MILLER, JR, LEROY F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, DALTON L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  MATHENY, DALTON L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  MATHENY, EARBIE A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  MATHENY, GARY L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  MATHENY, LARRY, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  MATHENY, PAUL M, ABBOUD, KAMAL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ABE, GLENN A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ABE, WALTER F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ABEL, JR, FRED L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ABEL, ROSS E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ABLES, WILLIAM A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ABNER, THURMAN K, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ABRAHAM, EDWARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ABRAHAM, SAMUEL R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ABRAHAM, SR, EDWARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ABRUZZESE, DOMINIC V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ABSHER, JR, BARNEY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ABSHER, STEVE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ABSHHER, CHARLES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ACE, WILLIAM R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ACHEY, JR, RAYMOND V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ACHEY, RICHARD G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ACKER, HARVEY T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ADAMCZYK, EDMUND A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ADAMO, SAMUEL J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | MATHENY, PAUL M, ADAMS, EDWIN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ADAMS, ERNEST A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ADAMS, JOHN M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, Baltimore, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ADAMS, JOSEPH A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ADAMS, RONALD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ADCOCK, JUNIOR B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ADDLESBERGER, LEONARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ADKINS, ZORA C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ADKISSON, DONALD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ADKISSON, WOODY D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ADOLINI, CHARLES A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ALAIMO, SALVATORE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALBERS, JOSEPH F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALBI, REMO N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALBRECHT, CHARLES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALBRECHT, ELMER R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALBRECHT, GEORGE E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALBRIGHT, ALBERT H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALDERMAN, THOMAS E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALEXANDER, RONALD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALFONSO, ANTHONY E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ALFRED, JR, CARL J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ALFRED, JR, JAMES H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALLEN, ALFRED B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ALLEN, BODIE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ALLEN, CHARLES L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ALLEN, HENRY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALLEN, JULIAN R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALLEN, PHILIP O, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ALLEN, RICHARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |